# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No: 17-cv-1017-BEN-JLB<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME** |

Having considered the Plaintiff's Ex Parte Application for Order Shortening Time to Hear Motion for Preliminary Injunction and finding good cause therefor:

IT IS HEREBY ORDERED that the time for service of Plaintiffs' Motion for Preliminary Injunction and supporting documents is shortened from 28 days to 14 days, so that filing and service by May 29, 2017, constitutes sufficient notice of the proceedings referenced therein.

IT IS FURTHER ORDERED that all papers in opposition must be filed and served by June 5, 2017. Any reply in support must filed and served by June 9, 2017.

1    The hearing on Plaintiffs' Motion for a Preliminary Injunction shall take place on
2  **Tuesday, June 13, 2017, at 10:00 a.m**. in Department 5A of the above-titled court,
3  located at 221 West Broadway, San Diego, CA 92101.

Date: _May 26, 2017_____        Signed: _____
                                            Honorable Roger T. Benitez
                                            U.S. District Court Judge