C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>    Defendants. | Case No:  17-cv-1017-BEN-JLB<br><br>**DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; EXHIBITS E-LLL**<br><br>Date:      June 13, 2017<br>Time:      10:00 a.m.<br>Dept:      5A<br>Judge:     Hon. Roger T. Benitez |

## DECLARATION OF ANNA M. BARVIR

1.     I am an attorney at the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action. I am licensed to practice law before the United States District Court for the Southern District of California. I am also admitted to practice before the Eastern, Central, and Northern Districts of California, the courts of the state of California, the Supreme Court of the United States, and the D.C., Fourth, Ninth, and Tenth Circuit Courts of Appeals. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2.     On  May 25, 2017, I contacted counsel for Defendant Attorney General Xavier Becerra, Mr. Anthony O'Brien, via email to meet and confer regarding Plaintiffs' intention to file a motion for preliminary injunction, requesting the court enjoin enforcement of California Penal Code section 32310(c)-(d), pending resolution of this case on the merits. Mr. O'Brien stated that his client would oppose Plaintiffs' motion. Plaintiffs are unable, however, to forego seeking preliminary relief while this case progresses, for they imminently face the violation of their fundamental, constitutional rights under the Second, Fifth, and Fourteenth Amendments and seeking preliminary relief from this Court is necessary.

3.     On May 25, 2017, after providing notice to counsel for Defendant Becerra, Plaintiffs filed an ex parte application for order shortening time to hear Plaintiffs' Motion for Preliminary Injunction. The Court has not yet ruled on that application, and counsel for Defendant Becerra has indicated that he would oppose it.

### [Common Use of Magazines Over Ten Rounds]

4.     A true and correct copy of pages 407-99 from *Gun Digest* 2013 (Jerry Lee ed., 67th ed. 2012), which identify the magazine capacities for a variety of common handguns and rifles, is attached as **Exhibit E.** *Gun Digest* is a standard resource for gun dealers and buyers alike to provide a comprehensive overview of the firearms and related items available to retail buyers. Helsley Decl. ¶ 1.

5.     True and correct copies of pages from the current websites of various

firearm manufacturers advertising firearms for self-defense purposes, and the specifications demonstrating these firearms have a magazine capacity exceeding ten rounds, are attached as **Exhibit F**. *See* Glock "Safe Action" Gen4 Pistols, Glock, https://us.glock.com/documents/BG_Gen4_6_2010_EN_MAIL.pdf  (last visited May 25, 2017) (specifications for the model 17, 19, 22, and 23 pistols, each equipped standard with 17, 15, 15, and 13-round magazines, respectively, and all marketed as ideal for personal defense); M&P®9 M2.0™, Smith & Wesson, https://www.smith-wesson.com/firearms/mp-9-m20-1 (last visited May 25, 2017) (marketed as ideal for home and personal protection and equipped standard with a 17-round magazine); CZ 75 B, CZ-USA, http://cz-usa.com/product/cz-75-b-9mm-black-16-rd-mag/ (last visited May 25, 2017) (equipped standard with 16-round magazine); Ruger® SR9®, Ruger, http://www.ruger.com/products/sr9/specSheets/3301.html (last visited May 25, 2017) (equipped standard with 17-round magazine); P320 Nitron Full-Size, Sig Sauer, https://www.sigsauer.com/store/p320-nitron-full-size.html (last visited May 25, 2017) (marketed as ideal for home defense, and equipped standard with 10- to 17-round magazines).

  6. On May 25, 2017, I visited the website www.youtube.com as well as websites for various firearm manufacturers and viewed videos embedded on those websites. I am informed and believe that the videos found at the following links are advertisements produced and distributed by firearm manufacturers that are directed to consumers. These videos advertise firearms that have standard magazine capacities exceeding ten rounds as suitable for self-defense, including within the home. Glock Ges.m.b.H, Gunny & Glock Wrong Diner, Youtube (Nov. 10, 2011), https://www.youtube.com/watch?v=vsVCHE7ayPE&feature=c4-overview&list=UUeeqOv%2085TJigJv6YrLHZhfQ; Glock Ges. m.b.H, Gunny & Glock Wrong House, Youtube (Nov. 13, 2011), http://www.youtube.com/watch?v=6RNcFs-JwOQ; Glock Ges.m.b.H, Gunny & Glock Wrong Girl, Youtube (Jan. 7, 2013), http://www.youtube.com/watch?v=a2gCFOtaZPo; Glock Ges.m.b.H, Gunny & Glock

DECLARATION OF ANNA M. BARVIR ISO MOTION FOR PRELIMINARY INJUNCTION

Wrong Convenience Store, Youtube (March 12, 2013),

http://www.youtube.com/watch?v=V8WCM_AAAyY; Glock Ges.m.b.H, Gunny &

Glock Wrong Guy, Youtube (Nov. 13, 2011),

https://www.youtube.com/watch?v=gzb7SLsFwtE&list=UUeeqOv85TJigJv6YrLHZhfQ;

Smith & Wesson, Smith & Wesson M&P Advertisement, Youtube (Dec. 22, 2011),

http://www.youtube.com/watch?v=TLuN-JrR4_M; Smith & Wesson M&P

Advertisment, Youtube.com (Dec. 22, 2011),

https://www.youtube.com/watch?v=g4jn6ry1pSA.

7.      A true and correct copy of pages 73-97 from *The Complete Book of*

*Autopistols: 2013 Buyer's Guide* (2013), identifying various models of handguns for sale

to the public that come standard with magazines greater than ten rounds, is attached as

**Exhibit G**.

**[Historical Development and Prevalence of Magazines Over Ten Rounds]**

8.      A true and correct copy of David B. Kopel, *The History of Firearm*

*Magazines and Magazine Prohibitions*, 78 Albany L. Rev. 849, is attached as **Exhibit H**.

Mr. Kopel's work provides a comprehensive analysis of the history and prevalence of

firearms and magazines with capacities over ten rounds, as well as the dearth of historical

antecedents to California's ban on the possession of magazines over ten rounds.

9.      A true and correct copy of pages 168-70 of Lewis Winant, *Firearms Curiosa*

(2009) (1st pub. 1954) is attached as **Exhibit I**. These excerpts from this reference

document the first known firearm able to fire more than ten rounds without reloading: a

16-shooter created around 1580 using "superposed" loads (each round stacked on top of

the other).

10.     A true and correct copy of pages 716-18 of Clayton E. Cramer & Joseph

Olson, *Pistols, Crime, and Public Safety in Early America*, 44 Willamette L. Rev. 699

(2008) is attached as **Exhibit J**. These pages document the continued development of

multi-shot firearms through the seventeenth and eighteenth centuries.

11.     A true and correct copy of pages 91-103 of Jim Garry, *Weapons of the Lewis*

*and Clark Expedition* (2012) is attached as **Exhibit K**. A true and correct copy of pages 69-70 of John Plaster, *The History of Sniping and Sharpshooting* (2008) is attached as **Exhibit L**. A true and correct copy of page 31 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) is attached as **Exhibit M**. A true and correct copy of the Wikipedia page for the Girandoni Air Rifle, http://en.wikipedia.org/wiki/Girandoni_Air_Rifle (last visited May 18, 2017) is attached as **Exhibit N**. These resources document the Founding-era popularity of the Girandoni air rifle, with a 20- or 22-shot capacity, and detail its many uses.

12.    A true and correct copy of pages 682-83 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) is attached as **Exhibit O**. *Flayderman's* documents the introduction of the Jennings multi-shot flintlock rifle in 1821 which, according to the excerpts provided, allowed 12 shots without reloading.

13.    A true and correct copy of page 33 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) is attached as **Exhibit P**. A true and correct copy of pages 148-49 and 167 of Jack Dunlap, *American British and Continental Pepperbox Firearms* (1964) is attached as **Exhibit Q**. A true and correct copy of page 250 from Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) is attached as **Exhibit R**. These sources document some advancements in pistol technology from the early 1800s that permitted more than ten shots to be fired without reloading, including a variety of "Pepperbox" pistols that had capacities ranging up to 18 and even 24 rounds.

14.    A true and correct copy of pages 711, 713, and 716 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) is attached as **Exhibit S**. These pages document several different firearm designs in the 1830s to 1850s that increased ammunition capacity beyond ten rounds.

15.    A true and correct copy of pages 13 and 25 of Harold F. Williamson, *Winchester: The Gun That Won the West* (1952) is attached as **Exhibit T**. A true and

correct copy of pages 304-06 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) is attached as **Exhibit U**. These sources document the development of the Volcanic Repeating Arms Company's lever action rifle in 1855 with up to a 30-round tubular magazine and its subsequent evolution into a 15-round Henry lever action rifle.

16.    A true and correct copy of pages 11 and 32 of R.L. Wilson, *Winchester: An American Legend* (1991) is attached as **Exhibit V**. A true and correct copy of pages 128-29 of Louis A. Garavaglia & Charles G. Worman, *Firearms of the American West* (1985) is attached as **Exhibit W**. These sources further explain the evolution of the Henry rifle into the Winchester repeating rifle that could hold 17 rounds in the magazine and 1 in the chamber.

17.    A true and correct copy of pages 307-12 of Norm Flayderman*, Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) is attached as **Exhibit X**. A true and correct copy of pages 137, 1240-41 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) is attached as **Exhibit Y**. These sources document the historical popularity of the Winchester M1873 and then the M1892, lever action rifles holding 12 to 17 rounds in tubular magazines.

18.    A true and correct copy of pages 122-23 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) is attached as **Exhibit Z**. This reference documents the nineteenth-century popularity of the Colt Lightening rifle, a pump action firearm with a 15-round capacity.

19.    A true and correct copy of pages 60-63, 67-71, 204-208, 244-45 of Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) is attached as **Exhibit AA**. These excerpts document the introduction of firearms with detachable box magazines in handguns in the 1850s, including Jarre harmonica pistol, patented in 1862.

20.    A true and correct copy of pages 708-09 of the 2*014 Standard Catalog of Firearms* is attached as **Exhibit BB** (noting that semi-automatic pistols were introduced in the late nineteenth century, and companies had begun selling firearms and magazines

with capacities over ten rounds, including the Mauser C96 beginning in 1896).

21.     A true and correct copy of pages 191-92 of Jim Perkins, *American Boys Rifles* 1890-1945 (1976) is attached as **Exhibit CC**. These pages explain that in 1911, Savage Repeating Arms Company introduced the Model 1911, a 20-shot repeater that was popular among boys and in shooting galleries.

22.     A true and correct copy of page 84 of the *2014 Standard Catalog of Firearms* (Jerry Lee ed. 2013) is attached as **Exhibit DD** (reflecting that, in 1927, the Auto Ordinance Company introduced a semi-automatic rifle that used a 30-round magazine).

23.      A true and correct copy of page 859 of David B. Kopel, *The History of Firearm Magazines and Magazine Prohibitions*, 78 Albany L. Rev. 849, is attached as **Exhibit EE** (discussing the M-1 carbine, with standard magazines of 15 and 30 rounds, which was sold to millions of Americans by the Civilian Marksmanship Program, starting in 1963).

24.     A true and correct copy of page 104 of Patrick Sweeney, *Gun Digest Book of the AR-15* (2005) is attached **Exhibit FF** (stating that the Armalite 15 was brought to market in 1963 with a 20-round magazine; a 30-round magazine later appeared).

25.     A true and correct copy of page 294 of *Gun Digest 24th Anniversary Deluxe Edition* (John T. Amber ed. 1969) is attached as **Exhibit GG** (listing several other firearms with magazines between 20 and 30 rounds available by 1969).

26.     A true and correct copy of page 1102 of *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) is attached as **Exhibit HH** (recounting the production of the M1A semi-automatic rifle with a 20-round detachable magazine). *See also* "M1A," Wikipedia, http://en.wikipedia.org/wiki/ M1A_rifle (introduced in 1974) (last visited May 23, 2017).

27.     A true and correct copy of page 1173 of the *2014 Standard Catalog of Firearms* (Jerry Lee ed. 2013) is attached as **Exhibit II** (recounting the introduction of the Ruger Mini-14 in 1975 with manufacturer-supplied standard 5-, 10-, or 20-round

detachable magazines).

28.    The following paragraphs introduce reference materials showing that the historical prevalence and ubiquity of citizen firearms with detachable magazines holding more than ten rounds were not limited to rifles:

a.    A true and correct copy of pages 182-183, 432-433 of the *2014 Standard Catalogue of Firearm*s (Jerry Lee ed. 2013) is attached as **Exhibit JJ** (Browning Hi-Power pistol with 13-round detachable magazine).

b.    A true and correct copy of pages 464-66 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) is attached as **Exhibit KK** (Spanish Gabilondo with 20-round "Plus Ultra" was introduced in 1925).

c.    True and correct copies of pages 72-73 of the *2014 Standard Catalogue of Firearms* and pages 216-17 of Joseph J. Shroeder, Jr., *System Mauser, a Pictorial History of the Model 1896 Self-Loading Pistol* (1967) are attached as **Exhibit LL** (Azul semi-automatic pistol with magazines of 10, 20, and 30 rounds entered the market in 1935). A true and correct copy of pages 121-26 of the *2014 Standard Catalogue of Firearms* is attached as **Exhibit MM** (Beretta model 92 with a 16-round magazine entered the market in 1976).

d.    A true and correct copy of page 184 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) is attached as **Exhibit NN** (The Browning Double Action with 14 rounds introduced in 1977).

**[Impact of Magazine Bans on Offensive and Defensive Gun Uses]**

29.    A true and correct copy of *What Should America Do About Gun Violence?* Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong. at 11 (2013), *available at* https://www.judiciary.senate.gov/imo/media/doc/1-30-13KopelTestimony.pdf (last visited May 26, 2017) is attached as **Exhibit OO**.

30.    A true and correct copy of pages 1-3, 14-19, 61-67, 80-97 of Christopher S. Koper, Daniel J. Woods & Jeffrey A. Roth, *An Updated Assessment of the Federal*

*Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003* (Nat'l Instit. J. 2004), *available at* https://www.ncjrs.gov/pdffiles1/nij/grants/204431.pdf (last visited May 25, 2017) is attached as **Exhibit PP**.

31.     A true and correct copy of Gary Kleck, *Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkage*, 17 J. Research & Pol'y 28 (2016) is attached as **Exhibit QQ**.

32.     A true and correct copy of U.S. Dept. of Justice, Bureau of Justice Statistics, National Crime Victimization Survey, *Criminal Victimization in the United States, 2008 Statistical Tables*, Table 37 (Mar. 2009), *available at* bjs.gov/content/pub/pdf/cvus08.pdf is attached as **Exhibit RR** (statistics of violent crime by type of crime, relationship of offender, and number of offenders).

33.     A true and correct copy of Massad Ayoob, *Five Gunfighting Myths Debunked by Massad Ayoob*, Personal Defense World (Oct. 14, 2014), *available at* www.personaldefenseworld.com/2014/10/5-gunfighting-myths-debunked-massad-ayoob/#armed-and-ready is attached as **Exhibit SS** (providing examples of defensive-gun-uses in response to the claim that "if you can't do it with six, you can't do it all).

34.     A true and correct copy of Jacob Sullum, *The Threat Posed by Gun Magazine Limits* (Jan. 13, 2016), *available at* http://reason.com/archives/2013/01/16/the-threat-posed-by-gun-magazine-limits is attached as **Exhibit TT**.

35.     A true and correct copy of Massad Ayoob, *Why Good People Need Semiautomatic Firearms and "High Capacity" Magazines, Part I*, backwoodshome.com (Dec. 29, 2012), *available at* http://backwoodshome.com/blogs/MassadAyoob/2012/12/29/why-good-people-need-semiautomatic-firearms-and-high-capacity-magazines-part-i/ is attached as **Exhibit UU**.

36.     A true and correct copy of Charles Remsberg, *Why One Cop Carries 145 Rounds of Ammo on the Job*, PoliceOne (Apr. 17, 2013), *available at* https://www.policeone.com/patrol-issues/articles/6199620-Why-one-cop-carries-145-rounds-of-ammo-on-the-job/ is attached as **Exhibit VV**.

37.     A true and correct copy of Gus G. Sentementes & Julie Bykowicz, *Documents Detail Cross Keys Shooting*, Balt. Sun (Mar. 21, 2006), *available at* http://articles.baltimoresun.com/2006-03-21/news/0603210220_1_beckwith-police-documents-robbery is attached as **Exhibit WW**.

38.     A true and correct copy of *Gun Shop Owner Shoots, Kills Man During Attempted Robbery*, WIS TV (Aug. 9, 2012), *available at* http://www.wistv.com/story/19236842/gun-shop-owner-shoots-kills-man-during-attempted-robbery is attached as **Exhibit XX**.

39.     A true and correct copy of Nieson Himmel, *Police Say Watch Shop Owner Kills 4th, 5th Suspects*, L.A. Times (Feb. 21, 1992), *available at* http://articles.latimes.com/1992-02-21/local/me-2663_1_watch-shop-owner is attached as **Exhibit YY**.

40.     A true and correct copy of *Jewelry Store Burglarized, Scene of Deadly 1994 Robbery Attempt*, nbc12.com (2012), *available at* http://www.nbc12.com/story/16445849/jewelry-store-burglarized-scene-of-deadly-1994-robbery-attempt is attached as **Exhibit ZZ**.

41.     A true and correct copy of *The UT Tower Shooting*, Tex. Monthly, *available at* http://www.texasmonthly.com/category/topics/ut-tower-shooting/ is attached as **Exhibit AAA**.

42.     A true and correct copy of Mark Obmascik, Marilyn Robinson & David Olinger, *Columbine - Tragedy and Recovery: Officials Say Girlfriend Bought Guns*, denverpost.com (Apr. 27, 1999), *available at* http://extras.denverpost.com/news/shot0427a.htm is attached as **Exhibit BBB**.

43.     A true and correct copy of Rong Gong Lin II, *Gunman Kills 12 at 'Dark Knight Rises' Screening in Colorado*, L.A. Times (Jul. 20, 2012), *available at* http://www.latimes.com/nation/nationnow/la-na-nn-dark-knight-shooting-20120720-story.html#axzz2nDkU7CWB is attached as **Exhibit CCC**.

44.     A true and correct copy of Associated Press, *Ft. Hood shooter Nidal Hasan Used Private, Legally-bought Pistol - Not Military Weapon - In Rampage*, N.Y. Daily

1  News (Nov. 7, 2009), *available at* http://www.nydailynews.com/news/national/ft-hood-
2  shooter-nidal-hasan-private-legally-bought-pistol-not-military-weapon-rampage-article-
3  1.414799 is attached as **Exhibit DDD**.

4          45.     A true and correct copy of Steve Almasy, *Newtown Shooter's Guns: What*
5  *We Know*, cnn.com (last updated Dec. 19, 2012 10:11 a.m. EST), *available at*
6  http://www.cnn.com/2012/12/18/us/connecticut-lanza-guns/ is attached as **Exhibit EEE**.

7          46.     A true and correct copy of *Virginia Tech Review Panel, Mass Shootings at*
8  *Virginia Tech April 16, 2007: Report of the Review Panel* 89, 101 (Aug. 2007), *available*
9  *at* http://www.governor.virginia.gov/tempcontent/techPanelReport-docs/FullReport.pdf is
10  attached as **Exhibit FFF**.

11          47.     A true and correct copy of Richard Winton, Rosanna Xia & Rong-Gong Lin
12  II, *Isla Vista Shooting: Read Elliot Rodger's Graphic, Elaborate, Attack Plan*, L.A.
13  Times (May 25, 2014), *available at* http://www.latimes.com/local/lanow/la-me-ln-isla-
14  vista-document-20140524-story.html is attached as **Exhibit GGG**.

15          48.     A true and correct copy of *2014 Isla Vista Killings*, Wikipedia (last updated
16  May 25, 2017 to correct typo), *available at*
17  https://en.wikipedia.org/wiki/2014_Isla_Vista_killings is attached as **Exhibit HHH**.

18          49.     A true and correct copy of *Umpqua Community College Shooting*,
19  Wikipedia (last updated May 25, 2017 to undo prior revision), *available at*
20  https://en.wikipedia.org/wiki/Umpqua_Community_College_shooting is attached as
21  **Exhibit III**.

22          50.     A true and correct copy of Spencer Kimball, *San Bernardino: Guns, Mass*
23  *Shootings and Fears of Terrorism*, www.dw.com (Apr. 12, 2015), *available at*
24  http://www.dw.com/en/san-bernardino-guns-mass-shootings-and-fears-of-terrorism/a-
25  18894313 is attached as **Exhibit JJJ**.

26          51.     A true and correct copy of Bart Jansen, *Weapons Gunman Used in Orlando*
27  *Shooting Are High-Capacity, Common*, USA Today (Jun. 14, 2016), *available at*
28  https://www.usatoday.com/story/news/2016/06/14/guns-used-kill-49-orlando-high-

---

11

capacity-common-weapons/85887260/ is attached as **Exhibit KKK**.

52.    A true and correct copy of WFTV-Orlando, *Law Enforcement Source: 202 Rounds Fired During Pulse Nightclub Shooting in Orlando*, wscotv.com (Jun. 13, 2016), *available at* http://www.wsoctv.com/news/trending-now/law-enforcement-source-202-rounds-fired-during-pulse-nightclub-shooting-in-orlando/340948566 is attached as **Exhibit LLL**.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on May 26, 2017.

Anna Barvir
Declarant

DECLARATION OF ANNA M. BARVIR ISO MOTION FOR PRELIMINARY INJUNCTION
17-cv-1017-BEN-JLB

# EXHIBITS

## TABLE OF CONTENTS

| Exhibit Letter | Description | Page Numbers |
|---|---|---|
| E | Gun Digest 2013 (Jerry Lee ed., 67th ed. 2012) | 000028-118 |
| F | Website pages for Glock "Safe Action" Gen4 Pistols, Glock; M&P®9 M2.0™, Smith & Wesson; CZ 75 B, CZ-USA; Ruger® SR9®, Ruger; P320 Nitron Full-Size, Sig Sauer | 000119-157 |
| G | Pages 73-97 from The Complete Book of Autopistols: 2013 Buyer's Guide (2013) | 000158-183 |
| H | David B. Kopel, The History of Firearm Magazines and Magazine Prohibitions, 78 Albany L. Rev. 849 | 000184-220 |
| I | Pages 168-70 of Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) | 000221-226 |
| J | Pages 716-18 of Clayton E. Cramer & Joseph Olson, Pistols, Crime, and Public Safety in Early America, 44 Willamette L. Rev. 699 (2008) | 000227-230 |
| K | Pages 91-103 of Jim Garry, Weapons of the Lewis and Clark Expedition (2012) | 000231-246 |
| L | Pages 69-70 of John Plaster, The History of Sniping and Sharpshooting (2008) | 000247-251 |
| M | Page 31 of Jim Supica, Doug Wicklund & Philip Shreier, Treasures of the NRA National Firearms Museum (2013) | 000252-255 |
| N | Wikipedia page for the Girandoni Air Rifle | 000256-259 |
| O | Pages 682-83 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000260-264 |

DECLARATION OF ANNA M. BARVIR ISO MOTION FOR PRELIMINARY INJUNCTION

| | | | |
|---|---|---|---|
| 1 | P | Page 33 of Jim Supica, Doug Wicklund & Philip Shreier, | 000265-268 |
| 2 | | Treasures of the NRA National Firearms Museum (2013) | |
| 3 | Q | Pages 148-49 and 167 of Jack Dunlap, American British | 000269-274 |
| 4 | | and Continental Pepperbox Firearms (1964) | |
| 5 | R | Page 250 from Lewis Winant, Firearms Curiosa (2009) (1st | 000275-278 |
| 6 | | pub. 1954) | |
| 7 | S | Pages 711, 713, and 716 of Norm Flayderman, | 000279-284 |
| 8 | | Flayderman's Guide to Antique American Firearms and | |
| 9 | | Their Values (9th ed. 2007) | |
| 10 | T | Pages 13 and 25 of Harold F. Williamson, Winchester: The | 000285-289 |
| 11 | | Gun That Won the West (1952) | |
| 12 | U | Pages 304-06 of Norm Flayderman, Flayderman's Guide to | 000290-295 |
| 13 | | Antique American Firearms and Their Values (9th ed. | |
| 14 | | 2007) | |
| 15 | V | Pages 11 and 32 of R.L. Wilson, Winchester: An American | 000296-300 |
| 16 | | Legend (1991) | |
| 17 | W | Pages 128-29 of Louis A. Garavaglia & Charles G. | 000301-305 |
| 18 | | Worman, Firearms of the American West (1985) | |
| 19 | X | Pages 307-12 of Norm Flayderman, Flayderman's Guide to | 000306-314 |
| 20 | | Antique American Firearms and Their Values (9th ed. | |
| 21 | | 2007) | |
| 22 | Y | Pages 137, 1240-41 of the 2014 Standard Catalogue of | 000315-320 |
| 23 | | Firearms (Jerry Lee ed. 2013) | |
| 24 | Z | Pages 122-23 of Norm Flayderman, Flayderman's Guide to | 000321-325 |
| 25 | | Antique American Firearms and Their Values (9th ed. | |
| 26 | | 2007) | |
| 27 | | | |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | AA | Pages 60-63, 67-71, 204-208, 244-45 of Lewis Winant, | 000326-344 |
| 2 | | Firearms Curiosa (2009) (1st pub. 1954) | |
| 3 | BB | Pages 708-09 of the 2014 Standard Catalog of Firearms | 000345-349 |
| 4 | CC | Pages 191-92 of Jim Perkins, American Boys Rifles 1890- | 000350-354 |
| 5 | | 1945 (1976) | |
| 6 | DD | Page 84 of the 2014 Standard Catalog of Firearms (Jerry | 000355-358 |
| 7 | | Lee ed. 2013) | |
| 8 | EE | Page 859 of David B. Kopel, The History of Firearm | 000359-361 |
| 9 | | Magazines and Magazine Prohibitions, 78 Albany L. Rev. | |
| 10 | | 849 | |
| 11 | FF | Page 104 of Patrick Sweeney, Gun Digest Book of the AR- | 000362-365 |
| 12 | | 15 (2005) | |
| 13 | GG | Page 294 of Gun Digest 24th Anniversary Deluxe Edition | 000366-369 |
| 14 | | (John T. Amber ed. 1969) | |
| 15 | HH | Page 1102 of 2014 Standard Catalogue of Firearms (Jerry | 000370-373 |
| 16 | | Lee ed. 2013) | |
| 17 | II | Page 1173 of the 2014 Standard Catalog of Firearms (Jerry | 000374-377 |
| 18 | | Lee ed. 2013) | |
| 19 | JJ | Pages 182-183, 432-433 of the 2014 Standard Catalogue of | 000378-384 |
| 20 | | Firearms (Jerry Lee ed. 2013) | |
| 21 | KK | Pages 464-66 of the 2014 Standard Catalogue of Firearms | 000385-390 |
| 22 | | (Jerry Lee ed. 2013) | |
| 23 | LL | Pages 72-73 of the 2014 Standard Catalogue of Firearms | 000391-399 |
| 24 | | and pages 216-17 of Joseph J. Shroeder, Jr., System | |
| 25 | | Mauser, a Pictorial History of the Model 1896 Self- | |
| 26 | | Loading Pistol (1967) | |
| 27 | MM | Pages 121-26 of the 2014 Standard Catalogue of Firearms | 000400-408 |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | NN | Page 184 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | 000409-412 |
| 3 | OO | What Should America Do About Gun Violence? Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong. at 11 (2013) | 000413-449 |
| 6 | PP | Pages 1-3, 14-19, 61-67, 80-97 of Christopher S. Koper, Daniel J. Woods & Jeffrey A. Roth, An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003 (Nat'l Instit. J. 2004) | 000450-486 |
| 11 | QQ | Gary Kleck, Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkage, 17 J. Research & Pol'y 28 (2016) | 000487-507 |
| 14 | RR | U.S. Dept. of Justice, Bureau of Justice Statistics, National Crime Victimization Survey, Criminal Victimization in the United States, 2008 Statistical Tables, Table 37 (Mar. 2009) | 000508-511 |
| 18 | SS | Five Gunfighting Myths Debunked by Massad Ayoob, Personal Defense World (Oct. 14, 2014) | 000512-519 |
| 20 | TT | Jacob Sullum, *The Threat Posed by Gun Magazine Limits* (Jan. 13, 2016) | 000520-522 |
| 22 | UU | Massad Ayoob, *Why Good People Need Semiautomatic Firearms and "High Capacity" Magazines, Part I*, backwoodshome.com (Dec. 29, 2012) | 000523-546 |
| 25 | VV | Charles Remsberg, *Why One Cop Carries 145 Rounds of Ammo on the Job*, PoliceOne (Apr. 17, 2013) | 000547-550 |

DECLARATION OF ANNA M. BARVIR ISO MOTION FOR PRELIMINARY INJUNCTION

| | | | |
|---|---|---|---|
| 1<br>2 | WW | Gus G. Sentementes & Julie Bykowicz, *Documents Detail Cross Keys Shooting*, Balt. Sun (Mar. 21, 2006) | 000551-553 |
| 3<br>4 | XX | *Gun Shop Owner Shoots, Kills Man During Attempted Robbery*, WIS TV (Aug. 9, 2012) | 000554-556 |
| 5<br>6 | YY | Nieson Himmel, *Police Say Watch Shop Owner Kills 4th, 5th Suspects*, L.A. Times (Feb. 21, 1992) | 000557-559 |
| 7<br>8 | ZZ | *Jewelry Store Burglarized, Scene of Deadly 1994 Robbery Attempt*, nbc12.com (2012) | 000560-562 |
| 9 | AAA | *The UT Tower Shooting*, Tex. Monthly | 000563-564 |
| 10<br>11<br>12 | BBB | Mark Obmascik, Marilyn Robinson & David Olinger, *Columbine - Tragedy and Recovery: Officials Say Girlfriend Bought Guns*, denverpost.com (Apr. 27, 1999) | 000565-567 |
| 13<br>14 | CCC | Rong Gong Lin II, *Gunman Kills 12 at 'Dark Knight Rises' Screening in Colorado*, L.A. Times (Jul. 20, 2012) | 000568-571 |
| 15<br>16<br>17 | DDD | Associated Press, *Ft. Hood shooter Nidal Hasan Used Private, Legally-bought Pistol - Not Military Weapon - In Rampage*, N.Y. Daily News (Nov. 7, 2009) | 000572-573 |
| 18<br>19 | EEE | Steve Almasy, *Newtown Shooter's Guns: What We Know*, cnn.com (last updated Dec. 19, 2012 10:11 a.m. EST) | 000574-579 |
| 20<br>21<br>22 | FFF | *Virginia Tech Review Panel, Mass Shootings at Virginia Tech April 16, 2007: Report of the Review Panel* 89, 101 (Aug. 2007) | 000580-581 |
| 23<br>24<br>25 | GGG | Richard Winton, Rosanna Xia & Rong-Gong Lin II, *Isla Vista Shooting: Read Elliot Rodger's Graphic, Elaborate, Attack Plan*, L.A. Times (May 25, 2014) | 000582-594 |
| 26<br>27 | HHH | *2014 Isla Vista Killings*, Wikipedia (last updated May 25, 2017 to correct typo) | 000595-596 |
| 28 | | | |

DECLARATION OF ANNA M. BARVIR ISO MOTION FOR PRELIMINARY INJUNCTION

III   *Umpqua Community College Shooting*, Wikipedia (last        000597-598
      updated May 25, 2017 to undo prior revision)

JJJ   Spencer Kimball, *San Bernardino: Guns, Mass Shootings*        000599-602
      *and Fears of Terrorism*, <u>www.dw.com</u> (Apr. 12, 2015)

KKK   Bart Jansen, *Weapons Gunman Used in Orlando Shooting*        000603-605
      *Are High-Capacity, Common*, USA Today (Jun. 14, 2016)

LLL   WFTV-Orlando, *Law Enforcement Source: 202 Rounds*            000606-608
      *Fired During Pulse Nightclub Shooting in Orlando*,
      wscotv.com (Jun. 13, 2016)

DECLARATION OF ANNA M. BARVIR ISO MOTION FOR PRELIMINARY INJUNCTION

17-cv-1017-BEN-JLB

# EXHIBIT E

000028
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**ACCU-TEK AT-380 II
380 ACP PISTOL**
**Caliber:** 380 ACP, 6-shot magazine. **Barrel:** 2.8". **Weight:** 23.5 oz. **Length:** 6.125" overall.
**Grips:** Textured black composition.
**Sights:** Blade front, rear adjustable for windage. **Features:** Made from 17-4 stainless steel, has an exposed hammer, manual firing-pin safety block and trigger disconnect. Magazine release located on the bottom of the grip. American made, lifetime warranty. Comes with two 6-round stainless steel magazines and a California-approved cable lock. Introduced 2006. Made in U.S.A. by Excel Industries.
**Price:** Satin stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$262.00**

**AKDAL GHOST TR-01**
**Caliber:** 9x19mm 15-round double stacked magazine.
**Barrel:** 4.45". **Weight:** 29.10 oz. **Length:** 7.5" overall. **Grips:** Polymer black polycoat.
**Sights:** Fixed, open type with notched rear sight dovetailed into the slide. Adjustable sight also available. **Features:** Compact single action pre-cocked, semiautomatic pistol with short recoil operation and locking breech. It uses modified Browning-type locking, in which barrel engages the slide with single lug, entering the ejection window. Pistol also has no manual safeties; instead, it has automatic trigger and firing pin safeties. The polymer frame features removable backstraps (of different sizes), and an integral accessory Picatinny rail below the barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$499.00**

**AKDAL GHOST TR-02**
**Caliber:** 9x19mm 15-round double stacked magazine.
**Barrel:** 4.45". **Weight:** 29.10 oz. **Length:** 7.5" overall. **Grips:** Polymer black polycoat. **Sights:** Fixed, open type with notched rear sight dovetailed into the slide. Adjustable rear sight also available. **Features:** Compact single action pre-cocked, semiautomatic pistol with short recoil operation and locking breech. It uses modified Browning-type locking, in which barrel engages the slide with single lug, entering the ejection window. Pistol also has no manual safeties; instead, it has automatic trigger and firing pin safeties. The polymer frame features removable backstraps (of different sizes), and an integral accessory Picatinny rail below the barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$499.00**

**AMERICAN CLASSIC
1911-A1**
1911-style semiauto pistol chambered in .45 ACP. Features include 7+1 capacity, walnut grips, 5-inch barrel, blued or hard-chromed steel frame, checkered wood grips, drift adjustable sights. A .22 LR version is also available.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$500.00**

**AMERICAN CLASSIC
COMMANDER**
1911-style semiauto pistol chambered in .45 ACP. Features include 7+1 capacity, checkered mahogany grips, 4.25-inch barrel, blued or hard-chromed steel frame, drift adjustable sights.
**Price:** . . . . . . . . . . . . . . . . . . . . **$550.00**

**ARMALITE AR-24 PISTOL**
**Caliber:** 9mm Para., 10- or 15-shot magazine. **Barrel:** 4.671", 6 groove, right-hand cut rifling. **Weight:** 34.9

oz. **Length:** 8.27" overall. **Grips:** Black polymer. **Sights:** Dovetail front, fixed rear, 3-dot luminous design. **Features:** Machined slide, frame and barrel. Serrations on forestrap and backstrap, external thumb safety and internal firing pin lock, half cock. Two 15-round magazines, pistol case, pistol lock, manual and cleaning brushes. Manganese phosphate finish. Compact comes with two 13-round magazines, 3.89" barrel, weighs 33.4 oz. Made in U.S.A. by ArmaLite.
**Price:** AR-24 Full Size . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$550.00**
**Price:** AR-24K Compact . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$550.00**

**ARMSCOR/ROCK ISLAND ARMORY 1911A1-45 FS GI**
1911-style semiauto pistol chambered in .45 ACP (8 rounds), 9mm Parabellum, .38 Super (9 rounds). Features include checkered plastic or hardwood grips, 5-inch barrel, parkerized steel frame and slide, drift adjustable sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$500.00**

**ARMSCOR/ROCK ISLAND ARMORY 1911A1-45 CS GI**
1911-style Officer's-size semiauto pistol chambered in .45 ACP. Features plain hardwood grips, 3.5-inch barrel, parkerized steel frame and slide, drift adjustable sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$500.00**

**ARMSCOR/ROCK ISLAND ARMORY MAP1 & MAPP1 PISTOLS**
**Caliber:** 9mm, 16-round magazine. Browning short recoil action style pistols with: integrated front sight; Snag-free rear sight (police standard); Tanfoglio barrel; Single & double-action trigger; automatic safety on firing pin & manual on rear lever; standard hammer; side extractor; standard or Ambidextrous rear safety; combat slide stop; parkerized finish for nickel steel parts; polymer frame with accessory rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$400.00**

**ARMSCOR/ROCK ISLAND ARMORY XT22 PISTOL**
**Caliber:** .22 LR, 15-round magazine std. **Barrel:** 5" **Weight:** 38 oz. The XT-22 is a combat 1911 .22 pistol. Unlike most .22 1911 conversions, this pistol is built as a complete gun. Designed for durability, it is the only .22 1911 with a forged 4140 steel slide and the only .22 1911 with a one piece 4140 chrome moly barrel. Available soon.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . **(pre-order) $473.99**

**AUTO-ORDNANCE TA5 SEMI-AUTO PISTOL**
**Caliber:** 45 ACP, 30-round stick magazine (standard), 50- or 100-round drum magazine optional. **Barrel:** 10.5", finned. **Weight:** 6.5 lbs. **Length:** 25" overall. **Features:** Semi-auto pistol patterned after Thompson Model 1927 semi-auto carbine. Horizontal vertical foregrip, aluminum receiver, top cocking knob, grooved walnut pistolgrip.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,143.00**

**AUTO-ORDNANCE 1911A1 AUTOMATIC PISTOL**
**Caliber:** 45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 39 oz. **Length:** 8.5" overall. **Grips:** Brown checkered plastic with medallion. **Sights:** Blade front, rear drift-adjustable for windage.



**Features:** Same specs as 1911A1 military guns-parts interchangeable. Frame and slide blued; each radius has non-glare finish. Introduced 2002. Made in U.S.A. by Kahr Arms.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **407**
Digitized by Google
000029
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**Price:** 1911PKZSE Parkerized, plastic grips . . . . . . . . . . . . . $627.00
**Price:** 1911PKZSEW Parkerized . . . . . . . . . . . . . . . . . . . . . . . $662.00
**Price:** 1911PKZMA Parkerized, Mass. Compliant (2008) . . . . . $627.00

**BAER H.C. 40 AUTO PISTOL**
**Caliber:** 40 S&W, 18-shot magazine. **Barrel:** 5". **Weight:** 37 oz.
**Length:** 8.5" overall. **Grips:** Wood. **Sights:** Low-mount adjustable
rear sight with hidden rear leaf, dovetail front sight. **Features:**
Double-stack Caspian frame, beavertail grip safety, ambidextrous
thumb safety, 40 S&W match barrel with supported chamber, match
stainless steel barrel bushing, lowered and flared ejection port,
extended ejector, match trigger fitted, integral mag well, bead blast
blue finish on lower, polished sides on slide. Introduced 2008. Made
in U.S.A. by Les Baer Custom, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,960.00



**BAER 1911
BOSS .45**
**Caliber:** .45 ACP,
8+1 capacity.
**Barrel:** 5". **Weight:**
37 oz. **Length:**
8.5" overall. **Grips:**
Premium Checkered Cocobolo Grips.
**Sights:** Low-Mount LBC Adj Sight, Red Fiber
Optic Front. **Features:** Speed Trgr, Beveled Mag Well,
Rounded for Tactical. Rear cocking serrations on the
slide, Baer fiber optic front sight (red), flat mainspring
housing, checkered at 20 lpi, extended combat safety,
Special tactical package, chromed complete lower, blued
slide, (2) 8-round premium magazines.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,109.00



**BAER 1911 CUSTOM
CARRY AUTO PISTOL**
**Caliber:** 45 ACP, 7- or
10-shot magazine.
**Barrel:** 5". **Weight:** 37
oz. **Length:** 8.5" overall. **Grips:**
Checkered walnut. **Sights:** Baer improved
ramp-style dovetailed front, Novak low-mount
rear. **Features:** Baer forged NM frame, slide and
barrel with stainless bushing. Baer speed trigger
with 4-lb. pull. Partial listing shown. Made in U.S.A.
by Les Baer Custom, Inc.
**Price:** Custom Carry 5", blued . . . . . . . . . . . . . . . . . . . . . $1,995.00
**Price:** Custom Carry 5", stainless . . . . . . . . . . . . . . . . . . $2,120.00
**Price:** Custom Carry 4" Commanche length, blued . . . . . . $1,995.00
**Price:** Custom Carry 4" Commanche length, stainless . . . . $2,120.00

**BAER 1911 ULTIMATE RECON PISTOL**
**Caliber:** 45 ACP, 7- or 10-shot magazine. **Barrel:** 5". **Weight:** 37
oz. **Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:**
Baer improved ramp-style dovetailed front, Novak low-mount rear.
**Features:** NM Caspian frame, slide and barrel with stainless bushing.
Baer speed trigger with 4-lb. pull. Includes integral Picatinny rail
and Sure-Fire X-200 light. Made in U.S.A. by Les Baer Custom, Inc.
Introduced 2006.
**Price:** Bead blast blued . . . . . . . . . . . . . . . . . . . . . . . . . . $3,070.00
**Price:** Bead blast chrome . . . . . . . . . . . . . . . . . . . . . . . . $3,390.00



**BAER 1911
PREMIER II AUTO
PISTOL**
**Caliber:** 38 Super,
400 Cor-Bon, 7- or 10-shot magazine.
**Barrel:** 5". **Weight:** 37 oz. **Length:** 8.5"
overall. **Grips:** Checkered rosewood, double
diamond pattern. **Sights:** Baer dovetailed front,
low-mount Bo-Mar rear with hidden leaf. **Features:**
Baer NM forged steel frame and barrel with
stainless bushing, deluxe Commander hammer and
sear, beavertail grip safety with pad, extended ambidextrous safety;
flat mainspring housing; 30 lpi checkered front strap. Made in U.S.A.
by Les Baer Custom, Inc.
**Price:** 5" 45 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,790.00

**Price:** 5" 400 Cor-Bon . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,890.00
**Price:** 5" 38 Super . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,070.00
**Price:** 6" 45 ACP, 400 Cor-Bon, 38 Super, from . . . . . . . . $1,990.00
**Price:** Super-Tac, 45 ACP, 400 Cor-Bon, 38 Super, from . . $2,280.00

**BAER 1911 S.R.P. PISTOL**
**Caliber:** 45 ACP. **Barrel:** 5". **Weight:** 37 oz. **Length:** 8.5" overall.
**Grips:** Checkered walnut. **Sights:** Trijicon night sights. **Features:**
Similar to the F.B.I. contract gun except uses Baer forged steel frame.
Has Baer match barrel with supported chamber, complete tactical
action. Has Baer Ultra Coat finish. Introduced 1996. Made in U.S.A.
by Les Baer Custom, Inc.
**Price:** Government or Commanche length . . . . . . . . . . . . . $2,590.00

**BAER 1911 STINGER PISTOL**
**Caliber:** 45 ACP, 7-round magazine. **Barrel:** 5". **Weight:** 34 oz.
**Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer
dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:**
Baer NM frame. Baer Commanche slide, Officer's style grip frame,
beveled mag well. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,890.00
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,970.00

**BAER 1911 PROWLER III PISTOL**
**Caliber:** 45 ACP, 8-round magazine. **Barrel:** 5". **Weight:** 34 oz.
**Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer
dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:**
Similar to Premier II with tapered cone stub weight, rounded corners.
Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,580.00

**BERETTA 85FS
CHEETAH**
**Caliber:** 9x19 15-round
double stack magazine.
**Barrel:** 4.45". **Weight:**
29.10 oz. **Length:** 7.5" overall. **Grips:**
Plastic and Wood. **Sights:** Standard
3-dot system. Notched rear sight is
dovetailed to slide. Blade front sight is integral with
slide. **Features:** An open slide design that increases
the reliability of the firearm. The frame is made from
an aluminum alloy that delivers the strength and
durability of steel – but with 65% less weight. The
automatic firing pin block (FS models) prevents the gun from firing in
case of inadvertent drops or strikes against hard surfaces. Available
in nickel finish.
**Price:** Standard (black) finish . . . . . . . . . . . . . . . . . . . . . . . $770.00
**Price:** Nickel finish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $830.00



**BERETTA
MODEL 92FS
PISTOL**
**Caliber:** 9mm
Para., 10-shot
magazine. **Barrel:** 4.9".
**Weight:** 34 oz. **Length:** 8.5" overall.
**Grips:** Checkered black plastic.
**Sights:** Blade front, rear adjustable for
windage. Tritium night sights available. **Features:**
Double action. Extractor acts as chamber loaded
indicator, squared trigger guard, grooved front and
backstraps, inertia firing pin. Matte or blued finish.
Introduced 1977. Made in U.S.A.
**Price:** With plastic grips . . . . . . . . . . . . . . . . . . . . . . . . . . . $650.00

**BERETTA MODEL 80 CHEETAH SERIES DA PISTOLS**
**Caliber:** 380 ACP, 10-shot magazine (M84); 8-shot (M85); 22 LR,
7-shot (M87). **Barrel:** 3.82". **Weight:** About 23 oz. (M84/85); 20.8
oz. (M87). **Length:** 6.8" overall. **Grips:** Glossy black plastic (wood
optional at extra cost). **Sights:** Fixed front, drift-adjustable rear.
**Features:** Double action, quick takedown, convenient magazine
release. Introduced 1977. Made in U.S.A.
**Price:** Model 84 Cheetah, plastic grips . . . . . . . . . . . . . . . . $650.00

**BERETTA MODEL 21 BOBCAT PISTOL**
**Caliber:** 22 LR or 25 ACP. Both double action. **Barrel:** 2.4". **Weight:**
11.5 oz.; 11.8 oz. **Length:** 4.9" overall. **Grips:** Plastic. **Features:**
Available in nickel, matte, engraved or blue finish. Introduced in 1985.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000030

EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**Price:** Bobcat, 22 or 25, blue . . . . . . . . . . . . . . . . . .$335.00
**Price:** Bobcat, 22, Inox . . . . . . . . . . . . . . . . . . . . . . .$420.00
**Price:** Bobcat, 22 or 25, matte . . . . . . . . . . . . . . . . .$335.00

**BERETTA MODEL 3032 TOMCAT PISTOL**
**Caliber:** 32 ACP, 7-shot magazine. **Barrel:** 2.45".
**Weight:** 14.5 oz. **Length:** 5" overall. **Grips:** Checkered
black plastic. **Sights:** Blade front, drift-adjustable rear. **Features:**
Double action with exposed hammer; tip-up barrel for direct loading/
unloading; thumb safety; polished or matte blue finish.
Made in U.S.A. Introduced 1996.
**Price:** Matte . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$435.00
**Price:** Inox . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$555.00

**BERETTA MODEL U22 NEOS**
**Caliber:** 22 LR, 10-shot magazine. **Barrel:** 4.5"; 6". **Weight:** 32 oz.;
36 oz. **Length:** 8.8"; 10.3". **Sights:** Target.



**Features:** Integral rail for
standard scope mounts, light,
perfectly weighted, 100 percent
American made by Beretta.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . .$250.00
**Price:** Inox . . . . . . . . . . . . . . . . . . . . . .$350.00



**BERETTA
MODEL
PX4 STORM**
**Caliber:** 9mm Para., 40
S&W. **Capacity:** 17 (9mm
Para.); 14 (40 S&W). **Barrel:** 4".
**Weight:** 27.5 oz. **Grips:** Black checkered
w/3 interchangeable backstraps. **Sights:**
3-dot system coated in Superluminova; removable
front and rear sights. **Features:** DA/SA, manual
safety/hammer decocking lever (ambi) and automatic
firing pin block safety. Picatinny rail. Comes with two
magazines (17/10 in 9mm Para. and 14/10 in 40 S&W).
Removable hammer unit. American made by Beretta.
Introduced 2005.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$600.00
**Price:** 45 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$650.00



**BERETTA MODEL PX4
STORM SUB-COMPACT**
**Caliber:** 9mm, 40 S&W.
**Capacity:** 13 (9mm); 10 (40
S&W). **Barrel:** 3". **Weight:**
26.1 oz. **Length:** 6.2" overall.
**Grips:** NA. **Sights:** NA. **Features:**
Ambidextrous manual safety lever,
interchangeable backstraps included, lock
breech and tilt barrel system, stainless steel barrel,
Picatinny rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$600.00



**BERETTA
MODEL M9**
**Caliber:** 9mm
Para. **Capacity:**
15. **Barrel:** 4.9".
**Weight:**
32.2-35.3 oz.
**Grips:** Plastic. **Sights:** Dot and post,
low profile, windage adjustable rear.
**Features:** DA/SA, forged aluminum alloy
frame, delayed locking-bolt system, manual safety
doubles as decocking lever, combat-style trigger guard,
loaded chamber indicator. Comes with two magazines
(15/10). American made by Beretta. Introduced 2005.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$650.00

**BERETTA MODEL M9A1**
**Caliber:** 9mm Para. **Capacity:** 15. **Barrel:** 4.9". **Weight:** 32.2-35.3 oz.
**Grips:** Plastic. **Sights:** Dot and post, low profile, windage adjustable

rear. **Features:** Same as M9, but also includes integral Mil-Std-1913
Picatinny rail, has checkered frontstrap and backstrap. Comes with
two magazines (15/10). American made by Beretta. Introduced 2005.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$750.00

**BERETTA NANO**
**Caliber:** 9mm Para. Six-
shot magazine. **Barrel:** 3.07".
**Weight:** 17.7 oz. **Length:** 5.7"
overall. **Grips:** Polymer. **Sights:**
3-dot low profile. **Features:**
Double-action only, striker fired.
Replaceable grip frames.
**Price:** . . . . . . . . . . . . . . . . . . . . .$475.00



**BERSA THUNDER 45 ULTRA COMPACT PISTOL**
**Caliber:** 45 ACP. **Barrel:** 3.6". **Weight:** 27 oz.
**Length:** 6.7" overall.
**Grips:** Anatomically
designed polymer.
**Sights:** White outline
rear. **Features:** Double
action; firing pin safeties,
integral locking system. Available in
matte, satin nickel, gold, or duo-tone.
Introduced 2003. Imported from Argentina by
Eagle Imports, Inc.
**Price:** Thunder 45, matte blue . . . . . . . . . . . .$402.00
**Price:** Thunder 45, stainless . . . . . . . . . . . . . .$480.00
**Price:** Thunder 45, satin nickel . . . . . . . . . . .$445.00



**BERSA THUNDER 380
SERIES PISTOLS**
**Caliber:** 380 ACP, 7 rounds
**Barrel:** 3.5". **Weight:** 23 oz.
**Length:** 6.6" overall. **Features:**
Otherwise similar to Thunder 45
Ultra Compact. 380 DLX has 9-round
capacity. 380 Concealed Carry has 8
round capacity. Imported from Argentina by Eagle
Imports, Inc.
**Price:** Thunder 380 Matte . . . . . . . . . . . . . .$310.00
**Price:** Thunder 380 Satin Nickel . . . . . . . . .$336.00
**Price:** Thunder 380 Blue DLX . . . . . . . . . . .$332.00
**Price:** Thunder 380 Matte CC (2006) . . . . . . . . . . . . . . . . . .$315.00

**BERSA THUNDER 9
ULTRA COMPACT/40
SERIES PISTOLS**
**Caliber:** 9mm Para., 40
S&W. **Barrel:** 3.5". **Weight:**
24.5 oz. **Length:** 6.6" overall.
**Features:** Otherwise similar to Thunder
45 Ultra Compact. 9mm Para. High
Capacity model has 17-round capacity. 40
High Capacity model has 13-round capacity. Imported
from Argentina by Eagle Imports, Inc.
**Price:** Thunder 9mm Para. Matte . . . . . . . . . . . .$402.00
**Price:** Thunder 40 High Capacity Satin Nickel . .$419.00



**BROWNING 1911-22 COMPACT**
**Caliber:** .22 L.R.,10-round magazine. **Barrel:** 3.625".
**Weight:** 15 oz. **Length:** 6.5" overall. **Grips:** Brown composite.
**Sights:** Fixed. **Features:** Slide is machined aluminum with alloy
frame and matte blue finish. Blowback action and single action
trigger with manual thumb and grip safeties. Works, feels     and
functions just like a full
size 1911. It is simply
scaled down and
chambered in the best of
all practice rounds: 22 LR.
for focus on the fundamentals.
**Price:** . . . . . . . . . . . . . . . . . . . .$600.00



**BROWNING 1911-22 A1**
**Caliber:** .22 L.R.,10-round magazine. **Barrel:** 4.25".
**Weight:** 16 oz. **Length:** 7.0625" overall. **Grips:** Brown

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ♦ **409**
Digitized by Google
000031
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

composite. **Sights:** Fixed. **Features:** Slide is machined aluminum with alloy frame and matte blue finish. Blowback action and single action trigger with manual thumb and grip safetys. Works, feels and functions just like a full size 1911. It is simply scaled down and chambered in the best of all practice rounds: 22 LR. for focus on the fundamentals
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$600.00**

**BROWNING HI POWER 9MM AUTOMATIC PISTOL**
**Caliber:** 9mm Para., 13-round magazine; 40 S&W, 10-round magazine.
**Barrel:** 4-5/8". **Weight:** 32 to 39 oz. **Length:** 7.75" overall. **Metal Finishes:** Blued (Standard); black-epoxy/silver-chrome (Practical); black-epoxy (Mark III). **Grips:** Molded (Mark III); wraparound



Pachmayr (Practical); or walnut grips (Standard). **Sights:** Fixed (Practical, Mark III, Standard); low-mount adjustable rear (Standard). Cable lock supplied. **Features:** External hammer with half-cock and thumb safeties. Fixed rear sight model available. Commander-style (Practical) or spur-type hammer, single action. Includes gun lock. Imported from Belgium by Browning.
**Price:** Mark III . . . . . . . . . . . . . . . . . . . . . . **$979.00**
**Price:** Fixed Sights . . . . . . . . . . . . . . . . . . . . . . **$999.00**
**Price:** Standard, Adjustable  sights . . . . . . . . . . . . . . . . . . . . . .**$1150.00**





**BROWNING BUCK MARK PISTOLS**
Currently offered in 15 different variations. **Caliber:** .22 LR with 10-shot magazine. **Barrel:** 4", 5.5" or 7.25." **Weight:** 28 to 39 oz. **LENGTH:** 8", 9.5" or 11.3"  **Overall. Grips:** Laminate UDX (black or brown), Rosewood UDX, Composite URX, Cocobolo or Molded Comp, all ambidextrous. URX and UDX have finger grooves. **Sights:** Pro-Target adjustable rear, TRUGLO fiber-optic or ramp front. **Finish:** Matte blued, matte green or matte gray; matte stainless.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$380 to $560**



**BUSHMASTER CARBON 15 .223 PISTOL**
**Caliber:** 5.56/223, 30-round. **Barrel:** 7.25" stainless steel. **Weight:** 2.88 lbs. **Length:** 20" overall. **Grips:** Pistol grip, Hogue overmolded unit for ergonomic comfort. **Sights:** A2-type front with dual-aperture slip-up rear. **Features:** AR-style semi-auto pistol with carbon composite receiver, shortenend handguard, full-length optics rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **N/A**
**Price: Type 97 pistol, without handguard . . . $1,055.00**

**CHIAPPA 1911-22**
A faithful replica of the famous John Browning 1911A1 pistol.
**Caliber:** .22 LR. **Barrel:** 5".
**Weight:** 33.5 oz. **Length:** 8.5". **Grips:** Two-piece wood. **Sights:** Fixed. **Features:** Fixed barrel design, 10-shot magazine. Available in black, OD green or tan finish. Target and Tactical models have adjustable sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . **$300 to $419**

**CHIAPPA M9-22 STANDARD**
**Caliber:** .22 LR. **Barrel:** 5". **Weight:** 2.3 lbs. **Length:** 8.5". **Grips:** Black molded plastic or walnut. **Sights:** Fixed front sight and windage adjustable rear sight. **Features:** The M9-9mm has been a U.S. standard-issue service pistol since 1990. Chiappa's M9-22 is a replica of this pistol in 22 LR. The M9-22 has the same weight and feel as its 9mm counterpart but has an affordable 10 shot magazine for the 22 long rifle cartridge which makes it a true rimfire reproduction. Comes standard with steel trigger, hammer assembly and a 1/2-28 threaded barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . .(available soon) $369.00



**CHIAPPA M9-22 TACTICAL**
**Caliber:** .22 LR. **Barrel:** 5" **Weight:** 2.3 lbs. **Length:** 8.5". **Grips:** Black molded plastic. **Sights:** Fixed front sight and Novak style rear sites. **Features:** The M9-22 Tactical model has Novak style rear sites and comes with a fake suppressor (this ups the "cool factor" on the range and extends the barrel to make it even more accurate). It also has a 1/2 x 28 thread adaptor which can be used by those with a legal suppressor.
**Price:** . . . . . . . . . . . . . . . . . . . . . . .(available soon) $419.00

**CHRISTENSEN ARMS 1911 SERIES**
**Caliber:** .45 ACP, .40 S&W, 9mm. **Barrel:** 3.7", 4.3", 5.5." **Features:** All models are built on a titanium frame with hand-fitted slide, match-grade barrel, tritium night sights, G10 Operator grip panels.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$3,195

**COBRA ENTERPRISES FS32, FS380 AUTO PISTOL**
**Caliber:** 32 ACP, 380 ACP, 7-shot magazine. **Barrel:** 3.5". **Weight:** 2.1 lbs. **Length:** 6-3/8" overall. **Grips:** Black composition. **Sights:** Fixed. **Features:** Choice of bright chrome, satin nickel or black finish. Introduced 2002. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$165.00

**COBRA ENTERPRISES PATRIOT 45 PISTOL**
**Caliber:** 45 ACP, 6, 7, or 10-shot magazine. **Barrel:** 3.3". **Weight:** 20 oz. **Length:** 6" overall. **Grips:** Black polymer. **Sights:** Rear adjustable. **Features:** Stainless steel or black melonite slide with load indicator; Semi-auto locked



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000032

EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

breech, DAO. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $380.00

**COBRA ENTERPRISES CA32, CA380 PISTOL**
**Caliber:** 32 ACP, 380 ACP. **Barrel:** 2.8". **Weight:** 22 oz. **Length:** 5.4".
**Grips:** Black molded synthetic. **Sights:** Fixed. **Features:** Choice
of black, satin nickel, or chrome finish. Made in U.S.A. by Cobra
Enterprises of Utah, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $157.00

**COLT MODEL 1991 MODEL O AUTO PISTOL**
**Caliber:** 45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 38 oz. **Length:**
8.5" overall. **Grips:** Checkered black composition. **Sights:** Ramped
blade front, fixed square notch rear, high profile. **Features:** Matte
finish. Continuation of serial number range used on original G.I.
1911A1 guns. Comes with one magazine and molded carrying case.
Introduced 1991.
Price: Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$900.00
Price: Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$960.00

**COLT XSE SERIES MODEL O AUTO PISTOLS**
**Caliber:** 45 ACP, 8-shot magazine. **Barrel:** 5". **Grips:** Checkered,
double diamond
rosewood.
**Sights:** Drift-
adjustable 3-dot
combat. **Features:**
Brushed stainless
finish; adjustable, two-cut aluminum
trigger; extended ambidextrous thumb
safety; upswept beavertail with palm swell;
elongated slot hammer. Introduced 1999. From Colt's
Mfg. Co., Inc.
Price: XSE Government (5" bbl.) . . . . . . . . .$1021.00

**COLT XSE LIGHTWEIGHT COMMANDER AUTO
PISTOL**
**Caliber:** 45 ACP, 8-shot. **Barrel:** 4.25". **Weight:** 26 oz. **Length:** 7.75"
overall. **Grips:** Double
diamond checkered
rosewood. **Sights:**
Fixed, glare-proofed
blade front, square
notch rear; 3-dot
system. **Features:**
Brushed stainless slide, nickeled
aluminum frame; McCormick elongated
slot enhanced hammer, McCormick two-cut
adjustable aluminum hammer. Made in U.S.A. by
Colt's Mfg. Co., Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $1021.00

**COLT DEFENDER**
**Caliber:** .45 ACP (7-round magazine), 9mm (8-round). **Barrel:**
3". **Weight:** 22-1/2 oz. **Length:**
6.75" overall. **Grips:** Pebble-
finish rubber wraparound
with finger grooves. **Sights:**
White dot front, snag-free Colt
competition rear. **Features:**
Stainless finish; aluminum
frame; combat-style hammer; Hi Ride grip safety,
extended manual safety, disconnect safety.
Introduced 1998. Made in U.S.A. by Colt's Mfg. Co.,
Inc.
Price: 07000D, stainless . . . . . . . . . . . . . . $995.00

**COLT SERIES 70**
**Caliber:** 45 ACP. **Barrel:** 5". **Weight:** 37.5 oz. **Length:** 8.5". **Grips:**
Rosewood with double diamond checkering pattern. **Sights:** Fixed.
**Features:** Custom replica of the Original Series 70 pistol with a
Series 70 firing system, original rollmarks. Introduced 2002. Made in
U.S.A. by Colt's Mfg. Co., Inc.
Price: Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$993.00
Price: Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1027.00

**COLT 38 SUPER**
**Caliber:** 38 Super. **Barrel:** 5". **Weight:** 36.5 oz. **Length:** 8.5". **Grips:**

Checkered rubber (stainless and blue models); wood with double
diamond checkering pattern (bright stainless model). **Sights:** 3-dot.
**Features:** Beveled magazine well, standard thumb safety and
service-style grip safety. Introduced 2003. Made in U.S.A. by Colt's
Mfg. Co., Inc.
Price: Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$906.00
Price: Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$950.00
Price: Bright Stainless . . . . . . . . . . . . . . . . . . . . . . . $1,248.00

**COLT MUSTANG
POCKETLITE**
**Caliber:** .380 ACP. Six-shot
magazine. **Barrel:** 2.75".
**Weight:** 12.5 oz. **Grips:** Black composite.
**Finish:** Brushed stainless. **Features:**
Thumb safety, firing-pin safety block.
Price: . . . . . . . . . . . . . . . . . . . . $599

**COLT NEW AGENT**
**Caliber:** 45 ACP (7+1),
"9mm (8+1)". **Barrel:** 3".
**Weight:** 25 oz. **Length:**
6.75" overall. **Grips:**
Double diamond slim fit.
**Sights:** Snag free trench
style. **Features:** Semi-auto pistol
with blued finish and enhanced black
anodized aluminum receiver. Skeletonized
aluminum trigger, series 80 firing system, front
strap serrations, beveled magazine well. Also
available in a double-action-only version (shown), in
.45 ACP only.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . $995.00

**COLT RAIL GUN**
**Caliber:** 45 ACP (8+1). **Barrel:** NA. **Weight:** NA. **Length:** NA.
**Grips:** Rosewood double diamond. **Sights:** White dot front and
Novak rear. **Features:** 1911-style semi-auto. Stainless steel frame
and slide, front and rear slide serrations, skeletonized trigger,
integral, accessory rail, Smith & Alexander upswept beavertail grip
palm swell safety, tactical thumb safety, National Match barrel.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1087.00

**COLT SPECIAL COMBAT GOVERNMENT
CARRY MODEL**
**Caliber:** 45 ACP (8+1), 38
Super (9+1). **Barrel:** 5".
**Weight:** NA. **Length:**
NA. **Grips:** Black/silver
synthetic. **Sights:** Novak
front and rear night. **Features:** 1911-style
semi-auto. Skeletonized three-hole trigger,
slotted hammer, Smith & Alexander upswept beavertail
grip palm swell safety and extended magazine well,
Wilson tactical ambidextrous safety. Available in blued,
hard chrome, or blue/satin nickel finish, depending on
chambering.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,995.00

**CZ 75 B AUTO PISTOL**
**Caliber:** 9mm Para.,
40 S&W, 10-shot
magazine. **Barrel:**
4.7". **Weight:** 34.3 oz.
**Length:** 8.1" overall.
**Grips:** High impact checkered
plastic. **Sights:** Square post front,
rear adjustable for windage. **Bolt/3-dot
system. Features:** Single action/double
action design; firing pin block safety; choice of black
polymer, matte or high-polish blue finishes. All-
steel frame. B-SA is a single action with a drop-free
magazine. Imported from the Czech Republic by CZ-
USA.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS—Autoloaders, Service & Sport

**Price:** 75 B, black polymer, 16-shot magazine . . . . . . . . . . . **$597.00**
**Price:** 75 B, dual-tone or satin nickel . . . . . . . . . . . . . . . . **$617.00**
**Price:** 40 S&W, black polymer,
12-shot magazine . . . . . . . . . . . . . . . . . . . . . . . . . . . **$615.00**
**Price:** 40 S&W, glossy blue, dual-tone,
satin nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$669.00**
**Price:** 75 B-SA, 9mm Para./40 S&W,
single action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$609.00**

## CZ 75 BD DECOCKER
Similar to the CZ 75B except has a decocking lever in place of the safety lever. All other specifications are the same. Introduced 1999. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer . . . **$609.00**

## CZ 75 B COMPACT AUTO PISTOL
Similar to the CZ 75 B except has 14-shot magazine in 9mm Para., 3.9" barrel and weighs 32 oz. Has removable front sight, non-glare ribbed slide top. Trigger guard is squared and serrated; combat hammer. Introduced 1993. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer . . . . . . . . . . . . . . . . . . . . . **$631.00**
**Price:** 9mm Para., dual tone or satin nickel . . . . . . . . . . . . . **$651.00**
**Price:** 9mm Para. D PCR Compact, alloy frame . . . . . . . . . . . **$651.00**

## CZ 75 P-07 DUTY
**Caliber:** 40 S&W, 9mm Luger (16+1). **Barrel:** 3.8". **Weight:** 27.2 oz. **Length:** 7.3" overall. **Grips:** Polymer black polycoat. **Sights:** Blade front, fixed groove rear. **Features:** The ergonomics and accuracy of the CZ 75 with a totally new trigger system. The new Omega trigger system simplifies the CZ 75 trigger system, uses fewer parts and improves the trigger pull. In addition, it allows users to choose between using the handgun with a decocking lever (installed) or a manual safety (included) by a simple parts change. The polymer frame design of the Duty and a new sleek slide profile (fully machined from bar stock) reduce weight, making the P-07 Duty a great choice for concealed carry.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$487.00**

## CZ 75 TACTICAL SPORT
Similar to the CZ 75 B except the CZ 75 TS is a competition ready pistol designed for IPSC standard division (USPSA limited division). Fixed target sights, tuned single-action operation, lightweight polymer match trigger with adjustments for take-up and overtravel, competition hammer, extended magazine catch, ambidextrous manual safety, checkered walnut grips, polymer magazine well, two tone finish. Introduced 2005. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., 20-shot mag. . . . . . . . . . . . . . . . . . . . . **$1,338.00**
**Price:** 40 S&W, 16-shot mag. . . . . . . . . . . . . . . . . . . . . . **$1,338.00**

## CZ 75 SP-01 PISTOL
Similar to NATO-approved CZ 75 Compact P-01 model. Features an integral 1913 accessory rail on the dust cover, rubber grip panels, black polycoat finish, extended beavertail, new grip geometry with checkering on front and back straps, and double or single action operation. Introduced 2005. The Shadow variant designed as an IPSC "production" division competition firearm. Includes competition hammer, competition rear sight and fiber-optic front sight, modified slide release, lighter recoil and main spring for use with "minor power factor" competition ammunition. Includes polycoat finish and slim walnut grips. Finished by CZ Custom Shop. Imported from the Czech Republic by CZ-USA.
**Price:** SP-01 9mm Para., black polymer, 19+1 . . . . . . . . . . . **$850.00**

## CZ 75 SP-01 PHANTOM
Similar to the CZ 75 B. 9mm Luger, 19-round magazine, weighs 26 oz. and features a polymer frame with accessory rail, and a forged steel slide with a weight-saving scalloped profile. Two interchangeable grip inserts are included to accommodate users with different-sized hands.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$695.00**

## CZ 85 B/85 COMBAT AUTO PISTOL

Same gun as the CZ 75 except has ambidextrous slide release and safety levers; square, ribbed slide top; squared, serrated trigger guard; trigger stop to prevent overtravel. Introduced 1986. The CZ 85 Combat features a fully adjustable rear sight, extended magazine release, ambidextrous slide stop and safety catch, drop free magazine and overtravel adjustment. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer . . . . . . . . . **$628.00**
**Price:** Combat, black polymer . . . . . . . . . . . . . . . . . . . . . . **$702.00**
**Price:** Combat, dual-tone, satin nickel . . . . . . . . . . . . . . . . .
. . . . . . . . . . . **$732.00**

## CZ 75 KADET AUTO PISTOL
**Caliber:** 22 LR, 10-shot magazine. **Barrel:** 4.88". **Weight:** 36 oz. **Grips:** High impact checkered plastic. **Sights:** Blade front, fully adjustable rear. **Features:** Single action/double action mechanism; all-steel construction. Introduced 1999. Kadet conversion kit consists of barrel, slide, adjustable sights, and magazine to convert the centerfire 75 to rimfire. Imported from the Czech Republic by CZ-USA.
**Price:** Black polymer . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$689.00**
**Price:** Kadet conversion kit . . . . . . . . . . . . . . . . . . . . . . . **$412.00**

## CZ 83 DOUBLE-ACTION PISTOL
**Caliber:** 32 ACP, 380 ACP, 12-shot magazine. **Barrel:** 3.8". **Weight:** 26.2 oz. **Length:** 6.8" overall. **Grips:** High impact checkered plastic. **Sights:** Removable square post front, rear adjustable for windage; 3-dot system. **Features:** Single action/double action; ambidextrous magazine release and safety. Blue finish; non-glare ribbed slide top. Imported from the Czech Republic by CZ-USA.
**Price:** Glossy blue, 32 ACP or 380 ACP . . . . . . . . . . . . . . . **$495.00**
**Price:** Satin Nickel . . . . . . . . . . . . . . . . . . . . . . . . . **$522.00**

## CZ 97 B AUTO PISTOL
**Caliber:** 45 ACP, 10-shot magazine. **Barrel:** 4.85". **Weight:** 40 oz. **Length:** 8.34" overall. **Grips:** Checkered walnut. **Sights:** Fixed. **Features:** Single action/double action; full-length slide rails; screw-in barrel bushing; linkless barrel; all-steel construction; chamber loaded indicator; dual transfer bars. Introduced 1999. Imported from the Czech Republic by CZ-USA.
**Price:** Black polymer . . . . . . . . . . . . . . . . . . . . **$779.00**
**Price:** Glossy blue . . . . . . . . . . . . . . . . . . . . . . **$799.00**

## CZ 97 BD Decocker
Similar to the CZ 97 B except has a decocking lever in place of the safety lever. Tritium night sights. Rubber grips. All other specifications are the same. Introduced 1999. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer . . . . . . . . . . . . . . . . . . . **$874.00**

## CZ 2075 RAMI/RAMI P AUTO PISTOL
**Caliber:** 9mm Para., 40 S&W. **Barrel:** 3". **Weight:** 25 oz. **Length:** 6.5" overall. **Grips:** Rubber. **Sights:** Blade front with dot, white outline rear drift adjustable for windage. **Features:** Single-action/double-action; alloy or polymer frame, steel slide; has laser sight mount. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., alloy frame, 10 and 14-shot magazines . . . **$671.00**
**Price:** 40 S&W, alloy frame, 8-shot magazine . . . . . . . . . . . **$671.00**
**Price:** RAMI P, polymer frame, 9mm Para., 40 S&W . . . . . . . **$612.00**

## CZ P-01 AUTO PISTOL
**Caliber:** 9mm Para., 14-shot magazine. **Barrel:** 3.85". **Weight:** 27 oz. **Length:** 7.2" overall. **Grips:** Checkered rubber. **Sights:** Blade front

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google
000034
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

with dot, white outline rear drift adjustable for windage. **Features:** Based on the CZ 75, except with forged aircraft-grade aluminum alloy frame. Hammer forged barrel, decocker, firing-pin block, M3 rail, dual slide serrations, squared trigger guard, re-contoured trigger, lanyard loop on butt. Serrated front and back strap. Introduced 2006. Imported from the Czech Republic by CZ-USA.
**Price:** CZ P-01 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$672.00**

## DAN WESSON DW RZ-10 AUTO PISTOL
**Caliber:** 10mm, 9-shot.
**Barrel:** 5".
**Grips:** Diamond checkered cocobolo.
**Sights:** Bo-Mar style adjustable target sight.
**Weight:** 38.3 oz. **Length:** 8.8" overall. **Features:** Stainless-steel frame and serrated slide. Series 70-style 1911, stainless-steel frame, forged stainless-steel slide. Commander-style match hammer. Reintroduced 2005. Made in U.S.A. by Dan Wesson Firearms, distributed by CZ-USA.
**Price:** 10mm, 8+1 . . . . . . . . . . . . . . . . . . . . .**$1,350.00**

## DAN WESSON DW RZ-45 HERITAGE
Similar to the RZ-10 Auto except in 45 ACP with 7-shot magazine. Weighs 36 oz., length is 8.8" overall.
**Price:** 10mm, 8+1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,298.00**

## DAN WESSON VALOR 1911 PISTOL
**Caliber:** .45 ACP, 8-shot.
**Barrel:** 5". **Grips:** Slim Line G10. **Sights:** Heinie ledge straight eight adjustable night sights. **Weight:** 2.4 lbs. **Length:** 8.8" overall. **Features:** The defensive style Valor, is a base stainless 1911 with our matte black "Duty" finish. This finish is a ceramic base coating that has set the standard for all coating tests. Other features include forged stainless frame and match barrel with 25 LPI checkering and undercut trigger guard, adjustable defensive night sites, and Slim Line VZ grips. Made in U.S.A. by Dan Wesson Firearms, distributed by CZ-USA.
**Price:** . . . . . . . . . . . . . . . . **$2,012.00**

## DAN WESSON V-BOB
**Caliber:** 45 ACP 8-shot magazine.
**Barrel:** 4.25".
**Weight:** 34 oz.
**Length:** 8" **Grips:** Slim Line G10.
**Sights:** Heinie Ledge Straight-Eight Night Sights. **Features:** Black matte or stainless finish. Bobtail forged grip frame with 25 lpi checkering front and rear.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2077**

## DESERT EAGLE MARK XIX PISTOL
**Caliber:** 357 Mag., 9-shot; 44 Mag., 8-shot; 50 AE, 7-shot. **Barrel:** 6", 10", interchangeable. **Weight:** 357 Mag.-62 oz.; 44 Mag.-69 oz.; 50 AE-72 oz. **Length:** 10.25" overall (6" bbl.). **Grips:** Polymer; rubber available. **Sights:** Blade on ramp front, combat-style rear. Adjustable available. **Features:** Interchangeable barrels; rotating three-lug bolt; ambidextrous safety; adjustable trigger. Military epoxy finish. Satin, bright nickel, chrome, brushed, matte or black-oxide finishes available. 10" barrel extra. Imported from Israel by Magnum Research, Inc.
**Price:** Black-6, 6" barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,594.00**
**Price:** Black-10, 10" barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,683.00**
**Price:** Component System Package, 3 barrels, carrying case, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,910.00**

## DESERT BABY MICRO DESERT EAGLE PISTOL
**Caliber:** 380 ACP, 6-rounds. **Barrel:** 2.22". **Weight:** 14 oz. **Length:** 4.52" overall. **Grips:** NA. **Sights:** Fixed low-profile. **Features:** Small-frame DAO pocket pistol. Steel slide, aluminum alloy frame, nickel-teflon finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$535.00**

## DESERT BABY EAGLE PISTOLS
**Caliber:** 9mm Para., 40 S&W, 45 ACP, 10- or 15-round magazines.
**Barrel:** 3.64", 3.93", 4.52". **Weight:** 26.8 to 39.8 oz. **Length:** 7.25" to 8.25" overall. **Grips:** Polymer. **Sights:** Drift-adjustable rear, blade front. **Features:** Steel frame and slide; slide safety; decocker. Reintroduced in 1999. Imported from Israel by Magnum Research, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$619.00**

## DIAMONDBACK DB380 PISTOL
**Caliber:** .380, 6+1-shot capacity. **Barrel:** 2.8". **Weight:** 8.8 oz. **Features:** A micro-compact .380 automatic pistol made entirely in the USA. Designed with safety in mind, the DB380 features a "ZERO-Energy" striker firing system (patent pending) with a mechanical firing pin block, a steel magazine catch to secure a sheet metal magaine and real windage-adjustable sights, all in a lightweight pistol. A steel trigger with dual connecting bars allows for a crisp smooth, five-pound DAO trigger pull. The DB380 features a FEA (Finite Element Analysis) designed slide and barrel that is stronger than any comparable firearm, resulting in durability with less felt recoil, and the absence of removable pins or tools makes field stripping easier than ever. The slide, barrel, and internal parts are coated to resist corrosion.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **290.00**

## DIAMONDBACK DB9 PISTOL
**Caliber:** 9mm, 6+1-shot capacity. **Barrel:** 3". **Weight:** 11 oz. **Length:** 5.60". **Features:** A micro-compact 9mm automatic pistol made entirely in the USA. Designed with safety in mind, the DB9 features a "ZERO-Energy" striker firing system (patent pending) with a mechanical firing pin block, a steel magazine catch to secure a sheet metal magazine and real windage-adjustable sights, all in a lightweight pistol. A steel trigger with dual connecting bars allows for a crisp smooth, five-pound DAO trigger pull. The DB9 features a FEA (Finite Element Analysis) designed slide and barrel that is stronger than any comparable firearm, resulting in durability with less felt recoil, and the absence of removable pins or tools makes field stripping easier than ever. The slide, barrel, and internal parts are coated to resist corrosion.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$365.00**

## EAA WITNESS FULL SIZE AUTO PISTOL
**Caliber:** 9mm Para., 38 Super, 18-shot magazine; 40 S&W, 10mm, 15-shot magazine; 45 ACP, 10-shot magazine. **Barrel:** 4.50". **Weight:** 35.33 oz. **Length:** 8.10" overall. **Grips:** Checkered rubber. **Sights:** Undercut blade front, open rear adjustable for windage. **Features:** Double-action/single-action trigger system; round trigger guard; frame-mounted safety. Introduced 1991. Polymer frame introduced 2005. Imported from Italy by European American Armory.
**Price:** 9mm Para., 38 Super, 10mm, 40 S&W, 45 ACP, full-size steel frame, Wonder finish . . . . . . . . . **$514.00**
**Price:** 45/22 22 LR, full-size steel frame, blued . . . . . . . . . . . **$472.00**
**Price:** 9mm Para., 40 S&W, 45 ACP, full-size polymer frame . . **$472.00**

# HANDGUNS—Autoloaders, Service & Sport



**EAA WITNESS COMPACT AUTO PISTOL**
Caliber: 9mm Para., 40 S&W, 10mm, 12-shot magazine; 45 ACP, 8-shot magazine.
**Barrel:** 3.6". **Weight:** 30 oz. **Length:** 7.3" overall. Otherwise similar to Full Size Witness. Polymer frame introduced 2005. Imported from Italy by European American Armory.
**Price:** 9mm Para., 10mm, 40 S&W, 45 ACP, steel frame, Wonder finish ............................. $514.00
**Price:** 9mm Para., 40 S&W, 45 ACP, polymer frame ................................. $472.00

**EAA WITNESS-P CARRY AUTO PISTOL**
Caliber: 10mm, 15-shot magazine; 45 ACP, 10-shot magazine. **Barrel:** 3.6". **Weight:** 27 oz. **Length:** 7.5" overall. Otherwise similar to Full Size Witness. Polymer frame introduced 2005. Imported from Italy by European American Armory.
**Price:** 10mm, 45 ACP, polymer frame, from ............... $598.00

**EAA ZASTAVA EZ PISTOL**
Caliber: 9mm Para., 15-shot magazine; 40 S&W, 11-shot magazine; 45 ACP, 10-shot magazine. **Barrel:** 3.5" or 4". **Weight:** 30-33 oz.
**Length:** 7.25" to 7.5" overall. **Features:** Ambidextrous decocker, slide release and magazine release; three dot sight system, aluminum frame, steel slide, accessory rail, full-length claw extractor, loaded chamber indicator. M88 compact has 3.6" barrel, weighs 28 oz. Introduced 2008. Imported by European American Armory.
**Price:** 9mm Para. or 40 S&W, blued ..................... $547.00
**Price:** 9mm Para. or 40 S&W, chromed ................. $587.00
**Price:** 45 ACP, chromed ..................................... $587.00
**Price:** M88, from ............................................. $292.00





**ED BROWN CLASSIC CUSTOM**
Caliber: 45 ACP, 7 shot. **Barrel:** 5". **Weight:** 40 oz. **Grips:** Cocobolo wood. **Sights:** Bo-Mar adjustable rear, dovetail front. **Features:** Single-action, M1911 style, custom made to order, stainless frame and slide available. Special mirror-finished slide.
**Price:** ............................................. $3,495.00



**ED BROWN KOBRA AND KOBRA CARRY**
Caliber: 45 ACP, 7-shot magazine. **Barrel:** 5" (Kobra); 4.25" (Kobra Carry). **Weight:** 39 oz. (Kobra); 34 oz. (Kobra Carry). **Grips:** Hogue exotic wood. **Sights:** Ramp, front; fixed Novak low-mount night sights, rear. **Features:** Has snakeskin pattern serrations on forestrap and mainspring housing, dehorned edges, beavertail grip safety.
**Price:** Kobra K-SS ................................. $2,495.00
**Price:** Kobra Carry ............................... $2,745.00

**ED BROWN KOBRA CARRY LIGHTWEIGHT**
Caliber: 45 ACP, 7-shot magazine. **Barrel:** 4.25" (Commander model slide). **Weight:** 27 oz. **Grips:** Hogue exotic wood. **Sights:** 10-8 Performance U-notch plain black rear sight with .156 notch, for fast aquisition of close targets. Fixed dovetail front night sight with high visibility white outlines. **Features:** Aluminium frame and Bobtail™ housing. Matte finished Gen III coated slide for low glare, with snakeskin on rear of slide only. Snakeskin pattern serrations on forestrap and mainspring housing, dehorned edges, beavertail grip safety. "LW" insignia on slide, which stands for "Lightweight".
**Price:** Kobra Carry Lightweight ..................... $3,120.00



**Ed Brown Executive Pistols**
Similar to other Ed Brown products, but with 25-lpi checkered frame and mainspring housing.
**Price:** ............................... $2,695.00 - $2,945.00

**Ed Brown Special Forces Pistol**
Similar to other Ed Brown products, but with ChainLink treatment on forestrap and mainspring housing. Entire gun coated with Gen III finish. "Square cut" serrations on rear of slide only. Dehorned. Introduced 2006.
**Price:** From ............................................. $2,495.00



**Ed Brown Special Forces Carry Pistol**
Similar to the Special Forces basic models. Features a 4.25" Commander model slide, single stack commander Bobtail frame. Weighs approx. 35 oz. Fixed dovetail 3-dot night sights with high visibility white outlines.
**Price:** From ............................................. $2,745.00



**EXCEL ARMS ACCELERATOR MP-17/MP-22 PISTOLS**
Caliber: 17 HMR, 22 WMR, 9-shot magazine. **Barrel:** 8.5" bull barrel. **Weight:** 54 oz. **Length:** 12.875" overall. **Grips:** Textured black composition. **Sights:** Fully adjustable target sights. **Features:** Made from 17-4 stainless steel, comes with aluminum rib, integral Weaver base, internal hammer, firing-pin block. American made, lifetime warranty. Comes with two 9-round stainless steel magazines and a California-approved cable lock. 22 WMR introduced 2006. Made in U.S.A. by Excel Arms.
**Price:** ..................................................... $433.00
**Price:** Camo finishes (2008) ........................... $520.00



**FIRESTORM AUTO PISTOLS**
Caliber: 22 LR, 32 ACP, 10-shot magazine; 380 ACP, 7-shot magazine; 9mm Para., 40 S&W, 10-shot magazine; 45 ACP, 7-shot magazine. **Barrel:** 3.5". **Weight:** From 23 oz. **Length:** From 6.6" overall. **Grips:** Rubber. **Sights:** 3-dot. **Features:** Double action. Distributed by SGS Importers International.
**Price:** 22 LR, matte or duotone, from ........ $309.95
**Price:** 380, matte or duotone, from ........................................... $311.95

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000036

EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



**Price:** Mini Firestorm 9mm Para., matte, duotone, nickel, from . . . . . . . . . . . . . . . . . . **$395.00**
**Price:** Mini Firestorm 40 S&W, matte, duotone, nickel, from . . . . . . . . . . . . . . . . . . . . . **$395.00**
**Price:** Mini Firestorm 45 ACP, matte, duotone, chrome, from . . . . . . . . . . . . . . . **$402.00**



**FN FNS SERIES**
Caliber: 9mm, 17-shot magazine, .40 S&W (14-shot magazine). Barrel: 4". Weight: 25 oz. (9mm), 27.5 oz. (.40). Length: 7.25". Grips: Integral polymer with two interchangeable backstrap inserts. Features: Striker-fired, double action with manual safety, accessory rail, ambidextrous controls, 3-dot Night Sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$600



**FN FNX SERIES**
Caliber: 9mm, 17-shot magazine, .40 S&W (14-shot), .45 ACP (10 or 14-shot). Barrel: 4" (9mm and .40), 4.5" .45. Weight: 22 to 32 oz (.45). Length: 7.4, 7.9" (.45). Features: Double-action/single-action operation with decocking/manual safety lever. Has external extractor with loaded-chamber indicator, front and rear cocking serrations, fixed 3-dot combat sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$650

**FN FNX .45 TACTICAL**
Similar to standard FNX .45 except with 5.3" barrel with threaded muzzle, polished chamber and feed ramp, enhanced high-profile night sights, slide cut and threaded for red-dot sight (not included), MIL-STD 1913 accessory rail, ring-style hammer.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1100

**GIRSAN MC27E PISTOL**
Caliber: 9x19mm Parabellum. 15-shot magazine. Barrel: 98.5mm. Weight: 650 gr. (without magazine). Length: 184.5 mm overall. Grips: Black polymer. Sights: Fixed. Features: Cold forged barrel,polymer frame, short recoil operating system and locked breech. Semi-automatic, double action with a right and left safety sytem latch.
**Price:** . . . . . . . . . . . . . . . .NA

**GLOCK 17/17C AUTO PISTOL**
Caliber: 9mm Para., 17/19/33-shot magazines. Barrel: 4.49". Weight: 22.04 oz. (without magazine). Length: 7.32" overall. Grips: Black polymer. Sights: Dot on front blade, white outline rear adjustable for windage. Features: Polymer frame, steel slide; double-

action trigger with "Safe Action" system; mechanical firing pin safety, drop safety; simple takedown without tools; locked breech, recoil operated action. ILS designation refers to Internal Locking System. Adopted by Austrian armed forces 1983. NATO approved 1984. Imported from Austria by Glock, Inc.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . .$690.00

**GLOCK GEN4 SERIES**
In 2010 a new series of Generation Four pistols was introduced with several improved features. These included a multiple backstrap system offering three different size options, short, medium or large frame; reversible and enlarged magazine release; dual recoil springs; and RTF (Rough Textured Finish) surface. As of 2012, the following models were available in the Gen4: Models 17, 19, 21, 22, 23, 26, 27, 31, 32, 34, 35, 37. Price: Same as standard models
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A



**GLOCK 17 GEN4 25TH ANNIVERSARY LIMITED EDITION**
This special gun features an emblem built into the grip signifying the 25 years GLOCK has been in the United States (1986 - 2011). The top of the slide, in front of the rear sight is marked "25 Years of GLOCK Perfection in USA." It comes complete with two magazines, a speed loader, cable lock, cleaning rod and brush, two interchangeable backstraps, a limited edition silver GLOCK case, and a letter of authenticity! Each gun is identified by the special prefix of 25YUSA. Similar to Model G17 but with multiple backstrap system allowing three options: a short frame version, medium frame or large frame; reversible, enlarged magazine release catch; dual recoil spring assembly; new Rough Textured Frame (RTF) surface designed to enhance grip traction.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$850.00

**GLOCK 19/19C AUTO PISTOL**
Caliber: 9mm Para., 15/17/19/33-shot magazines. Barrel: 4.02". Weight: 20.99 oz. (without magazine). Length: 6.85" overall. Compact version of Glock 17. Pricing the same as Model 17. Imported from Austria by Glock, Inc.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . .$699.00
**Price:** 19C Compensated (fixed sight) . . . . . . . . . . . . . . . .$675.00

**GLOCK 20/20C 10MM AUTO PISTOL**
Caliber: 10mm, 15-shot magazine. Barrel: 4.6". Weight: 27.68 oz. (without magazine). Length: 7.59" overall. Features: Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 1990.
**Price:** Fixed sight, from . . . . . . . . . . . . . . . . . . . . . .$700.00

**GLOCK MODEL 20 SF SHORT FRAME PISTOL**
Caliber: 10mm. Barrel: 4.61" with hexagonal rifling. Weight: 27.51 oz. Length: 8.07" overall. Sights: Fixed. Features: Otherwise similar to Model 20 but with short-frame design, extended sight radius.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$664.00

**GLOCK 21/21C AUTO PISTOL**
Caliber: 45 ACP, 13-shot magazine. Barrel: 4.6". Weight: 26.28 oz. (without magazine). Length: 7.59" overall. Features: Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 1991. SF version has tactical rail, smaller diameter grip, 10-round magazine capacity. Introduced 2007.
**Price:** Fixed sight, from . . . . . . . . . . . . . . . . . . . . . .$700.00

**GLOCK 22/22C AUTO PISTOL**
Caliber: 40 S&W, 15/17-shot magazines. Barrel: 4.49". Weight: 22.92

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION 2013 **415**
Digitized by Google
000037
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



oz. (without magazine).
**Length:** 7.32" overall.
**Features:** Otherwise
similar to Model 17,
including pricing.
Imported from Austria by
Glock, Inc. Introduced 1990.
**Price:** Fixed sight, from . . . . . .$641.00

**GLOCK 23/23C AUTO
PISTOL**
Caliber: 40 S&W, 13/15/17-
shot magazines. **Barrel:** 4.02". **Weight:**
21.16 oz. (without magazine). **Length:**
6.85" overall. **Features:** Otherwise similar
to Model 22, including pricing. Compact
version of Glock 22. Imported from Austria
by Glock, Inc. Introduced 1990.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . .$641.00
**Price:** 23C Compensated (fixed sight) . . . . . . . . . . . . . . . . . .$694.00

**GLOCK 26 AUTO PISTOL**
Caliber: 9mm Para. 10/12/15/17/19/33-shot magazines. **Barrel:** 3.46".
**Weight:** 19.75 oz. **Length:** 6.29" overall. Subcompact version of
Glock 17. Pricing the same as Model 17. Imported from Austria by
Glock, Inc.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$690.00

**GLOCK 27 AUTO
PISTOL**
Caliber: 40 S&W,
9/11/13/15/17-shot
magazines. **Barrel:**
3.46". **Weight:**
19.75 oz. (without
magazine). **Length:** 6.29"
overall. **Features:** Otherwise
similar to Model 22, including
pricing. Subcompact version of Glock 22.
Imported from Austria by Glock, Inc. Introduced
1996.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . .$750.00

**GLOCK 29 AUTO PISTOL**
Caliber: 10mm, 10/15-shot magazines. **Barrel:** 3.78". **Weight:** 24.69
oz. (without magazine). **Length:** 6.77" overall. **Features:** Otherwise
similar to Model 20, including pricing. Subcompact version of Glock
20. Imported from Austria by Glock, Inc. Introduced 1997.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . .$672.00

**GLOCK MODEL 29 SF SHORT FRAME PISTOL**
Caliber: 10mm. **Barrel:** 3.78" with hexagonal rifling. **Weight:** 24.52 oz.
**Length:** 6.97" overall. **Sights:** Fixed. **Features:** Otherwise similar to
Model 29 but with short-frame design, extended sight radius.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$660.00

**GLOCK 30 AUTO PISTOL**
Caliber: 45 ACP, 9/10/13-shot magazines. **Barrel:** 3.78". **Weight:** 23.99
oz. (without magazine). **Length:** 6.77" overall. **Features:** Otherwise
similar to Model 21, including pricing. Subcompact version of Glock
21. Imported from Austria by Glock, Inc. Introduced 1997. SF version
has tactical rail, octagonal rifled barrel with a 1:15.75 rate of twist,
smaller diameter grip, 10-round magazine capacity. Introduced 2008
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . .$700.00

**GLOCK 31/31C AUTO PISTOL**
Caliber: 357 Auto, 15/17-shot magazines. **Barrel:** 4.49". **Weight:** 23.28
oz. (without magazine). **Length:** 7.32" overall. **Features:** Otherwise
similar to Model 17. Imported from Austria by Glock, Inc.
**Price:** Fixed sight, from . . . . . . . . . . . . . . . . . . . . . . .$641.00

**GLOCK 32/32C AUTO PISTOL**
Caliber: 357 Auto, 13/15/17-shot magazines. **Barrel:** 4.02". **Weight:**
21.52 oz. (without magazine). **Length:** 6.85" overall. **Features:**
Otherwise similar to Model 31. Compact. Imported from Austria by
Glock, Inc.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . .$669.00

**GLOCK 33 AUTO PISTOL**
Caliber: 357 Auto, 9/11/13/15/17-shot magazines. **Barrel:** 3.46".
**Weight:** 19.75 oz. (without magazine). **Length:** 6.29" overall.
**Features:** Otherwise similar to Model 31. Subcompact. Imported from
Austria by Glock, Inc.
**Price:** Fixed sight, from . . . . . . . . . . . . . . . . . . . . . . . .$641.00

**GLOCK 34 AUTO PISTOL**
Caliber: 9mm Para. 17/19/33-shot magazines. **Barrel:** 5.32". **Weight:**
22.9 oz. **Length:** 8.15" overall. **Features:** Competition version of Glock 17 with
extended barrel, slide, and sight radius dimensions. Imported from
Austria by Glock, Inc.
**Price:** Adjustable sight, from . . . . . . . . . . . . . . . . . . . . . .$648.00

**GLOCK 35
AUTO
PISTOL**
Caliber: 40 S&W,
15/17-shot
magazines. **Barrel:**
5.32". **Weight:** 24.52
oz. (without magazine). **Length:** 8.15"
overall. **Features:** Otherwise similar to
Model 22. Competition version of Glock
22 with extended barrel, slide, and sight radius
dimensions. Imported from Austria by Glock, Inc.
Introduced 1996.
**Price:** Adjustable sight . . . . . . . . . . . . . . . . .$648.00

**GLOCK 36 AUTO PISTOL**
Caliber: 45 ACP, 6-shot magazines. **Barrel:** 3.78". **Weight:** 20.11 oz.
(without magazine). **Length:** 6.77" overall. **Features:** Single-stack
magazine, slimmer grip than Glock 21/30. Subcompact. Imported
from Austria by Glock, Inc. Introduced 1997.
**Price:** Adjustable sight . . . . . . . . . . . . . . . . . . . . . . . . .$616.00

**GLOCK 37 AUTO PISTOL**
Caliber: 45 GAP, 10-shot magazines. **Barrel:** 4.49". **Weight:** 25.95 oz.
(without magazine). **Length:** 7.32" overall. **Features:** Otherwise similar
to Model 17. Imported from Austria by Glock, Inc. Introduced 2005.
**Price:** Fixed sight, from . . . . . . . . . . . . . . . . . . . . . . . .$562.00

**GLOCK 38 AUTO PISTOL**
Caliber: 45 GAP, 8/10-shot magazines. **Barrel:** 4.02". **Weight:** 24.16
oz. (without magazine). **Length:** 6.85" overall. **Features:** Otherwise
similar to Model 37. Compact. Imported from Austria by Glock, Inc.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . .$614.00

**GLOCK 39 AUTO PISTOL**
Caliber: 45 GAP, 6/8/10-shot
magazines. **Barrel:** 3.46".
**Weight:** 19.33 oz. (without
magazine). **Length:** 6.3"
overall. **Features:** Otherwise
similar to Model 37. Subcompact.
Imported from Austria by Glock, Inc.
**Price:** Fixed sight . . . . . . . . . . . . .$614.00

**GLOCK MODEL G17/G22/G19/G23 RTF**
Similar to Models G17, G22, G19 and G23 but with rough
textured frame.
**Price:** . . . . . . . . . . . . . N/A



**HECKLER & KOCH USP
AUTO PISTOL**
Caliber: 9mm Para., 15-
shot magazine; 40 S&W,
13-shot magazine; 45 ACP,
12-shot magazine. **Barrel:** 4.25-4.41".
**Weight:** 1.65 lbs. **Length:** 7.64-7.87"
overall. **Grips:** Non-slip stippled black polymer. **Sights:**
Blade front, rear adjustable for windage. **Features:**
New HK design with polymer frame, modified Browning
action with recoil reduction system, single control lever.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so each prices are not possible.

Digitized by Google

000038

EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

Special "hostile environment" finish on all metal parts. Available in SA/DA, DAO, left- and right-hand versions. Introduced 1993. 45 ACP Introduced 1995. Imported from Germany by Heckler & Koch, Inc.

**Price: USP 45** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,033.00**
**Price: USP 40 and USP 9mm** . . . . . . . . . . . . . . . . . . . . **$902.00**

### HECKLER & KOCH USP COMPACT AUTO PISTOL

Caliber: 9mm Para., 13-shot magazine; 40 S&W and .357 SIG, 12-shot magazine; 45 ACP, 8-shot magazine. Similar to the USP except the 9mm Para., 357 SIG, and 40 S&W have 3.58" barrels, measure 6.81" overall, and weigh 1.47 lbs. (9mm Para). Introduced 1996. 45 ACP measures 7.09" overall. Introduced 1998. Imported from Germany by Heckler & Koch, Inc.

**Price: USP Compact 45** . . . . . . . . . . . . . . . . . **$1,086.00**
**Price: USP Compact 9mm Para., 40 S&W** . . . . . . . . . . . . . . . . . . . **$941.00**

### HECKLER & KOCH USP45 TACTICAL PISTOL

Caliber: 40 S&W, 13-shot magazine; 45 ACP, 12-shot magazine. Barrel: 4.90-5.09". Weight: 1.9 lbs. Length: 8.64" overall. Grips: Non-slip stippled polymer. Sights: Blade front, fully adjustable target rear. Features: Has extended threaded barrel with rubber O-ring; adjustable trigger; extended magazine floorplate; adjustable trigger stop; polymer frame. Introduced 1998. Imported from Germany by Heckler & Koch, Inc.

**Price: USP Tactical 45** . . . . . . . . . . . . . . . . . **$1,325.00**
**Price: USP Tactical 40** . . . . . . . . . . . . . . . . . **$1,168.00**

### HECKLER & KOCH USP COMPACT TACTICAL PISTOL

Caliber: 45 ACP, 8-shot magazine. Similar to the USP Tactical except measures 7.72" overall, weighs 1.72 lbs. Introduced 2006. Imported from Germany by Heckler & Koch, Inc.

**Price: USP Compact Tactical** . . . . . . . . . . . . . . . . . . . **$1,288.00**

### HECKLER & KOCH MARK 23 SPECIAL OPERATIONS PISTOL

Caliber: 45 ACP, 12-shot magazine. Barrel: 5.87". Weight: 2.42 lbs. Length: 9.65" overall. Grips: Integral with frame; black polymer. Sights: Blade front, rear drift adjustable for windage; 3-dot. Features: Civilian version of the SOCOM pistol. Polymer frame; double action; exposed hammer; short recoil, modified Browning action. Introduced 1996. Imported from Germany by Heckler & Koch, Inc.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,139.00**

### HECKLER & KOCH P30L AND P30LS AUTO PISTOLS

Caliber: 9mm x 19 and .40 S&W with 15-shot magazines. Barrel: 4.45". Weight: 27.52 oz. Length: 7.56" overall. Grips: Interchangeable panels. Sights: Open rectangular notch rear sight with contrast points (no radioactive). Features: Like the P30, the P30L was designed as a modern police and security pistol and combines optimal function and safety. Ergonomic features include a special grip frame with interchangeable backstraps inserts and lateral plates, allowing the pistol to be individually adapted to any user. Imported from Germany by Heckler & Koch,



Inc. Browning type action with modified short recoil operation. Ambidextrous controls include dual slide releases, magazine release levers, and a serrated decocking button located on the rear of the frame (for applicable variants). A Picatinny rail molded into the front of the frame makes mounting lights, laser aimers, or other accessories easy and convenient. The extractor serves as a loaded chamber indicator providing a reminder of a loaded chamber that can be subtly seen and felt. The standard P30L is a 9 mm "Variant 3 (V3)" with a conventional double-action/single action trigger mode with a serrated decocking button on the rear of the slide.

**Price: P30L** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,054.00**
**Price: P30L Variant 2 Law Enforcement Modification (LEM) enhanced DAO** . . . . . . . . . . . . . . . . . . . . **$1,108.00**
**Price: P30L Variant 3 Double Action/Single Action (DA/SA) with Decocker** . . . . . . . . . . . . . . . . . **$1,108.00**
**Price: P30LS** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,054.00**

### HECKLER & KOCH P2000 AUTO PISTOL

Caliber: 9mm Para., 13-shot magazine; 40 S&W and .357 SIG, 12-shot magazine. Barrel: 3.62". Weight: 1.5 lbs. Length: 7" overall. Grips: Interchangeable panels. Sights: Fixed Patridge style, drift adjustable for windage, standard 3-dot. Features: Incorporates features of HK USP Compact pistol, including Law Enforcement Modification (LEM) trigger, double-action hammer system, ambidextrous magazine release, dual slide-release levers, accessory mounting rails, recurved, hook trigger guard, fiber-reinforced polymer frame, modular grip with exchangeable back straps, nitro-carburized finish, lock-out safety device. Introduced 2003. Imported from Germany by Heckler & Koch, Inc.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$941.00**
**Price: P2000 LEM DAO, 357 SIG, intr. 2006** . . . . . . . . . . . **$941.00**
**Price: P2000 SA/DA, 357 SIG, intr. 2006** . . . . . . . . . . . . . **$941.00**

### HECKLER & KOCH P2000 SK AUTO PISTOL

Caliber: 9mm Para., 10-shot magazine; 40 S&W and .357 SIG, 9-shot magazine. Barrel: 3.27". Weight: 1.3 lbs. Length: 6.42" overall. Sights: Fixed Patridge style, drift adjustable. Features: Standard accessory rails, ambidextrous slide release, polymer frame, polygonal bore profile. Smaller version of P2000. Introduced 2005. Imported from Germany by Heckler & Koch, Inc.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$983.00**

### HI-POINT FIREARMS MODEL 9MM COMPACT PISTOL

Caliber: 9mm Para., 8-shot magazine. Barrel: 3.5". Weight: 25 oz. Length: 6.75" overall. Grips: Textured plastic. Sights: Combat-style adjustable 3-dot system; low profile. Features: Single-action design; frame-mounted magazine release; polymer frame. Scratch-resistant matte finish. Introduced 1993. Comps are similar except they have a 4" barrel with muzzle brake/compensator. Compensator is slotted for laser or flashlight mounting. Introduced 1998. Made in U.S.A. by MKS Supply, Inc.

**Price: C-9 9mm** . . . . . . . . . . . . . . . . . . . . . . . . . . **$155.00**

### HI-POINT FIREARMS MODEL 380 POLYMER PISTOL

Similar to the 9mm Compact model except chambered for 380 ACP, 8-shot magazine, adjustable 3-dot sights. Weighs 25 oz. Polymer frame. Action locks open after last shot. Includes 10-shot and 8-shot magazine; trigger lock. Introduced 1998. Comps are similar except they have a 4" barrel with muzzle compensator. Introduced 2001. Made in U.S.A. by MKS Supply, Inc.

**Price: CF-380** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$135.00**

### HI-POINT FIREARMS 40SW/POLY AND 45 AUTO PISTOLS

Caliber: 40 S&W, 8-shot magazine; 45 ACP (9-shot). Barrel: 4.5". Weight: 32 oz. Length: 7.72" overall. Sights: Adjustable 3-dot. Features: Polymer frames, last round lock-open, grip mounted magazine release, magazine disconnect safety, integrated accessory rail, trigger lock. Introduced 2002. Made in U.S.A. by MKS Supply, Inc.

**Price: 40SW-B** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$186.00**
**Price: 45 ACP** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$186.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 **1417**
Digitized by Google
000039
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



### HIGH STANDARD VICTOR 22 PISTOL
Caliber: 22 Long Rifle (10 rounds) or .22 Short (5 rounds). Barrel: 4.5"-5.5". Weight: 45 oz.-46 oz. Length: 8.5"-9.5" overall. Grips: Freestyle wood. Sights: Frame mounted, adjustable. Features: Semi-auto with drilled and tapped barrel, tu-tone or blued finish.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . $845.00

### High Standard 10X Custom 22 Pistol
Similar to the Victor model but with precision fitting, black wood grips, 5.5" barrel only. High Standard Universal Mount, 10-shot magazine, barrel drilled and tapped, certificate of authenticity. Overall length is 9.5". Weighs 44 oz. to 46 oz. From High Standard Custom Shop.
Price: . . . . . . . . . . . . . . . . . . . . . . . . $1,095.00

### HIGH STANDARD SUPERMATIC TROPHY 22 PISTOL
Caliber: 22 Long Rifle (10 rounds) or .22 Short (5 rounds/Citation version), not interchangable. Barrel: 5.5", 7.25". Weight: 44 oz., 46 oz. Length: 9.5", 11.25" overall. Grips: Wood. Sights: Adjustable. Features: Semi-auto with drilled and tapped barrel, tu-tone or blued finish with gold accents.
Price: 5.5" . . . . . . . . . . . . . . . . . . . . . . $845.00

### High Standard Olympic Military 22 Pistol
Similar to the Supermatic Trophy model but in 22 Short only with 5.5" bull barrel, five-round magazine, aluminum alloy frame, adjustable sights. Overall length is 9.5", weighs 42 oz.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . $875.00

### High Standard Supermatic Citation Series 22 Pistol
Similar to the Supermatic Trophy model but with heavier trigger pull, 10" barrel, and nickel accents. 22 Short conversion unit available. Overall length 14.5", weighs 52 oz.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . $895.00

### HIGH STANDARD SUPERMATIC TOURNAMENT 22 PISTOL
Caliber: 22 LR.
Barrel: 5.5" bull barrel. Weight: 44 oz. Length: 9.5" overall. Features: Limited edition; similar to High Standard Victor model but with rear sight mounted directly to slide.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . $835.00

### HIGH STANDARD SPORT KING 22 PISTOL

Caliber: 22 LR. Barrel: 4.5" or 6.75" tapered barrel. Weight: 40 oz. to 42 oz. Length: 8.5" to 10.75". Features: Sport version of High Standard Supermatic. Two-tone finish, fixed sights.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . $725.00

### HI-STANDARD SPACE GUN

Semiauto pistol chambered in .22 LR. Recreation of famed competition "Space Gun" from 1960s. Features include 6.75- 8- or 10-inch barrel; 10-round magazine; adjustable sights; barrel weight; adjustable muzzle brake; blue-black finish with gold highlights.
Price: . . . . . . . . . . . . . . . . . . . . . . . . $1095.00

## KAHR CM SERIES
Caliber: 9mm (6+1), .40 S&W (6+1).
Barrel: 3". Weight: 15.9 oz.
Length: 5.42" overall. Grips: Textured polymer with integral steel rails molded into frame. Sights: CM9093 - Pinned in polymer sight; PM9093 - Drift adjustable, white bar-dot combat. Features: A conventional rifled barrel instead of the match grade polygonal barrel on Kahr's PM series; the CM slide stop lever is MIM (metal-injection-molded) instead of machined; the CM series slide has fewer machining operations and uses simple engraved markings instead of roll marking and finally the CM series are shipped with one magazine instead of two magazines.
The CM9 slide is only .90 inch wide and machined from solid 416 stainless slide with a matte finish, each gun is shipped with one 6 rd stainless steel magazine with a flush baseplate. Magazines are USA made, plasma welded, tumbled to remove burrs and feature Wolff Gunsprings. The magazine catch in the polymer frame is all metal and will not wear out on the stainless steel magazine after extended use.

Price: CM9093 . . . . . . . . . . . . . . . . . . . . $565.00
Price: PM9093 Match Grade . . . . . . . . . . . . . . . . $786.00

## KAHR K SERIES AUTO PISTOLS
Caliber: K9: 9mm Para., 7-shot; K40: 40 S&W, 6-shot magazine.
Barrel: 3.5". Weight: 25 oz. Length: 6" overall. Grips: Wraparound textured soft polymer.
Sights: Blade front, rear drift adjustable for windage; bar-dot combat style. Features: Trigger-cocking double-action mechanism with passive firing pin block. Made of 4140 ordnance steel with matte black finish. Contact maker for complete price list. Introduced 1994. Made in U.S.A. by Kahr Arms.

Price: K9093C K9, matte stainless steel . . . . . $855.00
Price: K9093NC K9, matte stainless steel w/tritium
   night sights . . . . . . . . . . . . . . . . . . . . . $985.00
Price: K9094C K9 matte blackened stainless steel . . . . . . . . $891.00
Price: K9098 K9 Elite 2003, matte stainless steel . . . . . . . . . . . . . . $932.00
Price: K4043 K40, matte stainless steel . . . . . . . . . . . . . . $855.00
Price: K4043N K40, matte stainless steel w/tritium
   night sights . . . . . . . . . . . . . . . . . . . . . $985.00
Price: K4044 K40, matte blackened stainless steel . . . . . . . . $891.00
Price: K4048 K40 Elite 2003,    stainless steel . . . . . . . . . . . . .
   $932.00

### Kahr MK Series Micro Pistols
Similar to the K9/K40 except is 5.35" overall, 4" high, with a 3.08" barrel. Weighs 23.1 oz. Has snag-free bar-dot sights, polished feed ramp, dual recoil spring system, DA-only trigger. Comes with 5-round flush baseplate and 6-shot grip extension magazine. Introduced 1998. Made in U.S.A. by Kahr Arms.
Price: M9093 MK9, matte stainless steel . . . . . $855.00
Price: M9093N MK9, matte stainless steel, tritium
   night sights . . . . . . . . . . . . . . . . . . . . . $958.00
Price: M9098 MK9 Elite 2003, matte stainless steel . . . . . . . . . . . . . . $932.00
Price: M4043 MK40, matte stainless steel . . . . . . . . . . . . . . $855.00
Price: M4043N MK40, matte stainless steel, tritium
   night sights . . . . . . . . . . . . . . . . . . . . . $958.00
Price: M4048 MK40 Elite 2003, matte stainless steel . . . . . . . . . . . . . . $932.00

## KAHR P SERIES PISTOLS
Caliber: 380 ACP, 9x19, 40 S&W, 45 ACP. Similar to K9/K40 steel frame pistol except has polymer frame, matte stainless steel slide. Barrel length 3.5"; overall length 5.8"; weighs 17 oz. Includes two

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000040
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

7-shot magazines, hard polymer case, trigger lock. Introduced 2000. Made in U.S.A. by Kahr Arms.

**Price:** KP9093 9mm Para. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$739.00**
**Price:** KP4043 40 S&W . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$739.00**
**Price:** KP4543 45 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$805.00**
**Price:** KP3833 380 ACP (2008) . . . . . . . . . . . . . . . . . . . . . . . . .**$649.00**

**KAHR PM SERIES PISTOLS**
**Caliber:** 9x19, 40 S&W, 45 ACP. Similar to P-Series pistols except has smaller polymer frame (Polymer Micro). Barrel length 3.08"; overall length 5.35"; weighs 17 oz. Includes two 7-shot magazines, hard polymer case, trigger lock. Introduced 2000. Made in U.S.A. by Kahr Arms.
**Price:** PM9093 PM9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**$786.00**
**Price:** PM4043 PM40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**$786.00**
**Price:** PM4543 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**$855.00**

**KAHR T SERIES PISTOLS**
**Caliber:** T9: 9mm Para., 8-shot magazine; T40: 40 S&W, 7-shot magazine. **Barrel:** 4". **Weight:** 28.1-29.1 oz. **Length:** 6.5" overall. **Grips:** Checkered Hogue Pau Ferro wood grips.
**Sights:** Rear: Novak low profile 2-dot tritium night sight, front tritium night sight. **Features:** Similar to other Kahr makes, but with longer slide and barrel upper, longer butt. Trigger cocking DAO; lock breech; "Browning"-type" recoil lug; passive striker block; no magazine disconnect. Comes with two magazines. Introduced 2004. Made in U.S.A. by Kahr Arms.
**Price:** KT9093 T9 matte stainless steel . . . . . . .**$831.00**
**Price:** KT9093-NOVAK T9, "Tactical 9," Novak night sight . . .**$968.00**
**Price:** KT4043 40 S&W. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$831.00**

**KAHR TP SERIES PISTOLS**
**Caliber:** TP9: 9mm Para., 7-shot magazine; TP40: 40 S&W, 6-shot magazine. **Barrel:** 4". **Weight:** 19.1-20.1 oz. **Length:** 6.5-6.7" overall. **Grips:** Textured polymer. Similar to T-series guns, but with polymer frame, matte stainless slide. Comes with two magazines. TP40s introduced 2006. Made in U.S.A. by Kahr Arms.
**Price:** TP9093 TP9 . . . . . . . . . . . . . . . . . . . . . . . . . . .**$697.00**
**Price:** TP9093-Novak TP9 (Novak night sights) . . . . . . . . . . . . . . . .**$838.00**
**Price:** TP4043 TP40 . . . . . . . . . . . . . . . . . . . . . . . . . .**$697.00**
**Price:** TP4043-Novak (Novak night sights) . . .**$838.00**
**Price:** TP4543 (2007) . . . . . . . . . . . . . . . . . . . . . .**$697.00**
**Price:** TP4543-Novak (4.04 barrel, Novak night sights) . . . . . .**$838.00**

**KAHR CW SERIES PISTOL**
**Caliber:** 9mm Para., 7-shot magazine; 40 S&W and 45 ACP, 6-shot magazine. **Barrel:** 3.5-3.64". **Length:** 5.9-6.36" overall. **Grips:** Textured polymer. Similar to P-Series, but CW Series have conventional rifling, metal-injection-molded slide stop lever, no front dovetail cut, one magazine. CW40 introduced 2006. Made in U.S.A. by Kahr.
**Price:** CW9093 CW9 . . . . . . . . . . . . . . . . . . . . .**$549.00**
**Price:** CW4043 CW40 . . . . . . . . . . . . . . . . . . . . .**$549.00**

**Price:** CW4543 45 ACP (2008) . . . . . . . . .**$606.00**

**KAHR P380**
Very small double action only semiauto pistol chambered in .380 ACP. Features include 2.5-inch Lothar Walther barrel; black polymer frame with stainless steel slide; drift adjustable white bar/dot combat/sights; optional tritium sights; two 6+1 magazines. Overall length 4.9 inches, weight 10 oz. without magazine.
**Price:** Standard sights . . . . . . . . . . . .**$649.00**

**KEL-TEC P-11 AUTO PISTOL**
**Caliber:** 9mm Para., 10-shot magazine. **Barrel:** 3.1". **Weight:** 14 oz. **Length:** 5.6" overall. **Grips:** Checkered black polymer. **Sights:** Blade front, rear adjustable for windage. **Features:** Ordnance steel slide, aluminum frame. Double-action-only trigger mechanism. Introduced 1995. Made in U.S.A. by Kel-Tec CNC Industries, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$333.00**

**KEL-TEC PF-9 PISTOL**
**Caliber:** 9mm Para.; 7 rounds.
**Weight:** 12.7 oz. **Sights:** Rear sight adjustable for windage and elevation. **Barrel Length:** 3.1". **Length:** 5.85".
**Features:** Locking system, slide stop, assembly pin, front sight, recoil springs and guide rod adapted from P-11. Trigger system with integral hammer block and the extraction system adapted from P-3AT. MIL-STD-1913 Picatinny rail. Made in U.S.A. by Kel-Tec CNC Industries, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$333.00**

**KEL-TEC P-32 AUTO PISTOL**
**Caliber:** 32 ACP, 7-shot magazine.
**Barrel:** 2.68". **Weight:** 6.6 oz.
**Length:** 5.07" overall. **Grips:** Checkered composite. **Sights:** Fixed. **Features:** Double-action-only mechanism with 6-lb. pull; internal slide stop. Textured composite grip/frame. Now available in 380 ACP. Made in U.S.A. by Kel-Tec CNC Industries, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . .**$318.00**

**KEL-TEC P-3AT PISTOL**
**Caliber:** 380 ACP; 7-rounds. **Weight:** 7.2 oz. **Length:** 5.2".
**Features:** Lightest 380 ACP made; aluminum frame, steel barrel.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$324.00**

**KEL-TEC PLR-16 PISTOL**
**Caliber:** 5.56mm NATO; 10-round magazine. **Weight:** 51 oz. **Sights:** Rear sight adjustable for windage, front sight is M-16 blade. **Barrel Length:** 9.2". **Length:** 18.5". **Features:** Muzzle is threaded 1/2"-28 to accept standard attachments such as a muzzle brake. Except for the barrel, bolt, sights, and mechanism, the PLR-16 pistol is made of high-impact glass fiber reinforced polymer. Gas-operated semi-auto. Conventional gas-piston operation with M-16 breech locking system. MIL-STD-1913 Picatinny rail. Made in U.S.A. by Kel-Tec CNC Industries, Inc.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$665.00**

**Kel-Tec PLR-22 Pistol**
Semi-auto pistol chambered in 22 LR; based on centerfire PLR-16 by same maker. Blowback action, 26-round magazine. Open sights

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013   ✦   1419
Digitized by Google

000041

EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

and picatinny rail for mounting accessories; threaded muzzle. Overall length is 18.5", weighs 40 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . **$390.00**

**KEL-TEC PMR-30** Caliber: .22 Magnum (.22WMR) 30-rounds. Barrel: 4.3". Weight: 13.6 oz. Length: 7.9" overall. Grips: Glass reinforced Nylon (Zytel). Sights: Dovetailed aluminum with front & rear fiber optics. Features: Operates on a unique hybrid blowback/locked-breech system. It uses a double stack magazine of a new design that holds 30 rounds and fits completely in the grip of the pistol. Dual opposing extractors for reliability, heel magazine release to aid in magazine retention, Picatinny accessory rail under the barrel, Urethane recoil buffer, captive coaxial recoil springs. The barrel is fluted for light weight and effective heat dissipation. PMR30 disassembles for cleaning by removal of a single pin.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$415.00**

**KIMBER MICRO CDP II .380**
Caliber: .380 ACP (6-shot magazine). **Barrel:** 3". **Weight:** 17 oz. **Grips:** Double diamond rosewood. Mini 1911-style single action with no grip safety.
**Price:** . . . . . . . . . . . . . . **$1100**

**KIMBER AEGIS II**
Caliber: 9mm (9-shot magazine, 8-shot (Ultra model). **Barrel:** 3", 4" or 5". **Weight:** 25 to 38 oz. **Grips:** Scale-textured zebra wood. **Sights:** Tactical wedge 3-dot green night sights. **Features:** Made in the Kimber Custom Shop. Two-tone satin silver/matte black finish. Service Melt treatment that rounds and blends edges. **Available in three frame sizes:** Custom (shown), Pro and Ultra.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . **$1299**

**KIMBER COVERT II**
Caliber: .45 ACP (7-shot magazine). **Barrel:** 3", 4" or 5". **Weight:** 25 to 31 oz. **Grips:** Crimson Trace laser with camo finish. **Sights:** Tactical wedge 3-dot night sights. **Features:** Made in the Kimber Custom Shop. Desert tan frame and matte black slide finishes. Available in three frame sizes: Custom, Pro (shown) and Ultra.
**Price:** . . . . . . . . . . . . . . . . . . . . . . **$1617**

**KIMBER CUSTOM II AUTO PISTOL**
Caliber: 45 ACP. **Barrel:** 5". **Weight:** 38 oz. **Length:** 8.7" overall. **Grips:** Checkered black rubber, walnut, rosewood. **Sights:** Dovetailed front and rear, Kimber low profile adj. or fixed sights. **Features:** Slide, frame and barrel machined from steel or stainless steel. Match grade barrel, chamber and trigger group. Extended thumb safety, beveled magazine well, beveled front and rear slide serrations, high ride beavertail grip safety, checkered flat mainspring housing, kidney cut under trigger guard, high cut grip, match grade stainless steel barrel bushing, polished breech face, Commander-style hammer, lowered and flared ejection port, Wolff springs, bead blasted black oxide or matte stainless finish. Introduced in 1996. Made in U.S.A. by Kimber Mfg., Inc.
**Price: Custom II** . . . . . . . . . . . . . . . . . . . . . . . . **$828.00**
**Price: Custom II Walnut** (double-diamond walnut grips) . . . . . **$872.00**

**Kimber Stainless II Auto Pistols**
Similar to Custom II except has stainless steel frame, 9mm Para. chambering and 45 ACP with night sights introduced 2008. Also chambered in 38 Super. Target version also chambered in 10mm.
**Price: Stainless II 45 ACP** . . . . . . . . . . . . . . . . . . **$964.00**
**Price: Stainless II 9mm Para.** (2008) . . . . . . . . . . . . . . **$983.00**
**Price: Stainless II 45 ACP w/night sights** (2008) . . . . . . . . **$1,092.00**
**Price: Stainless II Target 45 ACP** (stainless, adj. sight) . . . . . **$942.00**



**Kimber Pro Carry II Auto Pistol**
Similar to Custom II, has aluminum frame, 4" bull barrel fitted directly to the slide without bushing. Introduced 1998. Made in U.S.A. by Kimber Mfg., Inc.
**Price: Pro Carry II, 45 ACP** . . . . . . . . **$888.00**
**Price: Pro Carry II, 9mm** . . . . . . . . . . **$929.00**
**Price: Pro Carry II w/night sights** . . . . . . . . . . . . . . . . . . . . . **$997.00**

**KIMBER RAPTOR II**
Caliber: .45 ACP (8-shot magazine, 7-shot (Ultra and Pro models). **Barrel:** 3", 4" or 5". **Weight:** 25 to 31 oz. **Grips:** Thin milled rosewood. **Sights:** Tactical wedge 3-dot night sights. **Features:** Made in the Kimber Custom Shop. Matte black or satin silver finish. Available in three frame sizes: Custom (shown), Pro and Ultra.
**Price:** . . . . . . . . . . . . . . . . . . . **$1263 to $1530**

**KIMBER SOLO CARRY**
Caliber: 9mm, 6-shot magazine. **Barrel:** 2.7". **Weight:** 17 oz. **Length:** 5.5" overall. **Grips:** Black synthetic, Checkered/smooth. **Sights:** Fixed low-profile dovetail-mounted 3-dot system. **Features:** Single action striker-fired trigger that sets a new standard for small pistols. A premium finish that is self-lubricating and resistant to salt and moisture. Ergonomics that ensure comfortable shooting. Ambidextrous thumb safety, slide release lever and magazine release button are pure 1911 – positive, intuitive and fast. The thumb safety provides additional security not found on most small pistols. Also available in stainless.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$747.00**

**Kimber Compact Stainless II Auto Pistol**
Similar to Pro Carry II except has stainless steel frame, 4-inch bbl., grip is .400" shorter than standard, no front serrations. Weighs 34 oz. 45 ACP only. Introduced in 1998. Made in U.S.A. by Kimber Mfg., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,009.00**

**Kimber Ultra Carry II Auto Pistol**
Lightweight aluminum frame, 3" match grade bull barrel fitted to slide without bushing. Grips .4" shorter. Low effort recoil. Weighs 25 oz. Introduced in 1999. Made in U.S.A. by Kimber Mfg., Inc.
**Price: Stainless Ultra Carry II 45 ACP** . . . . . . **$980.00**
**Price: Stainless Ultra Carry II 9mm Para.** (2008) . . . . . . . . . . . **$1,021.00**
**Price: Stainless Ultra Carry II 45 ACP with night sights** (2008) . . . . . . . . . **$1,089.00**

**Kimber Gold Match II Auto Pistol**
Similar to Custom II models. Includes stainless steel barrel with match grade chamber and barrel bushing, ambidextrous thumb safety, adjustable sight, premium aluminum trigger, hand-checkered double diamond rosewood grips. Barrel hand-fitted for target accuracy. Made in U.S.A. by Kimber Mfg., Inc.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google
000042
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**Price:** Gold Match II . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,345.00**
**Price:** Gold Match Stainless II 45 ACP . . . . . . . . . . . . . . . **$1,519.00**
**Price:** Gold Match Stainless II
9mm Para. (2008) . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,563.00**

### Kimber Team Match II Auto Pistol
Similar to Gold Match II. Identical to pistol used by U.S.A. Shooting Rapid Fire Pistol Team, available in 45 ACP and 38 Super. Standard features include 30 lines-per-inch front strap extended and beveled magazine well, red, white and blue Team logo grips. Introduced 2008.
**Price:** 45 ACP . . . . . . . . . . . . . . . . . . . . . . **$1,539.00**
**Price:** 9mm . . . . . . . . . . . . . . . . . . . . . . . . . **$1,546.00**

### Kimber CDP II Series Auto Pistol
Similar to Custom II, but designed for concealed carry. Aluminum frame. Standard features include stainless steel slide, fixed Meprolight tritium 3-dot (green) dovetail-mounted night sights, match grade barrel and chamber, 30 LPI front strap checkering, two-tone finish, ambidextrous thumb safety, hand-checkered double diamond rosewood grips. Introduced in 2000. Made in U.S.A. by Kimber Mfg., Inc.
**Price:** Ultra CDP II 9mm Para. (2008) . . . . . . . . . . . . . . **$1,359.00**
**Price:** Ultra CDP II 45 ACP . . . . . . . . . . . . . . . . . . . . **$1,318.00**
**Price:** Compact CDP II 45 ACP . . . . . . . . . . . . . . . . . . **$1,318.00**
**Price:** Pro CDP II 45 ACP . . . . . . . . . . . . . . . . . . . . . . **$1,318.00**
**Price:** Custom CDP II
(5" barrel, full length grip) . . . . . . . . . . . . . . . . . . . . **$1,318.00**

### Kimber Eclipse II Series Auto Pistol
Similar to Custom II and other stainless Kimber pistols. Stainless slide and frame, black oxide, two-tone finish. Gray/black laminated grips. 30 lpi front strap checkering. All models have night sights; Target versions have Meprolight adjustable Bar/Dot version. Made in U.S.A. by Kimber Mfg., Inc.
**Price:** Eclipse Ultra II (3" barrel, short grip) . . . . . . . . . **$1,236.00**
**Price:** Eclipse Pro II (4" barrel, full length grip) . . . . . . . . . . **$1,236.00**
**Price:** Eclipse Pro Target II (4" barrel, full length grip,
adjustable sight) . . . . . . . . . . . . . . . . . . . . . . . . **$1,236.00**
**Price:** Eclipse Custom II 10mm . . . . . . . . . . . . . . . . . .
**$1,291.00**
**Price:** Eclipse Target II (5" barrel, full length grip,
adjustable sight) . . . . . . . . . . . . . . . . . . . . . . . . **$1,345.00**

### KIMBER TACTICAL ENTRY II PISTOL
Caliber: 45 ACP, 7-round magazine. Barrel: 5". Weight: 40 oz. Length: 8.7" overall. Features: 1911-style semi auto with checkered frontstrap, extended magazine well, night sights, heavy steel frame, tactical rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,428.00**

### KIMBER TACTICAL CUSTOM HD II PISTOL
Caliber: 45 ACP, 7-round magazine. Barrel: 5" match-grade. Weight: 39 oz. Length: 8.7" overall. Features: 1911-style semi auto with night sights, heavy steel frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,333.00**

### KIMBER SUPER CARRY PRO
1911-style semiauto pistol chambered in .45 ACP. Features include 8-round magazine; ambidextrous thumb safety; carry melt profiling; full length guide rod; aluminum frame with stainless slide; satin silver finish; super carry serrations; 4-inch barrel; micarta laminated grips; tritium night sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . **$1,530.00**

### KIMBER SUPER CARRY HD SERIES
Designated as HD (Heavy Duty), each is chambered in .45 ACP and features a stainless steel slide and frame, premium KimPro II™ finish and night sights with cocking shoulder for one-hand operation. Like the original Super Carry pistols, HD models have directional serrations on slide, front strap and mainspring housing for unequaled control under recoil. A round heel frame and Carry Melt treatment make them comfortable to carry and easy to conceal.

### SUPER CARRY ULTRA HD™
Caliber: .45 ACP, 7-shot magazine. Barrel: 3". Weight: 32 oz. Length: 6.8" overall. Grips: G-10, Checkered with border. Sights: Night sights with cocking shoulder radius (inches): 4.8. Features: Rugged stainless steel slide and frame with KimPro II finish. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** . . . . . . . . . . . . . . . . . . . **$1,625.00**

### SUPER CARRY PRO HD™
Caliber: .45 ACP, 8-shot magazine. Barrel: 4". Weight: 35 oz. Length: 7.7" overall. Grips: G-10, Checkered with border. Sights: Night sights with cocking shoulder radius (inches): 5.7. Features: Rugged stainless steel slide and frame with KimPro II finish. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** . . . . . . . . . . . . . . . . . . . **$1,625.00**

### SUPER CARRY CUSTOM HD™
Caliber: .45 ACP, 8-shot magazine. Barrel: 5". Weight: 38 oz. Length: 8.7" overall. Grips: G-10, Checkered with border. Sights: Night sights with cocking shoulder radius (inches): 4.8. Features: Rugged stainless steel slide and frame with KimPro II finish. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** . . . . . . . . . . . . . . . . . . . **$1,625.00**

### KIMBER ULTRA CDP II
Compact 1911-style semiauto pistol chambered in .45 ACP. Features include 7-round magazine; ambidextrous thumb safety; carry melt profiling; full length guide rod; aluminum frame with stainless slide; satin silver finish; checkered frontstrap; 3-inch barrel; rosewood double diamond

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **421**
Digitized by Google

000043
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



Crimson Trace lasergrips grips; tritium 3-dot night sights.
Price: . . . . . . . . . . . $1,603.00

**KIMBER STAINLESS ULTRA TLE II**
1911-syle semiauto pistol chambered in .45 ACP. Features include 7-round magazine; full length guide rod; aluminum frame with stainless slide; satin silver finish; checkered frontstrap; 3-inch barrel; tactical gray double diamond grips; tritium 3-dot night sights.
Price: . . . . . . . . . . . . . . . . $1,210.00

**KIMBER ROYAL II**
Caliber: .45 ACP, 7-shot magazine. Barrel: 5". Weight: 38 oz. Length: 8.7" overall. Grips: Solid bone-smooth. Sights: Fixed low profile radius (inches): 6.8. Features: A classic full-size pistol wearing a stunning charcoal blue finish complimented with solid bone grip panels. Frint and rear serations. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
Price: . . . . . . . . . . . . . . . . . $1,938.00

**KORTH USA PISTOL SEMI-AUTO**
Caliber: 9mm Para., 9x21. Barrel: 4", 4.5". Weight: 39.9 oz. Grips: Walnut, Palisander, Amboinia, Ivory. Sights: Fully adjustable. Features: DA/SA, 2 models available with either rounded or combat-style trigger guard, recoil-operated, locking block system, forged steel. Available finishes: High polish blue plasma, high polish or matted silver plasma, gray pickled finish, or high polish blue. "Schalldampfer Modell" has special threaded 4.5" barrel and thread protector for a suppressor, many deluxe options available, 10-shot mag. From Korth USA.
Price:   From . . . . . . . . . . . . . . . . . . . . . . . . . $15,000.00

**MAGNUM RESEARCH MICRO DESERT EAGLE PISTOL**
Double action only semiauto pistol chambered in .380. Features include steel slide, aluminum allow frame, black polymer grips, nickel silver or blue anodized frame, 6-round capacity, fixed sights, 2.2-inch barrel. Weight less than 14 oz.
Price: . . . . . . . . . . . . . . . . . . . . . . . $535.00

**MAGNUM RESEARCH DESERT EAGLE MAGNUM PISTOL**
Enormous gas-operated semiauto pistol chambered in .50 AE, .44 Magnum, .357 Magnum. Features include 6- or 10-inch barrel, adjustable sights, variety of finishes. Now made in the USA.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,650.00 to $2,156.00.

**MPA380P PROTECTOR**
Caliber: .380 ACP, 5+1 magazine capacity. Barrel: 2". Weight: 29 oz. Length: 6.7" overall. Grips: machined aluminum grips with a bead blasted finish. Sights: Fixed low-profile dovetail-mounted 3-dot system. Features: Dubbed the MPA380P (the "P" stands for "Premium"), the new model features bead blasted finish protected by a clear anodize coat, and an extended magazine pad for added shooting comfort. The Protector is a subcompact double-action-only semiauto. It features a fully machined 4140 steel slide, a fully machined 4140 steel lower receiver and advanced handle and grip designs. The pistol is American made and comes with a lifetime guarantee.



upper

Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $345.90

**NORTH AMERICAN ARMS GUARDIAN DAO PISTOL**
Caliber: 25 NAA, 32 ACP, 380 ACP, 32 NAA, 6-shot magazine. Barrel: 2.49". Weight: 20.8 oz. Length: 4.75" overall. Grips: Black polymer. Sights: Low profile fixed. Features: Double-action only mechanism. All stainless steel construction. Introduced 1998. Made in U.S.A. by North American Arms.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . $402.00

**OLYMPIC ARMS MATCHMASTER 5 1911 PISTOL**
Caliber: 45 ACP, 7-shot magazine. Barrel: 5" stainless steel. Weight: 40 oz. Length: 8.75" overall. Grips: Smooth walnut with laser-etched scorpion icon. Sights: Ramped blade, LPA adjustable rear. Features: Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full-length guide rod. Made in U.S.A. by Olympic Arms, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $903.00

**OLYMPIC ARMS MATCHMASTER 6 1911 PISTOL**
Caliber: 45 ACP, 7-shot magazine. Barrel: 6" stainless steel. Weight: 44 oz. Length: 9.75" overall. Grips: Smooth walnut with laser-etched scorpion icon. Sights: Ramped blade, LPA adjustable rear. Features: Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Made in U.S.A. by Olympic Arms, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $973.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google

000044
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**OLYMPIC ARMS ENFORCER 1911 PISTOL.** Caliber: 45 ACP, 6-shot magazine. **Barrel:** 4" bull stainless steel. **Weight:** 35 oz. **Length:** 7.75" overall. **Grips:** Smooth walnut with etched black widow spider icon. **Sights:** Ramped blade front, LPA adjustable rear. **Features:** Compact Enforcer frame. Bushingless bull barrel with triplex counter-wound self-contained recoil system. Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight longshoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Made in U.S.A. by Olympic Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,033.50**

**OLYMPIC ARMS COHORT PISTOL.** Caliber: 45 ACP, 7-shot magazine. **Barrel:** 4" bull stainless steel. **Weight:** 36 oz. **Length:** 7.75" overall. **Grips:** Fully checkered walnut. **Sights:** Ramped blade front, LPA adjustable rear. **Features:** Full size 1911 frame. Bushingless bull barrel with triplex counter-wound self-contained recoil system. Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Made in U.S.A. by Olympic Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$973.70**



**OLYMPIC ARMS BIG DEUCE PISTOL.** Caliber: 45 ACP, 7-shot magazine. **Barrel:** 6" stainless steel. **Weight:** 44 oz. **Length:** 9.75" overall. **Grips:** Double diamond checkered exotic cocobolo wood. **Sights:** Ramped blade front, LPA adjustable rear. **Features:** Carbon steel parkerized slide with satin bead blast finish full size frame. Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Made in U.S.A. by Olympic Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,033.50**

**OLYMPIC ARMS WESTERNER SERIES 1911 PISTOLS**
Caliber: 45 ACP, 7-shot magazine. **Barrel:** 4", 5", 6" stainless steel. **Weight:** 35-43 oz. **Length:** 7.75-9.75" overall. **Grips:** Smooth ivory laser-etched Westerner icon. **Sights:** Ramped blade, LPA adjustable rear. **Features:** Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Entire pistol is fitted and assembled, then disassembled and subjected to the color case hardening process. Made in U.S.A. by Olympic Arms, Inc.



**Price:** Constable, 4" barrel, 35 oz. . . . **$1,163.50**
**Price:** Westerner, 5" barrel, 39 oz. . . . **$1,033.50**
**Price:** Trail Boss, 6" barrel, 43 oz. . . . **$1,103.70**

**OLYMPIC ARMS SCHUETZEN PISTOL WORKS 1911 PISTOLS**
Caliber: 45 ACP, 7-shot magazine. **Barrel:** 4", 5.2", bull stainless steel. **Weight:** 35-38 oz. **Length:** 7.75-8.75" overall. **Grips:** Double diamond checkered exotic cocobolo wood. **Sights:** Ramped blade, LPA adjustable rear. **Features:** Carbon steel parkerized slide with satin bead blast finish full size frame. Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Custom made by Olympic Arms Schuetzen Pistol Works. Parts are hand selected and fitted by expert pistolsmiths. Several no-cost options to choose from. Made in U.S.A. by Olympic Arms Schuetzen Pistol Works.
**Price:** Journeyman, 4" bull barrel, 35 oz. . . . . . **$1,293.50**
**Price:** Street Deuce, 5.2" bull barrel, 38 oz. . . . . . . . . . **$1,293.50**

**OLYMPIC ARMS OA-93 AR PISTOL.** Caliber: 5.56 NATO. **Barrel:** 6.5" button-rifled stainless steel. **Weight:** 4.46 lbs. **Length:** 17" overall. **Sights:** None. **Features:** Olympic Arms integrated recoil system on the upper receiver eliminates the buttstock, flat top upper, free floating tubular match handguard,

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google
000045
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

threaded muzzle with flash suppressor. Made in U.S.A. by Olympic Arms, Inc.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,202.50**

**OLYMPIC ARMS K23P AR PISTOL**
Caliber: 5.56 NATO. **Barrel:** 6.5" button-rifled chrome-moly steel. **Length:** 22.25" overall.
**Weight:** 5.12 lbs. **Sights:** Adjustable A2 rear, elevation adjustable front post. **Features:** A2 upper with rear sight, free floating tubular match handguard, threaded muzzle with flash suppressor, receiver extension tube with foam cover, no bayonet lug. Made in U.S.A. by Olympic Arms, Inc. Introduced 2007.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$973.70**

**OLYMPIC ARMS K23P-A3-TC AR PISTOL**
Caliber: 5.56 NATO. **Barrel:** 6.5" button-rifled chrome-moly steel.
**Length:** 22.25" overall. **Weight:** 5.12 lbs. **Sights:** Adjustable A2 rear, elevation adjustable front post. **Features:** Flat-top upper with detachable carry handle, free floating FIRSH rail handguard, threaded muzzle with flash suppressor, receiver extension tube with foam cover, no bayonet lug. Made in U.S.A. by Olympic Arms, Inc. Introduced 2007.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,118.20**

**OLYMPIC ARMS WHITNEY WOLVERINE PISTOL**
Caliber: 22
LR, 10-shot magazine.
**Barrel:** 4.625" stainless steel.
**Weight:** 19.2 oz. **Length:** 9" overall. **Grips:** Black checkered with fire/safe markings. **Sights:** Ramped blade front, dovetail rear. **Features:** Polymer frame with natural ergonomics and ventilated rib. Barrel with 6-groove 1x16 twist rate. All metal magazine shell. Made in U.S.A. by Olympic Arms.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$291.00**

**PARA USA BLACK OPS**
Caliber: .45 ACP (8-shot magazine). **Barrel:** 5" **Weight:** 39 oz. **Grips:** G-10. **Sights:** Fixed night sights. Stainless receiver with IONBOND finish.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1299**

**PARA USA GI EXPERT PISTOLS**
Caliber: .45 ACP, 7+1-round capacity. **Barrel:** 5" stainless. **Weight:** 39 oz. **Length:** 8.5" overall. **Grips:** Checkered Polymer. **Sights:** Dovetail Fixed, 3-White Dot.
**Features:** The Para 'GI Expert' is an entry level 1911 pistol that will allow new marksmen to own a pistol with features such as, Lowered and flared ejection port, beveled magazine well, flat mainspring housing, grip safety contoured for spur hammer.

**Price:** 1911 Wild Bunch (official SASS) . . . . . . **$789.00**

**Price:** 1911 LTC Single Action
Single Stack Model (8+1) . . . . . . . . . . . . . . . . . . . . . . **$849.00**
**Price:** 1911 100th Anniversary
w/cocobolo grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1079.00**

**PARA USA PXT 1911 SINGLE-ACTION SINGLE-STACK AUTO PISTOLS**
Caliber: 38 Super, 9mm Para., .45 ACP. **Barrel:** 3.5", 4.25", 5". **Weight:** 28-40 oz. **Length:** 7.1-8.5" overall. **Grips:** Checkered cocobolo, textured composition, Mother of Pearl synthetic. **Sights:** Blade front, low-profile Novak Extreme Duty adjustable rear. High visibility 3-dot system. **Features:** Available with alloy, steel or stainless steel frames. Skeletonized trigger, spurred hammer. Manual thumb, grip and firing pin lock safeties. Full-length guide rod. PXT designates new Para Power Extractor throughout the line. Introduced 2004. Made in U.S.A. by Para USA.
**Price:** 1911 SSP 9mm Para. (2008) . . . . . . . . . . . . . . . . . . **$959.00**
**Price:** 1911 SSP 45 ACP (2008) . . . . . . . . . . . . . . . . . . . . . . **$959.00**

**PARA USA PXT 1911 SINGLE-ACTION HIGH-CAPACITY AUTO PISTOLS**
Caliber: 9mm Para., .45 ACP, 10/14/18-shot magazines. **Barrel:** 3", 5". **Weight:** 34-40 oz. **Length:** 7.1-8.5" overall. **Grips:** Textured composition. **Sights:** Blade front, low-profile Novak Extreme Duty adjustable rear or fixed sights. High visibility 3-dot system. **Features:** Available with alloy, steel or stainless steel frames. Skeletonized match trigger, spurred hammer, flared ejection port. Manual thumb, grip and firing pin lock safeties. Full-length guide rod. Introduced 2004. Made in U.S.A. by Para USA.
**Price:** PXT P14-45 Gun Rights (2008), 14+1, 5" barrel . . . . **$1,149.00**
**Price:** P14-45 (2008), 14+1, 5" barrel . . . . . . . . . . . . . . . . . . **$919.00**

**Para USA PXT Limited Pistols**
Similar to the PXT-Series pistols except with full-length recoil guide system; fully adjustable rear sight; tuned trigger with over-travel stop; beavertail grip safety; competition hammer; front and rear slide serrations; ambidextrous safety; lowered ejection port; ramped match-grade barrel; dove-tailed front sight. Introduced 2004. Made in U.S.A. by Para USA.
**Price:** Todd Jarrett 40 S&W, 16+1,
stainless . . . . . . . . . . . . . . . . . . . . . . . . . **$1,729.00**

**Para USA LDA Single-Stack Auto Pistols**
Similar to LDA-series with double-action trigger mechanism. Cocobolo and polymer grips. Available in 45 ACP. Introduced 1999. Made in U.S.A. by Para USA.
**Price:** SSP, 8+1, 5" barrel . . . . . . . . . . . . . . **$899.00**

**Para USA LDA HI-Capacity Auto Pistols**
Similar to LDA-series with double-action trigger mechanism. Polymer grips. Available in 9mm Para., 40 S&W, 45 ACP. Introduced 1999. Made in U.S.A. by Para USA.
**Price:** High-Cap 45, 14+1 . . . **$1,279.00**

**PARA USA STEALTH**
Caliber: .45 ACP (6-shot magazine). **Barrel:** 3". **Weight:** 24 oz. **Grips:** G-10. **Sights:** Fixed night sights. Alloy receiver with IONBOND finish.

**Price:** . . . . . . . . . . . . . . . . . . . . **$1399**

**PARA USA WARTHOG**
Caliber: 9mm Para., 45 ACP, 6, 10, or 12-shot magazines. **Barrel:** 3". **Weight:** 24 to 31.5 oz. **Length:** 6.5". **Grips:** Varies by model. **Features:** Single action. Big Hawg (2008) is full-size .45 ACP on

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000046

EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



lightweight alloy frame, 14+1, match grade ramped barrel, Power extractor, three white-dot fixed sights. Made in U.S.A. by Para USA.

**Price:** Slim Hawg (2006) single stack .45 ACP, stainless, 6+1 . . . . . . . . . . . . . . . . . . . . . . . .**$1,099.00**
**Price:** Nite Hawg .45 ACP, black finish, 10+1 . . **$1,099.00**
**Price:** Warthog .45 ACP, Regal finish, 10+1 . . . . .**$959.00**
**Price:** Warthog Stainless . . . . . . . . . . . . . . . . . .**$1,069.00**
**Price:** Big Hawg (2008) . . . . . . . . . . . . . . . . . . . .**$959.00**
**Price:** PXT Hawg w/fiber optic
  sight,regal finish, 10+1 . . . . . . . . . . . . . . . . . . .**$999.00**
**Price:** PXT Hawg 7 3.5" barrel, covert black finish, 7+1 . . . . . .**$919.00**

**PARA USA
PXT TACTICAL
PISTOLS**
Caliber: .45 ACP,
8+1 round capacity.
Barrel: 4.25".
Weight: 36 oz. Length: 8.5" overall.
Grips: Checkered Polymer. Sights: Fiber-Optic Front/ Adj. Rear. Features: A compact tactical pistol equipped with a super strong integral light rail built into the dust shield. The front strap of the frame is checkered 30 lpi for improved gripping surface with or without gloves. The Match grade integral ramp 4.25-inch barrel is locked up at the muzzle with an Ed Brown National Match bushing. ylinder and Slide provides its Tactical II hammer, sear and disconnector for a clean crisp trigger. PARA's Power Extractor insures reliable extraction. A flat, checkered mainspring housing mates to the Ed Brown magazine well to funnel the 8-round PXT magazines with alloy base pads into the pistol.

**Price:** LTC Model . . . . . . . . . . . . . . . . . . . . . . . .**$1,599.00**
**Price:** 14•45 Model 14+1 high-capacity . . . . . . . . . . . . . .**$1,599.00**

**PHOENIX ARMS HP22, HP25
AUTO PISTOLS**
Caliber: 22 LR, 10-shot (HP22), 25 ACP, 10-shot (HP25). Barrel: 3". Weight: 20 oz. Length: 5.5" overall. Grips: Checkered composition.
Sights: Blade front, adjustable rear.
Features: Single action, exposed hammer; manual hold-open; button magazine release. Available in satin nickel, matte blue finish. Introduced 1993. Made in U.S.A. by Phoenix Arms.
**Price:** With gun lock . . . . . . . . . . . . . . . . . . . .**$130.00**
**Price:** HP Range kit with 5" bbl., locking case
  and accessories (1 Mag) . . . . . . . . . . . . . .**$171.00**
**Price:** HP Deluxe Range kit with 3" and 5" bbls.,
  2 mags, case . . . . . . . . . . . . . . . . . . . . . . .**$210.00**

**REMINGTON R1**
Caliber: .45 (7-shot magazine).
Barrel: 5".
Weight: 38.5 oz.
Grips: Double diamond walnut. Sights: Fixed, dovetail front and rear, 3-dot. Features: Flared and lowed ejection port. Comes with two magazines.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$729**

**REMINGTON
R1 ENHANCED**
Same features as standard R1 except 8-shot magazine, stainless satin black oxide finish, wood laminate grips and adjustable rear sight.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$940**

**ROCK RIVER ARMS LAR-15/LAR-9 PISTOLS**
Caliber: .223/5.56mm NATO chamber 4-shot magazine. Barrel: 7", 10.5" Wilson chrome moly, 1:9 twist, A2 flash hider, 1/2-28 thread. Weight: 5.1 lbs. (7" barrel), 5.5 lbs. (10.5" barrel). Length: 23" overall. Stock: Hogue rubber grip. Sights: A2 front. Features: Forged A2 or A4 upper, single stage trigger, aluminum free-float tube, one magazine. Similar 9mm Para. LAR-9 also available. From Rock River Arms, Inc.
**Price:** LAR-15 7" A2 AR2115 . . . . . . . . . . . . . . . .**$955.00**
**Price:** LAR-15 10.5" A4 AR2120 . . . . . . . . . . . . . . .**$945.00**
**Price:** LAR-9 7" A2 9MM2115 . . . . . . . . . . . . . . . .**$1,125.00**

**ROHRBAUGH R9 SEMI-AUTO PISTOL**
Caliber: 9mm Parabellum, 380 ACP. Barrel: 2.9". Weight: 12.8 oz. Length: 5.2" overall. Features: Very small double-action-only semi-auto pocket pistol. Stainless steel slide with matte black aluminum frame. Available with or without sights. Available with all-black (Stealth) and partial Diamond Black (Stealth Elite) finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,149.00**

**RUGER SR9 AUTOLOADING
PISTOL**
Caliber: 9mm Para. Barrel: 4.14".
Weight: 26.25, 26.5 oz. Grips: Glass-filled nylon In two color options—black or OD Green, w/flat or arched reversible backstrap. Sights: Adjustable 3-dot, built-in Picatinny-style rail. Features: Semi-DA, 6 configurations, striker-fired, through-hardened stainless

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION 2013 • 425

Digitized by Google
900047
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

steel slide, brushed or blackened stainless slide with black grip frame or blackened stainless slide with OD Green grip frame, ambi manual 1911-style safety, ambi mag release, mag disconnect, loaded chamber indicator, Ruger camblock design to absorb recoil, two 10 or 17-shot mags. Intr. 2008. Made in U.S.A. by Sturm, Ruger & Co.
**Price:** SR9 (17-Round), SR9-10 (SS) ...........................**$525.00**
**Price:** KBSR9 (17-Round), KBSR9-10 (Blackened SS)......**$565.00**
**Price:** KODBSR9 (17-Round), KODBSR9-10
(OD Green Grip) .................................**$565.00**



**RUGER SR9C COMPACT PISTOL**
Compact double action only semiauto pistol chambered in 9mm Parabellum. Features include 1911-style ambidextrous manual safety; internal trigger bar interlock and striker blocker; trigger safety; magazine disconnector; loaded chamber indicator; two magazines, one 10-round and the other 17-round; 3.5-inch barrel; 3-dot sights; accessory rail; brushed stainless or blackened allow finish. Weight 23.40 oz.
**Price:** .................................................**$525.00**

**RUGER LC9**
Caliber: 9mm luger, 7+1 capacity. **Barrel:** 3.12". **Weight:** 17.10 oz. **Grips:** Glass-filled nylon. **Sights:** Adjustable 3-dot. **Features:** double-action-only, hammer-fired, locked-breech pistol with a smooth trigger pull. Control and confident handling of the Ruger LC9 are accomplished through reduced recoil and aggressive frame checkering for a positive grip in all conditions. The Ruger LC9 features smooth "melted" edges for ease of holstering, carrying and drawing. Made in U.S.A. by Sturm, Ruger & Co.
**Price:** .................................................**$443.00**



**RUGER LCP**
Caliber: .380 (6-shot magazine). **Barrel:** 2.75". **Weight:** 9.4 oz. **Length:** 5.16". **Grips:** Glass-filled nylon. **Sights:** Fixed or LaserMax.
**Price:** ..........**$379**
**Price:** .... **$443** (LaserMax)

**RUGER P95 AUTOLOADING PISTOL**
Caliber: 9mm, 15-shot magazine. **Barrel:** 3.9". **Weight:** 30 oz. **Length:** 7.25" overall. **Grips:** Grooved; integral with frame. **Sights:** Blade front, rear drift adjustable for windage; 3-dot system. **Features:** Molded polymer grip frame, stainless steel or chrome-moly slide. Suitable for +P+ ammunition. Safety model, decocker. Introduced 1996. Made in U.S.A. by Sturm, Ruger & Co. Comes with lockable plastic case, spare magazine, loader and lock, Picatinny rails.
**Price:** KP95PR15
safety model, stainless steel. ....................**$424.00**

**Price:** P95PR15 safety model,
blued finish ...........................**$395.00**
**Price:** P95PR 10-round model,
blued finish ...........................**$393.00**
**Price:** KP95PR 10-round model,
stainless steel. ......................**$424.00**



**RUGER P345**
Caliber: .45 ACP (8-shot magazine).
**Barrel:** 4.2". **Weight:** 29 oz. **Length:** 7.5". **Sights:** Adjustable 3-dot. **Features:** Blued alloy/steel or stainless. Comes with two magazines, mag loader and hard plastic case.
**Price:** .................**$599, $639 (stainless)**

**RUGER 22 CHARGER PISTOL**
Caliber: .22 LR. **Barrel:** 10". **Weight:** 3.5 lbs (w/out bipod). **Stock:** Black Laminate. **Sights:** None. **Features:** Rimfire Autoloading, one configuration, 10/22 action, adjustable bi-pod, new mag release for easier removal, precision-rifled barrel, black matte finish, combination Weaver-style and tip-off scope mount, 10-shot mag. Intr. 2008. Made in U.S.A. by Sturm, Ruger & Co.
**Price:** CHR22-10. ..................................**$380.00**

**RUGER MARK III STANDARD AUTOLOADING PISTOL**
Caliber: 22 LR, 10-shot magazine. **Barrel:** 4.5", 4.75", 5.5", 6", or 6-7/8". **Weight:** 33 oz. (4.75" bbl.). **Length:** 9" (4.75" bbl.). **Grips:** Checkered composition grip panels. **Sights:** Fixed, fiber-optic front, fixed rear. **Features:** Updated design of original Standard Auto and Mark II series. Hunter models have lighter barrels. Target models have cocobolo grips; bull, target, competition, and hunter barrels; and adjustable sights. Introduced 2005.
**Price:** MKIII4, MKIII6 (blued) .....................**$352.00**
**Price:** MKIII512 (blued bull barrel) ................**$417.00**
**Price:** KMKIII512 (stainless bull barrel) ............**$527.00**
**Price:** MKIII678 (blued) ............................**$417.00**
**Price:** KMKIII678GC (stainless slabside barrel) .........**$606.00**
**Price:** KMKIII678H (stainless fluted barrel) ...........**$620.00**
**Price:** KMKIII45HCL (Crimson Trace Laser Grips, intr. 2008) ..**$787.00**
**Price:** KMKIII454 (2009) ...........................**$620.00**



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google
000048
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**Ruger 22/45 Mark III Pistol**
Similar to other 22 Mark III autos except has Zytel grip frame that matches angle and magazine latch of Model 1911 45 ACP pistol. Available in 4" standard, 4.5", 5.5", 6-7/8" bull barrels. Comes with extra magazine, plastic case, lock. Introduced 1992. Hunter introduced 2006.
**Price:** P4MKIII, 4" bull barrel, adjustable sights . . . . . . . . . . .**$380.00**
**Price:** P45GCMKIII, 4.5" bull barrel, fixed sights . . . . . . . . . .**$380.00**
**Price:** P512MKIII (5.5" bull blued barrel,
  adj. sights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$380.00**
**Price:** KP512MKIII (5.5" stainless bull barrel, adj. sights . . . . .**$475.00**
**Price:** Hunter KP45HMKIII 4.5" barrel (2007), KP678HMKIII,
  6-7/8" stainless fluted bull barrel, adj. sights . . . . . . . .**$562.00**

**RUGER SR22**
Caliber: .22 LR (10-shot magazine). **Barrel:** 3.5" **Weight:** 17.5 oz. **Length:** 6.4". **Sights:** Adjustable 3-dot. **Features:** Ambidextrous manual safety/decocking lever and mag release. Comes with two interchangeable rubberized grips and two magazines.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$399**

**RUGER SR1911**
Caliber: .45 (8-shot magazine). **Barrel:** 5". **Weight:** 39 oz. **Length:** 8.6". **Grips:** Slim checkered hardwood. **Sights:** Novak LoMount Carry rear, standard front. **Features:** Based on Series 70 design. Flared and lowed ejection port. Extended mag release, thumb safety and slide-stop lever, oversized grip safety, checkered backstrap on the flat mainspring housing. Comes with one 7-shot and one 8-shot magazine.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$799**



**SEECAMP LWS 32/380 STAINLESS DA AUTO**
Caliber: 32 ACP, 380 ACP Win. Silvertip, 6-shot magazine. **Barrel:** 2", integral with frame. **Weight:** 10.5 oz. **Length:** 4-1/8" overall. **Grips:** Glass-filled nylon. **Sights:** Smooth, no-snag, contoured slide and barrel top. **Features:** Aircraft quality 17-4 PH stainless steel. Inertia-operated firing pin. Hammer fired double-action-only. Hammer automatically follows slide down to safety rest position after each shot, no manual safety needed. Magazine safety disconnector. Polished stainless. Introduced 1985. From L.W. Seecamp.
**Price:** 32 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$446.25**
**Price:** 380 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$795.00**

**SIG SAUER 250 COMPACT AUTO PISTOL**
Caliber: 9mm Para. (16-round magazine), 357 SIG, 40 S&W and 45 ACP. **Barrel:** NA. **Weight:** 24.6 oz. **Length:** 7.2" overall. **Grips:** Interchangeable polymer. **Sights:** Siglite night sights. **Features:** Modular design allows for immediate change in caliber and size; subcompact, compact and full. Six different grip combinations for each size. Introduced 2008. From Sig Sauer, Inc.
**Price:** P250 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$750.00**

**SIG SAUER 1911 PISTOLS**
Caliber: 45 ACP, 8-10 shot magazine. **Barrel:** 5". **Weight:** 40.3 oz. **Length:** 8.65" overall. **Grips:** Checkered wood grips. **Sights:** Novak night sights. Blade front, drift adjustable rear for windage. **Features:** Single-action 1911. Hand-fitted dehorned stainless-steel frame and slide; match-grade barrel, hammer/sear set and trigger; 25-lpi front strap checkering, 20-lpi mainspring housing checkering. Beavertail grip safety with speed bump, extended thumb safety, firing pin safety and hammer intercept notch. Introduced 2005. XO series has contrast sights, Ergo Grip XT textured polymer grips. Target line features adjustable target night sights, match barrel, custom wood

grips, non-railed frame in stainless or Nitron finishes. TTT series is two-tone 1911 with Nitron slide and black controls on stainless frame. Includes burled maple grips, adjustable combat night sights. STX line available from Sig Sauer Custom Shop; two-shot 1911, non-railed, Nitron slide, stainless frame, burled maple grips. Polished cocking serrations, flat-top slide, magwell. Carry line has Novak night sights, lanyard attachment point, gray diamondwood or rosewood grips, 8+1 capacity. Compact series has 6+1 capacity, 7.7" OAL, 4.25" barrel, slim-profile wood grips,



weighs 30.3 oz. RCS line (Compact SAS) is Customs Shop version with anti-snag dehorning. Stainless or Nitron finish, Novak night sights, slim-profile gray diamondwood or rosewood grips. 6+1 capacity. 1911 C3 (2008) is a 6+1 compact .45 ACP, rosewood custom wood grips, two-tone and Nitron finishes. Weighs about 30 ounces unloaded, lightweight alloy frame. Length is 7.7". Now offered in more than 30 different models with numerous options for frame size, grips, finishes, sight arrangements and other features. From SIG SAUER, Inc.

**Price:** Model 1911-22-B .22 LR
  w/custom wood grips . . . . . . . . . . . . . . . . . . . . .**$399.99**
**Price:** Nitron . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,200.00**
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,170.00**
**Price:** XO Black . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,005.00**
**Price:** Target Nitron (2006) . . . . . . . . . . . . . . . . . . .**$1,230.00**
**Price:** TTT (2006) . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,290.00**
**Price:** STX (2006) . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,455.00**
**Price:** Carry Nitron (2006). . . . . . . . . . . . . . . . . . . .**$1,200.00**
**Price:** Compact Nitron. . . . . . . . . . . . . . . . . . . . . . .**$1,200.00**
**Price:** RCS Nitron . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,305.00**
**Price:** C3 (2008) . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,200.00**
**Price:** Platinum Elite . . . . . . . . . . . . . . . . . . . . . . . .**$1,275.00**
**Price:** Blackwater (2009) . . . . . . . . . . . . . . . . . . . . .**$1,290.00**
**Price:** Scorpion . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,128.00**

**SIG SAUER P210 AUTO PISTOLS**
Caliber: 9mm, 8-shot magazine. **Barrel:** 4.7". **Weight:** 37.4 oz. **Length:** 8.5" overall. **Grips:** Custom wood. **Sights:** Post and notch and adjustable target sights. **Features:** The carbon steel slide, machined from solid billet steel, now features a durable Nitron® coating, and the improved beavertail adorns the Nitron coated, heavy-style, carbon steel frame. The P210 Legend also offers an improved manual safety, internal drop safety, side magazine release, and

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013  **427**
Digitized by Google
000049
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



custom wood grips.
**Price:** P210-9-
LEGEND . . . . . . . **$2,199.00**
**Price:** P210-9-LEGEND-TGT
w/adjustable target sights . . . . . . **$2,399.00**

**SIG SAUER P220 AUTO PISTOLS**
**Caliber:** 45 ACP, (7- or 8-shot magazine). **Barrel:** 4.4".
**Weight:** 27.8 oz. **Length:** 7.8" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, drift adjustable rear for windage. Optional Siglite night sights. **Features:** Double action. Stainless-steel slide, Nitron finish, alloy frame, M1913 Picatinny rail; safety system of decocking lever, automatic firing pin safety block, safety intercept notch, and trigger bar disconnector. Squared combat-type trigger guard. Slide stays open after last shot. Introduced 1976. P220 SAS Anti-Snag has dehorned stainless steel slide, front Siglite Night Sight, rounded trigger guard, dust cover, Custom Shop wood grips. Equinox line is Custom Shop product with Nitron stainless-steel slide with a black hard-anodized alloy frame, brush-polished flats and nickel accents. Truglo tritium fiber-optic front sight, rear Siglite night sight, gray laminated wood grips with checkering and stippling. From SIG SAUER, Inc.
**Price:** P220 Two-Tone, matte-stainless slide,
black alloy frame . . . . . . . . . . . . . . . . . . . . . . . . **$1,110.00**
**Price:** P220 Elite Stainless (2008) . . . . . . . . . . . . . . . . . . **$1,350.00**
**Price:** P220 Two-Tone SAO, single action (2006), from . . . . **$1,086.00**
**Price:** P220 DAK (2006) . . . . . . . . . . . . . . . . . . . . . . . . . . **$853.00**
**Price:** P220 Equinox (2006) . . . . . . . . . . . . . . . . . . . . . . . **$1,200.00**
**Price:** P220 Elite Dark (2009) . . . . . . . . . . . . . . . . . . . . . . **$1,200.00**
**Price:** P220 Elite Dark, threaded barrel (2009) . . . . . . . . . . **$1,305.00**

**SIG SAUER P220 CARRY AUTO PISTOLS**
**Caliber:** 45 ACP, 8-shot magazine. **Barrel:** 3.9". **Weight:** NA. **Length:** 7.1" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, drift adjustable rear for windage. Optional Siglite night sights. **Features:** Similar to full-size P220, except is "Commander" size. Single stack, DA/SA operation, Nitron finish, Picatinny rail, and either post and dot contrast or 3-dot Siglite night sights. Introduced 2005. Many variations availble. From SIG SAUER, Inc.
**Price:** P220 Carry, from . . . . . . . . . . . . . . . . **$975.00;**
w/night sights . . . . . . . . . . . . . . . . . **$1,050.00**
**Price:** P220 Carry Elite Stainless (2008). . . . . . . . . . . . . . **$1,350.00**

**SIG SAUER P229 DA Auto Pistol**
Similar to the P220 except chambered for 9mm Para. (10- or 15-round magazines), 40 S&W, 357 SIG (10- or 12-round magazines). Has 3.86" barrel, 7.1" overall length and 3.35" height. Weight is 32.4 oz. Introduced 1991. Snap-on modular grips. Frame made



in Germany, stainless steel slide assembly made in U.S.; pistol assembled in U.S. Many variations available. From SIG SAUER, Inc.
**Price:** P229, from . . . . . . . . . **$975.00; w/night sights $1,050.00**
**Price:** P229 Platinum Elite (2008) . . . . . . . . . . . . . . . . . . . . **$1,275.00**
**Price:** P229 Enhanced Elite . . . . . . . . . . . . . . . . . . . . . . . . **$1,175.00**

**SIG SAUER P226 Pistols**
Similar to the P220 pistol except has 4.4" barrel, measures 7.7" overall, weighs 34 oz. Chambered in 9mm, 357 SIG, or 40 S&W. X-Five series has factory tuned single-action trigger, 5" slide and barrel, ergonomic wood grips with beavertail, ambidextrous thumb safety and stainless slide and frame with magwell, low-profile adjustable target sights, front cocking serrations and a 25-meter factory test target. Many variations available. Snap-on modular grips. From SIG SAUER, Inc.
**Price:** P226, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$975.00**
**Price:** P226 Blackwater Tactical (2009) . . . . . . . . . . . . . . . **$1,300.00**
**Price:** P226 Extreme . . . . . . . . . . . . . . **$1,146.00**



**Price:** P226 Enhanced Elite . . . . . . . . **$1,175.00**
**Price:** P226 Diamond Plate
w/diamond plate detailed slide . **$1,100.00**

**SIG SAUER SP2022 PISTOLS**
**Caliber:** 9mm Para., 357 SIG, 40 S&W, 10-, 12-, or 15-shot magazines. **Barrel:** 3.9". **Weight:** 30.2 oz. **Length:** 7.4" overall. **Grips:** Composite and rubberized one-piece. **Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights. **Features:** Polymer frame, stainless steel slide; integral frame accessory rail; replaceable steel frame rails; left- or right-handed magazine release, two interchangeable grips. From SIG SAUER, Inc.
**Price:** SP2009, Nitron finish . . . . . . . . . . . . . . . . . . . . . . . . **$613.00**

**SIG SAUER P232 PERSONAL SIZE PISTOL**
**Caliber:** 380 ACP, 7-shot. **Barrel:** 3.6". **Weight:** 17.6-22.4 oz. **Length:** 6.6" overall. **Grips:** Checkered black composite. **Sights:** Blade front, rear adjustable for windage. **Features:** Double action/ single action or DAO. Blow-back operation, stationary barrel. Introduced 1997. From SIG SAUER, Inc.
**Price:** P232, from . . . . . . . . . . . . . . . **$660.00**

**SIG SAUER P238 PISTOLS**
**Caliber:** .380 ACP (9mm short), 6-7-shot magazine. **Barrel:** 2.7". **Weight:** 15.4 oz. **Length:** 5.5" overall. **Grips:** Hogue® G-10 and Rosewood grips. **Sights:** Contrast / SIGLITE night sights. **Features:** the P238 has redefined the role of a .380 ACP caliber pistol for concealed personal protection, ultimate firepower in an all metal beavertail-style frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . **$643.00**
**Price:** P238 Lady w/rosewood
grips . . . . . . . . . . . . . . . . . . . . . . . . . . **$752.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000050

EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**Price:** P238 Gambler
w/rosewood grip
. . . . . . . . . . . **$752.00**
**Price:** P238 Extreme
w/X-Grip extended
magazine
. . . . . . . . . . . . . . . . **$752.00**
**Price:** P238 Diamond Plate
w/diamond plate detailed slide
. . . . . . . . . . . . . . . . . . . . . **$752.00**

## SIG SAUER P290 PISTOLS

**Caliber:** 9mm, 6/8-shot magazine. **Barrel:** 2.9". **Weight:** 20.5 oz. **Length:** 5.5" overall. **Grips:** Polymer. **Sights:** Contrast / SIGLITE night sights.
**Features:** Unlike many small pistols, the P290 features drift adjustable sights in the standard SIG SAUER dovetails. This gives shooters the option of either standard contrast sights or SIGLITE® night sights. The slide is machined from a solid billet of stainless steel and is available in a natural stainless or a durable Nitron® coating. A reversible magazine catch is left-hand adjustable. Interchangeable grip panels allow for personalization as well as a custom fit. In addition to the standard polymer inserts, optional panels will be available in aluminum, G10 and wood.
**Price:** Model 290-9-BSS . . . . . . . . . . . . . . . . . . . . . . . . . . . **$758.00**
**Price:** Model 290-9-TSS . . . . . . . . . . . . . . . **$786.00**
**Price:** Model 290-9-BSS-L
with laser sights . . . . . . . . . . . . . . . . **$828.00**
**Price:** Model 290-9-TSS with
laser sights . . . . . . . . . . . **$856.00**

## SIG SAUER P239 PISTOL

**Caliber:** 9mm Para., 8-shot, 357 SIG 40 S&W, 7-shot magazine. **Barrel:** 3.6". **Weight:** 25.2 oz. **Length:** 6.6" overall. **Grips:** Checkered black composite. **Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights. **Features:** SA/DA or DAO; blackened stainless steel slide, aluminum alloy frame. Introduced 1996. Made in U.S.A. by SIG SAUER, Inc.
**Price:** P239, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$840.00**

## SIG SAUER MOSQUITO PISTOL

**Caliber:** 22 LR, 10-shot magazine. **Barrel:** 3.9". **Weight:** 24.6 oz. **Length:** 7.2" overall. **Grips:** Checkered black composite. **Sights:** Blade front, rear adjustable for windage. **Features:** Blowback operated, fixed barrel, polymer frame, slide-mounted ambidextrous safety. Introduced 2005. Made in U.S.A. by SIG SAUER, Inc.
**Price:** Mosquito, from . . . . . . . . . . . . . . . . . . . . **$375.00**

## SIG SAUER P522 PISTOL

Semiauto blowback pistol chambered in .22 LR. Pistol version of SIG522 rifle. Features include a 10-inch barrel; lightweight polymer lower receiver with pistol grip; ambi mag catch; aluminum upper; faux gas valve; birdcage; 25-round magazine; quad rail or "clean" handguard; optics rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . **$572.00 to $643.00**

## SIG SAUER P938

**Caliber:** 9mm (6-shot magazine). **Barrel:** 3.9". **Weight:** 16 oz. **Length:** 5.9". **Grips:** Rosewood, Blackwood, Hogue Extreme, Hogue Diamondwood. **Sights:** Siglite night sights or Siglite rear with Tru-Glo front. **Features:** Slightly larger version of P238 with 9mm chambering.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$809.00 to $823.00**



## SPHINX PISTOLS

**Caliber:** 9mm Para., 45 ACP, 10-shot magazine. **Barrel:** 4.43". **Weight:** 39.15 oz. **Length:** 8.27" overall. **Grips:** Textured polymer. **Sights:** Fixed Trijicon Night Sights. **Features:** CNC engineered from stainless steel billet; grip frame in stainless steel, titanium or high-strength aluminum. Integrated accessory rail, high-cut beavertail, decocking lever. Made in Switzerland. Imported by Sabre Defence Industries.
**Price:** 45 ACP (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,990.00**
**Price:** 9mm Para. Standard, titanium w/decocker . . . . . . . . **$2,700.00**

## SPHINX SDP

**Caliber:** 9mm (15-shot magazine). **Barrel:** 3.7". **Weight:** 27.5 oz. **Length:** 7.4". **Sights:** Defiance Day & Night Green fiber/tritium front, tritium 2-dot red rear. **Features:** Double/single action with ambidextrous decocker, integrated slide postion safety, aluminum MIL-STD 1913 Picatinny rail, Blued alloy/steel or stainless. Aluminum and polymer frame, machined slide slide.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **NA**



## SMITH & WESSON M&P AUTO PISTOLS

**Caliber:** .22 LR, 9mm Para., 40 S&W, 357 Auto. **Barrel:** 4.25". **Weight:** 24.25 oz. **Length:** 7.5" overall. **Grips:** One-piece Xenoy, wraparound with straight backstrap. **Sights:** Ramp dovetail mount front; tritium sights optional; Novak Lo-mount Carry rear. **Features:** Zytel polymer frame, embedded stainless steel chassis; stainless steel slide and barrel, stainless steel structural components, black Melonite finish, reversible magazine catch, 3 interchangeable palmswell grip sizes, universal rail, sear deactivation lever, internal lock system, magazine disconnect. Ships with 2 magazines. Internal lock models available. **Overall height:** 5.5"; **width:** 1.2"; **sight radius:** 6.4". Introduced November 2005. 45 ACP version introduced 2007, 10+1 or 14+1 capacity. **Barrel:** 4.5". **Length:** 8.05". **Weight:** 29.6 ounces. **Features:** Picatinny-style equipment rail; black or bi-tone, dark-earth-brown frame. Bi-tone M&P45 includes ambidextrous, frame-mounted thumb safety, take down tool with lanyard attachment. Compact 9mm Para./357 SIG/40 S&W versions introduced 2007. Compacts have 3.5" barrel, OAL 6.7". 10+1 or 12+1 capacity. **Weight:** 21.7 ounces. **Features:** Picatinny-style equipment rail.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **429**
Digitized by Google
000051
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



Made in U.S.A. by Smith & Wesson.
**Price:** M&P22 .22 LR model   **$569.00**
to **$758.00**
**Price:** Crimson Trace Lasergrip models,
from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$809.00**

**SMITH & WESSON PRO SERIES MODEL M&P40**
Striker-fired DAO semiauto pistol chambered in .40 S&W.
Features include 4.25- or 5-inch barrel, matte black
polymer frame and stainless steel slide, tactical rail,
Novak front and rear sights or two-dot night sights, polymer grips,
15+1 capacity.

**Price:** . . . . . . . . . . . . . . . . . . . **$830.00**
**Price:** VTAC® Viking Tactics . . . . . **$779.00**

**SMITH & WESSON PRO SERIES MODEL M&P9**
Similar to M&P40 but chambered in 9mm Parabellum.
Capacity 17+1, 4.25-inch barrel, two-dot night sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$830.00**

**SMITH & WESSON MODEL SD9 PISTOLS**
Caliber: .40 S&W and 9mm, 10+1, 14+1 and 16+1 round capacities.
**Barrel:** 4". **Weight:** 39 oz. **Length:** 8.7". **Grips:** Wood or rubber.
**Sights:** Front: Tritium Night Sight, Rear: Steel Fixed 2-Dot.
**Features:** SDT™ - Self
Defense Trigger for
optimal, consistent
pull first round to Last,
standard picatinny-style
rail, slim ergonomic
textured grip, textured finger locator
and aggressive front and back strap
texturing with front and rear slide
serrations.
**Price:** 9mm Std. Capacity . . . . . . . . . . . . . . **$459.00**
**Price:** 9mm Low Capacity . . . . . . . . . . . . . **$459.00**
**Price:** .40 S&W Std. Capacity . . . . . . . . . . . **$459.00**
**Price:** .40 S&W Low Capacity . . . . . . . . . . . **$459.00**

**SMITH & WESSON MODEL SW1911 PISTOLS**
Caliber: 45 ACP, 8 rounds; 9mm, 11 rounds. Barrel: 5". Weight: 39 oz. Length: 8.7". **Grips:** Wood or rubber. **Sights:** Novak Lo-Mount Carry, white dot front. **Features:** Large stainless frame and slide with matte finish, single-side external safety. No. 108284 has adjustable target rear sight, ambidextrous safety levers, 20-lpi checkered front strap, comes with two 8-round magazines. DK model (Doug Koenig) also has oversized magazine well, Doug Koenig speed hammer, flat competition speed trigger with overtravel stop, rosewood grips with Smith & Wesson silver medallions, oversized magazine well, special serial number run. No. 108295 has olive drab Crimson Trace lasergrips. No. 108299 has carbon-steel frame and slide with polished flats on slide, standard GI recoil guide, laminated double-diamond walnut grips with silver Smith & Wesson medallions, adjustable target sights. Tactical Rail No. 108293 has a Picatinny rail, black Melonite finish, Novak Lo-Mount Carry Sights, scandium alloy frame. Tactical Rail Stainless introduced 2006. SW1911PD gun is Commander size, scandium-alloy frame, 4.25" barrel, 8" OAL, 28.0 oz., non-reflective black matte finish. Gunsite edition has scandium alloy frame, beveled edges, solid match aluminum trigger, Herret's logoed tactical oval walnut stocks, special serial number run, brass bead Novak front sight. SC model has 4.25" barrel, scandium alloy frame, stainless-steel slide, non-reflective matte finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,130.00**
**Price:** Crimson Trace Laser Grips . . . . . . . . . . . . . . . . . . . **$1,493.00**
**Price:** SW1911 E Series .45 ACP . . . . . . . . . . . . . . . . . . . . . **$919.00**
**Price:** SW1911 E Series Tactical Accessory Rail . . . . . . . . **$1,319.00**
**Price:** SW1911 E Series Round Butt, Scandium Frame . . . . **$1,369.00**
**Price:** SW1911 E Series Crimson Trace® Lasergrips . . . . . **$1,089.00**

**SMITH & WESSON MODEL 1911 SUB-COMPACT PRO SERIES**
Caliber: 45 ACP, 7 + 1-shot magazine. Barrel: 3". Weight: 24 oz. Length: 6-7/8". **Grips:** Fully stippled synthetic. **Sights:** Dovetail white dot front, fixed white 2-dot rear. **Features:** Scandium frame with stainless steel slide, matte black finish throughout. Oversized external extractor, 3-hole curved trigger with overtravel stop, full-length guide rod, and cable lock. Introduced 2009.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,304.00**

**SMITH & WESSON ENHANCED SIGMA SERIES DAO PISTOLS**
Caliber: 9mm Para., 40 S&W; 10–, 16-shot magazine. Barrel: 4". Weight: 24.7 oz. Length: 7.25" overall. Grips: Integral. Sights: White dot front, fixed rear; 3-dot system. Tritium night sights available. Features: Ergonomic polymer frame; low barrel centerline; internal striker firing system; corrosion-resistant slide; Teflon-filled, electroless-nickel coated magazine, equipment rail. Introduced 1994. Made in U.S.A. by Smith & Wesson.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$482.00**

**SMITH & WESSON BODYGUARD® 380**
Caliber: .380 Auto, 6+1 round capacity. Barrel: 2.75". Weight: 11.85 oz. Length: 5.25". Grips: Polymer. Sights: Integrated laser sights with front: stainless steel, rear: drift adjustable. Features: The frame of the Bodyguard is made of reinforced polymer, as is the magazine base plate and follower, magazine catch, and the trigger. The slide, sights, and guide rod are made of stainless steel, with the slide and sights having a Melonite hard coating.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.00**



**SPRINGFIELD ARMORY EMP ENHANCED MICRO PISTOL**
Caliber: 9mm Para., 40 S&W; 9-round magazine. Barrel: 3" stainless steel match grade, fully supported ramp, bull. Weight: 26 oz. Length:

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000052
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



6.5" overall. **Grips:** Thinline cocobolo hardwood. **Sights:** Fixed low profile combat rear, dovetail front, 3-dot tritium. **Features:** Two 9-round stainless steel magazines with slam pads, long aluminum match-grade trigger adjusted to 5 to 6 lbs., forged aluminum alloy frame, black hardcoat anodized; dual spring full-length guide rod, forged satin-finish stainless steel slide. Introduced 2007. From Springfield Armory.
**Price:** 9mm Para. Compact Bi-Tone . . . . . . . . . **$1,329.00**
**Price:** 40 S&W Compact Bi-Tone (2008) . . . . . . . **$1,329.00**



**SPRINGFIELD ARMORY XD POLYMER AUTO PISTOLS**
Caliber: 9mm Para., 40 S&W, 45 ACP. **Barrel:** 3", 4", 5". **Weight:** 20.5-31 oz. **Length:** 6.26-8" overall. **Grips:** Textured polymer. **Sights:** Varies by model; Fixed sights are dovetail front and rear steel 3-dot units. **Features:** Three sizes in X-Treme Duty (XD) line: Sub-Compact (3" barrel), Service (4" barrel), Tactical (5" barrel). Three ported models available. Ergonomic polymer frame, hammer-forged barrel, no-tool disassembly, ambidextrous magazine release, visual/tactile loaded chamber indicator, visual/tactile striker status indicator, grip safety, XD gear system included. Introduced 2004. XD 45 introduced 2006. Compact line introduced 2007. Compacts ship with one extended magazine (13) and one compact magazine (10). From Springfield Armory.



**Price:** Sub-Compact OD Green 9mm Para./40 S&W,
fixed sights . . . . . . . . . . . . . . . . . . . . . . . . . . **$543.00**
**Price:** Compact 45 ACP, 4" barrel, Bi-Tone finish (2008) . . . . . **$589.00**
**Price:** Compact 45 ACP, 4" barrel, OD green frame,
stainless slide (2008) . . . . . . . . . . . . . . . . . . **$653.00**
**Price:** Service Black 9mm Para./40 S&W, fixed sights . . . . . . **$543.00**
**Price:** Service Dark Earth 45 ACP, fixed sights . . . . . . . . . . **$571.00**

**Price:** Service Black 45 ACP, external thumb safety
(2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$571.00**
**Price:** V-10 Ported Black 9mm Para./40 S&W . . . . . . . . . . . **$573.00**
**Price:** Tactical Black 45 ACP, fixed sights . . . . . . . . . . . . . **$616.00**
**Price:** Service Bi-Tone 40 S&W, Trijicon night sights (2008) . . . **$695.00**

**SPRINGFIELD ARMORY GI 45 1911A1 AUTO PISTOLS**
Caliber: 45 ACP; 6-, 7-, 13-shot magazines. **Barrel:** 3", 4", 5". **Weight:** 28-36 oz. **Length:** 5.5-8.5" overall. **Grips:** Checkered double-diamond walnut, "U.S" logo. **Sights:** Fixed GI style. **Features:** Similar to WWII GI-issue 45s at hammer, beavertail, mainspring housing. From Springfield Armory.
**Price:** GI .45 4" Champion Lightweight, 7+1, 28 oz. . . . . . . . . **$619.00**
**Price:** GI .45 5" High Capacity, 13+1, 36 oz. . . . . . . . . . . . . **$676.00**
**Price:** GI .45 5" OD Green, 7+1, 36 oz. . . . . . . . . . . . . . . . **$619.00**
**Price:** GI .45 3" Micro Compact, 6+1, 32 oz. . . . . . . . . . . . . **$667.00**

**SPRINGFIELD ARMORY MIL-SPEC 1911A1 AUTO PISTOLS**
Caliber: 38 Super, 9-shot magazines; 45 ACP, 7-shot magazines. **Barrel:** 5". **Weight:** 35.6-39 oz. **Length:** 8.5-8.625" overall. **Features:** Similar to GI 45s. From Springfield Armory.
**Price:** Mil-Spec Parkerized, 7+1, 35.6 oz. . . . . . . . . . . . . . **$715.00**
**Price:** Mil-Spec Stainless Steel, 7+1, 36 oz. . . . . . . . . . . . . **$784.00**
**Price:** Mil-Spec 38 Super, 9+1, 39 oz. . . . . . . . . . . . . . . . . **$775.00**

**Springfield Armory Custom Loaded Champion 1911A1 Pistol**
Similar to standard 1911A1, slide and barrel are 4". 7.5" OAL. Available in 45 ACP only. Novak Night Sights. Delta hammer and cocobolo grips. Parkerized or stainless. Introduced 1989.
**Price:** Stainless, 34 oz. . . . . . . . . . . . . . . . . . . . . . . . . . **$1,031.00**
**Price:** Lightweight, 28 oz. . . . . . . . . . . . . . . . . . . . . . . . . **$989.00**

**Springfield Armory Custom Loaded Ultra Compact Pistol**
Similar to 1911A1 Compact, shorter slide, 3.5" barrel, 6+1, 7" OAL. Beavertail grip safety, beveled magazine well, fixed sights. Videki speed trigger, flared ejection port, stainless steel frame, blued slide, match grade barrel, rubber grips. Introduced 1996. From Springfield Armory.
**Price:** Stainless Steel . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,031.00**

**SPRINGFIELD ARMORY CUSTOM LOADED MICRO-COMPACT 1911A1 PISTOL**
Caliber: 45 ACP, 6+1 capacity. **Barrel:** 3" 1:16 LH. **Weight:** 24-32 oz. **Length:** 4.7". **Grips:** Slimline cocobolo. **Sights:** Novak LoMount tritium, Dovetail front. **Features:** Aluminum hard-coat anodized alloy frame, forged steel slide, forged barrel, ambi-thumb safety, Extreme Carry Bevel dehorning. Lockable plastic case, 2 magazines.
**Price:** Lightweight Bi-Tone . . . . . . . . . . . . . . . . . . . . . . . . **$992.00**

**SPRINGFIELD ARMORY CUSTOM LOADED LONG SLIDE 1911A1 PISTOL**
Caliber: 45 ACP, 7+1 capacity. **Barrel:** 6" 1:16 LH. **Weight:** 41 oz. **Length:** 9.5". **Grips:** Slimline cocobolo. **Sights:** Dovetail front; fully adjustable target rear. **Features:** Longer sight radius, 7.9".
**Price:** Bi-Tone Operator w/light rail . . . . . . . . . . . . . . . . . **$1,189.00**

**Springfield Armory Tactical Response Loaded Pistols**
Similar to 1911A1 except 45 ACP only, checkered front strap and mainspring housing, Novak Night Sight combat rear sight and matching dove-tailed front sight, tuned, polished extractor, oversize barrel link; lightweight speed trigger and combat action job, match barrel and

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ❖ **431**

Digitized by Google

000053

EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



bushing, extended ambidextrous thumb safety and fitted beavertail grip safety. Checkered cocobolo wood grips, comes with two Wilson 7-shot magazines. Frame is engraved "Tactical" both sides of frame with "TRP." Introduced 1998. TRP-Pro Model meets FBI specifications for SWAT Hostage Rescue Team. From Springfield Armory.
**Price:** 45 TRP Service Model, black Armory Kote finish, fixed Trijicon night sights . . . . . . . . . . . . . . . . . .**$1,741.00**

**SPRINGFIELD ARMORY XDM SERIES**
Calibers: 9mm, .40 S&W, .45 ACP. **Barrel:** 3.8 or 4.5". **Sights:** Fiber optic front with interchangeable red and green filaments, adjustable target rear. **Grips:** Integral polymer with three optional backstrap designs. **Features:** Variation of XD design with improved ergonomics, deeper and longer slide serrations, slightly modified grip contours and texturing. Black polymer frame, forged steel slide. Black and two-tone finish options.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **N/A**

**STOEGER COMPACT COUGAR PISTOL**
Caliber: 9mm, 13+1 round capacity. **Barrel:** 3.6". **Weight:** 32 oz. **Length:** 7". **Grips:** Wood or rubber. **Sights:** Quick read 3-dot. **Features:** Double/single action with a Bruniton® Matte black finish. The ambidextrous safety and decocking lever is easily accessible to the thumb of a right-handed or left-handed shooter.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$449.00**

**STI DUTY ONE PISTOL**
1911-style semiauto pistol chambered in .45 ACP. Features include government size frame with integral tactical rail and 30 lpi checkered frontstrap; milled tactical rail on the dust cover of the frame; ambidextrous thumb safeties; high rise beavertail grip safety; lowered and flared ejection port; fixed rear sight; front and rear cocking serrations; 5-inch fully supported STI International ramped bull barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1312.00**

**STI APEIRO PISTOL**
1911-style semiauto pistol chambered in 9x19, .40 S&W, and .45 ACP. Features include Schuemann "Island" barrel; patented modular steel frame with polymer grip; high capacity double-stack magazine; stainless steel ambidextrous thumb safeties and knuckle relief high-rise beavertail grip safety; unique sabertooth rear cocking serrations; 5-inch fully ramped, fully supported "island" bull barrel, with the sight milled in to allow faster recovery to

point of aim; custom engraving on the polished sides of the (blued) stainless steel slide; stainless steel magwell; STI adjustable rear sight and Dawson fiber optic front sight; blued frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2717.00**

**STI EAGLE PISTOL**
1911-style semiauto pistol chambered in .45 ACP, 9mm, .40 S&W. Features include modular steel frame with polymer grip; high capacity doule-stack magazines; scalloped slide with front and rear cocking serrations; dovetail front sight and STI adjustable rear sight; stainless steel STI hi-ride grip safety and stainless steel STI ambi-thumb safety; 5- or 6-inch STI stainless steel fully supported, ramped bull barrel or the traditional bushing barrel; blued or stainless finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1964.00**

**STI ECLIPSE PISTOL**
Compact 1911-tyle semiauto pistol chambered in 9x19, .40 S&W, and .45 ACP. Features include 3-inch slide with rear cocking serrations, oversized ejection port; 2-dot tritium night sights recessed into the slide; high-capacity polymer grip; single sided blued thumb safety; bobbed, high-rise, blued, knuckle relief beavertail grip safety; 3-inch barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1843.00**

**STI ESCORT PISTOL**
Similar to STI Eclipse but with aluminum allow frame and chambered in .45 ACP only.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1843.00**

**TAURUS MODEL 800 SERIES**
Caliber: 9mm Para., 40 S&W, 45 ACP. **Barrel:** 4". **Weight:** 32 oz. **Length:** 8.25". **Grips:** Checkered. **Sights:** Novak. **Features:** DA/SA. Blue and Stainless Steel finish. Introduced in 2007. Imported from Brazil by Taurus International.
**Price:** 809B, 9mm Para., Blue, 17+1 . . . . . . . . . . . . . . . . . .**$623.00**

**TAURUS MODEL 1911**
Caliber: 45 ACP, 8+1 capacity. **Barrel:** 5". **Weight:** 33 oz. **Length:** 8.5". **Grips:** Checkered black. **Sights:** Heinie straight 8. **Features:** SA. Blue, stainless steel, duotone blue, and blue/gray finish. Standard/picatinny rail, standard frame, alloy frame, and alloy/picatinny rail. Introduced in 2007. Imported from Brazil by Taurus International.
**Price:** 1911B, Blue . . . . . . . . . . . . . . . . .**$719.00**
**Price:** 1911SS, Stainless Steel . . . . . . . . . . .**$816.00**
**Price:** 1911S-1, Stainless Steel . . . . . . . . . . .**$847.00**
**Price:** 1911 DT, Duotone Blue . . . . . . . . . . . .**$795.00**

**TAURUS MODEL 917**
Caliber: 9mm Para., 19+1 capacity. **Barrel:** 4.3". **Weight:** 32.2 oz. **Length:** 8.5". **Grips:** Checkered rubber. **Sights:** Fixed. **Features:** SA/DA. Blue, and stainless steel finish. Medium frame. Introduced in 2007. Imported from Brazil by Taurus International.
**Price:** 917B-20, Blue . . . . . . . . . . . . . . . . .**$542.00**
**Price:** 917SS-20, Stainless Steel . . . . . . . . .**$559.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000054

EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**TAURUS MODEL PT-22/PT-25 AUTO PISTOLS**
Caliber: 22 LR, 8-shot (PT-22); 25 ACP, 9-shot (PT-25). **Barrel:** 2.75".
**Weight:** 12.3 oz. **Length:** 5.25" overall. **Grips:** Smooth rosewood
or mother-of-pearl. **Sights:** Fixed. **Features:** Double action. Tip-up
barrel for loading, cleaning. Blue, nickel, duo-tone or blue with gold
accents. Introduced 1992. Made in U.S.A. by Taurus International.
**Price:** PT-22B or PT-25B, checkered
wood grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$248.00

**TAURUS PT2011 DT**
Caliber: .380 (15-shot), 9mm (13-shot), .40 S&W(11-shot magazine).
**Barrel:** 3.2". **Weight:** 21 oz. **Length:** 6.3" **Finish:** Blue or stainless.
**Features:** Manual safety, removable polymer grip backstraps.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$544 to $588**

**TAURUS MODEL 22PLY SMALL POLYMER FRAME PISTOLS**
Similar to Taurus Models PT-22 and PT-25 but with lightweight poly-
mer frame. Features include 22 LR (9+1) or 25 ACP (8+1) chamber-
ing, 2.33" tip-up barrel, matte black finish, extendable magazine with
finger lip, manual safety. Overall length is 4.8". Weighs 10.8 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$273.00

**TAURUS MODEL 24/7**
Caliber: 9mm Para., 40
S&W, 45 ACP. **Barrel:** 4".
**Weight:** 27.2 oz. **Length:**
7-1/8". **Grips:** "Ribber"
rubber-finned overlay on
polymer. **Sights:** Adjustable. **Features:**
SA/DA; accessory rail, four safeties,
blue or stainless finish. One-piece guide rod,
flush-fit magazine, flared bushingless barrel, Picatinny
accessory rail, manual safety, user changeable sights,
loaded chamber indicator, tuned ejector and lowered
port, one piece guide rod and flat wound captive spring.
Introduced 2003. Long Slide models have 5" barrels,
measure 8-1/8" overall, weigh 27.2 oz. Imported from Brazil
by Taurus International.
**Price:** 40BP, 40 S&W, blued, 10+1 or 15+1 . . . . . . . . . . . . . . .$452.00
**Price:** 24/7-PRO Standard Series: 4" barrel; stainless,
duotone or blued finish . . . . . . . . . . . . . . . . . . . . . . . . . $452.00
**Price:** 24/7-PRO Compact Series; 3.2" barrel; stainless,
titanium or blued finish . . . . . . . . . . . . . . . . . . . . . . . . . $467.00
**Price:** 24/7-PRO Long Slide Series: 5.2" barrel; matte stainless,
blued or stainless finish . . . . . . . . . . . . . . . . . . . . . . . . . $506.00
**Price:** 24/7PLS, 5" barrel, chambered in 9mm Parabellum,
38 Super and 40 S&W . . . . . . . . . . . . . . . . . . . . . . . . . $506.00

**TAURUS 24/7 G2**
Double/single action semiauto pistol chambered in 9mm Parabellum
(15+1), .40 S&W (13+1), and .45 ACP (10+1). Features include blued
or stainless finish; "Strike Two" capability; new trigger safety; low-
profile adjustable rear sights for windage and elevation; ambidextrous
magazine release; 4.2-inch barrel; Picatinny rail; polymer frame;
polymer grip with metallic inserts and three interchangeable
backstraps. Also offered in compact model with shorter grip frame
and 3.5-inch barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$523.00

**TAURUS MODEL 2045 LARGE FRAME PISTOL**
Similar to Taurus Model 24/7 but chambered in 45 ACP only. Fea-
tures include polymer frame, blued or matte stainless steel slide, 4.2"
barrel, ambidextrous "memory pads" to promote safe finger position
during loading, ambi three-position safety/decocker. Picatinny rail
system, fixed sights. Overall length is 7.34". Weighs 31.5 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$577.00

**TAURUS MODEL 58 PISTOL**
Caliber: 380 ACP (19+1). **Barrel:** 3.25. **Weight:** 18.7 oz. **Length:**
6.125" overall. **Grips:** Polymer. **Sights:** Fixed. **Features:** SA/DA
semi-auto. Scaled-down version of the full-size Model 92; steel slide,
alloy frame, frame-mounted ambi safety, blued or stainless finish, and
extended magazine.
**Price:** 58HCB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$602.00
**Price:** 58HCSS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$617.00

**TAURUS MODEL 92 AUTO PISTOL**
Caliber: 9mm Para., 10- or 17-shot mags. **Barrel:** 5". **Weight:** 34 oz.
**Length:** 8.5" overall. **Grips:** Checkered rubber, rosewood, mother-

of-pearl. **Sights:**
Fixed notch rear.
3-dot sight system.
Also offered with
micrometer-click
adjustable rear sights. **Features:** Double
action, ambidextrous 3-way hammer
drop safety, allows cocked & locked
carry. Blue, stainless steel, blue with gold highlights,
stainless steel with gold highlights, forged aluminum
frame, integral key-lock. .22 LR conversion kit available.
Imported from Brazil by Taurus International.
**Price:** 92B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$542.00
**Price:** 92SS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$559.00

**TAURUS MODEL 99 AUTO PISTOL**
Similar to Model 92, fully adjustable rear sight.
Price: 99B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$559.00

**TAURUS MODEL 90-TWO SEMI-AUTO PISTOL**
Similar to Model 92 but with one-piece wraparound grips, automatic
disassembly latch, internal recoil buffer, addition slide serrations, pica-
tinny rail with removable cover, 10- and 17-round magazine (9mm) or
10- and 12-round magazines (40 S&W). Overall length is 8.5". Weight
is 32.5 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$725.00

**TAURUS MODEL 100/101
AUTO PISTOL**
Caliber: 40 S&W, 10- or
11-shot mags. **Barrel:** 5".
**Weight:** 34 oz. **Length:**
8.5". **Grips:** Checkered rubber, rosewood,
mother-of-pearl. **Sights:** 3-dot fixed or
adjustable; night sights available. **Features:**
Single/double action with three-position safety/decocker.
Reintroduced in 2001. Imported by Taurus International.
**Price:** 100B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$542.00

**TAURUS MODEL 111 MILLENNIUM PRO AUTO PISTOL**
Caliber: 9mm Para., 10- or 12-shot mags. **Barrel:** 3.25".
**Weight:** 18.7 oz. **Length:** 6-1/8" overall. **Grips:** Checkered polymer.
**Sights:** 3-dot fixed; night sights available. Low profile, 3-dot combat.
**Features:** Double action only, polymer frame, matte stainless or blue
steel slide, manual safety, integral key-lock. Deluxe models with wood
grip inserts.
**Price:** 111BP, 111BP-12 . . . . . . . . . . . . . . . . . . . . . . . . . . . .$419.00
**Price:** 111PTi titanium slide . . . . . . . . . . . . . . . . . . . . . . . . . .$592.00

**TAURUS 132 MILLENNIUM
PRO AUTO PISTOL**
Caliber: 32 ACP, 10-
shot mag. **Barrel:**
3.25". **Weight:** 18.7
oz. **Grips:** Polymer.
**Sights:** 3-dot fixed; night sights
available. **Features:** Double-
action-only, polymer frame,
matte stainless or blue steel slide,
manual safety, integral key-lock action. Introduced
2001.
**Price:** 132BP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$419.00

**TAURUS 138 MILLENNIUM
PRO SERIES**
Caliber: 380 ACP, 10- or 12-
shot mags. **Barrel:** 3.25".
**Weight:** 18.7 oz. **Grips:**
Polymer. **Sights:** Fixed 3-dot
fixed. **Features:** Double-
action-only, polymer frame, matte
stainless or blue steel slide,
manual safety, integral key-lock.
**Price:** 138BP . . . . . . .$419.00

**TAURUS 140 MILLENNIUM PRO AUTO PISTOL**
Caliber: 40 S&W, 10-shot mag. **Barrel:** 3.25". **Weight:**
18.7 oz. **Grips:** Checkered polymer. **Sights:** 3-dot fixed;
night sights available. **Features:** Double action only;

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 **433**
Digitized by Google
000055
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



matte stainless or blue steel slide, black polymer frame, manual safety, integral key-lock action. From Taurus International.
Price: 140BP . . . . . . $436.00

**TAURUS 145 MILLENNIUM PRO AUTO PISTOL**
Caliber: 45 ACP, 10-shot mag. Barrel: 3.27". Weight: 23 oz. Stock: Checkered polymer. Sights: 3-dot fixed; night sights available. Features: Double-action only, matte stainless or blue steel slide, black polymer frame, manual safety, integral key-lock. Compact model is 6+1 with a 3.25" barrel, weighs 20.8 oz. From Taurus International.
Price: 145BP, blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . $436.00
Price: 145SSP, stainless, . . . . . . . . . . . . . . . . . . . . . . . . . $453.00

**Taurus Model 609TI-Pro**
Similar to other Millennium Pro models but with titanium slide. Chambered in 9mm Parabellum. Weighs 19.7 oz. Overall length is 6.125". Features include 13+1 capacity, 3.25" barrel, checkered polymer grips, and Heinie Straight-8 sights.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $608.00



**TAURUS SLIM 700 SERIES**
Compact double/single action semiauto chambered in 9mm Parabellum (7+1), .40 S&W (6+1), and .380 ACP (7+1). Features include polymer frame; blue or stainless slide; single action/double action trigger pull; low-profile fixed sights. Weight 19 oz., length 6.24 inches, width less than an inch.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

**TAURUS MODEL 709 G2 SLIM PISTOL**
Caliber: 9mm., 9+1-shot magazine. Barrel: 3". Weight: 19 oz. Length: 6.24" overall. Grips: Black. Sights: Low profile. Features: The most heralded concealed carry semi-auto in company history is getting even better with the G2 Slim. Even under the lightest clothing the Slim design reveals nothing. Now with the best in features and performance from the elite G2 series. Also, with the G2 Slim, there are extra rounds with an extended magazine for added confidence.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $376.00

**TAURUS MODEL 738 TCP COMPACT PISTOL**
Caliber: 380 ACP, 6+1 (standard magazine) or 8+1 (extended magazine). Barrel: 3.3". Weight: 9 oz. (titanium slide) to 10.2 oz. Length: 5.19". Sights: Low-profile fixed. Features: Lightweight DAO semi-auto with polymer frame; blued (738B), stainless (738SS) or titanium (738TI) slide; concealed hammer; ambi safety; loaded chamber indicator.
Price: . . . . . $623.00 to $686.00

**TAURUS SLIM 740 PISTOL**
Caliber: .380 ACP and .40 cal., 6+1/8+1-shot magazines. Barrel: 4". Weight: 19 oz. Length:

6.24" overall. Grips: Polymer Grips. Features: Double action with stainless steel finish. Remarkably lean, lightweight design, but it still steps up with big firepower.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $483.00



**TAURUS 800 SERIES COMPACT**
Compact double/single action semiauto pistol chambered in 9mm (12+1), .357 SIG (10+1) and .40 cal (10+1). Features include 3.5-inch barrel; external hammer; loaded chamber indicator; polymer frame; blued or stainless slide.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A

**TAURUS 809 COMPACT PISTOL**
Caliber: 9mm, .357 SIG and .40 cal. 12+1 round capacity. Barrel: 3.5". Grips: Checkered Polymer. Description: Little brother of the 800 Series, these new pistols were born to perform. They give everything you could want in a 3.5" barrel semi-auto—the best in features, handling, speed and reliability.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $555.00

**THOMPSON CUSTOM 1911A1 AUTOMATIC PISTOL**
Caliber: 45 ACP, 7-shot magazine. Barrel: 4.3". Weight: 34 oz. Length: 8" overall. Grips: Checkered laminate grips with a Thompson bullet logo inlay. Sights: Front and rear sights are black with serrations and are dovetailed into the slide. Features: Machined from 420 stainless steel, matte finish. Thompson bullet logo on slide. Flared ejection port, angled front and rear serrations on slide. 20-lpi checkered mainspring housing and frontstrap. Adjustable trigger, combat hammer, stainless steel full-length recoil guide rod, extended beavertail grip safety; extended magazine release; checkered slide-stop lever. Made in U.S.A. by Kahr Arms.
Price: 1911TC, 5", 39 oz., 8.5" overall, stainless frame . . . . . . $813.00

**THOMPSON TA5 1927A-1 LIGHTWEIGHT DELUXE PISTOL**
Caliber: 45 ACP, 50-round drum magazine. Barrel: 10.5" 1:16 right-hand twist. Weight: 94.5 oz. Length: 23.3" overall. Grips: Walnut, horizontal foregrip Sights: Blade front, open rear adjustable. Features: Based on Thompson machine gun design. Introduced 2008. Made in U.S.A. by Kahr Arms.
Price: TA5 (2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,237.00

**TURNBULL MFG. CO. 1911 CENTENIAL PISTOL**
Features: Forged slide with appropriate shape and style. Proper size and shape of sights. Barrel of correct external contour. Safety lock is the thin style, with a knurled undercut thumb-piece. Short, wide spur hammer with standard checkering. Early style slide stop. Lanyard loop, punch and saw cut magazine, finished in two tone. Pistol is hand-polished in the same manner as an original early production vintage pistol. Period-correct Carbonia Charcoal Blueing on all parts. Stamped United States Property as original. Circled Turning Bull trademark on left of slide behind serrations. Early 1913 patent markings and Turnbull Mfg. Co. Bloomfield, NY slide address. Model(s) of 1911 U.S. Army, U.S. Navy and U.S. Marine Corps variations are all available. Inspector's marks are available from Doug Turnbull (TMC Owner, founder) and Keith VanOrman (TMC President).
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3895.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google
000056
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



**WALTHER PPS PISTOL**
Caliber: 9mm Para., 40 S&W. 6-, 7-, 8-shot magazines for 9mm Para.; 5-, 6-, 7-shot magazines for 40 S&W. **Barrel:** 3.2". **Weight:** 19.4 oz. **Length:** 6.3" overall. **Stocks:** Stippled black polymer. **Sights:** Picatinny-style accessory rail, 3-dot low-profile contoured sight. **Features:** PPS-"Polizeipistole Schmal," or Police Pistol Slim. Measures 1.04 inches wide. Ships with 6- and 7-round magazines, aluminum gun case. Striker-fired action, flat slide stop lever, alternate backstrap sizes. QuickSafe feature decocks striker assembly when backstrap is removed. Loaded chamber indicator. First Edition model, limited to 1,000 units, has anthracite grey finish, aluminum gun case. Introduced 2008. Made in U.S.A. by Smith & Wesson.
**Price:** .................................. $713.00
**Price:** First Edition.................... $865.00

**WALTHER PPK/S AMERICAN AUTO PISTOL**
Caliber: 32 ACP, 380 ACP, 7-shot magazine. **Barrel:** 3.27". **Weight:** 23-1/2 oz. **Length:** 6.1" overall. Stocks: Checkered plastic. **Sights:** Fixed, white markings. **Features:** Double action; manual safety blocks firing pin and drops hammer; chamber loaded indicator on 32 and 380; extra finger rest magazine provided. Made in the United States. Introduced 1980. Made in U.S.A. by Smith & Wesson.
**Price:** ................................ $605.00

**WALTHER MODEL PPK/S MACHINE ENGRAVED**
Caliber: .380 ACP, 7 & 8-round capacity. **Barrel:** 3.3". **Weight:** 22.4 oz. **Length:** 6.1". **Grips:** Engraved wood. **Sights:** Fixed. **Features:** Traditional Double Action with Stainless frame, slide and barrel. Mahogany Presentation Case Included.
**Price:** ................................ $799.00

**WALTHER P99 AUTO PISTOL**
Caliber: 9mm Para., 9x21, 40 S&W, 10-shot magazine. **Barrel:** 4". **Weight:** 25 oz. **Length:** 7" overall. **Grips:** Textured polymer. **Sights:** Blade front (comes with three interchangeable blades for elevation adjustment), micrometer rear adjustable for windage. **Features:** Double-action mechanism with trigger safety, decock safety, internal striker safety; chamber loaded indicator; ambidextrous magazine release levers; polymer frame with interchangeable backstrap inserts. Comes with two magazines. Introduced 1997. Made in U.S.A. by Smith & Wesson.
**Price:** From . . . $799.00

**WALTHER P99AS NIGHT SIGHT DEFENSE KIT**
Striker-fired DAO semiauto pistol similar to Walther P99AS but with front and rear tritium sights. Chambered in .40 S&W (12 rounds) or 9mm Parabellum (15 rounds). Features include polymer frame and grip, decocker button, 4-inch (9mm) or 4.17-inch

(.40) stainless steel barrel, integral weaver-style accessory rail, black Tenifer finish overall.
**Price:** .................................. N/A

**WALTHER PK380**
Caliber: .380 ACP (8-shot magazine). **Barrel:** 3.66". **Weight:** 19.4 oz. **Length:** 6.5". **Sights:** Three-dot system, drift adjustable rear. **Features:** Double action with external hammer, ambidextrous mag release and manual safety. Picatinny rail.
**Price:** .................................. $389

**WALTHER PPQ**
Caliber: 9mm, .40 S&W (12-shot magazine). **Barrel:** 4.2". **Weight:** 24.9 oz. **Length:** 7.2". **Sights:** Drift adjustable. **Features:** Quick Defense trigger, firing pin block, ambidextrous slide lock and mag release, Picatinny rail. Comes with two extra magazines, two interchangeable frame backstraps and hard case.
**Price:** .................................. $599

**WALTHER PPS NIGHT SIGHT DEFENSE KIT**
Striker-fired compact DAO semiauto pistol similar to Walther PPS but with front and rear tritium sights. Chambered in .40 S&W (6 rounds) or 9mm Parabellum (7 rounds). Features include polymer frame and grip, decocker button, loaded chamber indicator, 3.2-inch stainless steel barrel, integral weaver-style accessory rail, black Tenifer finish overall.
**Price:** .................................. N/A

**WALTHER P22 PISTOL**
Caliber: 22 LR. **Barrel:** 3.4", 5". **Weight:** 19.6 oz. (3.4"), 20.3 oz. (5"). **Length:** 6.26", 7.83". **Sights:** Interchangeable white dot, front, 2-dot adjustable, rear. **Features:** A rimfire version of the Walther P99 pistol, available in nickel slide with black frame, or green frame with black slide versions. Made in U.S.A. by Smith & Wesson.
**Price:** From .......................... $382.00

**WILSON COMBAT ELITE PROFESSIONAL**
Caliber: 9mm Para., 38 Super, 40 S&W, 45 ACP, 8-shot magazine. **Barrel:** Compensated 4.1" hand-fit, heavy flanged cone match grade. **Weight:** 36.2 oz. Length: 7.7" overall. **Grips:** Cocobolo. **Sights:** Combat Tactical yellow rear tritium inserts, brighter green tritium front insert. **Features:** High-cut front strap, 30-lpi checkering on front strap and flat mainspring housing, High-Ride Beavertail grip safety. Dehorned, ambidextrous thumb safety, extended ejector, skeletonized ultralight hammer, ultralight trigger, Armor-Tuff finish on frame and slide. Introduced 1997. Made in U.S.A. by Wilson Combat. This manufacturer offers more than 100 different 1911 models ranging in price from about $2800 to $5000.
**Price:** From .......................... $3,650.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS—Competition



**BAER 1911 ULTIMATE MASTER COMBAT PISTOL**
**Caliber:** 38 Super, 400 Cor-Bon 45 ACP (others available). 10-shot magazine. **Barrel:** 5", 6"; Baer NM. **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer dovetail front, low-mount Bo-Mar rear with hidden leaf. **Features:** Full-house competition gun. Baer forged NM blued steel frame and double serrated slide; Baer triple port, tapered cone compensator; fitted slide to frame; lowered, flared ejection port; Baer reverse recoil plug; full-length guide rod; recoil buff; beveled magazine well; Baer Commander hammer, sear; Baer extended ambidextrous safety, extended ejector, checkered slide stop, beavertail grip safety with pad, extended magazine release button; Baer speed trigger. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** 45 ACP Compensated . . . . . . . . . . . . . . . . . . . . $2,880.00
**Price:** 38 Super Compensated . . . . . . . . . . . . . . . . . . . . $3,140.00



**BAER 1911 NATIONAL MATCH HARDBALL PISTOL**
**Caliber:** 45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered walnut. **Sights:** Baer dovetail front with under-cut post, low-mount Bo-Mar rear with hidden leaf. **Features:** Baer NM forged steel frame, double serrated slide and barrel with stainless bushing; slide fitted to frame; Baer match trigger with 4-lb. pull; polished feed ramp, throated barrel; checkered front strap, arched mainspring housing; Baer beveled magazine well; lowered, flared ejection port; tuned extractor; Baer extended ejector, checkered slide stop; recoil buff. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,960.00

**BAER 1911 BULLSEYE WADCUTTER PISTOL**
Similar to National Match Hardball except designed for wadcutter loads only. Polished feed ramp and barrel throat; Bo-Mar rib on slide; full length recoil rod; Baer speed trigger with 3-1/2-lb. pull; Baer deluxe hammer and sear; Baer beavertail grip safety with pad; flat mainspring housing checkered 20 lpi. Blue finish; checkered walnut grips. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,140.00

**COLT GOLD CUP TROPHY PISTOL**
**Caliber:** 45 ACP, 8-shot + 1 magazine. **Barrel:** 5". **Weight:** NA. **Length:** 8.5". **Grips:** Checkered rubber composite with silver-plated medallion. **Sights:** (O5070X) Dovetail front, Champion rear; (O5870CS) Patridge Target Style front, Champion rear. **Features:** Adjustable aluminum trigger, Beavertail grip safety, full length recoil spring and target recoil spring, available in blued finish and stainless steel.
**Price:** O5070X . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,125.00
**Price:** O5870CS . . . . . . . . . . . . . . . . . . . . . . . . . . $1,175.00

**COLT SPECIAL COMBAT GOVERNMENT**
**Caliber:** 45 ACP, 38 Super. **Barrel:** 5". **Weight:** 39 oz. **Length:** 8.5". **Grips:** Rosewood w/double diamond checkering pattern. **Sights:** Clark dovetail, front; Bo-Mar adjustable, rear. **Features:** A competition-ready pistol with enhancements such as skeletonized trigger, upswept grip safety, custom tuned action, polished feed ramp. Blue or satin nickel finish. Introduced 2003. Made in U.S.A. by Colt's Mfg. Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,995.00

**COMPETITOR SINGLE-SHOT PISTOL**
**Caliber:** 22 LR through 50 Action Express, including belted magnums. **Barrel:** 14" standard, 10.5" silhouette, 16" optional. **Weight:** About 59 oz. (14" bbl.). **Length:** 15.12" overall. **Grips:** Ambidextrous; synthetic (standard) or laminated or natural wood. **Sights:** Ramp front, adjustable rear. **Features:** Rotary cannon-type action cocks on opening; cammed ejector; interchangeable barrels, ejectors. Adjustable single stage trigger, sliding thumb safety and trigger safety. Matte blue finish. Introduced 1988. From Competitor Corp., Inc.
**Price:** 14", standard calibers, synthetic grip . . . . . . . . . . . . . . $560.00

**CZ 75 TS CZECHMATE**
**Caliber:** 9mm Luger, 20-shot magazine. **Barrel:** 130mm. **Weight:** 1360 g **Length:** 266 mm overall. **Features:** The handgun is custom-built, therefore the quality of workmanship is fully comparable with race pistols built directly to IPSC shooters wishes. Individual parts and components are excellently match fitted, broke-in and tested. Every handgun is outfitted with a four-port compensator, nut for shooting without a compensator, the slide stop without a finger piece, ergonomic grip panels from aluminium with a new type pitting and side mounting provision with the C-More red dot sight. For the shooting without a red dot sight there is included a standard target rear sight of Tactical Sports type, package contains also the front sight.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,220.00

**CZ 75 TACTICAL SPORTS**
**Caliber:** 9mm Luger and .40 S&W, 17-20-shot magazine capacity. **Barrel:** 114mm. **Weight:** 1270 g **Length:** 225 mm overall. **Features:** semi-automatic handgun with a locked breech. This pistol model is designed for competition shooting in accordance with world IPSC (International Practical Shooting Confederation) rules and regulations. The pistol allow rapid and accurate shooting within a very short time frame.The CZ 75 TS pistol model design stems from the standard CZ 75 model. However, this model feature number of special modifications, which are usually required for competitive handguns: - single-action trigger mechanism (SA) - match trigger made of plastic featuring option for trigger travel adjustments before discharge (using upper screw), and for overtravel (using bottom screw). The adjusting screws are set by the manufacturer - sporting hammer specially adapted for a reduced trigger pull weight - an extended magazine catch - grip panels made of walnut wood - guiding funnel made of plastic for quick inserting of the magazine into pistol's frame. Glossy blue slide, silver polycoat frame. Packaging includes 3 pcs of magazines.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,272.00

**CZ 85 COMBAT**
**Caliber:** 9mm Luger, 16-shot magazine. **Barrel:** 114mm. **Weight:** 1000 g **Length:** 206 mm overall. **Features:** The CZ 85 Combat modification was created as an extension to the CZ 85 model in its standard configuration with some additional special elements. The rear sight is adjustable for elevation and windage, and the trigger for overtravel regulation. An extended magazine catch, elimination of the magazine brake and ambidextrous controlling elements directly predispose this model for sport shooting competitions. Characteristic features of all versions A universal handgun for both left-handers and right-handers,. The selective SA/DA firing mechanism, a large

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000058
EXHIBIT E

# HANDGUNS—Competition

capacity double-column magazine, a comfortable grip and balance in either hand lead to good results at instinctive shooting (without aiming). Low trigger pull weight and high accuracy of fire. A long service life and outstanding reliability - even when using various types of cartridges. The slide stays open after the last cartridge has been fired, suitable for COMBAT shooting. The sights are fitted with a three-dot illuminating system for better aiming in poor visibility conditions. The COMBAT version features an adjustable rear sight by means of micrometer screws.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$615.00**

**DAN WESSON HAVOC**
**Caliber:** 9mm Luger & .38 Super, 21-shot magazine capacity. **Barrel:** 4.25". **Weight:** 2.20 lbs. **Length:** 8" overall. **Features:** The HAVOC is based on an "All Steel" Hi-capacity version of the 1911 frame. It comes ready to dominate Open IPSC/USPSA division. The C-more mounting system offers the lowest possible mounting configuration possible, enabling extremely fast target acquisition. The barrel and compensator arrangement pairs the highest level of accuracy with the most effective compensator available. The combination of the all steel frame with industry leading parts delivers the most well balanced, softest shooting Open gun on the market.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,299.00**

**DAN WESSON MAYHEM**
**Caliber:** .40 S&W, 18-shot magazine capacity. **Barrel:** 6". **Weight:** 2.42 lbs. **Length:** 8.75" overall. **Features:** The MAYHEM is based on an "All Steel" Hi-capacity version of the 1911 frame. It comes ready to dominate Limited IPSC/USPSA division or fulfill the needs of anyone looking for a superbly accurate target grade 1911. Taking weight away from where you don't want it and adding it to where you do want it was the first priority in designing this handgun. The 6" bull barrel and the tactical rail add to the static weight "good weight". We wanted a 6" long slide for the added sight radius and the enhanced pointability, but that would add to the "bad weight" so the 6" slide has been lightened to equal the weight of a 5". The result is a 6" long slide that balances and feels like a 5" but shoots like a 6". The combination of the all steel frame with industry leading parts delivers the most well balanced, softest shooting 6" limited gun on the market.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,899.00**

**DAN WESSON TITAN**
**Caliber:** 10mm, 21-shot magazine capacity. **Barrel:** 4.25". **Weight:** 1.62 lbs. **Length:** 8" overall. **Features:** The TITAN is based on an "All Steel" Hi-capacity version of the 1911 frame. Turning the most well known defensive pistol "1911" into a true combat handgun was no easy task. The rugged HD night sights are moved forward and recessed deep in the slide yielding target accuracy and extreme durability. The Snake Scale serrations' aggressive 25 lpi checkering, and the custom competition G-10 grips ensure controllability even in the harshest of conditions. The combination of the all steel frame, bull barrel, and tactical rail enhance the balance and durability of the most formidable target grade Combat handgun on the market.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,829.00**

**EAA WITNESS ELITE GOLD TEAM AUTO**
**Caliber:** 9mm Para., 9x21, 38 Super, 40 S&W, 45 ACP. **Barrel:** 5.1". **Weight:** 44 oz. **Length:** 10.5" overall. **Grips:** Checkered walnut, competition-style. **Sights:** Square post front, fully adjustable rear. **Features:** Triple-chamber cone compensator; competition SA trigger; extended safety and magazine release; competition hammer; beveled magazine well; beavertail grip. Hand-fitted major components. Hard chrome finish. Match-grade barrel. From E.A.A. Custom Shop. Introduced 1992. Limited designed for IPSC Limited Class competition. Features include full-length dust-cover frame, funneled magazine well, interchangeable front sights. Stock (2005)



designed for IPSC Production Class competition. Match introduced 2006. Made in Italy, imported by European American Armory.
**Price:** Gold Team . . . . . . . . . . . . . . . . . . . **$1,902.00**
**Price:** Limited, 4.5" barrel, 18+1 capacity . . . **$1,219.00**
**Price:** Stock, 4.5" barrel, hard-chrome finish. . . **$930.00**
**Price:** Match, 4.75" barrel, two-tone finish . . . . **$632.00**



**FREEDOM ARMS MODEL 83 22 FIELD GRADE SILHOUETTE CLASS**
**Caliber:** 22 LR, 5-shot cylinder. **Barrel:** 10". **Weight:** 63 oz. **Length:** 15.5" overall. **Grips:** Black micarta. **Sights:** Removable Patridge front blade; Iron Sight Gun Works silhouette rear, click adjustable for windage and elevation (optional adj. front sight and hood). **Features:** Stainless steel, matte finish, manual sliding-bar safety system; dual firing pins, lightened hammer for fast lock time, pre-set trigger stop. Introduced 1991. Made in U.S.A. by Freedom Arms.
**Price:** Silhouette Class . . . . . . . . . . . . . . . . . **$2,237.00**

**FREEDOM ARMS MODEL 83 CENTERFIRE SILHOUETTE MODELS**
**Caliber:** 357 Mag., 41 Mag., 44 Mag.; 5-shot cylinder. **Barrel:** 10", 9" (357 Mag. only). **Weight:** 63 oz. (41 Mag.). **Length:** 15.5", 14.5" (357 only). **Grips:** Pachmayr Presentation. **Sights:** Iron Sight Gun Works silhouette rear sight, replaceable adjustable front sight blade with hood. **Features:** Stainless steel, matte finish, manual sliding-bar safety system. Made in U.S.A. by Freedom Arms.
**Price:** Silhouette Models, from . . . . . . . . . . . . . . . . . **$1,970.00**

**HIGH STANDARD SUPERMATIC TROPHY TARGET PISTOL**
**Caliber:** 22 LR, 9-shot mag. **Barrel:** 5.5" bull or 7.25" fluted. **Weight:** 44-46 oz. **Length:** 9.5-11.25" overall. **Stock:** Checkered hardwood with thumbrest. **Sights:** Undercut ramp front, frame-mounted micro-click rear adjustable for windage and elevation; drilled and tapped for scope mounting. **Features:** Gold-plated trigger, slide lock, safety-lever and magazine release; stippled front grip and backstrap; adjustable trigger and sear. Barrel weights optional. From High Standard Manufacturing Co., Inc.
**Price:** 5.5" barrel, adjustable sights . . . . . . . . . . . . . . . . . **$935.00**
**Price:** 7.25", adjustable sights . . . . . . . . . . . . . . . . . **$985.00**

**HIGH STANDARD VICTOR TARGET PISTOL**
**Caliber:** 22 LR, 10-shot magazine. **Barrel:** 4.5" or 5.5" polished blue; push-button takedown. **Weight:** 46 oz. **Length:** 9.5" overall. **Stock:** Checkered walnut with thumbrest. **Sights:** Undercut ramp front, micro-click rear adjustable for windage and elevation. Also available with scope mount, rings, no sights. **Features:** Stainless steel frame. Full-length vent rib. Gold-plated trigger, slide lock, safety-lever and magazine release; stippled front grip and backstrap; polished blue slide; adjustable trigger and sear. Comes with barrel weight. From High Standard Manufacturing Co., Inc.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION 2013   **437**
Digitized by Google

000059
EXHIBIT E

# HANDGUNS—Competition



Price: 4.5" or 5.5" barrel, vented sight rib,
universal scope base . . . . . . . . . . . **$935.00**

### KIMBER SUPER MATCH II
**Caliber:** 45 ACP, 8-shot magazine. **Barrel:**
5". **Weight:** 38 oz. **Length:** 8.7" overall. **Grips:**
Rosewood double diamond. **Sights:** Blade front, Kimber
fully adjustable rear. **Features:** Guaranteed shoot 1"
group at 25 yards. Stainless steel frame, black KimPro
slide; two-piece magazine well; premium aluminum match-
grade trigger; 30 lpi front strap checkering; stainless match-
grade barrel; ambidextrous safety; special Custom Shop
markings. Introduced 1999. Made in U.S.A. by Kimber Mfg., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,225.00**

### KIMBER RIMFIRE TARGET
**Caliber:** 22 LR, 10-shot magazine. **Barrel:** 5". **Weight:** 23 oz. **Length:**
8.7" overall. **Grips:** Rosewood, Kimber logo, double diamond
checkering, or black synthetic double diamond. **Sights:** Blade
front, Kimber fully adjustable rear. **Features:** Bumped beavertail
grip safety, extended thumb safety, extended magazine release
button. Serrated flat top slide with flutes, machined aluminum slide
and frame, matte black or satin silver finishes, 30 lines-per-inch
checkering on frontstrap and under trigger guard; aluminum trigger,
test target, accuracy guarantee. No slide lock-open after firing the
last round in the magazine. Introduced 1999. Made in U.S.A. by
Kimber Mfg., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$833.00**



### RUGER MARK
III TARGET MODEL
AUTOLOADING PISTOL
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5.5" to 6-7/8". **Weight:**
41 to 45 oz. **Length:** 9.75" to 11-
1/8" overall. **Grips:** Checkered cocobolo/
laminate. **Sights:** .125" blade front, micro-click
rear, adjustable for windage and elevation,
loaded chamber indicator; integral lock, magazine
disconnect. Plastic case with lock included. Mark II
series introduced 1982, discontinued 2004. Mark III
introduced 2005.
**Price:** MKIII512 (bull barrel, blued) . . . . . . . . . . . . . . . . . . . **$449.00**
**Price:** KMKIII512 (bull barrel, stainless) . . . . . . . . . . . . . . . . **$559.00**
**Price:** MKIII678 (blued Target barrel, 6-7/8") . . . . . . . . . . . . **$449.00**
**Price:** KMKIII678GC (stainless slabside barrel) . . . . . . . . . . **$639.00**
**Price:** KMKIII678H (stainless fluted barrel) . . . . . . . . . . . . . **$659.00**

### SMITH & WESSON MODEL 41 TARGET
**Caliber:** 22 LR, 10-shot clip. **Barrel:** 5.5", 7". **Weight:** 41 oz. (5.5"
barrel). **Length:** 10.5" overall (5.5" barrel). Checkered walnut
with modified thumbrest, usable with either hand. **Sights:** 1/8"
Patridge on ramp base; micro-click rear adjustable for windage and
elevation. **Features:** 3/8" wide, grooved trigger; adjustable trigger
stop drilled and tapped.
**Price:** S&W Bright Blue, either barrel . . . . . . . . . . . . . . . . **$1,288.00**

### SMITH & WESSON MODEL 22A PISTOLS
**Caliber:** 22 LR, 10-shot magazine. **Barrel:** 4", 5.5" bull. **Weight:** 28-39



oz. **Length:** 9.5" overall. **Grips:**
Dymondwood with ambidextrous
thumbrests and flared bottom or
rubber soft touch with thumbrest.
**Sights:** Patridge front, fully adjustable rear.
**Features:** Sight bridge with Weaver-style integral
optics mount; alloy frame, stainless barrel and slide;
blue/black finish. Introduced 1997. The 22S is similar
to the Model 22A except has stainless steel frame.
Introduced 1997. Made in U.S.A. by Smith & Wesson.
**Price:** from . . . . . . . . . . . . . . . . . . . . . . . . **$308.00**
**Price:** Realtree APG camo finish (2008) . . . . . **$356.00**

### SPRINGFIELD ARMORY LEATHAM LEGEND TGO SERIES
PISTOLS
Three models of 5" barrel, 45 ACP 1911 pistols built for serious com-
petition. TGO 1 has deluxe low mount Bo-Mar rear sight, Dawson
fiber optics front sight, 3.5 lb. trigger pull.
**Price:** TGO 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,095.00**

### SPRINGFIELD
ARMORY
TROPHY
MATCH PISTOL
Similar to
Springfield
Armory's Full
Size model, but designed for bullseye
and action shooting competition. Avail-
able with a Service Model 5" frame with
matching slide and barrel in 5" and 6" lengths. Fully
adjustable sights, checkered frame front strap, match
barrel and bushing. In 45 ACP only. From Springfield
Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,573.00**

### STI EAGLE 5.0, 6.0 PISTOL
**Caliber:** 9mm Para., 9x21, 38 & 40 Super, 40 S&W, 10mm, 45 ACP,
10-shot magazine. **Barrel:** 5", 6" bull. **Weight:** 34.5 oz. **Length:**
8.62" overall. **Grips:** Checkered polymer. **Sights:** STI front, Novak
or Heinie rear. **Features:** Standard frames plus 7 others; adjustable
match trigger; skeletonized hammer; extended grip safety with
locator pad. Introduced 1994. Made in U.S.A. by STI International.
**Price:** (5.0 Eagle) . . . . . . . . . . . . . . . . . . . . . . . **$1,940.12**
**Price:** (6.0 Eagle) . . . . . . . . . . . . . . . . . . . . . . . **$1,049.98**

### STI EXECUTIVE
PISTOL
**Caliber:** 40 S&W.
**Barrel:** 5" bull.
**Weight:** 39 oz.
**Length:** 8-5/8".
**Grips:** Gray
polymer. **Sights:** Dawson fiber optic,
front; STI adjustable rear. **Features:**
Stainless mag. well, front and rear
serrations on slide. Made in U.S.A. by STI.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . **$2,464.00**

### STI STEELMASTER
**Caliber:** 9mm minor, comes with one 126mm
magazine. **Barrel:** 4.15". **Weight:** 38.9 oz. **Length:**
9.5" overall. **Features:** Based on the renowned STI
race pistol design, the SteelMaster is a shorter and lighter pistol that
allows for faster target acquisition with reduced muzzle flip and dip.
Designed to shoot factory 9mm (minor) ammo, this gun delivers all
the advantages of a full size race pistol in a smaller, lighter, faster
reacting, and less violent package. The Steelmaster is built on the
patented modular steel frame with polymer grip. It has a 4.15"
classic slide which has been flat topped. Slide lightening cuts on the
front and rear further reduce weight while "Sabertooth" serrations
further enhance the aesthtics of this superior pistol. It also uses
the innovative Trubor compensated barrel which has been designed

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so each price are negotiable.
Digitized by Google

000060
EXHIBIT E

# HANDGUNS—Competition



to eliminate misalignment of the barrel and compensator bore or movement of the compensator on the barrel. The shorter Trubor barrel system in the SteelMaster gives an even greater reduction in muzzle flip, and the shorter slide decreases overall slide cycle time allowing the shooter to achieve faster follow up shots. The SteelMaster is mounted with a C-More, 6-minute, red-dot scope with blast shield and thumb rest. Additional enhancements include aluminum magwell, stainless steel ambidextrous safeties, stainless steel high rise grip safety, STI's "Spur" hammer, STI's RecoilMaster guide rod system, and checkered front strap and mainspring housing.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,864.00**

**STI TROJAN**
**Caliber:** 9mm Para., 38 Super, 40 S&W, 45 ACP. **Barrel:** 5", 6".
**Weight:** 36 oz. **Length:** 8.5". **Grips:** Rosewood. **Sights:** STI front with STI adjustable rear.
**Features:** Stippled front strap, flat top slide, one-piece steel guide rod.
**Price:** (Trojan 5") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,110.00**
**Price:** (Trojan 6", not available in 38 Super) . . . . . . . . . . . **$1,419.60**

**STI TRUBOR**
**Caliber:** 9mm 'Major', 9x23, .38 Super - USPSA, IPSC. **Barrel:** 5" with integrated compensator. **Weight:** 41.3 oz. (including scope and mount) **Length:** 10.5" overall. **Features:** Built on the patented modular steel frame with polymer grip, the STI Trubor utilizes the Trubor compensated barrel which is machined from ONE PIECE of 416, Rifle Grade, Stainless Steel. The Trubor is designed to eliminate misalignment of the barrel and compensator bore or movement of the compensator along the barrel threads, giving the shooter a more consistent performance and reduced muzzle flip. True to 1911 tradition, the Trubor has a classic scalloped slide with front and rear cocking serrations on a forged steel slide (blued) with polished sides, aluminum magwell, stainless steel ambidextrous safeties, stainless steel high rise grip safety, full length guide rod, checkered front strap, and checkered mainspring housing. With mountedC-More Railway sight included with the pistol.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,864.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **439**
Digitized by Google

000061
EXHIBIT E

# HANDGUNS—Double-Action Revolvers, Service & Sport



**CHARTER ARMS BULLDOG REVOLVER**
Caliber: 44 Special. Barrel: 2.5". Weight: NA. Features: Blade front, notch rear. Features: 6-round cylinder, soft-rubber pancake-style grips, shrouded ejector rod, wide trigger and hammer spur. American made by Charter Arms.
Price: Blued . . . . . . . . . . . . . . . . . . . . . . . . $414.00
Price: Stainless . . . . . . . . . . . . . . . . . . . . . $426.00
Price: Target Bulldog, 4" barrel, 23 oz. . . . . . . . $479.00
Price: Heller Commemortaive stainless 2.5" . . . . . . . . $1595.00

**CHARTER ARMS CHIC LADY & CHIC LADY DAO REVOLVERS**
Caliber: .38 special - 5-round cylinder. Barrel: 2". Weight: 12 oz. Grip: Combat. Sights: Fixed. Features: 2-tone pink & stainless with aluminum frame. American made by Charter Arms.
Price: Chic Lady . . . . . . . . . . . $481.00
Price: Chic Lady DAO . . . . . . . . . $492.00

**CHARTER COUGAR UNDERCOVER LITE REVOLVER**
Caliber: .38 special +P - 5-round cylinder. Barrel: 2". Weight: 12 oz, Grip: Full. Sights: Fixed. Features: 2-tone pink & stainless with aluminum frame. Constructed of tough aircraft-grade aluminum and steel, the Undercover Lite offers rugged reliability and comfort. This ultra-lightweight 5-shot .38 Special features a 2" barrel, fixed sights and traditional spurred hammer. American made by Charter Arms.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $443.00

**CHARTER ARMS CRIMSON UNDERCOVER REVOLVER**
Caliber: .38 special +P - 5-round cylinder. Barrel: 2". Weight: 16 oz. Grip: Crimson Trace™. Sights: Fixed. Features: Stainless finish & frame. American made by Charter Arms.
Price: . . . . . . . . . . . . . . . . . . . . . $525.00

**CHARTER ARMS OFF DUTY REVOLVER**
Caliber: 38 Spec. Barrel: 2". Weight: 12.5 oz. Sights: Blade front, notch rear. Features: 5-round cylinder, aluminum casting, DAO. American made by Charter Arms.
Price: Aluminum . . . . . . . . . . . . . . . $410.00

**CHARTER ARMS MAG PUG REVOLVER**
Caliber: 357 Mag. Barrel: 2.2". Weight: 23 oz. Sights: Blade front, notch rear. Features: Five-round cylinder. American made by Charter Arms.
Price: Blued or stainless . . . . . . . . $400.00

**CHARTER PANTHER BRONZE & BLACK CAMO STANDARD REVOLVER**
Caliber: .22 Mag.- 5-round cylinder. Barrel: 1-1/8". Weight: 6 oz. Grip: Compact. Sights: Fixed. Features: 2-tone bronze & black with aluminum frame. Constructed of tough aircraft-grade aluminum and steel, the Undercover Lite offers rugged reliability and comfort. This ultra-lightweight 5-shot .38 Special features a 2" barrel, fixed sights and traditional spurred hammer. American made by Charter Arms.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $443.00

**CHARTER ARMS PINK LADY REVOLVER**
Caliber: 32 H&R Magnum, 38 Special +P. Barrel: 2". Weight: 12 oz.

Grips: Rubber Pachmayr-style. Sights: Fixed. Features: Snubnose, five-round cylinder. Pink anodized aluminum alloy frame.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $422.00
Price: Lavender Lady, lavender frame . . . . . . . . . . . $422.00
Price: Goldfinger, gold anodized frame, matte black barrel and cylinder assembly . . . . . . . . . . . . . . . . . . . . $422.00

**CHARTER ARMS PIT BULL**
Caliber: .40 S&W, 5-round cylinder. Barrel: 21.3". Weight: 20 oz. Sights: Fixed rear, ramp front. Grips: Rubber. Features: Matte stainless steel frame. Five-shot cylinder does not require moon clips.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $465

**CHARTER ARMS SOUTHPAW REVOLVER**
Caliber: 38 Special +P. Barrel: 2". Weight: 12 oz. Grips: Rubber Pachmayr-style. Sights: NA. Features: Snubnose, five-round cylinder, matte black aluminum alloy frame with stainless steel cylinder. Cylinder latch and crane assembly are on right side of frame for convenience to left-hand shooters.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $427.00

**CHARTER ARMS TARGET PATHFINDER COMBO REVOLVER**
Caliber: .22 LR / .22 Mag. - 6-round cylinder. Barrel: 4". Weight: 20 oz. Grip: Full. Sights: Fixed. Features: Stainless finish & frame. Charter's Target Pathfinder is a great introductory revolver for the novice shooter. It has the look, feel and weight of a higher-caliber revolver, allowing you to gain proficiency while using relatively inexpensive .22 ammo. Part of the fun of shooting is doing it well, and proficiency requires practice. That's why Charter makes target configurations, with 4" barrels and precision sights. American made by Charter Arms.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $548.00

**CHARTER ARMS UNDERCOVER REVOLVER**
Caliber: Barrel: 2". Weight: 12 oz. Sights: Blade front, notch rear. Features: 6-round cylinder. American made by Charter Arms.
Price: Blued . . . . . . . . . . . . . . . . $352.00

**CHARTER ARMS UNDERCOVER SOUTHPAW REVOLVER**
Caliber: 38 Spec. +P. Barrel: 2". Weight: 12 oz. Sights: NA. Features: Cylinder release is on the right side and the cylinder opens to the right side. Exposed hammer for both single and double-action firing. 5-round cylinder. American made by Charter Arms.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $428.00

**CHARTER ARMS UNDERCOVER LITE, RED & BLACK STANDARD REVOLVER**
Caliber: .38 special +P - 5-round cylinder. Barrel: 2". Weight: 12 oz. Grip: Standard. Sights: Fixed. Features: 2-tone red & black with aluminum frame. American made by Charter Arms.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $422.00

**CHIAPPA RHINO**
Chambered in .357 Magnum. Features include 2-, 4-, 5- or 6-inch barrel; fixed or adjustable sights; visible hammer or hammerless design. Weight 24 to 33 oz. Walnut or synthetic grips with black frame; hexagonal-shaped cylinder. Unique design fires from bottom chamber of cylinder.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $749.00

**COMANCHE I, II, III DA REVOLVERS**
Caliber: 22 LR, 9 shot. 38 Spec., 6 shot. 357 Mag, 6 shot. Barrel: 6", 22 LR; 2" and 4", 38 Spec.; 2" and 3", 357 Mag. Weight: 39 oz. Length: 10.8" overall. Grips: Rubber. Sights: Adjustable rear. Features: Blued or stainless. Distributed by SGS Importers.
Price: I Blue . . . . . . . . . . . . . . . . . . . . . . . . . $236.95
Price: I Alloy . . . . . . . . . . . . . . . . . . . . . . . . . $258.95
Price: II 38 Spec., 3" bbl, 6-shot, stainless, intr. 2006 . . . . . . . . . . . . . . . . . . . . . . . $236.95

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google

000062
EXHIBIT E

# HANDGUNS—Double-Action Revolvers, Service & Sport

**Price:** II 38 Spec., 4" bbl., 6-shot,
stainless . . . . . . . . . . . . . . . . . . . . . . . .$219.95
**Price:** III 357 Mag., 3" bbl., 6-shot, blue . . . . . . .$253.95
**Price:** III 357 Mag. 4" bbl., 6-shot, blue . . . . . . .$274.95

## EAA WINDICATOR REVOLVERS
**Caliber:** 38 Spec., 6-shot; 357 Mag., 6-shot. **Barrel:** 2", 4". **Weight:** 30 oz. (4"). **Length:** 8.5" overall (4" bbl.). **Grips:** Rubber with finger grooves. **Sights:** Blade front, fixed or adjustable on rimfires; fixed only on 32, 38. **Features:** Swing-out cylinder; hammer block safety; blue finish. Introduced 1991. Imported from Germany by European American Armory.
**Price:** 38 Spec. 2" barrel, alloy frame . . . . . . . . .$308.00
**Price:** 38 Spec. 4" barrel, alloy frame . . . . . . . . . .$323.00
**Price:** 357 Mag. 2" barrel, steel frame . . . . . . . . . .$324.00
**Price:** 357 Mag. 4" barrel, steel frame . . . . . . . . . . . . . . . . . .$343.00

## KORTH USA REVOLVERS
**Caliber:** 22 LR, 22 WMR, 32 S&W Long, 38 Spec., 357 Mag., 9mm Para. **Barrel:** 3", 4", 5.25", 6". **Weight:** 36-52 oz. **Grips,** Combat, Sport: Walnut, Palisander, Amboinia, Ivory. **Grips,** Target: German Walnut, matte with oil finish, adjustable ergonomic competition style. **Sights:** Adjustable Patridge (Sport) or Baughman (Combat), interchangeable and adjustable rear w/Patridge front (Target) in blue and matte. **Features:** DA/SA, 3 models, over 50 configurations, externally adjustable trigger stop and weight, interchangeable cylinder, removable wide-milled trigger shoe on Target model. Deluxe models are highly engraved editions. Available finishes include high polish blue finish, plasma coated in high polish or matted silver, gold, blue, or charcoal. Many deluxe options available. 6-shot. From Korth USA.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$8,000.00
**Price:** Deluxe Editions, from . . . . . . . . . . . . . . . . . . . . .$12,000.00

## ROSSI R461/R462
**Caliber:** .357 Mag. **Barrel:** 2". **Weight:** 26-35 oz. **Grips:** Rubber. **Sights:** Fixed. **Features:** DA/SA, +P rated frame, blue carbon or high polish stainless steel, patented Taurus Security System, 6-shot.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$389.00



## ROSSI MODEL R971/ R972 REVOLVERS
**Caliber:** 357 Mag. +P, 6-shot. **Barrel:** 4", 6". **Weight:** 32 oz. **Length:** 8.5" or 10.5" overall. **Grips:** Rubber. **Sights:** Blade front, adjustable rear. **Features:** Single/double action. Patented key-lock Taurus Security System; forged steel frame. Introduced 2001. Made in Brazil by Amadeo Rossi. Imported by BrazTech/Taurus.
**Price:** Model R971 (blued finish, 4" bbl.) . . . . . . . . . . . . . . . . . . . . $452.00

**Price:** Model R972 (stainless steel finish, 6" bbl.) . . . . . . . . .$508.00

## ROSSI MODEL 851
Similar to Model R971/R972, chambered for 38 Spec. +P. Blued finish, 4" barrel. Introduced 2001. Made in Brazil by Amadeo Rossi. From BrazTech/ Taurus.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$389.00

## RUGER GP-100 REVOLVERS
**Caliber:** 327 Federal, 38 Spec. +P, 357 Mag., 6-shot, 327 Federal (7-shot cylinder). **Barrel:** 3" full shroud, 4" full shroud, 6" full shroud. **Weight:** 3" full shroud-36 oz., 4" full shroud-38 oz. **Sights:** fixed;



adjustable on 4" full shroud, all 6" barrels. **Grips:** Ruger Santoprene Cushioned Grip with Goncalo Alves inserts. **Features:** Uses action, frame features of both the Security-Six and Redhawk revolvers. Full length, short ejector shroud. Satin blue and stainless steel.

**Price:** .357 Mag., blued . . . . . . . . . . . . . . . . . . . . . . .$699.00
**Price:** .357, satin stainless . . . . . . . . . . . . . . . . . . . . . . .$759.00
**Price:** .357, Federal, stainless . . . . . . . . . . . . . . . . . . . . . . .$759.00

## RUGER LCR REVOLVER
**Caliber:** .22 LR (8-shot cylinder), .38 Special and .357 Mag., 5-shot cylinder. **Barrel:** 1-7/8". **Weight:** 13.5 oz. –17.10 oz. **Length:** 6-1/2" overall. **Grips:** Hogue® Tamer™ or Crimson Trace® Lasergrips®. **Sights:** Pinned ramp front, U-notch integral rear. **Features:** The Ruger Lightweight Compact Revolver (LCR), a 13.5 ounce, small frame revolver with a smooth, easy-to-control trigger and highly manageable recoil. Packed with the latest technological advances and features required by today's most demanding shooters.
**Price:** .22 LR, iron sights . . . . . . . . . . . . . . . . . . . . . . .$525.00
**Price:** .38/.357, iron sights . . . . . . . . . . . . . . . . . . . . . . .$599.00
**Price:** .22 LR, Crimson Trace Laser grip . . . . . . . . . . . . . . .$792.00
**Price:** .38/.357, Crimson Trace Laser grip . . . . . . . . . . . . . . .$869.00

## RUGER SP-101 REVOLVERS
**Caliber:** 327 Federal, 6-shot; 38 Spec. +P, 357 Mag., 5-shot. **Barrel:** 2.25", 3-1/16". **Weight:** (38 & 357 mag models) 2.25"-25 oz.; 3-1/16"-27 oz. **Sights:** Adjustable on 327, fixed on others. **Grips:** Ruger Cushioned Grip with inserts. **Features:** Compact, small frame, double-action revolver. Full-length ejector shroud. Stainless steel only. Introduced 1988.
**Price:** Fixed sights . . . . . . . . . . . . . . . . . . . . . . .$639.00
**Price:** Fiber optic sights . . . . . . . . . . . . . . . . . . . . . . .$689.00

## RUGER REDHAWK
**Caliber:** 44 Rem. Mag., 45 Colt, 6-shot. **Barrel:** 4", 5.5", 7.5". **Weight:** About 54 oz. (7.5" bbl.). **Length:** 13" overall (7.5" barrel). **Grips:** Square butt cushioned grip panels. **Sights:** Interchangeable Patridge-type front, rear adjustable for windage and elevation.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices not possible.

67TH EDITION, 2013 ✦ 1441
Digitized by Google

000063
EXHIBIT E

# HANDGUNS—Double-Action Revolvers, Service & Sport



**Features:** Stainless steel, brushed satin finish, blued ordnance steel. 9.5" sight radius. Introduced 1979.
**Price:** KRH-44, stainless, 7.5" barrel . . . . . . . . . . . . . $989.00
**Price:** KRH-44R, stainless 7.5" barrel w/scope mount . . . . . . . . . . . . . . . . $989.00
**Price:** KRH-445, stainless 5.5" barrel . . . . . $989.00
**Price:** KRH-444, stainless 4" barrel (2007) . . . $989.00
**Price:** KRH-45-4, Hogue Monogrip, 45 Colt (2008) . . . . . . . . . . . . . . . . . $989.00

**RUGER SUPER REDHAWK REVOLVER**
**Caliber:** 44 Rem. Mag., 45 Colt, 454 Casull, 480 Ruger, 5 or 6-shot. **Barrel:** 2.5", 5.5", 7.5", 9.5". **Weight:** About 54 oz. (7.5" bbl.). **Length:** 13" overall (7.5" barrel). **Grips:** Hogue Tamer Monogrip. **Features:** Similar to standard Redhawk except has heavy extended frame with Ruger Integral Scope Mounting System on wide topstrap. Wide hammer spur lowered for better scope clearance. Incorporates mechanical design features and improvements of GP-100. Ramp front sight base has Redhawk-style interchangeable insert sight blades, adjustable rear sight. Satin stainless steel and low-glare stainless finishes. Introduced 1987.
**Price:** .44 Magnum . . . . . . . . . . . . . . . . . . . . $1049.00
**Price:** .454 Casull . . . . . . . . . . . . . . . . . . . . $1079.00
**Price:** .454 Alaskan . . . . . . . . . . . . . . . . . . $1079.00
**Price:** .44 Mag. Alaskan . . . . . . . . . . . . . . . $1079.00

**SMITH & WESSON MODEL GOVERNOR™ REVOLVER**
**Caliber:** .410 2 1/2", .45 ACP, .45 Colt; 6 rounds. **Barrel:** 2.75". **Weight:** 35 oz. (2.5" barrel). **Length:** 7.5", (2.5" barrel). **Grip:** Synthetic. **Sights:** Front: Tritium Night Sight (Dovetailed), Rear: fixed. **Grips:** Synthetic. **Finish:** Matte Black. **Weight:** 29.6 oz. **Features:** Capable of chambering a mixture of .45 Colt, .45 ACP and .410 gauge 2 ½-inch shotshells, the Governor is suited for both close and distant encounters, allowing users to customize the load to their preference. The shooter's choice of ammunition is housed in the revolver's six-shot stainless PVD-coated cylinder, which adds an extra level of protection to this already rugged platform. On top of the revolver's compact 2-3/4" barrel, Smith & Wesson has added a dovetailed Tritium front night sight for enhanced accuracy in low-light conditions, while the Governor's fixed rear sight is aptly suited for this self-defense handgun. The Governor measures 8-1/2" inches in overall length along with a width of 1-3/4". Carry ability of this revolver has been further enhanced with the Governor's unloaded weight of 29.6 ounces and standard matte black design designed to reduce unwanted glare while adding an all-business like demeanor to this self-defense handgun. On the lower portion of the frame, the revolver will be

packaged with either shock absorbing synthetic grips or with factory-installed laser grips from Crimson Trace®. Accurate, rugged and reliable, the Governor is further enhanced by Smith & Wesson's renowned smooth double-action and crisp single-action trigger pull. The new revolver will also come standard with 2-round and 6-round moon clips. Made in U.S.A. by Smith & Wesson.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $679.00
**Price:** with Crimson Trace® Laser Grip . . . . . . . . . . . . . . $899.00

**SMITH & WESSON MODEL 14 CLASSIC**
**Caliber:** 38 Spec. +P, 6-shot. **Barrel:** 6". **Weight:** 35 oz. **Length:** 11.5". **Grips:** Wood. **Sights:** Pinned Patridge front, micro adjustable rear. **Features:** Recreation of the vintage Model 14 revolver. Carbon steel frame and cylinder with blued finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $995.00
**Price:** Model 14 150253, nickel finish . . . . . . . . . . . . . . $1,074.00

**SMITH & WESSON NIGHT GUARD REVOLVERS**
**Caliber:** 357 Mag., 38 Spec. +P, 5-, 6-, 7-, 8-shot. **Barrel:** 2.5 or 2.75" (45 ACP). **Weight:** 24.2 oz. (2.5" barrel). **Length:** 7.325" overall (2.5" barrel). **Grips:** Pachmayr Compac Custom. **Sights:** XS Sight 24/7 Standard Dot Tritium front, Cylinder & Slide Extreme Duty fixed rear. **Features:** Scandium alloy frame, stainless PVD cylinder, matte black finish. Introduced 2008. Made in U.S.A. by Smith & Wesson.
**Price:** Model 325, 45 ACP, 2.75" barrel, large-frame snubnose . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,049.00
**Price:** Model 327, 38/357, 2.5" barrel, large-frame snubnose . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,049.00
**Price:** Model 329, 44 Magnum/38 Special (interchangeable), 2.5" barrel, large-frame snubnose . . . . . . . . . . . . $1,049.00
**Price:** Model 386, 357 Magnum/44 Special +P (interchangeable), 2.5" barrel, medium-frame snubnose. . . . . . . . . . . . . $979.00

**SMITH & WESSON J-FRAME REVOLVERS**
The smallest S&W wheelguns come in a variety of chamberings, barrel lengths, and materials, as noted in the individual model listings.

**SMITH & WESSON 60LS/642LS LADYSMITH REVOLVERS**
**Caliber:** .38 Spec. +P, 357 Mag., 5-shot. **Barrel:** 1-7/8" (642LS); 2-1/8" (60LS) **Weight:** 14.5 oz. (642LS); 21.5 oz. (60LS); **Length:** 6.6" overall (60LS); . **Grips:** Wood. **Sights:** Black blade, serrated ramp front, fixed notch rear. **Features:** 60LS model has a Chiefs Special-style frame, frosted matte finish, smooth combat wood grips. 642LS has Centennial-style frame, smooth combat wood grips. Introduced 1996. Comes in a fitted carry/ storage case. Introduced 1989. Made in U.S.A. by Smith & Wesson.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $749.00

**SMITH & WESSON MODEL 63**
**Caliber:** 22 LR, 8-shot. **Barrel:** 5". **Weight:** 28.8 oz. **Length:** 9.5" overall. **Grips:** Black rubber. **Sights:** Black ramp front sight, adjustable black blade rear sight. **Features:** Stainless steel construction throughout. Made in U.S.A. by Smith & Wesson.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $769.00

**SMITH & WESSON MODEL 442/637/638/642 AIRWEIGHT REVOLVERS**
**Caliber:** 38 Spec. +P, 5-shot. **Barrel:** 1-7/8", 2-1/2". **Weight:** 15 oz. (37, 442); 20 oz. (3); 21.5 oz.; **Length:** 6-3/8" overall. **Grips:** Soft rubber. **Sights:** Fixed, serrated ramp front, square notch rear. **Features:** Aluminum-alloy frames. Models 37, 637; Chiefs Special-style frame with exposed hammer. Introduced 1996. Models 442, 642; Centennial-style frame, enclosed hammer. Model 638, Bodyguard style,

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so actual prices are not possible.
Digitized by Google

000064
EXHIBIT E

# HANDGUNS—Double-Action Revolvers, Service & Sport

shrouded hammer. Comes in a fitted carry/storage case. Introduced 1989. Made in U.S.A. by Smith & Wesson.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $449.00

### SMITH & WESSON MODELS 637 CT/638 CT/642 CT
Similar to Models 637, 638 and 642 but with Crimson Trace Laser Grips.

Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $669.00

### SMITH & WESSON MODEL 317 AIRLITE REVOLVERS
Caliber: 22 LR, 8-shot. Barrel: 1-7/8". Weight: 10.5 oz. Length: 6.25" overall (1-7/8" barrel). Grips: Rubber. Sights: Serrated ramp front, fixed notch rear. Features: Aluminum alloy, carbon and stainless steels, Chiefs Special-style frame with exposed hammer. Smooth combat trigger. Clear Cote finish. Introduced 1997. Made in U.S.A. by Smith & Wesson.
Price: Model 317, 1-7/8" barrel . . . . . . . . . . . . . . . . . $699.00

### SMITH & WESSON MODEL 340/340PD AIRLITE SC CENTENNIAL
Caliber: 357 Mag., 38 Spec., +P, 5-shot. Barrel: 1-7/8". Weight: 12 oz. Length: 6-3/8" overall (1-7/8" barrel). Grips: Rounded butt rubber. Sights: Black blade front, rear notch Features: Centennial-style frame, enclosed hammer. Internal lock. Matte silver finish. Scandium alloy frame, titanium cylinder, stainless steel barrel liner. Made in U.S.A. by Smith & Wesson.
Price: Model 340 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,019.00

### SMITH & WESSON MODEL 351PD REVOLVER
Caliber: 22 Mag., 7-shot. Barrel: 1-7/8". Weight: 10.6 oz. Length: 6.25" overall (1-7/8" barrel). Sights: HiViz front sight, rear notch. Grips: Wood. Features: Seven-shot, aluminum-alloy frame. Chiefs Special-style frame with exposed hammer. Nonreflective matte-black finish. Internal lock. Made in U.S.A. by Smith & Wesson.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $759.00

### SMITH & WESSON MODEL 360/360PD AIRLITE CHIEF'S SPECIAL
Caliber: 357 Mag., 38 Spec. +P, 5-shot. Barrel: 1-7/8". Weight: 12 oz. Length: 6-3/8" overall (1-7/8" barrel). Grips: Rounded butt rubber. Sights: Black blade front, fixed rear notch. Features: Chief's Special-style frame with exposed hammer. Internal lock. Scandium alloy frame, titanium cylinder, stainless steel barrel. Made in U.S.A. by Smith & Wesson.
Price: 360PD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $988.00

### SMITH & WESSON MODEL M&P360
Single/double-action J-frame revolver chambered in .357 Magnum. Features include 3-inch barrel, 5-round cylinder, fixed XS tritium sights, scandium frame, stainless steel, matte black finish, synthetic grips.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $980.00

### SMITH & WESSON BODYGUARD® 38 REVOLVER
Caliber: .38 S&W Special +P; 5 rounds. Barrel: 1.9". Weight: 14.3 oz. Length: 6.6". Grip: Synthetic. Sights: Front: Black ramp, Rear: Integral. Grips: Synthetic. Finish: Matte Black. Features: The Smith & Wesson BODYGUARD® series is the first in personal protection with integrated lasers. The BODYGUARD® 38 and BODYGUARD® 380 are uniquely engineered as the most state-of-the-art, concealable and accurate personal protection possible. Lightweight, simple to use and featuring integrated laser sights – nothing protects like a BODYGUARD.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $509.00

### SMITH & WESSON MODEL 438
Caliber: 38 Spec. +P, 5-shot. Barrel: 1-7/8". Weight: 15.1 oz. Length: 6.31" overall. Grips: Synthetic. Sights: Fixed front and rear. Features: Aluminum alloy frame, stainless steel cylinder. Matte black finish throughout. Made in U.S.A. by Smith & Wesson.
Price: . . . . . . . . . . . . . . . . . . . . . $449.00

### SMITH & WESSON MODEL 640 CENTENNIAL DA ONLY
Caliber: 357 Mag., 38 Spec., 5-shot. Barrel: 2-1/8". Weight: 23 oz. Length: 6.75" overall. Grips: Uncle Mike's Boot grip. Sights: Serrated ramp front, fixed notch rear. Features: Stainless steel. Fully concealed hammer, snag-proof smooth edges. Internal lock. Introduced 1995 in 357 Mag.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $798.00

### SMITH & WESSON MODEL 649 BODYGUARD REVOLVER
Caliber: 357 Mag., 38 Spec., 5-shot. Barrel: 2-1/8". Weight: 23 oz. Length: 6-5/8" overall. Grips: Uncle Mike's Combat. Sights: Black pinned ramp front, fixed notch rear. Features: Stainless steel construction, satin finish. Internal lock. Bodyguard style, shrouded hammer. Made in U.S.A. by Smith & Wesson.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $798.00

### SMITH & WESSON K-FRAME/L-FRAME REVOLVERS
These mid-size S&W wheelguns come in a variety of chamberings, barrel lengths, and materials, as noted in individual model listings.

### SMITH & WESSON MODEL 10 CLASSIC
Single/double action K frame revolver chambered in .38 Special. Features include bright blue  steel frame and cylinder, checkered wood grips, 4-inch barrel, adjustable patridge-style sights.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $719.00

### SMITH & WESSON MODEL 48 CLASSIC
Single/double action K frame revolver chambered in .22 Magnum Rimfire (.22 WMR). Features include bright blue  steel frame and cylinder, checkered wood grips, 4- or 6-inch barrel, adjustable patridge-style sights.
Price: . . . . . . . . . . . . . . . . . . . . . $1,043.00 to $1,082.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ 443
Digitized by Google

000065
EXHIBIT E

# HANDGUNS—Double-Action Revolvers, Service & Sport

**SMITH & WESSON MODEL 64/67 REVOLVERS**
Caliber: 38 Spec. +P, 6-shot. Barrel: 3". Weight: 33 oz. Length: 8-7/8" overall. Grips: Soft rubber. Sights: Fixed, 1/8" serrated ramp front, square notch rear. Model 67 (Weight: 36 oz. Length: 8-7/8") similar to Model 64 except for adjustable sights. Features: Satin finished stainless steel, square butt.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$689.00 to $749.00

**SMITH & WESSON MODEL 617 REVOLVERS**
Caliber: 22 LR, 6- or 10-shot. Barrel: 4". Weight: 41 oz. (4" barrel). Length: 9-1/8" (4" barrel). Grips: Soft rubber. Sights: Patridge front, adjustable rear. Drilled and tapped for scope mount. Features: Stainless steel with satin finish; 4" has .312" smooth trigger, .375" semi-target trigger; 6" has either .312" combat or .400" serrated trigger, .375" semi-target or .500" target hammer; 8-3/8" with .400" serrated trigger, .500" target hammer. Introduced 1990.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$829.00

**SMITH & WESSON MODELS 620 REVOLVERS**
Caliber: 38 Spec. +P; 357 Mag., 7 rounds. Barrel: 4". Weight: 37.5 oz. Length: 9.5". Grips: Rubber. Sights: Integral front blade, fixed rear notch on the 619; adjustable white-outline target style rear, red ramp front on 620. Features: Replaces Models 65 and 66. Two-piece semi-lug barrel. Satin stainless frame and cylinder. Made in U.S.A. by Smith & Wesson.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$893.00



**SMITH & WESSON MODEL 386 XL HUNTER**
Single/double action L-frame chambered in .357 Magnum. Features include 6-inch full-lug barrel, 7-round cylinder, Hi-Viz fiber optic front sight, adjustable rear sight, scandium frame, stainless steel cylinder, black matte finish, synthetic grips.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,019.00

**SMITH & WESSON MODEL 686/686 PLUS REVOLVERS**
Caliber: 357 Mag., 38 S&W Special; 6 rounds. Barrel: 2.5", 4", 6". Weight: 35 oz. (2.5" barrel). Length: 7.5". (2.5" barrel). Grips: Rubber. Sights: White outline adjustable rear, red ramp front. Features: Satin stainless frame and cylinder. Plus series guns have 7-shot cylinders. Introduced 1996. Powerport (PP) has Patridge front, adjustable rear sight. Introduced early 1980s. Stock Service Revolver (SSR) intr. 2007. Capacity: 6. Barrel: 4". Sights: Interchangeable front, adjustable rear. Grips: Wood. Finish: Satin stainless frame and cylinder. Weight: 38.3 oz. Features: Chamfered charge holes, custom barrel w/recessed crown, bossed mainspring. High-hold ergonomic grip. Made in U.S.A. by Smith & Wesson.
Price: 686 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$909.00
Price: Plus, 7 rounds . . . . . . . . . . . . . . . . . . . . . . . .$932.00
Price: PP, 6" barrel, 6 rounds, 11-3/8" OAL . . . . . . . . . . .$877.00
Price: SSR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,059.00



**SMITH & WESSON MODEL 686 PLUS PRO SERIES**
Single/double-action L-frame revolver chambered in .357 Magnum. Features include 5-inch barrel with tapered underlug, 7-round cylinder, satin stainless steel frame and cylinder, synthetic grips, interchangeable and adjustable sights.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,059.00

**SMITH & WESSON N-FRAME REVOLVERS**
These large-frame S&W wheelguns come in a variety of chamberings, barrel lengths, and materials, as noted in the individual model listings.

**SMITH & WESSON MODEL 29 CLASSIC**
Caliber: 44 Mag, 6-round. Barrel: 6.5". Weight: 48.5 oz. Length: 12". Grips: Altamont service walnut. Sights: Adjustable white-outline rear, red ramp front. Features: Carbon steel frame, polished-blued or nickel finish. Has integral key lock safety feature to prevent accidental discharges. Also available with 3" barrel. Original Model 29 made famous by "Dirty Harry" character created in 1971 by Clint Eastwood.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1240.00

**SMITH & WESSON MODEL 329PD AIRLITE REVOLVERS**
Caliber: 44 Spec., 44 Mag., 6-round. Barrel: 4". Weight: 26 oz. Length: 9.5". Grips: Wood. Sights: Adj. rear, HiViz orange-dot front. Features: Scandium alloy frame, blue/black finish.
Price: From . . . . . . . . . . . . . . . . . . . . . . .$1,159.00

**SMITH & WESSON MODEL 625/625JM REVOLVERS**
Caliber: 45 ACP, 6-shot. Barrel: 4", 5". Weight: 43 oz. (4" barrel). Length: 9-3/8" overall (4" barrel). Grips: Soft rubber; wood optional. Sights: Patridge front on ramp, S&W micrometer click rear adjustable for windage and elevation. Features: Stainless steel construction with .400" semi-target hammer, .312" smooth combat trigger; full lug barrel. Glass beaded finish. Introduced 1989. "Jerry Miculek" Professional (JM) Series has .265"-wide grooved trigger, special wooden Miculek Grip, five full moon clips, gold bead Patridge front sight on interchangeable front sight base, bead blast finish. Unique serial number run. Mountain Gun has 4" tapered barrel, drilled and tapped, Hogue Rubber Monogrip, pinned black ramp front sight, micrometer click-adjustable rear sight, satin stainless frame and barrel, weighs 39.5 oz.
Price: 625JM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,074.00

**SMITH & WESSON MODEL 629 REVOLVERS**
Caliber: 44 Magnum, 44 S&W Special, 6-shot. Barrel: 4", 5", 6.5". Weight: 41.5 oz. (4" bbl.). Length: 9-5/8" overall (4" bbl.). Grips: Soft rubber; wood optional. Sights: 1/8" red ramp front, white outline rear, internal lock, adjustable for windage and elevation. Classic similar to standard Model 629, except Classic has full-lug 5" barrel, chamfered front of cylinder, interchangeable red ramp front sight with adjustable white outline rear, Hogue grips with S&W monogram, drilled and tapped for scope mounting. Factory accurizing and endurance packages. Introduced 1990. Classic Power Port has Patridge front sight and adjustable rear sight. Model 629CT has 5" barrel, Crimson Trace Hoghunter Lasergrips, 10.5" OAL, 45.5 oz. weight. Introduced 2006.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,035.00

**SMITH & WESSON MODEL 329 XL HUNTER**
Similar to Model 386 XL Hunter but built on large N-frame and chambered in .44 Magnum. Other features include 6-round cylinder and 6.5-barrel.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,138.00

**SMITH & WESSON X-FRAME REVOLVERS**
These extra-large X-frame S&W wheelguns come in a variety of chamberings, barrel lengths, and materials, as noted in individual model listings.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000066
EXHIBIT E

# HANDGUNS—Double-Action Revolvers, Service & Sport

**SMITH & WESSON MODEL 500 REVOLVERS**
**Caliber:** 500 S&W Mag., 5 rounds. **Barrel:** 4", 8-3/8". **Weight:** 72.5 oz. **Length:** 15" (8-3/8" barrel). **Grips:** Hogue Sorbothane Rubber. **Sights:** Interchangeable blade, front, adjustable rear. **Features:** Recoil compensator, ball detent cylinder latch, internal lock. 6.5"-barrel model has orange-ramp dovetail Millett front sight, adjustable black rear sight, Hogue Dual Density Monogrip, .312" chrome trigger with over-travel stop, chrome tear-drop hammer, glassbead finish. 10.5"-barrel model has red ramp front sight, adjustable rear sight, .312 chrome trigger with overtravel stop, chrome tear drop hammer with pinned sear, hunting sling. Compensated Hunter has .400 orange ramp dovetail front sight, adjustable black blade rear sight, Hogue Dual Density Monogrip, glassbead finish w/black clear coat. Made in U.S.A. by Smith & Wesson.
**Price: From** ............................... **$1,249.00**

**SMITH & WESSON MODEL 460V REVOLVERS**
**Caliber:** 460 S&W Mag., 5-shot. Also chambers 454 Casull, 45 Colt. **Barrel:** 8-3/8" gain-twist rifling. **Weight:** 62.5 oz. **Length:** 11.25". **Grips:** Rubber. **Sights:** Adj. rear, red ramp front. **Features:** Satin stainless steel frame and cylinder, interchangeable compensator. 460XVR (X-treme Velocity Revolver) has black blade front sight with interchangeable green Hi-Viz tubes, adjustable rear sight. 7.5"-barrel version has Lothar-Walther barrel, 360-degree recoil compensator, tuned Performance Center action, pinned sear, integral Weaver base, non-glare surfaces, scope mount accessory kit for mounting full-size scopes, flashed-chromed hammer and trigger, Performance Center gun rug and shoulder sling. Interchangeable Hi-Viz green dot front sight, adjustable black rear sight, Hogue Dual Density Monogrip, matte-black frame and shroud finish with glass-bead cylinder finish, 72 oz. Compensated Hunter has tear drop chrome hammer, .312 chrome trigger, Hogue Dual Density Monogrip, satin/matte stainless finish, HiViz interchangeable front sight, adjustable black rear sight. XVR introduced 2006.
**Price: 460V** ............................... **$1,519.00**
**Price: 460XVR, from** ...................... **$1,519.00**

**SUPER SIX CLASSIC BISON BULL**
**Caliber:** 45-80 Government, 6-shot. **Barrel:** 10" octagonal with 1:14 twist. **Weight:** 6 lbs. **Length:** 17.5" overall. **Grips:** NA. **Sights:** Ramp front sight with dovetailed blade, click-adjustable rear. **Features:** Manganese bronze frame. Integral scope mount, manual crossbolt safety.
**Price:** ............................... **Appx. $1,500.00**

**TAURUS MODEL 17 "TRACKER"**
**Caliber:** 17 HMR, 7-shot. **Barrel:** 6.5". **Weight:** 45.8 oz. **Grips:** Rubber. **Sights:** Adjustable. **Features:** Double action, matte stainless, integral key-lock.
**Price: From** ............................... **$453.00**



**TAURUS MODEL 44 REVOLVER**
**Caliber:** 44 Mag., 6-shot. **Barrel:** 4", 6.5", 8-3/8". **Weight:** 44-3/4 oz. **Grips:** Rubber. **Sights:** Adjustable. **Features:** Double-action. Integral key-lock. Introduced 1994. New Model 44S12 has 12" vent rib barrel. Imported from Brazil by Taurus International Manufacturing, Inc.
**Price: From** ............................... **$633.00**

**TAURUS MODEL 65 REVOLVER**
**Caliber:** 357 Mag., 6-shot. **Barrel:** 4". **Weight:** 38 oz. **Length:** 10.5" overall. **Grips:** Soft rubber. **Sights:** Fixed. **Features:** Double action, integral key-lock. Seven models for 2006 Imported by Taurus International.
**Price: From** ............................... **$419.00**

**TAURUS MODEL 66 REVOLVER**
Similar to Model 65, 4" or 6" barrel, 7-shot cylinder, adjustable rear sight. Integral key-lock action. Imported by Taurus International.
**Price: From** ............................... **$469.00**

**TAURUS MODEL 82 HEAVY BARREL REVOLVER**
**Caliber:** 38 Spec., 6-shot. **Barrel:** 4", heavy. **Weight:** 36.5 oz. **Length:** 9-1/4" overall (4" bbl.). **Grips:** Soft black rubber. **Sights:** Serrated ramp front, square notch rear. **Features:** Double action, solid rib, integral key-lock. Imported by Taurus International.
**Price: From** ............................... **$403.00**

**TAURUS MODEL 85 REVOLVER**
**Caliber:** 38 Spec., 5-shot. **Barrel:** 2". **Weight:** 17-24.5 oz., titanium 13.5-15.4 oz. **Grips:** Rubber, rosewood or mother-of-pearl. **Sights:** Ramp front, square notch rear. **Features:** Blue, matte stainless, blue with gold accents, stainless with gold accents; rated for +P ammo. Integral keylock. Some models have titanium frame. Introduced 1980. Imported by Taurus International.
**Price: From** ............................... **$403.00**

**TAURUS 380 MINI REVOLVER**
**Caliber:** .380 ACP (5-shot cylinder w/moon clip). **Barrel:** 1.75". **Weight:** 15.5 oz. **Length:** 5.95". **Grips:** Rubber. **Sights:** Adjustable rear, fixed front. **Features:** Double-action-only. Available in blued or stainless finish. Five Star (moon) clips included.
**PRICE** ............................... **$430 to $461**

**TAURUS PROTECTOR POLYMER**
Single/double action revolver chambered in .38 Special +P. Features include 5-round cylinder; polymer frame; faux wood rubber-feel grips; fixed sights; shrouded hammer with cocking spur; blued finish; 2.5-inch barrel. Weight 18.2 oz.
**Price:** ............................... **N/A**

**TAURUS 851 & 651 REVOLVERS**
Small frame SA/DA revolvers similar to Taurus Model 85 but with Centennial-style concealed-hammer frame. Chambered in 38 Special +P (Model 851) or 357 Magnum (Model 651). Features include five-shot cylinder; 2" barrel; fixed sights; blue, matte blue, titanium or stainless finish; Taurus security lock. Overall length is 6.5". Weighs 15.5 oz. (titanium) to 25 oz. (blued and stainless).
**Price: From** ............................... **$411.00**

**TAURUS MODEL 94 REVOLVER**
**Caliber:** 22 LR, 9-shot cylinder; 22 Mag, 8-shot cylinder **Barrel:** 2", 4", 5". **Weight:** 18.5-27.5 oz. **Grips:** Soft black rubber. **Sights:** Serrated ramp front, click-adjustable rear. **Features:** Double action, integral key-lock. Introduced 1989. Imported by Taurus International.
**Price: From** ............................... **$369.00**

**TAURUS MODEL 4510 JUDGE**
**Caliber:** 3" .410/45 LC, 2.5" .410/45 LC. **Barrel:** 3", 6.5" (blued finish). **Weight:** 35.2 oz., 22.4 oz. **Length:** 7.5". **Grips:** Ribber. **Sights:** Fiber Optic. **Features:** DA/SA. Matte Stainless and Ultra-Lite Stainless finish. Introduced in 2007. Imported from Brazil by Taurus International.
**Price:** 4510T TrackerSS Matte Stainless ............ **$569.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **445**
Digitized by Google

000067
EXHIBIT E

# HANDGUNS—Double-Action Revolvers, Service & Sport



**Price:** 4510TKR-3B
Judge . **$558.00**
**Price:** 4510TKR-SSR,
ported barrel, tactical
rail . . . . . . . . . . . **$608.00**

**TAURUS JUDGE PUBLIC DEFENDER POLYMER**
Single/double action revolver chambered in .45 Colt/.410 (2-1/2). Features include 5-round cylinder; polymer frame; Ribber rubber-feel grips; fiber-optic front sight; adjustable rear sight; blued or stainless cylinder; shrouded hammer with cocking spur; blued finish; 2.5-inch barrel. Weight 27 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **N/A**

**TAURUS JUDGE PUBLIC DEFENDER ULTRA-LITE**
Single/double action revolver chambered in .45 Colt/.410 (2-1/2). Features include 5-round cylinder; lightweight aluminum frame; Ribber rubber-feel grips; fiber-optic front sight; adjustable rear sight; blued or stainless cylinder; shrouded hammer with cocking spur; blued finish; 2.5-inch barrel. Weight 20.7 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **N/A**

**TAURUS RAGING JUDGE MAGNUM**
Single/double action revolver chambered for .454 Casull, .45 Colt, 2.5-inch and 3-inch .410. Features include 3- or 6-inch barrel; fixed sights with fiber-optic front; blued or stainless steel finish; vent rib for scope mounting (6-inch only); cushioned Raging Bull grips.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **N/A**

**TAURUS RAGING JUDGE MAGNUM ULTRA-LITE**
Single/double action revolver chambered for .454 Casull, .45 Colt, 2.5-inch and 3-inch .410. Features include 3- or 6-inch barrel; aluminum alloy frame; fixed sights with fiber-optic front; blued or stainless steel finish; cushioned Raging Bull grips. Weight 41.4 oz. (3-inch barrel).
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **N/A**

**TAURUS RAGING BULL MODEL 416**
**Caliber:** 41 Magnum, 6-shot. **Barrel:** 6.5". **Weight:** 61.9 oz. **Grips:** Rubber. **Sights:** Adjustable. **Features:** Double-action, ported, ventilated rib, matte stainless, integral key-lock.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$706.00**

**TAURUS MODEL 425 TRACKER REVOLVERS**
**Caliber:** 357 Mag., 7-shot; 41 Mag., 5-shot. **Barrel:** 4" and 6". **Weight:** 28.8-40 oz. (titanium) 24.3-28. (6"). **Grips:** Rubber. **Sights:** Fixed front, adjustable rear. **Features:** Double-action stainless steel, Shadow Gray or Total Titanium; vent rib (steel models only); integral key-lock action. Imported by Taurus International.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$569.00**

**TAURUS MODEL 444 ULTRA-LIGHT**
**Caliber:** 44 Mag, 5-shot. **Barrel:** 4". **Weight:** 28.3 oz. **Length:** 9.8"overall. **Grips:** Cushioned inset rubber. **Sights:** Fixed red-fiber optic front, adjustable rear. **Features:** UltraLite titanium blue finish, titanium/alloy frame built on Raging Bull design. Smooth trigger shoe, 1.760" wide, 6.280" tall. Barrel rate of twist 1:16", 6 grooves. Introduced 2005. Imported by Taurus International.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$666.00**

**TAURUS MODEL 416/444/454 RAGING BULL REVOLVERS**
**Caliber:** 41 Mag., 44 Mag., 454 Casull. **Barrel:** 2.25" (454 Casull only), 5", 6.5", 8-3/8". **Weight:** 53-63 oz. **Length:** 12" overall (6.5" barrel). **Grips:** Soft black rubber. **Sights:** Patridge front, adjustable rear. **Features:** Double-action, ventilated rib, ported, integral key-lock. Introduced 1997. Imported by Taurus International.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$641.00**

**TAURUS MODEL 605 REVOLVER**
**Caliber:** 357 Mag., 5-shot. **Barrel:** 2". **Weight:** 24 oz. **Grips:** Rubber. **Sights:** Fixed. **Features:** Double-action, blue or stainless or titanium, concealed hammer models DAO, porting optional, integral key-lock. Introduced 1995. Imported by Taurus International.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$403.00**

**TAURUS MODEL 608 REVOLVER**
**Caliber:** 357 Mag. 38 Spec., 8-shot. **Barrel:** 4", 6.5", 8-3/8". **Weight:** 44-57 oz. **Length:** 9-3/8" overall. **Grips:** Soft black rubber. **Sights:** Adjustable. **Features:** Double-action, integral key-lock action. Available in blue or stainless. Introduced 1995. Imported by Taurus International.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$584.00**

**TAURUS MODEL 617 REVOLVER**
**Caliber:** 357 Mag., 7-shot. **Barrel:** 2". **Weight:** 28.3 oz. **Length:** 6.75" overall. **Grips:** Soft black rubber. **Sights:** Fixed. **Features:** Double-action, blue, Shadow Gray, bright spectrum blue or matte stainless steel, integral key-lock. Available with porting, concealed hammer. Introduced 1998. Imported by Taurus International.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$436.00**

**TAURUS MODEL 650 CIA REVOLVER**
**Caliber:** 357 Mag., 5-shot. **Barrel:** 2". **Weight:** 24.5 oz. **Grips:** Rubber. **Sights:** Ramp front, square notch rear. **Features:** Double-action only, blue or matte stainless steel, integral key-lock, internal hammer. Introduced 2001. From Taurus International.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$411.00**

**TAURUS MODEL 651 PROTECTOR REVOLVER**
**Caliber:** 357 Mag., 5-shot. **Barrel:** 2". **Weight:** 17-24.5 oz. **Grips:** Rubber. **Sights:** Fixed. **Features:** Concealed single-action/double-action design. Shrouded cockable hammer, blue, matte stainless, Shadow Gray, Total Titanium, integral key-lock. Made in Brazil. Imported by Taurus International Manufacturing, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$411.00**

**TAURUS MODEL 731 REVOLVER**
Similar to the Taurus Model 605, except in .32 Magnum.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$469.00**

**TAURUS MODEL 817 ULTRA-LITE REVOLVER**
**Caliber:** 38 Spec., 7-shot. **Barrel:** 2". **Weight:** 21 oz. **Length:** 6.5" overall. **Grips:** Soft rubber. **Sights:** Fixed. **Features:** Double-action, integral key-lock. Rated for +P ammo. Introduced 1999. Imported from Brazil by Taurus International.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$436.00**

**TAURUS MODEL 850 CIA REVOLVER**
**Caliber:** 38 Spec., 5-shot. **Barrel:** 2". **Weight:** 17-24.5 oz. **Grips:** Rubber, mother-of-pearl. **Sights:** Ramp front, square notch rear. **Features:** Double-action only, blue or matte stainless, rated for +P ammo, integral key-lock, internal hammer. Introduced 2001. From Taurus International.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$411.00**

**TAURUS MODEL 941 REVOLVER**
**Caliber:** 22 LR (Mod. 94), 22 WMR (Mod. 941), 8-shot. **Barrel:** 2", 4", 5". **Weight:** 27.5 oz. (4" barrel). **Grips:** Soft black rubber. **Sights:** Serrated ramp front, rear adjustable. **Features:** Double-action, integral key-lock. Introduced 1992. Imported by Taurus International.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$386.00**

**TAURUS MODEL 970/971 TRACKER REVOLVERS**
**Caliber:** 22 LR (Model 970), 22 Magnum (Model 971), 7-shot. **Barrel:** 6". **Weight:** 53.6 oz. **Grips:** Rubber. **Sights:** Adjustable. **Features:** Double barrel, heavy barrel with ventilated rib, matte stainless finish, integral key-lock. Introduced 2001. From Taurus International.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$453.00**
**Price:** Model 17SS6, chambered in 17 HMR . . . . . **$453.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google

000068
EXHIBIT E

# HANDGUNS—Single-Action Revolvers

**BERETTA STAMPEDE SINGLE-ACTION REVOLVER**
**Caliber:** 357 Mag, 45 Colt, 6-shot. **Barrel:** 4.75", 5.5", 7.5", blued.
  **Weight:** 36.8 oz. (4.75" barrel). **Length:** 9.5" overall (4.75" barrel).
  **Grips:** Wood, walnut, black polymer. **Sights:** Blade front, notch
  rear. **Features:** Transfer-bar safety. Introduced 2003. Stampede Inox
  (2004) is stainless steel with black polymer grips. Compact Stampede
  Marshall (2004) has birdshead-style walnut grips, 3.5" barrel, color-
  case-hardened frame, blued barrel and cylinder. Manufactured for
  Beretta by Uberti.
**Price:** Nickel, 45 Colt . . . . . . . . . . . . . . . . . . . . . . . . . . . .$630.00
**Price:** Blued, 45 Colt, 357 Mag, 4.75", 5-1/2" . . . . . . . . . . .$575.00
**Price:** Deluxe, 45 Colt, 357 Mag. 4.75", 5-1/2" . . . . . . . . . . .$675.00
**Price:** Marshall, 45 Colt, 357 Mag. 3.5" . . . . . . . . . . . . . . . .$575.00
**Price:** Bisley nickel, 4.75", 5.5" . . . . . . . . . . . . . . . . . . . . .$775.00
**Price:** Bisley, 4.75", 5.5" . . . . . . . . . . . . . . . . . . . . . . . . .$775.00
**Price:** Stampede Deluxe, 45 Colt 7.5" . . . . . . . . . . . . . . . .$775.00
**Price:** Stampede Blued, 45 Colt 7.5" . . . . . . . . . . . . . . . . .$575.00
**Price:** Marshall Old West, 45 Colt 3.5" . . . . . . . . . . . . . . . .$650.00

**CHARTER DIXIE DERRINGER COMBO REVOLVER**
**Caliber:** .38 special +P - 5-round cylinder. **Barrel:** 2". **Weight:** 12 oz.
  **Grip:** Compact. **Sights:** Fixed. **Features:** Stainless finish & frame.
  Chambered in .22 LR., .22 Magnum, or in Combo, the single action
  Dixie Derringer is a fun little pocket gun. It is also a lightweight revolver
  ideal for moderate-risk concealed carry applications. This quick-drawing
  pocket revolver is accurate at close range and features Charter's
  patent-pending hammer block safety. American made by Charter Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$264.00

**CHARTER DIXIE DERRINGER REVOLVER**
**Caliber:** .38 special +P -
  5-round cylinder. **Barrel:**
  2". **Weight:** 12 oz.
  **Grip:** Compact. **Sights:**
  Fixed. **Features:** Black &
  stainless finish & stainless frame.
  Chambered in .22 Magnum, the
  single action Dixie Derringer is a fun little pocket
  gun. It is also a lightweight revolver ideal for
  moderate-risk concealed carry applications. This
  quick-drawing pocket revolver is accurate at close range
  and features Charter's patent-pending hammer block safety.
  American made by Charter Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$221.00

**CIMARRON 1872 OPEN TOP REVOLVER**
**Caliber:** 38, 44 Special, 44 Colt, 44 Russian, 45 LC, 45 S&W
  Schofield. **Barrel:** 5.5" and 7.5". **Grips:** Walnut. **Sights:** Blade front,
  fixed rear. **Features:** Replica of first cartridge-firing revolver. Blue,
  charcoal blue, nickel or Original finish; Navy-style brass or steel
  Army-style frame. Introduced 2001 by Cimarron F.A. Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$467.31

**CIMARRON 1875 OUTLAW REVOLVER**
**Caliber:** .357, .38 special, .44 W.C.F., .45 Colt, .45 ACP. **Barrel:** 5-1/2"
  and 7-1/2". **Weight:** 2.5-2.6 lbs. **Grip:** 1 piece walnut. **Features:**
  Standard blue finish with color case hardened frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$559.94
**Price:** CA150 Dual Cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . .$665.40

**CIMARRON MODEL 1890 REVOLVER**
**Caliber:** .357, .38 special, .44 W.C.F., .45 Colt, .45 ACP. **Barrel:** 5-1/2".
  **Weight:** 2.4-2.5 lbs. **Grip:** 1 piece walnut. **Features:** Standard blue
  finish with standard blue frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$576.28
**Price:** CA159 Dual Cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . .$681.73

**CIMARRON BISLEY MODEL**
**SINGLE-ACTION REVOLVERS**
  Similar to Model P, special grip frame
  and trigger guard, knurled wide-spur hammer,
  curved trigger. Available in 357 Mag., 44 WCF,
  44 Spl., 45 Colt. Introduced 1999. Imported by
  Cimarron F.A. Co.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$574.43

**CIMARRON LIGHTNING SA**
**Caliber:** 22 LR, 32-20, 32 H&R, 38 Colt,
  **Barrel:** 3.5", 4.75", 5.5". **Grips:** Smooth or
  checkered walnut. **Sights:** Blade front. **Features:**
  Replica of the Colt 1877 Lightning DA. Similar to Cimarron
  Thunderer, except smaller grip frame to fit smaller hands.
  Standard blue, charcoal blue or nickel finish with forged, old
  model, or color case hardened frame. Introduced 2001. From
  Cimarron F.A. Co.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$480.70

**CIMARRON MAN WITH NO NAME REVOLVER**
**Caliber:** .45 LC. **Barrel:** 4-3/4" and 5-1/2". **Weight:** 2.66-2.76 lbs. **Grip:**
  1 piece walnut with silver rattle snake inlay in both sides. **Features:**
  Standard blue finish with case hardened pre-war frame. An accurate
  copy of the gun used by our nameless hero in the classic Western
  movies "Fist Full Of Dollars" & "For A Few Dollars More".
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$889.71

**CIMARRON**
**MODEL P**
**Caliber:** 32
  WCF, 38
  WCF, 357 Mag., 44 WCF, 44 Spec.,
  45 Colt, 45 LC and 45 ACP. **Barrel:**
  4.75", 5.5", 7.5". **Weight:** 39 oz. **Length:**
  10" overall (4" barrel). **Grips:** Walnut. **Sights:**
  Blade front, fixed or adjustable rear. **Features:**
  Uses "old model" black powder frame with
  "Bullseye" ejector or New Model frame. Imported
  by Cimarron F.A. Co.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$494.09
**Price:** Laser Engraved, from . . . . . . . . . . . . . . . . . . . . . .$879.00
**Price:** New Sheriff, from . . . . . . . . . . . . . . . . . . . . . . . . .$494.09

**CIMARRON MODEL "P" JR.**
**Caliber:** 32-
  20, 32 H&R,
  4.75", 5.5".
  **Grips:** Checkered
  walnut. **Sights:**
  Blade front. **Features:** Styled
  after 1873 Colt Peacemaker, except 20
  percent smaller. Blue finish with color
  case-hardened frame; Cowboy action.
  Introduced 2001. From Cimarron F.A. Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$400.36

**CIMARRON ROOSTER SHOOTER REVOLVER**
**Caliber:** .357, .38 special, .45 Colt, and .44 W.C.F. **Barrel:** 4-3/4".
  **Weight:** 2.49-2.53 lbs. **Grip:** 1 piece orange finger grooved.
  **Features:** A replica of John Wayne's Colt® Single Action, used in
  many of his great Westerns, including his Oscar winning performance
  in "True Grit," where he brings thecolorful character Rooster Cogburn
  to life.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$845.11

**CIMARRON THUNDERER REVOLVER**
**Caliber:** 357 Mag., 44 WCF, 45 Colt,
  6-shot. **Barrel:** 3.5", 4.75", with ejector.
  **Weight:** 38 oz. (3.5" barrel). **Grips:** Smooth or
  checkered walnut. **Sights:** Blade front, notch rear.
  **Features:** Thunderer grip. Introduced 1993. Imported
  by Cimarron F.A. Co.
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$534.26

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ 447
Digitized by Google

000069
EXHIBIT E

# HANDGUNS—Single-Action Revolvers



**CIMARRON U.S.V. ARTILLERY MODEL SINGLE-ACTION**
Caliber: 45 Colt. Barrel: 5.5". Weight: 39 oz. Length: 11.5" overall. Grips: Walnut. Sights: Fixed. Features: U.S. markings and cartouche, case-hardened frame and hammer; 45 Colt only. Imported by Cimarron F.A. Co.
Price: .................................. $547.65

**COLT NEW FRONTIER REVOLVER**
Caliber: .44 Special and .45 Colt. Barrel: 4-3/4", 5-1/2",and 7-1/2".
Grip: Walnut. Features: The legend of Colt continues in the New Frontier®, Single Action Army. From 1890 to 1898, Colt manufactured a variation of the venerable Single Action Army with a uniquely different profile. The "Flattop Target Model" was fitted with an adjustable leaf rear sight and blade front sights. Colt has taken this concept several steps further to bring shooters a reintroduction of a Colt classic. The New Frontier has that sleek flattop design with an adjustable rear sight for windage and elevation and a target ready ramp style front sight. The guns are meticulously finished in Colt Royal Blue on both the barrel and cylinder, with a case colored frame.
Price: .................................. $1455.00



**COLT SINGLE-ACTION ARMY REVOLVER**
Caliber: 357 Mag., 45 Colt, 6-shot. Barrel: 4.75", 5.5", 7.5". Weight: 40 oz. (4.75" barrel). Length: 10.25" overall (4.75" barrel). Grips: Black Eagle composite. Sights: Blade front, notch rear. Features: Available in full nickel finish with nickel grip medallions, or Royal Blue with color case-hardened frame. Reintroduced 1992. Sheriff's Model and Frontier Six introduced 2008, available in nickel in 2010.
Price: P1540, 32-20, 4.75" barrel, color case-hardened/blued finish ................................ $1,315.00
Price: P1656, 357 Mag., 5.5" barrel, nickel finish ...... $1,518.00
Price: P1876, 45 LC, 7.5" barrel, nickel finish ......... $1,518.00
Price: P2830S SAA Sheriff's, 3" barrel, 45 LC (2008)..... $1,315.00
Price: P2950FSS Frontier Six Shooter, 5.5" barrel, 44-40 (2008) .......................................... $1,350.00



**EAA BOUNTY HUNTER SA REVOLVERS**
Caliber: 22 LR/22 WMR, 357 Mag., 44 Mag., 45 Colt, 6-shot. Barrel: 4.5", 7.5". Weight: 2.5 lbs. Length: 11" overall (4-5/8" barrel). Grips: Smooth walnut.
Sights: Blade front, grooved topstrap rear. Features: Transfer bar safety; 3-position hammer; hammer forged barrel. Introduced 1992. Imported by European American Armory.
Price: Blue or case-hardened, from ................. $392.00
Price: Nickel .................................. $432.00
Price: 22 LR/22 WMR, blue ...................... $292.00
Price: As above, nickel ........................ $325.00

**EMF MODEL 1873 FRONTIER MARSHAL**
Caliber: 357 Mag., 45 Colt. Barrel: 4.75", 5-1/2", 7.5". Weight: 39 oz. Length: 10.5" overall. Grips: One-piece walnut. Sights: Blade front, notch rear. Features: Bright brass trigger guard and backstrap, color case-hardened frame, blued barrel and cylinder. Introduced 1998. Imported from Italy.
Price: .................................. $485.00

**EMF HARTFORD SINGLE-ACTION REVOLVERS**
Caliber: 357 Mag., 32-20, 38-40, 44-40, 44 Spec., 45 Colt. Barrel: 4.75", 5.5", 7.5". Weight: 45 oz. Length: 13" overall (7.5" barrel). Grips: Smooth walnut. Sights: Blade front, fixed rear. Features: Identical to the original Colts. All major parts serial numbered using original Colt-style lettering, numbering. Bullseye ejector head and color case-hardening on old model frame and hammer. Introduced 1990. Imported by E.M.F. Co.
Price: Old Model ................................ $489.90
Price: Case-hardened New Model frame ................ $489.90

**EMF GREAT WESTERN II EXPRESS SINGLE-ACTION REVOLVER**
Same as the regular model except uses grip of the Colt Lightning revolver. Barrel lengths of 4.75". Introduced 2006. Imported by E.M.F. Co.
Price: Stainless, Ultra Ivory grips ................... $715.00
Price: Walnut grips ............................. $690.00



**EMF 1875 OUTLAW REVOLVER**
Caliber: 357 Mag., 44-40, 45 Colt. Barrel: 7.5", 9.5". Weight: 46 oz. Length: 13.5" overall. Grips: Smooth walnut. Sights: Blade front, fixed groove rear. Features: Authentic copy of 1875 Remington with firing pin in hammer; color case-hardened frame, blue cylinder, barrel, steel backstrap and trigger guard. Also available in nickel, factory engraved. Imported by E.M.F. Co.
Price: All calibers ............................. $479.90
Price: Laser Engraved .......................... $684.90

**EMF 1890 POLICE REVOLVER**
Similar to the 1875 Outlaw except has 5.5" barrel, weighs 40 oz., with 12.5" overall length. Has lanyard ring in butt. No web under barrel. Calibers: 45 Colt. Imported by E.M.F. Co.
Price: .................................. $489.90

**EMF 1873 GREAT WESTERN II**
Caliber: .357, 45 LC, 44/40. Barrel: 4 3/4", 5.5", 7.5". Weight: 36 oz. Length: 11" (5.5"). Grips: Walnut. Sights: Blade front, notch rear. Features: Authentic reproduction of the original 2nd generation Colt single-action revolver. Standard and bone case hardening. Coil hammer spring. Hammer-forged barrel.
Price: 1873 Californian .......................... $520.00
Price: 1873 Custom series, bone or nickel, ivory-like grips ... $689.90
Price: 1873 Stainless steel, ivory-like grips ........... $589.90



**FREEDOM ARMS MODEL 83 PREMIER GRADE REVOLVER**
Caliber: 357 Mag., 41 Mag., 44 Mag., 454 Casull, 475 Linebaugh, 500 Wyo. Exp., 50 AE, 6-shot. Barrel: 4.75", 6", 7.5", 9" (357 Mag. only), 10" (except 357 Mag. and 500 Wyo. Exp. Weight: 53 oz. (7.5" bbl. in 454 Casull). Length: 13" (7.5" bbl.). Grips: Impregnated hardwood. Sights: Adjustable rear with

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google
000070
EXHIBIT E

# HANDGUNS—Single-Action Revolvers

replaceable front sight. Fixed rear notch and front blade. **Features:** Stainless steel construction with brushed finish; manual sliding safety bar. Micarta grips optional. 500 Wyo. Exp. Introduced 2006. Lifetime warranty. Made in U.S.A. by Freedom Arms, Inc.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,870.00**

**FREEDOM ARMS MODEL 83 FIELD GRADE REVOLVER**
**Caliber:** 22 LR, 357 Mag., 41 Mag., 44 Mag., 454 Casull, 475 Linebaugh, 500 Wyo. Exp., 5-shot. **Barrel:** 4.75", 6", 7.5", 9" (357 Mag. only), 10" (except 357 Mag. and 500 Wyo. Exp.) **Weight:** 56 oz. (7.5" bbl. in 454 Casull). **Length:** 13.1" (7.5" bbl.). **Grips:** Pachmayr standard, impregnated hardwood or Micarta optional. **Sights:** Adjustable rear with replaceable front sight. Model 83 frame. All stainless steel. Introduced 1988. Made in U.S.A. by Freedom Arms Inc.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,623.00**

**FREEDOM ARMS MODEL 97 PREMIER GRADE REVOLVER**
**Caliber:** 17 HMR, 22 LR, 32 H&R, 357 Mag., 6-shot; 41 Mag., 44 Special, 45 Colt, 5-shot. **Barrel:** 4.25", 5.5", 7.5", 10" (17 HMR, 22 LR & 32 H&R). **Weight:** 40 oz. (5.5" 357 Mag.). **Length:** 10.75" (5.5" bbl.). **Grips:** Impregnated hardwood/Micarta optional. **Sights:** Adjustable rear, replaceable blade front. Fixed rear notch and front blade. **Features:** Stainless steel construction, brushed finish, automatic transfer bar safety system. Introduced in 1997. Lifetime warranty. Made in U.S.A. by Freedom Arms.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,891.00**

**HERITAGE ROUGH RIDER REVOLVER**
**Caliber:** 17 HMR, 17 LR, 32 H&R, 32 S&W, S&W Long, 357 Mag, 44-40, 45 LC, 22 LR, LR/22 WMR combo, 6-shot. **Barrel:** 2.75", 3.5", 4.75", 5.5", 6.5", 7.5", 9". **Weight:** 31 to 38 oz. **Grips:** Exotic cocobolo laminated wood or mother-of-pearl; bird's-head models offered. **Sights:** Blade front, fixed rear. Adjustable sight on 4", 6" and 9" models. **Features:** Hammer block safety. Transfer bar with Big Bores. High polish blue, black satin, silver satin, case-hardened and stainless finish. Introduced 1993. Made in U.S.A. by Heritage Mfg., Inc.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$169.95**

**LEGACY SPORTS PUMA M-1873 REVOLVER**
**Caliber:** .22 LR / .22 Mag. **Barrel:** 4.75", 5.5", and 7.5". **Weight:** 2.2 lbs. - 2.4 lbs. **Grips:** Wood or plastic. **Features:** With the frame size and weight of a Single Action Army revolver, the M-1873 makes a great practice gun for Cowboy Action or an ideal carry gun for camping, hiking or fishing. The M-1873 loads from a side gate and at the half cock position just like a centerfire "Peacemaker," but is chambered for 22 LR or 22 magnum rounds. The hammer is made to traditional SAA appearance and feel. A key-operated, hammer block safety is standard on the left side of the

recoil shield. The M-1873 is offered in matte black or antiqued finish. Construction is of alloy and steel.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$178.00 to $320.00**



**MAGNUM RESEARCH BFR SINGLE ACTION REVOLVER**
**Caliber:** .45/70, .480 Ruger/.475 Linebaugh, .450 Marlin, .500 S&W, .50AE, .444 Marlin, .30/30 Winchester, .45 Long Colt/.410 (not for sale in CA), and the new .480 S&W Magnum - as well as .454 Casull. **Barrel:** 6.5", 7.5", and 10". **Weight:** 3.6 lbs. - 5.3 lbs. **Grips:** Black rubber. **Sights:** Rear sights are the same configuration as the Ruger revolvers. Many after-market rear sights will fit the BFR. Front sights are machined by Magnum in four heights and anodized flat black. The four heights accommodate all shooting styles, barrel lengths and calibers. All sights are interchangeable with each BFR's. **Features:** Crafted in the U.S.A., the BFR single action 5-shot stainless steel revolver frames are CNC machined inside and out from a "pre-heat treated" investment casting. This is done to prevent warping and dimensional changes or shifting that occurs during the heat treat process. The result is a dimensionally perfect-machined frame. Magnum Research designed the frame with large calibers and large recoil in mind, built to close tolerances to handle the pressure of true big-bore calibers. The BFR is equiped with Transfer Bar. This is a safety feature that allows the gun to be carried safely with all five chambers loaded. The transfer bar allows the revolver to fire ONLY after the hammer has been fully cocked and trigger pulled. If the revolver is dropped or the hammer slips while in the process of cocking it the gun will not accidentally discharge.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1050.00**

**NAVY ARMS BISLEY MODEL SINGLE-ACTION REVOLVER**
**Caliber:** 44-40 or 45 Colt, 6-shot cylinder. **Barrel:** 4.75", 5.5", 7.5". **Weight:** 40 oz. **Length:** 12.5" overall (7.5" barrel). **Grips:** Smooth walnut. **Sights:** Blade front, notch rear. **Features:** Replica of Colt's Bisley Model. Polished blue finish, color case-hardened frame. Introduced 1997. Imported by Navy Arms.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$503.00**

**NAVY ARMS 1873 GUNFIGHTER SINGLE-ACTION REVOLVER**
**Caliber:** 357 Mag., 44-40, 45 Colt, 6-shot cylinder. **Barrel:** 4.75", 5.5", 7.5". **Weight:** 37 oz. **Length:** 10.25" overall (4.75" barrel). **Grips:** Checkered black polymer. **Sights:** Blade front, notch rear. **Features:** Blued with color case-hardened receiver, trigger and hammer; German Silver backstrap and triggerguard. American made Wolff trigger and mainsprings installed. Introduced 2005. Imported by Navy Arms.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$545.00**

**NAVY ARMS 1875 SCHOFIELD REVOLVER**
**Caliber:** 44-40, 45 Colt, 6-shot cylinder. **Barrel:** 3.5", 5", 7". **Weight:** 39 oz. **Length:** 10.75" overall (5" barrel). **Grips:** Smooth walnut. **Sights:** Blade front, notch rear. **Features:** Replica of Smith &

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

**67**TH **EDITION, 2013** **1449**
Digitized by Google

000071
EXHIBIT E

# HANDGUNS—Single-Action Revolvers



Wesson Model 3 Schofield. Single-action, top-break with automatic ejection. Polished blue finish. Introduced 1994. Imported by Navy Arms.

**Price:** Hideout Model, 3.5" barrel . . .**$882.00**
**Price:** Wells Fargo, 5" barrel . . . . . . . . . . . . . . .**$882.00**
**Price:** U.S. Cavalry model, 7" barrel, military markings . **$882.00**



**NAVY ARMS FOUNDER'S MODEL SCHOFIELD REVOLVER**
**Caliber:** 45 Colt, 38 Spl., 6-shot cylinder. **Barrel:** 7.5". **Weight:** 41 oz. **Length:** 13.75". **Grips:** Deluxe hand-rubbed walnut with cartouching. **Sights:** Blade front, notch rear. **Features:** Charcoal blued with bone color case-hardened receiver, trigger, hammer and backstrap. Limited production "VF" serial number prefix. Introduced 2005. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$924.00**



**NAVY ARMS NEW MODEL RUSSIAN REVOLVER**
**Caliber:** 44 Russian, 6-shot cylinder. **Barrel:** 6.5". **Weight:** 40 oz. **Length:** 12" overall. **Grips:** Smooth walnut. **Sights:** Blade front, notch rear. **Features:** Replica of the S&W Model 3 Russian Third Model revolver. Spur trigger guard, polished blue finish. Introduced 1999. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$924.00**

**NAVY ARMS SCOUT SMALL FRAME SINGLE-ACTION REVOLVER**
**Caliber:** 38 Spec., 6-shot cylinder. **Barrel:** 4.75", 5.5". **Weight:** 37 oz. **Length:** 10.75" overall (5.5" barrel). **Grips:** Checkered black polymer. **Sights:** Blade front, notch rear. **Features:** Blued with color case-hardened receiver, trigger and hammer; German silver backstrap and triggerguard. Introduced 2005. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$545.00**

**NORTH AMERICAN ARMS MINI REVOLVERS**
**Caliber:** 22 Short, 22 LR, 22 WMR, 5-shot. **Barrel:** 1-1/8", 1-5/8". **Weight:** 4 to 6.6 oz. **Length:** 3-5/8" to 6-1/8" overall. **Grips:** Laminated wood. **Sights:** Blade front, notch fixed rear. **Features:** All stainless steel construction. Polished satin and matte finish. Engraved models available. From North American Arms.
**Price:** 22 Short, 22 LR . . . . . . . . . . . . . . . . . . . . . .**$229.00**

**NORTH AMERICAN ARMS MINI-MASTER**
**Caliber:** 22 LR, 22 WMR, 5-shot cylinder. **Barrel:** 4". **Weight:** 10.7 oz. **Length:** 7.75" overall. **Grips:** Checkered hard black rubber. **Sights:** Blade front, white outline rear adjustable for elevation, or fixed. **Features:** Heavy vented barrel; full-size grips. Non-fluted cylinder. Introduced 1989.

**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . .**$284.00**
**Price:** Adjustable sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$314.00**

**NORTH AMERICAN ARMS BLACK WIDOW REVOLVER**
Similar to Mini-Master, 2" heavy vent barrel. Built on 22 WMR frame. Non-fluted cylinder, black rubber grips. Available with Millett Low Profile fixed sights or Millett sight adjustable for elevation only. Overall length 5-7/8", weighs 8.8 oz. From North American Arms.
**Price:** Adjustable sight, 22 LR or 22 WMR . . . . .**$299.00**
**Price:** Fixed sight, 22 LR or 22 WMR . . . . . . . . .**$269.00**

**NORTH AMERICAN ARMS "THE EARL" SINGLE-ACTION REVOLVER**
**Caliber:** 22 Magnum with 22 LR accessory cylinder, 5-shot cylinder. **Barrel:** 4" octagonal. **Weight:** 6.8 oz. **Length:** 7-3/4" overall. **Grips:** Wood. **Sights:** Barleycorn front and fixed notch rear. **Features:** Single-action mini-revolver patterned after 1858-style Remington percussion revolver. Includes a spur trigger and a faux loading lever that serves as cylinder pin release.
**Price:** . . . . . . . . .**$289.00** (22 Magnum only); **$324.00** (convertible)

**RUGER NEW MODEL SINGLE SIX & NEW MODEL .32 H&R SINGLE SIX REVOLVERS**
**Caliber:** 17 HMR, 22 LR, 22 Mag. **Barrel:** 4-5/8", 5.5", 6.5", 7.5", 9.5". 6-shot. **Grips:** Rosewood, black laminate. **Sights:** Adjustable or fixed. **Features:** Blued or stainless metalwork, short grips available, convertible models available. Introduced 2003 in 17 HMR.
**Price:** 17 HMR (blued) . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$519.00**
**Price:** 22 LR/22 Mag., from . . . . . . . . . . . . . . . . . . .**$506.00**

**RUGER SINGLE-TEN**
**Caliber:** .22 LR, 10-shot cylinder. **Barrel:** 5.5". **Weight:** 38 oz. **Length:** 11". **Grips:** Hardwood Gunfighter. **Sights:** Williams adjustable fiber optic. **Finish:** Stainless steel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$629**



**RUGER NEW MODEL BLACKHAWK/BLACKHAWK CONVERTIBLE**
**Caliber:** 30 Carbine, 327 Federal, 357 Mag./38 Spec., 41 Mag., 44 Special, 45 Colt, 6-shot. **Barrel:** 4-5/8", 5.5", 6.5", 7.5" (30 carbine and 45 Colt). **Weight:** 36 to 45 oz. **Lengths:** 10-3/8" to 13.5". **Grips:** Rosewood or black checkered. **Sights:** 1/8" ramp front, micro-click rear adjustable for windage and elevation. **Features:** Rosewood grips, Ruger transfer bar safety system, independent firing pin, hardened chrome-moly steel frame, music wire springs through-out. Case and lock included. Convertibles come with extra cylinder.
**Price:** 30 Carbine, 7.5" (BN31, blued) . . . . . . . . . . . . . . .**$541.00**
**Price:** 357 Mag. (blued or satin stainless), from . . . . . . . . . . .**$541.00**
**Price:** 41 Mag. (blued) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$541.00**
**Price:** 45 Colt (blued or satin stainless), from . . . . . . . . . . . .**$541.00**
**Price:** 357 Mag./9mm Para. Convertible (BN34XL, BN36XL) . **$617.00**
**Price:** 45 Colt/45 ACP Convertible (BN44X, BN455XL) . . . . . .**$617.00**

**RUGER BISLEY SINGLE-ACTION REVOLVER**
Similar to standard Blackhawk, hammer is lower with smoothly curved, deeply checkered wide spur. The trigger is strongly curved with wide smooth surface. Longer grip frame. Adjustable rear sight, ramp-style front. Unfluted cylinder and roll engraving, adjustable sights. Chambered for 44 Mag.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000072
EXHIBIT E

# HANDGUNS—Single-Action Revolvers

and 45 Colt; 7.5" barrel; overall length 13.5"; weighs 48-51 oz. Plastic lockable case. Orig. fluted cylinder introduced 1985; discontinued 1991. Unfluted cylinder introduced 1986.
**Price:** RB-44W (44 Mag), RB45W (45 Colt) . . . . . . . . . . . . . .**$683.00**



**RUGER NEW MODEL SUPER BLACKHAWK**
**Caliber:** 44 Mag., 6-shot. Also fires 44 Spec. **Barrel:** 4-5/8", 5.5", 7.5", 10.5" bull. **Weight:** 45-55 oz. **Length:** 10.5" to 16.5" overall. **Grips:** Rosewood. **Sights:** 1/8" ramp front, micro-click rear adjustable for windage and elevation. **Features:** Ruger transfer bar safety system, fluted or unfluted cylinder, steel grip and cylinder frame, round or square back trigger guard, wide serrated trigger, wide spur hammer. With case and lock.
**Price:** Blue, 4-5/8", 5.5", 7.5"
(S-458N, S-45N, S-47N) . . . . . . . . . . . . . . . . . . . . . .**$650.00**
**Price:** Blue, 10.5" bull barrel (S-411N) . . . . . . . . . . . . . . . .**$667.00**
**Price:** Stainless, 4-5/8", 5.5", 7.5" (KS-458N, KS-45N, KS-47N) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$667.00**
**Price:** Stainless, 10.5" bull barrel (KS-411N) . . . . . . . . . . . .**$694.00**
**Price:** Super Blackhawk 50th Anniversary: Gold highlights, ornamentation; commemorates 50-year anniversary of Super Blackhawk . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$729.00**



**RUGER NEW MODEL SUPER BLACKHAWK HUNTER**
**Caliber:** 44 Mag., 6-shot. **Barrel:** 7.5", full-length solid rib, unfluted cylinder. **Weight:** 52 oz. **Length:** 13-5/8". **Grips:** Black laminated wood. **Sights:** Adjustable rear, replaceable front blade. **Features:** Reintroduced Ultimate SA revolver. Includes instruction manual, high-impact case, set 1" medium scope rings, gun lock, ejector rod as standard.
**Price:** Hunter model, satin stainless, 7.5" (KS-47NHNN) . . . . .**$781.00**
**Price:** Hunter model, Bisley frame, satin stainless 7.5" (KS-47NHB) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$781.00**



**RUGER NEW VAQUERO SINGLE-ACTION REVOLVER**
**Caliber:** 357 Mag., 45 Colt, 6-shot. **Barrel:** 4-5/8", 5.5", 7.5". **Weight:** 39-45 oz. **Length:** 10.5" overall (4-5/8" barrel). **Grips:** Rubber with Ruger medallion. **Sights:** Fixed blade front, fixed notch rear. **Features:** Transfer bar safety system and loading gate interlock. Blued model color case-hardened finish on frame, rest polished and blued. Engraved model available. Gloss stainless. Introduced 2005.
**Price:** 357 Mag., blued or stainless . . . . . . . . . . . . . . . . . . .**$719.00**
**Price:** 45 Colt, blued or stainless . . . . . . . . . . . . . . . . . . . .**$719.00**

**RUGER NEW MODEL BISLEY VAQUERO**
Similar to New Vaquero but with Bisley-style hammer and grip frame. Chambered in 357 and 45 Colt. Features include a 5.5" barrel, simulated ivory grips, fixed sights, six-shot cylinder. Overall length is 11.12", weighs 45 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$799.00**

**RUGER NEW BEARCAT SINGLE-ACTION**
**Caliber:** 22 LR, 6-shot. **Barrel:** 4". **Weight:** 24 oz. **Length:** 9" overall.



**Grips:** Smooth rosewood with Ruger medallion. **Sights:** Blade front, fixed notch rear. **Features:** Reintroduction of the Ruger Bearcat with slightly lengthened frame, Ruger transfer bar safety system. Available in blue only. Rosewood grips. Introduced 1996 (blued), 2003 (stainless). With case and lock.
**Price:** SBC-4, blued . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$501.00**
**Price:** KSBC-4, satin stainless . . . . . . . . . . . . . . . . . . . . . .**$540.00**

**STI TEXICAN SINGLE-ACTION REVOLVER**
**Caliber:** 45 Colt, 6-shot. **Barrel:** 5.5", 4140 chrome-moly steel by Green Mountain Barrels. 1:16 twist, air gauged to .0002". Chamber to bore alignment less than .001". Forcing cone angle, 3 degrees. **Weight:** 36 oz. **Length:** 11". **Grips:** "No crack" polymer. **Sights:** Blade front, fixed notch rear. **Features:** Parts made by ultra-high speed or electron discharge machined processes from chrome-moly steel forgings or bar stock. Competition sights, springs, triggers and hammers. Frames, loading gates, and hammers are color case hardened by Turnbull Restoration. Frame, back strap, loading gate, trigger guard, cylinders made of 4140 re-sulphurized Maxell 3.5 steel. Hammer firing pin (no transfer bar). S.A.S.S. approved. Introduced 2008. Made by STI International.
**Price:** 5.5" barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,299.99**

**UBERTI 1851-1860 CONVERSION REVOLVERS**
**Caliber:** 38 Spec., 45 Colt, 6-shot engraved cylinder. **Barrel:** 4.75", 5.5", 7.5", 8". **Weight:** 2.6 lbs. (5.5" bbl.). **Length:** 13" overall (5.5" bbl.). **Grips:** Walnut. **Features:** Brass backstrap, trigger guard; color case-hardened frame, blued barrel, cylinder. Introduced 2007. Imported from Italy by Stoeger Industries.
**Price:** 1851 Navy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$519.00**
**Price:** 1860 Army . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$549.00**

**UBERTI 1871-1872 OPEN TOP REVOLVERS**
**Caliber:** 38 Spec., 45 Colt, 6-shot engraved cylinder. **Barrel:** 4.75", 5.5", 7.5". **Weight:** 2.6 lbs. (5.5" bbl.). **Length:** 13" overall (5.5" bbl.). **Grips:** Walnut. **Features:** Blued backstrap, trigger guard; color case-hardened frame, blued barrel, cylinder. Introduced 2007. Imported from Italy by Stoeger Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$499.00**



**UBERTI 1873 CATTLEMAN SINGLE-ACTION**
**Caliber:** 45 Colt, 6-shot fluted cylinder. **Barrel:** 4.75", 5.5", 7.5". **Weight:** 2.3 lbs. (5.5" bbl.). **Length:** 11" overall (5.5" bbl.). **Grips:** Styles: Frisco (pearl styled); Desperado (buffalo horn styled); Chisholm (checkered walnut); Gunfighter (black checkered), Cody (ivory styled), one-piece walnut. **Sights:** Blade front, groove rear. **Features:** Steel or brass backstrap, trigger guard; color case-hardened frame, blued barrel, cylinder. NM designates New Model plunger style frame; OM designates Old Model screw cylinder pin retainer. Imported from Italy by Stoeger Industries.
**Price:** 1873 Cattleman Frisco . . . . . . . . . . . . . . . . . . . . . .**$789.00**
**Price:** 1873 Cattleman Desperado (2006) . . . . . . . . . . . . . .**$789.00**
**Price:** 1873 Cattleman Chisholm (2006) . . . . . . . . . . . . . . .**$539.00**
**Price:** 1873 Cattleman NM, blued 4.75" barrel . . . . . . . . . . .**$479.00**
**Price:** 1873 Cattleman NM, Nickel finish, 7.5" barrel . . . . . .**$609.00**
**Price:** 1873 Cattleman Cody . . . . . . . . . . . . . . . . . . . . . . . .**$789.00**

**UBERTI 1873 CATTLEMAN BIRD'S HEAD SINGLE ACTION**
**Caliber:** 45 Mag., 45 Colt, 6-shot fluted cylinder **Barrel:** 3.5", 4", 4.75", 5.5". **Weight:** 2.3 lbs. (5.5" bbl.). **Length:** 10.9" overall (5.5" bbl.). **Grips:** One-piece walnut. **Sights:** Blade front, groove rear. **Features:** Steel or brass backstrap, trigger guard; color case-

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **1451**
Digitized by Google

000073
EXHIBIT E

# HANDGUNS—Single-Action Revolvers

hardened frame, blued barrel, cylinder. Imported from Italy by Stoeger Industries.
Price: 1873 Cattleman Bird's Head OM 3.5" barrel .........$539.00

**UBERTI 1873 BISLEY SINGLE-ACTION REVOLVER**
**Caliber:** 357 Mag., 45 Colt (Bisley); 22 LR and 38 Spec. (Stallion), both with 6-shot fluted cylinder. **Barrel:** 4.75", 5.5", 7.5". **Weight:** 2 to 2.5 lbs. **Length:** 12.7" overall (7.5" barrel). **Grips:** Two-piece walnut. **Sights:** Blade front, notch rear. **Features:** Replica of Colt's Bisley Model. Polished blue finish, color case-hardened frame. Introduced 1997. Imported by Stoeger Industries.
Price: 1873 Bisley, 7.5" barrel .........................$569.00

**UBERTI 1873 BUNTLINE AND REVOLVER CARBINE SINGLE-ACTION**
**Caliber:** 357 Mag., 44-40, 45 Colt; 6-shot fluted cylinder **Barrel:** 18". **Length:** 22.9" to 34". **Grips:** Walnut pistol grip or rifle stock. **Sights:** Fixed or adjustable. **Features:** Imported from Italy by Stoeger Industries.
Price: 1873 Revolver Carbine, 18" barrel, 34" OAL ........$729.00
Price: 1873 Cattleman Buntline Target, 18" barrel, 22.9" OAL  $639.00

**UBERTI OUTLAW, FRONTIER, AND POLICE REVOLVERS**
**Caliber:** 45 Colt, 6-shot fluted cylinder. **Barrel:** 5.5", 7.5". **Weight:** 2.5 to 2.8 lbs. **Length:** 10.8" to 13.6" overall. **Grips:** Two-piece smooth walnut. **Sights:** Blade front, notch rear. **Features:** Cartridge version of 1858 Remington percussion revolver. Nickel and blued finishes. Imported by Stoeger Industries.
Price: 1875 Outlaw nickel finish ......................$629.00
Price: 1875 Frontier, blued finish ....................$539.00
Price: 1890 Police, blued finish ......................$549.00

**UBERTI 1870 SCHOFIELD-STYLE TOP BREAK REVOLVER**
**Caliber:** 38, 44 Russian, 44-40, 45 Colt, 6-shot cylinder. **Barrel:** 3.5", 5", 7". **Weight:** 2.4 lbs. (5" barrel) **Length:** 10.8" overall (5" barrel). **Grips:** Two-piece smooth walnut or pearl. **Sights:** Blade front, notch rear. **Features:** Replica of Smith & Wesson Model 3 Schofield. Single-action, top break with automatic ejection. Polished blue finish (first model). Introduced 1994. Imported by Stoeger Industries.
Price: No. 3-2nd Model, nickel finish ................ **$1,369.00**



**U.S. FIRE ARMS SINGLE-ACTION REVOLVER**
**Caliber:** 45 Colt (standard); 32 WCF, 38 WCF, 38 Spec., 44 WCF, 44 Special, 6-shot cylinder. **Barrel:** 4.75", 5.5", 7.5". **Weight:** 37 oz. **Grips:** Hard rubber. **Sights:** Blade front, notch rear. **Features:** Recreation of original guns; 3" and 4" have no ejector. Available with all-blue, blue with color case-hardening, or full nickel-plate finish. Other models include Custer Battlefield Gun ($1,625, 7.5" barrel), Flattop Target ($1,625), Sheriff's Model ($875, with barrel lengths starting at 2"), Snubnose ($1,475, barrel lengths 2", 3", 4"), Omni-Potent Six-Shooter and Omni-Target Six-Shooter (from $1,625), Bisley ($1,350, introduced 2006). Made in U.S.A. by United States Fire Arms Mfg. Co.
Price: Blue/cased-colors ...........................**$1,150.00**
Price: Nickel ....................................**$1,220.00**

**U.S. FIRE ARMS U.S. PRE-WAR**
**Caliber:** 45 Colt (standard); 32 WCF, 38 WCF, 38 Spec., 44 WCF, 44 Special. **Barrel:** 4.75", 5.5", 7.5". **Grips:** Hard rubber. **Features:** Armory bone case/Armory blue finish standard, cross-pin or black powder frame. Introduced 2002. Made in U.S.A. by United States Firearms Mfg. Co.
Price: ...........................................**$1,495.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google
000074
EXHIBIT E

# HANDGUNS—Miscellaneous



**BOND ARMS TEXAS DEFENDER DERRINGER**
**Caliber:** From 22 LR to 45 LC/410 shotshells. **Barrel:** 3". **Weight:** 20 oz. **Length:** 5". **Grips:** Rosewood. **Sights:** Blade front, fixed rear. **Features:** Interchangeable barrels, stainless steel firing pins, cross-bolt safety, automatic extractor for rimmed calibers. Stainless steel construction, brushed finish. Right or left hand.
**Price:** . . . . . . . . . . . . . . . $399.00
**Price:** Interchangeable barrels, 22 LR thru 45 LC, 3" . . . . . $139.00
**Price:** Interchangeable barrels, 45 LC, 3.5" . . . . . $159.00 to $189.00

**BOND ARMS RANGER**
**Caliber:** 45 LC/.410 shotshells. **Barrel:** 4.25". **Weight:** 23.5 oz. **Length:** 6.25". **Features:** Similar to Snake Slayer except no trigger guard. Intr. 2008. From Bond Arms.
**Price:** . . . . . . . . . . . . . . . $649.00

**BOND ARMS CENTURY 2000 DEFENDER**
**Caliber:** 45 LC/.410 shotshells. **Barrel:** 3.5". **Weight:** 21 oz. **Length:** 5.5". **Features:** Similar to Defender series.
**Price:** . . . . . . . . . . . . . . . $420.00



**BOND ARMS COWBOY DEFENDER**
**Caliber:** From 22 LR to 45 LC/.410 shotshells. **Barrel:** 3". **Weight:** 19 oz. **Length:** 5.5". **Features:** Similar to Defender series. No trigger guard.
**Price:** . . . . . . . . . . . . . . . $399.00

**BOND ARMS SNAKE SLAYER**
**Caliber:** 45 LC/.410 shotshell (2.5" or 3"). **Barrel:** 3.5". **Weight:** 21 oz. **Length:** 5.5". **Grips:** Extended rosewood. **Sights:** Blade front, fixed rear. **Features:** Single-action; interchangeable barrels; stainless steel firing pin. Introduced 2005.
**Price:** . . . . . . . . . . . . . . . $469.00

**BOND ARMS SNAKE SLAYER IV**
**Caliber:** 45 LC/410 shotshell (2.5" or 3"). **Barrel:** 4.25". **Weight:** 22 oz. **Length:** 6.25". **Grips:** Extended rosewood. **Sights:** Blade front, fixed rear. **Features:** Single-action; interchangeable barrels; stainless steel firing pin. Introduced 2006.
**Price:** . . . . . . . . . . . . . . . $499.00

**CHARTER ARMS DIXIE DERRINGERS**
**Caliber:** 22 LR, 22 WMR. **Barrel:** 1.125". **Weight:** 6 oz. **Length:** 4" overall. **Grips:** Black polymer **Sights:** Blade front, fixed notch rear. **Features:** Stainless finish. Introduced 2006. Made in U.S.A. by Charter Arms.
**Price:** . . . . . . . . . . . . . . . $215.00



**COBRA BIG BORE DERRINGERS**
**Caliber:** 22 WMR, 32 H&R Mag., 38 Spec., 9mm Para., 380 ACP. **Barrel:** 2.75". **Weight:** 14 oz. **Length:** 4.65" overall. **Grips:** Textured black or white synthetic or laminated

rosewood. **Sights:** Blade front, fixed notch rear. **Features:** Alloy frame, steel-lined barrels, steel breech block. Plunger-type safety with integral hammer block. Black, chrome or satin finish. Introduced 2002. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
**Price:** . . . . . . . . . . . . . . . $165.00



**COBRA STANDARD SERIES DERRINGERS**
**Caliber:** 22 LR, 22 WMR, 25 ACP, 32 ACP. **Barrel:** 2.4". **Weight:** 9.5 oz. **Length:** 4" overall. **Grips:** Laminated wood or pearl. **Sights:** Blade front, fixed notch rear. **Features:** Choice of black powder coat, satin nickel or chrome finish. Introduced 2002. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
**Price:** . . . . . . . . . . . . . . . $145.00

**COBRA LONG-BORE DERRINGERS**
**Caliber:** 22 WMR, 38 Spec., 9mm Para. **Barrel:** 3.5". **Weight:** 16 oz. **Length:** 5.4" overall. **Grips:** Black or white synthetic or rosewood. **Sights:** Fixed. **Features:** Chrome, satin nickel, or black Teflon finish. Introduced 2002. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
**Price:** . . . . . . . . . . . . . . . $165.00



**COBRA TITAN .45 LC/.410 DERRINGER**
**Caliber:** .45 LC, .410 or 9mm, 2 round capacity. **Barrel:** 3-1/2". **Weight:** 16.4 oz. **Grip:** Rosewood. **Features:** The Titan is a powerhouse derringer designed to shoot a .45 Long Colt or the wide range of personal protection .410 shells with additional calibers to follow soon. Standard finshes include: satin stainless, black stainless, and brushed stainless. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
**Price:** . . . . . . . . . . . . . . . $419.00



**COMANCHE SUPER SINGLE-SHOT PISTOL**
**Caliber:** 45 LC, .410 Mag. **Barrel:** 10". **Sights:** Adjustable. **Features:** Blue finish, not available for sale in CA, MA. Distributed by SGS Importers International, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $200.00

**MAXIMUM SINGLE-SHOT PISTOL**
**Caliber:** 22 LR, 22 Hornet, 22 BR, 22 PPC, 223 Rem., 22-250, 6mm BR, 6mm PPC, 243, 250 Savage, 6.5mm-35M, 270 MAX, 270 Win., 7mm TCU, 7mm BR, 7mm-35, 7mm INT-R, 7mm-08, 7mm Rocket, 7mm Super-Mag., 30 Herret, 30 Carbine, 30-30, 308 Win., 30x39, 32-20, 350 Rem. Mag., 357 Mag., 357 Maximum, 358 Win., 375 H&H, 44 Mag., 454 Casull. **Barrel:** 8.75", 10.5", 14". **Weight:** 61 oz. (10.5" bbl.); 78 oz. (14" bbl.). **Length:** 15", 18.5" overall (with 10.5" and 14" bbl.,

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000075
EXHIBIT E

# HANDGUNS—Miscellaneous



respectively). **Grips:** Smooth walnut stocks and forend. Also available with 17" finger groove grip. **Sights:** Ramp front, fully adjustable open rear. **Features:** Falling block action; drilled and tapped for M.O.A. scope mounts; integral grip frame/receiver; adjustable trigger; Douglas barrel (interchangeable). Introduced 1983. Made in U.S.A. by M.O.A. Corp.
**Price:** Stainless receiver, blue barrel .......................$839.00
**Price:** Stainless receiver, stainless barrel .................$937.00

**PUMA BOUNTY HUNTER RIFLE**
**Caliber:** .44/40, .44 Mag. and .45 Colt, 6-shot magazine capacity.
**Barrel:** 12". **Weight:** 4.5 lbs. **Length:** 24". **Stock:** Walnut. **Sights:** Fixed sights. **Features:** A piece of 1950's TV nostalgia, the Bounty Hunter is a reproduction of the gun carried by Western character Josh Randall in the series "Wanted: Dead or Alive". The Bounty Hunter is based on a Model 92 rifle, but is considered by Federal Law as a pistol, because it is built from the ground up as a handgun. Manufactured in the U.S.A. by Chiappa Firearms of Dayton, OH, the Bounty Hunter features a 12" barrel and 6 round tubular magazine. At just 24" OAL, the Bounty Hunter makes an ideal pack gun or camp defense pistol. The Bounty Hunter has a teardrop shaped loop lever and is built with the same fit, finish and high grade Italian walnut stocks as our Puma M-92 and M-86 rifles.
**Price:** .45LC, Case Hardened/Blued. .................. **$1,372.00**
**Price:** .44/40, Case Hardened/Blued. .................. **$1,372.00**
**Price:** .44MAG, Case Hardened/Blued .............. **$1,372.00**



**ROSSI MATCHED PAIR PISTOL, "DUAL THREAT PERFORMER"**
**Caliber:** .22LR, .45 Colt and .410 GA. 2.5" shotshells, single shot. **Sights:** Fiber optic front sights, adjustable rear. **Features:** Two-in-one pistol system with sinle-shot simplicity. Removable choke and cushioned grip with a Taurus Security System.
**Price:** ...............................................$336.00



**ROSSI RANCH HAND PISTOL**
**Caliber:** .38/.357, .45 Colt or .44 magnum, 6-shot. **eight:** 4 lbs.
**Length:** 24" overall. **Stock:** Brazilian hardwood. **Sights:** Adjustable buckhorn. **Features:** Matte blue or case hardened finish with

oversized lever loop to accomodate gloved hands. Equipped with classic buckhorn sights for fast target aquisition and a Taurus Security Sytem.
**Price:** ...............................................$615.00

**ROSSI WIZARD PISTOL**
**Caliber:** .243 Win. or .22-.250 Rem with other calibers coming soon, single shot. **Barrel:** 11" **Length:** 20.4" **Features:** Offered in blue finish, additional features include pistol grip with custom grooves for fast handling and comfort, manual safety with "S" mark for visual confirmation, hammer extension, scope rail and the unique onboard Taurus Security System. Pistol offers outstanding and reliable performance in a versatile package. Its ingenious break-open barrel system changes quickly by unscrewing the front swivel with no tools needed.
**Price:** ...............................................N/A



**THOMPSON/CENTER ENCORE PISTOL**
**Caliber:** 22-250, 223, 204 Ruger, 6.8 Rem., 260 Rem., 7mm-08, 243, 308, 270, 30-06, 375 JDJ, 204 Ruger, 44 Mag., 454 Casull, 480 Ruger, 444 Marlin single shot, 450 Marlin with muzzle tamer, no sights. **Barrel:** 12", 15", tapered round. **Weight:** NA. **Length:** 21" overall with 12" barrel. **Grips:** American walnut with finger grooves, walnut forend. **Sights:** Blade on ramp front, adjustable rear, or none. **Features:** Interchangeable barrels; action opens by squeezing the trigger guard; drilled and tapped for scope mounting; blue finish. Announced 1996. Made in U.S.A. by Thompson/Center Arms.
**Price:** ...............................................$761.00

**THOMPSON/CENTER G2 CONTENDER PISTOL**
A second generation Contender pistol maintaining the same barrel interchangeability with older Contender barrels and their corresponding forends (except Herrett forend). The G2 frame will not accept old-style grips due to the change in grip angle. Incorporates an automatic hammer block safety with built-in interlock. Features include trigger adjustable for overtravel, adjustable rear sight; ramp front sight blade, blued steel finish.
**Price:** ...............................................$809.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google

000076
EXHIBIT E

# CENTERFIRE RIFLES—Autoloaders



**ARMALITE M15A2 CARBINE**
Caliber: 223 Rem., 30-round
magazine. Barrel: 16" heavy
chrome lined; 1:9" twist. Weight: 7
lbs. Length: 35-11/16" overall. Stock: Green or black composition.
Sights: Standard A2. Features: Upper and lower receivers have
push-type pivot pin; hard coat anodized; A2-style forward assist;
M16A2-type raised fence around magazine release button. Made in
U.S.A. by ArmaLite, Inc.
Price: Green . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,150.00
Price: Black . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,150.00



**ARMALITE AR-10A4 SPECIAL
PURPOSE RIFLE**
Caliber: 308 Win., 10- and
20-round magazine. Barrel: 20" chrome-lined, 1:11.25" twist. Weight:
9.6 lbs. Length: 41" overall. Stock: Green or black composition.
Sights: Detachable handle, front sight, or scope mount available;
comes with international style flattop receiver with Picatinny rail.
Features: Forged upper receiver with case deflector. Receivers are
hard-coat anodized. Introduced 1995. Made in U.S.A. by ArmaLite,
Inc.
Price: Green . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,557.00
Price: Black . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,557.00

**ARMALITE AR-10A2**
Utilizing the same 20" double-lapped, heavy barrel as the ArmaLite
AR10A4 Special Purpose Rifle. Offered in 308 Win. only. Made in
U.S.A. by ArmaLite, Inc.
Price: AR-10A2 rifle or carbine . . . . . . . . . . . . . . . . . . . . $1,561.00



**ARMALITE AR-10B RIFLE**
Caliber: 308 Win. Barrel: 20"
chrome lined. Weight: 9.5 lbs. Length: 41". Stock: Synthetic. Sights:
Rear sight adjustable for windage, small and large apertures.
Features: Early-style AR-10. Lower and upper receivers made of
forged aircraft alloy. Brown Sudanese-style furniture, elevation scale
window. Charging handle in carry handle. Made in U.S.A. by Armalite.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,699.00

**ARSENAL, INC. SLR-107F**
Caliber: 7.62x39mm. Barrel: 16.25". Weight: 7.3 lbs. Stock: Left-side
folding polymer stock. Sights: Adjustable rear. Features: Stamped
receiver, 24mm flash hider, bayonet lug, accessory lug, stainless
steel heat shield, two-stage trigger. Introduced 2008. Made in U.S.A.
by Arsenal, Inc.
Price: SLR-107FR, includes scope rail . . . . . . . . . . . . . . $1,035.00

**ARSENAL, INC. SLR-107CR**
Caliber: 7.62x39mm. Barrel: 16.25". Weight: 6.9 lbs. Stock: Left-side
folding polymer stock. Sights: Adjustable rear. Features: Stamped
receiver, front sight block/gas block combination, 500-meter rear
sight, cleaning rod, stainless steel heat shield, scope rail, and
removable muzzle attachment. Introduced 2007. Made in U.S.A. by
Arsenal, Inc.
Price: SLR-107CR . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,200.00

**ARSENAL, INC. SLR-106CR**
Caliber: 5.56 NATO. Barrel: 16.25", Steyr chrome-lined barrel, 1:7
twist rate. Weight: 6.9 lbs. Stock: Black polymer folding stock with
cutout for scope rail. Stainless-steel heatshield handguard. Sights:
500-meter rear sight and rear sight block calibrated for 5.56 NATO.

Warsaw Pact scope rail. Features: Uses Arsenal, Bulgaria, Mil-Spec
receiver, two-stage trigger, hammer and disconnector. Polymer
magazines in 5- and 10-round capacity in black and green, with
Arsenal logo. Others are 30-round black waffles, 20- and 30-round
versions in clear/smoke waffle, featuring the "10" in a double-circle
logo of Arsenal, Bulgaria. Ships with 5-round magazine, sling,
cleaning kit in a tube, 16" cleaning rod, oil bottle. Introduced 2007.
Made in U.S.A. by Arsenal, Inc.
Price: SLR-106CR . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,200.00



**AUTO-ORDNANCE 1927A-1
THOMPSON**
Caliber: 45 ACP. Barrel:
16.5". Weight: 13 lbs.
Length: About 41" overall
(Deluxe). Stock: Walnut
stock and vertical forend. Sights: Blade front, open rear adjustable
for windage. Features: Recreation of Thompson Model 1927. Semi-
auto only. Deluxe model has finned barrel, adjustable rear sight and
compensator; Standard model has plain barrel and military sight.
From Auto-Ordnance Corp.
Price: Deluxe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,420.00
Price: Lightweight model (9.5 lbs.) . . . . . . . . . . . . . . . . . $1,145.00

**AUTO-ORDNANCE THOMPSON M1/M1-C**
Similar to the 1927 A-1 except is in the M-1 configuration with side
cocking knob, horizontal forend, smooth unfinned barrel, sling swiv-
els on butt and forend. Matte-black finish. Introduced 1985.
Price: M1 semi-auto carbine . . . . . . . . . . . . . . . . . . . . . $1,334.00
Price: M1-C lightweight semi-auto . . . . . . . . . . . . . . . . . $1,065.00

**AUTO-ORDNANCE 1927 A-1 COMMANDO**
Similar to the 1927 A-1 except has Parkerized finish, black-finish
wood butt, pistol grip, horizontal forend. Comes with black nylon sling.
Introduced 1998. Made in U.S.A. by Auto-Ordnance Corp.
Price: T1-C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,393.00

**AUTO ORDNANCE M1 CARBINE**
Caliber: .30 Carbine (15-shot magazine). Barrel: 18". Weight: 5.4 to 5.8
lbs. Length: 36.5". Stock: Wood or polymer. Sights: Blade front, flip
style rear. A faithful recreation of the military carbine.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$816.00

**BARRETT MODEL 82A-1
SEMI-AUTOMATIC
RIFLE**



Caliber: 50
BMG, 10-shot detachable
box magazine. Barrel:
29". Weight: 28.5 lbs.
Length: 57" overall.
Stock: Composition
with energy-absorbing
recoil pad. Sights: Scope optional. Features: Semi-automatic,
recoil operated with recoiling barrel. Three-lug locking bolt; muzzle
brake. Adjustable bipod. Introduced 1985. Made in U.S.A. by Barrett
Firearms.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $8,900.00



**BENELLI R1 RIFLE**
Caliber: .30-06 (4+1), .300 Win Mag (3+1), .338 Win Mag
(3+1). Weight: 7.1 lbs. Length: 43.75" to 45.75". Stock: Select satin
walnut or synthetic. Sights: None. Features: Auto-regulating gas-

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013  **455**
Digitized by Google
000077
EXHIBIT E

# CENTERFIRE RIFLES—Autoloaders

operated system, three-lug rotary bolt, interchangeable barrels, optional recoil pads. Introduced 2003. Imported from Italy by Benelli USA.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,019.00 to $1,249.00



**BENELLI MR1 RIFLE**
Gas-operated semiauto rifle chambered in 5.56 NATO. Features include 16-inch 1:9 hard chrome-lined barrel, synthetic stock with pistol grip, rotating bolt, military-style aperture sights with picatinny rail. Comes equipped with 5-round detachable magazine but accepts M16 magazines.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1299.00



**BERETTA CX4/PX4 STORM CARBINE**
**Caliber:** 9mm Para., 40 S&W, 45 ACP. **Weight:** 5.75 lbs. **Barrel Length:** 16.6", chrome lined, rate of twist 1:16 (40 S&W) or 1:10 (9mm Para.). **Length:** NA. **Stock:** Black synthetic. **Sights:** NA. **Features:** Introduced 2005. Imported from Italy by Beretta USA.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$900.00



**BROWNING BAR SAFARI AND SAFARI W/BOSS SEMI-AUTO RIFLES**
**Caliber:** Safari: 243 Win., 25-06 Rem., 270 Win., 7mm Rem. Mag., 30-06 Spfl., 308 Win., 300 Win. Mag., 338 Win. Mag. Safari w/ BOSS: 270 Win., 7mm Rem. Mag., 30-06 Spfl., 300 Win. Mag., 338 Win. Mag., plus 270 WSM, 7mm WSM, 300 WSM. **Barrel:** 22-24" round tapered. **Weight:** 7.4-8.2 lbs. **Length:** 43-45" overall. **Stock:** French walnut pistol grip stock and forend, hand checkered. **Sights:** No sights. **Features:** Has new bolt release lever; removable trigger assembly with larger trigger guard; redesigned gas and buffer systems. Detachable 4-round box magazine. Scroll-engraved receiver is tapped for scope mounting. BOSS barrel vibration modulator and muzzle brake system available. Mark II Safari introduced 1993. Imported from Belgium by Browning.
Price: BAR MK II Safari, from . . . . . . . . . . . . . . . . . . . . . . $1,300.00
Price: BAR Safari w/BOSS, from . . . . . . . . . . . . . . . . . . . . $1,500.00



**BROWNING BAR SHORTTRAC/LONGTRAC AUTO RIFLES**
**Caliber:** (ShortTrac models) 270 WSM, 7mm WSM, 300 WSM, 243 Win., 308 Win., 325 WSM; (LongTrac models) 270 Win., 30-06 Spfl., 7mm Rem. Mag., 300 Win. Mag. **Barrel:** 22". **Weight:** 6 lbs. 10 oz. to 7 lbs. 4 oz. **Length:** 41.5" to 44". **Stock:** Satin-finish walnut, pistol-grip, fluted forend. **Sights:** Adj. rear, bead front standard, no sights on BOSS models (optional). **Features:** Designed to handle new WSM chamberings. Gas-operated, blued finish, rotary bolt design (LongTrac models).
Price: BAR ShortTrac, 243 Win., 308 Win. from . . . . . . . . . $1,079.00
Price: BAR ShortTrac Left-Hand, intr. 2007, from . . . . . . . . $1,129.00
Price: BAR ShortTrac Mossy Oak New Break-up
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,249.00 to $1,349.00
Price: BAR LongTrac Left Hand, 270 Win., 30-06 Spfl.,
from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,129.00
Price: BAR LongTrac, from . . . . . . . . . . . . . . . . . . . . . . . . $1,079.00

Price: BAR LongTrac Mossy Oak Break Up, intr. 2007,
from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,249.00
Price: Bar LongTrac, Digital Green camo (2009)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,247.00 to $1,347.00



**BROWNING BAR STALKER AUTO RIFLES**
**Caliber:** 243 Win., 308 Win., 270 Win., 30-06 Spfl., 270 WSM, 7mm WSM, 300 WSM, 300 Win. Mag., 338 Win. Mag. **Barrel:** 20-24". **Weight:** 7.1-7.75 LBS. **Length:** 41-45" overall. **Stock:** Black composite stock and forearm. **Sights:** Hooded front and adjustable rear. **Features:** Gas-operated action with seven-lug rotary bolt; dual action bars; 2-, 3- or 4-shot magazine (depending on cartridge). Introduced 2001. Imported by Browning.
Price: BAR ShortTrac or LongTrac Stalker, from . . . . . . . . . $1,340.00
Price: BAR Lightweight Stalker, from . . . . . . . . . . . . . . . . . $1,230.00

**BUSHMASTER 300 AAC BLACKOUT**
**Caliber:** .300 AAC. New cartridge for AR platform that matches 7.62x39 ballistics. Utilizes regular AR magazines at full capacity. Muzzle brake. Magpul stock and grip.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1471

**BUSHMASTER 308 HUNTER RIFLES**
**Caliber:** .308 Win / 7.62 NATO., 5-round magazine. **Barrel:** 20". **Weight:** 8-1/2 lbs. **Length:** 38-1/4" overall. **Stock:** Standard A2 stock with Hogue® rubberized pistol grip. **Sights:** Two ¾" mini-risers for optics mounting. **Features:** These top quality Bushmaster .308 Rifles were developed for the Hunter who intends to immediately add optics (scope, red dot or holographic sight) to the rifle. The premium 20" heavy fluted profile barrel is chrome lined in both bore and chamber to provide Bushmaster accuracy, durability and maintenance ease.
Price: 308 Hunter. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1518.00
Price: 308 Vista Hunter. . . . . . . . . . . . . . . . . . . . . . . . . . $1,618.00



**BUSHMASTER ACR RIFLES**
**Caliber:** 5.56mm, 6.5mm, 6.8mm., 30-round polymer magazine. **Barrel:** All three calibers are available with 10-1/2", 14-1/2", 16-1/2" and 18" barrels. **Weight:** 14-1/2" bbl 7 lbs.. **Length:** 14-1/5" bbl with stock folded: 25-3/4", with stock deployed (mid) 32-5/8"; 10.5" bbl with stock folded: 21-5/16", with stock deployed (mid): 27-7/8", with stock deployed and extended: 31-3/4". Folding Stock Length of Pull - 3". **Stock:** Fixed high-impact composite A-frame stock with rubber butt pad and sling mounts (ORC & A-TACS®) **Features:** Cold hammer-forged barrels with melonite coating for extreme long life. A2 birdcage-type hider to control muzzle flash and adjustable, two-position, gas piston-driven system for firing suppressed or unsuppressed, supported by hardened internal bearing rails. Tool-less, quick-change barrel system available in 10.5", 14.5" and 16.5" and in multiple calibers. Multi-caliber bolt carrier assembly quickly and easily changes from 223/5.56mm NATO to 6.8mm Rem SPC (spec II chamber) Free-floating MIL-STD 1913 monolithic top rail for optic mounting. Fully ambidextrous controls including magazine release, bolt catch and release, fire selector and non reciprocating charging handle. High-impact composite hand guard with heat shield – accepts rail inserts. High-impact composite lower receiver with textured magazine well and modular grip storage. Fire Control – Semi and Full Auto two-stage standard AR capable of accepting drop-in upgrade. Magazine – Optimized for MagPul PMAG Accepts standard NATO/M-16 magazines.
Price: Basic ORC Configuration . . . . . . . . . . . . . . . . . . . . $2,343.00
Price: A-TACS Basic Configuration . . . . . . . . . . . . . . . . . . $2,540.00

Prices given are believed to be accurate at time of publication however, many factors affect retail prices so exact prices are not possible.

Digitized by Google
000078
EXHIBIT E

# CENTERFIRE RIFLES—Autoloaders

**Price:** Basic Folder Configuration . . . . . . . . . . . . . . . . . . . **$2,490.00**
**Price:** Basic State Compliant Configuration . . . . . . . **$2,343.00**

## BUSHMASTER SUPERLIGHT CARBINES
**Caliber:** 223 Rem., 30-shot magazine. **Barrel:** 16", heavy; 1:9" twist. **Weight:** 6.25 lbs. **Length:** 31.25-34.5" overall. **Stock:** 6-position telestock or Stubby (7.25" length). **Sights:** Fully adjustable M16A2 sight system. **Features:** Adapted from original G.I. pencil-barrel profile. Chrome-lined barrel with manganese phosphate finish. "Shorty" handguards. Has forged aluminum receivers with pushpin. Made in U.S.A. by Bushmaster Firearms, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,250.00**

## BUSHMASTER XM15 E2S DISSIPATOR CARBINE
Similar to the XM15 E2S Shorty carbine except has full-length "Dissipator" handguards. Weighs 7.6 lbs.; 34.75" overall; forged aluminum receivers with push-pin style takedown. Made in U.S.A. by Bushmaster Firearms, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,240.00**

**BUSHMASTER XM15 E2S AK SHORTY CARBINE**
Similar to the XM15 E2S Shorty except has 14.5" barrel with an AK muzzle brake permanently attached giving 16" barrel length. Weighs 7.3 lbs. Introduced 1999. Made in U.S.A. by Bushmaster Firearms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,215.00**

## BUSHMASTER M4 POST-BAN CARBINE
Similar to the XM15 E2S except has 14.5" barrel with Mini Y compensator, and fixed telestock. MR configuration has fixed carry handle.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,190.00**

**BUSHMASTER VARMINTER RIFLE**
**Caliber:** 223 Rem., 5-shot. **Barrel:** 24", 1:9" twist, fluted, heavy, stainless. **Weight:** 8.75 lbs. **Length:** 42.25". **Stock:** Rubberized pistol grip. **Sights:** 1/2" scope risers. **Features:** Gas-operated, semi-auto, two-stage trigger, slotted free floater forend, lockable hard case.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,360.00**
**Price:** Bushmaster Predator: 20" 1:8 barrel, 223 Rem. . . . **$1,245.00**
**Price:** Bushmaster Stainless Varmint Special: Same as Varminter but with 24" stainless barrel . . . . . . . **$1,277.00**

## BUSHMASTER 6.8 SPC CARBINE
**Caliber:** 6.8 SPC, 26-shot mag. **Barrel:** 16" M4 profile. **Weight:** 6.57 lbs. **Length:** 32.75" overall. **Features:** Semi-auto AR-style with Izzy muzzle brake, six-position telestock. Available in A2 (fixed carry handle) or A3 (removable carry handle) configuration.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,500.00**

## BUSHMASTER ORC CARBINE
**Caliber:** 5.56/.223. **Barrel:** 16" M4 profile. **Weight:** 6 lbs. **Length:** 32.5" overall. **Features:** AR-style carbine with chrome-lined barrel, fixed carry handle, receiver-length picatinny optics rail, heavy oval M4-style handguards.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,085.00**

## BUSHMASTER 11.5" BARREL CARBINE
**Caliber:** 5.56/.223, 30-shot magazine. **Barrel:** 11.5". **Weight:** 6.46 lbs. or 6.81 lbs. **Length:** 31.625" overall. **Features:** AR-style carbine with chrome-lined barrel with permanently attached BATF-approved 5.5" flash suppressor, fixed or removable carry handle, optional optics rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,215.00**

## BUSHMASTER HEAVY-BARRELED CARBINE
**Caliber:** 5.56/.223. **Barrel:** 16". **Weight:** 6.93 lbs. to 7.28 lbs. **Length:** 32.5" overall. **Features:** AR-style carbine with chrome-lined heavy profile vanadium steel barrel, fixed or removable carry handle, six-position telestock.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,215.00**

## BUSHMASTER MODULAR CARBINE
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 16". **Weight:** 7.3 lbs. **Length:** 36.25" overall. **Features:** AR-style carbine with chrome-lined chrome-moly vanadium steel barrel, skeleton stock or six-position telestock, clamp-on front sight and detachable flip-up dual aperature rear.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,745.00**

## BUSHMASTER CARBON 15 TOP LOADER RIFLE
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 16" chrome-lined M4 profile. **Weight:** 5.8 lbs. **Length:** 32.75" overall. **Features:** AR-style carbine with standard A2 front sight, dual aperture rear sight, receiver-length optics rail, lightweight carbon fiber receiver, six-position telestock. Will not accept detachable box magazines.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,070.00**

## BUSHMASTER CARBON 15 FLAT-TOP CARBINE
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 16" M4 profile. **Weight:** 5.77 lbs. **Length:** 32.75" overall. **Features:** AR-style carbine Izzy flash suppressor, AR-type front sight, dual aperture flip, lightweight carbon composite receiver with receiver-length optics rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,155.00**
**Price:** Carbon 15 9mm, chambered in 9mm Parabellum . . . **$1,025.00**

## BUSHMASTER 450 RIFLE AND CARBINE
**Caliber:** 450 Bushmaster. **Barrel:** 20" (rifle), 16" (carbine), five-round mag. **Weight:** 8.3 lbs. (rifle), 8.1 lbs. (carbine). **Length:** 39.5" overall (rifle), 35.25" overall (carbine). **Features:** AR-style with chrome-lined chrome-moly barrel, synthetic stock, Izzy muzzle brake.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,350.00**

## BUSHMASTER GAS PISTON RIFLE
**Caliber:** 223, 30-shot mag. **Barrel:** 16". **Weight:** 7.46 lbs. **Length:** 32.5" overall. **Features:** Semi-auto AR-style with telescoping stock, carry handle, piston assembly rather than direct gas impingement.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,795.00**

## BUSHMASTER TARGET RIFLE
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 20" or 24" heavy or standard. **Weight:** 8.43 lbs. to 9.29 lbs. **Length:** 39.5" or 43.5" overall. **Features:** Semi-auto AR-style with chrome-lined or stainless steel 1:9 barrel, fixed or removable carry handle, manganese phosphate finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,195.00**

## BUSHMASTER M4A3 TYPE CARBINE
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 16". **Weight:** 6.22 to 6.7 lbs. **Length:** 31" to 32.5» overall. **Features:** AR-style carbine with chrome-moly vanadium steel barrel, Izzy-type flash-hider, six-position telestock, various sight options, standard or multi-rail handguard, fixed or removable carry handle.
**Price:** Patrolman's Carbine: Standard mil-style sights . . . . **$1,270.00**
**Price:** State Compliance Carbine: Compliant with various state regulations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,270.00**

**CENTURY INTERNATIONAL AES-10 HI-CAP RIFLE**
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 23.2". **Weight:** NA. **Length:** 41.5" overall. **Stock:** Wood grip, forend. **Sights:** Fixed-notch rear, windage-adjustable post front. **Features:** RPK-style, accepts standard double AK-type mags. Side-mounted scope mount, integral carry handle, bipod. Imported by Century Arms Int'l.
**Price:** AES-10, from . . . . . . . . . . . . . . . . . . . . . . **$450.00**

**CENTURY INTERNATIONAL GP WASR-10 HI-CAP RIFLE**
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 16.25", 1:10 right-hand twist. **Weight:** 7.2 lbs. **Length:** 34.25" overall. **Stock:** Wood laminate or composite, grip, forend. **Sights:** Fixed-notch rear, windage-adjustable post front. **Features:** Two 30-rd. detachable

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ♦ **457**
Digitized by Google
000079
EXHIBIT E

# CENTERFIRE RIFLES—Autoloaders

box magazines, cleaning kit, bayonet. Version of AKM rifle; U.S.-parts added for BATFE compliance. Threaded muzzle, folding stock, bayonet lug, compensator, Dragunov stock available. Made in Romania by Cugir Arsenal. Imported by Century Arms Int'l.
Price: GP WASR-10, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$350.00



**CENTURY INTERNATIONAL
WASR-2 HI-CAP RIFLE**
**Caliber:** 5.45x39mm. 30-shot
magazine. **Barrel:** 16.25". **Weight:** 7.5 lbs. **Length:** 34.25" overall. **Stocks:** Wood laminate. **Sights:** Fixed-notch rear, windage-adjustable post front. **Features:** 1 30-rd. detachable box magazine, cleaning kit, sling. WASR-3 HI-CAP chambered in 223 Rem. Imported by Century Arms Int'l.
Price: GP WASR-2/3, from . . . . . . . . . . . . . . . . . . . . . . . . . . .$250.00



**CENTURY INTERNATIONAL
M70AB2 SPORTER RIFLE**
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 16.25". **Weight:** 7.5 lbs.
**Length:** 34.25" overall. **Stocks:** Metal grip, wood forend.
**Sights:** Fixed-notch rear, windage-adjustable post front. **Features:** 2 30-rd. double-stack magazine, cleaning kit, compensator, bayonet lug and bayonet. Paratrooper-style Kalashnikov with under-folding stock. Imported by Century Arms Int'l.
Price: M70AB2, from. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$480.00



**COLT MATCH TARGET
MODEL RIFLE**
**Caliber:** 223 Rem., 5-shot magazine.
**Barrel:** 16.1" or 20". **Weight:** 7.1 to 8.5 lbs. **Length:** 34.5" to 39" overall. **Stock:** Composition stock, grip, forend. **Sights:** Post front, rear adjustable for windage and elevation. **Features:** 5-round detachable box magazine, flash suppressor, sling swivels. Forward bolt assist included. Introduced 1991. Made in U.S.A. by Colt's Mfg. Co., Inc.
Price: Match Target HBAR MT6601 . . . . . . . . . . . . . . . . . . .$1,182.00

**DPMS PANTHER ARMS AR-15 RIFLES**
**Caliber:** .204 Ruger, 6.8x43mm SPC. **Barrel:** 16" to 24". **Weight:** 7.75 to 11.75 lbs. **Length:** 34.5" to 42.25" overall. **Stock:** Black Zytel composite. **Sights:** Square front post, adjustable A2 rear. **Features:** Steel or stainless steel heavy or bull barrel; hardcoat anodized receiver; aluminum free-float tube handguard; many options. From DPMS Panther Arms.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$939.00 to $1,269.00



**DPMS PANTHER ARMS PRAIRIE
PANTHER**
Semiauto AR-style rifle chambered in 5.56 NATO. Features include 20-inch 416 stainless steel heavy 1:8 barrel; phosphated steel bolt; free-floated carbon fiber handguard; flattop upper with Picatinny rail; aluminum lower; two 30-round magazines; skeletonized Zytel stock; finished in King's Desert Shadow camo overall.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,249.00



**DPMS PANTHER ARMS
PANTHER REPR**
Semiauto AR-style rifle chambered in .308 Win./7.62 NATO. Features include 18-inch 416 stainless steel 1:10 barrel; phosphated steel bolt; 4-rail free-floated handguard; no sights; 19-round magazines; Coyote Brown aluminum lower; two camo finish overall.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$2,549.00



**DPMS PANTHER ARMS PANTHER LR308
RIFLES**
Semiauto AR-style rifle chambered in .308 Win./7.62 NATO, .260 Rem., .243 Win., 6.5 Creedmoor, .338 Federal. Features include 16-inch 4140 chrome-moly heavy 1:10 barrel; phosphated steel bolt; 4-rail free-floated handguard; flip-up front and rear sights; aluminum lower; two 19-round magazines; matte black finish overall; Magpul CTR adjustable stock.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$2,549.00

**DSA Z4 GTC CARBINE WITH C.R.O.S.**
**Caliber:** 5.56 NATO. **Barrel:** 16" 1:9 twist M4 profile fluted chrome lined heavy barrel with threaded Vortec flash hider. **Weight:** 7.6 lbs. **Stock:** 6 position collapsible M4 stock, Predator P4X free float tactical rail. **Sights:** Chrome lined Picatinny gas block w/removable front sight. **Features:** The Corrosion Resistant Operating System incorporates the new P.O.F. Gas Trap System with removable gas plug eliminates problematic features of standard AR gas system, Forged 7075T6 DSA lower receiver. Introduced 2006. Made in U.S.A. by DSA, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,800.00

**DSA CQB MRP, STANDARD MRP**
**Caliber:** 5.56 NATO. **Barrel:** 16" or 18" 1:7 twist chrome-lined or stainless steel barrel with A2 flash hider **Stock:** 6 position collapsible M4 stock. **Features:** LMT 1/2" MRP upper receiver with 20.5" Standard quad rail or 16.5" CQB quad rail, LMT-enhanced bolt with dual extractor springs, free float barrel, quick change barrel system, forged 7075T6 DSA lower receiver. EOTech and vertical grip additional. Introduced 2006. Made in U.S.A. by DSA, Inc.
Price: CQB MRP w/16" chrome-lined barrel . . . . . . . . . . .$2,420.00
Price: CQB MRP w/16" stainless steel barrel . . . . . . . . . .$2,540.00
Price: Standard MRP w/16" chrome-lined barrel. . . . . . . . .$2,620.00
Price: Standard MRP w/16" or 18" stainless steel barrel. . . .$2,740.00

**DSA STD CARBINE**
**Caliber:** 5.56 NATO. **Barrel:** 16" 1:9 twist D4 w/A2 flash hider. **Weight:** 6.25 lbs. **Length:** 31". **Stock:** A2 buttstock, D4 handguard w/ heatshield. **Sights:** Forged A2 front sight with lug. **Features:** Forged 7075T6 DSA lower receiver, forged A2 or flattop upper receiver. Introduced 2006. Made in U.S.A. by DSA, Inc.
Price: A2 or Flattop STD Carbine . . . . . . . . . . . . . . . . . . .$1,025.00
Price: With LMT SOPMOD stock . . . . . . . . . . . . . . . . . . . .$1,267.00

**DSA 1R CARBINE**
**Caliber:** 5.56 NATO. **Barrel:** 16" 1:9 twist D4 w/A2 flash hider. **Weight:** 6.25 lbs. **Length:** Variable. **Stock:** 6 position collapsible M4 stock, D4 handguard w/heatshield. **Sights:** Forged A2 front sight with lug. **Features:** Forged 7075T6 DSA lower receiver, forged A2 or flattop upper receiver. Introduced 2006. Made in U.S.A. by DSA, Inc.
Price: A2 or Flattop 1R Carbine . . . . . . . . . . . . . . . . . . . .$1,055.00
Price: With VLTOR ModStock . . . . . . . . . . . . . . . . . . . . . .$1,175.00

**DSA XM CARBINE**
**Caliber:** 5.56 NATO. **Barrel:** 11.5" 1:9 twist D4 with 5.5" permanently

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000080
EXHIBIT E

# CENTERFIRE RIFLES—Autoloaders

attached flash hider. **Weight:** 6.25 lbs. **Length:** Variable. **Stock:** Collapsible, Handguard w/heatshield. **Sights:** Forged A2 front sight with lug. **Features:** Forged 7075T6 DSA lower receiver, forged A2 upper receiver. Introduced 2006. Made in U.S.A. by DSA, Inc.
**Price:** ............................................... **$1,055.00**

**DSA STANDARD**
**Caliber:** 5.56 NATO. **Barrel:** 20" 1:9 twist heavy barrel w/A2 flash hider. **Weight:** 6.25 lbs. **Length:** 38-7/16". **Stock:** A2 buttstock, A2 handguard w/heatshield. **Sights:** Forged A2 front sight with lug. **Features:** Forged 7075T6 DSA lower receiver, forged A2 or flattop upper receiver. Introduced 2006. Made in U.S.A. by DSA, Inc.
**Price:** A2 or Flattop Standard ....................... **$1,025.00**

**DSA DCM RIFLE**
**Caliber:** 223 Wylde Chamber. **Barrel:** 20" 1:8 twist chrome moly match grade Badger Barrel. **Weight:** 10 lbs. **Length:** 39.5". **Stock:** DCM freefloat handguard system, A2 buttstock. **Sights:** Forged A2 front sight with lug. **Features:** NM two stage trigger, NM rear sight, forged 7075T6 DSA lower receiver, forged A2 upper receiver. Introduced 2006. Made in U.S.A. by DSA, Inc.
**Price:** ............................................... **$1,520.00**

**DSA S1**
**Caliber:** 223 Rem. Match Chamber. **Barrel:** 16", 20" or 24" 1:8 twist stainless steel bull barrel. **Weight:** 8.0, 9.5 and 10 lbs. **Length:** 34.25", 38.25" and 42.25". **Stock:** A2 buttstock with free float aluminum handguard. **Sights:** Picatinny gas block sight base. **Features:** Forged 7075T6 DSA lower receiver, Match two stage trigger, forged flattop upper receiver, fluted barrel optional. Introduced 2006. Made in U.S.A. by DSA, Inc.
**Price:** ............................................... **$1,155.00**





**DSA SA58 CONGO, PARA CONGO**
**Caliber:** 308 Win. **Barrel:** 18" w/ short Belgian short flash hider (Congo); 21" (Para Congo). **Weight:** 8.6 lbs. (Congo); 9.85 lbs. (Para Congo). **Length:** 39.75" **Stock:** Synthetic w/military grade furniture (Congo); Synthetic with non-folding steel para stock (Para Congo). **Sights:** Elevation adjustable protected front sight, windage adjustable rear peep (Congo); Belgian type Para Flip Rear (Para Congo). **Features:** Fully-adjustable gas system, high-grade steel upper receiver with carry handle. Made in U.S.A. by DSA, Inc.
**Price:** Congo .......................................... **$1,850.00**
**Price:** Para Congo ..................................... **$2,095.00**



**DSA SA58 GRAY WOLF**
**Caliber:** 308 Win. **Barrel:** 21" match-grade bull w/target crown. **Weight:** 13 lbs. **Length:** 41.75". **Stock:** Synthetic. **Sights:** Elevation-adjustable post front sight, windage-adjustable match rear peep. **Features:** Fully-adjustable gas system, high-grade steel upper receiver, Picatinny scope mount, DuraCoat finish. Made in U.S.A. by DSA, Inc.
**Price:** ............................................... **$2,120.00**

**DSA SA58 PREDATOR**
**Caliber:** 243 Win., 260 Rem., 308 Win. **Barrel:** 16" and 19" w/target crown. **Weight:** 9 to 9.3 lbs. **Length:** 36.25" to 39.25". **Stock:** Green synthetic. **Sights:** Elevation-adjustable post front; windage-adjustable rear peep. **Features:** Fully-adjustable gas system, high-grade steel upper receiver, Picatinny scope mount, DuraCoat solid and camo finishes. Made in U.S.A. by DSA, Inc.

**Price:** 243 Win., 260 Rem. ............................ **$1,695.00**
**Price:** 308 Win. ........................................ **$1,640.00**

**DSA SA58 T48**
**Caliber:** 308 Win. **Barrel:** 21" with Browning long flash hider. **Weight:** 9.3 lbs. **Length:** 44.5". **Stock:** European walnut. **Sights:** Elevation-adjustable post front, windage adjustable rear peep. **Features:** Gas-operated semi-auto with fully adjustable gas system, high grade steel upper receiver with carry handle. DuraCoat finishes. Made in U.S.A. by DSA, Inc.
**Price:** ............................................... **$1,995.00**



**DSA SA58 G1**
**Caliber:** 308 Win. **Barrel:** 21" with quick-detach flash hider. **Weight:** 10.65 lbs. **Length:** 44". **Stock:** Steel bipod cut handguard with hardwood stock and synthetic pistol grip. **Sights:** Elevation-adjustable post front, windage adjustable rear peep. **Features:** Gas-operated semi-auto with fully adjustable gas system, high grade steel upper receiver with carry handle, original GI steel lower receiver with GI bipod. DuraCoat finishes. Made in U.S.A. by DSA, Inc.
**Price:** ............................................... **$1,850.00**



**DSA SA58 STANDARD**
**Caliber:** 308 Win. **Barrel:** 21" bipod cut w/threaded flash hider. **Weight:** 8.75 lbs. **Length:** 43". **Stock:** Synthetic, X-Series or optional folding para stock. **Sights:** Elevation-adjustable post front, windage-adjustable rear peep. **Features:** Fully adjustable short gas system, high grade steel or 416 stainless upper receiver. Made in U.S.A. by DSA, Inc.
**Price:** High-grade steel ................................ **$1,595.00**
**Price:** Folding para stock .............................. **$1,845.00**



**DSA SA58 CARBINE**
**Caliber:** 308 Win. **Barrel:** 16.25" bipod cut w/threaded flash hider. **Weight:** 8.35 lbs. **Length:** 37.5". **Stock:** Synthetic, X-Series or optional folding para stock. **Sights:** Elevation-adjustable post front, windage-adjustable rear peep. **Features:** Fully adjustable short gas system, high grade steel or 416 stainless upper receiver. Made in U.S.A. by DSA, Inc.
**Price:** High-grade steel ................................ **$1,595.00**
**Price:** Stainless steel .................................. **$1,850.00**



**DSA SA58 TACTICAL CARBINE**
**Caliber:** 308 Win. **Barrel:** 16.25" fluted with A2 flash hider. **Weight:** 8.25 lbs. **Length:** 36.5". **Stock:** Synthetic, X-Series or



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION 2013 ♦ 1459

Digitized by Google
000081
EXHIBIT E

# CENTERFIRE RIFLES—Autoloaders

optional folding para stock. Sights: Elevation-adjustable post front, windage-adjustable match rear peep. Features: Shortened fully adjustable short gas system, high grade steel or 416 stainless upper receiver. Made in U.S.A. by DSA, Inc.
Price: High-grade steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,595.00
Price: Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,850.00



## DSA SA58 MEDIUM CONTOUR
Caliber: 308 Win. Barrel: 21" w/ threaded flash hider. Weight: 9.75 lbs. Length: 43" Stock: Synthetic military grade. Sights: Elevation-adjustable post front, windage-adjustable match rear peep. Features: Gas-operated semi-auto with fully adjustable gas system, high grade steel receiver. Made in U.S.A. by DSA, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,595.00



## DSA SA58 BULL BARREL RIFLE
Caliber: 308 Win. Barrel: 21"
Weight: 11.1 lbs. Length: 41.5" Stock: Synthetic, free floating handguard. Sights: Elevation-adjustable windage-adjustable post front, match rear peep. Features: Gas-operated semi-auto with fully adjustable gas system, high grade steel or stainless upper receiver. Made in U.S.A. by DSA, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,745.00
Price: Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,995.00



## DSA SA58 MINI OSW
Caliber: 308 Win.
Barrel: 11" or 13" w/A2 flash hider. Weight: 9 to 9.35 lbs. Length: 32.75" to 35" Stock: Fiberglass reinforced short synthetic handguard, para folding stock and synthetic pistol grip. Sights: Adjustable post front, para rear sight. Features: Semi-auto or select fire with fully adjustable short gas system, optional FAL rail handguard, SureFire Vertical Foregrip System, EOTech HOLOgraphic Sight and ITC cheekrest. Made in U.S.A. by DSA, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,845.00



### EXCEL ARMS ACCELERATOR RIFLES
Caliber: 17 HMR, 22 WMR, 17M2, 22 LR, 9-shot magazine. Barrel: 18" fluted stainless steel bull barrel. Weight: 8 lbs. Length: 32.5" overall. Grips: Textured black polymer. Sights: Fully adjustable target sights. Features: Made from 17-4 stainless steel, aluminum shroud w/Weaver rail, manual safety, firing-pin block, last-round bolt-hold-open feature. Four packages with various equipment available. American made, lifetime warranty. Comes with one 9-round stainless steel magazine and a California-approved cable lock. Introduced 2006. Made in U.S.A. by Excel Arms.
Price: MR-17 17 HMR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $488.00
Price: MR-22 22 WMR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $523.00

## EXCEL ARMS X-5.7R/X-30R RIFLE
Caliber: 5.57x28mm (10 or 25-round), .30 Carbine (10 or 20-round magazine). Barrel: 18" Length: 34 to 38" Available with or without adjustable iron sights. Blow-back action (5.57x28) or

delayed blow-back (.30 Carbine.)
PRICE: . . . . . . . . . . . . . . . . . . . . . . . . . $795.00 to $916.00



## HECKLER & KOCH MODEL MR556A1 RIFLE
Caliber: .223 Remington/5.56 NATO, 10+1 capacity. Barrel: 16.5" Weight: 8.9 lbs. Length: 33.9"-3768" Stock: Black Synthetic Adjustable. Features: Uses the gas piston system found on the HK 416 and G26, which does not introduce propellant gases and carbon fouling into the rifle's interior.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,995.00

## HECKLER & KOCH MODEL MR762A1
Caliber: Similar to Model MR556A1 except chambered for 7.62x51mm/.308 Win. cartridge. Weight: 10 lbs. w/empty magazine. Length: 36 to 39.5" Variety of optional sights are available. Stock has five adjustable positions.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3995



## HECKLER & KOCH USC CARBINE
Caliber: 45 ACP, 10-shot magazine. Barrel: 16" Weight: 8.6 lb. Length: 35.4" overall. Stock: Skeletonized polymer thumbhole. Sights: Blade front with integral hood, fully adjustable diopter. Features: Based on German UMP submachine gun. Blowback operation; almost entirely constructed of carbon fiber-reinforced polymer. Free-floating heavy target barrel. Introduced 2000. From H&K.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,249.00



## HI-POINT 9MM CARBINE
Caliber: 9mm Para., 40 S&W, 10-shot magazine. Barrel: 16.5" (17.5" for 40 S&W). Weight: 4.5 lbs. Length: 31.5" overall. Stock: Black polymer, camouflage. Sights: Protected post front, aperture rear. Integral scope mount. Features: Grip-mounted magazine release. Black or chrome finish. Sling swivels. Available with laser or red dot sights. Introduced 1996. Made in U.S.A. by MKS Supply, Inc.
Price: 995-B (black) . . . . . . . . . . . . . . . . . . . . . . . . . . . . $220.00
Price: 995-CMO (camo) . . . . . . . . . . . . . . . . . . . . . . . . . . $235.00

## LES BAER CUSTOM ULTIMATE AR 223 RIFLES
Caliber: 223. Barrel: 18", 20", 22", 24" Weight: 7.75 to 9.75 lb. Length: NA. Stock: Black synthetic. Sights: None furnished. Features: Forged receiver; Ultra single-stage trigger (Jewell two-stage trigger optional); titanium firing pin; Versa-Pod bipod; chromed National Match carrier; stainless steel, hand-lapped and cryo-treated barrel; guaranteed to shoot



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google
000082
EXHIBIT E

# CENTERFIRE RIFLES—Autoloaders





1/2 or 3/4 MOA, depending on model. Made in U.S.A. by Les Baer Custom Inc.

Price: Super Varmint Model . . . . . . . . . . . . . . . . . . . . . . $2,390.00
Price: Super Match Model (introduced 2006) . . . . . . . . . $2,490.00
Price: M4 Flattop model . . . . . . . . . . . . . . . . . . . . . . . . $2,360.00
Price: Police Special 16" (2008) . . . . . . . . . . . . . . . . . . $1,690.00
Price: IPSC Action Model . . . . . . . . . . . . . . . . . . . . . . . $2,640.00

**LR 300 RIFLES**
Caliber: 5.56 NATO, 30-shot magazine. Barrel: 16.5"; 1:9" twist. Weight: 7.4-7.8 lbs. Length: NA. Stock: Folding. Sights: YHM flip front and rear. Features: Flattop receive, full length top picatinny rail. Phantom flash hider, multi sling mount points, field strips with no tools. Made in U.S.A. from Z-M Weapons.
Price: AXL, AXLT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,139.00
Price: NXL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,208.00

**MERKEL MODEL SR1 SEMI-AUTOMATIC RIFLE**
Caliber: 308 Win., 300 Win Mag. Features: Streamlined profile, checkered walnut stock and forend, 19.7- (308) or 20-8" (300 SM) barrel, two- or five-shot detachable box magazine. Adjustable front and rear iron sights with Weaver-style optics rail included. Imported from Germany by Merkel USA.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,595.00



**OLYMPIC ARMS K9, K10, K40, K45 PISTOL-CALIBER AR15 CARBINES**
Caliber: 9mm Para., 10mm, 40 S&W, 45 ACP; 32/10-shot modified magazines. Barrel: 16" button rifled stainless steel, 1x16 twist rate. Weight: 6.73 lbs. Length: 31.625" overall. Stock: A2 grip, M4 6-point collapsible stock. Features: A2 upper with adjustable rear sight, elevation adjustable front post, bayonet lug, sling swivel, threaded muzzle, flash suppressor, carbine length handguards. Made in U.S.A. by Olympic Arms, Inc.
Price: K9GL, 9mm Para., Glock lower . . . . . . . . . . . . . . . $1,092.00
Price: K10, 10mm, modified 10-round Uzi magazine . . . . . $1,006.20
Price: K40, 40 S&W, modified 10-round Uzi magazine . . . . $1,006.20
Price: K45, 45 ACP, modified 10-round Uzi magazine . . . . . $1,006.20



**OLYMPIC ARMS K3B SERIES AR15 CARBINES**
Caliber: 5.56 NATO, 30-shot magazines. Barrel: 16" button rifled chrome-moly steel, 1x9 twist rate. Weight: 5-7 lbs. Length: 31.75" overall. Stock: A2 grip, M4 6-point collapsible buttstock. Features: A2 upper with adjustable rear sight, elevation adjustable front post, bayonet lug, sling swivel, threaded muzzle, flash suppressor, carbine length handguards. Made in U.S.A. by Olympic Arms, Inc.
Price: K3B base model, A2 upper. . . . . . . . . . . . . . . . . . . . . $815.00
Price: K3B-M4 M4 contoured barrel & handguards . . . . . . $1,038.70
Price: K3B-M4-A3-TC A3 upper, M4 barrel, FIRSH rail handguard. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,246.70
Price: K3B-CAR 11.5" barrel with 5.5" permanent flash suppressor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $968.50
Price: K3B-FAR 16" featherweight contoured barrel . . . . . . $1,006.20



**OLYMPIC ARMS PLINKER PLUS AR15 MODELS**
Caliber: 5.56 NATO, 30-shot magazine. Barrel 16" or 20" button-rifled chrome-moly steel, 1x9 twist. Weight: 7.5-8.5 lbs. Length: 35.5"-39.5" overall. Stock: A2 grip, A2 buttstock with trapdoor. Sights: A1 windage rear, elevation-adjustable front post. Features: A1 upper, fiberlite handguards, bayonet lug, threaded muzzle and flash suppressor. Made in U.S.A. by Olympic Arms, Inc.
Price: Plinker Plus. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $713.70
Price: Plinker Plus 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . $843.70

**OLYMPIC ARMS GAMESTALKER**
Sporting AR-style rifle chambered in .223, .243 and .25 WSSM and .300 OSSM. Features include forged aluminum upper and lower; flat top receiver with Picatinny rail; gas block front sight; 22-inch stainless steel fluted barrel; free-floating slotted tube handguard; camo finish overall; ACE FX skeleton stock.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,359.00

**REMINGTON MODEL R-15 MODULAR REPEATING RIFLE**
Caliber: 223, 450 Bushmaster and 30 Rem. AR, five-shot magazine. Barrel: 18" (carbine), 22", 24". Weight: 6.75 to 7.75 lbs. Length: 36.25" to 42.25". Stock: Camo. Features: AR-style with optics rail, aluminum alloy upper and lower.
Price: R-15 Hunter: 30 Rem. AR, 22" barrel, Realtree AP HD camo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,225.00
Price: R-15 VTR Byron South Edition: 223, 18" barrel, Advantage MAX-1 HD camo . . . . . . . . . . . . . . . . . . $1,772.00
Price: R-15 SS Varmint: Same as Byron South Edition but with 24" stainless steel barrel . . . . . . . . . . . . . . . . $1,412.00
Price: R-15 VTR Thumbhole: Similar to R-15 Hunter but with thumbhole stock . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,412.00
Price: R-15 VYR Predator: 204 Ruger or .223, 22" barrel . . $1,225.00
Price: R-15 Predator Carbine: Similar to above but with 18" barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,225.00

**REMINGTON MODEL R-25 MODULAR REPEATING RIFLE**
Caliber: 243, 7mm-08, 308 Win., four-shot magazine. Barrel: 20" chrome-moly. Weight: 7.75 lbs. Length: 38.25" overall. Features: AR-style semi-auto with single-stage trigger, aluminum alloy upper and lower, Mossy Oak Treestand camo finish overall.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,567.00

**REMINGTON MODEL 750 WOODSMASTER**
Caliber: 243 Win., 270 Win., 308 Win., 30-06 Spfl., 35 Whelen. 4-shot magazine. Barrel: 22" round tapered. Weight: 7.5 lbs. Length: 42.6" overall. Stock: Restyled American walnut forend and stock with machine-cut checkering. Satin finish. Sights: Gold bead front sight on ramp; step rear sight with windage adjustable. Features: Replaced wood-stocked Model 7400 line introduced 1981. Gas action, SuperCell recoil pad. Positive cross-bolt safety. Carbine chambered in 308 Win., 30-06 Spfl., 35 Whelen. Receiver tapped for scope mount. Introduced 2006. Made in U.S.A. by Remington Arms Co.
Price: 750 Woodsmaster. . . . . . . . . . . . . . . . . . . . . . . . $1,004.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000083
EXHIBIT E

# CENTERFIRE RIFLES—Autoloaders

**Price:** 750 Woodsmaster Carbine (18.5" bbl.) . . . . . . . . . . $1,004.00
**Price:** 750 Synthetic stock (2007) . . . . . . . . . . . . . . . . . . . . . $884.00

**ROCK RIVER ARMS STANDARD A2 RIFLE**
**Caliber:** 45 ACP. **Barrel:** NA. **Weight:** 8.2 lbs. **Length:** NA. **Stock:**
Thermoplastic. **Sights:** Standard AR-15 style sights. **Features:**
Two-stage, national match trigger; optional muzzle brake. Pro-Series
Government package includes side-mount sling swivel, chrome-lined
1:9 twist barrel, mil-spec forged lower receiver, Hogue rubber grip, NM
two-stage trigger, 6-position tactical CAR stock, Surefire M73 quad rail
handguard, other features. Made in U.S.A. From Rock River Arms.
**Price:** Standard A2 AR1280 . . . . . . . . . . . . . . . . . . . . . . . . . $945.00
**Price:** Pro-Series Government Package
GOVT1001 (2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,290.00
**Price:** Elite Comp AR1270 (2008) . . . . . . . . . . . . . . . . . . . $1,145.00





**RUGER SR-556**
AR-style semiauto rifle
chambered in 5.56 NATO.
Feature include two-stage
piston; quad rail handguard; Troy Industries sights; black synthetic
fixed or telescoping buttstock; 16.12-inch 1:9 steel barrel with
birdcage; 10- or 30-round detachable box magazine; black matte
finish overall.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,995.00



**RUGER MINI-14 RANCH**
**RIFLE AUTOLOADING RIFLE**
**Caliber:** 223 Rem., 5-shot
detachable box magazine. **Barrel:** 18.5" Rifling twist 1:9". **Weight:**
6.75 to 7 lbs. **Length:** 37.25" overall. **Stock:** American hardwood,
steel reinforced, or synthetic. **Sights:** Protected blade front, fully
adjustable Ghost Ring rear. **Features:** Fixed piston gas-operated,
positive primary extraction. New buffer system, redesigned ejector
system. Ruger S100RM scope rings included on Ranch Rifle. Heavier
barrels added in 2008, 20-round magazine added in 1009.
**Price:** Mini-14/5, Ranch Rifle, blued, scope rings . . . . . . . . . $855.00
**Price:** K-Mini-14/5, Ranch Rifle, stainless, scope rings . . . . . $921.00
**Price:** K-Mini-6.8/5P, All-Weather Ranch Rifle, stainless,
synthetic stock (2008) . . . . . . . . . . . . . . . . . . . . . . . . . $921.00
**Price:** Mini-14 Target Rifle: laminated thumbhole stock,
heavy crowned 22" stainless steel barrel, other
refinements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,066.00
**Price:** Mini-14 ATI Stock: Tactical version of Mini-14 but with
six-position collapsible stock or folding stock, grooved
pistol grip, multiple picatinny optics/accessory rails . . . $872.00
**Price:** Mini-14 Tactical Rifle: Similar to Mini-14 but with 16-21"
barrel with flash hider, black synthetic stock, adjustable
sights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $894.00

**RUGER MINI THIRTY RIFLE**
Similar to the Mini-14 Ranch Rifle except modified to chamber the
7.62x39 Russian service round. **Weight:** 6.75 lbs. Has 6-groove bar-
rel with 1:10" twist, Ruger Integral Scope Mount bases and protected
blade front, fully adjustable Ghost Ring rear. Detachable 5-shot stag-
gered box magazine. Available 2010 with two 30-round magazines.
Stainless w/synthetic stock. Introduced 1987.
**Price:** Stainless, scope rings . . . . . . . . . . . . . . . . . . . . . . . . $921.00

**SABRE DEFENCE SABRE RIFLES**
**Caliber:** 5.56 NATO, 6.5 Grendel, 30-shot magazines. **Barrel:** 20"
410 stainless steel, 1x8 twist rate; or 18" vanadium alloy, chrome-
lined barrel with Sabre Gill-Brake. **Weight:** 6.77 lbs. **Length:**
31.75" overall. **Stock:** SOCOM 3-position stock with Samson M-EX
handguards. **Sights:** Flip-up front and rear sights. **Features:** Fluted
barrel, Harris bipod, and two-stage match trigger, Ergo Grips;
upper and matched lower CNC machined from 7075-T6 forgings.
SOCOM adjustable stock, Samson tactical handguards, M4
contour barrels available in 14.5" and 16" are made of MIL-B-11595
vanadium alloy and chrome lined. Introduced 2002. From Sabre
Defence Industries.
**Price:** 6.5 Grendel, from . . . . . . . . . . . . . . . . . . . . . . . . . . $1,409.00
**Price:** Competition Extreme, 20" barrel, from . . . . . . . . . . . $2,189.00
**Price:** Competition Deluxe, from . . . . . . . . . . . . . . . . . . . . $2,299.00
**Price:** Competition Special, 5.56mm, 18" barrel, from. . . . . $1,899.00
**Price:** SPR Carbine, from . . . . . . . . . . . . . . . . . . . . . . . . . . $2,499.00
**Price:** M4 Tactical, from . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,969.00
**Price:** M4 Carbine, 14.5" barrel, from . . . . . . . . . . . . . . . . $1,399.00
**Price:** M4 Flat-top Carbine, 16" barrel, from . . . . . . . . . . . $1,349.00
**Price:** M5 Flat-Top, 18" barrel, from . . . . . . . . . . . . . . . . . $1,399.00
**Price:** M5 Tactical, 14.5" barrel, from . . . . . . . . . . . . . . . . $2,099.00
**Price:** M5 Carbine, from . . . . . . . . . . . . . . . . . . . . . . . . . . $1,309.00
**Price:** Precision Marksman, 20" barrel, from . . . . . . . . . . . $2,499.00
**Price:** A4 Rifle, 20" barrel, from . . . . . . . . . . . . . . . . . . . . $1,349.00
**Price:** A3 National Match, 20" barrel . . . . . . . . . . . . . . . . . $1,699.00
**Price:** Heavy Bench Target, 24" barrel, from . . . . . . . . . . . $1,889.00
**Price:** Varmint, 20" barrel . . . . . . . . . . . . . . . . . . . . . . . . . $1,709.00

**SIG 556 AUTOLOADING RIFLE**
**Caliber:** 223 Rem., 30-shot detachable box magazine. **Barrel:**
16". Rifling twist 1:9". **Weight:** 6.8 lbs. **Length:** 36.5" overall.
**Stock:** Polymer, folding style. **Sights:** Flip-up front combat sight,
adjustable for windage and elevation. **Features:** Based on SG



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000084
EXHIBIT E

# CENTERFIRE RIFLES—Autoloaders



550 series rifle. Two-position adjustable gas piston operating rod system, accepts standard AR magazines. Polymer forearm, three integrated Picatinny rails, forward mount for right- or left-side sling attachment. Aircraft-grade aluminum alloy trigger housing, hard-coat anodized finish; two-stage trigger, ambidextrous safety, 30-round polymer magazine, battery compartments, pistol-grip rubber-padded watertight adjustable butt stock with sling-attachment points. SIG 556 SWAT model has flat-top Picatinny railed receiver, tactical quad rail. SIG 556 HOLO sight options include front combat sight, flip-up rear sight, and red-dot style holographic sighting system with four illuminated reticle patterns. DMR features a 24" military grade cold hammer-forged heavy contour barrel, 5.56mm



NATO, target crown. Imported by Sig Sauer, Inc.
Price: From . . . . . . . . $1,667.00

**SIG-SAUER SIG516**

**GAS PISTON RIFLE**
AR-style rifle chambered in 5.56 NATO. Features include 14.5-, 16-, 18- or 20-inch chrome-lined barrel; free-floating, aluminum quad rail fore-end with four M1913 Picatinny rails; threaded muzzle with a standard (0.5x28TPI) pattern; aluminum upper and lower receiver is machined; black anodized finish; 30-round magazine; flattop upper; various configurations available.
Price: . . . . . . . . . . . . . . . . . . . $1,262.00 to $1,734.00

**SIG-SAUER SIG716 TACTICAL PATROL RIFLE**
AR-10 type rifle chambered in 7.62 NATO/.308 Winchester. Features include gas-piston operation with 3 round-position (4-position optional) gas valve; 16-, 18- or 20-inch chrome-lined barrel with threaded muzzle and nitride finish; free-floating aluminum quad rail fore-end with four M1913 Picatinny rails; telescroping buttstock; lower receiver is machined from a 7075-T6 Aircraft grade aluminum forging; upper receiver, machined from 7075-T6 aircraft grade aluminum with integral M1913 Picatinny rail.
Price: . . . . . . . . . . . . . . . . . . . $1,866.00 to $2,200.00

**SMITH & WESSON M&P15 RIFLES**
Caliber: 5.56mm NATO/223, 30-shot steel magazine. Barrel: 16", 1:9 Weight: 6.74 lbs., w/o magazine. Length: 32-35" overall. Stock: Black synthetic. Sights: Adjustable post front sight, adjustable dual aperture rear sight. Features: 6-position telescopic stock, thermo-set M4 handguard. 14.75" sight radius. 7-lbs. (approx.) trigger pull. 7075 T6 aluminum upper, 4140 steel barrel. Chromed barrel bore, gas key, bolt carrier. Hard-coat black-anodized receiver and barrel finish. Introduced 2006. Made in U.S.A. by Smith & Wesson.
Price: From . . . . . . . . . . . . . . . . . . . . . . . $1,039.00 to $1,700.00
Price: Sport Model . . . . . . . . . . . . . . . . . . . . . . . . . . . . $739.00

**SMITH & WESSON M&P15-22**
Caliber: .22 LR. (10-round magazine). Barrel: 16". Weight: 5.5 lbs. Length: 30.5 to 33.75". Stock: 6-position adjustable. Sights: Adjustable. Offered in several variations.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $549 to $769

**SMITH & WESSON M&P15-300**
Caliber: .300 Whisper/.300 AAC Blackout. Other specifications the same as 5.56 models.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1119



**SMITH & WESSON MODEL M&P15VTAC VIKING TACTICS MODEL**
Caliber: 223 Remington/5.56 NATO, 30-round magazine. Barrel: 16". Weight: 6.5 lbs. Length: 35" extended, 32" collapsed, overall. Features: Six-position CAR stock. Surefire flash-hider and G2 light with VTAC light mount; VTAC/JP handguard; JP single-stage match trigger and speed hammer; three adjustable picatinny rails; VTAC padded two-point adjustable sling.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,196.00



**SMITH & WESSON M&P15PC CAMO**
Caliber: 223 Rem/5.56 NATO, A2 configuration, 10-round mag. Barrel: 20" stainless with 1:8 twist. Weight: 8.2 lbs. Length: 38.5" overall. Features: AR-style, no sights but integral front and rear optics rails. Two-stage trigger, aluminum lower. Finished in Realtree Advantage Max-1 camo.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,046.00

**SMITH & WESSON M&P15 PISTON RIFLE**
Similar to AR-derived M&P15 but with gas piston. Chambered in 5.56 NATO. Features include adjustable gas port, optional Troy quad mount handguard, chromed bore/gas key/bolt carrier/chamber, 6-position telescoping or MagPul MOE stock, flattop or folding MBUS sights, aluminum receiver, alloy upper and lower, black anodized finish, 30-round magazine, 16-inch barrel with birdcage.
Price  Standard handguard. . . . . . . . . . . . . . . . . . . . . $1,531.00
Price  Troy quad mount handguard . . . . . . . . . . . . . . . . $1,692.00



**SPRINGFIELD ARMORY M1A RIFLE**
Caliber: 7.62mm NATO (308), 5- or 10-shot box magazine. Barrel: 25-1/16" with flash suppressor, 22" without suppressor. Weight: 9.75 lbs. Length: 44.25" overall. Stock: American walnut with walnut-colored heat-resistant fiberglass handguard. Matching walnut handguard available. Also available with fiberglass stock. Sights: Military, square blade front, full click-adjustable aperture rear. Features: Commercial equivalent of the U.S. M-14 service rifle with no provision for automatic firing. From Springfield Armory.
Price: SOCOM 16 . . . . . . . . . . . . . . . . . . . . . . . . . . $1,855.00
Price: SOCOM II, from . . . . . . . . . . . . . . . . . . . . . . . $2,090.00
Price: Scout Squad, from . . . . . . . . . . . . . . . . . . . . . $1,726.00
Price: Standard M1, from . . . . . . . . . . . . . . . . . . . . . $1,608.00
Price: Loaded Standard, from . . . . . . . . . . . . . . . . . . $1,759.00
Price: National Match, from . . . . . . . . . . . . . . . . . . . . $2,249.00
Price: Super Match
(heavy premium barrel) about . . . . . . . . . . . $2,618.00
Price: Tactical, from. . . . . . . . . . . . . . . . . . . . . . . . . . $3,780.00



**STAG ARMS MODEL 3 RIFLE**
Caliber: 5.56 NATO., 30-shot magazine capacity. Barrel: 16". Stock: Six position collapsible stock. Sights: N/A. Features: A short barrel with a chrome lined bore and a 6 position collapsible stock. It uses a gas-operated firing system, so the recoil is delayed until the

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ 1463

Digitized by Google

000085

EXHIBIT E

# CENTERFIRE RIFLES—Autoloaders

round exits the barrel. Although it doesn't have any sights, it does have a Diamondhead Versa Rail System, which allows users to add Picatinny rails to the top, bottom and sides. The Picatinny rail allows for easy mounting of optics and accessories. Features the Diamondhead Versa Rail System; and right and left handed models are available. Perfect for modification, the Stag Arms Model 3 AR 15 is made to mil-spec requirements to give you the most authentic experience possible.

Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $895.00



**STONER SR-15 M-5 RIFLE**
**Caliber:** 223. **Barrel:** 20".
**Weight:** 7.6 lbs. **Length:** 38" overall. **Stock:** Black synthetic.    **Sights:** Post front, fully adjustable rear (300-meter sight). **Features:** Modular weapon system; two-stage trigger. Black finish. Introduced 1998. Made in U.S.A. by Knight's Mfg.

Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,695.00



**STONER SR-25 CARBINE**
**Caliber:** 7.62 NATO, 10-shot steel magazine. **Barrel:** 16" free-floating
**Weight:** 7.75 lbs. **Length:** 35.75" overall. **Stock:** Black synthetic.
**Sights:** Integral Weaver-style rail. Scope rings, iron sights optional.
**Features:** Shortened, non-slip handguard; removable carrying handle. Matte black finish. Introduced 1995. Made in U.S.A. by Knight's Mfg. Co.

Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,345.00

**TAURUS CT G2 CARBINE**
**Caliber:** .40 S&W, 9 mm and .45 ACP, Capacity is 34+1 for 9mm, 15+1 for .40 S&W and 10+1 for .45 ACP. **Barrel:** 16". **Weight:** 134-148 ozs. **Length:** 35.75" overall. **Stock:** Aluminum & Polymer. **Sights:** Adjustable rear sight and fixed front sight. **Features:** Full length Picatinny rail, ambidextrous slide catch, two-position safety/fire selector (semi-auto only...) Made in U.S.A. by Knight's Mfg. Co.

Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$639.00



**WILSON COMBAT TACTICAL RIFLES**
**Caliber:** 5.56mm NATO, accepts all M-16/AR-15 Style Magazines, includes one 20-round magazine. **Barrel:** 16.25", 1:9 twist, match-grade fluted. **Weight:** 6.9 lbs. **Length:** 36.25" overall. **Stock:** Fixed or collapsible. **Features:** Free-float ventilated aluminum quad-rail handguard, Mil-Spec parkerized barrel and steel components, anodized receiver, precision CNC-machined upper and lower receivers, 7075 T6 aluminum forgings. Single stage JP Trigger/Hammer Group, Wilson Combat Tactical Muzzle Brake, nylon tactical rifle case. M-4T version has flat-top receiver for mounting optics, OD green furniture, 16.25" match-grade M-4 style barrel. SS-15 Super Sniper Tactical Rifle has 1-in-8 twist, heavy 20" match-grade fluted stainless steel barrel. Made in U.S.A by Wilson Combat.

Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,225.00 to $2,450.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google
000086
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**ACCU-TEK AT-380 II 380 ACP PISTOL**
**Caliber:** 380 ACP, 6-shot magazine. **Barrel:** 2.8". **Weight:** 23.5 oz. **Length:** 6.125" overall. **Grips:** Textured black composition. **Sights:** Blade front, rear adjustable for windage. **Features:** Made from 17-4 stainless steel, has an exposed hammer, manual firing-pin safety block and trigger disconnect. Magazine release located on the bottom of the grip. American made, lifetime warranty. Comes with two 6-round stainless steel magazines and a California-approved cable lock. Introduced 2006. Made in U.S.A. by Excel Industries.
**Price:** Satin stainless . . . . . . . . . . . . . . . . . . . . . . . . . . $262.00

**AKDAL GHOST TR-01**
**Caliber:** 9x19mm 15-round double stacked magazine. **Barrel:** 4.45". **Weight:** 29.10 oz. **Length:** 7.5" overall. **Grips:** Polymer black polycoat. **Sights:** Fixed, open type with notched rear sight dovetailed into the slide. Adjustable sight also available. **Features:** Compact single action pre-cocked, semiautomatic pistol with short recoil operation and locking breech. It uses modified Browning-type locking, in which barrel engages the slide with single lug, entering the ejection window. Pistol also has no manual safeties; instead, it has automatic trigger and firing pin safeties. The polymer frame features removable backstraps (of different sizes), and an integral accessory Picatinny rail below the barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $499.00

**AKDAL GHOST TR-02**
**Caliber:** 9x19mm 15-round double stacked magazine. **Barrel:** 4.45". **Weight:** 29.10 oz. **Length:** 7.5" overall. **Grips:** Polymer black polycoat. **Sights:** Fixed, open type with notched rear sight dovetailed into the slide. Adjustable sight also available. **Features:** Compact single action pre-cocked, semiautomatic pistol with short recoil operation and locking breech. It uses modified Browning-type locking, in which barrel engages the slide with single lug, entering the ejection window. Pistol also has no manual safeties; instead, it has automatic trigger and firing pin safeties. The polymer frame features removable backstraps (of different sizes), and an integral accessory Picatinny rail below the barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $499.00

**AMERICAN CLASSIC 1911-A1**
1911-style semiauto pistol chambered in .45 ACP. Features include 7+1 capacity, walnut grips, 5-inch barrel, blued or hard-chromed steel frame, checkered wood grips, drift adjustable sights. A .22 LR version is also available.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . $500.00

**AMERICAN CLASSIC COMMANDER**
1911-style semiauto pistol chambered in .45 ACP. Features include 7+1 capacity, checkered mahogany grips, 4.25-inch barrel, blued or hard-chromed steel frame, drift adjustable sights.
**Price:** . . . . . . $550.00

**ARMALITE AR-24 PISTOL**
**Caliber:** 9mm Para., 10- or 15-shot magazine. **Barrel:** 4.671", 6 groove, right-hand cut rifling. **Weight:** 34.9

oz. **Length:** 8.27" overall. **Grips:** Black polymer. **Sights:** Dovetail front, fixed rear, 3-dot luminous design. **Features:** Machined slide, frame and barrel. Serrations on forestrap and backstrap, external thumb safety and internal firing pin box, half cock. Two 15-round magazines, pistol case, pistol lock, manual and cleaning brushes. Manganese phosphate finish. Compact comes with two 13-round magazines, 3.89" barrel, weighs 33.4 oz. Made in U.S.A. by ArmaLite.
**Price:** AR-24 Full Size . . . . . . . . . . . . . . . . . . . . . . . . $550.00
**Price:** AR-24K Compact . . . . . . . . . . . . . . . . . . . . . . . . $550.00

**ARMSCOR/ROCK ISLAND ARMORY 1911A1-45 FS GI**
1911-style semiauto pistol chambered in .45 ACP (8 rounds), 9mm Parabellum, .38 Super (9 rounds). Features include checkered plastic or hardwood grips, 5-inch barrel, parkerized steel frame and slide, drift adjustable sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $500.00

**ARMSCOR/ROCK ISLAND ARMORY 1911A1-45 CS GI**
1911-style Officer's-size semiauto pistol chambered in .45 ACP. Features plain hardwood grips, 3.5-inch barrel, parkerized steel frame and slide, drift adjustable sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $500.00

**ARMSCOR/ROCK ISLAND ARMORY MAP1 & MAPP1 PISTOLS**
**Caliber:** 9mm, 16-round magazine. Browning short recoil action style pistols with: integrated front sight; Snag-free rear sight (police standard); Tanfoglio barrel; Single & double-action trigger; automatic safety on firing pin & manual on rear lever; standard hammer; side extractor; standard or Ambidextrous rear safety; combat slide stop; parkerized finish for nickel steel parts; polymer frame with accessory rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $400.00

**ARMSCOR/ROCK ISLAND ARMORY XT22 PISTOL**
**Caliber:** .22 LR, 15-round magazine std. **Barrel:** 5" **Weight:** 38 oz. The XT-22 is a combat 1911 .22 pistol. Unlike most .22 1911 conversions, this pistol is built as a complete gun. Designed for durability, it is the only .22 1911 with a forged 4140 steel slide and the only .22 1911 with a one piece 4140 chrome moly barrel. Available soon.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . (pre-order) $473.99

**AUTO-ORDNANCE TA5 SEMI-AUTO PISTOL**
**Caliber:** 45 ACP, 30-round stick magazine (standard), 50- or 100-round drum magazine optional. **Barrel:** 10.5", finned. **Weight:** 6.5 lbs. **Length:** 25" overall. **Features:** Semi-auto pistol patterned after Thompson Model 1927 semi-auto carbine. Horizontal vertical foregrip, aluminum receiver, top cocking knob, grooved walnut pistolgrip.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,143.00

**AUTO-ORDNANCE 1911A1 AUTOMATIC PISTOL**
**Caliber:** 45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 39 oz. **Length:** 8.5" overall. **Grips:** Brown checkered plastic with medallion. **Sights:** Blade front, rear drift-adjustable for windage.



**Features:** Same specs as 1911A1 military guns-parts interchangeable. Frame and slide blued; each radius has non-glare finish. Introduced 2002. Made in U.S.A. by Kahr Arms.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ♦ **407**
Digitized by Google

000087
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**Price:** 1911PKZSE Parkerized, plastic grips . . . . . . . . . . . . **$627.00**
**Price:** 1911PKZSEW Parkerized . . . . . . . . . . . . . . . . . . . . . .**$662.00**
**Price:** 1911PKZMA Parkerized, Mass. Compliant (2008) . . . . . **$627.00**

**BAER H.C. 40 AUTO PISTOL**
**Caliber:** 40 S&W, 18-shot magazine. **Barrel:** 5". **Weight:** 37 oz.
**Length:** 8.5" overall. **Grips:** Wood. **Sights:** Low-mount adjustable
rear sight with hidden rear leaf, dovetail front sight. **Features:**
Double-stack Caspian frame, beavertail grip safety, ambidextrous
thumb safety, 40 S&W match barrel with supported chamber, match
stainless steel barrel bushing, lowered and flared ejection port,
extended ejector, match trigger fitted, integral mag well, bead blast
blue finish on lower, polished sides on slide. Introduced 2008. Made
in U.S.A. by Les Baer Custom, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,960.00**

**BAER 1911 BOSS .45**
**Caliber:** .45 ACP, 8+1 capacity. **Barrel:** 5". **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Premium Checkered Cocobolo Grips.
**Sights:** Low-Mount LBC Adj Sight, Red Fiber Optic Front. **Features:** Speed Trgr, Beveled Mag Well, Rounded for Tactical. Rear cocking serrations on the slide, Baer fiber optic front sight (red), flat mainspring housing, checkered at 20 lpi, extended combat safety, Special tactical package, chromed complete lower, blued slide, (2) 8-round premium magazines.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,109.00**

**BAER 1911 CUSTOM CARRY AUTO PISTOL**
**Caliber:** 45 ACP, 7- or 10-shot magazine. **Barrel:** 5". **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered walnut. **Sights:** Baer improved ramp-style dovetailed front, Novak low-mount rear. **Features:** Baer forged NM frame, slide and barrel with stainless bushing. Baer speed trigger with 4-lb. pull. Partial listing shown. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Custom Carry 5", blued . . . . . . . . . . . . . . . . . . . . . **$1,995.00**
**Price:** Custom Carry 5", stainless . . . . . . . . . . . . . . . . . . **$2,120.00**
**Price:** Custom Carry 4" Commanche length, blued . . . . . . **$1,995.00**
**Price:** Custom Carry 4" Commanche length, stainless . . . . **$2,120.00**

**BAER 1911 ULTIMATE RECON PISTOL**
**Caliber:** 45 ACP, 7- or 10-shot magazine. **Barrel:** 5". **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer improved ramp-style dovetailed front, Novak low-mount rear. **Features:** NM Caspian frame, slide and barrel with stainless bushing. Baer speed trigger with 4-lb. pull. Includes integral Picatinny rail and Sure-Fire X-200 light. Made in U.S.A. by Les Baer Custom, Inc. Introduced 2006.
**Price:** Bead blast blued . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,070.00**
**Price:** Bead blast chrome . . . . . . . . . . . . . . . . . . . . . . . . . **$3,390.00**

**BAER 1911 PREMIER II AUTO PISTOL**
**Caliber:** 38 Super, 400 Cor-Bon, 45 ACP, 7- or 10-shot magazine. **Barrel:** 5". **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered rosewood, double diamond pattern. **Sights:** Baer dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:** Baer NM forged steel frame and barrel with stainless bushing, deluxe Commander hammer and sear, beavertail grip safety with pad, extended ambidextrous safety; flat mainspring housing; 30 lpi checkered front strap. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** 5" 45 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,790.00**

**Price:** 5" 400 Cor-Bon . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,890.00**
**Price:** 5" 38 Super . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,070.00**
**Price:** 6" 45 ACP, 400 Cor-Bon, 38 Super, from . . . . . . . . **$1,990.00**
**Price:** Super-Tac, 45 ACP, 400 Cor-Bon, 38 Super, from . . **$2,280.00**

**BAER 1911 S.R.P. PISTOL**
**Caliber:** 45 ACP. **Barrel:** 5". **Weight:** 37 oz. **Length:** 8.5" overall.
**Grips:** Checkered walnut. **Sights:** Trijicon night sights. **Features:**
Similar to the F.B.I. contract gun except uses Baer forged steel frame.
Has Baer match barrel with supported chamber, complete tactical
action. Has Baer Ultra Coat finish. Introduced 1996. Made in U.S.A.
by Les Baer Custom, Inc.
**Price:** Government or Commanche length . . . . . . . . . . . . . **$2,590.00**

**BAER 1911 STINGER PISTOL**
**Caliber:** 45 ACP, 7-round magazine. **Barrel:** 5". **Weight:** 34 oz.
**Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer
dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:**
Baer NM frame. Baer Commanche slide, Officer's style grip frame,
beveled mag well. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,890.00**
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,970.00**

**BAER 1911 PROWLER III PISTOL**
**Caliber:** 45 ACP, 8-round magazine. **Barrel:** 5". **Weight:** 34 oz.
**Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer
dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:**
Similar to Premier II with tapered cone stub weight, rounded corners.
Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,580.00**

**BERETTA 85FS CHEETAH**
**Caliber:** 9x19 15-round double stack magazine. **Barrel:** 4.45". **Weight:** 29.10 oz. **Length:** 7.5" overall. **Grips:** Plastic and Wood. **Sights:** Standard 3-dot system. Notched rear sight is dovetailed to slide. Blade front sight is integral with slide. **Features:** An open slide design that increases the reliability of the firearm. The frame is made from an aluminum alloy that delivers the strength and durability of steel – but with 65% less weight. The automatic firing pin block (FS models) prevents the gun from firing in case of inadvertent drops or strikes against hard surfaces. Available in nickel finish.
**Price:** Standard (black) finish . . . . . . . . . . . . . . . . . . . . . . **$770.00**
**Price:** Nickel finish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$830.00**

**BERETTA MODEL 92FS PISTOL**
**Caliber:** 9mm Para., 10-shot magazine. **Barrel:** 4.9". **Weight:** 34 oz. **Length:** 8.5" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, rear adjustable for windage. Tritium night sights available. **Features:** Double action. Extractor acts as chamber loaded indicator, squared trigger guard, grooved front and backstraps, inertia firing pin. Matte or blued finish. Introduced 1977. Made in U.S.A.
**Price:** With plastic grips . . . . . . . . . . . . . . . . . . . . . . . . . . .**$650.00**

**BERETTA MODEL 80 CHEETAH SERIES DA PISTOLS**
**Caliber:** 380 ACP, 10-shot magazine (M84); 8-shot (M85); 22 LR,
7-shot (M87). **Barrel:** 3.82". **Weight:** About 23 oz. (M84/85); 20.8
oz. (M87). **Length:** 6.8" overall. **Grips:** Glossy black plastic (wood
optional at extra cost). **Sights:** Fixed front, drift-adjustable rear.
**Features:** Double action, quick takedown, convenient magazine
release. Introduced 1977. Made in U.S.A.
**Price:** Model 84 Cheetah, plastic grips . . . . . . . . . . . . . . . .**$650.00**

**BERETTA MODEL 21 BOBCAT PISTOL**
**Caliber:** 22 LR or 25 ACP. Both double action. **Barrel:** 2.4". **Weight:**
11.5 oz.; 11.8 oz. **Length:** 4.9" overall. **Grips:** Plastic. **Features:**
Available in nickel, matte, engraved or blue finish. Introduced in 1985.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000088
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

Price: Bobcat, 22 or 25, blue . . . . . . . . . . . . . . . . . . . . . . . .$335.00
Price: Bobcat, 22, Inox . . . . . . . . . . . . . . . . . . . . . . . . . . .$420.00
Price: Bobcat, 22 or 25, matte . . . . . . . . . . . . . . . . . . . . . . .$335.00

**BERETTA MODEL 3032 TOMCAT PISTOL**
Caliber: 32 ACP, 7-shot magazine. Barrel: 2.45".
Weight: 14.5 oz. Length: 5" overall. Grips: Checkered
black plastic. Sights: Blade front, drift-adjustable rear. Features:
Double action with exposed hammer; tip-up barrel for direct loading/
unloading; thumb safety; polished or matte blue finish.
Made in U.S.A. Introduced 1996.
Price: Matte . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$435.00
Price: Inox . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$555.00

**BERETTA MODEL U22 NEOS**
Caliber: 22 LR, 10-shot magazine. Barrel: 4.5"; 6". Weight: 32 oz.;
36 oz. Length: 8.8"; 10.3". Sights: Target.

Features: Integral rail for
standard scope mounts, light,
perfectly weighted, 100 percent
American made by Beretta.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$250.00
Price: Inox . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$350.00

**BERETTA MODEL PX4 STORM**
Caliber: 9mm Para., 40
S&W. Capacity: 17 (9mm
Para.); 14 (40 S&W). Barrel: 4".
Weight: 27.5 oz. Grips: Black checkered
w/3 interchangeable backstraps. Sights:
3-dot system coated in Superluminova; removable
front and rear sights. Features: DA/SA, manual
safety/hammer decocking lever (ambi) and automatic
firing pin block safety, Picatinny rail. Comes with two
magazines (17/10 in 9mm Para. and 14/10 in 40 S&W).
Removable hammer unit. American made by Beretta.
Introduced 2005.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$600.00
Price: 45 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$650.00

**BERETTA MODEL PX4 STORM SUB-COMPACT**
Caliber: 9mm, 40 S&W.
Capacity: 13 (9mm); 10 (40
S&W). Barrel: 3". Weight:
26.1 oz. Length: 6.2" overall.
Grips: NA. Sights: NA. Features:
Ambidextrous manual safety lever,
interchangeable backstraps included, lock
breech and tilt barrel system, stainless steel barrel,
Picatinny rail.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$600.00

**BERETTA MODEL M9**
Caliber: 9mm
Para. Capacity:
15. Barrel: 4.9".
Weight: 32.2-35.3 oz.
Grips: Plastic. Sights: Dot and post,
low profile, windage adjustable rear.
Features: DA/SA, forged aluminum alloy
frame, delayed locking-bolt system, manual safety
doubles as decocking lever, combat-style trigger guard,
loaded chamber indicator. Comes with two magazines
(15/10). American made by Beretta. Introduced 2005.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$650.00

**BERETTA MODEL M9A1**
Caliber: 9mm Para. Capacity: 15. Barrel: 4.9". Weight: 32.2-35.3 oz.
Grips: Plastic. Sights: Dot and post, low profile, windage adjustable

rear. Features: Same as M9, but also includes integral Mil-Std-1913
Picatinny rail, has checkered frontstrap and backstrap. Comes with
two magazines (15/10). American made by Beretta. Introduced 2005.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$750.00

**BERETTA NANO**
Caliber: 9mm Para. Six-
shot magazine. Barrel: 3.07".
Weight: 17.7 oz. Length: 5.7"
overall. Grips: Polymer. Sights:
3-dot low profile. Features:
Double-action only, striker fired.
Replaceable grip frames.
Price: . . . . . . . . . . . . . . . . . .$475.00

**BERSA THUNDER 45 ULTRA COMPACT PISTOL**
Caliber: 45 ACP. Barrel: 3.6". Weight: 27 oz.
Length: 6.7" overall.
Grips: Anatomically
designed polymer.
Sights: White outline
rear. Features: Double
action; firing pin safeties,
integral locking system. Available in
matte, satin nickel, gold, or duo-tone.
Introduced 2003. Imported from Argentina by
Eagle Imports, Inc.
Price: Thunder 45, matte blue . . . . . . . . . .$402.00
Price: Thunder 45, stainless . . . . . . . . . . . .$480.00
Price: Thunder 45, satin nickel . . . . . . . . . .$445.00

**BERSA THUNDER 380 SERIES PISTOLS**
Caliber: 380 ACP, 7 rounds
Barrel: 3.5". Weight: 23 oz.
Length: 6.6" overall. Features:
Otherwise similar to Thunder 45
Ultra Compact. 380 DLX has 9-round
capacity. 380 Concealed Carry has 8
round capacity. Imported from Argentina by Eagle
Imports, Inc.
Price: Thunder 380 Matte . . . . . . . . . . . . . . .$310.00
Price: Thunder 380 Satin Nickel . . . . . . . . .$336.00
Price: Thunder 380 Blue DLX . . . . . . . . . . .$332.00
Price: Thunder 380 Matte CC (2006) . . . . . . . . . . . . . . . . . . .$315.00

**BERSA THUNDER 9 ULTRA COMPACT/40 SERIES PISTOLS**
Caliber: 9mm Para., 40
S&W. Barrel: 3.5". Weight:
24.5 oz. Length: 6.6" overall.
Features: Otherwise similar to Thunder
45 Ultra Compact. 9mm Para. High
Capacity model has 17-round capacity. 40
High Capacity model has 13-round capacity. Imported
from Argentina by Eagle Imports, Inc.
Price: Thunder 9mm Para, Matte . . . . . . . . .$402.00
Price: Thunder 40 High Capacity Satin Nickel . . . . .$419.00

**BROWNING 1911-22 COMPACT**
Caliber: .22 L.R.,10-round magazine. Barrel: 3.625".
Weight: 15 oz. Length: 6.5" overall. Grips: Brown composite.
Sights: Fixed. Features: Slide is machined aluminum with alloy
frame and matte blue finish. Blowback action and single action
trigger with manual thumb and grip safetys. Works, feels    and
functions just like a full
size 1911. It is simply
scaled down and
chambered in the best of
all practice rounds: 22 LR.
for focus on the fundamentals.
Price: . . . . . . . . . . . . . . . . . . . . . .$600.00

**BROWNING 1911-22 A1**
Caliber: .22 L.R.,10-round magazine. Barrel: 4.25".
Weight: 16 oz. Length: 7.0625" overall. Grips: Brown

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **409**
Digitized by Google

000089
EXHIBIT E


# HANDGUNS—Autoloaders, Service & Sport

composite. **Sights:** Fixed. **Features:** Slide is machined aluminum with alloy frame and matte blue finish. Blowback action and single action trigger with manual thumb and grip safetys. Works, feels and functions just like a full size 1911. It is simply scaled down and chambered in the best of all practice rounds: 22 LR. for focus on the fundamentals
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$600.00**

**BROWNING HI POWER 9MM AUTOMATIC PISTOL**
**Caliber:** 9mm Para., 13-round magazine; 40 S&W, 10-round magazine. **Barrel:** 4-5/8". **Weight:** 32 to 39 oz. **Length:** 7.75" overall. **Metal Finishes:** Blued (Standard); black-epoxy/silver-chrome (Practical); black-epoxy (Mark III). **Grips:** Molded (Mark III); wraparound



Pachmayr (Practical); or walnut grips (Standard). **Sights:** Fixed (Practical, Mark III, Standard); low-mount adjustable rear (Standard). Cable lock supplied. **Features:** External hammer with half-cock and thumb safeties. Fixed rear sight model available. Commander-style (Practical) or spur-type hammer, single action. Includes gun lock. Imported from Belgium by Browning.
**Price:** Mark III . . . . . . . . . . . . . . . . . . . . . . **$979.00**
**Price:** Fixed Sights . . . . . . . . . . . . . . . . . . . . . . . . . . **$999.00**
**Price:** Standard, Adjustable  sights . . . . . . . . . . . . . . . . . . . . **$1150.00**





**BROWNING BUCK MARK PISTOLS**

Currently offered in 15 different variations. **Caliber:** .22 LR with 10-shot magazine. **Barrel:** 4", 5.5" or 7.25". **Weight:** 28 to 39 oz. **LENGTH:** 8", 9.5" or 11.3" **Overall. Grips:** Laminate UDX (black or brown), Rosewood UDX, Composite URX, Cocobolo or Molded Comp, all ambidextrous. URX and UDX have finger grooves. **Sights:** Pro-Target adjustable rear, TRUGLO fiber-optic or ramp front. **Finish:** Matte blued, matte green or matte gray; matte stainless.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$380 to $560

**BUSHMASTER CARBON 15**
**.223 PISTOL**
**Caliber:** 5.56/223, 30-round. **Barrel:** 7.25" stainless steel. **Weight:** 2.88 lbs. **Length:** 20" overall. **Grips:** Pistol grip, Hogue overmolded unit for ergonomic comfort. **Sights:** A2-type front with dual-aperture slip-up rear. **Features:** AR-style semi-auto pistol with carbon composite receiver, shortenend handguard, full-length optics rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . N/A
**Price:** Type 97 pistol, without handguard . . . **$1,055.00**

**CHIAPPA 1911-22**
A faithful replica of the famous John Browning 1911A1 pistol.
**Caliber:** .22 LR. **Barrel:** 5".
**Weight:** 33.5 oz. **Length:** 8.5". **Grips:** Two-piece wood. **Sights:** Fixed. **Features:** Fixed barrel design, 10-shot magazine. Available in black, OD green or tan finish. Target and Tactical models have adjustable sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . **$300 to $419**

**CHIAPPA M9-22 STANDARD**
**Caliber:** .22 LR. **Barrel:** 5". **Weight:** 2.3 lbs. **Length:** 8.5". **Grips:** Black molded plastic or walnut. **Sights:** Fixed front sight and windage adjustable rear sight. **Features:** The M9-9mm has been a U.S. standard-issue service pistol since 1990. Chiappa's M9-22 is a replica of this pistol in 22 LR. The M9-22 has the same weight and feel as its 9mm counterpart but has an affordable 10 shot magazine for the 22 long rifle cartridge which makes it a true rimfire reproduction. Comes standard with steel trigger, hammer assembly and a 1/2-28 threaded barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . .(available soon) $369.00

**CHIAPPA M9-22 TACTICAL**
**Caliber:** .22 LR. **Barrel:** 5" **Weight:** 2.3 lbs. **Length:** 8.5". **Grips:** Black molded plastic. **Sights:** Fixed front sight and Novak style rear sites. **Features:** The M9-22 Tactical model has Novak style rear sites and comes with a fake suppressor (this ups the "cool factor" on the range and extends the barrel to make it even more accurate). It also has a 1/2 x 28 thread adaptor which can be used by those with a legal suppressor.
**Price:** . . . . . . . . . . . . . . . . . . . . . . .(available soon) $419.00

**CHRISTENSEN ARMS 1911 SERIES**
**Caliber:** .45 ACP, .40 S&W, 9mm. **Barrel:** 3.7", 4.3", 5.5". **Features:** All models are built on a titanium frame with hand-fitted slide, match-grade barrel, tritium night sights, G10 Operator grip panels.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,195**

**COBRA ENTERPRISES FS32, FS380 AUTO PISTOL**
**Caliber:** 32 ACP, 380 ACP, 7-shot magazine. **Barrel:** 3.5". **Weight:** 2.1 lbs. **Length:** 6-3/8" overall. **Grips:** Black composition. **Sights:** Fixed. **Features:** Choice of bright chrome, satin nickel or black finish. Introduced 2002. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$165.00**

**COBRA ENTERPRISES PATRIOT 45 PISTOL**
**Caliber:** 45 ACP, 6, 7, or 10-shot magazine. **Barrel:** 3.3". **Weight:** 20 oz. **Length:** 6" overall. **Grips:** Black polymer. **Sights:** Rear adjustable. **Features:** Stainless steel or black melonite slide with load indicator; Semi-auto locked



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000090
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

breech, DAO. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$380.00

**COBRA ENTERPRISES CA32, CA380 PISTOL**
**Caliber:** 32 ACP, 380 ACP. **Barrel:** 2.8". **Weight:** 22 oz. **Length:** 5.4". **Grips:** Black molded synthetic. **Sights:** Fixed. **Features:** Choice of black, satin nickel, or chrome finish. Made in U.S.A. by Cobra Enterprises of Utah, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$157.00

**COLT MODEL 1991 MODEL O AUTO PISTOL**
**Caliber:** 45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 38 oz. **Length:** 8.5" overall. **Grips:** Checkered black composition. **Sights:** Ramped blade front, fixed square notch rear, high profile. **Features:** Matte finish. Continuation of serial number range used on original G.I. 1911A1 guns. Comes with one magazine and molded carrying case. Introduced 1991.
Price: Blue . . . . . . . . . . . . . . . . . . . . . . . .$900.00
Price: Stainless . . . . . . . . . . . . . . . . . . . . .$960.00

**COLT XSE SERIES MODEL O AUTO PISTOLS**
**Caliber:** 45 ACP, 8-shot magazine. **Barrel:** 5". **Grips:** Checkered, double diamond rosewood. **Sights:** Drift-adjustable 3-dot combat. **Features:** Brushed stainless finish; adjustable, two-cut aluminum trigger; extended ambidextrous thumb safety; upswept beavertail with palm swell; elongated slot hammer. Introduced 1999. From Colt's Mfg. Co., Inc.
Price: XSE Government (5" bbl.) . . . . . . . . .$1021.00

**COLT XSE LIGHTWEIGHT COMMANDER AUTO PISTOL**
**Caliber:** 45 ACP, 8-shot. **Barrel:** 4.25". **Weight:** 26 oz. **Length:** 7.75" overall. **Grips:** Double diamond checkered rosewood. **Sights:** Fixed, glare-proofed blade front, square notch rear; 3-dot system. **Features:** Brushed stainless slide, nickeled aluminum frame; McCormick elongated slot enhanced hammer, McCormick two-cut adjustable aluminum hammer. Made in U.S.A. by Colt's Mfg. Co., Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . .$1021.00

**COLT DEFENDER**
**Caliber:** .45 ACP (7-round magazine), 9mm (8-round). **Barrel:** 3". **Weight:** 22-1/2 oz. **Length:** 6.75" overall. **Grips:** Pebble-finish rubber wraparound with finger grooves. **Sights:** White dot front, snag-free Colt competition rear. **Features:** Stainless finish; aluminum frame; combat-style hammer; Hi Ride grip safety, extended manual safety, disconnect safety. Introduced 1998. Made in U.S.A. by Colt's Mfg. Co., Inc.
Price: 07000D, stainless . . . . . . . . . . . . . .$995.00

**COLT SERIES 70**
**Caliber:** 45 ACP. **Barrel:** 5". **Weight:** 37.5 oz. **Length:** 8.5". **Grips:** Rosewood with double diamond checkering pattern. **Sights:** Fixed. **Features:** Custom replica of the Original Series 70 pistol with a Series 70 firing system, original rollmarks. Introduced 2002. Made in U.S.A. by Colt's Mfg. Co., Inc.
Price: Blued . . . . . . . . . . . . . . . . . . . . . .$993.00
Price: Stainless . . . . . . . . . . . . . . . . . . . .$1027.00

**COLT 38 SUPER**
**Caliber:** 38 Super. **Barrel:** 5". **Weight:** 36.5 oz. **Length:** 8.5" **Grips:**

Checkered rubber (stainless and blue models); wood with double diamond checkering pattern (bright stainless model). **Sights:** 3-dot. **Features:** Beveled magazine well, standard thumb safety and service-style grip safety. Introduced 2003. Made in U.S.A. by Colt's Mfg. Co., Inc.
Price: Blued . . . . . . . . . . . . . . . . . . . . . .$906.00
Price: Stainless . . . . . . . . . . . . . . . . . . . .$950.00
Price: Bright Stainless . . . . . . . . . . . . . . .$1,248.00

**COLT MUSTANG POCKETLITE**
**Caliber:** .380 ACP. Six-shot magazine. **Barrel:** 2.75". **Weight:** 12.5 oz. **Length:** 5.5". **Grips:** Black composite. **Finish:** Brushed stainless. **Features:** Thumb safety, firing-pin safety block.
Price: . . . . . . . . . . . . . . . . . . . . . . . . $599

**COLT NEW AGENT**
**Caliber:** 45 ACP (7+1), 9mm (8+1). **Barrel:** 3". **Weight:** 25 oz. **Length:** 6.75" overall. **Grips:** Double diamond slim fit. **Sights:** Snag free trench style. **Features:** Semi-auto pistol with blued finish and enhanced black anodized aluminum receiver. Skeletonized aluminum trigger, series 80 firing system, front strap serrations, beveled magazine well. Also available in a double-action-only version (shown), in .45 ACP only.
Price: . . . . . . . . . . . . . . . . . . . . . . . .$995.00

**COLT RAIL GUN**
**Caliber:** 45 ACP (8+1). **Barrel:** NA. **Weight:** NA. **Length:** NA. **Grips:** Rosewood double diamond. **Sights:** White dot front and Novak rear. **Features:** 1911-style semi-auto. Stainless steel frame and slide, front and rear slide serrations, skeletonized trigger, integral; accessory rail, Smith & Alexander upswept beavertail grip palm swell safety, tactical thumb safety, National Match barrel.
Price: . . . . . . . . . . . . . . . . . . . . . . . .$1087.00

**COLT SPECIAL COMBAT GOVERNMENT CARRY MODEL**
**Caliber:** 45 ACP (8+1), 38 Super (9+1). **Barrel:** 5". **Weight:** NA. **Length:** NA. **Grips:** Black/silver synthetic. **Sights:** Novak front and rear night. **Features:** 1911-style semi-auto. Skeletonized three-hole trigger, slotted hammer, Smith & Alexander upswept beavertail grip palm swell safety and extended magazine well, Wilson tactical ambidextrous safety. Available in blued, hard chrome, or blue/satin nickel finish, depending on chambering.
Price: . . . . . . . . . . . . . . . . . . . . . . . . $1,995.00

**CZ 75 B AUTO PISTOL**
**Caliber:** 9mm Para., 40 S&W, 10-shot magazine. **Barrel:** 4.7". **Weight:** 34.3 oz. **Length:** 8.1" overall. **Grips:** High impact checkered plastic. **Sights:** Square post front, rear adjustable for windage; 3-dot system. **Features:** Single action/double action design; firing pin block safety; choice of black polymer, matte or high-polish blue finishes. All-steel frame. B-SA is a single action with a drop-free magazine. Imported from the Czech Republic by CZ-USA.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ♦ **1411**
Digitized by Google

000091
EXHIBIT E



# HANDGUNS—Autoloaders, Service & Sport

**Price:** 75 B, black polymer, 16-shot magazine . . . . . . . . . . . **$597.00**
**Price:** 75 B, dual-tone or satin nickel . . . . . . . . . . . . . . . . . **$617.00**
**Price:** 40 S&W, black polymer,
    12-shot magazine . . . . . . . . . . . . . . . . . . . . . . . . . . **$615.00**
**Price:** 40 S&W, glossy blue, dual-tone,
    satin nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$669.00**
**Price:** 75 B-SA, 9mm Para./40 S&W
    single action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$609.00**

### CZ 75 BD DECOCKER
Similar to the CZ 75B ex-
cept has a decocking lever
in place of the safety lever.
All other specifications are
the same. Introduced 1999. Imported from
the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer . . . **$609.00**

### CZ 75 B COMPACT AUTO PISTOL
Similar to the CZ 75 B except has 14-shot magazine in
9mm Para., 3.9" barrel and weighs 32 oz. Has removable
front sight, non-glare ribbed slide top. Trigger guard is
squared and serrated; combat hammer. Introduced 1993.
Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer . . . . . . . . . . . . . . **$631.00**
**Price:** 9mm Para., dual tone or satin nickel . . . . . . . . **$651.00**
**Price:** 9mm Para. D PCR Compact, alloy frame . . . . . . **$651.00**

### CZ 75 P-07 DUTY
**Caliber:** 40 S&W, 9mm
Luger (16+1). **Barrel:** 3.8".
**Weight:** 27.2 oz. **Length:**
7.3" overall. **Grips:** Polymer
black polycoat. **Sights:**
Blade front, fixed groove
rear. **Features:** The ergonomics and
accuracy of the CZ 75 with a totally
new trigger system. The new Omega trigger system
simplifies the CZ 75 trigger system, uses fewer parts
and improves the trigger pull. In addition, it allows users
to choose between using the handgun with a decocking
lever (installed) or a manual safety (included) by a
simple parts change. The polymer frame design of the Duty and a
new sleek slide profile (fully machined from bar stock) reduce weight,
making the P-07 Duty a great choice for concealed carry.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$487.00**

### CZ 75 TACTICAL SPORT
Similar to the CZ 75 B except the CZ 75 TS is a competition ready
pistol designed for IPSC standard division (USPSA limited division).
Fixed target sights, tuned single-action operation, lightweight polymer
match trigger with adjustments for take-up and overtravel, competi-
tion hammer, extended magazine catch, ambidextrous manual safety,
checkered walnut grips, polymer magazine well, two tone finish. Intro-
duced 2005. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., 20-shot mag. . . . . . . . . . . . . . . . . . **$1,338.00**
**Price:** 40 S&W, 16-shot mag. . . . . . . . . . . . . . . . . . . . **$1,338.00**

### CZ 75 SP-01 PISTOL
Similar to NATO-approved CZ 75 Compact P-01 model. Features an
integral 1913 accessory rail on the dust cover, rubber grip panels,
black polycoat finish, extended beavertail, new grip geometry with
checkering on front and back straps, and double or single action
operation. Introduced 2005. The Shadow variant designed as an
IPSC "production" division competition firearm. Includes competition
hammer, competition rear sight and fiber-optic front sight, modified
slide release, lighter recoil and main spring for use with "minor power
factor" competition ammunition. Includes polycoat finish and slim
walnut grips. Finished by CZ Custom Shop. Imported from the Czech
Republic by CZ-USA.
**Price:** SP-01 9mm Para., black polymer, 19+1 . . . . . . . . **$850.00**

### CZ 75 SP-01 PHANTOM
Similar to the CZ 75 B. 9mm Luger, 19-round magazine, weighs 26
oz. and features a polymer frame with accessory rail, a forged
steel slide with a weight-saving scalloped profile. Two interchange-
able grip inserts are included to accommodate users with different-
sized hands.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$695.00**

### CZ 85 B/85 COMBAT AUTO PISTOL
Same gun as the CZ
75 except has ambidex-
trous slide release and
safety levers; non-glare, ribbed slide top;
squared, serrated trigger guard; trigger
stop to prevent overtravel. Introduced
1986. The CZ 85 Combat features a fully adjustable
rear sight, extended magazine release, ambidextrous
slide stop and safety catch, drop free magazine and
overtravel adjustment. Imported from the Czech Republic
by CZ-USA.
**Price:** 9mm Para., black polymer . . . . . . . . . **$628.00**
**Price:** Combat, black polymer . . . . . . . . . . . . . . . . . . . **$702.00**
**Price:** Combat, dual-tone, satin nickel . . . . . . . . . . . . . .
    **$732.00**

### CZ 75 KADET AUTO PISTOL
**Caliber:** 22 LR, 10-shot
magazine. **Barrel:**
4.88". **Weight:** 36 oz.
**Grips:** High impact checkered plastic.
**Sights:** Blade front, fully adjustable
rear. **Features:** Single action/double
action mechanism; all-steel construction. Introduced
1999. Kadet conversion kit consists of barrel, slide,
adjustable sights, and magazine to convert the
centerfire 75 to rimfire. Imported from the Czech
Republic by CZ-USA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$689.00**
**Price:** Kadet conversion kit . . . . . . . . . . . . . . . . . . . . . **$412.00**

### CZ 83 DOUBLE-ACTION PISTOL
**Caliber:** 32 ACP, 380 ACP, 12-shot magazine. **Barrel:** 3.8". **Weight:**
26.2 oz. **Length:** 6.8" overall. **Grips:** High impact checkered plastic.
**Sights:** Removable square post front, rear adjustable for windage;
3-dot system. **Features:** Single action/double action; ambidextrous
magazine release and safety. Blue finish; non-glare ribbed slide
top. Imported from the Czech Republic by CZ-USA.
**Price:** Glossy blue, 32 ACP or 380 ACP . . . . . . . . . . . . . . **$495.00**
**Price:** Satin Nickel . . . . . . . . . . . . . . . . . . . . . . . . . **$522.00**

### CZ 97 B AUTO PISTOL
**Caliber:** 45 ACP, 10-
shot magazine. **Barrel:**
4.85". **Weight:** 40 oz.
**Length:** 8.34" overall.
**Grips:** Checkered walnut. **Sights:**
Fixed. **Features:** Single action/double
action; full-length slide rails; screw-in
barrel bushing; linkless barrel; all-steel construction;
chamber loaded indicator; dual transfer bars.
Introduced 1999. Imported from the Czech Republic by
CZ-USA.
**Price:** Black polymer . . . . . . . . . . . . . . . . . . . . . **$779.00**
**Price:** Glossy blue . . . . . . . . . . . . . . . . . . . . . . . **$799.00**

### CZ 97 BD Decocker
Similar to the CZ 97 B except has a decocking lever in place of the
safety lever. Tritium night sights. Rubber grips. All other specifications
are the same. Introduced 1999. Imported from the Czech Republic by
CZ-USA.
**Price:** 9mm Para., black polymer . . . . . . . . . . . . . . . . . . **$874.00**

### CZ 2075 RAMI/RAMI P AUTO PISTOL
**Caliber:** 9mm Para., 40 S&W. **Barrel:** 3". **Weight:** 25 oz. **Length:** 6.5"
overall. **Grips:** Rubber. **Sights:** Blade front with dot, white outline
rear drift adjustable for windage. **Features:** Single-action/double-
action; alloy or polymer frame, steel slide; has laser sight mount.
Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., alloy frame, 10 and 14-shot magazines . . . **$671.00**
**Price:** 40 S&W, alloy frame, 8-shot magazine . . . . . . . . . . . **$671.00**
**Price:** RAMI P, polymer frame, 9mm Para., 40 S&W. . . . . . . . **$612.00**

### CZ P-01 AUTO PISTOL
**Caliber:** 9mm Para., 14-shot magazine. **Barrel:** 3.85". **Weight:** 27 oz.
**Length:** 7.2" overall. **Grips:** Checkered rubber. **Sights:** Blade front

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so actual prices are not possible.

Digitized by Google

000092
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

with dot, white outline rear drift adjustable for windage. **Features:** Based on the CZ 75, except with forged aircraft-grade aluminum alloy frame. Hammer forged barrel, decocker, firing-pin block, M3 rail, dual slide serrations, squared trigger guard, re-contoured trigger, lanyard loop on butt. Serrated front and back strap. Introduced 2006. Imported from the Czech Republic by CZ-USA.
**Price:** CZ P-01
. . . **$672.00**

## DAN WESSON DW RZ-10 AUTO PISTOL
**Caliber:** 10mm, 9-shot.
 **Barrel:** 5".
 **Grips:** Diamond checkered cocobolo.
 **Sights:** Bo-Mar style adjustable target sight.
 **Weight:** 38.3 oz. **Length:** 8.8" overall. **Features:** Stainless-steel frame and serrated slide. Series 70-style 1911, stainless-steel frame, forged stainless-steel slide. Commander-style match hammer. Reintroduced 2005. Made in U.S.A. by Dan Wesson Firearms, distributed by CZ-USA.
**Price:** 10mm, 8+1 . . . . . . . . . . . . . . . . . . . . **$1,350.00**

## DAN WESSON DW RZ-45 HERITAGE
 Similar to the RZ-10 Auto except in 45 ACP with 7-shot magazine. Weighs 36 oz., length is 8.8" overall.
**Price:** 10mm, 8+1 . . . . . . . . . . . . . . . . . . . . **$1,298.00**

## DAN WESSON VALOR 1911 PISTOL
**Caliber:** .45 ACP, 8-shot.
 **Barrel:** 5". **Grips:** Slim Line G10. **Sights:** Heinie ledge straight eight adjustable night sights. **Weight:** 2.4 lbs. **Length:** 8.8" overall. **Features:** The defensive style Valor, is a base stainless 1911 with our matte black "Duty" finish. This finish is a ceramic base coating that has set the standard for all coating tests. Other features include forged stainless frame and match barrel with 25 LPI checkering and undercut trigger guard, adjustable defensive night sites, and Slim line VZ grips. Made in U.S.A. by Dan Wesson Firearms, distributed by CZ-USA.
**Price:** . . . . . . . . . . . . . . . . . **$2,012.00**

## DAN WESSON V-BOB
**Caliber:** 45 ACP 8-shot magazine.
 **Barrel:** 4.25".
 **Weight:** 34 oz.
 **Length:** 8". **Grips:** Slim Line G10.
 **Sights:** Heinie Ledge Straight-Eight Night Sights. **Features:** Black matte or stainless finish. Bobtail forged grip frame with 25 lpi checkering front and rear.
**Price:** . . . . . . . . . . . . . . . . . **$2077**

## DESERT EAGLE MARK XIX PISTOL
**Caliber:** 357 Mag., 9-shot; 44 Mag., 8-shot; 50 AE, 7-shot. **Barrel:** 6", 10", interchangeable. **Weight:** 357 Mag.-62 oz.; 44 Mag.-69 oz.; 50 AE-72 oz. **Length:** 10.25" overall (6" bbl.). **Grips:** Polymer; rubber available. **Sights:** Blade on ramp front, combat-style rear. Adjustable available. **Features:** Interchangeable barrels; rotating three-lug bolt; ambidextrous safety; adjustable trigger. Military epoxy finish. Satin, bright nickel, chrome, brushed, matte or black-oxide finishes available. 10" barrel extra. Imported from Israel by Magnum Research, Inc.
**Price:** Black-6, 6" barrel . . . . . . . . . . . . . . . . . . . . . . . **$1,594.00**
**Price:** Black-10, 10" barrel . . . . . . . . . . . . . . . . . . . . . . **$1,683.00**
**Price:** Component System Package, 3 barrels, carrying case, from . . . . . . . . . . . . . . . . . . . . . . . **$2,910.00**

## DESERT BABY MICRO DESERT EAGLE PISTOL
**Caliber:** 380 ACP, 6-rounds. **Barrel:** 2.22". **Weight:** 14 oz. **Length:** 4.52" overall. **Sights:** NA. **Features:** Small-frame DAO pocket pistol. Steel slide, aluminum alloy frame, nickel-teflon finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$535.00**

## DESERT BABY EAGLE PISTOLS
**Caliber:** 9mm Para., 40 S&W, 45 ACP, 10- or 15-round magazines.
 **Barrel:** 3.64", 3.93", 4.52". **Weight:** 26.8 to 39.8 oz. **Length:** 7.25" to 8.25" overall.
 **Grips:** Polymer. **Sights:** Drift-adjustable rear, blade front. **Features:** Steel frame and slide; slide safety; decocker. Reintroduced in 1999. Imported from Israel by Magnum Research, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$619.00**

## DIAMONDBACK DB380 PISTOL
**Caliber:** .380, 6+1-shot capacity. **Barrel:** 2.8". **Weight:** 8.8 oz. **Features:** A micro-compact .380 automatic pistol made entirely in the USA. Designed with safety in mind, the DB380 features a "ZERO-Energy" striker firing system (patent pending) with a mechanical firing pin block, a steel magazine catch to secure a sheet metal magaine and real windage-adjustable sights, all in a lightweight pistol. A steel trigger with dual connecting bars allows for a crisp smooth, five-pound DAO trigger pull. The DB380 features a FEA (Finite Element Analysis) designed slide and barrel that is stronger than any comparable firearm, resulting in durability with less felt recoil, and the absence of removable pins or tools makes field stripping easier than ever. The slide, barrel, and internal parts are coated to resist corrosion.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **290.00**

## DIAMONDBACK DB9 PISTOL
**Caliber:** 9mm, 6+1-shot capacity. **Barrel:** 3".
 **Weight:** 11 oz. **Length:** 5.60". **Features:** A micro-compact 9mm automatic pistol made entirely in the USA. Designed with safety in mind, the DB9 features a "ZERO-Energy" striker firing system (patent pending) with a mechanical firing pin block, a steel magazine catch to secure a sheet metal magazine and real windage-adjustable sights, all in a lightweight pistol. A steel trigger with dual connecting bars allows for a crisp smooth, five-pound DAO trigger pull. The DB9 features a FEA (Finite Element Analysis) designed slide and barrel that is stronger than any comparable firearm, resulting in durability with less felt recoil, and the absence of removable pins or tools makes field stripping easier than ever. The slide, barrel, and internal parts are coated to resist corrosion.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$365.00**

## EAA WITNESS FULL SIZE AUTO PISTOL
**Caliber:** 9mm Para., 38 Super, 18-shot magazine; 40 S&W, 10mm, 15-shot magazine; 45 ACP, 10-shot magazine. **Barrel:** 4.50". **Weight:** 35.33 oz. **Length:** 8.10" overall. **Grips:** Checkered rubber. **Sights:** Undercut blade front, open rear adjustable for windage. **Features:** Double-action/single-action trigger system; round trigger guard; frame-mounted safety. Introduced 1991. Polymer frame introduced 2005. Imported from Italy by European American Armory.
**Price:** 9mm Para., 38 Super, 10mm, 40 S&W, 45 ACP, full-size steel frame, Wonder finish . . . . . . . . . **$514.00**
**Price:** 45/22 22 LR, full-size steel frame, blued . . . . . . . . . . . **$472.00**
**Price:** 9mm Para., 40 S&W, 45 ACP, full-size polymer frame . . **$472.00**



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

**67TH EDITION, 2013 ◆ 413**
Digitized by Google

000093
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**EAA WITNESS COMPACT
AUTO PISTOL**
Caliber: 9mm Para., 40 S&W,
10mm, 12-shot magazine;
45 ACP, 8-shot magazine.
**Barrel:** 3.6". **Weight:** 30 oz. **Length:**
7.3" overall. Otherwise similar to Full Size
Witness. Polymer frame introduced 2005.
Imported from Italy by European American Armory.
**Price:** 9mm Para., 10mm, 40 S&W, 45 ACP, steel frame,
Wonder finish . . . . . . . . . . . . . . . . . . . . . . . . . **$514.00**
**Price:** 9mm Para., 40 S&W, 45 ACP,
polymer frame . . . . . . . . . . . . . . . . . . . . . . . . . **$472.00**

**EAA WITNESS-P CARRY AUTO PISTOL**
Caliber: 10mm, 15-shot magazine; 45 ACP, 10-shot magazine. **Barrel:**
3.6". **Weight:** 27 oz. **Length:** 7.5" overall. Otherwise similar to Full
Size Witness. Polymer frame introduced 2005. Imported from Italy by
European American Armory.
**Price:** 10mm, 45 ACP, polymer frame, from . . . . . . . . . . . . . .**$598.00**

**EAA ZASTAVA EZ PISTOL**
Caliber: 9mm Para., 15-shot magazine; 40 S&W, 11-shot magazine;
45 ACP, 10-shot magazine. **Barrel:** 3.5" or 4". **Weight:** 30-33 oz.
**Length:** 7.25" to 7.5" overall. **Features:** Ambidextrous decocker, slide
release and magazine release; three dot sight system, aluminum
frame, steel slide, accessory rail, full-length claw extractor, loaded
chamber indicator. M88 compact has 3.6" barrel, weighs 28 oz.
Introduced 2008. Imported by European American Armory.
**Price:** 9mm Para. or 40 S&W, blued . . . . . . . . . . . . . . . . . . . .**$547.00**
**Price:** 9mm Para. or 40 S&W, chromed . . . . . . . . . . . . . . . . . .**$587.00**
**Price:** 45 ACP, chromed . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$587.00**
**Price:** M88, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$292.00**

**ED BROWN CLASSIC CUSTOM**
Caliber: 45 ACP, 7 shot. **Barrel:** 5". **Weight:**
40 oz. **Grips:** Cocobolo wood. **Sights:** Bo-Mar
adjustable rear, dovetail front. **Features:** Single-
action, M1911 style, custom made to order,
stainless frame and slide available. Special mirror-
finished slide.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,495.00**

**ED BROWN KOBRA AND
KOBRA CARRY**
Caliber: 45 ACP, 7-shot
magazine. **Barrel:** 5" (Kobra);
4.25" (Kobra Carry). **Weight:** 39
oz. (Kobra); 34 oz. (Kobra Carry).
**Grips:** Hogue exotic wood. **Sights:**
Ramp, front; fixed Novak low-mount night sights, rear. **Features:** Has
snakeskin pattern serrations on forestrap and mainspring housing,
dehorned edges, beavertail grip safety.
**Price:** Kobra K-SS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,495.00**
**Price:** Kobra Carry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,745.00**

**ED BROWN KOBRA CARRY LIGHTWEIGHT**
Caliber: 45 ACP, 7-shot magazine. **Barrel:** 4.25" (Commander model
slide). **Weight:** 27 oz. **Grips:** Hogue exotic wood. **Sights:** 10-8
Performance U-notch plain black rear sight with .156 notch, for fast
aquisition of close targets. Fixed dovetail front night sight with high
visibility white outlines. **Features:** Aluminium frame and Bobtail™
housing. Matte finished Gen III coated slide for low glare, with
snakeskin on rear of slide only. Snakeskin pattern serrations on
forestrap and mainspring housing, dehorned edges, beavertail grip
safety. "LW" insignia on slide, which stands for "Lightweight".
**Price:** Kobra Carry Lightweight . . . . . . . . . . . . . . . . . . . . . . **$3,120.00**



**Ed Brown Executive Pistols**
Similar to other Ed Brown products, but with 25-lpi
checkered frame and mainspring housing.
**Price:** . . . . . . . . . . . . . . . . . . . **$2,695.00 - $2,945.00**
**Ed Brown Special Forces Pistol**
Similar to other Ed Brown products, but with ChainLink
treatment on
forestrap and
mainspring
housing. Entire
gun coated
with Gen III
finish. "Square cut" serra-
tions on rear of slide only. Dehorned.
Introduced 2006.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,495.00**

**Ed Brown Special Forces Carry Pistol**
Similar to the Special Forces basic models. Features a
4.25" Commander model slide, single stack command-
er Bobtail frame. Weighs approx. 35 oz. Fixed dovetail
3-dot night sights with high visibility white outlines.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,745.00**



**EXCEL ARMS ACCELERATOR
MP-17/MP-22 PISTOLS**
Caliber: 17 HMR, 22 WMR, 9-shot
magazine. **Barrel:** 8.5" bull barrel.
**Weight:** 54 oz. **Length:** 12.875" overall. **Grips:**
Textured black composition. **Sights:** Fully
adjustable target sights. **Features:** Made from 17-4
stainless steel, comes with aluminum rib, integral
Weaver base, internal hammer, firing-pin block.
American made, lifetime warranty. Comes with two
9-round stainless steel magazines and a California-
approved cable lock. 22 WMR Introduced 2006. Made in U.S.A. by
Excel Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$433.00**
**Price:** Camo finishes (2008) . . . . . . . . . . . . . . . . . . . . . . . **$520.00**

**FIRESTORM AUTO PISTOLS**
Caliber: 22 LR, 32 ACP, 10-shot
magazine; 380 ACP, 7-shot
magazine; 9mm Para., 10-shot
magazine; 40
S&W, 10-shot magazine; 45
ACP, 7-shot magazine. **Barrel:**
3.5". **Weight:** From 23 oz. **Length:**
From 6.6" overall. **Grips:** Rubber.
**Sights:** 3-dot. **Features:** Double action.
Distributed by SGS Importers International.
**Price:** 22 LR, matte or duotone, from . . . . . . . **$309.95**
**Price:** 380, matte or duotone,
from. . . . . . . . . . . . . . . . . . . . . . . . **$311.95**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000094
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



**Price:** Mini Firestorm 9mm Para., matte, duotone, nickel, from .......................... $395.00
**Price:** Mini Firestorm 40 S&W, matte, duotone, nickel, from .......................... $395.00
**Price:** Mini Firestorm 45 ACP, matte, duotone, chrome, from .................... $402.00



### FN FNS SERIES
Caliber: 9mm, 17-shot magazine, .40 S&W (14-shot magazine). Barrel: 4". Weight: 25 oz. (9mm), 27.5 oz. (.40). Length: 7.25". Grips: Integral polymer with two interchangeable backstrap inserts. Features: Striker-fired, double action with manual safety, accessory rail, ambidextrous controls, 3-dot Night Sights.
Price: .................................. $600



### FN FNX SERIES
Caliber: 9mm, 17-shot magazine, .40 S&W (14-shot), .45 ACP (10 or 14-shot). Barrel: 4" (9mm and .40), 4.5" .45. Weight: 22 to 32 oz (.45). Length: 7.4, 7.9" (.45). Features: Double-action/single-action operation with decocking/manual safety lever. Has external extractor with loaded-chamber indicator, front and rear cocking serrations, fixed 3-dot combat sights.
Price: .................................. $650

### FN FNX .45 TACTICAL
Similar to standard FNX .45 except with 5.3" barrel with threaded muzzle, polished chamber and feed ramp, enhanced high-profile night sights, slide cut and threaded for red-dot sight (not included), MIL-STD 1913 accessory rail, ring-style hammer.
Price: .................................. $1100

### GIRSAN MC27E PISTOL
Caliber: 9x19mm Parabellum. 15-shot magazine. Barrel: 98.5mm. Weight: 650 gr. (without magazine). Length: 184.5 mm overall. Grips: Black polymer. Sights: Fixed. Features: Cold forged barrel, polymer frame, short recoil operating system and locked breech. Semi-automatic, double action with a right and left safety sytem latch.
Price: .................NA

### GLOCK 17/17C AUTO PISTOL
Caliber: 9mm Para., 17/19/33-shot magazines. Barrel: 4.49". Weight: 22.04 oz. (without magazine). Length: 7.32" overall. Grips: Black polymer. Sights: Dot on front blade, while outline rear adjustable for windage. Features: Polymer frame, steel slide; double-

action trigger with "Safe Action" system; mechanical firing pin safety, drop safety; simple takedown without tools; locked breech, recoil operated action. ILS designation refers to Internal Locking System. Adopted by Austrian armed forces 1983. NATO approved 1984. Imported from Austria by Glock, Inc.
Price: Fixed sight ......................... $690.00

### GLOCK GEN4 SERIES
In 2010 a new series of Generation Four pistols was introduced with several improved features. These included a multiple backstrap system offering three different size options, short, medium or large frame; reversible and enlarged magazine release; dual recoil springs; and RTF (Rough Textured Finish) surface. As of 2012, the following models were available in the Gen4 series: Models 17, 19, 21, 22, 23, 26, 27, 31, 32, 34, 35, 37. Price: Same as standard models
Price: ........................................ N/A



### GLOCK 17 GEN4 25TH ANNIVERSARY LIMITED EDITION
This special gun features an emblem built into the grip signifying the 25 years GLOCK has been in the United States (1986 - 2011). The top of the slide, in front of the rear sight is marked "25 Years of GLOCK Perfection in USA" It comes complete with two magazines, a speed loader, cable lock, cleaning rod and brush, two interchangeable backstraps, a limited edition silver GLOCK case, and a letter of authenticity! Each gun is identified by the special prefix of 25YUSA. Similar to Model G17 but with multiple backstrap system allowing three options: a short frame version, medium frame or large frame; reversible, enlarged magazine release catch; dual recoil spring assembly; new Rough Textured Frame (RTF) surface designed to enhance grip traction.
Price: .................................. $850.00

### GLOCK 19/19C AUTO PISTOL
Caliber: 9mm Para., 15/17/19/33-shot magazines. Barrel: 4.02". Weight: 20.99 oz. (without magazine). Length: 6.85" overall. Compact version of Glock 17. Pricing the same as Model 17. Imported from Austria by Glock, Inc.
Price: Fixed sight ......................... $699.00
Price: 19C Compensated (fixed sight) ............... $675.00

### GLOCK 20/20C 10MM AUTO PISTOL
Caliber: 10mm, 15-shot magazines. Barrel: 4.6". Weight: 27.68 oz. (without magazine). Length: 7.59" overall. Features: Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 1990.
Price: Fixed sight, from .......................... $700.00

### GLOCK MODEL 20 SF SHORT FRAME PISTOL
Caliber: 10mm. Barrel: 4.61" with hexagonal rifling. Weight: 27.51 oz. Length: 8.07" overall. Sights: Fixed. Features: Otherwise similar to Model 20 but with short-frame design, extended sight radius.
Price: .................................. $664.00

### GLOCK 21/21C AUTO PISTOL
Caliber: 45 ACP, 13-shot magazines. Barrel: 4.6". Weight: 26.28 oz. (without magazine). Length: 7.59" overall. Features: Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 1991. SF version has tactical rail, smaller diameter grip, 10-round magazine capacity. Introduced 2007.
Price: Fixed sight, from .......................... $700.00

### GLOCK 22/22C AUTO PISTOL
Caliber: 40 S&W, 15/17-shot magazines. Barrel: 4.49". Weight: 22.92

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ 415
Digitized by Google

000095
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



oz. (without magazine).
**Length:** 7.32" overall.
**Features:** Otherwise
similar to Model 17,
including pricing.
Imported from Austria by
Glock, Inc. Introduced 1990.
**Price:** Fixed sight, from . . . . . .$641.00

### GLOCK 23/23C AUTO PISTOL
**Caliber:** 40 S&W, 13/15/17-shot magazines. **Barrel:** 4.02". **Weight:** 21.16 oz. (without magazine). **Length:** 6.85" overall. **Features:** Otherwise similar to Model 22, including pricing. Compact version of Glock 22. Imported from Austria by Glock, Inc. Introduced 1990.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$641.00
**Price:** 23C Compensated (fixed sight) . . . . . . . . . . . . . . . . .$694.00

### GLOCK 26 AUTO PISTOL
**Caliber:** 9mm Para. 10/12/15/17/19/33-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. **Length:** 6.29" overall. Subcompact version of Glock 17. Pricing the same as Model 17. Imported from Austria by Glock, Inc.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$690.00

### GLOCK 27 AUTO PISTOL
**Caliber:** 40 S&W, 9/11/13/15/17-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. (without magazine). **Length:** 6.29" overall. **Features:** Otherwise similar to Model 22, including pricing. Subcompact version of Glock 22. Imported from Austria by Glock, Inc. Introduced 1996.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$750.00

### GLOCK 29 AUTO PISTOL
**Caliber:** 10mm, 10/15-shot magazines. **Barrel:** 3.78". **Weight:** 24.69 oz. (without magazine). **Length:** 6.77" overall. **Features:** Otherwise similar to Model 20, including pricing. Subcompact version of Glock 20. Imported from Austria by Glock, Inc. Introduced 1997.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$672.00

### GLOCK MODEL 29 SF SHORT FRAME PISTOL
**Caliber:** 10mm. **Barrel:** 3.78" with hexagonal rifling. **Weight:** 24.52 oz. **Length:** 6.97" overall. **Sights:** Fixed. **Features:** Otherwise similar to Model 29 but with short-frame design, extended sight radius.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $660.00

### GLOCK 30 AUTO PISTOL
**Caliber:** 45 ACP, 9/10/13-shot magazines. **Barrel:** 3.78". **Weight:** 23.99 oz. (without magazine). **Length:** 6.77" overall. **Features:** Otherwise similar to Model 21, including pricing. Subcompact version of Glock 21. Imported from Austria by Glock, Inc. Introduced 1997. SF version has tactical rail, octagonal rifled barrel with a 1:15.75 rate of twist, smaller diameter grip, 10-round magazine capacity. Introduced 2008
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$700.00

### GLOCK 31/31C AUTO PISTOL
**Caliber:** 357 Auto, 15/17-shot magazines. **Barrel:** 4.49". **Weight:** 23.28 oz. (without magazine). **Length:** 7.32" overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc.
**Price:** Fixed sight, from . . . . . . . . . . . . . . . . . . . . . . . . . .$641.00

### GLOCK 32/32C AUTO PISTOL
**Caliber:** 357 Auto, 13/15/17-shot magazines. **Barrel:** 4.02". **Weight:** 21.52 oz. (without magazine). **Length:** 6.85" overall. **Features:** Otherwise similar to Model 31. Compact. Imported from Austria by Glock, Inc.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$669.00

### GLOCK 33 AUTO PISTOL
**Caliber:** 357 Auto, 9/11/13/15/17-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. (without magazine). **Length:** 6.29" overall. **Features:** Otherwise similar to Model 31. Subcompact. Imported from Austria by Glock, Inc.
**Price:** Fixed sight, from . . . . . . . . . . . . . . . . . . . . . . . . . .$641.00

### GLOCK 34 AUTO PISTOL
**Caliber:** 9mm Para. 17/19/33-shot magazines. **Barrel:** 5.32". **Weight:** 22.9 oz. **Length:** 8.15" overall. Competition version of Glock 17 with extended barrel, slide, and sight radius dimensions. Imported from Austria by Glock, Inc.
**Price:** Adjustable sight, from . . . . . . . . . . . . . . . . . . . . . . . . .$648.00

### GLOCK 35 AUTO PISTOL
**Caliber:** 40 S&W, 15/17-shot magazines. **Barrel:** 5.32". **Weight:** 24.52 oz. (without magazine). **Length:** 8.15" overall. **Features:** Otherwise similar to Model 22. Competition version of Glock 22 with extended barrel, slide, and sight radius dimensions. Imported from Austria by Glock, Inc. Introduced 1996.
**Price:** Adjustable sight. . . . . . . . . . . . . . . . . . . . .$648.00

### GLOCK 36 AUTO PISTOL
**Caliber:** 45 ACP, 6-shot magazines. **Barrel:** 3.78". **Weight:** 20.11 oz. (without magazine). **Length:** 6.77" overall. **Features:** Single-stack magazine, slimmer grip than Glock 21/30. Subcompact. Imported from Austria by Glock, Inc. Introduced 1997.
**Price:** Adjustable sight . . . . . . . . . . . . . . . . . . . . . . . . . .$616.00

### GLOCK 37 AUTO PISTOL
**Caliber:** 45 GAP, 10-shot magazines. **Barrel:** 4.49". **Weight:** 25.95 oz. (without magazine). **Length:** 7.32" overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 2005.
**Price:** Fixed sight, from . . . . . . . . . . . . . . . . . . . . . . . . . .$562.00

### GLOCK 38 AUTO PISTOL
**Caliber:** 45 GAP, 8/10-shot magazines. **Barrel:** 4.02". **Weight:** 24.16 oz. (without magazine). **Length:** 6.85" overall. **Features:** Otherwise similar to Model 37. Compact. Imported from Austria by Glock, Inc.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$614.00

### GLOCK 39 AUTO PISTOL
**Caliber:** 45 GAP, 6/8/10-shot magazines. **Barrel:** 3.46". **Weight:** 19.33 oz. (without magazine). **Length:** 6.3" overall. **Features:** Otherwise similar to Model 37. Subcompact. Imported from Austria by Glock, Inc.
**Price:** Fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$614.00



### GLOCK MODEL G17/G22/G19/G23 RTF
Similar to Models G17, G22, G19 and G23 but with rough textured frame.
**Price:** . . . . . . . . . . . . . N/A

### HECKLER & KOCH USP AUTO PISTOL
**Caliber:** 9mm Para., 15-shot magazine; 40 S&W, 13-shot magazine; 45 ACP, 12-shot magazine. **Barrel:** 4.25-4.41". **Weight:** 1.65 lbs. **Length:** 7.64-7.87" overall. **Grips:** Non-slip stippled black polymer. **Sights:** Blade front, rear adjustable for windage. **Features:** New HK design with polymer frame, modified Browning action with recoil reduction system, single control lever.



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000096
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

Special "hostile environment" finish on all metal parts. Available in SA/DA, DAO, left- and right-hand versions. Introduced 1993. 45 ACP Introduced 1995. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,033.00**
**Price:** USP 40 and USP 9mm . . . . . . . . . . . . . . . . . . . . . . . . **902.00**

### HECKLER & KOCH USP COMPACT AUTO PISTOL
**Caliber:** 9mm Para., 13-shot magazine; 40 S&W and .357 SIG, 12-shot magazine; 45 ACP, 8-shot magazine. Similar to the USP except the 9mm Para., 357 SIG, and 40 S&W have 3.58" barrels, measure 6.81" overall, and weigh 1.47 lbs. (9mm Para.). Introduced 1996. 45 ACP measures 7.09" overall. Introduced 1998. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Compact 45 . . . . . . . . . . . . . . . . **$1,086.00**
**Price:** USP Compact 9mm Para., 40 S&W . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$941.00**

### HECKLER & KOCH USP45 TACTICAL PISTOL
**Caliber:** 40 S&W, 13-shot magazine; 45 ACP, 12-shot magazine. **Barrel:** 4.90-5.09". **Weight:** 1.9 lbs. **Length:** 8.64" overall. **Grips:** Non-slip stippled polymer. **Sights:** Blade front, fully adjustable target rear. **Features:** Has extended threaded barrel with rubber O-ring; adjustable trigger; extended magazine floorplate; adjustable trigger stop; polymer frame. Introduced 1998. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Tactical 45 . . . . . . . . . . . . . . . **$1,325.00**
**Price:** USP Tactical 40 . . . . . . . . . . . . . . . . . . . . **$1,168.00**

### HECKLER & KOCH USP COMPACT TACTICAL PISTOL
**Caliber:** 45 ACP, 8-shot magazine. Similar to the USP Tactical except measures 7.72" overall, weighs 1.72 lbs. Introduced 2006. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Compact Tactical . . . . . . . . . . . . . . . . . . . . . . **$1,288.00**

### HECKLER & KOCH MARK 23 SPECIAL OPERATIONS PISTOL
**Caliber:** 45 ACP, 12-shot magazine. **Barrel:** 5.87". **Weight:** 2.42 lbs. **Length:** 9.65" overall. **Grips:** Integral with frame; black polymer. **Sights:** Blade front, rear drift adjustable for windage; 3-dot. **Features:** Civilian version of the SOCOM pistol. Polymer frame; double action; exposed hammer; short recoil, modified Browning action. Introduced 1996. Imported from Germany by Heckler & Koch, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,139.00**

### HECKLER & KOCH P30L AND P30LS AUTO PISTOLS
**Caliber:** 9mm x 19 and .40 S&W with 15-shot magazines. **Barrel:** 4.45". **Weight:** 27.52 oz. **Length:** 7.56" overall. **Grips:** Interchangeable panels. **Sights:** Open rectangular notch rear sight with contrast points (no radioactive). **Features:** Like the P30, the P30L was designed as a modern police and security pistol and combines optimal function and safety. Ergonomic features include a special grip frame with interchangeable backstraps inserts and lateral plates, allowing the pistol to be individually adapted to any user. Imported from Germany by Heckler & Koch,

Inc. Browning type action with modified short recoil operation. Ambidextrous controls include dual slide releases, magazine release levers, and a serrated decocking button located on the rear of the frame (for applicable variants). A Picatinny rail molded into the front of the frame makes mounting lights, laser aimers, or other accessories easy and convenient. The extractor serves as a loaded chamber indicator providing a reminder of a loaded chamber that can be subtly seen and felt. The standard P30L is a 9 mm "Variant 3 (V3)" with a conventional double-action/single action trigger mode with a serrated decocking button on the rear of the slide.
**Price:** P30L. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,054.00**
**Price:** P30L Variant 2 Law Enforcement Modification
  (LEM) enhanced DAO. . . . . . . . . . . . . . . . . . . **$1,108.00**
**Price:** P30L Variant 3 Double Action/Single Action
  (DA/SA) with Decocker . . . . . . . . . . . . . . . . . . **$1,108.00**
**Price:** P30LS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,054.00**

### HECKLER & KOCH P2000 AUTO PISTOL
**Caliber:** 9mm Para., 13-shot magazine; 40 S&W and .357 SIG, 12-shot magazine. **Barrel:** 3.62". **Weight:** 1.5 lbs. **Length:** 7" overall. **Grips:** Interchangeable panels. **Sights:** Fixed Patridge style, drift adjustable for windage, standard 3-dot. **Features:** Incorporates features of HK USP Compact pistol, including Law Enforcement Modification (LEM) trigger, double-action hammer system, ambidextrous magazine release, dual slide-release levers, accessory mounting rails, recurved, hook trigger guard, fiber-reinforced polymer frame, modular grip with exchangeable back straps, nitro-carburized finish, lock-out safety device. Introduced 2003. Imported from Germany by Heckler & Koch, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$941.00**
**Price:** P2000 LEM DAO, 357 SIG, Intr. 2006 . . . . . . . . . . . **$941.00**
**Price:** P2000 SA/DA, 357 SIG, Intr. 2006 . . . . . . . . . . . . **$941.00**

### HECKLER & KOCH P2000 SK AUTO PISTOL
**Caliber:** 9mm Para., 10-shot magazine; 40 S&W and .357 SIG, 9-shot magazine. **Barrel:** 3.27". **Weight:** 1.3 lbs. **Length:** 6.42" overall. **Sights:** Fixed Patridge style, drift adjustable. **Features:** Standard accessory rails, ambidextrous slide release, polymer frame, polygonal bore profile. Smaller version of P2000. Introduced 2005. Imported from Germany by Heckler & Koch, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$983.00**

### HI-POINT FIREARMS MODEL 9MM COMPACT PISTOL
**Caliber:** 9mm Para., 8-shot magazine. **Barrel:** 3.5". **Weight:** 25 oz. **Length:** 6.75" overall. **Grips:** Textured plastic. **Sights:** Combat-style adjustable 3-dot system; low profile. **Features:** Single-action design; frame-mounted magazine release; polymer frame. Scratch-resistant matte finish. Introduced 1993. Comps are similar except they have a 4" barrel with muzzle brake/compensator. Compensator is slotted for laser or flashlight mounting. Introduced 1998. Made in U.S.A. by MKS Supply, Inc.
**Price:** C-9 9mm . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$155.00**

### HI-POINT FIREARMS MODEL 380 POLYMER PISTOL
Similar to the 9mm Compact model except chambered for 380 ACP, 8-shot magazine, adjustable 3-dot sights. Weighs 25 oz. Polymer frame. Action locks open after last shot. Includes 10-shot and 8-shot magazine; trigger lock. Introduced 1998. Comps are similar except they have a 4" barrel with muzzle compensator. Introduced 2001. Made in U.S.A. by MKS Supply, Inc.
**Price:** CF-380 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$135.00**

### HI-POINT FIREARMS 40SW/POLY AND 45 AUTO PISTOLS
**Caliber:** 40 S&W, 8-shot magazine; 45 ACP (9-shot). **Barrel:** 4.5". **Weight:** 32 oz. **Length:** 7.72" overall. **Sights:** Adjustable 3-dot. **Features:** Polymer frames, last round lock-open, grip mounted magazine release, magazine disconnect safety, integrated accessory rail, trigger lock. Introduced 2002. Made in U.S.A. by MKS Supply, Inc.
**Price:** 40SW-B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$186.00**
**Price:** 45 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$186.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **1417**
Digitized by Google

000097
EXHIBIT E



# HANDGUNS—Autoloaders, Service & Sport



**HIGH STANDARD VICTOR 22 PISTOL**
Caliber: 22 Long Rifle (10 rounds) or .22
Short (5 rounds). Barrel: 4.5"-5.5". Weight: 45 oz.-
46 oz. Length: 8.5"-9.5" overall. Grips: Freestyle
wood. Sights: Frame mounted, adjustable. Features:
Semi-auto with drilled and tapped barrel, tu-tone or
blued finish.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $845.00

**High Standard 10X Custom 22 Pistol**
Similar to the Victor model but with precision fitting, black wood
grips, 5.5" barrel only. High Standard Universal Mount, 10-shot
magazine, barrel drilled and tapped, certificate of authenticity.
Overall length is 9.5". Weighs 44 oz. to 46 oz. From High Standard
Custom Shop.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,095.00

**HIGH STANDARD SUPERMATIC TROPHY 22 PISTOL**
Caliber: 22 Long Rifle (10 rounds) or .22 Short (5 rounds/Citation
version), not interchangable. Barrel: 5.5", 7.25". Weight: 44 oz., 46
oz. Length: 9.5", 11.25" overall. Grips: Wood. Sights: Adjustable.
Features: Semi-auto with drilled and tapped barrel, tu-tone or blued
finish with gold accents.
Price: 5.5"  . . . . . . . . . . . . . . . . . . . . . . . . . . . $845.00

**High Standard Olympic Military 22 Pistol**
Similar to the Supermatic Trophy model but in 22 Short only with 5.5"
bull barrel, five-round magazine, aluminum alloy frame, adjustable
sights. Overall length is 9.5", weighs 42 oz.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $875.00

**High Standard Supermatic Citation Series 22 Pistol**
Similar to the Supermatic Trophy model but with heavier trigger pull,
10" barrel, and nickel accents. 22 Short conversion unit available.
Overall length 14.5", weighs 52 oz.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $895.00

**HIGH STANDARD SUPERMATIC TOURNAMENT 22 PISTOL**
Caliber: 22 LR.
Barrel: 5.5" bull
barrel. Weight:
44 oz. Length:
9.5" overall. Features: Limited edition;
similar to High Standard Victor model but
with rear sight mounted directly to slide.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $835.00

**HIGH STANDARD SPORT KING 22 PISTOL**

Caliber: 22
LR. Barrel:
4.5" or
6.75" tapered barrel. Weight: 40 oz. to
42 oz. Length: 8.5" to 10.75". Features:
Sport version of High Standard Supermatic.
Two-tone finish, fixed sights.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $725.00

**HI-STANDARD SPACE GUN**

Semiauto
pistol
chambered
in .22 LR.
Recreation of famed competition "Space
Gun" from 1960s. Features include 6.75- 8- or
10-inch barrel; 10-round magazine; adjustable
sights; barrel weight; adjustable muzzle brake; blue-black
finish with gold highlights.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . $1095.00

**KAHR CM SERIES**
Caliber: 9mm (6+1), .40 S&W
(6+1).
Barrel: 3". Weight: 15.9 oz.
Length: 5.42" overall. Grips:
Textured polymer with integral
steel rails molded into frame. Sights:
CM9093 - Pinned in polymer sight;
PM9093 - Drift adjustable, white bar-dot
combat. Features: A conventional rifled barrel instead
of the match grade polygonal barrel on Kahr's PM
series; the CM slide stop lever is MIM (metal-injection-
molded) instead of machined; the CM series slide has
fewer machining operations and uses simple engraved markings
instead of roll marking and finally the CM series are shipped with one
magazine instead of two.
The CM9 slide is only .90 inch wide and machined from solid 416
stainless slide with a matte finish, each gun is shipped with one 6
rd stainless steel magazine with a flush baseplate. Magazines are
USA made, plasma welded, tumbled to remove burrs and feature
Wolff Gunsprings. The magazine catch in the polymer frame is all
metal and will not wear out on the stainless steel magazine after
extended use.

Price: CM9093 . . . . . . . . . . . . . . . . . . . . . . . . . . . $565.00
Price: PM9093 Match Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . $786.00

**KAHR K SERIES AUTO
PISTOLS**
Caliber: K9: 9mm Para.,
7-shot; K40: 40 S&W,
6-shot magazine.
Barrel: 3.5". Weight:
25 oz. Length: 6" overall. Grips:
Wraparound textured soft polymer.
Sights: Blade front, rear drift adjustable
for windage; bar-dot combat style. Features:
Trigger-cocking double-action mechanism with
passive firing pin block. Made of 4140 ordnance steel
with matte black finish. Contact maker for complete
price list. Introduced 1994. Made in U.S.A. by Kahr
Arms.
Price: K9093C K9, matte stainless steel . . . . . $855.00
Price: K9093NC K9, matte stainless steel w/tritium
  night sights . . . . . . . . . . . . . . . . . . . . . . . . . . . $985.00
Price: K9094C K9 matte blackened stainless steel . . . . . . . . $891.00
Price: K9098 K9 Elite 2003, stainless steel . . . . . . . . . . . . . . . $932.00
Price: K4043 K40, matte stainless steel . . . . . . . . . . . . . . . $855.00
Price: K4043N K40, matte stainless steel w/tritium
  night sights . . . . . . . . . . . . . . . . . . . . . . . . . . . $985.00
Price: K4044 K40, matte blackened stainless steel . . . . . . . . $891.00
Price: K4048 K40 Elite 2003,      stainless steel . . . . . . . . . . . . . .
  $932.00

**Kahr MK Series Micro
Pistols**
Similar to the K9/K40
except is 5.35" overall, 4"
high, with a 3.08" barrel.
Weighs 23.1 oz. Has snag-free
bar-dot sights, polished feed ramp,
dual recoil spring system, DA-only
trigger. Comes with 5-round flush baseplate
and 6-shot grip extension magazine. Introduced 1998.
Made in U.S.A. by Kahr Arms.
Price: M9093 MK9, matte stainless steel . . . . . . . . $855.00
Price: M9093N MK9, matte stainless steel, tritium
  night sights . . . . . . . . . . . . . . . . . . . . . . . . . . . $958.00
Price: M9098 MK9 Elite 2003, stainless steel . . . . . . . . . . . $932.00
Price: M4043 MK40, matte stainless steel . . . . . . . . $855.00
Price: M4043N MK40, matte stainless steel, tritium
  night sights . . . . . . . . . . . . . . . . . . . . . . . . . . . $958.00
Price: M4048 MK40 Elite 2003, stainless steel . . . . . . . . . . . $932.00

**KAHR P SERIES PISTOLS**
Caliber: 380 ACP, 9x19, 40 S&W, 45 ACP. Similar to K9/K40 steel
frame pistol except has polymer frame, matte stainless steel slide.
Barrel length 3.5"; overall length 5.8"; weighs 17 oz. Includes two

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by  Google

000098
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



7-shot magazines, hard polymer case, trigger lock. Introduced 2000. Made in U.S.A. by Kahr Arms.

**Price:** KP9093 9mm Para. . . . . . . . . . . . . . . . . . . . . . . . . . . $739.00
**Price:** KP4043 40 S&W . . . . . . . . . . . . . . . . . . . . . . . . . . . . $739.00
**Price:** KP4543 45 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . $805.00
**Price:** KP3833 380 ACP (2008) . . . . . . . . . . . . . . . . . . . . . $649.00

**KAHR PM SERIES PISTOLS**
Caliber: 9x19, 40 S&W, 45 ACP. Similar to P-Series pistols except has smaller polymer frame (Polymer Micro). Barrel length 3.08"; overall length 5.35"; weighs 17 oz. Includes two 7-shot magazines, hard polymer case, trigger lock. Introduced 2000. Made in U.S.A. by Kahr Arms.
**Price:** PM9093 PM9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
$786.00
**Price:** PM4043 PM40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
$786.00
**Price:** PM4543 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
$855.00

**KAHR T SERIES PISTOLS**
Caliber: T9: 9mm Para., 8-shot magazine; T40: 40 S&W, 7-shot magazine. Barrel: 4". Weight: 28.1-29.1 oz. Length: 6.5" overall. Grips: Checkered Hogue Pau Ferro wood grips. Sights: Rear: Novak low profile 2-dot tritium night sight, front tritium night sight. Features: Similar to other Kahr makes, but with longer slide and barrel upper, longer butt. Trigger cocking DAO; lock breech; "Browning"-type" recoil lug; passive striker block; no magazine disconnect. Comes with two magazines. Introduced 2004. Made in U.S.A. by Kahr Arms.
**Price:** KT9093 T9 matte stainless steel . . . . . . $831.00
**Price:** KT9093-NOVAK T9, "Tactical 9," Novak night sight . . . . $968.00
**Price:** KT4043 40 S&W . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $831.00

**KAHR TP SERIES PISTOLS**
Caliber: TP9: 9mm Para., 7-shot magazine; TP40: 40 S&W, 6-shot magazine. Barrel: 4". Weight: 19.1-20.1 oz. Length: 6.5-6.7" overall. Grips: Textured polymer. Similar to T-series guns, but with polymer frame, matte stainless slide. Comes with two magazines. TP40s introduced 2006. Made in U.S.A. by Kahr Arms.
**Price:** TP9093 TP9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $697.00
**Price:** TP9093-Novak TP9 (Novak night sights) . . . . . . . . . . . . . $838.00
**Price:** TP4043 TP40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $697.00
**Price:** TP4043-Novak (Novak night sights) . . . $838.00
**Price:** TP4543 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $697.00
**Price:** TP4543-Novak (4.04 barrel, Novak night sights) . . . . . $838.00

**KAHR CW SERIES PISTOL**
Caliber: 9mm Para., 7-shot magazine; 40 S&W and 45 ACP, 6-shot magazine. Barrel: 3.5-3.64". Weight: 17.7-18.7 oz. Length: 5.9-6.36" overall. Grips: Textured polymer. Similar to P-Series, but CW Series have conventional rifling, metal-injection-molded slide stop lever, no front dovetail cut, one magazine. CW40 introduced 2006. Made in U.S.A. by Kahr Arms.
**Price:** CW9093 CW9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $549.00
**Price:** CW4043 CW40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $549.00

**Price:** CW4543 45 ACP (2008) . . . . . . . . . . $606.00

**KAHR P380**
Very small double action only semiauto pistol chambered in .380 ACP. Features include 2.5-inch Lothar Walther barrel; black polymer frame with stainless steel slide; drift adjustable white bar/dot combat/sights; optional tritium sights; two 6+1 magazines. Overall length 4.9 inches, weight 10 oz. without magazine.
**Price:** Standard sights . . . . . . . . . . . . . . . . . . $649.00

**KEL-TEC P-11 AUTO PISTOL**
Caliber: 9mm Para., 10-shot magazine. Barrel: 3.1". Weight: 14 oz. Length: 5.6" overall. Grips: Checkered black polymer. Sights: Blade front, rear adjustable for windage. Features: Ordnance steel slide, aluminum frame. Double-action-only trigger mechanism. Introduced 1995. Made in U.S.A. by Kel-Tec CNC Industries, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $333.00

**KEL-TEC PF-9 PISTOL**
Caliber: 9mm Para.; 7 rounds. Weight: 12.7 oz. Sights: Rear sight adjustable for windage and elevation. Barrel Length: 3.1". Length: 5.85". Features: Barrel, locking system, slide stop, assembly pin, front sight, recoil springs and guide rod adapted from P-11. Trigger system with integral hammer block and the extraction system adapted from P-3AT. MIL-STD-1913 Picatinny rail. Made in U.S.A. by Kel-Tec CNC Industries, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $333.00

**KEL-TEC P-32 AUTO PISTOL**
Caliber: 32 ACP, 7-shot magazine. Barrel: 2.68". Weight: 6.6 oz. Length: 5.07" overall. Grips: Checkered composite. Sights: Fixed. Features: Double-action-only mechanism with 6-lb. pull; internal slide stop. Textured composite grip/frame. Now available in 380 ACP. Made in U.S.A. by Kel-Tec CNC Industries, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $318.00

**KEL-TEC P-3AT PISTOL**
Caliber: 380 ACP; 7-rounds. Weight: 7.2 oz. Length: 5.2". Features: Lightest 380 ACP made; aluminum frame, steel slide.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $324.00

**KEL-TEC PLR-16 PISTOL**
Caliber: 5.56mm NATO; 10-round magazine. Weight: 51 oz. Sights: Rear sight adjustable for windage, front sight is M-16 blade. Barrel Length: 9.2". Length: 18.5". Features: Muzzle is threaded 1/2"-28 to accept standard attachments such as a muzzle brake. Except for the barrel, bolt, sights, and mechanism, the PLR-16 pistol is made of high-impact glass fiber reinforced polymer. Gas-operated semi-auto. Conventional gas-piston operation with M-16 breech locking system. MIL-STD-1913 Picatinny rail. Made in U.S.A. by Kel-Tec CNC Industries, Inc.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $665.00

**Kel-Tec PLR-22 Pistol**
Semi-auto pistol chambered in 22 LR; based on centerfire PLR-16 by same maker. Blowback action, 26-round magazine. Open sights

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

000099
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

and picatinny rail for mounting accessories; threaded muzzle. Overall length is 18.5", weighs 40 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$390.00

**KEL-TEC PMR-30** Caliber: .22 Magnum (.22WMR) 30-rounds. Barrel: 4.3". Weight: 13.6 oz. Length: 7.9" overall. Grips: Glass reinforced Nylon (Zytel). Sights: Dovetailed aluminum with front & rear fiber optics. Features: Operates on a unique hybrid blowback/locked-breech system. It uses a double stack magazine of a new design that holds 30 rounds and fits completely in the grip of the pistol. Dual opposing extractors for reliability, heel magazine release to aid in magazine retention, Picatinny accessory rail under the barrel, Urethane recoil buffer, captive coaxial recoil springs. The barrel is fluted for light weight and effective heat dissipation. PMR30 disassembles for cleaning by removal of a single pin.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$415.00

**KIMBER MICRO CDP II .380**
Caliber: .380 ACP (6-shot magazine). Barrel: 3". Weight: 17 oz. Grips: Double diamond rosewood. Mini 1911-style single action with no grip safety.
**Price:** . . . . . . . . . . . . . . $1100

**KIMBER AEGIS II**
Caliber: 9mm (9-shot magazine, 8-shot (Ultra model). Barrel: 3", 4" or 5". Weight: 25 to 38 oz. Grips: Scale-textured zebra wood. Sights: Tactical wedge 3-dot green night sights. Features: Made in the Kimber Custom Shop. Two-tone satin silver/matte black finish. Service Melt treatment that rounds and blends edges. Available in three frame sizes: Custom (shown), Pro and Ultra.
**Price:** . . . . . . . . . . . . . . . . . . . . . . $1299

**KIMBER COVERT II**
Caliber: .45 ACP (7-shot magazine). Barrel: 3", 4" or 5". Weight: 25 to 31 oz. Grips: Crimson Trace laser with camo finish. Sights: Tactical wedge 3-dot night sights. Features: Made in the Kimber Custom Shop. Desert tan frame and matte black slide finishes. Available in three frame sizes: Custom, Pro (shown) and Ultra.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . $1617

**KIMBER CUSTOM II AUTO PISTOL**
Caliber: 45 ACP. Barrel: 5". Weight: 38 oz. Length: 8.7" overall. Grips: Checkered black rubber, walnut, rosewood. Sights: Dovetailed front and rear, Kimber low profile adj. or fixed sights. Features: Slide, frame and barrel machined from steel or stainless steel. Match grade barrel, chamber and trigger group. Extended thumb safety, beveled magazine well, beveled front and rear slide serrations, high ride beavertail grip safety, checkered flat mainspring housing, kidney cut under trigger guard, high cut grip, match grade stainless steel barrel bushing, polished breech face, Commander-style hammer, lowered and flared ejection port, Wolff springs, bead blasted black oxide or matte stainless finish. Introduced in 1996. Made in U.S.A. by Kimber Mfg., Inc.
**Price: Custom II** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$828.00
**Price: Custom II Walnut** (double-diamond walnut grips) . . . . .$872.00

**Kimber Stainless II Auto Pistols**
Similar to Custom II except has stainless steel frame. 9mm Para. chambering and 45 ACP with night sights introduced 2008. Also chambered in 38 Super. Target version also chambered in 10mm.
**Price: Stainless II 45 ACP** . . . . . . . . . . . . . . . . . . . . . . . . . .$864.00
**Price: Stainless II 9mm Para. (2008)** . . . . . . . . . . . . . . . . . .$899.00

**Price: Stainless II 45 ACP w/night sights (2008)** . . . . . . . . .$1,092.00
**Price: Stainless II Target 45 ACP** (stainless, adj. sight) . . . . .$942.00

**Kimber Pro Carry II Auto Pistol**
Similar to Custom II, has aluminum frame, 4" bull barrel fitted directly to the slide without bushing. Introduced 1998. Made in U.S.A. by Kimber Mfg., Inc.
**Price: Pro Carry II, 45 ACP** . . . . . . . . .$888.00
**Price: Pro Carry II, 9mm** . . . . . . . . . . . . . . . . .$929.00
**Price: Pro Carry II w/night sights** . . . . . . . . . . . . . . . . . . . .$997.00

**KIMBER RAPTOR II**
Caliber: .45 ACP (8-shot magazine, 7-shot (Ultra and Pro models). Barrel: 3", 4" or 5". Weight: 25 to 31 oz. Grips: Thin milled rosewood. Sights: Tactical wedge 3-dot night sights. Features: Made in the Kimber Custom Shop. Matte black or satin silver finish. Available in three frame sizes: Custom (shown), Pro and Ultra.
**Price:** . . . . . . . . . . . . . . . . $1263 to $1530

**KIMBER SOLO CARRY**
Caliber: 9mm, 6-shot magazine. Barrel: 2.7". Weight: 17 oz. Length: 5.5" overall. Grips: Black synthetic, Checkered/smooth. Sights: Fixed low-profile dovetail-mounted 3-dot system. Features: Single action striker-fired trigger that sets a new standard for small pistols. A premium finish that is self-lubricating and resistant to salt and moisture. Ergonomics that ensure comfortable shooting. Ambidextrous thumb safety, slide release lever and magazine release button are pure 1911 – positive, intuitive and fast. The thumb safety provides additional security not found on most small pistols. Also available in stainless.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$747.00

**Kimber Compact Stainless II Auto Pistol**
Similar to Pro Carry II except has stainless steel frame, 4-inch bbl., grip is .400" shorter than standard, no front serrations. Weighs 34 oz. 45 ACP only. Introduced in 1998. Made in U.S.A. by Kimber Mfg., Inc.
**Price:** . . . . . . . . . . . $1,009.00

**Kimber Ultra Carry II Auto Pistol**
Lightweight aluminum frame, 3" match grade bull barrel fitted to slide without bushing. Grip is .4" shorter. Low effort recoil. Weighs 25 oz. Introduced in 1999. Made in U.S.A. by Kimber Mfg., Inc.
**Price: Stainless Ultra Carry II 45 ACP** . . . . . . .$980.00
**Price: Stainless Ultra Carry II 9mm Para. (2008)** . . . . . . . . . . . . . . . . . . .$1,021.00
**Price: Stainless Ultra Carry II 45 ACP with night sights (2008)** . . . . . . . . . . .$1,089.00

**Kimber Gold Match II Auto Pistol**
Similar to Custom II models. Includes stainless steel barrel with match grade chamber and barrel bushing, ambidextrous thumb safety, adjustable sight, premium aluminum trigger, hand-checkered double diamond rosewood grips. Barrel hand-fitted for target accuracy. Made in U.S.A. by Kimber Mfg., Inc.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not negotiable.

Digitized by Google

000100
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**Price:** Gold Match II . . . . . . . . . . . . . . . . . . . . . . . . . $1,345.00
**Price:** Gold Match Stainless II 45 ACP . . . . . . . . . . . . $1,519.00
**Price:** Gold Match Stainless II
9mm Para. (2008) . . . . . . . . . . . . . . . . . . . . $1,563.00



### Kimber Team Match II Auto Pistol
Similar to Gold Match II. Identical to pistol used by U.S.A. Shooting Rapid Fire Pistol Team, available in 45 ACP and 38 Super. Standard features include 30 lines-per-inch front strap extended and beveled magazine well, red, white and blue Team logo grips. Introduced 2008.
**Price:** 45 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . $1,539.00
**Price:** 9mm . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,546.00

### Kimber CDP II Series Auto Pistol
Similar to Custom II, but designed for concealed carry. Aluminum frame. Standard features include stainless steel slide, fixed Meprolight tritium 3-dot (green) dovetail-mounted night sights, match grade barrel and chamber, 30 LPI front strap checkering, two-tone finish, ambidextrous thumb safety, hand-checkered double diamond rosewood grips. Introduced in 2000. Made in U.S.A. by Kimber Mfg., Inc.
**Price:** Ultra CDP II 9mm Para. (2008) . . . . . . . . . . . . $1,359.00
**Price:** Ultra CDP II 45 ACP . . . . . . . . . . . . . . . . . . $1,318.00
**Price:** Compact CDP II 45 ACP . . . . . . . . . . . . . . . . $1,318.00
**Price:** Pro CDP II 45 ACP . . . . . . . . . . . . . . . . . . . $1,318.00
**Price:** Custom CDP II
(5" barrel, full length grip) . . . . . . . . . . . . . . . $1,318.00

### Kimber Eclipse II Series Auto Pistol
Similar to Custom II and other stainless Kimber pistols. Stainless slide and frame, black oxide, two-tone finish. Gray/black laminated grips. 30 lpi front strap checkering. All models have night sights; Target versions have Meprolight adjustable Bar/Dot version. Made in U.S.A. by Kimber Mfg., Inc.
**Price:** Eclipse Ultra II (3" barrel, short grip) . . . . . . . . . . $1,236.00
**Price:** Eclipse Pro II (4" barrel, full length grip) . . . . . . . . $1,236.00
**Price:** Eclipse Pro Target II (4" barrel, full length grip,
adjustable sight) . . . . . . . . . . . . . . . . . . . . . $1,236.00
**Price:** Eclipse Custom II 10mm . . . . . . . . . . . . . . . . . .
$1,291.00
**Price:** Eclipse Target II (5" barrel, full length grip,
adjustable sight) . . . . . . . . . . . . . . . . . . . . . $1,345.00

### KIMBER TACTICAL ENTRY II PISTOL
Caliber: 45 ACP, 7-round magazine. **Barrel:** 5". **Weight:** 40 oz. **Length:** 8.7" overall. **Features:** 1911-style semi auto with checkered frontstrap, extended magazine well, night sights, heavy steel frame, tactical rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,428.00

### KIMBER TACTICAL CUSTOM HD II PISTOL
Caliber: 45 ACP, 7-round magazine. **Barrel:** 5" match-grade. **Weight:** 39 oz. **Length:** 8.7" overall. **Features:** 1911-style semi auto with night sights, heavy steel frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,333.00

### KIMBER SUPER CARRY PRO
1911-syle semiauto pistol chambered in .45 ACP. Features include 8-round magazine; ambidextrous thumb safety; carry melt profiling; full length guide rod; aluminum frame with stainless slide; satin silver finish; super carry serrations; 4-inch barrel; micarta laminated grips; tritium night sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . $1,530.00

### KIMBER SUPER CARRY HD SERIES
Designated as HD (Heavy Duty), each is chambered in .45 ACP and features a stainless steel slide and frame, premium KimPro II™ finish and night sights with cocking shoulder for one-hand operation. Like the original Super Carry pistols, HD models have directional serrations on slide, front strap and mainspring housing for unequaled control under recoil. A round heel and Carry Melt treatment make them comfortable to carry and easy to conceal.

### SUPER CARRY ULTRA HD™
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 3". **Weight:** 32 oz. **Length:** 6.8" overall. **Grips:** G-10, Checkered with border. **Sights:** Night sights with cocking shoulder radius (inches): 4.8. **Features:** Rugged stainless steel slide and frame with KimPro II finish. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** . . . . . . . . . . . . . . . . . . . . . $1,625.00

### SUPER CARRY PRO HD™
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 4". **Weight:** 35 oz. **Length:** 7.7" overall. **Grips:** G-10, Checkered with border. **Sights:** Night sights with cocking shoulder radius (inches): 5.7. **Features:** Rugged stainless steel slide and frame with KimPro II finish. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** . . . . . . . . . . . . . . . . . . . . . $1,625.00

### SUPER CARRY CUSTOM HD™
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 5". **Weight:** 38 oz. **Length:** 8.7" overall. **Grips:** G-10, Checkered with border. **Sights:** Night sights with cocking shoulder radius (inches): 4.8. **Features:** Rugged stainless steel slide and frame with KimPro II finish. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** . . . . . . . . . . . . . . . . . . . . . $1,625.00

### KIMBER ULTRA CDP II
Compact 1911-syle semiauto pistol chambered in .45 ACP. Features include 7-round magazine; ambidextrous thumb safety; carry melt profiling; full length guide rod; aluminum frame with stainless slide; satin silver finish; checkered frontstrap; 3-inch barrel; rosewood double diamond

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 **421**
Digitized by Google

000101
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



**Crimson Trace lasergrips grips; tritium 3-dot night sights.**
Price: . . . . . . . . . . $1,603.00

### KIMBER STAINLESS ULTRA TLE II
1911-sye semiauto pistol chambered in .45 ACP. Features include 7-round magazine; full length guide rod; aluminum frame with stainless slide; satin silver finish; checkered frontstrap; 3-inch barrel; tactical gray double diamond grips; tritium 3-dot night sights.
Price: . . . . . . . . . . . . . . . . . . . . $1,210.00

### KIMBER ROYAL II
Caliber: .45 ACP, 7-shot magazine. Barrel: 5". Weight: 38 oz. Length: 8.7" overall. Grips: Solid bone-smooth. Sights: Fixed low profile radius (inches): 6.8. Features: A classic full-size pistol wearing a stunning charcoal blue finish complimented with solid bone grip panels. Frint and rear serations. Aluminum match grade trigger with a factory setting of approximately 4-5 pounds.
Price: . . . . . . . . . . . . . . . . . $1,938.00

### KORTH USA PISTOL SEMI-AUTO
Caliber: 9mm Para., 9x21. Barrel: 4", 4.5". Weight: 39.9 oz. Grips: Walnut, Palisander, Amboinia, Ivory. Sights: Fully adjustable. Features: DA/SA, 2 models available with either rounded or combat-style trigger guard, recoil-operated, locking block system, forged steel. Available finishes: High polish blue plasma, high polish or matted silver plasma, gray pickled finish, or high polish blue. "Schalldampfer Modell" has special threaded 4.5" barrel and thread protector for a suppressor, many deluxe options available, 10-shot mag. From Korth USA.
Price:  From . . . . . . . . . . . . . . . . . . . . . $15,000.00

### MAGNUM RESEARCH MICRO DESERT EAGLE PISTOL
Double action only semiauto pistol chambered in .380. Features include steel slide, aluminum allow frame, black polymer grips, nickel silver or blue anodized frame, 6-round capacity, fixed sights, 2.2-inch barrel. Weight less than 14 oz.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . $535.00

## MAGNUM RESEARCH DESERT EAGLE MAGNUM PISTOL
Enormous gas-operated semiauto pistol chambered in .50 AE, .44 Magnum, .357 Magnum. Features include 6- or 10-inch barrel, adjustable sights, variety of finishes. Now made in the USA.
Price: . . . . . . . . . . . . . . . . . . . . . $1,650.00 to $2,156.00.

## MPA380P PROTECTOR
Caliber: .380 ACP, 5+1 magazine capacity. Barrel: 2". Weight: 29 oz. Length: 6.7" overall. Grips: machined aluminum grips with a bead blasted finish. Sights: Fixed low-profile dovetail-mounted 3-dot system.



**Features:** Dubbed the MPA380P (the "P" stands for "Premium"), the new model features bead blasted finish protected by a clear anodize coat, and an extended magazine pad for added shooting comfort. The Protector is a subcompact double-action-only semiauto. It features a fully machined 4140 steel upper slide, a fully machined 4140 lower receiver and advanced handle and grip designs. The pistol is American made and comes with a lifetime guarantee.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $345.90

### NORTH AMERICAN ARMS GUARDIAN DAO PISTOL
Caliber: 25 NAA, 32 ACP, 380 ACP, 32 NAA, 6-shot magazine. Barrel: 2.49". Weight: 20.8 oz. Length: 4.75" overall. Grips: Black polymer. Sights: Low profile fixed. Features: Double-action only mechanism. All stainless steel construction. Introduced 1998. Made in U.S.A. by North American Arms.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . $402.00

### OLYMPIC ARMS MATCHMASTER 5 1911 PISTOL
Caliber: 45 ACP, 7-shot magazine. Barrel: 5" stainless steel. Weight: 40 oz. Length: 8.75" overall. Grips: Smooth walnut with laser-etched scorpion icon. Sights: Ramped blade, LPA adjustable rear. Features: Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full-length guide rod. Made in U.S.A. by Olympic Arms, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $903.00

### OLYMPIC ARMS MATCHMASTER 6 1911 PISTOL
Caliber: 45 ACP, 7-shot magazine. Barrel: 6" stainless steel. Weight: 44 oz. Length: 9.75" overall. Grips: Smooth walnut with laser-etched scorpion icon. Sights: Ramped blade, LPA adjustable rear. Features: Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Made in U.S.A. by Olympic Arms, Inc.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $973.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google

000102
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**OLYMPIC ARMS ENFORCER 1911 PISTOL**
Caliber: 45 ACP, 6-shot magazine. Barrel: 4" bull stainless steel. Weight: 35 oz. Length: 7.75" overall. Grips: Smooth walnut with etched black widow spider icon. Sights: Ramped blade front, LPA adjustable rear. Features: Compact Enforcer frame. Bushingless bull barrel with triplex counter-wound self-contained recoil system. Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight longshoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Made in U.S.A. by Olympic Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,033.50**

**OLYMPIC ARMS COHORT PISTOL**
Caliber: 45 ACP, 7-shot magazine. Barrel: 4" bull stainless steel. Weight: 36 oz. Length: 7.75" overall. Grips: Fully checkered walnut. Sights: Ramped blade front, LPA adjustable rear. Features: Full size 1911 frame. Bushingless bull barrel with triplex counter-wound self-contained recoil system. Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Made in U.S.A. by Olympic Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$973.70**



**OLYMPIC ARMS BIG DEUCE PISTOL**
Caliber: 45 ACP, 7-shot magazine. Barrel: 6" stainless steel. Weight: 44 oz. Length: 9.75" overall. Grips: Double diamond checkered exotic cocobolo wood. Sights: Ramped blade front, LPA adjustable rear.
Features: Carbon steel parkerized slide with satin bead blast finish full size frame. Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Made in U.S.A. by Olympic Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,033.50**

**OLYMPIC ARMS WESTERNER SERIES 1911 PISTOLS**
Caliber: 45 ACP, 7-shot magazine. Barrel: 4", 5", 6" stainless steel. Weight: 35-43 oz. Length: 7.75-9.75" overall. Grips: Smooth ivory laser-etched Westerner icon. Sights: Ramped blade front, LPA adjustable rear. Features: Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety and full length guide rod. Entire pistol is fitted and assembled, then disassembled and subjected to the color case hardening process. Made in U.S.A. by Olympic Arms, Inc.



Price: Constable, 4" barrel, 35 oz. . . . $1,163.50
Price: Westerner, 5" barrel, 39 oz. . . . $1,033.50
Price: Trail Boss, 6" barrel, 43 oz. . . . $1,103.70

**OLYMPIC ARMS SCHUETZEN PISTOL WORKS 1911 PISTOLS**
Caliber: 45 ACP, 7-shot magazine. Barrel: 4", 5.2", bull stainless steel. Weight: 35-38 oz. Length: 7.75-8.75" overall. Grips: Double diamond checkered exotic cocobolo wood. Sights: Ramped blade, LPA adjustable rear. Features: Carbon steel parkerized slide with satin bead blast finish. Matched frame and slide, fitted and head-spaced barrel, complete ramp and throat jobs, lowered and widened ejection port, beveled mag well, hand-stoned-to-match hammer and sear, lightweight long-shoe over-travel adjusted trigger, shaped and tensioned extractor, extended thumb safety, wide beavertail grip safety and full length guide rod. Custom made by Olympic Arms Schuetzen Pistol Works. Parts are hand selected and fitted by expert pistolsmiths. Several no-cost options to choose from. Made in U.S.A. by Olympic Arms Schuetzen Pistol Works.
Price: Journeyman, 4"
    bull barrel,
    35 oz. . . . . . $1,293.50
Price: Street Deuce, 5.2"
    bull barrel,
    38 oz. . . . . . . . . . . $1,293.50

**OLYMPIC ARMS OA-93 AR PISTOL**
Caliber: 5.56 NATO. Barrel: 6.5" button-rifled stainless steel. Weight: 4.46 lbs. Length: 17" overall. Sights: None. Features: Olympic Arms integrated recoil system on the upper receiver eliminates the buttstock, flat top upper, free floating tubular match handguard,

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ♦ **423**
Digitized by Google

000103
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

threaded muzzle with flash suppressor. Made in U.S.A. by Olympic Arms, Inc.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,202.50**

**OLYMPIC ARMS K23P AR PISTOL**
Caliber: 5.56 NATO. **Barrel:** 6.5" button-rifled chrome-moly steel. **Length:** 22.25" overall. **Weight:** 5.12 lbs. **Sights:** Adjustable A2 rear, elevation adjustable front post. **Features:** A2 upper with rear sight, free floating tubular match handguard, threaded muzzle with flash suppressor, receiver extension tube with foam cover, no bayonet lug. Made in U.S.A. by Olympic Arms, Inc. Introduced 2007.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$973.70**

**OLYMPIC ARMS K23P-A3-TC AR PISTOL**
Caliber: 5.56 NATO. **Barrel:** 6.5" button-rifled chrome-moly steel. **Length:** 22.25" overall. **Weight:** 5.12 lbs. **Sights:** Adjustable A2 rear, elevation adjustable front post. **Features:** Flat-top upper with detachable carry handle, free floating FIRSH rail handguard, threaded muzzle with flash suppressor, receiver extension tube with foam cover, no bayonet lug. Made in U.S.A. by Olympic Arms, Inc. Introduced 2007.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,118.20**



**OLYMPIC ARMS WHITNEY WOLVERINE PISTOL**
Caliber: 22 LR, 10-shot magazine. **Barrel:** 4.625" stainless steel. **Weight:** 19.2 oz. **Length:** 9" overall. **Grips:** Black checkered with fire/safe markings. **Sights:** Ramped blade front, dovetail rear. **Features:** Polymer frame with natural ergonomics and ventilated rib. Barrel with 6-groove 1x16 twist rate. All metal magazine shell. Made in U.S.A. by Olympic Arms.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$291.00**



**PARA USA BLACK OPS**
Caliber: .45 ACP (8-shot magazine). **Barrel:** 5" Weight: 39 oz. **Grips:** G-10. **Sights:** Fixed night sights. Stainless receiver with IONBOND finish.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1299**

**PARA USA GI EXPERT PISTOLS**
Caliber: .45 ACP, 7+1-round capacity. **Barrel:** 5" stainless. **Weight:** 39 oz. **Length:** 8.5" overall. **Grips:** Checkered Polymer. **Sights:** Dovetail Fixed, 3-White Dot.



**Features:** The Para "GI Expert" is an entry level 1911 pistol that will allow new marksmen to own a pistol with features such as, Lowered and flared ejection port, beveled magazine well, flat mainspring housing, grip safety contoured for spur hammer.

**Price:** 1911 Wild Bunch (official SASS) . . . . . . **$789.00**



**Price:** 1911 LTC Single Action
  Single Stack Model (8+1) . . . . . . . . . . . . . . . . . . . . **$849.00**
**Price:** 1911 100th Anniversary
  w/cocobolo grips . . . . . . . . . . . . . . . . . . . . . . . . **$1079.00**

**PARA USA PXT 1911 SINGLE-ACTION SINGLE-STACK AUTO PISTOLS**
Caliber: 38 Super, 9mm Para., 45 ACP. **Barrel:** 3.5", 4.25", 5". **Weight:** 28-40 oz. **Length:** 7.1-8.5" overall. **Grips:** Checkered cocobolo, textured composition, Mother of Pearl synthetic. **Sights:** Blade front, low-profile Novak Extreme Duty adjustable rear. High visibility 3-dot system. **Features:** Available with alloy, steel or stainless steel frames. Skeletonized trigger, spurred hammer. Manual thumb, grip and firing pin lock safeties. Full-length guide rod. PXT designates new Para Power Extractor throughout the line. Introduced 2004. Made in U.S.A. by Para USA.
**Price:** 1911 SSP 9mm Para. (2008) . . . . . . . . . . . . . . . . . **$959.00**
**Price:** 1911 SSP 45 ACP (2008) . . . . . . . . . . . . . . . . . . . **$959.00**

**PARA USA PXT 1911 SINGLE-ACTION HIGH-CAPACITY AUTO PISTOLS**
Caliber: 9mm Para., 45 ACP, 10/14/18-shot magazines. **Barrel:** 3", 5". **Weight:** 34-40 oz. **Length:** 7.1-8.5" overall. **Grips:** Textured composition. **Sights:** Blade front, low-profile Novak Extreme Duty adjustable rear or fixed sights. High visibility 3-dot system. **Features:** Available with alloy, steel or stainless steel frames. Skeletonized match trigger, spurred hammer, flared ejection port. Manual thumb, grip and firing pin lock safeties. Full-length guide rod. Introduced 2004. Made in U.S.A. by Para USA.
**Price:** PXT P14-45 Gun Rights (2008), 14+1, 5" barrel . . . . **$1,149.00**
**Price:** P14-45 (2008), 14+1, 5" barrel . . . . . . . . . . . . . . . **$919.00**



**Para USA PXT Limited Pistols**
Similar to the PXT-Series pistols except with full-length recoil guide system; fully adjustable rear sight; tuned trigger with over-travel stop; beavertail grip safety; competition hammer; front and rear slide serrations; ambidextrous safety; lowered ejection port; ramped match-grade barrel; dove-tailed front sight. Introduced 2004. Made in U.S.A. by Para USA.
**Price:** Todd Jarrett 40 S&W, 16+1, stainless . . . . . . . . . . . . . . . . . . . . . **$1,729.00**



**Para USA LDA Single-Stack Auto Pistols**
Similar to LDA-series with double-action trigger mechanism. Cocobolo and polymer grips. Available in 45 ACP. Introduced 1999. Made in U.S.A. by Para USA.
**Price:** SSP, 8+1, 5" barrel . . . . . . . . . . . . . . . **$899.00**

**Para USA LDA Hi-Capacity Auto Pistols**
Similar to LDA-series with double-action trigger mechanism. Polymer grips. Available in 9mm Para., 40 S&W, 45 ACP. Introduced 1999. Made in U.S.A. by Para USA.
**Price:** High-Cap 45, 14+1 . . . **$1,279.00**



**PARA USA STEALTH**
Caliber: .45 ACP (6-shot magazine). **Barrel:** 3". **Weight:** 24 oz. **Grips:** G-10. **Sights:** Fixed night sights. Alloy receiver with IONBOND finish.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . **$1399**

**PARA USA WARTHOG**
Caliber: 9mm Para., 45 ACP, 6, 10, or 12-shot magazines. **Barrel:** 3". **Weight:** 24 to 31.5 oz. **Length:** 6.5". **Grips:** Varies by model. **Features:** Single action. Big Hawg (2008) is full-size .45 ACP on

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000104
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



lightweight alloy frame, 14+1, match grade ramped barrel, Power extractor, three white-dot fixed sights. Made in U.S.A. by Para USA.

**Price:** Slim Hawg (2006) single stack .45 ACP, stainless, 6+1 . . . . . . . . . . . . . . . . . . . . . . **$1,099.00**
**Price:** Nite Hawg .45 ACP, black finish, 10+1 . . **$1,099.00**
**Price:** Warthog .45 ACP, Regal finish, 10+1 . . . . . **$959.00**
**Price:** Warthog Stainless . . . . . . . . . . . . . . . . . **$1,069.00**
**Price:** Big Hawg (2008) . . . . . . . . . . . . . . . . . . . . **$959.00**
**Price:** PXT Hawg w/fiber optic
sight,regal finish, 10+1 . . . . . . . . . . . . . . . . . . . . **$999.00**
**Price:** PXT Hawg 7 3.5" barrel, covert black finish, 7+1 . . . . . . **$919.00**

## PARA USA PXT TACTICAL PISTOLS
Caliber: .45 ACP, 8+1 round capacity. Barrel: 4.25".
Weight: 36 oz. Length: 8.5" overall. Grips: Checkered Polymer. Sights: Fiber-Optic Front/ Adj. Rear. Features: A compact tactical pistol equipped with a super strong integral light rail built into the dust shield. The front strap of the frame is checkered 30 lpi for improved gripping surface with or without gloves. The Match grade integral ramp 4.25-inch barrel is locked up at the muzzle with an Ed Brown National Match bushing. ylinder and Slide provides its Tactical II hammer, sear and disconnector for a clean crisp trigger. PARA's Power Extractor insures reliable extraction. A flat, checkered mainspring housing mates to the Ed Brown magazine well to funnel the 8-round PXT magazines with alloy base pads into the pistol.

**Price:** LTC Model . . . . . . . . . . . . . . . . . . . . . . . . . **$1,599.00**
**Price:** 14•45 Model 14+1 high-capacity . . . . . . . . . . . . . . . . **$1,599.00**

## PHOENIX ARMS HP22, HP25 AUTO PISTOLS
Caliber: 22 LR, 10-shot (HP22), 25 ACP, 10-shot (HP25). Barrel: 3". Weight: 20 oz. Length: 5.5" overall. Grips: Checkered composition. Sights: Blade front, adjustable rear. Features: Single action, exposed hammer; manual hold-open; button magazine release. Available in satin nickel, matte blue finish. Introduced 1993. Made in U.S.A. by Phoenix Arms.

**Price:** With gun lock . . . . . . . . . . . . . . . . . . . . . . **$130.00**
**Price:** HP Range kit with 5" bbl, locking case
and accessories (1 Mag) . . . . . . . . . . . . **$171.00**
**Price:** HP Deluxe Range kit with 3" and 5" bbls.,
2 mags, case . . . . . . . . . . . . . . . . . . . . . **$210.00**

## REMINGTON R1
Caliber: .45 (7-shot magazine). Barrel: 5". Weight: 38.5 oz. Grips: Double diamond walnut. Sights: Fixed, dovetail front and rear, 3-dot. Features: Flared and lowed ejection port. Comes with two magazines.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$729**

### REMINGTON R1 ENHANCED
Same features as standard R1 except 8-shot magazine, stainless satin black oxide finish, wood laminate grips and adjustable rear sight.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$940**

## ROCK RIVER ARMS LAR-15/LAR-9 PISTOLS
Caliber: .223/5.56mm NATO chamber 4-shot magazine. Barrel: 7", 10.5" Wilson chrome moly, 1:9 twist, A2 flash hider, 1/2-28 thread. Weight: 5.1 lbs. (7" barrel), 5.5 lbs. (10.5" barrel). Length: 23" overall. Stock: Hogue rubber grip. Sights: A2 front. Features: Forged A2 or A4 upper, single stage trigger, aluminum free-float tube, one magazine. Similar 9mm Para. LAR-9 also available. From Rock River Arms, Inc.

**Price:** LAR-15 7" A2 AR2115 . . . . . . . . . . . . . . . . . . . . **$955.00**
**Price:** LAR-15 10.5" A4 AR2120 . . . . . . . . . . . . . . . . . . . . **$945.00**
**Price:** LAR-9 7" A2 9MM2115 . . . . . . . . . . . . . . . . . . . . **$1,125.00**

## ROHRBAUGH R9 SEMI-AUTO PISTOL
Caliber: 9mm Parabellum, 380 ACP. Barrel: 2.9". Weight: 12.8 oz. Length: 5.2" overall. Features: Very small double-action-only semi-auto pocket pistol. Stainless steel slide with matte black aluminum frame. Available with or without sights. Available with all-black (Stealth) and partial Diamond Black (Stealth Elite) finish.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,149.00**

## RUGER SR9 AUTOLOADING PISTOL
Caliber: 9mm Para. Barrel: 4.14". Weight: 26.25, 26.5 oz. Grips: Glass-filled nylon in two color options—black or OD Green, w/flat or arched reversible backstrap. Sights: Adjustable 3-dot, built-in Picatinny-style rail. Features: Semi-DA, 6 configurations, striker-fired, through-hardened stainless

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **425**
Digitized by Google

000105
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

steel slide, brushed or blackened stainless slide with black grip frame or blackened stainless slide with OD Green grip frame, ambi manual 1911-style safety, ambi mag release, mag disconnect, loaded chamber indicator, Ruger camblock design to absorb recoil, two 10 or 17-shot mags. Intr. 2008. Made in U.S.A. by Sturm, Ruger & Co.
**Price:** SR9 (17-Round), SR9-10 (SS) . . . . . . . . . . . . . . . . . **$525.00**
**Price:** KBSR9 (17-Round), KBSR9-10 (Blackened SS). . . . . . **$565.00**
**Price:** KODBSR9 (17-Round), KODBSR9-10
(OD Green Grip) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$565.00**



**RUGER SR9C
COMPACT PISTOL**
Compact double action only semiauto pistol chambered in 9mm Parabellum. Features include 1911-style ambidextrous manual safety; internal trigger bar interlock and striker blocker; trigger safety; magazine disconnector; loaded chamber indicator; two magazines, one 10-round and the other 17-round; 3.5-inch barrel; 3-dot sights; accessory rail; brushed stainless or blackened allow finish. Weight 23.40 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$525.00**

**RUGER LC9**
Caliber: 9mm luger, 7+1 capacity. **Barrel:** 3.12". **Weight:** 17.10 oz. **Grips:** Glass-filled nylon. **Sights:** Adjustable 3-dot. **Features:** double-action-only, hammer-fired, locked-breech pistol with a smooth trigger pull. Control and confident handling of the Ruger LC9 are accomplished through reduced recoil and aggressive frame checkering for a positive grip in all conditions. The Ruger LC9 features smooth "melted" edges for ease of holstering, carrying and drawing. Made in U.S.A. by Sturm, Ruger & Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$443.00**



**RUGER LCP**
Caliber: .380 (6-shot magazine). **Barrel:** 2.75". **Weight:** 9.4 oz. **Length:** 5.16". **Grips:** Glass-filled nylon. **Sights:** Fixed or LaserMax.
**Price:** . . . . . . . . . . . $379
**Price:** . . . . $443 (LaserMax)



**RUGER P95
AUTOLOADING PISTOL**
Caliber: 9mm, 15-shot magazine. **Barrel:** 3.9". **Weight:** 30 oz. **Length:** 7.25" overall. **Grips:** Grooved; integral with frame. **Sights:** Blade front, rear drift adjustable for windage; 3-dot system. **Features:** Molded polymer grip frame, stainless steel or chrome-moly slide. Suitable for +P+ ammunition. Safety model, decocker. Introduced 1996. Made in U.S.A. by Sturm, Ruger & Co. Comes with lockable plastic case, spare magazine, loader and lock, Picatinny rails.
**Price:** KP95PR15
safety model, stainless steel. . . . . . . . . . . . . . . . . . . . . . **$424.00**

**Price:** P95PR15 safety model,
blued finish . . . . . . . . . . . . . . . . . . . . . . **$395.00**
**Price:** P95PR 10-round model,
blued finish . . . . . . . . . . . . . . . . . . . . . . **$393.00**
**Price:** KP95PR 10-round model,
stainless steel. . . . . . . . . . . . . . . . . . . . **$424.00**





**RUGER P345**
Caliber: .45 ACP (8-shot magazine). **Barrel:** 4.2". **Weight:** 29 oz. **Length:** 7.5". **Sights:** Adjustable 3-dot. **Features:** Blued alloy/steel or stainless. Comes with two magazines, mag loader and hard plastic case.
**Price:** . . . . . . . . . . . . . . . . . . **$599, $639 (stainless)**

**RUGER 22 CHARGER PISTOL**
Caliber: .22 LR. **Barrel:** 10". **Weight:** 3.5 lbs (w/out bi-pod). **Stock:** Black Laminate. **Sights:** None. **Features:** Rimfire Autoloading, one configuration, 10/22 action, adjustable bi-pod, new mag release for easier removal, precision-rifled barrel, black matte finish, combination Weaver-style and tip-off scope mount, 10-shot mag. Intr. 2008. Made in U.S.A. by Sturm, Ruger & Co.
**Price:** CHR22-10. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$380.00**

**RUGER MARK III STANDARD AUTOLOADING PISTOL**
Caliber: 22 LR, 10-shot magazine. **Barrel:** 4.5", 4.75", 5.5", 6", or 6-7/8". **Weight:** 33 oz. (4.75" bbl.). **Length:** 9" (4.75" bbl.). **Grips:** Checkered composition grip panels. **Sights:** Fixed, fiber-optic front, fixed rear. **Features:** Updated design of original Standard Auto and Mark II series. Hunter models have lighter barrels. Target models have cocobolo grips; bull, target, competition, and hunter barrels; and adjustable sights. Introduced 2005.
**Price:** MKIII4, MKIII6 (blued) . . . . . . . . . . . . . . . . . . . . . **$352.00**
**Price:** MKIII512 (blued bull barrel) . . . . . . . . . . . . . . . . **$417.00**
**Price:** KMKIII512 (stainless bull barrel) . . . . . . . . . . . . . **$527.00**
**Price:** KMKIII678 (blued) . . . . . . . . . . . . . . . . . . . . . . . . **$417.00**
**Price:** KMKIII678GC (stainless slabside barrel) . . . . . . . . **$606.00**
**Price:** KMKIII678H (stainless fluted barrel) . . . . . . . . . . . **$620.00**
**Price:** KMKIII45HCL (Crimson Trace Laser Grips, intr. 2008) . **$787.00**
**Price:** KMKIII454 (2009) . . . . . . . . . . . . . . . . . . . . . . . . . **$620.00**



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000106
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**Ruger 22/45 Mark III Pistol**
Similar to other 22 Mark III autos except has Zytel grip frame that matches angle and magazine latch of Model 1911 45 ACP pistol. Available in 4" standard, 4.5", 5.5", 6-7/8" bull barrels. Comes with extra magazine, plastic case, lock. Introduced 1992. Hunter introduced 2006.
**Price: P4MKIII, 4" bull barrel, adjustable sights** . . . . . . . . . . . .**$380.00**
**Price: P45GCMKIII, 4.5" bull barrel, fixed sights** . . . . . . . . . .**$380.00**
**Price: P512MKIII (5.5" bull blued barrel,**
adj. sights) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$380.00**
**Price: KP512MKIII (5.5" stainless bull barrel, adj. sights** . . . . .**$475.00**
**Price: Hunter KP45HMKIII 4.5" barrel (2007), KP678HMKIII,**
6-7/8" stainless fluted bull barrel, adj. sights . . . . . . . . . . .**$562.00**

**RUGER SR22**
Caliber: .22 LR (10-shot magazine).
**Barrel:** 3.5" **Weight:** 17.5 oz. **Length:** 6.4".
**Sights:** Adjustable 3-dot. **Features:** Ambidextrous manual safety/decocking lever and mag release. Comes with two interchangeable rubberized grips and two magazines.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . .**$399**



**RUGER SR1911**
Caliber: .45 (8-shot magazine). **Barrel:** 5". **Weight:** 39 oz. **Length:** 8.6". **Grips:** Slim checkered hardwood. **Sights:** Novak LoMount Carry rear, standard front. **Features:** Based on Series 70 design. Flared and lowed ejection port. Extended mag release, thumb safety and slide-stop lever, oversized grip safety, checkered backstrap on the flat mainspring housing. Comes with one 7-shot and one 8-shot magazine.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$799**

**SEECAMP LWS 32/380 STAINLESS DA AUTO**
Caliber: 32 ACP, 380 ACP Win. Silvertip, 6-shot magazine. **Barrel:** 2", integral with frame. **Weight:** 10.5 oz. **Length:** 4-1/8" overall. **Grips:** Glass-filled nylon. **Sights:** Smooth, no-snag, contoured slide and barrel top. **Features:** Aircraft quality 17-4 PH stainless steel. Inertia-operated firing pin. Hammer fired double-action-only. Hammer automatically follows slide down to safety rest position after each shot, no manual safety needed. Magazine safety disconnector. Polished stainless. Introduced 1985. From L.W. Seecamp.
**Price:** 32 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$446.25**
**Price:** 380 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$795.00**

**SIG SAUER 250 COMPACT AUTO PISTOL**
Caliber: 9mm Para. (16-round magazine), 357 SIG, 40 S&W and 45 ACP. **Barrel:** NA. **Weight:** 24.6 oz. **Length:** 7.2" overall. **Grips:** Interchangeable polymer. **Sights:** Siglite night sights. **Features:** Modular design allows for immediate change in caliber and size; subcompact, compact and full. Six different grip combinations for each size. Introduced 2008. From Sig Sauer, Inc.
**Price:** P250 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$750.00**

**SIG SAUER 1911 PISTOLS**
Caliber: 45 ACP, 8-10 shot magazine. **Barrel:** 5". **Weight:** 40.3 oz. **Length:** 8.65" overall. **Grips:** Checkered wood grips. **Sights:** Novak night sights. Blade front, drift adjustable rear for windage. **Features:** Single-action 1911. Hand-fitted dehorned stainless-steel frame and slide; match-grade barrel, hammer/sear set and trigger; 25-lpi front strap checkering, 20-lpi mainspring housing checkering. Beavertail grip safety with speed bump, extended thumb safety, firing pin safety and hammer intercept notch. Introduced 2005. XO series has contrast sights, Ergo Grip XT textured polymer grips. Target line features adjustable target night sights, match barrel, custom wood



grips, non-railed frame in stainless or Nitron finishes. TTT series is two-tone 1911 with Nitron slide and black controls on stainless frame. Includes burled maple grips, adjustable combat night sights. STX line available from Sig Sauer Custom Shop; two-tone 1911, non-railed, Nitron slide, stainless frame, burled maple grips. Polished cocking serrations, flat-top slide, magwell. Carry line has Novak night sights, lanyard attachment point, gray diamondwood or rosewood grips, 8+1 capacity. Compact series has 6+1 capacity, 7.7" OAL, 4.25" barrel, slim-profile wood grips,

weighs 30.3 oz. RCS line (Compact SAS) is Customs Shop version with anti-snag dehorning. Stainless or Nitron finish, Novak night sights, slim-profile gray diamondwood or rosewood grips. 6+1 capacity. 1911 C3 (2008) is a 6+1 compact .45 ACP, rosewood custom wood grips, two-tone and Nitron finishes. **Weighs** about 30 ounces unloaded, lightweight alloy frame. **Length is** 7.7". Now offered in more than 30 different models with numerous options for frame size, grips, finishes, sight arrangements and other features. From SIG SAUER, Inc.

**Price:** Model 1911-22-B .22 LR
w/custom wood grips . . . . . . . . . . . . . . . . . . . . . . . **$399.99**
**Price:** Nitron . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,200.00**
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,170.00**
**Price:** XO Black . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,005.00**
**Price:** Target Nitron (2006) . . . . . . . . . . . . . . . . . . **$1,230.00**
**Price:** TTT (2006) . . . . . . . . . . . . . . . . . . . . . . . . . **$1,290.00**
**Price:** STX (2006) . . . . . . . . . . . . . . . . . . . . . . . . . **$1,455.00**
**Price:** Carry Nitron (2006) . . . . . . . . . . . . . . . . . . . **$1,200.00**
**Price:** Compact Nitron . . . . . . . . . . . . . . . . . . . . . . **$1,200.00**
**Price:** RCS Nitron . . . . . . . . . . . . . . . . . . . . . . . . . **$1,305.00**
**Price:** C3 (2008) . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,200.00**
**Price:** Platinum Elite . . . . . . . . . . . . . . . . . . . . . . . **$1,275.00**
**Price:** Blackwater (2009) . . . . . . . . . . . . . . . . . . . . **$1,290.00**
**Price:** Scorpion . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,128.00**

**SIG SAUER P210 AUTO PISTOLS**
Caliber: 9mm, 8-shot magazine. **Barrel:** 4.7". **Weight:** 37.4 oz. **Length:** 8.5" overall. **Grips:** Custom wood. **Sights:** Post and notch and adjustable target sights. **Features:** The carbon steel slide, machined from solid billet steel, now features a durable Nitron® coating, and the improved beavertail adorns the Nitron coated, heavy-style, carbon steel frame. The P210 Legend also offers an improved manual safety, internal drop safety, side magazine release, and

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **427**
Digitized by Google

000107
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

custom wood grips.
**Price:** P210-9-
LEGEND . . . . . . . **$2,199.00**
**Price:** P210-9-LEGEND-TGT
w/adjustable target sights . . . . **$2,399.00**

## SIG SAUER P220 AUTO PISTOLS
**Caliber:** 45 ACP, (7- or 8-shot magazine). **Barrel:** 4.4".
**Weight:** 27.8 oz. **Length:** 7.8" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, drift adjustable rear for windage. Optional Siglite night sights. **Features:** Double action. Stainless-steel slide, Nitron finish, alloy frame, M1913 Picatinny rail; safety system of decocking lever, automatic firing pin safety block, safety intercept notch, and trigger bar disconnector. Squared combat-type trigger guard. Slide stays open after last shot. Introduced 1976. P220 SAS Anti-Snag has dehorned stainless steel slide, front Siglite Night Sight, rounded trigger guard, dust cover, Custom Shop wood grips. Equinox line is Custom Shop product with Nitron stainless-steel slide with a black hard-anodized alloy frame, brush-polished flats and nickel accents. Truglo tritium fiber-optic front sight, rear Siglite night sight, gray laminated wood grips with checkering and stippling. From SIG SAUER, Inc.
**Price:** P220 Two-Tone, matte-stainless slide,
black alloy frame . . . . . . . . . . . . . . . . . **$1,110.00**
**Price:** P220 Elite Stainless (2008) . . . . . . . . **$1,350.00**
**Price:** P220 Two-Tone SAO, single action (2006), from . . . **$1,086.00**
**Price:** P220 DAK (2006) . . . . . . . . . . . . . . . . . **$853.00**
**Price:** P220 Equinox (2006) . . . . . . . . . . . . . **$1,200.00**
**Price:** P220 Elite Dark (2009) . . . . . . . . . . . . **$1,200.00**
**Price:** P220 Elite Dark, threaded barrel (2009) . . . . . . **$1,305.00**

## SIG SAUER P220 CARRY AUTO PISTOLS
**Caliber:** 45 ACP, 8-shot magazine. **Barrel:** 3.9". **Weight:** NA. **Length:** 7.1" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, drift adjustable rear for windage. Optional Siglite night sights. **Features:** Similar to full-size P220, except is "Commander" size. Single stack, DA/SA operation, Nitron finish, Picatinny rail, and either post and dot contrast or 3-dol Siglite night sights. Introduced 2005. Many variations availble. From SIG SAUER, Inc.
**Price:** P220 Carry, from . . . . . . . . . . . . . . . . **$975.00;**
w/night sights . . . . . . . . . . . . . . . . . . **$1,050.00**
**Price:** P220 Carry Elite Stainless (2008) . . . . . . . . . . . . . . **$1,350.00**

## SIG SAUER P229 DA Auto Pistol
Similar to the P220 except chambered for 9mm Para. (10- or 15-round magazines), 40 S&W, 357 SIG (10- or 12-round magazines). Has 3.86" barrel, 7.1" overall length and 3.35" height. Weight is 32.4 oz. Introduced 1991. Snap-on modular grips. Frame made in Germany, stainless steel slide assembly made in U.S.; pistol assembled in U.S. Many variations available. From SIG SAUER, Inc.
**Price:** P229, from . . . . . . . . . $975.00; w/night sights $1,050.00
**Price:** P229 Platinum Elite (2008) . . . . . . . . . . . . . . . . . $1,275.00
**Price:** P229 Enhanced Elite . . . . . . . . . . . . . . . . . . . . . $1,175.00

## SIG SAUER P226 Pistols
Similar to the P220 pistol except has 4.4" barrel, measures 7.7" overall, weighs 34 oz. Chambered in 9mm, 357 SIG, or 40 S&W. X-Five series has factory tuned single-action trigger, 5" slide and barrel, ergonomic wood grips with beavertail, ambidextrous thumb safety and stainless slide and frame with magwell, low-profile adjustable target sights, front cocking serrations and a 25-meter factory test target. Many variations available. Snap-on modular grips. From SIG SAUER, Inc.
**Price:** P226, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$975.00**
**Price:** P226 Blackwater Tactical (2009) . . . . . . . . . . . . . **$1,300.00**
**Price:** P226 Extreme . . . . . . . . . . . **$1,146.00**



**Price:** P226 Enhanced Elite . . . . . . . **$1,175.00**
**Price:** P226 Diamond Plate
w/diamond plate detailed slide . **$1,100.00**

## SIG SAUER SP2022 PISTOLS
**Caliber:** 9mm Para., 357 SIG, 40 S&W, 10-, 12-, or 15-shot magazines. **Barrel:** 3.9". **Weight:** 30.2 oz. **Length:** 7.4" overall. **Grips:** Composite and rubberized one-piece. **Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights. **Features:** Polymer frame, stainless steel slide; integral frame accessory rail; replaceable steel frame rails; left- or right-handed magazine release, two interchangeable grips. From SIG SAUER, Inc.
**Price:** SP2009, Nitron finish . . . . . . . . . . . . . . . . . . . . . . **$613.00**

## SIG SAUER P232 PERSONAL SIZE PISTOL
**Caliber:** 380 ACP, 7-shot. **Barrel:** 3.6". **Weight:** 17.6-22.4 oz. **Length:** 6.6" overall. **Grips:** Checkered black composite. **Sights:** Blade front, rear adjustable for windage. **Features:** Double action/single action or DAO. Blow-back operation, stationary barrel. Introduced 1997. From SIG SAUER, Inc.
**Price:** P232, from . . . . . . . . . . . . . . . **$660.00**

## SIG SAUER P238 PISTOLS
**Caliber:** .380 ACP (9mm short), 6-7-shot magazine. **Barrel:** 2.7". **Weight:** 15.4 oz. **Length:** 5.5" overall. **Grips:** Hogue® G-10 and Rosewood grips. **Sights:** Contrast / SIGLITE night sights. **Features:** the P238 has redefined the role of a .380 ACP caliber pistol for concealed personal protection, ultimate firepower in an all metal beavertail-style frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . **$543.00**
**Price:** P238 Lady w/rosewood
grips . . . . . . . . . . . . . . . . . . . . . . . . . . **$752.00**



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000108
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**Price:** P238 Gambler
w/rosewood grip
. . . . . . . . . . **$752.00**
**Price:** P238 Extreme
w/X-Grip extended
magazine
. . . . . . . . . . . . . . . **$752.00**
**Price:** P238 Diamond Plate
w/diamond plate detailed slide
. . . . . . . . . . . . . . . **$752.00**

### SIG SAUER P290 PISTOLS
Caliber: 9mm, 6/8-shot magazine. **Barrel:** 2.9". **Weight:**
20.5 oz. **Length:** 5.5" overall. **Grips:** Polymer. **Sights:**
Contrast / SIGLITE night sights.
**Features:** Unlike many small
pistols, the P290 features
drift adjustable sights in the
standard SIG SAUER dovetails.
This gives shooters the option
of either standard contrast
sights or SIGLITE® night sights. The
slide is machined from a solid billet
of stainless steel and is available in a
natural stainless or a durable Nitron® coating. A
reversible magazine catch is left-hand adjustable.
Interchangeable grip panels allow for personalization
as well as a custom fit. In addition to the standard
polymer inserts, optional panels will be available in
aluminum, G10 and wood.
**Price:** Model 290-9-BSS . . . . . . . . . . . . . . . . . . . . . **$758.00**
**Price:** Model 290-9-TSS . . . . . . . . . . . . . **$786.00**
**Price:** Model 290-9-BSS-L
with laser sights . . . . . . . . . . . . . **$828.00**
**Price:** Model 290-9-TSS with
laser sights . . . . . . . . . . . . . . **$856.00**



### SIG SAUER P239 PISTOL
Caliber: 9mm Para., 8-shot, 357
SIG 40 S&W, 7-shot magazine.
**Barrel:** 3.6". **Weight:** 25.2 oz.
**Length:** 6.6" overall. **Grips:**
Checkered black composite.
**Sights:** Blade front, rear adjustable for
windage. Optional Siglite night sights.
**Features:** SA/DA or DAO; blackened stainless steel
slide, aluminum alloy frame. Introduced 1996. Made in
U.S.A.
by SIG SAUER, Inc.
**Price:** P239, from . . . . . . . . . . . . . . . . . . . . . . **$840.00**

### SIG SAUER MOSQUITO PISTOL
Caliber: 22 LR, 10-shot
magazine. **Barrel:** 3.9".
**Weight:** 24.6 oz. **Length:**
7.2" overall. **Grips:**
Checkered black composite.
**Sights:** Blade front, rear adjustable
for windage. **Features:** Blowback
operated, fixed barrel, polymer frame, slide-mounted
ambidextrous safety. Introduced 2005. Made in U.S.A.
by SIG SAUER, Inc.
**Price:** Mosquito, from . . . . . . . . . . . . . . . . . . . . **$375.00**

### SIG SAUER P522 PISTOL
Semiauto blowback pistol chambered in .22 LR. Pistol version of
SIG522 rifle. Features include a 10-inch barrel; lightweight polymer
lower receiver with pistol grip; ambi mag catch; aluminum upper;
faux gas valve; birdcage; 25-round magazine; quad rail or "clean"
handguard; optics rail.
**Price:** . . . . . . . . . . . . . . . . . . . **$572.00 to $643.00**

### SIG SAUER P938
Caliber: 9mm (6-shot magazine). **Barrel:** 3.9". **Weight:** 16 oz. **Length:**
5.9". **Grips:** Rosewood, Blackwood, Hogue Extreme, Hogue
Diamondwood. **Sights:** Siglite night sights or Siglite rear with Tru-Glo
front. **Features:** Slightly larger version of P238 with 9mm chambering.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$809.00 to $823.00**



### SPHINX PISTOLS
Caliber: 9mm Para., 45 ACP., 10-shot magazine.
**Barrel:** 4.43". **Weight:** 39.15 oz. **Length:** 8.27"
overall. **Grips:** Textured grip panel. **Sights:** Fixed Trijicon
Night Sights. **Features:** CNC engineered from stainless
steel billet; grip frame in stainless steel, titanium or high-strength
aluminum. Integrated accessory rail, high-cut beavertail, decocking
lever. Made in Switzerland. Imported by Sabre Defence Industries.
**Price:** 45 ACP (2007) . . . . . . . . . . . . . . . . . . . . . . . **$2,990.00**
**Price:** 9mm Para. Standard, titanium w/decocker . . . . . . . . **$2,700.00**

### SPHINX SDP
Caliber: 9mm (15-shot
magazine). **Barrel:**
3.7". **Weight:** 27.5 oz.
**Length:** 7.4".**Sights:**
Defiance Day & Night
Green fiber/tritium
front, tritium 2-dot
red rear. **Features:** Double/single
action with ambidextrous decocker,
integrated slide postion safety,
aluminum MIL-STD 1913 Picatinny      rail, Blued
alloy/steel or stainless. Aluminum and polymer frame,
machined steel slide.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . NA



### SMITH & WESSON M&P AUTO PISTOLS
Caliber: .22 LR, 9mm Para., 40 S&W, 357 Auto. **Barrel:** 4.25". **Weight:**
24.25 oz. **Length:** 7.5" overall. **Grips:** One-piece Xenoy, wraparound
with straight backstrap. **Sights:** Ramp dovetail mount front; tritium
sights optional; Novak Lo-mount Carry rear. **Features:** Zytel polymer
frame, embedded stainless steel chassis; stainless steel slide
and barrel, stainless steel structural components, black Melonite
finish, reversible magazine catch, 3 interchangeable palmswell grip
sizes, universal rail, sear deactivation lever, internal lock system,
magazine disconnect. Ships with 2 magazines. Internal lock
models available. Overall height: 5.5"; width: 1.2"; sight radius: 6.4".
Introduced November 2005, 45 ACP version introduced 2007, 10+1
or 14+1 capacity. **Barrel:** 4.5". **Length:** 8.05". **Weight:** 29.6 ounces.
**Features:** Picatinny-style equipment rail; black or bi-tone, dark-
earth-brown frame. Bi-tone M&P45 includes ambidextrous, frame-
mounted thumb safety, take down tool with lanyard attachment.
Compact 9mm Para./357 SIG/40 S&W versions introduced 2007.
Compacts have 3.5" barrel, OAL 6.7". 10+1 or 12+1 capacity.
**Weight:** 21.7 ounces. **Features:** Picatinny-style equipment rail.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **1429**
Digitized by Google

000109
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



Made in U.S.A. by Smith & Wesson.
Price: M&P22 .22 LR model  $569.00
to $758.00
Price: Crimson Trace Lasergrip models,
from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$809.00

**SMITH & WESSON PRO SERIES MODEL M&P40**
Striker-fired DAO semiauto pistol chambered in .40 S&W.
Features include 4.25- or 5-inch barrel, matte black
polymer frame and stainless steel slide, tactical rail,
Novak front and rear sights or two-dot night sights, polymer grips,
15+1 capacity.

Price: . . . . . . . . . . . . . . . . . . . $830.00
Price: VTAC® Viking Tactics . . . . . $779.00

**SMITH & WESSON PRO SERIES MODEL M&P9**
Similar to M&P40 but chambered in 9mm Parabellum.
Capacity 17+1, 4.25-inch barrel,  two-dot night sights.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$830.00

**SMITH & WESSON MODEL SD9 PISTOLS**
Caliber: .40 S&W and 9mm, 10+1, 14+1 and 16+1 round capacities.
**Barrel:** 4". **Weight:** 39 oz. **Length:** 8.7". **Grips:** Wood or rubber.
**Sights:** Front: Tritium Night Sight, Rear: Steel Fixed 2-Dot.
**Features:** SDT™ - Self
Defense Trigger for
optimal, consistent
pull first round to Last,
standard picatinny-style
rail, slim ergonomic
textured grip, textured finger locator
and aggressive front and back strap
texturing with front and rear slide
serrations.
Price: 9mm Std. Capacity . . . . . . . . . . . . . . . $459.00
Price: 9mm Low Capacity  . . . . . . . . . . . . . . $459.00
Price: .40 S&W Std. Capacity . . . . . . . . . . . . $459.00
Price: .40 S&W Low Capacity . . . . . . . . . . . . $459.00

**SMITH & WESSON MODEL SW1911 PISTOLS**
Caliber: 45 ACP, 8
rounds; 9mm, 11
rounds. **Barrel:** 5". **Weight:** 39 oz. **Length:**
8.7". **Grips:** Wood or rubber. **Sights:** Novak
Lo-Mount Carry, white dot front. **Features:**
Large stainless frame and slide with matte finish, single-
side external safety. No. 108284 has adjustable target rear
sight, ambidextrous safety levers, 20-lpi checkered front
strap, comes with two 8-round magazines. DK model (Doug
Koenig) also has oversized magazine well, Doug Koenig
speed hammer, flat competition speed trigger with overtravel
stop, rosewood grips with Smith & Wesson silver medallions,
oversized magazine well, special serial number run. No. 108295 has
olive drab Crimson Trace lasergrips. No. 108299 has carbon-steel frame
and slide with polished flats on slide, standard GI recoil guide, laminated
double-diamond walnut grips with silver Smith & Wesson medallions,
adjustable target sights. Tactical Rail No. 108293 has a Picatinny rail,
black Melonite finish, Novak Lo-Mount Carry Sights, scandium alloy
frame. Tactical Rail Stainless introduced 2008. SW1911PD gun is
Commander size, scandium-alloy frame, 4.25" barrel, 8" OAL, 28.0 oz.,
non-reflective black matte finish. Gunsite edition has scandium alloy
frame, beveled edges, solid match aluminum trigger, Herrett's logoed
tactical oval walnut stocks, special serial number run, brass bead Novak
front sight. SC model has 4.25" barrel, scandium alloy frame, stainless-
steel slide, non-reflective matte finish.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . $1,130.00
Price: Crimson Trace Laser Grips . . . . . . . . . . . . . . . . . . . . $1,493.00
Price: SW1911 E Series .45 ACP . . . . . . . . . . . . . . . . . . . . $919.00
Price: SW1911 E Series Tactical Accessory Rail . . . . . . . . . . $1,319.00
Price: SW1911 E Series Round Butt, Scandium Frame . . . . . . $1,369.00
Price: SW1911 E Series Crimson Trace® Lasergrips . . . . . . $1,089.00

**SMITH & WESSON MODEL 1911 SUB-COMPACT PRO SERIES**
Caliber: 45 ACP, 7 +
1-shot magazine. **Barrel:**
3". **Weight:** 24 oz. **Length:** 6-7/8".
**Grips:** Fully stippled synthetic. **Sights:**
Dovetail white dot front, fixed white 2-dot
rear.  **Features:** Scandium frame with stainless
steel slide, matte black finish throughout. Oversized
external extractor, 3-hole curved trigger with
overtravel stop, full-length guide rod, and cable lock.
Introduced 2009.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$1,304.00

**SMITH & WESSON ENHANCED SIGMA SERIES DAO PISTOLS**
Caliber: 9mm Para., 40 S&W; 10-, 16-shot magazine. **Barrel:** 4".
**Weight:** 24.7 oz. **Length:** 7.25" overall. **Grips:** Integral. **Sights:**
White dot front, fixed rear; 3-dot system. Tritium night sights
available. **Features:** Ergonomic polymer frame; low barrel centerline;
internal striker firing system; corrosion-resistant slide; Teflon-filled,
electroless-nickel coated magazine, equipment rail. Introduced 1994.
Made in U.S.A. by Smith & Wesson.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$482.00

**SMITH & WESSON BODYGUARD® 380**
Caliber: .380 Auto, 6+1 round
capacity. **Barrel:** 2.75".
**Weight:** 11.85 oz. **Length:**
5.25". **Grips:** Polymer. **Sights:**
Integrated laser sights with front:
stainless steel, rear: drift adjustable.
**Features:** The frame of the Bodyguard is
made of reinforced polymer, as is the magazine base
plate and follower, magazine catch, and the trigger. The
slide, sights, and guide rod are made of stainless steel,
with the slide and sights having a Melonite hard coating.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$399.00

**SPRINGFIELD ARMORY EMP ENHANCED MICRO PISTOL**
Caliber: 9mm Para., .40 S&W; 9-round magazine. **Barrel:** 3" stainless
steel match grade, fully supported ramp, bull. **Weight:** 26 oz. **Length:**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by Google

000110
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



6.5" overall. **Grips:** Thinline cocobolo hardwood. **Sights:** Fixed low profile combat rear, dovetail front, 3-dot tritium. **Features:** Two 9-round stainless steel magazines with slam pads, long aluminum match-grade trigger adjusted to 5 to 6 lbs., forged aluminum alloy frame, black hardcoat anodized; dual spring full-length guide rod, forged satin-finish stainless steel slide. Introduced 2007. From Springfield Armory.
**Price:** 9mm Para. Compact Bi-Tone . . . . . . . . . . **$1,329.00**
**Price:** 40 S&W Compact Bi-Tone (2008) . . . . . . . **$1,329.00**



**SPRINGFIELD ARMORY XD
POLYMER AUTO PISTOLS**
Caliber: 9mm Para., 40 S&W, 45 ACP.
Barrel: 3", 4", 5". Weight: 20.5-31
oz. Length: 6.26-8" overall. Grips:
Textured polymer. **Sights:** Varies by model;
Fixed sights are dovetail front and rear steel 3-dot units. **Features:**
Three sizes in X-Treme Duty (XD) line: Sub-Compact (3" barrel), Service (4" barrel), Tactical (5" barrel). Three ported models available. Ergonomic polymer frame, hammer-forged barrel, no-tool disassembly, ambidextrous magazine release, visual/tactile loaded chamber indicator, visual/tactile striker status indicator, grip safety, XD gear system included. Introduced 2004. XD 45 introduced 2006. Compact line introduced 2007. Compacts ship with one extended magazine (13) and one compact magazine (10). From Springfield Armory.



**Price:** Sub-Compact OD Green 9mm Para./40 S&W,
fixed sights . . . . . . . . . . . . . . . . . . . . . . . . . . . **$543.00**
**Price:** Compact 45 ACP, 4" barrel, Bi-Tone finish (2008) . . . . . **$589.00**
**Price:** Compact 45 ACP 5" barrel, OD green frame,
stainless slide (2008) . . . . . . . . . . . . . . . . . . . . . **$653.00**
**Price:** Service Black 9mm Para./40 S&W, fixed sights . . . . . . **$543.00**
**Price:** Service Dark Earth 45 ACP, fixed sights . . . . . . . . . . **$571.00**

**Price:** Service Black 45 ACP, external thumb safety
(2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$571.00**
**Price:** V-10 Ported Black 9mm Para./40 S&W . . . . . . . . . . . . **$573.00**
**Price:** Tactical Black 45 ACP, fixed sights . . . . . . . . . . . . . . . **$616.00**
**Price:** Service Bi-Tone 40 S&W, Trijicon night sights (2008). . . **$695.00**

**SPRINGFIELD ARMORY GI 45
1911A1 AUTO PISTOLS**
Caliber: 45 ACP: 6-, 7-, 13-shot
magazines. Barrel: 3", 4", 5".
Weight: 28-36 oz. Length: 5.5-8.5"
overall. Grips: Checkered double-
diamond walnut, "U.S" logo. Sights: Fixed GI style. Features: Similar
to WWII GI-issue 45s at hammer, beavertail, mainspring housing.
From Springfield Armory.
**Price:** GI .45 4" Champion Lightweight, 7+1, 28 oz. . . . . . . . . **$619.00**
**Price:** GI .45 5" High Capacity, 13+1, 36 oz. . . . . . . . . . . . . . **$676.00**
**Price:** GI .45 5" OD Green, 7+1, 36 oz. . . . . . . . . . . . . . . . . . **$619.00**
**Price:** GI .45 3" Micro Compact, 6+1, 32 oz. . . . . . . . . . . . . . **$667.00**

**SPRINGFIELD ARMORY MIL-SPEC 1911A1 AUTO PISTOLS**
Caliber: 38 Super, 9-shot magazines; 45 ACP, 7-shot magazines.
**Barrel:** 5". **Weight:** 35.6-39 oz. Length: 8.5-8.625" overall.
Features: Similar to GI 45s. From Springfield Armory.
**Price:** Mil-Spec Parkerized, 7+1, 35.6 oz. . . . . . . . . . . . . . . . **$715.00**
**Price:** Mil-Spec Stainless Steel, 7+1, 36 oz. . . . . . . . . . . . . . **$784.00**
**Price:** Mil-Spec 38 Super, 9+1, 39 oz. . . . . . . . . . . . . . . . . . **$775.00**

**Springfield Armory Custom Loaded Champion 1911A1 Pistol**
Similar to standard 1911A1, slide and barrel are 4". 7.5" OAL. Avail-
able in 45 ACP only. Novak Night Sights. Delta hammer and cocobolo
grips. Parkerized or stainless. Introduced 1989.
**Price:** Stainless, 34 oz. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,031.00**
**Price:** Lightweight, 28 oz. . . . . . . . . . . . . . . . . . . . . . . . . . . . **$989.00**

**Springfield Armory Custom Loaded Ultra Compact Pistol**
Similar to 1911A1 Compact, shorter slide, 3.5" barrel, 6+1, 7" OAL.
Beavertail grip safety, beveled magazine well, fixed sights. Videki speed
trigger, flared ejection port, stainless steel frame, blued slide, match
grade barrel, rubber grips. Introduced 1996. From Springfield Armory.
**Price:** Stainless Steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,031.00**

**SPRINGFIELD ARMORY CUSTOM LOADED MICRO-COMPACT
1911A1 PISTOL**
Caliber: 45 ACP, 6+1 capacity. Barrel: 3" 1:16 LH. Weight: 24-32 oz.
**Length: 4.7".** Grips: Slimline cocobolo. Sights: Novak LoMount
tritium. Dovetail front. Features: Aluminum hard-coat anodized alloy
frame, forged steel slide, forged barrel, ambi-thumb safety, Extreme
Carry Bevel dehorning. Lockable plastic case, 2 magazines.
**Price:** Lightweight Bi-Tone . . . . . . . . . . . . . . . . . . . . . . . . . . **$892.00**

**SPRINGFIELD ARMORY CUSTOM LOADED LONG SLIDE 1911A1
PISTOL**
Caliber: 45 ACP, 7+1 capacity. Barrel: 6" 1:16 LH. Weight: 41 oz.
**Length: 9.5".** Grips: Slimline cocobolo. Sights: Dovetail front; fully
adjustable target rear. Features: Longer sight radius, 7.9".
**Price:** Bi-Tone Operator w/light rail . . . . . . . . . . . . . . . . . . . **$1,189.00**

**Springfield Armory Tactical Response Loaded Pistols**
Similar to 1911A1 except 45 ACP only, checkered front strap and main-
spring housing, Novak Night Sight combat rear sight and matching
dove-tailed front sight, tuned, polished extractor, oversize barrel link;
lightweight speed trigger and combat action job, match barrel and

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 **431**
Digitized by Google

000111
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



bushing, extended ambidextrous thumb safety and fitted beavertail grip safety.
Checkered cocobolo wood grips, comes with two Wilson 7-shot magazines. Frame is engraved "Tactical" both sides of frame with "TRP." Introduced 1998. TRP-Pro Model meets FBI specifications for SWAT Hostage Rescue Team. From Springfield Armory.
**Price:** 45 TRP Service Model, black Armory Kote finish, fixed Trijicon night sights . . . . . . . . . . . . . . . . . **$1,741.00**

**SPRINGFIELD ARMORY XDM SERIES**
**Calibers:** 9mm, .40 S&W, .45 ACP. **Barrel:** 3.8 or 4.5". **Sights:** Fiber optic front with interchangeable red and green filaments, adjustable target rear. **Grips:** Integral polymer with three optional backstrap designs. **Features:** Variation of XD design with improved ergonomics, deeper and longer slide serrations, slightly modified grip contours and texturing. Black polymer frame, forged steel slide. Black and two-tone finish options.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **N/A**

**STOEGER COMPACT COUGAR PISTOL**
**Caliber:** 9mm, 13+1 round capacity. **Barrel:** 3.6". **Weight:** 32 oz. **Length:** 7". **Grips:** Wood or rubber. **Sights:** Quick read 3-dot. **Features:** Double/single action with a Bruniton® Matte black finish. The ambidextrous safety and decocking lever is easily accessible to the thumb of a right-handed or left-handed shooter.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$449.00**

**STI DUTY ONE PISTOL**
1911-style semiauto pistol chambered in .45 ACP. Features include government size frame with integral tactical rail and 30 lpi checkered frontstrap; milled tactical rail on the dust cover of the frame; ambidextrous thumb safeties; high rise beavertail grip safety; lowered and flared ejection port; fixed rear sight; front and rear cocking serrations; 5-inch fully supported STI International ramped bull barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1312.00**

**STI APEIRO PISTOL**
1911-style semiauto pistol chambered in 9x19, .40 S&W, and .45 ACP. Features include Schuemann "Island" barrel; patented modular steel frame with polymer grip; high capacity double-stack magazine; stainless steel ambidextrous thumb safeties and knuckle relief high-rise beavertail grip safety; unique sabertooth rear cocking serrations; 5-inch fully ramped, fully supported "island" bull barrel, with the sight milled in to allow faster recovery to

point of aim; custom engraving on the polished sides of the (blued) stainless steel slide; stainless steel magwell; STI adjustable rear sight and Dawson fiber optic front sight; blued frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2717.00**

**STI EAGLE PISTOL**
1911-style semiauto pistol chambered in .45 ACP, 9mm, .40 S&W. Features include modular steel frame with polymer grip; high capacity doule-stack magazines; scalloped slide with front and rear cocking serrations; dovetail front sight and STI adjustable rear sight; stainless steel STI hi-ride grip safety and stainless steel STI ambi-thumb safety; 5- or 6-inch STI stainless steel fully supported, ramped bull barrel or the traditional bushing barrel; blued or stainless finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1964.00**

**STI ECLIPSE PISTOL**
Compact 1911-tyle semiauto pistol chambered in 9x19, .40 S&W, and .45 ACP. Features include 3-inch slide with rear cocking serrations, oversized ejection port; 2-dot tritium night sights recessed into the slide; high-capacity polymer grip; single sided blued thumb safety; bobbed, high-rise, blued, knuckle relief beavertail grip safety; 3-inch barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1843.00**

**STI ESCORT PISTOL**
Similar to STI Eclipse but with aluminum allow frame and chambered in .45 ACP only.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1843.00**

**TAURUS MODEL 800 SERIES**
**Caliber:** 9mm Para., .40 S&W, .45 ACP. **Barrel:** 4". **Weight:** 32 oz. **Length:** 8.25". **Grips:** Checkered. **Sights:** Novak. **Features:** DA/SA. Blue and Stainless Steel finish. Introduced in 2007. Imported from Brazil by Taurus International.
**Price:** 809B, 9mm Para., Blue, 17+1 . . . . . . . . . . . . . . . . . **$623.00**

**TAURUS MODEL 1911**
**Caliber:** .45 ACP, 8+1 capacity. **Barrel:** 5". **Weight:** 33 oz. **Length:** 8.5". **Grips:** Checkered black. **Sights:** Heinie straight 8. **Features:** SA. Blue, stainless steel, duotone blue, and blue/gray finish. Standard/picatinny rail, standard frame, alloy frame, and alloy/picatinny rail. Introduced in 2007. Imported from Brazil by Taurus International.
**Price:** 1911B, Blue . . . . . . . . . . . . . . . . . **$719.00**
**Price:** 1911SS, Stainless Steel . . . . . . . . . . **$816.00**
**Price:** 1911SS-1, Stainless Steel . . . . . . . . . . **$847.00**
**Price:** 1911 DT, Duotone Blue . . . . . . . . . . . . . . . . . **$795.00**

**TAURUS MODEL 917**
**Caliber:** 9mm Para., 19+1 capacity. **Barrel:** 4.3". **Weight:** 32.2 oz. **Length:** 8.5". **Grips:** Checkered rubber. **Sights:** Fixed. **Features:** SA/DA. Blue and stainless steel finish. Medium frame. Introduced in 2007. Imported from Brazil by Taurus International.
**Price:** 917B-20, Blue . . . . . . . . . . . . . . . . . **$542.00**
**Price:** 917SS-20, Stainless Steel . . . . . . . . . **$559.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Digitized by **Google**

000112
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**TAURUS MODEL PT-22/PT-25 AUTO PISTOLS**
Caliber: 22 LR, 8-shot (PT-22); 25 ACP, 9-shot (PT-25). **Barrel:** 2.75".
**Weight:** 12.3 oz. **Length:** 5.25" overall. **Grips:** Smooth rosewood
or mother-of-pearl. **Sights:** Fixed. **Features:** Double action. Tip-up
barrel for loading, cleaning. Blue, nickel, duo-tone or blue with gold
accents. Introduced 1992. Made in U.S.A. by Taurus International.
**Price:** PT-22B or PT-25B, checkered
        wood grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$248.00**

**TAURUS PT2011 DT**
Caliber: .380 (15-shot), 9mm (13-shot), .40 S&W(11-shot magazine).
**Barrel:** 3.2". **Weight:** 21 oz. **Length:** 6.3". **Finish:** Blue or stainless.
**Features:** Manual safety, removable polymer grip backstraps.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$544 to $588**

**TAURUS MODEL 22PLY SMALL POLYMER FRAME PISTOLS**
Similar to Taurus Models PT-22 and PT-25 but with lightweight poly-
mer frame. Features include 22 LR (9+1) or 25 ACP (8+1) chamber-
ing. 2.33" tip-up barrel, matte black finish, extended magazine with
finger lip, manual safety. Overall length is 4.8". Weighs 10.8 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$273.00**

**TAURUS MODEL 24/7**
Caliber: 9mm Para., 40
S&W, 45 ACP. **Barrel:** 4".
**Weight:** 27.2 oz. **Length:**
7-1/8". **Grips:** "Ribber"
rubber-finned overlay on
polymer. **Sights:** Adjustable. **Features:**
SA/DA; accessory rail, four safeties,
blue or stainless finish. One-piece guide rod,
flush-fit magazine, flared bushingless barrel, Picatinny
accessory rail, manual safety, user changeable sights,
loaded chamber indicator, tuned ejector and lowered
port, one piece guide rod and flat wound captive spring.
Introduced 2003. Long Slide models have 5" barrels,
measure 8-1/8" overall, weigh 27.2 oz. Imported from Brazil
by Taurus International.
**Price:** 40BP, 40 S&W, blued, 10+1 or 15+1. . . . . . . . . . . . . . . **$452.00**
**Price:** 24/7-PRO Standard Series: 4" barrel; stainless,
    duotone or blued finish . . . . . . . . . . . . . . . . . . . . . . . . **$452.00**
**Price:** 24/7-PRO Compact Series: 3.2" barrel; stainless,
    titanium or blued finish . . . . . . . . . . . . . . . . . . . . . . . . **$467.00**
**Price:** 24/7-PRO Long Slide Series: 5.2" barrel; matte stainless,
    blued or stainless finish . . . . . . . . . . . . . . . . . . . . . . . **$506.00**
**Price:** 24/7PLS, 5" barrel, chambered in 9mm Parabellum,
    38 Super and 40 S&W . . . . . . . . . . . . . . . . . . . . . . . . **$506.00**

**TAURUS 24/7 G2**
Double/single action semiauto pistol chambered in 9mm Parabellum
(15+1), .40 S&W (13+1), and .45 ACP (10+1). Features include blued
or stainless finish; "Strike Two" capability; new trigger safety; low-
profile adjustable rear sights for windage and elevation; ambidextrous
magazine release; 4.2-inch barrel; Picatinny rail; polymer frame;
polymer grip with metallic inserts and three interchangeable
backstraps. Also offered in compact model with shorter grip frame
and 3.5-inch barrel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$523.00**

**TAURUS MODEL 2045 LARGE FRAME PISTOL**
Similar to Taurus Model 24/7 but chambered in 45 ACP only. Fea-
tures include polymer frame, blued or matte stainless steel slide, 4.2"
barrel, ambidextrous "memory pads" to promote safe finger position
during loading, ambi three-position safety/decocker. Picatinny rail
system, fixed sights. Overall length is 7.34". Weighs 31.5 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$577.00**

**TAURUS MODEL 58 PISTOL**
Caliber: 380 ACP (19+1). **Barrel:** 3.25. **Weight:** 18.7 oz. **Length:**
6.125" overall. **Grips:** Polymer. **Sights:** Fixed. **Features:** SA/DA
semi-auto. Scaled-down version of the full-size Model 92; steel slide,
alloy frame, frame-mounted ambi safety, blued or stainless finish, and
extended magazine.
**Price:** 58HCB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$602.00**
**Price:** 58HCSS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$617.00**

**TAURUS MODEL 92 AUTO PISTOL**
Caliber: 9mm Para., 10- or 17-shot mags. **Barrel:** 5". **Weight:** 34 oz.
  **Length:** 8.5" overall. **Grips:** Checkered rubber, rosewood, mother-

of-pearl. **Sights:**
Fixed notch rear.
3-dot sight system.
Also offered with
micrometer-click
adjustable night sights. **Features:** Double
action, ambidextrous 3-way hammer
drop safety, allows cocked & locked
carry. Blue, stainless steel, blue with gold highlights,
stainless steel with gold highlights, forged aluminum
frame, integral key-lock. .22 LR conversion kit available.
Imported from Brazil by Taurus International.
**Price:** 92B . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$542.00**
**Price:** 92SS . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$559.00**

**TAURUS MODEL 99 AUTO PISTOL**
Similar to Model 92, fully adjustable rear sight.
**Price:** 99B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$559.00**

**TAURUS MODEL 90-TWO SEMI-AUTO PISTOL**
Similar to Model 92 but with one-piece wraparound grips, automatic
disassembly latch, internal recoil buffer, addition slide serrations, pica-
tinny rail with removable cover, 10- and 17-round magazine (9mm) or
10- and 12-round magazines (40 S&W). Overall length is 8.5". Weight
is 32.5 oz.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$725.00**

**TAURUS MODEL 100/101**
**AUTO PISTOL**
Caliber: 40 S&W, 10- or
11-shot mags. **Barrel:** 5".
**Weight:** 34 oz. **Length:**
8.5". **Grips:** Checkered rubber, rosewood,
mother-of-pearl. **Sights:** 3-dot fixed or
adjustable; night sights available. **Features:**
Single/double action with three-position safety/decocker.
Reintroduced in 2001. Imported by Taurus International.
**Price:** 100B . . . . . . . . . . . . . . . . . . . . . . . . . . **$542.00**

**TAURUS MODEL 111 MILLENNIUM PRO AUTO PISTOL**
Caliber: 9mm Para., 10- or 12-shot mags. **Barrel:** 3.25".
**Weight:** 18.7 oz. **Length:** 6-1/8" overall. **Grips:** Checkered polymer.
**Sights:** 3-dot fixed; night sights available. Low profile, 3-dot combat.
**Features:** Double action only, polymer frame, matte stainless or blue
steel slide, manual safety, integral key-lock. Deluxe models with wood
grip inserts.
**Price:** 111BP, 111BP-12 . . . . . . . . . . . . . . . . . . . . . . **$419.00**
**Price:** 111PTi titanium slide . . . . . . . . . . . . . . . . . . . . **$592.00**

**TAURUS MODEL 132 MILLENNIUM**
**PRO AUTO PISTOL**
Caliber: 32 ACP, 10-
shot mag. **Barrel:**
3.25". **Weight:** 18.7
oz. **Grips:** Polymer.
**Sights:** 3-dot fixed; night sights
available. **Features:** Double-
action-only, polymer frame,
matte stainless or blue steel slide,
manual safety, integral key-lock action. Introduced
2001.
**Price:** 132BP . . . . . . . . . . . . . . . . . . . . . . **$419.00**

**TAURUS MODEL 138 MILLENNIUM**
**PRO SERIES**
Caliber: 380 ACP, 10- or 12-
shot mags. **Barrel:** 3.25".
**Weight:** 18.7 oz. **Grips:**
Polymer. **Sights:** Fixed 3-dot
fixed. **Features:** Double-
action-only, polymer frame, matte
stainless or blue steel slide, manual
safety, integral key-lock.
**Price:** 138BP . . . . . . . . . . . . . . . . . . . . . . **$419.00**

**TAURUS MODEL 140 MILLENNIUM PRO AUTO PISTOL**
Caliber: 40 S&W, 10-shot mag. **Barrel:** 3.25". **Weight:**
18.7 oz. **Grips:** Checkered polymer. **Sights:** 3-dot fixed;
night sights available. **Features:** Double action only;

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION 2013 **433**
Digitized by Google

000113
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport



matte stainless or blue steel slide, black polymer frame, manual safety, integral key-lock action. From Taurus International.
**Price:** 140BP . . . . . . **$436.00**

**TAURUS 145 MILLENNIUM PRO AUTO PISTOL**
**Caliber:** 45 ACP, 10-shot mag. **Stock:** Checkered polymer. **Sights:** 3-dot fixed; night sights available. **Features:** Double-action only, matte stainless or blue steel slide, black polymer frame, manual safety, integral key-lock. Compact model is 6+1 with a 3.25" barrel, weighs 20.8 oz. From Taurus International.
**Price:** 145BP, blued . . . . . . . . . . . . . . . . . **$436.00**
**Price:** 145SSP, stainless . . . . . . . . . . . . . . **$453.00**

**Taurus Model 609Ti-Pro**
Similar to other Millennium Pro models but with titanium slide. Chambered in 9mm Parabellum. Weighs 19.7 oz. Overall length is 6.125". Features include 13+1 capacity, 3.25" barrel, checkered polymer grips, and Heinie Straight-8 sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$608.00**



**TAURUS SLIM 700 SERIES**
Compact double/single action semiauto pistol chambered in 9mm Parabellum (7+1), .40 S&W (6+1), and .380 ACP (7+1). Features include polymer frame; blue or stainless slide; single action/double action trigger pull; low-profile fixed sights. Weight 19 oz., length 6.24 inches, width less than an inch.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . **N/A**



**TAURUS MODEL 709 G2 SLIM PISTOL**
**Caliber:** 9mm., 9+1-shot magazine. **Barrel:** 3". **Weight:** 19 oz. **Length:** 6.24" overall. **Grips:** Black. **Sights:** Low profile. **Features:** The most heralded concealed carry semi-auto in company history is getting even better with the G2 Slim. Even under the lightest clothing the Slim design reveals nothing. Now with the best in features and performance from the elite G2 series. Also, with the G2 Slim, there are extra rounds with an extended magazine for added confidence.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$376.00**

**TAURUS MODEL 738 TCP COMPACT PISTOL**
**Caliber:** 380 ACP, 6+1 (standard magazine) or 8+1 (extended magazine). **Barrel:** 3.3". **Weight:** 9 oz. (titanium slide) to 10.2 oz. **Length:** 5.19". **Sights:** Low-profile fixed. **Features:** Lightweight DAO semi-auto with polymer frame; blued (738B), stainless (738SS) or titanium (738Ti) slide; concealed hammer; ambi safety; loaded chamber indicator.
**Price:** . . . .**$623.00 to $686.00**

**TAURUS SLIM 740 PISTOL**
**Caliber:** .380 ACP and .40 cal., 6+1/8+1-shot magazines. **Barrel:** 4". **Weight:** 19 oz. **Length:**

6.24" overall. **Grips:** Polymer Grips. **Features:** Double action with stainless steel finish. Remarkably lean, lightweight design, but it still steps up with big firepower.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$483.00**



**TAURUS 800 SERIES COMPACT**
Compact double/single action semiauto pistol chambered in 9mm (12+1), .357 SIG (10+1) and .40 cal (10+1). Features include 3.5-inch barrel; external hammer; loaded chamber indicator; polymer frame; blued or stainless slide.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . **N/A**

**TAURUS 809 COMPACT PISTOL**
**Caliber:** 9mm, .357 SIG and .40 cal. 12+1 round capacity. **Barrel:** 3.5". **Grips:** Checkered Polymer. **Description:** Little brother of the 800 Series, these new pistols were born to perform. They give everything you could want in a 3.5" barrel semi-auto—the best in features, handling, speed and reliability.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$555.00**

**THOMPSON CUSTOM 1911A1 AUTOMATIC PISTOL**
**Caliber:** 45 ACP, 7-shot magazine. **Barrel:** 4.3". **Weight:** 34 oz. **Length:** 8" overall. **Grips:** Checkered laminate grips with a Thompson bullet logo inlay. **Sights:** Front and rear sights are black with serrations and are dovetailed into the slide. **Features:** Machined from 420 stainless steel, matte finish. Thompson bullet logo on slide. Flared ejection port, angled front and rear serrations on slide, 20-lpi checkered mainspring housing and frontstrap. Adjustable trigger, combat hammer, stainless steel full-length recoil guide rod, extended beavertail grip safety; extended magazine release; checkered slide-stop lever. Made in U.S.A. by Kahr Arms.
**Price:** 1911TC, 5", 39 oz., 8.5" overall, stainless frame . . . . . . **$813.00**

**THOMPSON TA5 1927A-1 LIGHTWEIGHT DELUXE PISTOL**
**Caliber:** 45 ACP, 50-round drum magazine. **Barrel:** 10.5" 1:16 right-hand twist. **Weight:** 94.5 oz. **Length:** 23.3" overall. **Grips:** Walnut, horizontal foregrip **Sights:** Blade front, open rear adjustable. **Features:** Based on Thompson machine gun design. Introduced 2008. Made in U.S.A. by Kahr Arms.
**Price:** TA5 (2008) . . . . . . . . . . . . . . . . . . . . **$1,237.00**

**TURNBULL MFG. CO. 1911 CENTENIAL PISTOL**
**Features:** Forged slide with appropriate shape and style. Proper size and shape of sights. Barrel of correct external contour. Safety lock is the thin style, with a knurled undercut thumb-piece. Short, wide spur hammer with standard checkering. Early style slide stop. Lanyard loop, punch and saw cut magazine, finished in two tone. Pistol is hand-polished in the same manner as an original early production vintage pistol. Period-correct Carbonia Charcoal Blueing on all parts. Stamped United States Properly as original. Circled Turning Bull trademark on left of slide behind serrations. Early 1913 patent markings and Turnbull Mfg. Co. Bloomfield, NY slide address. Model(s) of 1911 U.S. Army, U.S. Navy and U.S. Marine Corps variations are all available. Inspector's marks are available from Doug Turnbull (TMC Owner, founder) and Keith VanOrman (TMC President).
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3895.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Digitized by Google

000114
EXHIBIT E

# HANDGUNS—Autoloaders, Service & Sport

**WALTHER PPS PISTOL**
Caliber: 9mm Para., 40 S&W. 6-, 7-, 8-shot magazines for 9mm Para.; 5-, 6-, 7-shot magazines for 40 S&W. **Barrel:** 3.2". **Weight:** 19.4 oz. **Length:** 6.3" overall. **Stocks:** Stippled black polymer. **Sights:** Picatinny-style accessory rail, 3-dot low-profile contoured sight. **Features:** PPS-"Polizeipistole Schmal," or Police Pistol Slim. Measures 1.04 inches wide. Ships with 6- and 7-round magazines. Striker-fired action, flat slide stop lever, alternate backstrap sizes. QuickSafe feature decocks striker assembly when backstrap is removed. Loaded chamber indicator. First Edition model, limited to 1,000 units, has anthracite grey finish, aluminum gun case. Introduced 2008. Made in U.S.A. by Smith & Wesson.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$713.00**
**Price:** First Edition. . . . . . . . . . . . . . . . . . . . . . . . . . . .**$665.00**

**WALTHER PPK/S AMERICAN AUTO PISTOL**
Caliber: 32 ACP, 380 ACP, 7-shot magazine. **Barrel:** 3.27". **Weight:** 23-1/2 oz. **Length:** 6.1" overall. **Stocks:** Checkered plastic. **Sights:** Fixed, white markings. **Features:** Double action; manual safety blocks firing pin and drops hammer; chamber loaded indicator on 32 and 380; extra finger rest magazine provided. Made in the United States. Introduced 1980. Made in U.S.A. by Smith & Wesson.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$605.00**

**WALTHER MODEL PPK/S MACHINE ENGRAVED**
Caliber: .380 ACP, 7 & 8-round capacity. **Barrel:** 3.3". **Weight:** 22.4 oz. **Length:** 6.1". **Grips:** Engraved wood. **Sights:** Fixed. **Features:** Traditional Double Action with Stainless frame, slide and barrel. Mahogany Presentation Case Included.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$799.00**

**WALTHER P99 AUTO PISTOL**
Caliber: 9mm Para., 9x21, 40 S&W, 10-shot magazine. **Barrel:** 4". **Weight:** 25 oz. **Length:** 7" overall. **Grips:** Textured polymer. **Sights:** Blade front (comes with three interchangeable blades for elevation adjustment), micrometer rear adjustable for windage. **Features:** Double-action mechanism with trigger safety, decock safety, internal striker safety; chamber loaded indicator; ambidextrous magazine release levers; polymer frame with interchangeable backstrap inserts. Comes with two magazines. Introduced 1997. Made in U.S.A. by Smith & Wesson.
**Price:** From . . . **$799.00**

**WALTHER P99AS NIGHT SIGHT DEFENSE KIT**
Striker-fired DAO semiauto pistol similar to Walther P99AS but with front and rear tritium sights. Chambered in .40 S&W (12 rounds) or 9mm Parabellum (15 rounds). Features include polymer frame and grip, decocker button, 4-inch (9mm) or 4.17-inch

(.40) stainless steel barrel, integral weaver-style accessory rail, black Tenifer finish overall.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**N/A**

**WALTHER PK380**
Caliber: .380 ACP (8-shot magazine). **Barrel:** 3.66". **Weight:** 19.4 oz. **Length:** 6.5". **Sights:** Three-dot system, drift adjustable rear. **Features:** Double action with external hammer, ambidextrous mag release and manual safety. Picatinny rail.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$389**

**WALTHER PPQ**
Caliber: 9mm, .40 S&W (12-shot magazine). **Barrel:** 4.2". **Weight:** 24.9 oz. **Length:** 7.2". **Sights:** Drift adjustable. **Features:** Quick Defense trigger, firing pin blck, ambidextrous slide lock and mag release, Picatinny rail. Comes with two extra magazines, two interchangeable frame backstraps and hard case.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$599**

**WALTHER PPS NIGHT SIGHT DEFENSE KIT**
Striker-fired compact DAO semiauto pistol similar to Walther PPS but with front and rear tritium sights. Chambered in .40 S&W (6 rounds) or 9mm Parabellum (7 rounds). Features include polymer frame and grip, decocker button, loaded chamber indicator, 3.2-inch stainless steel barrel, integral weaver-style accessory rail, black Tenifer finish overall.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**N/A**

**WALTHER P22 PISTOL**
Caliber: 22 LR. **Barrel:** 3.4", 5". **Weight:** 19.6 oz. (3.4"), 20.3 oz. (5"). **Length:** 6.26", 7.83". **Grips:** NA. **Sights:** Interchangeable white dot, front, 2-dot adjustable, rear. **Features:** A rimfire version of the Walther P99 pistol, available in nickel slide with black frame, or green frame with black slide versions. Made in U.S.A. by Smith & Wesson.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . .**$362.00**

**WILSON COMBAT ELITE PROFESSIONAL**
Caliber: 9mm Para., 38 Super, 40 S&W, 45 ACP, 8-shot magazine. **Barrel:** Compensated 4.1" hand-fit, heavy flanged cone match grade. **Weight:** 36.2 oz. **Length:** 7.7" overall. **Grips:** Cocobolo. **Sights:** Combat Tactical yellow rear tritium inserts, brighter green tritium front insert. **Features:** High-cut front strap, 30-lpi checkering on front strap and flat mainspring housing, High-Ride Beavertail grip safety. Dehorned, ambidextrous thumb safety, extended ejector, skeletonized ultralight hammer, ultralight trigger, Armor-Tuff finish on frame and slide. Introduced 1997. Made in U.S.A. by Wilson Combat. This manufacturer offers more than 100 different 1911 models ranging in price from about $2800 to $5000.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$3,650.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ✦ **435**
Digitized by Google

000115
EXHIBIT E

# COMPETITION RIFLES—Centerfire & Rimfire

**ANSCHUTZ 1903 MATCH RIFLE**
**Caliber:** 22 LR, single shot. **Barrel:** 21.25". **Weight:** 8 lbs. **Length:** 43.75" overall. **Stock:** Walnut-finished hardwood with adjustable cheekpiece; stippled grip and forend. **Sights:** None furnished. **Features:** Uses Anschutz Match 64 action. A medium weight rifle for intermediate and advanced Junior Match competition. Available from Champion's Choice.
**Price:** Right-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$965.00

**ANSCHUTZ 64-MP R SILHOUETTE RIFLE**
**Caliber:** 22 LR, 5-shot magazine. **Barrel:** 21.5", medium heavy; 7/8" diameter. **Weight:** 8 lbs. **Length:** 39.5" overall. **Stock:** Walnut-finished hardwood, silhouette-type. **Sights:** None furnished.
**Features:** Uses Match 64 action. Designed for metallic silhouette competition. Stock has stippled checkering, contoured thumb groove with Wundhammer swell. Two-stage #5098 trigger. Slide safety locks sear and bolt. Introduced 1980. Available from Champion's Choice.
**Price:** 64-MP R . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $950.00
**Price:** 64-S BR Benchrest (2008) . . . . . . . . . . . . . . . . . . . . $1,175.00

**ANSCHUTZ 2007 MATCH RIFLE**
Uses same action as the Model 2013, but has a lighter barrel. European walnut stock in right-hand, true left-hand or extra-short models. Sights optional. Available with 19.6" barrel with extension tube, or 26"; both in stainless or blue. Introduced 1998. Available from Champion's Choice.
**Price:** Right-hand, blue, no sights . . . . . . . . . . . . . . . . . . . . $2,410.90

**ANSCHUTZ 1827BT FORTNER BIATHLON RIFLE**
**Caliber:** 22 LR, 5-shot magazine. **Barrel:** 21.7". **Weight:** 8.8 lbs. with sights. **Length:** 40.9" overall. **Stock:** European walnut with cheekpiece, stippled pistol grip and forend. **Sights:** Optional globe front specially designed for Biathlon shooting, micrometer rear with hinged snow cap. **Features:** Uses Super Match 54 action and nine-way adjustable trigger; adjustable wooden buttplate, biathlon butthook, adjustable hand-stop rail. Uses Anschutz/Fortner system straight-pull bolt action, blued or stainless steel barrel. Introduced 1982. Available from Champion's Choice.
**Price:** Nitride finish with sights, about. . . . . . . . . . . . . . . . $2,895.00

**ANSCHUTZ SUPER MATCH SPECIAL MODEL 2013 RIFLE**
**Caliber:** 22 LR, single shot. **Barrel:** 25.9". **Weight:** 13 lbs. **Length:** 41.7" to 42.9". **Stock:** Adjustable aluminum. **Sights:** None furnished. **Features:** 2313 aluminum-silver/blue stock, 500mm barrel, fast lock time, adjustable cheek piece, heavy action and muzzle tube, w/ handstop and standing riser block. Introduced in 1997. Available from Champion's Choice.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,195.00

**ANSCHUTZ 1912 SPORT RIFLE**
**Caliber:** 22 LR. **Barrel:** 26" match. **Weight:** 11.4 lbs. **Length:** 41.7" overall. **Stock:** Non-stained thumbhole stock adjustable in length with adjustable butt plate and cheek piece adjustment. Flat forend raiser block 4856 adjustable in height. Hook butt plate. **Sights:** None furnished. **Features:** "Free rifle" for women. Smallbore model 1907 with 1912 stock: Match 54 action. Delivered with: Hand stop 6226, forend raiser block 4856, screw driver, instruction leaflet with test target. Available from Champion's Choice.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,595.00



less or blue). Length is 44.5" overall, weighs 10.5 lbs. Choice of stock configurations. Vented forend. Designed for prone and position shooting ISU requirements; suitable for NRA matches. Also available with walnut flat-forend stock for benchrest shooting. Available from Champion's Choice.
**Price:** Right-hand, blue, no sights . . . . . . . . . . . . . . . . . . . $1,655.00



**ARMALITE AR-10(T) RIFLE**
**Caliber:** 308 Win., 10-shot magazine. **Barrel:** 24" target-weight Rock 5R custom. **Weight:** 10.4 lbs. **Length:** 43.5" overall. **Stock:** Green or black composition; N.M. fiberglass handguard tube. **Sights:** Detachable handle, front sight, or scope mount available. Comes with international-style flattop receiver with Picatinny rail. **Features:** National Match two-stage trigger. Forged upper receiver. Receivers hard-coat anodized. Introduced 1995. Made in U.S.A. by ArmaLite, Inc.
**Price:** Black . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,912.00
**Price:** AR-10, 338 Federal . . . . . . . . . . . . . . . . . . . . . . . $1,912.00

**ARMALITE AR-10 NATIONAL MATCH**
**Caliber:** .308/7.62 NATO. **Barrel:** 20", triple lapped Match barrel, 1:10" twist rifling. **Weight:** 11.5 lbs. **Length:** 41". **Features:** Stainless steel flash suppressor, two-stage National Match trigger. Forged flat top receiver with Picatinny rail and forward assist.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,365.00

**ARMALITE M15A4(T) EAGLE EYE RIFLE**
**Caliber:** 223 Rem., 10-round magazine. **Barrel:** 24" heavy stainless; 1:8" twist. **Weight:** 9.2 lbs. **Length:** 42-3/8" overall. **Stock:** Green or black butt, N.M. fiberglass handguard tube. **Sights:** One-piece international-style flattop receiver with Weaver-type rail, including case deflector. **Features:** Detachable carry handle, front sight and scope mount (30mm or 1") available. Upper and lower receivers have push-type pivot pin, hard coat anodized. Made in U.S.A. by ArmaLite, Inc.
**Price:** Green or black furniture . . . . . . . . . . . . . . . . . . . . . $1,296.00

**ARMALITE M15 A4 CARBINE 6.8 & 7.62X39**
**Caliber:** 6.8 Rem, 7.62x39. **Barrel:** 16" chrome-lined with flash suppressor. **Weight:** 7 lbs. **Length:** 26.6". **Features:** Front and rear picatinny rails for mounting optics, two-stage tactical trigger, anodized aluminum/phosphate finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,107.00

**BLASER R93 LONG RANGE SPORTER 2 RIFLE**
**Caliber:** 308 Win., 10-shot detachable box magazine. **Barrel:** 24". **Weight:** 10.4 lbs. **Length:** 44" overall. **Stock:** Aluminum with synthetic lining. **Sights:** None furnished; accepts detachable scope mount. **Features:** Straight-pull bolt action with adjustable trigger; fully adjustable stock; quick takedown; corrosion resistant finish. Introduced 1998. Imported from Germany by Blaser USA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,848.00

**BUSHMASTER A2/A3 TARGET RIFLE**
**Caliber:** 5.56mm, 223 Rem., 30-round magazine **Barrel:** 20", 24". **Weight:** 8.43 lbs. (A2); 8.78 lbs. (A3). **Length:** 39.5" overall (20" barrel). **Stock:** Black composition; A2 type. **Sights:** Adjustable post



**ANSCHUTZ 1913 SUPER MATCH RIFLE**
Same as the Model 1911 except European walnut International-type stock with adjustable cheekpiece, or color laminate, both available with straight or lowered forend, adjustable aluminum hook buttplate, adjustable hand stop, weighs 13 lbs., 46" overall. Stainless or blue barrel. Available from Champion's Choice.
**Price:** Right-hand, blue, no sights, walnut stock . . . . . . . . $2,695.00

**ANSCHUTZ 1907 STANDARD MATCH RIFLE**
Same action as Model 1913 but with 7/8" diameter 26" barrel (stain-

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013 ❖ **1497**
Digitized by Google

000116
EXHIBIT E

# COMPETITION RIFLES—Centerfire & Rimfire



front, adjustable aperture rear. **Features:** Patterned after Colt M-16A2. Chrome-lined barrel with manganese phosphate exterior. Available in stainless barrel. Made in U.S.A. by Bushmaster Co.
**Price: (A3 type)** . . . . . . . . . . . . . . . . . . . . . . . . **$1,135.00**

**BUSHMASTER DCM-XR COMPETITION RIFLE**
**Caliber:** 5.56mm, 223 Rem., 10-round magazine. **Barrel:** 20" extra-heavy (1" diameter) barrel with 1.8" twist for heavier competition bullets. **Weight:** About 12 lbs. with balance weights. **Length:** 38.5". **Stock:** NA. **Sights:** A2 rear sight. **Features:** Has special competition rear sight with interchangeable apertures, extra-fine 1/2- or 1/4-MOA windage and elevation adjustments; specially ground front sight post in choice of three widths. Full-length handguards over free-floater barrel tube. Introduced 1998. Made in U.S.A. by Bushmaster Firearms, Inc.
**Price: A2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,150.00**
**Price: A3** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,250.00**

**BUSHMASTER VARMINTER RIFLE**
**Caliber:** 5.56mm. **Barrel:** 24", fluted. **Weight:** 8.4 lbs. **Length:** 42.25" overall. **Stock:** Black composition, A2 type. **Sights:** None furnished; upper receiver has integral scope mount base. **Features:** Chrome-lined .950" extra heavy barrel with counter-bored crown, manganese phosphate finish, free-floating aluminum handguard, forged aluminum receivers with push-pin takedown, hard anodized mil-spec finish. Competition trigger optional. Made in U.S.A. by Bushmaster Firearms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,360.00**

**COLT MATCH TARGET COMPETITION HBAR RIFLE**
Similar to the Match Target except has removable carry handle for scope mounting, 1:9" rifling twist, 9-round magazine. Weighs 8.5 lbs. Introduced 1991.
**Price: Model MT6700C** . . . . . . . . . . . . . . . . . . . **$1,250.00**

**COLT MATCH TARGET COMPETITION HBAR II RIFLE**
Similar to the Match Target Competition HBAR except has 16:1" barrel, overall length 34.5", and weighs 7.1 lbs. Introduced 1995.
**Price: Model MT6731** . . . . . . . . . . . . . . . . . . . . **$1,172.00**



**COLT ACCURIZED RIFLE**
Similar to the Match Target Model except has 24" barrel. **Features:** flat-top receiver for scope mounting, stainless steel heavy barrel, tubular handguard, and free-floating barrel. Matte black finish. Weighs 9.25 lbs. Made in U.S.A. by Colt's Mfg. Co., Inc.
**Price: Model CR6724** . . . . . . . . . . . . . . . . . . . . **$1,334.00**

**EAA/HW 660 MATCH RIFLE**
**Caliber:** 22 LR. **Barrel:** 26". **Weight:** 10.7 lbs. **Length:** 45.3" overall. **Stock:** Match-type walnut with adjustable cheekpiece and buttplate. **Sights:** Globe front, match aperture rear. **Features:** Adjustable match trigger; stippled pistol grip and forend; forend accessory rail. Introduced 1991. Imported from Germany by European American Armory.
**Price: About** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$999.00**
**Price: With laminate stock** . . . . . . . . . . . . . . . . **$1,159.00**



**OLYMPIC ARMS SM SERVICEMATCH AR15 RIFLES**
**Caliber:** 223 Rem. minimum SAAMI spec, 30-shot magazine. **Barrel:** 20" broach-cut Ultramatch stainless steel 1x8 twist rate. **Weight:** 10 lbs. **Length:** 39.5" overall. **Stock:** A2 grip, A2 buttstock with trapdoor. **Sights:** A2 NM rear, elevation adjustable front post. **Features:** DCM-ready AR15, free-floating handguard looks standard, A2 upper, threaded muzzle, flash suppressor. Premium model adds pneumatic recoil buffer, Bob Jones interchangeable sights, two-stage trigger and Turner Saddlery sling. Made in U.S.A. by Olympic Arms, Inc.
**Price: SM-1, 20" DCM ready** . . . . . . . . . . . . . . . **$1,272.70**
**Price: SM-1P, Premium 20" DCM ready** . . . . . . . **$1,727.70**



**OLYMPIC ARMS UM ULTRAMATCH AR15 RIFLES**
**Caliber:** 223 Rem. minimum SAAMI spec, 30-shot magazine. **Barrel:** 20" or 24" bull broach-cut Ultramatch stainless steel 1x10 twist rate. **Weight:** 8-10 lbs. **Length:** 38.25" overall. **Stock:** A2 grip, A2 buttstock with trapdoor. **Sights:** None, flat-top upper and gas block with rails. **Features:** Flat-top upper, free floating tubular match handguard, Picatinny gas block, crowned muzzle, factory trigger job and "Ultramatch" pantograph. Premium model adds pneumatic recoil buffer, Harris S-series bipod, hand selected premium receivers and William Set Trigger. Made in U.S.A. by Olympic Arms, Inc.
**Price: UM-1, 20" Ultramatch** . . . . . . . . . . . . . . . **$1,332.50**
**Price: UM-1P** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,805.70**

**OLYMPIC ARMS ML-1/ML-2 MULTIMATCH AR15 CARBINES**
**Caliber:** 223 Rem. minimum SAAMI spec, 30-shot magazine. **Barrel:** 16" broach-cut Ultramatch stainless steel 1x10 twist rate. **Weight:** 7-8 lbs. **Length:** 34-36" overall. **Stock:** A2 grip and varying buttstock. **Sights:** None. **Features:** The ML-1 includes A2 upper with adjustable rear sight, removable adjustable front post, free floating tubular match handguard, bayonet lug, threaded muzzle, flash suppressor and M4 6-point collapsible buttstock. The ML-2 includes bull diameter barrel, flat top upper, free floating tubular match handguard, Picatinny gas block, crowned muzzle and A2 buttstock with trapdoor. Made in U.S.A. by Olympic Arms, Inc.
**Price: ML-1 or ML-2.** . . . . . . . . . . . . . . . . . . . . . **$1,188.20**

**OLYMPIC ARMS K8 TARGETMATCH AR15 RIFLES**
**Caliber:** 5.56 NATO, 223 WSSM, 243 WSSM, .25 WSSM 30/7-shot magazine. **Barrel:** 20", 24" bull button-rifled stainless/chrome-moly steel 1x9/1x10 twist rate. **Weight:** 8-10 lbs. **Length:** 38"-42" overall. **Stock:** A2 grip, A2 buttstock with trapdoor. **Sights:** None. **Features:** Barrel has satin bead-blast finish; flat-top upper, free-floating tubular match handguard, Picatinny gas block, crowned muzzle and "Targetmatch" pantograph on lower receiver. K8-MAG model uses Winchester Super Short Magnum cartridges. Includes 24" bull chrome-moly barrel, flat-top upper, free-floating tubular match handguard, Picatinny gas block, crowned muzzle and 7-shot magazine. Made in U.S.A. by Olympic Arms, Inc.
**Price: K8** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$908.70**
**Price: K8-MAG** . . . . . . . . . . . . . . . . . . . . . . . . . **$1,363.70**

Prices given are believed to be accurate at time of publication however, many factors affect retail prices so exact prices are not possible.
Digitized by Google

000117
EXHIBIT E

Case 3:17-cv-01017-BEN-JLB   Document 6-2   Filed 05/26/17   PageID.217   Page 109 of 110

Case5:13-cv-05807-RMW   Document20-2   Filed12/23/13   Page33 of 33

# COMPETITION RIFLES—Centerfire & Rimfire



**REMINGTON 40-XB RANGEMASTER TARGET CENTERFIRE**
**Caliber:** 15 calibers from 220 Swift to 300 Win. Mag. **Barrel:** 27.25". **Weight:** 11.25 lbs. **Length:** 47" overall. **Stock:** American walnut, laminated thumbhole or Kevlar with high comb and beavertail forend stop. Rubber non-slip buttplate. **Sights:** None. Scope blocks installed. **Features:** Adjustable trigger. Stainless barrel and action. Receiver drilled and tapped for sights. Model 40-XB Tactical (2008) chambered in 308 Win., comes with guarantee of 0.75-inch maximum 5-shot groups at 100 yards. **Weight:** 10.25 lbs. Includes Teflon-coated stainless button-rifled barrel, 1:14 twist, 27.25 inch long, three longitudinal flutes. Bolt-action repeater, adjustable 40-X trigger and precision machined aluminum bedding block. Stock is H-S Precision Pro Series synthetic tactical stock, black with green web finish, vertical pistol grip. From Remington Custom Shop.
**Price:** 40-XB KS, aramid fiber stock, single shot . . . . . . . . $2,780.00
**Price:** 40-XB KS, aramid fiber stock, repeater . . . . . . . . . . $2,634.00
**Price:** 40-XB Tactical 308 Win. (2008). . . . . . . . . . . . . . . . $2,927.00
**Price:** 40-XB Thumbhole Repeater . . . . . . . . . . . . . . . . . . $2,927.00

**REMINGTON 40-XBBR KS**
**Caliber:** Five calibers from 22 BR to 308 Win. **Barrel:** 20" (light varmint class), 24" (heavy varmint class). **Weight:** 7.25 lbs. (light varmint class); 12 lbs. (heavy varmint class). **Length:** 38" (20" bbl.), 42" (24"bbl.). **Stock:** Aramid fiber. **Sights:** None. Supplied with scope blocks. **Features:** Unblued benchrest with stainless steel barrel, trigger adjustable from 1-1/2 lbs. to 3.5 lbs. Special two-oz. trigger extra cost. Scope and mounts extra.
**Price:** Single shot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,806.00



**REMINGTON 40-XC KS TARGET          RIFLE**
**Caliber:** 7.62 NATO, 5-shot. **Barrel:** 24". **Stock:** Stainless steel. **Weight:** 11 lbs. without sights. **Length:** 43.5" overall. **Stock:** Aramid fiber. **Sights:** None furnished. **Features:** Designed to meet the needs of competitive shooters. Stainless steel barrel and action.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,000.00

**REMINGTON 40-XR CUSTOM SPORTER**
**Caliber:** 22 LR, 22 WM. **Barrel:** 24" stainless steel, no sights. **Weight:** 9.75 lbs. **Length:** 40". **Features:** Model XR-40 Target rifle action. Many options available in stock, decoration or finish.
**Price:** Single shot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,391.00
**Price:** 40-XRBR KS, bench rest 22 LR . . . . . . . . . . . . . . $2,927.00

**SAKO TRG-22 BOLT-ACTION RIFLE**
**Caliber:** 308 Win., 10-shot magazine. **Barrel:** 26". **Weight:** 10.25 lbs. **Length:** 45.25" overall. **Stock:** Reinforced polyurethane with fully adjustable cheekpiece and buttplate. **Sights:** None furnished. Optional quick-detachable, one-piece scope mount base, 1" or 30mm rings. **Features:** Resistance-free bolt, free-floating heavy stainless barrel, 60-degree bolt lift. Two-stage trigger is adjustable for length, pull, horizontal or vertical pitch. Introduced 2000. Imported from Finland by Beretta USA.
**Price:** TRG-22 folding stock . . . . . . . . . . . . . . . . . . . . . $3,540.00



**SPRINGFIELD ARMORY M1A SUPER MATCH**
**Caliber:** 308 Win. **Barrel:** 22", heavy Douglas Premium. **Weight:** About 11 lbs. **Length:** 44.31" overall. **Stock:** Heavy walnut competition stock with longer pistol grip, contoured area behind the rear sight, thicker butt and forend, glass bedded. **Sights:** National Match front and rear. **Features:** Has figure-eight-style operating rod guide.

Introduced 1987. From Springfield Armory.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,479.00



**SPRINGFIELD ARMORY M1A/M-21 TACTICAL MODEL RIFLE**
Similar to M1A Super Match except special sniper stock with adjustable cheekpiece and rubber recoil pad. Weighs 11.6 lbs. From Springfield Armory.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,975.00



**SPRINGFIELD ARMORY M-1 GARAND AMERICAN COMBAT RIFLES**
**Caliber:** 30-06 Spfl., 308 Win., 8-shot. **Barrel:** 24". **Weight:** 9.5 lbs. **Length:** 43.6". **Stock:** American walnut. **Sights:** Military square post front, military aperture, MOA adjustable rear. **Features:** Limited production, certificate of authenticity, all new receiver, barrel and stock with remaining parts USGI mil-spec. Two-stage military trigger.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,479.00

**STI SPORTING COMPETITION RIFLE**
AR-style semiauto rifle chambered in 5.56 NATO. Features include 16-inch 410 stainless 1:8 barrel; mid-length gas system; Nordic Tactical Compensator and JP Trigger group; custom STI Valkyrie hand guard and gas block; flat-top design with picatinny rail; anodized finish with black Teflon coating. Also available in Tactical configuration.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1328.53

**STONER SR-15 MATCH RIFLE**
**Caliber:** 223. **Barrel:** 20". **Weight:** 7.9 lbs. **Length:** 38" overall. **Stock:** Black synthetic. **Sights:** None furnished; flattop upper receiver for scope mounting. **Features:** Short Picatinny rail, two-stage match trigger. Introduced 1998. Made in U.S.A. by Knight's Mfg. Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,650.00

**STONER SR-25 MATCH RIFLE**
**Caliber:** 7.62 NATO, 10-shot steel magazine, 5-shot optional. **Barrel:** 24" heavy match; 1:11.25" twist. **Weight:** 10.75 lbs. **Length:** 44" overall. **Stock:** Black synthetic AR-15A2 design. Full floating forend of mil-spec synthetic attaches to upper receiver at a single point. **Sights:** None furnished. Has integral Weaver-style rail. Rings and iron sights optional. **Features:** Improved AR-15 trigger, AR-15-style seven-lug rotating bolt. Introduced 1993. Made in U.S.A. by Knight's Mfg. Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,345.00
**Price:** SR-25 Lightweight Match (20" medium match target contour barrel, 9.5 lbs., 40" overall) . . . . . . . . . . . . $3,345.00

**TIME PRECISION 22 RF BENCH REST RIFLE**
**Caliber:** 22 LR, single shot. **Barrel:** Shilen match-grade stainless. **Weight:** 10 lbs. with scope. **Length:** NA. **Stock:** Fiberglass. Pillar bedded. **Sights:** None furnished. **Features:** Shilen match removable trigger bracket, full-length steel sleeve, aluminum receiver. Introduced 2008. Made in U.S.A. by Time Precision.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,200.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

67TH EDITION, 2013   ✦ **499**
Digitized by Google

000118
EXHIBIT E

1
2

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

3   VIRGINIA DUNCAN, RICHARD              Case No:  17-cv-1017-BEN-JLB
    LEWIS, PATRICK LOVETTE, DAVID
4   MARGUGLIO, CHRISTOPHER               **CERTIFICATE OF SERVICE**
    WADDELL, CALIFORNIA RIFLE &
5   PISTOL ASSOCIATION,
    INCORPORATED, a California
6   corporation,

7                          Plaintiffs,

8                  v.

9   XAVIER BECERRA, in his official
    capacity as Attorney General of the State
10  of California; and DOES 1-10,

11                         Defendant.

12  IT IS HEREBY CERTIFIED THAT:

13       I, the undersigned, declare under penalty of perjury that I am a citizen of the
    United States over 18 years of age. My business address is 180 E. Ocean Boulevard,
14  Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

15       I have cause service of the following documents, described as:

16  **DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS'**
    **MOTION FOR PRELIMINARY INJUNCTION; EXHIBITS E-LLL**

17  on all parties by placing a copy in a separate envelope, with postage fully prepaid, for
18  each address named below and depositing each in the U.S. Mail at Long Beach, CA, on
    May 26, 2017.

19  Ms. Alexandra Robert Gordon
20  Mr. Anthony P. O'Brien
    California Department of Justice
21  1300 I Street, Suite 125
    Sacramento, CA 95814

22       I declare under penalty of perjury that the foregoing is true and correct. Executed
23  on May 26, 2017, at Long Beach, CA.

24                                    _____
25                                    Laura Palmerin

26
27
28

PROOF OF SERVICE

17-cv-1017-BEN-JLB