C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>                    Defendants. | Case No:  17-cv-1017-BEN-JLB<br><br>**EXHIBITS F-G TO THE DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# EXHIBITS

## TABLE OF CONTENTS

| Exhibit Letter | Description | Page Numbers |
|---|---|---|
| E | Gun Digest 2013 (Jerry Lee ed., 67th ed. 2012) | 000028-118 |
| F | Website pages for Glock "Safe Action" Gen4 Pistols, Glock; M&P®9 M2.0™, Smith & Wesson; CZ 75 B, CZ-USA; Ruger® SR9®, Ruger; P320 Nitron Full-Size, Sig Sauer | 000119-157 |
| G | Pages 73-97 from The Complete Book of Autopistols: 2013 Buyer's Guide (2013) | 000158-183 |
| H | David B. Kopel, The History of Firearm Magazines and Magazine Prohibitions, 78 Albany L. Rev. 849 | 000184-220 |
| I | Pages 168-70 of Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) | 000221-226 |
| J | Pages 716-18 of Clayton E. Cramer & Joseph Olson, Pistols, Crime, and Public Safety in Early America, 44 Willamette L. Rev. 699 (2008) | 000227-230 |
| K | Pages 91-103 of Jim Garry, Weapons of the Lewis and Clark Expedition (2012) | 000231-246 |
| L | Pages 69-70 of John Plaster, The History of Sniping and Sharpshooting (2008) | 000247-251 |
| M | Page 31 of Jim Supica, Doug Wicklund & Philip Shreier, Treasures of the NRA National Firearms Museum (2013) | 000252-255 |
| N | Wikipedia page for the Girandoni Air Rifle | 000256-259 |
| O | Pages 682-83 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000260-264 |

| | | | |
|---|---|---|---|
| P | Page 33 of Jim Supica, Doug Wicklund & Philip Shreier, Treasures of the NRA National Firearms Museum (2013) | 000265-268 |
| Q | Pages 148-49 and 167 of Jack Dunlap, American British and Continental Pepperbox Firearms (1964) | 000269-274 |
| R | Page 250 from Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) | 000275-278 |
| S | Pages 711, 713, and 716 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000279-284 |
| T | Pages 13 and 25 of Harold F. Williamson, Winchester: The Gun That Won the West (1952) | 000285-289 |
| U | Pages 304-06 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000290-295 |
| V | Pages 11 and 32 of R.L. Wilson, Winchester: An American Legend (1991) | 000296-300 |
| W | Pages 128-29 of Louis A. Garavaglia & Charles G. Worman, Firearms of the American West (1985) | 000301-305 |
| X | Pages 307-12 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000306-314 |
| Y | Pages 137, 1240-41 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | 000315-320 |
| Z | Pages 122-23 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000321-325 |

| | | | |
|---|---|---|---|
| 1 | AA | Pages 60-63, 67-71, 204-208, 244-45 of Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) | 000326-344 |
| 3 | BB | Pages 708-09 of the 2014 Standard Catalog of Firearms | 000345-349 |
| 4 | CC | Pages 191-92 of Jim Perkins, American Boys Rifles 1890-1945 (1976) | 000350-354 |
| 6 | DD | Page 84 of the 2014 Standard Catalog of Firearms (Jerry Lee ed. 2013) | 000355-358 |
| 8 | EE | Page 859 of David B. Kopel, The History of Firearm Magazines and Magazine Prohibitions, 78 Albany L. Rev. 849 | 000359-361 |
| 11 | FF | Page 104 of Patrick Sweeney, Gun Digest Book of the AR-15 (2005) | 000362-365 |
| 13 | GG | Page 294 of Gun Digest 24th Anniversary Deluxe Edition (John T. Amber ed. 1969) | 000366-369 |
| 15 | HH | Page 1102 of 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | 000370-373 |
| 17 | II | Page 1173 of the 2014 Standard Catalog of Firearms (Jerry Lee ed. 2013) | 000374-377 |
| 19 | JJ | Pages 182-183, 432-433 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | 000378-384 |
| 21 | KK | Pages 464-66 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | 000385-390 |
| 23 | LL | Pages 72-73 of the 2014 Standard Catalogue of Firearms and pages 216-17 of Joseph J. Shroeder, Jr., System Mauser, a Pictorial History of the Model 1896 Self-Loading Pistol (1967) | 000391-399 |
| 27 | MM | Pages 121-26 of the 2014 Standard Catalogue of Firearms | 000400-408 |

| NN | Page 184 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | 000409-412 |
| OO | What Should America Do About Gun Violence? Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong. at 11 (2013) | 000413-449 |
| PP | Pages 1-3, 14-19, 61-67, 80-97 of Christopher S. Koper, Daniel J. Woods & Jeffrey A. Roth, An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003 (Nat'l Instit. J. 2004) | 000450-486 |
| QQ | Gary Kleck, Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkage, 17 J. Research & Pol'y 28 (2016) | 000487-507 |
| RR | U.S. Dept. of Justice, Bureau of Justice Statistics, National Crime Victimization Survey, Criminal Victimization in the United States, 2008 Statistical Tables, Table 37 (Mar. 2009) | 000508-511 |
| SS | Five Gunfighting Myths Debunked by Massad Ayoob, Personal Defense World (Oct. 14, 2014) | 000512-519 |
| TT | Jacob Sullum, *The Threat Posed by Gun Magazine Limits* (Jan. 13, 2016) | 000520-522 |
| UU | Massad Ayoob, *Why Good People Need Semiautomatic Firearms and "High Capacity" Magazines, Part I*, backwoodshome.com (Dec. 29, 2012) | 000523-546 |
| VV | Charles Remsberg, *Why One Cop Carries 145 Rounds of Ammo on the Job*, PoliceOne (Apr. 17, 2013) | 000547-550 |

| | | | |
|---|---|---|---|
| 1<br>2 | WW | Gus G. Sentementes & Julie Bykowicz, *Documents Detail Cross Keys Shooting*, Balt. Sun (Mar. 21, 2006) | 000551-553 |
| 3<br>4 | XX | *Gun Shop Owner Shoots, Kills Man During Attempted Robbery*, WIS TV (Aug. 9, 2012) | 000554-556 |
| 5<br>6 | YY | Nieson Himmel, *Police Say Watch Shop Owner Kills 4th, 5th Suspects*, L.A. Times (Feb. 21, 1992) | 000557-559 |
| 7<br>8 | ZZ | *Jewelry Store Burglarized, Scene of Deadly 1994 Robbery Attempt*, nbc12.com (2012) | 000560-562 |
| 9 | AAA | *The UT Tower Shooting*, Tex. Monthly | 000563-564 |
| 10<br>11<br>12 | BBB | Mark Obmascik, Marilyn Robinson & David Olinger, *Columbine - Tragedy and Recovery: Officials Say Girlfriend Bought Guns*, denverpost.com (Apr. 27, 1999) | 000565-567 |
| 13<br>14 | CCC | Rong Gong Lin II, *Gunman Kills 12 at 'Dark Knight Rises' Screening in Colorado*, L.A. Times (Jul. 20, 2012) | 000568-571 |
| 15<br>16<br>17 | DDD | Associated Press, *Ft. Hood shooter Nidal Hasan Used Private, Legally-bought Pistol - Not Military Weapon - In Rampage*, N.Y. Daily News (Nov. 7, 2009) | 000572-573 |
| 18<br>19 | EEE | Steve Almasy, *Newtown Shooter's Guns: What We Know*, cnn.com (last updated Dec. 19, 2012 10:11 a.m. EST) | 000574-579 |
| 20<br>21<br>22 | FFF | *Virginia Tech Review Panel, Mass Shootings at Virginia Tech April 16, 2007: Report of the Review Panel* 89, 101 (Aug. 2007) | 000580-581 |
| 23<br>24<br>25 | GGG | Richard Winton, Rosanna Xia & Rong-Gong Lin II, *Isla Vista Shooting: Read Elliot Rodger's Graphic, Elaborate, Attack Plan*, L.A. Times (May 25, 2014) | 000582-594 |
| 26<br>27 | HHH | *2014 Isla Vista Killings*, Wikipedia (last updated May 25, 2017 to correct typo) | 000595-596 |
| 28 | | | |

III *Umpqua Community College Shooting*, Wikipedia (last updated May 25, 2017 to undo prior revision) 000597-598

JJJ Spencer Kimball, *San Bernardino: Guns, Mass Shootings and Fears of Terrorism*, www.dw.com (Apr. 12, 2015) 000599-602

KKK Bart Jansen, *Weapons Gunman Used in Orlando Shooting Are High-Capacity, Common*, USA Today (Jun. 14, 2016) 000603-605

LLL WFTV-Orlando, *Law Enforcement Source: 202 Rounds Fired During Pulse Nightclub Shooting in Orlando*, wscotv.com (Jun. 13, 2016) 000606-608

# EXHIBIT F

000119
EXHIBIT F



000120
EXHIBIT F

# GLOCK GEN4

## PISTOL SET

The Gen4, just like any GLOCK pistol has the same time tested

- "Safe Action" system
- durable exterior finish
- cold hammer forged barrel
- durability
- reliability
- light weight

... that make GLOCK firearms famous!

The new Gen4 has several new features designed to satisfy the most demanding consumers. It is based on a full size G17/G22 MBS (multiple back strap) frame with a reduced short frame trigger mechanism housing. The multiple back strap system allows the user to change the circumference of the grip to fit their individual hand size.

The grip has three options; a short frame version, medium frame or large frame that are easily changed and secured with a single pin.

The grip angle of the GLOCK "Safe Action" Pistol is not changed by back strap modifications. This ensures that the shooter does not shoot high or low when modifying the back strap or when shooting with a different GLOCK Pistol.

Warning: Always point the muzzle in a safe direction. You must follow all safety rules provided with your firearm to ensure its safe use.

© GLOCK Ges.m.b.H. 2010

000121
EXHIBIT F



Safety Warning:
Always ensure that the firearm is unloaded before assembling or changing back straps or any other part

GEN4
NEXT GENERATION OF PERFECTION

The smallest option is the initial G17 MBS frame, without back straps, reducing the trigger distance of the standard size G17/G22 frame by 2 mm. Mounting the medium back strap (2 mm) offers equal size of a standard G17/G22 frame or alternatively the large back strap is 4 mm.

The magazine release catch of the Gen4 is reversible and enlarged to the rear. The reversible magazine catch is more comfortable to reach and allows users to switch the catch to the left or right side of the pistol with no additional parts.

Additionally, the Gen4 has a new Rough Textured Frame (Gen4 RTF) surface designed to enhance grip traction, without being too aggressive. It is present on the frame as well as on the interchangeable back straps.



# GLOCK Back Straps

| Back Straps | Standard | | Compact | |
|---|---|---|---|---|
| | mm | inch | mm | inch |
| **SF** w/o Back Strap (SF) | | | | |
| Length (overall) | 202 | 7.95 | 185 | 7.28 |
| Trigger distance | 70 | 2.76 | 71 | 2.80 |
| **M** Medium Back Strap (2 mm) | | | | |
| Length (overall) | 204 | 8.03 | 187 | 7.36 |
| Trigger distance | 72 | 2.83 | 73 | 2.88 |
| **L** Large Back Strap (4 mm) | | | | |
| Length (overall) | 206 | 8.11 | 189 | 7.44 |
| Trigger distance | 74 | 2.91 | 75 | 2.96 |

Subject to technical changes

**GLOCK PISTOLSET**

2x Back Straps

1x Cleaning Set
1x MBS Tool

GLOCK Pistol Case:
1x Manual
2x Magazines
1x Speed Loader

**GEN4**
NEXT GENERATION OF PERFECTION



# GLOCK Gen4 Pistol Models

**MAGAZINE**

Gen4 Magazine

The 4th generation magazine has a recess and two notches to operate properly with all types of existing magazine catches.

**RECOIL SPRING**

Recoil Spring

Internally, the original recoil spring has been replaced with a dual recoil spring assembly. The dual recoil spring assembly noticeably reduces the recoil while simultaneously increasing the life cycle of the assembly.

GEN4 — NEXT GENERATION OF PERFECTION

### GLOCK 17 Gen4

CALIBER 9x19
SYSTEM Safe Action

WEIGHT
625 g / 22,04 oz
LOADED (−) 905 g / 31,91 oz

MAG. CAPACITY
Standard: 17
OPTIONAL 19 / 33

**G17 Gen4 and G22 Gen4 Models:**

| | | |
|---|---|---|
| Length (slide cpl.) | 186 mm | 7.32 inch |
| Width | 30 mm | 1.18 inch |
| Height with Magazine (incl. sights) | 138 mm | 5.43 inch |

### GLOCK 19 Gen4

CALIBER 9x19
SYSTEM Safe Action

WEIGHT
595 g / 21 oz
LOADED (−) 850 g / 30,16 oz

MAG. CAPACITY
Standard: 15
OPTIONAL 17 / 19 / 33

**G19 Gen4 and G23 Gen4 Models:**

| | | |
|---|---|---|
| Length (slide cpl.) | 174 mm | 6.85 inch |
| Width | 30 mm | 1.18 inch |
| Height with Magazine (incl. sights) | 127 mm | 5.00 inch |

### GLOCK 22 Gen4

CALIBER .40
SYSTEM Safe Action

WEIGHT
645 g / 23 oz
LOADED (−) 972 g / 35 oz

MAG. CAPACITY
Standard: 15
OPTIONAL 17

| | | |
|---|---|---|
| Barrel profile | hexag. right hand twist | 5.5 lbs. |
| Trigger Pull | 2.5 kg | 0.49 inch |
| Trigger Travel | 12,5 mm | |
| Length between sights | 165 mm | 6.50 inch |
| Barrel length | 114 mm | 4.49 inch |
| Length of twist | 250 mm | 9.84 inch |

### GLOCK 23 Gen4

CALIBER .40
SYSTEM Safe Action

WEIGHT
604 g / 21,34 oz
LOADED (−) 888 g / 31,22 oz

MAG. CAPACITY
Standard: 13
OPTIONAL 15 / 17

| | | |
|---|---|---|
| Barrel profile | hexag. right hand twist | 5.5 lbs. |
| Trigger Pull | 2.5 kg | 0.49 inch |
| Trigger Travel | 12,5 mm | |
| Length between sights | 153 mm | 6.02 inch |
| Barrel length | 102 mm | 4.02 inch |
| Length of twist | 250 mm | 9.84 inch |

Subject to technical changes

000124
EXHIBIT F

## GLOCK Gen4 Compatibility

GLOCK "Safe Action" pistols only require 34 components - clearly less than conventional pistols. This simplifies spare parts logistics, reduces susceptibility to errors, reduces maintenance costs and above all results in unsurpassed parts compatibility among various GLOCK pistol models.



| 01 | Slide |
| 02 | Barrel |
| 03+04 | Recoil spring assembly |
| 05 | Firing pin |
| 06 | Spacer sleeve |
| 07 | Firing pin spring |
| 08 | Spring cups |
| 09 | Firing pin safety |
| 10 | Firing pin safety spring |
| 11 | Extractor |
| 12 | Extractor depressor plunger |
| 13 | Extractor depressor plunger spring |
| 14 | Spring loaded bearing |
| 15 | Slide cover plate |
| 16 | Rear sight |
| 16a/b | Front sight / Screw |
| 17 | Frame |
| 17 a/b | Back Straps |
| 18 | Magazine catch spring |
| 19 | Magazine catch |
| 20 | Slide lock spring |
| 21 | Slide lock |
| 22 | Locking block |
| 23 | Trigger mechanism housing with ejector |
| 24 | Connector |
| 25 | Trigger spring |
| 26 | Trigger with trigger bar |
| 27 | Slide stop lever |
| 28 | Trigger pin |
| 29 | Trigger housing pin short |
| 29 a | Trigger housing pin long |
| 30 | Follower |
| 31 | Magazine spring |
| 32 | Magazine floor plate |
| 32a | Magazine insert |
| 33 | Magazine tube |
| 34 | Locking block pin |

000125
EXHIBIT F



000126
EXHIBIT F



# GLOCK HOLSTER

### GLOCK Safety Holster* *Not available for the US market

Safe — simple — quick: The GLOCK Safety Holster affords officers on duty optimum protection hindering unauthorized access to the weapon by third parties. Easy operation and ergonomical design make for the legendary GLOCK speed. This allows for quick drawing of the weapon in one motion.

### GLOCK Belt Hanger

Differently dimensioned short and tandem carry plates can be attached to any service belt for optimum carry comfort of the GLOCK Safety Holster.

### GLOCK Tactical Belt Hanger

Combines the features of the GLOCK Safety Holster with ergonomic low positioning.

**GLOCK HOLSTER**

Sport / Combat Holster

Sport / Duty Holster

Military Holster

GEN4 NEXT GENERATION OF PERFECTION



**PISTOL TOOLS**

Pistol Cleaning Set

Front Sight Mounting Tool

Back Strap Disassembly Tool (MBS)

Rear Sight Mounting Tool

GEN4

NEXT GENERATION OF PERFECTION

Batteries and dust cover not included

# GLOCK
## Tactical Light and Laser Modules

**GTL 51 / 52**

OPERATIONAL MODES:
• Xenon Light
• Xenon Light + VIS Laser
• VIS Laser
• IR Light
• IR Light + IR Laser
• IR Laser
+ Xenon Light dimmable (GTL 52)
+ IR Laser dimmable (GTL 52)
• Only available to LE & military accounts in the US

**GTL 21 / 22**

OPERATIONAL MODES:
• Xenon Light
• Xenon Light + VIS Laser
• VIS Laser
+ Xenon Light dimmable (GTL 22)

**GTL 10 / 11**

OPERATIONAL MODES:
• Xenon Light
+ Xenon Light dimmable (GTL 11)

EXHIBIT F



# GLOCK "SAFE ACTION" SYSTEM

GLOCK pistols are equipped with the Safe Action System, a fully automatic safety system consisting of three passive, independently operating mechanical safeties, which sequentially disengage when the trigger is pulled and automatically reengage when the trigger is released.

1   **Trigger Safety**
2   **Firing Pin Safety**
3   **Drop Safety**

## SAFETY RULES

Handle all firearms as if they were loaded.

Always keep the firearm pointed in a safe direction.

Keep your finger out of the gun's trigger guard and off the trigger until you have aligned the gun's sights on a safe target and you have made the decision to fire.

Always be certain that your target and the surrounding area are safe before firing.

Whenever you handle a firearm, the first thing you should do (while keeping it pointed in a safe direction with your finger outside the trigger guard) is open the action to determine whether or not the firearm is loaded.

Thoroughly read the instruction manual supplied with your firearm.

Before firing your weapon, you should routinely make sure that your firearm is in good working order and that the barrel is clear of dirt and obstructions.

Only use ammunition recommended by the firearm manufacturer, and always be certain that the ammunition matches the caliber of your gun.

Quality ear and eye protection should always be worn when shooting or observing.

Never use firearms while under the influence of drugs or alcohol.

All firearms should be stored unloaded and secured in a safe storage case, inaccessible to children and untrained adults.

The transportation of firearms is regulated by Federal, State and local laws. Always transport your firearm in a safe, unloaded condition and in accordance with applicable laws.





## 1 Trigger Safety

The trigger safety is incorporated into the trigger in the form of a lever and when in the forward position, blocks the trigger from moving rearward. To fire the pistol, the trigger safety and the trigger itself, must be deliberately depressed at the same time. If the trigger safety is not depressed, the trigger will not move rearwards and allow the pistol to fire.

## 2 Firing Pin Safety

The spring-loaded firing pin safety projects into the firing pin channel and mechanically blocks the firing pin from moving forward. When the trigger is being moved rearwards, a vertical extension of the trigger bar pushes the firing pin safety upwards, clearing the firing pin channel. During the slide cycling process, the firing pin safety automatically reengages.

## 3 Drop Safety

The rear part of the trigger bar, which has a cruciform shape, rests with both arms on the drop safety shelf located in the trigger mechanism housing. When the trigger is pulled to the rear, the trigger bar begins to move off until finally separating from the firing pin lug. During the slide cycling process, the trigger bar is lifted and caught by the firing pin lug. The trigger bar is reengaged by the firing pin lug.

www.GLOCK.com



GLOCK and the GLOCK "G" and the Pistol Appearance are Trademarks Registered in the U.S. Patent and Trademark Office.

**FIREARM SAFETY™**
IS EVERYONE'S BUSINESS

E



**GLOCK Ges.m.b.H.**
P.O. Box 9
A-2232 Deutsch-Wagram
AUSTRIA
Tel.: +43 (0) 2247 - 90300-0
Fax: +43 (0) 2247 - 90300-312



**GLOCK Middle East FZE**
P.O. Box 54260
Dubai
United Arab Emirates
Tel.: +971 - 4 - 299 5779
Fax: +971 - 4 - 299 4442

**GLOCK America S.A.**
Plaza Independencia 831,
Office 802, 11100 Montevideo
URUGUAY
Tel.: +598 - 2 - 902 2227
Fax: +598 - 2 - 902 2230

**GLOCK H.K. Ltd.**
3102 China Merchants Tower
168 Connaught Road Central
HONG KONG
Tel.: +852 2375 - 3858
Fax: +852 2654 - 7089

**GLOCK Inc.**
6000 Highlands Parkway
Smyrna, GA 30082
U.S.A.
Tel.: +1 770 - 432 1202
Fax: +1 770 - 433 8719

 **Smith&Wesson**

Home / M&P®9 M2.0™

# M&P®9 M2.0™

### SKU: 11521

○ ○ ○ ○ ○



## $599.00*

*Suggested Retail, Dealer Sets Actual Pricing

000132
EXHIBIT F    1/4

# OVERVIEW

The M&P M2.0 pistol, the newest innovation to the respected M&P polymer pistol line. Designed for personal, sporting, and professional use, the M&P M2.0 delivers an entirely new platform, introducing innovative features in nearly every aspect of the pistol, including trigger, grip, frame, and finish. Highlights of the M&P M2.0 pistol include an extended stainless-steel chassis and high grip to barrel bore axis ratio for reduced muzzle rise and faster aim recovery. The M&P M2.0 pistol further improves performance with a fine-tuned, crisper trigger, lighter pull and a tactile and audible reset. The pistol, available in three calibers, includes an aggressively-textured grip and four interchangeable palmswell inserts for optimal hand-fit and trigger reach. The striker-fire, semi-automatic polymer pistol is available in matte black or FDE – Flat Dark Earth – finishes, and includes two magazines, a limited lifetime warranty and a lifetime service policy.

## Features
• High grip to barrel bore axis makes the M&P pistol more comfortable to shoot reducing muzzle rise and allowing for faster aim recovery.
• Proven optimal 18-degree grip angle for natural point of aim.
• Four interchangeable palmswell grip inserts for optimal hand fit and trigger reach - S, M, ML, L.
• Aggressive grip texture for enhanced control.
• New M&P M2.0 crisp trigger with lighter trigger pull.
• Tactile and audible trigger reset.
• Accurate 1 in 10" twist M&P M2.0 barrel.
• Extended rigid embedded stainless steel chassis to reduce flex and torque when firing.
• Armornite® durable corrosion resistant finish.


ALL BACKED BY OUR SMITH & WESSON LIFETIME SERVICE POLICY.
Availability subject to applicable federal, state and local laws, regulations, and ordinances.


# SPECIFICATIONS

SKU: **11521**

Model: **M&P®9 M2.0™**

Caliber: **9mm**

Capacity: **17+1**

Barrel Length: **4.25" / 10.8 cm**

Overall Length: **7.4"**

Front Sight: **Steel - White Dot**

Rear Sight: **Steel - White Two Dot**

000133
EXHIBIT F   2/4

Case 3:17-cv-01017-BEN-JLB   Document 6-3   Filed 05/26/17   PageID.241   Page 23 of 73

Action: **Striker Fire**

Grip: **Polymer**

Weight: **24.7 oz / 700.2g**

Barrel Material: **Stainless Steel - Armornite® Finish**

Slide Material: **Stainless Steel - Armornite® Finish**

Frame Material: **Polymer**

Purpose: **Home Protection, Personal Protection**

# VIDEOS

Smith & Wesson M&P® M2.0™ Pistol

M&P M2.0 Product Video



000134

EXHIBIT F

000135
EXHIBIT F   4/4






PROTECT ○ HUNT ○ COMPETE

Search CZ-USA

PRODUCTS ⌄    DEALERS ⌄    SUPPORT ⌄    COMMUNITY ⌄    COMPANY ⌄

LINKS ⌄    SPOKESMAN ⌄    LE/MIL ⌄

# CZ 75 B



# PRODUCT DESCRIPTION

Designed in 1975, the CZ 75 is the flagship model of the CZ handgun line with over one million

000136
EXHIBIT F

produced. An entire family of pistols is available based on the basic CZ 75 design: compacts, decockers, single action only, ambidextrous, alloy frames as well as competition pistols.

The 75 B features a steel frame, a black polycoat finish, 3 dot sights, 16+1 9mm capacity (10+1 in .40 S&W) and, of course, the ergonomics and DA/SA action that have made it the most copied handgun design second only to the 1911. The 'B' designation is an indicator that the model is equipped with a firing pin block safety.

CZ 75 B is used by more governments, militaries, police and security agencies than any other pistol in the world. The CZ 75 is quite possibly the perfect pistol.

- All steel construction (except alloy framed compacts)
- High capacity double column magazines
- Hammer forged barrels
- Ergonomic grip and controls
- Unparalleled accuracy
- Slide-in-frame design for better recoil control
- 3 dot sighting system (Tritium night sights available)
- Smooth double action and crisp single action
- Extended service life due to advanced design and superior materials
- Firing pin block safety



000137
EXHIBIT F

# SPECIFICATIONS

### CZ 75 B – 9mm    CZ 75 B – .40 S&W    CZ 75 B – 9mm (low capacity)

| | |
|---|---|
| Product Name | CZ 75 B – 9mm |
| SKU | 91102 |
| MSRP | $612 |
| Firearm Type | Handgun |
| Purpose | Home Defense |
| Chambering | 9mm Luger |
| Magazine Capacity | 16 |
| Frame | Steel |
| Grips | Plastic |
| Trigger Mech | DA/SA |
| Sights | Fixed Three-Dot |
| Barrel | Cold Hammer Forged |
| Barrel Length | 4.6 |
| Weight | 2.2 lbs |
| Overall Length | 8.1 in |
| Height | 5.4 in |
| Width | 1.4 in |
| Safety | Manual Safety, Safety Stop on Hamme |

**Daniel Glover** – May 4, 2016:

000138
EXHIBIT F   3/13

I have a CZ 75 B from 2007 in .40 S&W. I tell ya' what... there is no finer firearm manufacturer than CZ. It was the first rifle I owned and now the first pistol I owned. This handgun is truly superb.

**Mike** – April 4, 2016:

There's nothing better than the feel of this classic 9mm handgun in your hand. Shoots incredibly accurate, even for a beginner and is extremely reliable.

**Andy Martin** – March 28, 2016:

I own three 9mm Glocks. G26, G17,G19
I target shoot almost everyday. Its an addiction. I shoot in extremely tight groups with my Glocks. I tend to pull all three of my Glocks 2 to 3 inches dead left of bullseye at ten yards out. One day, out of frustration, I asked asked the range attendent for the most accurate 9mm pistol they have so that I could make a comparison. I expected him to suggest some sort of competition pistol. Instead he handed me a CZ 75b. I can easily say that I have never shot a more accurate gun. Every round hit dead center of bullseye. I put the CZ 75b down and then fired off a few rounds with my full size Glock 17. Making sure as to not change my technique at all, I shot rounds consistently 2 to 3 inches left of where I was aiming.
I tip my hat to the CZ 75b.

**Marcus Fidel** – March 19, 2016:

I own a cz 75 B and am in love with it. It shoots tight groups and fits in my hand well. Frame is heavy enough for second shot acquisitions that are reliable because the recoil is well controlled. This is my sport, carry and home defense pistol and it excels in all three areas. I trust my life on the reliability and accuracy of this firearm.

000139
EXHIBIT F 4/13

**Nicholas Dearman** – March 15, 2016:

As of three months ago I was in the market for a new pistol. Still new to the scene the only pistol I had at the time was a Springfield XDs 3.3″ 9mm but I wanted a full size 9mm. Something heavy, reliable, and accurate. Which is why I went to my local shop to buy a Beretta M92A1. However when I asked the lady behind the counter if I could see one she brought me out the CZ 75B instead and told me "Why don't you try this one first." It felt as if the grip was molded and made specifically for my hand! I tried the Beretta afterwards and quickly "tossed" it to the side. I love my CZ! Now I'm looking to replace my XDs for the CZ 75 Compact as my EDC. I am a CZ member for life!

**Brian D.** – February 21, 2016:

I wasn't looking to purchase another gun. My collection consists of a Ruger SR-22 for plinking and an LCP 380 for concealed carry. I like guns in general but don't care to own a whole lot. if they are to be owned they better have some redeeming quality.

While at the gun shop getting ammo I asked to see the CZ-75 since I had read about it being one of the best handguns available and it felt good. Then the store owner showed me a newer CZ tactical model and it didn't do much. He proceeded to show me the precision and smoothness of the 75B and I said wrap it up!

The thing fires so smoothly and is a pleasure to look at and handle. Every day I have had off since purchasing I have taken it out shooting.

Beautiful guns guys!

**Fred WG** – February 15, 2016:

Just tried my CZ -75- B, real sweet,accurate,great feel,and smooth action. The only problem I had was getting it out of the case, didn't see the spot that said PUSH. Get it out and enjoy your CZ-75

000140
EXHIBIT F 5/13

**Martin Watts** – January 19, 2016:

Purchased my CZ75 when I found our secret service agents were using them. Pre-import-ban first generation. Was a little put off by it's "painted" finish, having been accustomed to the flawless bluing on the Colt model70 government 9mm I traded in on it,but have since come to love it. The pistol was insanely accurate right out of the box, and reliability is superb! After nearly 40 years, and thousands of rounds run through it, it is still one of my most accurate 9mm pistols and reliability is as good as the first day out of the box! I own a fair number of pistols in various calibers, and while many look much nicer, none are as finely designed and crafted as my CZ75. I have purchased several other CZ firearms based on this experience, and will most certainly be purchasing more on the future. Thanks, CZ!!

**Albert Sievers** – December 13, 2015:

Years ago I was shopping for a gun. I shot Glocks, Berettas, Rugers. At the gun store I rented a CZ75B at the suggestion of one of the salesmen.
The accuracy and comfort of the CZ was so impressive I bought one.
I have let others shoot it, and every person loved it.
At an indoor range I offered the rangemaster to try it. I had the shootnsee 6″ target 20 yards out.
"Do you usually train at that distance?" I said "Just see how it goes."
He was duly impressed, and probably surprised at how well he hit the target.
CZ is to guns like BMW is to cars; others are good, but you won't be disappointed with the CZ.
I love mine and it's hard to resist collecting them.

**Joe Manis** – December 9, 2015:

Bought my first CZ 75 (pre B) 20 years ago.
A used piece with a lot of rounds through it.
most accurate pistol I have ever owned. But they do wear out. So now I am shooting the 75 Compact, Same pistol, just shorter barrel but still one of the best point and shoot pistols on the market.

000141
EXHIBIT F    6/13

**John Barker** – November 29, 2015:

My first pistol, the CZ 75B (9mm) has provided me with endless fun on the range and peace of mind at home for about five years now. Prior to owning this pistol, I had fond memories of growing up shooting my father's trusted and reliable Browning Hi-Power. I learned gun safety and developed a love for range shooting with his classic Browning (which is still going strong after untold 1000's of rounds). I initially rented a CZ 75B at an indoor range in Western NC on the advice of the proprietor. That day I spent a few hours and a couple hundred rounds admiring the rental pistol's accuracy, reliability and balance, but truly it was love after my first tight grouping. Add to this the 16+1 capacity, and I didn't consider any other makes or models afterward. Flash forward five years and dozens of range sessions later, and my 75B is still just as reliable and accurate as it was out of the box. With regular cleanings/maintenance and the use of mid- to high-grade ammunition, this gun has never jammed on me. Like the Browning is to my father, this CZ 75B is destined to be my own personal favorite many years (and rounds) from now. A beautiful piece of precision craftmanship and highly recommended!

**Mark D. Aul-Professional Gun-Smith** – November 19, 2015:

I had a Deputy US Marshal see me about upgrading her CZ-75 P01 in 9mm. I have to commend the parts dept for getting me the parts I needed in a very timely manner. She wanted full length metal recoil rod new recoil spring slide stop and the dark coco-bolo wooden grips. she was very pleased Thanks again

**Jimmy Perez** – November 12, 2015:

I brought my first cz75b in a pawn shop in the late 90s in a 9mm I lake it so much very time I went target shooting I took my cz and left my eaa witness 45 at home I liked the feel of the cz so I had to buy another one but in 40s&w best choice ever made

000142
EXHIBIT F    7/13

**Zack H Duncan IV** – October 7, 2015:

purchased my CZ 75B in Bremerhafen Germany through my rod and gun club
in 1988 and have had it ever since.
It is without a doubt the finest handgun I have ever fired. I will own it until the day I die !!!

**Donald Bondick** – September 6, 2015:

I first owned and fired a CZ many, many years ago and am fortunate to have purchased a
brand new CZ-USA pistol for classroom instruction for NRA Basic Pistol Shooting Course and
for Illinois Concealed Carry. I'm positive it will last for generations to come and will be loved by
all.

**Senahid M** – August 23, 2015:

My first CZ and my first pistol in general. It is really hard to say something about this gun and
stop there. There is so much to say. I really hate the fact that I see so many clones of CZ 75,
whose owners might not even never heard of CZ. But, he knows he is shooting "amazing EAA
Witness" and swears it's the most accurate…List of copied guns is too long to go that route.
But it is actually proof that it's the platform that's best sought after. I will never sell my 75B,
unless I am replacing it with new one. Lots of time spent with this model, 10's of thousands of
rounds fired. After I shot couple of thousands through 75B barrel, I was bragging about it with
my friends. One of them, used to be an officer in former communist country. He told me " I am
going to stand and allow you to shoot at me at 60 meters" I just started to laugh, knowing that
from that distance, I could pick and chose which body part I would shoot. I guess only gun he
handled was TT-33, which is nightmare to shoot. Eventually, we were celebrating
Independence day in mu home country. We were outside the city , in the hills. I let that friend
shoot my CZ 75B before I showed him how far I have gotten with practice. After about 20
rounds from 20 meters or so, he looked at his target and just said "I'll be d…." Then, I asked
him if he was still ready for "60 meters challenge". He just shook his head in disbelief. There, I
was prod that I made best choice there was at that time. Now, I would only put one CZ model
little ahead of 75B. But it's not about that now, so let's stick with 75B.

000143
EXHIBIT F    8/13

CZ-USA CZ 75 B | CZ-USA

**clyde osborne** – August 16, 2015:

I have been a fan of the c z design for several years. I have owned several of the clones because of the lower prices. But I since moved up to real deal . I now own a C Z 75 B and C Z 75 D compact ( my EDC )!! I love these gun's, they are of better quality than any of the clones and well worth the price difference !! If you are thinking about getting one of these , quit thinking and do it , you will be glad you did !!

**Christopher Simon** – July 30, 2015:

I rented a CZ 75B at the indoor gun range I belong to and was pleasantly surprised after my first shot. The standard pistol target was placed out at 30 feet and my first round went thru the 8 ring. I consider myself to be a novice shooter, and was so astonished by the shot placement I had to reel in the target to make sure my eyes were seeing right. I was sold out right; this will be my next handgun purchase.

**ac guevara** – July 16, 2015:

JUST bought my second cz 75 and really do think these pistols are top notch guns. I have the cz 75b and also the cz 75 p-01. I live in California so I can not get the other models. I enjoy these guns so much and have not had any problems of any type on both guns. i do have other guns ,S&W shield,springfield XD,H&K USP,SIG SAUER 226 &220.And of course COLT 45 ACP. I LOVE GUNS AS YOU CAN SEE BUT THE CZ PISTOLS ARE MY GO TO PISTOL.

**Christopher S.** – June 25, 2015:

Excellent firearm. I rented the 75 B model at the gun range I belong to and sent the pistol target out to 30 feet. On my first shot I had to bring the target in because I hit the black and with the dark range background could not see where I hit. I did not have to be concerned

000144
EXHIBIT F　9/13

about where to hold the sights to hit center, I just lined up and shot. I sure was impressed with the accuracy of this pistol. All rounds were in the black, and this was with a range rental gun. I'm sold period the CZ 75 will be my next purchase and if I don't get the Classic B model it will be because I bought the upgraded SP-01.

**Garry McClanahan** – June 7, 2015:

I bought a new CZ 75B several years ago because I got it really cheap as mainly a cheap practice gun because I didn't know much about them. Now after 18,000+ rounds thru the years I had to buy another one because quite simply my first one has been flawlessly reliable darn accurate and feels great in the hand.

**Roger Salter** – May 24, 2015:

Great gun, I own some expensive 1911's, but this is by far the most reliable handgun I own. Only addition I have made to it is a set of Hogue grips. Recently qualified for a conceal permit with this gun, completly blew the bullseye out of the target. Looking to buy my next CZ a sub compact in a few weeks. keep up the good work CZ.

**Ash Boysel** – May 2, 2015:

FANTASTIC gun love everything about it, had a CZ in a 22 long gun and when it was time to get a pistol I went with the CZ in 9mm none better

**Jon Kellogg** – February 20, 2015:

I had one of the Italian copies of the CZ75 years ago and had to sell it. I liked it so much I decided to get the original this time around and "Oh Baby" am I happy. I put the factory cocobolo grips on mine on my second trip to the range and it was love at first sight. My 75b is

000145
EXHIBIT F   10/13

one of the finest firearms I have ever had the pleasure to fire, its a keeper.

**Derald Cox** – December 14, 2014:

CZ75B A fine fire arm for about 500 bucks new. many others of about 1ooo bucks or more move over CZ has my vote,hands down.MY only regret, I did not purchase one long before now.

**Paul Martin** – November 26, 2014:

Traded my SR9 in today for a CZ75B. I was happy with my SR9 but never really liked the double action trigger, especially after I bought a SR22 with SA/DA action. I started looking for a SA/DA 9mm and was leaning towards a Berretta. Tried one out at my armory/range and it shot well but no better than my SR9. One of the salesman then showed me the CZ75B and after reading as many reviews as I could find I went back and bought one this morning. Shot 100 rounds with way more accuracy than was typical with my SR9 and even tried shooting out to 50′ with all ten shots on the 12″ target. I know that isn't match quality shooting but for me a long way out. All in all, couldn't be happier with the acquisition.

**Jonathan Chandler** – September 30, 2014:

This was my first hand gun and my first CZ. I've shot a few other brands, but I can't say enough about this particular model. I love it, and wouldn't replace it with anything else. A bit heavy and bulky for me to carry based on my frame size, but if I could, I'd be very happy. Extremely, no, ridiculously accurate and easy to maintain. The 75B weight distribution with a full clip is spot on and the design isn't over the top or under promised. It's just right! Love it.

**Jon Frost** – September 11, 2014:

000146
EXHIBIT F  11/13

I have a 75bd Police that I got from CZ Custom with some trigger work, etc. Exceptional gun. Accurate, easy to shoot, and zero malfunctions. I use it in USPSA, liked it so much I bought a Tactical Sport, P-09, and P-07. Saving my pennies for my next CZ!!

**Kerry Lancaster** – September 3, 2014:

My first 9mm(75B) pistol.Highly accurate and feels great in my hand. My wife loves this gun also.
every one I let shoot this gun is so impressed that five of my friends bought CZ,s. A total of Nine and my next is the 97BD.



DEALER LOCATOR



2017 CATALOG



WEBSTORE



CONTACT CZ-USA



FACEBOOK



TWITTER

000147
EXHIBIT F   12/13


INSTAGRAM


YOUTUBE



PROTECT ° HUNT ° COMPETE

Privacy Policy　　Terms of Service　　Copyright　　Trademark


SAFARI CLASSICS.


CZ


DAN WESSON FIREARMS


ZBROJOVKA BRNO

000148
EXHIBIT F　13/13

# RUGER® SR9®



# MODEL NUMBER: 3301  |  CALIBER: 9MM LUGER

| | | | | | |
|---|---|---|---|---|---|
| **Capacity** | 17+1 | **Slide Finish** | Brushed Stainless | **Overall Length** | 7.50" |
| **Slide Material** | Stainless Steel | **Width** | 1.27" | **Height** | 5.52" |
| **Barrel Length** | 4.14" | **Sights** | Adjustable 3-Dot | **Grooves** | 6 |
| **Grip Frame** | Black, High Performance, Glass-Filled Nylon | **Weight** | 26.5 oz. | **Twist** | 1:10" RH |
| | | | | **CA Approved** | No |
| | | | | **MA Approved & Certified** | No |
| | | | | **Suggested Retail** | $569.00 |

- Unique reversible backstrap (flat or arched) that allows shooters to quickly customize the size and feel of the grip, without the use of separate inserts or special tools.
- Integral accessory mounting rail provides space for mounting lights, lasers and other tactical accessories.
- Dovetailed, high-visibility 3-dot sight system features a raked-forward front sight for easy removal from the holster and an adjustable rear sight.
- High-performance, glass-filled nylon grip frame.
- Manual safety and D-shaped magazine release are easy to reach and actuate and appeal to both left- and right-handed shooters.
- Patented loaded chamber indicator provides confirmation of a loaded or empty chamber.
- Ships with two 17-round flush fit magazines.

Search                                              Products

PRODUCT **FULL**

TACOPS CARRY

RX FULL

RX COMPACT

TACOPS FULL

X-FIVE

SUBCOMPACT

FULL

COMPACT

CARRY

FDE COMPACT



000150
EXHIBIT F        1/8

# P320 NITRON FULL-SIZE

Target shooting or home defense, the P320 Full-Size delivers the shootability and accuracy you need.

| VIEW MODELS | HOW TO BUY? |
|:---:|:---:|

⇌ ADD TO COMPARE

| GALLERY | FEATURES | SPECS | RELATED | HOW TO BUY |
|---|---|---|---|---|



EXHIBIT F  2/8

**FEATURES**

Innovation and Safety

000152
EXHIBIT F   3/8

A smooth, consistent trigger pull, safe, tool-free disassembly and a proper fit for any hand size - no backstrap required.

# Striker-Fired Interchangeable Trigger Group

Convert your P320 to another caliber or pistol size with the same trigger group.

# Interchangeable Grip Modules

Choose from small medium and large grips for the optimal circumference and access to controls that you won't get by only changing a backstrap.

SPECS

000153
EXHIBIT F    4/8

# SPECS

**CALIBER**

9mm Luger / 357 SIG / 40 S&W / 45 Auto

**ACTION TYPE**

Semi-Auto

**FRAME SIZE**

Full-Size

**FRAME FINISH**

Stainless Steel

**FRAME MATERIAL**

Stainless Steel

**SLIDE FINISH**

Nitron

**SLIDE MATERIAL**

Stainless Steel

**ACCESSORY RAIL**

M1913

**TRIGGER**

Striker

**TRIGGER PULL DA**

6.5 lb (29 N)

**TRIGGER PULL SA**

N/A

**BARREL LENGTH**

4.7 in (119 mm)

**OVERALL LENGTH**

000154
EXHIBIT F          5/8

8.0 in (203 mm)

**OVERALL WIDTH**

1.3 in (33 mm)

**HEIGHT**

5.5 in (140 mm)

**WEIGHT**

29.5 oz (836 g)

# DETAILS

The P320 Full-Size offers a smooth, crisp trigger to make any shooter more accurate, an intuitive, 3-point takedown and unmatched modularity to fit any shooter and any situation. Its full-size frame is ideal for target shooting, home defense and any scenario where shootability and sighted accuracy are of the highest priority. This modular, striker-fired pistol features a full-size grip, full length slide, and choice of contrast or SIGLITE Night Sights. Available calibers include 9mm, .357SIG, .40S&W and .45ACP. Safety features include a striker safety, disconnect safety.

## MODELS

Browse by individual sku to find the right product for you.

DEALER LOCATOR    |    ONLINE RETAILERS

| SKU | MSRP | CALIBER | MAGS |
|-----|------|---------|------|
| 320F-9-BSS-10 | $679.00 | 9mm Luger | (2) 10r |
| 320F-9-BSS | $679.00 | 9mm Luger | (2) 17r |
| 320F-9-BSS-RX-10 | $1,040.00 | 9mm Luger | (2) 10r |
| 320F-9-BSS-RX | $1,040.00 | 9mm Luger | (2) 17r |
| 320F-40-BSS-10 | $679.00 | 40 S&W | (2) 10r |

‹    ›

Case 3:17-cv-01017-BEN-JLB    Document 6-3    Filed 05/26/17    PageID.263    Page 45 of 73

| 320F-40-BSS | $679.00 | 40 S&W | (2) 14r |
| 320F-45-BSS | $679.00 | 45 Auto | (2) 10r |

◀ ▬▬▬▬▬▬▬ ▶

## RELATED PRODUCTS

( All )



'250, P320 Full-Size 21rd 9mm Magazine, Ex...

$58.00



45AUTO, 230GR, Elite Ball, FMJ

$26.00



9MM, 124GR, Elite V-Crown, JHP

$19.00

**BROWSE PISTOLS**



Where the Professionals Train.

LEARN MORE

# ELITE PERFORMANCE **AMMUNITION**

### Defensive, Hunting, Practice and Match

SHOP AMMO

000056
EXHIBIT F

# SHOP MAGAZINES

The most reliable on the market.

SHOP MAGAZINES

---

**SHOPPING INFO**

MY ACCOUNT

PRIVACY POLICY

RETURNS POLICY

SHIPPING POLICY

TERMS OF SALE

TERMS OF USE

**STAY CONNECTED**



---

© SIG SAUER 2017. All Rights Reserved.

000157
EXHIBIT F    8/8

# EXHIBIT G

000158
EXHIBIT G



# THE COMPLETE BOOK OF
# AUTOPISTOLS
## BUYER'S GUIDE

### 2013

CLASSIC CARRY PRO

KIMBER MFG
KR140500

New and proven autopistols for competition, hunting, recreation and personal defense!

Steve Woods photo

| | |
|---|---|
| 74 • BERETTA | 88 • SIG SAUER |
| 75 • COLT | 91 • SMITH & WESSON |
| 78 • GLOCK | 92 • SPRINGFIELD |
| 80 • KAHR | 94 • TAURUS |
| 82 • KIMBER | 95 • WILSON COMBAT |
| 87 • RUGER | 98 • DIRECTORY |

Prices are Manufacturers' Suggested Retail.

000159
EXHIBIT G

# Handguns: Autoloaders



## AMERICAN TACTICAL IMPORTS FX45

**Caliber:** .45 ACP. **Barrel:** 3.18 inches, 4.25 inches, 4.75 inches, 5 inches. **Weight:** 38.4-49.6 ounces. **Grips:** Mahogany. **Sights:** Fixed, fixed front, adjustable rear. **Features:** Single-action, matte black, blued or stainless finish, 7/8/10-shot mag capacity. **MSRP:** $499.95-899.95.



## ARMALITE AR-24

**Caliber:** 9mm. **Barrel:** 3.89 inches, 4.67 inches. **Weight:** 33.4-34.9 ounces. **Grips:** Composite. **Sights:** Three-dot fixed or adjustable. **Features:** Double-action/single-action, manganese phosphate, heat-cured epoxy finish, 10/13/15-shot mag capacity. **MSRP:** $550-631.



## AUTO ORDNANCE 1911

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 39 ounces. **Grips:** Polymer, wood. **Sights:** Blade front, drift-adjustable rear. **Features:** Single-action, blued finish 7-shot mag capacity. **MSRP:** $637-662. From Kahr Arms.



## BERETTA 21 BOBCAT

**Caliber:** .22 LR, .25 ACP. **Barrel:** 2.4 inches. **Weight:** 11.5 ounces. **Grips:** Polymer. **Sights:** Fixed blade front. **Features:** Double-action/single-action, black, Inox finish, 7/8-shot mag capacity. **MSRP:** $310-350.



## BERETTA 3032 TOMCAT

**Caliber:** .32 ACP. **Barrel:** 2.4 inches. **Weight:** 14.5 ounces. **Grips:** Polymer, wood. **Sights:** Blade front, notch rear. **Features:** Double-action/single-action, black, Inox finish, 7/8/13-shot mag capacity. **MSRP:** $390-430.



## BERETTA 84FS/85FS CHEETAH

**Caliber:** .380 ACP. **Barrel:** 3.8 inches. **Weight:** 23.3 ounces. **Grips:** Polymer. **Sights:** Fixed blade front, dovetailed rear. **Features:** Double-action/single-action, black, nickel finish, 8/10/13-shot mag capacity. **MSRP:** $770-830.



## BERETTA 87 TARGET

**Caliber:** .22 LR. **Barrel:** 5.9 inches. **Weight:** 40.9 ounces. **Grips:** Polymer, walnut. **Sights:** Adjustable target. **Features:** Single-action, blued finish, 10-shot mag capacity. **MSRP:** $880.



## BERETTA M9/92FS/96A1

**Caliber:** 9mm, .40. **Barrel:** 4.9 inches. **Weight:** 32.5-34.4 ounces. **Grips:** Polymer, Technopolymer. **Sights:** Three-dot. **Features:** Double-action/single-action, Bruniton finish, 10/15/17-shot mag capacity. **MSRP:** $650-795.

000160
EXHIBIT G



**BERETTA NANO**

**Caliber:** 9mm. **Barrel:** 3.07 inches. **Weight:** 17.67 ounces. **Grips:** Technopolymer. **Sights:** Three-dot, low-profile. **Features:** Double-action-only, black nitride finish, 6-shot mag capacity. **MSRP:** $475.



**BERSA THUNDER**

**Caliber:** .22 LR, .380 ACP, 9mm, .40, .45 ACP. **Barrel:** 3.25 inches, 3.5 inches, 4.25 inches. **Weight:** 16.4-30.7 ounces. **Grips:** Polymer, rubber wraparound. **Sights:** Fixed. **Features:** Double-action/single-action, matte, satin nickel or duo-tone finish, 7/8/10/13/15-shot mag capacity. **MSRP:** $335-525.



**BERETTA Px4 STORM**

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3 inches, 3.2 inches, 4 inches, 4.6 inches. **Weight:** 26.1-28.6 ounces. **Grips:** Polymer. **Sights:** Three-dot. **Features:** Double-action/single-action, black, dark earth finish, 9/10/12/13/14/15/17-shot mag capacity. **MSRP:** $550-1,035.



**CARACAL C/F**

**Caliber:** 9mm, .40. **Barrel:** 3.66 inches, 4.09 inches. **Weight:** 24.69-26.45 ounces. **Grips:** Polymer. **Sights:** Two- or three-dot, low-profile. **Features:** Double-action-only, striker-fired, Plasox, black finish, 15/18-shot mag capacity. **MSRP:** $499-525.



**BERETTA U22 NEOS**

**Caliber:** .22 LR. **Barrel:** 4.5 inches, 6 inches. **Weight:** 31.7-36.2 ounces. **Grips:** Polymer. **Sights:** Adjustable target. **Features:** Single-action, black or inox finish, 10-shot mag capacity. **MSRP:** $275-375.



**CIMARRON M1911**

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 40 ounces. **Grips:** Wood. **Sights:** Fixed. **Features:** Single-action, parkerized, blued, nickel finish, 7-shot mag capacity. **MSRP:** $540-633.



**BERSA BP CONCEALED CARRY**

**Caliber:** 9mm. **Barrel:** 3.3 inches. **Weight:** 21.5 ounces. **Grips:** Polymer. **Sights:** Fixed. **Features:** Double-action-only with short reset, matte black, olive drab or duo-tone finish, 8-shot mag capacity. **MSRP:** $444-455.



**COLT 1991**

**Caliber:** .38 Super, .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 32-37 ounces. **Grips:** Rubber composite, rosewood. **Sights:** White-dot, high-profile. **Features:** Single-action, stainless, blued finish, 7/8-shot mag capacity. **MSRP:** $928-1,021.

EXHIBIT G

# Handguns: Autoloaders



## COLT DEFENDER

**Caliber:** 9mm, .45 ACP. **Barrel:** 3 inches. **Weight:** 24-25 ounces. **Grips:** Hogue wraparound. **Sights:** Novak Low-Mount Carry with dots. **Features:** Single-action, Cerakote, stainless finish, 7/8-shot mag capacity. **MSRP:** $1,066.



## COLT GOLD CUP

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 37 ounces. **Grips:** Rubber wraparound. **Sights:** BoMar-style, adjustable. **Features:** Single-action, stainless, blued finish, 8-shot mag capacity. **MSRP:** $1,158-1,180.



## COLT MUSTANG POCKETLITE

**Caliber:** .380 ACP. **Barrel:** 2.75 inches. **Weight:** 12.5 ounces. **Grips:** Composite. **Sights:** High-profile. **Features:** Single-action, stainless, brushed finish, 6-shot mag capacity. **MSRP:** $649.



## COLT NEW AGENT

**Caliber:** .45 ACP. **Barrel:** 3 inches. **Weight:** 22.5-23 ounces. **Grips:** Rosewood, Crimson Trace Lasergrips. **Sights:** Trench-style. **Features:** Single-action or double-action-only, blued finish, 7-shot mag capacity. **MSRP:** $1,041-1,326.



## COLT XSE

**Caliber:** .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 27-36 ounces. **Grips:** Rosewood. **Sights:** Novak Low-Mount Carry. **Features:** Single-action, stainless or blued finish, 8-shot mag capacity. **MSRP:** $1,072-1,223.



## CZ 75

**Caliber:** 9mm, .40. **Barrel:** 4.6 inches. **Weight:** 35.2 ounces. **Grips:** Plastic, rubber. **Sights:** Fixed. **Features:** Double-action/single-action, black Polycoat, matte stainless, polished stainless finish, 10(.40)/16(9mm)-shot mag capacity. **MSRP:** $499-711.



## CZ 97

**Caliber:** .45 ACP. **Barrel:** 4.53 inches. **Weight:** 40.6 ounces. **Grips:** Aluminum. **Sights:** Fixed fiber optic, fixed tritium. **Features:** Double-action/single-action, black Polycoat, glossy blue finish, 10-shot mag capacity. **MSRP:** $686-792.



## CZ 2075 RAMI)

**Caliber:** 9mm, .40. **Barrel:** 2.9 inches. **Weight:** 24.5 ounces. **Grips:** Rubber. **Sights:** Fixed/fixed night sights. **Features:** Double-action/single-action, black Polycoat finish, 14/10(9mm)-shot mag capacity, 9/7(.40)-shot mag capacity. **MSRP:** $595-660.

000162
EXHIBIT G



## CZ CZECHMATE

**Caliber:** 9mm. **Barrel:** 5.4 inches. **Weight:** 48 ounces. **Grips:** Aluminum. **Sights:** C-More Red Dot, fixed target. **Features:** Single-action, black Polycoat finish, 20/26-shot mag capacity. **MSRP:** $3,220.



## CZ P-01/P-06

**Caliber:** 9mm, .40. **Barrel:** 3.7 inches. **Weight:** 28-29.1 ounces. **Grips:** Rubber. **Sights:** Fixed. **Features:** Double-action/single-action, black Polycoat finish, 10(.40)/14(9mm)-shot mag capacity. **MSRP:** $608-660.



## CZ P-07

**Caliber:** 9mm, .40. **Barrel:** 3.8 inches, 4.5 inches. **Weight:** 27.2 ounces. **Grips:** Polymer stippling. **Sights:** Fixed/tall adjustable. **Features:** Double-action/single-action, black/OD green frame finish, 12/16-shot mag capacity. **MSRP:** $483-528.



## CZ P-09

**Caliber:** 9mm, .40. **Barrel:** 4.53 inches. **Weight:** 27.2 ounces. **Grips:** Polymer stippling, interchangeable backstraps. **Sights:** Fixed. **Features:** Double-action/single-action, black Polycoat finish, 15/19-shot mag capacity. **MSRP:** $514-528.



## CZ SP-01

**Caliber:** 9mm, .40. **Barrel:** 4.61 inches. **Weight:** 38.4 ounces. **Grips:** Rubber. **Sights:** Fixed, fixed tritium. **Features:** Double-action/single-action, black Polycoat finish, 12(.40)/18(9mm)-shot mag capacity. **MSRP:** $660-737.



## CZ TACTICAL SPORT

**Caliber:** 9mm, .40. **Barrel:** 5.4 inches. **Weight:** 45.3 ounces. **Grips:** Wood. **Sights:** Fixed Target. **Features:** Single-action, dual-tone finish, 17/20-shot mag capacity. **MSRP:** $1,272.



## DAN WESSON 1911

**Caliber:** 9mm, .45 ACP. **Barrel:** 3.5 inches, 4.25 inches, 5 inches. **Weight:** 24.96-38.7 ounces. **Grips:** Stipple shadow, cocobolo, G10. **Sights:** Novak Low-Mount Night, Heinie Straight Eight, adjustable, fixed. **Features:** Single-action, black "Duty" finish, 7/8/9-shot mag capacity. **MSRP:** CCO $1,558, ECO $1,623-1662, Guardian $1,558-1,619, Pointman 9 $1,558, V-Bob-$1,766-2,077. From CZ-USA.



## DAN WESSON HAVOC

**Caliber:** .38 Super, 9mm. **Barrel:** 4.25 inches. **Weight:** 35.2 ounces. **Grips:** G10. **Sights:** C-More. **Features:** Single-action, black finish, 21-shot mag capacity. **MSRP:** $4,299. From CZ-USA.

# Handguns: Autoloaders





### FNH USA FNX-45 TACTICAL

**Caliber:** .45 ACP. **Barrel:** 5.3 inches. **Weight:** 33.6 ounces. **Grips:** Polymer. **Sights:** Fixed 3-dot, high-profile night sights with optional electronic red-dots. **Features:** Double-action/single-action, black, two-tone or flat dark earth finish, 10/15-shot mag capacity. MSRP: $795, Tactical 1,399.

### DAN WESSON MAYHEM/TITAN

**Caliber:** .40, 10mm. **Barrel:** 5 inches, 6 inches. **Weight:** 51.2-76.8 ounces. **Grips:** G10. **Sights:** Tritium, adjustable, Fiber optic. **Features:** Single-action, black finish, 13/17-shot mag capacity. **MSRP:** $3,829-3,899. From CZ-USA.



### FRANKLIN ARMORY XO-26

**Caliber:** .223/5.56mm, 6.8 SPC, 300 Blackout/.300 Whisper, 7.62x39mm .450 Bushmaster. **Barrel:** 11.5 inches. **Weight:** 6.4 pounds. **Grips:** Magpul MIAD & RVG. **Sights:** Steel YHM Quick Deployment. **Features:** Semi-auto, custom tune trigger, free-float handguard, CA models available, hardcoat Type III anodize, salt bath nitride finish, 9/25/30-shot mag capacity. MSRP: $1,559.99-1,769.99.



### FNH USA FN FIVE-SEVEN

**Caliber:** 5.7x28mm. **Barrel:** 4.8 inches. **Weight:** 20.8 ounces. **Grips:** Rubber. **Sights:** Adjustable (three-dot). **Features:** Single-action, black finish, 10/20-shot mag capacity. MSRP: $1,329.



### FNH USA FNS

**Caliber:** 9mm, .40. **Barrel:** 3.56 inches, 4 inches, 5 inches. **Weight:** 25.2-29.5 ounces. **Grips:** Polymer. **Sights:** Three-dot or three-dot night. **Features:** Double-action-only, black, black or stainless finish, FNS Conversion Kit and Competition models available, 10/12/14/17-shot mag capacity. MSRP: $699-749.

### FRANKLIN ARMORY SALUS BILLET PISTOL

**Caliber:** .223/5.56mm, 7.62x39mm. **Barrel:** 7.5 inches. **Weight:** 5.2 pounds. **Grips:** Ergo. **Sights:** None. **Features:** Semi-auto, custom tune trigger, free-float handguard, CA models available, hardcoat Type III anodize, salt bath nitride finish, 30-shot mag capacity. MSRP: $1,389.99-1,444.99.



### FNH USA FNX

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 4 inches, 4.5 inches. **Weight:** 21.9-32.2 ounces. **Grips:** Polymer. **Sights:** Fixed three-dot combat with deep-V rear notch. **Features:** Double-action/single-action, black, two-tone finish, 10/14/15/17-shot mag capacity. MSRP: $699-824.



### GLOCK 17/22

**Caliber:** 9mm, .40. **Barrel:** 4.48 inches. **Weight:** 22.05-22.92 ounces. **Grips:** Polymer. **Sights:** Fixed. **Features:** Safe Action, Gen4 option available, black finish, 15/17-shot mag capacity. MSRP: $599-696.

000164
EXHIBIT G



**GLOCK 19/23**

Caliber: 9mm, .40. Barrel: 4.01 inches.
Weight: 20.99-21.31 ounces. Grips:
Polymer. Sights: Fixed. Features:
Safe Action, Gen4 option available,
black finish, 13/15-shot mag capacity.
MSRP: $599-696.

**GLOCK 29/30/36**

Caliber: .45 ACP, 10mm. Barrel: 3.77
inches. Weight: 20.11-24.69 ounces.
Grips: Polymer. Sights: Fixed. Features:
Safe Action, black finish, 6/10-shot mag
capacity. MSRP: $637-734.

**GLOCK 20/21**

Caliber: .45 ACP, 10mm. Barrel: 4.6
inches. Weight: 26.28-27.68 ounces.
Grips: Polymer. Sights: Fixed.
Features: Safe Action, Gen4 option
available, black finish, 13/15-shot mag
capacity. MSRP: $637-734.

**GLOCK 31/32/33**

Caliber: .357 SIG. Barrel: 3.42 inches,
4.01 inches, 4.48 inches. Weight: 19.75-
23.28 ounces. Grips: Polymer. Sights:
Fixed. Features: Safe Action, Gen4 option
available, black finish, 10/13/15-shot
mag capacity. MSRP: $599-696.



**GLOCK 17L/24**

Caliber: 9mm, .40. Barrel: 6.02 inches.
Weight: 23.63-26.7 ounces. Grips:
Polymer. Sights: Adjustable. Features:
Safe Action, black finish, 15/17-shot
mag capacity. MSRP: $750.

**GLOCK 34/35**

Caliber: 9mm, .40. Barrel: 5.31 inches.
Weight: 22.92-24.69 ounces. Grips:
Polymer. Sights: Adjustable. Features:
Safe Action, Gen4 option available,
black finish, 15/17-shot mag capacity.
MSRP: $679-729.



**GLOCK 26/27**

Caliber: 9mm, .40. Barrel: 3.42 inches.
Weight: 19.75 ounces. Grips: Polymer.
Sights: Fixed. Features: Safe Action,
Gen4 option available, black finish, 10/12-
shot mag capacity. MSRP: $599-696.



**GLOCK 37/38/39**

Caliber: .45 GAP. Barrel: 3.42 inches,
4.01 inches, 4.48 inches. Weight: 19.33-
26.1 ounces. Grips: Polymer. Sights:
Fixed. Features: Safe Action, Gen4 option
available, black finish, 6/8/10-shot mag
capacity. MSRP: $614-711.

EXHIBIT G



# Handguns: Autoloaders



### HECKLER & KOCH HK45

**Caliber:** .45 ACP. **Barrel:** 3.94 inches, 4.53 inches. **Weight:** 24.48-25.28 ounces. **Grips:** Polymer. **Sights:** Fixed. **Features:** Double-action/single-action or double-action-only, black finish, 8/10-shot mag capacity. **MSRP:** $1,193-1,260.



### HECKLER & KOCH P30

**Caliber:** 9mm, .40. **Barrel:** 3.86 inches, 4.44 inches. **Weight:** 22.88-24.32 ounces. **Grips:** Polymer. **Sights:** Fixed. **Features:** Double-action/single-action or double-action-only, black finish, 10/13/15-shot mag capacity. **MSRP:** $1054-1,108.

### HECKLER & KOCH P2000

**Caliber:** 9mm, .40. **Barrel:** 3.26 inches, 3.66 inches. **Weight:** 24 ounces. **Grips:** Polymer. **Sights:** Three-dot (optional tritium). **Features:** Double-action/single-action or double-action-only, black finish, 9/10/12/13-shot mag capacity. **MSRP:** $941-983.



### HECKLER & KOCH USP/USP COMPACT

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.58 inches to 5.09 inches. **Weight:** 23.52-33.6 ounces. **Grips:** Polymer. **Sights:** Fixed or adjustable. **Features:** Double-action/single-action or double-action-only, black finish, 8/10/12/13/15-shot mag capacity. **MSRP:** $902-1,325.



### KAHR CM SERIES

**Caliber:** 9mm, .40. **Barrel:** 3 inches, 3.1 inches. **Weight:** 14-15.8 ounces. **Grips:** Soft polymer, textured. **Sights:** Drift-adjustable, white-bar-dot combat rear. **Features:** Double-action-only, black frame, matte stainless slide finish, 6/7-shot mag capacity. **MSRP:** $485.



### KAHR CW SERIES

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.5 inches, 3.6 inches. **Weight:** 15.8-19.7 ounces. **Grips:** Polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear. **Features:** Double-action-only, black frame, matte stainless slide finish, 6/7-shot mag capacity. **MSRP:** $485.



### KAHR K SERIES

**Caliber:** 9mm, .40. **Barrel:** 3 inches, 3.46 inches, 3.5 inches. **Weight:** 20.2-22.2 ounces. **Grips:** Polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional tritium). **Features:** Double-action-only, matte black, matte stainless finish, 6/7-shot mag capacity. **MSRP:** $855-1,054.



### KAHR MK SERIES

**Caliber:** 9mm, .40. **Barrel:** 3 inches, 3.1 inches. **Weight:** 20.2-21.2 ounces. **Grips:** Hard nylon. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional tritium). **Features:** Double-action-only, matte stainless finish, 5/6/7-shot mag capacity. **MSRP:** $855-1,054.

000166
EXHIBIT G



## KAHR P SERIES

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.54 inches, 3.56 inches, 3.6 inches, 3.64 inches. **Weight:** 13.1-16.5 ounces. **Grips:** Polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional tritium). **Features:** Double-action-only, matte black, two-tone finish, 6/7-shot mag capacity. **MSRP:** $739-973.



## KAHR P380 SERIES

**Caliber:** .380 ACP. **Barrel:** 2.53 inches. **Weight:** 9.97 ounces. **Grips:** Polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional tritium). **Features:** Double-action-only, matte black, two-tone finish, 6-shot mag capacity. **MSRP:** $649-949.



## KAHR PM SERIES

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.1 inches, 3.24 inches. **Weight:** 12.1-15.3 ounces. **Grips:** Polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional tritium or CT laser). **Features:** Double-action-only, matte black, two-tone, 5/6/7-shot mag capacity. **MSRP:** $766-1,049.



## KAHR T/TP SERIES

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.96 inches, 4 inches, 4.04 inches. **Weight:** 16.4-24.9 ounces. **Grips:** Hogue Pau Ferro wood, polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional Novak tritium). **Features:** Double-action-only, matte stainless, two-tone finish, 7/8-shot mag capacity. **MSRP:** $697-968.



## KEL-TEC PF-9/P-11

**Caliber:** 9mm. **Barrel:** 3.1 inches. **Weight:** 12.7-14 ounces. **Grips:** Polymer. **Sights:** Fixed, high-visibility, tritium. **Features:** Double-action-only, blued, parkerized, hard chrome finish, 7/10-shot mag capacity. **MSRP:** $333-390.



## KEL-TEC P-32/P-3AT

**Caliber:** .32 ACP, .380 ACP. **Barrel:** 2.7 inches. **Weight:** 6.6-8.3 ounces. **Grips:** Polymer. **Sights:** Integrated. **Features:** Double-action-only, blued, parkerized, hard chrome finishes, 6/7-shot mag capacity. **MSRP:** $318-377.

## KEL-TEC PLR-16/PLR-22

**Caliber:** .22 LR, 5.56mm. **Barrel:** 9.2 inches, 10.1 inches. **Weight:** 44.8-54.72 ounces. **Grips:** Glass-fiber-reinforced polymer. **Sights:** Adjustable, AR-15-type front. **Features:** Semi-auto (gas-piston or blowback), blued finish, 10/26-shot mag capacity (compatible with M16 or Atchison mags). **MSRP:** $390-665.



## KEL-TEC PMR-30

**Caliber:** .22 Mag. **Barrel:** 4.3 inches. **Weight:** 13.6 ounces. **Grips:** Polymer. **Sights:** Fiber-optic, dovetailed aluminum front. **Features:** Single-action, black finish, 30-shot mag capacity. **MSRP:** $415.

# Handguns: Autoloaders



**KIMBER AEGIS II**

**Caliber:** 9mm. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-31 ounces. **Grips:** Rosewood. **Sights:** Fixed Tactical Wedge tritium. **Features:** Single-action, KimPro II finish, 8/9-shot mag capacity. **MSRP:** $1,331.



**KIMBER COVERT II**

**Caliber:** .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-31 ounces. **Grips:** Digital camo, Crimson Trace Lasergrips. **Sights:** Fixed Tactical Wedge tritium. **Features:** Single-action, dark earth frame, matte black slide finish, 7-shot mag capacity. **MSRP:** $1,657.



**KIMBER CDP II**

**Caliber:** 9mm, .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-31 ounces. **Grips:** Rosewood, Crimson Trace Lasergrips. **Sights:** Fixed Meprolight three-dot tritium. **Features:** Single-action, KimPro II finish, 7-shot mag capacity. **MSRP:** $1,331-1,631.



**KIMBER CRIMSON CARRY II**

**Caliber:** .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-31 ounces. **Grips:** Rosewood, Crimson Trace Lasergrips (red or green laser). **Sights:** Fixed low-profile. **Features:** Single-action, satin silver frame, matte black slide finish, 7/8-shot mag capacity. **MSRP:** $1,206-1,293.



**KIMBER CLASSIC CARRY PRO**

**Caliber:** .45 ACP. **Barrel:** 4 inches. **Weight:** 35 ounces. **Grips:** Bone. **Sights:** Fixed low-profile three-dot night sights. **Features:** Single-action, charcoal blue finish, 8-shot mag capacity. **MSRP:** $2,056.



**KIMBER CUSTOM II**

**Caliber:** .38 Super, 9mm, .45 ACP, 10mm. **Barrel:** 5 inches. **Weight:** 38 ounces. **Grips:** Synthetic, bone. **Sights:** Fixed low-profile, Kimber adjustable. **Features:** Single-action, matte black, charcoal blue, satin silver finish, 7-shot mag capacity. **MSRP:** $871-2,020.



**KIMBER COMPACT II/ PRO CARRY II**

**Caliber:** .38 Super, 9mm, .45 ACP. **Barrel:** 4 inches. **Weight:** 27-35 ounces. **Grips:** Synthetic. **Sights:** Fixed low-profile. **Features:** Single-action, satin silver, matte black finish, 7-shot mag capacity. **MSRP:** $919-1,128.



**KIMBER CUSTOM SHOP**

**Caliber:** .45 ACP. **Barrel:** 3 inches, 5 inches. **Weight:** 25-39 ounces. **Grips:** Rosewood or Micarta. **Sights:** Sighting trough, tritium, Kimber adjustable. **Features:** Single-action, KimPro II finish, 7/8-shot mag capacity. **MSRP:** $1,351-2,405.

000168
EXHIBIT G



**KIMBER ECLIPSE II**

Caliber: .45 ACP, 10mm. Barrel: 3 inches, 4 inches, 5 inches. Weight: 31-38 ounces. Grips: Laminated. Sights: Fixed Meproplight three-dot tritium. Features: Single-action, stainless finish, 7/8-shot mag capacity. MSRP: $1,289-1,393.

**KIMBER SAPPHIRE ULTRA II**

Caliber: 9mm. Barrel: 3 inches. Weight: 25 ounces. Grips: Blue/black G10. Sights: Fixed Tactical Wedge tritium. Features: Single-action, satin silver frame, bright blue PVD slide, 8-shot mag capacity. MSRP: $1,652.

**KIMBER GOLD MATCH II**

Caliber: 9mm, .45 ACP. Barrel: 5 inches. Weight: 38 ounces. Grips: Rosewood, laminated. Sights: Kimber adjustable. Features: Single-action, blued, stainless, satin silver finish, 8-shot mag capacity. MSRP: $1,393-1,882.

**KIMBER SOLO**

Caliber: 9mm. Barrel: 2.7 inches. Weight: 17 ounces. Grips: Synthetic, G-10, Rosewood Crimson Trace Lasergrips. Sights: Fixed low-profile, three-dot tritium. Features: Single-action, KimPro II finish, 6/8-shot mag capacity. MSRP: $815-1,223.

**KIMBER RAPTOR II**

Caliber: .45 ACP. Barrel: 3 inches, 4 inches, 5 inches. Weight: 25-38 ounces. Grips: Zebra wood, laminated wood. Sights: Fixed Tactical Wedge tritium. Features: Single-action, KimPro II finish, 7/8-shot mag capacity. MSRP: $1,295-1,657.

**KIMBER SUPER CARRY**

Caliber: .45 ACP. Barrel: 3 inches, 4 inches, 5 inches. Weight: 25-38 ounces. Grips: Micarta/laminated, G10. Sights: Tritium. Features: Single-action, rounded heel frame, KimPro II finish, 7/8-shot mag capacity. MSRP: $1,596-1,699.

**KIMBER RIMFIRE**

Caliber: .22 LR. Barrel: 5 inches. Weight: 23 ounces. Grips: Synthetic, rosewood. Sights: Kimber adjustable. Features: Single-action, KimPro II finish, 10-shot mag capacity. MSRP: $871-1,220.

**KIMBER TACTICAL II**

Caliber: 9mm, .45 ACP. Barrel: 3 inches, 4 inches. Weight: 25-40 ounces. Grips: Laminated. Sights: Fixed Meprolight three-dot tritium. Features: Single-action, KimPro II finish, 7-shot mag capacity. MSRP: $1,317-1,490.

000169
EXHIBIT G

# Handguns: Autoloaders



## MAGNUM RESEARCH DESERT EAGLE MARK XIX

**Caliber:** .357 Mag, .44 Mag, .50 AE. **Barrel:** 6 inches, 10 inches. **Weight:** 69.8-72.4 ounces. **Grips:** Polymer. **Sights:** Fixed combat. **Features:** Single-action, matte black, chrome, nickel, 24k gold, titanium gold, tiger stripes finish, 7/8/9-shot mag capacity. **MSRP:** $1,563-2,153.



## KIMBER TLE II

**Caliber:** .45 ACP, 10mm. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-39 ounces. **Grips:** Synthetic, Crimson Trace Lasergrips. **Sights:** Fixed Meprolight three-dot trilium. **Features:** Single-action, KimPro II finish, 7/8-shot mag capacity. **MSRP:** $1,080-1,518.



## MAGNUM RESEARCH DESERT EAGLE 1911

**Caliber:** .45 ACP. **Barrel:** 4.33 inches, 5.05 inches. **Weight:** 33.9-36.2 ounces. **Grips:** Wood. **Sights:** High-profile sculptured rear, pinned-in blade front. **Features:** Single-action, matte black finish, 8-shot mag capacity. **MSRP:** $874.



## KIMBER ULTRA CARRY II

**Caliber:** 9mm, .45 ACP. **Barrel:** 3 inches. **Weight:** 25 ounces. **Grips:** Synthetic, double-diamond. **Sights:** Fixed low-profile. **Features:** Single-action, matte black or satin silver finish, 7-shot mag capacity. **MSRP:** $919-1,066.



## MAGNUM RESEARCH MICRO DESERT EAGLE

**Caliber:** .380 ACP. **Barrel:** 2.22 inches. **Weight:** 14 ounces. **Grips:** Polymer. **Sights:** Fixed. **Features:** Double-action-only, nickel finish, 6-shot mag capacity. **MSRP:** $467-479.



## KIMBER WARRIOR

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 39 ounces. **Grips:** Kimber G10 tactical. **Sights:** Fixed Tactical Wedge trilium. **Features:** Single-action, KimPro II finish, 7-shot mag capacity. **MSRP:** $1,512-1,665.



## MASTERPIECE ARMS PROTECTOR

**Caliber:** .32 ACP, .380 ACP. **Barrel:** 2.25 inches. **Grips:** Polymer, aluminum. **Sights:** Fixed. **Features:** Double-action-only, matte black finish, 5-shot mag capacity. **MSRP:** $350.95-375.95.



## MAGNUM RESEARCH BABY DESERT EAGLE II

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.64 inches, 3.93 inches, 4.52 inches. **Weight:** 33.9-38.6 ounces. **Grips:** Polymer. **Sights:** Fixed white three-dot combat. **Features:** Double-action/single-action, matte black finish, 10/12/15-shot mag capacity. **MSRP:** $616-630.

000170
EXHIBIT G



## MASTERPIECE ARMS DEFENDER

**Caliber:** 9mm, 5.7x28mm, .45 ACP. **Barrel:** 3.25 inches, 3.5 inches, 5 inches, 6 inches. **Weight:** 54-87 ounces. **Grips:** Polymer. **Sights:** Fixed, winged front, peep rear. **Features:** Single-action, matte black, grim reaper, camo pattern finish, 20/30-shot mag capacity. **MSRP:** $488.95-687.95.



## NAA GUARDIAN

**Caliber:** .25 NAA, .32 ACP, .32 NAA, .380 ACP. **Barrel:** 2.18 inches, 2.49 inches. **Weight:** 13.5 ounces, 18.7 ounces. **Grips:** Pebble finish Hogue. **Sights:** Fixed low-profile. **Features:** Double-action-only, stainless finish, 6-shot mag capacity. **MSRP:** $402-479.



## NIGHTHAWK DOMINATOR/ENFORCER

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 38-39 ounces. **Grips:** Cocobolo, G10. **Sights:** Novak Low Mount Tritium Night Sights or Heinie Slant-Pro Night Sights, Heinie Sights/Fiber Optic Front Sights available. **Features:** SA, Perma Kote finish, 8-shot mag capacity. **MSRP:** $3,250-3,395.



## NIGHTHAWK GRP

**Caliber:** .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 35 ounces. **Grips:** CTC Lasergrips, Gator Back VZ. **Sights:** Novak Extreme Duty adjustable night sights. **Features:** SA, 2 models, GRP (Global Response Pistol) Recon has a light rail frame, lightweight aluminum match trigger, integrated rail, Perma Kote finish, 8-shot mag. **MSRP:** $2,895-3,099.



## NIGHTHAWK RICHARD HEINIE

**Caliber:** 9mm, .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 35-40 ounces. **Grips:** Cocobolo or Alumagrips. **Sights:** Heinie Straight "8" Slant Pro Night or fixed. **Features:** SA, built w/ Richard Heinie, specially selected barrel, finishes in PermaKote or titanium blue, 8-shot mag. **MSRP:** $2,895-3,395, Signature Series $3,450-3,550.



## NIGHTHAWK T3

**Caliber:** .45 ACP. **Barrel:** 4.25 inches. **Weight:** 32 ounces. **Grips:** Black G10. **Sights:** Heinie Slant-Pro Straight Eight w/ tritium inserts. **Features:** SA, extended mag well, bushing match grade stainless steel barrel that is crowned flush w/ forged slide stop, aluminum trigger, new stainless or Perma Kote finish, 8-shot mag. **MSRP:** $2,699.



## NIGHTHAWK TALON/PREDATOR

**Caliber:** .45 ACP. **Barrel:** 3.6 inches, 4.25 inches, 5 inches. **Weight:** 31-39 ounces. **Grips:** Rubber, wood (Talon). **Sights:** Novak LoMount night or Heinie Slant Pro Straight Eight. **Features:** SA, Talon: match grade bushing or bull barrel, Predator: identical to Talon plus three different barrel sizes and one-piece stainless steel barrel, 7/8-shot mag. **MSRP:** Talon $2,420-2,624, Predator $2,824-2,925.



## PARA USA AGENT/OFFICER

**Caliber:** 9mm, .45 ACP. **Barrel:** 3 inches. **Weight:** 30 ounces. **Grips:** VZ Gator, cocobolo, G10. **Sights:** Trijicon, fiber optic front and fixed rear. **Features:** Single-action or LDA (double-action), black Ionbond finish, 6/7/8/9-shot mag capacity. **MSRP:** $949-1,399.

# Handguns: Autoloaders



## PARA USA BLACK OPS

**Caliber:** .45 ACP. **Barrel:** 4.25 inches, 5 inches, 5.5 inches. **Weight:** 39-40 ounces. **Grips:** VZ G10. **Sights:** Trijicon 3-dot night, XS high-profile. **Features:** Single-action, Picatinny rail, black Ionbond finish, 8/14-shot mag capacity. **MSRP:** $1,257-1,325.



## PARA USA CUSTOM

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 5 inches. **Weight:** 35-42 ounces. **Grips:** VZ G10. **Sights:** Fiber optic front, adjustable target rear. **Features:** Single-action, HD extractor, ambi safeties, black Ionbond finish, 10/14/16/18-shot mag capacity. **MSRP:** $1,299-2,149.



## PARA USA ELITE

**Caliber:** 9mm, .45 ACP. **Barrel:** 3.5 inches, 4.25 inches, 5 inches, 6 inches. **Weight:** 32-42 ounces. **Grips:** VZ Operator II, VZ Para G10, cocobolo. **Sights:** Fiber optic front, adjustable target or fixed rear, Trijicon night. **Features:** Single-action, satin stainless, two-tone, black Ionbond finish, 7/8/9-shot mag capacity. **MSRP:** $949-1,299.



## PARA USA EXPERT

**Caliber:** .45 ACP. **Barrel:** 3 inches, 5 inches. **Weight:** 32-42 ounces. **Grips:** Polymer. **Sights:** Fiber-optic front with two-dot rear. **Features:** Single-action, black nitride or stainless finish, 7/8/14-shot mag capacity. **MSRP:** $663-919.



## PARA USA WARTHOG

**Caliber:** .45 ACP. **Barrel:** 3 inches. **Weight:** 32 ounces. **Grips:** Polymer. **Sights:** Fiber-optic front with two-dot rear. **Features:** Single-action, black nitride or stainless finish, 10-shot mag capacity. **MSRP:** $884-919.



## REMINGTON 1911 R1

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 38.5-42 ounces. **Grips:** Walnut, wood laminate. **Sights:** Fixed or adjustable. **Features:** Single-action, satin black oxide, stainless finish, 7/8-shot mag capacity. **MSRP:** $729-1,299.



## ROCK RIVER ARMS 1911 POLY

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 32.64 ounces. **Grips:** Polymer. **Sights:** Dovetailed. **Features:** Single-action, parkerized black, tan, OD green finish, 7-shot mag capacity. **MSRP:** $800.



## ROCK RIVER ARMS LAR-9/LAR-15

**Caliber:** 9mm, .223/5.56mm. **Barrel:** 7 inches, 10.5 inches. **Weight:** 75.2-88 ounces. **Grips:** Hogue rubber pistol. **Sights:** A2 front. **Features:** Semi-auto, black finish, 10/20/30-shot mag capacity. **MSRP:** $945-1,140.

000172
EXHIBIT G



**ROCK RIVER ARMS LAR-PDS**

Caliber: .223/5.56mm. Barrel: 9 inches. Weight: 80 ounces. Grips: Hogue rubber pistol. Sights: None. Features: Semi-auto, black finish, 30-shot mag capacity. MSRP: $1,185-1,335.



**RUGER LC9**

Caliber: 9mm. Barrel: 3.12 inches. Weight: 17.1-17.7 ounces. Grips: Glass-filled nylon. Sights: Adjustable three-dot (optional Crimson Trace or LaserMax laser). Features: Double-action-only, blued finish, 7-shot mag capacity. MSRP: $443-619.



**RUGER 22/45**

Caliber: .22 LR. Barrel: 4 inches, 4.4 inches, 4.5 inches, 5.5 inches. Weight: 22.8-33 ounces. Grips: Polymer, cocobolo. Sights: Fixed front, adjustable or fixed rear. Features: Single-action, black, stainless, blued, 10-shot mag capacity. MSRP: $349-469.



**RUGER LCP**

Caliber: .380 ACP. Barrel: 2.75 inches. Weight: 9.4-10 ounces. Grips: Glass-filled nylon. Sights: Fixed (Crimson Trace or LaserMax laser). Features: Double-action-only, blued finish, 6-shot mag capacity. MSRP: $379-549.



**RUGER 22 CHARGER**

Caliber: .22 LR. Barrel: 10 inches. Weight: 56 ounces. Grips: Laminate. Sights: None. Features: Single-action, satin black finish, 10-shot mag capacity. MSRP: $389.



**RUGER MARK III**

Caliber: .22 LR. Barrel: 4.75 inches, 5.5 inches, 6 inches, 6.88 inches. Weight: 35-45 ounces. Grips: Polymer, cocobolo. Sights: Fixed or fiber-optic front with adjustable rear, or fixed. Features: Single-action, blued, satin stainless finish, 10-shot mag capacity. MSRP: $379-659.



**RUGER LC380**

Caliber: .380 ACP. Barrel: 3.12 inches. Weight: 17.2 ounces. Grips: Glass-filled nylon. Sights: Adjustable three-dot. Features: Double-action-only, blued finish, 7-shot mag capacity. MSRP: $449.



**RUGER P95**

Caliber: 9mm. Barrel: 3.9 inches. Weight: 27 ounces. Grips: Polymer. Sights: Fixed three-dot. Features: Double-action/single-action, blued, stainless, 10/15-shot mag capacity. MSRP: $399-429.

# Handguns: Autoloaders



### RUGER SR1911

**Caliber:** .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 36.4-39 ounces. **Grips:** Hardwood. **Sights:** Fixed Novak three-dot. **Features:** Single-action, low-glare stainless finish, 7/8-shot mag capacity. **MSRP:** $829.



### RUGER SR22

**Caliber:** .22 LR. **Barrel:** 3.5 inches. **Weight:** 17.5 ounces. **Grips:** Glass-filled nylon. **Sights:** Adjustable three-dot. **Features:** Double-action-only, black or silver anodized finish, 10-shot mag capacity. **MSRP:** $399-439.



### RUGER SR9/SR40

**Caliber:** 9mm, .40. **Barrel:** 3.5 inches, 4.14 inches. **Weight:** 23.4-26.5 ounces. **Grips:** Glass-filled nylon. **Sights:** Adjustable three-dot. **Features:** Double-action-only, black nitride or stainless, 9/10/15/17-shot mag capacity. **MSRP:** $529.



### RUGER SR45

**Caliber:** .45 ACP. **Barrel:** 4.5 inches. **Weight:** 30.2 ounces. **Grips:** Glass-filled nylon. **Sights:** Adjustable three-dot. **Features:** Double-action-only, black nitride or stainless, 10-shot mag capacity. **MSRP:** $529.



### SARSILMAZ K2

**Caliber:** 9mm, .40, .45 ACP, 10mm. **Barrel:** 4.59 inches. **Weight:** 40.21 ounces. **Grips:** Black polymer. **Sights:** Adjustable three-dot. **Features:** Double-action/single-action, blued finish, 14/19/21-shot mag capacity. **MSRP:** $660. From EAA.



### SCCY CPX

**Caliber:** 9mm. **Barrel:** 3.1 inches. **Weight:** 15 ounces. **Grips:** Textured polymer. **Sights:** Adjustable rear. **Features:** DAO w/ second strike capability, polymer frame, lock breech, stainless steel slide and barrel, ambi safety, internal hammer, mag finger rest, black (CB) or two-tone finish (TT), 9-shot mag capacity. **MSRP:** $314-334.



### SHOOTERS ARMS COMMODORE

**Caliber:** .45 ACP. **Barrel:** 4.25 inches. **Weight:** 38.4 ounces. **Grips:** Plastic. **Sights:** Dovetailed front, combat rear. **Features:** Single-action, extended slide stop and safety lock, matte black finish, 8-shot mag capacity. **MSRP:** $499.95. From Century Arms.



### SIG SAUER 1911

**Caliber:** .45 ACP. **Barrel:** 4.2 inches, 5 inches. **Weight:** 29.5-41.6 ounces. **Grips:** Wood, Ergo XT, Hogue, G10. **Sights:** Low-profile, SIGLITE night, adjustable. **Features:** Single-action, Nitron finish, 7/8/9-shot mag capacity. **MSRP:** $1,170-1,456.

000174
EXHIBIT G



## SIG SAUER 1911 TRADITIONAL

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 4.2 inches, 5 inches. **Weight:** 29.5-41.6 ounces. **Grips:** Wood, Ergo XT **Sights:** Low-profile, SIGLITE night, adjustable. **Features:** Single-action, black Nitron, stainless or two-tone, 7/8-shot mag capacity. **MSRP:** $1,128-1,213.



## SIG SAUER P220

**Caliber:** .45 ACP. **Barrel:** 3.9 inches, 4.4 inches, 5 inches. **Weight:** 29.6-39.1 ounces. **Grips:** Polymer, wood, aluminum, Hogue, G10. **Sights:** Contrast, SIGLITE, TRUGLO, adjustable. **Features:** Single-action, double-action/ single-action or double-action-Kellerman, Nitron finish, 6/8/10-shot mag capacity. **MSRP:** $826-1,375.



## SIG SAUER M11-A1

**Caliber:** 9mm. **Barrel:** 3.9 inches. **Weight:** 32 ounces. **Grips:** Polymer. **Sights:** SIGLITE. **Features:** Double-action/single-action, black Nitron finish, 15-shot mag capacity. **MSRP:** $1,125.



## SIG SAUER P224

**Caliber:** 9mm, .357 SIG, .40. **Barrel:** 3.5 inches. **Weight:** 25.4 ounces. **Grips:** Polymer, Hogue G10. **Sights:** SIGLITE night. **Features:** Double-action/single-action or double-action-Kellerman, Nitron finish, 10/12-shot mag capacity. **MSRP:** $1,125-1,218.



## SIG SAUER MOSQUITO

**Caliber:** .22 LR. **Barrel:** 3.9 inches, 4.9 inches. **Weight:** 24.6-27.8 ounces. **Grips:** Polymer. **Sights:** Adjustable. **Features:** Double-action/single-action, Nitron, various finishes,10-shot mag capacity. **MSRP:** $390-502.



## SIG SAUER P226

**Caliber:** 9mm, .357 SIG, .40. **Barrel:** 4.4 inches, 5 inches, 6 inches. **Weight:** 23.7-47.2 ounces. **Grips:** Polymer, wood, Ergo, aluminum, Hogue, G10, Nill. **Sights:** SIGLITE, TruGlo, contrast, adjustable. **Features:** Single-action, double-action/single-action, double-action-Kellerman, Nitron finish, 10/12/14/15/17/19/20-shot mag capacity. **MSRP:** $656-2,747.



## SIG SAUER P210

**Caliber:** 9mm. **Barrel:** 4.7 inches. **Weight:** 37.4 ounces. **Grips:** Wood. **Sights:** Post and notch, adjustable target. **Features:** Single-action, black Nitron finish, 8-shot mag capacity. **MSRP:** $2,199-2,399.



## SIG SAUER P227

**Caliber:** .45 ACP. **Barrel:** 3.9 inches, 4.4 inches, 4.9 inches. **Weight:** 30-32.5 ounces. **Grips:** Polymer. **Sights:** Contrast, SIGLITE. **Features:** Double-action/single, Nitron finish, 10-shot mag capacity. **MSRP:** $993-1,228.

# Handguns: Autoloaders



## SIG SAUER P229

**Caliber:** 9mm, .357 SIG, .40. **Barrel:** 3.9 inches, 4.3 inches, 4.4 inches, 4.5 inches. **Weight:** 23.7-40.2 ounces. **Grips:** Polymer, wood, Ergo, aluminum, Hogue, G10. **Sights:** SIGLITE, TruGlo, contrast, adjustable. **Features:** Single-action, double-action/single-action, double-action-Kellerman, Nitron finish, 10/12/13/15-shot mag capacity. **MSRP:** $626-1,368.



## SIG SAUER P232

**Caliber:** .380 ACP. **Barrel:** 3.6 inches. **Weight:** 18.5-23.6 ounces. **Grips:** Hogue rubber. **Sights:** Contrast, SIGLITE night. **Features:** Double-action/single-action, Nitron finish, 7-shot mag capacity. **MSRP:** $649-799.



## SIG SAUER P238

**Caliber:** .380 ACP. **Barrel:** 2.7 inches. **Weight:** 15.2-20.1 ounces. **Grips:** Polymer, wood, aluminum, G10, Hogue rubber. **Sights:** SIGLITE night, TruGlo. **Features:** Single-action, Nitron finish, 6/7-shot mag capacity. **MSRP:** $679-829.



## SIG SAUER P239

**Caliber:** 9mm, .357 SIG, .40. **Barrel:** 3.6 inches, 4 inches. **Weight:** 29.5 ounces. **Grips:** Polymer. **Sights:** Contrast, SIGLITE. **Features:** Double-action/single-action or double-action-Kellerman, Nitron finish, 7/8-shot mag capacity. **MSRP:** $858-1,015.



## SIG SAUER P250

**Caliber:** .380 ACP, 9mm, .357 SIG, .40, .45 ACP. **Barrel:** 3.6 inches, 3.9 inches, 4.7 inches. **Weight:** 19.4-29.4 ounces. **Grips:** Polymer. **Sights:** Contrast, SIGLITE night. **Features:** Double-action/single-action, Nitron finish, 6/9/10/12/13/14/15/17-shot mag capacity. **MSRP:** $570-813.



## SIG SAUER P290

**Caliber:** 9mm. **Barrel:** 2.9 inches. **Weight:** 20.5 ounces. **Grips:** Polymer. **Sights:** SIGLITE night. **Features:** Double-action-only, Nitron finish, 6-shot mag capacity. **MSRP:** $570-642.



## SIG SAUER P516/ P522/P556

**Caliber:** .22 LR, 5.56mm. **Barrel:** 7.5 inches, 10 inches. 10.6 inches. **Weight:** 84-107.2 ounces. **Grips:** Magpul MOE, polymer. **Sights:** Flip-up iron, hooded or combat front with mini red-dot. **Features:** Semi-auto (gas-piston or blowback), black hardcoat anodized or Nitron finish, 10/25/30-shot mag capacity. **MSRP:** $572-1,666.



## SIG SAUER P938

**Caliber:** 9mm. **Barrel:** 3 inches. **Weight:** 16 ounces. **Grips:** Wood, Hogue G10. **Sights:** SIGLITE, TruGlo. **Features:** Single-action, nitron finish, 6/7-shot mag capacity. **MSRP:** $795-823.

000176
EXHIBIT G



**SIG SAUER SP2022**

**Caliber:** 9mm, .357 SIG, .40. **Barrel:** 3.9 inches. **Weight:** 29 ounces. **Grips:** Polymer. **Sights:** Contrast, SIGLITE night. **Features:** Double-action/single-action or double-action-only, black Nitron or two-tone finish, 10/12/15-shot mag capacity. **MSRP:** $570-710.



**SMITH & WESSON BODYGUARD**

**Caliber:** .380 ACP. **Barrel:** 2.75 inches. **Weight:** 11.85 ounces. **Grips:** Polymer. **Sights:** Fixed front, adjustable rear. **Features:** Double-action-only, matte black finish, 6-shot mag capacity. **MSRP:** $419.

**SMITH & WESSON M&P**

**Caliber:** 9mm, .357 SIG, .40, .45 ACP. **Barrel:** 3.5 inches, 4 inches, 4.25 inches, 4.5 inches, 5 inches. **Weight:** 19-29.6 ounces. **Grips:** Polymer, Crimson Trace Lasergrips. **Sights:** Fixed or adjustable. **Features:** Striker-fired, black Melonite or dark earth brown, 6/7/8/10/12/15/17-shot mag capacity. **MSRP:** $449-829.



**SMITH & WESSON M&P C.O.R.E.**

**Caliber:** 9mm, .40. **Barrel:** 4.25 inches, 5 inches. **Weight:** 20-29.6 ounces. **Grips:** Polymer (enhanced Palmswell). **Sights:** White dovetailed front, fixed 2-dot rear, slide cut to accept red dot optics. **Features:** Striker-fired, Melonite finish, 15/17-shot mag capacity. **MSRP:** $729.



**SMITH & WESSON PERFORMANCE CENTER**

**Caliber:** .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 29.6-40.5 ounces. **Grips:** G10 custom. **Sights:** Post front, adjustable rear. **Features:** Single-action, stainless steel, scandium alloy, round-butt, PC action job, lightening cuts, 8-shot mag capacity. **MSRP:** $1,539.



**SMITH & WESSON PRO**

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3 inches, 4.25 inches, 5 inches. **Weight:** 24-41 ounces. **Grips:** Polymer, synthetic, wood. **Sights:** Dovetail front, adjustable rear, Novak, white three-dot. **Features:** Single-action or double-action-only, black Melonite, matte silver, two-tone finish, 7/8/10/15/17-shot mag capacity. **MSRP:** $669-1,519.



**SMITH & WESSON RIMFIRE**

**Caliber:** .22 LR. **Barrel:** 4.1 inches, 5.5 inches, 7 inches. **Weight:** 24-42 ounces. **Grips:** Polymer, Soft Touch, wood. **Sights:** Adjustable, Patridge front. **Features:** Single-action, black, blued, two-tone or real tree APG HD finish, 10/12-shot mag capacity. **MSRP:** $329-1,369.



**SMITH & WESSON SD VE**

**Caliber:** 9mm, .40. **Barrel:** 4 inches. **Weight:** 22.7 ounces. **Grips:** Polymer. **Sights:** White three-dot. **Features:** Striker-fired, two-tone finish, 10/14/16-shot mag capacity. **MSRP:** $379.



# Handguns: Autoloaders



### SMITH & WESSON SHIELD

**Caliber:** 9mm, .40. **Barrel:** 3.1 inches. **Weight:** 19 ounces. **Grips:** Polymer. **Sights:** White three-dot. **Features:** Striker-fired, black Melonite finish, 6/7/8-shot mag capacity. **MSRP:** $449.



### SPRINGFIELD OPERATOR

**Caliber:** .45 ACP. **Barrel:** 4 inches, 5 inches. **Weight:** 31-42 ounces. **Grips:** Pachmayr wraparound, cocobolo. **Sights:** Low-profile, dovetail front, adjustable rear, tritium inserts. **Features:** Single-action, black, olive drab finish, 7-shot mag capacity. **MSRP:** $1,387.



### SPRINGFIELD EMP

**Caliber:** 9mm, .40. **Barrel:** 3 inches. **Weight:** 26-33 ounces. **Grips:** Cocobolo, G10. **Sights:** Tritium three-dot. **Features:** Single-action, black frame, stainless slide finish, 8/9-shot mag capacity. **MSRP:** $1,345.



### SPRINGFIELD PROFESSIONAL MODEL CUSTOM

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 38 ounces. **Grips:** Cocobolo. **Sights:** Tritium three-dot. **Features:** Single-action, Black T finish, 7-shot mag capacity. **MSRP:** $2,647.



### SPRINGFIELD LOADED

**Caliber:** 9mm, .45 ACP. **Barrel:** 5 inches. **Weight:** 39-41 ounces. **Grips:** Cocobolo, G10. **Sights:** Low-profile, dovetail front, adjustable rear. **Features:** Single-action, Parkerized, stainless, 7/9-shot mag capacity. **MSRP:** $1,003-1,387.



### SPRINGFIELD RANGE OFFICER

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 40 ounces. **Grips:** Cocobolo. **Sights:** Low-profile, adjustable, target. **Features:** Single-action, black finish, 7-shot mag capacity. **MSRP:** $939.



### SPRINGFIELD MIL-SPEC

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 39 ounces. **Grips:** Cocobolo. **Sights:** Fixed combat three-dot. **Features:** Single-action, parkerized, stainless finish, 7-shot mag capacity. **MSRP:** $768-843.



### SPRINGFIELD TROPHY MATCH/TRP

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 40-45 ounces. **Grips:** Cocobolo, G10. **Sights:** Low-profile, dovetail front, adjustable rear. **Features:** Single-action, black, stainless finish, 7-shot mag capacity. **MSRP:** $1,605-1,867.

000178
EXHIBIT G



**SPRINGFIELD XD**

**Caliber:** 9mm, .357 SIG, .40, .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 26-33 ounces. **Grips:** Polymer. **Sights:** Three-dot, dovetail (optional trikium). **Features:** Ultra Safety Assurance (USA), black, two-tone, dark earth, OD green finish, 9/10/12/13/16-shot mag capacity. **MSRP:** $549-750.



**STEYR ARMS M-A1**

**Caliber:** 9mm, .357 Sig, .40. **Barrel:** 4 inches. **Weight:** 27.02 ounces. **Grips:** Polymer. **Sights:** Triangular/trapezoid. **Features:** Double-action-only, Mannox finish, 10/15/17-shot mag capacity. **MSRP:** $560.



**SPRINGFIELD XD^M**

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.8 inches, 4.5 inches, 5.25 inches. **Weight:** 27-32 ounces. **Grips:** Polymer. **Sights:** Three-dot, dovetail. **Features:** Ultra Safety Assurance (USA), black, two-tone, OD green finish, 11/13/16/19-shot mag capacity. **MSRP:** $639-749.



**STEYR ARMS S-A1**

**Caliber:** 9mm, .40. **Barrel:** 3.6 inches, 3.78 inches. **Weight:** 26.07-26.57 ounces. **Grips:** Polymer. **Sights:** Triangular/trapezoid. **Features:** Double-action-only, Mannox finish, 10-shot mag capacity. **MSRP:** $560.



**SPRINGFIELD XD^S**

**Caliber:** 9mm, .45 ACP. **Barrel:** 3.3 inches. **Weight:** 21.5-23 ounces. **Grips:** Polymer. **Sights:** Fiber-optic front, dovetail rear. **Features:** Ultra Safety Assurance (USA), black finish, 5/7-shot mag capacity. **MSRP:** $559-669



**STI DOUBLE STACK**

**Caliber:** .38 Super, 9mm, .357 SIG, .40, .45 ACP, 10mm. **Barrel:** 3.9 inches, 4.15 inches, 5 inches, 6 inches. **Weight:** 33.5-44.6 ounces. **Grips:** Polymer. **Sights:** Fixed or adjustable. **Features:** Single-action, black, blued, stainless, hard chrome or two-tone finish. **MSRP:** $1,649-3,655.

**STEYR ARMS C-A1**

**Caliber:** 9mm. **Barrel:** 3.6 inches. **Weight:** 27.02 ounces. **Grips:** Polymer. **Sights:** Triangular/trapezoid or three-dot. **Features:** Double-action-only, Mannox finish, 10/15/17-shot mag capacity. **MSRP:** $560.

**STI LAWMAN**

**Caliber:** 9mm, .45 ACP. **Barrel:** 3.24 inches, 4.26 inches, 5.11 inches. **Weight:** 24.8-38.9 ounces. **Grips:** G10 Micarta. **Sights:** STI ramp front, Tactical adjustable rear. **Features:** Single-action, blued finish, 8/9-shot mag capacity. **MSRP:** $1,455.

# Handguns: Autoloaders



### STI SINGLE STACK

**Caliber:** .38 Super, 9mm, .40, .45 ACP. **Barrel:** 3.4 inches, 3.9 inches, 4.15 inches, 5 inches, 6 inches. **Weight:** 28-40 ounces. **Grips:** Rosewood, G10, STI Alumagrips. **Sights:** Fixed or adjustable. **Features:** Single-action, black, blued, stainless, hard chrome or two-tone finish. **MSRP:** $699-1,944.



### STOEGER COUGAR

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.6 inches. **Weight:** 32-32.6 ounces. **Grips:** Synthetic. **Sights:** White three-dot. **Features:** Double-action/single-action, black nitride finish, 8/11/15-shot mag capacity. **MSRP:** $469-509.



### TAURUS 24/7 G2

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.5 inches, 4.2 inches. **Weight:** 27-28 ounces. **Grips:** Polymer. **Sights:** Adjustable rear. **Features:** Double-action/single-action, blued or matte stainless finish, 10/12/15/17-shot mag capacity. **MSRP:** $498-539.



### TAURUS 609TI-PRO

**Caliber:** 9mm. **Barrel:** 3.25 inches. **Weight:** 19.7 ounces. **Grips:** Polymer. **Sights:** Heinie Straight Eight. **Features:** Double-action/single-action, Shadow gray, titanium finish, 13-shot mag capacity. **MSRP:** $608.



### TAURUS 700

**Caliber:** .380 ACP, 9mm, .40. **Barrel:** 3.2 inches, 3.3 inches. **Weight:** 10.2-19 ounces. **Grips:** Polymer. **Sights:** Fixed or adjustable. **Features:** Double-action/single-action or double-action-only, blued, matte stainless finish, 6/7-shot mag capacity. **MSRP:** $199-498.



### TAURUS 800

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.5 inches, 4 inches. **Weight:** 24.7-30.2 ounces. **Grips:** Polymer. **Sights:** Novak or fixed three-dot. **Features:** Double-action/single-action, black Tenifer, blued, matte stainless finish, 12/15/17-shot mag capacity. **MSRP:** $623-686.



### TAURUS 1911

**Caliber:** 9mm, .45 ACP. **Barrel:** 5 inches. **Weight:** 38-39.4 ounces. **Grips:** Walnut, polymer. **Sights:** Novak. **Features:** Single-action, blued, matte stainless or two-tone finish, 8/9-shot mag capacity. **MSRP:** $712-947.



### TAURUS LARGE FRAME

**Caliber:** 9mm, .40. **Barrel:** 5 inches. **Weight:** 34 ounces. **Grips:** Rubber. **Sights:** Fixed. **Features:** Double-action/single-action, blued or matte stainless finish, 10/11/17-shot mag capacity. **MSRP:** $483-938.

000180
EXHIBIT G



### TAURUS MEDIUM FRAME

**Caliber:** .380 ACP, .38 Super, 9mm, .40, .45 ACP. **Barrel:** 3.25 inches, 3.63 inches, 4 inches, 4.25 inches. **Weight:** 18.7-30 ounces. **Grips:** Mother of pearl, rubber, rosewood. **Sights:** Fixed. **Features:** Double-action/single-action, stainless, blued, gold, blue/gold finish, 8/10/15/17/19-shot mag capacity. MSRP: $633-701.



### THOMPSON TA5

**Caliber:** .45 ACP. **Barrel:** 10.5 inches. **Weight:** 80.9 ounces. **Grips:** Walnut. **Sights:** Blade front, open adjustable rear. **Features:** Semi-auto, blowback, blued finish, 10/50/100-shot drum or 30-shot stick. MSRP: $1,237. From Kahr Arms.



### TAURUS MILLENNIUM PRO

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.25 inches. **Weight:** 18.7-22.2 ounces. **Grips:** Polymer. **Sights:** Heinie Straight Eight. **Features:** Double-action/single-action, blued, matte stainless finish, 6/10/12-shot mag capacity. MSRP: $467-498.



### USELTON IA COMMANDER 1911

**Caliber:** .38 Super, 9mm, .45 ACP. **Barrel:** 3.5 inches, 4.25 inches, 5 inches. **Weight:** 19-24 ounces. **Grips:** G10 black with Uselton medallion. **Sights:** Fiber optic front, adjustable rear. **Features:** Single-action, Integrated Aluminum, stainless steel or Uselton Ceramic Armor Coat finish, 8-shot mag capacity. MSRP: $3,699-3,899.



### TAURUS SMALL FRAME

**Caliber:** .22 LR, .25 ACP. **Barrel:** 2.75 inches. **Weight:** 12.3 ounces. **Grips:** Synthetic, rosewood, wood. **Sights:** Fixed. **Features:** Double-action-only, blued, matte stainless, nickel or two-tone finish, 8/9-shot mag capacity. MSRP: $266-539.



### WILSON COMBAT BILL WILSON CARRY

**Caliber:** .45 ACP. **Barrel:** 4 inches. **Weight:** 35 ounces. **Grips:** G10 starburst. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 7-shot mag capacity. MSRP: $3,205.



### THOMPSON CUSTOM 1911

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 31.5-39 ounces. **Grips:** Laminate with medallion. **Sights:** Low-profile iron. **Features:** Single-action, stainless finish, 7-shot mag capacity. MSRP: $813. From Kahr Arms.



### WILSON COMBAT CLASSIC

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 5 inches. **Weight:** 38-46.6 ounces. **Grips:** Cocobolo. **Sights:** Ramp front, Lo-Mount adjustable rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. MSRP: $3,030.

090181
EXHIBIT G

# Handguns: Autoloaders



### WILSON COMBAT CQB

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 4 inches, 5 inches. **Weight:** 36.6-40.4 ounces. **Grips:** G10 Starburst or diagonal. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $2,865.



### WILSON COMBAT HUNTER

**Caliber:** 10mm, .460 Rowland. **Barrel:** 5.5 inches. **Weight:** 39.7 ounces. **Grips:** Crimson Trace Lasergrips. **Sights:** Ramp front, Lo-Mount adjustable rear. **Features:** Single-action, Armor-Tuff finish, 7-shot mag capacity. **MSRP:** $4,100.



### WILSON COMBAT MS. SENTINEL

**Caliber:** 9mm. **Barrel:** 3.6 inches. **Weight:** 26.8 ounces. **Grips:** Cocobolo. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,875.



### WILSON COMBAT PROFESSIONAL

**Caliber:** .38 Super, 9mm, .45 ACP. **Barrel:** 4 inches. **Weight:** 36.4-44.8 ounces. **Grips:** G10 Starburst. **Sights:** Fiber-optic or trilium front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $2,920.



### WILSON COMBAT PROTECTOR

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 5 inches. **Weight:** 38 ounces. **Grips:** G10 Starburst. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $2,920.



### WILSON COMBAT SENTINEL

**Caliber:** 9mm. **Barrel:** 3.6 inches. **Weight:** 31.7 ounces. **Grips:** G10 slimline or Starburst. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,310.



### WILSON COMBAT SPEC-OPS 9

**Caliber:** 9mm. **Barrel:** 4.5 inches. **Weight:** 29.6 ounces. **Grips:** Starburst. **Sights:** Dovetail fiber-optic front, spec-ops low-profile rear. **Features:** Single-action, Armor-Tuff finish, 16-shot mag capacity. **MSRP:** $2,285.



### WILSON COMBAT SUPER SENTINEL

**Caliber:** .38 Super. **Barrel:** 3.6 inches. **Weight:** 25.2 ounces. **Grips:** G10 Slimline. **Sights:** Fiber-optic battlesights. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,875.

000182
EXHIBIT G



## WILSON COMBAT TACTICAL ELITE

**Caliber:** .38 Super, 9mm, .40, .45 ACP. **Barrel:** 5 inches. **Weight:** 39.8 ounces. **Grips:** G10 Starburst. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,650.



## WITNESS ELITE

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 4.5 inches, 4.75 inches, 5.25 inches. **Weight:** 39-44 ounces. **Grips:** Aluminum, wood, rubber. **Sights:** Interchangeable front with adjustable rear, fully adjustable. **Features:** Single-action, or double-action/single-action, stainless, two-tone finish, 10/15/18-shot mag capacity. **MSRP:** $640-1,879. From European American Armory.



## WILSON COMBAT TACTICAL SUPERGRADE

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 5 inches. **Weight:** 36.6-45 ounces. **Grips:** G10 Starburst. **Sights:** Tritium front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $5,045.



## WITNESS POLYMER

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 3.6 inches, 4.5 inches. **Weight:** 26-33 ounces. **Grips:** Polymer, rubber. **Sights:** Low-profile, adjustable. **Features:** Double-action/single-action blued, Wonder stainless, two-tone finish, 8/10/12/15/18-shot mag capacity. **MSRP:** $525-635. From European American Armory.



## WILSON COMBAT ULTRALIGHT CARRY

**Caliber:** .38 Super, 9mm, .45 ACP. **Barrel:** 5 inches. **Weight:** 32.8-40.5 ounces. **Grips:** G10 Starburst. **Sights:** Tritium front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,650.



## WITNESS STEEL

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 3.6 inches, 4.5 inches. **Weight:** 26-33 ounces. **Grips:** Polymer, rubber. **Sights:** Low-profile, adjustable. **Features:** Double-action/single-action blued, Wonder stainless, two-tone finish, 8/10/12/15/18-shot mag capacity. **MSRP:** $557-691. From European American Armory.



## WILSON COMBAT X-TAC

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 38.1-46.2 ounces. **Grips:** G10 Starburst. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $2,760.

## WITNESS HUNTER

**Caliber:** .45 ACP, 10mm. **Barrel:** 6 inches. **Weight:** 41 ounces. **Grips:** Polymer. **Sights:** Dovetail front, low-profile heavy-duty adjustable rear. **Features:** Single-action, blued finish, 10/15-shot mag capacity. **MSRP:** $1,007. From European American Armory.

00000183
EXHIBIT G

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

VIRGINIA DUNCAN, RICHARD
LEWIS, PATRICK LOVETTE, DAVID
MARGUGLIO, CHRISTOPHER
WADDELL, CALIFORNIA RIFLE &
PISTOL ASSOCIATION,
INCORPORATED, a California
corporation,

               Plaintiffs,

              v.

XAVIER BECERRA, in his official
capacity as Attorney General of the State
of California; and DOES 1-10,

              Defendant.

Case No:  17-cv-1017-BEN-JLB

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

     I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 E. Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

     I have cause service of the following documents, described as:
EXHIBITS F-G TO THE DECLARATION OF ANNA M. BARVIR IN SUPPORT
OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
on all parties by placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at Long Beach, CA, on May 26, 2017.

Ms. Alexandra Robert Gordon
Mr. Anthony P. O'Brien
California Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814

     I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2017, at Long Beach, CA.

_____
Laura Palmerin

PROOF OF SERVICE

17-cv-1017-BEN-JLB