C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>               Plaintiffs,<br><br>      v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>               Defendants. | Case No:  17-cv-1017-BEN-JLB<br><br>**EXHIBITS SS-LLL TO THE DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# EXHIBITS

## TABLE OF CONTENTS

| Exhibit Letter | Description | Page Numbers |
|---|---|---|
| E | Gun Digest 2013 (Jerry Lee ed., 67th ed. 2012) | 000028-118 |
| F | Website pages for Glock "Safe Action" Gen4 Pistols, Glock; M&P®9 M2.0™, Smith & Wesson; CZ 75 B, CZ-USA; Ruger® SR9®, Ruger; P320 Nitron Full-Size, Sig Sauer | 000119-157 |
| G | Pages 73-97 from The Complete Book of Autopistols: 2013 Buyer's Guide (2013) | 000158-183 |
| H | David B. Kopel, The History of Firearm Magazines and Magazine Prohibitions, 78 Albany L. Rev. 849 | 000184-220 |
| I | Pages 168-70 of Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) | 000221-226 |
| J | Pages 716-18 of Clayton E. Cramer & Joseph Olson, Pistols, Crime, and Public Safety in Early America, 44 Willamette L. Rev. 699 (2008) | 000227-230 |
| K | Pages 91-103 of Jim Garry, Weapons of the Lewis and Clark Expedition (2012) | 000231-246 |
| L | Pages 69-70 of John Plaster, The History of Sniping and Sharpshooting (2008) | 000247-251 |
| M | Page 31 of Jim Supica, Doug Wicklund & Philip Shreier, Treasures of the NRA National Firearms Museum (2013) | 000252-255 |
| N | Wikipedia page for the Girandoni Air Rifle | 000256-259 |
| O | Pages 682-83 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000260-264 |

| | | | |
|---|---|---|---|
| 1 | P | Page 33 of Jim Supica, Doug Wicklund & Philip Shreier, Treasures of the NRA National Firearms Museum (2013) | 000265-268 |
| 3 | Q | Pages 148-49 and 167 of Jack Dunlap, American British and Continental Pepperbox Firearms (1964) | 000269-274 |
| 5 | R | Page 250 from Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) | 000275-278 |
| 7 | S | Pages 711, 713, and 716 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000279-284 |
| 10 | T | Pages 13 and 25 of Harold F. Williamson, Winchester: The Gun That Won the West (1952) | 000285-289 |
| 12 | U | Pages 304-06 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000290-295 |
| 15 | V | Pages 11 and 32 of R.L. Wilson, Winchester: An American Legend (1991) | 000296-300 |
| 17 | W | Pages 128-29 of Louis A. Garavaglia & Charles G. Worman, Firearms of the American West (1985) | 000301-305 |
| 19 | X | Pages 307-12 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000306-314 |
| 22 | Y | Pages 137, 1240-41 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | 000315-320 |
| 24 | Z | Pages 122-23 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) | 000321-325 |

| | | | |
|---|---|---|---|
| 1 | AA | Pages 60-63, 67-71, 204-208, 244-45 of Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) | 000326-344 |
| 3 | BB | Pages 708-09 of the 2014 Standard Catalog of Firearms | 000345-349 |
| 4 | CC | Pages 191-92 of Jim Perkins, American Boys Rifles 1890-1945 (1976) | 000350-354 |
| 6 | DD | Page 84 of the 2014 Standard Catalog of Firearms (Jerry Lee ed. 2013) | 000355-358 |
| 8 | EE | Page 859 of David B. Kopel, The History of Firearm Magazines and Magazine Prohibitions, 78 Albany L. Rev. 849 | 000359-361 |
| 11 | FF | Page 104 of Patrick Sweeney, Gun Digest Book of the AR-15 (2005) | 000362-365 |
| 13 | GG | Page 294 of Gun Digest 24th Anniversary Deluxe Edition (John T. Amber ed. 1969) | 000366-369 |
| 15 | HH | Page 1102 of 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | 000370-373 |
| 17 | II | Page 1173 of the 2014 Standard Catalog of Firearms (Jerry Lee ed. 2013) | 000374-377 |
| 19 | JJ | Pages 182-183, 432-433 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | 000378-384 |
| 21 | KK | Pages 464-66 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | 000385-390 |
| 23 | LL | Pages 72-73 of the 2014 Standard Catalogue of Firearms and pages 216-17 of Joseph J. Shroeder, Jr., System Mauser, a Pictorial History of the Model 1896 Self-Loading Pistol (1967) | 000391-399 |
| 27 | MM | Pages 121-26 of the 2014 Standard Catalogue of Firearms | 000400-408 |

| | | | |
|---|---|---|---|
| NN | Page 184 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) | | 000409-412 |
| OO | What Should America Do About Gun Violence? Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong. at 11 (2013) | | 000413-449 |
| PP | Pages 1-3, 14-19, 61-67, 80-97 of Christopher S. Koper, Daniel J. Woods & Jeffrey A. Roth, An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003 (Nat'l Instit. J. 2004) | | 000450-486 |
| QQ | Gary Kleck, Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkage, 17 J. Research & Pol'y 28 (2016) | | 000487-507 |
| RR | U.S. Dept. of Justice, Bureau of Justice Statistics, National Crime Victimization Survey, Criminal Victimization in the United States, 2008 Statistical Tables, Table 37 (Mar. 2009) | | 000508-511 |
| SS | Five Gunfighting Myths Debunked by Massad Ayoob, Personal Defense World (Oct. 14, 2014) | | 000512-519 |
| TT | Jacob Sullum, *The Threat Posed by Gun Magazine Limits* (Jan. 13, 2016) | | 000520-522 |
| UU | Massad Ayoob, *Why Good People Need Semiautomatic Firearms and "High Capacity" Magazines, Part I*, backwoodshome.com (Dec. 29, 2012) | | 000523-546 |
| VV | Charles Remsberg, *Why One Cop Carries 145 Rounds of Ammo on the Job*, PoliceOne (Apr. 17, 2013) | | 000547-550 |

| | | | |
|---|---|---|---|
| 1 2 | WW | Gus G. Sentementes & Julie Bykowicz, *Documents Detail Cross Keys Shooting*, Balt. Sun (Mar. 21, 2006) | 000551-553 |
| 3 4 | XX | *Gun Shop Owner Shoots, Kills Man During Attempted Robbery*, WIS TV (Aug. 9, 2012) | 000554-556 |
| 5 6 | YY | Nieson Himmel, *Police Say Watch Shop Owner Kills 4th, 5th Suspects*, L.A. Times (Feb. 21, 1992) | 000557-559 |
| 7 8 | ZZ | *Jewelry Store Burglarized, Scene of Deadly 1994 Robbery Attempt*, nbc12.com (2012) | 000560-562 |
| 9 | AAA | *The UT Tower Shooting*, Tex. Monthly | 000563-564 |
| 10 11 12 | BBB | Mark Obmascik, Marilyn Robinson & David Olinger, *Columbine - Tragedy and Recovery: Officials Say Girlfriend Bought Guns*, denverpost.com (Apr. 27, 1999) | 000565-567 |
| 13 14 | CCC | Rong Gong Lin II, *Gunman Kills 12 at 'Dark Knight Rises' Screening in Colorado*, L.A. Times (Jul. 20, 2012) | 000568-571 |
| 15 16 17 | DDD | Associated Press, *Ft. Hood shooter Nidal Hasan Used Private, Legally-bought Pistol - Not Military Weapon - In Rampage*, N.Y. Daily News (Nov. 7, 2009) | 000572-573 |
| 18 19 | EEE | Steve Almasy, *Newtown Shooter's Guns: What We Know*, cnn.com (last updated Dec. 19, 2012 10:11 a.m. EST) | 000574-579 |
| 20 21 22 | FFF | *Virginia Tech Review Panel, Mass Shootings at Virginia Tech April 16, 2007: Report of the Review Panel* 89, 101 (Aug. 2007) | 000580-581 |
| 23 24 25 | GGG | Richard Winton, Rosanna Xia & Rong-Gong Lin II, *Isla Vista Shooting: Read Elliot Rodger's Graphic, Elaborate, Attack Plan*, L.A. Times (May 25, 2014) | 000582-594 |
| 26 27 | HHH | *2014 Isla Vista Killings*, Wikipedia (last updated May 25, 2017 to correct typo) | 000595-596 |
| 28 | | | |

III      *Umpqua Community College Shooting*, Wikipedia (last        000597-598
         updated May 25, 2017 to undo prior revision)

JJJ      Spencer Kimball, *San Bernardino: Guns, Mass Shootings*       000599-602
         *and Fears of Terrorism*, www.dw.com (Apr. 12, 2015)

KKK      Bart Jansen, *Weapons Gunman Used in Orlando Shooting*        000603-605
         *Are High-Capacity, Common*, USA Today (Jun. 14, 2016)

LLL      WFTV-Orlando, *Law Enforcement Source: 202 Rounds*            000606-608
         *Fired During Pulse Nightclub Shooting in Orlando*,
         wscotv.com (Jun. 13, 2016)

# EXHIBIT SS

000512
EXHIBIT SS



SUBSCRIBE    MAGAZINES

NEWS    GUNS ▾    KNIVES    GEAR ▾    SELF DEFENSE    CONCEALED CARRY

Self Defense

# 5 Gunfighting Myths Debunked By Massad Ayoob

Exposing the facts and cold, hard truths of real-world gunfights!

By Massad Ayoob on October 14, 2014

f  10K+    🐦  0    G+    ✉    🖶



1 of 6

**Armed and Ready**

Photo by Alfred Rico

When trouble strikes, what we have on our person is all that we're likely to have to fight with.



000513
EXHIBIT SS

There are many myths floating around out there in the world of armed self-defense. Some are wishful thinking—the sound of whistling past the graveyard. Some are sincere beliefs that merely lack a foundation of truth. And some are generalities that may not apply in specific situations. Let's look at just a few of those.

**"IF YOU CAN'T DO IT WITH SIX, YOU CAN'T DO IT AT ALL!"**



Sgt. Tim Gramins was grateful for every round in his 14-shot Glock 21, and in the two spare magazines on his person, after a gunfight that saw 54 shots exchanged in an estimated 56 seconds.

Alas, that's not always the case. Sometimes you can't do it with six, but you can end the deadly threat with, oh, seven...or eight...or 19...or maybe 33.

Back when the only state policemen carrying autoloaders were those in Illinois, with all the rest packing six-shooters, Illinois State Trooper Ken Kaas got into a shootout with a gunman armed with a semi-automatic shotgun. Each was using his vehicle, successfully, for cover. Midway through the firefight, the gunman suddenly stood up and left his cover, rushing toward Trooper Kaaswith his shotgun up and a wolfish grin on his face. Ken shot him in the midriff and the criminal fell. It was over.

The suspect survived. In the "prison ward" of the hospital, guards overheard him talking with his appointed attorney. The exasperated lawyer asked him why he had left a position of safety to practically walk into the muzzle of the trooper's waiting gun. "He fired six shots!" the recovering would-be cop-killer exclaimed. "I swear to God!

**PDW Everywhere**





**TRENDING    ALL TIME**



**VIDEO: Armed Citizen Shoots Armed Carjacker During Gas Station Gunfight (WARNING: GRAPHIC)**



**Gander Mountain Update: Bought at Auction, Some Stores to Stay Open, New Name & Logo, More Guns**

He fired all six!"

As carefully as he kept count, the criminal didn't know that Illinois troopers carried Smith & Wesson 9mm semi-automatics. Ken had shot him down with the seventh round in his Model 39, most certainly averting his own death, since the trooper could never have reloaded an empty six-shot revolver fast enough to stop the deadly charge.

**RELATED: 6 Self-Defense Court Cases You Need to Know**

Another Illinois trooper, Sergeant Les Davis, had a somewhat similar experience. He confronted an armed murderer on a wind-whipped snowy night, his S&W semi-auto against the killer's pump-action shotgun. As the man rushed toward him, firing after Les' sixth shot, Les fired twice more and the man pitched to the ground, dead. The sergeant had killed him with either the seventh or the eighth shot from his semi-auto.

In the late 1970s, I did a study of the shootings Illinois troopers had experienced during the first decade in which they'd had semi-autos instead of revolvers. I was able to identify 13 who had survived with those guns, when they probably would have died if they'd had the old six-guns. Most involved gun grabs where the troopers were saved because the bad guy couldn't find the safety catch when he got control of the gun, or the trooper had pressed the magazine release during the struggle and deactivated the round in the chamber via the S&W Model 39's magazine disconnector safety. But four of those saves were absolutely firepower based. Two were Kaas and Davis, cited above. The other two were Bob Kolowski and Lloyd Burchette. Ambushed by a two-gun outlaw biker, they fired more than 20 shots and achieved 13 or 14 hits before attempted murderer Wayne O'Brien slumped and died. Kolowski had reloaded during the blazing gun battle.

And what about armed citizens? Famed Los Angeles watch shop owner Lance Thomas was involved in multiple gun battles with armed robbers, winning every one. In one of those incidents, he had to fire 19 rounds before the last of his multiple opponents was out of the fight. Some bad guys can soak up an unbelievable amount of lead, and the cunning ones run and use cover, making them harder to hit and requiring more shots to stop them. A municipal police sergeant in northern Illinois, Tim Gramins, comes to mind. He pulled over a heav-ily armed suspect who came out shooting, and the fight was on. In just under a minute, the perpetrator was finally down and dead. During that time, Gramins had fired 33 rounds from his Glock 21 pistol, reloaded as necessary and hit his opponent 14 times with 230-grain Gold Dot .45 bullets. Six of those hits were in what most of us would call "vital zones," but he fight wasn't over until Gramin finally had the opportunity for brain shots. During that fight the suspect had gone through two semi-automatic pistols himself and had fired 21 shots.

***"MY CAR IS NEVER FAR AWAY, SO I'LL JUST KEEP MY HANDGUN/LONG GUN/SPARE AMMUNITION THERE."***



**FN 509: Personal Defense World's 'Gun of the Month' For May 2017**



**Stocked Up: Converting a Glock 17 into a CQB Carbine**



**Smith & Wesson Ships Out Short-Barreled Model 66 & 69 Combat Magnum Revolvers**



**Coonan Compact .357 Magnum: Carries Small, Packs a Big Punch**

EXHIBIT SS



Never fall into a false sense of security and leave your handgun in the car since "it is never far away."

That's a convenient excuse for not carrying those things, but it's unrealistic. In the case just mentioned, Sergeant Gramins began in his patrol car with a 12 gauge Remington 870 pump shotgun in an overhead rack and an AR-15 patrol rifle in the trunk, and it happened so fast that he was never able to deploy anything but the pistol on his hip and the magazines in his belt pouches.

**RELATED: 5 Critical Post-Shot Must-Dos**

Perhaps the most famous gunfight of the 20th century was the shootout between suspects Michael Platt and William Matix and a squad of FBI agents in Dade County, Florida, on April 11, 1986. Platt, armed with a .357 revolver and a stolen Mini-14 rifle, killed two FBI agents and wounded five more, three permanently. He inflicted all of that trauma with what was on his person at the opening of the encounter.

Of the agents, the only one to employ a long gun was Ed Mireles, who had his Remington 870 in hand when the fight started. He emptied that shotgun even though severely wounded, and then at the end of the fight emptied his S&W Model 686 revolver, killing the two perpetrators. Supervisory Special Agent Gordon McNeill got off the first police shots of the fight, wounding Matix, but when he was wounded too badly to reload his empty revolver, he was unable to get back to his car for the shotgun before Platt fired another .223 round that crippled him for life.

The history of gunfighting is, when the fast and furious shooting starts, what we have on our person is all that we're likely to have to fight with.

***"YOU MUST PRACTICE ONLY POINT SHOOTING, BECAUSE YOU'LL NEVER BE ABLE TO SEE YOUR SIGHTS IN A GUNFIGHT!"***



The author takes notes at a shooting scene. Real-life encounters often diverge from popular expectations.

However sincerely some seem to believe that, it's simply untrue. I've lost count of how many gunfights I've studied where the survivor said something like, "I was pointing the gun and firing as best I could and nothing was happening. Then I remembered to aim with my sights, and the other guy went down and it was over." If you study the history of Wyatt Earp, you'll find that he may well have killed 10 men with gunfire. He told his biographer Stuart Lake that—with one exception—he was always careful to align his "foresight" with his "back sight" and to squeeze, not jerk, the trigger. Wyatt Earp died at a ripe old age, never having sustained a gunshot wound himself.

During the violent epoch of the NYPD Stakeout Squad, the one member of the unit who killed more criminals in shootouts than his famous partner Jim Cirillo was Bill Allard, who Jim publicly credited with having saved his life in one particularly ugly encounter. Allard is on record as saying that in all but one of his shootings he was able to see his front sight so clearly that he could have counted how many grooves were machined into it.

***"YOU MUST PRACTICE ONLY AIMED FIRE, BECAUSE YOU'LL NEVER BE ABLE TO HIT ANYTHING POINTING!"***

EXHIBIT SS



John Strayer demonstrates hip-shooting prowess with a laser-sighted S&W J-frame

This is also over-simplistic and untrue. I just quoted two great gunfighters, Wyatt Earp and Bill Allard, who won many shootouts carefully aiming their guns. But notice that each had "one exception."

**RELATED: 7 Common Concealed Carry Methods**

Wyatt Earp confronted Frank Stilwell, believed to be the murderer of his brother Morgan Earp, at the train station in Tucson, Arizona. Stilwell grabbed the barrel of Earp's shotgun in an apparent attempt to disarm him. Earp levered the butt of the shotgun down and the muzzles up, jammed the twin barrels into Stilwell's midsection and cut loose. The battle was over.

Bill Allard confronted an armed robber in a market and shouted the command, "Police! Drop your weapon!" The gunman swung on Allard, who shot the gunman in the chest with a blast of 00 buckshot from his 14-inch-barreled Ithaca Model 37 12 gauge shotgun. The man jerked back away from him, still wielding the gun, and Allard pumped another blast of 00 buckshot through his thorax. The gunman was still up and running. Allard's partner (an officer other than Cirillo that day) then deliberately shot the suspect in the butt with his .38 Special revolver to break his pelvis and bring him down. The .38 did exactly that, and the suspect sprawled on his face, dropping his .32 semi-auto.

Allard lowered his shotgun to a low-ready position and slowly moved in on the downed man. Suddenly, the gunman snatched up the dropped pistol and tried to roll over and bring it to bear to kill Allard, who simply pulled his own trigger and hammered a third round of buckshot into the man's chest. The suspect dropped the gun for the last time, and the fight was over.

"Jelly" Bryce, one of the greatest police gunfighters of the first half of the 20th century, was famous for his point-shooting skills. He killed many an armed criminal firing that way. Being able to fire and hit without the sights in a perfect sight picture is, without question, a useful survival skill. As with so many elements of gunfight survival, it's not a question of this *or* that—it's a mandate for this *and* that.

## "YOU CAN NEVER JUSTIFY SHOOTING A MAN MORE THAN 7/15/25 YARDS AWAY!"



Ray Martinez, hero of the Texas Tower incident, credited armed citizens on the ground with stopping the murder spree.

I don't mean to insult anyone, but this statement flunks the litmus test for cluelessness. By definition, if you were able to shoot him at that distance, he was able to shoot you at that distance.

### RELATED: Disparity of Force – 5 Real-Life Self-Defense Cases

In 1867, Dave Tutt opened fire on Wild Bill Hickok across the town square in Springfield, Missouri. Hickok carefully aimed his .36 caliber Navy Colt two-handed and shot Tutt through the heart, killing him. The ruling: Justified.

Fast-forward about a century to 1966. Charles Whitman began a murder spree by firing his scoped rifle from atop a 330-foot clock tower in Austin, Texas, killing people hundreds of yards away. When police .38s and buckshot proved impotent at that distance, private citizens on the ground returned fire on Whitman with hunting rifles and target rifles. Whitman was forced to take cover and stop shooting. Armed citizen Allen Crum then led Austin policemen Houston McCoy and Ramiro Martinez to the top of the tower. Crum fired the first shot of the encounter (which may have broken Whitman's planned ambush of the officers), and McCoy and Martinez shot Whitman dead.

# EXHIBIT TT

000520
EXHIBIT TT

# The Threat Posed by Gun Magazine Limits

**Bans on "large capacity ammunition feeding devices" could endanger victims instead of saving them.**

Jacob Sullum | Jan. 16, 2013 7:00 am

A limit on magazine capacity is emerging as a leading contender for the something that supposedly must be done in response to last month's massacre at Sandy Hook Elementary School in Newtown, Connecticut. A ban on "large-capacity ammunition feeding devices" is one of the new gun restrictions approved by the New York legislature this week and one of the measures President Obama wants Congress to enact.

The rationale for such limits is that mass murderers need "large-capacity" magazines, while law-abiding citizens don't. Both premises are questionable, and so is the notion that politicians should be the arbiters of necessity under the Second Amendment.

The problem with letting legislators decide what gun owners need is immediately apparent when we ask what qualifies as a "large-capacity" magazine. Under current New York law and under the federal limit that expired in 2004 (which Obama wants Congress to reinstate), more than 10 rounds is "large." This week the New York legislature redefined *large* as more than seven rounds.

Why? Because seven is less than 10. Duh. Or as Gov. Andrew Cuomo put it last week, "Nobody needs 10 bullets to kill a deer."

That might count as an argument if the right to keep and bear arms were all about killing deer. But as the Supreme Court has recognized, the Second Amendment is also about defense against individual aggressors, foreign invaders, and tyrannical government.

Toward those ends, the Court said, the Second Amendment guarantees the right to own weapons "in common use for lawful purposes," which clearly include guns capable of firing more than 10 rounds (and certainly more than seven) without reloading. The Glock 17, one of the most popular handguns in America, comes with a 17-round magazine. One of the most popular rifles, the AR-15 (a style made by several manufacturers), comes with a 30-round magazine.

Measured by what people actually buy and use, magazines that hold more than 10 rounds are hardly outliers. In fact, there are tens (if not hundreds) of millions already in circulation, which is one reason new limits cannot reasonably be expected to have much of an impact on people determined to commit mass murder.

000521
EXHIBIT TT 1/2

Another reason is that changing magazines takes one to three seconds, which will rarely make a difference in assaults on unarmed people. The gunman in Connecticut, for example, reportedly <u>fired</u> about 150 rounds, so he must have switched his 30-round magazines at least four times; he stopped only because police were closing in, which prompted him to kill himself.

Magazine size is more likely to matter for people defending against aggressors, which is why it is dangerously presumptuous for the government to declare that no one needs to fire more than X number of rounds. As self-defense experts such as firearms instructor Massad Ayoob <u>point out</u>, there are various scenarios, including riots, home invasions, and public attacks by multiple aggressors, in which a so-called large-capacity magazine can make a crucial difference, especially when you recognize that people firing weapons under pressure do not always hit their targets and that assailants are not always stopped by a single round.

Living in Los Angeles during the 1992 riots, I was glad that shopkeepers in Koreatown had "large-capacity" magazines to defend themselves and their property against rampaging mobs. I bet they were too. In fact, <u>argues</u> gun historian Clayton Cramer, those magazines may have saved rioters' lives as well, since they allowed business owners to fire warning shots instead of shooting to injure or kill.

If magazines holding more than 10 rounds are not useful for self-defense and defense of others, shouldn't the same limit be imposed on police officers and bodyguards (including the <u>Secret Service agents</u> who protect the president)? And if the additional rounds do provide more protection against armed assailants, it hardly makes sense to cite the threat of such attacks as a reason to deny law-abiding citizens that extra measure of safety.

000522
EXHIBIT TT 2/2

# EXHIBIT UU

EXHIBIT TT




Office Hours
Monday - Friday
8 am - 5 pm Pacific
1-800-835-2418

Follow Us!

SUBSCRIBE   BOOKSTORE   CURRENT ISSUE   ARTICLES   FORUM   CHANGE ADDRESS

Custom Search    |    Search Backwoods Home

Like 10K    G+1  28    Tweet

**Features**
Home Page
Current Issue
Article Index
Author Index
Previous Issues

**Bookstore**
Subscriptions
Kindle Subscriptions
Kindle Publications
Anthologies
Books
Back Issues
Discount Books
All Specials
Classified Ad

**Advertise**
Web Site Ads
Magazine Ads

**More**
BHM Forum
Contact Us/
Change of Address

**Forum / Chat**
Forum/Chat Info
Lost Password
Write For BHM

Link to BHM

## Massad Ayoob on Guns

Want to Comment on a blog post? Look for and click on
the blue No Comments or # Comments at the end of each post.

**Massad Ayoob**
« BACK TO SERIOUS STUFF
URGENT!!: A FEINSTEIN NEW YEAR FOR YOU »

# WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES … Part I



Blog Home
Articles by Mas

Subscribe in a Reader
Subscribe by Email

Saturday, December 29th, 2012

If you're reading this, you've probably had a conversation with someone in the last few days who asked, "Why do ordinary law-abiding people need those semiautomatic firearms with magazines that can hold more than ten cartridges?" There are lots of sound answers.

For one thing, defensive firearms are meant to be "equalizers," force multipliers that can allow one good person to defend against multiple evil people. To allow one good person to defend against a single evil person so much stronger and/or bigger and/or more violent than he or she, that the attacker's potentially lethal assault can be stopped. History shows that it often takes many gunshots to stop even a single determined aggressor. Most police officers have seen the famous autopsy photo in the cops-only text book "Street Survival" of the armed robber who soaked up 33 police 9mm bullets before he stopped trying to kill the officers. Consider Lance Thomas, the Los Angeles area watch shop owner who was in many shootouts with multiple gang bangers who tried to rob and murder him. He shot several of them, and discovered that it took so many hits to stop them that he placed multiple loaded handguns every few feet along his workbench. That's not possible in a home, or when lawfully carrying concealed on the street: a semiautomatic pistol with a substantial cartridge capacity makes much more sense for that defensive application.


Lance Thomas - Fights Back At Robbers, And Wins



December 2012
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

« Nov        Jan »

## Categories

Categories  Select Category

Semiautomatic rifles? Consider this heart-breaking, fatal home invasion in Florida http://en.wikipedia.org/wiki/Murders_of_Byrd_and_Melanie_Billings and ask yourself if it might have turned out differently had the homeowners been able to access and competently deploy something like, oh, a Bushmaster AR15 with 30 round magazine. I teach every year in Southern Arizona, and each year I see more

000524
EXHIBIT T

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.664   Page 21 of 105

Americans along the border with AR15s and similar rifles in their ranch vehicles and even their regular cars. There have been cases where innocent ranchers and working cops alike have been jeopardized by multiple, heavily armed drug smugglers and human traffickers in desert fights far from police response and backup.  A semiautomatic rifle with a substantial magazine capacity can be reassuring in such situations, as seen here: http://azstarnet.com/news/local/border/risk-of-violence-keeps-ranchers-on-alert/article_adb7ca9a-14a3-5d63-8788-34bef7e77220.html

In the last twenty years, we have seen epic mob violence in American streets. During the Rodney King riots in Los Angeles, Korean storekeepers armed with AR15s kept their stores and livelihoods – and lives – from the torches of inflamed crowds because the mob feared their force multipliers. Read this, for a survivor's account: http://www.seraphicpress.com/jew-without-a-gun/.  There have been bands of roving, violent predators as lately as this year during the Sandy storm. And the "flash mob violence" phenomenon of recent years has left many urban dwellers picturing themselves as the lone victim of a feral human wolfpack.

And, if you will, one more stark and simple thing:  Americans have historically modeled their choices of home protection and personal defense handguns on what the cops carried.  When the police carried .38 revolvers as a rule, the .38 caliber revolver was the single most popular choice among armed citizens.  In the 1980s and into the 1990s, cops switched *en masse* to semiautomatic pistols.  So did the gun-buying public.  Today, the most popular handgun among police seems to be the 16-shot, .40 caliber Glock semiautomatic.  Not surprisingly, the general public has gone to pistols bracketing that caliber in power (9mm, .40, .45) with similar enthusiasm. The American police establishment has also largely switched from the 12 gauge shotgun which was also the traditional American home defense weapon, to the AR15 patrol rifle with 30-round magazine…and, not surprisingly, the law-abiding citizenry has followed suit there, too.

The reasoning is strikingly clear. *The cops are the experts on the current criminal trends. If they have determined that a "high capacity" semiautomatic pistol and a .223 semiautomatic rifle with 30-round magazines are the best firearms for them to use to protect people like me and my family, they are obviously the best things for <u>us</u> to use to protect ourselves and our families* .

Share or Bookmark

This entry was posted on Saturday, December 29th, 2012 at 8:52 pm and is filed under Firearm Owner's Civil Rights, Politics, Preparedness, Training. You can follow any responses to this entry through the RSS 2.0 feed. You can skip to the end and leave a response. Pinging is currently not allowed.

## 133 Responses to "WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES … Part I"

1.
   *Jason Burrell* Says:
   December 29th, 2012

   Amen Mr Ayoob. You're exactly right.

2.
   *Lazy Bike Commuter* Says:
   December 29th, 2012

   I've been thinking about it, and it seems to me that 30 round magazines are more useful for defense than offense–a person who is defending themselves in their home isn't going to be carrying a lot of extra magazines and they won't be choosing the time and place of an encounter.

   When the Sandy Hook shooter attacked a room full of children, I have a feeling he could have done just as much with 5 round magazines, since he had 20 minutes to do it.

3.
   *Edge* Says:
   December 29th, 2012

   I absolutely agree. However, just don't stock up on ammo for that AR at Cheaper Than Dirt. 1,000 rounds of 5.56 is currently listed at $999. Of course, you won't be able to afford that ammo after you buy some of their used steel 30 round AR mags at $99 a pop.

   At a time when the Second Amendment community needs to come together because the Constitution is under attack these guys are price gouging at a level that is beyond laughable.

4.
   *Stu Strickler* Says:
   December 29th, 2012

   Every responsible gun ower needs to call, write or email their elected Representatives and Senators and tell them NO to any form of gun control.

   Always be polite, brief and stay on message.

   Happy New Year

5.
   *Jeff in WI* Says:
   December 29th, 2012

   Thanks Mas. This gives me some good talking points.

6.
   *Jaji* Says:
   December 29th, 2012

   Thanks, Mas. I've sadly heard way too much from seriously ill-informed people about these firearms lately.

• **Archives**

Archives | Select Month |

• **Blogroll**

  ○ Ask Jackie
  ○ Behind the Scenes at B
  ○ BHM Feedback
  ○ BrambleStitches
  ○ Claire Wolfe – Living I
  ○ Oliver Del Signore

000525

EXHIBIT TT
2/24

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.665   Page 22 of 105

If there was a way that ANY gun ban would actually work, I'd give up mine in a heartbeat, but there's no way that's gonna happen.

While I thankfully don't live in her district, Sen. Feinstein has already penned the bill she plans to introduce next session. It includes a "grandfather" clause for those of us who already own "assault weapons" that she wishes to ban…but only if we register them and get fingerprinted.

Hold on tight; we're in for a rough ride.

7.            *Steve Harris* Says:
December 29th, 2012

Superb. Especially noting the 2009 Pensacola, Florida, mass home invasion, which closed circuit cameras captured and which children were watching out the home windows as it unfolded. A tragedy that likely could have been stopped (when the truck full of miscreants broke through the distant perimeter fence) with a semi-automatic rifle and one or two 30 round magazines. Anyone not a believer before that should have changed their opinion in 2009.

8.            *Tommy Sewall* Says:
December 29th, 2012

Thanks! I tend to try and explain too much. A good answer is the experts use it, it only makes good sense for me to do the same.

9.            *Howard* Says:
December 29th, 2012

Thank you.

10.            *Allan* Says:
December 29th, 2012

Amen.

11.            *Andrew* Says:
December 29th, 2012

Outstanding. Mr Ayoob, get on TV now and stay on through this fight!

12.            *Wayne* Says:
December 29th, 2012

MAS, how about testifying on our behalf before Congress ? With your credible background, you could make a difference ??

13.            *Old Fezzywig* Says:
December 29th, 2012

Mas, yet another fabulous blog. Lance Thomas is my hero.

Civilians have a greater need for high capacity magazines than the military or police have. The military and police usually go into combat in groups. They can cover each other when it is time to reload. Civilians are usually alone when attacked, and, as you say, they can often be outnumbered. Why do the military and police need high capacity magazines? They don't, but we trust them, and want them to be safe.

Readers: You must understand that informed liberals do not believe their own arguments. They are trying to bring about their dream of a socialist utopia. When informed liberals propose gun control laws, they know their ideas won't work, but they are trying to take baby steps to move us to a time when only the benevolent government will have the power that comes with firearms. President Obama knows his economic ideas won't fix the economy. He doesn't want to heal the economy, he wants to kill it, then re-make it. No matter that Karl Marx's ideas didn't work in Russia, China, East Germany, Cuba, North Korea or Viet Nam. Well-meaning liberals (that is, Communists) can still bring about Karl's dream of a socialist utopia in the USA, and then the world, if we unenlightened hicks would just follow them into the promised land. They also believe competitive capitalism turns good people into nasty people. Evil in the world comes from evil in flawed human hearts, it is not produced by an economic system. Liberals believe mankind is perfectable through education. The Founding Fathers, mostly professing Christians, believed mankind is fatally flawed, so they knew it was best to limit the power of government, and use families, churches and schools to promote virtue. Guess which system works best? The Founding Fathers believed that an earthly utopia is impossible, and history proves them right.

14.            *BikerDad* Says:
December 29th, 2012

Edge,

It's called capitalism. They have a limited supply of product with a skyrocketing demand. Raising the price helps to reduce hoarding and encourages additional supply to come into the market.

15.            *Patrick* Says:
December 30th, 2012

Senator (MO)

December 29, 2012

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.666   Page 23 of 105

5/26/2017          Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES ... Part I

Thank you for contacting me regarding the recent shooting in Newtown, Connecticut, as well as gun control policy and gun safety. I appreciate hearing from you and welcome the opportunity to respond.

On Friday, December 14, 2012, a gunman entered Sandy Hook Elementary School in Newtown, Connecticut, and began shooting teachers and students before taking his own life. This horrific tragedy took the lives of 27 people, including 20 children seven years of age and younger. As a mother, I'm horrified and stunned by the senseless violence against innocent children and teachers.

This tragedy has led to renewed and important discussions about gun control, which is often a divisive topic in our nation. The loss of so many beautiful children in a mass shooting that involved an assault rifle with ammunition clips that held large numbers of bullets makes clear that we need to revisit the assault weapons ban that expired in 2004 and review permissible magazine ammunition sizes. I am also supportive of closing the gun show loophole and making sure that those with court-determined, dangerous mental health diagnoses do not get access to guns. Finally, it is equally clear that we must reconsider the mental health services available to our citizens, knowing that each mass shooting our nation has experienced involved individuals with substantial mental health problems. "Obamacare" will expand important mental health coverage when it is implemented in 2014. Protecting our children and our citizens will require us to come together to find real solutions that cover a broad range of factors that have contributed to these horrific incidents.

I firmly believe that an attempt to promote appropriate gun safety measures can be done without infringing upon law-abiding citizens' right to own firearms or unduly burdening the hunting and sportsmanship culture of Missouri. Weapons designed primarily for the use of soldiers to kill people in war are not used in hunting and can be reasonably limited without jeopardizing any rights under the Second Amendment. I believe the horror of the Newtown shootings makes clear that we must get to work protecting our communities and our children from mass slaughter, while also protecting our Second Amendment rights. I am hopeful that the National Rifle Association, a significant voice in this discussion, will be a constructive part of this dialogue.

Even as I welcome this renewed debate, please know that I will continue to protect the Second Amendment Rights of law-abiding citizens to safely own and use appropriate firearms. In the past, I have voted to permit residents of the District of Columbia to own and purchase firearms. I also supported an amendment to a spending bill that would prevent funding for any international organization, including the United Nations, that places a tax on any firearm owned by a United States citizen. I have opposed other inappropriate measures, such as forcing Missouri to accept other states' firearms laws.

As your United States Senator, I will keep your thoughts in mind anytime Congress considers gun-related legislation. In the wake of the Newtown tragedy, my prayers are with the students and staff at Sandy Hook Elementary, and with their families. All Americans are outraged at senseless and criminal gun violence no matter where they may fall in the debate on guns in American society. A renewed national conversation has begun and we must all be a constructive and open-minded part of it. There is middle ground here, where this nation can come together with sensible laws that prevent the mass murder of innocent citizens, while we continue to respect our Constitution and its Second Amendment rights.

Again, thank you for contacting me. Please do not hesitate to contact me in the future if I can be of further assistance to you on this or any other issue.

Sincerely,

Claire McCaskill
United States Senator

16.                              *Gil* Says:
                          December 30th, 2012

Since you seem to want to deal in real world situations, at what point in your life have you been confronted by multiple attackers? Were you part of the LA riots? Should we base our laws on the 1/100k rule, or be more reasonable? Whatevs. The world goes on while you sit in your basements with your cold steel and empty lives.

17.                            *mark* Says:
                          December 30th, 2012

Edge, you are right on the mark as far as an industry that is taking advantage of the political climate. The ammo and gun industry are loving everytime there is a gun control hysteria. Yes, I understand the law of supply and demand, but these are buisness men. If anybody thinks profit is going to play second fiddle to their rights then they are mistaken. There is a gun and ammo industry out there to make money. I doubt these people are sitting around saying we have to stay in buisness for the sake of the American people, even if it means breaking even or possibly taking some losses. If you or I stopped buying their product, just watch how fast prices will eventually drop even if the supply was there. Nonetheless, supply and demand does push the pricing in markets. However, it is just like the gasoline market. Big oil companies keep the refining capacity low so the supply will always be below the demand enough to justify their price gouging. We were used to $2.00 a gallon gas 12 years ago, now $3.00 a gallon is considered cheap. Gun and ammo prices will drop once the hysteria passes and supply and demand equalizes, but they will always be much higher than they should be. We are a public controlled by the ploy of our corporate puppet masters. The point is the fear of a ban is greater than its execution. Four years ago we were told our guns are going to be taken and nothing changed, but the size of gun and ammo manufacturers coffers. This time around nothing may effectively happen, or something could happen. You see, this uncertainty keeps the money flowing. If a ban were to take place, it would only drive up the prices yet again for civilians and allow the government to be the only buyer of newly manufactured weapons. Either way you cut it, we are manipulated for profit or for control. I do not have to take your gun rights away legislatively, I can also do it economically. Look at pre 1986 automatic weapons. Nobody said you cannot own one, you may just have to pay 10 or 50 thousand dollars for it. The rich will always have more allotted them. Like

000527

EXHIBIT TT

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.667   Page 24 of 105

5/26/2017      Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES ... Part I

the vice president of the NRA recently stated, (paraphrased)" for the most part only the wealthy and famous are allowed gun permits in New York city".

18.                          *Andy* Says:
                         December 30th, 2012

                              Mas,

    Awesome, logical, straight-to-the-point summary with plenty of matter-of-fact details.

    No one can ignore the many valid parallels between LEO choices for duty/self-defense (firearms or otherwise) and their influence on what regular citizens choose. Can't argue with reality.

    Glad to see yet another bank of logical reasoning we can use to defeat the anti-gunners!

19.                          *Gary* Says:
                         December 30th, 2012

                    I will not put them in the box,
                    I will not fit them out with locks.
                    You may not take mine oh no no,
                    I will not ever let them go.
                    You cannot have them Missus Feinstein
                    So stick your bill where the sun don't shine.

                    With love, gun owners everywhere............

20.                          *Sian* Says:
                         December 30th, 2012

    Since this is the biggest semi-valid topic going around today (The AWB is patently ridiculous, except for people who don't actually care about crime or saving lives), I appreciate reading your input.

21.                          *Bonk* Says:
                         December 30th, 2012

    Amen Edge. Has the NRA addressed this issue? I know demand is up but clearly this industry has the bandwidth to fill demand. Gouging because you can is something I'd appreciate the NRA stop as well

22.                          *frank* Says:
                         December 30th, 2012

    if it were possible to completely get rid of all guns what would the sick killers do? they would switch to something worse. like bombs, chemicals, gas, all much more cruel and horrific. the second amendment was intended to give the citizens the right to the same arms as the government. Too bad we will never get our full auto rights back.

23.                        *guntotin-mama* Says:
                         December 30th, 2012

    "The cops are the experts on the current criminal trends. If they have determined that a "high capacity" semiautomatic pistol and a .223 semiautomatic rifle with 30-round magazines are the best firearms for them to use to protect people like me and my family, they are obviously the best things for us to use to protect ourselves and our families ."

                    Because... the police can't be everywhere at once
                    Because... not everyone lives close to town
                    Because... criminals don't make an appointment

                              Thanks, Mas.

24.                          *ray jones* Says:
                         December 30th, 2012

    Don't forget the police are not obligated to protect you,that has been decided in court decisions

25.                          *psychebob* Says:
                         December 30th, 2012

    A semi auto 12 gauge with 000 buck shot is safer to use isn't it? Throwing 30 rounds of, say, 30.06 downrange would likely go right through most homes walls.

26.                          *Chris - VA* Says:
                         December 30th, 2012

                              Agreed Mas.

27.                     *BigDaddyFromGeorgia* Says:
                         December 30th, 2012

                         Great article, Mas.
    Where you say, "...Americans have historically modeled their choices of home protection and personal defense handguns on what the cops carried...", I have a slightly different view.
                                  –
    'Americans' (should I read that word you chose as 'civilians'?) have not 'modeled' their choices after

000528

EXHIBIT T

5/26/2017    Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES ... Part I

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.668   Page 25 of 105

what 'the cops' have done.
The two groups have simply both responded in the same way to changes in available technology,
reliability, calibers, and societal changes.
One group has not 'modeled' the other group...both groups want the best available tools for the job and
have responded in the same way.

–

In the case of Sandy Hook, unarmed and defenseless women and children hid in closets waiting for 'help'
to arrive while hoping the shooter would find someone else before he found them.
When help did arrive, they came equipped with those same "assault weapons" and "high capacity
magazines" that the liberal bed-wetting gun-banners believe have no purpose in society.

–

(Why do schools have fire extinguishers, can't they just wait for the fire department to get there?)

28.          *Paul Edwards* Says:
             December 30th, 2012

Thanks Mas, you put the truth into words that even the Anti-Gun Crowd will have a hard time refuting.

Though we don't think of Revolutionary era weapons as being "State of the Art", now a days, they were
used by both the British Army, our Army, and all of the Civilian Militiamen forces alike, and therefore the
Second Amendment clearly protects today's Citizens Right to Keep and Bear today's equivalent of those
Revolutionary "State of the Art" weaponry..

Personally, in addition to what the Police use, I tend to rely on those weapons that I trained with, and
carried, while serving in the Military as well.

Your Blog should be required reading for all Politicians, and in all Schools, starting as early as the
Children are old enough to understand the situations involved.

29.          *Bamadrifter* Says:
             December 30th, 2012

Thanks again, Mas. I just finished your book 'Combat Shooting' and am thankful for making decades
worth of research fit into a handy little book. As one who makes a living selling guns, there was stuff
about the aftermath of a shooting that I would never have thought about. And you are spot on as far as
"keeping up w/ the cops." My store has been sold out of .223 & .308 ammo, AR-15 variants; every
Beretta, Springfield, Glock, Ruger, and Taurus on hand (all semi-autos out of stock except Kimber), and
strangely every last box of .22LR. These are strange times… always pays to be prepared BEFORE the
panic hits. Si vis pacem para bellum. Shalom!

30.          *Matt* Says:
             December 30th, 2012

I dunno.

Guns are not defensive. To refer to them as "defensive firearms" as Mr Ayoob does is moronic.

Shields are defensive. Body armor is defensive. Weapons are for offense. They're called "Assault Rifles"
for a reason.

As far as that article is concerned it is an exercise of straw men. How many one-off situations can be
crammed into a single article? Are these everyday occurrences? No. He props up straw man after straw
man that are blown over with the lightest breeze. The only one I can agree with is the watch owner fella.
He was truly defending himself against bad guys. Too bad he whines like a bitch about having to go out of
business – I guess his customers didn't feel too secure with all that firepower lying about. Maybe selling
Rolex watches in a high crime are isn't a good idea.

I especially love that he brought up the Billings murders in FL. This fella wants to put an AR-15 into a
house full of children with special needs. Genius. Especially after Newtown. And anyone who contends
that a well-planned out surprise assault can be prevented is lying to themselves. Pearl Harbor is a great
example – it wasn't a citizen but a naval fleet destroyed by a surprise attack. Bitch of it is they had a little
advance warning. If the US Navy can't do it what makes anyone think that a private citizen can?

And I sympathize with the ranchers, but they keep voting Republican in the desert SW. I can't imagine
why – their only mantra is "smaller government, lower taxes". How do we effectively secure the borders
like that? Shit costs money, and security is really expensive. I guess the Republican answer is "rugged
individualism" aka "go fuck yourself," which is really sad, but not unexpected. They profit from the drug
war suckling at the teat of the judicial-incarceration complex – the more people in jail the better. So what
motivation do they have in closing the border and stopping the flow of drugs into the US? Nothing while
it lines their pockets with taxpayer $$$. But let's take a reality check here – how many AR-15's would it
take to match the firepower of a single cartel death squad? Since they have automatic weapons and aren't
too afraid to use them I'd argue this is a moot point. A rancher or group of ranch hands don't stand a
chance against a group armed with high-power automatic weapons (exported from the US to Mexico via
Federal Firearms License holders on the black market FTW!), especially in a highly un-defensible
position like a house made of wood or cinderblock which bullets cut through like swiss cheese.

And I love that "Jew without a gun' story. More Hollywood than reality (go figure). I wonder – he never
goes on to explain what happened to the other people in that theater…maybe the story would be more
illustrative/poignant if he did. OR. It would have made him out to be a reactionary nutjob who jerks off
his ego at every turn in his fantasy, sorry, I mean factual recounting of events from his perspective on
reality. My real question is this: What if the rioters had AR-15's? What if a happy day that could have been
for the NRA! Heston could have taken the podium with pride at seeing the exercising of so many second
amendment remedies in response to the gross exercise of government power – remember Rodney King?

000529
EXHIBIT TT

Damn that video tape…cops were only beating the shit out of him for his own good! He was drunk and speeding though. So I guess drunk + speeding + (being beaten to within an inch of your life) = happy outcome. And the justice system agreed with the police. Maybe the rioters should have taken up some second amendment remedies and got some real justice – the constitution and justice system sure didn't have their back.

http://www.youtube.com/watch?feature=player_detailpage&v=xZDrZDEqeKk

I wonder how many rights that the second amendment has abridged? How is it that the second amendment is more important than the first? Or the third? Or the fourth? Or the twenty-second? One amendment does not a constitution make. They work together to provide a framework for the interaction between citizens and the government. Guns themselves are not the answer. Are they part of the answer? Sure. But to say that the only thing standing between the citizenry and a tyrannical government are gun owners is infantile.

When he talks about "There have been bands of roving, violent predators as lately as this year during the Sandy storm." I knew he couldn't find his ass with both hands and should probably step away from the keyboard before he hurts himself – he can't even get his facts right. I live at the Jersey shore (you know, where Sandy blew through) – no packs of violent predators here. I guess he couldn't see that too clearly from 4000 miles away in OR. Maybe you can shove that fact back up your ass where you found it. And the profound ignorance of capitalism in the second to last paragraph is absolutely stunning. His last paragraph clinches it for me that he is completely out of touch – basing a private citizens' needs on the needs of police officers who deal with the scum of the worst inner cities in the US for 8-12 hours a day is absurd – unless you are a law-enforcement officer. Last I checked, the vast majority of Americans don't live in crime-ridden inner cities.

I think that what the right has done is to scare gun owners into the idea that sensible regulation is the same as a ban. All of the law put in place over the past 40 years were ineffective because there were loopholes that a child could drive a truck through.

Gun ownership is a right under the Constitution. But it is also a responsibility, one that far too many gun owners take too lightly. Not only are gun owners protecting themselves and their families with these weapons, but they also have the duty to ensure that their fellow citizens are not harmed/killed by those weapons – too many beat their chests about owning a gun but absolve themselves of their duty to their fellow citizens.

I know this probably isn't going to be well received. But that's too bad. It's the truth.

31.       *Patrick* Says:
December 30th, 2012

Obama wants gun violence measures passed in 2013
By By JIM KUHNHENN | Associated Press – 58 mins ago.. .

WASHINGTON (AP) — Recalling the shooting rampage that killed 20 first graders as the worst day of his presidency, President Barack Obama on Sunday pledged to put his "full weight" behind legislation aimed at preventing gun violence.

Obama voiced skepticism about the National Rifle Association's proposal to put armed guards in schools following the Dec. 14 tragedy at Sandy Hook Elementary School in Newtown, Conn. The president made his comments in an interview with NBC's "Meet the Press."

Instead, the president vowed to rally the American people around an agenda to limit gun violence, adding that he still supports increased background checks and bans on assault weapons and high-capacity bullet magazines. He left no doubt it will be one of his top priorities next year.

"It is not enough for us to say, 'This is too hard so we're not going to try,'" Obama said.

"I think there are a vast majority of responsible gun owners out there who recognize that we can't have a situation in which somebody with severe psychological problems is able to get the kind of high capacity weapons that this individual in Newtown obtained and gun down our kids," he added. "And, yes, it's going to be hard."

The president added that he's ready to meet with Republicans and Democrats, anyone with a stake in the issue.

The schoolhouse shootings, coming as families prepared for the holidays, have elevated the issue of gun violence to the forefront of public attention. Six adult staff members were also killed at the elementary school. Shooter Adam Lanza committed suicide, apparently as police closed in. Earlier, he had killed his mother at the home they shared.

The tragedy immediately prompted calls for greater gun controls. But the NRA is strongly resisting those efforts, arguing instead that schools should have armed guards for protection. Some gun enthusiasts have rushed to buy semiautomatic rifles of the type used by Lanza, fearing sales may soon be restricted.

Obama seemed unimpressed by the NRA proposal. "I am skeptical that the only answer is putting more guns in schools," he said. "And I think the vast majority of the American people are skeptical that somehow adding more guns is going to solve our problem."

The president said he intends to press the issue with the public.

"The question then becomes whether we are actually shook up enough by what happened here that it does not just become another one of these routine episodes where it gets a lot of attention for a couple of weeks

000530

EXHIBIT TT

and then it drifts away," Obama said. "It certainly won't feel like that to me. This is something that — you know, that was the worst day of my presidency. And it's not something that I want to see repeated."

Separately, a member of the president's cabinet said Sunday that rural America may be ready to join a national conversation about gun control. Agriculture Secretary Tom Vilsack said the debate has to start with respect for the Second Amendment right to bear arms and recognition that hunting is a way of life for millions of Americans.

But Vilsack said Newtown has changed the way people see the issue. "I really believe that this is a different circumstance and a different situation," Vilsack said on CNN.

Vilsack said he thinks it's possible for Americans to come together. "It's potentially a unifying conversation," he said. "The problem is that these conversations are always couched in the terms of dividing us. This could be a unifying conversation, and Lord knows we need to be unified."

Besides passing gun violence legislation, Obama also listed deficit reduction and immigration as top priorities for 2013. A big deficit reduction deal with Republicans proved elusive this month, and Obama is now hoping Senate Democratic and Republican leaders salvage a scaled-back plan that avoids tax increases for virtually all Americans.

In addition, he issued a defense of former Republican Sen. Chuck Hagel of Nebraska, who has been mentioned as one of the leading candidates to replace Leon Panetta as defense secretary.

Hagel, who opposed President George W. Bush's decision to go to war with Iraq, has been criticized in conservative circles for not being a strong enough ally of Israel. Also, many liberals and gay activists have banded against him for comments he made in 1998 about an openly gay nominee for an ambassadorship

Obama, who briefly served with Hagel in the Senate, stressed that he had yet to make a decision but called Hagel a "patriot."

Hagel "served this country with valor in Vietnam," the president said. "And (he) is somebody who's currently serving on my intelligence advisory board and doing an outstanding job."

Obama noted that Hagel had apologized for his 14-year-old remark on gays

32.          *Keith* Says:
December 30th, 2012

I'm still waiting for the "left" to come up with an exact definition of an assault weapon! I have an old 1943 Russian Mosin Nagant rifle that only holds 5 rounds but, it could literally be considered an "Assault Rifle"! They keep talking about firearms with a military type part or action, this is a WWII military rifle that was used to "assault the enemy", could it be banned because of this? Now I hear that Senator Diane Feinstein's proposed gun ban includes a ban on semi-automatic handguns and shotguns in addition to rifles! Where will it stop??

33.          *Larry* Says:
December 30th, 2012

Years ago, I had someone break into my home, while my girlfriend,her 3 kids, and I slept. I dropped the bolt onto my AR-15 and a 30 round magazine. I put 1 round into the floor of my living room and ordered the man to lay on the floor, informing him I have 29 more. 8 minutes later the police arrived, arresting him. A 9mm and a 38 was found in his possession. I honestly believe that a "less scary" gun would have let him feel more empowered and the end results would have been much different.

34.          *Stephen* Says:
December 30th, 2012

Think about the ability to protect ourselves against tyranny. Should we eventually have to attempt to overthrow the government for some reason you can bet the military of the U.N. will be used to fight us. If the government has their way and disarms us of our semi automatic weapons as they want to do, What will we be left with?

Oh that's right we will still have our single shot bolt action rifles to use against an army that has fully automatic weapons…

Can you see the balance there???

Imagine how many people in a situation against tyranny would be cut down before they could even reload a second round if it happened…

That is why we must not allow the current government crazies to take away our "assault rifles" and equipment.

35.          *John* Says:
December 30th, 2012

Old Fezzywig-
Just a heads up: We in the military (I.E. the Infantry) NEED 30 round mags. When you're in an ambush, the squad/element needs to return as much VOLUME of fire as possible. It's all about volume. Keep their heads down while you and your buddies get out of the kill zone 😊

36.          *Les Kimbrell* Says:
December 30th, 2012

EXHIBIT TT

Mr. Ayoob, once again you have made a point so simple to understand that even those who would take the rights of the people away cannot argue against these simple facts. Thank you for your outstanding writing.

Patrick, I certainly hope you are as disgusted by your senator's response as I am. It's not her place, nor anyone other than the user, to determine what an "appropriate firearm" is.

37.       *Mike* Says:
December 30th, 2012

@gil while the author may not have been on a rooftop defending his business from looters during the riots, there were business owners doing that very thing. most people who have faced armed multiple armed attackers and are still here to talk to you about it are still here because they were able to bring lethal force to bear on a lethal threat.

and since you brought up the 1/100k rule, isn't that EXACTLY what an assault weapons ban is? there are an estimated 300million civilian owned firearms in the united states. according to the FBI crime statistics report, in 2011 there were 8,583 murders committed with a firearm. of these, 323 were committed with a rifle. basic math and rounding tells us that's a 1/1,000,000 rule... about 10 times less frequent than your 1/100k rule.

38.       *Daniel* Says:
December 30th, 2012

Great article. I am concerned that the "gun grabbers" will read this and think that perhapss they should disarm police and the citizens will follow. Go ahead and laugh but they can and will twist everything.

39.       *j* Says:
December 30th, 2012

with climate change, floods/hurricanes/tornadoes will be a more common occurence, which means looting and gangs of looters will be a more common occurence, which means "hicap" mags and semiauto weapons will be more and more valuable tools for safweguarding life and limb in the future, which means the anti gunners are out of their minds if they think they can push through another AWB.

40.       *alaskarich* Says:
December 30th, 2012

here is the main reason that all weapons and by products are needed for all. So that you all can have you say in anything like you just did on this blog/chat. You are free, to say what you want. once they start taking away our birth rights then you will no longer be able to say way you want. You have a choice right now because of firearms. You can by that green car will yellow spots if you want. You can own property if you like, which means you can live where you want to and not be told by the government that you will live here, work doing this for 10 bucks a month, and have black scooter like everyone else to get around on, showing off you all black cloths. Please disagree with me while you still can. shortly we will not have blogs/chats, No FB, or phones to call others, no free internet to do as we please. it will be limited. Please take away our guns Obama and his fans, we will no longer be free. I will die before I give up my freedom, my rights and most of all my weapons.

41.       *mark martinez* Says:
December 30th, 2012

I've been surfing the net looking for the answer why we need semi auto weapons and high capacity magazines,so I could explain it to others who don't have a clue what it takes to be involved in a shoot out and what goes through the persons mind when the incident doe's happen.(eventually it will happen).I found your web site by going through other web sites and arrived to yours.I've read many of your articles through several gun magazines and hold your advice in high regards.I've been in a couple of shoot outs myself while being employed as a security guard and once while working as a gas station attendant,(I was allowed to Cary a gun on the property due to robberies)That was the scariest one of all because I was alone,in a bad neighborhood and was responsible for training a new employee(and his safety).I was so worried that I carried a Colt Trooper .357mag. in a upside down cross draw,a .380 horizontal on the other side,and a .25 auto behind my wallet.Well it happened!we were robbed,he came up behind me with a .32 revolver in my back!Demanded the money from the cash drawer and had us covered the whole time,my mind was going 100mph!I did not have the time or want to draw my gun while being covered at such at close range,so I slowed my thoughts down and tried to look as non threatening as possible,I got the money around and calmly gave it to him without making eye contact,I was watching the gun and his finger on the trigger!He then announced that if we called the Police he would come back and "Kill us!"I was real mad at that remark!He turned and started out the door,I told the new hire to hit the panic button drew my .357 and went after him and yelled out halt!!He spun around and started shooting all in one movement!I checked his background lined up my sights and returned fire!Carefully trying to hit center mass and keep the sights lined up and not shake so much,I fired twice,and on my third shot he grabbed his right side stumbled a little fired again at me and ran between some houses,it was night time and he had street lights on behind him so I had a good sight picture,none the less I was scared as hell!I lost count of how many times I fired so I dumbed the cylinder,reloaded with a speed loader and stood out in the middle of the drive and kept a vigil on the area incase he decided to return!!The Police showed up,got out of the car and demanded me to drop my weapon!Great! I thought,now the cops are going to shoot me!Well I placed my gun on the ground slowly and slowly raised my hands up in the air and announced I was the one who was robbed and was in a shoot out with the suspect.He came over took my gun and asked for my gun permit!I showed it to him,he gave it back,then handed me my gun back,asked me how many times I fired?I looked down where I reloaded,saw four empties and two live rounds,told him four shots fired! I think I hit him 'cause he grabbed his side and stumbled a few steps and took off between some houses!He gave me an extra flashlight he had and ask me to go with him,i was scared but complied we searched the area but found nothing,I thought it was funny how no back up arrived!Well he took a statement,left,and I called the manager/owner,I shut down the station,figured out how much we lost($78.00).And when he showed up

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.672   Page 29 of 105

5/26/2017          Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES … Part I

told him what happened and promptly quit!I was not going to die for a mere $7.50 an hour!Anyways it was your advice on how to act in a gunfight and all the articles I've read from you about self defense,is why I'm here today and ready for the next time it ever happens!That was back in 1978 now its 2012,I've served in the Army and as a Federal police Officer and survived five shootings,with as many gunshot wounds,nonetheless I'm still alive!Incidents like this are why we want and need semi auto and high capacity mags,Thanks Mas!Now I wish you could go on T.V and tell the rest of the non believers and uninformed the rest of the story why we want and need assault rifles & high capacity mags,and refer them to articles and videos like Lance's and the the one about the fatal home invasion!Thanks again!And keep up the good work you have been doing.

42.            *Patrick* Says:
              December 30th, 2012

Sandy Hook Spree Killer Fired AR-15 79 Times Before Stovepipe
Posted on December 30, 2012 by Robert Farago
TTAG has learned that spree killer Adam Lanza fired his mother's Bushmaster AR-15 79 times inside the Sandy Hook Elementary school before experiencing a stovepipe. (An empty, fired cartridge failed to eject from the rifle and became stuck in the action, preventing another cartridge from firing.) Lanza did not clear the weapon. Investigators found the non-functional AR-15 at least five feet away from the killer's body; he may have thrown the rifle after the malfunction before switching to a handgun. A source close to the investigation says Lanza killed himself within seconds of making eye contact with one of the first responders.

43.            *Jason* Says:
              December 30th, 2012

Gil-
"Since you seem to want to deal in real world situations, at what point in your life have you been confronted by multiple attackers? Were you part of the LA riots? Should we base our laws on the 1/100k rule"

I agree. So let's take a look at how often "assault" weapons are used for murder. For the last year available, out of roughly 9000 gun murders, all long guns, of which "assault" weapons are a sub-group, were used in about 300 of them.

So even if we grant that banning a misused tool is the best way to deal with that misuse, going after a class of weapons that is used for murder less than bare hands and feet isn't the way to do it.

Old Fezzywig-
I can't speak for all liberals, but my social circle is largely liberal, and speaking as a gun-owning, concealed carrying variety of liberal I can tell you one thing: I don't know one that hates guns because they want to establish a socialist utopia. They favor gun control because they are ignorant. And ignorance is often accompanied by fear. When we are ignorant and fearful, we often act emotionally.

44.            *Lorenzo* Says:
              December 30th, 2012

Excellent commentary Mas,

The issue and problem lies in getting the anti's to see it. Even the ones that are either surrounded by armed security and those who are privileged enough to garner the right to carry above the masses.

45.            *sinesterserpentsixxx* Says:
              December 30th, 2012

@guntotin-mama
first mama police do not carry guns to protect you/your family/us ….they carry and have guns to protect themselves. and as far as the expertise is concerned i have personally seen on dozens of occasions police abusing there authority in ways that would shock you to the core,and ..because…. when seconds count the police are only minutes away,because you/your family or us cannot realistically have a cop in our back pocket 24/7/365. and as far as the "LAWS" go please explain to me…. like i'm a six yr old how criminals abide by current/future laws?i do agree that all americans should have the exact same types of weapons the military is afforded. to ensure our politicians do not take a tyrannical stance against the very citizens that elct them( as we are currently engaged with…IE feinestein/schumer/biden/obama/clinton/reid). as spoken to in the declaration of independence. facts are facts…. the assault weapons ban did NOT effect the crime in the usa from 1994-2004 when it was removed. we have seen serious crime reductions in state such as vermont/arizona/alaska and even in kennesaw, georgia 1982-today requiring gun ownership. in this whole time only four murders occured 3 of which happened in gun free zones. it only shows that presence of a firearm prevents crime. and in my humble opinion the entire faculty of every school in the nation should be required to carry concealed and trained, this will send a extremely strong message to would be gunmen this is not going to be like shooting fish in a barrel. the teachers are already there, they simply have to be armed and trained and the gun free zones have to go. thank you Mas and i hope you will speak on behalf of gun owners coast to coast. i can think of few others with your respect,skill, and knowledge that could do better. to you and all happy new year.

46.            *Jo Ann* Says:
              December 30th, 2012

I hope Mas has our beloved senators (ESPECIALLY CA's) on his email/blog list. Don't think they will read it of course…. All very positive comments as usual and lots of valid talking points.

47.            *Grannie with a gun* Says:
              December 30th, 2012

000533

EXHIBIT T

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.673   Page 30 of 105

5/26/2017          Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES ... Part I

Thank you for giving me the defensible reasons to use when arguing with my scared gun grabbing friends! I know we need these things, I've just never been very good at verbalising WHY. You've given me some great ammo for my next battle of wits!

48.              *John* Says:
                 December 30th, 2012

Mr. Ayoob has quantified the position I've held for years, though with certain modifications.

When I started with my department, we were armed with .357 revolvers, Ruger Mini-14's and pump shotguns. In the course of tiime, I purchased several revolvers, several rifles, and several shotguns in order to maintain my personal proficiency, and so that I never faced the situation where I didn't know how to safely unload the weapons I was coming into contact with.

When we turned in the revolvers for Smith and Wesson M&P pistols and -15's, I updated my collection, again in order to maintain my own skills.

Now that I'm retired and live in a rural area, I feel I need them more than ever – I can't call for backup and expect it to arrive in a reasonable time, the sheriff's department is spread too thin as it is.

Who are these politicans in Washington and the various state houses? They live in virtual fortresses, with 24-hour armed security, and for the most part will retain that security when they retire, but they want me to surrender it all so they can dictate how I live? I don't think so…

49.              *Lonie* Says:
                 December 30th, 2012

Again, people are missing the big picture. It's not the criminals or the deranged people that most gun owners are worried about. It's all about "GOVERNMENT TYRANNY". If you don't believe it could happen here in the United States, then you are not a believer of world history. Wake up people. It could happen here and we the people must ensure it doesn't ever happen in the United States. Protect the Second Amendment and never give an inch because certain people in Washington wants all your guns and to control your rights as a United States citizen.

50.              *Allen* Says:
                 December 30th, 2012

registration is a bad thing. registration is the first step to confiscation.
Having served as a special agent (special means you have police power and are armed) u.s.army intelligence, the first thing you are instructed to do when entering a hostil area is to go to whatever hall of records exists, find the gun registration lists and go out and confiscate all weapons. that's why registration is a bad idea in a free society.

51.              *Brian Sluggo52 Williamson* Says:
                 December 30th, 2012

It's not just Guns also hunting. I use to Hunt a lot to help feed my large family but sense i now have bad heart i don't get to as much any more i still want the right. people oh it just guns and hunting no big deal. but do think that is all they want? ask your self do i want Washington to wipe their collective ass on the Constitution and the Bill of Rights we need to get involved and stop The Idiots who are in Washington. The People are out of Control. there are Employees but they continually take more an more control of are lives, We need to wake up, I don't want to live in a Nanny State Cradle to grave The Government Dictating what I do or say. How about you what we are leave are children. they make laws that kill jobs not create them. The Gun Industry makes 100;s of 1000's jobs good jobs that support other jobs, the same Hunting. Stores,Hotels, Restaurants, gas stations, you name it. The point is can we afford to lose more jobs!! and if you think what can I do just Remember

WE THE PEOPLE OF UNITED STATES OF AMERICA
( for you young people that never had to take a civics class it the first line the Constitution of the United States Of America. see and you thought that civics was a little cars from japan ha ha)

My rant for the Day.

remember ( The tree of liberty must be refreshed from time to time with the blood of patriots and tyrants)

( Thomas Jefferson)

52.              *TNT* Says:
                 December 30th, 2012

Guns were given to citizens as a way of creating a citizen army against the British Invasion. Now we have a military. Time to give up your guns. We have no need for them you paranoid redneck fucks.

53.              *Devoted gun owner* Says:
                 December 30th, 2012

It is quite clear that our government will never be able to take our guns. They have no idea truly who owns and who doesn't.
It is also clear that there is an over abundance of ignorance, and manipulation when it comes to people trying to implement gun control. The term "assault rifle" is really being used to persuade us to their ideas, or the person has no idea what a true "assault rifle" is. Whether it's because they don't want to know or they are just repeating someone elses ignorance.
An "assault rifle" is only available to police, military and civilians with special federal permits. Not just anyone can buy them. These are full auto and special burst style weapons. The weapons anyone can buy

000534

EXHIBIT T1

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.674   Page 31 of 105

are only semi-automatic.

Semi-automatic weapons are what all these crimes in the news have been committed with. Again manipulation to think their way comes to play and ignorance of not knowing the difference when the crimes are reported. They use the words "assault rifle" because of it's similarity in appearance to a true assault rifle. In these news reports they never talk about the gunmen that were shot by someone with a gun and kept them from committing a bigger crime. That would totally contradict the gun control thought process they want you to have.

You can say what you want about the AR and AK rifles. People for years have always had a fasination for guns. Some for hunting and others just for sport.

Thanks,

54.               *SteveS* Says:
December 30th, 2012

"Since you seem to want to deal in real world situations, at what point in your life have you been confronted by multiple attackers? Were you part of the LA riots? Should we base our laws on the 1/100k rule, or be more reasonable? Whatevs. The world goes on while you sit in your basements with your cold steel and empty lives."

Gil: so in your world, ownership of "scary black rifles" and "large capacity clips" is predicated on whether or not you've been lucky enough to survive multiple attackers? This argument is nonsensical. I own because I can. I make sure I have enough ammo in enough magazines to ensure that I can stop any number of attackers should the need arise. Any other questions?
I'd also like to know what the 1/100k rule is. Google can't seem to make heads nor tails of it.
Finally, your last sentence makes it clear as to what side of the debate you're on: the one that has to rely on ad hominem attacks to make its point. FAIL. But thanks for playing.

55.               *Stephen Malm* Says:
December 30th, 2012

Mas Ayoob does a good job of presenting the fundamental concepts and arguments that we all of us who really respect the 2nd amendment know about, and adds the depth of knowledge and event history that he has amassed in decades of law enforcement and analysis of real-world defensive shootings. I agree with Ayoob that our defensive firearm choices have closely followed law enforcement for many years for completely valid reasons. Why should I expect to be relegated to anything less than what police use in order to protect themselves and do their mostly reactive shooting. I am law-abiding, and do not shoot in an offensive manner, but I DO expect to prevail in the event that I am forced to defend against an unknown level of force that threatens me, my family and neighbors, and home & country. Telling me how many rounds that will take, what type of gun is permissible for the task, and postulating on how many drug-crazed and numbed assailants I should expect to encounter in an invasion or mob action does not sit well with me, or other responsible citizens. I do not have the luxury of calling for backup while being attacked, and I would expect to not have convenient cover during which I can reload using lower-capacity magazines. I am a member of a police family, but fully understand that the police are not obligated to put themselves in harm's way to stop a threat against me.

56.               *Uncle Dave* Says:
December 30th, 2012

Old Fezzywig has it right. Its all about power. Everything else is just a distractor from the real issue: POWER. The more people who are vested the better. That is why laws are being proposed that do not address the problem, to grab more power, by enacting more laws that do not address the stated out come. Its smoke and mirrors. The more people become vested, the more who have a stake in the game, the stronger our base.

To the issue of price gouging. Our dollar buys 1/4th of what it did just a few years ago. It buys half of what it did just 4 years ago. Use the base price of metals to compare.

57.               *Jim Lovelady* Says:
December 30th, 2012

Just remember……………………….When seconds count, the cops are only MINUTES away. Stay safe by staying prepared. Thirty round mags? Yes sir. Jim

58.               *guns are ours* Says:
December 30th, 2012

To Senator McCaskill: you are an idiot. The "assault rifle" was not used in the attack. He used handguns. People like you who have no idea what was or was not used need to keep your ideas to yourselves. Guns are not the problem Government is the problem. We as citizens do not deserve to have our rights taken away by certain fools, likely government sponsored attacks, and people who think they can get rid of problems by writing words on paper to make things illegal. The truth is simple tell your cronies in government to quit poisoning the people and killing innocent children.

59.               *AF Ret.* Says:
December 30th, 2012

@TNT-
You are the epitome of ignorance. To say that the 2nd amendment is outdated is appalling. "The right of the people to keep and bare arms, being necessary for the security of a free state, shall not be infringed." The military's purpose is to support and defend the constitution of the United States and protect America's people and her interests. As a 10 year combat disabled veteran, I feel more than qualified to tell you to get bent. It is the people's responsibility to keep our government in check. I will take up my so called "assault

000535
EXHIBIT TT

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.675   Page 32 of 105

5/26/2017        Massad Ayoob › Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND 'HIGH CAPACITY' MAGAZINES ... Part I

rifle" if need be. You may choose words as your weapon, good luck with that when that boot heel is crushing your larynx. Just call them a redneck fuck as well, I'm sure that's all the weapon you need and really the only weapon I'd trust you with.

60.               *Marc-Wi* Says:
                  December 30th, 2012

As usual you have hit the nail squarely on the head, it's gonna take one hell of a big sledge hammer to drive it home tho.
Take care and stay safe

61.               *TNT's Moms' Manwhore* Says:
                  December 30th, 2012

TNT....The fact that we do have an armed military is one reason i will keep my weapons. Also, you can come back and tell us we don't need guns after you have been robbed, raped, assaulted, or killed. You dumb liberal fuck.

62.               *Marc-Wi* Says:
                  December 30th, 2012

Mas, I don't follow "A Girl" 's blog but she has a very touching and telling post on 29dec12. The end sums it up very well....http://www.agirlandhergun.org/
Please take a look at it you get a chance.

63.               *Mas* Says:
                  December 30th, 2012

Both sides of the debate are welcome here; I believe natural, mutual discussion will help sort out who's right and who's wrong.

However, the Backwoods Home Blogs are intended to be "family friendly." I'm asking both sides to leave the "F-bombs" out of the discussion. It doesn't add any credibility to either side.

Thanks,
Mas

64.               *Jon* Says:
                  December 30th, 2012

The shooting of innocent children is terrible to say the least. But the real problem is not guns. The liberals use this opportunity for their communist agenda. The real problem is the drugs that 80% of these school shooters were given while attending school. Check out the records of how many kids the schools have put on these drugs. If the military finds out you have taken them, you can not join WHY this is a bigger problem than guns. The LAW worked he was denied 5 times from buying a gun. He killed and stole the guns no law will prevent that. What about the guy in Thailand who slit the throat of 20 some kids. Sick people will kill. Wait till they start using bombs. What of the guy awhile back who drove his car into a crowd standing on the sidewalk. The liberals are using everyone's emotions which by the way is sick in its self to pass laws to further their communist plans of total take over. Give up your gun, give up your life. The constitution has served us well keep all of it. And by the way saying a prayer now and again helps. Maybe forsaking GOD and a society with no morale's or belief in the ten commandments just might have something to do with it. I mean just look at what Clinton did. They made him a icon in the democratic party. Where was the women's lib over that one. Instead women idolize that disgusting excuse of a man. We have lots of problems and the gun is not it.

65.               *PeeJay* Says:
                  December 30th, 2012

1. 30-rd. mags for HD won't wash! The cops NEED to carry out "offensive maneuvers" when opposing heavily armed thugs. All we as citizens need to do is hold on until the police arrive. I have encountered some punks in my time, and in my experience; "when the going gets tough, the punks get going". If, God forbid, I have to shoot at two/three intruders, I honestly doubt the second guy is going to go;"man, you shot my friend, I'M GONNA GET YOU!" Far more likely is, "Oh shit, the crazy asshole has a gun. I'M OUTTA HERE!"
2. If semi-auto battle-style rifles weren't available AT ALL for the civilian market, just how many would be sold to the criminal market by LEO's or NG/Reserve personnel? Where would they get them? When the shotgun was the PD's long arm, a criminal with a .45ACP was considered very well armed. The criminals just got people with clean records to buy their firepower for them. The kook in New York had his neighbor get his murder implement for him, the system would've caught him.
3. Guns for HD, I have a few, but no military-style. I carried on for a long time, and know what they can do and what they can't. Of course we should have arms if we want, we just have no business with military-implements.
4. If Lanza has only 10-rd. mags, one wonders if some of the kids might have had a chance to run, or someone to tackle him during a magazine change. That's how they got Laughner, he shot nine people before running out of 32 rounds. How many might have run away successfully if he had to change mags after 10?

66.               *dave* Says:
                  December 31st, 2012

No AR15 was used the gun in his mothers car was a Saiga 12 ga semi auto. Wake up, it's a fact that they are just using this to attack so called assualt rifles. Something we in Texas call modern sporting rifles. Probably one in ten pickup trucks has one in it. You don't hear about them being used get on coyotes and hogs. Don't fear the firearm, fear the on that wants to take yours from you.

000536
EXHIBIT TT

67.
*HarryHydro* Says:
December 31st, 2012

" The cops are the experts on the current criminal trends. If they have determined that a "high capacity" semiautomatic pistol and a .223 semiautomatic rifle with 30-round magazines are the best firearms for them to use to protect people like me and my family,…"

The cops don't carry that kind of firepower to protect the people,

They carry it to Protect Themselves !!

68.
*drake* Says:
December 31st, 2012

Obama on Gun Control: Resistance is Futile
Posted on December 30, 2012 by Dan Zimmerman
Excerpt from President Obama's interview on Meet The Guy Who Broke the D.C. Law on Standard Capacity AR-15 Magazines But Wants More Gun Laws, via apnews.myway.com:
"I am skeptical that the only answer is putting more guns in schools. And I think the vast majority of the American people are skeptical that that somehow is going to solve our problem . . . Will there be resistance? Absolutely there will be resistance. The question then becomes whether we are actually shook up enough by what happened here that it does not just become another one of these routine episodes where it gets a lot of attention for a couple of weeks and then it drifts away. It certainly won't feel like that to me. This is something that – you know, that was the worst day of my presidency. And it's not something that I want to see repeated."

69.
*Tom from WNY* Says:
December 31st, 2012

For the most part, I am a M1 Garand/bolt rifle/1911/12 ga. pump fan and strive to maintian competency with those. I do not worship on the altar of magazine capacity nor rifle type. When the Critical Incident occurs, it will usually not be at a time or place of your choosing.

Most Police Officers can and do call for backup when they answer a call of trouble. An Armed Citizen does not always have that option. Therefore, the Armed Citizen needs the best equipment and must take the responsibility to train well with it to be as competent as they can be. Where I live, dial 911 and 20 minutes is considered a reasonable response time.

However, I am a strident believer in the Slippery Slope philosophy; rooted in Pastor Neimoller's statements. Giving an inch to these folks will lead to disaster for all of us. Remember Gun Control is not about Guns, it is all about Control.

70.
*Gordon* Says:
December 31st, 2012

confused. msnbc reported that the sandy shooter was found with 4 handguns near his body and his mother ar style rifle in his mother's car. which was parked outside the schools entrance. so the attacks on ar or msr (modern sports rifles) is unfounded in this case. while it makes the horror of the killings are no less terrible….grandfather of 5 with 2 on the way. 1, 2, 3, 9, and 11.

71.
*Bran Downey* Says:
December 31st, 2012

Mas,
Thanks for the really excellent summary in the last paragraph of your post – clear and concise, as usual. My siser asked me that very question during our Christmas get-together and I wish I'd had your "short version" answer then.

Her husband is from England and is now talking about getting a rifle or shotgun for their farm near Chicago. He gets really upset with US bureaucracy – this should be quite an "education" for him!

Hope you have a Happy New Year (inspite of the antics of Obama)!

72.
*Tom Y.* Says:
December 31st, 2012

I have them and will keep them until they pry them from my dead hands, I will not surrender mine to anyone.
This is exactly the reason we had our first Revolutionary war. How Germany started two world wars, how North Korea, The Soviet Union and China got to be where they are.
Those who say the fed.gov will protect us need to remember Wounded Knee, Ruby Ridge, Waco and Kent State . . . who protected them from our .gov
If we can't protect ourselves who will? Even the SCOTUS has ruled we are not to expect the police to protect us 24/7 Castle Rock vs Gonzales

worth reading http://www.foxnews.com/story/0,2933,162325,00.html

73.
*Jess* Says:
December 31st, 2012

" the entire faculty of every school in the nation should be required to carry concealed and trained, this will send a extremely strong message to would be gunmen this is not going to be like shooting fish in a barrel."

000537

EXHIBIT TT

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.677   Page 34 of 105

5/26/2017          Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES ... Part I

You going to pay for this training/guns? Or the pay raise to teachers for protecting your children with thier lives? Educate yourself on contract hours for teachers and how many hours they acually put in, or the supplies that they buy because parents wont buy their own kids supplies, but hey, buy the teachers a gun and let them fend for 20 kids and pray they hit their target and not your kid. Put more guns in schools will make it safer…Moron.

74.                     *Fruitbat44* Says:
                        December 31st, 2012

Hmmm . . . not a definite argument, but just some random observations.

The people who post about needing firearms to defeat a tyrannical government; I well whole heartedly agree that politicians need to be kept an eye on, and that a healthy scepticism about "The Great & Good" is, well, healthy.

But . . .

Some of the posts – to me anyway – give the impression – hopefully a false impression – that gun-owners are people who enjoy having paranoid fantasies about the time when they have an excuse to shoot their fellow Americans. As I said that's just how some of the posts come across to me.

As to high-capacity magazines, I suspect that their desirability for self-defence is inversely proportional to the possibility of their being banned.

Jeff Cooper (or at least it was attributed to him) once said, "High capacity magazines are only any use if you plan to miss a lot."

And I think it was Massad Ayood who in 'Guns and Weapons for Law Enforcement' (Again I think) who told the anecdote of two cops, one old and one young, whose agency had recently changed from revolvers to high-capacity autos. They had a lethal encounter; the youngster got off fourteen rounds and missed with all of them, while the old-timer got down and got off one round which solved the problem.

And it was definitely Mas who pointed out that in the Aurora cinema murders it would have only taken *one* shot to have stopped the, high-capacity magazine toting, murderer. (Of course since the murderer was – apparently – wearing body armour it does give an excellent case for revising the 'Law Enforcement Only' policies about the sale of "armour-piercing" ammunition.)

OTOH I have always thought that the obvious comeback to the (alleged) Cooper quote would be: "Well small capacity magazines are only any use if you plan to hit every target first shot every time." "Well that is exactly what I plan to do." "Well do things always go to plan in a gunfight?"

And to my way of thinking if you find yourself in a gunfight, then it's very likely that things are NOT going to plan . . .

75.                     *Concealed Carrying Cyclist* Says:
                        December 31st, 2012

I love reading Mas' blog; it's informative and instructive when it comes to issues regarding self-defense.

I like the comments section for the same reason. There are quite a number of people who have valuable information to share regarding self-defense. Their opinions on economics, however, leave something to be desired.

76.                     *Doc Martin* Says:
                        December 31st, 2012

Whew! What a ride through the comments. I need a shower.

But what I do remember is "Americans have historically modeled their choices of home protection and personal defense handguns on what the cops carried….The American police establishment has also largely switched from the 12 gauge shotgun which was also the traditional American home defense weapon, to the AR15 patrol rifle with 30-round magazine…and, not surprisingly, the law-abiding citizenry has followed suit there, too."

OK Mas, I'm ready for Part 2!

77.                     *Justin* Says:
                        December 31st, 2012

Senator McCaskill of Missouri misses the point of the 2nd Amendment. It is not about hunting, or the shooting sports. The 2nd Amendment exists specifically to give we the people the means to fight an oppressive and tyrannical government. Such as the one we currently have.

78.                     *Jeanetta* Says:
                        December 31st, 2012

Due to the recent events at Sandy Hook elementary school we now face renewed threats to our Constitutional rights. While I understand how painful the loss must be for those touched by this tragedy, blaming firearms or their owners and punishing them is not the answer to the challenges we face as a nation.

We already have laws that were violated by a man who was likely psychotic and heavily medicated. This man was stopped by the mandatory background check from purchasing firearms. He then decided to

000538

EXHIBIT T

murder his mother and take her legally owned firearms to commit this tragedy.

If your true goal is to protect our children, then enact legislation that will do that. Banning firearms that are rarely used in crime (less than 1% of the time) is not going to stop such tragedies, that was proven in 1999 when the Columbine shooting took place under the 1994 ban. Do something meaningful, please. Make committing the insane easier. Put armed security guards in our schools. But do not strip us of our rights and property by passing additional anti-gun laws that have historically had no positive effect on crime in our nation or others.

79.        *Jack* Says:
December 31st, 2012

I will give you all examples where people should be allowed to own semi autos and have magazines with more than 10 rounds.
I am a retired Law enforcement officer and have had several attempts on my life over the years by person(s) I previously arrested. The assault weapon ban punishes me for serving my community honorably I have to defend myself with 10 rounds or less and in one instance they came to my home all armed with four individuals.
Say what you want the assault weapons ban does not keep guns away from criminals and only disarms honest law abiding citizens even retired law enforcement who need to have access to these type of weapons even after their retirement date.

80.        *Jason* Says:
December 31st, 2012

To the multiple people insisting that no AR was used in the Newtown incident:

You are relying on very early reports that proved incorrect later. When a story is breaking, you can count on journalists to get stuff wrong as they rush to be the first to get information out, and the chaos of this type of event amplifies this. This was one such instance.

Do you remember all of the reports that came at us during 9/11? A bomb on the helicopter pad at the Pentagon, a bomb at the State Department… For crying out loud, the early reports said it was a small commuter plane that hit the first tower.

81.        *jason* Says:
December 31st, 2012

it's ironic that your argument that we need these guns, that they can kill a bunch of people quickly, is the fucking reason you had to write this terribly stupid article in the first place. oh, but some murderers are good guys. of course.

82.        *Christopher Hoffman* Says:
December 31st, 2012

Great perspective as always, Mas. My (somewhat overlapping) two cents:

In America, we don't set the bar for liberty based on the horrible acts of a few criminally insane people. After 236 years, we aren't going to start now.

There is a plethora of regulatory measures that can be enacted that are certainly well within the confines of the second amendment, but banning most ubiquitous rifle in the land that's owned by literally millions of law abiding Americans isn't one of them.

The Supreme court in Heller vs DC tells us that the type of arms that the 2nd amendment protects are those in common use at the present time. There is no more common rifle than the AR15-pattern, semi-automatic rifle. No matter what you may read to the contrary, it is widely employed for literally every known lawful purpose for which a rifle can be used.

Common sense tells us that if the 2nd amendment is to serve any purpose, then the arms it protects must be equal or greater in their performance characteristics than the arms that the citizens may lawfully confront.

Only if terrorists, cartels, gang members, and any future tyrannical governments can no longer access 30 round magazines would an argument for banning them have even a rational basis.

What, after all, should a small arm that's designed to protect the security of a free state look like, if not EXACTLY like a semi-automatic only, civilian version of the very rifle placed in the hands of every eighteen year-old capable of signing his or her name on recruitment papers?

Even if there was any weight to the absurd argument that the only purpose of AR15 pattern rifles is to kill as many people as possible, then why does every police department issue or authorize their use for their officers? Doesn't that fact perfectly illustrate that a weapon can equally benefit both evil and good?

If we truly believe that the 2nd amendment is an anachronism, then there is a means within the constitution to change it, if we dare. Knee-jerk legislation that throws the constitutional baby out with the bath water serves only to weaken a document that sets this country apart from any other in history in the preservation of human dignity, liberty, and self-government.

83.        *Exurbankevin* Says:
December 31st, 2012

Knowledge is power.

000539
EXHIBIT T

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.679   Page 36 of 105

5/26/2017   Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES ... Part I

You have made the firearms community very powerful indeed with this post. Thank you!

84.      *sean* Says:
December 31st, 2012

What a bunch of hypocritical socialists.....complaining about free markets.

Seriously? Failing to plan is planning to fail. Why didn't you buy your guns/mags/spare parts BEFORE we re-elected Obama? You SERIOUSLY didn't see this coming? Romney's record was no better on gun control. You should have been stocking up prior to the election b/c this was foreseeable.

It's supply and demand. Don't like the price? Don't buy. It's that simple.

Don't blame the market for your unwillingness to be prepared.

Time to learn an important LIFE SAVING lesson here. When the food shortages come, you had better have been more prepared and have some on hand or you'll be "gouged" to keep yourself alive.

This isn't really even a by product of free markets. After all, there wouldn't be a price spike if the US Government honored the Bill of Rights and followed the 2nd Amendment's "shall not be infringed" language. OUR GOVERNMENT is to blame for the increase in prices by market manipulation.

What if your livelihood was about to be done away with by tyrannical governmental legislative fiat? You'd need to charge more for your wares in order to survive the next few years in this horrible economic environment while tooling up to do something else.....yet you begrudge the industry that is facing the same dilemma.

85.      *Nick* Says:
December 31st, 2012

An interesting view point published in Pravda the Russian newspaper.

http://english.pravda.ru/opinion/columnists/28-12-2012/123335-americans_guns-0/

86.      *John Reynolds* Says:
December 31st, 2012

There is nothing that is not true about this subject. Everything is true to some degree. What I don't see, however, is one word about security. In Washington state, there is no state sales tax on a gun safe. That is a baby step in the right direction. How about our federal government? What can it do to promote security? Cost of a gun safe tax deductable? The non shooting public is not looking for miracles, but baby steps to show a good attitude. This would be a well received baby step.

87.      *Mas* Says:
December 31st, 2012

Good to see that the "drive by posters" from the anti-gun side are limited to F-bomb epithets and cries of "moron" when they face logical discussion. Kinda proves who's on the right side of the debate. That's one reason I allow posts to appear here, you know…:-)

88.      *Long Island Mike* Says:
December 31st, 2012

Mas with all due respect, what the hell is a "COPS ONLY TEXTBOOK "? Under what authority is a freaking BOOK somehow banned from civilians (whatever that is)? Is that really what you meant?

89.      *Matt* Says:
December 31st, 2012

Police around here REGULARLY fire numerous rounds into – or at – one individual in shootouts or other deadly-force incidents. One memorable one a mile or two from here involved 16 rounds fired by one or more officers at a bank robber – and only four rounds hit him.

90.      *Lyle* Says:
December 31st, 2012

I like the post, as far as it goes, but with all due respect, Sir, we have a Bill of Rights. It is not a Bill of Needs. Wrong premise.

We do not have to justify our choices in keeping and bearing arms, so let's not play along when our rights are questioned.

The ideal behind the second amendment is that power is vested in the people, as individuals, and not in government. It is about power balance. The millisecond that someone in government starts to question our rights, they are out of line and need to be called on it. They are advocating criminal behavior.

Reference; 18 USC 241 and 18 USC 242

91.      *Johny Gee* Says:
December 31st, 2012

This is why I have loved reading your writings for over 30 years. Keep up the good work.

92.      *Chris - VA* Says:
December 31st, 2012

000540
EXHIBIT TT

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.680   Page 37 of 105

5/26/2017        Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES ... Part I

@Jason

Good guys/gals don't murder…

Great guys/gals stop murder.

93.            *Mas* Says:
               January 1st, 2013

Long Island Mike, the Street Survival textbook was sold to "cops only" as a policy of the publisher, Calibre Press. I knew most of the authors, and the original publishers, and had to respect their wishes for their product. That said, there are many retired cops who've put their copies up for sale on EBay and Amazon.

94.            *Isaac* Says:
               January 1st, 2013

To those bashing the article because it uses many "1/100k" stories, aren't the gun grabbers doing the same? As soon as the school shooting happened the libtards jumped at the oportunity to bring up gun control. Senator frankenstein said herself that she has been working on her new assault weapons ban for over a year. So why has it just come up after a shooting?

95.            *Jeff Timmerman* Says:
               January 1st, 2013

Why does someone need a sports car that goes well over 100mph when the speed limit is 70mph? Because we live in America and good men died so we could live free that's why! Why do we need so many good reasons when you have the best reason the 2A! Why do so many what to pick and choose what parts so the constitution they want to stand behind like freedom of speech! And for the love of God why do people not look at the fact that gun control does not work http://www.gunfacts.info/ has lots of proof.

96.            *KB - in S.C.* Says:
               January 1st, 2013

I wrote my congressman and noted that as terrible as the Newtown shooting was, that also on that day, and each and every other day 27 people (average) are killed as a result of drunk drivers. That's almost 10,000 every year!!! Yet there are no background checks to purchase a vehicle, alcoholic beverages are available on every corner, and drinking games have not been removed from Spencer's at the local mall. Wanna save some lives?? help the states keep drunk drivers off the road!

97.            *John Reynolds* Says:
               January 1st, 2013

We suffer 33,000 traffic each year.

98.            *2WarAbnVet* Says:
               January 1st, 2013

Law-abiding people use guns to defend themselves between two and two and a half million times each year. Denied a means of self-defense they would add massive numbers to the crime rate.
I, thankfully, was only needed a firearm once (in this country). Many years ago I was traveling with my young wife and baby when we were approached, and a highway rest stop area late at night, by three predators. I didn't need to fire a shot; it was sufficient for me to rack the slide of my P-38 to cause them to determine that their presence was required elsewhere.
As I said, I only needed a gun once. But, without it we'd have been murdered or scarred for life forty-six years ago.
Individual defense, incidentally, is not the reason the Founders championed gun ownership. The ability of citizens to be victimized by tyrannical government was uppermost in their minds.
So, I only needed a gun once – so far.

99.            *Brian* Says:
               January 1st, 2013

People need to research the Battle of Athens which took place in TN in 1946. It was an armed rebellion which stopped the stealing of votes in a small county.

http://www.youtube.com/watch?v=U5ut6yPrObw

100.           *Hutch* Says:
               January 1st, 2013

Mas, great blog post as always.

@Sean, regarding: "Seriously? Failing to plan is planning to fail. Why didn't you buy your guns/mags/spare parts BEFORE we re-elected Obama?"

You beat me to the comment and I couldn't have said it better.

All: great points and good restraint in replying to the drive-by liberals that resort to personal attacks when confronted with logic. I fear that we are outnumbered though; logic is no longer valued by the majority of Americans or Obama wouldn't have been re-elected. I'm afraid we, as a country, need a re-boot of the system. Perhaps going off the fiscal cliff, as painful as that will be, is what is needed to make people realize that hard work and resourcefulness is what made this country great and is what is needed to keep it great.

101.
*Jeff Timmerman* Says:
January 2nd, 2013

I got it all you anti's have the answer of the "Gun Free Zones" this is a great idea. I think we should expand it lets get ride of the Secret Service and make the area around the President a Gun Free Zone! If it works for schools why not the President?

102.
*Ronin* Says:
January 2nd, 2013

My home defense weapon only holds 10 rounds——OF 12ga 00 BUCKSHOT MAGNUM ROUNDS.——a SEIGA with 4 clips. I live in the country and it would take the Police 30 mins to get there to save me from the time I called them. Can I wait that long?

Ronin

103.
*Scott Wilson* Says:
January 2nd, 2013

Brilliantly pithy and poignant. Thank you.

For home defense, I'll stick with my shotgun. But in a civil disruption, the milspec rifle is the obvious choice.

And the civilian arms buildup after the mere mention of a coming piece of gun ban legislation is a clear statement that we're not turning anything in and in fact are ready to resist if necessary and left no alternative.

104.
*Trevor Sullivan* Says:
January 2nd, 2013

Self-defense is an inherent, human right. If criminals (government or citizens) infringe upon my property rights, then I have the right and RESPONSIBILITY to defend my property!

105.
*johndillinger* Says:
January 2nd, 2013

Right on. There will be blood, but if not, we will end up dead or in a gulag anyway.

106.
*TwelveB* Says:
January 2nd, 2013

The emphasis in the comments on mags of greater than 10 round capacity is misplaced –a red herring. The proposed bill bans ALL semi-auto rifles, shotguns, and handguns that "can accept" a magazine of greater than 10 round capacity. That means that every semi-auto firearm that uses detachable magazines will be banned, including the 1911, and every other semi-auto magazine fed handgun.

As to the ignorant assertion that no assault rifles would be available to criminals if they were all banned, unless acquired somehow from the police and military....geez....have you ever heard of the AK47? They make them by hand in Pakistan. They're prolific, and most of those in Mexico were imported from other Latin American countries, not the US. Criminals will still be able to get all the AKs they want even if it were possible to eliminate all ARs in the US –which it isn't.

107.
*Paul E. Mason* Says:
January 2nd, 2013

Since when is the 2nd Amendment debatable ?
Why is it 80 million lawful firearm owners are abused and blamed for a despicable act of unhuman proportion. Anyone not brought to their knees by acts of terror and mass murder surely lack human traits such as love and feelings for others. And, by the same grace, no one ought to be depriving lawfuly firearm owners their right to personal protection.
Why is the "close the barn doors after the cows get out" mentality thriving. Just look at all the prohibitionists
running around with their heads cut off proclaiming "ban, assault weapons, ban the magazines.
Excuse me, I have a dirty little secret to tell you. Lawful firearm owners do not/ can not own "assault weapons"! Since when? 1934!
So what is the debate? I fail to see it, unless you are the one who falls for the folly or myth of "assault weapons" and of course, "gun control".
You see folks, it is the ploy the prohibitionists have been using from day one. Time to get over it prohibitionist, grow up. You want all our firearms, do you not.
Well, you can not have them, period!
Oh, by the way, when is the Revolution.

108.
*Martin in UK* Says:
January 3rd, 2013

Here in the UK we have draconian gun control laws that effectively amount to prohibition for the majority of the population. It is also illegal to carry a knife in public unless it has a non-locking blade under 3 inches long. Does this make our streets safe? No, because criminals do not respect the law. Fatal stabbings are rife and if you care to check out the murder of two unarmed police women in Manchester last year you will read that criminals in the UK are buying guns and even hand grenades with ease.

So, we have a situation where the law abiding public are unarmed and the criminals are armed with guns, knives and explosive devices because, as I have said, they do not respect the law. Our only defense is to

000542
EXHIBIT T

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.682   Page 39 of 105

5/26/2017      Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES ... Part I

phone the police and wait for an armed response unit to arrive. That works every time: "I say old chap, would you mind waiting while I get my telephone and contact the local constabulary. Jolly good".

Follow our example. Ban guns. Then ban knives. Your streets will be safe.

109.                              *Micro compact* Says:
                                  January 3rd, 2013

To the anti-gun, confiscation supporting folks- especially those like Piers Morgan, the US was established by and for people who wanted freedom from tyranny of Britain. Britain has the gun laws that seem to be so desired by you all- stop trying to change our way of life and Constitution. The answer is simple, if gun laws, regulations and big government control are what you desire, go to Britain or one of the many countries that already have that foundation.

110.                              *charlie* Says:
                                  January 3rd, 2013

F u TNT.

111.                              *charlie* Says:
                                  January 3rd, 2013

TNT……Redneck? Really? is that the best insult you can dish out?

112.                              *Elm Creek Smith* Says:
                                  January 3rd, 2013

Mas,

I carry a .357 Magnum Smith & Wesson Model 686 in a duty holster at work with a .38 Special Smith & Wesson Model 37 in pocket as backup. (Yes, I'm the resident dinosaur in my agency.) I also am currently the top gun in my unit, shooting 100% in our last semiannual qualification against the rest of the guys and gals with their .40 S&W Glock 22 semiautomatic pistols. Does this mean that I don't like or need a semiautomatic pistol?

Nope. It means that I standardized on Smith & Wesson pattern revolvers because my wife can't get past the brass ejecting from a semiautomatic pistol. She calls them "…guns that shoot back…" and develops a flinch in less than a magazine. On the other hand, she is very good with my old .357 Magnum Smith & Wesson Model 681 loaded with .38 Special +P. My standardization means that she can pick up anything I carry on or off duty and use it effectively. Since I am not independently wealthy, my collection of (mostly old) Smith & Wesson and Taurus revolvers will do until I can afford some 1911A1s like I carried in the Army.

What I do have since we live out in the county is a .223 Rem/5.56X45mm NATO Ruger Mini-14 Ranch Rifle (581-series) wearing an old Weaver K2.5 scope with an ammo can of 20 and 30 round magazines. This is my "Get off my property!" rifle. Senator Feinstein's effort to ban "assault weapons" (meaning all semiautomatic firearms) would affect my Mini-14, too, since magazines large and small fit it. I shall not comply.

All together now: I SHALL NOT COMPLY. That's what we have to make clear to our congresscritters and senatecritters: WE SHALL NOT COMPLY.

ECS

113.                              *WILDBILLofSOFLO* Says:
                                  January 3rd, 2013

Our government have laws in place to incarcerate / murders/thieves/thugs that car jack, thugs that do home invasions here in South Florida kill inocent people and either there not prosicuted or let out early to be animals on our streets. Why does this country allow the government not to impliment our laws presently vs making laws to take away securities a gun provides a good person? Taking away auto weapons is only the first step or the beginning of takes our FIRST AMENDMENT RIGHTS! Would you want your family invaded in the middle of the night and see your children or wife slaughtered/RAPED with no defense of a weapon to protect your family??

114.                              *PaulB* Says:
                                  January 5th, 2013

Mas, this is a good blog entry but I have one problem with it: it takes the utilitarian approach. The fact is, even if you could find no example where semi-auto rifles with large magazines were useful, it would still be completely illegitimate for the government to confiscate these arms.

Folks, they can only take our guns IF WE AGREE TO LET THE GOVERNMENT TAKE THEM. This is a matter of will, not rights. Do you agree to let the government have your guns? Do you agree to let them turn you into a slave? Arms are the distinguishing characteristic of a free man.

You won't be alone. In the New Jersey semi-auto confiscation attempt (a state not known for rabid gun-nuttery), in the face of draconian penalties, the percentage of compliance with the law was down in the single digits.

This government is completely ILLEGITIMATE. We all know it. Start treating it as such, and man up.

115.                              *ontheotherhand* Says:
                                  January 5th, 2013

000543

EXHIBIT TT 20/24

5/26/2017          Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES ... Part I

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.683   Page 40 of 105

It would be really helpful in expanding the appeal of the numerous good arguments against gun control if some of the opponents would stop making the inaccurate generalizations that this is mostly a "liberal" vs. "conservative" issue.

There are many second amendment supporters who don't fit either definition exclusively but agree with different sides on different issues. I consider myself in this group and I even know a few people who are much more liberal who still oppose most gun control because they also love individual liberty. (You can argue elsewhere about whether that love conflicts with their positions.)

It would also help if some of the more militant "conservatives" would recognize that politicians who agree with all of their views are gradually becoming unelectable. More moderate GOP candidates (or at least ones willing to compromise on some important matters) will have a better chance of getting elected for those of us for whom issues other than gun rights are also important. I voted against Sen. Feinstein this year but I had to hold my nose while doing it. I suspect many others voted for her while holding their noses.

116.       *DannyL* Says:
           January 6th, 2013

           YOU. AMERICANS. ARE. INSANE.

           Seriously.

           I'm so glad I live on the other side of the world from you lunatics.

117.       *Peerless Monarch* Says:
           January 6th, 2013

So we're all busy chattering amongst ourselves. How many folks are beating on their Congress Critters? Why not? Every Senator can be Emailed – for 80 of 100 I'm on round 5. (Several have called- they do read.)

The House? Only your CongressCriter will accept your Email- but they all publish their FAX numbers.

           Melt them down!!

118.       *Peerless Monarch* Says:
           January 6th, 2013

           Then start calling. Early and often!

119.       *the Northwestern Diamondback of THR* Says:
           January 6th, 2013

Mas, Feinstein hasn't introduced her bill yet per THOMAS (thomas.loc.gov , the word on current legislation status straight from Library of Congress).

One site that ANYONE who cares about their freedom should peruse regularly…

120.       *matt* Says:
           January 7th, 2013

All true. Of course, the issue of NEED has nothing to do with it. This is America, and we are supposed to have FREEDOM. Not just freedom to do what is needed.

If we allow NEED to be the basis for what the government can take away, we will have very little left.

121.       *the Northwestern Diamondback of THR* Says:
           January 7th, 2013

On a related note… I've been seeing it suggested, and find it plausible, that the Feinstein noisemaking may just be a "Show of Force" to distract us from a real flanking attack in some other bill. So, while we need to hammer it hard when it comes up, we also need to keep a wary eye out for other threats, like slipping it into "Must Pass" legislation or gutting a bill in Conference Committee (which The McCain Mutineer for one likes to use as an avenue for mischief and backstabbing) and stuffing a ban in as a substitute bill, since once out of Conference it's limited to up-or-down vote only IIRC.

           The other side has, after all, demonstrated that NOTHING is beneath them…

122.       *Julia* Says:
           January 7th, 2013

everyone is talking about banning guns…this will not work because criminals do not fallow the law. So why not make it harder for them to use? It is my personal belief that all guns should be registered with ones own neighborhood police, for any lawful person this should not be a problem. Seeing as how criminals find ways to get their hands on guns anyway, court shouldn't be necessary, however there should be something on guns that scans either your finger print or eye in order to be used. If this is not done the gun should not be able to fire. I understand that there are over 283 million guns out there right now and it would be impossible to get them all and replace them, but if something is to be done about tomorrow, something must be done today. I sure don't want my son going to school one day where I believe he is safe, and then rushing to school to find his limp, cold, blood soaked body laying on the hard school floor…would you?

123.       *the Northwestern Diamondback of THR* Says:
           January 8th, 2013

000544

"Registration is just a first step. Confiscation is the ultimate goal."
–then-Attorney General Janet Reno

So, Julia, I trust that that statement plus many more by others of simiular ideologue, ESPECIALLY after California started out as "we just want 'em registered" and then moved to full ban, bent will help you see why so many of us see registration as such an issue, and so many on the "further restriction of any kind" side as trying to "negotiate" in bad faith.

Fix the mental-health system that lets these lunatics loose on the street and leave my great-uncle's M1 Carbine that he liberated the Mauthausen concentration-camp with out of it! (Which most banners single out by name second only to the "dreaded" semiauto-lookalike Thompsons, 'cause ya know something near-identical in performance to a .45 pistol that weighs TEN FREAKIN' POUNDS is just WAY TOO DANGEROUS FOR PEASANTS… *snort* Come on… A Thompson with a 50-round drum. THREE fully-loaded doublestack Glocks in the same caliber which by the way are each a hell of a lot more concealable, and together add up to 39 rounds ready-to-go with factory magazines or 81 with extended. A little more weight for a LOT more handling ease and ready ammo… Do The Freakin' Math and you'll see why Thompson owners keep them in safes only to be used on the range rather than in a "ready rack". For most the Glocks would be the easy choice on either the offense or defense end, and the ONLY reason I'd choose the Thompson is it's the only one of the two I can actually HIT with, though outside of this "X or Y" theoretical I'd stick to my single-stack 1911's. WHICH, oh by the way, the idiots in Illinois want to ban TOO…)

Oh, by the way, what happens if your fancy retina scanner malfunctions when 400# Mongo wanting to shove a tire iron where the sun don't shine is breathing down your neck? In a hostile encounter, every last microsecond counts and the police are at BEST several minutes away, so you're On Your Own until they can get there, and electronics have a strange way of failing at the worst possible times…

124.             *the Northwestern Diamondback of THR* Says:
January 8th, 2013

Elaborating on prior point… what about us who require corrective optics? Far as I know even big fixed-location retina scanners won't play nice with eyeglasses, and when something goes bump in the night you can't afford the time to take your glasses off, stop to scan and put 'em back on, and you DARN sure can't afford the "skip the glasses" option because IMO to fire a weapon when you cannot see where you are firing without reasonable clarity is gross negligence at best.

125.             *alext* Says:
January 9th, 2013

I think it's great that there are justification based on pure utilitarian logic of why citizens ought to have the right to have access to high capacity mags and semi-auto weapons (i am not going to refer to the liberal term of "assault weapons", any semi-auto in the right hand can do the job).

I would offer a more philosophical and theoretical view of why we ought to have access to all the things the liberals want to ban. It has to do with balance of power, which i think the 2nd amendment was meant to do. The right for citizen to own weapons is essentially to deter despotism and totalitarian government when all other avenues fail.

by having the ability to arm ourselves without governmental restrictions and knowledge, we can, if needed, rise up against an unjust government. I know I am going down a slippery slope but as the people are willing to give up their rights for a small measure of false safety, we move closer to a police states.

1st, we gave up rights as americans because of 9/11 w/ all the airport security, invasion of privacy, laws taking away rights as americans if they deem you a terrorist.

Now, with the recent events, more and more americans are saying "i want the government to protect me". this is so sad. where's the sense of self-reliance, where's the ideal of individualism and self-determination.

The perfect storm for the liberals to take a shot at taking away our rights to further their cause of a socialist society with a benevolent dictatorship.

I hope we never get to the point where all our rights are given up!

126.             *Boris Badenoff* Says:
January 9th, 2013

You need to understand that the politicians do not actually care about the gun related deaths.

They are simply taking advantage of the emotional situation to further their goal of dis-arming the American citizenry..

The liberal mantra of : "Never let a good crisis go to waste" is in play here…

That's how liberals roll…

127.             *Jim* Says:
January 15th, 2013

@Alext

You're right. To put it even more simply: liberals condemn the far rights reliance on a a higher power, but then use demagoguery to rationalize their approach.

Chicken, fearful hypocrites, pure and simple

000545

EXHIBIT TT

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.685   Page 42 of 105

5/26/2017        Massad Ayoob » Blog Archive » WHY GOOD PEOPLE NEED SEMIAUTOMATIC FIREARMS AND "HIGH CAPACITY" MAGAZINES … Part I

128.                    *Randall* Says:
                        March 7th, 2013

I think those of you including Mas, who feel the need to address the question of "need" for a particular type of firearm, are making a HUGE MISTAKE. This debate should not be about "need". Since when does one have to demonstrate "need" to buy a type of house, car, shoes, collectibles or any other silly stuff people buy. Its a basic right! Until someone demonstrates when a law abiding person owns a certain rifle that it represents a clear and present danger to the public at large (which they cannot), then that's the angle we should use to fight these bans with.

129.                    *Mas* Says:
                        March 7th, 2013

Understood, Randall. My own feeling is that "rights" COUPLED with "needs" is a stronger argument together than either of them separate. That's why I address both in this blog.

130.                    *Russ* Says:
                        April 2nd, 2013

                        Mas:

Sir, I know this might be a stretch, so I apologize in advance… but do you remember the article you wrote about 20 years ago (I'm thinking '92, '93, '94… "ish") wherein you related the account of some bad guy being shot multiple times and not going down? If my aging memory recalls correctly… I think it took place at a coffee shop; I believe the bad guy was rather large in stature and was robbing the cashier at the counter. If I remember, the manager of the coffee shop shot him six times with a .357 Magnum revolver and reloaded TWICE more and emptied all chambers TWICE more (3×6=18)… before the guy finally dropped. The bad guy was hopped up on drugs and I believe you described his blood as "orangish-green." I'm 99.999999% sure the piece was written by you and I've always referred to that incident as to "why" people need LOTS of extra ammo. If I could make an official request, could you look through your older articles and reprint that one, please? I think it would be very pertinent to the discussion on banning "hi-cap" magazines.

                        Thanks.

                        Russ

131.                    *Mas* Says:
                        April 3rd, 2013

                Russ, I'm afraid I'm not familiar with the case you describe.

Somewhere around that time I wrote about the Steve Chaney incident in Baton Rouge, where two officers had to shoot a man a total of ten times with .38 Special +P ammunition before he finally stopped his violent attack. By that time, he had killed one of the two officers and wounded the other, Officer Chaney. Baton Rouge PD subsequently switched to 16-shot Glock .40 caliber semiautomatic service pistols.

132.                    *Russ* Says:
                        April 3rd, 2013

                        Mas:

Thanks, sir, for the reply. There's a needle-in-a-haystack remote chance I have the article somewhere… I used to snip and save articles like that, back then. I'll see if I can find it.

                I can certainly see why Chaney went to the Glock.

133.                    *Chase* Says:
                        April 19th, 2013

                You r right the people pulled the trigger not the gun.

## Leave a Reply

                                Name (required)

                        Email (will not be published) (required)

                                [ Submit Comment ]

000546
EXHIBIT T

# EXHIBIT VV

000547
EXHIBIT VV

 **News**

 **10-8: Life on the Line**
with Charles Remsberg

Brought to you by American Military University

# Why one cop carries 145 rounds of ammo on the job

**Before the call that changed Sergeant Timothy Gramins' life forever, he typically carried 47 rounds of handgun ammunition on his person while on duty**

Apr 17, 2013

    

Before the call that changed Sergeant Timothy Gramins' life forever, he typically carried 47 rounds of handgun ammunition on his person while on duty.

Today, he carries 145, "every day, without fail."

He detailed the gunfight that caused the difference in a gripping presentation at the annual conference of the Assn. of SWAT Personnel-Wisconsin.

At the core of his desperate firefight was a murderous attacker who simply would not go down, even though he was shot 14 times with .45-cal. ammunition — six of those hits in supposedly fatal locations.

The most threatening encounter in Gramins' nearly two-decade career with the Skokie (Ill.) PD north of Chicago came on a lazy August afternoon prior to his promotion to sergeant, on his first day back from a family vacation. He was about to take a quick break from his patrol circuit to buy a Star Wars game at a shopping center for his son's eighth birthday.

An alert flashed out that a male black driving a two-door white car had robbed a bank at gunpoint in another suburb 11 miles north and had fled in an unknown direction. Gramins was only six blocks from a major expressway that was the most logical escape route into the city.

Unknown at the time, the suspect, a 37-year-old alleged Gangster Disciple, had vowed that he would kill a police officer if he got stopped.

"I've got a horseshoe up my ass when it comes to catching suspects," Gramins laughs. He radioed that he was joining other officers on the busy expressway lanes to scout traffic.

He was scarcely up to highway speed when he spotted a lone male black driver in a white Pontiac Bonneville and pulled alongside him. "He gave me 'the Look,' that oh-crap-there's-the-police look, and I knew he was the guy," Gramins said.

Gramins dropped behind him. Then in a sudden, last-minute move the suspect accelerated sharply and swerved across three lanes of traffic to roar up an exit ramp. "I've got one running!" Gramins radioed.

The next thing he knew, bullets were flying. "That was four years ago," Gramins said. "Yet it could be ten seconds ago."

With Gramins following close behind, siren blaring and lights flashing, the Bonneville zigzagged through traffic and around corners into a quite pocket of single-family homes a few blocks from the exit. Then a few yards from where a 10-year-old boy was skateboarding on a driveway, the suspect abruptly squealed to a stop.

"He bailed out and ran headlong at me with a 9 mm Smith in his hand while I was still in my car," Gramins said.

The gunman sank four rounds into the Crown Vic's hood while Gramins was drawing his .45-cal. Glock 21.

"I didn't have time to think of backing up or even ramming him," Gramins said. "I see the gun and I engage."

Gramins fired back through his windshield, sending a total of 13 rounds tearing through just three holes.

a master firearms instructor and a sniper on his department's Tactical Intervention Unit, "I was confident at least some of them were hitting him, but he wasn't even close to slowing down," Gramins said.

The gunman shot his pistol dry trying to hit Gramins with rounds through his driver-side window, but except for spraying the officer's face with glass, he narrowly missed and headed back to his car.

Gramins, also empty, escaped his squad — "a coffin," he calls it — and reloaded on his run to cover behind the passenger-side rear of the Bonneville.

Now the robber, a lanky six-footer, was back in the fight with a .380 Bersa pistol he'd grabbed off his front seat. Rounds flew between the two as the gunman dashed toward the squad car.

Again, Gamins shot dry and reloaded.

"I thought I was hitting him, but with shots going through his clothing it was hard to tell for sure. This much was certain: he kept moving and kept shooting, trying his damnedest to kill me."

In this free-for-all, the assailant had, in fact, been struck 14 times. Any one of six of these wounds — in the heart, right lung, left lung, liver, diaphragm, and right kidney — could have produced fatal consequences..."*in time*," Gramins emphasizes.

But time for Gramins, like the stack of bullets in his third magazine, was fast running out.

In his trunk was an AR-15; in an overhead rack inside the squad, a Remington 870.

But reaching either was impractical. Gramins did manage to get himself to a grassy spot near a tree on the curb side of his vehicle where he could prone out for a solid shooting platform.

The suspect was in the street on the other side of the car. "I could see him by looking under the chassis," Gramins recalls. "I tried a couple of ricochet rounds that didn't connect. Then I told myself, 'Hey, I need to slow down and aim better.' "

When the suspect bent down to peer under the car, Gramins carefully established a sight picture, and squeezed off three controlled bursts in rapid succession.

Each round slammed into the suspect's head — one through each side of his mouth and one through the top of his skull into his brain. At long last the would-be cop killer crumpled to the pavement.

The whole shootout had lasted 56 seconds, Gramins said. The assailant had fired 21 rounds from his two handguns. Inexplicably — but fortunately — he had not attempted to employ an SKS semi-automatic rifle that was lying on his front seat ready to go.

Gramins had discharged 33 rounds. Four remained in his magazine.

Two houses and a parked Mercedes in the vicinity had been struck by bullets, but with no casualties. The young skateboarder had run inside yelling at his dad to call 911 as soon as the battle started and also escaped injury. Despite the fusillade of lead sent his way, Gramins' only damage besides glass cuts was a wound to his left shin. His dominant emotion throughout his brush with death, he recalls, was "feeling very alone, with no one to help me but myself."

Remarkably, the gunman was still showing vital signs when EMS arrived. Sheer determination, it seemed, kept him going, for no evidence of drugs or alcohol was found in his system.

He was transported to a trauma center where Gramins also was taken. They shared an ER bay with only a curtain between them as medical personnel fought unsuccessfully to save the robber's life.

At one point Gramins heard a doctor exclaim, "We may as well stop. Every bag of blood we give him ends up on the floor. This guy's like Swiss cheese. Why'd that cop have to shoot him so many times!"

Gramins thought, "He just tried to kill me! Where's *that* part of it?"

When Gramins was released from the hospital, "I walked out of there a different person," he said.

"Being in a shooting changes you. Killing someone changes you even more." As a devout Catholic, some of his changes involved a deepening spirituality and philosophical reflections, he said without elaborating.

At least one alteration was emphatically practical.

Before the shooting, Gramins routinely carried 47 rounds of handgun ammo on his person, including two extra magazines for his Glock 21 and 10 rounds loaded in a backup gun attached to his vest.

Now unfailingly he goes to work carrying 145 handgun rounds, all 9 mm. These include three extra 17-round magazines for his primary sidearm (currently a Glock 17), plus two 33-round mags tucked in his vest, as well as the backup gun. Besides all that, he's got 90 rounds for the AR-15 that rides in a rack up front.

EXHIBIT VV

Paranoia?

Gramins shook his head and said "Preparation."

## About the author

Charles Remsberg co-founded the original Street Survival Seminar and the Street Survival Newsline, authored three of the best-selling law enforcement training textbooks, and helped produce numerous award-winning training videos. His nearly three decades of work earned him the prestigious O.W. Wilson Award for outstanding contributions to law enforcement and the American Police Hall of Fame Honor Award for distinguished achievement in public service.

Contact Chuck Remsberg

‹ | Wanted felon fatally shot by Alaska police after pursuit | 2 Pa. drug counselors dead from fentanyl-laced heroin overdoses | Proposed program would help Chicago first responders buy city homes | Policing Matters Podcast: Why 4AM last call is a bad idea | P1 of › |

Copyright © 2016 PoliceOne.com. All rights reserved.

000550
EXHIBIT VV

# EXHIBIT WW



AMERICA'S TIRE   FREE
▸ Air Checks
▸ Tire Rotations    Schedule Appointment
▸ Tire Safety Checks

Home → Collections → **Robbery**

**CRIME WATCH**

# Documents detail Cross Keys shooting

March 21, 2006 | By GUS G. SENTEMENTES AND JULIE BYKOWICZ

The gas station owner who shot and killed one of three would-be robbers at the Village of Cross Keys last week told police that the men opened his car door, beat him and then grabbed paper bags filled with thousands of dollars, according to court papers made public yesterday.

Mark A. Beckwith, 57, also told police that one of the men had a gun, charging documents show. Beckwith pulled out a 9 mm Glock semiautomatic pistol and fired at his assailants 16 times, the documents show.

Keith D. Love, 22, was fatally wounded in the robbery, which occurred about 2 p.m. Friday in a parking lot near a Williams-Sonoma store. One of the men was shot in the hand, and a suspect was arrested by police after he went to Maryland General Hospital for treatment .

AdChoices ▷

That man, Corey A. Mcleaurin, 29, faces armed robbery, robbery, assault, handgun and theft charges, police documents show. Mcleaurin lives in the 3400 block of Gwynns Falls Parkway in West Baltimore.

Officer Troy Harris, a police spokesman, said police have not recovered a gun that Beckwith says was used by one of the assailants.

According to documents charging Mcleaurin in the incident, the men grabbed three paper bags filled with about $5,900 as they tussled with Beckwith as he sat in his 1995 Honda. Immediately after the shooting, Mcleaurin and another man got away from the shopping center in a white Pontiac Bonneville driven by a third man, the documents say. Police said the driver and other man were still being sought.

That vehicle was found later that day abandoned in Northwest Baltimore.

Beckwith, a Bel Air resident who has a permit to carry a handgun, had intended to make a deposit at a Columbia Bank branch located in the shopping center. He recovered the money.

The investigation into the shooting continues, but police have said that Beckwith will likely not face criminal charges.

## Related Articles

Bel Air man named as Cross Keys shooter
*March 19, 2006*

Police charge Baltimore man in 3 county bank robberies
*October 14, 2005*

Witnesses help track suspect in killing of teen
*February 28, 2007*

Four men held in gun shop robbery, killing Police seek...
*September 12, 1991*

## Find More Stories About

Robbery

Police Spokesman

Paper Bags

## See Also

1. Police Recruitment 2017

2. Type 2 Diabetes Medication

3. Thinning Hair Treatments

4. Loans for Bad Credit

5. Best Vitamins for Arthritis

6. Normal Blood Sugar Range

7. Average Retirement Income

8. 10 Best Wrinkle Creams

From the Web      Sponsored Links

How To Pay Off Your House At A Furious Pace If You Owe Less Than $300-625k
LowerMyBills

000552

EXHIBIT WW-2

**Discover Your Boardwalk Personality At The Jersey Shore**
Visit New Jersey

**SoCal Edison Customers Going Solar at No Cost**
The Solar Institute

**You're In For A Big Surprise in 2017 If You Own A Home in California**
LendingTree Quotes

**I Can't Believe I Was Living Without Grubhub**
Grubhub

**How Many Famous War Movies Can You Identify From One Scene?**
ItsTheVibe

**35 Most Attractive Redheads Ever**
Direct Expose

**Thinking About Installing Solar Panels? Read This First**
Energy Bill Cruncher Solar Quotes

by Taboola

MORE:

| | |
|---|---|
| Priest at once defended, excoriated | Police dig up records priest ordered buried |
| With new lead, police reopen old murder case | Prosecutor's office is open and effective and respects the... |
| A tragic case of contradictions Slaying: A father and daughter's first outing alone would be their last. Police say Richard Nicolas killed 2-year-old Aja, but friends say they're certain he didn't. | Father accused of slaying daughter Girl, 2, shot in head |



Index by Keyword  |  Index by Date  |  Privacy Policy  |  Terms of Service

Please note the green-lined linked article text has been applied commercially without any involvement from our newsroom editors, reporters or any other editorial staff.

000553
EXHIBIT WW 2/2

# EXHIBIT XX



HEALTH U | SKYVIEW | 7 DAY FORECAST | GAMECOCKS | WORK FOR WIS/RAYCOM MEDIA



**76°**
Few Clouds
Lexington, SC    **FULL FORECAST**

Search

# Gun shop owner shoots, kills man during attempted robbery

NORTH AUGUSTA, SC (WIS) - A Midlands man is dead and two others are injured after investigators say they were shot by the owner of a gun shop while trying to steal from the business early Thursday morning.

Aiken County Sheriff's Office investigators say the three men intentionally drove a truck into the Guns and Ammo Gunsmith in North Augusta around 4 a.m.

According to an incident report, the noise from the crash and the store's alarm woke the owner of the business who lives in the rear of the store with his wife.

The owner told investigators he grabbed his AR-15 and went into the store to see what was happening.

According to the report, one of the suspect shouted "kill the [expletive]," and that's when the owner emptied a 30 round magazine before retreating to his room to get more ammunition.

All three of the suspects were hit with gunfire.

Deputies say two of the alleged burglars, Eddie Stewart, 20, of Columbia and Franklin Robinson, 17, of Gadsden, drove to a nearby Waffle House.

The third, 20-year-old K'Raven Aude Goodwin of Eastover, was found inside the business. He died shortly after being taken to Georgia Health Sciences University hospital, according to the coroner.

Stewart and Franklin remain at an area hospital.

No charges have been filed.

Copyright 2012 WIS. All rights reserved.

## RECOMMENDED STORIES

Recommended by



**Tiny Device to be in 50 Billion Products by 2020 (Read Article)**
*Sponsored | Banyan Hill Publishing*



**8 Retail Stores That Might Not Survive 2017**
*Sponsored | Bankrate*



**Maximize Your SMB's Creative Potential With the Right Devices**
*Sponsored | Microsoft*



**Get Glucose Readings Right on Your Smart Phone**
*Sponsored | Dexcom*



**The 10 Best No. 1 Overall Picks in Baseball History**
*Sponsored | Goliath*



**A Fast Way To Pay Off $10,000 In Credit Card Debt**
*Sponsored | Credit Karma*



**Fans Stunned As Don Knotts Blurts Out Why He Left 'The Andy Griffith Show'**
*Sponsored | Definition*



**Finally, a snoring solution that beats CPAP**
*Sponsored | Lifestyle Journal*

## SPONSORED CONTENT      WE RECOMMEND

NHL royalty vs. the rowdy neighbors in Stanley Cup Final

000555
EXHIBIT XX 1/2

**These two were married with children, when they allegedly had affairs with their male students.** *CBS News*

**Why Doctors In The Know No Longer Prescribe Blood Pressure Meds**
*Vibrant Health Network*

**Man Asleep For 12 Years Wakes Up And Reveals The Horrifying Truth**
*LifeDaily*

**Hollywood Actress Tells All: "I Felt Bloated, Tired, and Unhealthy… Now I Know Why"** *ActivatedYou*

**The Most Dangerous & Uncommon Species On Earth** *Frank151*

**Trial set to begin in killing of 2-year-old 'Baby Doe'**

**Coroner: 9-year-old died of cocaine overdose**

**Driver killed after striking tree in single-vehicle accident in Lexington Co.**

**Touring an Underground 'Meat Cave'**

*Recommended by*

---

Can't Find Something?    SEARCH FOR IT HERE        SEARCH



1111 Bull St.
Columbia, SC 29201
(803) 799-1010

**ECC Public File**
**publicfile@wistv.com**
(803) 799-1010
**Closed Captioning**

---

**NEWS**    **WEATHER**    **SPORTS**    **VIDEO**    **TRAFFIC**        **PALMETTO WEEKEND**        **TV**    **ABOUT US**    **DEALS**

---

**SOUTH CAROLINA NEWS NOW**

---

All content © Copyright 2000 - 2017 Raycom Media. All Rights Reserved. For more information on this site, please read our **Privacy Policy**, and **Terms of Service**, and **Ad Choices**.

# EXHIBIT YY

000557
EXHIBIT YY

Advertisement



YOU ARE HERE: LAT Home → Collections → **Murders -- Los Angeles**

Advertisement



**FROM THE ARCHIVES**

Slain Robbery Suspect Identified
*February 4, 2000*

**MORE STORIES ABOUT**

Murders -- Los Angeles

Shootings -- Los Angeles

Robberies -- Los Angeles

Self Defense

# Police Say Watch Shop Owner Kills 4th, 5th Suspects

**February 21, 1992** | NIESON HIMMEL | TIMES STAFF WRITER

Email    Share    G+1   0     Tweet     [ Recommend 0 ]

Armed robbers keep gambling that they can hold up The Watch Co. in West Los Angeles.

And they keep losing.

Two more were shot to death Thursday at the small shop where owner Lance Thomas buys and sells expensive Rolex watches and antique pocket timepieces, police said.

That brings the total to five killed and one wounded at the shop since August, 1989.

Shortly after 4 p.m., two men armed with semiautomatic pistols entered the shop in the 12100 block of Santa Monica Boulevard and "made their intentions known," said Los Angeles Police Lt. Ron Hall. "One of them fired a shot at an employee," he said.

The employee was not hurt, and he and Thomas returned fire, the lieutenant said. Detectives have not determined whose shots struck which gunman, Hall said, but a preliminary investigation indicates that Thomas shot one man and the employee shot the other.

One robbery suspect was found dead in front of the counter, the other in the doorway, police said. The employee and the two gunmen were not identified.

A passerby standing across the street suffered a superficial gunshot wound to the buttocks and was taken to St. John Medical Center in Santa Monica, police said. His condition was not available.

Hall said the gunmen, who appeared to be in their late teens or early 20s, apparently were not part of a sophisticated gang that has been robbing jewelry stores throughout the Los Angeles area for more than a year.

"These are the kind of guys who hold up a bag and say: 'Fill it,' " Hall said.

Thomas has long made it known that no robber would walk out of his store. Nearby merchants say that Thomas can arm himself with one of four guns no matter where he is in his shop.

"He's very proficient in the use of guns, and he knows *when* to use them," Hall said Thursday.

During a robbery attempt in August, 1989, Thomas wounded a gunman just below the nose. The man has been sentenced to prison.

Three months later, Thomas shot and killed two armed robbery suspects who had wounded him in the neck and shoulder.

Last December, a man and a woman entered his shop asking about repairs for a broken watch. The man vaulted the counter, drew a gun and said he was robbing the store. The intruder managed to shoot Thomas in the neck, but the shopkeeper grabbed two semiautomatic weapons and shot the gunman dead, police said. The woman escaped.

000558
EXHIBIT YY 1/2

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.698   Page 55 of 105

Hall, commander of detectives at the LAPD's West Los Angeles station, said all of Thomas' previous shootings were ruled justifiable, adding that he believed the two Thursday will be ruled likewise.

Shortly after 8 p.m., two women arrived at the store sobbing uncontrollably. One woman said that one of the slain gunmen was her son. Neither woman was identified, and police took them to the West Los Angeles station for questioning.

Email      Share      G+1   0            Tweet            Recommend 0

## From the Web                                                  Sponsored Links by Taboola

**Best Stock for 2017**
News-Today

**Why Is Quicken Loans Urging Americans To Switch To A 15-Year Fixed?**
QuickenLoans, NMLS #3030

**Meet the sweatshirt opening new American factories**
American Giant

**California Solar Program Has Power Companies Furious**
Energy Bill Cruncher Solar Quotes

**The Airline Miles Trick That Airlines Don't Want You to Know**
CreditDonkey.com

**Full Body Tattoos: 10-40 Years Later**
My Daily Viral

**Shoppers Are Getting Unbelievable Deals With This Little-Known Site**
Tophatter

**This Device Is Better Than Paying Cable TV**
TV Frog

**MORE:**

Seizure Led to FloJo's Death

His 104 scores make his case

Restaurant review: South Beverly Grill

Brutal Murder by Teen-Age Girls Adds to Britons' Shock

Comaneci Confirms Suicide Attempt, Magazine Says

---

**Los Angeles Times**   Copyright 2017 Los Angeles Times          Index by Keyword | Index by Date | Privacy Policy | Terms of Service

000559
EXHIBIT YY 2/2

# EXHIBIT ZZ

5/26/2017    Jewelry store burglarized, scene of deadly 1994 robbery attempt - NBC12 - WWBT - Richmond, VA News On Your Side

Case 3:17-cv-01017-BEN-JLB    Document 6-7    Filed 05/26/17    PageID.700    Page 57 of 105

Healthcare Pros | Home Pros | Neighborhood Health Watch | Excellence in Edu | RVA Staycation





**75°**
Scattered Clouds
**Short Pump**

**FULL FORECAST**

Search

# Jewelry store burglarized, scene of deadly 1994 robbery attempt

HENRICO, VA (WWBT) – Burglars ransacked a West End jewelry store that was the scene of a deadly shooting in 1994.

Henrico Police said burglars broke into Beverly Hills Jewelers on Staples Mill Road over the weekend and stole "a significant amount" of merchandise. The break-in was discovered Tuesday, police said. Suspect information was not immediately available.

In 1994, Beverly Hills Jewelers was targeted by two masked men who entered the store and declared that a robbery was in progress. According to an NBC12 report at the time, the robbers were then hit with a "hail of bullets from employees and owners of the store." Later, Henrico's prosecutor said the killings were justified.

In 1995, NBC12 reported store owner Gary Baker kept nearly a dozen weapons stashed under the counters. Employees were trained in self-defense, according to the report.

Baker declined comment for a television story Wednesday, but told the Henrico Citizen the merchandise was uninsured and he'll close the business. People inside the store could be seen taking pictures and documenting the stolen merchandise. Shelves appeared bare.

Stay with NBC12 for more details on this developing story.

*Copyright 2012 WWBT NBC12. All rights reserved.*

## RECOMMENDED STORIES

*Recommended by*



**Hollywood Actress Tells All: "I Felt Bloated, Tired, and Unhealthy... Now I Know Why"**
*Sponsored | ActivatedYou*



**JC Penney's Closing Hundreds of Stores**
*Sponsored | Bankrate*



**Colin Kaepernick Destroyed By His Mom. She Called Him A Disgrace To Family And US**
*Sponsored | Sports Chew*





**Don Knotts Life Story Will Leave You Speechless**
*Sponsored | Trend Chaser*



**How to Create a Productive Environment With the Right Technology**
*Sponsored | Microsoft*



**The New 2018 Ford Mustang Is Here. Take a Look Inside**
*Sponsored | Kelley Blue Book*



**Subway Rider Allegedly Picks Wrong Person to Rub Against**
*Sponsored | Newser*



**Thinking About Installing Solar Panels? Read This First**
*Sponsored | Energy Bill Cruncher*

## SPONSORED CONTENT

**Painful Periods due to Endometriosis Pain Learn About an Upcoming Research Study** *Equinox Study*

**Try Not To Gasp When You Find Out Who Anderson Cooper's Partner Is** *IFL My Life*

## WE RECOMMEND

**2 teens shot in the head in Richmond triple shooting**

**Principal 'will not return' after picture, video surface of him involved in Confederate monument protests**

**Man allegedly impregnated 10-year-old girl**

000561
EXHIBIT ZZ 1/2

**Teen Goes Missing In Aruba, But 10 Years Later, Police Uncover Truth**
*Direct Expose*

**(4) Major Heart Attack Red Flags** *SmartLifeNow*

**How do you enable better learning outcomes?** *Microsoft Corporation*

**I-95 killer remains on the run; family says incident started at club**

**The Real Story of Bonnie & Clyde**

*Recommended by*

---

Can't Find Something?   SEARCH FOR IT HERE          SEARCH             5710 Midlothian Turnpike
                                                                Richmond, VA 23225
                                                                (804) 230-1212

**FCC Public File**
publicfile@nbc12.com
(804) 230-1212
**EEO Report**
**Closed Captioning**

---

**NEWS**    **WEATHER**    **SPORTS**    **VIDEO**    **TRAFFIC**    **ON YOUR SIDE**    **12 ABOUT TOWN NOW**    **ABOUT US**    **RVA TODAY**

---

**VIRGINIA NEWS NOW**

---

All content © Copyright 2000 - 2017 Raycom Media. All Rights Reserved. For more information on this site, please read our **Privacy Policy**, and **Terms of Service**, and **Ad Choices**.

000562
EXHIBIT ZZ 2/2

# EXHIBIT AAA

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.703   Page 60 of 105

# TexasMonthly

# The UT Tower Shooting



On August 1, 1966, Charles Whitman climbed to the top of the University of Texas Tower with three rifles, two pistols, and a sawed-off shotgun. The 25-year-old architectural engineering major and ex-Marine—who had previously complained of searing headaches and depression—had already murdered his mother, Margaret, and his wife, Kathy, earlier that morning. He fired his first shots just before noon, aiming with chilling precision at pedestrians below. "The crime scene spanned the length of five city blocks . . . and covered the nerve center of what was then a relatively small, quiet college town," noted executive editor Pamela Colloff in her 2006 oral history of the shootings. "Hundreds of students, professors, tourists, and store clerks witnessed the 96-minute killing spree as they crouched behind trees, hid under desks, took cover in stairwells, or, if they had been hit, played dead."

At the time, there was no precedent for such a tragedy. Whitman "introduced the nation to the idea of mass murder in a public space," wrote Colloff. By the time he was gunned down by an Austin police officer early that afternoon, he had shot 43 people, thirteen of whom died.

The shootings garnered international attention. "The cover of *Life* the next week made a big impression on all of us," UT alumnus Shelton Williams told *Texas Monthly* in 2006. "The photo, which was taken from the victim's point of view, was of the Tower, as seen through a window with two gaping bullet holes in it. From that vantage point it looked menacing, even evil—not the triumphant symbol of football victories we were used to."

At year's end, the Associated Press and United Press International ranked the shootings as the second most important story of 1966, behind only the war in Vietnam. The massacre would spur the creation of SWAT teams across the country. Because such tactical teams did not exist at the time of Whitman's crime, many students had risked their own lives to fire back at the unseen sniper, or to help wounded strangers to safety.

The incident was arguably the most painful in UT's history and the university tried for years, unsuccessfully, to erase its memory. That changed in 1999—33 years after the murders—when president Larry Faulkner agreed to allow a place of reflection to be created behind the Tower, dedicated to Whitman's victims, and a memorial service to be held.

000564
EXHIBIT AA

# EXHIBIT BBB



| Home | News | Politics | Sports | Business | Entertainment | Lifestyle | Opinion | Outdoors | Multimedia | Travel |

Ask Amy | Dear Margo | Columnists | Family News | Families | Fashion | Health and Fitness | Food & Dining | Dining Guide | Grow & Garden | Inside & Out | Colorado Guide

WEEKLY AD SPECIALS FROM THE DENVER POST

Search | Site ▼ | GO   Web search by YAHOO!

**DPO** DenverPost.com®
◆ FRONT PAGE
SITE INDEX
SEARCH

◆ BACK TO NEWS
| RELATED

- Columbine main page
- AP special section
- How to share your thoughts
- Contribute to The Healing Fund
- How to help, get help
- Join the discussion in Your Voice
- Create a memorial page

columbine - tragedy and recovery

## Officials say girlfriend bought guns

**By Mark Obmascik, Marilyn Robinson and David Olinger**
**Denver Post Staff Writers**

**April 27** - Three guns used in the massacre at Columbine High School were bought last year by Dylan Klebold's girlfriend shortly after her 18th birthday, investigators said Monday.

The woman was interviewed Monday by authorities, but not named as a suspect.

Though police declined to say where she bought the firearms, the manager of the Tanner Gun Show, a weapons market held nine times a year at the Denver Merchandise Mart, confirmed that the U.S. Bureau of Alcohol, Tobacco and Firearms on Monday asked for a list of recent exhibitors.

The same gun show was the subject of controversy in June when an exhibitor sold an SKS semiautomatic rifle with a 20-round clip to an undercover congressional staffer for $200 cash. The staffer never was asked for any identification for a background check.

In the case of the Columbine weapons, prosecutors said three of the four guns - the woman bought two shotguns and a rifle - fired in the deadliest school shooting in U.S. history may have been purchased legally.

"We think three of them were provided by the girlfriend of Klebold," said Mark Paulter, a Jefferson County chief deputy district attorney. "She bought them because she was older. She was 18 at the time. She bought them in November or December.

"We're not sure she committed a crime under Colorado statute. If you provide a handgun to a person under 18, that's a violation of the statute. If you provide a shotgun or a rifle, that's not a violation."

District Attorney Dave Thomas said the woman's intent with the weapons was unclear. "I don't know when it happened or what information she had about the purpose for the weapons," Thomas said.

The woman, a National Honor Society member who turned 18 on Nov. 4, could not be reached for comment. At her Jefferson County home Monday, a man who drove into the driveway shouted to reporters: "You're terrorizing the mother."

Jefferson County sheriff's Sgt. Jim Parr said the woman was interviewed "as a witness and she is not considered a suspect."

Disclosures about the guns Monday gave the first public hints at the way police are broadening the investigation into last week's rampage that killed 15, hospitalized 23 and shocked the nation. They also focused attention on the way powerful firearms may be bought and sold by teenagers still attending high school.

President Clinton today will call for tighter regulation of gun shows while announcing an anti-crime package today, congressional sources said.

On their April 20 rampage at Columbine High School, Klebold, 17, and Eric Harris, 18, packed an arsenal of an Intratec TEC-DC9 semiautomatic handgun, a HiPoint 9mm semiautomatic carbine and two sawed-off shotguns. It's illegal for anyone to saw the barrel off shotguns, the weapons that Klebold and Harris apparently used to kill themselves in the school library. Investigators still don't know how the two killers obtained the TEC-DC9, the DA said.

In addition, police disclosed Monday that the two killers had more bombs than previously reported. Denver Police Detective Alex Woods said, "Bomb squad members handled 67 unexploded devices at the scene and at Harris' house." Police earlier said the two killers had at least 30 bombs.

But it was the trail of firearms that made the most news from the investigation Monday. The Tanner Gun Show organizers said the Bureau of Alcohol, Tobacco and Firearms requested a list of

everyone who exhibited guns at the Tanner show's Nov. 21-22 and Dec. 12-13 sales. Show organizers said they keep a master list of everyone who exhibits guns at a table, be it a licensed firearms dealer or a private, unlicensed collector.

"The ATF has called me, and they're looking into it," said Carol Blodgett, who coordinates the exhibitors' tables for the Tanner gun shows at the Merchandise Mart.

"They didn't mention any names," she said. "They just wanted to know if I had records of who comes to the show" to sell guns.

Gun show owner Jimmie Tanner said, "That's what I understand, they're zeroing in on November or December." He said the ATF did not specify who it was looking for, but made it clear this was connected with the Columbine High massacre. "I'm sure they have somebody in mind," he said.

ATF spokesman Larry Bettendorf declined to comment.

Tanner said most gun sellers he knows wouldn't sell firearms to an 18-year-old. "The normal person at a gun show won't deal with juveniles of any kind," he said.

He was upset to hear that Clinton and others are proposing additional gun controls. He also objected to the idea of increased regulation of gun shows. "First of all, it's unconstitutional. Secondly, it identifies a class of people who have been persecuted for a number of years, and it's getting pretty severe." Asked if he has a problem with overzealous regulation of guns, he said, "I've had that problem for 70 years." Tanner is 72.

The Tanner show, which regularly leases space at the Merchandise Mart, canceled a show there last weekend, just days after the Columbine High massacre. Because the Merchandise Mart is just outside Denver city limits, the gun show doesn't have to comply with the city's stricter gun control laws, which ban several assault weapons, including the TEC-DC9 used at Columbine High School.

In Congress, Colorado Rep. Diana DeGette, who supports more government regulation of firearms, called it "an eerie coincidence" that weapons from the Columbine High killings apparently were obtained from the Tanner Gun Show.

Last June, one of her staffers purchased the SKS rifle from the same show to demonstrate the ease of obtaining an assault weapon with no record of the purchase.

"They didn't ask for ID. They didn't ask for anything," she said. "They sold it for about $200 cash, no questions asked. These gun shows are a massive loophole to the Brady bill."

In the wake of the Columbine High tragedy, "I think there are two things we need to do," DeGette said. "First, recognize that this is a very deep societal problem, this problem of youth violence. The second thing that we can do on a legislative level is make it harder, and in my opinion nearly impossible, for kids to get their hands on guns."

The 18-year-old Columbine woman questioned by police Monday lives in a brick home at the end of a quiet cul-de-sac in the Stony Creek neighborhood.

Also contributing to this report were Denver Post staff writers Howard Pankratz, Peter G. Chronis, Peggy Lowe, Patricia Callahan, Kevin Simpson and Sean Kelly.

Copyright 1999 The Denver Post. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.



000567
EXHIBIT BBB
2/3

# EXHIBIT CCC



# Gunman kills 12 at 'Dark Knight Rises' screening in Colorado



Tom Sullivan, center, embraces family members after his son, Alex, who celebrated his 27th birthday by going to see "The Dark Knight Rises," was among those killed in the Colorado movie theater shooting. (Barry Gutierrez / Associated Press)

By **Rong-Gong Lin II**

JULY 20, 2012, 6:50 AM

**A**lone 24-year-old masked gunman entered a Colorado movie theater playing the new Batman movie and opened fire early Friday, killing at least 12 people and wounding 50, according to police and local media. The suspect, a white male, was found in the parking lot and did not resist arrest, CNN said.

Witnesses described a chaotic scene, telling television reporters that they were overcome by noxious gas unleashed by the suspect just before he started shooting, and that they had to decide between staying on the ground, helping wounded victims or running away before the gunman was able to reload his weapon. Survivors said they were forced to run past bodies in the aisles and theater.

The gunman was armed with a rifle, a shotgun and two handguns, police said. Cellphone videos show panicked moviegoers running — some screaming — and others with blood visible.

000569
EXHIBIT CCC

The death toll was revised downward from an earlier figure of 14 dead given by police in Aurora, a suburb east of Denver.

Crowds of worried family members and friends were gathering at Denver-area hospitals, hoping to hear about their loved ones. According to images broadcast by local television, some held their heads down, and rocked back and forth as they sat on the sidewalk, as the sun rose.

The shooting came minutes after the 12:05 a.m. premiere showing of the widely anticipated premiere of "The Dark Knight Rises."

## Photos: Dark Knight Rises' shooting

Eyewitnesses said the gunman entered the movie theater through the emergency exit door near the front of the screen in theater No. 9 at the Century 16 in Aurora. A witness, who declined to be identified, told The Times that the gunman then "threw a canister across the theater," unleashing gas, "then started shooting."

The witness said he saw a man two seats over who was shot in the head. "I can't get his image out of my head," the witness wrote in a message. The victim was wearing a shirt bearing the face of the Joker from the Batman series; after he was shot, he slumped back in his chair, his face covered in blood.

Witnesses told Denver's NBC affiliate, KUSA-TV 9News, that the tall, muscular gunman , wearing a riot helmet, gas mask and dressed all in black, said nothing as he entered the theater. Initially, spectators thought he was part of the show.

But witnesses described seeing him toss two canisters to the ground, and once they exploded, spectators began ducking or running out of the theater, an escape made difficult by the blinding gas.

"He looked so calm when he did it," a witness told 9News.

At one point, there was a pause in the shooting, when the gunman appeared to reload his weapon, and some spectators took that opportunity to flee, witnesses told the NBC affiliate. Witnesses described scenes of gunshot victims scrambling to escape the theater.

The Denver TV station played police dispatch audio of first-responders asking operators to ask for gas masks.

Some of the bullets pierced walls and traveled into the adjacent theater, No. 8, and injured people, 9News reported. A 3-month-old baby was taken to the hospital, but was not wounded by gunfire, 9News reported, quoting a hospital spokesperson. The TV station reported that the infant was checked and then released from the hospital.

"This is a horrific event," Aurora police chief Daniel J. Oates told reporters during a news conference. There was no evidence of a second gunman, Oates said.

000570
EXHIBIT CCC   2/3

5/26/2017
Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.710   Page 67 of 105
Aurora, Colorado, shooting leaves 12 dead at 'Dark Knight Rises' - LA Times

The shooting came just after hundreds of theater-goers had lined up for hours, eager to see "The Dark Knight Rises," the third installment of director Christopher Nolan's Batman series.

Oates said 10 people were found dead in the theater.

The suspect was found outside the theater holding a rifle and a handgun, the TV station reported, quoting police.

9News reported that the suspect indicated to police that his apartment building might have explosives, and authorities were evacuating that structure  and searching for possible explosives.

Warner Bros., the studio that produced the movie, said in  a statement: "Warner Bros. is deeply saddened to learn about this shocking incident. We extend our sincere sympathies to the families and loved ones of the victims at this tragic time."

President Obama released the following statement: "My administration will do everything that we can to support the people of Aurora in this extraordinarily difficult time. We are committed to bringing whoever was responsible to justice, ensuring the safety of our people, and caring for those who have been wounded. As we do when confronted by moments of darkness and challenge, we must now come together as one American family. All of us must have the people of Aurora in our thoughts and prayers as they confront the loss of family, friends, and neighbors, and we must stand together with them in the challenging hours and days to come."

Mitt Romney, the presumptive Republican nominee, issued a statement shortly after Obama's saying he and his wife, Ann, were "deeply saddened by the news of the senseless violence."

**RELATED:**

**Obama, Romney express shock and sorrow**

**'Dark Knight Rises' shooting has eerie overtones**

**How will Colorado shootings affect 'Dark Knight Rises' screenings?**

*ron.lin@latimes.com*

*Times staff writers Kathleen Hennessey and David Lauter contributed to this report.*

Copyright © 2017, Los Angeles Times

**This article is related to:** Shootings, Television, Arts and Culture, Entertainment, Television Industry, Barack Obama, Movies

000571
EXHIBIT CCG

# EXHIBIT DDD

000572
EXHIBIT DDD

# Ft. Hood shooter used private, legally-bought pistol in rampage

BY THE ASSOCIATED PRESS
Saturday, November 7, 2009, 3:32 AM



Major Malik Nidal Hasan is blamed for the massacre, which left 13 dead. (GETTY)

WASHINGTON - A 5.7-millimeter pistol used in the Fort Hood shooting was purchased legally by suspect Nidal Hasan at a Texas gun shop, law enforcement officials said Friday.

Army Col. John Rossi, deputy commander at Fort Hood, confirmed at a news conference late Friday in Texas that the two weapons carried by Hasan were not military arms, but "privately owned weapons ... purchased locally."

He said more than 100 rounds were fired during the attack.

Records indicate Hasan bought the FN 5.7 at store called "Guns Galore" in Killeen, Texas, in recent months and that gun was used in the attack that left 13 people dead, one of the officials said. The pistol has been dubbed a "cop killer" by those who have tried to stop its use.

The law enforcement officials spoke on condition of anonymity because they were not authorized to discuss the case.

One of the law enforcement officials said that the second gun was an older model Smith & Wesson .357-caliber revolver, but the official added there's nothing so far to indicate the second weapon was fired. The official said the revolver was so old, investigators doubt it could be traced to a specific purchase.

The most powerful type of ammunition for the FN 5.7 gun is available only to law enforcement and military personnel. Gun control advocates call it a "cop killer" weapon because that ammo can pierce bulletproof vests, and its use by Mexican drug cartels worries police.

It is not clear what kind of ammunition was used in the Fort Hood attack.

Agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives, as well as the Texas Rangers have interviewed store personnel about Hasan's gun purchase. One official said the store records do not indicate Hasan purchased any ammo when he bought the gun.

© 2016 New York Daily News

000573

EXHIBIT DDD

# EXHIBIT EEE

000574
EXHIBIT EEE

NEWS ALERT       ✕

Hillary Clinton tells Wellesley College graduates: You face a full-fledged assault on truth. Watch CNN

U.S. +       | Live TV |



**Gun sales surge after school shooting** 02:11

## Story highlights

Police: Newtown, Connecticut, gunman came to school grounds with four weapons

Guns included a shotgun, an AR-15 rifle, a Glock 10 mm and a Sig Sauer 9 mm

Lanza used numerous 30-round magazines to load his rifle, police say

The shotgun was found in Lanza's parked car, police say

Adam Lanza brought three weapons inside Sandy Hook Elementary school on December 14 and left a fourth in his car, police said. Those weapons were a Bushmaster AR-15 rifle and two handguns -- a Glock 10 mm and a Sig Sauer 9 mm.

In the car he left a shotgun, about which police have offered no details. Lanza used one of the handguns to take his own life, although police haven't said whether the gun was the Glock or the Sig Sauer.

In fact many details remain unknown about the weapons Lanza used that day to kill 20 children, his own mother, six other adults and then himself. Here's what is known so far:

**Bushmaster AR-15 rifle**

The primary weapon used in the attack was a "Bushmaster AR-15 assault-type weapon," said Connecticut State Police Lt. Paul Vance. The rifle is a Bushmaster version of a widely made AR-

15, the civilian version of the M-16 rifle used by the U.S. military. The original M-16 patent ran out years ago, and now the AR-15 is manufactured by several gunmakers. Unlike the military version, the AR-15 is a semiautomatic,

000575
EXHIBIT EEE

**NEWS ALERT**     ✕

Hillary Clinton tells Wellesley College graduates: You face a full-fledged assault on truth. Watch CNN

U.S. +     | Live TV |



**Related Video:** School allows teachers to carry guns 01:58



**Related Video:** Huge turnout for gun buyback 01:46



**Related Video:** America's history with guns 03:03

Lanza used. A typical Bushmaster rifle, such as the M4 model, comes with a 30-round magazine but can use magazines of various capacities from five to 40 rounds. An M4 weighs about 6 ½ pounds and retails for about $1,300.

Under the 1994 federal ban on such weapons, buying some variants of new AR-15s was against the law. The ban expired in 2004.

Bushmaster is the No. 1 supplier of AR-15 rifles in the United States, according to the company website.

Their weapons are used by more than 100 police departments and by the militaries of 50 nations, according to Bushmaster. Private citizens use them for "hunting, recreation, competition and home defense and security," the website says.

Gun control: 'This one feels different'

**Glock 10 mm handgun**

Police haven't said what kind of Glock 10 mm handgun Lanza used. But Glock lists two types on its website, including the Glock 20 and Glock 29.

Lanza had "multiple magazines" for the Glock, Vance said. Such magazines are widely available.

The Glock 20 model has a 15-round magazine. Glock describes it as an ideal weapon for hunting because of its larger bullets, referred to as the ammunition's caliber.

The Glock 20 measures nearly 8 ¼ inches long and weighs about 2 ½ pounds when loaded, according to Glock's website.

Guns and Ammo magazine said of Glocks: "They point naturally, their triggers aren't too heavy ... but most importantly of all, they're reliable."

**Sig Sauer 9 mm handgun**

The other handgun police said Lanza had with him during the school massacre was a Sig Sauer. Authorities didn't say what kind, but possibilities include the P226, P229 or P250, P290, and if it was an older pistol, possibly the P220. The 9 mm P220 is no longer sold in the United States

Like the Glock, Lanza's Sig Sauer also allowed a high-capacity magazine, Vance said. Lanza used "multiple magazines" that are widely available to feed ammunition to the Sig Sauer, Vance said. Sig Sauer makes a 9 mm

000570

EXHIBIT EEE 2/5

**NEWS ALERT** ✕

Hillary Clinton tells Wellesley College graduates: You face a full-fledged assault on truth. Watch CNN

U.S. +

Live TV



**Related Video:** Conn. Police: We have to be sensitive 03:37

They can be found cheaper at some gun shops.

The Handguns magazine website says of the P226: "Adopted by the [Navy] SEALs nonetheless, it has proven to be durable, reliable, accurate and adaptable. What it has not had a reputation for is compactness."

Read more: Will Newtown change America's attitude toward guns?



**Related Video:** Investigation to be 'long, painstaking' 05:19



**Related Video:** Australia's reaction to mass shootings 06:45

**Paid Content**

Recommended by

000577

EXHIBIT EEE 3/5

**NEWS ALERT**                                                                    ✕

Hillary Clinton tells Wellesley College graduates: You face a full-fledged assault on truth. Watch CNN

U.S. **+**                                                                  | Live TV |



### Teen Vanishes From County Fair. But 30 Years Later, His Family Discovers The Truth.
*LifeDaily*



### These Chicken Recipes are Spreading like Wildfire in USA
*Marley Spoon*



### What Did People Eat in the 1800s?
*Ancestry*



### Don't Do It Yourself - Hire A Professional For Your Home Projects
*HomeAdvisor*



### Homeowners Who Have Not Missed A Payment in 3 Years Are In For A Big Surprise
*FetchRate*



### Get an A/C for Cheap
*Modernize*

**Paid Content**                              **More from CNN**

This Tween Was Called The Most Beautiful Girl In The World. Here... *Scribol*

Family who sued after a boy's clock was mistaken for a bomb sees...

Man In Coma For 12 Years Wakes Up And Reveals Horrifying Secret *LifeDaily*

Police make arrest in unsolved killings of 8 members of Ohio...

The Brand New Ford Explorer Has Car Manufacturers Worried *Check.In*

Inmate who lived upstanding life after he was mistakenly freed...

Michael Jordan Purchases Worlds Most Expensive Jet, "The SkyHawk" *Travelwhip*

Bucks Kiss Cam Gets Painfully Awkward When a Fan Is Shown with...

Recommended by



EXHIBIT EEE

**NEWS ALERT**                                                                                    ✕

Hillary Clinton tells Wellesley College graduates: You face a full-fledged assault on truth. Watch CNN

U.S. +                                                          | Live TV |

# Man behind Ice Bucket Challenge drowning in bills

0 comments

**Sign in**

**Newest | Oldest | Hot Threads**

Powered by Livefyre

**Paid Links**

Low Cost Franchise Opportunities          Online PhD Degrees

Best Car Insurance Companies               Invest in Silver ETFs

Fleet Cars for Sale                                Big Data Analytics

Best Lotion for Dry Skin                         Makeup for Aging Skin

000579
EXHIBIT EEE   5/5

# EXHIBIT FFF

000580
EXHIBIT FFF

# Chapter VIII
# MASS MURDER AT NORRIS HALL

Many police were on campus in the 2 hours following the first incident, most at West Ambler Johnston residence hall but others at a command center established for the first incident. Two emergency response teams (ERTs) were positioned at the Blacksburg Police Department (BPD) headquarters, and a police captain was with the Virginia Tech Policy Group acting as liaison.

Cho left the post office about 9:01 a.m. (the time on his mailing receipt). He proceeded to Norris Hall wearing a backpack with his killing tools. He carried two handguns, almost 400 rounds of ammunition most of which were in rapid loading magazines, a knife, heavy chains, and a hammer. He wore a light coat to cover his shooting vest. He was not noticed as being a threat or peculiar enough for anyone to report him before the shooting started.

In Norris Hall, Cho chained shut the pair of doors at each of the three main entrances used by students. Figure 7 shows one such entrance. The chaining had the dual effect of delaying anyone from interrupting his plan and keeping victims from escaping. After the Norris Hall incident, it was reported to police that an Asian male wearing a hooded garment was seen in the vicinity of a chained door at Norris Hall 2 days before the shootings, and it may well have been Cho practicing. Cho may have been influenced by the two Columbine High School killers, whom he mentioned in his ranting document sent to NBC News and previously in his middle school writings. He referred to them by their first names and clearly was familiar with how they had carried out their scheme.

On the morning of April 16, Cho put a note on the inside of one set of chained doors warning that a bomb would go off if anyone tried to remove the chains. The note was seen by a faculty member, who carried it to the Engineering



**Figure 7. One of the Main Entrances to Norris Hall**

School dean's office on the third floor. This was contrary to university instructions to immediately call the police when a bomb threat is found. A person in the dean's office was about to call the police about the bomb threat when the shooting started. A handwriting comparison revealed that Cho wrote this note, but that he had not written bomb threat notes found over the previous weeks in three other buildings. Those threats, which led to the evacuation of the three buildings, proved to be false. That may have contributed to the Cho note not being taken seriously, even though found on a chained door.

The usual VTPD protocol for a bomb threat that is potentially real is to send officers to the threatened building and evacuate it. Had the Cho bomb threat note been promptly reported prior to the

000581
EXHIBIT FFF

# EXHIBIT GGG

000582
EXHIBIT GGG

# Isla Vista shooting: Read Elliot Rodger's graphic, elaborate attack plan



A picture released by the Santa Barbara County Sheriff's Department showing 22-year old Elliot Rodger, suspected of going on a rampage that killed seven people including himself at the Santa Barbara County student community of Isla Vista. (MICHAEL NELSON / EPA)

By **Richard Winton, Rosanna Xia and Rong-Gong Lin II**

---

**SHARE THIS**      

Elliot Rodger, the suspect in a rampage at UC Santa Barbara, wrote a 137-page outline of his plans to kill

---

MAY 25, 2014, 10:37 AM

lliot Rodger, the suspect in a rampage near UC Santa Barbara, outlined his intentions in a 137-page document that he sent Friday night, shortly before the killings, to someone he knew from an online body building forum.

The document was forwarded to KEYT-TV Channel 3 in Santa Barbara, which provided a copy to The Times.

WARNING: The document contains graphic language.

000583
EXHIBIT GGG 1/13

**[The plan]**

After going through every single fantasy I had about how I would punish my enemies, I started to detail all of my exact plans for how the Day of Retribution will play out.

On the day before the Day of Retribution, I will start the First Phase of my vengeance: Silently killing as many people as I can around Isla Vista by luring them into my apartment through some form of trickery. The first people I would have to kill are my two housemates, to secure the entire apartment for myself as my personal torture and killing chamber.

# "
# The first people I would have to kill are my two housemates.

— Elliot Rodger

After that, I will start luring people into my apartment, knock them out with a hammer, and slit their throats. I will torture some of the good looking people before I kill them, assuming that the good looking ones had the best sex lives.

All of that pleasure they had in life, I will punish by bringing them pain and suffering. I have lived a life of pain and suffering, and it was time to bring that pain to people who actually deserve it. I will cut them, flay them, strip all the skin off their flesh, and pour boiling water all over them while they are still alive, as well as any other form of torture I could possibly think of.

When they are dead, I will behead them and keep their heads in a bag, for their heads will play a major role in the final phase. This First Phase will represent my vengeance against all of the men who have had pleasurable sex lives while I've had to suffer. Things will be fair once I make them suffer as I did. I will finally even the score.

The Second Phase will take place on the Day of Retribution itself, just before the climactic massacre.

The Second Phase will represent my War on Women. I will punish all females for the crime of depriving me of sex. They have starved me of sex for my entire youth, and gave that pleasure to other men. In doing so, they took many years of my life away.

I cannot kill every single female on earth, but I can deliver a devastating blow that will shake all of them to the core of their wicked hearts. I will attack the very girls who represent everything I hate in the female gender: The hottest sorority of UCSB.

After doing a lot of extensive research within the last year, I found out that the sorority with the most beautiful girls is Alpha Phi Sorority. I know exactly where their house is, and I've sat outside it in my car to stalk them

000584
EXHIBIT GGG 2/13

many times. Alpha Phi sorority is full of hot, beautiful blonde girls; the kind of girls I've always desired but was never able to have because they all look down on me.

They are all spoiled, heartless, wicked bitches. They think they are superior to me, and if I ever tried to ask one on a date, they would reject me cruelly. I will sneak into their house at around 9:00 p.m. on the Day of Retribution, just before all of the partying starts, and slaughter every single one of them with my guns and knives.

If I have time, I will set their whole house on fire. Then we shall see who the superior one really is!

The Final Phase of the Day of Retribution will be my ultimate showdown in the streets of Isla Vista.

On the morning before, I will drive down to my father's house to kill my little brother, denying him of the chance to grow up to surpass me, along with my stepmother ... as she will be in the way. My father will be away on one of his business trips, so thankfully I won't have to deal with him.

If he didn't go away on that trip, I might even have to postpone the whole plan because of my fear that I might hesitate if I have to kill him. Once I've taken care of my brother and stepmother, I will switch over to the Mercedes SUV, and drive it back up to Isla Vista. I will use it as one of my killing machines against my enemies. An SUV will cause a lot more damage than my BMW coupe.

After I have killed all of the sorority girls at the Alpha Phi House, I will quickly get into the SUV before the police arrive, assuming they would arrive within 3 minutes.

I will then make my way to Del Playa, splattering as many of my enemies as I can with the SUV, and shooting anyone I don't splatter. I can only imagine how sweet it will be to ram the SUV into all of those groups of popular young people who I've always witnessed walking right in the middle of the road as if they are better than everyone else. When they are writhing in pain, their bodies broken and dying after I splatter them, they will fully realize their crimes.

Once I reach Del Playa Street, I will dump the bag of severed heads I had saved from my previous victims, proclaiming to everyone how much I've made them all suffer. Once they see all of their friend's heads roll onto the street, everyone will fear me as the powerful god I am. I will then start massacring everyone on Del Playa Street.

I will pull up next to a house party and fire bullets at everyone partying on the front yard. I will specifically target the good looking people, and all of the couples. After I have destroyed a house party, I will continue down Del Playa, destroying everything and everyone. When I see the first police car come to their rescue, I will drive away as fast as I can, shooting and ramming anyone in my path until I find a suitable place to finally end my life.

To end my life, I will quickly swallow all of the Xanax and Vicodin pills I have left, along with an ample amount of hard liquor. Immediately after imbibing this mixture, I will shoot myself in the head with two of my

handguns simultaneously. If the gunshots don't kill me, the deadly drug mixture eventually will. I will not suffer being captured and sent to prison.

I must plan this very efficiently. Nothing can go wrong. It needs to be perfect. This is now my sole purpose on this world. My plans will come to fruition, and I mustn't let anyone stop me.

On the week leading up to date I set for the Day of Retribution, I uploaded several videos onto Youtube in order to express my views and feelings to the world, though I don't plan on uploading my ultimate video until minutes before the attack, because on that video I will talk about exactly why I'm doing this. ...

After only a week passed since I uploaded those videos on Youtube, I heard a knock on my apartment door. I opened it to see about seven police officers asking for me.

As soon as I saw those cops, the biggest fear I had ever felt in my life overcame me.

I had the striking and devastating fear that someone had somehow discovered what I was planning to do, and reported me for it.

If that was the case, the police would have searched my room, found all of my guns and weapons, along with my writings about what I plan to do with them. I would have been thrown in jail, denied of the chance to exact revenge on my enemies. I can't imagine a hell darker than that. Thankfully, that wasn't the case, but it was *so close*.

Apparently, someone saw my videos and became instantly suspicious of me. They called some sort of health agency, who called the police to check up on me.

The police told me it was my mother who called them, but my mother told me it was the health agency. My mother had watched the videos and was very disturbed by them. I don't suppose I'll ever know the full truth of who called the police on me.

The police interrogated me outside for a few minutes, asking me if I had suicidal thoughts. I tactfully told them that it was all a misunderstanding, and they finally left. *If they had demanded to search my room...* That would have ended everything. For a few horrible seconds I thought it was all over. When they left, the biggest wave of relief swept over me. It was so scary.

It was all because of the videos. I must have expressed too much anger in them.

I immediately took most of them off of Youtube, and planned to reupload them a few days before the Day of Retribution.

This incident made me realize that I needed to be extra careful. I can't let anyone become suspicious of me. All it takes is for one person to call the police and tell them that they think I'm going to perpetrate a shooting, and the police will be coming to my door again, demanding to search my room.

000586
EXHIBIT GGG

For the next few days, I felt extremely fearful that they could show up anytime. I kept one of my handguns with a few loaded magazines near me just in case such a thing did happen. If they did show up, I would have to try to quickly shoot them all and escape out the back window. I would then have to perform a hasty mockery of my plans, with the police on my tail. That will ruin everything. Thankfully, all suspicion of me was dropped after I took down the videos from Youtube, and the police never came back.

During the last few weeks of my life, I continued my daily adventures around town, trying to experience as much of the world as I could before I die.

### [On purchasing his first gun]

My first act of preparation was the purchase my first handgun. I did this quickly and hastily, at a local gun shop called Goleta Gun and Supply. I had already done some research on handguns, and I decided to purchase the Glock 34 semiautomatic pistol, an efficient and highly accurate weapon. I signed all of the papers and was told that my pickup day was in mid-December.

After I picked up the handgun, I brought it back to my room and felt a new sense of power. I was now armed. *Who's the alpha male now, bitches*

### [On buying additional weapons]

I had enough extra money saved up to live comfortably and indulgently before I die. I didn't spend all of it though, for I still needed supplies that were vital to my plans. First, I needed to buy a third handgun, just in case one of them jams. I needed two working handguns at the same time, as that was how I planned to commit suicide; with two simultaneous shots to the head. I also needed to buy magazine clips and ammunition, as well as knives and carrying cases for my equipment.

### [On interracial relationships]

How could an inferior, ugly black boy be able to get a white girl and not me? I am beautiful, and I am half white myself. I am descended from British aristocracy. *He* is descended from slaves. I deserve it more. I tried not to believe his foul words, but they were already said, and it was hard to erase from my mind. If this is actually true, if this ugly black filth was able to have sex with a blonde white girl at the age of thirteen while I've had to suffer virginity all my life, then this just proves how ridiculous the female gender is. They would give themselves to this filthy scum, but they reject *ME?* The injustice!

### [On Santa Barbara]

So far, Santa Barbara was not working. I dreaded how horrible it would be to continue suffering my miserable, lonely, celibate life in such a beautiful city where everyone else experienced the pleasures of sex and love. That would be the darkest hell. And that was exactly what was in store for me.

### [The sight of an attractive couple 'caused a scar']

000587
EXHIBIT GGG 5/13

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.727   Page 84 of 105

On one of my very last days as a teenager, as I was sitting at my usual place at the food court outside Domino's, I saw a sight that shattered my heart to pieces. A tall, blonde, jock-type guy walked into one of the restaurants, and at his side was one of the sexiest girls I had ever seen. She too was tall and blonde. They were both taller than me, and they kissed each other passionately. They made me feel so inferior and worthless and small. I glared at them with intense hatred as I sat by myself in my lonely misery. I could never have a girl like *that*. The sight was burned into my memory, and it caused a scar that will haunt me forever.

**[Women are drawn 'to the wrong type of male']**

When I dropped my college classes, I crossed a threshold that I knew existed, but never actually believed I would cross. It completely ended all hope I had of living a desirable life in Santa Barbara. I realized that I would be a virgin forever, condemned to suffer rejection and humiliation at the hands of women because they don't fancy me, because their sexual attractions are flawed.

They are attracted to the wrong type of male. I always mused to myself that I would rather die than suffer such an existence, and I knew that if it came to that, I would exact my revenge upon the world in the most catastrophic way possible. At least then, I could die knowing that I fought back against the injustice that has been dealt to me.

Thinking about for a long time: Ever since my life took a very dark turn at the age of seventeen, I often had fantasies of how malevolently satisfying it would be to punish all of the popular kids and young couples for the crime of having a better life than me. I dreamed of how sweet it would be to torture or kill every single young couple I saw.

**[On planning a 'Day of Retribution']**

Then I came up with a name for this after I saw all of the good looking young couples walking around my college and in the town of Isla Vista. I named it the Day of Retribution.

It would be a day in which I exact my ultimate retribution and revenge on all of the hedonistic scum who enjoyed lives of pleasure that they don't deserve. If I can't have it, I will destroy it. I will destroy all women because I can never have them. I will make them all suffer for rejecting me. I will arm myself with deadly weapons and wage a war against *all women and the men they are attracted to*. And I will slaughter them like the animals they are.

If they won't accept me among them, then they are my enemies. They showed me no mercy, and in turn I will show them no mercy. The prospect will be so sweet, and justice will ultimately be served. And of course, I would have to die in the act to avoid going to prison.

That is when I realized that this threshold existed, and if I crossed it, I will have to carry out this Day of Retribution.

**[On losing a friend]**

000588
EXHIBIT GGG 6/13

He blatantly said he didn't want to be friends anymore. He didn't even deign to tell me why. After he said the fateful words, he refused to talk to me ever again. That was the last time I ever spoke to him.

It was the ultimate betrayal. I thought he was the one friend I had in the whole world who truly understood me, who truly understood my views and the reasons why I thought the way I did about the world.

My situation was indeed horrible. I couldn't leave the house without seeing a young couple walking around somewhere. Everywhere I went, I was all by myself, while other young people had friends and girlfriends. I was ashamed to show myself to the world. Even though I wore expensive designer clothes, what was the point if girls still weren't attracted to me? No one respects a man who is unable to get a woman.

**['If only one girl had given me a chance']**

I wanted answers. I wanted to know why it had to come to this. If only *one* pretty girl had shown some form of attraction to me, the Day of Retribution would never happen. I'd never even consider it. The Day of Retribution is mainly my war against women for rejecting me and depriving me of sex and love. If only one girl had given me a chance, tried to get to know me, let me take her out on a date.

**[An exchange of insults at a party leads to 'a truly horrific' beating]**

They only laughed at me and started insulting me back. That was the last straw, I had taken enough insults that night. A dark, hate-fueled rage overcame my entire being, and I tried to push as many of them as I could from the 10-foot ledge. My main target was the girls. I wanted to punish them for talking to the obnoxious boys instead of me.

It was one of the most foolish and rash things I ever did, and I almost risked everything in doing it, but I was so drunk with rage that I didn't care. I failed to push any of them from the ledge, and the boys started to push me, which resulted in me being the one to fall onto the street. When I landed, I felt a snap in my ankle, followed by a stinging pain. I slowly got up and found that I couldn't even walk. I had to stumble, and stumble I did. I tried to get away from there as fast as I could.

As I stumbled a few yards down Del Playa with my shattered leg, I realized that someone had stolen my Gucci sunglasses that my mother had given me. I loved those sunglasses, and had to get them back. I vehemently turned around and staggered back towards the party. At that point, I was so drunk that I forgot where the party was, and ended up walking onto the front yard of the house next to it, demanding to know who took my sunglasses. The people in this house must have been friends with the ones I previously fought with, for they greeted me with vicious hostility. They called me names ... typical things those types of scumbags would say.

A whole group of the obnoxious brutes came up and dragged me onto their driveway, pushing and hitting me. I wanted to fight and kill them all. I managed to throw one punch toward the main attacker, but that only caused them to beat me even more. I fell to the ground where they started kicking me and punching me in the face. Eventually, some other people from the street broke up the fight. I managed to have the strength to stand up and stagger away.

000589
EXHIBIT GGG 7/13

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.729   Page 86 of 105

It was the first time in my life that I had been truly beaten up physically to the point where my face was bruised up. I had suffered a lot of bullying in my life, but most of it wasn't physical. I had never been beaten and humiliated that badly. Everyone in Isla Vista saw what happened, and it was truly horrific.

The worst part of this whole ordeal was not getting beaten up, oh no. It was the fact that no one showed any concern. There was only one group who helped me to the end of Del Playa, but after that they abandoned me.

Not one girl offered to help me as I stumbled home with a broken leg, beaten and bloody. If girls had been attracted to me, they would have offered to walk me to my room and take care of me. They would have even offered to sleep with me to make me feel better. But no, not one girl showed an ounce of concern for me. They didn't care. No one cared about me. I was all alone. ....

Two police did interview me, and I told them that those boys deliberately pushed me off of the ledge after I acted "cocky" towards them. I didn't mention the girls at all. I expressed to the police of my wishes that they should all be punished for this. The police then went to interview them, and they had their own version of the story. Since there was no actual evidence, the whole case was shortly dismissed.

**['A car hierarchy']**

To make me feel more confident, my mother provided me with a better car to drive in Santa Barbara, a BMW 3 series Coupe. I had always wanted this, since I cared a lot about my appearance. I had been asking my parents for a more upper-class car ever since I found out that there was a car hierarchy, and that some students at my college drove better cars than others. Now I was one of the students with a better, high-class car.

**[How his injury delayed the rampage]**

My broken leg was a setback, of course. Even with surgery, I'd have to be in crutches for six weeks, and even after that it would take a while to be able to walk normally again. I figured I won't be walking normally until October. There was no way I'd be well enough to prepare for the Day of Retribution by November. There was too little time. I made a new plan to set the ultimate and final date for the Day of Retribution to be at the end of the Spring of 2014. This would give me plenty of time to prepare.

**[A cold postponed the rampage again]**

As April 26th drew ever closer, I prepared myself to the fullest extent. All I had left to do was finish writing this story and film my final video. But then, on Thursday, April 24th, I woke up with a terrible cold. I rarely ever get colds! I've always had a strong immune system. It was as if fate itself was trying to stop me from doing it. But what other reason do I have for living? Alas, there was no way I could carry out my plans if I had a cold. Everything had to be perfect. In addition, I found out that father had arrived home two days earlier than he originally said he would, so if I had indeed went forth with my plans, I would have had to kill my father, which I wouldn't be mentally prepared for.

I hastily decided to postpone it .... I would definitely be fully recovered from my cold by then.

000590
EXHIBIT GGG 8/13

**[How he chose this weekend]**

There is no postponing it anymore, no backing out. If I don't do this, then I only have a future filled with more loneliness and rejection ahead of me, devoid of sex, love, and enjoyment. I have to do it. It's the only thing I can do. May 24th, is the absolute last weekend in the Spring semester in which I can carry out this plan efficiently. After May 24th, the Spring semester at SBCC [Santa Barbara City College] will end, and all of the SBCC students will go back to their hometowns, which means less enemies to kill in Isla Vista. Sure, UCSB would still be in session, but I want to kill both UCSB and SBCC students. The Day of Retribution is my sole purpose on this world, and I am ready.

**[On his birth and family background]**

On the morning of July 24th, 1991, in a London hospital, I was born. I breathed in the first breath of

life as I entered this world, weighing only 5.4 pounds. My parents must have been filled with happiness

and pride that day. They had just witnessed the birth of their first child, and they named me Elliot Oliver Robertson Rodger.

I was born to young parents. My father, Peter Rodger, was only 26 when he impregnated my mother, Chin, who was 30. Peter is of British descent, hailing from the prestigious Rodger family; a family that was once part of the wealthy upper classes before they lost all of their fortune during the Great Depression.

My father's father, George Rodger, was a renowned photojournalist who had taken very famous photographs during the Second World War, though he failed to reacquire the family's lost fortune. My mother is of Chinese descent. She was born in Malaysia, and moved to England at a young age to work as a nurse on several film sets, where she became friends with very important individuals in the film industry.

**[On his parents' divorce]**

Very shortly after my seventh birthday, the news came. I believe it was my mother who told me that she and my father were getting a divorce; my mother, who only a few months before told me that sucha thing will never happen. I was absolutely shocked, outraged, and above all, overwhelmed. This was a huge life-changing event.

My father was to stay at the round house, and my mother would move to another smaller house in Topanga. It was arranged that me and my sister will mostly be living with our mother, and we would go to father's house on the weekends. My father was required to pay child support to my mother so that she can look after us.

My life would change forever after this. The family I grew up with has split in half, and from then on I would grow up in two different households. I remember crying. All the happy times I spent with my mother and father as a family were gone, only to remain in memory. It was a very sad day. Just like the move to the U.S., it would be like starting a whole new life with a new routine. ...

000591
EXHIBIT GGG    9/13

Case 3:17-cv-01017-BEN-JLB   Document 6-7   Filed 05/26/17   PageID.731   Page 88 of 105

Because of my father's acquisition of a new girlfriend, my little mind got the impression that my father was a man that women found attractive, as he was able to find a new girlfriend in such a short period of time from divorcing my mother. I subconsciously held him in higher regard because of this. It is very interesting how this phenomenon works... that males who can easily find female mates garner more respect from their fellow men, even children. How ironic is it that my father, one of those men who could easily find a girlfriend, has a son who would struggle all his life to find a girlfriend.

## ['Feelings of inferiority']

The first frustration of the year, which would remain for the rest of my life, was the fact that I was very short for my age. As Fourth Grade started, it fully dawned on me that I was the shortest kid in my class – even the girls were taller than me. In the past, I rarely gave a thought to it, but at this stage I became extremely annoyed at how everyone was taller than me, and how the tallest boys were automatically respected more.

It instilled the first feelings of inferiority in me, and such feelings would only grow more volatile with time.... When I played basketball at school, some boys would join me, and when they did I saw that they were much better at the sport than me. I envied their ability to throw the ball at double the distance than I could. This made me realize that along with being short, I was physically weak compared to other boys my age. Even boys younger than me were stronger. This vexed me to no end.

By nature, I am a very jealous person, and at the age of nine my jealous nature sprung to the surface. During play dates, [a friend] would have other friends over as well, and I would feel very jealous and upset when he paid more attention to them. Feeling left out, I would find a quiet corner and start crying.

...Jealousy and envy... those are two feelings that would dominate my entire life and bring me immense pain. The feelings of jealousy I felt at nine-years-old were frustrating, but they were nothing compared to how I would feel once I hit puberty and have to watch girls choosing other boys over me. Any problem I had at nine-years-old was nirvana compared to what I was doomed to face.

I also started to examine myself and compare myself to these "cool kids". I realized, with some horror, that I wasn't "cool" at all. I had a dorky hairstyle, I wore plain and uncool clothing, and I was shy and unpopular.

I was always described as the shy boy in the past, but I never really thought my shyness would affect me in a negative way, until this point. ...This revelation about the world, and about myself, really decreased my self-esteem. On top of this was the feeling that I was different because I am of mixed race. I am half White, half Asian, and this made me different from the normal fully-white kids that I was trying to fit in with.

I envied the cool kids, and I wanted to be one of them. I was a bit frustrated at my parents for not shaping me into one of these kids in the past. They never made an effort to dress me in stylish clothing or get me a good-looking haircut. I had to make every effort to rectify this. I had to adapt.

My first act was to ask my parents to allow me to bleach my hair blonde. I always envied and admired blonde-haired people, they always seemed so much more beautiful.

000592
EXHIBIT GGG 10/13

My parents agreed to let me do it, and father took me to a hair salon on Mulholland Drive in Woodland Hills. Choosing that hair salon was a bad decision, for they only bleached the top of my head blonde. When I indignantly questioned why they didn't make all of my hair blonde, they said that I was too young for a full bleaching. I was furious.

I thought I looked so silly with blonde hair at the top of my head and black hair at the sides and back. I dreaded going to school the next day with this weird new hair.

When I arrived at school the next day, I was intensely nervous. Before class started, I stood in a corner frantically trying to figure out how I would go about revealing this to everyone. ... My new hair turned out to be quite a spectacle, and for a few days I got a hint of the attention and admiration I so craved.

## [On Asian Americans]

There were about one hundred people at that party, and everyone was socializing with a group of friends except for me. I walked around in my drunken confidence for a few moments, helped myself to the beer they had, and tried to act like a normal party-goer.

I soon became frustrated that no one was paying any attention to me, particularly the girls. I saw girls talking to other guys who looked like obnoxious slobs, but none of them showed any interest in me. As my frustration grew, so did my anger. I came across this Asian guy who was talking to a white girl.

The sight of that filled me with rage. I always felt as if white girls thought less of me because I was half-Asian, but then I see this white girl at the party talking to a full-blooded Asian. I never had that kind of attention from a white girl! And white girls are the only girls I'm attracted to, especially the blondes.

*How could an ugly Asian attract the attention of a white girl, while a beautiful Eurasian like myself never had any attention from them?* I thought with rage.

I glared at them for a bit, and then decided I had been insulted enough. I angrily walked toward them and bumped the Asian guy aside, trying to act cocky and arrogant to both the boy and the girl. My drunken state got the better of me, and I almost fell over to the floor after a few minutes of this.

They said something along the lines that I was very drunk and that I needed to get some water, so I angrily left them and went out to the front yard, where the main partying happened. Rage fumed inside me as I realized that I just walked away from that confrontation, so I rushed back into the house and spitefully insulted the Asian before walking outside again.

I stood awkwardly in the front yard for a bit, realizing how pathetic I looked all by myself when everyone was partying around me. To calm down, I climbed up onto a wooden ledge that bordered the street and plunged down on one of the chairs there.

000593
EXHIBIT GGG

Isla Vista was at its wildest state at that time, and I saw lots of guys walking around with hot blonde girls on their arm. It fueled me with rage, as it always had. I should be one of those guys, but no blonde girls gave me that chance.

**[On his housemates]**

Two new housemates moved into my apartment for the Autumn semester. They were two foreign Asian students who attended UCSB. These were the biggest nerds I had ever seen, and they were both very ugly with annoying voices. ...

These two new ones were utterly repulsive, and one of them had a very rebellious demeanor about him. He went out of his way to start arguments with me whenever I raised the issue of the noise he made. ...

I knew that when the Day of Retribution came, I would have to kill my housemates to get them out of the way. If they were pleasant to live with, I would regret having to kill them, but due to their behavior I now had no regrets about such a prospect. In fact, I'd even enjoy stabbing them both to death while they slept.

**[On being bullied]**

After being bullied so much in Eighth and Ninth Grade, I became more shy and timid than I ever was in my life. I felt very small, weak, and above all, worthless. I cried by myself at school every day.

**[Conclusion]**

I am not part of the human race. Humanity has rejected me. The females of the human species have never wanted to mate with me, so how could I possibly consider myself part of humanity? Humanity has never accepted me among them, and now I know why. I am more than human. I am superior to them all. I am Elliot Rodger... Magnificent, glorious, supreme, eminent... Divine! I am the closest thing there is to a living god. Humanity is a disgusting, depraved, and evil species. It is my purpose to punish them all. I will purify the world of everything that is wrong with it. On the Day of Retribution, I will truly be a powerful god, punishing everyone I deem to be impure and depraved.

Copyright © 2017, Los Angeles Times

---

**UPDATES**

**10:37 a.m.:** This post has been updated to expand the "Feelings of Inferiority" section, and add "On Asian Americans" and "On his housemates."

**This article is related to:** Crime, Law Enforcement, Homicide, Shootings, Laws and Legislation, Firearms, Unrest, Conflicts and War

000594
EXHIBIT GGG   12/13

# EXHIBIT HHH

Coordinates: 34.412°N 119.859°W

# 2014 Isla Vista killings

From Wikipedia, the free encyclopedia

On May 23, 2014, in Isla Vista, California, 22-year-old Elliot Rodger killed six people and injured fourteen others near the campus of University of California, Santa Barbara, before taking his own life.

The attack began when Rodger stabbed three men to death in his apartment. Afterwards, he drove to a sorority house and shot three female students outside, killing two. He drove to a nearby deli and shot to death a male student who was inside. He began to speed through Isla Vista, shooting and wounding several pedestrians and striking several others with his car. Rodger exchanged gunfire with police twice during the attack, receiving a non-fatal gunshot to the hip. The rampage ended when his car crashed into a parked vehicle and came to a stop. Police found him dead in the car with a self-inflicted gunshot wound to the head.

Before driving to the sorority house, Rodger uploaded to YouTube a video titled "Elliot Rodger's Retribution", in which he outlined details of his upcoming attack and his motives. He explained that he wanted to punish women for rejecting him and that he envied sexually-active men so wanted to punish them for their sexual activity.

After uploading the video, Rodger e-mailed a lengthy autobiographical manuscript to some of his acquaintances and family members. The document, titled "My Twisted World: The Story of Elliot Rodger", was made available on the Internet and became widely known as his manifesto. In it, he described his childhood, family conflicts, frustration over not being able to find a girlfriend, his hatred of women, his contempt for racial minorities and interracial couples, and his plans for what he described as "retribution".

---

## 2014 Isla Vista killings



Isla Vista (southern California)

| | |
|---|---|
| **Location** | Isla Vista, California United States |
| **Coordinates** | 34.412°N 119.859°W |
| **Date** | May 23, 2014 ~9:27 p.m. (UTC−8:00) |
| **Target** | UCSB students |
| **Attack type** | Spree killing, murder–suicide, drive-by shooting, stabbing, vehicular assault |
| **Weapons** | Two knives Glock 34 handgun Two SIG Sauer P226 handguns BMW 328i Coupé |
| **Deaths** | 7 (including the perpetrator) |
| **Non-fatal injuries** | 14 (7 by gunfire, 7 struck by motor vehicle) |
| **Victims** | *List of Victims in the 2014 Isla Vista Killings* |
| **Perpetrator** | Elliot Rodger |
| **Motive** | Revenge for perceived sexual and social rejection |

---

# Contents

- 1 Events
    - 1.1 Preparation
    - 1.2 Attacks
    - 1.3 Aftermath
- 2 Victims
    - 2.1 Fatalities
    - 2.2 Survivors
- 3 Perpetrator
    - 3.1 Early life and education
    - 3.2 Mental health and social problems

000596
EXHIBIT HHH 1/21

# EXHIBIT III

000597
EXHIBIT III

Coordinates: 43.2888°N 123.3320°W

# Umpqua Community College shooting

From Wikipedia, the free encyclopedia

The **Umpqua Community College shooting** occurred on October 1, 2015, at the UCC campus near Roseburg, Oregon, United States. Chris Harper-Mercer, a 26-year-old enrolled at the school, fatally shot an assistant professor and eight students in a classroom. Seven to nine others were injured. Roseburg police detectives responding to the incident engaged Harper-Mercer in a brief shootout. After being wounded, he killed himself by shooting himself in the head. The mass shooting was the deadliest in Oregon's modern history.[a]

## Contents

- 1 Shooting
  - 1.1 Aftermath
- 2 Victims
  - 2.1 Fatalities
  - 2.2 Injured
- 3 Perpetrator
- 4 Reactions
- 5 See also
- 6 Notes
- 7 References

| Umpqua Community College shooting | |
|---|---|
| <br>Snyder Hall, the scene of the shooting | |
| **Location** | Roseburg, Oregon, U.S. |
| **Coordinates** | 43.2888°N 123.3320°W (Snyder Hall) |
| **Date** | October 1, 2015 10:38 a.m. – 10:48 a.m. (PDT) |
| **Attack type** | School shooting, mass shooting, mass murder, shootout, murder–suicide |
| **Weapons** | Five handguns |
| **Deaths** | 10 (including the perpetrator) |
| **Non-fatal injuries** | 7–9 |
| **Perpetrator** | Christopher Harper-Mercer |

## Shooting

At 10:38 a.m. PDT, the first 9-1-1 call was made from Snyder Hall on the school campus reporting gunfire. Students reported that the shooting began in Classroom 15, where English and writing classes are conducted.[3][4]

Harper-Mercer, who was a student in the writing class, entered the classroom and fired a warning shot.[5] Some witnesses said he then forced fellow students to the center of the classroom. Before he opened fire on the other students, he deliberately spared one student's life so that student could deliver a package from him to police. He forced this student to sit at the back of the classroom and watch as he continued shooting with two handguns.[6][7][8]

Harper-Mercer first shot the assistant English professor at point-blank range. He allegedly asked two students for their religion, shooting them after they gave him a response.[5][9] Other witnesses said he asked if students were Christians, telling those who replied in the affirmative that they would go to heaven as he shot them, although one victim was agnostic[10] and another was pagan.[11] Some students were shot multiple times;[5][12] one woman was struck several times in the stomach while trying to close a classroom door.[13] One witness said he made a woman beg for her life before shooting her, shot another woman when she tried to reason with him,[14] and shot a third woman in the leg after she tried to defend herself with a desk.[9] One victim, Sarena Dawn Moore, was killed while trying to climb back into a wheelchair at his orders.[5][15]

000598
EXHIBIT III   1/9

# EXHIBIT JJJ





TOP STORIES

NEWS

# San Bernardino: Guns, mass shootings and fears of terrorism

The United States has suffered its worst mass shooting in three years. The public debate has focused on lax gun laws, an epidemic of mass shootings and fears of Islamist terrorism after the Paris attacks.



© Getty Images/AFP/S. M. Haffey

The Federal Bureau of Investigation (FBI) on Thursday was investigating whether the worst mass shooting in the United States in three years was a case of terrorism or workplace violence.

Two assailants clad in black tactical clothing opened fire Wednesday on a holiday party at a social services center in San Bernardino, California, killing at least 14 people and wounding more than 20 others.

Police identified the perpetrators as Syed Rizwan Farook, 28, and Tashfeen Malik, his 27-year-old wife. Both died in a shootout with law enforcement after fleeing the scene in a black SUV. Farook and Malik were armed with two AR-15 style semi-automatic assault rifles as well as Llama and Smith & Wesson handguns.

"The two handguns were purchased by him, the rifles were not, but all four guns were legally purchased," Jarrod Burguan, the police chief of San Bernardino, told a press conference. "There's no criminal record that he had that we're aware of."

After the shootout, police found 1,400 rounds of .223 caliber ammunition and 200 rounds of 9mm ammunition. A sweep of the couple's home in Redlands, California turned up more than 4,000 rounds of ammunition as well as 12 pipe bombs and tools to construct explosive devices.

"Clearly they were equipped and could've continued to carry out another attack," Burguan said. "They came prepared to do what they did, as if they were on a mission," he said.

000600
EXHIBIT JJJ 1/4



US shooting: Search for motive continues

### 'No parallel in the world'

In the aftermath of the shooting, the public debate in the United States immediately turned to the epidemic of mass shootings that has gripped the nation.

The massacre in San Bernardino was the worst since 2012, when a lone gunman shot dead 20 children and six adult staff at Sandy Hook Elementary School in Newtown, Connecticut. President Barack Obama on Wednesday called for stricter gun laws in the aftermath of the tragedy in California.

"We have a pattern now of mass shootings in this country that has no parallel anywhere else in the world," Obama told CBS News. "There are some steps that we could take not to eliminate every one of these mass shootings, but to improve the odds that they don't happen as frequently."

### 'Rarely a singular motive'

There have been fears, just weeks after the attacks in Paris, that the massacre in San Bernardino was an act of Islamist terrorism.

Farook, an American of Pakistani descent, was described by a co-worker as a quiet man and devout Muslim who rarely talked about his religion, according to the Los Angeles Times.

The Times reported that Farook met his future wife, Malik, online and traveled last year to Saudi Arabia to meet her. Malik was a Pakistani citizen.

The couple targeted the holiday party of the county health department, Farook's employer of five years, which had rented space at the social services center. Investigators are examining workplace issues as a possible motivation for the shootings.

"Human beings are very complex animals, they rarely do something for a singular motive," Michael German, an expert on national security and civil liberties at the Brennan Center for Justice, told Deutsche Welle.



Obama has once again urged tighter restrictions on guns, to prevent more shootings

### Guns, mental health and ideology

There have been 295 mass killings in the United States since 2006, approximately one every two weeks, according to an investigation by USA Today. The FBI defines a mass killing as taking four lives or more. Statistics change based on terminology and definitions.

Mass killings are routinely perpetrated by lone shooters with personal issues. Two cases had known or alleged connections to Islamist extremism.

In 2009, Nidal Hasan, an army psychiatrist, opened fire at Fort Hood, Texas, killing 13 people. Hasan was in contact with Anwar al-Awlaki, the imam and American citizen who was later killed in a 2011 US drone strike in Yemen. Washington said al-Awlaki was an al Qaeda recruiter.

Hasan said he attacked Fort Hood to defend the leaders of the Taliban. The military classified the shooting as an act of workplace violence, not terrorism. According to US broadcaster NPR, military officials had expressed concerned about Hasan's mental health prior to the mass shooting at Fort Hood.

"You're going to have cases in which a personal motivation - dissatisfaction with a job, anger at the co-workers - mixes with more political, ideological reasons, " Lorenzo Vidino, director of the Program on Extremism at George Washington University, told DW.

In July of 2015, Mohammad Abdulazeez, a 24-year-old engineer, opened fire at a military recruiting center and a navy operations support center, killing four marines and a sailor. The case was investigated as an act of terrorism, though the FBI found no connection to Islamic

000601

EXHIBIT JJJ 2/4

State. Abdulazeez had substance abuse issues and received treatment for depression.

There was also an attack in Garland, Texas last May that was claimed by Islamic State. Two gunmen opened fire outside of an event displaying images of the Islamic Prophet Muhammad. Both gunmen were shot dead by police. There were no other casualties.


Last week, a gunman opened fire with a semi-automatic rifle at a Planned Parenthood Clinic in Colorado

Hasan bought his pistol legally. Abdulazeez bought some firearms legally and may have acquired others illegally, according to law enforcement. The FBI hasn't released information on the origins of the weapons in the Garland attack.

"It's America, it's easy to get guns," Lorenzo said. "Nothing is done on weapons."

### 'Treat all violence equally'

According to a June study by the New America Foundation, white supremacists and anti-government radicals have killed 48 people in the United States, while Islamist extremists have killed 26 since the September 11, 2001 terrorist attacks.

Last week, Robert Dear opened fire with a semi-automatic rifle at a Planned Parenthood Clinic, which provides health services to women, killing three people and wounding nine others. Dear was reportedly a self-professed Christian, staunchly opposed to abortion, described as disturbed and a recluse. Planned Parenthood performs abortions among a host of other medical procedures.

"Whether it's the act of a lone shooter, like the vast majority of mass shootings are, or the work of a white supremacist terrorist, or a left-wing terrorist, or a Muslim terrorist - that shouldn't really matter very much, but it seems to matter for everything in terms of what our response is," German said.

"We need to address all threats of violence equally and not emphasize one over another because that will end up creating flawed policies," he said.

## DW RECOMMENDS

### Gruesome year leaves US at a loss for action
On average, a mass shooting has taken place in America nearly every day this year. Rather than standing as a sign for action, this statistic threatens to become a confirmation of what Americans fear is a new normal. (03.12.2015)

### Obama calls for 'basic steps' in gun safety following California shootings
President Barack Obama has said all Americans have a part to play in making it harder for individuals to carry out mass shootings. His statement comes after a shooting in California that left 14 people dead. (03.12.2015)

### #ThoughtsAndPrayers aren't enough
US politicians tweeted their reactions, condolences and rage after a mass shooting murder killed 14 in California. Social media users, however, have lost patience with "thoughts and prayers" only. (03.12.2015)

### Two assailants massacre employees at California Christmas party
At least 14 people have been killed in a gun attack at a holiday party in southern California. It's the country's worst gun massacre since 26 people were killed at Sandy Hook elementary school in Connecticut in 2012. (03.12.2015)

## AUDIOS AND VIDEOS ON THE TOPIC

### US shooting: Search for motive continues

**Date** 04.12.2015

**Author** Spencer Kimball

**Keywords** San Bernardino, California, Farook, Malik, guns, mass shootings, terrorism

**Share**   Send   Facebook   Twitter   Google+   More

000602

EXHIBIT JJJ

# EXHIBIT KKK

# Weapons gunman used in Orlando shooting are high-capacity, common

Bart Jansen , USA TODAY      Published 6:28 p.m. ET June 14, 2016 | Updated 8:48 a.m. ET June 15, 2016



The two guns used by the shooter in the Orlando nightclub massacre that left 49 dead are high-capacity, quick-reload weapons commonly found in gun stores across the country.

Omar Mateen legally purchased the weapons from a Florida store on consecutive days about a week before the rampage, federal officials said.

*(Photo: Doug Clifford, Tampa Bay Times, via AP)*

Official: Orlando gunman's wife feared he was plotting attack
(http://www.usatoday.com/story/news/nation/2016/06/14/omar-mateen-orlando-wife-attack/85866082/)

The Sig Sauer MCX .223-caliber rifle's magazine capacity is 30 rounds. The weapon is a semi-automatic rifle, which means each shot requires a separate pull of the trigger. The Sig Sauer MCX rifle takes an AR-15 style magazine and ammunition.



The Glock 17 9mm semi-automatic pistol has a standard magazine capacity of 17 rounds. It is "the most widely used law enforcement pistol worldwide," according to the manufacturer. Mateen worked as a security guard for years before the shooting.

It's unclear how many rounds Mateen had with him, and authorities are investigating whether some of those killed were hit by friendly fire.

*(Photo: AP)*



The Bureau of Atf                                    The Bureau of Atf

**ATF HQ**
@ATFHQ

[ Follow ]

Guns traced in #Orlando shooting: .223 caliber AR type rifle and 9mm semiautomatic pistol. Similar to those pictured

2:23 PM - 12 Jun 2016

964        479

The shootings are sparking debate about whether to revive and update a lapsed assault weapons ban. The 1994 Federal Assault Weapons Ban, which expired in 2004, applied to 118 models and variations. An assault weapon is different from an assault rifle, which by definition is a military weapon that can either fire continuously or in short bursts with a single pull of the trigger.

High court to consider whether to hear assault weapons ban challenge
(http://www.usatoday.com/story/news/politics/2016/06/14/supreme-court-connecticut-guns-assault-weapons-newtown-orlando/85867644/)

The ban covered 1.5 million weapons and 25 million guns equipped with large-capacity magazines, according to the Justice Department. It applied to semi-automatic weapons with at least two "military-style" features, such as a folding stock or pistol grip, which are available on the Sig Sauer. The ban also applied to large-capacity magazines holding more than 10 rounds.

**Mass shooting at Orlando nightclub**

"This type of weapon has become the weapon of choice for gunmen in mass shootings, including those in San Bernardino, Newtown and Aurora," said Sen. Dianne Feinstein, D-Calif. "This is not a weapon needed for hunting or self-defense. It is a weapon of war that can kill large numbers of people in close quarters."

'This is not a drill': Docs detail night in Orlando ER
(http://www.usatoday.com/story/news/nation/2016/06/14/police-orlando-shooter-
cool-and-calm-during-negotiatiations/85857702/)

Chris Cox, executive director of the National Rifle Association's Institute for Legislative Action, said in an op-ed Tuesday in USA TODAY that efforts to ban semi-automatic weapons are a "head fake" that will do nothing to prevent the next attack. He cited shootings in Brussels and Paris, in countries where stricter gun laws apply but attackers were still able to kill scores.

"Radical Islamic terrorists are not deterred by gun control laws," Cox said.

Read or Share this story: http://usat.ly/28CNUAd

EXHIBIT KKK

# EXHIBIT LLL

000606
EXHIBIT LLL

☰    **LIVE**

# Law enforcement source: 202 rounds fired during Pulse nightclub shooting in Orlando

by: **WFTV-Orlando** Updated: Jun 13, 2016 - 4:54 PM



Copyright 2017 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

 ⋮    ⊗

**ORLANDO, Fla.** - Gunman Omar Mateen, 29, o[...]
at least 49 people dead and 53 wounded before[...]

Channel 9 found out that 202 rounds were fired [...]
enforcement source said. That includes the gun [...]
source said.

000607
EXHIBIT LLL

☰ | LIVE

Director James Comey made the comments at a Monday news conference about the deadliest mass shooting in U.S. history. When asked whether Disney and other locations had been reconnoitered, Comey said, "We're still working through that."

He also said he wasn't in a position to comment further.

The Associated Press said that People.com, citing an unnamed federal law enforcement source, reported that Mateen had recently scouted the theme park.

The report said he visited with his wife.

According to the AP, representatives for Walt Disney World didn't immediately return calls seeking comment.

© 2017 Cox Media Group.



WE SELECTED FOR YOU:



RANKED

14   In Last 24H

4U

4U

00:48
Boy Scouts Cleaning River Find Dead Body

4U        4U        NEW

⋮                                    ✕

Promoted Stories

Long Beach, California: This Brilliant Com

EverQuote Insurance Quotes

000608
EXHIBIT LLL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 E. Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have cause service of the following documents, described as:
EXHIBITS SS-LLL TO THE DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
on all parties by placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at Long Beach, CA, on May 26, 2017.

Ms. Alexandra Robert Gordon
Mr. Anthony P. O'Brien
California Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2017, at Long Beach, CA.

Laura Palmerin

PROOF OF SERVICE