C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No: 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF JAMES CURCURUTO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; EXHIBIT D**<br><br>Date:　June 13, 2017<br>Time:　10:00 a.m.<br>Dept:　5A<br>Judge:　Hon. Roger T. Benitez |

**DECLARATION OF JAMES CURCURUTO**

1. I, James Curcuruto, am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. I am the Director, Industry Research and Analysis, at the National Shooting Sports Foundation ("NSSF"). The NSSF is the trade association for the firearms industry. Its mission is to promote, protect and preserve hunting and the shooting sports. Formed in 1961, NSSF has a membership of 12,000 manufacturers, distributors, firearms retailers, shooting ranges, sportsmen's organizations and publishers.

3. In my position as Director, Industry Research and Analysis, I am responsible for most of the industry research activities at NSSF, and I direct the activities of an internal research coordinator as well as outside companies retained to conduct research and gather market and consumer information useful to NSSF members.

4. Many NSSF members manufacture, distribute and/or sell firearms and shooting and hunting-related goods and services, and as is usual and customary for trade associations, the NSSF collects and disseminates industry-specific, non-sensitive data reflecting consumer preferences, market trends and other information for use in their business decisions. Among the shooting and hunting-related goods and services manufactured, distributed and sold by NSSF members are ammunition magazines.[1] Research conducted by the NSSF and under my direction demonstrates that detachable ammunition magazines are very popular and are commonly owned by millions of persons in the United States for a variety of lawful purposes, including, but

---

[1] A "magazine" is a receptacle for a firearm that holds a plurality of cartridges or shells under spring pressure preparatory for feeding into the chamber. http://saami.org/glossary/display.cfm?letter=M, Glossary of Terms, Sporting Arms and Ammunition Manufacturers' Institute (SAAMI). While magazines take many forms – box, drum, rotary, tubular, etc. and may be fixed or removable – from the materials I considered and firearms industry professionals I consulted, the figures discussed in this declaration generally (if not exclusively) concern detachable, box magazines.

not limited to, recreational and competitive target shooting, home defense, collecting and hunting.

5. In addition to ammunition magazines accompanying firearms that utilize them at the time of sale, such magazines are also widely available for sale as a stand-alone item to individuals who need a replacement, different-capacity, and/or additional magazines.

6. I am not aware of any singular public source providing reliable figures identifying exactly how many ammunition magazines are manufactured or imported for sale within the United States each year. There are, however, data available to me from which estimations of the amount of magazines that have been sold to the general population, as well as how many of those have a capacity for ammunition exceeding ten rounds, can be calculated within a reasonable degree of certainty.

7. Using such data, I have, in the normal scope of my duties on behalf of the NSSF, calculated estimations of the total number of magazines possessed by consumers in the United States, as well as how many of those have a standard capacity for ammunition exceeding ten rounds. These estimations are published in the NSSF® Magazine Chart attached as Exhibit "D."

8. The NSSF® Magazine Chart estimates that 230 million pistol and rifle magazines were in the possession of United States consumers between 1990 and 2015. The data supporting the Report further shows magazines capable of holding more than 10 rounds of ammunition accounted for approximately 115 million or approximately half of all magazines owned.

9. Sources used to compile the NSSF® Magazine Chart include the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Annual Firearms Manufacturers and Exports Reports (AFMER), U.S. International Trade Commission (ITC), as well as, opinions of firearms industry professionals. To prepare the NSSF® Magazine Chart, only the number of pistols and rifles were used while revolver and shotgun data was excluded as revolvers and the vast majority of shotguns do not utilize magazines.

10. The ATF AFMER data provide historical figures for pistols by caliber (i.e., the specific ammunition cartridge for which a firearm is chambered) and rifles produced in the United States for consumer purchase. The ITC data provides historical figures for pistol and rifles imported to and exported from the United States for consumer purchase. The total number of firearms available for consumer purchase from 1990 through 2015 was calculated by adding the total U.S.- production of firearms with total firearms imported and then subtracting total firearms exported.

11. The ATF AFMER and ITC data provided estimates of approximately 67.7 million pistols and 42.6 million rifles capable of holding a magazine were available to United States consumers between 1990 and 2015. Firearms industry professionals with knowledge of the pistol and rifle magazine market then allocated magazines to the totals to complete the data provided in the NSSF® Magazine Chart

12. It can be assumed that many more such magazines were manufactured in the United States or imported to the United States for sale in the commercial marketplace both prior to 1990 as well as after 2015.

13. While the figure of 115 million magazines with a capacity greater than 10 rounds in circulation is an estimation based on extrapolation from indirect sources and cannot be confirmed as unequivocally accurate, it is safe to say that whatever the actual number of such magazines in United States consumers' hands is, it is in the tens-of-millions, even under the most conservative estimates.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on May 26, 2017.

_James Curcuruto_

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 E. Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have cause service of the following documents, described as:

**DECLARATION OF JAMES CURCURUTO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIONPLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

on all parties by placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at Long Beach, CA, on May 26, 2017.

Ms. Alexandra Robert Gordon
Mr. Anthony P. O'Brien
California Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2017, at Long Beach, CA.

_____
Laura Palmerin