C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No: 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF PATRICK LOVETTE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: June 13, 2017<br>Time: 10:00 a.m.<br>Dept: 5A<br>Judge: Hon. Roger T. Benitez |

# DECLARATION OF PATRICK LOVETTE

1. I, Patrick Lovette, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of San Diego County, California.

3. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States or the state of California. I have never been found by any law enforcement agency, any court, or any other government agency to be irresponsible, unsafe, or negligent with firearms in any manner.

4. Prior to January 1, 2000, I lawfully acquired a magazine capable of holding more than 10 rounds in accordance with state and federal law for target practice and for in-home self-defense. This magazine has not been permanently altered to be incapable of accepting more than 10 rounds, it is not a .22 caliber tube ammunition feeding device, and it is not a tubular magazine contained in a lever-action firearm. I currently own and possess this magazine for only lawful purposes, especially for in-home self-defense.

5. I have never been arrested for, charged with, or found guilty of using my magazine over ten rounds in an unlawful, unsafe, or negligent manner.

6. I selected this particular magazine in part because I believe that a firearm with a magazine capable of holding more than 10 rounds is useful for in-home self-defense.

7. I am concerned that if multiple intruders attack me while at home, I will require the use of more than 10 rounds to effectively protect myself and others in my home.

8. I fear that a home intruder will be carrying a firearm with a magazine capable of holding more than 10 rounds or will be carrying multiple firearms, and I will require a firearm with a magazine capable of holding more than 10 rounds to effectively protect myself and others from such a threat in my home.

9. I believe that being forced to change my magazine after expending 10 rounds during any critical time that requires me to act in self-defense will impact my ability to effectively defend myself and others in my home. Should I require more than 10 rounds

to neutralize the threat of a home intruder or group of intruders, I fear that I will be unable to re-load my firearm in time to effectively defend myself and others in my home.

10. Due to the Defendants' enforcement of California Penal Code section 32310, I am prohibited from acquiring or transferring within the state of California, any magazine capable of holding more than 10 rounds that has not been permanently altered so that it cannot accommodate more than 10 rounds, is not a .22 caliber tube ammunition feeding device, and is not a tubular magazine that is contained in a lever-action firearm. And beginning July 1, 2017, I will be prohibited from possessing any such magazine that I currently own within the state of California.

11. In accordance with California Penal Code sections 32310, I intend to cease possessing any magazine capable of holding more than 10 rounds within the state of California on or before July 1, 2017.

12. But for California Penal Code section 32310, I would continuously possess a magazine capable of holding more than 10 rounds within the state of California for lawful purposes, including in-home self-defense, after July 1, 2017. If this court declares California Penal Code section 32310 invalid or otherwise enjoins its enforcement, I will continue to possess any magazine prohibited by California Penal Code section 32310 within the state of California.

13. Because California Penal Code section 32310 requires that I cease possessing any magazine capable of holding more than 10 rounds within the state of California by July 1, 2017, I will be irreparably harmed by the ongoing deprivation of my right to possess and use commonly possessed firearm magazines for in-home self-defense, without risking criminal prosecution.

14. Because California Penal Code section 32310 requires that I physically dispossess myself of any magazine over 10 rounds by July 1, 2017, I will be irreparably harmed by the unconstitutional physical taking of my lawfully acquired and possessed property without government compensation.

15. Because California Penal Code section 32310 bans the possession of any

magazine over 10 rounds within the state, I believe the law strips my magazine of its use and I will be irreparably harmed by the unconstitutional regulatory taking of my lawfully acquired and possessed property without government compensation.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on  05/2017 , 2017.

*/s/ Patrick Lovette*
Patrick Lovette
Declarant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 E. Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have cause service of the following documents, described as:

**DECLARATION OF PATRICK LOVETTE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on all parties by placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at Long Beach, CA, on May 26, 2017.

Ms. Alexandra Robert Gordon
Mr. Anthony P. O'Brien
California Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814

    I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2017, at Long Beach, CA.

*/s/ Laura Palmerin*
Laura Palmerin

PROOF OF SERVICE

17-cv-1017-BEN-JLB