C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No: 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF CHRISTOPHER WADDELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: June 13, 2017<br>Time: 10:00 a.m.<br>Dept: 5A<br>Judge: Hon. Roger T. Benitez |

## DECLARATION OF CHRISTOPHER WADDELL

1. I, Christopher Waddell, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of San Diego County, California.

3. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States or the state of California. I have never been found by any law enforcement agency, any court, or any other government agency to be irresponsible, unsafe, or negligent with firearms in any manner.

4. I do not currently own a firearm or magazine capable of holding more than 10 rounds of ammunition.

5. I am concerned that if multiple intruders attack me while at home, I will require the use of more than 10 rounds to effectively protect myself and others in my home.

6. I fear that a home intruder will be carrying a firearm with a magazine capable of holding more than 10 rounds or will be carrying multiple firearms, and I will require a firearm with a magazine capable of holding more than 10 rounds to effectively protect myself and others from such a threat in my home.

7. I believe that being forced to change my magazine after expending 10 rounds during any critical time that requires me to act in self-defense will impact my ability to effectively defend myself and others in my home. Should I require more than 10 rounds to neutralize the threat of a home intruder or group of intruders, I fear that I will be unable to re-load my firearm in time to effectively defend myself and others in my home.

8. Due to the Defendants' enforcement of California Penal Code section 32310, I am prohibited from acquiring or possessing, within the state of California, any firearm or magazine capable of holding more than ten rounds that has not been permanently altered so that it cannot accommodate more than 10 rounds, is not a .22 caliber tube ammunition feeding device, and is not a tubular magazine that is contained in a lever-action firearm.

9. But for California Penal Code section 32310, I would immediately acquire and

continuously possess a magazine capable of holding more than ten rounds within the state of California for in-home self-defense. If this court declares California Penal Code section 32310 invalid or otherwise enjoins its enforcement, I will immediately acquire and continue to possess a magazine capable of holding more than 10 rounds and a firearm capable of accepting such a magazine within the state of California.

10. Because California Penal Code section 32310 prohibits me from acquiring or possessing a magazine capable of holding more than 10 rounds, I am irreparably harmed by the ongoing deprivation of my right to possess and use commonly possessed firearm magazines for in-home self-defense, without risking criminal prosecution.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on __5|24__, 2017.

Christopher Waddell
Declarant

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 E. Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have cause service of the following documents, described as:

**DECLARATION OF CHRISTOPHER WADDELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on all parties by placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at Long Beach, CA, on May 26, 2017.

Ms. Alexandra Robert Gordon
Mr. Anthony P. O'Brien
California Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2017, at Long Beach, CA.

_/s/ Laura Palmerin_
Laura Palmerin

PROOF OF SERVICE

17-cv-1017-BEN-JLB