XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON
Deputy Attorney General
State Bar No. 207650
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5509
  Fax: (415) 703-5480
  E-mail: Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**NOTICE OF APPEARANCE**<br><br>Courtroom:  5A<br>Judge:  Hon. Roger T. Benitez<br>Action Filed:  May 17, 2017 |

1

PLEASE TAKE NOTICE that Deputy Attorney General Alexandra Robert Gordon hereby enters her appearance as counsel for Defendant Attorney General Xavier Becerra in this action.  Ms. Gordon is a member of the State Bar of California and is admitted to practice in the Southern District of California.  Her contact information is as follows:

> Alexandra Robert Gordon, Deputy Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA 94102-7004
> Telephone: (415) 703-5509
> Fax: (415) 703-1234
> E-mail: Alexandra.RobertGordon@doj.ca.gov

Dated:  May 30, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General


*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendant*
*Attorney General Xavier Becerra*

# CERTIFICATE OF SERVICE

| Case Name: | **Duncan, Virginia et al v. Xavier Becerra** | No. | **17-cv-1017-BEN-JLB** |
|---|---|---|---|

I hereby certify that on <u>May 30, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 30, 2017</u>, at San Francisco, California.

| Staci Caston | /s/ Staci Caston |
|---|---|
| Declarant | Signature |

SA2017107272
41768124.doc