1  Anthony Schoenberg (State Bar No. 203714)
Farella Braun + Martel LLP
2  Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
3  235 Montgomery Street, 17th Floor
San Francisco, California 94104
4  Telephone: (415) 954-4400
Facsimile: (415) 954-4480
5

6  Attorneys for Movant
Law Center to Prevent Gun Violence
7

8

9

10                   UNITED STATES DISTRICT COURT

11              SOUTHERN DISTRICT OF CALIFORNIA

12

13  VIRGINIA DUNCAN, RICHARD       Case No. 17-CV-10017 -BEN-JLB
    LEWIS, PATRICK LOVETTE,
14  DAVID MARGUGLIO,               **NOTICE OF MOTION AND
    CHRISTOPHER WADDELL,           MOTION FOR LEAVE TO
15  CALIFORNIA RIFLE & PISTOL      PARTICIPATE AS *AMICUS
    ASS'N, INC., a California corporation,    CURIAE***
16
17           Plaintiffs,
18       vs.                       Date:   June 13, 2017
                                   Time:   10:00 A.M.
19                                 Place:  5A
    XAVIER BECERRA, in his official
20  capacity as Attorney General of the    The Hon.  Roger T. Benitez
    State of California; and DOES 1-10,
21
22           Defendants.
23
24
25
26
27
28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

 NOTICE OF MOTION AND MOTION FOR
LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
Case No. 17-CV-10017 -BEN-JLB

34582\6003862.1

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on June 13, 2017, at 10:00 a.m. in Courtroom

3  5A of the above-entitled Court, located at 221 West Broadway, San Diego, CA

4  92101, movant Law Center to Prevent Gun Violence ("Law Center") will, and

5  hereby does, move for an order permitting it to participate as *amicus curiae* in the

6  Motion for Preliminary Injunction, which is currently scheduled to be heard at the

7  above-referenced date, time and location.  This motion is submitted in light of and in

8  reference to the Court's May 26, 2017 Order Granting Ex Parte Application For

9  Order Shortening Time, which shortened the notice period on the above-referenced

10  Motion for Preliminary Injunction and scheduled it for hearing on June 13, 2017.

11      This motion is made on the grounds that the Court has inherent authority to

12  allow the participation of an *amicus curiae*.  The Law Center's participation as

13  *amicus curiae* would be helpful and desirable as it would facilitate a more complete

14  understanding of the issues before the Court.  This motion is based on this Notice of

15  Motion and Motion, the accompanying Memorandum of Points and Authorities and

16  all attachments thereto, all papers and pleadings on file in this action, and upon such

17  further evidence and argument as may be presented to the Court in connection with

18  the motion.

19

20  Dated:  June 5, 2017              FARELLA BRAUN + MARTEL LLP

21

22                                 By:  ___/s Anthony Schoenberg_____

23                                      Anthony Schoenberg
                                        Email: tschoenberg@fbm.com

24
                                   Attorneys for Movant
25                                 Law Center to Prevent Gun Violence

26

27

28

NOTICE OF MOTION AND MOTION FOR
LEAVE TO PARTICIPATE AS *AMICUS CURIAE* -
Case No. 17-CV-10017 -BEN-JLB

1

34582\6003862.1

1   Anthony Schoenberg (State Bar No. 203714)
    Farella Braun + Martel LLP
2   Rebecca H. Stephens (State Bar No. 299234)
    rstephens@fbm.com
3   235 Montgomery Street, 17th Floor
    San Francisco, California 94104
4   Telephone: (415) 954-4400
    Facsimile: (415) 954-4480
5

6   Attorneys for *Amicus Curiae*
    Law Center to Prevent Gun Violence
7

8

9                   UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12  VIRGINIA DUNCAN, RICHARD            Case No. 17-CV-10017 -BEN-JLB
13  LEWIS, PATRICK LOVETTE,
    DAVID MARGUGLIO,                    **CERTIFICATE OF SERVICE**
14  CHRISTOPHER WADDELL,
    CALIFORNIA RIFLE & PISTOL           Date:    June 13, 2017
15  ASS'N, INC., a California corporation,   Time:    10:00 A.M.
                                        Place:   5A
16              Plaintiffs,
                                        The Hon.  Roger T. Benitez
17
        vs.
18
19  XAVIER BECERRA, in his official
    capacity as Attorney General of the
20  State of California; and DOES 1-10,

21              Defendants.

22

23

24      I am a resident of the United States employed in San Francisco County,

25  California.  I am over the age of eighteen years and not a party to the within-entitled

26  action.  My business address is 235 Montgomery Street, 17th Floor, San Francisco,

27  California  94104.  My e-mail address is mbanuelos@fbm.com.

28      On June 5, 2017,  I served true copies of the following document described

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

34582\6004269.1                                    CERTIFICATE OF SERVICE
                                                   Case No. 17-CV-10017 -BEN-JLB

1  as:

2  **NOTICE OF MOTION AND MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

3

4  [X]  by placing the document(s) listed above in a sealed FEDERAL EXPRESS envelope and affixing a pre-paid air bill addressed as set forth below, and deposited such envelope for collection. I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, the envelope(s) will be timely delivered to a FEDERAL EXPRESS agent for delivery the next day.

5

6

7

8

9  Alexandra Robert Gordon
   Anthony P. O'Brien
10  California Department of Justice
   1300 I Street, Suite 125
11  Sacramento, CA 95814

12

13  I declare under penalty of perjury under the laws of the United States of

14  America that the foregoing is true and correct and that I am employed in the office

15  of a member of the bar of this Court at whose direction the service was made.

16  Executed on June 5, 2017 at San Francisco, California.

17

18  _____

19  Mayra Banuelos

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

CERTIFICATE OF SERVICE -
Case No. 17-CV-10017 -BEN-JLB

34582\6004269.1