Anthony Schoenberg (State Bar No. 203714)
Farella Braun + Martel LLP
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Movant
Law Center to Prevent Gun Violence

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASS'N, INC., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br> Defendants. | Case No. 17-CV-10017 -BEN-JLB <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*** <br><br> Date:  June 13, 2017 <br> Time:  10:00 A.M. <br> Place:  5A <br><br> The Hon.  Roger T. Benitez |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

MEMORANDUM OF P&A ISO MOTION FOR
LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
Case No. 17-CV-10017 -BEN-JLB

34582\6004152.1

## I.   __INTRODUCTION__

The Law Center to Prevent Gun Violence ("Law Center") moves this Court for leave to participate as an *amicus curiae* in support of Defendant Attorney General Xavier Becerra's Opposition to Plaintiffs' Motion for a Preliminary Injunction. As a national, nonprofit organization dedicating to reducing firearm violence, the Law Center has for over two decades provided legal expertise in support of effective gun safety laws and other violence prevention policies.

In addition to its expertise in the general areas of gun legislation and policy, the Law Center was the primary drafter and a key proponent of California's Proposition 63, the ballot initiative approved by voters and enacted into state law that contains a provision generally prohibiting civilian possession of large-capacity ammunition magazines (LCMs). This is the provision that Plaintiffs seek to enjoin before it takes effect on July 1, 2017. The core issue presented by Plaintiffs' Motion—whether to enjoin California's law prohibiting possession of high-powered ammunition magazines on Second Amendment or other constitutional grounds—is a matter of significant public interest, with the potential to directly impact the Law Center's California members, the voters who approved Proposition 63, and the people of the state as a whole. Under these circumstances, an *amicus curiae* brief is particularly appropriate, and the Law Center respectfully requests that the Court grant its motion for leave to submit its proposed brief.

## II.   __FACTUAL BACKGROUND__

As explained in greater detail in its proposed brief (filed concurrently with this motion), the Law Center is a national, nonprofit organization dedicated to reducing gun violence. It was formed in 1993 by lawyers who survived a mass shooting at 101 California Street in San Francisco, during which a gunman armed with semiautomatic weapons and LCMs killed eight people in the office of law firm Pettit & Martin. In the nearly 25 years since, the Law Center has strived to reduce the number of gun deaths in America by supporting effective gun safety laws. In

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

MEMORANDUM OF P&A ISO MOTION FOR
LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
Case No. 17-CV-10017 -BEN-JLB

1

34582\6004152.1

1    addition to tracking, analyzing, and advising on proposed firearm legislation and

2    policies, the Law Center also monitors and analyzes Second Amendment litigation

3    and jurisprudence. The Law Center has submitted *amicus* briefs in numerous

4    firearm-related and Second Amendment cases, including: *District of Columbia v.*

5    *Heller*, 554 U.S. 570 (2008), *McDonald v. City of Chicago*, 561 U.S. 742 (2010),

6    *Fyock v. City of Sunnyvale*, 779 F.3d 991 (9th Cir. 2015), *Peruta v. San Diego*, 824

7    F.3d 919 (9th Cir. 2016) (en banc), and *Kolbe v. Hogan*, 849 F.3d 114 (4th Cir.

8    2017) (en banc).

9         As a drafter and proponent of Proposition 63, the Law Center has a

10   particularly important interest in participating in this constitutional challenge to part

11   of the initiative. The Law Center's involvement with Proposition 63 began in 2015

12   when the Law Center partnered with California Lieutenant Governor Gavin

13   Newsom to draft language for a statewide ballot initiative that would close certain

14   loopholes and substantially strengthen California's firearm laws. The result was

15   Proposition 63, a comprehensive package of gun safety reforms. Voters decisively

16   passed Proposition 63 (with 63% of the vote) in November 2016, including its

17   provision generally prohibiting private possession of LCMs—the part of the law

18   Plaintiffs currently are challenging. The Law Center therefore not only has

19   significant expertise about firearm legislation broadly, but also has important

20   knowledge and experience directly relevant to the legislation at the core of this case.

21   ## III.   **ARGUMENT**

22        A "district court has broad discretion to appoint amici curiae." *Hoptowit v.*

23   *Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v.*

24   *Conner,* 515 U.S. 472 (1995). The "classic role" of amici curiae is "assisting in a

25   case of general public interest, supplementing the efforts of counsel, and drawing

26   the court's attention to law that escaped consideration." *Miller-Wohl Co., Inc. v.*

27   *Commissioner of Labor and Industry*, 694 F.2d 203, 204 (9th Cir. 1982). "District

28   courts frequently welcome amicus briefs from nonparties concerning legal issues

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

MEMORANDUM OF P&A ISO MOTION FOR
LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
Case No. 17-CV-10017 -BEN-JLB

2

34582\6004152.1

1   that have potential ramifications beyond the parties directly involved or if the

2   amicus has 'unique information or perspective that can help the court beyond the

3   help that the lawyers for the parties are able to provide.'" *Safari Club Intern. v.*

4   *Harris*, No. 2:14-cv-01856-GEB-AC, 2015 WL 1255491 at *1 (E.D. Cal. Jan. 14,

5   2015), citing *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F.Supp.2d

6   1061, 1067 (N.D. Cal. 2005). "The touchstone is whether the amicus is 'helpful,'

7   and there is no requirement 'that amici must be totally disinterested.'" *California v.*

8   *U.S. Dept. of Labor*, No. 2:13-cv-02069-KJM-DAD, 2014 WL 12691095 at *1

9   (E.D. Cal. Jan. 14, 2014), citing *Hoptowit*, 682 F.2d at 1260. This Court therefore

10  has authority to permit the Law Center to participate as *amicus curiae*.

11       The Law Center brings unique information and perspective to the issues

12  implicated in this constitutional challenge, and should be granted leave to submit a

13  brief on those important issues. *See Missouri v. Harris*, No. 2:14-cv-00341-KJM-

14  KJN, 2014 WL 2987284 at *2 (E.D. Cal. Jul. 1, 2014) ("An amicus brief should

15  normally be allowed when, among other considerations, the amicus has unique

16  information or perspective that can help the court beyond the help that the lawyers

17  for the parties are able to provide.") (internal citation omitted). The Law Center's

18  *amicus* submission will offer, among other things, context for the California

19  firearms law at issue; historical information about the use of LCMs and whether the

20  use of these devices is protected by the Second Amendment; perspective on the

21  public safety interests that California's LCM restrictions advance; and details about

22  the specific regulatory loophole sought to be closed with the enactment of

23  Proposition 63. A number of courts, including a federal district court, have relied on

24  similar information provided in the Law Center's *amicus* briefs when deciding other

25  cases involving firearms. *See, e.g.*, *Peruta*, 824 F.3d at 943 (citing the Law Center's

26  *amicus* brief for examples of "law-abiding" weapons owners who "place the public

27  safety in jeopardy"); *Mishaga v. Smith*, 136 F.Supp.3d 981, 996 (C.D. Ill. 2015)

28  (citing information in the Law Center's *amicus* brief as one of "[s]everal lines of

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

MEMORANDUM OF P&A ISO MOTION FOR
LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
Case No. 17-CV-10017 -BEN-JLB

3

34582\6004152.1

reasoning driv[ing] [the Court's] conclusion").

In addition, the Court should grant leave for the Law Center to submit an *amicus* brief because this case implicates important public interests, including public safety interests, with ramifications beyond the parties directly involved. For example, Proposition 63 is a ballot measure duly enacted by California voters to address serious public safety concerns, giving the voters a direct interest in the outcome of this case. Furthermore, the resolution of Plaintiffs' Motion will involve the application of Second Amendment constitutional principles; this could have broader implications for other efforts, in California or elsewhere, to help reduce gun violence through the enactment of firearm safety legislation. *See California v. U.S. Dept. of Labor*, 2014 WL 12691095 at *1 (leave to file amicus brief granted where case implicated constitutional issues and therefore had "potential ramifications beyond the parties directly involved").

## IV. <u>CONCLUSION</u>

For the foregoing reasons, the Law Center respectfully requests that the Court grant leave for the Law Center to participate as *amicus curiae* and submit a brief in connection with Defendant's Opposition to Plaintiffs' Motion for a Preliminary Injunction.

Respectfully submitted,

Dated: June 5, 2017          FARELLA BRAUN + MARTEL LLP


By: _____/s Anthony Schoenberg_____
          Anthony Schoenberg
          Email: tschoenberg@fbm.com

Attorneys for Movant
Law Center to Prevent Gun Violence

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

MEMORANDUM OF P&A ISO MOTION FOR
LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
Case No. 17-CV-10017 -BEN-JLB

4

34582\6004152.1