1  XAVIER BECERRA
   Attorney General of California
2  TAMAR PACHTER
   Supervising Deputy Attorney General
3  NELSON R. RICHARDS
   ANTHONY P. O'BRIEN
4  Deputy Attorneys General
   ALEXANDRA ROBERT GORDON
5  State Bar No. 207650
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA 94102-7004
    Telephone: (415) 703-5509
7   Fax: (415) 703-5480
    E-mail: Alexandra.RobertGordon@doj.ca.gov
8  *Attorneys for Defendant*
   *Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC.,** a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF BLAKE GRAHAM IN SUPPORT OF DEFENDANT XAVIER BECERRA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: June 13, 2017<br>Time: 10:00 a.m.<br>Dept: 5A<br>Judge: Hon. Roger T. Benitez<br>Action Filed: May 17, 2017 |

# DECLARATION OF BLAKE GRAHAM

I, BLAKE GRAHAM, declare:

1. I am a Special Agent Supervisor for the California Department of Justice, Bureau of Firearms. I make this declaration of my own personal knowledge and experience and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

## BACKGROUND AND QUALIFICATIONS

2. I received a Bachelor of Science degree in May 1992 in Criminal Justice at the California State University Sacramento. My coursework included forensics, corrections, and a number of classes in criminal justice-related topics.

3. Since 1994, I have worked as either an investigator for the California Department of Alcoholic and Beverage Control (ABC), or as a Special Agent for the California Department of Justice (DOJ). My job responsibilities in all of these positions have increasingly required the recovery, investigation, and identification of firearms, the ammunition used for those firearms, and the magazines used for feeding ammunition for such firearms.

4. My work as an investigator for ABC between 1994 and 1999 included the recovery of firearms, magazines and ammunition.

5. Between 1999 and 2002, I worked as a Special Agent for DOJ, and was assigned to the Violence Suppression Program in the Bureau of Narcotics Enforcement. In this job, I investigated violent crimes and various violations occurring at California gun shows. As a gun show enforcement agent, I attended gun shows in the San Francisco Bay Area to monitor, and if necessary, seize, firearms, ammunition, and magazines sold illegally to felons, parolees, and probationers.

1

6. From October 2002 to the present, I have been a Special Agent and Special Agent Supervisor, for the DOJ's Bureau of Firearms (BOF). In this capacity, I am assigned to recover firearms from prohibited individuals, monitor gun shows for illegal activities, conduct surveillance on gun dealers suspected of illegal activity, and investigate illegal trafficking of firearms, manufacturing of assault weapons, machine guns, and illegal possession of various magazines and ammunition.

7. Since 2008, I have been responsible for reviewing handguns that are submitted by manufacturers for inclusion in California's roster of handguns certified for sale. A copy of the roster can be found on the DOJ website: http://certguns.doj.ca.gov/.

8. In my career I have attended at least 40 gun shows and have become very knowledgeable on current laws pertaining to the sales of firearms, ammunition, and ammunition containers—including large-capacity magazines (LCMs)—in the State of California.

9. I have been trained and qualified to carry several different types of firearms, including: Glock Model 17 (9 mm semi-automatic pistol), multiple Glock .40 caliber semi automatic pistols, Heckler & Koch MP5 (9 mm submachine gun), Smith & Wesson, Model 60 (.38 Special revolver), multiple .45 caliber semi-automatic pistols, and a Colt, Model M4 (5.56 mm machine gun). I have access to other Department-owned handguns, shotguns, submachine guns, machine guns, rifles, shotguns and 40 mm "less lethal" launchers.

10. Throughout my career, I have conducted training programs in the identification and handling of firearms. I have also trained other Special Agents of BOF on assault weapons and firearms identification. I also have given firearms identification classes to members of the Sacramento and San Joaquin County District Attorney's offices.

2

Decl. of Blake Graham ISO Def.'s Opp'n to Pls.' Mot. for Prelim. Inj. (17-cv-1017-BEN-JLB)

11. I have also completed at least 15 firearms training courses since 1994. These courses included the assembly and use of specific firearms, cartridge composition (bullet, the propellant, and the casing), common calibers used by law enforcement, and training on rifle and handgun ammunition. I have been certified as a California Peace Officer Standards and Training (POST) approved Firearms Instructor/Rangemaster since 2002.

12. During the course of my career and training I have become proficient in the use and disassembly of various revolvers, pistols, submachine guns, shotguns, and rifles. I have made or assisted in the arrest of at least thirty persons for violations involving illegal weapons possession. In the course of my employment I have participated in excess of thirty search warrants which involved the illegal possession of firearms.

13. I have been qualified as an expert witness regarding the use of firearms in 14 cases in both federal and state court since 2007.

## FINDINGS

### I. USE OF LARGE-CAPACITY MAGAZINES IN MASS SHOOTINGS.

14. Through the course of my work, I am familiar with the use of LCMs.

15. LCMs are ammunition feeding devices that can hold more than ten rounds, and sometimes up to 100 rounds, of ammunition.

16. LCMs allow semi-automatic weapons to fire 10 or more rounds without the need for a shooter to reload the weapon.

17. Because LCMs enable a shooter to fire repeatedly without needing to reload, they significantly increase a shooter's ability to kill and injure large numbers of people quickly.

18. Because magazines carrying more than 10 rounds at a time allow for uninterrupted shooting, such LCMs have been the preferred ammunition feeding devices in several mass shootings in California and elsewhere.

3

Decl. of Blake Graham ISO Def.'s Opp'n to Pls.' Mot. for Prelim. Inj. (17-cv-1017-BEN-JLB)

19. To the best of my knowledge, all of the shootings listed below involved persons who shot and wounded and/or killed one or more persons, including peace officers, while using LCMs.

    a. On January 17, 1989, Patrick Purdy, shot and killed 5 and wounded 32 others at the Cleveland Elementary School in Stockton, California. He used an AK-47 style rifle and LCMs in the shooting.

    b. On February 28, 1997, Larry Phillips and Emil Matasareanu, armed with multiple assault weapons and LCMs, wounded 20 people, including law enforcement officers, while robbing the Bank of America in North Hollywood, California.

    c. On January 9, 2005, Andres Raya used a LCM and illegal assault weapon to shoot and kill Police Sgt. Howard Stevenson in Ceres, California.

    d. On June 15, 2008, Marco Topete used an assault rifle and LCM to shoot and kill Yolo County Sheriff's Deputy Tony Diaz after a traffic stop near Dunnigan, California.

    e. On November 5, 2009, Nidal Hasan used a semi-automatic pistol and LCMs to shoot and kill 13 and wounded over 30 others at the Fort Hood Army base in Fort Hood, Texas.

    f. On February 25, 2010, Ricky Liles, used multiple weapons and LCMs to shoot and kill two law enforcement officers and wounded one other in Minkler, California.

    g. January 8, 2011, Jared Loughner used a handgun with a LCM to shoot and kill 6 people and wounded 13 others in Tucson, Arizona. He was subdued while trying to reload his weapon.

    h. On July 20, 2012, James Holmes used an assault weapon and LCMs to kill 12 people and wound 70 others in a movie theater in Aurora, Colorado.

4

Decl. of Blake Graham ISO Def.'s Opp'n to Pls.' Mot. for Prelim. Inj. (17-cv-1017-BEN-JLB)

i. On December 14, 2012, Adam Lanza used LCMs and multiple firearms to kill 20 children and six adults at Sandy Hook Elementary School in Newtown, Connecticut.

j. On June 7, 2013, John Zawarhi—who was previously denied purchase of a firearm by DOJ—used a home-built AR-15 rifle and LCMs to kill his father and brother at their family home, and then kill and wound others at the Santa Monica, California Community College.

k. On December 2, 2015, Syed Farook and his wife, Tashfeen Malik, used assault weapons and LCMs in killing 14 people and wounding 22 others at the Inland Regional Center in San Bernardino, California.

l. On June 12, 2016, Omar Mateen used an assault rifle and LCMs to shoot and kill 49 people and wound 53 others inside a nightclub in Orlando, Florida.

m. On July 7, 2016, Micah Johnson used an assault rifle and a LCM to shoot and kill five police officers and wound nine others in Dallas, Texas.

n. On July 17, 2016, Gavin Long used an assault rifle and LCMs to shoot and kill three police officers and wound three other officers in Baton Rouge, Louisiana.

## II. LEGISLATION LIMITING LARGE CAPACITY MAGAZINES.

20. I am also aware of the state and federal laws banning the sale and possession of LCMs, and the effect of these laws on the availability of such magazines in California.

21. From 1994 to 2004, the federal assault weapons ban controlled the manufacture and sales of LCMs in the United States. During this 10-year window, LCMs were only able to be sold to law enforcement and the military. Over time, LCMs were removed from public access due to incidental seizure during everyday law enforcement investigations in all 50 states.

5

22. In 1999, the California Legislature passed Senate Bill No. 23, which restricted the sales, transfer and manufacture of LCMs on a state level. This bill, which, at the time did not prohibit possession of LCMs, eventually became codified as California Penal Code section 32310.

### III. REASONS FOR CALIFORNIA'S PROHIBITION ON POSSESSION OF LARGE-CAPACITY MAGAZINES.

23. Once the Federal restrictions were lifted in late 2004, LCMs became available in states outside California. This has created in increase in the amount of illegal importation of LCMs into California.

24. Since at least 2002, Agents from the DOJ Bureau of Firearms have conducted investigations in which California residents would travel outside California and purchase or acquire LCMs and then return to California with these illegally imported LCMs.

25. In such cases, these same subjects would also acquire ammunition and firearms that would be smuggled back into California at the same time.

26. Many times these California residents were already prohibited from acquiring, owning and possessing firearms, ammunition and ammunition feeding devices. Sometimes the traffickers would not be firearms-prohibited but they would ultimately still break the law and smuggle back firearms and LCMs despite facing the potential of felony charges should they be caught.

27. The prohibition on sales, but not possession, of LCMs, has also created a market for LCM repair kits. At numerous California gun shows, prior to 2014, I saw subjects purchase disassembled LCMs being sold as large-capacity magazine repair kits. Often the repair kits were for weapons that were not even sold prior to the year 2000.

28. Because of the availability of the "repair kits," Special Agents with the Bureau of Firearms could see California residents were either illegally

importing LCM or purchasing these repair kits and assembling them into LCMs in violation of Penal Code Section 32310.

29. On October 11, 2013 Governor Brown signed Assembly Bill No. 48, which made it a misdemeanor to knowingly manufacture, import, keep for sale, offer or expose for sale, or give, lend, buy, or receive any LCM conversion kit that is capable of converting an ammunition feeding device into a large-capacity magazine. The bill also made it a misdemeanor or a felony to buy or receive a large-capacity magazine. This new law in essence outlawed "repair kits" and the issues associated with them. Much of AB 48 was codified as Section 32310, subdivisions (a) and (b).

30. Even with the passage of AB 48, BOF Agents do not have the ability to identify whether the LCMs at issue were legally purchased, or are the product of an illegal transfer. Also, the presence of large numbers of LCMs in the state—even if lawfully owned by law-abiding citizens—increases the potential for criminal theft or illegal trafficking of such magazines.

31. Because of these challenges in identifying legally possessed magazines, as well as use of LCMs in mass shootings that have occurred both in and outside of California for several years, the State of California has chosen to restrict access to large-capacity magazines. The State's laws prohibiting possession of large capacity magazines—through first Senate Bill No. 1446, and then through Proposition 63—ensures the restriction on the use of such magazines in the State.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 5, 2017

*Blake Graham*
BLAKE GRAHAM

7