XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
NELSON R. RICHARDS
ANTHONY P. O'BRIEN
Deputy Attorneys General
ALEXANDRA ROBERT GORDON
State Bar No. 207650
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5509
  Fax: (415) 703-5480
  E-mail: Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; et al.,**<br><br>                      Defendants. | 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF KEN JAMES IN SUPPORT OF DEFENDANT XAVIER BECERRA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:       June 13, 2017<br>Time:      10:00 a.m.<br>Dept:      5A<br>Judge:     Hon. Roger T. Benitez<br>Action Filed: May 17, 2017 |

I, KEN JAMES, declare:

1. I am a retired law enforcement officer retiring from the Emeryville, California Police Department on June 30, 2015 after forty years of service. I served the last seventeen years of my career as the Chief of Police of the department. During my career I held a wide variety of assignments, including patrol officer, K-9 officer, and general assignment investigator. I rose through the ranks in the Department and served as a patrol and investigations sergeant, Captain of both the Patrol and Professional Services Divisions prior to my appointment as Chief. During my career I investigated and supervised the investigations of various gun related crimes.

2. I served as the Chair of the California Police Chief's Association's Firearms Committee. The California Police Chiefs Association represents the municipal Chiefs, and their seconds in command, of 332 cities who provide public safety services for over twenty-six million Californians. The Association promotes and advances the science and art of police administration and crime prevention, to develop and disseminate professional administrative practices, and to encourage the adherence of all police officers to high professional standards of conduct in strict compliance with the Law Enforcement Officer's Code of Ethics.

3. The Association's Firearms Committee is responsible for the formulation and review of the Association's positions on gun violence prevention, including developing and advocating for legislation to reduce and/or prevent gun violence. The Association adopted its initial position paper in 1995 and has updated and revised its position three times since. The initial paper identified six areas, including limiting magazine capacity, that would significantly impact gun violence in California.

4. I also serve as a committee member of the International Association of Chiefs of Police's Firearm Committee. The IACP represents over 15,000

1

Decl. of Ken James ISO Def.'s Opp'n to Pls.' Mot. for Prelim. Inj. (17-cv-1017-BEN-JLB)

professional law enforcement administrators worldwide and promotes the best professionals policing practices. The Firearms Committee advises the IACP's Board of Directors and Executive Board on national firearms issues.

5. The information stated in this declaration is based on my knowledge, training, education, and experience.

6. In my opinion, the existence of high capacity magazines only serves to enhance the killing and injuring potential of a firearm. I have attended debriefings of several high profile mass shootings, including Columbine, Sandy Hook, Aurora Colorado, San Bernardino, Orlando Nightclub, and the Christopher Dorner shootings in Southern California. In each of these shootings high capacity magazines were utilized allowing the shooter or shooters to move quickly through an area dispensing a large number of bullets without slowing to reload, resulting in mass casualties. I have drawn from these reviews that casualties would have been significantly reduced if a shooter needed to slow or stop to reload after ten shots.

7. It is my opinion that possession and use of high capacity magazines by individuals committing criminal acts pose a significant threat to law enforcement personnel and the general public. I have been involved with and/or supervised the investigation of gun violence crimes in which high capacity magazines were used. For example, in a drive-by shooting in the City of Emeryville, the investigation revealed that in excess of forty casings from two different guns were found at the scene. The shooting resulted in the death of one individual, but fortunately, no other injuries to individuals at the scene. Witnesses told officers that the shooting lasted only a matter of seconds. The number of shots fired resulted in adjacent occupied buildings being struck by stray bullets posing a significant threat to the occupants of those buildings.

8. In my professional capacity as a police chief, Chair of the California Police Chiefs Association's Firearms Committee and member of the IACP's

2

Decl. of Ken James ISO Def.'s Opp'n to Pls.' Mot. for Prelim. Inj. (17-cv-1017-BEN-JLB)

Firearms Committee, I have read and viewed news accounts of incidents in which individuals have defended themselves from a criminal attacks and perceived criminal attacks by using a firearm. I have performed these reviews to discover evidence that the ability of a victim to fire a large number was necessary. I am not aware that in any of the accounts the victims fired in excess of ten shots in their defense.

9. The California Police Chiefs Association, in their initial position paper on gun violence written in 1995 and in subsequent updates, have identified limiting magazine capacities as an appropriate and necessary measure to reduce gun violence. The Association adopted its initial position paper in 1995 and has updated and revised its position three times since. The initial paper identified six areas, including limiting magazine capacity, that would significantly impact gun violence in California. Attached hereto as Exhibit A is a true and correct copy of the Association's position paper adopted in May of 2013. The Association supported legislation that resulted in the current laws regulating magazine capacity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 5, 2017

*[signature]*
KEN JAMES

3

Decl. of Ken James ISO Def.'s Opp'n to Pls.' Mot. for Prelim. Inj. (17-cv-1017-BEN-JLB)