1   XAVIER BECERRA
    Attorney General of California
2   TAMAR PACHTER
    Supervising Deputy Attorney General
3   NELSON R. RICHARDS
    ANTHONY P. O'BRIEN
4   Deputy Attorneys General
    ALEXANDRA ROBERT GORDON
5   Deputy Attorney General
    State Bar No. 207650
6     455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
7   Telephone: (415) 703-5509
    Fax: (415) 703-5480
8   E-mail:
    Alexandra.RobertGordon@doj.ca.gov
9   Attorneys for Defendant
    Attorney General of California

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15

| | |
|---|---|
| **VIRGINIA DUNCAN, et al.** | 17-cv-1017-BEN-JLB |
| Plaintiffs, | |
| v. | **DECLARATION OF ALEXANDRA ROBERT GORDON IN SUPPORT OF DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| **XAVIER BECERRA, in his official capacity as Attorney General of the State of California; et al.,** | |
| Defendants. | Date:       June 13, 2017<br>Time:      10:00 a.m.<br>Dept:      5A<br>Judge:     Hon. Roger T. Benitez<br>Action Filed:   May 17, 2017 |

16
17
18
19
20
21
22
23
24
25
26
27
28

1 | I, Alexandra Robert Gordon, declare:

2 |     1.    I am a Deputy Attorney General at the California Department of

3 | Justice and serve as counsel to Attorney General Xavier Becerra in the above-titled

4 | matter.

5 |     2.    Except as otherwise stated, I have personal knowledge of the facts set

6 | forth in this declaration, and if called upon as a witness I could testify competently

7 | as to those facts. I make this declaration in support of the Attorney General's

8 | Opposition to Plaintiffs' Motion for Preliminary Injunction.

9 |     3.    A true and correct copy of Phillip J. Cook, et al., *The Gun Debate's*

10 | *New Mythical Number How Many Defensive Uses Per Year?*, 16 Journal of Policy

11 | Analysis and Management, No. 3, (Summer, 1997), pp. 463-469, is attached hereto

12 | as **Exhibit 1**.

13 |     4.    A true and correct copy of Eugene Volokh, *Implementing the Right to*

14 | *Keep and Bear Arms for Self-defense:  An Analytical Framework and a Research*

15 | *Agenda*, 56 UCLA L. Rev. 1443 (June 2009) is attached hereto as **Exhibit 2**.

16 |     5.    A true and correct copy of Michael Siegel, et al., *The Relationship*

17 | *Between Gun Ownership and Firearm Homicide Rates in the United States, 1981-*

18 | *2010*, American Journal of Public Health (Sept. 2013), is attached hereto as

19 | **Exhibit 3**.

20 |     6.    A true and correct copy of selected pages of James Alan Fox and Jack

21 | Levin, *Extreme Killing: Understanding Serial and Mass Murder* (2d ed., 2005) pp.

22 | 147, 149, 152-53, 168, 187, 216, 227 is attached hereto as **Exhibit 4**.

23 |     7.    A true and correct copy of selected pages of David Hemenway,

24 | *Private Guns Public Health* (2004) pp. 64-78, is attached hereto as **Exhibit 5**.

25 |     8.    A true and correct copy of Firearms Tactical Institute, *Tactical Briefs*

26 | *(Volume 2, Number 4)* (April 1999), is attached hereto as **Exhibit 6**.

27 |

28 |

1

Decl. of Alexandra Robert Gordon ISO Def's Opp'n to Pls.' Mot. For Prelim. Inj.
(17-cv-1017-BEN-JLB)

9.     A true and correct copy of selected pages of Gary Kleck, *Point Blank: Guns and Violence in America* (1991), pp. 8-9, 20-21, 78-79, 111, is attached hereto as **Exhibit 7**.

10.     A true and correct copy of Claude Werner, *The Armed Citizen – Analysis of Five Year of Armed Encounters*, Gunssavelives.net (Mar. 12, 2012), which can be located at http://gunssavelives.net/self-defense/analysis-of-five-years-of-armed-encounters-with-data-tables/, is attached hereto as **Exhibit 8**.

11.     A true and correct copy of an excerpt of Massad Ayoob, *The Gun Digest Book of Concealed Carry* (2012) p. 64, is attached hereto as **Exhibit 9**.

12.     A true and correct copy of the Brief for Professional Historians and Law Professors as Amici Curiae, *Heller v. District of Columbia*, D.C. Circuit Court of Appeals, Case No. 10-7036, Docket No.1266982, is attached hereto as **Exhibit 10**.

13.     A true and correct copy of the Memorandum of Decision, *DeForst H. Benjamin, Jr., et al. v. John M. Bailey, et al.*, Case No. cv 93-0063723, June 30, 1994, is attached hereto as **Exhibit 11**.

14.     A true and correct copy of the Order Denying Plaintiffs' Motion for Temporary Restraining Order, *Tardy v. O'Malley*, United States District Court, District of Maryland, Case No. 1:13-cv-02841-CCB, Docket No. 14, Oct. 2013, is attached hereto as **Exhibit 12**.

15.     A true and correct copy of the Transcript of Temporary Restraining Order Proceedings held on October 1, 2013, in *Tardy v. O'Malley*, United States District Court, District of Maryland, Case No. 1:13-cv-02841-CCB, October 2013, is attached hereto as **Exhibit 13**.

16.     A true and correct copy of the Declaration of Christopher S. Koper in Support of Sunnyvale's Opposition to Plaintiff's Motion for Preliminary Injunction, *Leonard Fyock, et al. v. The City of Sunnyvale, et al.*, Case Number 13-cv-05807, Docket No. 39, is attached hereto as **Exhibit 14**.

2

1        17.    A true and correct copy of Exhibit A (Chart titled "Estimated 158

2    Million Pistol and Rifle Magazines in U.S. Consumer Possession 1990 – 2012") to

3    the Declaration of James Curcuruto, *Leonard Fyock, et al. v. The City of Sunnyvale,*

4    *et al.*, Case No. 5:13-cv-05807-RMW, Docket No. 13, is attached hereto as

5    **Exhibit 15**.

6        18.    A true and correct copy the California Department of Justice Division

7    of Law Enforcement Information Bulletin 2016-BOF-02 titled "New and Amended

8    Firearms/Weapons Law," is attached hereto as **Exhibit 16**.

9        19.    A true and correct copy the California Department of Justice Division

10   of Law Enforcement California Department of Justice Bureau of Firearms Large-

11   Capacity Magazine Permit Application is attached hereto as **Exhibit 17**.

12       20.    A true and correct copy of the California Department of Justice

13   Firearms Regulations document titled "Finding of Emergency" (Dec 2016), is

14   attached hereto as **Exhibit 18**.

15       21.    A true and correct copy of the California Department of Justice

16   Firearms Regulations document titled "Notice of Proposed Emergency Action"

17   (Dec. 2016), is attached hereto as **Exhibit 19**.

18       22.    A true and correct copy of the California Department of Justice

19   Firearms Regulations document titled "Text of Emergency Regulations" (Dec.

20   2016), is attached hereto as **Exhibit 20.**

21       23.    A true and correct copy of the California Department of Justice

22   Firearms Regulations approved form STD 399, "Economic and Fiscal Impact"

23   (Dec. 2016), is attached hereto as **Exhibit 21.**

24       24.    A true and correct copy of the California Department of Justice

25   Firearms Regulations document titled "Withdrawal of Emergency Regulations"

26   (Dec. 2016), is attached hereto as **Exhibit 22.**

27

28

25.     A true and correct copy of the California Department of Justice Firearms Regulations document titled, "Text of Draft Regulations" (May 2017), is attached hereto as **Exhibit 23.**

26.     A true and correct copy of a letter from the National Rifle Association and the California Rifle & Pistol Association Incorporated to the California Office of Administrative Law and the California Department of Justice Bureau of Firearms, dated December 28, 2016, is attached hereto as **Exhibit 24**.

27.     A true and correct copy of a letter from the Commissioner Charles H. Ramsey, Philadelphia Police Department, President of the Major Cities Chiefs Association to the Vice President of the United States, dated December 28, 2012, is attached hereto as **Exhibit 25.**

28.     A true and correct copy of selected pages of United States Department of the Army, *Rifle Marksmanship M-16/M-4 Series Weapons* (Aug. 2008), pp. xv, 7-8-7-24, 7-47, is attached hereto **as Exhibit 26.**

29.     A true and correct copy of a Sabrina Tavernise and Robert Gebeloff, *Share of Homes with Guns Shows 4-Decade Decline*, New York Times (Mar. 9, 2013), http://www.nytimes.com/2013/03/10/us/rate-of-gun-ownership-is-down-survey-shows.html, is attached hereto as **Exhibit 27.**

30.     A true and correct copy of Mark Follman, *More Guns, More Mass Shootings—Coincidence?*, Mother Jones (Sep. 26, 2012), http://www.motherjones.com/politics/2012/09/mass-shootings-investigation, is attached hereto as **Exhibit 28.**

31.     A true and correct copy of Mark Follman, et al., *A Guide to Mass Shootings in America*, Mother Jones (Jul. 20, 2012), http://www.motherjones.com/politics/2012/07/mass-shootings-map, is attached hereto as **Exhibit 29.**

32.     A true and correct copy of Mark Follman and Gavin Aronsen, *"A Killing Machine": Half of All Mass Shooters Used High-Capacity Magazines,*

1    Mother Jones (Jan. 30, 2013), http://www.motherjones.com/politics/2013/01/high-

2    capacity-magazines-mass-shootings, is attached hereto as **Exhibit 30.**

3          33.    A true and correct copy of Wikipedia, *1986 FBI Shootout,*

4    https://en.wikipedia.org/wiki/1986_FBI_Miami_shootout, is attached hereto as

5    **Exhibit 31.**

6          34.    A true and correct copy of CNN, *Stunned Police, Residents Cope with*

7    *Aftermath of L.A. Shootout* (Mar. 1, 1997),

8    https://web.archive.org/web/20050120124642/http://edition.cnn.com:80/US/9703/0

9    1/bank.shootout/, is attached hereto as **Exhibit 32.**

10         35.    A true and correct copy of Wikipedia, *North Hollywood shootout,*

11   https://en.wikipedia.org/wiki/North_Hollywood_shootout, is attached hereto as

12   **Exhibit 33.**

13         36.    A true and correct copy of Russell Goldman, *Gunman William*

14   *Spengler Used Bushmaster, Left Chilling Note*, ABC News (Dec. 25, 2012),

15   http://abcnews.go.com/US/webster-gunman-bushmaster-left-chilling-

16   note/story?id=18062121, is attached hereto as **Exhibit 34.**

17         37.    A true and correct copy of Wikipedia, *2012 Webster, New York*

18   *shooting*, https://en.wikipedia.org/wiki/2012_Webster,_New_York_shooting, is

19   attached hereto as **Exhibit 35.**

20         38.    A true and correct copy of Jonathan Weisman, *Senate Blocks Drive for*

21   *Gun Control*, New York Times (Apr. 17, 2013),

22   http://www.nytimes.com/2013/04/18/us/politics/senate-obama-gun-

23   control.html?pagewanted=all&pagewanted=print, is attached hereto as **Exhibit 36.**

24         39.    True and correct copies of various media reports stating that the

25   shooter was subdued or tackled while reloading are attached hereto as **Exhibit 37.**

26         40.    A true and correct copy of Kevin Dolak and Justin Weaver, *Woman*

27   *Wrestled Fresh Ammo Clip from Tucson Shooter as He Tried to Reload*, ABC

28

5

1  News (Jan. 9, 2011), http://abcnews.go.com/Politics/patricia-maisch-describes-

2  stopping-gunman-reloading/story?id=12577933, is attached hereto as **Exhibit 38**.

3        41.    A true and correct copy of Francis X. Clines, *DEATH ON THE*

4  *L.I.R.R.: The Rampage; Gunman in Train Aisle Passes Out Death*, New York

5  Times (Dec. 9, 1993), http://www.nytimes.com/1993/12/09/nyregion/death-on-the-

6  lirr-the-rampage-gunman-in-a-train-aisle-passes-out-

7  death.html?pagewanted=all&pagewanted=print, is attached hereto as **Exhibit 39**.

8        42.    A true and correct copy of Edmund Mahony, et al., *Sandy Hook*

9  *Shooter's Paul May Have Aided Students' Escape,* The Hartfort Courant (Dec. 23,

10  2012), http://www.courant.com/news/connecticut/newtown-sandy-hook-school-

11  shooting/hc-lanza-gunjam-20121222-story.html, is attached hereto as **Exhibit 40.**

12        43.    A true and correct copy of Paul Pinkham, *Have Gun, Will not Fear*

13  *Anymore*, Florida Times Union (Jul. 18, 2000), http://jacksonville.com/tu-

14  online/stories/071800/met_3568307.html#.WS8_VNy1vRY, is attached hereto as

15  **Exhibit 41.**

16        44.    A true and correct copy of Wave 3 News, *Pizza Hut Fires Driver for*

17  *Carrying Gun; Driver Said He Killed Armed Robber* (May 18, 2004),

18  http://www.wave3.com/story/1877208/pizza-hut-fires-driver-for-carrying-gun-

19  driver-said-he-killed-armed-robber, is attached hereto as **Exhibit 42.**

20        45.    A true and correct copy of Chris Eger, *San Francisco settles suit with*

21  *5 out-of-state suppliers over magazine 'repair kits'*, Guns.com (May 17, 2017),

22  http://www.guns.com/2017/05/17/san-francisco-settles-suit-with-5-out-of-state-

23  suppliers-over-magazine-repair-kits/, is attached hereto as **Exhibit 43.**

24        46.    A true and correct copy of NBC Southern California, *LAPD Chief*

25  *Backs Ban on Some Ammo Magazines* (Mar. 2, 2011),

26  http://www.nbclosangeles.com/news/local/beck-lapd-ammunition-ban-nra-

27  117261943.html, is attached hereto as **Exhibit 44.**

28

47.    A true and correct copy of David S. Fallis and James V. Grinaldi, *Va.*
*Data Show Drop in Criminal Firepower During Assault Gun Ban*, Washington Post
(Jan. 23, 2011), http://www.washingtonpost.com/wp-
dyn/content/article/2011/01/22/AR2011012203452_pf.html, is attached hereto as
**Exhibit 45.**

48.    A true and correct copy of David Fallis, *Data Indicate Drop in High-*
*Capacity Magazines During Federal Gun Ban*, Washington Post (Jan. 10, 2013),
https://www.washingtonpost.com/investigations/data-point-to-drop-in-high-
capacity-magazines-during-federal-gun-ban/2013/01/10/d56d3bb6-4b91-11e2-
a6a6-aabac85e8036_story.html?utm_term=.d3a51bc0befb, is attached hereto as
**Exhibit 46.**

49.    A true and correct copy of Greg Botelho and Steve Almasy, *San*
*Bernardino shooting:  Carnage was 'Unspeakable,' Police Say*, CNN (Dec. 4,
2015), http://www.cnn.com/2015/12/03/us/san-bernardino-shooting/index.html, is
attached hereto as **Exhibit 47.**

50.    A true and correct copy of Eric Levenson, *San Bernardino School*
*Shooter Fired 10 shots, Reloaded Once*, CNN (Apr. 12, 2017),
http://www.cnn.com/2017/04/11/us/san-bernardino-school-shooting/index.html, is
attached hereto as **Exhibit 48.**

51.    A true and correct copy of Ralph Ellis, et al., *Orlando Shooting:  49*
*Killed, Shooter Pledged ISIS Allegiance*, CNN (June 13, 2016),
http://www.cnn.com/2016/06/12/us/orlando-nightclub-shooting/, is attached hereto
as **Exhibit 49**.

52.    A true and correct copy of Mark Follman, *This is the Assault Rifle*
*Used by the Orlando Mass Shooter*, Mother Jones (Jun. 13, 2016),
http://www.motherjones.com/politics/2016/06/assault-rifle-used-by-orlando-mass-
shooter, is attached hereto as **Exhibit 50.**

7

53.     A true and correct copy of an Excel spreadsheet of data from a *Mother Jones* investigation titled "U.S. Mass Shootings, 1982-2016," http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data (accessed and downloaded from site as of 5-30-2017), is attached hereto as **Exhibit 51.**

54.     A true and correct copy of International Association of Chiefs of Police, *Position Paper of Firearm Violence,* www.theiacp.org/Portals/0/documents/pdfs/IACPFirearmsPositionPaper.pdf, is attached hereto as **Exhibit 52.**

55.     A true and correct copy of National Law Enforcement Partnership to Prevent Gun Violence, *Protecting Communities from Assault Weapons and High-capacity Ammunition Magazines* (Jan. 2017), www.lepartnership.org/wp-content/uploads/2017/01/Partnership-Facts-Assault-Weapons-and-High-Cap-Ammo.pdf, is attached hereto as **Exhibit 53.**

56.     A true and correct copy of Violence Policy Center, *A Shrinking Minority, the Continuing Decline of Gun Ownership in America* (May 1, 2005), http://www.vpc.org/studies/ownership.pdf, is attached hereto as **Exhibit 54.**

57.     A true and correct copy of U.S. Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms (ATF), *Recommendation on the Importability of Certain Semiautomatic Rifles* (July 1989), is attached hereto as **Exhibit 55**.

58.     A true and correct copy of U.S. Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms (ATF), *The Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Riles* (April 1989), https://www.atf.gov/file/57521/download, is attached hereto as **Exhibit 56.**

59.     A true and correct copy of House of Representatives Report 103-489 (1994 WL 168883) is attached hereto as **Exhibit 57.**

60.     A true and correct copy of the State of Connecticut, Division of Criminal Justice, *Report of the State's Attorney for the Judicial District of Danbury*

8

1   *on the Shootings at Sandy Hook Elementary School* (November 25, 2013),

2   www.ct.gov/csao/lib/csao/Sandy_Hook_Final_Report.pdf, is attached hereto as

3   **Exhibit 58.**

4       61.    A true and correct copy of Mayors Against Illegal Guns, *Analysis of*

5   *Recent Mass Shootings* (Sept. 16, 2013),

6   libcloud.s3.amazonaws.com/9/56/4/1242/1/analysis-of-recent-mass-shootings.pdf.,

7   is attached hereto as **Exhibit 59.**

8       62.    A true and correct copy of an excerpt of Virginia Tech Review Panel,

9   *Mass Shootings a Virginia Tech, Report of the Review Panel* (April 16, 2007) is

10  attached hereto as **Exhibit 60.**

11      63.    A true and correct copy of the Brady Center to Prevent Gun Violence,

12  *Assault Weapons: Mass Produced Mayhem* (Oct. 2008),

13  www.bradycampaign.org/sites/default/files/mass-produced-mayhem.pdf, is

14  attached hereto as **Exhibit 61.**

15      64.    A true and correct copy of Violence Policy Center, *The Militarization*

16  *of the U.S. Civilian Firearms Market* (June 2011),

17  www.vpc.org/studies/militarization.pdf, is attached hereto as **Exhibit 62.**

18      65.    A true and correct copy of United States Department of Justice,

19  Bureau of Alcohol, Tobacco, Firearms, and Explosives, *ATF Study on the*

20  *Immortality of Certain Shotguns* (Jan. 2011), is attached hereto as **Exhibit 63.**

21      66.    A true and correct copy of a statement by the Professors of

22  Constitutional Law titled "The Second Amendment and the Constitutionality of the

23  Proposed Gun Violence Prevention Legislation" (Jan. 30, 2013),

24  www.acslaw.org/Second%20Amendment%20Letter%20Final.pdf, is attached

25  hereto as **Exhibit 64.**

26      67.    A true and correct copy of the of United States Department of Justice,

27  Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Report on the Importality*

28  *of Certain Shotguns* (July 2, 2012), is attached hereto as **Exhibit 65.**

9

1     68.    A true and correct copy of Christopher S. Koper, *An Updated*

2  *Assessment of the Federal Assault Weapons Ban:  Impacts on Gun Markets and*

3  *Gun Violence, 1994-2003* (2004), https://www.ncjrs.gov/pdffiles1/nij, is attached

4  hereto as **Exhibit 66.**

5     69.    A true and correct copy of Violence Policy Center, *Officer Down:*

6  *Assault Weapons and the War on Law Enforcement* (May 2003),

7  www.vpc.org/studies/officer%20down.pdf, is attached hereto as **Exhibit 67**.

8     70.    A true and correct copy of United States Department of the Treasury,

9  Bureau of Alcohol, Tobacco, and Firearms, *Assault Weapons Profile* (April 1994),

10  is attached hereto as Exhibit 68.

11     71.    A true and correct copy of the Final Report of the Sandy Hook

12  Advisory Commission (Mar. 18, 2015) is attached hereto as **Exhibit 69.**

13     72.    A true and correct copy of the Interim Report of the Sandy Hook

14  Advisory Commission (Mar. 6, 2013) is attached hereto as **Exhibit 70.**

15     73.    A true and correct copy of Violence Policy Center, *Firearm Justifiable*

16  *Homicides and Non-Fatal Self-Defense Gun Use an Analysis of Federal Bureau of*

17  *Investigation and National Crime Victimization Survey Data* (April 2013),

18  www.vpc.org/studies/justifiable.pdf, is attached hereto as **Exhibit 71.**

19     74.    A true and correct copy of Violence Policy Center, *Firearm Justifiable*

20  *Homicides and Non-Fatal Self-Defense Gun Use an Analysis of Federal Bureau of*

21  *Investigation and National Crime Victimization Survey Data* (June 2015),

22  www.vpc.org/studies/justifiable15.pdf, is attached hereto as **Exhibit 72.**

23     75.    A true and correct copy of Brady Center to Prevent Gun Violence

24  Report titled *"On Target:  The Impact of the 1994 Federal Assault Weapon Act"*,

25  www.bradycampaign.org/sites/default/files/on_target.pdf, is attached hereto as

26  **Exhibit 73.**

27     76.    A true and correct copy of 1997 Report by Christopher S. Koper and

28  Jeffrey Roth (Urban Institute) titled *"Impact Evaluation of the Public Safety and*

10

1   *Recreational Firearms Use Protection Act of 1994: Final Report*",

2   http://www.urban.org/sites/default/files/publication/67071/406797-Impact, is

3   attached hereto as **Exhibit 74.**

4        77.    A true and correct copy of 2013 Report by Christopher S. Koper titled

5   "America's Experience with the Federal Assault Weapons Ban 1994-2004: Key

6   Findings and Implications" (from *Reducing Gun Violence In America: Informing*

7   *Policy with Evidence and Analysis*, ed. Daniel W. Webster and Jon S. Vernick,

8   2013), is attached hereto as **Exhibit 75.**

9        78.    A true and correct copy of Report by Everytown for Gun Safety titled

10  "*Mass Shootings in the United States: 2009-2016*",

11  https://everytownresearch.org/wp-content/uploads/2017/03/Analysis_of_Mas, is

12  attached hereto as **Exhibit 76.**

13       79.    A true and correct copy of Report Appendix by Everytown for Gun

14  Safety titled "Mass Shootings in the United States: 2009-2016,"

15  https://everytownresearch.org/documents/2017/03/appendix-mass-shootings-, is

16  attached hereto as **Exhibit 77.**

17       80.    A true and correct copy of Report by Citizens Crime Commission of

18  New York City titled "*Mass Shooting Incidents in America (1984-2012)*,"

19  http://www.nycrimecommission.org/mass-shooting-incidents-america.php, is

20  attached hereto as **Exhibit 78.**

21       81.    A true and correct copy of Violence Policy Center Fact Sheet titled

22  "High-Capacity Ammunition Magazines are the Common Thread Running

23  Through Most Mass Shootings in the United States",

24  www.vpc.org/fact_sht/VPCshootinglist.pdf, is attached hereto as **Exhibit 79.**

25       82.    A true and correct copy of San Francisco Police Code section 619 is

26  attached hereto as **Exhibit 80.**

27       83.    A true and correct copy of Cal. Stats. 1999, ch. 129. is attached hereto

28  as **Exhibit 81.**

11

84.   A true and correct copy of N.Y.S. AB No. 11535 is attached hereto as **Exhibit 82.**

85.   A true and correct copy of Excerpt of 2002 Md. Sess. Laws ch. 26, § 2. is attached hereto as **Exhibit 83.**

86.   A true and correct copy of City of Rochester, N.Y., City Code No. 47-5., http://ecode360.com/print/RO0104?guid=8675393&children=true, is attached hereto as **Exhibit 84.**

87.   A true and correct copy of Chicago, Ill., Municipal Code, §§ 8-20-010, 8-20-085 is attached hereto as **Exhibit 85.**

88.   A true and correct copy of 2013 Colo. Stats. H.B. 13-1224 is attached hereto as **Exhibit 86.**

89.   A true and correct copy of 2013 Conn. Legis. Serv. P.A. 13-3 (S.B. 1160) is attached hereto as **Exhibit 87.**

90.   A true and correct copy of 2013 N.Y. Sess. Laws ch. 1, §§ 38, 41-b is attached hereto as **Exhibit 88.**

91.   A true and correct copy of 2013 Md. Sess. Laws ch. 427 is attached hereto as **Exhibit 89.**

92.   A true and correct copy of Sunnyvale, Cal., Muni. Code § 9.44.050 & ballot materials is attached hereto as **Exhibit 90.**

93.   A true and correct copy of Senate Bill No. 1446, https://leginfo.legislature.ca.gov/faces/billPdf.xhtml?bill_id=201520160SB, is attached hereto as **Exhibit 91.**

94.   A true and correct copy of Senate Bill No. 1446 Senate Third Reading Analysis, https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?, is attached hereto as **Exhibit 92.**

95.   A true and correct copy of California Code of Regulations sections 5480, 5482-84 (current LCM Regs),

12

1  https://govt.westlaw.com/calregs/Browse/Home/California/CaliforniaCodeofRegula
2  tions, is attached hereto as **Exhibit 93.**

3    96.   A true and correct copy of Senate Bill No. 1446 Legislative History,
4  https://leginfo.legislature.ca.gov/faces/billHistoryClient.xhtml?bill_id=201520160S
5  B1446, is attached hereto as **Exhibit 94.**

6    97.   A true and correct copy of the Text of Proposition 63 is attached hereto
7  as **Exhibit 95.**

8    98.   A true and correct copy of Proposition 63 Voter Guide,
9  http://repository.uchastings.edu/cgi/viewcontent.cgi?article=2355&context=ca_ball
10  ot_props, is attached hereto as **Exhibit 96.**

11    99.   A true and correct copy of Senate Bill No. 23,
12  https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=199920000SB,
13  is attached hereto as **Exhibit 97.**

14    100.   A true and correct copy of Written Testimony of Laurence H. Tribe,
15  Senate Judiciary Committee, Subcommittee on the Constitution, Civil Rights and
16  Human Rights, "Proposals to Reduce Gun Violence:  Protecting Our Communities
17  While Respecting the Second Amendment",
18  https://www.judiciary.senate.gov/download/testimony-of-tribe-pdf, is attached
19  hereto as **Exhibit 98.**

20    101.   A true and correct copy of Responses to Questions of Laurence H.
21  Tribe, Senate Judiciary Committee, Subcommittee on the Constitution, Civil Rights
22  and Human Rights, "Proposals to Reduce Gun Violence:  Protecting Our
23  Communities While Respecting the Second Amendment",
24  https://www.judiciary.senate.gov/download/021213-qfrs-tribe, is attached hereto as
25  **Exhibit 99.**

26    102.   A true and correct copy of Testimony of Chief Jim Johnson, Baltimore
27  County, Maryland, Chair, National Law Enforcement Partnership to Prevent Gun
28  Violence (Senate Judiciary Committee Hearing),

13

1    https://www.judiciary.senate.gov/imo/media/doc/1-30-13JohnsonTestimony.pdf, is

2    attached hereto as **Exhibit 100.**

3        103.   A true and correct copy of Written Testimony for Chief Jim

4    Bueermann (Ret.) President, Police Foundation, Washington, D.C. (Senate

5    Judiciary Committee Hearing on Gun-related Violence),

6    https://www.judiciary.senate.gov/imo/media/doc/013013RecordSubmission-Feins,

7    is attached hereto as **Exhibit 101.**

8        104.   A true and correct copy of Transcript of Senate Judiciary Committee

9    Hearing on Gun Violence, https://www.washingtonpost.com/politics/senate-

10   judiciary-committee-hearing-on-gun-violence-on-jan-30-2013-

11   transcript/2013/01/30/1f172222-6af5-11e2-af53-

12   7b2b2a7510a8_story.html?utm_term=.a51a88424a06, is attached hereto as **Exhibit**

13   **102.**

14       105.   A true and correct copy of Written Testimony of Brian J. Siebel,

15   Senior Attorney, Brady Center to Prevent Gun Violence, Before the Council of the

16   District of Columbia is attached hereto as **Exhibit 103.**

17       106.   A true and correct copy of the LA Times article titled "Unraveling

18   Brady Law Falsehoods", http://articles.latimes.com/1997/jul/02/local/me-8910, is

19   attached hereto as **Exhibit 104.**

20       107.   A true and correct copy of the National Review article titled "Shutting

21   Down", http://www.nationalreview.com/node/215734/print, is attached hereto as

22   **Exhibit 105.**

23       108.   A true and correct copy of the GunOwners.com article titled "Fact

24   Sheet Guns Save Lives", http://www.gunowners.org/sk0802htm.htm, is attached

25   hereto as **Exhibit 106.**

26       109.   A true and correct copy of Affadavit of Christopher S. Koper in *June*

27   *Shew, et al. v. Dannell P. Malloy, et al.*, Case No. 3:13-CV-0739, Court Docket No.

28   80-1 is attached hereto as **Exhibit 107.**

14

110.   A true and correct copy of the San Francisco City Attorney Article, "Herrera Secures Court Order to Make California Communities Safer", https://www.sfcityattorney.org/2017/05/16/herrera-secures-court-order-make-california, is attached hereto as **Exhibit 108.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2017, at San Francisco, California.

*/s/ Alexandra Robert Gordon*

ALEXANDRA ROBERT GORDON

Decl. of Alexandra Robert Gordon ISO Def's Opp'n to Pls.' Mot. For Prelim. Inj.
(17-cv-1017-BEN-JLB)