XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
NELSON R. RICHARDS
ANTHONY P. O'BRIEN
Deputy Attorneys General
ALEXANDRA ROBERT GORDON
Deputy Attorney General
State Bar No. 207650
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5509
  Fax: (415) 703-5480
  E-mail:
  Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant*
*Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, et al.**<br><br>Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; et al.,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**EXHIBITS 25-43 TO THE DECLARATION OF ALEXANDRA ROBERT GORDON IN SUPPORT OF DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          June 13, 2017<br>Time:         10:00 a.m.<br>Dept:         5A<br>Judge:        Hon. Roger T. Benitez<br>Action Filed:     May 17, 2017 |

**4.    *DOJ's Proposed Regulations Are Not Necessary to Avoid Serious Harm to the Public***

DOJ provides no "specific facts supported by substantial evidence" as to why its proposed regulations need to be *immediately* adopted now to address "a situation that calls for immediate action to *avoid serious harm* to the public peace, health, safety, or general welfare."[51]  For instance, it is significant that DOJ fails to address the fact that Californians have known about the "permanently altered" exception to the LCM definition for 17 years now. Correspondingly, DOJ does not address how the public was harmed in the absence of such regulations during the past 17 years. If the public was not harmed, much less *seriously harmed*, in the absence of such regulations, then there is absolutely no need to issue the regulations now as an emergency measure.

The same argument applies to all the other proposed regulations as well. If the current LCM restrictions (i.e., restricting the manufacture, importation, sale, transfer, and loan of LCMs) that have been on the books for 17 years are not seriously harming the public without DOJ regulations, then how does a restriction banning the *possession* of LCMs seriously harm the public? At any rate, DOJ conspicuously makes no effort to show how the simple possession of an LCM is so much worse than, say, the willful manufacture, importation, sale, loan, purchase, or receipt of LCMs *in light of the regulations required to address it.*

Remember: the restrictions on selling, importing, and making LCMs to the majority of the California public took effect on January 1, 2000. The only way most Californians could currently be in lawful possession of LCMs now is to have possessed them prior to January 1, 2000. The same law-abiding owners of these magazines in January 1, 2000 are the same ones in possession of the magazines today. It is fatal that DOJ does not, and cannot, identify a provision from SB 1446 and Proposition 63 that changes the status quo so as to make emergency regulations somehow necessary now to prevent or alleviate a public harm.

In the end, DOJ's failure to act in a timely manner neither is, nor creates, an emergency to bypass the usual notice and hearing/comment procedures set forth in the APA. "The term 'emergency' has been given a practical, commonsense meaning in the California case law:

"[E]mergency" has long been accepted in California as an *unforeseen situation calling for immediate action*. [Citations.] This is the meaning of the word that obtains in the mind of the lawyer as well as in the mind of the layman.[52]

Any "emergency" DOJ  speaks of is not unforseen, but, rather, one of DOJ's own making due to its procrastination, mismanagement of time, and/or misrepresentation of their need. Proof of such

---

[51]  Cal. Govt. Code, § 11342.545; *About the Emergency Rulemaking Process*, Office of Administrative Law, http://www.oal.ca.gov/regulations/emergency_regulations/emergency_regulation_process/ (last visited Dec. 20, 2016) (citing Cal. Govt. Code, § 11346.1, subd. (b)(2)) (emphasis added).

[52]  *Doe v. Wilson* (1997) 57 Cal.App.4th 296, 306 (quoting *Sonoma Cnty. Org. of Public/Private Employees, Local 707, SEIU, AFL-CIO v. County of Sonoma* (1991) 1 Cal.App.4th 267, 276-277) ( double emphasis added.)

December 28, 2016
Page 15 of 17

procrastination is the fact that, as of the writing of this Opposition, DOJ has yet to issue the regulations that are sorely needed for the new "assault weapon" laws taking effect on January 1, 2017.[53] Instead, DOJ is wasting its time applying for a finding of "emergency" in regard to unneeded regulations for a ban on LCM possession that won't even take effect until July 1, 2017.

Through present and past action, and the undeniable arithmetic underlying the timelines for DOJ's actions, DOJ cannot show that an emergency exists to warrant emergency regulations. DOJ should have abided by the APA's usual notice and hearing/comment procedures, as there was, and is, sufficient time to do so.

## III.   DOJ'S PROPOSED "EMERGENCY" REGULATIONS PRESENT SIGNIFICANT PROBLEMS FOR CALIFORNIA FIREARM DEALERS AND OWNERS

DOJ's proposed emergency regulations should also be denied on the additional ground that they cause irreparable problems for many firearm dealers and owners.

### A.   California-Licensed Firearm Retailers and Dealers

Perhaps most greatly affected by the proposed "emergency" regulations are California-licensed firearm retailers ("FFLs"). For years, firearm manufacturers and dealers have been "permanently altering" LCMs to make them "California compliant." Some of these alterations, for the last 17 years, do not comply with DOJ's suggested modifications. Yet, these modifications have been allowed by DOJ, law enforcement, and prosecutors all this time. As a result, there are thousands of modified magazines sitting on FFLs' shelves that are not currently considered LCMs (and that FFLs have no suspicion of being LCMs). But those magazines will *immediately* be considered LCMs the moment DOJ adopts its emergency regulations, changing a decades-long notion of what constitutes "permanent alteration."

Because the notice period for emergency regulations is so abbreviated, unlike the case with the APA's "standard" rulemaking process, there would be no time to notify these FFLs of DOJ's new requirements for "permanent alterations." Consequently, DOJ's emergency regulations would cause thousands of unsuspecting FFLs to become overnight felons for unlawfully offering and exposing for sale LCMs. This is hardly fair, and it violates the spirit of Penal Code section 32310.

In a similar vein, many FFLs currently thinking that they have "California compliant" shotguns on the shelves will be horrified to discover that DOJ's adoption of emergency regulations transformed those shotguns into firearms with internal LCMs (e.g., based on their dual tube configuration or how their magazine capacity is now measured by DOJ). They too would face jail time and the taint of a criminal record even though they had every intention of complying with the law.

Because DOJ's "emergency" regulations would only give FFLs a handful of days to change industry practices that have been in place for close to two decades, DOJ is not giving FFLs sufficient

---

[53] Pending Penal Code section 30900(b)(5) requires DOJ to create regulations relating to the registration of firearms newly designated as "assault weapons." The registration period, according to the statute, should open January 1, 2017 but require the regulations before the process can go into effect. ( Cal. Penal Code § 30900, subd. (b)(1) (effective January 1, 2017).

December 28, 2016
Page 16 of 17

notice to lawfully modify magazines or dispose of firearms affected by its proposed regulations. Hence, DOJ will, alarmingly and unjustifiably, cause Californians to experience legal detriment if it is allowed to circumvent the APA's "standard" rulemaking procedures.

### B.    Individual Firearm Owners

Also seriously affected by DOJ's proposed emergency regulations are individual firearm owners. While DOJ's regulations engender criminal risk for FFLs, they engender the risk of bodily harm for individual firearm owners. Specifically, DOJ's proposed regulations will prompt firearm owners to have their LCMs "permanently altered" by inserting restrictors into their magazines and, for the most part, permanently sealing the magazines.[54]

However, most of these methods of "permanent alteration" prevent the magazine from being taken apart. As a result, the magazine cannot be cleaned. And dirty magazines are dangerous to their owners and to bystanders because they cause the firearm to malfunction.

The very fact that DOJ included such regulations as part of its proposed emergency regulations suggests that DOJ cares more about its own convenience and advantage than it does about California firearm dealers and owners. DOJ could not even be bothered to analyze or research the ramifications that its regulations would have on the lives of firearm dealers and owners. This would not have been a problem had DOJ proceeded via the APA's "standard" rulemaking process because the public comments would have helped DOJ formulate improved regulations. But, in a flagrant display of delay, neglect, and gamesmanship, DOJ chose not to do so. We respectfully urge the OAL to see through DOJ's actions and to reject DOJ's proposed emergency regulations.

## IV.    CONCLUSION

The purpose of the APA is to ensure that the public has the opportunity to participate in the promulgation of regulatory measures, thereby promoting open government and keeping regulatory bodies accountable. Only in the most urgent circumstances should a government agency be permitted to circumvent the strict procedural requirements of the APA.

This is not one of those times.

DOJ was given almost a year to promulgate such regulations and *still* has time to do so via the APA's "standard" rulemaking process. Further, DOJ's delay and neglect are even more glaring when one realizes that DOJ is *actually* issuing the proposed regulations in response to restrictions against LCMs (that have already been in effect) for more than a decade. Any finding of "emergency" now would be laughable.

Additionally, as established above, DOJ failed to identify any real harm that will come to the general public should DOJ be allowed to follow the APA's non-emergency rulemaking process in adopting its proposed LCM regulations. The regulations DOJ has put forth are not necessary to protect

---

[54] *See* Cal. Code Regs., tit. 11, § 5491, subd. (b)(1), (b)(2) (proposed).

December 28, 2016
Page 17 of 17

the public welfare. Instead, DOJ's finding of emergency is based solely on its own bare desire for expediency and convenience.

Lastly, the proposed "emergency" regulations are wrought with practical problems that harm California firearm dealers and owners. If DOJ had sought input from the public through proper rulemaking channels from the beginning, many of these problems could have been avoided or mitigated. Instead, DOJ seeks to adopt the regulations as an "emergency" measure, significantly reducing the time for public comment on these issues and shutting down the ability of the public to work *with* DOJ to create feasible regulations.

For the foregoing reasons, we respectfully request that the OAL reject DOJ's proposed emergency regulations and require DOJ to follow the "standard" APA rulemaking process. Should you have any questions or concerns regarding the content of this letter, please contact my office.

Sincerely,
**Michel & Associates, P.C.**

Joseph A. Silvoso, III

# Exhibit 25



**MAJOR CITIES CHIEFS ASSOCIATION**

Albuquerque, New Mexico
Arlington, Texas
Atlanta, Georgia
Austin, Texas
Baltimore City, Maryland
Baltimore Co., Maryland
Boston, Massachusetts
Buffalo, New York
Calgary, Alberta
Charlotte-Mecklenburg, North Carolina
Chicago, Illinois
Cincinnati, Ohio
Cleveland, Ohio
Colorado Springs, Colorado
Dallas, Texas
Denver, Colorado
Detroit, Michigan
Edmonton, Alberta
El Paso, Texas
Fairfax County, Virginia
Fort Worth, Texas
Fresno, California
Honolulu, Hawaii
Houston, Texas
Indianapolis, Indiana
Jacksonville, Florida
Kansas City, Missouri
Las Vegas Metro, Nevada
Long Beach, California
Los Angeles, California
Los Angeles Co., California
Louisville, Kentucky
Memphis, Tennessee
Mesa, Arizona
Miami-Dade, Florida
Milwaukee, Wisconsin
Minneapolis, Minnesota
Montgomery Co., Maryland
Montreal, Quebec
Nashville, Tennessee
Nassau Co., New York
New Orleans, Louisiana
New York City, New York
Newark, New Jersey
Oakland, California
Oklahoma City, Oklahoma
Ottawa, Ontario
Philadelphia, Pennsylvania
Phoenix, Arizona
Pittsburg, Pennsylvania
Portland, Oregon
Prince George's Co., Maryland
Raleigh, North Carolina
Sacramento, California
Salt Lake City, Utah
San Antonio, Texas
San Diego, California
San Francisco, California
San Jose, California
Seattle, Washington
St. Louis, Missouri
Suffolk Co., New York
Toronto, Ontario
Tucson, Arizona
Tulsa, Oklahoma
Vancouver, British Columbia
Virginia Beach, Virginia
Washington, DC
Winnipeg, Manitoba

December 28, 2012

The Vice   resident
 The White House
1600 Pennsylvania Avenue,    .W.
Washington, D.C. 20500

Dear Mr. Vice President:

We are grateful for this opportunity to join in a vital national discussion to reform firearms policy. In response to your request, we are sending two documents to support your efforts.

First is a comprehensive discussion paper entitled, "Firearms Violence – Issues for Consideration."  In our view, the policy issues described in this document should be considered as needed steps toward reform of our Nation's gun laws and policies.

Second is the current adopted policy statement of Major Cities Chiefs entitled, "Firearms Violence Policy" approved by a vote of our membership, the largest cities in the Nation.

We are committed to reform that will reduce the threat of gun violence in America and we look forward to working with the White House on a comprehensive national strategy.

Sincerely,

Commissioner Charles H. Ramsey
Philadelphia Police Department
President
Major Cities Chiefs Association



**MAJOR CITIES CHIEFS ASSOCIATION**

Albuquerque, New Mexico
Arlington, Texas
Atlanta, Georgia
Austin, Texas
Baltimore City, Maryland
Baltimore Co., Maryland
Boston, Massachusetts
Buffalo, New York
Calgary, Alberta
Charlotte-Mecklenburg, North Carolina
Chicago, Illinois
Cincinnati, Ohio
Cleveland, Ohio
Colorado Springs, Colorado
Dallas, Texas
Denver, Colorado
Detroit, Michigan
Edmonton, Alberta
El Paso, Texas
Fairfax County, Virginia
Fort Worth, Texas
Fresno, California
Honolulu, Hawaii
Houston, Texas
Indianapolis, Indiana
Jacksonville, Florida
Kansas City, Missouri
Las Vegas Metro, Nevada
Long Beach, California
Los Angeles, California
Los Angeles Co., California
Louisville, Kentucky
Memphis, Tennessee
Mesa, Arizona
Miami-Dade, Florida
Milwaukee, Wisconsin
Minneapolis, Minnesota
Montgomery Co., Maryland
Montreal, Quebec
Nashville, Tennessee
Nassau Co., New York
New Orleans, Louisiana
New York City, New York
Newark, New Jersey
Oakland, California
Oklahoma City, Oklahoma
Ottawa, Ontario
Philadelphia, Pennsylvania
Phoenix, Arizona
Pittsburg, Pennsylvania
Portland, Oregon
Prince George's Co., Maryland
Raleigh, North Carolina
Sacramento, California
Salt Lake City, Utah
San Antonio, Texas
San Diego, California
San Francisco, California
San Jose, California
Seattle, Washington
St. Louis, Missouri
Suffolk Co., New York
Toronto, Ontario
Tucson, Arizona
Tulsa, Oklahoma
Vancouver, British Columbia
Virginia Beach, Virginia
Washington, DC
Winnipeg, Manitoba

### Firearms Violence Policy
Adopted by Membership Vote

The Major Cities Chiefs Association has been a strong advocate for sensible gun policy for many years and has taken positions on a wide range of issues.

### Legislative Positions

- Reinstate the assault weapons ban and encourage stiffer penalties for illegal guns
- Ban high capacity magazines (10+ rounds)
- Ban internet ammo sales, require in-person transactions, records of sales and licensing of ammo vendors
- Oppose legislation that would require states to recognize any and all concealed carry permits
- Oppose legislation that further erodes ATF authority
- Prevent known terrorists from purchasing firearms
- Require unlicensed private dealers to do background checks at gun shows

### Policy  tatements

- Encourage aggressive federal prosecution of violent offenders using guns. Conviction in Federal Court generally results in stronger sanctions, removes the offenders from the streets and serves as a deterrent.
- Encourage mandatory reporting of all purchases, transfers and stolen firearms. This measure would assist law enforcement agencies with identification, criminal investigations and recovery of stolen firearms.
- Establish harsher penalties and aggressively prosecute straw purchasers, who are responsible for putting a substantial number of guns used in criminal acts. More aggressive prosecution with strong penalties would hold them accountable and act as a deterrent.
- Strengthen the national criminal instant background check system. The background check system does not have complete data at the current time. Mental health information, for example, is incomplete. The system needs to be    proved.



**MAJOR CITIES CHIEFS ASSOCIATION**

Albuquerque, New Mexico
Arlington, Texas
Atlanta, Georgia
Austin, Texas
Baltimore City, Maryland
Baltimore Co., Maryland
Boston, Massachusetts
Buffalo, New York
Calgary, Alberta
Charlotte-Mecklenburg, North Carolina
Chicago, Illinois
Cincinnati, Ohio
Cleveland, Ohio
Colorado Springs, Colorado
Dallas, Texas
Denver, Colorado
Detroit, Michigan
Edmonton, Alberta
El Paso, Texas
Fairfax County, Virginia
Fort Worth, Texas
Fresno, California
Honolulu, Hawaii
Houston, Texas
Indianapolis, Indiana
Jacksonville, Florida
Kansas City, Missouri
Las Vegas Metro, Nevada
Long Beach, California
Los Angeles, California
Los Angeles Co., California
Louisville, Kentucky
Memphis, Tennessee
Mesa, Arizona
Miami-Dade, Florida
Milwaukee, Wisconsin
Minneapolis, Minnesota
Montgomery Co., Maryland
Montreal, Quebec
Nashville, Tennessee
Nassau Co., New York
New Orleans, Louisiana
New York City, New York
Newark, New Jersey
Oakland, California
Oklahoma City, Oklahoma
Ottawa, Ontario
Philadelphia, Pennsylvania
Phoenix, Arizona
Pittsburg, Pennsylvania
Portland, Oregon
Prince George's Co., Maryland
Raleigh, North Carolina
Sacramento, California
Salt Lake City, Utah
San Antonio, Texas
San Diego, California
San Francisco, California
San Jose, California
Seattle, Washington
St. Louis, Missouri
Suffolk Co., New York
Toronto, Ontario
Tucson, Arizona
Tulsa, Oklahoma
Vancouver, British Columbia
Virginia Beach, Virginia
Washington, DC
Winnipeg, Manitoba

## Firearms Violence
## Issues  or   onsideration

The Major Cities Chiefs Association has been a strong advocate for sensible gun policy for many years and has taken positions on a wide range of issues.

**The   ite  use  d  ngress  ould  nsider  ese measures as elements n  mprehensive lan  r reform f  ublic policy on firearms and to prevent further gun violence in America. Long overdue, a National Crime  ommission should be  stablished with firearms policy as its top priority.**

• **Assault Weapons and High Capacity Magazines**
Congress should reinstate the assault weapons ban and prohibit high capacity magazines (10+ rounds). Assault-type weapons have no sporting, recreation, or hunting purpose.

The legislation should:
    a)  Ban the possession, sale, manufacture and importation of high capacity magazines;
    b)  Ban both dealer and private sale, transfer, manufacture and importation of assault  weapons; and
    c)  Require owner background checks and registration for assault weapons acquired prior  to the date of enactment.

• **Sale of Firearms and Ammunition**
Major Cities Chiefs call upon Federal, State and local officials to consider these reforms:
    a)  Require registration of all firearms, and reporting of all transfers and lost or stolen firearms;
    b)  Commence registration of all FFL and private firearms purchases and transfers;
    c)  Strengthen the National Instant Background Check System (NICS) to require 100%  background clearance:
        ✓  Permit sales only when clearance is received by FFL
        ✓  Require current and complete mental health information



**MAJOR CITIES CHIEFS ASSOCIATION**

Albuquerque, New Mexico
Arlington, Texas
Atlanta, Georgia
Austin, Texas
Baltimore City, Maryland
Baltimore Co., Maryland
Boston, Massachusetts
Buffalo, New York
Calgary, Alberta
Charlotte-Mecklenburg, North Carolina
Chicago, Illinois
Cincinnati, Ohio
Cleveland, Ohio
Colorado Springs, Colorado
Dallas, Texas
Denver, Colorado
Detroit, Michigan
Edmonton, Alberta
El Paso, Texas
Fairfax County, Virginia
Fort Worth, Texas
Fresno, California
Honolulu, Hawaii
Houston, Texas
Indianapolis, Indiana
Jacksonville, Florida
Kansas City, Missouri
Las Vegas Metro, Nevada
Long Beach, California
Los Angeles, California
Los Angeles Co., California
Louisville, Kentucky
Memphis, Tennessee
Mesa, Arizona
Miami-Dade, Florida
Milwaukee, Wisconsin
Minneapolis, Minnesota
Montgomery Co., Maryland
Montreal, Quebec
Nashville, Tennessee
Nassau Co., New York
New Orleans, Louisiana
New York City, New York
Newark, New Jersey
Oakland, California
Oklahoma City, Oklahoma
Ottawa, Ontario
Philadelphia, Pennsylvania
Phoenix, Arizona
Pittsburg, Pennsylvania
Portland, Oregon
Prince George's Co., Maryland
Raleigh, North Carolina
Sacramento, California
Salt Lake City, Utah
San Antonio, Texas
San Diego, California
San Francisco, California
San Jose, California
Seattle, Washington
St. Louis, Missouri
Suffolk Co., New York
Toronto, Ontario
Tucson, Arizona
Tulsa, Oklahoma
Vancouver, British Columbia
Virginia Beach, Virginia
Washington, DC
Winnipeg, Manitoba

✓ Prevent known terrorists from purchasing firearms
✓ Require unlicensed private persons and dealers to background checks through   FFL  for gun shows and individual sales      ansfers

d)  Ban internet sales of ammunition, require in-person transactions, records of ammunition sales and licensing of ammunition dealers;
e)  New and imported firearms should bear micro stamp identification as well as a visible serial number;
f)  Specialized ammunition not intended for target shooting or hunting, (such as armor piercing and coated rounds), should be available only to military and law enforcement, not to the public; and
g)  Straw purchasers should be aggressively prosecuted and harsher penalties should be imposed.

• **Firearms Safety**
Major Cities Chiefs propose that the White House bring together a coalition of public and private agencies to form a national gun safety and public awareness initiative. Firearms safety and training must become a nation-wide goal that includes more widespread safety instruction, mandatory secure storage of weapons and mandatory trigger locks. This national gun safety strategy should also call for:

a)  Proof of a safety course certification for all firearms purchases; and
b)  Measures to prevent access to firearms by persons who are mentally disturbed or pose a threat to public safety.

• **School Safety and Prevention of Violence**
The White House and Congress should work together to restore funding for school security and violence prevention programs at the U.S. Departments of Justice and Education to include the COPS Office School Resource Officer Program and the Safe and Drug Free Schools Program.

• **ATF Authority**
Major Cities Chiefs ask Congress to take these necessary remedial



**MAJOR CITIES CHIEFS ASSOCIATION**

Albuquerque, New Mexico
Arlington, Texas
Atlanta, Georgia
Austin, Texas
Baltimore City, Maryland
Baltimore Co., Maryland
Boston, Massachusetts
Buffalo, New York
Calgary, Alberta
Charlotte-Mecklenburg, North Carolina
Chicago, Illinois
Cincinnati, Ohio
Cleveland, Ohio
Colorado Springs, Colorado
Dallas, Texas
Denver, Colorado
Detroit, Michigan
Edmonton, Alberta
El Paso, Texas
Fairfax County, Virginia
Fort Worth, Texas
Fresno, California
Honolulu, Hawaii
Houston, Texas
Indianapolis, Indiana
Jacksonville, Florida
Kansas City, Missouri
Las Vegas Metro, Nevada
Long Beach, California
Los Angeles, California
Los Angeles Co., California
Louisville, Kentucky
Memphis, Tennessee
Mesa, Arizona
Miami-Dade, Florida
Milwaukee, Wisconsin
Minneapolis, Minnesota
Montgomery Co., Maryland
Montreal, Quebec
Nashville, Tennessee
Nassau Co., New York
New Orleans, Louisiana
New York City, New York
Newark, New Jersey
Oakland, California
Oklahoma City, Oklahoma
Ottawa, Ontario
Philadelphia, Pennsylvania
Phoenix, Arizona
Pittsburg, Pennsylvania
Portland, Oregon
Prince George's Co., Maryland
Raleigh, North Carolina
Sacramento, California
Salt Lake City, Utah
San Antonio, Texas
San Diego, California
San Francisco, California
San Jose, California
Seattle, Washington
St. Louis, Missouri
Suffolk Co., New York
Toronto, Ontario
Tucson, Arizona
Tulsa, Oklahoma
Vancouver, British Columbia
Virginia Beach, Virginia
Washington, DC
Winnipeg, Manitoba

actions:
   a)  Reject any proposed legislation to further erode ATF authority;
   b)  Require reports on large quantity sales of semi-automatic rifles and ammunition;
   c)  Allow ATF to inspect sales records and permit more than one FFL inspection per year;
   d)  Require annual inventories and security features at FFL points of sale; and
   e)  Confirm an ATF Director to ensure clear policy and consistent enforcement of Federal  firearms laws.

- **Concealed Weapons**
  Major Cities Chiefs oppose Federal legislation that would require States to recognize any and all concealed carry permits. These permits should be subject to State law and local control. Moreover, a national database should be established for storage and sharing of permit information by law enforcement.

- **Gun Trafficking**
  Congress should enact legislation to halt domestic and international gun trafficking and impose stiffer penalties for illegal guns. Congress must adopt a Federal Firearms Trafficking Statute to strengthen law enforcement efforts and curb trafficking of illegal guns.

# Exhibit 26

**FM 3-22.9**

# RIFLE MARKSMANSHIP
# M16-/M4-SERIES WEAPONS



## August 2008

**DISTRIBUTION RESTRICTION:** Approved for public release; distribution is unlimited.

# HEADQUARTERS
# DEPARTMENT OF THE ARMY

# Preface

This manual provides guidance for planning and executing training on the 5.56-millimeter M16-series rifle (M16A1/A2/A3/A4) and M4 carbine. It is a guide for commanders, leaders, and instructors to develop training programs, plans, and lessons that meet the objectives or intent of the United States Army rifle marksmanship program and FM 7-0.

This manual is organized to lead the trainer through the material needed to conduct training during initial entry training (IET) and unit sustainment training. Preliminary subjects include discussion on the weapon's capabilities, mechanical training, and the fundamentals and principles of rifle marksmanship. Live-fire applications are scheduled after the Soldier has demonstrated preliminary skills.

This manual was revised to include references to new materiel and systems. This revision includes—

- The new Army total marksmanship training strategy, to include specific strategies for the United States Army Reserve (USAR) and the Army National Guard (ARNG).
- Information about the advanced combat optical gunsight (ACOG), the AN/PEQ-15 advanced target pointer/illuminator aiming light (ATPIAL), various thermal sights, and the MK 262 round.
- Information about the alternate qualification record fire courses (known distance [KD] record fire, 25-meter scaled target alternate course, 15-meter scaled target alternate course).
- Information about the rapid magazine change and barricade transition fire for short-range marksmanship (SRM).
- Changes to all of the scorecards.
- Updated terminology.

*This publication prescribes DA Form 3595-R (Record Fire Scorecard), DA Form 3601-R (Single Target—Field Firing Scorecard), DA Form 5239-R (100-, 200-, and 300-Meter Downrange Feedback Scorecard), DA Form 5241-R (Single and Multiple Targets—Field Firing Scorecard), DA Form 5789-R (Record Firing Scorecard—Known-Distance Course), DA Form 5790-R (Record Firing Scorecard—Scaled Target Alternate Course), DA Form 7489-R (Record Night Fire Scorecard), DA Form 7649-R (Squad Designated Marksman—Record Fire I and II Scorecard), DA Form 7650-R (Squad Designated Marksman—Position Evaluation), and DA Form 7682-R (Combat Field Fire Scorecard).

This publication applies to the Active Army, the Army National Guard (ARNG)/National Guard of the United States (ARNGUS), and the US Army Reserve (USAR).

Terms that have joint or Army definitions are identified in both the glossary and the text. Terms for which FM 3-22.9 is the proponent FM are indicated with an asterisk in the glossary.

Uniforms depicted in this manual were drawn without camouflage for clarity of the illustration. Unless this publication states otherwise, masculine nouns and pronouns refer to both men and women.

The proponent for this publication is the US Army Training and Doctrine Command. The preparing agency is the Maneuver Center of Excellence (MCoE). You may send comments and recommendations by any means (US mail, e-mail, fax, or telephone) as long as you use DA Form 2028 (Recommended Changes to Publications and Blank Forms) or follow its format. Point of contact information is as follows:

|  |  |
|---|---|
| E-mail: | benn.29IN.229-S3-DOC-LIT@conus.army.mil |
| Phone: | Commercial: 706-545-8623 |
|  | DSN: 835-8623 |
| Fax: | Commercial: 706-545-8600 |
|  | DSN: 835-8600 |
| US Mail: | Commander, MCoE |
|  | ATTN: ATSH-INB |
|  | 6650 Wilkin Drive, Building 74, Room 102 |
|  | Fort Benning, GA 31905-5593 |

*FIRING FROM WINDOWS*

7-11. When firing from windows, Soldiers should stay in the shadows and make sure that the weapon's muzzle does not protrude out of the opening (Figure 7-7).



**Figure 7-7. Firing from a window.**

## SECTION II. COMBAT FIRE TECHNIQUES

Combat is the ultimate test of a Soldier's ability to apply the fundamentals of marksmanship and firing skills. Soldiers must apply the marksmanship skills mastered during training, practice, and record fire exercises to many combat situations (for example, attack, assault, ambush, or UO). Although these situations present problems, basic techniques and fundamentals require only two modifications: changes to the rate of fire and alterations in weapon/target alignment.

> **NOTE:** The necessary changes are significant and must be thoroughly taught and practiced before performing LFXs.

# RAPID SEMIAUTOMATIC FIRE

7-12. The most important firing technique during fast-moving, modern combat is rapid semiautomatic fire. It is the most accurate technique of placing a large volume of fire on poorly defined targets or target areas, such as short exposure, multiple, or moving targets. To apply rapid semiautomatic fire, the Soldier intentionally fires a quick series of shots into the target area to ensure a high probability of a hit.

> **NOTE:** Increased speed and volume should be sought only after the Soldier has demonstrated expertise and accuracy during slow semiautomatic fire.

### Effectiveness and Control of Rapid Semiautomatic Fire

7-13. With proper training, Soldiers can select the appropriate mode of fire: semiautomatic fire, rapid semiautomatic fire, or automatic/burst fire.

> **NOTE:** Leaders must ensure that Soldiers apply proper fire discipline at all times. Even in training, unaimed fire must never be tolerated, especially unaimed automatic fire.

7-14. While Soldiers sacrifice some degree of accuracy to deliver a greater volume of fire, it is surprising how devastatingly accurate rapid semiautomatic fire can be. At ranges beyond 25 meters, rapid semiautomatic fire is superior to automatic fire in all measures: shots per target, trigger pulls per hit, and time to hit. Proper training and repeated practice increases the degree of accuracy.

7-15. Rapid application of the four fundamentals will result in a well-aimed shot every one or two seconds. This technique of fire allows a unit to place the most effective volume of fire in a target area while conserving ammunition. It is the most accurate means of delivering suppressive fire.

### Modifications for Rapid Semiautomatic Fire

7-16. Trainers must consider the impact of the increased rate of fire on the Soldier's ability to properly apply the fundamentals of marksmanship and other combat firing skills, such as immediate action procedures.

#### Marksmanship Fundamentals

7-17. The following paragraphs describe the modifications necessary for Soldiers to apply the four fundamentals when firing in the rapid semiautomatic fire mode.

##### Steady Position

7-18. Consider the following modifications to achieve a steady position:

- Make sure that the weapon is well-supported to improve accuracy and reduce recovery time between shots.
- Grip the handgrip tightly to reduce recovery time and rapidly shift or distribute fire to subsequent targets.
- When possible, pivot the weapon where the nonfiring hand meets the support.
- Avoid changing the position of the nonfiring hand on the support; it is awkward and time-consuming when rapidly firing a series of shots.

##### Aiming

*7-19.* Consider the following recommendations to properly aim the weapon:

- Do not change sighting and stock weld during rapid semiautomatic fire. Keep the cheek on the stock for every shot, align the firing eye with the rear aperture, and focus on the front sightpost.
- When using slow semiautomatic fire, seek a stable sight picture.
- In the fast-moving situations that require rapid semiautomatic fire, accept target movement and unsteady sight picture, and keep firing into the target area until the target is down or there is no chance of a hit.
- Aim every shot.

##### Breath Control

7-20. Breath control must be modified because the Soldier does not have time to take a complete breath between shots. Consider the following modifications to achieve proper breath control:

- Hold your breath at some point in the firing process.
- Take shallow breaths between shots.

*Trigger Squeeze*

7-21.  To maintain the desired rate of fire, the Soldier has a brief period of time to squeeze the trigger. The firer must cause the weapon to fire in about half of a second or less and still not anticipate the precise moment of firing. Consider the following modifications to achieve proper trigger squeeze:

- Apply initial trigger pressure as soon as a target is identified and while the front sightpost is being brought to the desired point of aim.
- When the front sightpost reaches the point of aim, apply final pressure to cause the weapon to fire almost at once. Apply this additional pressure, also known as final trigger squeeze, without disturbing the lay of the weapon.
- Increase the firing rate by firing, releasing enough trigger pressure to reset the sear, and then immediately firing the next shot. This technique is called rapid trigger squeeze. It eliminates the time used in fully releasing pressure on the trigger and allows the firer to rapidly deliver subsequent rounds.

**NOTE:** Training and practice sessions are required for Soldiers to become proficient in the technique of rapid trigger squeeze.

7-22.  Repeated dry-fire training using simulators, such as the EST 2000 and LMTS, and live-fire practice ensure that the Soldier can squeeze the trigger and maintain a rapid rate of fire consistently and accurately.

## Immediate Action Procedures

7-23.  To maintain an increased rate of suppressive fire, Soldiers must apply immediate action quickly. Repeated dry-fire practice using blanks or dummy rounds, followed by live-fire training and evaluation, ensures that Soldiers can rapidly apply immediate action procedures while other Soldiers initiate fire.

### RAPID SEMIAUTOMATIC FIRE TRAINING

**NOTE:** Soldiers should be well-trained in all aspects of slow semiautomatic firing before attempting any rapid semiautomatic fire training. Those who display a lack of knowledge of fundamental marksmanship skills should not advance to rapid semiautomatic fire training until these skills are learned and mastered.

7-24.  Initial training should focus on the modifications to the fundamentals and other basic combat skills necessary during rapid semiautomatic firing.

**NOTE:** See Table 7-1 for the current training program.

Table 7-1. Rapid semiautomatic fire training program.

| RAPID SEMIAUTOMATIC FIRE TRAINING PROGRAM |
| --- |
| |
| **Instructional Intent** |
| • Soldiers learn to engage targets using rapid semiautomatic fire and practice rapid magazine changes. |
| **Special Instructions** |
| Ensure that— <br> • The M16A2/A3/A4 rifle's or M4 carbine's rear sight is set on the 0-2 aperture. <br> • The M16A1's rear sight is set on the unmarked aperture. <br> • Soldiers use a 25-meter alternate course C qualification target. <br> • Each Soldier is given four 5-round magazines of 5.56-millimeter ball ammunition. <br> • Soldiers use rapid semiautomatic fire to engage targets. <br> • Each Soldier fires one round at each of the 10 silhouettes on the alternate course C qualification target. <br> • Each Soldier does a rapid magazine change after each magazine is fired. <br> • The first iteration of 10 rounds is fired within a time limit of 40 seconds. <br> • The second iteration of 10 rounds is fired within a time limit of 30 seconds. <br> • Each target is inspected, and the results are posted after each iteration. |
| **Observables** |
| • Coaches continuously analyze the firer's application of the fundamentals. <br> • Each Soldier obtains 14 hits out of 20 silhouette target exposures. |

## Conduct

7-25. Each Soldier receives four 5-round magazines of 5.56-millimeter ball ammunition. Using rapid semiautomatic fire, the Soldier fires one round at each of the 10 silhouettes on the alternate course C qualification target. Soldiers fire two iterations, performing a rapid magazine change after each magazine is fired. The targets are inspected, and the results are posted after each iteration. Each Soldier must obtain 14 hits out of 20 silhouette target exposures.

7-26. Table 7-2 depicts the two iterations and provides related information, such as time constraints, number of rounds that must be fired, type of target that must be used, and the distance away from the firer that the target must be placed.

Table 7-2. Rapid semiautomatic fire training and related information.

| ITERATION | TIME CONSTRAINTS | NUMBER OF ROUNDS | TYPE OF TARGET | DISTANCE (m) |
| --- | --- | --- | --- | --- |
| 1 | 40 sec | 10 | 25-m alternate course C qualification target | 25 |
| 2 | 30 sec | 10 | 25-m alternate course C qualification target | 25 |

## Dry-Fire Exercises

7-27. Repeated dry-fire exercises are the most efficient means to ensure that Soldiers can apply modifications to the fundamentals. Multiple dry-fire exercises are needed, emphasizing a rapid shift in position and point of aim, followed by breath control and fast trigger squeeze.

NOTES: 1. Blanks or dummy rounds may be used to train rapid magazine changes and immediate action procedures.

2. The Soldier should display knowledge and skill during dry-fire exercises before attempting LFXs.

### Live-Fire Exercises

7-28. There are two types of LFXs:
- Individual.
- Collective.

#### *Individual*

7-29. To conduct an individual LFX—
- Ensure that the emphasis is on each Soldier maintaining a heavy volume of accurate fire.
- Keep weapon downtime (during immediate action and rapid magazine changes) to a minimum.
- Begin by firing at shorter ranges, progressing to longer ranges as Soldiers display increased proficiency.
- Shorten exposure or engagement times and increase the number of rounds to simulate the need for a heavy volume of fire.
- Provide downrange feedback to determine the accuracy of fire.

#### *Collective*

7-30. Rapid semiautomatic fire should be the primary means of delivering fire during a collective LFX. To conduct a collective LFX, ensure that the emphasis is on performing staggered rapid magazine changes, maintaining a continuous volume of fire, and conserving ammunition.

## AUTOMATIC OR BURST FIRE

**NOTE:** Automatic or burst fire should be trained only after the Soldier has demonstrated expertise during slow and rapid semiautomatic fire.

7-31. When applying automatic or burst fire, Soldiers deliver the maximum number of rounds (one to three rounds per second) into a designated target area while rapidly applying the four fundamentals. This specialized technique of delivering suppressive fire may not apply to most combat engagements.

**NOTE:** The M16A1/A3 rifle and M4A1 carbine have fully automatic settings. The M16A2/A4 rifle and M4 carbine use a three-round burst capability.

### *EFFECTIVENESS AND CONTROL OF AUTOMATIC OR BURST FIRE*

7-32. Automatic or burst fire is inherently less accurate than semiautomatic fire. The first fully automatic shot fired may be on target, but recoil and a high cyclic rate of fire often combine to place subsequent rounds far from the desired point of impact. Even controlled (three-round burst) automatic or burst fire may place only one round on the target. Because of these inaccuracies, it is difficult to evaluate the effectiveness of automatic or burst fire, and even more difficult to establish absolute guidelines for its use.

### *FACTORS FOR USE OF SEMIAUTOMATIC VERSUS AUTOMATIC OR BURST FIRE*

7-33. Trainers must ensure that Soldiers understand the capabilities and limitations of automatic or burst fire. They must know when it should and should not be used.

## Semiautomatic Fire

7-34.  M16 rifles and M4 carbines should normally be employed in the semiautomatic fire mode.

7-35.  Depending on the tactical situation, Soldiers should employ the semiautomatic fire mode in the following conditions:

- Ammunition is in short supply, or resupply may be difficult.
- Single targets are being engaged.
- Widely spaced multiple targets are being engaged.
- The target is located more than 50 meters away.
- The effect of bullets on the target cannot be observed.
- Artificial support is not available.
- Targets may be effectively engaged using semiautomatic fire.

## Automatic or Burst Fire

7-36.  In some combat situations, the use of automatic or burst fire can improve survivability and enhance mission accomplishment. Clearing buildings, final assaults, FPF, and ambushes may require limited use of automatic or burst fire.

7-37.  Depending on the tactical situation, Soldiers should employ automatic or burst fire in the following conditions:

- Ammunition is readily available, and there are no problems with resupply.
- Closely spaced multiple targets are located 50 meters away or less.
- Maximum fire is immediately required at an area target.
- Tracers or some other means can be used to observe the effect of bullets on the target.
- Leaders can maintain adequate control over weapons firing in the automatic fire mode.
- Good artificial support is available.
- The initial sound of gunfire disperses closely spaced enemy targets.

### *MODIFICATIONS FOR AUTOMATIC OR BURST FIRE*

7-38.  Automatic or burst fire is inherently less accurate than semiautomatic fire. Trainers must consider the impact of recoil and the high cyclic rate of fire on the Soldier's ability to properly apply the fundamentals of marksmanship and other combat firing skills, such as immediate action procedures and rapid magazine changes.

## Marksmanship Fundamentals

7-39.  The following paragraphs describe the modifications necessary for Soldiers to apply the four fundamentals when firing in the automatic fire mode.

### *Steady Position*

7-40.  Consider the following modifications to achieve a steady position:

- Make sure that the weapon is well-supported.
- Grip the weapon a little more firmly and pull it into the shoulder a little tighter than when in the semiautomatic fire mode.

---

**NOTE:** This support and increased grip help offset the progressive displacement of weapon/target alignment caused by recoil.

---

- To provide maximum stability, assume the modified supported prone firing position (Figure 7-4).

**NOTE:** If the weapon is equipped with the ARS, use the vertical pistol grip to further increase control of the weapon.

### Aiming

*7-41.* Consider the following recommendations to properly aim the weapon:

- Do not change sighting and stock weld during automatic or burst fire. Keep the cheek on the stock for every shot, align the firing eye with the rear aperture, and focus on the front sightpost.
- Although recoil may disrupt this process, try to apply the aiming techniques throughout recoil.

### Breath Control

7-42. Breath control must be modified because the Soldier does not have time to take a complete breath between shots. Consider the following modifications to achieve proper breath control:

- Hold your breath at some point in the firing process.
- Take shallow breaths between shots.

### Trigger Squeeze

7-43. Training and repeated dry-fire practice aid the Soldier in applying proper trigger squeeze during automatic firing. LFXs enable him to improve this skill.

### M16A2/3/4 Rifles and M4 Carbines

7-44. Until the weapon fires, trigger squeeze is applied in the normal manner. To use the burst fire mode—

(1) Hold the trigger to the rear until three rounds are fired.
(2) Release pressure on the trigger until it resets.
(3) Reapply pressure for the next three-round burst.

**NOTES:**  1.  Do not slap or jerk the trigger. Squeeze it, and then quickly release pressure.

2.  Depending on the position of the burst can when the selector is moved to the burst fire mode, the weapon may fire one, two, or three rounds when the trigger is held to the rear for the first time. If the weapon fires only one or two rounds, quickly release pressure on the trigger and squeeze again, holding it to the rear until a three-round burst is completed.

### M16A1 Rifles

7-45. Until the weapon fires, trigger squeeze is applied in the normal manner. Because three-round bursts are the most effective rate of fire, pressure on the trigger should be released as quickly as possible. To use the burst fire mode, keep the index finger on the trigger, but quickly release pressure to prevent an excessive number of rounds from being fired in one burst. With much dry-fire practice, the Soldier can become proficient at delivering three-round bursts with the squeeze/release technique.

## Immediate Action

7-46. To maintain an increased rate of suppressive fire, Soldiers must apply immediate action quickly. Repeated dry-fire practice using blanks or dummy rounds, followed by live-fire training and evaluation, ensures that Soldiers can rapidly apply immediate action procedures.

## Rapid Magazine Changes

7-47. Rapid magazine changes are vital in maintaining automatic or burst fire. Rapid magazine changes must be correctly taught and practiced during dry-fire and live-fire exercises until the Soldier becomes proficient.

## *AUTOMATIC OR BURST FIRE TRAINING*

**NOTE:** Soldiers should be well-trained in all aspects of slow semiautomatic firing before attempting any automatic training. Those who display a lack of knowledge of fundamental skills should not advance to automatic or burst fire training until these skills are learned.

7-48. Initial training should focus on the modifications to the fundamentals and other basic combat skills necessary during automatic firing.

7-49. Unit training is vital to properly applying this technique. Soldiers must be taught the advantages and disadvantages of automatic and burst firing so they know when it should be used. Without this knowledge, Soldiers tend to switch to the automatic or burst fire mode in life-threatening situations.

**NOTE:** See Table 7-3 for the current training program.

**Table 7-3. Automatic or burst fire training program.**

| AUTOMATIC OR BURST FIRE TRAINING PROGRAM |
|---|
| |
| **Instructional Intent** |
| • Soldiers learn the advantages and disadvantages of automatic or burst fire. |
| **Special Instructions** |
| Ensure that— |
| • The M16A2/A3/A4 rifle's or M4 carbine's rear sight is set on the 0-2 aperture. |
| • The M16A1's rear sight is set on the unmarked aperture. |
| • Soldiers use a 25-meter alternate course C qualification target. |
| • Each Soldier is in a proper modified automatic/burst firing position. |
| • Each Soldier is given two 15-round magazines of 5.56-millimeter ball ammunition. |
| • Each Soldier fires one 3-round burst at each of the 10 silhouettes on the alternate course C qualification target. |
| • Each Soldier does a rapid magazine change after each magazine is emptied. |
| **Observables** |
| • Each Soldier obtains five target hits. |
| • Soldiers demonstrate control of the weapon in the automatic/burst fire mode. |

## Conduct

7-50. Each Soldier receives two 15-round magazines of 5.56-millimeter ball ammunition. Each Soldier fires one 3-round burst at each of the 10 silhouettes on the alternate course C qualification target, performing a rapid magazine change after each magazine is emptied. Each Soldier must obtain five target hits.

7-51. Table 7-4 depicts automatic or burst fire training and provides related information, such as number of rounds that must be fired, type of target that must be used, and the distance away from the firer that the target must be placed.

**Table 7-4. Automatic or burst fire training and related information.**

| FIRING POSITION | NUMBER OF ROUNDS | TYPE OF TARGET | DISTANCE (m) |
|---|---|---|---|
| Modified automatic/burst firing position | 30, one 3-round burst at each of the 10 silhouettes | Alternate course C qualification target | 25 |

**Dry-Fire and Live-Fire Exercises**

7-52. Repeated dry-fire exercises are the most efficient means to ensure that Soldiers can apply modifications to the fundamentals. Multiple dry-fire exercises are needed, emphasizing a stable position and point of aim, followed by breath control and appropriate trigger squeeze.

| | | |
|---|---|---|
| **NOTES:** | 1. | Blanks or dummy rounds may be used to train trigger squeeze, rapid magazine changes, and immediate action procedures. |
| | 2. | The Soldier should display knowledge and skill during dry-fire exercises before attempting LFXs. |

# SUPPRESIVE FIRE

7-53. Suppressive fire is precisely aimed at a definite point or area target. Some situations may require a Soldier to place suppressive fire into a wide area (for example, wood line, hedgerow, or small building) while, at other times, the target may be a smaller area (for example, a bunker or window). Suppressive fire is used to control the enemy and the area he occupies. It is employed to kill the enemy or to prevent him from observing the battlefield, effectively using his weapons, or moving.

## *EFFECTIVENESS AND CONTROL OF SUPPRESSIVE FIRE*

7-54. Many Soldiers have difficulty delivering effective suppressive fire when they cannot see a definite target, only likely locations or general areas where the enemy is known to exist. Even though definite targets cannot be seen, most suppressive fire should be well-aimed.

7-55. When controlling suppressive fires, two factors must be considered:

- Point of aim.
- Rate of fire.

### Point of Aim

7-56. Suppressive fire should be well-aimed, sustained, semiautomatic fire. Although lacking a definite target, the Soldier must be taught to control and accurately deliver fire within the limits of the suppressed area. As when engaging a point target, the weapon sights are used, with the front sightpost placed so each shot impacts within the desired area.

### Rate of Fire

7-57. During most phases of live-fire training (for example, grouping, zeroing, qualifying), shots are delivered using slow semiautomatic fire (one round every 3 to 10 seconds). During training, this allows a slow and precise application of the fundamentals. Successful suppressive fire requires a faster, but sustained, rate of fire. Soldiers may need to fire full automatic or bursts (13 rounds per second) for a few seconds to gain initial fire superiority. Rapid semiautomatic fire (one round every one or two seconds) allows the firer to sustain a large volume of accurate fire while conserving ammunition.

## *MODIFICATIONS FOR SUPPRESSIVE FIRE*

7-58. The tactical situation dictates the most useful rate of fire, but the following must be considered:

- Marksmanship fundamentals.
- Rapid magazine changes.
- Ammunition conservation.

## Marksmanship Fundamentals

7-59. As the stress of combat increases, some Soldiers may fail to apply the fundamentals of marksmanship. This factor contributes to reduced accuracy and effectiveness. While some modifications are appropriate, the basic fundamentals should be applied and emphasized—regardless of the rate of fire or combat stress. Strategies to enhance marksmanship skills under combat stress include shooting in the prone position, as opposed to standing.

7-60. Factors that contribute to combat stress are:
- Environmental.
- Operational.

### Environmental

7-61. Environmental stressors have been shown to degrade marksmanship accuracy up to 20 percent. Such stressors include—
- Heat.
- Altitude.

### Operational

7-62. Operational stressors have been shown to degrade marksmanship accuracy from 17 percent to 136 percent. Such stressors include—
- MOPP gear.
- Tasks that require carrying rucksacks, litter patients, and other equipment on the body.
- Sleep deprivation.

## Rapid Magazine Changes

7-63. One of the keys to sustained suppressive fire is reloading the weapon rapidly. Rapid magazine changes must be correctly taught and practiced during dry-fire and live-fire exercises until the Soldier becomes proficient. Small-unit training exercises must be conducted so Soldiers who provide suppressive fire practice staggered magazine changes.

## Ammunition Conservation

7-64. Automatic or burst fire should be used sparingly and only to gain initial fire superiority. Depending on the tactical situation, the rate of fire should be adjusted so that a minimum number of rounds are expended. Accurate fire conserves ammunition, while preventing the enemy from placing effective fire on friendly positions.

## SUPPRESSIVE FIRE TRAINING

NOTE: See Table 7-5 for the current training program.

**Table 7-5. Suppressive fire training program.**

| SUPPRESSIVE FIRE TRAINING PROGRAM |
|---|
| |
| **Instructional Intent** |
| • Soldier learns to suppress targets using suppressive fire. |
| **Special Instructions** |
| Ensure that—<br>• The M16A2/A3/A4 rifle's or M4 carbine's rear sight is set on the 0-2 aperture.<br>• The M16A1's rear sight is set on the unmarked aperture.<br>• Soldiers use a 25-meter scaled landscape target.<br>• Each Soldier is given two 9-round magazines and one 12-round magazine of 5.56-millimeter ball ammunition.<br>• Each Soldier is in a proper supported firing position.<br>• Each Soldier fires 9 rounds at the open window area of the target using rapid semiautomatic fire with the first 9-round magazine.<br>• Each Soldier fires 12 rounds at the fence or hedgerow area of the target using rapid semiautomatic fire with the 12-round magazine.<br>• Each Soldier fires three 3-round bursts at the tank turret area of the target using the automatic/burst fire mode with the second 9-round magazine. |
| **Observables** |
| • Each Soldier achieves 5 hits inside the open window area within 18 seconds.<br>• Each Soldier achieves 10 hits inside the dotted lines surrounding the fence or hedgerow area within 24 seconds.<br>• Each Soldier achieves 3 hits inside the tank turret area within 24 seconds. |

7-65. Figure 7-8 shows a landscape target suitable for suppressive fire training. When this type of target is used, trainers must develop a firing program to include areas of engagement and designated target areas. At 25 meters, this target provides the firer with an area to suppress without definite targets to engage.



**Figure 7-8. Landscape target.**

## Conduct

7-66. Each Soldier receives two 9-round magazines and one 12-round magazine of 5.56-millimeter ball ammunition. The Soldier engages three areas of a 25-meter scaled landscaped target: the open window area, the fence or hedgerow area, and the tank turret area. Each Soldier achieves 5 hits inside of the open window area, 10 hits inside of the dotted lines surrounding the fence or hedgerow area, and 3 hits inside of the tank turret area.

7-67. Table 7-6 depicts suppressive fire training and provides related information, such as number of rounds that must be fired, type of target that must be used, and the distance away from the firer that the target must be placed.

**Table 7-6. Suppressive fire training and related information.**

| FIRING POSITION | TYPE OF TARGET | AREA OF TARGET ENGAGED | NUMBER OF ROUNDS | TYPE OF FIRE | TIME CONSTRAINTS |
|---|---|---|---|---|---|
| Supported firing position | 25-m scaled landscape target | Open window | 9 | Rapid semiautomatic | 18 sec |
| | | Fence or hedgerow | 12 | Rapid semiautomatic | 24 sec |
| | | Tank turret | 9, in three 3-round bursts | Automatic/burst | 24 sec |

# QUICK FIRE

7-68. The two main techniques of directing fire with a rifle or carbine are—
- Aim using the sights.
- Use weapon alignment, instinct, bullet strike, or tracers to direct the fire.

7-69. The preferred technique is to use the sights, but sometimes quick reflex action is required. Quick fire, also known as instinctive firing or quick kill, is a technique used to deliver fast, effective fire on surprise personnel targets 25 meters away or less.

### *EFFECTIVENESS AND CONTROL OF QUICK FIRE*

7-70. Quick fire techniques are appropriate when Soldiers are presented with close, suddenly appearing, surprise enemy targets; or when close engagement is imminent.

> **NOTE:** Fire may be delivered in the SEMIAUTO or AUTOMATIC/BURST fire mode. For example, a point man in a patrol may carry the weapon on AUTOMATIC/BURST. This may also be required when clearing a room or bunker. Initial training should be in the SAFE mode.

7-71. Two techniques of delivering quick fire are:
- Aimed.
- Pointed.

7-72. The difference in the speed of delivery of these two techniques is small. Pointed quick fire can be used to fire a shot about one-tenth of a second faster than aimed quick fire. The difference in accuracy, however, is more pronounced:
- A Soldier well-trained in pointed quick fire can hit an E-type silhouette target at 15 meters, although the shot may strike anywhere on the target.
- A Soldier well-trained in aimed quick fire can hit an E-type silhouette target at 25 meters, with the shot or burst striking 5 inches from the center of mass.

7-73. This variance of target hit for this type of engagement reinforces the need for well-aimed shots.

7-74.  Pointed and aimed quick fire should be used only when a target cannot be engaged fast enough using the sights in a normal manner. These techniques should be limited to targets appearing at 25 meters or less. Modern short-range combat (SRC) techniques emphasize carrying the weapon with the buttstock high so that the weapon sights can be brought into display as quickly as firing a hasty unaimed shot. In extremely dangerous moments, special reaction teams (SRTs) commonly advance with weapons shouldered, aiming as they advance.

**Aimed**

7-75.  When using this technique, a Soldier can accurately engage a target at 25 meters or less in one second or less.

7-76.  To use aimed quick fire (Figure 7-9)—
    (1)  Bring the weapon to the shoulder.
    (2)  With the firing eye, look through or just over the rear sight aperture.
    (3)  Use the front sightpost to aim at the target.
    (4)  Quickly fire a single shot.



**Figure 7-9. Aimed quick fire.**

**Pointed**

7-77.  When using this technique, a Soldier can engage a target at 15 meters or less in less than one second.

7-78.  To use pointed quick fire (Figure 7-10)—

    (1)  Keep the weapon at your side.

    (2)  Keeps both eyes open, and use instinct and peripheral vision to line up the weapon with the target.

    (3)  Quickly fire a single shot or burst.



**Figure 7-10. Pointed quick fire.**

***FACTORS FOR USE OF CONTROLLED PAIRS VERSUS BURST FIRE***

7-79. Tactical considerations dictate whether controlled pairs or burst fire is most effective in a given situation.

***MODIFICATIONS FOR QUICK FIRE***

7-80. Trainers must consider the impact of the increased rate of fire on the Soldier's ability to properly apply the fundamentals of marksmanship and other combat firing skills.

## Marksmanship Fundamentals

7-81. Quick fire techniques require major modifications to the four fundamentals of marksmanship. Initial training in these differences, followed by repeated dry-fire exercises, will be necessary to prepare the Soldier for live-fire.

### Steady Position

7-82. The quickness of shot delivery prevents the Soldier from assuming a stable firing position. Consider the following modifications:
- Fire from the present position when the target appears.
- If moving, stop.
- Do not make adjustments for stability and support before the round is fired.

### Aimed

7-83. Consider the following modifications:
(1) Pull the weapon's buttstock into the pocket of the shoulder as the cheek comes in contact with the stock.
(2) Firmly grip the weapon with both hands, applying rearward pressure.
(3) Place the firing eye so that it looks through or just over the rear sight aperture.
(4) Place the sight on the target.

### Pointed

7-84. Consider the following modifications:
- Pull the weapon into the side.
- Firmly grip the weapon with both hands, applying rearward pressure.

### Aiming

7-85. This fundamental must be highly modified because the Soldier may not have time to look through the rear sight, find the front sight, and align it with the target.

> **NOTE:** When using either aiming technique, bullets may tend to impact above the desired location. Repeated live-fire practice is necessary to determine the best point of aim or the best focus. Such practice should begin with the Soldier using a center of mass aim.

**Aimed**

7-86.  Consider the following modified procedure:

(1)  Initially focus on the target.

(2)  Place the firing eye so that it looks at the target through or just over the rear sight aperture.

(3)  Using peripheral vision, locate the front sightpost and bring it to the center of the target.

> **NOTE:**    Focus remains on the front sightpost throughout the aiming process.

(4)  When the front sightpost is in focus, fire a controlled pair.

**Pointed**

7-87.  Consider the following modifications:

- Place the focus on or slightly below the center of the target as you align the weapon with it, and fire the weapon.
- Use your instinctive pointing ability and peripheral vision to aid in proper alignment.

**Breath Control**

7-88.  This fundamental has little application to the first shot of quick fire. The round must be fired before a conscious decision can be made about breathing. If subsequent shots are necessary, breathing must not interfere with the necessity of firing quickly. When possible, use short, shallow breaths.

**Trigger Squeeze**

7-89.  Consider the following modifications:

(1)  Apply initial pressure as weapon alignment is moved toward the target.

(2)  Exert trigger squeeze so when weapon/target alignment is achieved, the rounds are fired at once.

7-90.  Perfecting rapid trigger squeeze requires much training and practice.

## QUICK FIRE TRAINING

> **NOTE:** Only Soldiers in basic training will conduct quick fire training. SRM will be conducted at the unit level. See Section VI of this chapter for more information about SRM training.

7-91. The key to the successful employment of both quick fire techniques is practice. Both pointed and aimed quick fire must be repeatedly practiced during dry-fire training. LFXs provide further skill enhancement and illustrate the difference in accuracy between the two techniques.

> **NOTE:** See Table 7-7 for the current training program.

**Table 7-7. Quick fire training program.**

| QUICK FIRE TRAINING PROGRAM |
|---|
| |
| **Instructional Intent** |
| • Soldiers learn how to engage targets using the quick fire techniques. |
| **Special Instructions** |
| Ensure that—<br>• The M16A2/A3/A4 rifle's or M4 carbine's rear sight is set on the 0-2 aperture.<br>• The M16A1's rear sight is set on the unmarked aperture.<br>• Each Soldier is given two 10-round magazines.<br>• Each Soldier engages 10 target exposures of 2 seconds each at 15 meters using the first 10-round magazine.<br>• Each Soldier moves to the 25-meter line and engages 10 target exposures of 2 seconds each at 25 meters using the second 10-round magazine. |
| **Observables** |
| • Each Soldier achieves 7 hits out of 10 target exposures at 15 meters.<br>• Each Soldier achieves 5 hits out of 10 target exposures at 25 meters. |

**Conduct**

7-92. Each Soldier receives two 10-round magazines. Each Soldier must achieve 7 target hits out of 10 target exposures at 15 meters and 5 target hits out of 10 target exposures at 25 meters.

7-93. Table 7-8 depicts quick fire training and provides related information, such as the number of target exposures, distance from the firer, number of rounds that must be fired, and time constraints.

**Table 7-8. Quick fire training and related information.**

| NUMBER OF TARGET EXPOSURES | DISTANCE | NUMBER OF ROUNDS | TIME CONSTRAINTS |
|---|---|---|---|
| 10 | 15 | 10 | 2 sec per target exposure |
| 10 | 15 | 10 | 2 sec per target exposure |

## SECTION III. CHEMICAL, BIOLOGICAL, RADIOLOGICAL, AND NUCLEAR FIRING

All Soldiers must effectively fire their weapons to accomplish combat missions in a CBRN environment. With proper training and practice, Soldiers gain confidence in their ability to effectively hit targets in full MOPP equipment. MOPP firing proficiency must be part of every unit's training program.

# MISSION-ORIENTED PROTECTIVE POSTURE EQUIPMENT FIRE

7-94. Firing weapons is only part of overall CBRN training. Soldiers must be familiar with CBRN equipment, its use, and proper wear before they progress to learning the techniques of MOPP firing.

## *MODIFICATIONS FOR MISSION-ORIENTED PROTECTIVE POSTURE FIRE TRAINING*

7-95. Trainers must consider the impact of MOPP equipment (for example, hood or mask, gloves, overgarments) on the Soldier's ability to properly apply the fundamentals of marksmanship and combat firing skills.

### *TRIGGER MANIPULATION*

7-188.   SRC engagements are usually quick, violent, and deadly. Due to the reduced reaction time, imperfect sight picture, and requirement to effectively place rounds into targets, Soldiers must fire multiple rounds during each engagement in order to survive. Multiple shots may be fired either through the use of a controlled pair or automatic weapon fire.

**Controlled Pair**

7-189.   A controlled pair is two rounds fired in rapid succession. Controlled pairs should be fired at single targets until they go down. When multiple targets are present the Soldier must fire a controlled pair at each target, and then reengage any targets left standing. To fire a controlled pair—

   (1)   Fire the first round, and allow the weapon to move in its natural arc without fighting the recoil.
   (2)   Rapidly bring the weapon back on target, and fire a second round.

7-190.   Soldiers must practice firing the controlled pair until it becomes instinctive.

**Automatic Fire**

7-191.   While rapid, aimed, semiautomatic fire is the most accurate method of engaging targets during SRC and controlled three-round bursts are better than automatic fire, automatic weapon fire may be necessary to maximize violence of action or gain fire superiority when gaining a foothold in a room, building, or trench. When properly trained, Soldiers should be able to fire six rounds (two three-round bursts) in the same time it takes to fire a controlled pair. With practice, the accuracy of engaging targets can be equal to that of semiautomatic fire at 10 meters.

> **NOTE:** The key to burst or automatic firing is to squeeze the trigger, not jerk it.

7-192.   For the majority of Soldiers, fully automatic fire is rarely effective and can lead to unnecessary noncombatant casualties or fratricide. Not only is fully automatic fire inaccurate and difficult to control, but it also rapidly empties ammunition magazines. A Soldier who finds himself out of ammunition with an armed, uninjured enemy Soldier during SRC will become a casualty unless a fellow Soldier intervenes.

**Failure Drill**

7-193.   To make sure that a target is completely neutralized, Soldiers should be trained to execute the failure drill. The firer will fire a controlled pair into the lethal zone, followed by a third round placed into the incapacitation zone. This type of target engagement is particularly useful when engaging targets wearing body armor.

## PRELIMINARY SHORT-RANGE MARKSMANSHIP INSTRUCTION

7-194.   As with all other forms of marksmanship training, preliminary SRM instruction must be conducted to establish a firm foundation. Soldiers must be taught, and must understand, the fundamentals of SRM. Blank-fire drills are conducted to ensure a thorough understanding of the fundamentals, as well as to provide the trainers with valuable feedback about each Soldier's level of proficiency.

> **NOTE:** To maximize safety during training and in combat situations, it is important to emphasize muzzle awareness and selector switch manipulation during preliminary SRM instruction. The risk of fratricide or noncombatant casualties is greatest during SRC.

7-195.   Table 7-17 outlines the tasks that preliminary SRM instruction should include (at a minimum).

# Exhibit 27

𝕿𝖍𝖊 𝕹𝖊𝖜 𝖄𝖔𝖗𝖐 𝕿𝖎𝖒𝖊𝖘 | https://nyti.ms/Xaj4Ob

U.S.

# Share of Homes With Guns Shows 4-Decade Decline

By SABRINA TAVERNISE and ROBERT GEBELOFF    MARCH 9, 2013

The share of American households with guns has declined over the past four decades, a national survey shows, with some of the most surprising drops in the South and the Western mountain states, where guns are deeply embedded in the culture.

The gun ownership rate has fallen across a broad cross section of households since the early 1970s, according to data from the General Social Survey, a public opinion survey conducted every two years that asks a sample of American adults if they have guns at home, among other questions.

The rate has dropped in cities large and small, in suburbs and rural areas and in all regions of the country. It has fallen among households with children, and among those without. It has declined for households that say they are very happy, and for those that say they are not. It is down among churchgoers and those who never sit in pews.

The household gun ownership rate has fallen from an average of 50 percent in the 1970s to 49 percent in the 1980s, 43 percent in the 1990s and 35 percent in the 2000s, according to the survey data, analyzed by The New York Times.

In 2012, the share of American households with guns was 34 percent, according to survey results released on Thursday. Researchers said the difference compared with 2010, when the rate was 32 percent, was not statistically significant.

The findings contrast with the impression left by a flurry of news reports about people rushing to buy guns and clearing shop shelves of assault rifles after the massacre last year at an elementary school in Newtown, Conn.

"There are all these claims that gun ownership is going through the roof," said Daniel Webster, the director of the Johns Hopkins Center for Gun Policy and Research. "But I suspect the increase in gun sales has been limited mostly to current gun owners. The most reputable surveys show a decline over time in the share of households with guns."

That decline, which has been studied by researchers for years but is relatively unknown among the general public, suggests that even as the conversation on guns remains contentious, a broad shift away from gun ownership is under way in a growing number of American homes. It also raises questions about the future politics of gun control. Will efforts to regulate guns eventually meet with less resistance if they are increasingly concentrated in fewer hands — or more resistance?

Detailed data on gun ownership is scarce. Though some states reported household gun ownership rates in the 1990s, it was not until the early 2000s that questions on the presence of guns at home were asked on a broad federal public health survey of several hundred thousand people, making it possible to see the rates in all states.

But by the mid-2000s, the federal government stopped asking the questions, leaving researchers to rely on much smaller surveys, like the General Social Survey, which is conducted by NORC, a research center at the University of Chicago.

Measuring the level of gun ownership can be a vexing problem, with various recent national polls reporting rates between 35 percent and 52 percent. Responses can vary because the survey designs and the wording of questions differ.

Register now to save, comment and share on NYT    SIGN UP         Subscriber login

crucial because it has consistently tracked gun ownership since 1973, asking if respondents "happen to have in your home (or garage) any guns or revolvers."

The center's 2012 survey, conducted mostly in person but also by phone, involved interviews with about 2,000 people from March to September and had a margin of sampling error of plus or minus three percentage points.

Gallup, which asks a similar question but has a different survey design, shows a higher ownership rate and a more moderate decrease. No national survey tracks the number of guns within households.

Andrew Arulanandam, a spokesman for the National Rifle Association, said he was skeptical that there had been a decline in household ownership. He pointed to reports of increased gun sales, to long waits for gun safety training classes and to the growing number of background checks, which have surged since the late 1990s, as evidence that ownership is rising.

"I'm sure there are a lot of people who would love to make the case that there are fewer gun owners in this country, but the stories we've been hearing and the data we've been seeing simply don't support that," he said.

Tom W. Smith, the director of the General Social Survey, which is financed by the National Science Foundation, said he was confident in the trend. It lines up, he said, with two evolving patterns in American life: the decline of hunting and a sharp drop in violent crime, which has made the argument for self-protection much less urgent.

According to an analysis of the survey, only a quarter of men in 2012 said they hunted, compared with about 40 percent when the question was asked in 1977.

Mr. Smith acknowledged the rise in background checks, but said it was impossible to tell how many were for new gun owners. The checks are reported as one total that includes, for example, people buying their second or third gun, as well as those renewing concealed carry permits.

Register now to save, comment and share on NYT   SIGN UP   Subscriber login

The survey does not ask about the legality of guns in the home. Illegal guns are a factor in some areas but represent a very small fraction of ownership in the country, said Aaron Karp, an expert on gun policy at the Small Arms Survey in Geneva and at Old Dominion University in Norfolk, Va. He said estimates of the total number of guns in the United States ranged from 280 million to 320 million.

The geographic patterns were some of the most surprising in the General Social Survey, researchers said. Gun ownership in both the South and the mountain region, which includes states like Montana, New Mexico and Wyoming, dropped to less than 40 percent of households this decade, down from 65 percent in the 1970s. The Northeast, where the household ownership rate is lowest, changed the least, at 22 percent this decade, compared with 29 percent in the 1970s.

Age groups presented another twist. While household ownership of guns among elderly Americans remained virtually unchanged from the 1970s to this decade at about 43 percent, ownership among young Americans plummeted. Household gun ownership among Americans under the age of 30 fell to 23 percent this decade from 47 percent in the 1970s. The survey showed a similar decline for Americans ages 30 to 44.

As for politics, the survey showed a steep drop in household gun ownership among Democrats and independents, and a very slight decline among Republicans. But the new data suggest a reversal among Republicans, with 51 percent since 2008 saying they have a gun in their home, up from 47 percent in surveys taken from 2000 through 2006. This leaves the Republican rate a bit below where it was in the 1970s, while ownership for Democrats is nearly half of what it was in that decade.

Researchers offered different theories for these trends.

Many Americans were introduced to guns through military service, which involved a large part of the population in the Vietnam War era, Dr. Webster said. Now that the Army is volunteer and a small fraction of the population, it is less a gateway for gun ownership, he said.

8
ARTICLES
REMAINING

Register now to save, comment and share on NY    SIGN UP    Subscriber login

in the 1970s. According to the survey, just 23 percent of households in cities owned guns in the 2000s, compared with 56 percent of households in rural areas. That was down from 70 percent of rural households in the 1970s.

The country's changing demographics may also play a role. While the rate of gun ownership among women has remained relatively constant over the years at about 10 percent, which is less than one-third of the rate among men today, more women are heading households without men, another possible contributor to the decline in household gun ownership. Women living in households where there were guns that were not their own declined to a fifth in 2012 down from a third in 1980.

The increase of Hispanics as a share of the American population is also probably having an effect, as they are far less likely to own guns. In the survey results since 2000, about 14 percent of Hispanics reported having a gun in their house.

Allison Kopicki contributed reporting.

A version of this article appears in print on March 10, 2013, on Page A1 of the New York edition with the headline: Share of Homes With Guns Shows 4-Decade Decline.

© 2017 The New York Times Company

# Exhibit 28

# MotherJones

# More Guns, More Mass Shootings—Coincidence?

*The unthinkable massacre in Connecticut adds to what is now the worst year of mass shootings in modern US history.*

By Mark Follman | Wed Sep. 26, 2012 6:00 AM EDT

In the fierce debate that always follows the latest mass shooting, it's an argument you hear frequently from gun rights promoters: If only more people were armed, there would be a better chance of stopping these terrible events. This has plausibility problems—what are the odds that, say, a moviegoer with a pack of Twizzlers in one pocket and a Glock in the other would be mentally prepared, properly positioned, and skilled enough to take out a body-armored assailant in a smoke- and panic-filled theater? But whether you believe that would happen is ultimately a matter of theory and speculation. Instead, let's look at some facts gathered in a five-month investigation by *Mother Jones*.

In the wake of the massacres this year at a Colorado movie theater, a Sikh temple in Wisconsin, and Sandy Hook Elementary School in Connecticut, we set out to track mass shootings in the United States over the last 30 years. We identified and analyzed 62 of them [1], and one striking pattern in the data is this: In not a single case was the killing stopped by a civilian using a gun. And in other recent (but less lethal) rampages in which armed civilians attempted to intervene, those civilians not only failed to stop the shooter but also were gravely wounded or killed. Moreover, we found that the rate of mass shootings has increased in recent years—at a time when America has been flooded with millions of additional firearms and a barrage of new laws has made it easier than ever to carry them in public places, including bars, parks, and schools.



[1]

***MoJo's* map, timeline, and analysis of 30 years of mass shootings in America.**

[1]

America has long been heavily armed relative to other societies, and our arsenal keeps growing. A precise count isn't possible because most guns in the United States aren't registered and the government has scant ability to track them, thanks to a legislative landscape shaped by powerful pro-gun groups such as the National Rifle Association. But through a combination of national surveys and manufacturing and sales data, we know that the increase in firearms has far outpaced population growth. In 1995 there were an estimated 200 million guns in private hands. Today, there are around 300 million—about a 50 percent jump. The US population, now over 314 million, grew by about 20 percent in that period. At this rate, there will be a gun for every man, woman, and child before the decade ends.



There is no evidence indicating that arming Americans further will help prevent mass shootings or reduce the carnage, says Dr. Stephen Hargarten, a leading expert on emergency medicine and gun violence at the Medical College of Wisconsin. To the contrary, there appears to be a relationship between the proliferation of firearms and a rise in mass shootings: By our count, there have been two per year on average since 1982. Yet, 25 of the 62 cases we examined have occurred since 2006. In 2012 alone there have been seven mass shootings [2], and a record number of casualties, with more than 140 people injured and killed.

Armed civilians attempting to intervene are actually more likely to increase the bloodshed, says Hargarten, "given that civilian shooters are less likely to hit their targets than police in these circumstances." A chaotic scene in August at the Empire State Building put this starkly into perspective when New York City police officers trained in counterterrorism [3] confronted a gunman and wounded nine innocent bystanders in the process [4].

Surveys suggest America's guns may be concentrated in fewer hands today: Approximately 40 percent of households had them in the past decade, versus about 50 percent in the 1980s. But far more relevant is a recent barrage of laws that have rolled back gun restrictions throughout the country. In the past four years, across 37 states, the NRA and its political allies have pushed through 99 laws making guns easier to own, carry, and conceal from the government [5].

Among the more striking measures: Eight states now allow firearms in bars. Law-abiding Missourians can carry a gun while intoxicated and even fire it if "acting in self-defense." In Kansas, permit holders can carry concealed weapons inside K-12 schools, and Louisiana allows them in houses of worship. Virginia not only repealed a law requiring handgun vendors to submit sales records, but the state also ordered the destruction of all such previous records. More than two-thirds of these laws were passed by Republican-controlled statehouses, though often with bipartisan support.

**The NRA surge: 99 recent laws rolling back gun regulations in 37 states.** [5]

The laws have caused dramatic changes, including in the two states hit with the recent carnage. Colorado passed its concealed-carry measure in 2003, issuing 9,522 permits that year; by the end of last year the state had handed out a total of just under 120,000, according to data we obtained from the County Sheriffs of Colorado. In March of this year, the Colorado Supreme Court ruled that concealed weapons are legal on the state's college campuses. (It is now the fifth state explicitly allowing them [6].) If former neuroscience student James Holmes were still attending the University of Colorado today,

the movie theater killer—who had no criminal history and obtained his weapons legally—could've gotten a permit to tote his pair of .40 caliber Glocks straight into the student union. Wisconsin's concealed-carry law went into effect just nine months before the Sikh temple shooting in suburban Milwaukee this August. During that time, the state issued a whopping 122,506 permits, according to data from Wisconsin's Department of Justice. The new law authorizes guns on college campuses, as well as in bars, state parks, and some government buildings.

And we're on our way to a situation where the most lax state permitting rules—say, Virginia's, where an online course now qualifies for firearms safety training and has drawn a flood of out-of-state applicants [7]—are in effect national law. Eighty percent of states now recognize handgun permits from at least some other states. And gun rights activists are pushing hard for a federal reciprocity bill [8]—passed in the House late last year, with GOP vice presidential candidate Paul Ryan among its most ardent supporters—that would essentially make any state's permits valid nationwide.



Guns possessed by mass shooters*

Semi-automatic handguns: 68
Assault weapons: 35
Revolvers: 20
Shotguns: 19

*Includes multiple weapons. Assault weapons include machine pistols.



How killers got their guns

Legally: 49
Illegally: 12
Unknown: 1

Mother Jones

Indeed, the country's vast arsenal of handguns—at least 118 million of them as of 2010—is increasingly mobile, with 69 of the 99 new state laws making them easier to carry. A decade ago, seven states and the District of Columbia still prohibited concealed handguns; today, it's down to just Illinois and DC. (And Illinois recently passed an exception [9] cracking the door open to carrying). In the 62 mass shootings we analyzed, 54 of the killers had handguns—including in all 15 of the mass shootings since the surge of pro-gun laws began in 2009.

In a certain sense the law was on their side: nearly 80 percent of the killers in our investigation obtained their weapons legally.

We used a conservative set of criteria to build a comprehensive rundown of high-profile attacks in public places—at schools, workplaces, government buildings, shopping malls—though they represent only a small fraction of the nation's overall gun violence. The FBI defines a mass murderer [10] as someone who kills four or more people in a single incident, usually in one location. (As opposed to spree or serial killers, who strike multiple times.) We excluded cases involving armed robberies or gang violence; dropping the number of fatalities by just one, or including those motives, would add many [11], many [12] more [13] cases [14]. (More about our criteria here [15].)

There was one case in our data set in which an armed civilian played a role. Back in 1982, a man opened fire at a welding shop in Miami, killing eight and wounding three others before fleeing on a bicycle. A civilian who worked nearby pursued the assailant in a car, shooting and killing him a few blocks away (in addition to ramming him with the car). Florida authorities, led by then-state attorney Janet Reno, concluded that the vigilante had used force justifiably, and speculated that he may have prevented additional killings. But even if we were to count that case as a successful

armed intervention by a civilian, it would account for just 1.6 percent of the mass shootings in the last 30 years.

More broadly, attempts by armed civilians to stop shooting rampages are rare—and successful ones even rarer. There were two school shootings in the late 1990s, in Mississippi and Pennsylvania, in which bystanders with guns ultimately subdued the teen perpetrators, but in both cases it was after the shooting had subsided. Other cases led to tragic results. In 2005, as a rampage unfolded inside a shopping mall in Tacoma, Washington, a civilian named Brendan McKown confronted the assailant with a licensed handgun he was carrying. The assailant pumped several bullets into McKown and wounded six people before eventually surrendering to police after a hostage standoff. (A comatose McKown eventually recovered after weeks in the hospital.) In Tyler, Texas, that same year, a civilian named Mark Wilson fired his licensed handgun at a man on a rampage at the county courthouse. Wilson—who was a firearms instructor—was shot dead by the body-armored assailant, who wielded an AK-47. (None of these cases were included in our mass shootings data set because fewer than four victims died in each.)

Appeals to heroism on this subject abound. So does misleading information. Gun rights die-hards frequently [16] credit [17] the end of a rampage in 2002 at the Appalachian School of Law in Virginia to armed "students" who intervened— while failing to disclose that those students were also current and former law enforcement officers [18], and that the killer, according to police investigators, was out of bullets by the time they got to him. It's one of several cases commonly cited as examples of ordinary folks with guns stopping massacres that do not stand up to scrutiny [19].

How do law enforcement authorities view armed civilians getting involved? One week after the slaughter at the *Dark Knight* screening in July, the city of Houston—hardly a hotbed of gun control—released a new Department of Homeland Security-funded video instructing the public on how to react to such events [20]. The six-minute production foremost advises running away or otherwise hiding, and suggests fighting back only as a last resort. It makes no mention of civilians using firearms.


[21]

Law enforcement officials are the first to say that civilians should not be allowed to obtain particularly lethal weaponry, such as the AR-15 assault rifle and ultra-high-capacity, drum-style magazine used by Holmes to mow down Batman fans. The expiration of the Federal Assault Weapons Ban under President George W. Bush in 2004 [22] has not helped that cause: Seven killers since then have wielded assault weapons in mass shootings [1].

Screen shot: City of Houston video on mass shooters.

But while access to weapons is a crucial consideration for stemming the violence, stricter gun laws are no silver bullet. Another key factor is mental illness. A major *New York Times* *[23]* investigation [23] in 2000 examined 100 shooting

rampages and found that at least half of the killers showed signs of serious mental health problems. Our own data reveals that the majority of mass shootings are murder-suicides: In the 62 cases we analyzed, 36 of the shooters killed themselves. Others may have committed "suicide by cop"—seven died in police shootouts. Still others simply waited, as Holmes did in the movie theater parking lot, to be apprehended by authorities.



Mental illness among the killers is no surprise, ranging from paranoid schizophrenia to suicidal depression. But while some states have improved their sharing of mental health records with federal authorities, millions of records reportedly are still missing from the FBI's database for criminal background checks [25].

Hargarten of the Medical College of Wisconsin argues that mass shootings need to be scrutinized as a public health emergency so that policy makers can better focus on controlling the epidemic of violence. It would be no different than if there were an outbreak of Ebola virus, he says—we'd be assembling the nation's foremost experts to stop it.

**Drum-style magazine for assault rifles** Brownells.com [24]

But real progress will require transcending hardened politics [26]. For decades gun rights promoters have framed measures aimed at public safety—background checks, waiting periods for purchases, tracking of firearms—as dire attacks on constitutional freedom. They've wielded the gun issue so successfully as a political weapon that Democrats hardly dare to touch it [27], while Republicans have gone to new extremes in their party platform [28] to enshrine gun rights. Political leaders have failed to advance the discussion "in a credible, thoughtful, evidence-driven way," says Hargarten.

In the meantime, the gun violence in malls and schools and religious venues [12] continues apace. As a superintendent told his community in suburban Cleveland this February, after a shooter at Chardon High School snuffed out the lives of three students and injured three others [29], "We're not just any old place, Chardon. This is every place. As you've seen in the past, this can happen anywhere."

*Additional research contributed by Deanna Pan and Gavin Aronsen.*

---

**Source URL:** http://www.motherjones.com/politics/2012/09/mass-shootings-investigation

**Links:**
[1] http://www.motherjones.com/politics/2012/07/mass-shootings-map
[2] http://www.motherjones.com/politics/2012/07/mass-shootings-map?page=2
[3] http://www.cnn.com/2012/08/27/us/new-york-empire-state-building-shooting/index.html
[4] http://www.nytimes.com/2012/08/26/nyregion/bystanders-shooting-wounds-caused-by-the-police.html
[5] http://www.motherjones.com/politics/2012/09/map-gun-laws-2009-2012

[6] http://www.nytimes.com/2012/09/23/education/guns-on-campus-at-university-of-colorado-causes-unease.html?pagewanted=all

[7] http://www.foxnews.com/us/2012/09/03/online-classes-make-it-easy-for-non-virginia-gun-owners-to-get-permits/

[8] http://www.motherjones.com/politics/2011/11/concealed-guns-laws

[9] http://smartgunlaws.org/recent-developments-in-state-law-2009-2010/

[10] http://www.fbi.gov/stats-services/publications/serial-murder/serial-murder-1#two

[11] http://www.foxnews.com/story/0,2933,537004,00.html

[12] http://www.motherjones.com/politics/2012/07/mass-shooting-survivor

[13] http://www.nytimes.com/2010/01/21/us/21virginia.html

[14] http://www.jsonline.com/news/crime/multiple-victims-shot-near-brookfield-square-le7a3b4-175147441.html

[15] http://www.motherjones.com/mojo/2012/08/what-is-a-mass-shooting

[16] http://johnrlott.tripod.com/postsbyday/7-4-03.html

[17] http://dailyanarchist.com/2012/07/31/auditing-shooting-rampage-statistics/

[18] http://www.cse.unsw.edu.au/%7Elambert/guns/appalachian/nd/tackle/gun/use/index.html

[19] http://www.motherjones.com/politics/2012/12/armed-civilians-do-not-stop-mass-shootings

[20] http://www.tylerpaper.com/article/20120729/NEWS01/120729768/0/FEATURES09

[21] http://www.youtube.com/watch?v=5VcSwejU2D0&amp;feature=youtu.be

[22] http://www.usatoday.com/news/washington/2004-09-12-weapons-ban_x.htm

[23] http://www.nytimes.com/2000/04/09/us/they-threaten-seethe-and-unhinge-then-kill-in-quantity.html?pagewanted=all&amp;src=pm

[24] http://www.brownells.com/.aspx/pid=23282/Product/AR-15-M16-90-ROUNDER-reg-MAGAZINE

[25] http://www.demandaplan.org/fatalgaps

[26] http://www.ethanzuckerman.com/blog/2012/08/14/what-would-it-take-to-start-a-gun-control-debate-in-the-us/

[27] http://www.cnn.com/2012/07/20/politics/gun-politics/index.html

[28] http://www.washingtonpost.com/politics/in-wake-of-mass-shootings-gop-platforms-calls-for-expanded-rights-for-gun-owners/2012/08/30/8a4881f0-f2ad-11e1-b74c-84ed55e0300b_story.html

[29] http://www.nytimes.com/2012/02/29/us/ohio-school-shooting-suspect-confesses-prosecutor-says.html?pagewanted=all

# Exhibit 29

# MotherJones

# A Guide to Mass Shootings in America

*There have been at least 86 in the last three-plus decades—and most of the killers got their guns legally.*

By Mark Follman, Gavin Aronsen, and Deanna Pan | Fri Jul. 20, 2012 10:32 PM EDT

**Editor's note:** In July 2012, in the aftermath of the movie theater massacre in Aurora, Colorado, *Mother Jones* created the first open-source database [1] documenting mass shootings in the United States. Our research has focused on indiscriminate rampages in public places resulting in four or more victims killed by the attacker. We exclude shootings stemming from more conventional crimes such as armed robbery or gang violence. Other news outlets and researchers have published larger tallies that include a wide range of gun crimes in which four or more people have been either wounded or killed. While those larger datasets of multiple-victim shootings may be useful for studying the broader problem of gun violence, our investigation provides an in-depth look at the distinct phenomenon of mass shootings—from the firearms used [2] to mental health factors [3] and the growing [4] copycat [5]problem [6]. Tracking mass shootings is complex; we believe ours is the most useful [7] approach [8].

The interactive map below and our downloadable database [1] have been expanded with 24 additional cases from 2013-2017. Dating from 2005, the FBI and leading criminologists essentially defined a mass shooting as an attack in a public place in which four or more victims were killed. We adopted that baseline when we gathered data in 2012 on three decades worth of cases. (It bears noting that there have been many similar indiscriminate gun rampages with fewer fatalities that would [9] otherwise [10] be included [11] in [12] our [13] dataset [14].) In January 2013, a mandate [15] for federal investigation of mass shootings authorized by President Barack Obama lowered that baseline to three or more victims. Accordingly, we include attacks dating from January 2013 in which three or more victims died. Our original analysis, which covers cases with four or more victims killed from 1982-2012, follows below. The cases we have documented since then using the revised federal baseline reaffirm our major findings.

It is perhaps too easy to forget how many times this has happened.
The horrific massacre at a movie theater in Aurora, Colorado [16],
in July 2012, another at a Sikh temple in Wisconsin [17] that
August, another at a manufacturer in Minneapolis [18] that
September—and then the unthinkable nightmare at a Connecticut



[3]

**Can the next attack be prevented?** [3]

elementary school [19] that December—were some of the latest in an epidemic of such gun violence over the last three-plus decades. Since 1982, there have been at least 86 public mass shootings across the country, with the killings unfolding in 34 states from Massachusetts to Hawaii. Forty-nine of these mass shootings have occurred since 2006. Seven of them took place in 2012 alone, including Sandy Hook. A recent analysis of this database by researchers at Harvard University, further corroborated by a recent FBI study [20], determined that mass shootings have been on the rise [21].

We've gathered detailed data on more than three decades of cases and mapped them below, including information on the attackers' profiles, the types of weapons they used, and the number of victims they injured and killed. The following analysis covers our original dataset comprised of 62 cases from 1982-2012.

**Weapons:** Of the 143 guns possessed by the killers, more than three quarters were obtained legally. The arsenal included dozens of assault weapons and semi-automatic handguns with high-capacity magazines [22]. (See charts below.) Just as a perpetrator used a .40-caliber Glock to slaughter students in Red Lake, Minnesota, in 2005, so too did the one in Aurora, along with an AR-15 assault rifle [23], when blasting away at his victims in a darkened movie theater. In Newtown, Connecticut, the attacker wielded a .223 Bushmaster semi-automatic assault rifle [24] as he massacred 20 school children and six adults.

**The perpetrators:** More than half of the cases involved school or workplace shootings (12 and 20, respectively); the other 30 cases took place in locations including shopping malls, restaurants, and religious and government buildings. Forty-four of the killers were white males. Only one was a woman. (See Goleta, Calif., in 2006.) The average age of the killers was 35, though the youngest among them was a mere 11 years old. (See Jonesboro, Ark., in 1998.) A majority were mentally troubled—and many displayed signs of mental health problems before setting out to kill [25]. Explore the map for further details—we do not consider it to be all-inclusive, but based on the criteria we used, we believe that we've produced the most comprehensive rundown available on this particular type of violence. (Mass shootings represent only a sliver of America's overall gun violence.) For the stories of the 151 shooting rampage victims of 2012, click here [26], and for our groundbreaking investigation into the economic costs of the nation's gun violence, including

mass shootings, click here [27].

**Click on the dots or use the search tool in the top-right corner of the map** to go to a specific location. (Zoom in to find cases located geographically close together in Colorado, Texas, Wisconsin, and elsewhere.)

Map created by    motherjones

Our focus is on public mass shootings in which the motive appeared to be indiscriminate killing. We used the following criteria to identify cases:

- **The perpetrator took the lives of at least four people**. An FBI crime classification report [28] identifies an individual as a mass murderer—versus a spree killer [29] or a serial killer [30]—if he kills four or more people in a single incident (not including himself), typically in a single location.

- **The killings were carried out by a lone shooter**. (Except in the case of the Columbine massacre and the Westside Middle School killings, which involved two shooters.)

- **The shootings occurred in a public place.** (Except in the case of a party on private property in Crandon, Wisconsin, and another in Seattle, where crowds of strangers had gathered.) Crimes primarily related to gang activity, armed robbery, or domestic violence in homes are not included.

   **Perpetrators who died or were wounded**

during the attack are not included in the victim counts.

- **We included a handful of cases also known as "spree killings"**—cases in which the killings occurred in more than one location over a short period of time, that otherwise fit the above criteria.

For more on the thinking behind our criteria, see our mass shootings explainer [31]. Plus: more on the crucial mental illness factor [25], and on the recent barrage of state laws rolling back gun restrictions across the US [32]. And: Explore the full data set behind our investigation [1].

Here are two charts detailing the killers' weapons:



This guide was first published on July 20, 2012. Since then, we've updated and expanded it multiple times with additional research and reporting. The analysis and



charts above cover the data through 2012 (comprising 62 cases); additional data and analysis on the shooters' weapons are in this story. [2] Information on 24 additional mass shootings from 2013-2017 is included in our full data set here [1]. For much more of our reporting on mass shootings, gun violence, and gun laws, see our special investigations: **America Under the Gun** [33], **Newtown: One Year After** [34], and **The True Cost of Gun Violence** [27]. (Return to intro.)

First published: Fri Jul. 20, 2012 7:32 PM PDT.

Interactive production by Tasneem Raja [35] and Jaeah Lee [36]

---

**Source URL:** http://www.motherjones.com/politics/2012/07/mass-shootings-map

**Links:**
[1] http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data
[2] http://www.motherjones.com/politics/2013/02/assault-weapons-high-capacity-magazines-mass-shootings-feinstein
[3] http://www.motherjones.com/politics/2015/09/mass-shootings-threat-assessment-shooter-fbi-columbine
[4] http://www.motherjones.com/politics/2016/07/copycat-mass-shooters-rising-baton-rouge-munich
[5] http://www.motherjones.com/politics/2015/10/columbine-effect-mass-shootings-copycat-data
[6] http://www.motherjones.com/politics/2015/10/media-inspires-mass-shooters-copycats
[7] http://www.motherjones.com/politics/2015/12/no-there-were-not-355-mass-shootings-this-year
[8] http://www.nytimes.com/2015/12/04/opinion/how-many-mass-shootings-are-there-really.html
[9] http://www.foxnews.com/story/2009/08/05/gunman-who-killed-3-himself-at-pittsburgh-gym-wrote-hatred-women.html
[10] http://en.wikipedia.org/wiki/Chardon_High_School_shooting
[11] http://www.usatoday.com/story/news/nation/2014/04/13/suburban-kansas-city-shooting/7674747/

[12] http://www.nytimes.com/2015/07/25/us/lafayette-theater-shooting-john-houser.html?_r=0
[13] http://www.nbc15.com/home/headlines/Three-dead-one-arrested-after-shooting-in-Menasha-302371911.html
[14] http://www.cnn.com/2016/09/30/us/south-carolina-elementary-school-shooting-victim/
[15] https://www.congress.gov/112/plaws/publ265/PLAW-112publ265.pdf
[16] http://www.motherjones.com/politics/2012/07/batman-theater-shooting-updates-dark-knight-rises
[17] http://www.motherjones.com/politics/2012/08/what-we-know-about-sikh-temple-shooting-wisconsin-updates
[18] http://www.startribune.com/local/171774461.html
[19] http://www.motherjones.com/politics/2012/12/newtown-connecticut-school-shooting-explained
[20] https://www.fbi.gov/about-us/office-of-partner-engagement/active-shooter-incidents/a-study-of-active-shooter-incidents-in-the-u.s.-2000-2013
[21] http://www.motherjones.com/politics/2014/10/mass-shootings-rising-harvard
[22] http://www.motherjones.com/politics/2013/01/high-capacity-magazines-mass-shootings
[23] http://en.wikipedia.org/wiki/AR-15
[24] http://en.wikipedia.org/wiki/Bushmaster_Firearms_International
[25] http://www.motherjones.com/politics/2012/11/jared-loughner-mass-shootings-mental-illness
[26] http://www.motherjones.com/politics/2012/12/mass-shootings-victims-2012
[27] http://www.motherjones.com/politics/2015/04/true-cost-of-gun-violence-in-america
[28] http://www.fbi.gov/stats-services/publications/serial-murder/serial-murder-1#two
[29] http://en.wikipedia.org/wiki/Spree_killer
[30] http://en.wikipedia.org/wiki/Serial_killer
[31] http://www.motherjones.com/mojo/2012/08/what-is-a-mass-shooting
[32] http://www.motherjones.com/politics/2012/09/map-gun-laws-2009-2012
[33] http://www.motherjones.com/special-reports/2012/12/guns-in-america-mass-shootings
[34] http://www.motherjones.com/special-reports/2013/12/newtown-shooting-one-year-later
[35] http://www.motherjones.com/authors/tasneem-raja
[36] http://www.motherjones.com/authors/jaeah-lee

# Exhibit 30

# MotherJones

# "A Killing Machine": Half of All Mass Shooters Used High-Capacity Magazines

*31 of 62 mass shooters we investigated used these powerful ammo feeding devices. Will Congress ban them?*

By Mark Follman and Gavin Aronsen | Wed Jan. 30, 2013 7:01 AM EST

---

As lawmakers across the country and in the nation's capital debate possible restrictions on high-capacity magazines, one question emerges: Are these ammunition-feeding devices, which allow a shooter to fire many times without reloading, in fact commonly used by mass killers? We examined the data from *Mother Jones*' continuing investigation into mass shootings [1] and found that high-capacity magazines have been used in at least 31 of the 62 cases we analyzed. A half-dozen of these crimes occurred in the last two years alone. (With some of the cases we studied, it remains unclear whether high-capacity magazines were used. We included all those involving magazines with more than 10 rounds; in many of the cases their capacities were far greater. For more details, jump to our data set below.)



**Tragedy in Newtown**

- The NRA Myth of Arming the Good Guys [2]
- A Guide to Mass Shootings in America [3]
- More Guns, More Mass Shootings—Coincidence? [4]
- Do Armed Civilians Stop Mass Shooters? Actually, No. [5]
- "A Killing Machine": Half of All Mass Shooters Used High-Capacity Magazines [6]
- Mass Shootings: Maybe We Need a Better Mental-Health Policy [7]
- Why Mass Shootings Deserve Deeper Investigation [8]
- DATA: Explore our mass shootings research [9]

See our full special report [1] on gun laws and the rise of mass shootings in America.

In the shooting that injured Rep. Gabby Giffords in Tucson, Arizona, Jared Loughner emptied a 33-round magazine in 30 seconds, killing 6 and injuring 13. Inside a movie theater in Aurora, Colorado, James Holmes used 40- and 100-round magazines to injure and kill an unprecedented 70 victims. At Sandy Hook Elementary School in Newtown, Connecticut, Adam Lanza used high-capacity magazines to fire upwards of 150 bullets as he slaughtered 20 kids and 6 adults.

"It turns a killer into a killing machine," says David Chipman, who served for 25 years as a special agent in the Bureau of Alcohol, Tobacco, Firearms, and Explosives. Outlawing high-capacity magazines won't prevent gun crimes from happening, Chipman notes, but might well reduce the carnage: "Maybe 3 kids get killed instead of 20."

With Congress undertaking a highly charged debate over firearms restrictions, many observers are skeptical that Democratic Sen. Dianne Feinstein's proposal [10] to ban assault weapons will garner enough votes on Capitol Hill. But there may be momentum for mandating universal background checks on gun purchasers, and for outlawing the sale of magazines containing more than 10 rounds. A recent *NBC News/Wall Street Journal* poll [11] found that a majority of Americans support stricter regulation of firearms sales, and 59 percent believe that high-capacity magazines were significantly to blame in the recent spate of mass shootings.

The problem dates back to long before Newtown. In 1984, the assailant who massacred 21 at a McDonald's in San Ysidro, California, unleashed more than 200 rounds. School and workplace shootings in Stockton, California, and San Francisco in the late '80s and early '90s also involved large magazines, with an estimated 100 shots fired in each case. In 1997, a gunman in Orange, California, fired nearly 150 shots, wielding an AK-47 with a 30-round magazine three years after a federal law banned such assault weapons.

High-capacity magazines also play a role in the daily gun deaths plaguing US cities from LA to Chicago to Baltimore. "A lot of these folks who are driving in their cars and shooting out the window, they're shooting whatever is in their magazine," Chipman says. "So if it's only 10 rounds instead of 20, maybe the kid halfway down the block doesn't get hit with round 18."

The 1994 federal assault weapons ban limited magazines to 10 rounds, a threshold generally accepted by law enforcement officials and policy makers. Feinstein's bill aims to reinstate this limit, as does legislation introduced by Democratic Sen. Frank Lautenberg of New Jersey. Seven states have some restrictions [12] on high-capacity magazines; a new state law passed in New York limits magazines to no more than seven rounds.

Gun rights advocates argue that larger magazines, which can add convenience for gun owners who enjoy sport shooting, are simply "standard" for semi-automatic handguns and rifles. The debate turns semantic quickly, in the same contentious vein [13] as the one over the definition of "assault weapon." [14] Law enforcement officials, meanwhile,

tend to agree that no law-abiding citizen needs high-capacity magazines for self-defense.

Gun rights advocates also commonly argue that mass shooters could kill just as easily by rapidly reloading smaller magazines, and that a ban would make no difference. But such capability requires extensive training under intense conditions, according to Chipman. "Anyone who's been a cop or in the military knows that that's not something you can do unpracticed," he says.

The Tucson mass shooting is telling here in another regard: It was only after Loughner had emptied his 33-round magazine and paused to reload that bystanders were able to tackle him and end the carnage.

Click here for the full Google spreadsheet view [15] of the data below. To explore the rest of our yearlong investigation into gun laws and mass shootings, click here [1].

Mother Jones' Investigation: High-Capacity Magazines Used in Mass Shootings, 1982-2012

Cases    Sources

Published by Google Sheets  –  Report Abuse  –  Updated automatically every 5 minutes

**Source URL:** http://www.motherjones.com/politics/2013/01/high-capacity-magazines-mass-shootings

**Links:**
[1] http://www.motherjones.com/special-reports/2012/12/guns-in-america-mass-shootings
[2] http://www.motherjones.com/politics/2012/12/nra-mass-shootings-myth
[3] http://www.motherjones.com/politics/2012/07/mass-shootings-map
[4] http://www.motherjones.com/politics/2012/09/mass-shootings-investigation
[5] http://www.motherjones.com/politics/2012/12/armed-civilians-do-not-stop-mass-shootings
[6] http://www.motherjones.com/politics/2013/01/high-capacity-magazines-mass-shootings
[7] http://www.motherjones.com/politics/2012/11/jared-loughner-mass-shootings-mental-illness
[8] http://www.motherjones.com/politics/2013/01/mass-shootings-james-alan-fox
[9] http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data
[10] http://www.feinstein.senate.gov/public/index.cfm/press-releases?ID=5dffbf07-d8e5-42aa-9f22-0743368dd754
[11] http://tv.msnbc.com/2013/01/23/a-look-back-at-gun-control-history/
[12] http://usatoday30.usatoday.com/news/nation/story/2012-07-31/gun-control-colorado-theater-shooting/56621536/1
[13] http://p.washingtontimes.com/news/2013/jan/27/the-high-capacity-magazine-myth/
[14] http://www.nytimes.com/2013/01/17/us/even-defining-assault-weapons-is-complicated.html?
hpw&amp;_r=0&amp;pagewanted=all
[15] https://docs.google.com/spreadsheet/ccc?
key=0Ah9Oqlm_qMOGdG1CRlZsaTY4TDI2QTJIWU5KYWNuQXc#gid=0

# Exhibit 31

Coordinates: 25°39'24.55"N 80°19'34.75"W

# 1986 FBI Miami shootout

From Wikipedia, the free encyclopedia

The **1986 FBI Miami shootout** was a gun battle that occurred on April 11, 1986, in an unincorporated region of Dade County in South Florida (renamed Miami-Dade in 1997) between eight FBI agents and two serial bank robbers. During the firefight, FBI Special Agents Jerry L. Dove and Benjamin P. Grogan were killed, while five other agents were wounded. The two robbery suspects, William Russell Matix and Michael Lee Platt, were also killed.

The incident is infamous in FBI history and is well-studied in law enforcement circles. Despite outnumbering the suspects 4 to 1, the agents found themselves pinned down by suppressive rifle fire and unable to respond effectively. Although both Matix and Platt were hit multiple times during the shootout, Platt fought on and continued to wound and kill agents. This incident led to the introduction of more powerful handguns in the FBI and many police departments around the United States.

## Contents

- 1 Background
- 2 The shootout
- 3 Aftermath
- 4 Weaponry and wounds
  - 4.1 Agents
  - 4.2 Suspects
- 5 Lawsuit
- 6 Memorial
- 7 In popular culture
- 8 See also
- 9 References
- 10 External links

---

**1986 FBI Miami shootout**



Jerry Dove (left) and Ben Grogan, the FBI special agents killed during the shootout

| | |
|---|---|
| **Location** | Pinecrest, Florida, U.S. |
| **Date** | April 11, 1986 09:30 (UTC-5) |
| **Target** | FBI agents |
| **Attack type** | Resisting arrest |
| **Weapons** | Ruger Mini-14, S&W M586 revolver, Dan Wesson .357 Magnum revolver |
| **Deaths** | 4 (including the perpetrators) |
| **Perpetrators** | William Russell Matix and Michael Lee Platt |

## Background

**Michael Lee Platt** (February 3, 1954 – April 11, 1986) and **William Russell Matix** (June 25, 1951 – April 11, 1986) met while serving in the U.S. Army at Fort Campbell, Kentucky. Matix first served in the U.S. Marine Corps from 1969 to 1972, working as a cook in the officers' mess, and was later honorably discharged after reaching the rank of Staff Sergeant. In 1973, Matix re-enlisted in the U.S. Army and served in the military police. Matix was honorably discharged from the Army in 1976. Platt enlisted in 1972 as an infantryman and served with the U.S. Army Rangers during the Vietnam War, where he was noted for "High Combat

Proficiency". Platt was honorably discharged in 1979.

Both of their spouses had died under mysterious circumstances.[1] Matix's wife, retired U.S. Army Specialist 4 Patricia Buchanich, and a female co-worker, Joyce McFadden, were stabbed to death on December 30, 1983, at Riverside Methodist Hospital in Columbus, Ohio, where both women worked.[2] Matix told investigators that he suspected Platt had carried on an affair with his wife. Matix was a suspect in the murders but was never charged.[3] After his wife's death, Matix moved to Miami at the urging of Michael Platt, married a woman named Brenda Horne, and had one daughter, Christy Lou. After relocating to Homestead, Florida, Matix began a landscaping and tree removal business called "The Yankee Clipper" with Platt.[4] Platt's first marriage ended in divorce. In December 1984, Platt's second wife, Regina E. Lylen-Platt (whom he married in 1975), was found shot dead with a shotgun from a single shot in the mouth. Her death was ruled a suicide.[5] He married his third wife Brenda in January 1985.

Prior to embarking on their crime spree neither Platt nor Matix had a criminal record.[6] At the time of Platt's killing, his wife had no idea that her husband and friend Matix were bank robbers. In the end, he was a father to an infant son that he never met.

On October 5, 1985, Platt and Matix murdered 25-year-old Emelio Briel while he was target shooting at a rock pit. The pair stole Briel's car and used it to commit several robberies. Briel's remains were found in March 1986 but were not identified until May.

Eleven days after killing Briel, Platt and Matix attempted to rob a Wells Fargo armored truck in front of a Winn-Dixie supermarket. One of the pair shot a guard in the leg with a shotgun. Two other guards returned fire, but neither Platt nor Matix were injured. No money was taken in the botched robbery, and the one wounded guard would later die from his injury. One week later, the two robbed a teller station outside a branch of the Florida National Bank and a branch of the Professional Savings Bank. They resumed their robberies on January 10, 1986, by attacking a Brinks armored truck. After shooting the guard twice, they escaped in Briel's car, but a citizen followed them from the scene and witnessed them switch to a white Ford F-150 pickup truck.

On March 12, they robbed and shot Jose Collazo as he was target shooting at a rock pit, leaving him for dead and stealing his black 1979 Chevrolet Monte Carlo, but Collazo survived the shooting and walked three miles to get help.[7] One week later, they used his car to rob a Barnett Bank branch.

# The shootout

At 8:45 a.m on Friday April 11, 1986, a team of FBI agents led by Special Agent Gordon McNeill assembled at a Home Depot to initiate a rolling stakeout searching for the black Monte Carlo (Collazo's stolen car). The agents did not know the identity of the suspects at the time. They were acting on a hunch that the pair would attempt a robbery that morning.

A total of fourteen FBI agents in eleven cars participated in the search. Eight of these FBI agents took part in the actual shootout and were paired as follows;

- Supervisory Special Agent Gordon McNeill alone in his car
- Special Agent Richard Manauzzi alone in his car
- Special Agent Benjamin Grogan, with Special Agent Jerry Dove
- Special Agent Edmundo Mireles, Jr., with Special Agent John Hanlon
- Special Agent Gilbert Orrantia, with Special Agent Ronald Risner

Around 9:30 a.m., agents Grogan and Dove spotted the suspect vehicle, and began to follow. Two other stakeout team cars joined them, and eventually an attempt was made to conduct a traffic stop of the suspects, who were forced off the road following collisions with the cars of FBI agents Grogan/Dove, agents Hanlon/Mireles, and agent Manauzzi. These collisions sent the suspect car nose first into a tree in a small parking area in front of a house at 12201 Southwest 82nd Avenue, pinned between a parked car (on its passenger side) and Manauzzi's car on the driver side.



Of the eight agents at the scene, two had Remington 870 shotguns in their vehicles (McNeill and Mireles), three were armed with semi-automatic Smith & Wesson Model 459 9mm pistols (Dove, Grogan, and Risner), and the rest were armed with Smith & Wesson revolvers. Two of the agents had backup revolvers (Hanlon and Risner) and both would use them at some point during the fight.

Relative positions of FBI agents' and suspects' vehicles after a traffic stop at 12201 Southwest 82nd Avenue, Pinecrest, Miami, Florida. Illustration is not to scale.

The initial collision that forced the suspects off the road caused some unforeseen problems for the agents, as the FBI vehicles sustained damage from the heavier, older car driven by Matix.[8] Just prior to ramming the Monte Carlo, Manauzzi had pulled out his service revolver and placed it on the seat in anticipation of a shootout,[8] but the force of the collision flung open his door and sent his weapon flying. Hanlon lost his .357 Magnum service revolver during the initial collision, though he was still able to fight with his Smith & Wesson Model 36 backup gun. The collision knocked off Grogan's glasses, and there is speculation his vision was so bad that he was unable to see clearly enough to be effective (a claim disputed by the FBI's Medical Director, who stated that Grogan's vision was "not that bad"). Grogan is credited with landing the first hit of the gunfight, wounding Matix in the forearm as he leaned out of the Monte Carlo to fire the shotgun at Grogan and Dove.[9]

Manauzzi was wounded when Platt fired several rounds from his Ruger Mini-14 rifle, penetrating the door of Manauzzi's car. McNeill fired over the hood of Manauzzi's car but was wounded by return fire from Platt. Platt then fired his rifle at Mireles who was running across the street to join the fight. Mireles was hit in the left forearm, creating a severe wound.[8] Platt then pulled back from the window, giving Matix opportunity to fire. Due to collision damage, Matix could only open his door partially, and fired one shotgun round at Grogan and Dove, striking their vehicle. Matix was then shot in the right forearm, probably by Grogan.[10] McNeill returned fire with six shots from his revolver, hitting Matix with two rounds in the head and neck. Matix apparently was knocked unconscious by the hits and fired no more rounds.[11] McNeill was then shot in the hand and, due to his wound and blood in his revolver's chambers, could not reload.[8]

As Platt climbed out of the passenger side car window, one of Dove's 9 mm rounds hit his right upper arm and went on to penetrate his chest, stopping an inch away from his heart. The autopsy found Platt's right lung had collapsed and his chest cavity contained 1.3 liters of blood, suggesting damage to the main blood vessels of the right lung. Of his many gunshot wounds, this first was the primary injury responsible for Platt's eventual death.[12] The car had come to a stop against a parked vehicle, and Platt had to climb across the hood of this vehicle, an Oldsmobile Cutlass. As he did so, he was shot a second and third time, in the right thigh and left foot. The shots were believed to have been fired by Dove.[13]

Platt took up position by the passenger side front fender of the Cutlass. He fired a .357 Magnum revolver at agents Ronald Risner and Gilbert Orrantia, and was shot a fourth time when turning to fire at Hanlon, Dove and Grogan. The bullet, fired by Orrantia's revolver, penetrated Platt's right forearm, fractured the radius bone and exited the forearm. This wound caused Platt to drop his revolver.[14] It is estimated that Platt was shot a fifth time shortly afterwards, this time by Risner. The bullet penetrated Platt's right upper arm, exited below the armpit, and entered his torso, stopping below his shoulder blade. The wound was not serious.[15]

Platt fired one round from his Mini-14 at Risner and Orrantia's position, wounding Orrantia with shrapnel created by the bullet's passage, and two rounds at McNeill. One round hit McNeill in the neck, causing him to collapse and leaving him paralyzed for several hours. Platt then apparently positioned the Mini-14 against his shoulder using his uninjured left hand.[16]

Dove's 9 mm semi auto pistol was rendered inoperative after being hit by one of Platt's bullets. Hanlon fired at Platt and was shot in the hand while reloading. Grogan and Dove were kneeling alongside the driver's side of their car. Both were preoccupied with getting Dove's gun working and did not detect that Platt was aggressively advancing upon them. Platt rounded the rear of their car and killed Grogan with a shot to the chest, shot Hanlon in the groin area, and then killed Dove with two shots to the head. Platt then entered the Grogan/Dove car in an apparent attempt to flee the scene.[17] As Platt entered Grogan and Dove's car, Mireles, able to use only one arm, fired the first of five rounds from his pump-action shotgun, wounding Platt in both feet.[8] At an unknown time, Matix had regained consciousness and he joined Platt in the car, entering via the passenger door. Mireles fired four more rounds at Platt and Matix, but hit neither.[18]

Around this time, Metro-Dade police officers Rick Frye, Leonard Figueroa and Martin Heckman arrived. Heckman covered McNeill's paralyzed body with his own.[19] Frye assisted Hanlon.[20]

Platt's actions at this moment in the fight have been debated. A civilian witness described Platt leaving the car, walking almost 20 feet and firing at Mireles three times at close range. Mireles does not remember this happening. Officer Heckman does not remember Platt leaving the Grogan/Dove car. Risner and Orrantia, observing from the other side of the street, stated that they did not see Platt leave the car and fire at Mireles.[21] However, it is known for certain that Platt pulled Matix's Dan Wesson revolver at some point and fired three rounds.[16][22]

Platt attempted to start the Grogan/Dove car. Mireles drew his .357 Magnum revolver, moved parallel to the street and then directly toward Platt and Matix. Mireles fired six rounds at the suspects. The first round missed, hitting the back of the front seat. The second hit the driver's side window post and fragmented, with one small piece hitting Platt in the scalp. The third hit Matix in the face, and fragmented in two, with neither piece causing a serious wound. The fourth hit Matix in the face next to his right eye socket, travelled downward through the facial bones, into the neck, where it entered the spinal column and severed the spinal cord. The fifth hit Matix in the face, penetrated the jaw bone and neck and came to rest by the spinal column.[23] Mireles reached the driver's side door, extended his revolver through the window, and fired his sixth shot at Platt. The bullet penetrated Platt's chest and bruised the spinal cord, ending the gunfight.[24]

The shootout involved ten people: two suspects and eight FBI agents. Of the ten, only one, Special Agent Manauzzi, did not fire any shots (his firearm was thrown from car in the initial collision), while only one, Special Agent Risner, was able to emerge from the battle without a wound. The incident lasted under five minutes yet approximately 145 shots were exchanged.[8][25]

Toxicology tests showed that the abilities of Platt and Matix to fight through multiple traumatic gunshot wounds and continue to battle and attempt to escape were not achieved through any chemical means. Both of their

bodies were drug-free at the time of their deaths.[26]

# Aftermath

The subsequent FBI investigation placed partial blame for the agents' deaths on the lack of stopping power exhibited by their service handguns. The FBI soon began the search for a more powerful caliber and cartridge. Noting the difficulties of reloading a revolver while under fire, the FBI specified that agents should be armed with semiautomatic handguns, and this incident contributed to the increasing trend of law enforcement agencies switching from revolvers to semi-automatic pistols across the nation.[20]

In the aftermath, the FBI initially chose the Smith & Wesson 1076 chambered for the 10mm Auto round, but its sharp recoil proved too much for most agents to control effectively, and a special reduced velocity loading was developed - commonly referred to as the "10mm Lite" or "10mm FBI". Soon afterwards Smith & Wesson developed a shorter cased cartridge based on the 10mm, the .40 S&W.[27] This became more popular than its parent due to the ability to chamber in standard frame semi-automatic pistols initially designed for the 9 mm Parabellum.

Other issues were brought up in the aftermath of the shooting. Despite being on the lookout for two violent felons who were known to use firearms during their crimes, only two of the FBI vehicles contained shotguns (in addition to Mireles, McNeill had a shotgun in his car, but was unable to reach it before or during the shootout), and none of the agents were armed with a rifle. Only two of the agents were wearing ballistic vests, and the armor they were wearing was standard light body armor, which is designed to protect against handgun rounds, not the .223 Remington rounds fired by Platt's Mini-14 rifle. While heavier armor providing protection against rifle rounds would normally have been hot and uncomfortable to wear on patrol in Miami's April climate, the agents, spending the day sitting in air conditioned vehicles on the lookout for a single target, were facing good conditions for its use.

The other six agents involved in the stakeout in five vehicles, who did not reach the shootout in time to participate, did have additional weaponry including Remington shotguns, Heckler & Koch MP5 submachine guns, and M16 rifles.[8]

# Weaponry and wounds

### Agents

- Richard Manauzzi: lost control of weapon in the initial vehicle collision, no shots fired. Minor wounds from shotgun pellets.[8]
- Gordon McNeill: Smith & Wesson Model 19 .357 Magnum revolver, six rounds .38 Special +P fired. Seriously wounded by .223 gunshot wounds to the right hand and neck.
- Edmundo Mireles: Remington 870 12-gauge shotgun, five rounds 00 buckshot fired, .357 Magnum revolver, Smith & Wesson Model 686 (Not FBI issue, but personally owned .357's and .38's could be approved for carry by supervisors, same applies with McNeil's Model 19), six rounds .38 Special +P fired. Seriously wounded by a .223 gunshot wound to the left forearm.
- Gilbert Orrantia: S&W (model unknown, likely a Model 13, as it was an issued weapon at the time) .357 Magnum revolver, 12 rounds .38 Special +P fired. Wounded by shrapnel and debris produced by a .223 bullet near miss.
- John Hanlon: Smith & Wesson Model 36 .38 Special revolver, five rounds .38 Special +P fired. Seriously

wounded by .223 gunshot wounds to the right hand and groin.
- Benjamin Grogan: Smith & Wesson Model 459 9mm pistol, nine rounds fired. Killed by a .223 gunshot wound to the chest.
- Jerry Dove: Smith & Wesson Model 459 9mm pistol, 20+ rounds fired. Killed by two .223 gunshot wounds to the head.
- Ronald Risner: Smith & Wesson Model 459 9mm pistol, 14 rounds fired, S&W Model 60 .38 Special revolver, one round .38 Special +P fired. Not wounded.

## Suspects

- William Matix: Smith & Wesson Model 3000 12-gauge shotgun, one round #6 shot fired. Killed after being shot six times.
- Michael Platt: Ruger Mini-14 .223 Remington with folding stock, at least 42 rounds fired, S&W M586 .357 Magnum revolver, three rounds fired, Dan Wesson .357 Magnum revolver, three rounds fired. Killed after being shot 12 times.



Ruger Mini-14

# Lawsuit

After the shooting, the families of Jerry Dove and Benjamin Grogan sued the estates of Platt and Matix for damages. The lawsuit was dismissed.[28]

# Memorial

In 2001, the Village of Pinecrest, Florida, which incorporated in 1996, honored the two agents by co-designating a portion of Southwest 82nd Avenue as Agent Benjamin Grogan Avenue and Agent Jerry Dove Avenue. Street signs and a historical marker commemorate the naming of the roadway in honor of the two agents.

# In popular culture

- In 1988, NBC produced a made-for-television movie, *In the Line of Duty: The F.B.I. Murders* depicting the circumstances leading up to and including the shootout, one of several films in the *In the Line of Duty* series produced during the 1980s and 1990s. Michael Gross portrayed William Matix and David Soul portrayed Michael Platt. Ronny Cox portrayed Ben Grogan, and Jerry Dove was portrayed by Bruce Greenwood.
- An episode of the short lived TV series, *FBI: The Untold Stories*, featured a portrayal of the shootout.
- The incident is featured in the novel *Unintended Consequences* by John Ross.
- The event is one of several shootouts documented by firearms instructor Massad Ayoob in his 1995 book, *The Ayoob Files: The Book*.
- The event is the subject of an episode of the Discovery Channel's *The FBI Files*.
- In 2012, Investigation Discovery aired an episode of *Real Vice Miami* that recounts the shootout in detail. Rey Hernandez portrayed William Matix and Nestor Lao portrayed Michael Platt. Robb Erwin portrayed Ben Grogan and Jerry Dove was portrayed by Alexis Aguilar. The program includes first-person commentary by retired FBI Special Agents Gil Orrantia and John Hanlon, who both survived the gunfight.

# See also

- Shootout
- North Hollywood shootout
- Norco shootout

# References

1. Meltzer, Matt (23 June 2007). "True Crime: The FBI Miami Shootout" (http://www.miamibeach411.com /news/index.php?/news/comments/miami-shootout/). Miami Beach 411. Retrieved 2008-06-06.
2. "AROUND THE NATION; 2 Cancer Researchers Are Slain in Laboratory" (https://www.nytimes.com/1984/01/03/us /around-the-nation-2-cancer-researchers-are-slain-in-laboratory.html). The New York Times. Associated Press. January 3, 1984. Retrieved 10 July 2014.
3. "Mother Surprised to Discover Slain Man's Criminal Past" (https://news.google.com/newspapers?nid=1755& dat=19860419&id=_nseAAAAIBAJ&sjid=xWkEAAAAIBAJ&pg=3974,5706623). Sarasota Herald-Tribune. Associated Press. 19 April 1986. p. 9B. Retrieved 25 May 2014.
4. Lamar, Jacob V., Jr.; Gauge, Marcia (Miami) (28 April 1986). "A Twisted Trail of Blood" (http://www.time.com /time/magazine/article/0,9171,961259,00.html). Time. Retrieved 27 January 2010.
5. "AROUND THE NATION; Wives of 2 Slain Gunmen Both Met Violent Deaths" (https://www.nytimes.com/1986/04 /14/us/around-the-nation-wives-of-2-slain-gunmen-both-met-violent-deaths.html). The New York Times. Associated Press. 14 April 1986. Retrieved 27 January 2010.
6. "Links to other shootings probed" (https://news.google.com/newspapers?id=RmgVAAAAIBAJ& sjid=WOEDAAAAIBAJ&pg=6718,2905719). The Register-Guard. Eugene, Oregon. Associated Press. 13 April 1986. p. 6A. Retrieved 27 January 2010.
7. O'Neil, Jon (14 April 1986). "Cops see 8 cases tied to men in FBI shootout" (https://news.google.com /newspapers?id=gtUlAAAAIBAJ&sjid=ffMFAAAAIBAJ&pg=5263,3066920). The Miami News. pp. 1A, 4A. Retrieved 27 January 2010.
8. EFOIA. "nws2074.tmp" (http://foia.fbi.gov/shooting/shooting1a.pdf) (PDF). Archived (http://www.webcitation.org /5gcuig4Jd?url=http%3A%2F%2Ffoia.fbi.gov%2Fshooting%2Fshooting1a.pdf) (PDF) from the original on 2009-05-08. Retrieved 2009-03-11.
9. Wilbanks, William (1 January 1997). "10". Forgotten Heroes: Police Officers Killed in Dade County 1895–1995 (https://books.google.com/books?id=vES5x_cN4-sC&pg=PA186). New York: Turner Publishing Company. pp. 186–. ISBN 978-1-56311-287-4. Retrieved 8 December 2012.
10. Because the driver's side door had been damaged during the collision – http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http: //www.firearmstactical.com/briefs7.htm) 2009-05-08.
11. However, for the next minute, it is believed that Matix slumped over onto his back and lay unconscious on the front seat of the Monte Carlo. – http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http://www.firearmstactical.com/briefs7.htm) 2009-05-08.
12. As Platt crawled through the passenger side window, one of Dove's 9mm bullets hit his right upper arm – http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http://www.firearmstactical.com/briefs7.htm) 2009-05-08.
13. After Platt crawled out the window and was rolling off the front hood of the Cutlass, Dr. Anderson believes he was hit twice more – http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http://www.firearmstactical.com/briefs7.htm) 2009-05-08.
14. Dr. Anderson feels Platt received his fifth wound – http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http:

//www.firearmstactical.com/briefs7.htm) 2009-05-08.

15. The bullet entered the back of Platt's right upper arm – http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http: //www.firearmstactical.com/briefs7.htm) 2009-05-08.

16. http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http://www.firearmstactical.com/briefs7.htm) 2009-05-08.

17. At this point in the gunfight, Dove had relocated from behind the passenger side door of his car – http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http://www.firearmstactical.com/briefs7.htm) 2009-05-08.

18. Mireles fired a total of five rounds from his Remington 870 shotgun from a range of about 25 feet. – http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http://www.firearmstactical.com/briefs7.htm) 2009-05-08.

19. At about this moment in the gunfight, Metro-Dade police patrol officers – http://www.firearmstactical.com /briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org /5gcuh7u15?url=http://www.firearmstactical.com/briefs7.htm) 2009-05-08.

20. "25 Years After The FBI Firefight: The Late-Emerging" (http://americanhandgunner.com/25-years-after-the-fbi-firefight-the-late-emerging/).

21. Platt's specific actions at this stage of the gunfight have been subject to controversy. – http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http://www.firearmstactical.com/briefs7.htm) 2009-05-08.

22. http://www.thegunzone.com/11april86.html, The Ultimate After Action Report, An unvarnished and illustrated forensic examination of the FBI's devastating firefight in South Florida, The Gun Zone. Accessed 2009-12-31.

23. Mireles first shot at Platt hit the back of the front seat behind Platt's left shoulder. – http://www.firearmstactical.com /briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org /5gcuh7u15?url=http://www.firearmstactical.com/briefs7.htm) 2009-05-08.

24. By this time Mireles had reached the driver's side door – http://www.firearmstactical.com/briefs7.htm, Anderson, W. French, M.D.: Forensic Analysis of the April 11, 1986, FBI Firefight. W. French Anderson, M.D., 1996 (127 pages, paperback). Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http: //www.firearmstactical.com/briefs7.htm) 2009-05-08.

25. "FBI-Miami Shootout" (http://www.webcitation.org/5gcuh7u15?url=http%3A%2F %2Fwww.firearmstactical.com%2Fbriefs7.htm). Archived from the original (http://www.firearmstactical.com /briefs7.htm) on 2009-05-08. Retrieved 2009-03-11.

26. toxicology tests conducted on the body fluids of Matix and Platt revealed neither was under the influence of chemical intoxicants. – http://www.firearmstactical.com/briefs7.htm. Accessed 2009-03-11. Archived (http://www.webcitation.org/5gcuh7u15?url=http://www.firearmstactical.com/briefs7.htm) 2009-05-08.

27. The 10mm and .40 S&W are identical in projectile diameter, both using a 0.400" caliber bullet

28. 835 F. 2d 844 – Grogan v. F Platt (http://openjurist.org/835/f2d/844/grogan-v-f-platt) "OpenJurist", January 15, 1988, accessed April 11, 2016

# External links

- Shootout Scene from In the Line of Duty (https://www.youtube.com/watch?v=lBGfKtuo2AM)
- FBI Hall of Honor (https://www.fbi.gov/libref/hallhonor/dovegrogan.htm)
- Detailed article from Firearms Tactical (http://www.webcitation.org/5gcuh7u15?url=http%3A%2F %2Fwww.firearmstactical.com%2Fbriefs7.htm)
- *In The Line Of Duty: The FBI Murders* (http://www.imdb.com/title/tt0095366/) on Internet Movie

Database
- The Ultimate After Action Report! at The Gun Zone (http://www.thegunzone.com/11april86.html)
- Pinecrest Street Names (http://pinecrest-fl.gov/streets.html)
- FBI inquiry into the incident (http://vault.fbi.gov/FBI%20Miami%20Shooting%204-11-86%20 /Miami%20Shooting%204-11-86%20Part%201%20of%2011%20/view)
- *Real Vice Miami: The Bloodiest Day* (http://vimeo.com/38666921)


Retrieved from "https://en.wikipedia.org/w/index.php?title=1986_FBI_Miami_shootout&oldid=779801861"

Categories: Conflicts in 1986 | 1986 murders in the United States | 1986 mass shootings in the United States | Attacks in the United States in 1986 | Bank robberies | Robberies in the United States | Federal Bureau of Investigation | 20th century in Miami | Law enforcement operations in the United States | Deaths by firearm in Florida | 1986 in Florida | Crimes in Florida | April 1986 events

---

- This page was last edited on 11 May 2017, at 02:19.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit 32



INTERNET ARCHIVE
WaybackMachine   9 captures   13 Sep 2001 - 15 Apr 2016

http://edition.cnn.com:80/US/9703/01/bank.shootout/   Go





HOME
U.S.
WORLD
LOCAL
WEATHER
SPORTS
SCI-TECH
TRAVEL
STYLE
SHOWBIZ
HEALTH
EARTH
CNNfn.
allpolitics
CONTENTS
HELP!
FEEDBACK
SEARCH

BigYellow
Your Yellow Pages

PATHFINDER
HOMEPAGE

# Stunned police, residents cope with aftermath of L.A. shootout

March 1, 1997
Web posted at: 11:30 p.m. EST

LOS ANGELES (CNN) -- All was quiet Saturday in West Hollywood, although scores of bullet-ridden cars and buildings served as silent reminders of a bloody bank heist shootout here Friday.



(CNN)

Armen Iskaudaryan, who was depositing $85 at an automatic teller machine when gunmen burst into the Bank of America branch, returned Saturday to drive home his car, a late model Acura Legend he had saved for six years to buy.

(1.7M/43 sec. QuickTime movie)

It was riddled with bullets and except for the rear passenger window, every piece of glass in the car had been blown away.

He changed a flat tire and tried to drive away. Gasoline leaked. Oil leaked. The Fire Department had to be called.

"It was my only car," he said. "It don't know. I cannot fix it."

## LAPD unprepared



(Courtesy KTLA)

Like Iskaudaryan, the Los Angeles Police Department was unprepared for the frightening firepower displayed by two bank robbers, who fired hundreds of rounds at police after the heist went awry.

"These guys obviously were committed to getting away and were prepared to do so," police Chief Willie Williams said Saturday. "They emptied a 100-round drum before they even left the door of the bank."

Police refused to identify the two robbers, who wounded 16 officers and



INTERNET ARCHIVE
WayBackMachine
9 captures
13 Sep 2001 - 15 Apr 2016

Go

"We're just beginning now to take a look at their background," Williams said. "These two guys made up their mind: Get away, or go down at the scene."

Police suspect the two gunmen were the same who committed bank robberies last year. Both eventually were killed in the shootout with police.



After engaging police in a gun battle, the second suspect surrendered, but too late; he died of gunshot wounds

(Courtesy KTLA)

Williams commended the skill and bravery of more than 200 officers who took part in the seige. "When they were faced with overwhelming firepower they had to do some things that weren't in the book," the chief said.

## Police badly outgunned

That none were more seriously hurt was remarkable, considering that until the heavily armed SWAT units arrived, patrol officers with pistols were up against automatic rifles and armor-piercing ammunition.

Police were still sorting out the gunmen's arsenal, but it appeared that each man had at least one AK-47 automatic rifle or a similar SKS rifle, and had 100-round ammunition drums and 30-round clips, Lt. Nicholas Zingo said.



Both weapons, originally designed for the Soviet military but widely cloned by gunmakers worldwide, fire powerful 7.62x39mm cartridges.

Friday's heavily-armed robbers reminded many of the 1974 standoff with the Symbionese Liberation Army, the group that kidnapped Patty Hearst
(CNN library)

The gunmen fired steel-jacketed bullets easily capable of penetrating body armor worn by patrol officers, Cmdr. Tim McBride said.

"Maybe an armored tank would stop these rounds," Zingo said. "If our officers were hit in the chest cavity area they would have been dead..."

The mismatch prompted Zingo to send officers out for more firepower. The nearby gun shop, B&B; Sales, provided two AR-15s, the civilian version of the Army's M-16 assault rifle, a shotgun and rifles with telescopic sights.

"We can't give all our officers AK-47s," said the LAPD's Williams. "But we are

INTERNET ARCHIVE
WaybackMachine
9 captures
13 Sep 2001 - 15 Apr 2016
Go



Layton      (CNN)

carrying more ammo with me.

The police are on the defensive as bank robbers are becoming increasingly well-armed and ruthless. The number of bank robberies has gone down steadily from its peak in 1992, but the violent nature of many robberies has gone up.

"It's gone away from the single-note passing day of 'just give me the money'...to this type of gang take-over with heavily-armed individuals," said Bill Wipprecht of the California Bankers Association.

*The Correspondent Jim Hill & Associated Press contributed to this report.*

**Related stories:**

- Botched L.A bank heist turns into bloody shootout - February 28, 1997



Tell us what you think!

You said it...



1997 Cable News Network, Inc.
All Rights Reserved.

Terms under which this service is provided to you.

# Exhibit 33

# North Hollywood shootout

From Wikipedia, the free encyclopedia

Coordinates: 34°11′31″N 118°23′47″W

The **North Hollywood shootout**, sometimes also called the **Battle of North Hollywood**, was an armed confrontation between two heavily armed and armored bank robbers and members of the Los Angeles Police Department (LAPD) in the North Hollywood district of Los Angeles on February 28, 1997. Both perpetrators were killed, twelve police officers and eight civilians were injured, and numerous vehicles and other property were damaged or destroyed by the nearly 2,000 rounds of ammunition fired by the robbers and police.[1]

At 9:17 AM, Larry Phillips, Jr. and Emil Mătăsăreanu entered and robbed the North Hollywood Bank of America branch. Phillips and Mătăsăreanu were confronted by LAPD officers when they exited the bank and a shootout between the officers and robbers ensued. The two robbers attempted to flee the scene, Phillips on foot and Mătăsăreanu in their getaway vehicle, while continuing to engage the officers. The shootout continued onto a residential street adjacent to the bank until Phillips was mortally wounded, including a self-inflicted gunshot wound; Mătăsăreanu was killed by officers three blocks away. Phillips and Mătăsăreanu are believed to have robbed at least two other banks using virtually similar methods by taking control of the entire bank and firing illegally modified automatic weapons chambered with intermediate cartridges for control and entry past 'bullet-proof' security doors, and are possible suspects in two armored vehicle robberies.[2]

Standard issue sidearms carried by most local patrol officers at the time were 9 mm pistols or .38 Special revolvers; some patrol cars were also equipped with a 12-gauge shotgun. Phillips and Mătăsăreanu carried illegally modified fully automatic Norinco Type 56 S-1s (an AK-47 variant), a Bushmaster XM15 Dissipator, and a HK-91 rifle with high capacity drum magazines as well as a Beretta 92FS pistol. The bank robbers wore heavy plate mostly homemade body armor which successfully protected them from handgun rounds and shotgun pellets fired by the responding officers.

| North Hollywood shootout | | |
| --- | --- | --- |
|   | | |
| Larry Phillips, Jr. (left) and Emil Mătăsăreanu (right) in 1993 after being arrested in California for speeding. | | |
| **Location** | North Hollywood, Los Angeles County, California, U.S. 34°11′29″N 118°23′46″W | |
| **Date** | February 28, 1997 9:17 a.m. – 10:01 a.m. (UTC-8) | |
| **Target** | A branch of Bank of America. | |
| **Attack type** | Bank robbery, shootout | |
| **Weapons** | Two Norinco Type 56 S Norinco Type 56 S-1 HK91 Bushmaster XM-15 E2S Dissipator Beretta 92 | |
| **Deaths** | 2 (both perpetrators) | |
| **Non-fatal injuries** | 20[1] | |
| **Perpetrators** | Larry Eugene Phillips Jr Emil Decebal Mătăsăreanu | |

A police SWAT team eventually arrived bearing sufficient firepower, and they commandeered an armored truck to evacuate the wounded. Several officers also appropriated AR-15 and other semi-automatic rifles from a nearby firearms dealer. The incident sparked debate on the need for patrol officers to upgrade their firepower in preparation for similar situations in the future.[3] An officer was heard on the LAPD police frequency approximately 10-15 minutes into the shootout, warning other officers that they should "not stop [the getaway vehicle], they've got automatic weapons, there's nothing we have that can stop them."[4]

Due to the large number of injuries, rounds fired, weapons used, and overall length of the shootout, it is regarded as one of the longest and bloodiest events in American police history.[5] Both men had fired approximately 1,100 rounds, while approximately 650 rounds were fired by police.[6] Another estimate is that a total of nearly 2,000 rounds were fired.[1]

# Contents

- 1 Backgrounds
- 2 Events of February 28
    - 2.1 Preparation
    - 2.2 Robbery
    - 2.3 Shootout
    - 2.4 SWAT arrives
    - 2.5 Deaths of the gunmen
- 3 Aftermath and controversy
- 4 See also
- 5 References
- 6 Sources
- 7 External links

# Backgrounds

**Larry Eugene Phillips, Jr.** (born September 20, 1970) and **Emil Decebal Mătăsăreanu** (born July 19, 1966 in Romania) first met at the Gold's Gym in Venice, Los Angeles, California in 1989. They had a mutual interest in weightlifting, bodybuilding and firearms.[7] Before meeting, Phillips was a habitual offender, responsible for multiple real estate scams and counts of shoplifting. Mătăsăreanu was a qualified electrical engineer and ran a relatively unsuccessful computer repair business.[8]



Mătăsăreanu in 1982, as a teenager.   Phillips as a child, with his father.

On July 20, 1993 the pair robbed an armored car outside a branch of FirstBank in Littleton, Colorado.[9]

On October 29, 1993, Phillips and Mătăsăreanu were arrested in Glendale, northeast of Los Angeles, California, for speeding.[10] A subsequent search of their vehicle —after Phillips surrendered with a concealed weapon—found two semi-automatic rifles, two handguns, more than 1,600 rounds of 7.62×39mm rifle ammunition, 1,200 rounds of 9×19mm Parabellum and .45 ACP handgun ammunition, radio scanners, smoke bombs, improvised explosive devices, body armor vests, and three different California license plates.[11] Initially charged with conspiracy to commit robbery,[12] both served one hundred days in jail and were placed on three years' probation.[13] After their release, most of their seized property was returned to them, except for the confiscated firearms and explosives.[14]

On June 14, 1995, the pair ambushed a Brinks armored car in Winnetka, killing one guard, Herman Cook, and

seriously wounding another.[15] In May 1996, they robbed two branches of Bank of America in the San Fernando Valley area of Los Angeles, CA, stealing approximately US$1.5 million.[16] Phillips and Mătăsăreanu were dubbed the "High Incident Bandits" by investigators due to the weaponry they had used in three robberies prior to their attempt in North Hollywood.[17]

# Events of February 28

## Preparation

On the morning of February 28, 1997, after months of preparation, including extensive reconnoitering of their intended target—the Bank of America branch located at 6600 Laurel Canyon Boulevard—Phillips and Mătăsăreanu armed themselves with a semi automatic HK-91 and several illegally converted weapons: two Norinco Type 56 S rifles, a fully automatic Norinco Type 56 S-1, a fully automatic Bushmaster (M16) XM15 Dissipator.[18] Additionally they had approximately 3,300 rounds of ammunition in box and drum magazines in the trunk of their vehicle.



A Norinco Type 56 rifle

They filled a jam jar with gasoline and placed it in the back seat with the intention of setting the car and weapons on fire to destroy evidence after the robbery. Phillips wore roughly 40 pounds (18 kg) of equipment, including a Type IIIA bulletproof vest and groin guard; a load bearing vest and multiple military canteen pouches for ammunition storage; and several pieces of homemade body armor created from spare vests, covering his shins, thighs, and forearms.[19] Mătăsăreanu wore only a Type IIIA bulletproof vest, but included a metal trauma plate to protect vital organs. Additionally, both robbers had sewn watch faces onto the back of their gloves to check their timing inside the bank.[20] Before entering, they took the barbiturate phenobarbital, prescribed to Mătăsăreanu as an anticonvulsant, to calm their nerves.[21]

## Robbery

Phillips and Mătăsăreanu, driving a white 1987 Chevrolet Celebrity, arrived at the Bank of America branch office at the intersection of Laurel Canyon Boulevard and Archwood Street in North Hollywood around 9:17 AM, and set their watch alarms for eight minutes, the police response time they had estimated. To come up with this timeframe, Phillips had used a radio scanner to monitor police transmissions prior to the robbery.[21] As the two were walking in, they were spotted by two LAPD officers, Loren Farrell and Martin Perello, who were driving down Laurel Canyon in a patrol car. Officer Perello issued a call on the radio, "15-A-43, requesting assistance, we have a possible 211 in progress at the Bank of America." 211 is the code for robbery.[22]

As they entered the bank, each armed with a Norinco Type 56 S-1 rifle, Phillips and Mătăsăreanu forced a customer leaving the ATM lobby near the entrance into the bank and onto the floor. A security guard inside saw the scuffle and the heavily armed robbers and radioed his partner in the parking lot to call the police; the call was not received. Phillips shouted "This is a fucking hold up!"[23] before he and Mătăsăreanu opened fire into the ceiling in an attempt to scare the approximately thirty bank staff and customers[6] and to discourage resistance.[24] Mătăsăreanu shot open the bulletproof door (it was designed to resist only low-velocity rounds) and gained access to the tellers and vault. The robbers forced assistant manager John Villigrana to open the vault. Villigrana obliged and began to fill the robbers' money bag. However, due to a change in the bank's delivery schedule, the vault contained significantly less than the $750,000 the gunmen had expected.

Mătăsăreanu, enraged at this development, argued with Villigrana and demanded more. In an apparent show of frustration, Mătăsăreanu then fired a full drum magazine of 75 rounds into the bank's safe, destroying much of the remaining money. In the end, the two left with $303,305 and three dye packs which later went off, ruining the money they stole.[17]

## Shootout

Outside, the first-responding officers heard gunfire from the bank and made another radio call for additional units before taking cover behind their patrol car, weapons trained on the bank doors. While the robbers were still inside, more patrol and detective units arrived and took strategic positions at all four corners of the bank, effectively surrounding it. At approximately 9:24 AM, Phillips exited through the north doorway and after spotting a police cruiser 200 feet away, opened fire for several minutes, wounding seven officers and three civilians. He also fired at an LAPD-owned helicopter, surveying above, forcing it to fly away. He briefly retreated inside, then reemerged through the north doorway, while Mătăsăreanu exited through the south.[25]



Map of the area around the Bank of America and events during the shoot-out.

Phillips and Mătăsăreanu began to engage the officers, firing sporadic bursts into the patrol cars that had been positioned on Laurel Canyon in front of the bank.[18] Officers, armed with standard Beretta 92F, Beretta 92FS 9mm pistols, Smith & Wesson Model 15 .38 caliber revolvers, and a 12-gauge Ithaca Model 37 pump-action shotgun, immediately returned fire. The officers' weaponry could not penetrate the body armor worn by Phillips and Mătăsăreanu, and most of the LAPD officers' service pistols had insufficient range and poor accuracy at long distances.[17] Additionally, the officers were pinned down by the heavy spray of gunfire coming from the robbers, making it difficult to attempt a headshot. Several officers acquired semi-automatic rifles from a nearby gun store to combat the robbers.



An HK-91 rifle

While still in the parking lot, Mătăsăreanu was shot twice in the right buttock and the left forearm, forcing him to enter the getaway vehicle and start the engine. Phillips retrieved the HK-91 from the open trunk and continued firing upon officers, while walking alongside the sedan, using it for cover. As Phillips approached the passenger's side of the getaway vehicle, he was hit in the shoulder while the rifle was struck in the receiver and magazine by bullets fired from police, rendering it partially ineffective. After firing a few more shots with one arm, Phillips discarded the HK-91, and retrieved the Norinco Type 56 before exiting the parking lot and retreating onto the street while Mătăsăreanu drove down the road.[17]

## SWAT arrives

After LAPD radio operators received the second "officer down" call from police at the shootout, a tactical alert was issued. The SWAT team arrived 18 minutes after the shooting had begun. They were armed with AR-15s, and wore running shoes and shorts under their body armor, as they had been on an exercise run when they received the call. Upon arrival, they commandeered a nearby armored truck, which was used to extract wounded civilians and officers from the scene.[17]



Scale map of the area around the bank ($), final locations of Phillips (P) and Mătăsăreanu (M).
Streets-
A: Laurel Canyon Boulevard - B: Agnes Avenue - C: Ben Avenue - D: Gentry Avenue - E: Radford
Avenue - F: Morella Avenue
1: Archwood Street - 2: Lemay Street - 3: Kittridge Street

## Deaths of the gunmen

At 9:52, Phillips turned east on Archwood Street and took cover behind a parked truck where he continued to fire at the police until his rifle jammed.[26] Unable to clear the jam, he dropped the rifle and drew a Beretta 92FS pistol, which he began firing. He was then shot in the right hand, causing him to drop the pistol. After retrieving it, he placed the muzzle under his chin and fired; he was simultaneously shot in the back by several bullets as his body fell. Officers across the street continued to shoot Phillips several times while he was on the ground. After the firing had stopped, officers in the area surrounded Phillips, cuffed him, and removed his ski mask.

Mătăsăreanu's vehicle was rendered inoperable after two of its tires were shot out and the windshield covered in bullet holes.[17] At 9:56, he attempted to carjack a yellow 1963 Jeep Gladiator on Archwood by shooting at the driver who fled on foot, three blocks east of where Phillips died. He quickly transferred all of his weapons and ammunition from the getaway car, but was unable to operate the Jeep due to him being unfamiliar with the stick-shift vehicle.[27][28] As KCBS and KCAL helicopters hovered overhead, a patrol car driven by SWAT officers quickly arrived and stopped on the opposite side of the truck to where the Chevrolet was stopped. Mătăsăreanu left the truck, took cover behind the original getaway car, and engaged them for two-and-a-half minutes of almost uninterrupted gunfire. Mătăsăreanu's chest armor deflected a double tap from one of the SWAT officers, which briefly winded him before he continued firing. At least one SWAT officer fired his AR-15 below the cars and wounded Mătăsăreanu in his unprotected lower legs; he was soon unable to continue and put his hands up to show surrender.[17]

Seconds after his defeat, officers rushed him to pin him down. As he was being cuffed, SWAT officers asked for his name, to which he replied "Pete". When asked if there were any more suspects, he reportedly retorted "Fuck you! Shoot me in the head!".[29] The police radioed for an ambulance, but Mătăsăreanu, loudly swearing profusely and still goading the police to shoot him, died before the ambulance and EMTs were allowed to reach the scene almost seventy minutes later. Later reports showed that Mătăsăreanu was shot over 20 times in the legs and died from trauma due to excessive blood loss coming from two gunshot wounds in his left thigh.[30]

Most of the incident, including the deaths of Phillips and Mătăsăreanu, was broadcast live by news helicopters, which hovered over the scene and televised the action as events unfolded.[18] Over 300 law enforcement officers from various forces had responded to the citywide TAC alert.[31] By the time the shooting had stopped, Phillips and Mătăsăreanu had fired about 1,100 rounds, approximately a round every two seconds.[17]

## Aftermath and controversy

An inventory of the weapons used:

- An AR-15 converted to fire automatically with two 100-round Beta Magazines
- A semi automatic HK-91 rifle with several 30-round magazines[32]
- A Beretta 92FS Inox with several magazines
- Three different civilian-model AK-47 style rifles converted to fire in fully automatic mode with several 75 to 100-round drum magazines, as well as 30-round box magazines.

It was speculated during news reports that Phillips had legally purchased two of the AK-47s and then illegally converted them to full automatic. However, as Phillips was a convicted felon it was not possible for him to legally purchase firearms.[17][33][34]



The illegally modified automatic AR-15 with a 100-round Beta Magazine used by Mătăsăreanu, photographed at the location he was shot down. The #25 evidence marker in the background is his ski mask.

The two well-armored men had fired approximately 1,100 rounds, while approximately 650 rounds were fired by police.[6] Following their training, the responding patrol officers directed their fire at the "center of mass," or torsos, of Mătăsăreanu and Phillips. However, aramid body armor worn by Phillips and Mătăsăreanu covered all of their vitals (except their heads) while providing more bullet resistance than standard-issue police Kevlar vests, enabling them to absorb pistol bullets and shotgun pellets, while Mătăsăreanu's chest armor, thanks to a metal trauma plate, even successfully withstood a hit from a SWAT officer's AR-15. The service pistols carried by the first responding officers had insufficient range and relatively poor accuracy, and additionally they were pinned down by the robbers' high rate of fire, making it difficult to attempt a headshot. Each robber was shot and penetrated by at least ten bullets, yet both were able to continue shooting.

The ineffectiveness of the standard police patrol pistols and shotguns in penetrating the robbers' body armor led to a trend in the United States toward arming selected police patrol officers, not just SWAT teams, with heavier firepower such as semi-automatic 5.56 mm AR-15 type rifles. SWAT teams, whose close quarters battle weaponry usually consisted of submachine guns that fired pistol cartridges such as the Heckler & Koch MP5, began supplementing them with AR-15-rifles and carbines.[17] Seven months after the incident, the Department of Defense gave 600 surplus M16s to the LAPD, which were issued to each patrol sergeant;[35][36] LAPD patrol vehicles now carry AR-15s as standard issue, with bullet-resistant Kevlar plating in their doors as well.[37] Also as a result of this incident LAPD authorized its officers to carry .45 ACP caliber semiautomatic pistols as duty sidearms, specifically the Smith & Wesson Models 4506 and 4566. Prior to 1997, only LAPD SWAT officers were authorized to carry .45 ACP caliber pistols, specifically the Model 1911A1 .45 ACP semiautomatic pistol.[38]

The LAPD did not allow Mătăsăreanu to receive medical attention, stating that ambulance personnel were following standard procedure in hostile situations by refusing to enter "the hot zone," as Mătăsăreanu was still considered to be dangerous,[17] and because there were still reports and/or the belief that there was a third gunman still loose. Some reports indicate that he was lying on the ground with no weapons for approximately an hour before ambulances arrived, and was groaning in pain and pleading for help.[39] A lawsuit on behalf of Mătăsăreanu's children was filed against members of the LAPD, claiming that Mătăsăreanu's civil rights had been violated and that he was allowed to bleed to death.[40] The lawsuit was tried in United States District Court

in February and March 2000, and ended in a mistrial with a hung jury.[41] The suit was later dropped when Mătăsăreanu's family agreed to dismiss the action with a waiver of malicious prosecution.[42]

The year following the shootout, 19 officers of the LAPD received the departmental Medal of Valor for their actions,[43] and met President Bill Clinton.[44] In 2003, a film about the incident was produced, entitled *44 Minutes: The North Hollywood Shoot-Out*. In 2004, the Los Angeles Police Historical Society Museum in Highland Park opened an exhibit featuring two life-size mannequins of Phillips and Mătăsăreanu fitted with the armor and clothing they wore and the weaponry they used.[45] Also on display at the museum is the robber's getaway car and Officer Martin Whitfield's LAPD squad car.[46]

# See also

- *44 Minutes: The North Hollywood Shoot-Out* – the film based on this event
- "44 Minutes" – a song by American metal band Megadeth based on this event
- 1986 FBI Miami shootout
- 2009 shooting of Pittsburgh police officers
- 2009 shootings of Oakland police officers
- Newhall massacre
- Norco shootout
- Shootout

# References

1. Parker, Bob. "How the North Hollywood Shootout Changed Patrol Arsenals" (http://www.policemag.com/channel /weapons/articles/2012/02/how-the-north-hollywood-shootout-changed-patrol-rifles.aspx). Retrieved August 27, 2016.
2. [1] (http://www.northhollywoodshootout.com/timeline.html) Archived (https://web.archive.org/web/20110923003825 /http://www.northhollywoodshootout.com/timeline.html) September 23, 2011, at the Wayback Machine.
3. "How the North Hollywood Shootout Changed Patrol Arsenals" (http://www.policemag.com/Channel/Weapons /Articles/Print/Story/2012/02/How-the-North-Hollywood-Shootout-Changed-Patrol-Rifles.aspx). Policemag.com. Retrieved 2015-06-14.
4. *1997 North Hollywood Shootout - LAPD police radio audio* (https://www.youtube.com /watch?v=c5mkd6r9Kww#t=20m1s). Los Angeles Daily News. February 28, 2012. Retrieved January 7, 2017. "Airship, suspect vehicle, do not stop it. They've got automatic weapons, there's nothing we have that can stop them."
5. Cynthia Fuchs (June 1, 2003). "44 Minutes: The North Hollywood Shootout" (http://www.popmatters.com/pm/tv /reviews/44893/44-minutes/). PopMatters. Retrieved September 29, 2007. "The legal and cultural fallout of the crime had to do with just how much firepower the cops should be carrying, if outlaws find it so easy to purchase AK-47s at gun shows."
6. *Shootout!*; The History Channel; Viewed July 8, 2008.
7. *Critical Situation*, "North Hollywood Shoot-out"; Robinson, 10.
8. "Chilling Portrait of Robber Emerges - Page 3 - latimes" (http://articles.latimes.com/1997-03-10/news/mn-36719_1_phillips-sr/3). Articles.latimes.com. 1993-11-27. Retrieved 2015-06-14.
9. "SHOOTOUT IN L.A. 2 "armed-for-war" robbers killed; 16 hurt in failed heist" (http://nl.newsbank.com/nl-search /we/Archives?p_product=DP&p_theme=dp&p_action=search&p_maxdocs=200& s_dispstring=north%20hollywood%20AND%20date%2802/01/1997%20to%2005/31/1997%29&p_field_date-0=YMD_date&p_params_date-0=date:B,&p_text_date-0=02/01/1997%20to%2005/31/1997%29& p_field_advanced-0=&p_text_advanced-0=%28%22north%20hollywood%22%29&p_perpage=10& p_sort=YMD_date:A&xcal_useweights=no).
10. Robinson, 3.
11. Rehder and Dillow, 255–256; Robinson, 4–5.

12. Robinson, 11–12.
13. Rehder and Dillow, 257.
14. Rehder and Dillow, 257; Robinson, 12.
15. "Brink's Guard Killed in Bank Holdup (http://articles.latimes.com/1995-06-15/news/mn-13501_1_high-powered-rifles)"
16. Rehder and Dillow, 258–259; Robinson, 12.
17. *Critical Situation*, "North Hollywood Shoot-out".
18. *Critical Situation*, "North Hollywood Shoot-out"; *Shootout!*, "North Hollywood Shootout".
19. "Photograph" (http://2.bp.blogspot.com/-T_eWSRvLb7w/TwDUpIgnxRI/AAAAAAAAupM/BaNhOdb522Y/s1600/ed-POLICE_MUSEUM_0421813395.jpg) (JPG). 2.bp.blogspot.com. Retrieved 2015-06-14.
20. [2] (http://www.northhollywoodshootout.com/clothing---phillips.html) Archived (https://web.archive.org/web/20120729031522/http://www.northhollywoodshootout.com/clothing---phillips.html) July 29, 2012, at the Wayback Machine.
21. *Critical Situation*, "North Hollywood Shoot-out"; Robinson, 13.
22. *Critical Situation*, "North Hollywood Shoot-out"; Hays and Sjoquist, 124.
23. [3] (http://www.northhollywoodshootout.com/part-i-robbery.html) Archived (https://web.archive.org/web/20131029193138/http://www.northhollywoodshootout.com/part-i-robbery.html) October 29, 2013, at the Wayback Machine.
24. *Critical Situation*, "North Hollywood Shoot-out"; Stunned police, residents cope with aftermath.
25. *Critical Situation*, "North Hollywood Shoot-out"; LAPD Shoot-Out With Bank Robbers.
26. LAPD Shoot-Out With Bank Robbers.
27. *Critical Situation*, "North Hollywood Shoot-out"; LAPD Shoot-Out With Bank Robbers.
28. [4] (http://www.northhollywoodshootout.com/myths.html) Archived (https://web.archive.org/web/20140619001354/http://www.northhollywoodshootout.com/myths.html) June 19, 2014, at the Wayback Machine.
29. "Dying Bank Robber'S Last Words To Police: : `Shoot Me In The Head' " (http://www.thefreelibrary.com/DYING+BANK+ROBBER%27S+LAST+WORDS+TO+POLICE%3A+%3A+%60SHOOT+ME+IN+THE+HEAD%27.-a083864135). Thefreelibrary.com. Retrieved 2015-06-14.
30. Beth Shuster (April 1, 1997). "Emil Matasareanu Autopsy" (http://articles.latimes.com/1997-04-11/local/me-47591_1_bank-robber). *The Los Angeles Times*. Retrieved November 21, 2008.
31. Hays and Sjoquist, 124; *Shootout!*, "North Hollywood Shootout".
32. [5] (http://www.durikgroup.com/wp-content/uploads/2013/09/img1231nb.jpg) Archived (https://web.archive.org/web/20141021040601/http://www.durikgroup.com/wp-content/uploads/2013/09/img1231nb.jpg) October 21, 2014, at the Wayback Machine.
33. "Botched L.A. bank heist turns into bloody shootout" (http://www.cnn.com/US/9702/28/shootout.update/). CNN. Retrieved October 25, 2007.
34. "North Hollywood Shootout" (https://web.archive.org/web/20071009224037/http://www.student.oulu.fi/~hmikkola/shootout.html). Archived from the original (http://www.student.oulu.fi/~hmikkola/shootout.html) on October 9, 2007. Retrieved October 25, 2007.
35. LAPD gets M-16s.
36. LAPD gets M16s; LAPD museum showcases department's good, bad, ugly.
37. Prengaman, 2.
38. "LAPD Swat" (http://www.shootingtimes.com/2011/01/03/handgun_reviews_st_0212_lapd/). Shootingtimes.com. Retrieved 2015-06-14.
39. *Critical Situation*, "North Hollywood Shoot-out"; Jury Unsure If Cops Let Shooter Die.
40. Lawsuit accuses L.A. police of letting wounded gunman die; Prengaman, 2.
41. Jury Unsure If Cops Let Shooter Die; Mistrial Declared in Case Stemming From Shootout.
42. Law Offices of Goldberg and Gage, North Hollywood Shootout.
43. 1998 Medal of Valor Recipients.
44. Prengaman, 3.
45. Dalton, 2–3; LAPD museum showcases department's good, bad, ugly.
46. Kreuzer, Nikki "Offbeat L.A.: Police on my Back- The LAPD Museum (http://thelosangelesbeat.com/2013/05/offbeat-l-a-police-on-my-back-the-lapd-museum/)", *The Los Angeles Beat*, May 26, 2013.

# Sources

- "1998 Medal of Valor Recipients" (http://www.lapdonline.org/inside_the_lapd/content_basic_view/27320). City of Los Angeles. Retrieved August 14, 2007.
- "North Hollywood Shoot-out". *Critical Situation*. Season 1. Episode 1. June 12, 2007. National Geographic Channel.
- "Jury Unsure If Cops Let Shooter Die" (http://www.cbsnews.com/stories/2000/03/15/national/main172527.shtml). CBS News. Retrieved June 21, 2007.
- "LAPD gets M-16s" (http://www.cnn.com/US/9709/22/m16s/). CNN. September 22, 1997. Retrieved August 14, 2007.
- "LAPD museum showcases department's good, bad, ugly" (http://www.usatoday.com/news/nation/2004-06-07-lapd-museum_x.htm). USATODAY.com. July 6, 2004. Retrieved August 14, 2007.
- "Lawsuit accuses L.A. police of letting wounded gunman die" (https://web.archive.org/web/20070619024246/http://archives.cnn.com/2000/US/02/28/shootout.death/index.html). CNN. February 28, 2000. Archived from the original (http://archives.cnn.com/2000/US/02/28/shootout.death/index.html) on June 19, 2007. Retrieved June 20, 2007.
- Hays, Thomas; Arthur Sjoquist (2005). *Los Angeles Police Department*. Arcadia Publishing. ISBN 0-7385-3025-5.
- "Mistrial Declared in Case Stemming From Shootout" (https://query.nytimes.com/gst/fullpage.html?res=9501E5DE143AF934A25750C0A9669C8B63). The New York Times. March 17, 2000. Retrieved June 21, 2007.
- "North Hollywood Shootout" (https://web.archive.org/web/20070823193215/http://www.goldbergandgage.com/important_cases_north.html). Law Offices of Goldberg and Gage. 2005. Archived from the original (http://www.goldbergandgage.com/important_cases_north.html) on August 23, 2007. Retrieved June 21, 2007.
- Prengaman, Peter (March 1, 2007). "LA Marks 10th Anniversary of Shootout" (https://web.archive.org/web/20071018000205/http://abcnews.go.com:80/US/WireStory?id=2914265&page=1). ABC News. Archived from the original (http://abcnews.go.com/US/WireStory?id=2914265&page=1) on October 18, 2007. Retrieved August 17, 2007.
- Rehder, William; Gordon Dillow (2003). *Where the Money Is: True Tales from the Bank Robbery Capital of the World*. Norton, W. W. & Company, Inc. ISBN 0-393-05156-0.
- Robinson, Paul (1999). *Would You Convict?: Seventeen Cases That Challenged the Law*. New York: New York University Press. ISBN 0-8147-7531-4.
- "North Hollywood Shootout". *Shootout!*. Season 1. September 13, 2005. History Channel.
- "Stunned police, residents cope with aftermath of L.A. shootout" (https://web.archive.org/web/20070521201150/http://www.cnn.com/US/9703/01/bank.shootout/). CNN. March 1, 1997. Archived from the original (http://www.cnn.com/US/9703/01/bank.shootout/) on May 21, 2007. Retrieved June 19, 2007.
- "Family of robber killed in L.A. shootout sues" (http://www.cnn.com/US/9704/12/bank.shootout.lawsuit/index.html). CNN. April 12, 1997. Retrieved March 25, 2008.

# External links

- The North Hollywood Shootout (http://bbs.keyhole.com/ubb/ubbthreads.php?ubb=showflat&Main=32052&Number=122099#Post122099) - *Google Earth placemarks for the North Hollywood Shooting. (Requires Google Earth)*
- "Shoot-Out in North Hollywood: Command and Communications" by Nancy J. Rigg (focusing on dispatch and command post coordination), 9-1-1 Magazine (http://www.9-1-1magazine.com/Archives-9709-Rigg-North-Hollywood-Shootout)

Retrieved from "https://en.wikipedia.org/w/index.php?title=North_Hollywood_shootout&oldid=781927987"

Categories: 1997 crimes in the United States | Attacks in the United States in 1997
| Los Angeles Police Department | American bank robbers | Bank robberies | North Hollywood, Los Angeles
| Law enforcement operations in the United States | San Fernando Valley | Bank of America
| Deaths by firearm in California | Filmed killings by law enforcement | Filmed suicides
| Robberies in the United States | 1997 in California | Crimes in Los Angeles | February 1997 events
| 20th century in Los Angeles

- This page was last edited on 24 May 2017, at 01:20.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit 34



abc NEWS   HOME   VIDEO   U.S.   WORLD   POLITICS   ENTERTAINMENT
MORE

×

# Gunman William Spengler Used Bushmaster, Left Chilling Note

Dec. 25, 2012

By RUSSELL GOLDMAN via **WORLD NEWS**

232



abcNEWS   HOME   VIDEO   U.S.   WORLD   POLITICS   ENTERTAINMENT   TE
                    MORE

A convicted killer, who shot dead two firefighters with a Bushmaster assault rifle after leading them into an ambush when they responded to a house fire he set in Western New York, left behind a typewritten note saying he wanted to "do what I like doing best, killing people," police said.

William Spengler, 62, set his home and a car on fire early Monday morning with the intention of setting a trap to kill firefighters and to see "how much of the neighborhood I can burn down," according to the note he wrote and which police found at the scene. The note did not give a reason for his actions.

Spengler, who served 18 years in prison for beating his 92-year-old grandmother to death with a hammer in 1981, hid Monday morning in a small ditch beside a tree overlooking the sleepy lakeside street in Webster, N.Y., where he lived with his sister, police said today in a news conference.

Police said they found remains in the house, believed to be that of the sister, Cheryl Spengler, 67.

As firefighters arrived on the scene after a 5:30 a.m. 911 call on the morning of Christmas Eve, Spengler opened fire on them with the Bushmaster, the same semi-automatic, military-style weapon used in the Dec. 14 rampage killing of 20 children in Newtown, Conn.

"This was a clear ambush on first responders... Spengler had armed himself heavily and taken area of cover," said Gerald Pickering, the chief of the Webster Police Department.

Armed with a Smith & Wesson .38 caliber revolver, a 12-gauge shotgun, and the Bushmaster, Spengler killed two firefighters, and injured two more as well as an off-duty police officer at the scene.

As a convicted felon, Spengler could not legally own a firearm and police are investigating how he obtained the weapons.

One firefighter tried to take cover in his fire engine and was killed with a gunshot through the windshield, Pickering said.

Responding police engaged in a gunfight with Spengler, who ultimately died, likely by a self-inflicted gunshot wound to the head.

As police engaged the gunman, more houses along Lake Ontario were engulfed, ultimately razing seven of them. Some 33 people in adjoining homes were displaced by the fire.

SWAT teams were forced to evacuate residents using armored vehicles.

Police identified the two slain firefighter as Lt. Michael Chiapperini, a 20-year veteran of the Webster Police Department and "lifetime firefighter," according to Pickering, and Tomasz Kaczowka, who also worked as a 911 dispatcher.

# Exhibit 35

Coordinates: 43°14′13″N 77°31′22″W

# 2012 Webster, New York shooting

From Wikipedia, the free encyclopedia

In the early morning of December 24, 2012, firefighters responding to a fire in West Webster, New York, a suburb of Rochester, were fired upon by 62-year-old William H. Spengler, who was believed to have deliberately set the fire. Two of the firefighters were killed.

| 2012 Webster, New York shooting | |
| --- | --- |
| Location | 191 Lake Road<br>Webster, New York, U.S. |
| Coordinates | 43°14′13″N 77°31′22″W |
| Date | December 24, 2012<br>c. 5:30 a.m. – c. 11:00 a.m. (EST) |
| Attack type | Murder-suicide, arson, shootout |
| Weapons | ■ Bushmaster .223-caliber semiautomatic rifle[1]<br>■ Smith & Wesson .38-caliber revolver<br>■ Mossberg 12-gauge shotgun |
| Deaths | 4 (including the perpetrator) |
| Non-fatal injuries | 3 |
| Suspected perpetrator | William H. Spengler, Jr.[2] |

## Contents

- 1 Shooting
  - 1.1 Victims
- 2 Perpetrator
- 3 Reaction
- 4 See also
- 5 References

## Shooting

According to police, Spengler set his house on 191 Lake Road and the family car on fire in the early morning hours of Christmas Eve, and then armed himself with three guns: a Smith & Wesson .38-caliber revolver, a Mossberg 12-gauge shotgun, and a .223-caliber Bushmaster semi-automatic rifle.[3][4] When firefighters arrived shortly after 5:30 a.m., Spengler ambushed them from an earthen berm across the street from his house. Two firefighters were killed, and two others were injured.[5]

Spengler exchanged shots with police, who arrived with an armored truck to remove the firefighters and 33 nearby civilians.[4] Spengler ran after getting shot at and died when he shot himself in the head. His body was discovered nearly six hours later.[6][7][8] Due to the shooting, fire crews were unable to resume fighting the blaze until 11:30 a.m. By then, six other houses had burned to the ground, and two others had been rendered uninhabitable.[9]

A severely burned body found inside Spengler's house is believed to be Spengler's 67-year-old sister Cheryl, with whom he was living.[5] The shooting was suspected to have followed an argument between Spengler and Cheryl.[4] A two-to-three-page typewritten letter written by Spengler was found at the scene. It reflected Spengler's intent to ambush first responders, but offered no motive for the shooting.[3] In it, he wrote, "I still have to get ready to see how much of the neighborhood I can burn down, and do what I like doing best, killing people."[10]

## Victims

The two firefighters killed in the shooting were 43-year-old Michael Chiapperini, Past Chief of the West

Webster Fire District and Lieutenant and public information officer for the Webster Police Department, and 19-year-old Tomasz Kaczowka, who also worked as a 911 dispatcher. The two wounded firefighters were Joseph Hofstetter, who was shot in the pelvis (with the bullet then lodged in his spine), and Theodore Scardino, who was shot in the chest and knee. Both were hospitalized at Strong Memorial Hospital for serious injuries, and were declared to be in stable condition.[5] In addition to the two wounded firefighters, police officer Jon Ritter was slightly injured when a bullet hit the windshield of his car.[4]

## Perpetrator

Police identified the gunman as 62-year-old local resident William H. Spengler, Jr.[7] Spengler previously spent 17 years in prison for murdering his 92-year-old grandmother with a hammer in 1980.[6][8][11] He had not attracted the attention of police since then. William Spengler "could not stand" his sister Cheryl, according to a friend, Roger Vercruysse. Spengler's mother Arline, to whom he was said to have been close, died two months earlier.[6]

Investigators immediately began focusing on how Spengler obtained the gun. New York, like nearly all other states, bars convicted felons from buying, owning or possessing a firearm. Before the day was out, agents with the Bureau of Alcohol, Tobacco and Firearms discovered that the Bushmaster rifle and the shotgun had been purchased in June 2010 at Gander Mountain in Henrietta, another Rochester suburb. The owner of record was Dawn Nguyen, a neighbor of Spengler, who had recently moved to the suburb of Greece. In an interview with agents that night, Nguyen admitted to buying the guns, but claimed they had then been stolen. However, according to investigators, Nguyen texted a Monroe County sheriff's deputy the next day and admitted buying the guns for Spengler in an illegal straw purchase. On December 28, William Hochul, the United States Attorney for the Western District of New York, announced that Nguyen had been arrested and charged with knowingly making a false statement in connection with the purchase of a firearm from a Federal Firearms Licensee. She also faces state charges of filing a false business record—the form she filled out stating that she was the owner of the guns.[12][13] In 2014, Nguyen was sentenced to eight years in prison for her involvement.[14] On December 9, 2016, Nguyen was paroled. [15]

## Reaction

In a statement, New York Governor Andrew Cuomo said, "All of our thoughts and prayers go to the families and friends of those who were killed in this senseless act of violence." New York Attorney General Eric Schneiderman also said, "The contributions made by the fallen and injured officers in Webster will never be forgotten."[4]

As part of the NY SAFE Act,[16][17] the New York Penal Law section on aggravated murder was amended to increase penalties for murdering a first responder (the "Webster" provision, named for this incident) to life in prison without parole.[18]

## See also

- Gun violence in the United States

## References

1. "Gunman William Spengler Used Bushmaster, Left Chilling Note" (http://abcnews.go.com/US/webster-gunman-bushmaster-left-chilling-note/story?id=18062121). abc News. Retrieved December 25, 2012.
2. William H Spengler identified as shooter (http://www.democratandchronicle.com/article /20121224/NEWS01/312240076/Firefighters-shot-Webster-shooter-William-H-Spengler-Jr-jailed-for-killing-grandmother), *Democrat and Chronicle*. Retrieved December 24, 2012.
3. "Threatening note: Gunman penned details of deadly plans before setting fire" (http://www.foxnews.com /us/2012/12/25/fire-trap-gunman-dead-after-killing-2-firefighters-at-scene-western-ny-blaze). Fox News Channel. December 27, 2012. Retrieved December 26, 2012.
4. Nye, James; Zennie, Michael (December 25, 2012). "Gunman who lured firefighters to their deaths in assault rifle ambush used same gun as Adam Lanza and left note describing how he would do 'what I like doing best, killing' " (http://www.dailymail.co.uk /news/article-2253104Gunman-lured-firefighters-deaths-assault-rifle-ambush-used-gun-Adam-Lanza-left-note-describing-I-like-doing-best-killing.html). *Daily Mail*. London.
5. "William Spengler's Note Before Killing Webster Firefighters: 'Do What I Like Doing Best, Killing People' " (http://www.huffingtonpost.com/2012/12 /25/william-spengler-set-trap_n_2362433.html). *Huffington Post*. December 25, 2012. Retrieved December 26, 2012.
6. David Collins. "Firefighter ambush gunman had previously killed his gran in hammer horror attack" (http://www.mirror.co.uk/news/world-news/webster-shooting-gunman-william-spengler-1504761). *Daily Mirror*. Retrieved December 26, 2012.
7. "N.Y. Firefighter Shooting Update: Gunman ID'd as William Spengler, 62, convicted felon" (http://www.cbsnews.com /8301-504083_162-57560748-504083/n.y-firefighter-shooting-update-gunman-idd-as-william-spengler-62-convicted-felon). CBS News. Retrieved December 26, 2012.
8. "N.Y. man who shot dead 2 firefighters killed grandmother in 1980" (http://www.cnn.com/2012/12 /24/justice/new-york-firefighters-shooter/index.html). CNN. April 13, 1970. Retrieved December 26, 2012.
9. Nestor Ramos; James Goodman (December 25, 2012). "For some on Lake Road, no home to return to" (http://www.webcitation.org /6DH0Q1xmq?url=http%3A%2F %2Fwww.democratandchronicle.com%2Farticle%2F 20121225%2FNEWS01%2F312250033%3Fnclick_c heck%3D1). Democrat and Chronicle. Archived from the original (http://www.democratandchronicle.com /article/20121225/NEWS01/312250033) on 2012-12-29.
10. *New York Times* coverage of William Spengler (https://www.nytimes.com/2012/12/26/nyregion /gunman-who-shot-firefighters-left-chilling-note.html)
11. "Man Guily of killing grandmother" (http://www.democratandchronicle.com/assets /pdf/A21985601224.PDF) (pdf). Democratandchronicle.com.
12. Police: Greece woman bought guns used in Webster firefighter ambush (http://www.13wham.com /news/local/story/press-briefing-christmas-eve-shooting/TExgTyGD0EuBQnuZvjI5Zw.cspx). WHAM-TV, 2012-12-28.
13. Criminal complaint against Dawn Nguyen (http://www.13wham.com/media/lib/16/2/5/9 /259c554a-1d2b-4a0e-9e63-08c3fe1ffb79 /dawn_nguyen_arrest_documents.pdf)
14. "Woman tied to firefighter ambush sentenced to 8 years" (http://www.usatoday.com/story/news/nation /2014/09/17/dawn-nguyen-ny-firefighter-ambush-sentenced/15778133/). USA Today. September 17, 2014. Retrieved February 28, 2015.
15. [1] (http://nysdoccslookup.doccs.ny.gov/GCA00P00 /WIQ3/WINQ130)
16. New York passes major gun control law -- first since Newtown massacre (http://usnews.nbcnews.com /_news/2013/01/15/16515653-new-york-passes-major-gun-control-law-first-since-newtown-massacre?lite) - NBCNews.com, January 15, 2013
17. Cuomo Signs NY SAFE Act: 13 Provisions Of The New Gun Control Law (http://www.huffingtonpost.com/2013/01/16/cuomo-signs-ny-safe-act-new-gun-control-laws_n_2487966.html) - Huffingtonpost.com, January 16, 2013
18. New York Penal Law § 125.26 (1) (ii-a), found at New York State government website (http://public.leginfo.state.ny.us /LAWSSEAF.cgi?QUERYTYPE=LAWS+& QUERYDATA=$$PEN125.26$$@TXPEN0125.26+ &LIST=LAW+&BROWSER=BROWSER+& TOKEN=28878565+&TARGET=VIEW), retrieved September 17, 2014.

Retrieved from "https://en.wikipedia.org/w/index.php?title=2012_Webster,_New_York_shooting&oldid=767767631"

Categories: 2012 mass shootings in the United States | 2012 murders in the United States | Deaths by firearm in New York | Suicides by firearm in New York | Murder in New York | Arson in New York | Murder–suicides in the United States | Crimes in New York | 2012 in New York | Monroe County, New York | Attacks in the United States in 2012

---

- This page was last edited on 27 February 2017, at 20:55.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit 36

**The New York Times** | https://nyti.ms/113Zhwk

POLITICS

# Senate Blocks Drive for Gun Control

By JONATHAN WEISMAN   APRIL 17, 2013

WASHINGTON — A wrenching national search for solutions to the violence that left 20 children dead in Newtown, Conn., all but ended Wednesday after the Senate defeated several measures to expand gun control.

In rapid succession, a bipartisan compromise to expand background checks for gun buyers, a ban on assault weapons and a ban on high-capacity gun magazines all failed to get the 60 votes needed under an agreement between both parties. Senators also turned back Republican proposals to expand permission to carry concealed weapons and to focus law enforcement efforts on prosecuting gun crimes.

Sitting in the Senate gallery with other survivors of recent mass shootings and their family members, Lori Haas, whose daughter was shot at Virginia Tech, and Patricia Maisch, a survivor of the mass shooting in Arizona, shouted together, "Shame on you."

President Obama, speaking at the White House after the votes, echoed the cry, calling Wednesday "a pretty shameful day for Washington."

Opponents of gun control from both parties said that they made their decisions based on logic, and that passions had no place in the making of momentous policy.

"Criminals do not submit to background checks now," said Senator Charles E.

Grassley, Republican of Iowa. "They will not submit to expanded background checks."

It was a striking defeat for one of Mr. Obama's highest priorities, on an issue that has consumed much of the country since Adam Lanza opened fire with an assault weapon in the halls of Sandy Hook Elementary School in December.

Faced with a decision either to remove substantial new gun restrictions from the bill or to allow it to fall to a filibuster next week, Senate leaders plan to put it on hold after a scattering of votes Thursday. Senator Harry Reid of Nevada, the majority leader and a longtime gun rights advocate who had thrown himself behind the gun control measures, is expected to pull the bill from the Senate floor and move on to an Internet sales tax measure, then an overhaul of immigration policy, which has better prospects.

More than 50 senators — including a few Republicans, but lacking a handful of Democrats from more conservative states — had signaled their support for the gun bill, not enough to reach the 60-vote threshold to overcome a filibuster.

Democratic leadership aides said the effort could be revived if a public groundswell demanded it. "The world is watching the United States Senate, and we will be held accountable," said Senator Richard Blumenthal, Democrat of Connecticut, who helped lead the gun control effort.

But with the families of Sandy Hook students in the Senate gallery and a flurry of gun rights phone calls flooding Senate offices, it was hard to imagine how much more emotion could be brought to bear. Aides to senators supporting the bill said that only outside circumstances, like another mass shooting, might cause those who voted "no" to reconsider their positions.

"It's almost like you can see the finish line, but you just can't get there," said Andrew Goddard, whose son, Colin, was hurt but survived the shooting at Virginia Tech. "It's more annoying to be able to see it and not get to it."

**7**
ARTICLES
REMAINING

The Times Sale ends today. Get 50% off for one y   SEE MY OPTIONS    **Subscriber login**

measures after the Newtown shootings — made last-ditch appeals to senators, including Dean Heller, Republican of Nevada, and Kelly Ayotte, Republican of New Hampshire. Both rejected his entreaties.

Standing in the Rose Garden next to former Representative Gabrielle Giffords and other victims of gun violence, Mr. Obama flashed anger as he said that the gun rights lobby had "willfully lied" about the legislation, and that Republicans and Democrats had "caved to the pressure."

"But," he added, "this effort is not over."

For now, the gun rights lobby has proved more persuasive.

The National Rifle Association mobilized members to blanket the Senate with phone calls, e-mails and letters. The group also spent $500,000 on Wednesday alone, on an advertising campaign criticizing "Obama's gun ban" and using Mayor Michael R. Bloomberg, a deep-pocketed gun control advocate, as a foil. "Tell your senator to listen to America's police instead of listening to Obama and Bloomberg," the ad said.

The action on Wednesday was initially supposed to be only the first series of votes in a debate to take days if not weeks. But as the measures' chances faded this week, Senate leaders decided to rush the process, reaching a bipartisan agreement to hold nine votes in succession, each with a 60-vote threshold for passage.

Using the 60-vote hurdle so early in the process allowed Democrats to prevent the passage of an amendment mandating that any state with a concealed-weapons law, no matter how rigorous, would have to recognize the concealed-weapons permit of residents from any other state. The amendment received 57 votes in favor, including those of 12 Democrats, and 43 votes against.

Senator Joe Manchin III, Democrat of West Virginia, a lifelong backer of the N.R.A. who also pushed for new restrictions in recent weeks, made one last plea for his amendment, which would extend background checks to Internet and gun show

**7**
ARTICLES
REMAINING

The Times Sale ends today. Get 50% off for one y    SEE MY OPTIONS    Subscriber login

The bipartisan measure, which had appeared to have a strong chance of passage, received 55 votes before Mr. Reid changed his vote to "no" to preserve the parliamentary right to bring the measure up again. Four Republicans voted "yes": Patrick J. Toomey of Pennsylvania, a co-author of the legislation; John McCain of Arizona; Mark Steven Kirk of Illinois; and Susan Collins of Maine. An equal number of Democrats voted "no": Mark Begich of Alaska, Mark Pryor of Arkansas, Max Baucus of Montana and Heidi Heitkamp of North Dakota. All are from states that Mr. Obama lost by wide margins last fall, and all but Ms. Heitkamp face difficult re-election campaigns in 2014.

Debate over the measures consumed the Senate on Wednesday, with speeches from both sides meant to stir emotions. "I choose to vote my conscience," Mr. Reid said, announcing his decision to vote for the bans on assault weapons and magazines that carry more than 10 rounds of ammunition, "because, if tragedy strikes again — if innocents are gunned down in a classroom or a theater or a restaurant — I could not live with myself as a father, as a husband, as a grandfather or as a friend knowing that I didn't do everything in my power to prevent it."

The assault weapons vote was 40 in favor and 60 against. The magazine ban fell with 46 in favor and 54 against.

Even a bipartisan amendment to impose stiff penalties on gun traffickers, which was supported by the N.R.A. and expected to be adopted by voice vote, instead was defeated, receiving 58 votes, as the partisan lines hardened.

The successive defeats left senators on both sides of the issue dazed and disappointed. Mr. Begich said the Senate could have united behind measures with broad support, like strengthening the existing background check system with more data about would-be gun buyers who have been deemed mentally ill, rather than expanding the checks to sales not now covered. Mr. Begich also cited bolstering school safety, criminalizing gun trafficking and improving mental health programs.

"That's a lot," he said. "Is it perfect? No. But it's a lot."

**7**
ARTICLES
REMAINING

The Times Sale ends today. Get 50% off for one y   SEE MY OPTIONS   Subscriber login

rights lobby wanted, aides said.

A version of this article appears in print on April 18, 2013, on Page A1 of the New York edition with the headline: Gun Control Drive Blocked In Senate; Obama, In Defeat, Sees 'Shameful Day'.

© 2017 The New York Times Company

**7**
ARTICLES
REMAINING

The Times Sale ends today. Get 50% off for one y    SEE MY OPTIONS     **Subscriber login**

# Exhibit 37

**News**Room

8/11/11 Statesman J. (Salem, Or.) C1
2011 WLNR 15882434

Statesman Journal (Salem, OR)
Copyright © 2011 Gannett

August 11, 2011

Section: Mid-Valley

Brush with tragedy spurs author

August 11, 2011

One of the more notorious crimes in Salem history remains fresh in the mind of a South Salem resident who easily could have been a victim.

On May 7, 1981, Lawrence Moore walked into the Oregon Museum Tavern on Front Street NE at 10:20 p.m. during ladies night, stood at the entrance, raised his 9mm semiautomatic pistol and calmly squeezed off two 13-round clips.

The shooting spree that left four people dead and 20 wounded ended shortly after when Moore tried to reload his pistol and was tackled by patrons.

Christie Kraemer, a published author, was 30 years old and a regular of the tavern. She left the bar with her friend 15 minutes before the shooting.

Thirty years later, Kraemer has written "Shattered Tomorrows," a fictional book loosely based on the facts of the shooting that will be released Monday by Rogue Phoenix Press.

"It was cathartic," Kraemer said.

Her brush with tragedy had lingered in her memory, and she said she never felt as though there was closure despite Moore being found guilty and sentenced to life in prison. She also said she wanted to write the book to answer the question "Why?"

"It's kind of been nagging me for a long time," she said.

According to Statesman Journal reports, when he testified at his October 1981 murder trial, Moore claimed that he was defending himself against the band of enemies who were plotting against him.

Spraying the tavern with gunfire was his last chance to defend himself, Moore said. "No place to run, no place to hide; I couldn't get away from them, I was going to die anyway."

A jury rejected his insanity defense and he remains at the Oregon State Penitentiary, where he is serving a life sentence.

"The facts are out there and everyone will take them to their own view; even with the facts, you are still left with 'no one knows why he did it and he's never going to say,'" she said.

For many of the victims and patrons who were at the tavern the night of the shooting, small decisions made the difference between life, death and an altered future.

In Kraemer's case, she said she was with her friend, who wanted to go to the tavern in hopes a man her friend was interested in would be there. They waited for a while, had a drink and when he didn't arrive, they decided to move on to the next bar. The decision took them out of harm's way.

Others were not as lucky.

She said she has received some criticism from people for not writing a true story, but using fiction allowed her to end the story the way she wanted to see it end.

"This isn't going to be sunshine and rainbows," she said.

She also said she hopes the book will do for others what it did for her — give some sort of closure and allow people to put it in the past.

esperez@StatesmanJournal.com or (503) 399-6740 or follow at Twitter.com/ElidaSPerezSJ

Book

"Shattered Tomorrows" will be released Monday by Rogue Phoenix Press.

The book is a fictional story loosely based on the shooting spree at the Oregon Museum Tavern on Front Street NE on May 7, 1981.

For information, go to roguephoenixpress.com or call (503) 302-5392.


---- Index References ----

News Subject: (Violent Crime (1VI27); Social Issues (1SO05); Murder & Manslaughter (1MU48); Crime (1CR87); Death Penalty (1DE04))

Industry: (Traditional Media (1TR30); Entertainment (1EN08); Bars & Nightclubs (1BA02); Book Publishing (1BO18); Publishing (1PU26); Books (1BO26))

Region: (U.S. West Region (1WE46); USA (1US73); North America (1NO39); Americas (1AM92); Oregon (1OR01))

Language: EN

Other Indexing: (ROGUE PHOENIX PRESS) (Christie Kraemer; Lawrence Moore)

Word Count: 547

**End of Document**                                            © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

Case 3:17-cv-01017-BEN-JLB

**News**Room

6/11/05 Herald-Sun (Melbourne) W06
2005 WLNR 9230292

Herald Sun (Australia)
Copyright © 2005 News Limited

June 11, 2005

Section: WEEKEND
Section: 1 - FIRST

CRIME TIME

Greg Thom

Times change, but the camera never lies. From ``Squizzy'' Taylor's fatal shootout in a Carlton bedroom to the 1987 Queen St massacre, police photographers have recorded the bloody aftermath of these terrible crimes. Greg Thom delves into the files of forensic investigators to reveal these frozen moments in crime.

December 8, 1987

The spirit of Christmas was shattered on December 8, 1987 when a paranoid, psychotic and hate-filled Melbourne University drop-out named Frank Vitkovic walked into the Australia Post building at 191 Queen St and shot eight office workers dead. He stalked his innocent victims across three floors. The murderous rampage was brought to an end only when several would-be victims, one of them wounded, tackled the gunman as he reloaded his weapon. Survivors of the carnage placed the M1 carbine, which Vitkovic used with such devastating effect, in a fridge. Despite their efforts to stop him, Vitkovic managed to break free and jump to his death.

Gun Alley, December 30, 1921

This long-gone, nondescript lane off Little Collins St, known as Gun Alley, became synonymous with one of Melbourne's most shocking and sensational murders of the 20th century.

A policeman is photographed near the spot where the naked body of 12-year-old girl Alma Tirtschke was discovered on December 30, 1921.

Described as slightly built, 137cm tall, freckle-faced and with long, dark auburn hair, the bright Hawthorn West Primary School student was abducted, raped and murdered while on her way to deliver a parcel of meat to her aunt in Collins St.

Under intense public and media pressure to solve the crime, police soon charged Colin Campbell Ross, licensee of the Australian Wine Cafe situated not far from where Alma's body was found.

Crucial pieces of evidence in the police case against Ross were strands of hair found on blankets at his home. Scientific tests proved them to be similar to that of Tirtschke, the first time hair analysis had been used in Australian criminal history to secure a conviction.

Found guilty of murder and sentenced to death, Ross went to his grave protesting his innocence. DNA tests 75 years after the murder proved the hair did not come from the dead girl's scalp.

ANZ Bank car park, High St, Kew, November 28, 1975

Police hunt for clues at the scene of the robbery and murder of Spyropoulos Dimitrious. The 49-year-old father of two was ambushed, shot through the heart and left for dead by a pair of bandits who lay in wait in the car park behind the bank, as he arrived to deposit $4000 in takings from his bakery business.

St Kilda, April 16, 1955

A heated discussion at the dinner table about football ended in the stabbing death of 59-year-old Thomas Butler. The St Kilda wharfie, whose shoes can be seen under the table, was stabbed through the heart and lung with a carving knife in his Inkerman St home, after he allegedly grabbed his wife, Mary, by the throat.

Butler had been to the football that day with a boarder of five years, James McEwan. Both men were said to have drunk heavily at the game and later at a St Kilda hotel.

McEwan, 34, was charged with murder despite telling police he was trying to break up a scuffle between the Butlers. He was found not guilty of murder and manslaughter.

Carlton, October 28, 1927

Notorious Melbourne gangster ``Squizzy'' Taylor's high-profile criminal career came to a sudden and bloody end in this dingy bedroom at a Carlton boarding house.

The diminutive crime lord and former jockey, with a taste for expensive clothes and cheap blondes, arrived at the Barkly St address determined to confront rival Sydney underworld identity John ``Snowy'' Cutmore.

A total of 28 shots -- several bullets can be seen embedded in the wall in this picture -- were fired during the gun battle, which subsequently removed both gangsters from the criminal equation.

West Footscray, December 8, 1977

Dragan Menicanin shot his wife, Angela, four times with a pistol, before calmly placing the weapon next to the family TV and turning himself in to police.

The 45-year-old fitter told detectives the shooting followed an argument in which he feared his wife was going to kill him.

In an unsworn statement from the dock during the murder trial, Menicanin said he didn't want to kill his wife.

``I didn't want her dead. I am missing her.''

Menicanin was acquitted on the grounds of insanity.

continued page 8

from page 7

Break of Day, May, 1867

Aboriginal trackers point to the discovery of pistols used in the murder of banker Thomas Burke, near Rokewood in central Victoria.

Burke was ambushed by two men while returning to Ballarat to deliver a gold shipment from the Break of Day mining company.

This picture, along with two other photos depicting the tree from which the killers fired and the location of a hidden horse and buggy, are believed to be the first crime scene photographs taken in Victoria.

Hamilton, March 28, 1959

Victor Herbert Rissman laughed as his wife, Mabel, fetched a double-barrelled shotgun during a heated dinner-table argument that escalated in the kitchen of their Hamilton farm. The 54-year-old Rissman continued taunting her even after she pulled the trigger and the left barrel failed to fire. Mrs Rissman stopped the laughter with a blast from the remaining barrel. She was found guilty of manslaughter and sentenced to five years' jail.

Rye, May 18, 1979

Detectives unearth the bodies of murdered drug couriers Douglas and Isabel Wilson, discovered in a shallow grave at Rye on May 18, 1979. The pair were killed after betraying the notorious Mr Asia Drug Syndicate to authorities.

James Frederick Bazley, described in court as a ``$10,000-a-head murderer'', was convicted of the Wilson killings as well as conspiring to murder Griffith anti-drugs campaigner Donald Mackay. He was allegedly hired by Mafia figure Robert Trimbole to kill the Wilsons and their dog, Taj. Bazley, a dog lover, is alleged to have said: ``Why the dog? The dog didn't talk.''

The pooch was later found unharmed wandering the streets of Brunswick.

Richmond, May 30, 1934

The scene confronting police entering this bedroom of a house in Bosisto St, Richmond, on May 30, 1934, shocked Melbourne.

Francis O'Brien, 50, unemployed and by his own admission going mad from an inability to sleep, slashed the throats of his sleeping family -- wife Rose, 39, son Owen, 3, daughter Joan, 2 and nine-month-old Marie -- before taking his own life.

After his death, it was revealed O'Brien had been found not guilty of murdering his previous wife a decade earlier in Mildura on the ground of insanity and had been admitted to Mont Park psychiatric hospital for more than three years.

He remarried within a year of his release in 1927 and reported regularly to authorities before dropping off the radar in 1930.

Fitzroy, November 3, 1946

Ill health prevented frail, middle-aged invalid pensioner Charles Barclay from often venturing outside his home in Brunswick St, Fitzroy.

With only his prized radio for company, 45-year-old Barclay snapped one afternoon when his brother-in-law, Arnold Hodgson, who he was living with, grabbed the radio after he refused to turn it off.

Police alleged Barclay hit Hodgson with an iron bar because he feared his brother-in-law would break the precious radio. Barclay was found not guilty of murder and an alternative count of manslaughter.

February 14, 1977

In October 1972, Edwin John Eastwood kidnapped six students and their teacher from Faraday Primary School near Castlemaine and demanded a $1 million ransom from the State Government.

Nearly five years later -- on February 14, 1977 -- he escaped from jail and abducted a teacher and nine pupils at gun-point from their classroom at Wooreen Primary School in South Gippsland.

This time he demanded the release of 17 prisoners, $7 million and 100kg in both heroin and cocaine, but Eastwood was caught and sentenced to 18 years' jail.

Numurkah, May 3, 1964

Constable Ray Denman's life ended at 2.50pm on May 3, 1964, after he responded to a frantic telephone call to intervene in a tragic tug-of-love at Numurkah.

A festering domestic dispute between the parents of local woman Aileen Wilkinson over her relationship with fiance Kim Dean Christian culminated in Christian arriving on her doorstep brandishing a loaded shotgun.

Locked out of the house by his girlfriend, Christian was surprised by Constable Denman, who ran up behind him, allegedly startling the surprised gunman into accidentally firing the shotgun. The death of the popular policeman and active member of the community stunned the town.

Christian was later acquitted of manslaughter.

#### ---- Index References ----

Company: ANZ BANKING GROUP NEW ZEALAND LTD

News Subject: (Violent Crime (1VI27); Crime (1CR87); Property Crime (1PR85); Social Issues (1SO05))

Region: (Australasia (1AU56); Australia (1AU55); Oceania (1OC40))

Language: EN

Other Indexing: (ANZ BANK; ASIA DRUG SYNDICATE; AUSTRALIAN; AUSTRALIAN WINE CAFE; BARKLY ST; BRUNSWICK ST; CARLTON; CHRISTIAN; COLLINS ST; DNA; FARADAY PRIMARY SCHOOL; INKERMAN ST; KIM DEAN CHRISTIAN; MAFIA; MELBOURNE; MELBOURNE UNIVERSITY; NOTORIOUS MELBOURNE; QUEEN ST; ST; ST KILDA; TAYLOR; WEST PRIMARY SCHOOL; WOOREEN PRIMARY SCHOOL) (Aboriginal; Aileen Wilkinson; Alma; Alma Tirtschke; Angela; Arnold Hodgson; Barclay; Bazley; Burke; Butler; Butlers; Charles Barclay; Colin Campbell Ross; Constable Denman; Constable Ray Denman; CRIME TIME; Donald Mackay; Dragan Menicanin; Eastwood; Fitzroy; Francis; Frank Vitkovic; Greg Thom; Gun Alley; Hamilton; Hodgson; Ill; Isabel Wilson; James Frederick Bazley; James McEwan; Joan; John Eastwood; Mabel; Mary; McEwan; Menicanin; Numurkah; O'Brien; Owen; Rissman; Robert

WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.

Trimbole; Ross; Rye; Scientific; Taj; Thomas Burke; Thomas Butler; Tirtschke; Victor Herbert Rissman; Vitkovic; Wilson; Wilsons)

Word Count: 1713

**End of Document**                                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

5/11/87 Phila. Inquirer B05
1987 WLNR 546149

Philadelphia Inquirer (PA)
Copyright © 2003 Philadelphia Newspapers Inc. All rights reserved.

May 11, 1987

Section: LOCAL

MAN SHOOTS WIFE, CAR, SAY POLICE IN BUCKS

David Lee Preston, Inquirer Staff Writer

A man opened fire at his wife yesterday from outside a front door and window of their son's house in Fairless Hills, Bucks County, then fired shots into her car and their own home before being subdued, Falls Township police said.

The woman, Marie Corey, 48, was treated and released at Delaware Valley Medical Center in Langhorne for gunshot wounds of her right arm.

Her husband, Raymond Corey, 49, was charged with attempted homicide, reckless endangerment, possession of instruments of crime, aggravated assault and terroristic threats. He was arraigned last night by Bristol Township District Justice Anna Huhn, and was being held at Bucks County Prison in Doylestown after failing to pay $400,000 bail.

Raymond Corey had fired at least 10 shots from a 30-30 Winchester rifle, and was reloading the weapon when two police officers subdued him in the street in front of his home, Sgt. Charles Schaffner said.

On Saturday night, police had gone to the Coreys' home, in the 100 block of Blough Road, responding to reports of a domestic disturbance, and the woman then decided to stay temporarily at the home of their son, Ronald, across the street, Schaffner said.

Schaffner said all was quiet until Corey "just went nuts" while as many as 20 people looked on in the residential neighborhood near the Fairless Hills Golf Course.

---- Index References ----

Language: EN

Other Indexing: (BUCKS; DELAWARE VALLEY MEDICAL CENTER) (Anna Huhn; Charles Schaffner; Coreys; Falls Township; MAN SHOOTS; Marie Corey; Raymond Corey; Ronald; Schaffner)

Edition: FINAL

Word Count: 267

**End of Document**                                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**



3/7/88 WashingtonPost.com (Pg. Unavail. Online)
1988 WLNR 2543740

WashingtonPost.com
Copyright © 1988 The Washington Post

March 7, 1988

GUNMAN OPENS FIRE IN CHURCH; DEACON KILLED, 4 ARE INJURED

EMPORIA, KAN. -- A heavily armed man walked into a crowded church yesterday and opened fire, killing a church deacon and injuring four other persons before he was subdued by church members while reloading, authorities said. The gunman, identified as Cheunphon Ji, 29, of no known address, entered through the side door of the Calvary Baptist Church during services shortly after 11 a.m. and fired several rounds from a semiautomatic handgun at the 100 people inside, police Chief Larry Blomenkamp said. "He had no particular target. He just entered and started firing random shots," Blomenkamp said. The gunman was not a member of the church, and no motive was known, Blomenkamp said.

The man was taken to the Lyon County Jail to await charges. Thomas DeWeese, 47, was dead on arrival at Newman Hospital. One victim was in serious condition, one in good condition and two others, including a daughter of the slain deacon, were treated for gunshot wounds and released.


---- Index References ----


News Subject: (Religion (1RE60); Health & Family (1HE30); Christianity (1CH94); Fires (1FI90); Protestantism (1PR28); Accidents & Injuries (1AC02); Social Issues (1SO05))


Language: EN

Other Indexing: (Cheunphon Ji; Larry Blomenkamp; Thomas DeWeese)

Word Count: 159

End of Document                                              © 2014 Thomson Reuters. No claim to original U.S. Government Works.

Case 3:17-cv-01017-BEN-JLB   Document 18-1   Filed 06/05/17   PageID.1904   Page 109 of 252

**NewsRoom**

3/7/88 Hous. Chron. 12
1988 WLNR 2191554

Houston Chronicle
Copyright © 1988 Houston Chronicle

March 7, 1988

Section: 1

Deacon slain as gunman fires randomly at church

EMPORIA, Kan.

EMPORIA, Kan. - A man opened fire with a semi-automatic pistol at a Baptist church during Sunday morning services, killing a deacon and wounding four other churchgoers before he was subdued while reloading.

The neatly dressed gunman, identified as Cheunphon Ji, 29, address unknown, walked into Calvary Baptist Church during morning services at 11:14 a.m. and began firing randomly without a word, Police Chief Larry Blomenkamp said.

He was subdued by churchgoers after wounding five people, including Thomas DeWeese, 47, a church deacon who was dead on arrival at Newman Hospital.

"You think of something like this happening in a large city and you hear reports in faraway places of someone trying to massacre others, but not here, not in Emporia," said the Rev. Donald Kusmaul, pastor of the church.

One victim was in serious condition at an Emporia hospital. Another was in good condition and two others - including a daughter of the slain deacon - were treated for gunshot wounds and released.

Neither the gunman, who police said will be formally charged on Monday, nor his victims were immediately identified.

"There was no particular target," Blomenkamp said. "The individual just began firing random shots."

Kusmaul said no one at the church recognized the gunman, who police said left California last week and arrived Sunday morning in Emporia, located off the Kansas Turnpike about 100 miles southwest of Kansas City.

His car, which had California license plates, was found in the church parking lot.

Kusmaul said he was leading the 100-member congregation in a hymn when the gunman, carrying a duffel bag, walked in through a side door.

"He had what I thought were earmuffs on and a shoulder bag and my first thought was perhaps he's a college student," the pastor said. "Then I heard the gun.

Downloaded from ProQuest: Firearms and You by a User, 08-20-14 NRA TIERS 9:24

"When I hit the floor, it was just unbelievable what was happening, and I realized those weren't earmuffs; they were ear protectors."

Churchgoers screamed and crouched under pews and on the floor until one parishioner at the back charged at the gunman as he tried to place a new clip of ammunition into his gun, Kusmaul said.

The gunman tried to escape by fleeing out the side door, but several churchgoers tackled him outside and held him for police, said Kusmaul, 43, pastor at the church for 17 years.

The man was wearing a suit and tie, "dressed like someone planning to attend church," Blomenkamp said, but he said officers did not know why he picked the Baptist church in downtown Emporia.

Police found a bag containing several handguns and ammunition at the rear of the church but said the gunman used only one weapon, a semi-automatic pistol.

DeWeese and three other victims were taken to Newman Hospital. Sandy Mattox, 43, was hit in the left shoulder and was in serious but stable condition. Daniel Goza, 14, who was grazed by a bullet, and Beverly DeWeese, the daughter of the slain deacon who was shot in the left arm, were treated and released.

Robert Adamson, 14, was taken to St. Mary's Hospital, where he underwent surgery to remove a bullet lodged in his left thigh. He was reported in good condition.

## ---- Index References ----

News Subject: (Religion (1RE60); Christianity (1CH94); Social Issues (1SO05); Protestantism (1PR28))

Region: (Kansas (1KA13); USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (BAPTIST; CALVARY BAPTIST CHURCH; EMPORIA; NEWMAN HOSPITAL) (Beverly DeWeese; Blomenkamp; Daniel Goza; DeWeese; Donald Kusmaul; Ji; Kusmaul; Larry Blomenkamp; Robert Adamson; Sandy Mattox; Thomas DeWeese)

Edition: 2 STAR

Word Count: 640

**End of Document**                                                                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.



CO-WORKERS STOPPED KILLER AT MACOMB PLASTICS PLANT, POLICE SAY, 1989 WLNR 414332

**News**Room

9/21/89 St. Louis Post-Dispatch 7a
1989 WLNR 414332

St. Louis Post-Dispatch (MO)

Copyright © 2004 St Louis Post-Dispatch. All rights reserved.

September 21, 1989

Section: NEWS

CO-WORKERS STOPPED KILLER AT MACOMB PLASTICS PLANT, POLICE SAY

The Associated Press

MACOMB, Ill. (AP)

A gunman who killed two workers at a plastics factory in western Illinois was reloading his revolver when four co-workers overpowered him, police said Wednesday.

The gunman escaped Tuesday after pulling a knife and threatening his captors, sparking a police search that continued Wednesday afternoon in a wooded area near Astoria, about 35 miles southeast of Macomb.

Macomb Police Chief Richard Clark said about two dozen police officers and a canine unit were searching for the suspect in the case, Fred Hopkins, 36, of Browning. Hopkins was charged Wednesday with two counts of first-degree murder in McDonough County Circuit Court.

Hopkins is accused of killing Pam Bucy, 29, of Table Grove, and factory foreman Jimmy Cobb, 31, of Bardolph, as they arrived for the start of the noon shift at Webster Industries Inc.'s plastic bag factory, Clark said.

Without the action of four employees, more people might have been killed, he said.

"He was trying to reload his weapon, and they tackled him and subdued him," Clark said. "They calmed him down and set him down" on a chair.

Hopkins then drew a knife and escaped before police arrived, Clark said, adding that 10 witnesses had identified Hopkins as the gunman.

Clark said that Bucy had dated Hopkins and that she apparently broke off the relationship recently.

---- Index References ----

Company: WEBSTER INDUSTRIES INC; WEBSTER PORTALLOY CHAINS INC

Language: EN

Other Indexing: (MCDONOUGH COUNTY CIRCUIT COURT; WEBSTER INDUSTRIES INC) (Bucy; Clark; Fred Hopkins; Hopkins; Illinois; Jimmy Cobb; Pam Bucy; Richard Clark)

Edition: FIVE STAR

Word Count: 269

**End of Document** © 2014 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

5/1/93 Rocky Mtn. News 9A
1993 WLNR 506495

Denver Rocky Mountain News (CO)
Copyright 1993 Denver Publishing Co.

May 1, 1993

Section: LOCAL

BAYLIS CHARGED IN RAMPAGE THAT KILLED TWO IN SPRINGS

DICK FOSTER ROCKY MOUNTAIN NEWS SOUTHERN BUREAU

COLORADO SPRINGS

Eugene Baylis, 42, was charged Friday with four counts of murder and 16 counts of attempted murder in district court in connection with an April 17 shooting rampage at a Colorado Springs bar.

Baylis, who said he was feeling ill Friday, is scheduled to appear in El Paso District Court again Monday to acknowledge the charges against him.

Two victims died and eight others were wounded after Baylis entered Jim and I's Star Bar in north Colorado Springs and raked the bar with automatic rifle fire, police said. After he left the bar, he fired randomly around the neighborhood and at pursuers, police said.

Bar manager Paul Klein, 40, was struck by three bullets while attempting to wrestle the guns from Baylis, police said. He died the next morning at a local hospital. Stephen Fairfax, 33, was killed by three bullets in the chest as he pursued the gunman.

Baylis was shot in the head by police and subdued in the parking lot of the bar as he sat in his car reloading his AK-47 assault rifle. He was hospitalized for four days with pellet wounds from the shotgun blast but transferred to El Paso County Jail last week.

Assistant district attorney Jeanne Smith said Baylis was charged with two counts of murder for each victim under two separate provisions of state law.

"The first count charges him with premeditation, the second count is the extreme indifference section of the statute," Smith said.

The procedure would allow a jury two opportunities in each case to find Baylis guilty of first-degree murder and attempted first-degree murder, either by acting with premeditation or by acting with extreme and wanton indifference to human life that resulted in death and injury.

LIB3 LIB3

Westlaw**Next**' © 2014 Thomson Reuters. No claim to original U.S. Government Works.

---- **Index References** ----

News Subject: (Violent Crime (1VI27); Crime (1CR87); Social Issues (1SO05))

Region: (USA (1US73); Americas (1AM92); Colorado (1CO26); North America (1NO39))

Language: EN

Other Indexing: (EL PASO COUNTY JAIL; EL PASO DISTRICT COURT; SPRINGS) (Baylis; BAYLIS CHARGED; Eugene Baylis; Jeanne Smith; Paul Klein; Smith; Stephen Fairfax)

Edition: REGIONAL

Word Count: 344

---

**End of Document** <span style="float:right">© 2014 Thomson Reuters. No claim to original U.S. Government Works.</span>



**News**Room

2/2/93 The Hartford Courant (Conn.) B1
1993 WLNR 4155138

Hartford Courant
Copyright © 1993 The Hartford Courant Co.

February 2, 1993

Section: CONNECTICUT

ROCKY HILL GUNFIRE LEAVES QUESTIONS
ROCKY HILL GUNFIRE LEAVES MANY QUESTIONS

DAVE DRURYCourant Staff Writer

Courant Staff Writer

With a gun to his head and his life in disarray, Alfredo Fazio lay pinned to the pavement outside Club Mirage and begged to be put out of his misery.

"He was yelling, `Shoot me. Shoot me. I don't want to live. I got nothing to live for. I have no job. I have no money' ," said Walter Bartkiewicz, owner of Mirage, recalling the events of early Sunday. "I just said, `Keep your hands still.' "

Bartkiewicz, who held the gun to Fazio's head, described how he and others, including two off-duty police officers, subdued Fazio, who, police say, had just blasted the front of the packed club with four rounds from a 12-gauge sawed-off shotgun.

Miraculously, no one was injured, even though police say as many as 10 rounds were fired back at Fazio from the club lobby by off-duty police. "There were five casings I counted personally in the lobby," acting Police Chief Philip R. Dunn said Monday.

Fazio, 32, of 188 Raymond Road, Rocky Hill, was held Sunday on $250,000 bond on charges of unlawful discharge of a firearm, possession of a sawed-off shotgun and four counts of first-degree reckless endangerment. He was presented Monday morning in Superior Court in New Britain, where his bond was reduced to $5,000 and his case was continued until Feb. 22. He was released later in the day from the Morgan Street jail after a relative posted the bond.

Police said Fazio returned to the club about 1:30 a.m. after he was thrown out earlier in the evening. He parked in front of the building, then approached the building and shot through a set of open entry doors, shattering a set of glass doors in the foyer.

Then, as hundreds of patrons hugged the dance floor above, two off-duty, out-of-town police officers who were in the club returned fire from the lobby. The officers and club employees then apprehended Fazio as he paused alongside his car to reload his weapon.

On Monday, town police were still trying to determine exactly how many rounds were fired and who fired them. A statement was

taken from one of the officers involved, Meriden patrol officer Lue Sobieraj, who Dunn said fired once at the suspect. Dunn said Sobieraj acted appropriately.

"He reacted while off-duty and did an excellent job. We're sending a letter to his chief," Dunn said.

The other officer, who left the scene immediately afterward, has not yet been identified. Police said inquiries were made Monday to the internal affairs division of the Hartford Police Department.

Capt. Joseph Croughwell of the Hartford Police Department said he had no information that a Hartford policer officer may have been involved. "I do know it's an ongoing investigation conducted by the Rocky Hill Police Department, and if Hartford can assist in any way with the investigation, we will," he said.

Bartkiewicz, who was carrying a pistol, said neither he nor any employee at the club fired at Fazio. He said as many as four off-duty officers had been in the club at one point during the evening. Police officers usually identify themselves at the front door and indicate that they are carrying weapons, he said.

In talking with Fazio at the scene, and in a discussion later with his sister, Bartkiewicz said he learned that Fazio had been unemployed for nine months and did not even have enough money to put gas into his car, which had to be towed from the scene.

"The guy was deranged. He lost everything he had. He cracked up," Bartkiewicz said. He said he had recognized Fazio from earlier in the evening because he had gotten into a fight over a woman and was ejected from the club.

"He just decided to come back. His explanation to me was he wanted to come back to show us we didn't have the right to throw him out of the club," Bartkiewicz said.

For Rocky Hill police, the episode marked another busy night at the club, which, until last weekend, had operated a juice bar that had become a gathering point for 18 to 20-year-olds from across the state. Dunn said he is listing all the incidents police have responded to at the club in recent months and will refer the list to the state Department of Liquor Control.

Copyright © 1993 The Hartford Courant Co.

---- Index References ----

News Subject: (Government (1GO80))

Language: EN

Other Indexing: (HARTFORD; HARTFORD POLICE DEPARTMENT; ROCKY HILL POLICE DEPARTMENT; STATE DEPARTMENT; SUPERIOR COURT) (Alfredo Fazio; Bartkiewicz; Dunn; Fazio; Joseph Croughwell; Lue Sobieraj; Meriden; Miraculously; Philip R. Dunn; Rocky; Rocky Hill; ROCKY HILL GUNFIRE LEAVES QUESTIONS ROCKY HILL GUNFIRE LEAVES; Shoot; Sobieraj; Walter Bartkiewicz)

Edition: A

Word Count: 821

**End of Document**                           © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

NewsRoom

2/27/94 Portland Oregonian A01
1994 WLNR 4659723

Oregonian, The (Portland, OR)
Copyright © 1994 Oregonian Publishing Co.

February 27, 1994

Section: LOCAL STORIES

OREGON AND THE BRADY LAW

PHIL MANZANO and JOHN PAINTER JR. of The Oregonian staff

Summary: The milestone law begins Monday, but with Oregon's already tough standard, how will the law really affect Oregon citizens?

The federal Brady law, which becomes effective Monday, already has had the ironic and unintended effect of putting more guns into Oregon homes and businesses.

President Clinton signed the landmark gun control bill Nov. 30. In December, Oregonians rushed to buy nearly 7,500 handguns from dealers -- apparently in the mistaken belief that the law would severely restrict the sales of handguns or ban some guns altogether. It does neither.

It also will not do much to keep guns out of the hands of criminals.

The new federal law will have scant impact in Oregon because the state already has a stricter gun control law. Both laws, however, cover only a narrow area of gun sales.

But despite the limitations -- and despite complaints from law-abiding gun owners -- the Brady law may be the first wave of tighter federal controls on handguns.

``We believe we could pursue a comprehensive agenda and have it pass in Washington,'' Sandy Cooney of Handgun Control Inc. told a recent meeting of Oregonians Against Gun Violence. ``We never said it was a panacea, but what it is, is a step.''

Gun owners, however, already feel unfairly

``I don't believe the Brady will have any effect whatsoever for individuals who are criminally disposed and want to obtain a handgun,'' said Portland tax lawyer Thomas O. Moe, who owns handguns and long guns.

``I think the government is inadvertently disarming the innocent,'' Moe said. ``Individuals who may necessarily buy handguns for self-protection, albeit it right or wrong, may be inhibited from doing so due to the waiting period.''

Diane Witt, a firearms instructor who carries a .45-caliber semiautomatic pistol, says the Brady law accomplishes nothing.

``Because honest citizens abide by the laws, that means that they are not the element contributing to the wave of violence in the United States,'' she said. ``Secondly, under the terms of the Second Amendment, I do believe the right to keep and bear arms is guaranteed to me and any other law-abiding citizen, the same as any other right under the Constitution.

``We constantly in this country seem to believe that we can legislate morality and we are unable to do that. So the effect of the Brady bill on crime and violence is nothing because it will only be adhered to by the law-abiding citizen.''

LOOPHOLES AND THE LAW

The milestone Brady law requires a five-day waiting period and background checks on all handgun purchases. Oregon already requires a waiting period three times longer -- 15 days -- and a more rigorous background check.

But even so, guns get into the wrong hands. Why?

Oregon's law applies only to purchases from licensed dealers, and one federal survey showed just 7 percent of criminals obtain guns from legitimate dealers.

The law does not allow police to use their own judgment when a person's background raises concerns but does not fall into the specified categories.

Gun shows and other virtually unregulated selling provide easy access to firearms. And long guns -- shotguns and rifles -- are not covered by the regulations.

Multnomah County sheriff's Sgt. Kathy Ferrell believes there needs to be more room for discretion by law enforcement.

``There's still some scary people out there buying handguns,'' said Ferrell, who runs the section that performs background checks on handgun purchases and applications for concealed weapon permits.

Oregon's law prohibits handgun sales to people under 18, to those with an outstanding felony warrant or to anyone guilty of a felony or misdemeanor convictions for fourth-degree assault, menacing, recklessly endangering another person, assaulting a public safety officer or second-degree intimidation.

In addition, no one involuntarily committed to a mental hospital or deemed by a judge to be too emotionally ill may purchase a handgun.

While that sounds impressive, there's lots more that the law doesn't do.

``We're not seeing the gun denials that we should,'' Ferrell said. ``Our ability to block a handgun sale is pretty bad.''

In contrast, a concealed weapons permit may be denied if there are ``reasonable grounds'' to believe someone could be a danger to himself or the community ``as demonstrated by past pattern of behavior.''

A landmark 1990 study of retail gun sales in Oregon found that 17.6 percent of 81,222 rifles and handguns sold that year through dealers were purchased by individuals with Computerized Criminal History files. But the way the law is written, only 1.1 percent could be disqualified.

Ferrell cringes at the thought that she has allowed sales to people who appear to have drinking problems or a history of domestic violence. For instance, multiple drunken-driving convictions will not prevent a handgun sale. A string of arrests, but no convictions, for domestic violence -- a charge that is dropped almost all the time -- also would not disqualify a buyer.

Officials also see gun shows as one of the significant holes in efforts to get a handle on firearms.

``The law is only going to be as effective as its weakest link,'' said Clackamas County sheriff's Capt. F. Sherwood Stillman, ``and right now its weakest link is that it allows gun sales at gun shows.''

While there are laws that prohibit sales to certain people, such as felons, no law requires sellers at gun shows to check. ``They're not going to look any further than the guy's checkbook,'' Stillman said.

Just how many firearms move from gun shows to felons is impossible to track because the transactions do not require paper work.

Bureau of Alcohol, Tobacco and Firearms agents in Portland say they have traced guns connected with crimes to such shows, but one bureau survey out of Washington, D.C., showed only 6 percent of criminals got their guns at unregulated shows or flea markets.

It's too expensive for one thing, said Portland homicide Detective Tom Nelson. Most criminals will buy stolen weapons from an underground source at a deep discount, or they know someone who has a weapon they can borrow or buy.

Ernest N. Lotches -- who went on an Aug. 22, 1992, rampage through downtown Portland -- used a gun bought for him, Nelson said. Lotches shot and killed a security guard with a 9 mm handgun as the two traded shots while the guard was trying to protect a 9-year-old boy.

According to Nelson, Lotches got the gun from his girlfriend, a drug and alcohol counselor he met while incarcerated in the Columbia River Correctional Institution.

More than 70 percent of criminals acquire their weapons on the black market or get them from a partner in crime, the federal survey showed.

In addition, Oregon law has absolutely no checks or waiting periods on someone buying a shotgun or rifle.

Portland homicide Detective Sue Hill feels that Oregon's gun control law must also include long guns.

``You can do a lot more damage with a shotgun than a handgun,'' Hill said. ``You don't stand a prayer with what Kevin Lust fired at Bridgette Nelson.''

On March 2, 1993, Lust walked into the Red Lion Inn/Columbia River carrying a flower box used to hold long-stemmed roses. His box carried a message of hate, not love -- a shotgun he bought Feb. 10, 1993, at a Wal-Mart in McMinnville.

With no waiting period, he handed over a $842.37 check -- that later bounced -- and walked out with a 12-gauge Weatherby shotgun and 50 high-power shotgun shells. With no background check, no one discovered he had been convicted in Lane County of a second-degree assault that began as an attempted murder case.

A friend told police that Lust's favorite scene in ``Terminator 2'' was where Arnold Schwarzenegger pulls a shotgun out of a long flower box.

When Lust found Nelson at the Red Lion Inn/Columbia River he re-enacted that scene, firing two shots into her, reloading and hitting her with two more shots. A security guard tackled him as he reloaded for a third time.

``It was just too easy'' for Lust to buy the gun, Hill said. ``You could have Charlie Manson walk in and buy a hunting rifle (in Oregon)," Hill said. ``There's nothing to prevent him from walking into whatever and buying an over and under shotgun."

But law enforcement does appreciate what effect the laws have.

State police Capt. Tom M. Dixson said Oregon's law has had a deterrent effect -- felons are not going to retail outlets to buy handguns, it appears.

In 1990, police denied handgun sales to three people with murder convictions, two people with attempted murder convictions, three convicted of rape, two convicted of robbery and seven people convicted of assault, and 20 sales were denied because the buyers were convicted of burglary. Those numbers drop over the next few years.

Portland Police Chief Charles Moose said the Brady law at least sets a minimum standard for all states and prevents someone from going to an adjacent state that may not have a background check or waiting period to buy a gun.

THE HISTORY

On Jan. 17, 1989, drifter Patrick Purdy used an assault rifle purchased at the Sandy Trading Post in Sandy to lethally spray a Stockton, Calif., schoolyard. Five children died, and 30 persons were injured.

The incident sparked Oregon's new gun law, the Comprehensive Firearms Act.

The ``Oregon law surpasses the Brady bill in almost every regard," said John W. McMahon, Bureau of Alcohol, Tobacco and Firearms agent in charge in Portland. ``It's one of the few states around the country doing an excellent job in surpassing the Brady bill."

But the law, does nothing to regulate the type of gun used in Purdy's rampage, did loosen the requirements for those wanting a permit to carry a concealed weapon.

Today, there are more than 40,000 concealed weapon permits in Oregon. In its first year, 1990, slightly more than 13,000 permits were issued.

Only about 1 percent of the licenses have been revoked.

The increase in licenses mirrors a surge in gun purchases.

In 1990 -- the year Oregon's gun law took effect -- the Oregon State Police counted 30,278 people who had bought a handgun from a federally licensed dealer. By the end of 1993, the count was nearly 51,000.

In December 1992, state police counted 4,202 purchases, a record then.

In December 1993, after President Clinton signed the Brady bill into law, nearly 7,500 handgun purchases were counted by the state police -- well above the monthly average for the rest of the year. And there's no sign the buying surge has slowed in 1994.

Those figures do not include the thousands of handguns exchanged between private gun owners, at gun shows or through the want ads, nor do they account for the larger numbers of rifle and shotgun purchases.

WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.

What's going on? The theories vary.

Bernie Giusto, a lieutenant with the Oregon State Police, believes people are increasingly afraid of crime.

``It is a direct reflection of how our society feels about their safety,'' he said.

The federal government estimates more than 200 million firearms, including 67 million handguns, are in circulation in the United States. Arms manufacturers in the United States produced 1.5 million handguns in 1991, and licensed dealers sold 7.5 million guns that year.

Who's buying all the guns?

With few exceptions, most are responsible gun owners, hunters or collectors.

The National Rifle Association cites U.S. Department of Justice statistics that say approximately 80 percent of the violent crime in the nation is committed by just 7 percent of ``repeat, violent offenders'' and says that the vast majority of gun owners are honest, law-abiding citizens. Local statistics seem to bear that out.

But that doesn't change the fact that some of the guns will be used in crimes or accidents.

Moose, the Portland police chief, is a gun control advocate in part because his uncle was shot to death and a family friend was accidentally shot while playing with his dad's gun.

``Sadly enough, everyone is beginning to become touched by gun violence,'' Sarah Brady said in an interview with The Oregonian. ``Very few families haven't been touched in one way or another. Even children are carrying weapons. There are no safe havens.''

The bill was named for her husband, press secretary James Brady, who was shot in the head and permanently disabled in the attack that wounded President Reagan.

In the assassination attempt, John W. Hinckley Jr. also wounded a capital policeman and a Secret Service agent with a .22-caliber handgun he bought for $29 at a Dallas, Texas, pawn shop.

Sarah Brady waged a decade-long legislative battle that culminated Nov. 30 at the White House, where Clinton signed the bill into law.

Despite her efforts and a possible shift in public attitudes, a fundamental rule remains in Oregon.

``It's not very difficult to get a gun,'' said Giusto, the state police lieutenant. ``Anybody can get a gun.''


---- Index References ----

Company: WAL MART STORES INC

News Subject: (Violent Crime (1VI27); Crime (1CR87); Property Crime (1PR85); Social Issues (1SO05); Economics & Trade (1EC26))

Region: (USA (1US73); Americas (1AM92); North America (1NO39); Oregon (1OR01))

Language: EN

Other Indexing: (BUREAU OF ALCOHOL; COMPREHENSIVE FIREARMS ACT; FIREARMS; HANDGUN CONTROL INC; LOOPHOLES; NATIONAL RIFLE ASSOCIATION; OREGON STATE POLICE; OREGONIANS AGAINST GUN; POLICE; RED LION INN; SANDY TRADING POST; STATE POLICE; TOBACCO; US DEPARTMENT OF JUSTICE; WAL MART; WHITE HOUSE) (Bernie Giusto; Bridgette Nelson; Charles Moose; Clinton; Criminal History; Detective; Detective Tom Nelson; Diane Witt; Ernest N. Lotches; F. Sherwood Stillman; Ferrell; Giusto; Hill; James Brady; John W. Hinckley Jr.; John W. McMahon; Kathy Ferrell; Kevin Lust; Local; Lotches; Lust; Moe; Moose; Nelson; Oregon; Patrick Purdy; Purdy; Sadly; Sandy; Sandy Cooney; Sarah Brady; Stillman; Thomas O. Moe; Today; Tom M. Dixson)

Keywords: WEAPONS VIOLATION MURDER

Edition: FOURTH

Word Count: 2550

---

**End of Document** © 2014 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

11/6/94 Times-Picayune B4
1994 WLNR 948327

New Orleans Times Picayune
Copyright (c) 1994, The Times-Picayune Pub. Corp.

November 6, 1994

Section: METRO

MAN JAILED IN TROOPER SHOOTOUT

The Associated Press

WAVELAND, MISS.

An Alabama man was in custody Saturday after a shootout with Mississippi Highway Patrol troopers at a restaurant on Interstate 10 about six miles north of Waveland.

Patrol Capt. Randy Sibley said about 20 people were in the restaurant when the man, armed with a 12-gauge shotgun, walked in and threatened a 16-year-old girl who had been riding in his car.

Sibley said state troopers were conducting a DWI roadblock on Mississippi 603 about a mile from the restaurant when the call about a man with a shotgun came in Saturday about 1:40 a.m.

When troopers arrived at the Waffles restaurant, the man walked in, apparently fired one shot and ran out the back of the building.

Sibley said the man had left his car a short distance down the highway and walked back carrying the shotgun. He said witnesses told officers that the man shouted at the girl before troopers drove up.

Sibley said the man shot at Trooper Scott Carnegie, who returned fire. The man ducked behind the building and was reloading the shotgun when he was subdued by two other troopers.

Sibley said no restaurant patrons or troopers were injured.

"We're very fortunate. The people inside the restaurant are very fortunate that we happened to have officers that were that close. He apparently was interested in harming some people, especially that girl," Sibley said.

Sibley said the man, identified as Russell Chappelle, 19, of Wilmer, Ala., was being held in the Hancock County Jail. Charges are pending.

The girl, Sibley said, was identified as a runaway who had been reported missing by her parents in Alabama. He said her parents picked the girl up. Law officers would not identify the girl or where she was from.

Sibley said no charges would be filed against her.

Sibley said Chappelle was treated at a hospital for two buckshot wounds in the right arm and released to officers.

Col. Jay Clark, chief of the Highway Patrol, said the troopers saved many lives.

"Their training paid off. They handled the situation in a very professional manner," Clark said. "We are very thankful there was a law enforcement presence that close to the scene."

Sibley said the restaurant and a motel behind it were hit by the shotgun blast. He said troopers recovered slugs from inside the restaurant.


**---- Index References ----**


Region: (USA (1US73); Americas (1AM92); Alabama (1AL90); North America (1NO39); Mississippi (1MI74))

Language: EN

Other Indexing: (DWI; TROOPER; TROOPER SCOTT CARNEGIE; WAFFLES; WAVELAND) (Chappelle; Clark; Jay Clark; MAN JAILED; Patrol Capt; Randy Sibley; Sibley)

Edition: THIRD

Word Count: 459

---

**End of Document**

© 2014 Thomson Reuters. No claim to original U.S. Government Works.



WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.                    2

Case 3:17-cv-01017-BEN-JLB Document on juvenile gun laws WLN News Room Page 126 of 252

**NewsRoom**

1/29/95 St. Louis Post-Dispatch 04D

1995 WLNR 775005

St. Louis Post-Dispatch (MO)

Copyright (c) 1995 The St. Louis Post-Dispatch

January 29, 1995

Section: NEWS

SUSPECT IN RAMPAGE HAD HISTORY OF MENTAL PROBLEMS, FAMILY SAYS

1995, Reuters News Service

CHAPEL HILL, N.C.

A law student accused of going on a shooting rampage that left two people dead had a history of mental problems and once claimed to be telepathic, say family members and acquaintances.

The suspect, Wendell Williamson, 26, is under guard and in good condition at University of North Carolina Hospital, a hospital spokeswoman said. He was wounded in the legs and underwent surgery.

On Friday, he was formally charged with two counts of first-degree murder.

On Thursday, Williamson parked his father's car at an apartment complex and walked toward the center of town carrying an M-1 rifle and dozens of clips of ammunition in a green knapsack. Police said he fatally shot one man on his front porch, and a college student who was riding on his bicycle. A former Marine tackled the gunman to the ground.

Williamson, a former National Merit Scholar, had been hospitalized at one time for psychiatric problems, and had been seeing a psychiatrist at the university, his mother said Friday.

His classmates said his mental problems became apparent during his first year at law school, where he was prone to delusions and outbursts of anger.

Police had to restrain Williamson during an incident in a parking lot two years ago, and last spring he stood up in class and announced that he was exempt from an assignment because he was telepathic and already knew the answer, classmates said.

University law professor Daniel Pollitt said it was unusual that a student would break under pressure in his final semester. Traditionally, the first year of law school is the hardest, and the third the easiest.

Pollitt speculated that Williamson could have been feeling pressure about finding a job when he passed the bar. "Some people are trying to decide which job to take, but other people don't have any interviews," the professor said. "People who've been honor students since the first grade feel they've worked hard and done well and that they deserve better. They get angry."

PHOTO

Photo by AP - Bill Leone sits in his living room with his dog, Sasha, on Friday as he discusses tackling the man charged with killing two people Thursday afternoon in Chapel Hill, N.C. Leone was shot in the shoulder as he tackled the gunman, who was trying to reload his rifle.<

**---- Index References ----**

News Subject: (Social Issues (1SO05); Violent Crime (1VI27); Crime (1CR87))

Industry: (Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Healthcare (1HE06); Psychiatric Services (1PS61))

Region: (North America (1NO39); Americas (1AM92); North Carolina (1NO26); USA (1US73))

Language: EN

Other Indexing: (AP BILL LEONE; MARINE; NATIONAL MERIT SCHOLAR; PHOTO; SUSPECT) (Daniel Pollitt; Photo; Police; Pollitt; Sasha; Traditionally; Wendell Williamson; Williamson)

Edition: FIVE STAR

Word Count: 456

**End of Document**                                          © 2014 Thomson Reuters. No claim to original U.S. Government Works.



White House gunman sentenced to 40 years in prison.

**News**Room

6/29/95 Reuters News 00:00:00

Reuters

Copyright © 1995 Reuters Limited

June 29, 1995

White House gunman sentenced to 40 years in prison.

Robert Kearns

WASHINGTON, June 29 (Reuter) - A judge sentenced Francisco Duran to 40 years in prison on Thursday for shooting at the
White House with an automatic weapon last October in an attempt to kill President Bill Clinton.

Judge Charles Richey rejected prosecution requests that Duran, a Colorado hotel worker convicted on April 3, be locked up for
life as a deterrent to other would-be assassins. Richey did deny Duran the possibility of parole, but prosecutor Eric Dubelier
said there was a chance he could be out in about 35 years with time off for good behaviour.

Richey, who also imposed a fine of $3,200 to cover repairs to the White House, said the shooting "cannot be countenanced in
a free society known as the United States of America."

Duran, 27, from Security, Colorado, pulled a Chinese-made semi-automatic assault rifle from under his rain coat last October
29 and sprayed the White House and its grounds with some 30 bullets from the sidewalk along Pennsylvania Avenue.

No one was hurt.

Duran, dressed in a blue prison uniform, told the court before being sentenced: "My actions on October 29 were inexcusable.
I very much wanted to die that day. I am sorry I not only ruined my future but that of my wife and son." He has a six-year-
old son named Alex.

After he spoke, Dubelier told Richey drily, "I guess he's been remarkably cured of paranoia. He spoke rationally." Duran had
attempted a defence of insanity.

Dubelier asked Richey to impose a life sentence, noting that Duran was trying to reload his weapon when he was tackled by a
tourist. He said Duran had personality disorders, was a drunk and bore a deep grudge against the government.

Richey sentenced Duran to 360 months for trying to kill the president and another 10 years for firearms offences.

U.S. Attorney Eric Holder said "we are very satisfied" with the sentence and told reporters he hoped it would "serve as a
reminder to people who contemplate these acts."

During his 10-day trial, Duran's lawyers portrayed him as a madman who was having hallucinations that an evil "mist", linked
to the White House by an umbilical cord, controlled him. They said he went to the White House to kill the mist.

White House gunman sentenced to 40 years in prison

But the jury accepted prosecution arguments that Duran, influenced by right-wing radio talk shows and anti-government literature criticising Clinton, opened fire when he saw a man resembling the president walk from the White House.

The prosecutors said Duran loathed the government because he had been discharged from the Army after serving time for running over a woman outside a Honolulu bar.

In the White House shooting, Duran was subdued by two bystanders as he tried to reload. The prosecution used videotapes taken by tourists.

The shooting, plus the April 19 Oklahoma City bombing, has led to tighter security at the White House. Pennsylvania Avenue in front of the mansion has been closed to vehicles.

A month before Duran's attack, a pilot crashed a small plane on the White House grounds, and there have been a number of fence-jumpers, one of whom was shot and wounded by White House guards last month.

(c) Reuters Limited 1995


---- Index References ----

Company: WHITEHOUSE

News Subject: (Legal (1LE33); Judicial (1JU36))


Region: (U.S. Mid-Atlantic Region (1MI18); North America (1NO39); Colorado (1CO26); U.S. Southwest Region (1SO89); Oklahoma (1OK58); U.S. West Region (1WE46); Americas (1AM92); USA (1US73); Pennsylvania (1PE71))

Language: EN

Other Indexing: (ARMY; WHITE HOUSE) (Bill Clinton; Charles Richey; Clinton; Dubelier; Duran; Eric Dubelier; Eric Holder; Francisco Duran; Pennsylvania Avenue; Richey)

Word Count: 529

---

© 2014 Thomson Reuters. No claim to original U.S. Government Works.



WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.   2

TWO RESTAURANT PATRONS SHOT IN DRIVE-BY; TWO MEN..., 1996 WLNR 1686803

**NewsRoom**

5/12/96 Fresno Bee B1
1996 WLNR 1686803

Fresno Bee
Copyright © 2004 The Fresno Bee. All rights reserved.

May 12, 1996

Section: METRO

TWO RESTAURANT PATRONS SHOT IN DRIVE-BY; TWO MEN ARRESTED;
TWO OTHER SUSPECTS ARE BELIEVED TO BE INVOLVED IN THE ATTACK.

The Fresno Bee

A gun battle broke out early Saturday morning at Lorena's Taco and Seafood Restaurant in southwest Fresno, sending two patrons to the hospital as well as one of the alleged gunmen, who was shot in the foot by security guards returning fire.

Fresno police said all three were in stable condition with non-life-threatening wounds. Detectives said they had not determined a motive for the shooting, which occurred about 2:30 a.m. Saturday.

About 50 people were at the restaurant -- a taco truck and picnic tables on a fenced-off asphalt lot in the 400 block of West Belmont Avenue.

Police said a white Oldsmobile 88 with three men inside and a black Nissan Altima with a male driver stopped while heading east on Belmont. The occupants opened fire on the crowd using various weapons, including 7.62 mm assault rifles with 30-round magazines.

Jose Arroya, 49, of Parlier was hit three times in the torso and Gilbert Castellanos, believed to be in his 20s, was hit twice in the chest and abdomen. Security guards returned fire; one round hit a suspected gunman in the foot, police said.

Several cars parked nearby were hit with bullets and sustained "extensive damage," police said. The driver of the Oldsmobile fled in the Nissan. Security guards apprehended two other suspects as they attempted to reload their weapons.

Police recovered six guns at the scene. They arrested Pedro Duarte, 48, and Robert Caldera, 34, who was taken to Valley Medical Center for a gunshot wound in his right foot. They were charged with attempted murder.


---- Index References ----

Company: GENERAL MOTORS CORP

News Subject: (Violent Crime (1VI27); Crime (1CR87); Social Issues (1SO05))

Language: EN

Other Indexing: (OLDSMOBILE; VALLEY MEDICAL CENTER) (Detectives; Gilbert Castellanos; Jose Arroya; Pedro Duarte; RESTAURANT PATRONS SHOT; Robert Caldera)

Edition: HOME

Word Count: 309

**End of Document**                                                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

10/7/98 Lincoln J. Star B2
1998 WLNR 8072535

Lincoln Journal Star
Copyright © 1998 ProQuest Information and Learning Company; All Rights Reserved.

October 7, 1998

Section: B

Ohio man's trial delayed for shooting at hospital

MADISON (AP) -- The trial for an Ohio man charged in the shooting death of a doctor at a Norfolk mental hospital has been postponed for a second time.

John Keylor, 70, is charged with first-degree murder in the killing of Dr. George Bartholow. The doctor, who had treated Keylor, was shot to death in October 1996 while in his office at the Norfolk Regional Center.

Keylor pleaded innocent by reason of insanity. His trial was to start Oct. 19.

At a pre-trial conference Tuesday, Keylor's attorney, Madison County Public Defender Harry Moore, asked District Judge Robert Ensz for a delay in order for psychiatrists at the Lincoln Regional Center to continue evaluations to determine if Keylor is competent to stand trial. Ensz agreed to the continuance and has set Keylor's trial date for Dec. 8.

Earlier this year, doctors told Ensz that Keylor was fit to stand trial. He originally was set to stand trial June 8, but prosecutors agreed to delay the proceeding so he can be examined further by psychiatrists.

Keylor of Toronto, Ohio, is accused of entering the mental hospital with two .38 caliber revolvers and a duffle bag filled with 200 rounds of ammunition. He allegedly wounded one employee and shot Bartholow. Keylor was tackled by hospital workers as he stopped to reload.

Bartholow lived in Omaha and spent four days a week in Norfolk.

Keylor is being held without bond.

---- Index References ----

News Subject: (Social Issues (1SO05); Violent Crime (1VI27); Crime (1CR87); Murder & Manslaughter (1MU48))

Region: (U.S. Midwest Region (1MI19); North America (1NO39); Ohio (1OH35); Americas (1AM92); USA (1US73))

Language: EN

Other Indexing: (LINCOLN REGIONAL CENTER; MADISON COUNTY PUBLIC DEFENDER HARRY MOORE; NORFOLK REGIONAL CENTER) (Bartholow; Ensz; George Bartholow; John Keylor; Keylor; Ohio; Robert Ensz)

Edition: City

Word Count: 232

**End of Document**                                                                © 2014 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

9/18/96 N.Y. Times 7
1996 WLNR 4354032

New York Times (NY)
Copyright (c) 1996 The New York Times. All rights reserved.

September 18, 1996

Penn State Shooting Is Fatal to Student; Woman Is Arrested

AP

Jillian Robbins, 19-year-old woman, opens fire with rifle in middle of Pennsylvania State University campus, killing one student and wounding another before she is tackled while trying to reload (S)

UNIVERSITY PARK, Pa., Sept. 17

A 19-year-old woman opened fire with a rifle in the middle of the Pennsylvania State University campus today, killing one student and wounding another before she was tackled while trying to reload.

The woman, Jillian Robbins, lives in State College, which surrounds University Park, but is not a student at the university. Acquaintances said Ms. Robbins had a history of mental problems.

No immediate charges were filed against Ms. Robbins. The police said that they knew of no motive for the shooting and that Ms. Robbins did not know her victims.

Officials said she fired at least five shots from her rifle, a Mauser with a telescopic sight, around 9:30 A.M., from in front of the Hetzel Union Building, one of the campus's busiest areas, where she had spread a tarp on the lawn. The shots sent hundreds of students and teachers scattering.

One student, Melanie Spalla, 19, of Altoona, Pa., was killed, and another, Nicholas Mensah, 27, of Philadelphia, was wound once in the abdomen. He was in stable condition. Another student escaped injury when a book in his backpack stopped a bullet.

An aerospace engineering student, Brendon Malovrh, tackled Ms. Robbins as she was putting in a second ammunition clip, the police said. As the two struggled, she tried to stab Mr. Malovrh with a knife, stabbing herself in the leg instead. Mr. Malovrh used his belt as a tourniquet on Ms. Robbins. She was hospitalized in serious condition.

In the only other slaying on the campus, a female graduate student was stabbed with an icicle in a library in 1969. Her killer was never found.

---- Index References ----

Pennsylvania shooting; fatal student; We can't recover, no new lawsuit, friend warned

Region: (Pennsylvania (1PE71); USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (PENN; PENNSYLVANIA STATE UNIVERSITY; STATE COLLEGE; STATE SHOOTING; UNIVERSITY) (Acquaintances; Brendon Malovrh; Jillian Robbins; Malovrh; Melanie Spalla; Nicholas Mensah; Robbins)

Company Terms: PENNSYLVANIA STATE UNIVERSITY

Edition: Late Edition - Final

Word Count: 359

---

**End of Document**                                                                          © 2014 Thomson Reuters. No claim to original U.S. Government Works.



Alaska teenager kills principal, students at school, 1997 WLNR 6638685

**NewsRoom**

2/20/97 Dallas Morning News 3A
1997 WLNR 6638685

Dallas Morning News
Copyright © 1997 The Dallas Morning News Company

February 20, 1997

Section: NEWS

Alaska teenager kills principal, students at school

BETHEL, Alaska

BETHEL, Alaska - A teenager carrying a shotgun and a paper bag full of shells chased fellow teens through high school hallways Wednesday, killed his principal and wounded three fellow students.

The 16-year-old junior also exchanged shots with police before officers tackled him as he reloaded, said Ken Waugh, a state police spokesman. He said the motive for the shooting was not known.

Principal Ron Edwards died at a nearby hospital. Josh Palacios, a junior at Bethel Regional High School, was flown to a hospital in Anchorage, about 400 miles to the east. He was in critical condition.

The other students were less seriously hurt, witnesses said.

Police would not release the arrested teenager's name because he's a juvenile, but many witnesses in the town of 4,700 identified him as Evan Ramsey, foster son of the school superintendent and son of a locally notorious ex-convict

Copyright © 1997 The Dallas Morning News Company


---- Index References ----

News Subject: (Parents & Parenting (1PA25); Health & Family (1HE30); Teenagers (1TE59))

Region: (Alaska (1AL32); USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (ALASKA; BETHEL REGIONAL HIGH SCHOOL) (Evan Ramsey; Josh Palacios; Ken Waugh; Ron Edwards)

Edition: HOME FINAL

Word Count: 188

**End of Document**                                                © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

3/14/97 Dallas Morning News 1A

1997 WLNR 6645161

Dallas Morning News

Copyright © 1997 The Dallas Morning News Company

March 14, 1997

Section: NEWS

Jordan soldier kills 7 Israeli schoolgirls 6 hurt; attack increases already high tensions

Drusilla MenakerSpecial Contributor to The Dallas Morning News

Special Contributor to The Dallas Morning News

BET SHEMESH, Israel

BET SHEMESH, Israel - A Jordanian soldier opened fire Thursday on Israeli schoolgirls taking a field trip along the border, killing seven of the teenagers, wounding six and sending the two nations into shock

The gunman's motive was not known, but even as an isolated insanity, the attack took on regional political significance.

Israeli Foreign Minister David Levy suggested a link between the shooting and Jordanian King Hussein's unusually angry condemnation of Israeli policies toward Palestinians and the peace process in a letter this week to Prime Minister Benjamin Netanyahu.

Mr. Netanyahu called on Jordan to take swift action against the assailant. "This was a violent, criminal attack," Mr. Netanyahu said. "Young girls were murdered. We expect the Jordanian government to act vigorously to bring the perpetrators to justice. " King Hussein canceled a trip to the United States and returned to Jordan from Spain, where he had been on a stopover. Crown Prince Hassan promised a full investigation and prosecution of the soldier and called Thursday "a black day in the history of our country. " The Jordanian soldier, identified as Lance Cpl. Ahmed Yousef Mustafa, shot at the girls from above them on a grassy slope and chased them as they fled. He stopped firing only when ammunition for hi s automatic rifle ran out. As he tried to reload, he was tackled by other Jordanian soldiers.

The tragedy came during a flare-up in tension between Israel and its Arab neighbors over Israeli plans to build new Jewish housing in East Jerusalem and other issues. On Sunday, King Hussein wrote to Mr. Netanyahu that his actions were pushing the region toward "an abyss of bloodshed and disaster. " Mr. Levy, the Israeli foreign minister, told the Jordanian prime minister, Abdul-Karim Kabariti, that "recent declarations created a psychological atmosphere that could lead to suc h tragic acts. " Israeli Defense Minister Yitzak Mordechai cautioned, however, that "what we need now is for everybody to be careful with everything that they are saying, doing and maybe planning for the future. " In Washington, President Clinton also appealed for calm, noting that "there is no evidence at this moment that this terrible incident is related to tensions in the area. " The victims were among 80 students from the working-class town of Bet Shemesh, just west of Jerusal em, on a three-day excursion to the north of the country, along the usually tranquil border between Israel and Jordan. They were visiting the island of Naharayim in the Jordan River, where a sign proclaims "The Island of Peace" and visitors have a sweeping view of Syria, Israel and Jordan.

The area was taken by Israel in the 1948 Middle East War but returned to Jordan's control under the countries' 1994 peace treaty, although Israelis still farm and visit there freely.

Voice of Israel Radio reported that the Israeli security brigade that regularly accompanies school groups had turned in its weapons on entering the Jordanian-patrolled area.

"I heard shooting and saw my classmates rolling down the hill," said Natalie Boliti, a 13-year-old who witnessed the killings from 10 feet away on the school bus.

"At first I thought it was a joke, or a drill, but then I understood it was for real, and we started yelling and screaming and getting on the floor," she said Thursday night, her eyes ringed in red from sobbing and her anxious parents rubbing her shoulders.

The students described jumping into the bushes trying to hide, screaming for their teachers to help them and watching their desperate principal try to push his charges to safety down the hillside. Finally, the girls said, they saw bodies on the ground.

"I saw one with a bullet in her heart and one with a bullet in her hand," said Ashrat Abudbol, 14.

Some of the surviving 7th- and 8th-graders were in tears, others numb with shock as they piled out of the returning buses and into the arms of their families outside the Feirst School, a public junior and senior high school for Orthodox Jewish students.

"She's dead! " one screamed to a waiting friend. "Hush, hush, it is OK, I am here," said a father comforting his daughter.

Psychologists were at the school to counsel the children, and memorials with seven burning prayer candles were set up in a hallway and on the sidewalk outside.

The massacre turned a much-anticipated annual ritual of Israeli school life into a shocking nightmare.

"Our driver turned on the radio, and first we heard Bet Shemesh mentioned and were happy," said Hila Cohen, a 7th-grader whose class was in a different bus. "Then we realized it was a terrorist attack and we all started to cry. These girls were my friends. " One parent, Motti Cohen, recalled the agonizing wait for word that his daughter was OK. "I said, `Please, just tell me if she is dead or alive. ' " Even when he learned she was safe, he wondered how witnessing her friends' deaths would change her.

"I have been through wars, so it doesn't hurt me so much," Mr. Cohen said. "But I worry about her, how it will affect her in the future. " Yet such tragedy is all too familiar to Israelis, he said. "We are used to terrorist attacks. Everything that happens in the country hurts us. " Several parents complained that they did not know that their children's itinerary included going to a Jordanian area.

Some witnesses said the Jordanian soldiers did not try to stop their comrade as he was shooting, and Crown Prince Hassan said there would be an investigation into a possible "breakdown of management. " The wounded were taken to hospitals in Israel and in Jordan, where Jordanians lined up to donate blood.

King Hussein, visibly sorrowful, said he felt the attack as if it was "aimed at me, at my children. " "When I warned a couple of days ago of . . . the possibility of violence, I never thought that it would take the form it did today," he said.

"I can assure one and all I will do everything I can as long as I live to leave behind a legacy of peace. " Drusilla Menaker covers the Middle East and Africa from Cairo, Egypt. She is a regular contributor to The Dallas Morning News

Copyright © 1997 The Dallas Morning News Company

---- Index References ----

News Subject: (International Terrorism (1IN37); International Issues (1IN59); Government (1GO80); Political Parties (1PO73))

Region: (Middle East (1MI23); Jordan (1JO78); Arab States (1AR46); Israel (1IS16); Mediterranean (1ME20))

Language: EN

Other Indexing: (BET SHEMESH; FEIRST SCHOOL; ISRAELI DEFENSE; ISRAELI FOREIGN; ORTHODOX JEWISH) (Abdul-Karim Kabariti; Ahmed Yousef Mustafa; Ashrat Abudbol; Benjamin Netanyahu; Clinton; Cohen; Crown Prince; David Levy; Drusilla Menaker; Hassan; Hila Cohen; Hush; Hussein; Levy; Motti Cohen; Natalie Boliti; Netanyahu; Voice; Yitzak Mordechai)

Edition: HOME FINAL

Word Count: 1236

---

**End of Document** © 2014 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

10/2/97 USA TODAY 03A
1997 WLNR 3049433

USA Today (USA)
Copyright 1997 Gannett Co., Inc.

October 2, 1997

Section: NEWS

3 slain in Miss. teen's rampage

Scott Hildebrand

A 16-year-old Mississippi high school student, apparently distraught over his breakup with a girlfriend, stabbed his mother to
death and then shot nine students at a crowded high school, killing two of them, police said.
Luke Woodham, a sophomore, was described as a quiet teen, who had few friends. He faces charges of murder and aggravated
assault when he appears in court today. Bond hasn't been set.

Pearl, Miss., police say Woodham stabbed his mother, Mary, 50, to death with a butcher knife in the bedroom of their brick
home about 5 a.m. Wednesday.

Neighbors saw him leave the house in his mother's car, hitting a tree and crossing a neighbor's yard as he drove away. His
mother usually drove him to school.

About 8:10 a.m., police say Woodham walked into the commons area just inside the front door at Pearl High School and shot
his ex-girlfriend Christina Menefee, 16, as she tried to run away. Next he killed Lydia Kaye Dew, 17, who had been standing
next to Menefee.

Then, police say, Woodham began shooting at random as screaming students tried to take cover.

Three boys and four girls, including one who is pregnant, were hit. Three were hospitalized, one in serious condition.

Tenth-grader Monica Tanner said the rifle ``was pretty long. . . . He was just shooting. I heard seven to eight shots. It took me
a while to get out of the building because everyone was running out at the same time and screaming.''

``It appeared to have to do with the ex-girlfriend,'' Pearl Police Chief Bill Slade said. ``He was angry. He felt like people didn't
care for him.''

Witnesses said a student tackled Woodham as he was about to reload his rifle, but Woodham escaped.

Police arrested him in his mother's compact car just outside the school.

Police, classmates and neighbors described Woodham as a quiet youth who had no history of violent behavior.

Westlaw**Next** © 2014 Thomson Reuters. No claim to original U.S. Government Works.

``He's always been quiet, never really had a lot of friends,'' neighbor Tracy Thompson said. ``Nobody believed anything like that could happen.'' She said Woodham and his mother ``never seemed like they were on bad terms.''

Woodham lived with his mother, who worked as a receptionist for Cal-Maine Foods, an egg producer. His parents apparently were divorced. He has an older brother who attends the University of Mississippi, Thompson said.

Michael Stanley, who took art classes with Woodham, said he was a talented artist. ``He's not psycho. He's smart.''

The killings shocked residents in the community 3 miles east of Jackson. At one point in the day, Slade choked back tears as he talked about the rampage.

``Naturally, when we're talking about our kids and our school, it's a sad and tragic day,'' Jimmy Foster, mayor of the town of 22,000, said.

After the shootings, weeping students gathered in small groups outside the school where the flag was lowered to half-staff. Others held hands and prayed.

Classes were canceled until Monday, but students were told to report Friday for counseling.

Contributing: Andy Kanengiser and Jill Farrell King of The Clarion-Ledger in Jackson, Miss.

PHOTO,color,Greg Jenson,The Clarion-Ledger\ PHOTO,b/w,AP

NOTES: THE NATION

**---- Index References ----**

Region: (USA (1US73); Americas (1AM92); North America (1NO39); Mississippi (1MI74))

Language: EN

Other Indexing: (AP; CLARION LEDGER; FOODS; MISSISSIPPI; PEARL; PEARL HIGH SCHOOL; PHOTO; UNIVERSITY OF MISSISSIPPI) (Bill Slade; Bond; Christina Menefee; Contributing; Greg Jenson; Jill Farrell; Jimmy Foster; Luke Woodham; Lydia Kaye Dew; Mary; Menefee; Michael Stanley; Monica Tanner; Naturally; Slade; Tenth; Thompson; Tracy Thompson; Woodham)

Edition: FINAL

Word Count: 627

© 2014 Thomson Reuters. No claim to original U.S. Government Works.



© 2014 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

3/27/97 Plain Dealer (Clev.) 5B
1997 WLNR 6341996

Cleveland Plain Dealer
Copyright © 1997 2002 The Plain Dealer. All Rights Reserved. Used by NewsBank with Permission.

March 27, 1997

Section: OHIO

WOMAN SENTENCED FOR SHOOTING DEMOLITION MAN

ASSOCIATED PRESS

DAYTON

A 72-year-old woman convicted of shooting a worker who had come to demolish her condemned house has been sentenced to prison.

Bessie Hardin was given two terms of 5 to 25 years this week by Judge John Petzold of Montgomery County Common Pleas Court.

Hardin pleaded guilty to two counts of attempted murder earlier this month for shooting demolition worker Bill Flitton with a .22-caliber handgun in 1994. Fellow demolition worker Dennis Sovonick was injured when he tackled Hardin as she was reloading the gun.

Police said Hardin was angered by the city's efforts to demolish her house, which had been declared a nuisance.

In a pending civil lawsuit, Flitton and Sovonick allege that contractor Steve R. Rauch and his companies, Steve R. Rauch Inc. and American Environmental Control, knowingly sent them into an unsafe situation and failed to warn them about a previous threat from Hardin.

But Rauch denied responsibility for the attack, the men's injuries and claims made in the lawsuit.

"I'm sad about the situation. They have to do what they feel is correct or incorrect," Rauch said.

Copyright © 1997 2002 The Plain Dealer. All Rights Reserved. Used by NewsBank with Permission.

---- Index References ----

News Subject: (Violent Crime (1VI27); Crime (1CR87); Social Issues (1SO05))

Language: EN

Other Indexing: (AMERICAN ENVIRONMENTAL CONTROL; DAYTON; MONTGOMERY COUNTY COMMON PLEAS COURT) (Bessie Hardin; Bill Flitton; Dennis Sovonick; Flitton; Hardin; John Petzold; Police; Rauch; Sovonick; Steve R. Rauch; WOMAN SENTENCED)

Edition: FINAL / ALL

Word Count: 237

---

**End of Document**© 2014 Thomson Reuters. No claim to original U.S. Government Works.



---

WestlawNext® © 2014 Thomson Reuters. No claim to original U.S. Government Works.  2

A high-stakes business With human lives on th..., 2004 WLNR 15076228

**News**Room

9/26/04 Fort Wayne J. Gazette (IN) 1
2004 WLNR 15076228

Journal - Gazette
Copyright © 2004 Journal - Gazette

September 26, 2004

A high-stakes business With human lives on the line, SWAT units play fragile game
[Final Edition]

Harada, Masaaki

See 'Crisis response' box at end of story.

Police cars and an ambulance approached a Bluffton Road motel without lights and sirens and slipped into a parking lot in front of a room to which they were called.

An intoxicated man with a knife had barricaded himself in the room at the Fair Oak Motel the night of July 25. Uniformed officers blocked Bluffton Road a few hundreds yards away on each side of the motel, directing traffic and curious onlookers.

While the Fort Wayne Police Department's Emergency Services Team, better known as the SWAT team, surrounded the building, a team of hostage negotiators who make up the police department's Crisis Response Team continued a painstaking conversation with the man inside.

The 32-year-old Fort Wayne man was threatening over the phone to kill himself, said Sgt. Paul Shrawder who leads the hostage negotiators. The man wanted to talk with his girlfriend who he said was leaving him.

"He's been drinking a lot. A lot of times, just time can settle a person down. Then you can make him start thinking of the situation he is in and how he can get out or work it out," Shrawder said.

This standoff, the fourth of five handled by Fort Wayne police this year, is typical of what hostage negotiators go through.

Eight officers of the Crisis Response Team are trained to talk a barricaded person out of a building and are on call 24 hours a day. They try to resolve such situations without using the Emergency Services Team, which includes sharpshooters and may have to use force.

The case on Bluffton Road ended 90 minutes after officers got the call. Negotiators persuaded the man to come out with promises to let him talk to his girlfriend and smoke a cigarette. The man walked out of the motel room and surrendered, and the woman called to the scene was allowed to talk to him later.

The man was given a mental evaluation and later arrested, but not because of the standoff. A warrant charging him with failure to appear in court had been filed in Kane County, Ill.

WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.

Power of negotiation

Onlookers at any standoff likely see a large white truck labeled "Tactical Operation Center."

During a brief meeting after arriving, the team decides who will be the primary negotiator.

The primary negotiator, chosen case by case, is accompanied by a second negotiator, often called a coach, who listens to the conversation and advises the primary negotiator. The other negotiators are in charge of record keeping, gathering information from police records and interviewing relatives and friends.

Communication with a person inside needs to be established as soon as possible. Police also want as much information as possible about that person.

The division of labor enables police to accomplish what might seem like contradicting goals to some people, Shrawder said.

"We want to let them know even though they may see all the police with guns surrounding them, there are people who are trying to give them a way to settle it peacefully," he said. "From a negotiator's point of view, you want to talk to them, give them options and let time go by while we talk so that, eventually, they will calm down."

Opening a channel of communication with the person inside is critical. The Crisis Response Team has "throw phones" that can be connected with a 1,000-foot line and loudspeakers.

"Just actively talking to somebody makes you think," Shrawder said. "We try to make them calm down and go back to thinking mode and hopefully reason with them, showing them that the situation they are in is a bad situation. But they have options that we can settle this."

If a barricaded person is demanding certain conditions, that can be a good sign. No demands indicate the person has no interest in dealing with the outside, Shrawder said.

Police might comply with the demands if they are reasonable, Shrawder said.

Police won't let barricaded people have alcohol, illegal drugs or weapons and/or talk to certain family members or friends.

"A lot of times, you really don't know why he is there," Shrawder said. "It could be because of the mother. You don't know what the mom or the friend is going to say. They could make the situation worse."

Use of force

When a cloistered person has nothing to demand and just won't come out, police have to find something they can negotiate.

A person who barricaded himself in a Riverhaven home told negotiators he just wanted to sleep.

"We made noise so he could not go to sleep," said Allen County SWAT Team Commander Lt. Kenneth C. Fries. "He agreed to put all the guns outside if we just stop making all the noise."

The county SWAT team also dealt with an Albion man holed up in a pickup truck with rifles near the Allen-Whitley county line in January. Randall Katz was on the run from Noble County police on warrants.

A Look Inside the SWAT Team That is a Force to be Reckoned With, 1999 WLNR 7622...

Police got Katz's cell phone number from a relative, but he refused to talk. An armored vehicle drove up to his pickup truck and police talked to him by loudspeaker.

"He was not communicating at all so we had no idea what his thought process was," Fries said. "We have little idea what his next move might be."

A decision to force Katz out was made when he fired a shot into the truck's roof that made police believe he was threatening to kill himself. Police fired beanbag rounds at the pickup to distract Katz. The SWAT team broke the glass and pulled him out.

"People often think the SWAT team is a bunch of thugs just busting doors and shooting people," Fries said. "That's not our function. We are there to save lives."

SWAT teams are armed with diversionary devices and weapons like flash bangs - tear gas or stinger grenades that explode, emitting hundreds of rubber balls - as well as lethal weapons. Sometimes, however, officers choose "silent entry" tactics.

The "silent entry" was used in a hostage rescue at a Bob Evans restaurant on Valentine's Day in 1998.

Michigan robbery suspect Jody L. Sinclair took refuge at the restaurant on East Dupont Road after a car chase that began in DeKalb County. While he drove south on Interstate 69 at high speed, Sinclair fired at DeKalb County sheriff and Waterloo police squad cars that were tailing him. When his car was disabled by stop sticks near the Allen-DeKalb county line, he abandoned the car, commandeered a van at a rest stop and continued to flee. He ran over stop sticks a second time and got off the interstate at Dupont Road.

There were 36 to 40 people in the restaurant when Sinclair rushed in, Fries said. He took four hostages - two employees and two patrons - in the back room. The rest fled, but the husbands of the two customers stayed in the dining area, refusing to leave without their wives.

"I anticipated the best we can hope for at the end of the day might be the hostage taker would be dead," Fries said.

Sinclair talked with a dispatcher, demanding drugs during the 2 1/ 2 -hour hostage situation. SWAT members entered the building after a gunshot was heard from inside.

"We did not know where he was in the restaurant. Yet, you could smell the gunpowder that gave us a way to locate him," Fries said. "He was reloading the gun when we came around the corner and he was tackled by two of our guys."

The SWAT team did not fire asingle shot or use any diversionary device. "He did not even know we were in the restaurant," Fries said.

On the edge

The Fort Wayne Emergency Service Team's only fatal standoff occurred in 1992 when 26-year-old Leroy Ross-Church was shot after lunging at officers with a knife.

Ross-Church had barricaded himself in a closet in an apartment, threatening to commit suicide. Three negotiators went into the room, trying to talk.

With negotiations failed and Ross-Church's suicide threat imminent, police used tear gas to force him to come out.

The tactic worked to force him out, but Ross-Church came toward officers brandishing a knife instead of surrendering. He refused to drop the knife and officers shot him to death.

An Allen County grand jury cleared police of any wrongdoing in the death. A federal investigation found Ross-Church's civil rights were not violated in the shooting.

Ross-Church's death spurred arguments about how police handle people with possible mental problems.

The answer was the creation of yet another team - the Crisis Intervention Team consisting of officers trained by mental health professionals. The team includes patrol officers who are spread out in three working shifts. As first responders, they try to prevent people with mental illnesses from creating situations that might require the hostage negotiators and SWAT team.

Studies show more than 16 percent of adults and 75 percent of juveniles incarcerated in the United States have mental illnesses, said Teresa Hatten, vice president of the Fort Wayne affiliate of the National Alliance for Mentally Ill.

"People with mental illness deserve treatment, not a jail," said Park Center CEO Paul Wilson, who advises officers who undergo Crisis Intervention Team training. "If somebody is truly psychotic and cannot make a rational choice, committed a petty crime or whatever, it makes much more sense to get them appropriate treatment than giving them jail time."

The Crisis Intervention Team program, started in August 2001, has had success and was expanded to other police departments, including the Allen County Sheriff's Department, New Haven and Bluffton, Wilson said.

Six people were arrested in 955 cases Crisis Intervention Team officers responded to from Aug. 1, 2003, to July 31, according to police records. In 52 of those cases, a person was armed. Without the Crisis Intervention Team, some of those cases could have been worse, Wilson said.

The number of cases involving barricaded people declined to three in 2002, a year after the Crisis Intervention Team program was launched, but that number shot up to nine cases - two above the 12- year average of seven cases - the next year.

Shrawder couldn't explain the fluctuation, but believes in the long run the program may reduce the number of standoffs or hostage situations.

"Officers who recognize how and why those things happen to people," he said, "can effectively intervene with a lot of people and prevent situations from developing into a serious crisis."

Crisis response

Calls for service by the Fort Wayne police Crisis Response Team

2004 through September---5

2003---9

2002---3

2001---9

2000---4

1999---14

1998---12

1997---8

1996---3

1995---2

1994---7

1993---7

1992---4

ILLUSTRATION

Caption: Dean Musser Jr./ The Journal Gazette: A member of the Allen County Sheriff's Department's SWAT Team participates in a regular training session earlier this month. Photo 2: Officers with the Allen County Sheriff's Department's SWAT team engage in a monthly training exercise. Shrawder headshot

---- Index References ----

News Subject: (Legal (1LE33); Health & Family (1HE30); Government (1GO80); Government Litigation (1GO18); Health & Safety (1HE24))

Industry: (Critical & Intensive Care (1CR27); Healthcare (1HE06); Psychology (1PS96); Psychiatric Services (1PS61); Healthcare Services (1HE13); Healthcare Practice Specialties (1HE49))

Region: (USA (1US73); Americas (1AM92); Indiana (1IN12); North America (1NO39))

Language: EN

Other Indexing: (ALLEN; ALLEN WHITLEY; ALLEN COUNTY; ALLEN COUNTY SHERIFF; ALLEN COUNTY SHERIFFS DEPARTMENT; ALLEN COUNTY SWAT; CRISIS INTERVENTION TEAM; CRISIS RESPONSE TEAM; DEPARTMENT; EMERGENCY SERVICES TEAM; FAIR OAK MOTEL; FORT WAYNE; FORT WAYNE EMERGENCY SERVICE TEAM; FORT WAYNE POLICE DEPARTMENT; ILLUSTRATION; JOURNAL GAZETTE; LEROY ROSS; NATIONAL ALLIANCE FOR MENTALLY ILL; PARK CENTER; ROSS CHURCH; SWAT; SWAT TEAM; VALENTINE) (Bob Evans; Caption: Dean Musser Jr.; Fries; Jody L. Sinclair; Katz; Kenneth C. Fries; Michigan; Opening; Paul Shrawder; Paul Wilson; Photo; Randall Katz; Shrawder; Sinclair; Studies; Teresa Hatten; Wilson)

Company Terms: ROSS CHURCHS

Word Count: 2166

---

**End of Document**                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

NewsRoom

11/5/99 Akron Beacon J. (Ohio) A2
1999 WLNR 1663786

Akron Beacon Journal (Ohio) (KRT)
Copyright (c) 1999, Beacon Journal Publishing Co.

November 5, 1999

Section: WORLD

BRAZILIAN OPENS FIRE IN THEATER, KILLING 3

Associated Press

SAO PAULO, BRAZIL:

The gun was American, and the violent movie was, too.

A 24-year-old medical student stood up in a theater during a screening of the Hollywood film Fight Club Wednesday night and opened fire with a U.S.-made 9 mm submachine gun, killing three people and wounding five.

"We're shocked," said Police Lt. Col. Fernando Franco de Paulo. "We're used to seeing this in the United States, but not here."

About 30 people were in the audience when Mateus da Costa Meira, son of a well-to-do family, went into the bathroom of Cinema 5 in the Morumbi shopping mall and fired a few shots at the mirror, police inspector Miguel Pinheiro said. Apparently, no one noticed.

"Then he walked back into the theater and started firing at random," Pinheiro said.

After emptying the Cobray M-11's 40-round clip, he paused to reload and was tackled by audience members, Pinheiro said.

Meira was arrested and charged with first-degree murder. Authorities said Meira had psychiatric problems and apparently was addicted to cocaine.


---- Index References ----


News Subject: (Violent Crime (1VI27); Crime (1CR87); Social Issues (1SO05))

Industry: (Entertainment (1EN08))

Region: (Brazil (1BR84); Americas (1AM92); South America (1SO03); Latin America (1LA15))

Language: EN

WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.

Other Indexing: (FIGHT CLUB; HOLLYWOOD; MATEUS; MORUMBI) (BRAZILIAN; Costa Meira; Fernando Franco; Meira; Miguel Pinheiro; OPENS FIRE; Pinheiro)

Edition: 1 STAR

Word Count: 207

**End of Document**                                            © 2014 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

NewsRoom

7/1/99 Atlanta J. - Const. C6
1999 WLNR 3447590

Atlanta Journal and Constitution (GA)
Copyright 1999 Atlanta Newspapers Inc.

July 1, 1999

Section: Local News

MALL MERCHANT WAS SHOT OVER A BURGER, POLICE SAY

Peter Scott; Staff

An argument over a hamburger apparently led to the shooting of an Avondale Mall food court store manager and the arrest of one of his customers, police said Wednesday.

Stanley Lewis Barge, 34, of Lithonia is in the DeKalb County Jail charged with two counts of aggravated assault.

Food merchant Meherhad Panahiolfai, 43, is in fair condition following emergency surgery at a local hospital. The shooting occurred about 6:40 p.m. Tuesday, police said.

Earlier Tuesday, Barge had gone to his former place of employment, G&P Trucking in Conley, where he was "very threatening toward us, but we couldn't figure out why," said Steve Farris, a dispatcher who knew Barge.

He characterized the former trucker, who left the company in 1995, as a good worker.

"I've known him for years and he has never been a liability or a problem," said Farris. "I tried to talk to him and he told us to get out of his face and left. . . . We had to call police, but he left before they got here."

The shooting at the mall took place four hours later.

"He (Barge) had beat on several counters in the mall's food court demanding a hamburger," said Lt. Winston Harper of the Safety Network security force that monitors the mall at the intersection of Memorial Drive and Columbia Drive in central DeKalb.

Witnesses told police that Barge got into an argument with Panahiolfai, a manager at the Shake and Burger in the food court, over an order he had placed.

Panahiolfai jumped over the counter to confront Barge, police said.

Barge pulled out a revolver, shot Panahiolfai twice in the hip and exchanged gunfire with security guard Shaheed Bay, according to police. Barge was apprehended by mall security officers and police as he tried to reload, authorities said.

On Wednesday, merchants and shoppers were "trying to get back to normal" at the 350,000-square-foot mall, said Tom Wheeler, president of Wheeler Cobb Management Co., which operates the mall. "We are committed to a high security profile. In every case at the mall, our security has been right there on top of it."

Early indications were that while security weighed on the minds of some shoppers, others were taking the incident in stride.

"This can happen anywhere," said Brenda Eatmon. "I plan to be back."

Metro version is longer.7/2/99, Page A/2: Mehrdad Panahiolfat: In Local News Wednesday and Thursday, the name of the victim in Tuesday's shooting at Avondale Mall was misspelled. HIs name is Mehrdad Panahiolfat.


**---- Index References ----**


Language: EN

Other Indexing: (AVONDALE MALL; SHAKE AND BURGER; WHEELER COBB MANAGEMENT CO) (Barge; Brenda Eatmon; Earlier Tuesday; Farris; G Trucking; Lithonia; MALL MERCHANT; Meherhad Panahiolfai; Metro; Panahiolfai; Stanley Lewis Barge; Steve Farris; Tom Wheeler; Winston Harper)

Edition: Home

Word Count: 500

---

**End of Document**                                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.



Case 3:17-cv-01017-BEN-JLB Document 18-1 Filed 06/05/17 PageID.1950 Page 155 of 252

**News**Room

1/17/99 St. Louis Post-Dispatch B1

1999 WLNR 964432

St. Louis Post-Dispatch (MO)

Copyright (c) 1999 The St. Louis Post-Dispatch

January 17, 1999

Section: NEWS ANALYSIS

SHOOTING DOESN'T MINIMIZE MAN'S LOVE FOR HIS SON

Gregory Freeman

Unwavering love

Stan Greer still feels the pain from being shot in the back.

Even worse is the pain of knowing that his wife is dead and that his then-15-year-old son shot them both.

But Greer continues fighting back - against the pain and for his son.

It was a morning in November 1997 when Vince Greer ambushed his father with a .22-caliber rifle and shot him in the back in his basement bedroom. He then marched upstairs and shot his mother at close range. He was reloading his gun when Stan Greer broke through a locked door and tackled him before he could finish reloading.

Slowly but surely, Stan Greer has been trying to rebuild his life. Part of that rebuilding has included efforts to get help for his son, who a court-ordered psychiatrist has concluded is schizophrenic.

In his evaluation, Dr. John Rabun said Vince was schizophrenic and was following the orders of "voices" when he killed his mother, Donna Greer, and shot his father.

Stan says signs of his son's schizophrenia developed for about nine months before the shooting, but that the family was in denial. A bright, popular student, Vince began to change. He started skipping school, lying habitually and his grades dropped. Friends said he'd begun hallucinating and hearing voices. Teachers had noticed the problem and had urged his parents to get help for him. But they kept denying that anything was wrong.

Stan regrets that now. "I think Vince was battling the problem for a while and it simply blew up," he said.

Stan still hopes to get help for his son, who is now in St. Louis County jail awaiting trial. Last week his attorney, Ron Rothman, filed an appeal to get Vince decertified as an adult. Stan would like to see his son moved back into the juvenile system and treated for his disease. County prosecutors, who claim that Vince did not suffer from a mental disease when he shot his parents, continue to push for trial.

WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.

Vince's family remains supportive of him. Last month, two days before Christmas, about 40 people, many of them family and friends, held a candlelight vigil for him outside the county jail. "We hope he doesn't have to spend another Christmas behind bars in an adult facility without the care he needs for mental illness," Stan said.

Stan still suffers from physical pain caused by nerve damage from the shooting, and he takes medication for it. Meanwhile, he's raising his daughters, Jenny, 9, and Lindsey, 14. "On the surface, at least, the girls seem to be holding up pretty well," he said.

The family continued to live in their St. Ann home for several months after the incident. "We didn't move out right away," he said. "We didn't want to run away from our problems." Ultimately, though, the family moved to a new home in Bridgeton.

Of great satisfaction to Stan is that he remarried in August, and his new wife, Kelly, has been very supportive. "It wasn't an easy situation for her to walk into something like this," he said. "But she's wonderful. She does so much for the girls, and she and Vince have a good relationship. Vince loved his mom and is still grieving for her, and he feels that Kelly is there for him as a mother figure."

Stan visits his son once a week. "He likes to draw, and he's gotten very good," Stan said. "He draws Betty Boop and Tweety Bird. He's hanging in there."

Considering the damage that Vince has done to his family, it might seem unusual that Stan remains so supportive of his son. Not at all, Stan says.

"My son suffers from a disease, like cancer or heart disease," he said. "Who would abandon their kid because he had a disease? He's a good kid and a loving kid with a disease."


**---- Index References ----**


Language: EN

Other Indexing: (Betty Boop; Donna Greer; Greer; Jenny; John Rabun; Kelly; Lindsey; Ron Rothman; SHOOTING DOESN; Slowly; Stan; Stan Greer; Teachers; Tweety Bird; Ultimately; Unwavering; Vince)

Edition: FIVE STAR LIFT

Word Count: 730

© 2014 Thomson Reuters. No claim to original U.S. Government Works.



NewsRoom

11/3/01 Chi. Sun-Times 12
2001 WLNR 13138085

Chicago Sun Times (IL)
Copyright © 2001 Inc.

November 3, 2001

Section: NEWS

Witnesses describe bar killings
'It was like a war zone,' bartender says of Elgin spree

Dan Rozek

Don Michella Gallaher recognized the man as soon as he stormed in to the Elgin nightclub that night last April carrying two shotguns and two pistols.

It was Luther "Luke" Casteel, who had crudely propositioned her and several of her friends earlier that evening, before bouncers threw him out of JB's Pub.

When the gunman opened fire in the bar, people dived under tables. They ran, screaming, for the door.

But Gallaher couldn't move.

"I looked into his eyes. I just froze. I sat there," the 31-year-old, married mother of three testified Friday in a voice so low it could hardly be heard in the St. Charles courtroom where Casteel went on trial for murder, accused of killing two people and wounding 16 more in a drunken shooting spree last April 14.

In an instant, someone knocked her off her bar stool to the floor, and she and her girlfriends escaped unhurt and crawled out a back door of the popular club.

But the man who got her out of the line of fire did not.

Bar manager Jeff "Whitey" Weides, 38, was killed in the rampage, along with Richard Bartlett, 48, of Elgin, a bar patron who was gunned down as he sat near the front entrance.

Casteel, 43, of Elgin, a construction worker who has served two prison terms for armed robbery, faces a possible death sentence if convicted.

Kane County State's Attorney Meg Gorecki told jurors that testimony would show Casteel came back to JB's looking for payback an hour after he was ejected for harassing women.

Gorecki said witnesses will testify that when he returned, Casteel walked across the dance floor, firing at anyone who moved, and shouting lines from movies. "I'm a natural-born killer," Casteel screamed as he shot, Gorecki said, quoting witnesses. "I'm the king of the world."

Casteel, firing all four weapons, was tackled by bar employees and customers when he stopped to reload, she said.

Several witnesses who testified Friday described a chaotic scene as the gunman started shooting inside the crowded nightclub.

"It was like a war zone," said Dale Koehring, a bartender who worked with Weides. "The shots were 'pop, pop, pop.' Just rapid-fire."

Earlier that night, Casteel had gone home and changed from the sport coat and white dress shirt he'd worn earlier at the bar into military fatigues, shaved his head, leaving clumps of hair sticking up, slung a gas mask around his neck, and strapped on holsters and ammunition belts, Gorecki said testimony would show.

The gunman pulled in to JB's parking lot, leaving his car running and his door open, and fired two shotgun blasts at cars pulling in, then stepped inside and fired as people ran, Gorecki said.

"People were screaming. Everybody was yelling, 'Get down, get down!' " Gallaher testified.

Koehring was heading to the men's room when the shooting began. He said he ducked out a back door, then hesitated, worried about co-workers, including his friend Weides.

"Once I got out, all I wanted to do was get back in," said Koehring, who testified he never saw the gunman in the commotion.

Inside, he said he saw Weides on the floor and grabbed a towel to try to stanch the bleeding.

Kane County Public Defender David Kliment said he would show Casteel wasn't legally responsible for his actions, that he was under stress and had been drinking all day, and that an anti-depressant medication he was taking worsened the effects of the alcohol, leaving him unable to control his own actions.

"What happened that night was not something done by the Luke Casteel that everybody knew," Kliment told jurors, describing Casteel as "a normal guy, living a normal life."

#### ---- Index References ----

Company: SHANGHAI JIABAO INDUSTRY AND COMMERCE (GROUP) CO LTD

News Subject: (Social Issues (1SO05); Violent Crime (1VI27); Top World News (1WO62); Crime (1CR87))

Industry: (Entertainment (1EN08); Bars & Nightclubs (1BA02))

Language: EN

Other Indexing: (ELGIN; JB; KANE COUNTY PUBLIC; KANE COUNTY STATES) (Casteel; Dale Koehring; David Kliment; Gallaher; Gorecki; Kliment; Koehring; Meg Gorecki; Michella Gallaher; Richard Bartlett)

Keywords: Elgin murder trial (CRIME LEGAL SUBURBS); (NEWS)

Word Count: 618

**End of Document**                                                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

VOLOKH REPORT ON SUSPECTABLE WEAPONS MAGAZINES   2001 WLNR 10866670

**News**Room

4/21/01 Orlando Sentinel A14
2001 WLNR 10866670

Orlando Sentinel
Copyright © 2001 Orlando Sentinel Communications

April 21, 2001

Section: A SECTION

VICTIMS OF SCHOOL ATTACK REMEMBERED
A SERVICE PAID TRIBUTE TO THE 12 STUDENTS AND
ONE TEACHER WHO WERE KILLED IN LITTLETON, COLO.

Compiled From Wire Reports

LITTLETON, Colo. -- Holding hands and wiping away tears, about 350 people marked the second anniversary Friday of the
Columbine High tragedy by listening as the names of the 13 people gunned down by two students were read aloud.

During the brief service at a park near Columbine, school officials asked the crowd to remember that the attack does not define
the school or its students. Relatives, friends, survivors and students walked past 13 6-foot wooden crosses temporarily erected
in a parking lot in honor of the victims.

"It's just a time to remember," Chris Bernall said, pausing at a cross bearing the name of his sister, Cassie. "I've moved on. I've
had a sense of peace about it, knowing where Cassie is. She's up in heaven."

It was lunchtime on April 20, 1999, when students Eric Harris and Dylan Klebold opened fire. They killed 12 classmates and
a teacher and wounded 26 others before committing suicide in the school's library.

There were scattered reports of threats at schools elsewhere in the country Friday.

Two schools in the Mattituck-Cutchogue district on New York's Long Island were closed Friday because of threatening e-mail.
The content of the e-mail was not disclosed.

And in Monroe, La., a 14-year-old student at a disciplinary school drew a semiautomatic handgun and fired five shots that
missed a principal and other school workers. The shooting at the Monroe City Alternative Center happened before classes as
about 20 students lined up to be routinely scanned for weapons. All had been expelled from other schools.

Police said the boy drew a .38-caliber semiautomatic pistol out of a zippered binder notebook, pointed it toward a group of
faculty members and pulled the trigger. But it either misfired or there was no round in the chamber.

Students and school workers ran into the auditorium and teachers held the door closed. The youth tried to open the door, then
fired several times through a window in the door. He eventually re-entered the school and fired another shot, but students and
school workers escaped. The youth was subdued by police as he reloaded.

As Friday's service began, low clouds settled in and light rain sprinkled the crowd. The sun broke through moments later. "When the sun came out, I knew that was Dave warming us up," said Cindy Thirouin, whose father, teacher Dave Sanders, was killed in the attack.

Copyright © 2001 Orlando Sentinel Communications

**---- Index References ----**

Region: (USA (1US73); Americas (1AM92); Colorado (1CO26); North America (1NO39); New York (1NE72))

Language: EN

Other Indexing: (LITTLETON; MATTITUCK CUTCHOGUE; TEACHER) (Cassie; Chris Bernall; Cindy Thirouin; Dave Sanders; Dylan Klebold; Eric Harris)

Edition: METRO

Word Count: 480

**End of Document** © 2014 Thomson Reuters. No claim to original U.S. Government Works.



NewsRoom

3/27/02 Evening Standard (London, UK) 14
2002 WLNR 3024584

Evening Standard (London, UK)
Copyright © 2004 Associated Newspapers Company. All rights reserved.

March 27, 2002

MASSACRE IN A TOWN HALL

PATRICK SAWER;TOBY ROSE

AT LEAST eight people are dead and many others critically injured after a crazed gunman today opened fire on a Paris town hall meeting with a machinegun and an automatic pistol.

In what the French prime minister described as a moment of "raging madness" the man took careful aim at his victims after sitting through a meeting.

As council members rose to put on their coats he stood up in the public gallery and calmly opened fire with a submachinegun and a Magnum 357 automatic pistol.

He said nothing throughout the bloodbath and even methodically recharged his weapons. One man was seriously injured trying to tackle the gunman as he reloaded.

Survivors bravely grappled the gunman to the ground and held him until he was arrested.

The 33-year-old man knew the Green Party officials he shot in the western Paris suburb of Nanterre, but the party denied reports that he was a member of their organisation. There was pandemonium as dozens of police vehicles and more than 100 rescue officials flooded the town hall. A helicopter took some of the injured to hospital while firemen checked the large modern complex for other victims.

At least 14 of the 30 wounded were in a serious condition, some critical.

"This is murderous madness," said premier Lionel Jospin at the scene this morning. "It's unimaginable drama, I'm horrified. These are inhuman acts. It is a horrifying tragedy that harms democracy - a city council meeting in action. Many officials reacted with great courage to overpower the lunatic."

President Jacques Chirac expressed his "very great emotion" at the news.

Fire chief Captain Laurent Vibert said. "This was like a scene of a terrorist attack. It was a battlefield." A witness told France Info radio: "He had two or three guns and started shooting with a gun under each arm. He was shooting at anything that moved, but he was completely calm."

The witness said the gunman shot Green representatives before opening fire indiscriminately on the rest of the room.

The reasons for his terrifying actions remain a mystery.

"He comes to all the council meetings and had no motive to do this," she said.

Samuel Rijik, a municipal official at the meeting, said: "I thought it was a joke at first.

Some people thought it was firecrackers. I crawled under my table and a bullet went through my jacket. I thought I was hit."

Weeping relatives of the victims arrived to identify the bodies, which remained in the council hall hours after the shooting.

The massacre has stunned France, already reeling from a series of bloody gun crimes and undergoing an intense debate about rising violent crime. This is one of the worst shootings in the country's history.

The gunman opened fire about 1.15am local time as the meeting in the middleclass neighbourhood drew to a close.

A rescue official, Laurent Vibert, confirmed the man used at least two automatic pistols. Some 50 empty shells lay scattered at the scene following the shooting.

Nanterre mayor Jacqueline Fraysse-Casalis, who was presiding, said: "I ended the session. A man got up. He had been sitting in the public area. He shot straight in front of him, and then he moved to where the council members were sitting.

He said nothing. It was long. It lasted many minutes."

With M Jospin at her side she continued: "I can't bear the sight of the bodies of my fellow councillors lying there. Many of them have families and young children."

Mme Fraysse-Casalis, who said she did not know the man, added that there had not been any unusually heated debate.

The injured are being treated at hospitals in Paris alongside 22 people suffering from shock.

"An emergency plan has been put into action and teams of surgeons specialising in gunshot wounds are in place. Most of the injured are suffering from chest wounds," said Yves Bot, the public prosecutor.

Rising crime has climbed to the top of France's political agenda in the run-up to the presidential elections this spring. Both President Chirac and M Jospin, who is waging a bitter campaign against his arch-rival, have promised a crackdown on crime.

Thousands of police officers held nationwide strikes in December, demanding more pay and better equipment because their jobs have become increasingly risky. The protests started after two officers were shot and killed during an armed robbery in a Paris suburb in October.

In the central French city of Tours, a masked gunman killed four people, also in October.

In an attack similar to today's, in Switzerland last September, a 57-year-old man opened fire with an assault rifle at a state legislature meeting, killing 14 people before shooting himself.

Terrorism expert Mike Yardley said gun controls in both France and Switzerland were far less strict than in Britain.

END

**---- Index References ----**

Company: MAGNUM AG

News Subject: (Accidents & Injuries (1AC02); Fires (1FI90); International Terrorism (1IN37); Crime (1CR87); Social Issues (1SO05); Violent Crime (1VI27); Top World News (1WO62); Health & Family (1HE30))

Region: (Central Europe (1CE50); France (1FR23); Europe (1EU83); Mediterranean (1ME20); Eurozone Countries (1EU86); Western Europe (1WE41); Switzerland (1SW77))

Language: EN

Other Indexing: (Jacqueline Fraysse-Casalis; Mike Yardley; Samuel Rijik; Lionel Jospin; Laurent Vibert; Yves Bot; Jacques Chirac)

Edition: A MERGE

Word Count: 799

End of Document
© 2014 Thomson Reuters. No claim to original U.S. Government Works.



Woman shot at airport dies Pensacola man now charged with murder, 2002 WLNR 1382822

NewsRoom

5/28/02 Times-Picayune 1
2002 WLNR 1382822

New Orleans Times Picayune
Copyright, 2002, The Times-Picayune Publishing Corporation.

May 28, 2002

Section: METRO

Woman shot at airport dies Pensacola man now charged with murder

Manuel Torres Staff writer

A California woman shot last week at Louis Armstrong International Airport died Monday morning, prompting authorities to upgrade charges against the man accused of shooting her.

The Jefferson Parish Sheriff Office said it now will book Patrick Gott of Pensacola, Fla., with first-degree murder in the death of the 45-year-old woman, whose name was not released. Police and the hospital said her relatives asked that she not be identified.

The woman, an employee of the Defense Department, was hit in the stomach Wednesday when Gott, 43, fired a 12-gauge shotgun inside the airport s terminal. Gott, who also hit an Southwest Airlines employee in the hand, faces an additional count of attempted murder and a count of illegally carrying of a weapon. Bystanders tackled him after he fired once, preventing him from reloading the shotgun.

The California woman had undergone surgery at Kenner Regional Medical Center on Wednesday, where she had been in critical condition in intensive care late last week. A hospital spokesman said the woman died Monday at 9:25 a.m.

Gott told authorities last week that he was a Muslim and that he opened fire because people made fun of his turban, though officials have said it is unclear when the taunting occurred. He remains in the Jefferson Parish Correctional Center with bail set at $1 million.

Officials said Gott acted alone, and the shooting does not appear to be terrorism. But it is the most serious in a string of recent incidents that have raised questions about security at the airport.

Airport officials issued a statement offering their condolences to the victim s family. But Aviation Director Roy Williams did not indicate what actions, if any, the airport might consider to prevent similar incidents in the future. Authorities and Williams have said such incidents could be hard to prevent.

The airport, Williams said, "will continue to work closely with our colleagues at the responsible law enforcement agencies to do all that is possible to assure the safety of passengers, airport and airline personnel."

The Federal Aviation Administration is investigating the case.

Weaver and Campbell's Bench Outdoorsman - China... , 2002 WLNR 10540717

---- **Index References** ----

Company: SOUTHWEST AIRLINES CO

News Subject: (Violent Crime (1VI27); Crime (1CR87); Judicial (1JU36); Legal (1LE33); Social Issues (1SO05); Criminal Law (1CR79); Police (1PO98))

Industry: (Transportation (1TR48); Air Transportation (1AI53); Airports (1AI61); Passenger Transportation (1PA35))

Region: (USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (CALIFORNIA; DEFENSE DEPARTMENT; FEDERAL AVIATION ADMINISTRATION; JEFFERSON PARISH CORRECTIONAL CENTER; JEFFERSON PARISH SHERIFF OFFICE; KENNER REGIONAL MEDICAL CENTER; SOUTHWEST AIRLINES; WOMAN) (Bystanders; Gott; Patrick Gott; Roy Williams; Williams)

Word Count: 423

---

　　　　　　　　　　　　　　　© 2014 Thomson Reuters. No claim to original U.S. Government Works.



WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.　　2

NewsRoom

5/27/02 Pitt. Post-Gazette B5
2002 WLNR 4251855

Pittsburgh Post-Gazette (PA)
Copyright 2002 PG Publishing Co.

May 27, 2002

Section: LOCAL

OFFICER SHOT, SAVED BY BULLETPROOF VEST ASSAILANT IS WOUNDED BY MT. LEBANON POLICE

CINDI LASH AND JOHNNA A. PRO, POST-GAZETTE STAFF WRITERS

A Mt. Lebanon police officer was shot in the chest last night after responding to a domestic dispute, but escaped serious injury because he was wearing body armor.

Mt. Lebanon Officers Dan Rieg and Jeff Kite responded to a report of a domestic dispute at the home of Edward and Susan Constant on Piper Drive at about 10:40 p.m. The officers saw a man inside push a woman to the floor, then he came to the door and began firing at them.

Mt. Lebanon Deputy Police Chief Henry Egal said Edward Constant, 57, fired with a handgun, striking Rieg. Police returned fire, striking Constant in the hip and buttocks. Kite was not injured. Constant and the officers continued firing as the officers backed up across the yard and Constant followed them out of the house. Rieg emptied his gun and was reloading when police subdued Constant.

Egal said the bullet struck Rieg in the chest but was deflected by his bulletproof vest and slid sideways. "It was like he got a good, solid punch to the chest. If he hadn't been wearing the vest, he'd be dead, no question. He's going to be sore, but he'll be all right."

A nursing supervisor at Mercy Hospital, where both men were taken, concurred. "The police officer is going to be OK. He had his vest on. He would have been dead without it," she said. Rieg, 36, of Mt. Lebanon was being kept overnight for observation.

The supervisor said that Constant's injuries are not life-threatening.

Susan Constant has been taken into custody and will face charges, but Egal said police have not determined what they will be.

Police have recovered the handgun used in the shooting, he said.

Egal said he was not sure what provoked the call to the house or if police had been there before. But neighbors said the house has been the scene of frequent domestic disputes and screaming arguments that have been heard by homeowners a block away.

Janet Bodnar, who lives nearby on Oakwood, said her husband, Bill, had taken the dog out for a walk shortly before 10:40.

Right after he left, "I heard a loud boom boom! I thought it was fireworks. Then I heard a succession of four or five more booms, real fast. Then I heard loud noises, like men hollering."

Police said Rieg was conscious and, while being transported by ambulance to Mercy Hospital, used a police radio to broadcast his thanks to officers who rushed to the scene.

Allegheny County Police have been called to conduct an independent investigation of the incident, Egal said. County officers were on the scene early this morning.

Egal said the Mt. Lebanon Police Department has a policy requiring officers to wear bulletproof vests when they are on the road.

Staff writer Laura Pace contributed to this article.

**---- Index References ----**

Region: (Middle East (1MI23); Lebanon (1LE68); Arab States (1AR46))

Language: EN

Other Indexing: (ALLEGHENY COUNTY POLICE; CONSTANT; COUNTY; EDWARD AND SUSAN CONSTANT; EDWARD CONSTANT; LEBANON POLICE DEPARTMENT; MERCY HOSPITAL; MT; MT LEBANON; MT LEBANON DEPUTY POLICE; MT LEBANON OFFICERS DAN RIEG; PIPER; RIEG; SAVED; SUSAN CONSTANT) (Bill; BULLETPROOF VEST ASSAILANT; Egal; Henry Egal; Janet Bodnar; Jeff Kite; Kite; Laura Pace; Staff)

Edition: SOONER

Word Count: 542

End of Document     © 2014 Thomson Reuters. No claim to original U.S. Government Works.



NewsRoom

9/12/03 Australian (Newspaper) 3
2003 WLNR 7649508

AUSTRALIAN
Copyright © 2004 News Limited. All rights reserved.

September 12, 2003

Section: LOCAL

Monash accused `out to kill all WWs'

Gosia Kaszubska

A MAN accused of gunning down two people in a shooting rampage at Monash University was a paranoid loner who believed it was his destiny to kill a fellow student and anyone like him, a court heard yesterday.

Huan Yun Xiang, 37, developed a fixation on classmate William Wu, who died after being shot in the neck in the attack last October, and believed people at the university were trying to kill him, the Melbourne Magistrates Court heard.

A note found stuck on Mr Xiang's wardrobe door detailed his paranoid hatred for Mr Wu, 26, who lived opposite the flat Mr Xiang shared with his mother in Clayton, in Melbourne's southeast.

The court was told that the note read in part: "Just pick up a gun, kill all those WWs, until there is no WW in the world any more! ... To kill WWs is the responsibility defined in my destiny".

Student Steven Chan, 26, also died and five others were wounded in the shooting last October, which led to a national handgun buyback scheme.

A preliminary hearing was told that Mr Xiang yelled "you never understand me" after opening fire in a tutorial room about 11.15am on October 21.

Crown prosecutor Sue Pullen said Mr Xiang had four other pistols and two ammunition magazines strapped to his body but was tackled and pinned down by lecturer Lee Gordon-Brown, who had been wounded, and fellow econometrics student Alastair Boast as he tried to reload his weapon.

As Dr Gordon-Brown kept hold of his legs and Mr Boast pinned his arms to a desk, Mr Xiang kept repeating: "It was all I could do."

The court heard Mr Xiang, an excellent student who was due to give an oral presentation to the class on the day of the shooting, had a thick accent and often struggled to make himself understood.

He allegedly told a forensic medical officer a teacher had made "horrible eyes" at him and other students did not include him in their assignments. "I could see from their attitude that they wanted me to die," he allegedly said.

The court heard Mr Xiang had called his classmates "animals" and accused them of talking about him behind his back in an email to Dr Gordon-Brown, who dismissed it as "a hiccup due to the stress of work".

Lecturer Brett Inder said Mr Xiang's supervisor, Gail Martin, had told him she was worried about Mr Xiang's behaviour and thought he was the type of person to do something "drastic".

Dr Martin denied making such comments but said she expressed concerns about Mr Xiang when, 10 days before the shooting, he told her that if he looked his fellow students in the eyes during a presentation, they would kill him.

Mr Xiang is charged with two counts of murder and five of attempted murder. He has not yet been required to enter a plea. The committal hearing continues.


**---- Index References ----**


News Subject: (Violent Crime (1VI27); Crime (1CR87); Social Issues (1SO05))


Language: EN

Other Indexing: (LECTURER BRETT INDER; MELBOURNE; MELBOURNE MAGISTRATES COURT; MONASH UNIVERSITY; WW) (Alastair Boast; Boast; Brown; Crown; Gail Martin; Huan Yun Xiang; Lee Gordon-Brown; Martin; Monash; Steven Chan; Sue Pullen; William Wu; Wu; Xiang)

Edition: 1 - ALL-

Word Count: 544

 © 2014 Thomson Reuters. No claim to original U.S. Government Works.



 © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

2/23/04 S.F. Chron. A1
2004 WLNR 7624326

San Francisco Chronicle (CA)
Copyright 2004 The San Francisco Chronicle

February 23, 2004

Section: NEWS

SIKH MEN SLAIN IN SAN JOSE PARK GUNMAN KILLED AFTER DEADLY RAMPAGE ON CARD PLAYERS

Demian Bulwa, Delfin Vigil, Simone Sebastian, Chronicle Staff Writers

A leisurely afternoon at a San Jose park turned violent Sunday, when a gunman opened fire on a group of mostly elderly Sikh men who were playing cards, striking six of them -- three fatally -- before the group turned on the attacker.

The assailant, a 43-year-old San Jose man whose name was not released, died at the scene after several witnesses wrestled him to the ground when his gun jammed or ran out of ammunition, San Jose police said.

Sarwan Singh Gill, 47, of San Jose witnessed the attack.

He said he was among about 15 friends who were playing cards at Overfelt Gardens in east San Jose when a man who was unfamiliar to them walked up to four of them, said something abusive in Punjabi, then started firing a semiautomatic weapon -- first at the four, then at the others.

Gill escaped the danger by hiding behind a tree. He said the shooter was reloading his weapon and began firing again when somebody tackled him from behind.

"I lost my friends, and I'm feeling very bad," Gill said in Punjabi at his home Sunday night, surrounded by family members.

Police responding to the 2:47 p.m. call about shooting at the usually tranquil park found a chaotic scene.

"This is very much unusual," said San Jose police spokesman Steve Dixon.

"These fellows play cards at this park regularly, and on typical Sunday afternoons we have never had any trouble before."

Two men died at the scene, and one died at San Jose Medical Center. They were 46, 65 and 70 years old, police said. Three others, ages 80, 78 and 62, were sent to Regional Medical Center in San Jose with non-life threatening injuries, according to Dixon.

The suspect was dead when police arrived, probably because he was beaten to death, Dixon said, though the cause of death will be determined by an autopsy by the Santa Clara County coroner.

WestlawNext® © 2014 Thomson Reuters. No claim to original U.S. Government Works.

Sunday evening, relatives, friends and associates of the shooting victims tried to make sense of the devastation and questioned why anyone would have wanted to kill them. The men -- most of whom attended Sikh Gurdwara temple in San Jose and who were between the ages of 46 and 80 years old -- were longtime friends who gathered almost daily at the park for card games.

Relatives identified the 46-year-old man who was killed as Kulwant Singh, a technician at Wintec Industries in Fremont, who came to the United States from India in 1999, leaving behind a small farm. He lived in San Jose with his wife and three daughters.

"He was a hard worker who was honest, loyal, committed, and family oriented," said Kulwant Singh's brother-in-law, Kirpal Singh Atwal.

Kulwant Singh's wife, Baljeet Kaur was walking in the park when she heard the gunshots, her brother said. It wasn't until three hours later that police told her that her husband was among the dead.

Sunday night, she was surrounded by friends and family at her San Jose apartment. Twenty friends packed onto the floor of Kaur's and Kulwant's bedroom, passing around pictures of the couple and grieving his loss.

At the Sikh Gurdwara temple on Quimby Road, where about 1,000 Sikhs worship, people gathered Sunday evening awaiting news of the victims' identities.

"Many families are calling, and they are very scared," said the vice president of the temple, Bob Dhillon, who spent several hours answering phone calls from concerned members. "This has scared the heck out of our community.

It is especially disturbing that this happened in a public place."

Temple secretary Jaswant Singh Hothi said the shooting brought back tension felt within the community following Sept. 11, 2001, when Sikhs were mistakenly targeted as followers of Osama bin Laden. Sikh men's traditional garb -- with long, thick beards and turbans -- cause them to resemble the widely publicized photographs of the Muslim terrorist.

Sikhs are not Muslims, though their traditional appearance causes confusion. Many are Punjabi natives, a tiny minority in their Indian homeland.

The 500-year-old Sikh Dharma monotheistic religion was founded in India, based in philosophies of social equality and truth.

"I'm feeling very scared," Hothi said.

"Those people just sit (at the park) every day. They don't have any problems," Hothi said. "We're just confused. Right now, we are nowhere."

The uncertainty about who the shooter was and what his motives were increased tension in the temple.

"Who has done these things? Why?" asked Billy Singh, 30, who searched the park Sunday evening for his father, Swarn Singh, who often joined in the card games.

"I haven't seen him. I've been looking for him everywhere," Billy Singh said, not knowing if his father was among the victims. He later learned his father was OK.

Swarn Singh said the group of friends had gathered at the park for years to play cards, joke around, and just talk.

PHOTO

A police officer checks over the homicide scene in Overfelt Gardens in east San Jose, where three Sikh men were shot and killed.
Kat Wade
The Chronicle

E-mail the writers at dbulwa@sfchronicle.com, dvigil@sfcrhonicle.com, and sisebastian@sfchronicle.com.<

**---- Index References ----**

Company: WINTEC INDUSTRIES INC


Region: (India (1IN24); USA (1US73); Americas (1AM92); Indian Subcontinent (1IN32); Southern Asia (1SO52); North America (1NO39); Asia (1AS61); California (1CA98))

Language: EN

Other Indexing: (KAUR; PHOTO; SIKH; SIKH DHARMA; SIKH GURDWARA; WINTEC INDUSTRIES) (Baljeet; Billy Singh; Bob Dhillon; Dixon; Gill; Hothi; Jaswant Singh; Kat Wade; Kirpal Singh Atwal; Kulwant; Kulwant Singh; Sarwan Singh Gill; SIKH MEN SLAIN; Steve Dixon; Swarn Singh; Twenty)

Edition: FINAL

Word Count: 1004

**End of Document**                                          © 2014 Thomson Reuters. No claim to original U.S. Government Works.



Man charged in courthouse shooting

**News**Room

6/22/04 AP Alert - TX 23:08:28

AP Alert - Texas
Copyright © 2004 The Associated Press. All rights reserved. This
material may not be published, broadcast, rewritten or redistributed.

June 22, 2004

Man charged in courthouse shooting

CORPUS CHRISTI, Texas_An 81-year-old Woodsboro man was charged Tuesday with opening fire on a federal courthouse.

Walter Edwin Kloesel, 81, is accused of firing the shots early Monday afternoon. Investigators say he used a single-shot gun he had just purchased at a pawn shop.

Police say no one was injured, but Kloesel may have damaged the courthouse's brick wall.

Witnesses reported seeing Kloesel standing next to a truck in a restricted area in front of the federal courthouse. A witness said Kloesel turned away from him, fired toward the bay, then reloaded to shoot at the courthouse.

An officer tackled Kloesel as he was reloading the gun and Kloesel was arrested. He has been charged with assault with a dangerous weapon.

A federal magistrate ordered Kloesel detained until a detention hearing scheduled for Thursday at 1:30 p.m.

---- Index References ----

Region: (USA (1US73); Americas (1AM92); North America (1NO39); Texas (1TE14))

Language: EN

Other Indexing: (WOODSBORO) (Kloesel; Police; Walter Edwin Kloesel)

Word Count: 166

                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

Mourners gather to grieve as police gird for possible rioting over deadly attack on...

**News**Room

8/5/05 AP Worldstream 10:56:48

AP Worldstream

Copyright © 2005 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

August 5, 2005

Mourners gather to grieve as police gird for possible rioting over deadly attack on Israeli Arabs

By KRISTEN STEVENS

Associated Press Writer

SHFARAM, Israel_Mourners heaped flowers and lit candles Friday on a makeshift altar fashioned from window frames ripped from the bus where a Jewish soldier opposed to Israel's impending Gaza Strip pullout gunned down four Israeli Arabs.

The soldier, 19-year-old Eden Natan-Zada, opened fire on the bus in this northern Arab town on Thursday, killing the driver and three passengers, and wounding 13. An enraged mob beat him to death, and prevented police from removing his body from the bus for hours.

Thousands of police fanned out across northern Israel and Jerusalem on Friday to prevent possible rioting as a grieving and angry Arab community prepared to bury the four victims later in the day.

Natan-Zada's body was being held in a morgue after the military, his hometown of Rishon Lezion and the extremist settlement where he recently moved refused to bury him.

In Shfaram, townspeople lit hundreds of candles and placed hundreds of flowers on the impromptu altar. Melted candle wax seeped onto high-heeled shoes, flip-flops, door handles, seat frames and other objects taken from the bus.

A fire burning in a small drum stood at the head of the altar. Behind it, children and adults held up banners in Hebrew and Arabic reading, "We are fed up with racism," "Search me, I'm an Arab," and "Bring those who allow racism to justice."

For months, Israeli security has been warning that extremists might try to sabotage the mid-August pullout from Gaza and four small northern West Bank settlements by attacking Arabs and diverting forces.

Natan-Zada's father said his son deserted his army unit after he was ordered to help prepare for the pullout, and moved to the West Bank settlement of Tapuah.

Wearing the skullcap, beard and sidelocks of an ultra-Orthodox Jew, Natan-Zada boarded the bus bound for Shfaram, a city of 35,000 Muslims, Christians and Druze, in a nearby northern town.

When the bus entered a Shfaram neighborhood, he opened fire on the driver, killing him instantly, witnesses said.

The bus rolled on for 50 meters (yards), until it hit a parked car and ground to a halt in front of a grocery store. Natan-Zada continued shooting inside the bus, emptying a magazine. When he tried reloading, he was tackled and disarmed.

Several people were involved in stopping the attack, including Husam Elian, a former soldier from Shfaram who was driving in a car directly behind the bus.

"I was driving when I heard rapid gunfire," Elian said. "I pulled out my gun, because I am a security guard, and went toward the bus. Someone told me there was a man, an Israeli soldier, with a gun, and then I saw him, and he started shooting at me and my neighbors. I saw some friends, and they ran with me onto the bus. And just as he was changing magazines, that's when we grabbed him."

Elian said his friend shouted at Natan-Zada, "Do you know Israeli soldiers could be on this bus?" And Natan-Zada replied, "There are Arabs on this bus."

Elian said he and his friends tried to shield Natan-Zada, but there weren't enough police officers to keep hordes from boarding the bus.

"Getting him out was impossible," he said.

The gunman's body lay on the bus floor, his head covered with a black plastic bag, for hours Thursday night until the crowd was subdued. His shirtless upper torso was heavily bruised and bloodied.

The windows of the bus were shattered by bullets and by rocks the mob threw at him. Blood stained bus seats, and rocks covered the vehicle's floor.

Police commissioner Moshe Karadi said forces in the north _ where many Israeli Arabs live _ had been short-handed because many had been diverted to deal with an anti-pullout demonstration in Israel's south this week.

Karadi cautioned that the attack could trigger additional violence. Forces were sent north, and in Jerusalem, ahead of Muslim Sabbath prayers on Friday, police raised their alert to the highest level and assigned SWAT teams and cavalry to the Old City, in anticipation of possible rioting.

Military chief Lt. Gen. Dan Halutz said he was "definitely worried that people on the fringes are going too far."

"There is no doubt that the unfolding reality, the comments, and the internal debates causes fringe elements to migrate even more toward the fringes," Halutz told Israel Radio.

Three juveniles from Tapuah, aged 15 to 17, were arrested in connection with the deadly attack, Channel 2 TV reported. The settlement is dominated by followers of U.S.-born Rabbi Meir Kahane, who advocated expelling Arabs from Israel and the West Bank. Kahane was assassinated in New York in 1990.

Prime Minister Ariel Sharon issued a statement condemning the attack as "a despicable act by a bloodthirsty terrorist."

Yitzhak Natan-Zada, 49, the soldier's father, said Thursday that he had asked the army to find his son, who fled from his unit after refusing to participate in the Gaza pullout. Natan-Zada said he was concerned his son's weapons would fall into the hands of fanatics in Tapuah.

"I wasn't afraid that he would do something. I was afraid of the others," Natan-Zada told The Associated Press in a telephone interview. He said he had no indication his son would carry out such an act.

It was the bloodiest such incident in Israel since 1990, when an Israeli opened fire at a bus stop where Palestinians gathered for job placements, killing seven.

In 1994, Baruch Goldstein, an American-born Jewish settler, entered a holy site in the West Bank city of Hebron and opened fire on Muslim worshippers, killing 29 _ the bloodiest attack by a Jewish extremist against Palestinians.

Palestinian leader Mahmoud Abbas called on Israel to prevent Jewish settlers from carrying weapons, "because they (the settlers) are dangerous to the security and peace between the two people." Many Jewish settlers have army-issue guns to protect them from Palestinians.

Israeli Arabs make up about 20 percent of Israel's population of 6.9 million. Though they are full citizens, they have suffered from discrimination by Jewish-dominated governments. Many of their towns and villages lack basic infrastructure, and Arab localities usually top of Israel's unemployment lists.

(at/sg)

---- Index References ----

Company: ASSOCIATED PRESS GMBH (THE)

News Subject: (Race Relations (1RA49); Minority & Ethnic Groups (1MI43); Top World News (1WO62); International Terrorism (1IN37); Social Issues (1SO05))

Industry: (Busing (1BU35); Energy & Fuel (1EN13); Land Transportation (1LA43); Automotive Fuels (1AU95); Transportation (1TR48); Automotive Environmental Initiatives (1AU68); Oil & Gas (1OI76); Automotive Alternative Fuels (1AU34); Passenger Transportation (1PA35))

Region: (Mediterranean (1ME20); Palestine (1PA37); Middle East (1MI23); Israel (1IS16))

Language: EN

Other Indexing: (Husam Elian; Meir Kahane; Baruch Goldstein; Ariel Sharon; Eden Natan-Zada; Dan Halutz; Tapuah; Mahmoud Abbas; Yitzhak Natan-Zada; Moshe Karadi) (Israel; ISR; MiddleEast; Asia; West Bank; PSE; United States; USA; NorthAmerica)

Keywords: (i); (WorldInternational); (Law)

Word Count: 1036

End of Document © 2014 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

5/29/06 Augusta Chron. B03
2006 WLNR 9333107

Augusta Chronicle, The (GA) (KRT)
Copyright (c) 2006, The Augusta Chronicle

May 29, 2006

Section: METRO

ACROSS THE AREA

Forecast holds little rainfall

Homeowners whose lawns are turning brown, take heed. The rain situation might only be getting worse.

The next chance of rain for the Augusta area isn't until Thursday. Meanwhile, the forecast has temperatures in the low 90s Monday and Tuesday, dropping into the upper 80s on Wednesday and the mid-80s on Thursday, according to the National Weather Service in West Columbia, S.C.

The last rainfall recorded was 0.01 inch Saturday at Daniel Field, and only trace amounts Friday at Daniel and Bush Field, meteorologist Tina Morrison said.

The area isn't in a drought, she said. Not yet.

"Not officially, but it's looking like that, yes," she said.

Augusta is expected to have lower than normal rainfall throughout the summer, Ms. Morrison said.

Pain medication is stolen from pharmacy

An undetermined quantity of Percocet, a pain medication, was stolen Sunday morning from Brynwood Pharmacy in the 3000 block of Walton Way Extension.

According to a Richmond County sheriff's report, a witness saw a truck parked behind the pharmacy and two men standing beside the store's back door.

The truck was gone when deputies arrived. They found the back door damaged.

The truck is described as a small, red, square-body pickup with a white stripe on its side and white reflective tape on its tailgate.

Shots fired outside club; man subdued

Gunshots were fired outside Gunther's nightclub Sunday morning in the 2000 block of Milledgeville Road.

Maurice Jones told Richmond County sheriff's deputies he saw a man waving a silver .38-caliber revolver in the air. He said he heard two gunshots, and everyone in front of the club ran to the side.

According to the report, the man tried to reload his gun, but two men subdued him. One of the men threw the gun by a trash can in the parking lot, where a woman picked it up.

The shooting suspect was taken to Medical College of Georgia Hospital to be treated for injuries he got when the two men subdued him.

He had not been charged late Sunday.

Cash, checks, credit card taken from truck

Cash, checks and a credit card were stolen Friday night from a truck parked outside Travelodge on Washington Road.

According to a Richmond County sheriff's report, Richard Rodriguez told deputies that $2,100, a Visa debit card, a book of checks and a brown briefcase valued at $200 were stolen from his unlocked 2006 Chevrolet Silverado.

Mr. Rodriguez said he has canceled the debit card and checks.

Fife and Drum Corps plans performances

In addition to their participation in ceremonies commemorating the 225th anniversary of the Battle of Augusta, the U.S. Army's 3rd Infantry 'Old Guard' Fife and Drum Corps also will perform at Fort Gordon.

A 14-member unit of the group will perform at Fort Gor-don's Freedom Park on Rice Road on Friday at 12:30 p.m. If it rains, the performance will be in Alexander Hall.

The 'Old Guard' Fife and Drum Corps will also perform at the following events: Friday at 7:30 p.m. at Augusta Common, 836 Reynolds St.; Saturday at noon during the "Under the Crown" event at the Living History Park, 299 W. Spring Grove Ave., off Georgia Avenue in North Augusta; and June 3 from 3 to 4 p.m. during the official ceremony and re-enactment marking the 225th anniversary of the Battle of Augusta in the vicinity of Sixth and Reynolds streets.

Thieves take money from supermarket

Thieves stole $250 from a cash register and damaged an ATM Saturday night at Augusta Supermarket in the 2000 block of Martin Luther King Boulevard, according to a Richmond County sheriff's report.

Deputies searched outside the store and found a large hole on the north side of the building, the report says.

Butler plans meeting on education reform

Butler High School will hold a meeting for parents at 6 p.m. Thursday to answer questions about its educational reform pilot program.

The program, which will begin in the fall, will add 15 minutes to the school day and attempt to use time during the day more efficiently. Rather than disciplining students for small infractions by suspending them or sending them to in-school suspension, the program will keep them in class and isolate them during lunch.

For more information on the meeting, call (706) 796-4959.

Fort Gordon will hold day camp for students

Fort Gordon's Regimental Noncommissioned Officers Academy will hold Camp Semaphore - a day camp for area high school students enrolled in the Junior Reserve Officer Training Corps program - Tuesday through Friday.

About 150 students are expected to attend the camp, which begins at 6:30 a.m. each day and ends at 4:30 p.m.

The training includes instruction on land navigation, first aid, running an obstacle course and water safety.

For more information, call (706) 791-4993.

Washington Road lanes will be closed

Lanes heading east on Washington Road at Warren Road will be closed this week to construct a sewer manhole, according to the Augusta Engineering Department.

Two-way traffic will be maintained. Drivers should use River Watch Parkway, Wheeler Road, Walton Way or Woodland Road as detours.

Work will close one lane of Walton Way

The southbound lane of Walton Way at Heard Avenue will be closed Tuesday for tree removal, according to the Augusta Engineering Department.

The closure will be from 9 a.m. to 1 p.m. Two-way traffic will be maintained. Drivers can avoid the area by using Hickman Road, Highland Avenue or Baker Avenue.

Also, the westbound left turn lane of 12th Street near Greene Street will be closed from 9 a.m. to 4 p.m. Tuesday. Drivers wanting to go south toward Telfair Street should use 11th or 13th streets.

All other lanes will remain open.

First Steps panel schedules meeting

The Aiken County First Steps executive committee will meet Tuesday at the Aiken County First Steps office, 208-D The Alley.

Call Marcia Nash at (803) 643-3845 for further information.

- Edited from staff reports

**---- Index References ----**

Company: VISA INTERNATIONAL SERVICE ASSOCIATION

News Subject: (Weather & Climate (1WE93))

Industry: (Science & Engineering (1SC33); Meteorology (1ME62); Earth Science (1EA85); Science (1SC89))

Region: (United Kingdom (1UN38); Scotland (1SC90); Europe (1EU83); England (1EN10); Western Europe (1WE41))

Language: EN

Other Indexing: (3RD INFANTRY OLD GUARD; ARMY; ATM; AUGUSTA ENGINEERING DEPARTMENT; BAKER AVENUE; BRYNWOOD PHARMACY; BUTLER HIGH SCHOOL; DANIEL; DRUM CORPS; GEORGIA AVENUE; GEORGIA HOSPITAL; GUARD; HEARD AVENUE; HIGHLAND AVENUE; JUNIOR RESERVE; LIVING HISTORY PARK; MARTIN LUTHER; MEDICAL COLLEGE; NATIONAL WEATHER SERVICE; REGIMENTAL NONCOMMISSIONED OFFICERS ACADEMY; SPRING GROVE AVE; VISA) (Augusta; Augusta Common; Augusta Supermarket; Boulevard; Bush Field; Butler; Drivers; Fife; Homeowners; Marcia Nash; Maurice Jones; Morrison; Reynolds; Richard Rodriguez; Rodriguez; Shots; Thieves; Tina Morrison; Training Corps; Walton; Work) (AREA BRIEFS)

Edition: GEORGIA

Word Count: 1184

---

**End of Document**                                   © 2014 Thomson Reuters. No claim to original U.S. Government Works.



NewsRoom

7/9/07 AP Alert - CA 15:32:59

AP Alert - California
Copyright © 2007 The Associated Press. All rights reserved. This
material may not be published, broadcast, rewritten or redistributed.

July 9, 2007

Accused gunman in Las Vegas casino shooting due Tuesday in court

LAS VEGAS_A man accused of opening fire with a handgun inside a Las Vegas Strip casino was scheduled to make his first appearance before a judge on Tuesday.

Steven Zegrean, 51, of Las Vegas, remained jailed without bail on suicide watch at the Clark County jail Monday after his arrest early Friday at the New York-New York casino.

Four people were wounded in the shooting and a fifth person was hurt in a crush of people fleeing the casino, after authorities say Zegrean fired 16 shots from an indoor balcony at gamblers below. None of the injuries was reported to be life-threatening, and no one remained overnight in the hospital.

Zegrean was apprehended after he paused to reload his semiautomatic pistol and was tackled by off-duty military reservists and restrained with the help of two Florida state police agents, police said. A gun was confiscated, and police said Zegrean had more ammunition in his tan trench coat when he was arrested.

He is expected to face felony charges including attempted murder, battery with a deadly weapon, and discharging a firearm in an occupied structure, police said.

Family members described Zegrean as an unemployed house painter, a Hungarian immigrant who has been divorced for several years and estranged from most of his family since his ex-wife remarried.

Police characterized Zegrean as "greatly emotionally distressed." They said he walked the Las Vegas Strip for a day and a half before the shooting, after police and paramedics responded to a report that he attempted suicide July 4.

---- Index References ----

News Subject: (Violent Crime (1VI27); Legal (1LE33); Social Issues (1SO05); Crime (1CR87); Criminal Law (1CR79))

Industry: (Entertainment (1EN08); Casinos (1CA80); Travel & Tourism (1TR07); Gaming Industry (1GA25))

Region: (Americas (1AM92); North America (1NO39); USA (1US73); New York (1NE72); Nevada (1NE81))

Language: EN

Accused gunman in Las Vegas casino shooting held Tuesday in death...

Other Indexing: (Steven Zegrean; Zegrean) (Hungary; HUN; Europe; United States; USA; NorthAmerica)

Keywords: (n); (Crime); (Travel); (Defense); (Labor); (Gambling); (Legal); (Law)

Word Count: 305

**End of Document**                                   © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

8/8/08 Kan. City Star (Pg. Unavail. Online)
2008 WLNR 14809264

Kansas City Star (MO)
Copyright © 2008 The Kansas City Star

August 8, 2008

Three shot at Kansas City bar

A gunman opened fire in a Kansas City tavern tonight, wounding three people before being disarmed by a bystander.

Police said the gunman opened fire at The Tool Shed at U.S. 40 and Phelps Road around 8:40 p.m.

Two of the victims were taken to a hospital, Kansas City police Capt. Mike Perne said. One suffered life-threatening wounds, and the other was in critical but stable condition. A third person suffered minor injuries and was treated at the scene.

Debbie Henry, who lives at the Hyline Inn next door to The Tool Shed, said the gunman began firing inside the bar, then went outside and continued to fire. When he stopped to reload his weapon, he was tackled by another man and disarmed. Patrons of the bar had the gunman pinned to the ground when police arrived.

Henry said she heard the gunshots and came out to see what happened. She said one of the victims was shot in the back.

She added that the shooter, who appeared to be extremely intoxicated, had two more guns in his truck.

The Tool Shed is in extreme eastern Kansas City, just south of the border with Independence.


---- Index References ----


Region: (North America (1NO39); Kansas (1KA13); Americas (1AM92); USA (1US73))

Language: EN

Other Indexing: (HYLINE INN; TOOL SHED) (Debbie Henry; Henry; Mike Perne) (Kansas City) (Kansas City) (Kansas City) (us; usa; na; us.mo; us.mo.kcity; us.mo.kancty)

Keywords: (CT/clj.crm); (CT/clj); (NT/Law+Crime); (SU/breaking.news)

Edition: 1

Word Count: 215

                              © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

NewsRoom

8/18/08 Ann Arbor News (Ann Arbor, MI) A5
2008 WLNR 15712292

Ann Arbor News (Ann Arbor, MI)
Copyright © 2008 The Ann Arbor News. All Rights Reserved.

August 18, 2008

POLICE BEAT

Woman injured in I-94 crash

A woman was taken to the University of Michigan Hospital after her car veered off I-94 and hit a tree early this morning.

Ann Arbor firefighters used extrication tools to free the woman, who suffered unknown injuries. The crash occurred at about 2:15 a.m. on the westbound side of the freeway near Jackson Avenue, said Ann Arbor Fire Battalion Chief Robert Vogel.

Fight results in neighbor's injuries

A 25-year-old Ypsilanti Township man was arrested when a fight in an apartment escalated, injuring a neighbor.

Several people inside an apartment in the 50 block of Riley Court in Ypsilanti Township began arguing late Sunday night. A chair and beer bottle were thrown through a neighbor's window. The neighbor, a 26-year-old woman, was cut on the leg, said Washtenaw County Sheriff's Department Cmdr. Dave Egeler.

Deputies are seeking a charge of felonious assault against the man, said Egeler.

Weapon fired outside hotel

A 19-year-old man reportedly fired an assault-style weapon in the parking lot of a hotel in the 3700 block of Washtenaw Avenue early Sunday morning.

Police received a call shortly after midnight about party-goers who would not leave and were hanging around the hotel's parking lot. At some point, the man fired several shots, which were heard by three patrol officers who found people fleeing the parking lot as they arrived.

Police received a description of the man and recovered several shell casings and live rounds in the parking lot. No one was injured.

Man charged with sex assault on child

A 48-year-old Sumpter Township man is in the Wayne County Jail, charged with two counts of first-degree criminal sexual conduct for alleged assaults on an 8-year-old relative.

Sumpter Police Detective Michael Czinski said Gary P. Hopkins was arrested after the girl's mother told police the girl reported the assaults occurred while Hopkins was baby-sitting.Police arrested Hopkins at his Rawsonville Woods mobile home.

He faces a maximum sentence of life in prison if convicted of either charge, and was held on $150,000 bond.

Hopkins served about four years in prison on a 15- to 30-year sentence for similar charges relating to his former girlfriend's daughter before Washtenaw Circuit Judge Archie Brown overturned the conviction on the basis of ineffective counsel at trial. He ordered a new trial.

County prosecutors appealed, according to state records, but the Court of Appeals and Supreme Court upheld Brown's order for a new trial.

County prosecutors elected in 2005 not to reinstate the charges, and Hopkins was released.

Man arrested for attempted murder

Livingston County Sheriff's deputies arrested a 40-year-old Howell-area resident, whom they said killed a neighbor's dog, threatened to kill the neighbor and her children and pointed a gun at his brother, who was trying to disarm him.

Deputies said they were called to Clearview Drive near Pingree Road in Marion Township at 11:50 p.m. Sunday.

They said they had been told the man had killed the neighbor's dog.

As they headed toward the area, they took another call about additional shots being fired by a man who was using a rifle to try to settle a property-line dispute.

They said the man's brother rushed the suspect as he tried to reload the rifle, and took the rifle and subdued the suspect.

The man was held on attempted murder and other felony charges pending arraignment.

Compiled by Dave Gershman and Susan Oppat, News staff reporters.


---- Index References ----



Language: EN

Other Indexing: (COUNTY; COURT OF APPEALS; HOPKINS; LIVINGSTON COUNTY SHERIFF; RAWSONVILLE WOODS; RILEY COURT; SUMPTER; SUMPTER TOWNSHIP; SUPREME COURT; UNIVERSITY OF MICHIGAN HOSPITAL; WASHTENAW; WASHTENAW COUNTY SHERIFFS DEPARTMENT; YPSILANTI TOWNSHIP) (Ann Arbor; Archie Brown; Brown; Dave Egeler; Dave Gershman; Egeler; Gary P. Hopkins; Hopkins; Michael Czinski; POLICE BEAT; Robert Vogel; Susan Oppat)

Word Count: 687

© 2014 Thomson Reuters. No claim to original U.S. Government Works.

 © 2014 Thomson Reuters. No claim to original U.S. Government Works.

Case 3:17-cv-01017-BEN-JLB   Document 18-1 Filed 06/05/17 PageID.1983 Page 188 of 252

**News**Room

NewsRoom

7/28/08 South Florida Sun-Sentinel 3A
2008 WLNR 14042385

South Florida Sun-Sentinel
Copyright © 2008 Sun-Sentinel

July 28, 2008

Section: News

SHOOTER KILLS 2 IN KNOXVILLE CHURCH

CONGREGANTS SUBDUED MAN AS HE TRIED TO RELOAD SHOTGUN

A man armed with a shotgun entered a church in Knoxville, Tenn., on Sunday and opened fire as congregants were watching a youth performance, killing two people and leaving at least eight others wounded before he was subdued by church members, witnesses and police officials said.

Five people remained in hospitals last night, all in critical or serious condition.

Police officials said they had charged Jim Adkisson, 58, of Powell, Tenn., with first-degree murder.

Amira Parkey, 16, had just uttered her first lines as Miss Hannigan in Annie Jr., an adaptation of the musical, when the performance at Tennessee Valley Unitarian Universalist Church was interrupted by a loud pop, witnesses said.

"We were just, 'Oh my God, that's not part of the play,' " Parkey said, adding that she saw a man standing near the door of the sanctuary and firing into the room.

Sheila Bowen, 70, a church member, said, "The music director realized what was going on and she yelled, 'Get the hell out of here, everybody.' "

Parents dove under the pews with their children, and the cast of young actors, some of them as young as 6, was quickly herded out.

None of the victims were children.

Members of the church tackled the gunman and wrested his weapon, a 12 gauge, from him.

The police dispatcher received a call to the church at 10:18 a.m., and they took the gunman into custody four minutes later.

Chief Sterling Owen of the Knoxville Police Department said that investigators had not determined the motive but that they thought the gunman had acted alone.

Two of the wounded were treated at the hospital and discharged, Owen said.

The FBI is helping in the investigation, and Owen said all videotapes of the service had been collected and were under review.

There were about 200 people in the church when the gunman opened fire, according to church members.

Witnesses said that the gunman, carrying a guitar case, had first tried to enter the area where the children were preparing for the play, saying he was there to play music.

But he was told to use the public entrance to the sanctuary instead.

Bowen said that the gunman was a stranger to the church and that she had seen him in the entry hall fiddling with the guitar case.

She said she did not see him again until the shooting started.

It was when the man paused to reload that several congregants ran to stop him.

The police chief said John Bohstedt, a history professor at the University of Tennessee in Knoxville, was among them.

"He moved very quickly and he assessed the situation very quickly," Bowen said.

"He's sitting on this guy. He had a package with him, wrapped in brown paper and tied with string, and John was afraid that that might be a bomb, so John was screaming at everyone to get out."

The man slain was identified as Greg McKendry, 60, a longtime church member and usher. Linda Kreager, 61, died at the University of Tennessee Medical Center a few hours after the shooting, Knoxville city spokesman Randall Kenner said.

Information from The Associated Press was used in this report.


**---- Index References ----**

Company: UNIVERSITY OF TENNESSEE


Region: (North America (1NO39); Tennessee (1TE37); Americas (1AM92); USA (1US73))

Language: EN

Other Indexing: (FBI; KILLS; KNOXVILLE; KNOXVILLE POLICE DEPARTMENT; MEDICAL CENTER; SHOTGUN; TENNESSEE VALLEY UNITARIAN UNIVERSALIST CHURCH; UNIVERSITY OF TENNESSEE) (Amira Parkey; Bowen; Greg McKendry; Information; Jim Adkisson; John; John Bohstedt; Linda Kreager; Owen; Parents; Parkey; Randall Kenner; Sheila Bowen; Sterling Owen)

Edition: Broward Metro

Word Count: 605

End of Document                                        © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

'It replays in my mind over and over' Family elated to welcome home..., 2010 WLNR 137103

**News**Room

1/3/10 Chi. Sun-Times A3
2010 WLNR 137103

Chicago Sun Times (IL)
Copyright © 2010 Chicago Sun-Times, Inc.

January 3, 2010

Section: News Crime

'It replays in my mind over and over'
Family elated to welcome home Fort Hood massacre survivor

Amy Lee

The massacre at Fort Hood in Texas in November replays in his mind over and over.

A gunman shouts in Arabic. Shots ring out. Then intense pain -- bullets tore through his left knee and other parts of his body -- and loud screams.

"It was surreal, just mass chaos," Army Pvt. 1st Class Najee Hull recalled last week. "Pain and people screaming. It replays in my mind over and over. I remember everything. . . . It's starting to mess with me."

For the first time since the shooting, Hull was able to return to his home in Homewood two weeks ago -- to spend Christmas with his family.

But he can't stop thinking about the events Nov. 5 at Darnall Army Medical Center, which is a part of Fort Hood -- where Hull, 20, was stationed.

Military authorities say a U.S. Army psychiatrist, Maj. Nidal Malik Hasan, walked into the center, shouted "Allahu Akbar" or "God is greatest," then targeted uniformed soldiers by firing more than 100 times with a semiautomatic pistol and a revolver. He allegedly killed 13 people and wounded 30.

Hasan was tackled as he paused to reload. Hasan, who remains hospitalized, is charged with 13 counts of premeditated murder and 32 counts of attempted murder.

Hull was prepping for a medical review ahead of his planned deployment to Afghanistan when the shooting began. The medical center was teeming with soldiers and civilians, including a group of nearly 600 gathered for an afternoon graduation ceremony. Hull was the first person hit in the massacre.

"He said some terrorist things, some Allah things, then just started shooting," Hull said.

"I do ask myself sometimes, 'Why me?' Of all the places to be that day, I had to be there."

While Hull said he's thrilled to be surrounded by doting friends and family members in Homewood, he struggles to accept that a member of the military turned on his comrades -- on a U.S. base -- and opened fire.

"It's like being betrayed by a family member, like someone in my family shot me," Hull said. "We die for the same cause, live by the same creed. I'm still kind of angry about it, but I try not to be angry because I'm here and a lot of people aren't. I know I'm lucky."

Hull, a 2007 graduate of Homewood-Flossmoor High School, has undergone three surgeries. One bullet destroyed his spleen, which was removed, but fragments of bullets remain lodged in his chest and knee.

"At Christmas, the whole time I kept thinking, I might have missed this. If that bullet would hit two inches higher or two inches lower, I might never have seen my family again, and I love my family," Hull said.

Hull lives with his mother, Yvonne, who works for the U.S. Postal Service, and sisters Nanette Hull, 34, and Nala Pearson, 13. He also has an older brother, Nathaniel Hull, 31.

The family was elated to finally welcome Najee home after he spent more than a month recovering at the base, Yvonne, a single mom, said.

"Christmas was truly Christmas, a celebration. We may have a sparse tree and sparse gifts, but you know we got our gift early, and we're at peace," Yvonne said. "Words cannot describe how thankful we are."

Hull, a mechanic, is part of the 36th Engineer Brigade, which will deploy this month to Afghanistan -- but without him. He'll return to Fort Hood on Friday.

"I love the Army. I love my buddies. I feel bad I won't be with them," said Hull, struggling to remain composed. "I have a lot of soul-searching to do. I really don't know what's next for me."


---- Index References ----

Company: US POSTAL SERVICE; UNITED STATES POSTAL SERVICE

News Subject: (Social Issues (1SO05); Violent Crime (1VI27); Crime (1CR87))

Region: (North America (1NO39); Americas (1AM92); USA (1US73))

Language: EN

Other Indexing: (1ST CLASS NAJEE HULL; 36TH ENGINEER BRIGADE; ARMY; ARMY PVT; DARNALL ARMY MEDICAL CENTER; HULL; NAJEE; NANETTE HULL; NATHANIEL HULL; US ARMY; US POSTAL SERVICE) (Hasan; Nala Pearson; Nidal Malik Hasan; Pain; Yvonne)

Edition: Final

Word Count: 682

---

          © 2014 Thomson Reuters. No claim to original U.S. Government Works.

 © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**Westlaw**Next' © 2014 Thomson Reuters. No claim to original U.S. Government Works. 3

**News**Room

10/10/10 San Diego Union-Trib. A1
2010 WLNR 20372882

San Diego Union-Tribune
Copyright © 2010 San Diego Union-Tribune

October 10, 2010

Section: Main News

WORKMEN BEING HAILED AS HEROES
Trio subdued man who opened fire at school Friday; suspect described as angry loner

J. HARRY JONES,U-T

Neighbors of the Oceanside man accused of shooting two schoolchildren witha .357 Magnum revolver Friday described him as an angry loner who screamedracial insults and obscenities at all hours of the night from inside hisapartment.

Brendan Liam O'Rourke, 41, remained in jail a day after three constructionworkers chased him down and subdued him near Kelly Elementary School in Carlsbadas he tried to reload his weapon.

Two second-grade girls, ages 6 and 7, were each shot in one arm. On Saturdayafternoon, Carlsbad police Lt. Kelly Cain said he believed the youngsterswere in good condition.

Meanwhile, the public took to websites to hail the construction workers —Mario Contreras, Stephen Kane and Carlos Partida — as heroes. The men weregiven a standing ovation at the Carlsbad Police Department on Friday afternoon.They appeared the next morning on the TV program "Good Morning America."

Saturday afternoon in Chula Vista, Contreras recounted how he and his twocolleagues from Randall Construction disarmed the gunman. Contreras' lefthand was swollen, the result of pounding O'Rourke in the face repeatedlyas the suspect tried to escape.

Contreras said he, Kane and Partida were pouring concrete as part of a schoolcafeteria remodel when they heard gunshots. Contreras looked over a fenceand saw O'Rourke standing perhaps a dozen feet away from some children andfiring a gun. Kids were screaming and crying. Contreras said it looked likeO'Rourke wasn't experienced with the gun because his arm kept jerking backand forth.

He and Kane (of Jamul) ran around some buildings toward O'Rourke, who sawthem coming and fled, dropping bullets along the way.

O'Rourke jumped a fence and kept running until Partida jumped in his pickup,followed O'Rourke for about 400 feet and then rammed him with the vehicle,knocking him to the ground.

All three construction workers started hitting and kicking O'Rourke, whofought back. Partida said he took the revolver out of O'Rourke's hand.

"When we got control of the guy, we started looking through his jacket pockets.He had a bunch of bullets, a couple of extra (speed-loaders) for the gunand a flashlight," said Partida, who lives in the same apartment complexas Contreras.

Police showed up minutes later and took over. O'Rourke was arrested and isexpected to be charged with six counts of attempted murder — one for eachbullet he fired.

Contreras said he wasn't thinking about his own safety during the chase."I think anybody would do that for the kids," he said.

When he got home late Friday night, his wife, Clara, had heard nothing abouthis day. She saw his swollen hand and Contreras told her he had been in afight.

"She was mad and thought I might have been fired," he said. "Then I toldher what happened and she started to cry and said I had done a good thing."

Clara Contreras said she thought her husband might have acted as he did becausethey have two children of their own. "They could have been one of ours,"she said.

O'Rourke gave rambling statements after being arrested, nothing that explaineda motive for his shooting, Cain said.

He also had spray-painted the walls of his apartment "with nonsensical writings,"Cain added. Some of the material indicated that "he was mad at State Farmand AIG," two insurance companies. One wall had the word "Christian" emblazonedon it, while another had the word "destroy."

The apartment was relatively clean otherwise, Cain said. Investigators seizeda few items from the second-floor unit, including a laptop computer.

"He was a loner as best as we can make out," Cain said. "Records show hehad applied for a security guard license, but we didn't find any employer."

O'Rourke has lived in the Canyon Creek Apartments on Garrison Street nearthe intersection of Mesa Drive since March 2009. He was served with an evictionnotice last month and told he would have to leave by December, neighborssaid Saturday.

They described him as an odd man who often sat alone for hours at a picnictable sandwiched between two apartment buildings late at night, doing nothingbut looking around.

They called police numerous times during the past 18 months because he wouldmake tremendous amounts of noise in his apartment — as if he were hittingthings with a baseball bat, one tenant said. Whenever officers showed up,they said, O'Rourke quieted down and wouldn't let them inside.

Vickie Rowe-Mitchell, who lives directly beneath O'Rourke's unit, said thestomping and banging would be so strong at times that her ceiling fan wouldshake and small parts of her ceiling would fall onto her bed. She also saidO'Rourke would scream the "N" word over and over and yell obscenities forlong periods of time.

"I just saw him yesterday morning," said Ashley Johnson, who lives directlyacross the hall from O'Rourke. "I was opening my door and he was just leaving.He closed his door really fast and there was this weird chemical smell."

Authorities said a propane tank was found next to O'Rourke's newer CrownVictoria parked near the school and that he had taken a small gas can ontothe school grounds.

None of the neighbors knew what O'Rourke did for a living. Rowe-Mitchellsaid when he first moved in, he told her he was unemployed. A few monthslater, he apparently found a job and settled into a routine where he wouldleave the apartment early in the morning and return about 4 p.m. He stoppedgoing to work this past week, the neighbors said.

Tenant Alex Sanchez said he was somewhat friendly with O'Rourke after theyhad a discussion about how O'Rourke had "hit on" his wife, not knowing shewas married. He also said that a few months ago, O'Rourke got into a shoutingmatch with some people who lived in the next building over.

"I guess he was trying to hit on a girl and some dudes got mad," Sanchezrecalled. "Then I remember I spoke to him once and he said, 'I'm going tokill those guys.'?"

On Friday, investigators stayed at the school until about 11 p.m. to collectevidence. They found four or five .357 rounds in the playground, the field,and possibly shattered against a piece of playground equipment. The authoritiesreturned Saturday, combing the playground again and taking evidence photographs.They wrapped up at the school about 4 p.m.

Cain said investigators discovered no other weapons, no explosives otherthan a gas can and propane tank located Friday, no evidence of accomplicesand no affiliation between O'Rourke and Kelly Elementary.

"We have no knowledge of any type of prior relationship with the school,its employees, parents, kids or teachers," Cain said. "Rumors circulatedregarding the coincidence of this crime and the 'cancer cluster' issues atthe site, but those have been unfounded."

jharry.jones@uniontrib.com (760) 752-6780 Twitter @jharryjones

---- Index References ----

Company: STATE FARM MUTUAL AUTOMOBILE INSURANCE CO; MAGNUM LTD; AMERICAN INTERNATIONAL GROUP INC

News Subject: (Fires (1FI90); Accidents & Injuries (1AC02); Crime (1CR87); Health & Family (1HE30); Burglary & Theft (1BU41); Violent Crime (1VI27); Social Issues (1SO05); Assault & Battery (1AS33))

Language: EN

Other Indexing: (Kelly Cain; Mario Contreras; Carlos Partida; Stephen Kane; Brendan Liam O'Rourke; Vickie Rowe-Mitchell; Ashley Johnson; Alex Sanchez; Clara Contreras)

Keywords: ARRESTS; ATTEMPT; CHILDREN; KILLINGS; SAN DIEGO; SCHOOLS (Mario Contreras)

Edition: First Edition

Word Count: 1159

---

End of Document

© 2014 Thomson Reuters. No claim to original U.S. Government Works.

 © 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

11/11/11 Denv. Post B02
2011 WLNR 23542464

Denver Post (CO)
Copyright © 2011 The Denver Post

November 11, 2011

Section: DTW

School shooter gets max term of 18 months Bruco Eastwood, ruled
legally insane in the Deer Creek attack, has already served his sentence.

Jessica Fender The Denver Post

Deer Creek Middle School shooter Bruco Eastwood got the maximum 18-month prison sentence Thursday for bringing a weapon onto school grounds, the single charge for which he was convicted after he shot two students in 2010.

He won't serve any time in prison, however. The 626 days Eastwood has already been held at the state mental hospital counts against the felony sentence.

Jefferson County District Judge Christopher Munch acknowledged his sentencing decision was largely "academic" but said it was important to send a message and to recognize the heroics of adults on campus Feb. 23, 2010, who prevented additional tragedy.

Eastwood, who will undergo treatment until doctors deem it safe to release him, spoke for the first time to a courtroom full of his victims' family members, his relatives and members of the school community.

"I'd like to say mea culpa," he said in rapid cadence. "Words can't express how sorry I am for my reaction to my mental illness. I'm really sorry for what's happened."

Jurors last month decided Eastwood was legally insane when he opened fire on students with his father's hunting rifle as school got out that day.

Thursday's sentencing brought some closure to the mothers of victims Matthew Thieu and Reagan Weber, if not satisfaction.

Patricia Nelson and Deborah Weber said Eastwood should spend time in prison. Nelson said her son Matthew occasionally has trouble breathing but that the toll the shooting has taken on his personality is more troubling.

"Matthew doesn't want to talk about it. He's got a lot of anger," Nelson said. "I'm just afraid that one day, he'll take it out in the wrong way."

Weber vowed to work to change state laws to allow criminals judged insane to spend time in prison once they're successfully treated.

Deer Creek math teacher David Benke, who tackled Eastwood as he reloaded the rifle, expressed some concern.

``I heard 'lifelong illness' and 'medication that doesn't always work,'" Benke said, referencing the defense's arguments. ``I think those are all reasons why he should never get out. Who's going to follow him and makes sure he takes (his medications)?"

#### ---- Index References ----

News Subject: (Criminal Law (1CR79); Judicial (1JU36); Crime (1CR87); Prisons (1PR87); Gun Rights & Regulations (1GU97); Violent Crime (1VI27); Death Penalty (1DE04); Social Issues (1SO05); Legal (1LE33); Murder & Manslaughter (1MU48))

Language: EN

Other Indexing: (Reagan Weber; Patricia Nelson; Matthew Thieu; Bruco Eastwood; David Benke; Deborah Weber; Christopher Munch)

Edition: FRI FINAL

Word Count: 352

---

**End of Document**                                    © 2014 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

Houston Chronicle Front Through News And Associated Press Texas

1/23/10 AP Alert - TX 12:30:47

AP Alert - Texas
Copyright © 2010 The Associated Press. All rights reserved. This
material may not be published, broadcast, rewritten or redistributed.

January 23, 2010

Here is the latest Texas news from The Associated Press

AUSTIN, Texas_Bond is set at $250,000 for a man who fired several shots outside the Texas Capitol. Court records show Fausto Cardenas was trying to reload his weapon when police confronted him and tackled him to the ground. He remained in Travis County's jail yesterday.

DALLAS (AP) _ Albert Reyes is the first non-Anglo president in Dallas-based Buckner International's 131-year history. Reyes will manage the social service agency's nearly $100 million annual budget. The organization provides adoption and foster care, operates group homes, residential homes, community centers and retirement homes in Texas and internationally.

FORT WORTH, Texas (AP) _ Fort Worth-based American Airlines says the company will furlough up to 175 pilots _ about 2 percent of its 7,800 pilots _ in the first half of the year. American announced yesterday it sent notices to 80 pilots that they'll lose their jobs at the end of February.

AUSTIN, Texas (AP) _ A University of Texas library and museum has acquired 50 letters written by Jacqueline Kennedy Onassis to a colleague in the book publishing business. The letters, dated from 1978 to 1992, were written when Ray Roberts worked with the former first lady at Doubleday & Co. in New York, and when he was with Little, Brown and Company in Boston.

---- Index References ----

Company: AMERICAN AIRLINES; AMERICAN AIRLINES INC

Region: (Texas (1TE14); North America (1NO39); Americas (1AM92); USA (1US73))

Language: EN

Other Indexing: (AMERICAN AIRLINES; BUCKNER INTL; DOUBLEDAY CO; JACQUELINE KENNEDY ONASSIS) (Albert Reyes; Brown; Fausto Cardenas; Reyes) (StateDistribution)

Keywords: (j)

Word Count: 256

© 2014 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

NewsRoom

11/15/13 N.Y. Times A22
2013 WLNR 28778618

New York Times (NY)
Copyright (c) 2013 The New York Times Company

November 15, 2013

Section: A

'I Was Just Sure They Just Wanted To Kill This Group of Persians'

J. DAVID GOODMAN and VIVIAN YEE

The first sound -- a muffled pop -- caused little alarm. It had come from somewhere on the third floor of a home in East Williamsburg, Brooklyn, shared by musicians from Iran.

The men had been unwinding with a routine video game of Internet pool, each comfortably ensconced in his own room, lazily playing before bed. The next sound came from one of the men, Arash Farazmand, who wondered aloud, "What's that?"

Two more blasts, now well inside the home, had the unmistakable thunder of weaponry. And then there was the sound of someone dying.

It was soon clear that a gunman was methodically moving through the house.

"He was stepping so fast," Pooya Hosseini recalled on Thursday, describing the deadly scene that unfolded just after midnight on Monday inside 318 Maujer Street and his confrontation with the gunman -- a fellow Iranian musician -- that enabled him to survive.

Three of his friends did not: two brothers who were members of the Yellow Dogs, a rock group of political refugees, and another musician.

When Mr. Hosseini, 28, began hearing the rampage unfold, he recalled, he feared that a man who had recently been renting a room in the house -- and who had spoken of his time in the Iraq war -- had gone crazy. He had no idea the gunman was Ali Akbar Mohammadi Rafie, a former member of Mr. Hosseini's band, the Free Keys.

All Mr. Hosseini knew, as he crouched in a corner of his third-floor room sheltered only by a laden coat rack, was that the gunman was now slowly climbing upstairs. He wanted to call the police but could only recall the 1-1-0 number for the police in Tehran.

"That was the worst moment in my life," he said. "I was just sure they just wanted to kill this group of Persians."

Mr. Hosseini listened to the gunfire. Then his door crashed open.

First all he saw was the gun, and then he focused on Mr. Rafie's face, wild-eyed, not with anger but with a strange beatific purpose, an almost happy demeanor.

" 'You think my bullets are not going to go through those coats and your body and the wall?' " Mr. Hosseini recalled, using English to recount Mr. Rafie's words, which had been spoken in Persian. "I said, 'Definitely, sure, but don't kill me. Just let me talk to you.' "

For the next several minutes, they spoke, Mr. Rafie, pointing the end of a .308 caliber, Spanish-made assault rifle at Mr. Hosseini, still crouched on the floor.

"He asked me, 'What happened to us?' " Mr. Hosseini recalled.

The two had been friends in Iran, playing music together and accompanying each other on mountain bike rides in the hills north of their Tehran homes. They came to the United States together, hoping to find musical freedom in Brooklyn.

But almost from the moment the men arrived together at Kennedy Airport in December 2011, relations were fraying. Mr. Rafie made little money as a bicycle messenger and began to steal things. He would hop turnstiles, frightening Mr. Hosseini and others who were seeking asylum and trying to assiduously follow the rules.

After about five months, the men kicked Mr. Rafie out of the band and stopped living with him. Mr. Hosseini said that, apart from a text message a few months ago, the two men had not spoken.

Amir Khosravani, 26, who was part of the same musical underground in Tehran, said he had spoken with Mr. Rafie recently. Though the others would complain that Mr. Rafie owed them money, Mr. Rafie always maintained he did not. "He told me, 'O.K., I have a job, and I have everything -- they don't have anything, I have a new job and I have a girlfriend,' " Mr. Khosravani recalled.

Recently things got worse.

Mr. Rafie began making extremely paranoid statements, Mr. Khosravani said, and described working for the Freemasons. Mr. Rafie said he was being prepared for a secret mission to blow up a government building in New York.

In the last few weeks, however, Mr. Khosravani thought Mr. Rafie was getting better; he did not call as he usually had when he was feeling despondent. When Mr. Rafie posted a photo of a rifle on Facebook and seemed to threaten Anthony Azar, the bassist who had replaced him in the Free Keys, Mr. Khosravani did not alert the others, assuming it was a joke.

It was not. Mr. Rafie walked across adjacent rooftops Monday night to get to the house on Maujer Street. Through a third-floor balcony window, he shot and killed Ali Eskandarian, 35. Then he marched through the home, killing Arash Farazmand, 28, on the third floor, and his brother Soroush Farazmand, 27, on the second floor, before returning upstairs.

Gripping the gun in Mr. Hosseini's room, Mr. Rafie rattled off personal grievances and a bizarre conspiracy theory. "He said, 'You had a plan to bring me here and put me in a band, but you did it just to bring me here and fix me with a group of Freemasonry,' " Mr. Hosseini recalled the gunman saying.

As Mr. Rafie's eyes settled on a spot just above Mr. Hosseini, he announced, "I need to kill you and then I need to kill myself. This is what I have to do. This is what I have to do."

Mr. Hosseini began speaking rapidly, certain that if he stopped, he would be killed. "I said, 'Don't kill me! Don't kill me! Let me talk and then do it,' " he said. After a minute, Mr. Rafie ordered him to "come out and stand up."

Chest to chest, only the gun between them, the men spoke for three or four more minutes, Mr. Hosseini said. "I was just saying whatever came to my mind. To just make the time pass because I heard the cops," he said.

Mr. Rafie heard the sirens, too. When the Mr. Rafie turned his head, Mr. Hosseini grabbed the barrel of the gun and, as they wrestled over the weapon for several moments, bullets sprayed into the ceiling and the floor. "He was turning the gun everywhere," he said. Then the clip was empty and there was blood on both men. Mr. Hosseini knew he had not been hit but decided to seize the moment.

"I just screamed so bad in his face -- 'You shot me in my stomach!" -- and he got shocked," he said. Mr. Hosseini then tackled Mr. Rafie, knocking him onto a bed, and pressed his knee on his arm, preventing him from reloading. An extra magazine fell to the floor.

The men rose and Mr. Rafie, carrying additional ammunition, headed for the roof, trying unsuccessfully to drag Mr. Hosseini with him. But Mr. Rafie heard the police outside and instead ran alone through the roof door, which Mr. Hosseini rushed up to lock.

Mr. Hosseini then descended to the first floor where he encountered the police. A few moments later a single gunshot could be heard from the roof.

Mr. Rafie was dead.

"I really wish he didn't kill himself," Mr. Hosseini said. "When somebody kills himself, he makes it easy for himself. I didn't want it to be easy. I wish he was in jail for all of his life."

PHOTOS: Pooya Hosseini, who fought off a former bandmate who had already killed three men, speaking with the police after the shootings on Monday. (PHOTOGRAPH BY ELLEN MOYNIHAN); Ali Akbar Mohammadi Rafie

---- Index References ----

News Subject: (Crime (1CR87); Murder & Manslaughter (1MU48); Social Issues (1SO05); Violent Crime (1VI27))

Industry: (Entertainment (1EN08); Music (1MU57))

Region: (Americas (1AM92); Asia (1AS61); Gulf States (1GU47); Iran (1IR40); Middle East (1MI23); New York (1NE72); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); USA (1US73); Western Asia (1WE54))

Language: EN

Edition: Late Edition - Final

Word Count: 1241



WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.
3

# Exhibit 38



LOG IN

# Woman Wrestled Fresh Ammo Clip From Tucson Shooter as He Tried to Reload

Share with Facebook | Share with Twitter

By KEVIN DOLAK and JUSTIN WEAVER

TUCSON, Ariz. Jan. 9, 2011



COMING UP | Team of Heroes Takes Down

Patricia Maisch looks like a gran
today for helping to stop alleged
away a fresh magazine of bullet

Maisch, 61, effectively disarmed the shooter as several men pounced on him and threw him to ground. As they struggled to hold him down, Maisch joined the scrum on the ground, clinging to the gunman's ankles.

Maisch and her fellow heroes -- identified as Bill Badger, Roger Sulzgeber and Joseph Zamudio -- stopped the carnage after 20 people were shot, including Rep. Gabrielle Giffords. Six people died.

"[I] knew right away it was a gun... I heard a continuation of shots," Maisch told a news conference today.

Maisch, who has a crown of snow-white hair, was standing towards the back of the line to greet and snap a photo with Giffords at the "Congress in Your Corner" event at a Safeway grocery store.

Speaking to the press today, Maisch recalled how she stopped Loughner as he tried to reload his Glock 9 mm weapon.

"I could see him coming. [He] shot the lady next to me," Maisch said.

As he was shooting, she said, she was expecting to be hit and she wondered what it would feel like.

There was "lots of blood and confusion," she said.

She considered trying to run away, she said, but thought that would make her more of a target, so she laid down on the ground. But then something unexpected happened.

"Then he was next to me on the ground," she said. "The gentleman knocked him down.

"I kneeled over him. He was pulling a magazine [to reload] and I grabbed the magazine and secured that. I think the men got the gun, and I was able to get the magazine," she said.

Maisch said Badger and Sulzgeber both sat on the gunman while she held his ankles down. Police said that Zimudie helped by hanging on to Loughner's legs.

Sulzgeber was reportedly standing with his wife, third in line to meet with Giffords, while Zimudie was in the nearby Walgreens and came running out once he heard the shooting.

"I thought I would be shot. I am thankful for those two brave men," Maisch said.

"I am not a hero. The other guys are. I just assisted getting the clip."

Badger, a 74-year-old retired army colonel living in Tucson, told Pottsville, Pa.'s Republican-Herald how he helped capture Loughner, and that he was grazed in the back of the head by a bullet.

## The Heroes of the Tucson Shooting

"I heard the shots but I thought they were fireworks at first," Badger told the newspaper. "I wasn't sure they were shots until I actually saw the shooter, and I was sure he was really shooting bullets when I felt the sting on the back of my head."

According to Badger, who the Republican-Herald confirmed was treated for an injury at a hospital, he was the first person standing next to a row of chairs leading to Giffords when the first shots rang out.

Badger told the paper, "I turned and saw him running down the line of people on the chairs. He ran between me and the store. Someone hit him with a chair and he flinched a little. That's when I grabbed his left arm. Someone grabbed his right arm and we got him to the ground.

"The other guy put his knee into the back of his neck and I grabbed him around the throat. We held him until police got there. While we had him on the ground I saw blood running and it wasn't until then I realized it was coming from the back of my head," Badger said.

Speaking outside her home this evening, Maisch said that when she noticed that one of the men was bleeding from the head, she ran into the Safeway to get paper towels.

"I put a compress on the man's head while he was securing the shooter," she said.

## Sponsored Stories

**The One Thing All Cheaters Have In Common**

TruthFinder



**Teen Goes Missing In Aruba: But 10 Years Later, Police Uncover Truth**

RightBrainNews



**Kate Middleton Drops Jaws, Proving Prince William Is A Lucky Man**

Livingly

Recommended by Outbrain

Comments

# Rep. Giffords Still in Critical Condition Following Shooting

Share with Facebook Share with Twitter

By DEVIN DWYER, EMILY FRIEDMAN and JESSICA HOPPER

Jan. 9, 2011



ABCNEWS.com

WATCH | Eyewitness Accounts of Arizona Shooting



Rep. Gabrielle Giffords is responding to simple commands and is in critical condition after suffering a gunshot wound to the head yesterday, according to her doctors.

"She is able to communicate through simple commands," said Dr. Michael Lemole, a surgeon at the University Medical Center in Tucson, Ariz., who treated Giffords. "And we're very encouraged by that."

"But she's still in critical condition and brain swelling can occur at any point, but I'm cautiously optimistic," he added. "We don't know what her deficits will be in the future."

Giffords, 40, was shot in the back of her head, the bullet crossing the left side of her brain and exiting just above her left eye, said Dr. Peter Rhee, the director of Trauma and Critical Care at the University Medical Center. She is breathing with the help of a ventilator.

Fourteen other people were wounded and six killed during the assassination attempt on Giffords at a political event outside a Tucson grocery store Saturday morning.

The alleged gunman, 22-year-old Jared Loughner, is in the custody of the Pima County Sheriff's Office.

A second man whom authorities had been searching for as a person of interest in the case turned himself today in and has been released. Pima County

Sheriff's Office Bureau Chief Richard Kastigar said the individual was a cab driver who had driven Loughner to the grocery store. He was caught on camera when he entered the grocery store after there was an issue with Loughner paying for the ride.

Some of the terror of that moment was evident in the 911 calls that were released today.

"Oh my god," exclaims a 911 operator who got the first report of the carnage.

A man who identified himself as Manuel Hernandez told the operator, "There was a shooting at Safeway…Where Gabrielle Giffords was…and I do believe Gabrielle Giffords was hit."

"She's hit. And I do believe she's breathing," he said. "She is breathing. She still has a pulse."

"He went in and just started firing and then he ran," said Hernandez, prompting the operator's exclamation.

A woman named Sally Badger frantically called seeking information about her husband.

"My husband just called me and told me he was shot. He was going to the Gabrielle Gifford event and I don't know where he is," Badger told 911. "He called me and then the phone went dead."

Her husband Bill Badger, a retired Army colonel, was grazed on the back of his head. He is cited by some as one of the heros who tackled Loughner to stop the slaughter.

## Alleged Gunman 'Mentally Unstable'

A criminal complaint filed in federal court this afternoon charges Loughner with one count of attempted assassination of a member of Congress, two counts of killing an employee of the United States and two counts of intent to kill employees of the United States.

During a search of Loughner's home, authorities found an envelope with handwriting that read "I planned ahead," and "My assassination" and the name "Giffords," as well as Loughner's signature.

Loughner is scheduled to appear in court on Monday.

Rhee described Giffords' injury as a "devastating wound."

"Right now she's in a very good situation, and hopefully it will stay that way," he said.

Giffords is unable to open her eyes and cannot speak because of the ventilator, according to Rhee, but she is able to respond when asked to squeeze her hand or hold up her fingers.

"We take those simple commands for granted but they demonstrate high functioning in the brain," said Rhee.

Rep. Giffords was there for a "Congress on Your Corner" event, one of several events she had planned in her Arizona Congressional district to meet with her constituents.

The dead have been identified as the 63-year-old Roll, 30-year-old Gabriel Zimmerman (Giffords' director of community outreach), 76-year-old Dorthy Morris, 76-year-old Dorwin Stoddard, 79-year-old Phyllis Scheck, and 9-year-old Christina Green, according to the Pima County Sheriff's Department.

Loughner legally purchased a Glock 19- 9mm gun at Sportsman's Warehouse in Tucson on Nov. 30, law enforcement officials said. It's unclear if he bought the extended clips used with the gun during the mass shooting. An extended clip holds 30 rounds, officials said.

Pima County Sheriff Clarence Dupnik described the alleged shooter as "mentally unstable."

Dupnik lauded three individuals -- at least one of whom was shot herself -- for tackling Loughner to the ground before he was able to load another magazine into his gun.

Authorities released a photo of the other person of interest -- a white male between 40 and 50 years old with dark hair -- and said he was last seen at the event and may have a connection to Loughner.

The congresswoman was the clear focus of the gunman's assault, Dupnik said.

"He ran through the crowd and when he got to [Giffords] he just started shooting," the sheriff said.

"The anger, the hatred, the bigotry that goes on in this country is getting to be outrageous. And unfortunately Arizona I think is the capital. We are the Mecca for prejudice... for prejudice and bigotry," Dupnik said.

"When I looked up, he was shooting at Congresswoman Giffords," Steven Rayle, an eyewitness, said. "He didn't stop shooting, he just continued shooting rapidly. It was close quarters so people had nowhere to get away from."

"He didn't seem agitated, he seemed determined and just let loose with a barrage of bullets," Rayle said of the gunman.

Rayle told ABC News that "another man went running off" after the shooting, but wasn't sure if the other man was involved. Rayle said the gunman approached Giffords and shot her before turning his gun on other people randomly.

"The whole thing unfolded in about 12 or 15 seconds. As he came around it I laid down on the ground and acted as if I was shot."

## Tucson Gunman: 'Defensive, Tense, Struggling'

After Giffords was shot in the head, staffers rushed to her aid, Rayle said.

"She was conscious, one of her staffers had a coat held to her face," Rayle said.

After ducking under a concrete pillar, pretending to be wounded, Rayle helped tackle the gunman. He grabbed the suspect's feet.

"He didn't really say anything except like, 'you're hurting my arm.' He was defensive, tense and struggling," Rayle said.

### Giffords Had Been Target of Vandals

Giffords, a representative for Arizona's 8th District who just won reelection to a third term, has been the target of conservative political opponents in recent months.

Last March, Giffords' office was vandalized just after she voted in favor of the health care reform law. The intruders destroyed a glass door and a window at her Tucson Congressional offices.

At the time, Giffords' press secretary C.J. Karamargin said the office had received many phone calls with "nasty and rude and hateful comments" from opponents of the health care bill.

Recently Giffords, who supports gun rights, has received angry letters from

anonymous sources, ranting about the supposed national gun registry and border control.

One letter received on Dec. 15 addressed to "giffords, obama, mccain and sen. Jon kyl" got personal on the topic of U.S. Border Patrol Agent Brian A. Terry, who was killed in a late night shootout at the U.S.-Mexican border.

"Brian a Terry's blood is on your hands! How many more legal residents of the USA have to die before the border is CLOSED??? Obama I call you out! CLOSE THE DAMN BORDER NOW! Quit pandering to illegals!," the letter read.

Giffords has a reputation as a political rebel. Though though she supported her party's effort to pass a landmark health reform law, she voted with the Democratic Party only about 40 percent of the time, according to Congressional Quarterly,.

She was also one of a handful of Democrats who did not vote for Nancy Pelosi for speaker of the house, during the recent Democratic leadership elections after Democrats lost their majority in the House last November.

*ABC News' Rich Esposito, Pierre Thomas, Jack Date, Jason Ryan, Gina Sunseri, Ross Eichenholz, Toni Wilson, Desiree Adib, Kevin Dolka, Dean Schabner, Sherisse Pham, Amy Walter, Leezel Tanglao and the Associated Press contributed to this report.*

<div style="border:1px solid">Comments</div>

# Hours of new body-camera footage from Orlando nightclub shooting released

[ ] Share with Facebook    [ ] Share with Twitter

By BRIAN ROSS, JOSH MARGOLIN and MEGAN CHRISTIE

May 31, 2017, 5:01 PM ET



Joe Raedle/Getty Images

**WATCH** | New body cam footage shows officers entering Pulse nightclub



The Orlando police released 11 hours of new body camera footage on Wednesday from inside the Pulse nightclub on the night of the worst mass shooting in modern American history almost one year ago.

The footage contains dramatic scenes of chaos and carnage as first responders tried to save the wounded and hunt down the shooter who killed 49 people in the name of the Islamic State.

In a series of interviews ahead of the release of the footage to be broadcast tonight on *World News Tonight with David Muir* and *Nightline*, first responders and survivors told ABC News that the memories of that night, and the emotions stirred by them, are still raw.

"Several of us commented that this was gonna change the city forever," said Roger Brennan, the police department's commander on the scene, "and probably change what we do forever."

By early morning on June 12, it had already been a violent weekend in Orlando. Litte more than 24 hours earlier, a young singer named Christina Grimmie was shot and killed while signing autographs for fans following her performance at the nearby Plaza.

On Saturday, Pulse, a popular spot in the city's gay community, was packed with patrons, many of them young revelers eager to forget the previous night's tragedy.

"We were all in a great mood," said Jahqui Sevilla, a young woman who was at the club with friends. "We were in the club dancing. It was like one of the best nights I had, that turned into the worst day of my life."



SLIDESHOW: Mass Shooting at Pulse Nightclub

Just after 2:00 a.m., a man named Omar Mateen, the 29-year-old American-born son of Afghan immigrants, entered the club, armed with a military-style assault rifle, and opened fire. Mateen, a security guard from Port St. Lucie, was an angry and troubled man with a history of violence and failure.

An off-duty police detective working security at Pulse radioed in, and less than a minute and a half later, backup units began to arrive. One officer, Graham Cage, heard the call and jumped on his bicycle. He ran into the club while everyone else was running out.

"I had a helmet, but a bicycle helmet," Cage said. "It's not gonna do a whole lot with that."

As patrons rushed for the exits, the shooter rapidly fired shots from inside the club. The bullets missed Jahqui Sevilla but hit the two friends she was standing with, one fatally.

"He had a gunshot wound to his chest," Sevilla said. "That's when I saw that he was injured. He was non responsive."

The first responding officers returned fire, forcing the shooter to retreat further into the club. As those officers followed in pursuit, they passed bodies, dead and wounded, everywhere.

Police training calls for officers to head straight to the active shooter, even if it means ignoring the victims.

"A person reached up and asked for help, but at that point we didn't know where the shooter was, if he was detained, if he was deceased, or what was going on," said Kyle Medvetz, one of the police officers who responded. "So as much as I wanted to help, I could not help him until we know for sure the shooter was detained, contained or deceased."

The shooter had barricaded himself in the bathroom with several hostages, which according to Major Mark Canty, who led the Orlando SWAT team, required the police to change their strategy.

"This went quickly, very, very quickly from an active shooter to what we call a barricaded gunman to a hostage situation," Canty said.

The shooter was still inside, cornered and dangerous, but rather than immediately storm the building, Canty decided to wait. It was a decision that would later be criticized by some, as it would take three more hours for police to gain full control and get all the wounded in the back to safety.

Chief John Mina, in the command post, however, says it was the right call.

"During that whole three hours, we were in there saving people from the dance floor, from dressing rooms, from the other bathroom," Mina said. "We took 22 people out of the front bathroom. Once we were inside that club, there were no more gunshots until the final assault."

A half an hour after he first opened fire, the shooter called the Orlando police department dispatch center.

"I want to let you know I'm in Orlando, and I did the shooting," Mateen said. "I pledge my allegiance to Baghdadi on behalf of the Islamic State."

Sergeant Andy Brennan, a trained hostage negotiator, was working an off-duty detail at a bar downtown that night when he responded the radio call from Pulse and headed to the dispatch center. He engaged the shooter over multiple phone calls, listening to his rants about ISIS and Syria.

"You need to stop the U.S. air strikes," Mateen said. "They need to stop the

U.S. air strikes, okay?"

Meanwhile, officers used the time to get as many victims out as possible despite concerns that the shooter might attempt to hide among the victims.

Officer James Hyland arrived in his personal pick-up truck, which a partner quickly turned into a makeshift ambulance.

"We didn't have any ambulances or anything there. He just started loading people up," Hyland said. "And he was just going back and forth, doing one run after another, after another, after another."

Other trapped victims who could not be reached used their cell phones to call loved ones, who then called 911 to plead for help on their behalf.

"My girlfriend's in the bathroom," said one caller. "There are now four dead in the bathroom and two more are bleeding out. If somebody doesn't get there soon they're going to die."

"Yes, my son is shot in the club in the Pulse in Orlando, and he's still in the bathroom where he's bleeding," said a sobbing mother. "He got shot, and nobody's going in for him."

The rescue operation continued until Brennan, the negotiator, heard words from the shooter that quickly changed the dynamic for everyone inside the nightclub.

"By the way, there is some vehicles outside that have some bombs, just to let you know," Mateen said. "Your people are going to get it, and I'm going to ignite it if they try to do anything stupid."

He escalated the threat, telling the negotiator that he had "a vest," before abruptly hanging up.

"When you start talking about explosives," said Roger Brennan, the scene commander, "now you have to pull your resources back."

The information circulated among the officers on scene, but not a single officer pulled back to safety.

"We were in it to win it, you know?" Medvetz said. "And we didn't want to leave."

Instead, the police prepared to move in. With victims still trapped inside the nightclub, and the suspect threatening to set off explosives, hostage negotiator

Brennan knew he was running out of time.

In his fourth and final phone call with Mateen, Brennan tried again to convince him to come out of the nightclub without his weapons, but after making his demands, Mateen hung up.

It was after that fourth phone call that Chief John Mina decided his officers would have to storm the back bathrooms of the nightclub.

"I wasn't going to sit here in this command post and hear that explosion, knowing that he was going to blow up everyone, all those hostages inside that club, because there were many hostages left inside," he said.

After getting Mina's go-order, the SWAT team moved towards the back bathrooms where they knew hostages were hiding.

"They said, 'Hey, we're going to push the air conditioning unit in, but before we do, you guys have to catch it because if you let it drop or make any noise, the killer is going to know where you're at, and he might shoot through the walls and kill you,'" said Canty.

Canty said the hostages reached up to grab the air conditioning unit when it was pushed in and were able to set it down without making a sound. Eight hostages were able to escape from the nightclub through that opening, police said.

"I think the first person that came out was the person that was injured," Canty said. "They were able to get out by themselves."

Inside a different area of the nightclub, Jahqui Sevilla also made her escape, carrying her friend who had been shot in the chest. He would later die from his injuries. Jahqui's father, Benigno Sevilla, an Orlando firefighter, was waiting outside for her.

"I give her a quick once-over, make sure she has all her body parts," Beningo Sevilla said. "I knew she was one of those who could be killed or injured."

"It wasn't until he was there and I knew that I could kind of just like collapse in his arms and I would be okay," Jahqui added.

After the air conditioning unit was out, police decided to move forward with their final assault. Officer Rob Woodyard drove an armored vehicle called a Bearcat towards the nightclub and tore open holes in the wall to create an escape route. SWAT team members following the Bearcat and then pulling hostages to safety as they ran out.

"Every person we got out was a victory for us," Woodyard said. "At that point, we know that we need to get these people out this building. So one by one, they're coming out of these holes, and it's a great feeling, seeing them come out."

Even with the Bearcat, officers said they were still being cautious because the suspect had told them there were explosives. Canty said there was also a concern that the suspect would start firing on the hostages as they ran out, and they knew people were still trapped in that back bathroom.

"You're trying to save as many people as you can," Canty said. "There's 13 people in that bathroom, you want to save them, there's five with him."

But the plan worked. Once the Bearcat came through the wall, police said Mateen stepped out into the open and started firing on the officers and the Bearcat.

"It was just like a wall of freedom," said Michael Ragsdale, another officer who responded. "There was 30 seconds of just the most awesome sound you could hear, because it was us returning fire towards him."

During the shootout with Mateen, Mina said a bullet struck Officer Napolitano's helmet. If it had been an inch lower, Mina said, Napolitano "would have been dead." But instead, Mina said, the officer "went down to the ground still returning fire, and the other officers returned fire, killing the suspect," Mina said.

When the call went out over the police radios that the suspect was dead, Brennan said a "giant cheer went up" inside the command center.

"We all hollered, 'Yay!'" added Bill Hammer, a dispatcher. "It was a big uproar."

After hours of fighting, the massacre was finally over, but the officers involved felt like there was little to celebrate. Mina said he and many of the officers were heartbroken by what had happened.

"I was very proud of the police response, but still, you know, this person went in and killed 49 of our community members," he said. "And so as a community we were devastated."

**Editor's note**: Jahqui Sevilla was killed early Monday in a car crash.

*ABC News' Pete Madden, Lauren Effron, Randy Kreider and Cho Park
contributed to this report.*

Comments

# Exhibit 39

Case 3:17-cv-01017-BEN-JLB    Document 18-1    Filed 06/05/17    PageID.2021    Page 226 of
252

# The New York Times

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to
your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article.
Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »

December 9, 1993

# DEATH ON THE L.I.R.R.: The Rampage; Gunman in a Train Aisle Passes Out Death

By FRANCIS X. CLINES,

**GARDEN CITY, L.I., Dec. 8**— When the gunman emptied his first clip into passengers at the rear of the car and stopped to reload, Kevin Zaleskie, crouching in panic a few seats farther along, realized he had one small chance to flee before aim was taken at him as the stalker worked the aisle, shooting to the right, then to the left, as methodical as if he were taking tickets.

"I got up to run, but the aisle was jammed with someone," Mr. Zaleskie, a financial analyst for I.B.M., said today, recalling what he thought would be the violent ending of his life amid the most banal routine of commuting home. "I didn't think I was going to get out. I was very panicky. I ducked back down in the seat. The guy was moving in my direction, shooting again." A Ticket and a Gun

The rampage by the gunman aboard the 5:33 evening commuter train from Pennsylvania Station had moved Mr. Zaleskie and 80 other passengers in the third car from the easiest of lulling habits to an instantaneous scramble of terror and fear.

A man intent on murder who carefully paid for his ticket back in New York City was firing methodically with a 9-millimeter pistol, a hallmark of modern America's pathology of violence and fear. In three minutes of gunfire, he reduced the defenseless commuters in the third car to casualties on a one-sided battlefield.

As the gunman was finally brought to ground, tackled by one brave passenger and pinned by two others as he sought to reload his pistol for a third 15-shot rampage, David Farrell joined a reinforcement group that came from hiding to grab his legs and arms. "We held on and the gunman said, 'Oh God, what did I do? What did I do? I deserve whatever I get.' "

One of the men who subdued him could be heard commanding again and again from within the bloody scrimmage: "Stay where you are. Shut up. Shut up. Shut up."

Passengers farther away in the train would not discover the carnage until well after the gunman was subdued and the first of his 25 victims limped or were carried onto the Long Island Rail Road platform. One passenger, William A. Warshowsky, had scrambled for his life from the gunman's approach, leaped with a crowd into the darkness from the stopped train and ran all the way home, finally checking his body for wounds and celebrating his survival intact.

Another passenger, Margaret Richards, was amazed even beyond the bloodied windows and three

victims she saw slumped tightly together with head wounds, when she saw the gunman handcuffed later in a patrol car. "He was very calm. No emotions showing. Everything fine, you know, 'dum-de-dum,' " she related, songlike. "And then someone came over from all the blood of the train and lost it and began shouting, 'How can he be sitting there so calm after everything he did?' "

In the moment after the gunman had been subdued, Mr. Zaleskie had turned in his mind from the next likely victim to someone of immeasurable good fortune. In a minute, he was taking off his necktie and began making a tourniquet for a woman bleeding nearby, delivered from the terrifying stalker.

"The guy kept coming down the aisle with the gun," Mr. Zaleskie related of the height of the carnage. "And I just put my briefcase in front of my face and hunched down with two other people in the seat," he said, describing something close to fearful resignation. "He walked past, still shooting. And I didn't feel any bullets," the passenger continued in a very tight, very grateful monotone of recollection and survival.

At this point, more than a score of passengers were already cast about the car, wounded and bleeding, and the gunman tended his pistol, the second 15-shot clip exhausted.

"So he's reloading again and he was certainly going to keep shooting," Mr. Zaleskie recalled. "But someone yells, 'Grab him!' "

That was when one passenger tackled the gunman in the center of the car before he could get off another round and two more men piled onto him. The killer was pinned in a seat in the blood- and gore-smeared third car of the train, which had come to a stop at the Merillon Avenue station, panic spreading in all directions.

"A horror," said Mr. Zaleskie of the scene inside the car, suddenly quiet after the outrageous siege. "An absolute horror, and lying around in the aisles and in the seats, you see these people you never quite got to know across years of commuting," he said, his tone tinged with wonder. "Faces you recognize each day, but don't really know. And this horror has happened to them."

At the front of the car, Mr. Warshowsky had got up to wait by the door as the train approached the station when he heard the pop of the 9-millimeter gunfire and mistook it for something harmless, caps or fireworks. "A woman yelled, 'He's got a gun! He's shooting people!' " the passenger recalled, saying he was instantly moving in an adrenal blur, jumping down into a seat to hide as the bullets sprayed about the car.

"I heard 15 shots," said the 26-year-old purchasing department worker at The New York Times. "The gunman was pressing the trigger every half second or so. Going side to side shooting people. Not rapid fire, but pressing the trigger steadily -- pop, pop, pop. When he stopped to reload I made a run for the next car. We were trampling each other. I thought the guy was right at my back," said the New York City native, in his second year of suburban life.

In the next car, the second in the 12-car train, some passengers, unaware of the killing going on next door, seemed annoyed at the unruly influx. "Be calm," one shouted at Mr. Warshowsky, who joined a crowd that manually forced open a door as the train pulled into the station. He burst forth to freedom.

The gunman had moved backward down the aisle, suddenly, briefly, facing each victim as or after he fired. The gunman was identified by the police today as Colin Ferguson, a 35-year-old native of the island of Jamaica who authorities said was a rage-filled individual from a furnished room in Brooklyn.

Police officials reported that the suspect was carrying scraps of angry notes cast in racist tones but directed across a spectrum of institutions and ethnic groups, including whites, Asians and black officials police said he characterized in his angry jottings as corrupt and racist. None of his victims was black, and police officials, who described his siege as methodical and inclusive, were unable to say whether there were other black passengers aboard the train.

"This was the work of a deranged, maniacal person who for a variety of reasons decided to explode," said Chief Joseph Flynn of the Long Island Rail Road police.

When Mr. Warshowsky began fleeing, he saw a conductor peer into the bloody third car from the second, spot the gunman and make an about-face. The railroad defended the crew's performance, saying the engineer, informed of the shooting, thought it best not to open the doors immediately because two of the cars were not at the platform. A conductor finally managed to climb from a train window and open some doors from outside so the panicky throng could flee.

As the gunman had moved in vicious pathology down the aisle, one passenger heard a man suddenly shout, "I have seven kids. Please don't kill me." His fate was unknown.

Police detectives said it appeared that the gunman had been planning his foray for more than a week. In the aftermath, it was his relentlessness that was most often recalled with lingering fear.

In the fourth car, Lorraine Oltadel's first notion of something going wrong aboard the 5:33 was the sudden shout, "He is coming with a gun!"

She did not immediately comprehend the warning but looked into the third car and saw the full threat, gun in hand, leveling passengers. "There he was. He was coming."

Then came a pause free of gunfire. A man shouted, "I think he has run out of bullets." But then, Ms. Oltadel recalled, someone screamed anew in the train: "He's coming again."

Photos: Colin Ferguson, the suspect in the Long Island Rail Road rampaign Tuesday night, being led to his arraignment yesterday. Among those who died were Dennis McCarthy, top, and Maria Theresa Magtoto. (Vic Delucia/The New York Times) (pg. A1); The body of one of the victims being carried from the Long Island Rail Road platform in Garden City, L.I. (Vic DeLucia/The New York Times) (pg. B10) Diagram: "THE SCENE: What Happened on the Train" Tuesday night at 6:10, a gunman opened fire and killed five passengers and injured 18. The incident occurred on the third car of the train as it pulled into the Merillon Avenue station in Garden City, L.I. Several passengers tried to hid beneath their seats while others fled to the eastern end of the train and tried to go to the next car. 1. The gunman sat on the western end of the third car of the east-bound train. He carried a Ruger 9-millimeter pistol and a canvas bag with dozens of additional rounds. 2. Witnesses say the man drew the gun, dropped several cartridges on the ground, then stodd up and began firing. 3. He walked east on the train, shooting randomly at passengers. 4. The gunman reloaded his gun in the middle of the

car and continued down the aisle. 5. As he approached the eastern set of doors, he again ran out of ammunition and began to reload his weapon. Three passengers grappled with the gunman and subdued him as the train was entering the station. 6. An off-duty L.I.R.R. policeman boarded the third car after the train was in the station and handcuffed the gunman. (pg. B10)

---

Copyright 2017 The New York Times Company  |  Home  |  Privacy Policy  |  Search  |  Corrections  |  XML  |  Help  |  Contact Us  |  Back to Top

# Exhibit 40

ADVERTISEMENT

**Weather Alert in Litchfield and Hartford counties.**

May 31

Connecticut

# Sandy Hook Shooter's Pause May Have Aided Students' Escape

By **EDMUND H. MAHONY, DAVE ALTIMARI and JON LENDER, daltimar@courant.com**

The Hartford Courant

DECEMBER 23, 2012, 3:02 PM

A s many as a half-dozen first graders may have survived Adam Lanza's deadly shooting spree at Sandy Hook Elementary School because he stopped firing briefly, perhaps either to reload his rifle or because it jammed, according to law enforcement officials familiar with the events.

A source said that the Bushmaster rifle that Lanza used in the shootings is at the state police forensic laboratory undergoing several tests, including tests to determine whether it was jammed.

The children escaped from the first-grade classroom of teacher Victoria Soto, one of the six educators Lanza killed in Newtown after shooting his way through a glass door with the .223-caliber semiautomatic rifle on the morning of Dec. 14.

On Friday, detectives obtained and began examining records related to psychiatric care Lanza had received in an attempt to determine a motive. Several friends of his mother have said that he suffered from Asperger's syndrome but authorities have not confirmed that or indicated it had anything to do with the shootings.

Lanza killed 27 people — 20 children, four teachers, the school principal, a school psychologist and his mother, Nancy — before shooting himself in the head as police began arriving at the school.

The arriving officers encountered a shocking scene in Soto's classroom. Lanza had shot her, as well as special education teacher Anne Marie Murphy and six of Soto's 6- and 7-year old students. Seven of Soto's students were found huddled and unharmed in a classroom closet, apparently hidden by Soto when she heard shooting. The other students fled the classroom.

Based on initial statements from surviving children and the fact that unfired bullets from Lanza's rifle were found on the ground, detectives suspect that some students were able to run to safety when Lanza stopped firing, probably for a short period of time, the officials said.

It is possible that Lanza, who reloaded the rifle frequently, mishandled or dropped a magazine and unfired bullets fell to the floor, they said.

But it also is possible, they said, that the mechanism that fed bullets into the rifle jammed, causing Lanza to remove the magazine and clear the weapon. Unfired bullets could have fallen to the classroom floor during that process as well, law enforcement

officials said.

The six children who escaped Lanza's rampage ran to a home a short distance from the school. Upon reaching the home, one of the boys told the owner that "we obeyed the rules, we stayed on the sidewalk," one of the officials said.

The authorities have learned generally from the children who ran away that something may have happened to Lanza's rifle that caused him to stop firing. The substance of the statements, which are not entirely consistent, is that a piece of the weapon, probably a magazine holding live bullets, was dropped or fell to the classroom floor.

Investigators have decided not to formally interview the children, based on advice from Yale child psychologists. Given the chaotic nature of the scene, it is also possible that some children escaped while Lanza was shooting others in the room.

State police are expected to wrap up work at the school and release the school as a crime scene in the next few days. They still are trying to determine how many shots Lanza fired.

Lanza killed himself in Soto's classroom with one of the two pistols he carried into the building. He killed himself as police entered the building.

Police found a loaded 20-round shotgun in the trunk of the car similar to what is known as a "street sweeper." Police believe that Lanza didn't bring it into the school because he couldn't carry all of the weapons and ammunition. Lanza, who was about 6 feet tall, weighed barely 110 pounds, law enforcement sources said.

The few people who knew Lanza have portrayed him in the days since the mass shootings as an awkward, emotionally isolated, withdrawn young man. He attended public schools in Newtown, but at times was home-schooled by his mother, who was said by authorities and others to be the only person with whom he was socially engaged.

Lanza lived with his mother. He had two bedrooms and used one of them to keep computer equipment on which he is said to have enjoyed playing video games involving violent war games.

Before the shootings at the elementary school, Lanza shot his mother four times with a .22-caliber rifle as she lay in bed. He left the rifle at the house. All the guns were properly registered to Nancy Lanza.

Adam Lanza also broke apart his computer equipment in a way that has prevented authorities from retrieving data that could reveal with whom he may have corresponded or played video games.

He then drove to the school, getting there about 9:30 a.m. He walked up to the front entrance and fired at least a half dozen rounds into the glass doors. The thunderous sound of Lanza blowing an opening big enough to walk through the locked school door caused Principal Dawn Hochsprung and school psychologist Mary Scherlach to bolt from a nearby meeting room to investigate.

He shot and killed them both as they ran toward him. Two other staff workers in a meeting with Hocksprung and Scherlach were injured in the hail of bullets but made it back inside the conference room where one called 911 from under a table.

Lanza then turned toward the first classroom on his left, that of teacher Kaitlin Roig. By then, authorities said, Roig had hidden with her students in a closet in her classroom. Before securing the closet door, which opened inward, authorities said she concealed the door behind a movable bookcase.

Lanza then walked past Soto's classroom into the third one, where Lauren Rousseau was teaching. He shot and killed Rousseau, special education teacher Rachel D'Avino and 14 students.

One member of the class was not killed, although it is not clear if the child escaped the shooting or was not in the room.

"I think the community is very much respecting their privacy," Newtown schools Superintendent Janet Robinson said of the student's family. "I think that everyone is very sensitive to what a horrific experience this 6-year-old ... has been through."

Lanza then backtracked to Soto's classroom.

Much later, after police had found Lanza's body and were searching for survivors, an officer had to slide a badge beneath the closet door before Roig could be persuaded to open it.

*Courant staff writer* Matthew Sturdevant *contributed to this story.*

Copyright © 2017, Hartford Courant

**This article is related to:** Shootings, Adam Lanza, Laws and Legislation, Newspaper and Magazine, Sandy Hook Elementary School

BE THE FIRST TO COMMENT

## FROM AROUND THE WEB

Sponsored Links by Taboola



**Just Released Pics: 2017's Top Trucks**

Search Truck Ads



**Cable Companies Furious Over This New Device (Watch For Free)**

TVFrog



**These Assisted Living Facilities Are The Cream Of The Crop**

Yahoo Search









## One Man's 9-Minute Secret to Retiring Rich

**Investing Daily**



## Never Pay For Cable Or Subscriptions Again: This Device Allow You …

**TVFrog**



## The Story Behind Your Last Name Will Surprise You

**Ancestry**

## PROMOTED BY CHATTER

Sponsored Links

- **Taylor Swift's NYC townhouse on market for $24.5 million** (CelebChatter)
- **Nevada legalizes recreational marijuana** (PoliticsChatter)
- **Location, location, location** (HomesChatter)

- **You'll never buy wine from a grocery store again.**
- **Nothing new** (PoliticsChatter)
- **'How 'bout a half-pepperoni, half-sausage'** (OddChatter)

by Taboola



ADVERTISEMENT

# Exhibit 41

Published Tuesday, July 18, 2000

# Have gun, will not fear it anymore

**By Paul Pinkham**
**Times-Union staff writer,**

Bleeding and weakened from the bullet wound in her chest, Susan Gonzalez aimed her husband's .22-caliber pistol, the one she hated, and emptied it into one of the robbers who had burst through the front door of her rural Jacksonville home.

Those shots ended the life of one robber, led to a life prison term for another and became an epiphany for Gonzalez, a 41-year-old mother of five who runs a photography studio.

Gonzalez had always feared guns, never wanted a gun and argued with her husband, Mike, to please not keep guns in their home.

"I hated guns, all of them," she said. "I was that scared of them that I didn't want them around."

That all changed that terror-filled night nearly three years ago when Susan Gonzalez fought for her life inside her family's home near Jacksonville International Airport.

She and her husband, 43, no longer argue about guns, and she goes almost nowhere without her holstered Taurus .38 Special. She sits with it while watching television and takes it outside to do yardwork.

She joined advocacy groups such as Women Against Gun Control and the Second Amendment Sisters.

And she became a vocal opponent of gun control, traveling to Washington in May to meet with President Clinton and counter-organizers of the Million Mom March, which organized a huge Mother's Day rally to support gun control legislation. She recently taped a segment scheduled to air on ABC-TV's 20/20 in the fall. And this month, she was filmed by a British TV crew for a documentary on Americans and guns.

Gonzalez's story is naturally compelling because she was anti-gun and because she successfully defended herself against an armed intruder after being shot herself, said Janalee Tobias, founder and president of Women Against Gun Control.

"She actually fired a gun," Tobias said. "In most cases where potential victims protect themselves, Tobias said, a person is able to scare off an intruder simply by displaying a weapon.

Gonzalez never imagined herself advocating gun owners' rights. She still weeps at the memory of taking a man's life.

"I live every day knowing I had to shoot that boy," she said.

But she said she thinks it's important that stories like hers get told.

"Two and a half years ago I felt just like all them other women [at the Million Mom March]," she said. "You hear about criminals with guns, and you hear about kids committing suicide with guns, but you never hear about the self-defense aspect."

'I knew I was dead'

The 42 bullet holes police counted in the Gonzalez home the morning of Aug. 2, 1997, are stark evidence of the sheer terror the couple endured on the night that changed their lives.

The night seemed to be winding down as any other. While Mike Gonzalez slept, his wife sat on the couch watching television and waiting for their 18-year-old son to arrive home from a friend's house, where he had been playing video games.

Susan Gonzalez remembers hearing the doorknob jiggle about 12:40 a.m. She thought to herself as she walked toward the door, "Wow, he's early."

Suddenly the door flew open and two masked men burst into the doublewide wearing gloves and camouflage jackets and waving guns. One of them ordered Susan Gonzalez to lie down, but she ran. He chased her back to the master bedroom, where she woke her husband and tried to hold the door shut. She was shot in the chest.

"It burned like a fire going through me," she said.

As her husband, 43, wrestled with the two robbers in the living room, Susan Gonzalez dialed 911, told the operator they were being shot, gave her address and hung up. She then grabbed her husband's Ruger .22 from a drawer in the headboard and, fearing she would hit her husband by mistake, fired several shots over the robbers' heads to scare them off.

It didn't work.

"One came towards me firing, and I ran," she said. "After running to my bedroom, the intruder didn't follow me all the way . . . because he now knew I had a

gun also."

She peered out from her bedroom doorway and saw one of the gunmen, Raymond Waters Jr., crouched near her refrigerator. She crept along the wall, sneaked up behind him and emptied the Ruger, hitting him twice with her seven or eight remaining bullets. The other gunman, Robert Walls, then shot Susan Gonzalez, now out of ammunition, as she retreated to the bedroom again.

"I was standing in my closet asking for forgiveness of my sins, because I knew I was dead," she recalled.

Reality sets in

Walls fled from the house but returned when he found the robbers' getaway driver had left. He put a gun to Susan Gonzalez's head and demanded the keys to the couple's truck. As he sped off, the truck ran over Waters, who had staggered outside.

Walls, 24, is serving five life prison terms for second-degree felony murder, armed robbery, armed burglary and two counts of attempted first-degree murder. Louie T. Wright, 27, the getaway driver, pleaded guilty to robbery and was sentenced to five years.

Susan and Mike Gonzalez, each shot twice during the gunbattle, were treated at area hospitals. She required lung surgery. His injuries were less serious, and he went home in three days.

Nancy Hwa, a spokeswoman for the Center to Prevent Handgun Violence, was reluctant to criticize Gonzalez.

"Every incident is different," she said. "In this particular case, she certainly was justified using whatever means necessary to defend herself."

But the compelling story obscures the fact that "incidences like Ms. Gonzalez's are very rare," Hwa said, citing statistics that show firearms are far less likely to be used in self-defense than in suicides, accidental shootings or homicides involving members of the same household. And, she said, the center believes having a handgun escalates the potential for violence.

"People have to weigh the risk of losing a TV, jewelry or whatever vs. losing their life," Hwa said.

The statistics don't matter to Susan Gonzalez.

"Reality set in when I was shot," she said, "to the point where I realized why my husband and others had guns for self-defense."

Living in fear

In April, Mike and Susan Gonzalez traveled to New York to be interviewed for a TV talk show pilot with 20/20's John Stossel. It was the first time since the robbery she had been without her gun for any significant length of time, and, as she and her husband dined at a steakhouse, she got scared about walking back to their hotel.

"I told my husband, 'Take one of their steak knives,'" she said.

At home, they live behind burglar bars. The doors and windows are always locked. And there's the ever-present pistol.

"That's sad to have to live that way, but it's the only way I can feel comfortable," Susan Gonzalez said.

Her fears were only heightened when she and her husband were crime victims again in March. Burglars used an ax from their shed to break down the burglar bars on the back door while they weren't home. Among the items stolen -- the Ruger .22 she used to shoot Waters.

Police are still recovering weapons taken in the burglary -- a 9mm turned up in Virginia last week -- but the Ruger remains missing.

As a mother of five, all now grown, Susan Gonzalez said she understands the gun control lobby's concerns about children getting access to guns. She questions some positions taken by the National Rifle Association. Neither she nor her husband are members.

"I think they're a little over-the-top, but I think . . . they're doing it [because] they're afraid once it starts, then it's not going to stop," she said, referring to legislation limiting gun owners' rights. "They're trying to preserve Second Amendment rights."

She said she believes in gun locks or unloading weapons that aren't being used. But she also believes people should have the right to keep an unlocked gun close by to protect themselves -- like she did.

"I feel I have the right to self-defense," she said, "and I feel that other people do, too."

# Related Searches

MIKE GONZALEZ (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22MIKE GONZALEZ%22) JANALEE TOBIAS (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22JANALEE TOBIAS%22) SUSAN GONZALEZ (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22SUSAN GONZALEZ%22) SPOKESWOMAN FOR THE CENTER (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22SPOKESWOMAN FOR THE CENTER%22) **ROBERT WALLS (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22ROBERT WALLS%22)** 911 (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22911%22) **VIRGINIA (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22VIRGINIA%22)** PRESIDENT (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&

utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22PRESIDENT%22)    WASHINGTON
(http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-
related-search&&querystring=%22WASHINGTON%22)    **LOUIE T. WRIGHT (http://jacksonville.com/search-results?utm_source=jacksonville.com&
utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22LOUIE T. WRIGHT%22)**    MOTHER'S DAY
(http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-
related-search&&querystring=%22MOTHER'S DAY%22)    NEW YORK (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&
utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22NEW YORK%22)    **NATIONAL RIFLE ASSOCIATION (http://jacksonville.com
/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22NATIONAL
RIFLE ASSOCIATION%22)    JACKSONVILLE (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&
utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22JACKSONVILLE%22)**    PERSON TRAVEL
(http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&
querystring=%22PERSON TRAVEL%22)    FOUNDER AND PRESIDENT (http://jacksonville.com/search-results?utm_source=jacksonville.com&
utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22FOUNDER AND PRESIDENT%22)
JUDICIAL EVENT (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&
querystring=%22JUDICIAL EVENT%22)    JOHN STOSSEL (http://jacksonville.com/search-results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-
searches&utm_campaign=mead-related-search&&querystring=%22JOHN STOSSEL%22)    RAYMOND WATERS JR. (http://jacksonville.com/search-
results?utm_source=jacksonville.com&utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&
querystring=%22RAYMOND WATERS JR.%22)    ABC-TV (http://jacksonville.com/search-results?utm_source=jacksonville.com&
utm_medium=link&utm_content=related-searches&utm_campaign=mead-related-search&&querystring=%22ABC-TV%22)

---

Subscribe to Times-Union



(http://jacksonville.com/allaccess?utm_source=jacksonville.com&utm_medium=banner&utm_content=meadpromo&utm_campaign=allaccess)

---

# Trending this week:

---

Jacksonville.com © 2017. All Rights Reserved.   Contact Us (http://jacksonville.com/contact)

# Exhibit 42

CONTEST | SENIOR LIVING | FOCUS ON HEALTH | LISTENS LIVE! | LEGAL BRIEF





**83°**

Clear
Radcliff, KY

FULL FORECAST

Search

# Pizza Hut Fires Driver For Carrying Gun; Driver Said He Killed Armed Robber

**(INDIANAPOLIS, May 18th, 2004, 3:30 p.m.)** -- A pizza delivery driver who fatally shot a man he said brandished a gun and tried to rob him was fired from his job and could face criminal charges.

Ronald B. Honeycutt shot Jerome Brown, 20, who was pronounced dead a short time after the late Monday shooting.

"I'm just satisfied it was him and not me," said Honeycutt, 38, of Carmel.

Honeycutt said he was returning to his van after making a delivery at an apartment on the city's far east side when he heard someone say "Hey, my guy" and turned to see a man approaching with a gun.

He said he pulled out his 9 mm pistol and fired all 15 rounds at close range.

Marion County Sheriff's Capt. Phil Burton said no witnesses had been found to the fatal shooting of Brown, who suffered multiple gunshot wounds.

Burton said investigators would present their findings to county prosecutors, who will decide whether any charges will be filed in the case.

After shooting Brown, Honeycutt said he picked up Brown's gun because he feared he had an accomplice, and returned to a Pizza Hut store, where detectives later met him.

He said Pizza Hut fired him for violating a company policy against carrying a gun, which he was licensed to carry.

A Pizza Hut spokeswoman, Patty Sullivan, confirmed that company policy includes a ban on carrying weapons.

Honeycutt said he had been delivering pizza for 20 years and always carried a gun.

"It's a fair job, but I don't plan on dying for it," he said.

*(Copyright 2004 by The Associated Press. All Rights Reserved.)*

## RECOMMENDED STORIES

Recommended by



**A Cheater Will Always Cheat**
Sponsored | TruthFinder



**The Tallest Women in Hollywood**
Sponsored | Livingly



**Fans Stunned As Don Knotts Blurts Out Why He Left 'The Andy Griffith Show'**
Sponsored | Definition



**How To Fix Your Fatigue (Do This Every Day)**
Sponsored | Health Headlines



**Why Amazon Channels might be a better value than Netflix or Hulu**
Sponsored | Business Insider



**3 Hikes to Take During your Mill Casino Stay on Coos Bay, Oregon**
Sponsored | The Mill Casino



**The Equinox Study A Research Study for Endometriosis Pain**
Sponsored | Equinox Study



**Oregon Teen Vanishes From County Fair, But 30 Years Later, His Family Discovers The Truth.**
Sponsored | LifeDaily

## SPONSORED CONTENT

## WE RECOMMEND

**Man In Coma For 12 Years Wakes Up And Reveals Horrifying Secret**
LifeDaily

**Don't Do It Yourself - Hire A Professional For Your Home Projects**
HomeAdvisor

**Best & Worst Refinance Mortgage Companies of 2017** Comparisons.org

**If You Are An American Resident Born From 1936 to 1966 Check This Out** EverQuote

**Only Few Homeowners Know This** Clever Economy

**How many punches did Ali take? New book counts them all.**

**Louisville murder suspect arrested in Washington Co., IN**

**Here's a do-and-don't list to mascots, from a former mascot**

**Police: Mother charged after infant reportedly abandoned overnight**

**Intraoperative Neuromonitoring (IONM) Market Growth by Manufacturers, Regions, Type and Application, Analysis to 2022**

*Recommended by*

**Can't Find Something?**   SEARCH FOR IT HERE      SEARCH

   725 S. Floyd Street
Louisville, KY 40203
(502) 585-2201

FCC Public File
publicfile@wave3.com
(502) 561-4140
EEO Report
Closed Captioning

NEWS   WEATHER   SPORTS   VIDEO   TROUBLESHOOTER   LIFESTYLE   COMMUNITY   ABOUT US   MARKETPLACE

KY NEWS NOW          IN NEWS NOW

 All content © Copyright 2000 - 2017 Raycom Media. All Rights Reserved. For more information on this site, please read our Privacy Policy, Terms of Service, and Ad Choices.

# Exhibit 43



## Guns.com

Reviews • Industry News • Concealed Carry • 2nd Amendment • More ⬜ | Gun Bazaar • The Wire ⬜

# San Francisco settles suit with 5 out-of-state suppliers over magazine 'repair kits'

5/17/17 | by **Chris Eger**     Tweet



"The only purpose of these magazines is to kill as many people as quickly as possible," said Herrera in a previous statement about the kits. (*Photo: Michael Short/SF Chronicle*)

San Francisco City Attorney Dennis Herrera announced a settlement this week with several Internet retailers halting sales of what he says are illegal high-capacity magazines to Californians.

The city and five retailers located outside of California agreed to a settlement that institutes a 10-year injunction banning the companies from selling or advertising magazine repair kits in the state, as well as splitting

**Guns.com Social Channels**

    

**Guns.com Top Articles**

 5 of my favorite big/little pistol combos for every day carriers - Guns.com

 Exclusive: Inside the CMP and the word on Garands and 1911s (PHOTOS)

 Army has a bullet that penetrates 5.56-resistant body armor plates

$22,500 in costs incurred in the investigation by Herrera's office.

With each company, Herrera argued their kits are nothing but disassembled magazines capable of holding more than 10 rounds of ammo and could easily be reassembled in violation of state law.

"Californians have spoken clearly. We don't want these weapons in our communities," Herrera said in a statement. "I have zero tolerance for gun sellers who try to skirt the law, and we will bring statewide enforcement action when needed. I'm glad we were able to get a tough, enforceable court order against these companies that were flouting the law."

The kits were being marketed by **Badger Mountain Supply**, located in Washington; **7.62 Precision** in Alaska; **Shooters Plus**, in Mississippi; **LAK Supply** of Wyoming; and **Buymilsurp.com**, located in Florida.

In each agreement, the companies are required to scrub any language from their sites or advertising asserting their kits are California-legal. Potential purchasers from the state will not have the option to select California as a billing or shipping address. Further, the companies would have to cancel any pending sales with fulfillment ending in California. Should a retailer be later found by the court to have violated the agreement, they would be liable for a civil penalty of up to $6,000.

For those who elect to remain in the business of selling kits, they are required to post a notice stating:

> *Under California law, it is illegal for individuals in the state to purchase large-capacity*



Ohio officer shoots suspect in the head as he's choking girlfriend (VIDEO)



Report details gun battle between San Bernardino suspects, police

*magazines, large-capacity magazine 'repair' or 'rebuild' kits, and disassembled large-capacity magazines. Under San Francisco law, it is illegal for individuals in the city to possess these items. As of July 1, 2017, it will be illegal for individuals anywhere in the State of California to possess these items. Limited exceptions may apply.*

Should the state rescind their current ban on detachable magazines holding more than 10 rounds, the retailers would be green-lighted to resume sales.

As of Wednesday, **Shooters Plus** had pulled their website entirely while **Buymilsurp** and **7.62 Precision** had removed their sections listing magazine rebuild kits. **LAK** noted on its site that the kit category was "currently being phased out" before going on to ask for assistance with their legal defense fund.

The fifth company, Badger Mountain, has a page dedicated to the suit **saying**, "The agreement with the City of San Francisco, in short, ends legal proceedings, and Badger Mountain Supply agreed to pay a portion of the City's legal fees. No admission of guilt or liability has been made, and we did not provide any customer or purchase information to anyone, including the City of San Francisco and the State of California."

**Filed Under:** **Gun Laws**, **Politics & 2nd Amendment**, **Product & Industry News**

 

## Trending Today

Sponsored by Revcontent

### The Guns.com Wire

**Thieves hit gun store right next to Texas police department** 3h

**Former NBA draft prospect arrested with loaded gun at Charlotte's airport** 3h

**49 shot, six killed over Memorial Day weekend in Chicago** 3h

**Man with fake gun at Florida airport wanted to speak to president** 3h

**Roswell, GA will allow firefighters to store unloaded guns inside fire stations** 3h

**NRA lobbyist: Guns equalizer for 'the blacks'** 3h

**Negotiations stall over guns in public hospitals in Kansas** 3h

**An inside look at how N.J. State Police use guns they've seized to solve crimes** 3h

**The troubled teen who tried to bomb a train and wasn't labeled a terrorist** 3h

**Islamic State fighters seal off Mosul mosque preparing for last stand** 3h

**Police union gears up for fight after cop who fatally shot Tamir Rice is fired** 3h







**Amazon Does Not Want Women To Find Out About**

**Triple Your Accuracy With This Weird**

**New Device Turns Any Handgun Into A Sniper Rifle**







**Ex-Cops Urging Americans To Defend**

**Diabetes 'Miracle Shake' That Will Change Your Life**

**Hypoglycemia Will Kill You (Do This to Stop It)**

**Turkey acquits 2 men in Berlin 'honor killing' of their sister** 3h

**Get more wires here >**



    

**Join Our Newsletter**

Sign up for our newsletter and get the best of Guns.com each week right in your inbox.

**Resources and Links**

About us

Advertise with Us

Contact us

Privacy Policy

Tags

Write for us

Submit a review

Reference Section

Reviews

Gun Bazaar

The Wire

Copyright © 2017 Guns.com. All rights reserved.