1   XAVIER BECERRA
    Attorney General of California
2   TAMAR PACHTER
    Supervising Deputy Attorney General
3   NELSON R. RICHARDS
    ANTHONY P. O'BRIEN
4   Deputy Attorneys General
    ALEXANDRA ROBERT GORDON
5   Deputy Attorney General
    State Bar No. 207650
6     455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
7     Telephone: (415) 703-5509
      Fax: (415) 703-5480
8     E-mail:
      Alexandra.RobertGordon@doj.ca.gov
9   *Attorneys for Defendant*
    *Attorney General of California*

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| **VIRGINIA DUNCAN, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; et al.,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**EXHIBITS 44-54 TO THE DECLARATION OF ALEXANDRA ROBERT GORDON IN SUPPORT OF DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        June 13, 2017<br>Time:       10:00 a.m.<br>Dept:       5A<br>Judge:      Hon. Roger T. Benitez<br>Action Filed:   May 17, 2017 |

# Exhibit 44

Home   News   I-Team   Weather   Entertainment                                   65°   Connect

Local   U.S. & World   California News   SoCal Sports 4 You   Sports   Health   Tech   Weird   Weather   NewsConference

# LAPD Chief Backs Ban on Some Ammo Magazines

"There is no reason that a peaceful society based on rule of law needs its citizenry armed with 30-round magazines"



LOS ANGELES, CA - JANUARY 6: Los Angeles Police Chief Charlie Beck announces the 2009
crime statistics for Los Angeles on January 6, 2010 in Los Angeles, California. The city is reporting
its lowest crime rate in about 50 years with a violent crimes falling 10.8 percent and property crimes
down 8 percent compared to 2008. (Photo by David McNew/Getty Images)

LA's police chief said Wednesday he supports a proposed federal ban on the sale
of high-capacity ammunition magazines.

If passed, the ban would prohibit the sale or transfer of any magazine that holds
more than 10 rounds, though possession of magazines legally purchased before
the ban's start date would be allowed.

"There is no reason that a peaceful society based on rule of law needs its citizenry
armed with 30-round magazines," Police Chief Charlie Beck said at a news
conference, adding that the clips transform a gun "into a weapon of mass death
rather than a home-protection-type device."

Jared Loughner, the suspect in the shooting that wounded U.S. Rep. Gabrielle
Giffords and killed six people in Arizona, legally bought the 9 mm handgun he's
accused of using at a Tucson grocery store. Authorities say he was carrying
extended magazines that hold 30 rounds of ammunition.

The federal bill was authored by Rep. Carolyn McCarthy, D-N.Y., whose husband
was killed and son seriously wounded in a 1993 shooting. The sale of
high-capacity magazines is already banned in California.

March 2011 Culture Calendar

## TRENDING STORIES

1   PHOTOS   Take a Look Inside Obama
Family's Washington, DC, Home

2   James Responds to Graffiti: Racism a
'Part of the World'

3   Los Angeles 1992 Riots: By the
Numbers

4   Performance Interrupted at the
Hollywood Bowl

5   SPONSORED   Mt. Rose Ski Tahoe

## WEATHER FORECAST

Los Angeles, CA



65°   Overcast
Feels Like 65°

   

Radar   Forecast   Maps

### WHAT DO YOU THINK?

Privacy policy

NEWSLETTERS

Receive the latest local updates in your inbox

| Email | Sign up |

Privacy policy | More Newsletters

Several law enforcement officials have endorsed the proposed ban, but Beck, who heads the nation's third-largest police force after New York and Chicago, has the highest profile.

The National Rifle Association would do everything in its power to stop the law, the group's spokesman Andrew Arulanandam said. Members of the public should be allowed access to the ammunition clips to protect themselves from attacks by armed mobs, he said.

"When someone is being attacked by multiple people, it is only reasonable that they are given as much opportunity to defend themselves as they need," Arulanandam said.

High-capacity magazines were banned in 1994, but Congress refused to renew the law and it expired in 2004.

Since then, large-capacity magazines have been used in several mass shootings, including the Virginia Tech slayings in 2007 that left 33 dead, and the 2009 attack at Fort Hood, Texas, that killed 13.

McCarthy's bill, which was introduced Jan. 18, currently has 90 co-sponsors.

Published at 12:36 PM PST on Mar 2, 2011 | Updated at 2:22 PM PST on Mar 2, 2011

Copyright Associated Press / NBC Southern California

**You May Like**                                    Promoted Links by Taboola

Quicken Loans Urges Homeowners To Switch To…
Quicken Loans, NMLS#3030

If you own a computer you must try this game!
Throne: Free Online Game

20 Things 'M*A*S*H' Producers Hid From Fans
Definition

Watch: Missile Interceptor Collides With Target During Defense System Test

Inglewood Officers Who Fatally Shot Couple in Parked Car Are Fired

Elderly Man Detains Intruder Who Attacked His Wife in Their San Jose Home

SPONSORED LINKS                          MORE FROM NBC

- Sacramento, California: This Brilliant Company Is Disru... (EverQuote Insurance Quotes)

- People In Heavy CC Debt Are In For Big Surprise (Weekly Financial)

- No Couple at the Golden Globes Was Cuter than These Two (Livingly)

- 25 Makeup Tips All Older Women Should Know (Tipmom)

- Sacramento: This Meal Service is Cheaper Than Your Local Store (Home Chef)

- Trump Supporters Disrupt Town Hall of Democratic Congressman

- Suspect Charged With Murder, Rape in Killings of Women Whose Bodies Were...

- Kathy Griffin Apologizes for Bloody, Decapitated Trump Image

- Kathy Griffin Axed by CNN Over Trump Decapitation Pic

- Feeling Insulted, Mexican to Market 'Trump' Toilet Paper

Promoted Links by Taboola

## Leave Comments

**5 Comments**                           Sort by   Oldest

Add a comment...

**Robert Sanchez**
We don't need to live on a communist society, NRA all the WAY.
Like · Reply · Jan 10, 2013 4:54pm

**Robert Sanchez**
you don't like the USA, Leave today! Gun control. no Way
Like · Reply · Jan 10, 2013 4:56pm

**Robert Sanchez**
Guns kill crime.
Like · Reply · Jan 10, 2013 4:56pm

**Robert Sanchez**
The police can't even protect themselves, leave alone us law abiding citizens.
Like · Reply · Jan 10, 2013 4:59pm

**Robert Sanchez**
Chief, Git a life.
Like · Reply · Jan 13, 2013 5:39pm

Facebook Comments Plugin

News

Weather

Investigations

Entertainment

Traffic

Contact Us

Connect With Us

 

FCC Independent Programming Report

FCC News and Information Programming Report

NBC Non-Profit News Partnership Reports

KNBC Public Inspection File

Employment

21st Century Solutions

Send Feedback

Terms of service

Privacy policy

© 2017 NBCUniversal Media, LLC. All rights reserved.

 AdChoices

# Exhibit 45

Advertisement

**CORRECTION TO THIS ARTICLE**
An earlier version of this story incorrectly reported the limit on the capacity of gun magazines in Maryland. The limit is 20.
This version has been corrected.

# Va. data show drop in criminal firepower during assault gun ban

By David S. Fallis and James V. Grimaldi
Washington Post Staff Writers
Sunday, January 23, 2011; 9:17 AM

The number of guns with high-capacity magazines seized by Virginia police dropped during a decade-long federal prohibition on assault weapons, but the rate has rebounded sharply since the ban was lifted in late 2004, according to a Washington Post analysis.

More than 15,000 guns equipped with high-capacity magazines - defined under the lapsed federal law as holding 11 or more bullets - have been seized by Virginia police in a wide range of investigations since 1993, the data show.

The role of high-capacity magazines in gun crime was thrust into the national spotlight two weeks ago when 22-year-old Jared Lee Loughner allegedly opened fire with a semiautomatic handgun outside a Tucson grocery store, killing six and wounding 13, including Rep. Gabrielle Giffords (D-Ariz.). Authorities say Loughner used a legally purchased 9mm Glock 19 handgun with a 31-round clip and was tackled while changing magazines.

Of the seized Virginia weapons, 2,000 had magazines with a capacity of 30 or more bullets. Some states still limit magazine capacity. California, for example, limits them to 10 and Maryland to 20.

Last year in Virginia, guns with high-capacity magazines amounted to 22 percent of the weapons recovered and reported by police. In 2004, when the ban expired, the rate had reached a low of 10 percent. In each year since then, the rate has gone up.

"Maybe the federal ban was finally starting to make a dent in the market by the time it ended," said Christopher Koper, head of research at the Police Executive Research Forum, who studied the assault weapons ban for the National Institute of Justice, the research arm of the Justice Department.

Congress is considering legislation to reinstitute the assault weapon ban's prohibition on high-capacity magazines, a measure strongly opposed by gun rights advocates.

The analysis of the Virginia records, obtained under the state's public information law, provides a rare window into the firepower of guns used in crimes. The Bureau of Alcohol, Tobacco, Firearms and Explosives, which traces guns for local police agencies and regulates the firearms industry, does not track magazine sizes. Academic researchers said they were unaware of any other comprehensive study of firearms magazines.

The pattern in Virginia "may be a pivotal piece of evidence" that the assault weapons ban eventually had an impact on the proliferation of high-capacity magazines on the streets, said Garen Wintemute, head of the Violence Prevention Research Program at the University of California at Davis.

"Many people, me included, were skeptical about the chances that the magazine ban would make a difference back in 1994," Wintemute said. "But what I am seeing here is that after a few years' lag time the prevalence of high-capacity magazines was declining. The increase since the ban's repeal is quite striking."

Guns with high-capacity magazines have appeared in Virginia crimes ranging from the mundane to the murderous. The Post found that 200 guns with high-capacity magazines figured in Virginia homicides, including these incidents:

- In Richmond in 2003, Michael Antoine Wilson, 21, used his semiautomatic rifle with its 30-round magazine to shoot his 17-year-old girlfriend to death in front of children and relatives. Then he went to a nearby convenience

store, killed two workers and stole a van before turning the gun on himself.

- In Roanoke in 2004, Marcus Jerome Nance, 22, used his legally purchased 9mm Glock 17 handgun with a high-capacity magazine to spray 33 bullets into a crowd that had gathered outside a Roanoke gas station after a nightclub closing, killing one and wounding two.

- In Newport News last year, Antonio Johnson, 34, began shooting at police during a traffic stop with a 9mm semiautomatic handgun outfitted with a 15-round magazine. "Subject shot police officer and then killed himself with weapon," state records say.

In the Arizona shootings, Loughner allegedly used a Glock 19 that he had legally purchased at a Tucson sporting goods store in November. The gun's capacity allowed Loughner to squeeze off more than 30 shots without reloading, authorities said.

The federal assault weapons ban from late 1994 through late 2004 prohibited the manufacturing of magazines capable of holding more than 10 rounds. But the act permitted the sale of magazines manufactured before the ban.

The federal prohibition was spurred by a mass killing in 1989 in Stockton, Calif., where Patrick Edward Purdy, 24, a mentally unbalanced drug addict, fired 110 shots from an AK-47 into a schoolyard, killing five children and wounding 29 others and a teacher. He used a 75-round rotary clip and a 35-round banana clip, one of four he was carrying.

## New legislative interest

Rep. Carolyn McCarthy (N.Y.) and 57 other Democrats proposed legislation last week to ban the sale or transfer of high-capacity magazines, no matter when they were manufactured. McCarthy's husband and five others were killed in 1993 on the Long Island Rail Road by a gunman armed with a semiautomatic pistol and four 15-round magazines. He fired 30 shots before being subdued while changing magazines.

The bill's prospects are considered slim in the Republican-controlled House. In the Senate, the National Rifle Association says it has a solid 50-senator pro-gun block that could delay any legislation.

The NRA has announced its opposition to proposals that limit magazine capacity.

"These magazines are standard equipment for self-defense handguns and other firearms owned by tens of millions of Americans," according to a statement on its politics Web page, and in a letter circulating to members of Congress. "Law-abiding private citizens choose them for many reasons, including the same reason police officers do: to improve their odds in defensive situations."

The firearms industry also opposes the proposal. "The tragedy in Tucson was not about firearms, ammunition or magazine capacity," said Ted Novin, a spokesman for the National Shooting Sports Foundation, a gun industry group. "It was about the actions of a madman. Period."

The analysis by The Post is possible because of a little-known database of guns seized in Virginia. The database, called the Criminal Firearms Clearinghouse, has information on more than 100,000 firearms recovered by more than 200 local police departments since 1993. A federal law in 2003, known as the Tiahrt Amendment after the congressman who sponsored it, banned the release of federal data on guns recovered in crimes.

Last year, The Post mined the database to pierce the secrecy imposed by Congress on federal gun-tracing records. The analysis found that a fraction of licensed dealers in Virginia sell most of guns later seized by police. The vast majority of the guns in the database were confiscated because of illegal-possession charges. But thousands were swept up in the wake of assaults, robberies and shootings.

Two months before the ban expired in September 2004, Marcus Nance bought an extended magazine and a 9mm Glock 17 handgun at a Roanoke gun store. Three nights later, down the street from the store, Nance opened fire on a crowded parking lot after arguing and fighting with people in the crowd.

A police officer called to investigate a disturbance heard shots and saw Nance holding a gun at arm's length and firing "randomly into the mass of people" before shooting several rounds into the air.

A police car's dashboard camera recorded the jackhammer sound of gunfire. In a car parked nearby, police found a Glock gun box and two boxes of ammunition, one of them partially empty.

Police went to the gun shop and confirmed that Nance had bought the handgun ($555), a laser sight ($380) and two extended magazines ($135), paying cash in an entirely legal transaction. Police noted: "The magazines in question were manufactured before 1994 and not considered prohibited."

Nance, who said he had been attacked by members of the crowd and shot in self-defense, was convicted of second-degree murder and is in prison.

**The 2004 study**

Koper's 108-page 2004 study for the National Institute of Justice found the ban on assault weapons had mixed results.

"Assault weapons were rarely used in gun crimes even before the ban," he said in the report. But he also concluded that the prohibition on high-capacity magazines might have affected public safety, because such magazines allow shooters to inflict more damage.

"Tentatively I was able to show that guns associated with large-capacity magazines tended to be associated with more serious crimes, more serious outcomes," he said.

Some gun rights activists argue that a ban on high-capacity magazines would violate the Second Amendment right to bear arms. One prominent gun rights activist who takes a less absolute position is Robert A. Levy, chairman of the Cato Institute. He is also the lawyer who brought the case that overturned D.C.'s handgun ban.

But Levy said the government would need to prove that such a ban was effective.

"The burden is on the government, not on the individual to show that the regulation isn't unduly intrusive," Levy said.

Colin Goddard, a lobbyist for the Brady Campaign to Prevent Gun Violence and a victim of the 2007 Virginia Tech shootings, said the high-capacity ban could save lives. The Virginia Tech shooter, Seung Hui Cho, used several 15-round magazines to fire 174 shots and kill 32 people in the worst gun-related mass murder by an individual in U.S. history.

"When you double and triple the amount of the clip size, you don't double or triple the number of deer you kill, you double and triple the amount of innocent people who are killed in shootings like this," said Goddard, 25, who was shot four times by Cho.

Bradley A. Buckles, ATF director from 1999 to 2004, said bureau officials advised Congress to focus on high-capacity magazines, which were "completely unregulated" and had almost no sporting purpose.

"The whole thing with magazine capacity came out of ATF," Buckles said. "It wasn't so much guns, but it was firepower. What made them more deadly than a hunting rifle was the fact that you could have a 20-round, 30-round clip, when most hunting rifles wouldn't have more than five rounds."

Buckles said lawmakers should have extended the ban on high-capacity magazines in 2004. Banning them now, he said, just puts everyone back at square one.

"There are so many millions of them out there, it probably wouldn't make any immediate difference over the course of 20 years," Buckles said. "It is not a short-term solution to anything."

**fallisd@washpost.com grimaldij@washpost.com**

*Research editor Alice Crites and staff writer Sari Horwitz contributed to this story.*

© 2011 The Washington Post Company

# Exhibit 46

*The Washington Post*

**Investigations**

# Data indicate drop in high-capacity magazines during federal gun ban

By **David S. Fallis**  January 10, 2013

During the 10-year federal ban on assault weapons, the percentage of firearms equipped with high-capacity magazines seized by police agencies in Virginia dropped, only to rise sharply once the restrictions were lifted in 2004, according to an analysis by The Washington Post.

The White House is leading a push to reinstate a national ban on large-capacity magazines and assault weapons after a gunman armed with an AR-15 and 30-round magazines killed 20 children and seven adults in Connecticut. Vice President Biden has been holding advisory meetings to hammer out a course of action that will address the issue of the larger magazines, which under the lapsed federal ban were those that held 11 or more rounds of ammunition.

In Virginia, The Post found that the rate at which police recovered firearms with high-capacity magazines — mostly handguns and, to a smaller extent, rifles — began to drop around 1998, four years into the ban. It hit a low of 9 percent of the total number of guns recovered the year the ban expired, 2004.

The next year, the rate began to climb and continued to rise in subsequent years, reaching 20 percent in 2010, according to the analysis of a little-known Virginia database of guns recovered by police. In the period The Post studied, police in Virginia recovered more than 100,000 firearms, more than 14,000 of which had high-capacity magazines.

## Researchers see impact

To some researchers, the snapshot in Virginia suggests that the federal ban may have started to curb the widespread availability of the larger magazines.

"I was skeptical that the ban would be effective, and I was wrong," said Garen Wintemute, head of the Violence Prevention Research Program at the University of California at Davis School of Medicine. The database analysis offers "about as clear an

Data indicate drop in high-capacity magazines during federal gun ban - T...      https://www.washingtonpost.com/investigations/data-point-to-drop-in-hi...

example as we could ask for of evidence that the ban was working."

The analysis is based on an examination of the Criminal Firearms Clearinghouse, a database obtained from state police under Virginia's public information law. The data, which were first studied by The Post in 2011, offer a rare glimpse into the size of the magazines of guns seized during criminal investigations. The Bureau of Alcohol, Tobacco, Firearms and Explosives, which traces guns and regulates the industry, tracks details about the guns seized after crimes but not the magazine size.

The initial Post analysis was prompted by a mass shooting in Tucson. Jared Lee Loughner — armed with a legally purchased 9mm semiautomatic handgun and a 33-round magazine — opened fire outside a grocery store, killing six people and wounding 13, including Rep. Gabrielle Giffords (D-Ariz.).

In the following two years, a succession of mass shootings has occurred, including several in which the gunmen reportedly had high-capacity magazines.

At the Dec. 14 shooting in Newtown, Conn., the gunman was reported to have been armed with two handguns, an AR-15 rifle and numerous 30-round magazines. He killed himself at the scene. The guns were legally purchased by his mother.

The federal ban that expired in 2004 prohibited the manufacture of magazines capable of holding more than 10 rounds. But the law permitted the sale of magazines manufactured before the ban. By some estimates, 25 million of the large-capacity magazines were still on the market in 1995.

Many semiautomatic rifles and semiautomatic handguns accept magazines of various sizes. Larger magazines increase a gun's firepower, enabling more shots before reloading.

The Virginia database analyzed by The Post lists about three-quarters of guns recovered by police, missing the rest because some agencies failed to report their recoveries to the state. The database contains details about more than 100,000 guns recovered by 200 police departments in a wide range of investigations from 1993 through August 2010, when The Post last obtained it.

In recent weeks, The Post conducted additional analysis into the type of guns confiscated with large-capacity magazines. The guns included Glock and TEC-9 handguns and Bushmaster rifles. Most had magazines ranging from 11 to 30 rounds.

Of 14,478 guns equipped with large-capacity magazines that were confiscated by police, more than 87 percent — 12,664 — were classified as semiautomatic pistols. The remainder were mostly semiautomatic rifles.

The Post also identified and excluded from the counts more than 1,000 .22-caliber rifles with large-capacity tubular magazines, which were not subject to the ban.

In Virginia, handguns outfitted with large-capacity magazines saw the biggest fluctuation during and after the ban.

In 1997, three years into the ban, police across the state reported seizing 944 handguns with large-capacity magazines. In 2004, the year the ban ended, they confiscated 452. In 2009, the last full year for which data were available, the number had rebounded to 986 handguns, analysis showed.

Of these, the single biggest group were handguns equipped with 15-round magazines, accounting overall for 4,270 firearms over the 18 years.

## Effect hard to measure

Nationwide, researchers who studied the federal ban had difficulty determining its effect, in part because weapons and magazines manufactured before the ban could still be sold and in part because most criminals do not use assault weapons.

Christopher Koper, who studied the ban's effect for the National Institute of Justice, the research arm of the Justice Department, noted in a 2004 report that the "success in reducing criminal use of the banned guns and magazines has been mixed."

He found that gun crimes involving assault weapons declined between 17 and 72 percent in the six cities covered in the study — Anchorage, Baltimore, Boston, Miami, Milwaukee and St. Louis. But he said he found no decline in crimes committed with other guns with large-capacity magazines, most likely "due to the immense stock of exempted pre-ban magazines."

Koper's study tracked guns through 2003. He said that The Post's findings, which looked at magazine capacity of guns recovered in Virginia before and after 2003, suggests that "maybe the federal ban was finally starting to make a dent in the market by the time it ended."

Koper, now an associate professor of criminology at George Mason University, also noted the ban on high-capacity magazines might improve public safety because larger magazines enable shooters to inflict more damage.

The use of high-capacity magazines is a contentious point in the gun debate.

"Anyone who's thought seriously about armed self-defense knows why honest Americans — private citizens and police alike — choose magazines that hold more than 10 rounds. Quite simply, they improve good people's odds in defensive situations," Chris W. Cox, the executive director of the National Rifle Association's legislative institute wrote in a piece posted online. He called the ban a "dismal failure."

The federal prohibition on high-capacity magazines and assault weapons was spurred in part by the 1989 mass killing in Stockton, Calif. Patrick Edward Purdy, a mentally unbalanced drug addict, fired 110 rounds from an AK-47 into a schoolyard, killing five children and wounding 29 others and a teacher. Purdy used a 75-round drum magazine and a 35-round banana clip, one of four he carried.

Some states still limit magazine size. Maryland limits the size to 20 rounds; California limits it to 10. Connecticut, the location

of Sandy Hook Elementary School, does not.

After Giffords's shooting, Rep. Carolyn McCarthy (N.Y.) and other Democrats proposed legislation to ban the sale or transfer of high-capacity magazines. McCarthy's husband and five others were killed in 1993 on the Long Island Rail Road by a gunman armed with a semiautomatic pistol and four 15-round magazines. He fired 30 shots before being subdued as he swapped magazines.

In the wake of the Newtown shooting, President Obama and lawmakers urged that a ban on assault weapons and high-capacity magazines be made permanent.

The NRA and the National Shooting Sports Foundation, a gun industry group, have historically opposed any restrictions on magazine capacity. The NRA did not respond to requests for comment, and the sports foundation declined to comment.

David S. Fallis is the Deputy Editor for the Washington Post's Investigations Unit. 🐦 Follow @DavidSFallis

# Exhibit 47

# San Bernardino shooting: Carnage was 'unspeakable,' police say

**By Greg Botelho and Steve Almasy, CNN**

🕐 Updated 11:02 AM ET, Fri December 4, 2015

## Story highlights

**NEW:** One of the first officers to arrive at mass shootings describes surreal scene

Coroner releases names of the 14 people who were killed in the San Bernardino shooting

Syed Rizwan Farook was in touch with international terrorism subjects, officials say

**(CNN)** — The gunpowder was still lingering in the air as San Bernardino Police Lt. Mike Madden and three other officers approached a conference center where a mass shooting had been reported.

Bodies had fallen outside the meeting room in San Bernardino, California, where a holiday party with about 80 guests had been underway when two people armed with semiautomatic rifles and pistols walked in and sprayed the crowd with scores of bullets.

Fourteen people died and 21 more were wounded. The names of the dead were released Thursday.

Madden, a dispatch supervisor on his way to lunch, was a mile away Wednesday when the dispatchers started frantically calling for units to head to the Inland Regional Center.

He said he had trained for events like this, but the scene was still surreal. It was sensory overload.

The fire alarms were blaring. People were moaning. Others cried out for help. Bodies lay in a room with a Christmas tree and festive decorations.

Two minutes after he had arrived at the center, he had assembled a small team to go into the meeting room.

"It was unspeakable, the carnage that we were seeing, the number of people who were injured and, unfortunately, already dead, and the pure panic on the faces of those individuals that were still in need and needing to be safe," Madden told reporters Thursday.

# 'The moans and the wails'

The officers couldn't be sure the shooters were gone. Some witnesses described two shooters; others said there were three. Someone said one person had escaped in a dark SUV, Madden said.

U.S. +

Live TV    U.S. Edition +

- All 14 victims identified

- Who were the shooters?

- What we know, don't know

- Doctor was first responder

- Fear at the scene: 'A shooter @ work'

- In mass killings, multiple shooters rare

- When is a mass shooting terrorism?

- Complete coverage

Madden felt bad that he couldn't stop to help the wounded.

"There were people who were obviously injured and obviously in great amounts of pain. And that was evident in the moans and the wails that we were hearing," he said.

But he was worried the 50 or so people who fled to a back hallway were now hostages. Or the shooters were still in the building somewhere. He had to confront that situation.

Backup came quickly, and they tried to evacuate the survivors. The people hiding in the hall were reluctant to move or were too much in shock.

Officers yelled at them to come forward. They stayed. They asked several more times. Finally, one person moved, and it was a rush.

Madden -- who was born in San Bernardino, grew up there and joined the police department 24 years ago -- said he felt like his town was under attack.

Authorities have said they are still not sure of the shooters' motive, but terrorism likely was part of the killers' plan.

# Officials: Farook appeared to have been radicalized

Law enforcement sources said it appears Syed Farook was radicalized and the belief contributed to the shooting motivation, though other motivations like workplace grievances could also have played a role. President Barack Obama hinted as much Thursday when he said that the attackers may have had "mixed motives."

Farook was in touch with more than one terrorism subject who the FBI were already investigating, according to other law enforcement officials. But his contacts with them were scant and months old.

By using this site, you agree **Privacy Poli** and **Terms o Servic** ✕

U.S. +    Live TV    U.S. Edition +



**Photos:** San Bernardino shooting

Police officers stand guard as they investigate a suspicious vehicle in Redlands, California, on Wed
December 2, after a mass shooting in nearby San Bernardino in which 14 people died and 21 were
The shooting took place at the Inland Regional Center, where employees with the county health de
were attending a holiday event. The two shooters -- Syed Rizwan Farook and his wife, Tashfeen Ma
fatally shot in a gun battle with police hours after the initial incident. Farook worked for the county
department.

**1 of 29**                                                                                    Hide

David Bowdich, assistant director in charge of the FBI's Los Angeles office, told reporters Thursday that Farook
had traveled to Pakistan.

And two government officials said no red flags were raised when he'd gone to Saudi Arabia for several weeks in
2013 on the Hajj, the annual pilgrimage to Mecca that Muslims are required to take at least once in their
lifetime. It was during this trip that he met Malik, a native of Pakistan who came to the United States in July
2014 on a "fiancée visa" and later became a lawful permanent resident.

Saudi and U.S. officials said records show Farook also was in Saudi Arabia in July 2014. He was there for nine
days, a Saudi official said. A U.S. official described the 2014 trip as Farook's "last recorded" trip to the country.

Officials had previously said neither Farook nor Malik were known to the FBI or on a list of potentially radicalized
peop

By using this site, you agree **Privacy Poli** and **Terms o
Servic**

U.S. +

Live TV    U.S. Edition +

The communications were "soft connections" in that they weren't frequent, one law enforcement official said. It had been a few months since Farook's last back-and-forth with these people, who officials said were not considered high priority.

# FBI official: 'What is the motivation for this?'

As to what role those communications played in the San Bernardino carnage, the official said, "We don't know yet what they mean."

Added Bowdich, from the FBI: "That is the big question for us: What is the motivation for this?"

San Bernardino Police Chief Jarrod Burguan echoed that sentiment, while adding that whatever led the two to launch Wednesday's assault, they could have killed more had they survived. He pointed to the discovery of hundreds of rounds of ammunition in their rented black SUV as well as in their apartment.

Authorities also found 12 pipe bombs there, as well as hundreds of tools that "could be used to construct IEDs or pipe bombs," the chief said.

"If you look at the amount of obvious preplanning that went in, the amount of armaments (they) had, the weapons and the ammunition, there was obviously a mission here," added Bowdich. "We know that. We do not know why.

"We don't know if this was the intended target or if there was something that triggered him to do this immediately. We just don't know."

Also Thursday, law enforcement officials said two smashed cell phones were recovered from a garbage can near one of the crime scenes connected to the shooting.

And a recovered hard drive shows some signs there was an effort to tamper with it, a law enforcement official said. Other electronics have been recovered and are being examined, according to a second law enforcement official.

# Victims' names released

The San Bernardino County coroner on Thursday released the names of the 14 people killed:

• Robert Adams, 40

• Isaac Amanios, 60

• Bennetta Bet-Badal, 46

• Har

• Sie

By using this site, you agree **Privacy Pol** and **Terms** c
**Servic**                                            ✕

U.S. +

Live TV    U.S. Edition +

• Shannon Johnson, 45

• Larry Kaufman, 42

• Damian Meins, 58

• Tin Nguyen, 31

• Nicholas Thalasinos, 52

• Michael Wetzel, 37

• Yvette Velasco, 27

# Chief: Shooter left party under 'angry' circumstances



**Related Video:** Dramatic video shows San Bernardino shootout 01:35

The nightmare began at Wednesday's holiday party, which San Bernardino's police chief said that Farook had left abruptly "under circumstances that were described as angry."

He and his wife returned around 11 a.m. (2 p.m. ET) dressed in "black ... tactical gear" and heavily armed. Then they opened fire, unloading 65 to 75 rounds.

Farook and his wife slipped out a door and into a SUV, which they'd rented locally and had Utah plates.

After officers arrived, they began chasing a number of leads. One of them led them to Farook, after another person at the party at Inland Regional Center expressed "some concern over his behavior," Burguan said Thursday.

Officers went with a search warrant to the couple's rented apartment in the neighboring city of Redlands, where they saw a black SUV drive by them, slowly at first, before speeding away.

A police car took up pursuit, and the SUV raced back toward San Bernardino. Then came shots from that vehicle, and a barrage of police gunfire in return.

The couple ended firing at least 76 rounds, while the 21 responding police officers unleashed about 380 rounds of their own, according to Burguan.

By th... ...inside, dead... ...

By using this site, you agree **Privacy Poli**cy and **Terms of Servic**e ✕

U.S. **+**

Live TV    U.S. Edition **+**

# Guns and explosives discovered



**Related Video:** Police: More than 2,000 ammo rounds in suspect's home 04:26

The husband and wife didn't leave a note to explain their attack, nor did they say anything during the bloodbath, said San Bernardino's police chief.

But they left behind plenty of ammunition and explosives, including three rudimentary devices packed with black powder and rigged to a remote-controlled toy car at the shooting site. None of these went off. The remote was found inside the SUV along with another pipe-like device, which was not an explosive, Burguan said.

Hundreds of unspent rounds were discovered in the vehicle, plus two .223-caliber rifles and two pistols. All were legally purchased three to four years ago, according to Burguan.

More ammunition and more bombs were found inside the couple's rented apartment in Redlands.

Farook and Malik had enough firepower to do more killing.

"They were equipped," the San Bernardino police chief said. "... And they could have done another attack."

# Brother-in-law 'in shock'

By using this site, you agree **Privacy Pol** and **Terms of Servic**   ✕

U.S. +

Live TV    U.S. Edition +



1/10

Farook, an American citizen, was an environmental health specialist with the San Bernardino County health department, which was holding the holiday party. He had worked there for five years.

In an online profile, he described himself as a "Muslim Male living in USA/California/riverside" and his family as "religious but modern."

He "enjoys working on vintage and modern cars, reads religious books, enjoys eating out sometimes. Enjoys travelling and just hanging out in the back yard doing target practice with his younger sister and friends," his profile read.

Farhan Khan said he last talked to Farook, his brother-in-law, a week ago. Farook's family -- including his mother, with whom he and his wife had left their 6-month-old daughter and claimed they were heading to a doctor's appointment -- had tried to reach him all day Wednesday but could not.

"I have no idea why he would he do something like this. I have absolutely no idea. I am in shock myself," Khan said. "I don't have words to express how sad and how devastated I am."

# Obama: Mass shootings 'too easy' in U.S.

Whatever their intentions, Farook and Malik caused an avalanche of pain. San Bernardino Mayor Carey Davis saw ... l Center early ...

By using this site, you agree **Privacy Poli** and **Terms of Servic** ✕

U.S. +

Live TV   U.S. Edition +

- KTLA
- KABC
- KCAL/KCBS

At least 10 people were still hospitalized Thursday, split evenly between Arrowhead Regional Medical Center and Loma Linda University Medical Center. The Loma Linda hospital CEO, Kerry Heinrich, said two of the victims there were in critical condition.

Once again after a mass shooting, Obama appealed Thursday for something to be done to prevent more heartache.

"Right now, it's too easy," he said. "We're going to have to search ourselves as a society ... to take basic steps that would make it harder -- not impossible, but harder -- to let individuals get access to weapons."

Obama calls for gun reforms in wake of San Bernardino shooting

Ben Carson: Shooting is 'another hate crime'

*CNN's Dave Alsup, Joshua Berlinger, Pamela Brown, Tina Burnside, Stella Chan, Ashley Fantz, Deborah Feyerick, Joshua Gaynor, Jason Hanna, Faith Holland, Nadia Kounang, Michael Martinez, Alberto Moya, John Newsome, Evan Perez, Andy Rose, Devon Sayers, Jim Sciutto, Catherine E. Shoichet and Barbara Starr contributed to this report.*



Inside Atlanta's 40-foot wall of fire



Portland train suspect: 'I hope everyone I stabbed died'

Tiger Woods dashcam video: Golfer stumbles, appears confused

Former 'terrible racist' gives big donation, apology to black church

Recommended by

**Paid Links**

| Ask a Lawyer a Question | Free Family Law Attorney |
| Get Free Legal Aid | Family Legal Services |
| Free Legal Advices | jobs in my area |

By using this site, you agree **Privacy Pol** and **Terms o Servic**   ✕

# Exhibit 48

# San Bernardino school shooter fired 10 shots, reloaded once

**By Eric Levenson, CNN**

Updated 7:27 PM ET, Wed April 12, 2017



*Source: CNN*

**Police: School shooting likely murder-suicide** 01:22

## Story highlights

Cedric Anderon, 53, kills his wife and a student before killing himself

Anderson had threatened his wife previously, family members tell police

**(CNN)** — When Cedric Anderson entered North Park Elementary School to see his wife, Karen Smith, who worked as a special needs teacher, there was no indication to staff that something was amiss.

Family members often visited their spouses at the San Bernardino, California, school, and school staff recognized Anderson as Smith's new husband.

He signed in, and did not appear agitated on Monday. There was no indication of the violence that would soon come.

From the office, Anderson walked into classroom B-1 and, without saying a word, opened fire at Smith from 10 to 15 feet away, according to a sequence of events presented by San Bernardino Police Chief Jarrod Burguan.

In all, Anderson fired 10 shots from a Smith and Wesson .357 revolver, stopping to reload, police said.

U.S. +        | Live TV |   U.S. Edition +

Another student, Nolan Brandy, 9, was also behind Smith when he was hit in the upper body, police said. He is expected to survive.

Anderson then shot himself to death, police said.



Parents and family of North Park Elementary School students stand across the street from the school waiting to hear from their children after a fatal shooting.

Officials provided those details at a news conference on Tuesday, a day after the episode sparked fear throughout the school community in the California city all-too-familiar with high-profile violence.

San Bernardino was also the site of a terror attack in December 2015 in which a couple shot and killed 14 people at an office holiday party.

Community members gathered for a vigil Tuesday evening, to mourn the two victims and left flowers, teddy bears and balloons at the elementary school.

By using this site, you agree **Privacy Poli** and **Terms c Servic**    



U.S. +                                        Live TV      U.S. Edition +



**San Bernardino PD**
@SanBernardinoPD

Follow

Great showing from the SB community at tonight's vigil at
Northpark Elementary... #SBStillStrong

7:13 PM - 11 Apr 2017 · San Bernardino, CA

        24          69

# Marital issues

When school staff let Anderson in, they didn't know his relationship with Smith was on the rocks, police said.

The two had dated for four years and got married in January. On Facebook, Anderson posted happy images of the couple enjoying date nights and smiling in selfies.

But those close to Smith told police she said Anderson's behavior had become odd and he had threatened her, Burguan said.

Smith moved out of their home in March and went to live with other family, he said. Yet those at school knew nothing of this discord.

"She effectively kept her private life private," Burguan said.

By using this site, you agree **Privacy Pol**|and**Terms o**
Servic                                                        ✕

Case 3:17-cv-01017-BEN-JLB    Document 18-2    Filed 06/05/17    PageID.2077    Page 30 of 144

U.S. +                          Live TV    U.S. Edition +



Burguan said police searched Anderson's residence and did not find a suicide note. They did, however, find a note believed to be written by Anderson that spoke of feeling disrespected and needing to find closure. The note would not have been alarming if not for this violent event, he said.

**Related Article:** Student one of 3 dead in San Bernardino school shooting

# Family of victim asks for privacy

The family of Jonathan Martinez, the 8-year-old student killed in the shooting, did not wish to speak publicly, Marsden said.

They did, however, wish to bring attention and consciousness to an issue facing Jonathan called Williams syndrome.

Williams syndrome is a genetic condition that is characterized by cardiovascular issues and development delays, and it affects an estimated 20,000 to 30,000 people in the United States, according to the Williams Syndrome Association.

Like others with the condition, Jonathan was social and had an affinity for music, and he brought joy and perspective to his family, Marsden said.

The Mexican government issued a statement regarding the boy's death, saying it "profoundly laments the death of a minor with Mexican nationality and the death of his teacher." The consulate in the city was in contact with his parents and called for a full investigation, according to the statement.

# Survivor's family is 'grateful'

By using this site, you agree **Privacy Poli** and **Terms o Servic**    

U.S. +                                    Live TV    U.S. Edition +



Leon and Rachel Brandy with their son, Nolan, who survived the North Park Elementary School shooting in San Bernardino, California.

On Wednesday, Nolan's parents, Leon and Rachel Brandy, thanked the community for their prayers and support.

Their son was recovering, the couple said in a statement.

"We are grateful," the family said. "Please continue to pray for him and also for Jonathan Martinez's and Karen Smith's families."

*CNN's Stella Chan and Leyla Santiago contributed to this report.*



Inside Atlanta's 40-foot wall of fire


Prisoner-transport officer accused of sexually assaulting inmates

Ex-NBA player, coach Derek Fisher charged with DUI

5 people reported dead in Orlando workplace shooting

By using this site, you agree **Privacy Poli**and**Terms o Servic.**                              ✕

U.S. +

Live TV    U.S. Edition +

Reverse Mortgage Calculator

Dresses for Women Over 50

Low Cost Franchise Opportunities

Best Anxiety Medications

Online PhD Degrees

All-Inclusive Beach Getaways

Best Anti-Ransomware Software

Top Franchises Under $50k

By using this site, you agree **Privacy Pol** and **Terms o Servic** ✕

# Exhibit 49

Case 3:17-cv-01017-BEN-JLB    Document 18-2    Filed 06/05/17    PageID.2081    Page 34 of 144

# Orlando shooting: 49 killed, shooter pledged ISIS allegiance

By Ralph Ellis, Ashley Fantz, Faith Karimi and Eliott C. McLaughlin, CNN

🕐 Updated 11:05 AM ET, Mon June 13, 2016

**Orlando, Florida (CNN) —** An American-born man who'd pledged allegiance to ISIS gunned down 49 people early Sunday at a gay nightclub in Orlando, the deadliest mass shooting in the United States and the nation's worst terror attack since 9/11, authorities said.

Read the latest developments

* The gunman, Omar Mateen, 29, of Fort Pierce, Florida, was interviewed by the FBI in 2013 and 2014 but was not found to be a threat, the FBI said.

## Related coverage

- FBI had investigated gunman
- Gunman's ex: He was abusive
- How to help victims
- How the shooting unfolded
- Shootout caught on camera
- Why U.S. has most mass shootings
- Pulse: More than just a gay club
- Opinion: Real threat is homegrown
- 'If you are alive, raise your hand'
- Obama: 'Act of terror and hate'

* Mateen called 911 during the attack to pledge allegiance to ISIS and mentioned the Boston Marathon bombers, according to a U.S. official.

* Orlando police shot and killed Mateen.

* Mateen's ex-wife said she thinks he was mentally ill.

Mateen carried an assault rifle and a pistol into the packed Pulse club about 2 a.m. Sunday and started shooting, killing 49 people and wounding at least 53, officials said.

After a standoff of about three hours, while people trapped inside the club desperately called and messaged friends and relatives, police crashed into the building with an armored vehicle and stun grenades and killed Mateen.

"It appears he was organized and well-prepared," Orlando Police Chief John Mina said early Sunday. Authorities said they haven't found any accomplices.



**Related Article:** Live updates: Latest news on Orlando shootings

## 'An act of hate'

There has been no claim of responsibility for the attack on jihadi forums, but ISIS sympathizers have reacted by praising the attack on pro-Islamic State forums.

"We know enough to say this was an act of terror and act of hate," President Obama said in an address to the nation from the White House.

U.S. +

Live TV    U.S. Edition +



**Related Video:** President Obama: 'This was an act of terror and hate' 05:27



Omar Mir Seddique Mateen

Timeline of Orlando nightclub shooting

Omar Mir Seddique Mateen was born in 1986 in New York. Most recently he lived in Fort Pierce, about 120 miles southeast of Orlando. Fearing explosives, police evacuated about 200 people from the apartment complex where he lived while they looked through his residence for evidence.

Mateen's parents, who are from Afghanistan, said he'd expressed outrage after seeing two men kiss in Miami, but they didn't consider him particularly religious and didn't know of any connection he had to ISIS.

He was married in 2009 to a woman originally from Uzbekistan, according to the marriage license, but he filed documents to end the marriage in 2011.

Sitora Yusufiy, interviewed by CNN in Boulder, Colorado, said she and Mateen were together about four months, though it took a long time to complete the divorce because they lived in different parts of the country after separating.

Mateen was a normal husband at the beginning of their marriage but started abusing her after a few months, she said. She said Mateen was bipolar, although he was not formally diagnosed. She also said Mateen had a history with steroids. He was religious but she said she doesn't think his religion played in to the attack.

Mateen had worked since 2007 as a security officer at G4S Secure Solutions, one of the world's largest private security companies.

A message posted in Arabic on a dark web site associated with the ISIS news agency Amaq said "the armed attack that targeted a gay night club in the city of Orlando in the American state of Florida and that bore more than a 100 killed and wounded was carried out by an Islamic state fighter."

But CNN's Salma Abdelaziz, who translated the message and closely monitors ISIS messaging, cautioned about taking the message at face value.

She said the language is inconsistent with previous ISIS announcements and that the Arabic word for gay was used rather than an epithet normally used by ISIS. Also, there was no claim that the attack was directed, just an after-the-fact claim the gunman was an ISIS fighter, she said.

At a Sunday afternoon news briefing, FBI Assistant Special Agent Ronald Hopper said the agency was aware of Mateen. The FBI interviewed him in 2013 and 2014 after he expressed sympathy for a suicide bomber, Hopper said.

"Those interviews turned out to be inconclusive, so there was nothing to keep the investigation going," Hopper said.

By using this site, you agree **Privacy Poli** and **Terms of Servic** 

U.S. +                                    Live TV    U.S. Edition +



© Mapbox © OpenStreetMap

Mateen was not under investigation at the time of Sunday's shooting and was not under surveillance, Hopper said.

In the past two weeks Mateen legally purchased a Glock pistol and a long gun, ATF Assistant Special Agent in Charge Trevor Velinor told reporters.

It's not known if those weapons were used in the attack.

"He is not a prohibited person. They can legally walk into a gun dealership and acquire and purchase firearms. He did so. And he did so within the last week or so," Velinor said.

## Scene inside the club

Pulse describes itself as "the hottest gay bar" in the heart of Orlando. Hours before the shooting, the club urged partygoers to attend its "Latin flavor" event Saturday night. The club is a vast, open space that was hosting more than 300 patrons late Saturday and into Sunday morning.

People inside the cavernous nightclub described a scene of panic made more confusing by the loud music and darkness.

"At first it sounded like it was part of the show because there was an event going on and we were all having a good time," clubgoer Andy Moss said. "But once people started screaming and shots just keep ringing out, you know that it's not a show anymore."

Christopher Hansen said he was getting a drink at the bar about 2 a.m. when he "just saw bodies going down." He heard gunshots, "just one after another after another."

The g

By using this site, you agree **Privacy Poli** and **Terms of Servic** 

U.S. +

Live TV    U.S. Edition +

"I took my bandana off and shoved it in the hole in his back," Hansen said, adding that he saw another woman who appeared to be shot in the arm.



**Photos:** Orlando nightclub shooting

Police investigate the back of the Pulse nightclub in Orlando on Sunday, June 12. At least 49 peop killed there by Omar Mateen, who was shot and killed by Orlando police. It was the deadliest mass in U.S. history.

**1 of 20**                                                                                    Hide

Survivors provided CNN with dramatic accounts of how they avoided death. One person hiding in the bathroom covered herself with bodies to protect herself. Some entertainers hid in a dressing room when the shooting started and escaped the building by crawling out when police removed the air conditioning unit.

One of the bartenders said she hid under the glass bar. Police came in and said, "If you are alive, raise your hand." Then police got her and others out.

After the initial shooting, police surrounded the club while Mateen was inside with clubgoers hiding in bathrooms and other parts of the building. People inside the club were communicating on their phones with law enforcement from that time until around 5 a.m., when authorities used an armored vehicle to break down the c

By using this site, you agree **Privacy Pol** and **Terms o Servic**    ✕

U.S. +                                    Live TV    U.S. Edition +

# Hospital swamped with victims

Thirty-nine people and Mateen were pronounced dead at the scene, with two bodies found in the parking lot, Mayor Buddy Dyer said. Eleven people were taken to hospitals and pronounced dead there, he said.

The City of Orlando is posting names of the deceased on a website after next of kin are notified. The youngest person among the first seven named, Luis Omar Ocasio-Capo, was 20 years old.

Forty-three of the wounded people were patients on Sunday afternoon at Orlando Regional Medical Center, a hospital spokesperson said, with 26 operations being performed.

Blood donors rush to help in Orlando

Before Sunday, the deadliest shootings in U.S. history were at Virginia Tech in 2007 and Sandy Hook Elementary School in 2012, with 32 and 27 killed. Fourteen people were killed December 2 in an attack in San Berardino, California.

By using this site, you agree **Privacy Poli**and**Terms o Servic** 

U.S. +

| Live TV |    U.S. Edition +



**Photos:** Worst mass shootings in U.S.

County.

show. She was an up-and-coming singer who had appeared on NBC's "The Voice." Her shooter then killed himself. The Pulse shooting happened only a few miles from the Plaza Live theater, where Grimmie was killed.

Dyer, the mayor, called for the city to come together. "We need to support each other. We need to love each other. And we will not be defined by a hateful shooter," he said.

President Obama called for flags to be lowered to half staff and Florida Gov. Rick Scott called for a moment of silence across the nation at 6 p.m. Sunday. States of emergency were declared for the city of Orlando and for Orange

# Santa Monica arrest

Also on Sunday, authorities in West Hollywood, California, arrested 20-year-old James Wesley Howell. They said they found an arsenal in his car that included, three assault rifles, high-capacity magazines, ammunition and a five-gallon bucket with chemicals that could be used to create an explosive device, officials said. At 5 a.m. PT, police got a call about a prowler and found Howell, who told authorities he was looking for a friend to attend the LA Pride festival.

There was no indication the arrest was related to the Orlando attack.

By using this site, you agree **Privacy Poli** and **Terms o Servic**     

U.S. **+**

Live TV    U.S. Edition **+**



**Related Video:** Police: Approx. 20 dead in Orlando nightclub shooting 01:39

# Police on leave

Eleven Orlando police officers and three sheriff's deputies who exchanged gunfire with the suspect will be temporarily relieved of duty pending an investigation.

One officer suffered an eye injury when a bullet struck his Kevlar helmet, said Danny Banks, special agent in charge of the Florida Department of Law Enforcement's Orlando bureau. The helmet saved the officer's life, Banks said.

Orlando shooting sparks gun control, language debates

# 'This is a hate crime'

The attacks were denounced on Sunday by numerous groups, including the Vatican, Afghan President Mohammad Ashraf Ghani and the Council on American-Islamic Relations.



**Related Video:** Muslim leader to ISIS: 'You do not speak for us' 01:08

"This is a hate crime, plain and simple," CAIR National Communications Director Ibrahim Hooper said. "We condemn it in the strongest possible terms."

Nadine Smith of Equality Florida said groups are planning vigils around the nation. "It has just been a devastating day but people are starting to rally," she said.

Barbara Poma, owner of the Orlando nightclub Pulse, released the following statement on Sunday:

"Like everyone in the country, I am devastated about the horrific events that have taken place today. Pulse, and the men and women who work there, have been my family for nearly 15 years. From the beginning, Pulse has served as a place of love and acceptance for the LGBTQ community. I want to express my profound sadness and condolences to all who have lost loved ones. Please know that my grief and heart are with you."

*CNN's terrorism analyst Paul Cruickshank, John Couwels, Joe Sutton, Vivian Kuo, Deborah Bloom, Pamela Brown, Evan Perez, Shimon Prokupecz, and MaryLynn Ryan contributed to this report.*

By using this site, you agree **Privacy Poli**and**Terms o Servic**   

U.S. +

Live TV   U.S. Edition +

| Reverse Mortgage Calculator | Dresses for Women Over 50 |
|---|---|
| Low Cost Franchise Opportunities | Best Anxiety Medications |
| Online PhD Degrees | All-Inclusive Beach Getaways |
| Best Anti-Ransomware Software | Top Franchises Under $50k |

By using this site, you agree **Privacy Pol** and **Terms o Servic**   ✕

# Exhibit 50

# MotherJones

SUBSCRIBE    DONATE

POLITICS    ENVIRONMENT    FOOD    MEDIA    CRIME & JUSTICE    PHOTOS    INVESTIGATIONS    MAGAZINE

# This Is the Assault Rifle Used by the Orlando Mass Shooter

Developed for US special operations forces, the weapon is known as the "Black Mamba."

**MARK FOLLMAN**   JUN. 13, 2016 2:45 PM

  



The MCX "innovative weapon system." *Sig Sauer*

Since the massacre in Orlando early Sunday morning, pro-gun pundits have come out in force to argue that the weapon used in the attack is not an assault rifle. The gun lobby prefers to call these weapons "modern sporting rifles," euphemistic ammo it can fire in an ongoing semantic debate. But make no mistake: What the Orlando attacker used was a weapon of war. It was designed to kill as many people as possible, as quickly as possible. Witness this harrowing audio captured by a bystander outside the Pulse nightclub in which Omar Mateen fires 24 shots in 9 seconds.

According to a federal law enforcement official, the rifle Mateen used to murder and maim more than 100 people was a Sig Sauer MCX. Mateen legally purchased the weapon, similar to an AR-15, on June 4 in Port St. Lucie, Florida, near where he lived.

## TOP NEWS

In 3 Months, 3 Immigrants Have Died at a Private Detention Center in California

**MADISON PAULY**

Look at All the Ways Trump's Staff Is Avoiding Answering This Basic Question

**NATHALIE BAPTISTE**

How Trump's War on Free Speech Threatens the Republic

**DAVID SNYDER**

(He legally purchased a Glock 17 handgun the following day, which he also carried during the attack.)

---

**Sig Sauer promotes the MCX as "a complete weapon system for any scenario or environment."**

Sig Sauer bills the MCX as "an innovative weapon system built around a battle-proven core." The company says it "stands as the first rifle to be silenced from the ground up. It also accepts a broad array of accessories, enabling you to build a complete weapon system for any scenario or environment." It has a military-spec trigger and a magazine capacity of 30 rounds. According to the book Guns of Special Forces 2001-2015, the MCX is known in military circles as the "Black Mamba" and was developed at the request of the US Army's special operations forces.

Although the legal civilian version of the gun fires on semi-automatic, it can be highly lethal. Indeed, like many of his recent predecessors, Mateen was able to unleash a devastating barrage of gunfire. The law enforcement official declined to comment on the total number of rounds fired in the attack. But, he said, it was "obviously a lot."

*Read our in-depth investigation of America's 10 biggest gunmakers.*

**GET THE SCOOP, STRAIGHT FROM MOTHER JONES.**



3 WAYS
SUPP
MOTHER

1. We're a
   Make a

ONE-TIME GIFT

2. Don't m
   Get our

SIGN UP    YO

| ☐ Share on Facebook | ☐ Share on Twitter |

---



**MARK FOLLMAN** ☐

Mark Follman is the national affairs editor at *Mother Jones.* Contact him with tips or feedback at mfollman@motherjones.com.

---

Mother Jones *is a nonprofit, and stories like this are made possible by readers like you.* Donate *or* subscribe *to help fund independent journalism.*

**RELATED**



The Early Warning Signs That Could Stop the Next Shooting Rampage

**MARK FOLLMAN**

How America's Mass Shooters Now Use Weapons of War

**MARK FOLLMAN**



☐ **VIEW COMMENTS**

# Mother Jones

☐  ☐  ☐

ABOUT US | STORE
DONATE | SUBSCRIBE
CUSTOMER SERVICE
ADVERTISE

Copyright ©2017 Mother Jones and the Foundation for National Progress. All Rights Reserved.

Terms of Service   Privacy Policy   Contact Us

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fresno downtown shooting | Fresno, California | 4/18/2017 | 2017 | Kori Ali Muhammad, 39, opened fire along a street in downtown Fresno, killing three people randomly in an alleged hate crime prior to being apprehended by police. Muhammad, who is black, killed three white victims and later described his attack as being racially motivated; he also reportedly yelled 'Allahu Akbar' at the time he was arrested, but authorities indicated they found no links to Islamist terrorism. | 3 | 0 | 3 | Other | Unclear | | Unknown | | handgun | .357 revolver | Black | M | http://www.daily mail.co.uk/news/a rticle-4443722/Gunman-Fresno-shooting-speaks-jail.html; https://www.nyti mes.com/2017/04 /18/us/fresno-shooting-rampage kori-ali-muhammad.html?_r=0 | | | | |
| Fort Lauderdale airport shooting | Fort Lauderdale, Florida | 1/6/2017 | 2017 | Esteban Santiago, 26, flew from Alaska to Fort Lauderdale, where he opened fire in the baggage claim area of the airport, killing five and wounding six before police apprehended him. | 5 | 6 | 11 (dozens more were injured in the panic) | Airport | Yes | Among other signs, Santiago had gone to a FBI office in Anchorage and complained that his mind was being controlled by the CIA. | Yes | | semiautomatic handgun | Walther 9mm semi-automatic pistol[ | Latino | M | http://www.nytim es.com/2017/01/0 7/us/esteban-santiago-fort-lauderdale-airport-shooting-.html?_r=0 | http://www.nyti mes.com/2017/0 1/07/us/esteban-santiago-fort-lauderdale-airport-shooting-.html? r=0 | | | |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Cascade Mall shooting | Burlington, WA | 9/23/2016 | 2016 | Arcan Cetin, 20, killed a teen girl and three women in the cosmetics section of a Macy's department store at the Cascade Mall. A man was critically wounded in the shooting and taken to Harborview Medical Center in Seattle, where he died. Cetin was apprehended by police a few hours after the shooting while driving a car near his residence. | 5 | 0 | 5 | Other | Yes | According to the Cetin's stepfather he had "mental health issues"; court records showed that he suffered from anxiety and depression. | | | Rifle | | | M | http://www.nytimes.com/2016/09/25/us/mall-shooting-washington-state.html | http://www.nbcnews.com/news/us-news/arcan-cetin-accused-cascade-mall-shooter-charged-five-counts-murder-n654586 | | | |
| Baton Rouge police shooting | Baton Rouge, LA | 7/17/2016 | 2016 | Gavin Long, a former Marine who served in Iraq, killed three police offers responding to a 911 call, and wounded three others. He was killed in a shoot-out with other officers responding to the scene. Prior to the attack, Long posted prolifically on social media, where he expressed admiration for the cop killer in Dallas 10 days prior. | 3 | 3 | 6 | Other | Yes | Unclear | Unknown | | Two semiautomatic rifles; one semiautomatic handgun | IWI Tavor SAR 5.56 caliber rifle Springfield XD 9, 9mm | Black | M | http://time.com/4411027/baton-rouge-shooter-gavin-long/ ; http://www.nytimes.com/2016/07/18/us/baton-rouge-shooting.html; http://www.kansascity.com/news/local/article902662 42.html; http://www.nola.com/crime/index.ssf/2016/07/gavin_long_guns_baton_rouge_po.html; http://www.motherjones.com/politics/2016/07/copycat-mass-shooters-rising-baton-rouge-munich | | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dallas police shooting | Dallas, Texas | 7/7/2016 | 2016 | Micah Xavier Johnson, a 25-year-old Army veteran, targeted police at a peaceful Black Lives Matter protest, killing five officers and injuring nine others as well as two civilians. After a prolonged standoff in a downtown building, law enforcement killed Johnson using a robot-delivered bomb. | 5 | 11 | 16 | Other | Unclear | Unclear | Yes | online and or gun show | Semiautomatic rifle, semiautomatic handguns | Izhmash-Saiga 5.45mm (AK-style) semiautomatic rifle with large capacity magazines; Glock 9mm handgun, .25-caliber semiautomatic handgun | Black | M | http://www.nytimes.com/2016/07/11/us/dallas-shooting-micah-johnson-police.html?_r=0; http://www.wsj.com/articles/dallas-shooter-purchased-guns-legally-official-says-1468269720 | | | | Mass |
| Orlando nightclub massacre | Orlando, Florida | 6/12/2016 | 2016 | Omar Mateen, 29, attacked the Pulse nightclub in Orlando in the early morning hours of June 12. He was killed by law enforcement who raided the club after a prolonged standoff. | 49 | 53 | 102 | Other | Unclear | Unclear | Yes | Shooting center in Port St. Lucie, Florida | Semiautomatic rifle, semiautomatic handgun | Sig Sauer MCX rifle, Glock 17 9mm; high-capacity magazines (30 rounds) | Other | M | http://www.motherjones.com/politics/2016/06/assault-rifle-used-by-orlando-mass-shooter; http://wrbl.com/2016/06/13/orlando-police-make-statement-on-mass-shooting/; http://www.slate.com/articles/news_and_politics/crime/2016/06/the_ar_15_and_other_assault_rifles_are_bad_high_capacity_magazines_are_worse.html | | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|------------------------------|--------------|-----------------------|---------------|----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Excel Industries mass shooting | Hesston, Kansas | 2/25/2016 | 2016 | Cedric L. Ford, who worked as a painter at a manufacturing company, shot victims from his car and at his workplace before being killed by police at the scene. Shortly before the rampage he had been served with a restraining order. | 3 | 14 | 17 | Workplace | Unclear | Unclear | Yes | | Semiautomatic rifle, semiautomatic handgun | Zastava Serbia AK-47-style rifle, Glock Model 22 .40-caliber handgun; high-capacity magazines (30 rounds) | Black | M | http://www.nytimes.com/2016/02/26/us/shooting-at-plant-hesston-kansas.html; https://www.washingtonpost.com/news/morning-mix/wp/2016/02/26/alcoholic-violent-depressed-portrait-of-kansas-shooter-emerges/; https://www.washingtonpost.com/news/post-nation/wp/2016/02/26/kansas-gunman-served-protection-from-abuse-order-shortly-before-shootings-sheriff-says/; http://heavy.com/news/2016/02/cedric-ford-hesston-kansas-shooting-shooter-facebook-video-firing-rifle-gun-field-ak47-ak47-long-gun-photos-watch-youtube/; http://fox4kc.com/2016/02/26/kansas-woman-charged-with-providing-guns-to-hesston-shooter/ | | | | Spree |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kalamazoo shooting spree | Kalamazoo County, Michigan | 2/20/2016 | 2016 | Jason B. Dalton, a driver for Uber, apparently selected his victims randomly as he went on a rampage over several hours in three different locations, including five people he shot in the parking lot of a Cracker Barrel restaurant. He was "arrested without incident" at a downtown Kalamazoo bar about six hours after the rampage began. | 6 | 2 | 8 | Other | Unclear | Unclear | Yes | | Semiautomatic handgun | 9 mm handgun (ammo used unclear) | White | M | http://www.nytimes.com/2016/02/22/us/kalamazoo-michigan-random-shootings.html; http://www.mlive.com/news/kalamazoo/index.ssf/2016/02/4_things_we_know_about_kalamaz.html; http://www.mlive.com/news/kalamazoo/index.ssf/2016/02/prosecutor_mass_shooting_spre.html#incart_river_index | | | | Spree |
| San Bernardino mass shooting | San Bernardino, California | 12/2/2015 | 2015 | Syed Rizwan Farook left a Christmas party held at Inland Regional Center, later returning with Tashfeen Malik and the two opened fire, killing 14 and wounding 21, ten critically. The two were later killed by police as they fled in an SUV. | 14 | 21 | 35 | Workplace | Unclear | Unclear | Yes | The suspects purchased their handguns in the United States; the assault rifles were purchased by a third party. | rifles and two semi-automatic pistols were used in the attack. Police found a remote controlled explosive device at the scene of the crime. At the home were 12 pipe bombs, 2,500 rounds for the AR-15 variants, 2,000 rounds for the pistols, and several hundred for a .22 calibre rifle. In the suspects' car were an additional 1,400 rounds for the rifles and 200 for the handguns. | Two semiautomatic AR-15-style rifles€"one a DPMS A-15, the other a Smith & Wesson M&P15, both with .223 calibre ammunition. Two 9mm semiautomatic handguns. High capacity magazines. | Other | Male & Female | http://www.motherjones.com/mojo/2015/12/san-bernardino-shooting and http://www.cnbc.com/2015/12/03/san-bernardino-shooting-suspects-rizwan-farook-tashfeen-malik-dead.html and http://www.nytimes.com/2015/12/04/us/san-bernardino-shooting.html and http://www.nytimes.com/2015/12/04/us/weapons-in-san-bernardino-shootings-were-legally-obtained.html?_r=0 | | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|------------------|-----------------|------|--------|---------|------------------------|----------|-----------|------|
| Planned Parenthood clinic | Colorado Springs, Colorado | 11/27/2015 | 2015 | Robert Lewis Dear, 57, shot and killed a police officer and two citizens when he opened fire at a Planned Parenthood health clinic in Colorado Springs, Colorado. Nine others were wounded. Dear was arrested after an hours-long standoff with police. | 3 | 9 | 12 | Workplace | Unclear | The judge in the case has not publicly released Dear's medical and mental health records. As of April 5, 2016, Dear was undergoing a competency evaluation. Dear had a history of disputes with his relatives and neighbors. At a hearing in December 2015, he said, "I am a warrior for the babies." | Unknown | Unclear | Long gun | Reportedly an AK-47 style semiautomatic rifle and others. Authorities had not released details on Dear's weapons as of April 2016. | White | M | http://www.nytimes.com/2015/11/28/us/colorado-planned-parenthood-shooting.html and http://www.cnn.com/2015/12/09/us/colorado-planned-parenthood-shooting/ and http://www.npr.org/sections/thetwo-way/2015/11/28/457674369/planned-parenthood-shooting-police-name-suspect-procession-for-fallen-officer and http://www.cbsnews.com/news/robert-lewis-dear-planned-parenthood-first-court-appearance/ and http://www.denverpost.com/news/ci_29729326/judge-wont-release-all-records-accused-planned-parenthood and http://www.csindy.com/IndyBlog/archives/2016/02/17/judge-resists-unsealing-dear-affidavits; http://www.nbcnews.com/news/us-news/who-robert-dear-planned-parenthood-shooting-suspect-seemed-strange-not-n470896 | | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Colorado Springs shooting rampage | Colorado Springs, Colorado | 10/31/2015 | 2015 | Noah Harpham, 33, shot three people before rampage in Colorado Springs before police killed him in a shootout. | 3 | 0 | 3 | Other | Unclear | Prior to the rampage, Harpham wrote an "incoherent" blog and rambled "nonsensically" in a YouTube video about mind control techniques and God, according to the Denver Post. He had a history of drug and alcohol abuse. | Yes | Unclear | Two handguns and a rifle | AR-15 rifle, a 9 mm pistol, and a .357 revolver | White | M | http://www.motherjones.com/mojo/2015/11/open-carry-mass-shooting-colorado-springs and http://www.denverpost.com/news/ci_29059452/colorado-springs-police-confronted-shot-gunman-minutes and http://www.cbsnews.com/news/shoter-in-colorado-springs-rampage-legally-purchased-guns/ | | | | Spree |
| Umpqua Community College shooting | Roseburg, Oregon | 10/1/2015 | 2015 | 26-year-old Chris Harper Mercer opened fire at Umpqua Community College in southwest Oregon. The gunman shot himself to death after being wounded in a shootout with police. | 9 | 9 | 18 | School | Unclear | Harper-Mercer's mother said in multiple online postings that he had Asperger's syndrome. Harper-Mercer graduated from the Switzer Learning Center, a school for students with special needs, emotional difficulties, autism and Asperger's syndrome. | Yes | From the home he shared with his mother. All were legally obtained by either Harper/Mercer or family members. | Five pistols, one rifle, five magazines of ammunition | 9 mm Glock pistol, .40 caliber Smith & Wesson, .40 caliber Taurus pistol, .556 caliber Del-Ton; (ammo details unclear) | Other | Male | http://www.nytimes.com/2015/10/03/us/chris-harper-mercer-umpqua-community-college-shooting.html; http://www.latimes.com/nation/nationnow/la-na-nn-chris-harper-mercer-oregon-shooting-20151002-htmlstory.html; http://www.huffingtonpost.com/entry/ian-mercer-father-guns_56116d7ae4b0af3706e12525; http://wate.com/2015/10/02/what-we-know-about-umpqua-community-college-shooter-2/; http://www.cnn.com/2015/10/02/us/oregon-umpqua-community-college-shooting/ | http://www.latimes.com/nation/nationnow/la-na-nn-chris-harper-mercer-oregon-shooting-20151002-htmlstory.html | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|-----------------------|----------|-----------|------|
| Chattanooga military recruitment center | Chattanooga, Tennessee | 7/16/2015 | 2015 | Kuwaiti-born Mohammod Youssuf Abdulazeez, 24, a naturalized US citizen, opened fire at a Naval reserve center, and then drove to a military recruitment office where he shot and killed four Marines and a Navy service member, and wounded a police officer and another military service member. He was then fatally shot in an exchange of gunfire with law enforcement officers responding to the attack. | 5 | 2 | 7 | Military | Unclear | Abdulazeez "had suffered for years from depression and possibly from bipolar disorder," according to a representative of the family. (NYT, July 20 2015) | Yes ("some of the weapons were purchased legally, some of them may not have been") | On the internet, via Armslist.com | 2 assault rifles; semiautomatic handgun | AK-47, AR-15, and 30-round magazines; 9mm handgun | Other | Male | http://www.reuters.com/article/2015/07/16/us-usa-shooting-tennessee-idUSKCN0PQ1WY20150716; http://www.nytimes.com/2015/07/18/us/chattanooga-gunmans-past-scoured-for-extremist-ties.html; http://www.wsj.com/articles/chattanooga-shooting-highlights-online-gun-sales-1437435518http://www.nytimes.com/2015/07/19/us/chattanooga-attacks-claim-a-5th-military-service-members-life.html; http://www.cnn.com/2015/07/17/us/tennessee-naval-reserve-shooting/; https://twitter.com/markfollman/status/6221056274 73477632; http://www.nytimes.com/2015/07/21/us/chattanooga-gunman-wrote-of-suicide-and-martyrdom-official-says.htm | | 35.047157 | -85.311819 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|--------------------------------|---------------|-----------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Charleston Church Shooting | Charleston, South Carolina | 6/17/2015 | 2015 | Dylann Storm Roof, 21, shot and killed 9 people after opening fire at the Emanuel AME Church in Charleston, South Carolina. According to a roommate, he had allegedly been â€œplanning something like that for six months." | 9 | 1 | 10 | Religious | unknown | | Yes | Shooter's Choice gun store in West Columbia, South Carolina | Handgun | .45-caliber Glock (model 41, with 13-round capacity magazine) | White | Male | http://www.motherjones.com/politics/2015/06/dylann-roofs-attorney; http://www.newsweek.com/report-nine-shot-charleston-south-carolina-shooting-344235; http://www.cnn.com/2015/06/19/us/charleston-church-shooting-suspect/; http://www.motherjones.com/politics/2015/06/9-people-dead-mass-shooting-south-carolina-church; http://www.nbcnews.com/storyline/charleston-church-shooting/fbi-says-dyann-roof-should-not-have-been-sold-gun-n390056 | | 32.788387 | -79.933143 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|----------------------------------------|--------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Trestle Trail bridge shooting | Menasha, Wisconsin | 6/11/2015 | 2015 | Sergio Valencia del Toro, 27, in what officials say was a random act, shot and killed three people including an 11-year-old girl before turning the gun on himself | 3 | 1 | 4 | Other | Yes | While serving in the Air Force, he went to an emergency walk-in clinic because of concerns over his mood swings, and had either sought or been ordered to behavioral health interventions, according to Fox 6 Now. In a 2014 risk assessment with a psychologist at an outpatient clinic in Appleton, Valencia del Toro recalled thinking previously: "If I'm gonna take myself out, I might as well take other people with me." The police report obtained by Fox 6 says that Valencia del Toro had a history of depression, suicidal and occasionally homicidal thoughts, and | Yes | Unclear | Two handguns | Details unclear, but after the shooting, police found eight guns in total in Valencia del Toro's home, including handguns, shotguns, and rifles, plus and more than 1,000 rounds of ammunition. He took two weapons and ammunition to the bridge. | Latino | M | http://fox6now.com/2015/06/11/released-menasha-police-issue-final-report-on-trestle-trail-bridge-shooting/ and http://www.postcrescent.com/story/news/local/2015/06/11/police-gunman-prior-suicidal-homicidal-thoughts/71064874/ and http://fox6now.com/2015/05/05/he-was-my-future-husband-fiancee-of-menasha-gunman-says-shes-devastated-for-victims-families/ | | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|------------------------|----------|-----------|------|
| Marysville-Pilchuck High School shooting | Marysville, Washington | 10/24/2014 | 2014 | Jaylen Fryberg, 15, using a .40-caliber Berretta, shot five students at Marysville High School, including two of his cousins and three friends, killing all but one. Fryberg arranged to meet them for lunch in the school cafeteria by text. Fryberg was reportedly well-liked at the school and there was not believed to be any ill-will between him and his victims. He committed suicide at the scene. | 5 | 1 | 6 | School | Unclear | Fryberg was well-liked and allegedly happy, but was also upset about a girl and had posted emotional social media messages. No definitive signs of mental health problems. | No | Gun was his father's. | Handgun | Beretta .40-caliber handgun | Native American | Male | http://www.seattletimes.com/seattle-news/fourth-marysville-shooting-victim-dies-as-another-is-laid-to-rest/ http://www.mercurynews.com/crime-courts/ci_26814211/jaylen-fryberg-included-tributes-washington-school-shooting-victims | http://www.newyorker.com/science/maria-konnikova/almost-link-mental-health-gun-violence | 48.050824 | -122.17692 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Isla Vista mass murder | Santa Barbara, California | 5/23/2014 | 2014 | Elliot Rodger, 22, shot three people to death in the college town of Isla Vista near the University of California, Santa Barbara. He also shot others as he drove around town, and injured others by striking them with is vehicle. He committed suicide by shooting himself in his car as police closed in. Prior to the rampage, Rodger stabbed three people to death at his apartment. | 6 | 13 | 19 | School | Yes | Rodger was never hospitalized due to mental illness, but had a long history of mental health issues dating back to his childhood, and received treatment from multiple counselors leading up to his rampage. According to The Independent, Rodger had considered suicide but had no history of violence. Just before his rampage, he sent a 137-page manifesto to multiple people. | Yes | | Three semi-automatic handguns and two hunting knives | Two Sig Sauer P226 semiautomatic pistols and Glock 34 pistol, and hundreds of rounds of ammo. A 6-inchand 8-inch â€œSRKâ€ and â€œBoar Hunterâ€ hunting knives. | White | M | http://www.sbsheriff.us/documents/ISLAVISTAINVESTIGATIVESUMMARY.pdf Also: http://www.cnn.com/2014/05/24/us/santa-barbara-isla-vista-shooting-profile/ and http://www.cnn.com/2014/05/24/justice/california-shooting-deaths/index.html and http://www.independent.com/news/2015/feb/20/elliot-rodger-report-details-long-struggle-mental-/ and http://www.cbsnews.com/videos/how-was-elliot-rodger-able-to-purchase-weapons/ and http://www.dailymail.co.uk/news/article-2638922/Santa-Barbara-rampage-killer-bought-three-handguns-legally-gun-shop.html | | | | Spree |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fort Hood shooting 2 | Fort Hood, Texas | 4/3/2014 | 2014 | Army Specialist Ivan Lopez, 34, opened fire at the Fort Hood Army Post in Texas, killing three and wounding at least 12 others before shooting himself in the head after engaging with military police. Lt. Gen. Mark A. Milley told reporters that Lopez "had behavioral health and mental health" issues. | 3 | 12 | 15 | Military | Unclear | Lopez "had a long history of troubling behavior," according to the Washington Post, including a history of decieving others, problems in his personal life, and financial difficulties. However, officials found that Lopez exhibited no signals that he could be violent. In the year leading up to the attack, he sought | Yes | Local gun store in Killeen, Guns Galore | handgun | 45-caliber Smith & Wesson handgun | Latino | M | http://www.cnn.com/2014/04/02/us/fort-hood-shooting/ and https://www.washingtonpost.com/news/checkpoint/wp/2015/01/23/army-details-the-downward-spiral-of-the-fort-hood-shooter-ivan-lopez/ and http://www.thedailybeast.com/articles/2014/04/03/soldier-opens-fire-at-fort-hood.html | | | | Mass |
| Alturas tribal shooting | Alturas, California | 2/20/2014 | 2014 | Cherie Lash Rhoades, 44, opened fire at the Cedarville Rancheria Tribal Office and Community Center, killing four and wounding two. After running out of ammunition, Rhoades grabbed a butcher knife and stabbed another person. | 4 | 2 | 6 | Other | Unknown | | Unknown | Two handguns and a butcher knife | 9mm semi-automatic handgun | Native American | Female | http://www.sacbee.com/news/local/crime/article2603350.html; http://www.csmonitor.com/USA/2014/0223/Alturas-tribal-shooting-Was-embezzlement-eviction-behind-family-revenge-video; http://www.cbsnews.com/news/4-dead-2-injured-at-american-indian-tribal-office-in-northern-california/; http://nativenewsonline.net/currents/former-tribal-chairperson-custody-mass-murder-cedarville-rancheria-tribal-headquarters/ | | 41.487104 | -120.54224 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|-----------------------|----------|-----------|------|
| Washington Navy Yard shooting | Washington, D.C. | 9/16/2013 | 2013 | Aaron Alexis, 34, a military veteran and contractor from Texas, opened fire in the Navy installation, killing 12 people and wounding 8 before being shot dead by police. | 12 | 8 | 20 | Military | Yes | Had told Rhode Island police the prior month that he'd "heard voices"; had been undergoing mental health treatment with Veterans Affairs since August 2013. | Yes | Sharpshooters Small Arms Range | Sawed-off shotgun, 2 boxes of shells; also a .45-caliber handgun taken from a security guard he shot at the scene. | Remington 870 Express 12-gauge shotgun; Beretta handgun | Black | Male | http://www.nytimes.com/2013/09/18/us/state-law-stopped-gunman-from-buying-rifle-officials-say.html; http://edition.cnn.com/2013/09/17/us/navy-yard-shooting-military-contractors; http://www.fbi.gov/washingtondc/press-releases/2013/law-enforcement-shares-findings-of-the-investigation-into-the-washington-navy-yard-shootings/index.html | http://bigstory.ap.org/article/13-killed-washington-navy-yard-shooting-rampage | 38.874981 | -76.99453 | Mass |
| Hialeah apartment shooting | Hialeah, Florida | 7/26/2013 | 2013 | Pedro Vargas, 42, set fire to his apartment, killed six people in the complex, and held another two hostages at gunpoint before a SWAT team stormed the building and fatally shot him. | 7 | 0 | 7 | Other | Unclear | His mother told authorities her son had been acting strangely and needed a psychiatric evaluation. | Yes | Florida Gun Center | 9mm semi-automatic handgun | Glock 17 | Latino | Male | http://www.miamiherald.com/2013/07/27/v-print/3526078/a-look-at-the-victims-in-the-hialeah.html http://www.cbsnews.com/8301-201_162-57595796/pedro-vargas-idd-as-gunman-behind-deadly-rampage-in-hialeah-florida/ http://www.miamiherald.com/2013/07/28/3528362/little-about-pedro-vargas-life.htm | http://www.miamiherald.com/2013/08/03/v-print/3539629/hialeah-killer-showed-signs-of.html | 25.867011 | -80.291463 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|------|---------------|------|---------------|----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Santa Monica rampage | Santa Monica, California | 6/7/2013 | 2013 | John Zawahri, 23, armed with a homemade assault rifle and high-capacity magazines, killed his brother and father at home and then headed to Santa Monica College, where he was eventually killed by police. | 6 | 3 | 9 | Other | Yes | He was known as a solitary teen who regularly ditched class and had an interest in assault weapons; he had been admitted to UCLA's psychiatric ward for a brief period. | Yes | Assembled a rifle out of component parts. | Assault rifle, high capacity magazines, antique handgun | .223-caliber semi-automatic assault rifle, about 40 high capacity magazines, "black powder" handgun (likely antique) | White | Male | http://www.cbsnews.com/8301-504083_162-57589327-504083/john-zawahri-suspected-gunman-in-deadly-santa-monica-shooting-left-farewell-note-police-say/ | http://www.cbsnews.com/8301-504083_162-57589327-504083/john-zawahri-suspected-gunman-in-deadly-santa-monica-shooting-left-farewell-note-police-say/ http://www.latimes.com/news/local/la-me-0611-santa-monica-shooting-20130611,0,1490078.story | 34.008617 | -118.49475 | Spree |
| Pinewood Village Apartment shooting | Federal Way, Washington | 4/21/2013 | 2013 | Dennis Clark III, 27, shot and killed his girlfriend in their shared apartment, and then shot two witnesses in the building's parking lot and a third victim in another apartment, before being killed by police. | 5 | 0 | 5 | Other | No | | Yes | Unknown | Semiautomatic handgun, shotgun | .40 caliber semi-automatic handgun, pistol grip shotgun | Black | Male | http://seattletimes.com/html/localnews/2020836119_federalwayshootingxml.html | | 47.312961 | -122.33937 | Mass |
| Mohawk Valley shootings | Herkimer County, New York | 3/13/2013 | 2013 | Kurt Myers, 64, shot six people in neighboring towns, killing two in a barbershop and two at a car care business, before being killed by officers in a shootout after a nearly 19-hour standoff. | 5 | 2 | 7 | Other | No | | Yes | Frank's Guns in Marcy, NY | Shotgun | Unknown | White | Male | http://poststar.com/news/local/state-and-regional/cops-kill-suspect-in-deadly-mohawk-valley-shooting-rampage/article_15260208-8bf5-11e2-b2d9-0019bb2963f4.html https://www.nyspnews.com/article_display.cfm?article_id=29584 | | 43.045601 | -74.984891 | Spree |
| Newtown school shooting | Newtown, Connecticut | 12/14/2012 | 2012 | Adam Lanza, 20, shot his mother dead at their home then drove to Sandy Hook Elementary school. He forced his way inside and opened fire, killing 20 children and six adults before committing suicide | 28 | 2 | 30 | School | Yes | Lanza had a history of serious mental health problems that were known to his family and others, as detailed in a post-massacre investigation by Connecticut authorities. | No | Stolen from mother | Two semiautomatic handguns, one rifle (assault), one shotgun (assault) | 10mm Glock, 9mm SIG Sauer P226 semiautomatic handguns; .223 Bushmaster XM15-E2S semiautomatic rifle; Izhmash Saiga-12 12-gauge semiautomatic shotgun | white | Male | http://usnews.nbcnews.com/_news/2012/12/14/15911025-authorities-id-gunman-who-killed-27-in-elementary-school-massacre?lite; http://articles.washingtonpost.com/2012-12-14/local/35846977_1_law-enforcement-lanza-brothers-kid | http://usnews.nbcnews.com/_news/2012/12/14/15911025-authorities-id-gunman-who-killed-27-in-elementary-school-massacre?lite; http://articles.washingtonpost.com/2012-12-14/local/35846977_1_law-enforcement-lanza-brothers-kid | 41.412323 | -73.311424 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|-----------------------|----------|-----------|------|
| Accent Signage Systems shooting | Minneapolis, Minnesota | 9/27/2012 | 2012 | Andrew Engeldinger, 36, upon learning he was being fired, went on a shooting rampage, killing the business owner, three fellow employees, and a UPS driver. He then killed himself | 7 | 1 | 8 | Workplace | Yes | His family worried about his "paranoia and delusions" for at least two years prior, and tried to get him to seek treatment. | Yes | Unknown | One semiautomatic handgun | 9mm Glock semiautomatic handgun | white | Male | http://www.startribune.com/local/171774461.html?refer=y | http://www.startribune.com/local/171774461.html?refer=y | 44.9773 | -93.265469 | Mass |
| Sikh temple shooting | Oak Creek, Wisconsin | 8/5/2012 | 2012 | U.S. Army veteran Wade Michael Page, 40, opened fire in a Sikh gurdwara before he died from a self-inflicted gunshot would during a shootout with police. | 7 | 3 | 10 | Religious | Yes | His Army friends once broke into his apartment, fearing he'd commit suicide in the '90s. A psychiatric nurse who lived downstairs from Page said it was "obvious" he had a mental illness | Yes | Unknown | One semiautomatic handgun | 9mm Springfield Armory XDM semiautomatic handgun | white | Male | http://www.jsonline.com/news/milwaukee/friend-of-page-feared-what-he-might-do-426edmg-165668826.html; http://usnews.nbcnews.com/_news/2012/09/10/13785426-officer-arriving-at-sikh-temple-shooting-time-to-use-deadly-force?lite; http://articles.latimes.com/2012/aug/08/nation/la-nann-sikh-shooting-guns-20120807; http://www.bbc.co.uk/news/world-us-canada-19183359 | http://www.jsonline.com/news/milwaukee/friend-of-page-feared-what-he-might-do-426edmg-165668826.html | 42.88585 | -87.863136 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aurora theater shooting | Aurora, Colorado | 7/20/2012 | 2012 | James Holmes, 24, opened fire in a movie theater during the opening night of "The Dark Night Rises" and was later arrested outside. | 12 | 70 | 82 | Other | Yes | He saw at least three mental health professionals before dropping out of his university. | Yes | Gander Mountain stores in Thornton and Aurora, Colo.; Bass Pro Shop in Denver, Colo.; BulkAmmo.com | Two semiautomatic handguns, one rifle (assault), one shotgun | Two .40-caliber Glock semiautomatic handguns; .223-caliber Smith & Wesson M&P15 semiautomatic rifle; 12-gauge Remington 870 pump-action shotgun | white | Male | http://www.cbsnews.com/8301-201_162-57497820/james-holmes-saw-three-mental-health-professionals-before-shooting/; http://www.9news.com/news/article/283503/188/Aurora-shooting-prompts-gun-bills-in-big-states-; http://www.nytimes.com/2012/07/21/us/shooting-at-colorado-theater-showing-batman-movie.html; http://www.motherjones.com/politics/2012/07/batman-theater-shooting-updates-dark-knight-rises | http://www.cbsnews.com/8301-201_162-57497820/james-holmes-saw-three-mental-health-professionals-before-shooting/ | 39.709283 | -104.82349 | Mass |
| Seattle cafe shooting | Seattle, Washington | 5/20/2012 | 2012 | Ian Stawicki, 40, gunned down four patrons at a cafe, and another person during a carjacking nearby, then shot himself as police closed in. (He died later that day in a Seattle hospital.) | 6 | 1 | 7 | Other | Yes | His family said he was mentally il | Yes | Bull's Eye Shooter Supply in Tacoma, Wash. | Two semiautomatic handguns | Two .45-caliber semiautomatic handguns | white | Male | http://usnews.nbcnews.com/_news/2012/05/30/11959312-six-killed-in-seattle-shootings-including-suspect?lite; http://www.cbsnews.com/8301-201_162-57445177/seattle-shooting-hero-hurled-stools-at-gunman-ian-stawicki-saved-three-lives/?pageNum=2&tag=contentMain;contentBody; http://content.usatoday.com/communities/ondeadline/post/2012/05/sea ttle-killer-had-concealed-carry-permit-owned-6-guns/1#.UFI9shhgspQ | http://usnews.nbcnews.com/_news/2012/05/30/11959312-six-killed-in-seattle-shootings-including-suspect?lite | 47.603832 | -122.33006 | Spree |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oikos University killings | Oakland, California | 4/2/2012 | 2012 | One L. Goh, 43, a former student, opened fire in a nursing classroom. He fled the scene by car and was arrested nearby a few hours later. | 7 | 3 | 10 | School | Yes | A former instructor at Oikos described him as "mentally unstable" and "paranoid." | Yes | Bullseye in Castro Valley, Calif | One semiautomatic handgun | .45-caliber semiautomatic handgun | Asian | Male | http://blog.sfgate.com/eguillermo/2012/04/05/something-still-doesnt-compute-in-the-one-goh-nightmare/; http://www.mercurynews.com/top-stories/ci_20308252/police-respond-shooting-east-oakland; http://www.cbsnews.com/8301-504083_162-504083/gun-used-in-oikos-university-shooting-rampage-was-bought-legally-police-say/; http://berkeley.patch.com/articles/one-l-goh-showed-violent-tendencies-before-the-oikos-university-shooting-oikos-university-shooting | http://berkeley.patch.com/articles/one-l-goh-showed-violent-tendencies-before-the-oikos-university-shooting-oikos-university-shooting; http://blog.sfgate.com/eguillermo/2012/04/05/something-still-doesnt-compute-in-the-one-goh-nightmare/ | 37.804381 | -122.27082 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su Jung Health Sauna shooting | Norcross, Georgia | 2/22/2012 | 2012 | Jeong Soo Paek, 59, returned to a Korean spa from which he'd been kicked out after an altercation. He gunned down two of his sisters and their husbands before committing suicide. | 5 | 0 | 5 | Other | Yes | His sister worried about his homicidal tendencies; she said his mental health had been deteriorating and that he had threatened to commit suicide with his gun. | Yes | Unknown | One semiautomatic handgun | .45-caliber semiautomatic handgun | Asian | Male | http://www.gwinnettdailypost.com/news/2012/feb/23/police-id-4-victims-shooter-in-spa-killing/; http://www.cbsnews.com/8301-504083_162-57479989-504083/shooting-sprees-in-2012-crimesider-reports-on-some-of-the-countrys-worst-public-shootings-this-year/; http://chronicle.augusta.com/news/metro/2012-02-22/victims-korean-spa-shooting-near-atlanta-were-2-married-couples-gunman-was; http://onlineathens.com/local-news/2012-02-23/mass-shooting-spa-shocks-ga-korean-community | http://www.gwinnettdailypost.com/news/2012/feb/23/police-id-4-victims-shooter-in-spa-killing/ | 33.941213 | -84.213531 | Mass |
| Seal Beach shooting | Seal Beach, California | 10/14/2011 | 2011 | Scott Evans Dekraai, 42, opened fire inside a hair salon and was later arrested. | 8 | 1 | 9 | Other | Yes | He suffered from bipolar disorder, mood swings, and PTSD. | Yes | Unknown | Two semiautomatic handguns, one revolver | .45-caliber Heckler & Koch, 9mm Springfield semiautomatic handguns; .44 Magnum Smith & Wesson revolver | white | Male | http://laist.com/2011/10/13/seal_beach_shooter_suffered_from_ptsd.php; http://blogs.ocweekly.com/navelgazing/2011/10/hair_salon_seal_beach_shooting.php; http://latimesblogs.latimes.com/lanow/2011/10/seal-beach-shooting-suspect-had-been-ordered-not-to-carry-guns-html | http://laist.com/2011/10/13/seal_beach_shooter_suffered_from_ptsd.php | 33.741176 | -118.10464 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|--------------|-------|--------------------------------|--------------|----------------------|---------------|----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| IHOP shooting | Carson City, Nevada | 9/6/2011 | 2011 | Eduardo Sencion, 32, opened fire at an International House of Pancakes restaurant and later died from a self-inflicted gunshot wound. | 5 | 7 | 12 | Other | Yes | He was diagnosed with paranoid schizophrenia as a teenager and feared demons were out to get him. | Yes | Purchased from an individual | Two rifles (both assault), one revolver | AK-47 Norinco Arms variant, AK-47 Romarm Cugir variant rifles; .38-caliber Colt revolver | Latino | Male | http://www.huffingtonpost.com/2011/11/03/eduardo-sencion-ihop-shooter_n_1073677.html; http://www.lasvegassun.com/news/2011/sep/06/report-seven-shot-inside-carson-city-ihop/; http://www.lasvegassun.com/news/2011/oct/23/nv-gun-laws-rampage-2nd-ld-writethru/ | http://www.huffingtonpost.com/2011/11/03/eduardo-sencion-ihop-shooter_n_1073677.html | 39.163798 | -119.7674 | Mass |
| Tucson shooting | Tucson, Arizona | 1/8/2011 | 2011 | Jared Loughner, 22, opened fire outside a Safeway during a constituent meeting with Congresswoman Gabrielle Giffords (D-Ariz.) before he was subdued by bystanders and arrested. | 6 | 13 | 19 | Other | Yes | His symptoms pointed to various possible mental illness diagnoses, such as schizophrenia and delusional disorder. He also experimented with pot and hallucinogens | Yes | Sportsmen's Warehouse in Tucson, Ariz. | One semiautomatic handgun | 9mm Glock 19 semiautomatic handgun | white | Male | http://www.time.com/time/magazine/article/0,9171,2042358,00.html; http://www.csmonitor.com/USA/Politics/2011/0110/Why-Jared-Loughner-was-allowed-to-buy-a-gun; http://www.nytimes.com/2011/01/09/us/politics/09giffords.html?ref=jaredleeloughner | http://www.time.com/time/magazine/article/0,9171,2042358,00.html | 32.221743 | -110.92648 | Mass |
| Hartford Beer Distributor shooting | Manchester, Connecticut | 8/3/2010 | 2010 | Omar S. Thornton, 34, shot up his Hartford Beer Distributor workplace after facing disciplinary issues, then committed suicide | 9 | 2 | 11 | Workplace | No | He apparently was driven over the edge by unaddressed, ongoing racism against him at work | Yes | Gun dealer in East Windsor, Conn. | Two semiautomatic handguns | Two 9mm Ruger SR9 semiautomatic handguns | black | Male | http://www.cbsnews.com/8301-504083_162-20012557-504083.html; http://www.msnbc.msn.com/id/38535909/ns/us_news-crime_and_courts/t/dead-shooting-conn-beer-distributor/#.UFGJAqRrND4; http://www.foxnews.com/us/2010/08/03/dead-wounded-conn-workplace-shooting/ | http://www.cbsnews.com/8301-504083_162-20012557-504083.html | 41.775932 | -72.521476 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coffee shop police killings | Parkland, Washington | 11/29/2009 | 2009 | Maurice Clemmons, 37, a felon who was out on bail for child-rape charges, entered a coffee shop on a Sunday morning and shot four police officers who had gone there to use their laptops before their shifts. Clemmons, who was wounded fleeing the scene, was later shot dead by a police officer in Seattle after a two-day manhunt. | 4 | 1 | 5 | Other | Yes | He had a history of erratic, bizarre behavior. He once asked his family to get naked for 5 minutes on Sunday; he said he thought the world would end and that he was Jesus. | No | Stolen from an individual in Seattle. | One semiautomatic handgun | 9mm Glock 17 semiautomatic handgun; .38-caliber Smith & Wesson revolver | black | Male | http://seattletimes.com/html/localnews/2010385617_webmansought29.html; http://www.nytimes.com/2009/11/30/us/30tacoma.html?_r=1; http://seattletimes.com/html/localnews/2014155225_clemmons08m.html | http://seattletimes.com/html/localnews/20103856 17_webmansought29.html | 47.155846 | -122.43703 | Mass |
| Fort Hood massacre | Fort Hood, Texas | 11/5/2009 | 2009 | Army psychiatrist Nidal Malik Hasan, 39, opened fire on an Army base in an attack linked to Islamist extremism. Hasan was injured during the attack and later arrested. | 13 | 30 | 43 | Military | Unclear | Medical officials at Walter Reed Army Medical Center and the Uniformed Services University of the Health Sciences raised concerns prior to the shooting regarding Hasan's aloof and erratic behavior and extremist Islamic views | Yes | Guns Galore in Kileen, Texas | One semiautomatic handgun | FN Five-seven semiautomatic handgun | Other | Male | http://seattletimes.com/html/nationworld/2010232219_apusforthoodshooting.html; http://articles.latimes.com/2010/oct/21/nation/la-na-fort-hood-20101022; http://thelede.blogs.nytimes.com/2009/11/05/reports-of-mass-shooting-at-fort-hood/; http://www.usatoday.com/news/military/story/2012-08-14/fort-hood-rampage-trial/57050394/1 | http://www.npr.org/templates/story/story.php?storyId=12031357 0 | 31.201131 | -97.77157 | Mass |
| Binghamton shootings | Binghamton, New York | 4/3/2009 | 2009 | Jiverly Wong, 41, opened fire at an American Civic Association center for immigrants before committing suicide. | 14 | 4 | 18 | Other | Yes | He apparently harbored growing paranoia toward cops. He also sent a delusional letter to a local TV station right before the shooting. | Yes | Gander Mountain in Johnson City, N.Y. | Two semiautomatic handguns | 9mm Beretta, .45-caliber Springfield semiautomatic handguns | Asian | Male | http://www.nytimes.com/2009/04/12/nyregion/12binghamton.html?pagewanted=all&_r=0; http://www.nytimes.com/2009/04/04/nyregion/04hostage.html?pagewanted=all | http://www.nytimes.com/2009/0 4/12/nyregion/1 2binghamton.html?pagewanted=all& r=1& | 42.098687 | -75.917974 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carthage nursing home shooting | Carthage, North Carolina | 3/29/2009 | 2009 | Robert Stewart, 45, opened fire at a nursing home where his estranged wife worked before he was shot and arrested by a police officer. | 8 | 3 | 11 | Other | Yes | His estranged wife told her workplace that her husband had an "unstable mental state or (was) mentally ill.' | Yes | Local sporting goods stores and individuals | One revolver, one shotgun | Winchester 1300 pump-action shotgun; .357 Magnum revolver | white | Male | http://www.wral.com/news/local/story/9845639/; http://www.wral.com/news/local/story/4837676/ | http://www.wral.com/news/local/story/9845639/ | 35.345802 | -79.417054 | Mass |
| Atlantis Plastics shooting | Henderson, Kentucky | 6/25/2008 | 2008 | Disgruntled employee Wesley Neal Higdon, 25, shot up an Atlantis Plastics factory after he was escorted out of his workplace for an argument with a supervisor. Higdon shot the supervisor outside the factory before opening fire on coworkers inside. He then committed suicide. | 6 | 1 | 7 | Workplace | No | He called his girlfriend two hours before the shooting to say he was going to kill his boss. | Yes | Unknown | One semiautomatic handgun | .45-caliber Hi-Point semiautomatic handgun | white | Male | http://www.foxnews.com/story/0,2933,371242,00.html; http://www.msnbc.msn.com/id/25393695/ns/us_news-crime_and_courts/t/witnesses-describe-chaotic-scene-ky-plant/#.UFEbHhh_gspQ | http://www.foxnews.com/story/0,2933,371242,00.html | 37.76721 | -87.557374 | Mass |
| Northern Illinois University shooting | DeKalb, Illinois | 2/14/2008 | 2008 | Steven Kazmierczak, 27, opened fire in a lecture hall, then shot and killed himself before police arrived. | 6 | 21 | 27 | School | Yes | After high school, his parents placed him at a psychiatric treatment center. He told friends he left the Army after six months due to a psychological discharge. | Yes | Online and gun retailers in Champaign, Ill. | Three semiautomatic handguns, one shotgun | 9mm Glock 19, Hi-Point CF380, 9mm Kurz SIG Sauer P232 semiautomatic handguns; 12-gauge Remington Sportsman 48 sawed-off shotgun | white | Male | http://www.huffingtonpost.com/jonathan-fast/steve-kazmierczak-the-sec_b_87031.html; http://www.msnbc.msn.com/id/23171567/ns/us_news-crime_and_courts/t/college-shooters-deadly-rampage-baffles-friends/#.UFEZnh_hgspQ; http://www.nytimes.com/slideshow/2008/02/14/us/0214-SHOOTING_index.html?ref=schoolshooting&gwh=B62598A5487B946A532C5846B4A85156; www.niu.edu/feb14report/Feb14report.pdf | http://www.cbsnews.com/stories/2008/02/16/national/main3840072.shtml | 41.929474 | -88.750365 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kirkwood City Council shooting | Kirkwood, Missouri | 2/7/2008 | 2008 | Charles "Cookie" Lee Thornton, 52, went on a rampage at the city hall before being shot and killed by police | 6 | 2 | 8 | Other | No | He was known for histrionics and disruptions at city council meetings. His mounting debt was a stressor. | No | Taken in burglary and from fallen police officer | One semiautomatic handgun, one revolver | .40-caliber Smith & Wesson semiautomatic handgun; .44 Magnum Smith & Wesson Model 29 revolver | black | Male | http://www.stltoday.com/news/local/crime-and-courts/charles-lee-cookie-thornton-behind-the-smile/article_be96f13c-78b9-11df-bfdc-0017a4a78c22.html; http://www.nytimes.com/2008/02/08/us/08missouri.html; http://nl.newsbank.com/nl-search/we/Archives?p_product=SL&p_theme=sl&p_action=search&p_maxdocs=200&p_topdoc=1&p_t ext_direct-0=11F1CADA291472F0&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date&s_trackval=GooglePM | http://www.stltoday.com/news/local/crime-and-courts/charles-lee-cookie-thornton-behind-the-smile/article_be96f13c-78b9-11df-bfdc-0017a4a78c22.html | 38.583386 | -90.406785 | Mass |
| Westroads Mall shooting | Omaha, Nebraska | 12/5/2007 | 2007 | Robert A. Hawkins, 19, opened fire inside Westroads Mall before committing suicide | 9 | 4 | 13 | Other | Yes | He had been treated in the past for depression and ADHD. | No | Stolen from grandfather | One rifle (assault) | WASR-10 Century Arms semiautomatic rifle | white | Male | http://www.guardian.co.uk/world/2007/dec/06/usa.usgunviolence2; http://www.npr.org/templates/story/story.php?storyId=16962485; http://www.independentmail.com/news/2007/dec/08/officials-say-assault-rifles-cause-roughly-same-am/; http://www.latimes.com/news/nationworld/nation/la-na-mall7dec07,0,882178.story | http://www.guardian.co.uk/world/2007/dec/06/usa.usgunviolence2 | 41.258732 | -95.937873 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crandon shooting | Crandon, Wisconsin | 10/7/2007 | 2007 | Off-duty sheriff's deputy Tyler Peterson, 20, opened fire inside an apartment after an argument at a homecoming party. He fled the scene and later committed suicide. | 6 | 1 | 7 | Other | Unclear | The families of victims filed a wrongful death lawsuit against the county arguing that the police department should have evaluated the gunman's mental health before hiring | Yes | Issued by Forest County Sheriff's Department | One rifle (assault) | AR-15 SWAT semiautomatic rifle | white | Male | http://www.riverewsonline.com/main.asp?SectionID=6&SubSectionID=47&ArticleID=368; http://news.google.com/newspapers?id=O-MqAAAAIBAJ&sjid=u0UEAAAAIBAJ&pg=6724,5434155&dq=crandon+shooting&hl=en | http://www.riverewsonline.com/main.asp?SectionID=6&SubSectionID=47&ArticleID=368 | 45.571907 | -88.902892 | Mass |
| Virginia Tech massacre | Blacksburg, Virginia | 4/16/2007 | 2007 | Virginia Tech student Seung-Hui Cho, 23, opened fire on his school's campus before committing suicide. | 32 | 23 | 55 | School | Yes | A district court ruled Cho was "an imminent danger" to himself and others as a result of mental illness two years earlier, and directed Cho to seek treatment. | Yes | Purchased variously online and from Roanoke Firearms in Roanoke, Va. | Two semiautomatic handguns | 9mm Glock 19, .22-caliber Walther P22 semiautomatic handguns | Asian | Male | http://www.nytimes.com/2007/04/24/us/24virginia.html; http://www.thestandard.com.hk/news_detail.asp?we_cat=9&art_id=42489&sid=13196711&con_type=1&d_str=20070419&fc=10; http://smartgunlaws.org/mental-health-reporting-policy-summary/ | http://abcnews.go.com/US/story?id=3052278&page=1 | 37.229573 | -80.413939 | Mass |
| Trolley Square shooting | Salt Lake City, Utah | 2/12/2007 | 2007 | Sulejman TaloviÄ‡Ä‡, 18, rampaged through the shopping center until he was shot dead by police. | 6 | 4 | 10 | Other | Unclear | According to one relative, he was violent and had the mental capacity of a child. (But accounts from others did not indicate this about the shooter.) | Unknown | Purchased variously from Sportsman's Fast Cash in West Valley City, Utah and individuals | One revolver, one shotgun | Mossberg Maverick 88 Field shotgun; .38-caliber Smith & Wesson M36 revolver | white | Male | http://www.deseretnews.com/article/660205647/Ex-relative-calls-Talovic-vicious-troubled.html?pg=all; http://www.cbsnews.com/stories/2007/02/15/national/main2480419.shtml; http://www.cbsnews.com/8301-201_162-2823327.html | http://www.deseretnews.com/article/660205647/Ex-relative-calls-Talovic-vicious-troubled.html?pg=all | 40.760647 | -111.89109 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|-----------------------------------------|---------------|--------------------------|----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Amish school shooting | Lancaster County, Pennsylvania | 10/2/2006 | 2006 | Charles Carl Roberts, 32, shot 10 young girls in a one-room schoolhouse in Bart Township, killing 5, before taking his own life. | 6 | 5 | 11 | School | No | He told his wife that he'd molested two young relatives 20 years ago. | Yes | Local stores in Nickel Mines, Penn. | One semiautomatic handgun, one rifle, one shotgun | Springfield semiautomatic handgun; .30-06 Ruger bolt-action rifle; 12-gauge Browning pump-action shotgun | white | Male | http://news.google.com/newspapers?id=O8oyAAAAIBAJ&sjid=YSUEAAAAIBAJ&pg=6143,1260138&dq=charles+carl+roberts+mentally+ill&hl=en;http://www.msnbc.msn.com/id/15105305/ns/us_news-crime_and_courts/t/th-girl-dies-after-amish-schoolhouse-shooting/#.UFD4SxqspQ;http://www.foxnews.com/story/0,2933,217170,00.html | http://www.cnn.com/2006/US/10/03/amish.shooting/index.html | 39.9589 | -76.0806 | Mass |
| Capitol Hill massacre | Seattle, Washington | 3/25/2006 | 2006 | Kyle Aaron Huff, 28, opened fire at a rave afterparty in the Capitol Hill neighborhood of Seattle before committing suicide | 7 | 2 | 9 | Other | No | Police were unable to find any record that he had been treated for mental illness or was on psychiatric medication. | Yes | Various sporting goods stores in Kalispell, Mont. | Two semiautomatic handguns, one rifle (assault), one shotgun | .40-caliber Ruger, one other semiautomatic handgun; Bushmaster XM15 E2S semiautomatic rifle; 12-gauge Winchester Defender pump-action shotgun with extended tube and pistol grip | white | Male | http://seattletimes.com/html/localnews/2002892043_shooter27m.html; http://seattletimes.com/html/localnews/2002898900_huff30m.html | http://seattletimes.com/html/localnews/2002898900_huff30m.html | 47.6229 | -122.3165 | Mass |
| Goleta postal shootings | Goleta, California | 1/30/2006 | 2006 | Former postal worker Jennifer Sanmarco, 44, shot dead a former neighbor then drove to the mail processing plant where she used to work. Inside, she opened fire, killing six employees before committing suicide. | 8 | 0 | 8 | Workplace | Yes | She was placed on retirement disability for psychological reasons. Fellow employees described her behavior as increasingly bizarre. She believed the Postal Service employees were conspiring | Yes | Pawn shops in Grants and Gallup, N.M. | One semiautomatic handgun | 9mm Smith & Wesson 915 semiautomatic handgun | white | Female | http://www.msnbc.msn.com/id/11167920/ns/us_news-crime_and_courts/t/postal-killer-believed-she-was-target-plot/#.UIxy7kzLwTE; http://www.cbsnews.com/stories/2006/02/02/national/main1272077.shtml; | http://www.msnbc.msn.com/id/11167920/ns/us_news-crime_and_courts/t/postal-killer-believed-she-was-target-plot/#.UNyN5cXhe75 | 34.436283 | -119.87144 | Spree |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Red Lake massacre | Red Lake, Minnesota | 3/21/2005 | 2005 | Jeffrey Weise, 16, murdered his grandfather, who was a police officer, and grandfather's girlfriend. Weise then drove his grandfather's squad car to Red Lake Senior High School and opened fire on the reservation campus, killing another seven people before committing suicide. | 10 | 5 | 15 | School | Yes | He voluntarily visited a a psychiatric ward. He was hospitalized at least once for suicidal tendencies and was taking Prozac. | No | Glock and Remington stolen from grandfather | Two semiautomatic handguns, one shotgun | .40-caliber Glock 23, .22-caliber Ruger semiautomatic handguns; 12-gauge Remington 870 shotgun | Native American | Male | http://news.google.com/newspapers?id=c4dIAAAAIBAJ&sjid=_XEDAAAAIBAJ&pg=5163,1527281&dq=jeffrey+weise+mental+ill&hl=en; http://www.cbsnews.com/stories/2005/03/24/national/main682915.shtml?source=search_story; http://www.usnews.com/usnews/news/articles/050404/4redlake.htm; http://www.foxnews.com/story/0,2933,151116,00.html | http://www.cbsnews.com/stories/2005/03/24/national/main682915.shtml?source=search_story | 47.876346 | -95.01694 | Spree |
| Living Church of God shooting | Brookfield, Wisconsin | 3/12/2005 | 2005 | Living Church of God member Terry Michael Ratzmann, 44, opened fire at a church meeting at a Sheraton hotel before committing suicide. | 7 | 4 | 11 | Religious | Yes | Neighbors said he suffered from depression and had a drinking problem. | Yes | Gun dealer in Waukesha, Wis. | One semiautomatic handgun | 9mm Beretta semiautomatic handgun | white | Male | http://www.cbsnews.com/2100-201_162-679761.html; http://www.foxnews.com/story/0,2933,150255,00.html; http://www.msnbc.msn.com/id/7167861/ns/us_news-crime_and_courts/t/relatives-struggle-answers-after-shooting/#.UN3Scko6JT4 | http://www.cbsnews.com/2100-201_162-679761.html | 43.060567 | -88.106479 | Mass |
| Damageplan show shooting | Columbus, Ohio | 12/8/2004 | 2004 | Nathan Gale, 25, possibly upset about the breakup of Pantera, gunned down former Pantera guitarist Dimebag Darrell and three others at a Damageplan show before a police officer fatally shot Gale. | 5 | 7 | 12 | Other | Yes | He was discharged from the military because he was a paranoid schizophrenic. | Yes | Received as a gift from mother | One semiautomatic handgun | 9mm Beretta 92FS semiautomatic handgun | white | Male | http://www.cbsnews.com/2100-201_162-659983.html; http://www.knac.com/article.asp?ArticleID=3417; http://www.blabbermouth.net/news.aspx?mode=Article&newsitemID=86362 | http://www.cbsnews.com/2100-201_162-659983.html | 39.96226 | -83.000707 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lockheed Martin shooting | Meridian, Mississipp | 7/8/2003 | 2003 | Assembly line worker Douglas Williams, 48, opened fire at his Lockheed Martin workplace in a racially motivated attack before committing suicide | 7 | 8 | 15 | Workplace | Yes | His cousin said he was depressed and "going through a lot of things." | Yes | Purchased from an individual | One semiautomatic handgun, two rifles, one derringer, one shotgun | .45-caliber Ruger P90 semiautomatic handgun; .22-caliber rifle with scope, .223-caliber Ruger Mini-14 rifle; 12 gauge Winchester 1300 shotgun; .22 Magnum derringer | white | Male | http://usatoday30.usatoday.com/news/nation/2003-07-08-miss-shooting-main_x.htm; http://www.nytimes.com/2003/07/09/us/man-kills-5-co-workers-at-plant-and-himself.html; http://www.nytimes.com/2003/07/16/us/national-briefing-south-mississippi-death-toll-rises-in-law-shooting.html | http://usatoday3 0.usatoday.com/news/nation/200 3-07-08-miss-shooting-main_x.htm | 32.376081 | -88.68978 | Mass |
| Navistar shooting | Melrose Park, Illinois | 2/5/2001 | 2001 | Fired employee William D. Baker, 66, opened fire at his former Navistar workplace before committing suicide | 5 | 4 | 9 | Workplace | No | He had a criminal past, including a sexual assault conviction. | Yes | Some purchased from Pepper Sports in Glen Ellyn, Ill. | Two rifles, one revolver, one shotgun | SKS 1954R, .30-caliber Winchester rifles; 12-gauge Remington pump-action shotgun; .38-caliber revolver | black | Male | http://articles.chicagotribune.com/2001-02-07/news/0102070 122_1_navistar-gun-law-hunting-rifle; http://www.cnn.com/2001/LAW/rg/studies/wgun0 10205.htm | http://articles.chicagotribune.com/2001-02-07/news/010207 0122_1_navistar-gun-law-hunting-rifle | 41.900587 | -87.856728 | Mass |
| Wakefield massacre | Wakefield, Massachus etts | 12/26/2000 | 2000 | Michael McDermott, 42, opened fire on co-workers at Edgewater Technology and was later arrested. | 7 | 0 | 7 | Workplace | Yes | Psychiatrist guessed he had schizophrenia, but McDermott had researched how to fake a mental illness on the internet. Defense lawyer described history of suicide attempts and mental illness dating back to teen years. Jury rejected his insanity defense. | Yes | Unknown | One semiautomatic handgun, one rifle (assault), one shotgun | .32-caliber Retolaza semiautomatic handgun; AK-47 variant semiautomatic rifle; 12-gauge Winchester 1300 pump-action shotgun | white | Male | http://www.time.com/time/magazine/article/0,9171,93313,00.html; http://articles.cnn.com/2002-04-22/justice/ctv.mcdermott.trial_1_michael-mcdermott-jury-deliberates-fate-mental-illness?_s=PM:LAW; http://www.nytimes.com/2000/12/27/us/7-die-in-rampage-at-company-co-worker-of-victims-arrested.html; http://www.vpc.org/studies/wgun001226.htm | http://articles.cnn.com/2002-04-22/justice/ctv.m cdermott.trial_1 _michael-mcdermott-jury-deliberates-fate-mental-illness?_s=PM:LAW; http://www.boston.com/news/daily24/mcdermott_verdict.htm | 42.506484 | -71.072831 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|-----------------------|----------|-----------|------|
| Hotel shooting | Tampa, Florida | 12/30/1999 | 1999 | Hotel employee Silvio Leyva, 36, gunned down four coworkers at the Radisson Bay Harbor Inn before killing a woman outside who refused to give him her car. He was arrested shortly after the shootings. | 5 | 3 | 8 | Workplace | Yes | His brother called him "unbalanced" and mentally ill. | Yes | One purchased from Big E's in Tampa, Fla. | One semiautomatic handgun, one revolver | 9mm Lorcin semiautomatic handgun; .38-caliber Charter Arms revolver | Latino | Male | http://www.sptimes.com/News/123000/news_pf/TampaBay/A_year_later__the_str.shtml; http://www.vpc.org/studies/wgun991230.htm; http://news.google.com/newspapers?id=CSUdAAAAIBAJ&sjid=ZaYEAAAAIBAJ&pg=2043,2634069&dq=silvio+leyva+shooting&hl=en | http://www.sptimes.com/News/123000/news_pfg/TampaBay/A_year_later__the_str.shtml | 27.94776 | -82.458444 | Mass |
| Xerox killings | Honolulu, Hawaii | 11/2/1999 | 1999 | Byran Koji Uyesugi, 40, a Xerox service technician, opened fire inside the building with a 9mm Glock. He fled and was later apprehended by police. | 7 | 0 | 7 | Workplace | Yes | A psychiatrist, testifying for the prosecution,said he suffered from schizophrenia. | Yes | Hunting Supplies of Hawaii (The Armory) in Honolulu, Hawaii | One semiautomatic handgun | 9mm Glock 17 semiautomatic handgun | Asian | Male | http://archives.starbulletin.com/2000/06/02/news/story2.html; http://www.vpc.org/studies/wgun991102.htm | http://archives.starbulletin.com/2000/06/02/news/story2.html | 21.325513 | -157.84731 | Mass |
| Wedgwood Baptist Church shooting | Fort Worth, Texas | 9/15/1999 | 1999 | Larry Gene Ashbrook, 47, opened fire inside the Wedgwood Baptist Church during a prayer rally before committing suicide. | 8 | 7 | 15 | Religious | Yes | His siblings decribed him as a paranoid schizophrenic | Yes | Trader's Village flea market in Grand Prairie, Texas | Two semiautomatic handguns | .380-caliber, 9mm Ruger P85 semiautomatic handguns | white | Male | http://www.nytimes.com/1999/09/20/us/fort-worth-remembers-those-killed-at-church.html?pagewanted=all&src=pm; http://www.nytimes.com/1999/09/18/us/death-in-a-church-the-overview-with-question-of-why-unanswered-fort-worth-mourns.html; http://www.vpc.org/studies/wgun990915.htm | http://www.nytimes.com/1999/09/18/us/death-in-a-church-the-overview-with-question-of-why-unanswered-fort-worth-mourns.html | 32.693397 | -97.470671 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atlanta day trading spree killings | Atlanta, Georgia | 7/29/1999 | 1999 | Day trader Mark O. Barton, 44, who had recently lost a substantial sum of money, went on a shooting spree through two day-trading firms. He started at the All-Tech Investment Group, where he worked, then went on to Momentum Securities. He fled and hours later, after being cornered by police outside a gas station, committed suicide. (Two days before the spree, he killed his wife and two children with a hammer.) | 9 | 13 | 22 | Workplace | Yes | In letters, he details his deep depression and downward spiral. | Yes | Glock purchased from gun store in Warner Robins, Ga. | Three semiautomatic handguns, one revolver | .45-caliber Colt 1911-A1, 9mm Glock 17, .25-caliber Raven Arms MP-25 semiautomatic handguns; .22-caliber Harrington & Richardson revolver | white | Male | http://www.independent.co.uk/news/i-dont-plan-to-live-much-longer-just-long-enough-to-kill-the-people-that-greedily-sought-my-destruction-1109610.html; http://articles.cnn.com/1999-07-30/us/9907_30_atlanta.shooting.06_1_gladys-barton-debra-spivey-barton-note?_s=PM:US; http://www.vpc.org/studies/wgun990729.htm | http://www.independent.co.uk/news/i-dont-plan-to-live-much-longer-just-long-enough-to-kill-the-people-that-greedily-sought-my-destruction-1109610.html | 33.749099 | -84.390185 | Spree |
| Columbine High School massacre | Littleton, Colorado | 4/20/1999 | 1999 | Eric Harris, 18, and Dylan Klebold, 17, opened fire throughout Columbine High School before committing suicide | 13 | 24 | 37 | School | Yes | Harris was an alleged psychopath; Klebold was depressed and suicidal. | No | Purchased variously at Tanner Gun Show in Denver, Colo. and from an individual | One semiautomatic handgun (assault), one rifle (assault), two shotguns | 9mm Intratec DC-9 semiautomatic handgun; 9mm Hi-Point 995 carbine rifle; 12-gauge sawed-off Savage Stevens 311D, 12-gauge sawed-off Savage Springfield 67H pump-action shotguns | white | Male | http://www.usatoday.com/news/nation/2009-04-13-columbine-myths_N.htm; http://www.vpc.org/studies/wgun990420.htm; http://www.slate.com/articles/news_and_politics/assessment/2004/04/the_depressive_and_the_psychopath.html | http://www.slate.com/articles/news_and_politics/assessment/2004/04/the_depressive_and_the_psychopath.html | 39.602107 | -104.98773 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thurston High School shooting | Springfield, Oregon | 5/21/1998 | 1998 | After he was expelled for having a gun in his locker, Kipland P. Kinkel, 15, a freshman at Thurston High, went on a shooting spree, killing his parents at home and two students at school. Five classmates wrestled Kipland to the ground before he was arrested. | 4 | 25 | 29 | School | Yes | Doctors testified that he was a paranoid schizophrenic who suffered from hallucinations. | No | Purchased variously from friend and father, and stolen from father | Two semiautomatic handguns, one rifle | 9mm Glock, .22-caliber Ruger semiautomatic handguns, .22-caliber Ruger rifle | white | Male | http://www.katu.com/news/local/8082147.html; http://www.pbs.org/wgbh/pages/frontline/shows/kinkel/kip/cron.html; http://www.oregonlive.com/special/index.ssf/2008/05/the_suspect_kipland_kinkels_da.html; http://articles.cnn.com/2000-01-21/us/kinkel.revisited_1_kip-kinkel-thurston-high-school-oregon-school-shooting?_s=PM:US | http://articles.cnn.com/2000-01-21/us/kinkel.revisited_1_kip-kinkel-thurston-high-school-oregon-school-shooting?_s=PM:US | 44.046236 | -123.02203 | Spree |
| Westside Middle School killings | Jonesboro, Arkansas | 3/24/1998 | 1998 | Mitchell Scott Johnson, 13, and Andrew Douglas Golden, 11, two juveniles, ambushed students and teachers as they left the school; they were apprehended by police at the scene. | 5 | 10 | 15 | School | No | Boys displayed unruly and aggressive behavior. They picked on kids and made threats about killing people. | No | Stolen from grandfather and father | Two semiautomatic handguns, two rifles, three revolvers, two derringers | FIE 380, .380-caliber Star semiautomatic handguns; .44 Magnum Ruger, 30-06 Remington 742, .30-caliber Universal M-1 carbine replica rifles; .38-caliber Charter Arms, .357-caliber Ruger Security Six, .38-caliber Smith & Wesson revolvers; .22-caliber Double Deuce Buddie two-shot, .38-caliber Davis Industries two-shot derringers | white | Male | http://www.vpc.org/studies/wgun980324.htm | http://www.nytimes.com/1998/03/29/us/from-wild-talk-and-friendship-to-five-deaths-in-a-schoolyard.html?sec=&spon=&pagewanted=all | 35.82099 | -90.668261 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|--------------|-------|-------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|-----------------------|----------|-----------|------|
| Connecticut Lottery shooting | Newington Connecticut | 3/6/1998 | 1998 | Lottery worker Matthew Beck, 35, gunned down four bosses over a salary dispute before committing suicide | 5 | 1 | 6 | Workplace | Yes | He had been hospitalized for psychiatric reasons and had a history of depression | Yes | Unknown | One semiautomatic handgun | 9mm semiautomatic handgun | white | Male | http://www.nytimes.com/1998/03/07/nyregion/rampage-connecticut-overview-connecticut-lottery-worker-kills-4-bosses-then.html?pagewanted=all&src=pm; http://www.nytimes.com/2000/04/11/us/hole-in-gun-control-law-lets-mentally-ill-through.html?pagewanted=all&src=pm | http://www.nytimes.com/2000/04/11/us/hole-in-gun-control-law-lets-mentally-ill-through.html?pagewanted=all&src=pm | 41.685633 | -72.729838 | Mass |
| Caltrans maintenance yard shooting | Orange, California | 12/18/1997 | 1997 | Former Caltrans employee Arturo Reyes Torres, 41, opened fire at a maintenance yard after he was fired for allegedly selling government materials he'd stolen from work. He was shot dead by police. | 5 | 2 | 7 | Workplace | No | He was disgruntled after being fired. | Yes | B&B Gun Sales in Orange County, Calif. | One rifle (assault) | 7.62mm AK-47 Chinese variant semiautomatic rifle | Latino | Male | http://articles.latimes.com/1997/dec/20/news/mn-431; http://articles.latimes.com/1997/dec/22/local/me-1156; http://www.vpc.org/studies/wgun971218.htm; http://news.google.com/newspapers?id=DiZAAAAIBAJ&sjid=LEcNAAAAIBAJ&pg=6705,2243998&dq=arturo+reyes+torres+caltrans&hl=en | http://articles.latimes.com/1997/dec/20/news/mn-431 | 33.787794 | -117.85311 | Mass |
| R.E. Phelon Company shooting | Aiken, South Carolina | 9/15/1997 | 1997 | Ex-con Hastings Arthur Wise, 43, opened fire at the R.E. Phelon Company in retaliation for being fired after an argument with a supervisor. He attempted suicide by ingesting insecticide, failed, and was executed by the state of South Carolina eight years later. | 4 | 3 | 7 | Workplace | No | An ex-con, he had been freed from prison, although he displayed violent tendencies. | No | Unknown | One semiautomatic handgun | 9mm semiautomatic handgun | black | Male | http://www.vpc.org/studies/wgun970915.htm; http://chronicle.augusta.com/stories/1997/09/18/met_214833.shtml | http://chronicle.augusta.com/stories/1997/09/18/met_214833.html | 33.559859 | -81.721952 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fort Lauderdale revenge shooting | Fort Lauderdale, Florida | 2/9/1996 | 1996 | Fired city park employee Clifton McCree, 41, opened fire on former coworkers he called "racist devils" inside their municipal trailer in an act of revenge after failing a drug test. He then committed suicide. | 6 | 1 | 7 | Workplace | Yes | Co-workers complained about his threats and verbal abuse. His supervisors asked him to get a psychiatric evaluation. He lost his job, which relatives said drove his depression. | Yes | Unknown | One semiautomatic handgun, one revolver | 9mm Glock semiautomatic handgun; .32-caliber revolver | black | Male | http://www.nytimes.com/1996/02/11/us/florida-killer-said-victims-were-racists-police-say.html; http://articles.sun-sentinel.com/1996-02-10/news/9602090635_1_million-firearms-multiple-guns-reloading | http://articles.sun-sentinel.com/1996-02-11/news/960211 0026_1_beach-crew-maintenance-fort lauderdale | 26.122308 | -80.143379 | Mass |
| Walter Rossler Company massacre | Corpus Christi, Texas | 4/3/1995 | 1995 | Disgruntled former metallurgist James Daniel Simpson, 28, opened fire throughout the Walter Rossler Company where he had worked before exiting the building and committing suicide. | 6 | 0 | 6 | Workplace | No | He was likely angry because he was given an assignment at work he didn't like. But acquaintances didn't know why he'd come back and kill. | Yes | Unknown | One semiautomatic handgun, one revolver | 9mm Ruger semiautomatic handgun; .32-caliber revolver | unclear | Male | http://web.caller.com/2000/april/03/today/local_ne/4127.html | http://web.caller.com/2000/april/03/today/local_n e/4127.html | 27.823713 | -97.417398 | Mass |
| Air Force base shooting | Fairchild Air Force Base, Washington | 6/20/1994 | 1994 | Former airman Dean Allen Mellberg, 20, opened fire inside a hospital at the Fairchild Air Force Base before he was shot dead by a military police officer outside. | 5 | 23 | 28 | Military | Yes | He was repeatedly diagnosed with emotional problems during his two years of service. | Yes | Gun dealer in Spokane, Wash. | One rifle (assault) | MAK-90 semiautomatic rifle | white | Male | http://articles.latimes.com/1994-06-22/news/mn-7137_1_air-force; http://www.nytimes.com/1994/06/22/us/an-airman-s-revenge-5-minutes-of-terror.html | http://articles.latimes.com/1994-06-22/news/mn-7137_1_air-force | 47.618645 | -117.64836 | Mass |
| Chuck E. Cheese's killings | Aurora, Colorado | 12/14/1993 | 1993 | Nathan Dunlap, 19, a recently fired Chuck E. Cheese's employee, went on a rampage through his former workplace and was arrested the following day. He now awaits execution on death row. | 4 | 1 | 5 | Workplace | Unclear | While he was in prison awaiting trial, he started acting bizarre by stripping naked and playing with his feces, apparently to avoid the death penalty. A state doctor testified that Dunlap was was faking his mental illness. | Unknown | Unknown | One semiautomatic handgun | .25-caliber semiautomatic handgun | black | Male | http://www.denverpost.com/news/ci_20218952/aurora-chuck-e-cheese-killers-appeal-cites-mental; http://abcnews.go.com/US/auroras-massacre-victims-20-year-wait-justice/story?id=16847013; http://www.5280.com/magazine/2008/12/politics-killing?page=0,6 | http://www.5280.com/magazine/2008/12/politics-killing?page=0,6 | 39.754713 | -104.83587 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Long Island Rail Road massacre | Garden City, New York | 12/7/1993 | 1993 | Colin Ferguson, 35, opened fire on an eastbound Long Island Rail Road train as it approached a Garden City station. He was later arrested. | 6 | 19 | 25 | Other | Yes | Psychiatrists and others said he suffered from racial paranoia and was obsessed with nonexistent conspiracies. His landlord said he had "delusions of suicide. | Yes | Turner's Outdoorsma n in Signal Hill, Calif. | One semiautomatic handgun | 9mm Ruger P89 semiautomatic handgun | black | Male | http://www.nyti mes.com/1993/12/1 2/nyregion/torme nted-life-special- report-long-slide- slaughter- train.html; http://www.vpc.o rg/studies/wgun9 31207.htm | http://www.nyti mes.com/1993/1 2/12/nyregion/to rmented-life- special-report- long-slide- privilege-ends- slaughter- train.html | 40.726768 | -73.634296 | Mass |
| Luigi's shooting | Fayettevill e, North Carolina | 8/6/1993 | 1993 | Army Sgt. Kenneth Junior French, 22, opened fire inside Luigi's Italian restaurant while ranting about gays in the military before he was shot and arrested by police. | 4 | 8 | 12 | Other | No | He had an abusive father, who committed suicide. | Yes | Unknown | One rifle, two shotguns | .22-caliber rifle; two 12-gauge shotguns | white | Male | http://articles.lati mes.com/1993-08 08/news/mn- 21847_1_kills- army-french; http://news.googl e.com/newspaper s?id=0AhPAAAA IBAJ&sjid=jhUE AAAAIBAJ&pg= 6505,2482529&d q=kenneth+junior +french&hl=en | http://news.goo gle.com/newspa pers?id=0AhPA AAAIBAJ&sjid =jhUEAAAAIB AJ&pg=6505,24 82529&dq=kenn eth+junior+frenc h&hl=en | 35.052993 | -78.878706 | Mass |
| 101 California Street shootings | San Francisco, California | 7/1/1993 | 1993 | Failed businessman Gian Luigi Ferri, 55, opened fire throughout an office building before he committed suicide inside as police pursued him. | 9 | 6 | 15 | Other | No | He was down on his luck because of failed business decisions. One acquaintance said, "He was the least likely guy you can imagine doing something like that." His ex- wife said he "hated violence." | No | Super Pawn and Pacific Tactical Weapons, both in Las Vegas, Nev. | Three semiautomatic handguns (two assault) | Two Intratec DC-9, .45- caliber Colt semiautomatic handguns | white | Male | http://articles.lati mes.com/1993-07 03/news/mn- 10731_1_mortga ge-business/2; http://www.moth erjones.com/print 16316; http://www.vpc.o rg/studies/wgun9 30701.htm | http://articles.lati mes.com/1993- 07-03/news/mn- 10731_1_mortg age-business | 37.77896 | -122.4192 | Mass |
| Watkins Glen killings | Watkins Glen, New York | 10/15/1992 | 1992 | John T. Miller, 50, killed four child- support workers in a county office building before turning the gun on himself.  Miller was upset about a court order garnishing his paycheck to cover overdue child- support payments. | 5 | 0 | 5 | Other | Yes | The day before the shooting, he told child- support collection office workers that he was considering suicide. He had been convicted of felonious assault for pointing a revolver at police officers responding to a domestic violence report at this girlfriend's apartment. | Yes | Mumford Sports in Litchfield, Ohio | One semiautomatic handgun | 9mm Llama semiautomatic handgun | white | Male | http://www.nytim es.com/1992/10/1 7/nyregion/shooti ng-followed- tougher-efforts-to- collect-child- support.html?pag ewanted=2&src= pm; http://www.nytim es.com/1992/10/1 6/nyregion/gunma n-kills-4-who- collected-child- payments.html?pa gewanted=all&src =pm; http://www.nytim es.com/1992/10/2 4/nyregion/watkin s-glen-killings- called- planned.html | http://www.nyti mes.com/1992/1 0/24/nyregion/w atkins-glen- killings-called- planned.html | 42.381056 | -76.870578 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|--------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|-----------------------|----------|-----------|------|
| Lindhurst High School shooting | Olivehurst, California | 5/1/1992 | 1992 | Former Lindhurst High School student Eric Houston, 20, angry about various personal failings, killed three students and a teacher at the school before surrendering to police after an eight hour standoff. He was later sentenced to death. | 4 | 10 | 14 | School | No | He suffered violent physical abuse as a child. He claimed a teacher had sexually abused him, but the truth of that allegation was contested. | Yes | Local gun retailer | One rifle, one shotgun | .22-caliber sawed-off rifle; 12-gauge pump-action shotgun | white | Male | http://www.schoolshooters.info/PL/Subject-Houston_files/Nine%20Brief%20Sketches.pdf; http://www.appeal-democrat.com/news/school-47104-shooting-eckardt.html; http://nl.newsbank.com/nl-search/we/Archives?p_product=SB&p_theme=sb&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EB0D9D91FC593A0&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D&s_trackval=GooglePM; http://www.sfgate.com/crime/article/Death-verdict-OKd-for-school-slaughter-3758444.php | http://www.schoolshooters.info/PL/Subject-Houston_files/Nine%20Brief%20Sketches.pdf | 39.078688 | -121.54758 | Mass |
| Royal Oak postal shootings | Royal Oak, Michigan | 11/14/1991 | 1991 | Laid-off postal worker Thomas McIlvane, 31, opened fire at his former workplace before committing suicide. | 5 | 5 | 10 | Workplace | Yes | Police revoked his CCW permit after determining he was mentally unstable. | Yes | Local gun store | One rifle | .22-caliber Ruger sawed-off semiautomatic rifle | white | Male | http://www.nytimes.com/1991/11/15/us/ex-postal-worker-kills-3-and-wounds-6-in-michigan.html; http://www.mlive.com/news/detroit-index.ssf/2011/11/monday_ceremony_marks_20_years.html | http://www.nytimes.com/1991/11/15/us/ex-postal-worker-kills-3-and-wounds-6-in-michigan.htm | 42.48948 | -83.144649 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| University of Iowa shooting | Iowa City, Iowa | 11/1/1991 | 1991 | Former graduate student Gang Lu, 28, went on a rampage on campus and then committed suicide at the scene. | 6 | 1 | 7 | School | Unclear | He was described as darkly disturbed and isolated. | Yes | Fin & Feather in Iowa City, Iowa | One revolver | 38-caliber Taurus revolver | Asian | Male | http://www.nytimes.com/1991/11/03/us/gunman-in-iowa-wrote-of-plans-in-five-letters.html?pagewanted=all&src=pm; http://thegazette.com/2011/11/01/gang-lu-shootings-at-ui-remembered-20-years-later/; http://www.nytimes.com/1991/11/04/us/iowa-gunman-was-torn-by-academic-challenge.html?pagewanted=2&src=pm | http://www.nytimes.com/1991/11/03/us/gunman-in-iowa-wrote-of-plans-in-five-letters.html?pagewanted=all&src=pm | 41.660689 | -91.530221 | Mass |
| Luby's massacre | Killeen, Texas | 10/16/1991 | 1991 | George Hennard, 35, drove his pickup truck into a Luby's cafeteria and opened fire before committing suicide | 24 | 20 | 44 | Other | No | Acquaintances described him as troubled, unstable, combative, and misogynistic. He made convenience store employees "nervous." | Yes | Mike's Gun Shop in Henderson, Nev. | Two semiautomatic handguns | 9mm Glock 17, 9mm Ruger P89 semiautomatic handguns | white | Male | http://www.nytimes.com/1991/10/18/us/portrait-of-texas-killer-impatient-and-troubled.html?pagewanted=all&src=pm; http://www.kwtx.com/home/headlines/7048182.html; http://www.nytimes.com/1991/10/20/weekinreview/dead-23-texans-and-1-anti-gun-measure.html; http://www.vpc.org/studies/wgun911016.htm | http://www.nytimes.com/1991/10/20/weekinreview/dead-23-texans-and-1-anti-gun-measure.html; http://www.nytimes.com/1991/10/18/us/portrait-of-texas-killer-impatient-and-troubled.html?pagewanted=all&src=pm | 31.117119 | -97.727796 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| GMAC massacre | Jacksonville, Florida | 6/18/1990 | 1990 | James Edward Pough, 42, opened fire at a General Motors Acceptance Corporation office before committing suicide. (The day prior, Pough killed a pimp and prostitute and injured two others. Those victims are not included in the mass murder count.) | 10 | 4 | 14 | Other | No | Police speculated he had a "grudge" against the people he killed. | Yes | Unknown | One rifle, one revolver | .30-caliber Universal M1 carbine rifle; .38 caliber revolver | black | Male | http://www.nytimes.com/1990/06/19/us/florida-gunman-kills-8-and-wounds-6-in-office.html; http://www.nytimes.com/1990/06/20/us/hazy-records-helped-florida-gunman-buy-arms.html; http://www.vpc.org/studies/wgun900618.htm; http://www.nytimes.com/1990/06/19/us/florida-gunman-kills-8-and-wounds-6-in-office.html?page wanted=all&src=pm | http://www.nytimes.com/1990/06/20/us/hazy-records-helped-florida-gunman-buy-arms.html | 30.332184 | -81.655651 | Mass |
| Standard Gravure shooting | Louisville, Kentucky | 9/14/1989 | 1989 | Joseph T. Wesbecker, 47, gunned down eight people at his former workplace before committing suicide | 9 | 12 | 21 | Workplace | Yes | Prior to the shooting, he had voluntarily checked into hospitals for mental problems at least twice and attempted suicide three times. | Yes | AK-47 purchased from Tilford's Gun Sales in Louisville, Ky. | Three semiautomatic handguns (two assault), one rifle (assault), one revolver | Two Intratec MAC-11, 9mm SIG Sauer semiautomatic handguns; AK-47 Chinese variant semiautomatic rifle; .38-caliber revolver | white | Male | http://nl.newsbank.com/nl-search/we/Archives?p_product=LH&s_site=kentucky&p_multi=LH&p_theme=realcities&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EB73C025033DC82&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D&s_trackval=GooglePM; http://www.nytimes.com/1989/09/16/us/disturbed-past-of-killer-of-7-is-unraveled.html?pagewanted=all&src=pm | http://www.nytimes.com/1989/09/16/us/disturbed-past-of-killer-of-7-is-unraveled.html | 38.254238 | -85.759407 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stockton schoolyard shooting | Stockton, California | 1/17/1989 | 1989 | Patrick Purdy, 26, an alcoholic with a police record, launched an assault at Cleveland Elementary School, where many young Southeast Asian immigrants were enrolled. Purdy killed himself with a shot to the head. | 6 | 29 | 35 | School | Yes | He told a mental health professional he was "struggling to resist actions on thoughts which are destructive in nature." He also suffered from alcoholism. | Yes | Sandy Trading Post in Sandy, Ore.; Hunter Loan and Jewelry Co. in Stockton, Calif. | One semiautomatic handgun, one rifle (assault) | 9mm Taurus semiautomatic handgun; AK-47 Chinese variant semiautomatic rifle | white | Male | http://www.recordnet.com/apps/pbcs.dll/article?AID=/20090118/A_NEWS/901170304; http://news.google.com/newspapers?id=N8IzAAAAIBAJ&sjid=kDIHAAAAIBAJ&pg=6930,6475926&dq=patrick+purdy&hl=en; http://www.time.com/time/magazine/article/0,9171,151105,00.html | http://www.recordnet.com/apps/pbcs.dll/article?AID=/20090118/A_NEWS/901170304 | 37.957702 | -121.29078 | Mass |
| ESL shooting | Sunnyvale, California | 2/16/1988 | 1988 | Former ESL Incorporated employee Richard Farley, 39, gunned down seven people at his former workplace. He was later arrested and now sits on death row at San Quentin. | 7 | 4 | 11 | Workplace | Yes | He stalked and harassed his colleague Laura Black for four years until she was granted a temporary restraining order aginst him. Before he was fired for his bizarre behavior, he was ordered to undergo psychological counseling. | Yes | Various sporting goods and gun stores in Northern California | Two semiautomatic handguns, one rifle, two revolvers, two shotguns | .380 ACP Browning, 9mm Smith & Wesson semiautomatic handguns; Ruger M-77 .22-250 bolt-action rifle with scope; Mossberg 12-gauge pump-action, 12-gauge Benelli semiautomatic shotguns; .357 Magnum Smith & Wesson, .22 Sentinel WMR revolvers | white | Male | http://articles.latimes.com/1988-02-18/news/mn-43514_1_mr-farley-richard-farley-sunnyvale-public-safety-department; http://news.google.com/newspapers?id=uqxAAAAAIBAJ&sjid=sDIHAAAAIBAJ&pg=7028,576811&dq=richard+farley+shooting&hl=en; http://news.google.com/newspapers?id=FmYzAAAAIBAJ&sjid=WzHAAAAIBAJ&pg=7028,576811&dq=richard+farley+shooting&hl=en | http://books.google.com/books?id=JiQUkwBnzgYC&pg=PA44&lpg=PA44&dq=richard+farley+ESL+psychological&source=bl&ots=PqxDIDtznKRC0KpxVHjXZN7M&hl=en#v=onepage&q=richard%20farley%20ESL%20psychological&f=false http://caselaw.findlaw.com/ca-supreme-court/1295931.html | 37.36883 | -122.03635 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shopping centers spree killings | Palm Bay, Florida | 4/23/1987 | 1987 | Retired librarian William Cruse, 59, was paranoid neighbors gossiped that he was gay. He drove to a Publix supermarket, killing two Florida Tech students en route before opening fire outside and killing a woman. He then drove to a Winn-Dixie supermarket and killed three more, including two police officers. Cruse was arrested after taking a hostage and died on death row in 2009. | 6 | 14 | 20 | Other | Yes | He suffered from paranoid delusions. A judge found that he suffered from "extreme mental illness." | Yes | Gun store in Norwood, Ohio; The Oaks Trading Post in Melbourne, Fla. | One rifle, one revolver, one shotgun | Sturm, Ruger Mini-14 semiautomatic rifle; 20-gauge Winchester pump-action shotgun; .357 Ruger Blackhawk revolver | white | Male | http://articles.latimes.com/1987-04-25/news/mn-990_1_palm-bay-police | (Supreme Court of Florida Document) http://www.murderpedia.org/male.C/images/cruse_william_b/op-74656.pdf | 28.033189 | -80.64297 | Spree |
| United States Postal Service shooting | Edmond, Oklahoma | 8/20/1986 | 1986 | Postal worker Patrick Sherrill, 44, opened fire in a post office before committing suicide | 15 | 6 | 21 | Workplace | Unclear | He was worried he had inherited mental problems and rebuffed a pastor's suggestion he seek psychiatric counseling. His family members denied he had | Yes | Issued by Oklahoma National Guard, where Sherrill served, for target competition | Three semiautomatic handguns | .22-caliber, two .45-caliber Colt Model 1911-A1 semiautomatic handguns | white | Male | http://news.google.com/newspapers?id=dm8aAAAAIBAJ&sjid=pyoEAAAAIBAJ&pg=2297,4870051&dq=patrick+sherrill&hl=en | http://newsok.com/sherrill-feared-mental-illness-rejected/article/2177416 | 35.667202 | -97.42937 | Mass |
| San Ysidro McDonald's massacre | San Ysidro, California | 7/18/1984 | 1984 | James Oliver Huberty, 41, opened fire in a McDonald's restaurant before he was shot dead by a police officer | 22 | 19 | 41 | Other | Yes | The day before the shooting, he tried to make an appointment at a mental health clinic. | Yes | Unknown | One semiautomatic handgun, one rifle (assault), one shotgun | 9mm Browning P35 Hi-Power semiautomatic handgun; 9mm Israeli Military Industries Uzi Model A carbine semiautomatic rifle; 12-gauge Winchester 1200 pump-action shotgun | white | Male | http://www.utsandiego.com/san-ysidro-massacre/; http://www.vpc.org/studies/wgun840718.htm | http://www.nctimes.com/news/local/article_2ba54ce-98df-79a23f8d0d7.html | 32.552001 | -117.04308 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|--------------|-------|---------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Dallas nightclub shooting | Dallas, Texas | 6/29/1984 | 1984 | Abdelkrim Belachheb, 39, opened fire at an upscale nightclub after a woman rejected his advances. He was later arrested. | 6 | 1 | 7 | Other | Yes | During his last meal with his wife, he confessed he was depressed and had visited psychiatric hospitals in Belgium. | No | Hines Boulevard Pawn Shop in Dallas, Texas | One semiautomatic handgun | 9mm Smith & Wesson 459 semiautomatic handgun | white | Male | http://books.google.com/books?id=Hr3OBwP-lbUC&pg=PA38&lpg=PA38&dq=Abdelkrim+Belachheb+mental&source=bl&ots=D56pgdNnnl&sig=grAT08P9HLfPoHVgwlXt8RfPHz0l&hl=en&; http://www.nytimes.com/1984/06/30/us/6-die-in-dallas-club-as-enraged-man-fires-wildly.html; http://news.google.com/newspapers?id=gKQyAAAAIBAJ&sjid=WO8FAAAAIBAJ&pg=1236,2915759&dq=abdelkrim+belachheb&hl=en; http://books.google.com/books?id=Hr3OBwP-lbUC&pg=PA67&lpg=PA67&dq=%22hine+pawnshop%22+gun&source=bl&ots=D55v-gfTsnk&sig=zDxr5nohKn5nohKnNQWvLrUFmZGYQ5ar4&hl=en&sa=X&ei=9WZSUN2FN-XZigKN-oGoCA&ved=0CDcQ6AEwAA#v=onepage&q=%22hine%20pawnshop%22&f=false | http://books.google.com/books?id=Hr3OBwP-lbUC&pg=PA67&lpg=PA67&dq=%22hine+pawnshop%22+gun&source=bl&ots=D55vgfTsnk&sig=zDxr5nohKnNQWvLrUFmZGYQ5ar4&hl=en&sa=X&ei=9WZSUN2FN-XZigKN-oGoCA&ved=0CDcQ6AEwAA#v=onepage&q=%22hine%20pa0gun&f=false | 32.780105 | -96.800008 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Welding shop shooting | Miami, Florida | 8/20/1982 | 1982 | Junior high school teacher Carl Robert Brown, 51, opened fire inside a welding shop and was later shot dead by a witness as he fled the scene. | 8 | 3 | 11 | Other | Yes | His second wife left him because he refused to seek psychological help. He had become increasingly isolated. One former student said he was "off his rocker." | Yes | Garcia Gun Center in Hialeah, Fla. | One shotgun | Mossberg 500 Persuader pump-action shotgun with pistol grip | white | Male | http://www.nytimes.com/1982/08/21/us/gunman-in-miami-kills-8-in-rampage.html; http://www.nytimes.com/1982/08/24/us/no-charges-planned-against-miami-man-who-shot-gunman.html; http://www.nytimes.com/1982/10/14/us/florida-city-rescinds-law-on-buying-guns.html | http://news.google.com/newspapers?id=uuYLAAAIBAJ&sjid=C1kDAAAAIBAJ&pg=4879,1435085&dq=carl+robert+brown | 25.796491 | -80.226683 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Fresno downtown shooting | Fresno, California | 4/18/2017 | 2017 | Kori Ali Muhammad, 39, opened fire along a street in downtown Fresno, killing three people randomly in an alleged hate crime prior to being apprehended by police. Muhammad, who is black, killed three white victims and later described his attack as being racially motivated; he also reportedly yelled 'Allahu Akbar' at the time he was arrested, but authorities indicated they found no links to Islamist terrorism. | 3 | 0 | 3 | Other | Unclear | | Unknown | | handgun | .357 revolver | Black | M | http://www.daily mail.co.uk/news/a rticle-4443722/Gunman-Fresno-shooting-speaks-jail.html; https://www.nyti mes.com/2017/04 /18/us/fresno-shooting-rampage kori-ali-muhammad.html?_r=0 | | | | |
| Fort Lauderdale airport shooting | Fort Lauderdale, Florida | 1/6/2017 | 2017 | Esteban Santiago, 26, flew from Alaska to Fort Lauderdale, where he opened fire in the baggage claim area of the airport, killing five and wounding six before police apprehended him. | 5 | 6 | 11 (dozens more were injured in the panic) | Airport | Yes | Among other signs, Santiago had gone to a FBI office in Anchorage and complained that his mind was being controlled by the CIA. | Yes | | semiautomatic handgun | Walther 9mm semi-automatic pistol[ | Latino | M | http://www.nytim es.com/2017/01/0 7/us/esteban-santiago-fort-lauderdale-airport-shooting-.html?_r=0 | http://www.nyti mes.com/2017/0 1/07/us/esteban-santiago-fort-lauderdale-airport-shooting-.html?_r=0 | | | |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Cascade Mall shooting | Burlington, WA | 9/23/2016 | 2016 | Arcan Cetin, 20, killed a teen girl and three women in the cosmetics section of a Macy's department store at the Cascade Mall. A man was critically wounded in the shooting and taken to Harborview Medical Center in Seattle, where he died. Cetin was apprehended by police a few hours after the shooting while driving a car near his residence. | 5 | 0 | 5 | Other | Yes | According to the Cetin's stepfather he had "mental health issues"; court records showed that he suffered from anxiety and depression. | | | Rifle | | | M | http://www.nytimes.com/2016/09/25/us/mall-shooting-washington-state.html | http://www.nbcnews.com/news/us-news/arcan-cetin-accused-cascade-mall-shooter-charged-five-counts-murder-n654586 | | | |
| Baton Rouge police shooting | Baton Rouge, LA | 7/17/2016 | 2016 | Gavin Long, a former Marine who served in Iraq, killed three police offers responding to a 911 call, and wounded three others. He was killed in a shoot-out with other officers responding to the scene. Prior to the attack, Long posted prolifically on social media, where he expressed admiration for the cop killer in Dallas 10 days prior. | 3 | 3 | 6 | Other | Yes | Unclear | Unknown | | Two semiautomatic rifles; one semiautomatic handgun | IWI Tavor SAR 5.56 caliber rifle Springfield XD 9, 9mm | Black | M | http://time.com/4411027/baton-rouge-shooter-gavin-long/ ; http://www.nytimes.com/2016/07/18/us/baton-rouge-shooting.html; http://www.kansascity.com/news/local/article90266242.html; http://www.nola.com/crime/index.ssf/2016/07/gavin_long_guns_baton_rouge_po.html; http://www.motherjones.com/politics/2016/07/copycat-mass-shooters-rising-baton-rouge-munich | | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dallas police shooting | Dallas, Texas | 7/7/2016 | 2016 | Micah Xavier Johnson, a 25-year-old Army veteran, targeted police at a peaceful Black Lives Matter protest, killing five officers and injuring nine others as well as two civilians. After a prolonged standoff in a downtown building, law enforcement killed Johnson using a robot-delivered bomb. | 5 | 11 | 16 | Other | Unclear | Unclear | Yes | online and or gun show | Semiautomatic rifle, semiautomatic handguns | Izhmash-Saiga 5.45mm (AK-style) semiautomatic rifle with large capacity magazines; Glock 9mm handgun, .25-caliber semiautomatic handgun | Black | M | http://www.nytimes.com/2016/07/11/us/dallas-shooting-micah-johnson-police.html?_r=0; http://www.wsj.com/articles/dallas-shooter-purchased-guns-legally-official-says-1468269720 | | | | Mass |
| Orlando nightclub massacre | Orlando, Florida | 6/12/2016 | 2016 | Omar Mateen, 29, attacked the Pulse nighclub in Orlando in the early morning hours of June 12. He was killed by law enforcement who raided the club after a prolonged standoff. | 49 | 53 | 102 | Other | Unclear | Unclear | Yes | Shooting center in Port St. Lucie, Florida | Semiautomatic rifle, semiautomatic handgun | Sig Sauer MCX rifle, Glock 17 9mm; high-capacity magazines (30 rounds) | Other | M | http://www.motherjones.com/politics/2016/06/assault-rifle-used-by-orlando-mass-shooter; http://wrbl.com/2016/06/13/orlando-police-make-statement-on-mass-shooting/; http://www.slate.com/articles/news_and_politics/crime/2016/06/the_ar_15_and_other_assault_rifles_are_bad_high_capacity_magazines_are_worse.html | | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Excel Industries mass shooting | Hesston, Kansas | 2/25/2016 | 2016 | Cedric L. Ford, who worked as a painter at a manufacturing company, shot victims from his car and at his workplace before being killed by police at the scene. Shortly before the rampage he had been served with a restraining order. | 3 | 14 | 17 | Workplace | Unclear | Unclear | Yes | | Semiautomatic rifle, semiautomatic handgun | Zastava Serbia AK-47-style rifle, Glock Model 22 .40-caliber handgun; high-capacity magazines (30 rounds) | Black | M | http://www.nytimes.com/2016/02/26/us/shooting-at-plant-hesston-kansas.html; https://www.washingtonpost.com/news/morning-mix/wp/2016/02/26/alcoholic-violent-depressed-portrait-of-kansas-shooter-emerges/; https://www.washingtonpost.com/news/post-nation/wp/2016/02/26/kansas-gunman-served-protection-from-abuse-order-shortly-before-shootings-sheriff-says/; http://heavy.com/news/2016/02/cedric-ford-hesston-kansas-shooting-shooter-facebook-video-firing-rifle-gun-field-ak47-ak47-long-gun-photos-watch-youtube/; http://fox4kc.com/2016/02/26/kansas-woman-charged-with-providing-guns-to-hesston-shooter/ | | | | Spree |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kalamazoo shooting spree | Kalamazoo County, Michigan | 2/20/2016 | 2016 | Jason B. Dalton, a driver for Uber, apparently selected his victims randomly as he went on a rampage over several hours in three different locations, including five people he shot in the parking lot of a Cracker Barrel restaurant. He was "arrested without incident" at a downtown Kalamazoo bar about six hours after the rampage began. | 6 | 2 | 8 | Other | Unclear | Unclear | Yes | | Semiautomatic handgun | 9 mm handgun (ammo used unclear) | White | M | http://www.nytimes.com/2016/02/22/us/kalamazoo-michigan-random-shootings.html; http://www.mlive.com/news/kalamazoo/index.ssf/2016/02/4_things_we_know_about_kalamaz.html; http://www.mlive.com/news/kalamazoo/index.ssf/2016/02/prosecutor_mass_shooting_spe.html#incart_river_index | | | | Spree |
| San Bernardino mass shooting | San Bernardino, California | 12/2/2015 | 2015 | Syed Rizwan Farook left a Christmas party held at Inland Regional Center, later returning with Tashfeen Malik and the two opened fire, killing 14 and wounding 21, ten critically. The two were later killed by police as they fled in an SUV. | 14 | 21 | 35 | Workplace | Unclear | Unclear | Yes | The suspects purchased their handguns in the United States; the assault rifles were purchased by a third party. | rifles and two semi-automatic pistols were used in the attack. Police found a remote controlled explosive device at the scene of the crime. At the home were 12 pipe bombs, 2,500 rounds for the AR-15 variants, 2,000 rounds for the pistols, and several hundred for a .22 calibre rifle. In the suspects' car were an additional 1,400 rounds for the rifles and 200 for the handguns. | Two semiautomatic AR-15-style rifles€"one a DPMS A-15, the other a Smith & Wesson M&P15, both with .223 calibre ammunition. Two 9mm semiautomatic handguns. High capacity magazines. | Other | Male & Female | http://www.motherjones.com/mojo/2015/12/san-bernardino-shooting and http://www.cnbc.com/2015/12/03/san-bernardino-shooting-suspects-rizwan-farook-tashfeen-malik-dead.html and http://www.nytimes.com/2015/12/04/us/san-bernardino-shooting.html and http://www.nytimes.com/2015/12/04/us/weapons-in-san-bernardino-shootings-were-legally-obtained.html?_r=0 | | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Planned Parenthood clinic | Colorado Springs, Colorado | 11/27/2015 | 2015 | Robert Lewis Dear, 57, shot and killed a police officer and two citizens when he opened fire at a Planned Parenthood health clinic in Colorado Springs, Colorado. Nine others were wounded. Dear was arrested after an hours-long standoff with police. | 3 | 9 | 12 | Workplace | Unclear | The judge in the case has not publicly released Dear's medical and mental health records. As of April 5, 2016, Dear was undergoing a competency evaluation. Dear had a history of disputes with his relatives and neighbors. At a hearing in December 2015, he said, "I am a warrior for the babies." | Unknown | Unclear | Long gun | Reportedly an AK-47 style semiautomatic rifle and others. Authorities had not released details on Dear's weapons as of April 2016. | White | M | http://www.nytimes.com/2015/11/28/us/colorado-planned-parenthood-shooting.html and http://www.cnn.com/2015/12/09/us/colorado-planned-parenthood-shooting/ and http://www.npr.org/sections/thetwo-way/2015/11/28/457674369/planned-parenthood-shooting-police-name-suspect-procession-for-fallen-officer and http://www.cbsnews.com/news/robert-lewis-dear-planned-parenthood-first-court-appearance/ and http://www.denverpost.com/news/ci_29729326/judge-wont-release-all-records-accused-planned-parenthood and http://www.csindy.com/IndyBlog/archives/2016/02/17/judge-resists-unsealing-dear-affidavits; http://www.nbcnews.com/news/us-news/who-robert-dear-planned-parenthood-shooting-suspect-seemed-strange-not-n470896 | | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Colorado Springs shooting rampage | Colorado Springs, Colorado | 10/31/2015 | 2015 | Noah Harpham, 33, shot three people before dead in Colorado Springs before police killed him in a shootout. | 3 | 0 | 3 | Other | Unclear | Prior to the rampage, Harpham wrote an "incoherent" blog and rambled "nonsensically" in a YouTube video about mind control techniques and God, according to the Denver Post. He had a history of drug and alcohol abuse. | Yes | Unclear | Two handguns and a rifle | AR-15 rifle, a 9 mm pistol, and a 357 revolver | White | M | http://www.motherjones.com/mojo/2015/11/open-carry-mass-shooting-colorado-springs and http://www.denverpost.com/news/ci_29059452/colorado-springs-police-confronted-shot-gunman-minutes and http://www.cbsnews.com/news/shooter-in-colorado-springs-rampage-legally-purchased-guns/ | | | | Spree |
| Umpqua Community College shooting | Roseburg, Oregon | 10/1/2015 | 2015 | 26-year-old Chris Harper Mercer opened fire at Umpqua Community College in southwest Oregon. The gunman shot himself to death after being wounded in a shootout with police. | 9 | 9 | 18 | School | Unclear | Harper-Mercer's mother said in multiple online postings that he had Asperger's syndrome. Harper-Mercer graduated from the Switzer Learning Center, a school for students with special needs, emotional difficulties, autism and Asperger's syndrome. | Yes | From the home he shared with his mother. All were legally obtained by either Harper/Mercer or family members. | Five pistols, one rifle, five magazines of ammunition | 9 mm Glock pistol, .40 caliber Smith & Wesson, .40 caliber Taurus pistol, 556 caliber Del-Ton; (ammo details unclear) | Other | Male | http://www.nytimes.com/2015/10/03/us/chris-harper-mercer-umpqua-community-college-shooting.html; http://www.latimes.com/nation/nationnow/la-na-nn-chris-harper-mercer-oregon-shooting-20151002-htmlstory.html; http://www.huffingtonpost.com/entry/ian-mercer-father-guns_56116d7ae4b0af3706e12525; http://wate.com/2015/10/02/what-we-know-about-umpqua-community-college-shooter-2/; http://www.cnn.com/2015/10/02/us/oregon-umpqua-community-college-shooting/ | http://www.latimes.com/nation/nationnow/la-na-nn-chris-harper-mercer-oregon-shooting-20151002-htmlstory.html | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|-----------------------|----------|-----------|------|
| Chattanooga military recruitment center | Chattanooga, Tennessee | 7/16/2015 | 2015 | Kuwaiti-born Mohammod Youssuf Abdulazeez, 24, a naturalized US citizen, opened fire at a Naval reserve center, and then drove to a military recruitment office where he shot and killed four Marines and a Navy service member, and wounded a police officer and another military service member. He was then fatally shot in an exchange of gunfire with law enforcement officers responding to the attack. | 5 | 2 | 7 | Military | Unclear | Abdulazeez "had suffered for years from depression and possibly from bipolar disorder," according to a representative of the family. (NYT, July 20 2015) | Yes ("some of the weapons were purchased legally, some of them may not have been") | On the internet, via Armslist.com | 2 assault rifles; semiautomatic handgun | AK-47, AR-15, and 30-round magazines; 9mm handgun | Other | Male | http://www.reuters.com/article/2015/07/16/us-usa-shooting-tennessee-idUSKCN0PQ1WY20150716; http://www.nytimes.com/2015/07/18/us/chattanooga-gunmans-past-scoured-for-extremist-ties.html; http://www.wsj.com/articles/chattanooga-shooting-highlights-online-gun-sales-1437435518http://www.nytimes.com/2015/07/19/us/chattanooga-attacks-claim-a-5th-military-service-members-life.html; http://www.cnn.com/2015/07/17/us/tennessee-naval-reserve-shooting/; https://twitter.com/markfollman/status/622105627473477632; http://www.nytimes.com/2015/07/21/us/chattanooga-gunman-wrote-of-suicide-and-martyrdom-official-says.htm | | 35.047157 | -85.311819 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|--------------|-------|-----------------------------|--------------|-------------------------|---------------|-----------------|----------------|------|--------|---------|---------------------|----------|-----------|------|
| Charleston Church Shooting | Charleston, South Carolina | 6/17/2015 | 2015 | Dylann Storm Roof, 21, shot and killed 9 people after opening fire at the Emanuel AME Church in Charleston, South Carolina. According to a roommate, he had allegedly been â€œplanning something like that for six months." | 9 | 1 | 10 | Religious | unknown | | Yes | Shooter's Choice gun store in West Columbia, South Carolina | Handgun | .45-caliber Glock (model 41, with 13-round capacity magazine) | White | Male | http://www.motherjones.com/politics/2015/06/dylann-roofs-attorney; http://www.newsweek.com/report-nine-shot-charleston-south-carolina-church-shooting-344235; http://www.cnn.com/2015/06/19/us/charleston-church-shooting-suspect/; http://www.motherjones.com/politics/2015/06/9-people-dead-mass-shooting-south-carolina-church; http://www.nbcnews.com/storyline/charleston-church-shooting/fbi-says-dyann-roof-should-not-have-been-sold-gun-n390056 | | 32.788387 | -79.933143 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trestle Trail bridge shooting | Menasha, Wisconsin | 6/11/2015 | 2015 | Sergio Valencia del Toro, 27, in what officials say was a random act, shot and killed three people including an 11-year-old girl before turning the gun on himself | 3 | 1 | 4 | Other | Yes | While serving in the Air Force, he went to an emergency walk-in clinic because of concerns over his mood swings, and had either sought or been ordered to behavioral health interventions, according to Fox 6 Now. In a 2014 risk assessment with a psychologist at an outpatient clinic in Appleton, Valencia del Toro recalled thinking previously: "If I'm gonna take myself out, I might as well take other people with me." The police report obtained by Fox 6 says that Valencia del Toro had a history of depression, suicidal and occasionally homicidal thoughts, and | Yes | Unclear | Two handguns | Details unclear, but after the shooting, police found eight guns in total in Valencia del Toro's home, including handguns, shotguns, and rifles, plus and more than 1,000 rounds of ammunition. He took two weapons and ammunition to the bridge. | Latino | M | http://fox6now.com/2015/06/11/released-menasha-police-issue-final-report-on-trestle-trail-bridge-shooting/ and http://www.postcrescent.com/story/news/local/2015/06/11/police-gunman-prior-suicidal-homicidal-thoughts/71064874/ and http://fox6now.com/2015/05/05/he-was-my-future-husband-fiancee-of-menasha-gunman-says-shes-devastated-for-victims-families/ | | | | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|-----------------------|----------|-----------|------|
| Marysville-Pilchuck High School shooting | Marysville, Washington | 10/24/2014 | 2014 | Jaylen Fryberg, 15, using a .40-caliber Berretta, shot five students at Marysville High School, including two of his cousins and three friends, killing all but one. Fryberg arranged to meet them for lunch in the school cafeteria by text. Fryberg was reportedly well-liked at the school and there was not believed to be any ill-will between him and his victims. He committed suicide at the scene. | 5 | 1 | 6 | School | Unclear | Fryberg was well-liked and allegedly happy, but was also upset about a girl and had posted emotional social media messages. No definitive signs of mental health problems. | No | Gun was his father's. | Handgun | Beretta .40-caliber handgun | Native American | Male | http://www.seattletimes.com/seattle-news/fourth-marysville-shooting-victim-dies-as-another-is-laid-to-rest/ http://www.mercurynews.com/crime-courts/ci_26814211/jaylen-fryberg-included-tributes-washington-school-shooting-victims | http://www.newyorker.com/science/maria-konnikova/almost-link-mental-health-gun-violence | 48.050824 | -122.17692 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Isla Vista mass murder | Santa Barbara, California | 5/23/2014 | 2014 | Elliot Rodger, 22, shot three people to death in the college town of Isla Vista near the University of California, Santa Barbara. He also shot others as he drove around town, and injured others by striking them with is vehicle. He committed suicide by shooting himself in his car as police closed in. Prior to the rampage, Rodger stabbed three people to death at his apartment. | 6 | 13 | 19 | School | Yes | Rodger was never hospitalized due to mental illness, but had a long history of mental health issues dating back to his childhood, and received treatment from multiple counselors leading up to his rampage. According to The Independent, Rodger had considered suicide but had no history of violence. Just before his rampage, he sent a 137-page manifesto to multiple people. | Yes | | Three semi-automatic handguns and two hunting knives | Two Sig Sauer P226 semiautomatic pistols and Glock 34 pistol, and hundreds of rounds of ammo. A 6-inchand 8-inch â€œSRKâ€ and â€œBoar Hunterâ€ hunting knives. | White | M | http://www.sbsheriff.us/documents/ISLAVISTAINVESTIGATIVESUMMARY.pdf Also: http://www.cnn.com/2014/05/24/us/santa-barbara-isla-vista-shooting-profile/ and http://www.cnn.com/2014/05/24/justice/california-shooting-deaths/index.html and http://www.independent.com/news/2015/feb/20/elliot-rodger-report-details-long-struggle-mental-/ and http://www.cbsnews.com/videos/how-was-elliot-rodger-able-to-purchase-weapons/ and http://www.dailymail.co.uk/news/article-2638922/Santa-Barbara-rampage-killer-bought-three-handguns-legally-gun-shop.html | | | | Spree |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fort Hood shooting 2 | Fort Hood, Texas | 4/3/2014 | 2014 | Army Specialist Ivan Lopez, 34, opened fire at the Fort Hood Army Post in Texas, killing three and wounding at least 12 others before shooting himself in the head after engaging with military police. Lt. Gen. Mark A. Milley told reporters that Lopez "had behavioral health and mental health" issues. | 3 | 12 | 15 | Military | Unclear | Lopez "had a long history of troubling behavior," according to the Washington Post, including a history of decieving others, problems in his personal life, and financial difficulties. However, officials found that Lopez exhibited no signals that he could be violent. In the year leading up to the attack, he sought | Yes | Local gun store in Killeen, Guns Galore | handgun | 45-caliber Smith & Wesson handgun | Latino | M | http://www.cnn.com/2014/04/02/us/fort-hood-shooting/ and https://www.washingtonpost.com/news/checkpoint/wp/2015/01/23/army-details-the-downward-spiral-of-the-fort-hood-shooter-ivan-lopez/ and http://www.thedailybeast.com/articles/2014/04/03/soldier-opens-fire-at-fort-hood.html | | | | Mass |
| Alturas tribal shooting | Alturas, California | 2/20/2014 | 2014 | Cherie Lash Rhoades, 44, opened fire at the Cedarville Rancheria Tribal Office and Community Center, killing four and wounding two. After running out of ammunition, Rhoades grabbed a butcher knife and stabbed another person. | 4 | 2 | 6 | Other | Unknown | | Unknown | Two handguns and a butcher knife | 9mm semi-automatic handgun | Native American | Female | http://www.sacbee.com/news/local/crime/article2603350.html; http://www.csmonitor.com/USA/2014/0223/Alturas-tribal-shooting-Was-embezzlement-eviction-behind-family-revenge-video; http://www.cbsnews.com/news/4-dead-2-injured-at-american-indian-tribal-office-in-northern-california/; http://nativenewsonline.net/currents/former-tribal-chairperson-custody-mass-murder-cedarville-rancheria-tribal-headquarters/ | | 41.487104 | -120.54224 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Washington Navy Yard shooting | Washington, D.C. | 9/16/2013 | 2013 | Aaron Alexis, 34, a military veteran and contractor from Texas, opened fire in the Navy installation, killing 12 people and wounding 8 before being shot dead by police. | 12 | 8 | 20 | Military | Yes | Had told Rhode Island police the prior month that he'd "heard voices"; had been undergoing mental health treatment with Veterans Affairs since August 2013. | Yes | Sharpshooters Small Arms Range | Sawed-off shotgun, 2 boxes of shells; also a .45-caliber handgun taken from a security guard he shot at the scene. | Remington 870 Express 12-gauge shotgun; Beretta handgun | Black | Male | http://www.nytimes.com/2013/09/18/us/state-law-stopped-gunman-from-buying-rifle-officials-say.html; http://edition.cnn.com/2013/09/17/us/navy-yard-shooting-military-contractors; http://www.fbi.gov/washingtondc/press-releases/2013/law-enforcement-shares-findings-of-the-investigation-into-the-washington-navy-yard-shootings/index.html | http://bigstory.ap.org/article/13-killed-washington-navy-yard-shooting-rampage | 38.874981 | -76.99453 | Mass |
| Hialeah apartment shooting | Hialeah, Florida | 7/26/2013 | 2013 | Pedro Vargas, 42, set fire to his apartment, killed six people in the complex, and held another two hostages at gunpoint before a SWAT team stormed the building and fatally shot him. | 7 | 0 | 7 | Other | Unclear | His mother told authorities her son had been acting strangely and needed a psychiatric evaluation. | Yes | Florida Gun Center | 9mm semi-automatic handgun | Glock 17 | Latino | Male | http://www.miamiherald.com/2013/07/27/v-print/3526078/a-look-at-the-victims-in-the-hialeah.html http://www.cbsnews.com/8301-201_162-57595796/pedro-vargas-idd-as-gunman-behind-deadly-rampage-in-hialeah-florida/ http://www.miamiherald.com/2013/07/28/3528362/little-about-pedro-vargas-life.htm | http://www.miamiherald.com/2013/08/03/v-print/3539629/hialeah-killer-showed-signs-of.html | 25.867011 | -80.291463 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Santa Monica rampage | Santa Monica, California | 6/7/2013 | 2013 | John Zawahri, 23, armed with a homemade assault rifle and high-capacity magazines, killed his brother and father at home and then headed to Santa Monica College, where he was eventually killed by police. | 6 | 3 | 9 | Other | Yes | He was known as a solitary teen who regularly ditched class and had an interest in assault weapons; he had been admitted to UCLA's psychiatric ward for a brief period. | Yes | Assembled a rifle out of component parts. | Assault rifle, high capacity magazines, antique handgun | .223-caliber semi-automatic assault rifle, about 40 high capacity magazines, "black powder" handgun (likely antique) | White | Male | http://www.cbsnews.com/8301-504083_162-57589327-504083/john-zawahri-suspected-gunman-in-deadly-santa-monica-shooting-left-farewell-note-police-say/ | http://www.cbsnews.com/8301-504083_162-57589327-504083/john-zawahri-suspected-gunman-in-deadly-santa-monica-shooting-left-farewell-note-police-say/ http://www.latimes.com/news/local/la-me-0611-santa-monica-shooting-20130611,0,1490078.story | 34.008617 | -118.49475 | Spree |
| Pinewood Village Apartment shooting | Federal Way, Washington | 4/21/2013 | 2013 | Dennis Clark III, 27, shot and killed his girlfriend in their shared apartment, and then shot two witnesses in the building's parking lot and a third victim in another apartment, before being killed by police. | 5 | 0 | 5 | Other | No | | Yes | Unknown | Semiautomatic handgun, shotgun | .40 caliber semi-automatic handgun, pistol grip shotgun | Black | Male | http://seattletimes.com/html/localnews/2020836119_federalwayshootinggxml.html | | 47.312961 | -122.33937 | Mass |
| Mohawk Valley shootings | Herkimer County, New York | 3/13/2013 | 2013 | Kurt Myers, 64, shot six people in neighboring towns, killing two in a barbershop and two at a car care business, before being killed by officers in a shootout after a nearly 19-hour standoff. | 5 | 2 | 7 | Other | No | | Yes | Frank's Guns in Marcy, NY | Shotgun | Unknown | White | Male | http://poststar.com/news/local/state-and-regional/cops-kill-suspect-in-deadly-mohawk-valley-shooting-rampage/article_15260208-8bf5-11e2-b2d9-0019bb2963f4.html https://www.nysp news.com/article_display.cfm?articl e_id=29584 | | 43.045601 | -74.984891 | Spree |
| Newtown school shooting | Newtown, Connecticut | 12/14/2012 | 2012 | Adam Lanza, 20, shot his mother dead at their home then drove to Sandy Hook Elementary school. He forced his way inside and opened fire, killing 20 children and six adults before committing suicide | 28 | 2 | 30 | School | Yes | Lanza had a history of serious mental health problems that were known to his family and others, as detailed in a post-massacre investigation by Connecticut authorities. | No | Stolen from mother | Two semiautomatic handguns, one rifle (assault), one shotgun (assault) | 10mm Glock, 9mm SIG Sauer P226 semiautomatic handguns; .223 Bushmaster XM15-E2S semiautomatic rifle; Izhmash Saiga-12 12-gauge semiautomatic shotgun | white | Male | http://usnews.nbcnews.com/_news/2012/12/14/15911025-authorities-id-gunman-who-killed-27-in-elementary-school-massacre?lite; http://articles.washingtonpost.com/2012-12-14/local/35846977_1_law-enforcement-lanza-brothers-kid | http://usnews.nbcnews.com/_news/2012/12/14/15911025-authorities-id-gunman-who-killed-27-in-elementary-school-massacre?lite; http://articles.washingtonpost.com/2012-12-14/local/35846977_1_law-enforcement-lanza-brothers-kid | 41.412323 | -73.311424 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Accent Signage Systems shooting | Minneapolis, Minnesota | 9/27/2012 | 2012 | Andrew Engeldinger, 36, upon learning he was being fired, went on a shooting rampage, killing the business owner, three fellow employees, and a UPS driver. He then killed himself | 7 | 1 | 8 | Workplace | Yes | His family worried about his "paranoia and delusions" for at least two years prior, and tried to get him to seek treatment. | Yes | Unknown | One semiautomatic handgun | 9mm Glock semiautomatic handgun | white | Male | http://www.startribune.com/local/171774461.html?refer=y | http://www.startribune.com/local/171774461.html?refer=y | 44.9773 | -93.265469 | Mass |
| Sikh temple shooting | Oak Creek, Wisconsin | 8/5/2012 | 2012 | U.S. Army veteran Wade Michael Page, 40, opened fire in a Sikh gurdwara before he died from a self-inflicted gunshot would during a shootout with police. | 7 | 3 | 10 | Religious | Yes | His Army friends once broke into his apartment, fearing he'd commit suicide in the '90s. A psychiatric nurse who lived downstairs from Page said it was "obvious" he had a mental illness | Yes | Unknown | One semiautomatic handgun | 9mm Springfield Armory XDM semiautomatic handgun | white | Male | http://www.jsonline.com/news/milwaukee/friend-of-page-feared-what-he-might-do-426edmg-165668826.html; http://usnews.nbcnews.com/_news/2012/09/10/13785426-officer-arriving-at-sikh-temple-shooting-time-to-use-deadly-force?lite; http://articles.latimes.com/2012/aug/08/nation/la-na-nn-sikh-shooting-guns-20120807; http://www.bbc.co.uk/news/world-us-canada-19183359 | http://www.jsonline.com/news/milwaukee/friend-of-page-feared-what-he-might-do-426edmg-165668826.html | 42.88585 | -87.863136 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|-----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|-----------------------|----------|-----------|------|
| Aurora theater shooting | Aurora, Colorado | 7/20/2012 | 2012 | James Holmes, 24, opened fire in a movie theater during the opening night of "The Dark Night Rises" and was later arrested outside. | 12 | 70 | 82 | Other | Yes | He saw at least three mental health professionals before dropping out of his university. | Yes | Gander Mountain stores in Thornton and Aurora, Colo.; Bass Pro Shop in Denver, Colo.; BulkAmmo.com | Two semiautomatic handguns, one rifle (assault), one shotgun | Two .40-caliber Glock semiautomatic handguns; .223-caliber Smith & Wesson M&P15 semiautomatic rifle; 12-gauge Remington 870 pump-action shotgun | white | Male | http://www.cbsnews.com/8301-201_162-57497820/james-holmes-saw-three-mental-health-professionals-before-shooting/; http://www.9news.com/article/283503/188/Aurora-shooting-prompts-gun-bills-in-big-states-; http://www.nytimes.com/2012/07/21/us/shooting-at-colorado-theater-showing-batman-movie.html; http://www.motherjones.com/politics/2012/07/batman-theater-shooting-updates-dark-knight-rises | http://www.cbsnews.com/8301-201_162-57497820/james-holmes-saw-three-mental-health-professionals-before-shooting/ | 39.709283 | -104.82349 | Mass |
| Seattle cafe shooting | Seattle, Washington | 5/20/2012 | 2012 | Ian Stawicki, 40, gunned down four patrons at a cafe, and another person during a carjacking nearby, then shot himself as police closed in. (He died later that day in a Seattle hospital.) | 6 | 1 | 7 | Other | Yes | His family said he was mentally ill | Yes | Bull's Eye Shooter Supply in Tacoma, Wash. | Two semiautomatic handguns | Two .45-caliber semiautomatic handguns | white | Male | http://usnews.nbcnews.com/_news/2012/05/30/11959312-six-killed-in-seattle-shootings-including-suspect?lite; http://www.cbsnews.com/8301-201_162-57445177/seattle-shooting-hero-hurled-stools-at-gunman-ian-stawicki-saved-three-lives/?pageNum=2&tag=contentMain;contentBody; http://content.usatoday.com/communities/ondeadline/post/2012/05/seattle-killer-had-concealed-carry-permit-owned-6-guns/1#.UFI9shhgspQ | http://usnews.nbcnews.com/_news/2012/05/30/11959312-six-killed-in-seattle-shootings-including-suspect?lite | 47.603832 | -122.33006 | Spree |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|--------------|-------|--------------------------------------|---------------|-------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Oikos University killings | Oakland, California | 4/2/2012 | 2012 | One L. Goh, 43, a former student, opened fire in a nursing classroom. He fled the scene by car and was arrested nearby a few hours later. | 7 | 3 | 10 | School | Yes | A former instructor at Oikos described him as "mentally unstable" and "paranoid." | Yes | Bullseye in Castro Valley, Calif | One semiautomatic handgun | .45-caliber semiautomatic handgun | Asian | Male | http://blog.sfgate.com/eguillermo/2012/04/05/something-still-doesnt-compute-in-the-one-goh-nightmare/; http://www.mercurynews.com/top-stories/ci_20308252/police-respond-shooting-east-oakland; http://www.cbsnews.com/8301-504083_162-504083/gun-used-in-oikos-university-shooting-rampage-was-bought-legally-police-say/; http://berkeley.patch.com/articles/one-l-goh-showed-violent-tendencies-before-the-oikos-university-shooting-oikos-university-shooting | http://berkeley.patch.com/articles/one-l-goh-showed-violent-tendencies-before-the-oikos-university-shooting-oikos-university-shooting; http://blog.sfgate.com/eguillermo/2012/04/05/something-still-doesnt-compute-in-the-one-goh-nightmare/ | 37.804381 | -122.27082 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|-----------------------------------------|---------------|--------------------------|----------------|------------------|-----------------|------|--------|---------|----------------------|----------|-----------|------|
| Su Jung Health Sauna shooting | Norcross, Georgia | 2/22/2012 | 2012 | Jeong Soo Paek, 59, returned to a Korean spa from which he'd been kicked out after an altercation. He gunned down two of his sisters and their husbands before committing suicide. | 5 | 0 | 5 | Other | Yes | His sister worried about his homicidal tendencies; she said his mental health had been deteriorating and that he had threatened to commit suicide with his gun. | Yes | Unknown | One semiautomatic handgun | .45-caliber semiautomatic handgun | Asian | Male | http://www.gwinnettdailypost.com/news/2012/feb/23/police-id-4-victims-shooter-in-spa-killing/; http://www.cbsnews.com/8301-504083_162-57479989-504083/shooting-sprees-in-2012-crimesider-reports-on-some-of-the-countrys-worst-public-shootings-this-year/; http://chronicle.augusta.com/news/metro/2012-02-22/victims-korean-spa-shooting-near-atlanta-were-2-married-couples-gunman-was; http://onlineathens.com/local-news/2012-02-23/mass-shooting-spa-shocks-ga-korean-community | http://www.gwinnettdailypost.com/news/2012/feb/23/police-id-4-victims-shooter-in-spa-killing/ | 33.941213 | -84.213531 | Mass |
| Seal Beach shooting | Seal Beach, California | 10/14/2011 | 2011 | Scott Evans Dekraai, 42, opened fire inside a hair salon and was later arrested. | 8 | 1 | 9 | Other | Yes | He suffered from bipolar disorder, mood swings, and PTSD. | Yes | Unknown | Two semiautomatic handguns, one revolver | .45-caliber Heckler & Koch, 9mm Springfield semiautomatic handguns; .44 Magnum Smith & Wesson revolver | white | Male | http://laist.com/2011/10/13/seal_beach_shooter_suffered_from_ptsd.php; http://blogs.ocweekly.com/navelgazing/2011/10/hair_salon_seal_beach_shooting.php; http://latimesblogs.latimes.com/lanow/2011/10/seal-beach-shooting-suspect-had-been-ordered-not-to-carry-guns-html | http://laist.com/2011/10/13/seal_beach_shooter_suffered_from_ptsd.php | 33.741176 | -118.10464 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IHOP shooting | Carson City, Nevada | 9/6/2011 | 2011 | Eduardo Sencion, 32, opened fire at an International House of Pancakes restaurant and later died from a self-inflicted gunshot wound. | 5 | 7 | 12 | Other | Yes | He was diagnosed with paranoid schizophrenia as a teenager and feared demons were out to get him. | Yes | Purchased from an individual | Two rifles (both assault), one revolver | AK-47 Norinco Arms variant, AK-47 Romarm Cugir variant rifles; .38-caliber Colt revolver | Latino | Male | http://www.huffingtonpost.com/2011/11/03/eduardo-sencion-ihop-shooter_n_1073677.html; http://www.lasvegassun.com/news/2011/sep/06/report-seven-shot-inside-carson-city-ihop/; http://www.lasvegassun.com/news/2011/oct/23/nv-gun-laws-rampage-2nd-ld-writethru/ | http://www.huffingtonpost.com/2011/11/03/eduardo-sencion-ihop-shooter_n_1073677.html | 39.163798 | -119.7674 | Mass |
| Tucson shooting | Tucson, Arizona | 1/8/2011 | 2011 | Jared Loughner, 22, opened fire outside a Safeway during a constituent meeting with Congresswoman Gabrielle Giffords (D-Ariz.) before he was subdued by bystanders and arrested. | 6 | 13 | 19 | Other | Yes | His symptoms pointed to various possible mental illness diagnoses, such as schizophrenia and delusional disorder. He also experimented with pot and hallucinogens | Yes | Sportsmen's Warehouse in Tucson, Ariz. | One semiautomatic handgun | 9mm Glock 19 semiautomatic handgun | white | Male | http://www.time.com/time/magazine/article/0,9171,2042358,00.html; http://www.csmonitor.com/USA/Politics/2011/0110/Why-Jared-Loughner-was-allowed-to-buy-a-gun; http://www.nytimes.com/2011/01/09/us/politics/09giffords.html?ref=jared.loughner | http://www.time.com/time/magazine/article/0,9171,2042358,00.html | 32.221743 | -110.92648 | Mass |
| Hartford Beer Distributor shooting | Manchester, Connecticut | 8/3/2010 | 2010 | Omar S. Thornton, 34, shot up his Hartford Beer Distributor workplace after facing disciplinary issues, then committed suicide | 9 | 2 | 11 | Workplace | No | He apparently was driven over the edge by unaddressed, ongoing racism against him at work | Yes | Gun dealer in East Windsor, Conn. | Two semiautomatic handguns | Two 9mm Ruger SR9 semiautomatic handguns | black | Male | http://www.cbsnews.com/8301-504083_162-20012557-504083.html; http://www.msnbc.msn.com/id/38535909/ns/us_news-crime_and_courts/t/dead-shooting-conn-beer-distributor/#.UFGJAqRrND4; http://www.foxnews.com/us/2010/08/03/dead-wounded-conn-workplace-shooting/ | http://www.cbsnews.com/8301-504083_162-20012557-504083.html | 41.775932 | -72.521476 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coffee shop police killings | Parkland, Washington | 11/29/2009 | 2009 | Maurice Clemmons, 37, a felon who was out on bail for child-rape charges, entered a coffee shop on a Sunday morning and shot four police officers who had gone there to use their laptops before their shifts. Clemmons, who was wounded fleeing the scene, was later shot dead by a police officer in Seattle after a two-day manhunt. | 4 | 1 | 5 | Other | Yes | He had a history of erratic, bizarre behavior. He once asked his family to get naked for 5 minutes on Sunday; he said he thought the world would end and that he was Jesus. | No | Stolen from an individual in Seattle. | One semiautomatic handgun | 9mm Glock 17 semiautomatic handgun; .38-caliber Smith & Wesson revolver | black | Male | http://seattletimes.com/html/localnews/2010385617_webmansought29.html; http://www.nytimes.com/2009/11/30/us/30tacoma.html?_r=1; http://seattletimes.com/html/localnews/2014155225_clemmons08m.html | http://seattletimes.com/html/localnews/20103856 17_webmansought29.html | 47.155846 | -122.43703 | Mass |
| Fort Hood massacre | Fort Hood, Texas | 11/5/2009 | 2009 | Army psychiatrist Nidal Malik Hasan, 39, opened fire on an Army base in an attack linked to Islamist extremism. Hasan was injured during the attack and later arrested. | 13 | 30 | 43 | Military | Unclear | Medical officials at Walter Reed Army Medical Center and the Uniformed Services University of the Health Sciences raised concerns prior to the shooting regarding Hasan's aloof and erratic behavior and extremist Islamic views | Yes | Guns Galore in Kileen, Texas | One semiautomatic handgun | FN Five-seven semiautomatic handgun | Other | Male | http://seattletimes.com/html/nationworld/2010232219_apusforthoodshooting.html; http://articles.latimes.com/2010/oct/21/nation/la-na-fort-hood-20101022; http://thelede.blogs.nytimes.com/2009/11/05/reports-of-mass-shooting-at-fort-hood/; http://www.usatoday.com/news/military/story/2012-08-14/fort-hood-rampage-trial/57050394/1 | http://www.npr.org/templates/story/story.php?storyId=120313570 | 31.201131 | -97.77157 | Mass |
| Binghamton shootings | Binghamton, New York | 4/3/2009 | 2009 | Jiverly Wong, 41, opened fire at an American Civic Association center for immigrants before committing suicide. | 14 | 4 | 18 | Other | Yes | He apparently harbored growing paranoia toward cops. He also sent a delusional letter to a local TV station right before the shooting. | Yes | Gander Mountain in Johnson City, N.Y. | Two semiautomatic handguns | 9mm Beretta, .45-caliber Springfield semiautomatic handguns | Asian | Male | http://www.nytimes.com/2009/04/12/nyregion/12binghamton.html?pagewanted=all&_r=0; http://www.nytimes.com/2009/04/04/nyregion/04nyregion/04host age.html?pagewanted=all | http://www.nytimes.com/2009/04/12/nyregion/12binghamton.html?pagewanted=all&_r=1& | 42.098687 | -75.917974 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carthage nursing home shooting | Carthage, North Carolina | 3/29/2009 | 2009 | Robert Stewart, 45, opened fire at a nursing home where his estranged wife worked before he was shot and arrested by a police officer. | 8 | 3 | 11 | Other | Yes | His estranged wife told her workplace that her husband had an "unstable mental state or (was) mentally ill.' | Yes | Local sporting goods stores and individuals | One revolver, one shotgun | Winchester 1300 pump-action shotgun; .357 Magnum revolver | white | Male | http://www.wral.com/news/local/story/9845639/; http://www.wral.com/news/local/story/4837676/ | http://www.wral.com/news/local/story/9845639/ | 35.345802 | -79.417054 | Mass |
| Atlantis Plastics shooting | Henderson, Kentucky | 6/25/2008 | 2008 | Disgruntled employee Wesley Neal Higdon, 25, shot up an Atlantis Plastics factory after he was escorted out of his workplace for an argument with a supervisor. Higdon shot the supervisor outside the factory before opening fire on coworkers inside. He then committed suicide. | 6 | 1 | 7 | Workplace | No | He called his girlfriend two hours before the shooting to say he was going to kill his boss. | Yes | Unknown | One semiautomatic handgun | .45-caliber Hi-Point semiautomatic handgun | white | Male | http://www.foxnews.com/story/0,2933,371242,00.html; http://www.msnbc.msn.com/id/25393695/ns/us_news-crime_and_courts/t/witnesses-describe-chaotic-scene-ky-plant/#.UFEBHhh.gspQ | http://www.foxnews.com/story/0,2933,371242,00.html | 37.76721 | -87.557374 | Mass |
| Northern Illinois University shooting | DeKalb, Illinois | 2/14/2008 | 2008 | Steven Kazmierczak, 27, opened fire in a lecture hall, then shot and killed himself before police arrived. | 6 | 21 | 27 | School | Yes | After high school, his parents placed him at a psychiatric treatment center. He told friends he left the Army after six months due to a psychological discharge. | Yes | Online and gun retailers in Champaign, Ill. | Three semiautomatic handguns, one shotgun | 9mm Glock 19, Hi-Point CF380, 9mm Kurz SIG Sauer P232 semiautomatic handguns; 12-gauge Remington Sportsman 48 sawed-off shotgun | white | Male | http://www.huffingtonpost.com/jonathan-fast/steve-kazmierczak-the-sec_b_87031.html; http://www.msnbc.msn.com/id/23171567/ns/us_news-crime_and_courts/t/college-shooters-deadly-rampage-baffles-friends/#.UFEZnhhgspQ; http://www.nytimes.com/slideshow/2008/02/14/us/0214-SHOOTING_index.html?ref=schoolshooting&gwh=B62598A5487B946A532C5846B4A85156; www.niu.edu/feb14report/Feb14report.pdf | http://www.cbsnews.com/stories/2008/02/16/national/main3840072.shtml | 41.929474 | -88.750365 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|--------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Kirkwood City Council shooting | Kirkwood, Missouri | 2/7/2008 | 2008 | Charles "Cookie" Lee Thornton, 52, went on a rampage at the city hall before being shot and killed by police | 6 | 2 | 8 | Other | No | He was known for histrionics and disruptions at city council meetings. His mounting debt was a stressor. | No | Taken in burglary and from fallen police officer | One semiautomatic handgun, one revolver | .40-caliber Smith & Wesson semiautomatic handgun; .44 Magnum Smith & Wesson Model 29 revolver | black | Male | http://www.stltoday.com/news/local/crime-and-courts/charles-lee-cookie-thornton-behind-the-smile/article_be96f13c-78b9-11df-bfdc-0017a4a78c22.html; http://www.nytimes.com/2008/02/08/us/08missouri.html; http://nl.newsbank.com/nl-search/we/Archives?p_product=SL&p_theme=sl&p_action=search&p_maxdocs=200&p_topdoc=1&p_t ext_direct-0=11F1CADA291472F0&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date&s_trackval=GooglePM | http://www.stltoday.com/news/local/crime-and-courts/charles-lee-cookie-thornton-behind-the-smile/article_be96f13c-78b9-11df-bfdc-0017a4a78c22.html | 38.583386 | -90.406785 | Mass |
| Westroads Mall shooting | Omaha, Nebraska | 12/5/2007 | 2007 | Robert A. Hawkins, 19, opened fire inside Westroads Mall before committing suicide | 9 | 4 | 13 | Other | Yes | He had been treated in the past for depression and ADHD. | No | Stolen from grandfather | One rifle (assault) | WASR-10 Century Arms semiautomatic rifle | white | Male | http://www.guardian.co.uk/world/2007/dec/06/usa.usgunviolence2; http://www.npr.org/templates/story/story.php?storyId=16962485; http://www.independentmail.com/news/2007/dec/08/officials-say-assault-rifles-cause-roughly-same-am/; http://www.latimes.com/news/nationworld/nation/la-na-mall7dec07,0,882 178.story | http://www.guardian.co.uk/world/2007/dec/06/usa.usgunviolence2 | 41.258732 | -95.937873 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crandon shooting | Crandon, Wisconsin | 10/7/2007 | 2007 | Off-duty sheriff's deputy Tyler Peterson, 20, opened fire inside an apartment after an argument at a homecoming party. He fled the scene and later committed suicide. | 6 | 1 | 7 | Other | Unclear | The families of victims filed a wrongful death lawsuit against the county arguing that the police department should have evaluated the gunman's mental health before hiring him. | Yes | Issued by Forest County Sheriff's Department | One rifle (assault) | AR-15 SWAT semiautomatic rifle | white | Male | http://www.rivernewsonline.com/main.asp?SectionID=6&SubSectionID=47&ArticleID=368; http://news.google.com/newspapers?id=O-MqAAAAIBAJ&sjid=u0UEAAAAIBAJ&pg=6724,5434155&dq=crandon+shooting&hl=en | http://www.rivernewsonline.com/main.asp?SectionID=6&SubSectionID=47&ArticleID=368 | 45.571907 | -88.902892 | Mass |
| Virginia Tech massacre | Blacksburg, Virginia | 4/16/2007 | 2007 | Virginia Tech student Seung-Hui Cho, 23, opened fire on his school's campus before committing suicide. | 32 | 23 | 55 | School | Yes | A district court ruled Cho was "an imminent danger" to himself and others as a result of mental illness two years earlier, and directed Cho to seek treatment. | Yes | Purchased variously online and from Roanoke Firearms in Roanoke, Va. | Two semiautomatic handguns | 9mm Glock 19, .22-caliber Walther P22 semiautomatic handguns | Asian | Male | http://www.nytimes.com/2007/04/24/us/24virginia.html; http://www.thestandard.com.hk/news_detail.asp?we_cat=9&art_id=42489&sid=13196711&con_type=1&d_str=20070419&fc=10; http://smartgunlaws.org/mental-health-reporting-policy-summary. | http://abcnews.go.com/US/story?id=3052278&page=1 | 37.229573 | -80.413939 | Mass |
| Trolley Square shooting | Salt Lake City, Utah | 2/12/2007 | 2007 | Sulejman TaloviÄ‡Ä‡, 18, rampaged through the shopping center until he was shot dead by police. | 6 | 4 | 10 | Other | Unclear | According to one relative, he was violent and had the mental capacity of a child. (But accounts from others did not indicate this about the shooter.) | Unknown | Purchased variously from Sportsman's Fast Cash in West Valley City, Utah and individuals | One revolver, one shotgun | Mossberg Maverick 88 Field shotgun; .38-caliber Smith & Wesson M36 revolver | white | Male | http://www.deseretnews.com/article/660205647/Ex-relative-calls-Talovic-vicious-troubled.html?pg=all; http://www.cbsnews.com/stories/2007/02/15/national/main2480419.shtml; http://www.cbsnews.com/8301-201_162-2823327.html | http://www.deseretnews.com/article/660205647/Ex-relative-calls-Talovic-vicious-troubled.html?pg=all | 40.760647 | -111.89109 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amish school shooting | Lancaster County, Pennsylvania | 10/2/2006 | 2006 | Charles Carl Roberts, 32, shot 10 young girls in a one-room schoolhouse in Bart Township, killing 5, before taking his own life. | 6 | 5 | 11 | School | No | He told his wife that he'd molested two young relatives 20 years ago. | Yes | Local stores in Nickel Mines, Penn. | One semiautomatic handgun, one rifle, one shotgun | Springfield semiautomatic handgun; .30-06 Ruger bolt-action rifle; 12-gauge Browning pump-action shotgun | white | Male | http://news.google.com/newspapers?id=O8oyAAAAIBAJ&sjid=YSUEAAAAIBAJ&pg=6143,1260138&dq=charles+carl+roberts+mentally+ill&hl=en;http://www.msnbc.msn.com/id/15105305/ns/us_news-crime_and_courts/t/th-girl-dies-after-amish-schoolhouse-shooting/#.UFD4SXkgspQ;http://www.foxnews.com/story/0,2933,217170,00.html | http://www.cnn.com/2006/US/10/03/amish.shooting/index.html | 39.9589 | -76.0806 | Mass |
| Capitol Hill massacre | Seattle, Washington | 3/25/2006 | 2006 | Kyle Aaron Huff, 28, opened fire at a rave afterparty in the Capitol Hill neighborhood of Seattle before committing suicide | 7 | 2 | 9 | Other | No | Police were unable to find any record that he had been treated for mental illness or was on psychiatric medication. | Yes | Various sporting goods stores in Kalispell, Mont. | Two semiautomatic handguns, one rifle (assault), one shotgun | .40-caliber Ruger, one other semiautomatic handgun; Bushmaster XM15 E2S semiautomatic rifle; 12-gauge Winchester Defender pump-action shotgun with extended tube and pistol grip | white | Male | http://seattletimes.com/html/localnews/2002892043_shooter27m.html; http://seattletimes.com/html/localnews/2002898900_huff30m.html | http://seattletimes.com/html/localnews/2002898900_huff30m.html | 47.6229 | -122.3165 | Mass |
| Goleta postal shootings | Goleta, California | 1/30/2006 | 2006 | Former postal worker Jennifer Sanmarco, 44, shot dead a former neighbor then drove to the mail processing plant where she used to work. Inside, she opened fire, killing six employees before committing suicide. | 8 | 0 | 8 | Workplace | Yes | She was placed on retirement disability for psychological reasons. Fellow employees described her behavior as increasingly bizarre. She believed the Postal Service employees were conspiring | Yes | Pawn shops in Grants and Gallup, N.M. | One semiautomatic handgun | 9mm Smith & Wesson 915 semiautomatic handgun | white | Female | http://www.msnbc.msn.com/id/11167920/ns/us_news-crime_and_courts/t/postal-killer-believed-she-was-target-plot/#.UIxy7kzLwTE; http://www.cbsnews.com/stories/2006/02/02/national/main1272077.shtml; | http://www.msnbc.msn.com/id/11167920/ns/us_news-crime_and_courts/t/postal-killer-believed-she-was-target-plot/#.UNyN5cXhe75 | 34.436283 | -119.87144 | Spree |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Red Lake massacre | Red Lake, Minnesota | 3/21/2005 | 2005 | Jeffrey Weise, 16, murdered his grandfather, who was a police officer, and grandfather's girlfriend. Weise then drove his grandfather's squad car to Red Lake Senior High School and opened fire on the reservation campus, killing another seven people before committing suicide. | 10 | 5 | 15 | School | Yes | He voluntarily visited a a psychiatric ward. He was hospitalized at least once for suicidal tendencies and was taking Prozac. | No | Glock and Remington stolen from grandfather | Two semiautomatic handguns, one shotgun | .40-caliber Glock 23, .22-caliber Ruger semiautomatic handguns; 12-gauge Remington 870 shotgun | Native American | Male | http://news.google.com/newspapers?id=c4dIAAAAIBAJ&sjid=_XEDAAAAIBAJ&pg=5163,1527281&dq=jeffrey+weise+mental+ill&hl=en http://www.cbsnews.com/stories/2005/03/24/national/main682915.shtml?source=search_story; http://www.usnews.com/usnews/news/articles/050404/4redlake.htm; http://www.foxnews.com/story/0,2933,151116,00.html | http://www.cbsnews.com/stories/2005/03/24/national/main682915.shtml?source=search_story | 47.876346 | -95.01694 | Spree |
| Living Church of God shooting | Brookfield, Wisconsin | 3/12/2005 | 2005 | Living Church of God member Terry Michael Ratzmann, 44, opened fire at a church meeting at a Sheraton hotel before committing suicide. | 7 | 4 | 11 | Religious | Yes | Neighbors said he suffered from depression and had a drinking problem. | Yes | Gun dealer in Waukesha, Wis. | One semiautomatic handgun | 9mm Beretta semiautomatic handgun | white | Male | http://www.cbsnews.com/2100-201_162-679761.html; http://www.foxnews.com/story/0,2933,150255,00.html; http://www.msnbc.msn.com/id/7167861/ns/us_news-crime_and_courts/t/relatives-struggle-answers-after-shooting/#.UN3Scko6JT4 | http://www.cbsnews.com/2100-201_162-679761.html | 43.060567 | -88.106479 | Mass |
| Damageplan show shooting | Columbus, Ohio | 12/8/2004 | 2004 | Nathan Gale, 25, possibly upset about the breakup of Pantera, gunned down former Pantera guitarist Dimebag Darrell and three others at a Damageplan show before a police officer fatally shot Gale. | 5 | 7 | 12 | Other | Yes | He was discharged from the military because he was a paranoid schizophrenic. | Yes | Received as a gift from mother | One semiautomatic handgun | 9mm Beretta 92FS semiautomatic handgun | white | Male | http://www.cbsnews.com/2100-201_162-659983.html; http://www.knac.com/article.asp?ArticleID=3417; http://www.blabbermouth.net/news.aspx?mode=Article&newsitemID=86362 | http://www.cbsnews.com/2100-201_162-659983.html | 39.96226 | -83.000707 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|------------|---------|---------------|-------|-------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|-----------------------|----------|-----------|------|
| Lockheed Martin shooting | Meridian, Mississipp | 7/8/2003 | 2003 | Assembly line worker Douglas Williams, 48, opened fire at his Lockheed Martin workplace in a racially motivated attack before committing suicide | 7 | 8 | 15 | Workplace | Yes | His cousin said he was depressed and "going through a lot of things." | Yes | Purchased from an individual | One semiautomatic handgun, two rifles, one derringer, one shotgun | .45-caliber Ruger P90 semiautomatic handgun; .22-caliber rifle with scope, .223-caliber Ruger Mini-14 rifle; 12 gauge Winchester 1300 shotgun; .22 Magnum derringer | white | Male | http://usatoday30.usatoday.com/news/nation/2003-07-08-miss-shooting-main_x.htm; http://www.nytimes.com/2003/07/09/us/man-kills-5-co-workers-at-plant-and-himself.html; http://www.nytimes.com/2003/07/16/us/national-briefing-south-mississippi-death-toll-rises-in-plant-shooting.html | http://usatoday3 0.usatoday.com/news/nation/2003-07-08-miss-shooting-main_x.htm | 32.376081 | -88.68978 | Mass |
| Navistar shooting | Melrose Park, Illinois | 2/5/2001 | 2001 | Fired employee William D. Baker, 66, opened fire at his former Navistar workplace before committing suicide | 5 | 4 | 9 | Workplace | No | He had a criminal past, including a sexual assault conviction. | Yes | Some purchased from Pepper Sports in Glen Ellyn, Ill. | Two rifles, one revolver, one shotgun | SKS 1954R, .30-caliber Winchester rifles; 12-gauge Remington pump-action shotgun; .38-caliber revolver | black | Male | http://articles.chicagotribune.com/2001-02-07/news/0102070122_1_navistar-gun-law-hunting-rifle; http://www.cnn.com/2001/US/02/05/chicago.shooting/ rg/studies/wgun0 10205.htm | http://articles.chicagotribune.com/2001-02-07/news/0102070122_1_navistar-gun-law-hunting-rifle | 41.900587 | -87.856728 | Mass |
| Wakefield massacre | Wakefield, Massachus etts | 12/26/2000 | 2000 | Michael McDermott, 42, opened fire on co-workers at Edgewater Technology and was later arrested. | 7 | 0 | 7 | Workplace | Yes | Psychiatrist guessed he had schizophrenia, but McDermott had researched how to fake a mental illness on the internet. Defense lawyer described history of suicide attempts and mental illness dating back to teen years. Jury rejected his insanity defense. | Yes | Unknown | One semiautomatic handgun, one rifle (assault), one shotgun | .32-caliber Retolaza semiautomatic handgun; AK-47 variant semiautomatic rifle; 12-gauge Winchester 1300 pump-action shotgun | white | Male | http://www.time.com/time/magazine/article/0,9171,93313,00.html; http://articles.cnn.com/2002-04-22/justice/ctv.mcdermott.trial_1_michael-mcdermott-jury-deliberates-fate-mental-illness?_s=PM:LAW; http://www.nytimes.com/2000/12/27/us/7-die-in-rampage-at-company-co-worker-of-victims-arrested.html; http://www.vpc.org/studies/wgun0 1226.htm | http://articles.cnn.com/2002-04-22/justice/ctv.mcdermott.trial_1 _michael-mcdermott-jury-deliberates-fate-mental-illness?_s=PM:LAW; http://www.boston.com/news/daily/24/mcdermott_verdict.htm | 42.506484 | -71.072831 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|-----------|--------------|------------|---------------|----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Hotel shooting | Tampa, Florida | 12/30/1999 | 1999 | Hotel employee Silvio Leyva, 36, gunned down four coworkers at the Radisson Bay Harbor Inn before killing a woman outside who refused to give him her car. He was arrested shortly after the shootings. | 5 | 3 | 8 | Workplace | Yes | His brother called him "unbalanced" and mentally ill. | Yes | One purchased from Big E's in Tampa, Fla. | One semiautomatic handgun, one revolver | 9mm Lorcin semiautomatic handgun; .38-caliber Charter Arms revolver | Latino | Male | http://www.sptimes.com/News/123000/news_pf/TampaBay/A_year_later__the_str.shtml; http://www.vpc.org/studies/wgun991230.htm; http://news.google.com/newspapers?id=CSUdAAAAIBAJ&sjid=ZaYEAAAAIBAJ&pg=2043,2634069&dq=silvio+leyva+shooting&hl=en | http://www.sptimes.com/News/123000/news_pfg=2043,2634069/TampaBay/A_year_later__the_str.shtml | 27.94776 | -82.458444 | Mass |
| Xerox killings | Honolulu, Hawaii | 11/2/1999 | 1999 | Byran Koji Uyesugi, 40, a Xerox service technician, opened fire inside the building with a 9mm Glock. He fled and was later apprehended by police. | 7 | 0 | 7 | Workplace | Yes | A psychiatrist, testifying for the prosecution, said he suffered from schizophrenia. | Yes | Hunting Supplies of Hawaii (The Armory) in Honolulu, Hawaii | One semiautomatic handgun | 9mm Glock 17 semiautomatic handgun | Asian | Male | http://archives.starbulletin.com/2000/06/02/news/story2.html; http://www.vpc.org/studies/wgun991102.htm | http://archives.starbulletin.com/2000/06/02/news/story2.html | 21.325513 | -157.84731 | Mass |
| Wedgwood Baptist Church shooting | Fort Worth, Texas | 9/15/1999 | 1999 | Larry Gene Ashbrook, 47, opened fire inside the Wedgwood Baptist Church during a prayer rally before committing suicide. | 8 | 7 | 15 | Religious | Yes | His siblings decribed him as a paranoid schizophrenic. | Yes | Trader's Village flea market in Grand Prairie, Texas | Two semiautomatic handguns | .380-caliber, 9mm Ruger P85 semiautomatic handguns | white | Male | http://www.nytimes.com/1999/09/20/us/fort-worth-remembers-those-killed-at-church.html?pagewanted=all&src=pm; http://www.nytimes.com/1999/09/18/us/death-in-a-church-the-overview-with-question-of-why-unanswered-fort-worth-mourns.html; http://www.vpc.org/studies/wgun990915.htm | http://www.nytimes.com/1999/09/18/us/death-in-a-church-the-overview-with-question-of-why-unanswered-fort-worth-mourns.html | 32.693397 | -97.470671 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atlanta day trading spree killings | Atlanta, Georgia | 7/29/1999 | 1999 | Day trader Mark O. Barton, 44, who had recently lost a substantial sum of money, went on a shooting spree through two day-trading firms. He started at the All-Tech Investment Group, where he worked, then went on to Momentum Securities. He fled and hours later, after being cornered by police outside a gas station, committed suicide. (Two days before the spree, he killed his wife and two children with a hammer.) | 9 | 13 | 22 | Workplace | Yes | In letters, he details his deep depression and downward spiral. | Yes | Glock purchased from gun store in Warner Robins, Ga. | Three semiautomatic handguns, one revolver | .45-caliber Colt 1911-A1, 9mm Glock 17, .25-caliber Raven Arms MP-25 semiautomatic handguns; .22-caliber Harrington & Richardson revolver | white | Male | http://www.independent.co.uk/news/i-dont-plan-to-live-much-longer-just-long-enough-to-kill-the-people-that-greedily-sought-my-destruction-1109610.html; http://articles.cnn.com/1999-07-30/us/9907_30_atlanta.shooting.06_1_gladys-barton-debra-spivey-barton-note?_s=PM:US; http://www.vpc.org/studies/wgun990729.htm | http://www.independent.co.uk/news/i-dont-plan-to-live-much-longer-just-long-enough-to-kill-the-people-that-greedily-sought-my-destruction-1109610.html | 33.749099 | -84.390185 | Spree |
| Columbine High School massacre | Littleton, Colorado | 4/20/1999 | 1999 | Eric Harris, 18, and Dylan Klebold, 17, opened fire throughout Columbine High School before committing suicide | 13 | 24 | 37 | School | Yes | Harris was an alleged psychopath; Klebold was depressed and suicidal. | No | Purchased variously at Tanner Gun Show in Denver, Colo. and from an individual | One semiautomatic handgun (assault), one rifle (assault), two shotguns | 9mm Intratec DC-9 semiautomatic handgun; 9mm Hi-Point 995 carbine rifle; 12-gauge sawed-off Savage Stevens 311D, 12-gauge sawed-off Savage Springfield 67H pump-action shotguns | white | Male | http://www.usatoday.com/news/nation/2009-04-13-columbine-myths_N.htm; http://www.vpc.org/studies/wgun990420.htm; http://www.slate.com/articles/news_and_politics/assessment/2004/04/the_depressive_and_the_psychopath.html | http://www.slate.com/articles/news_and_politics/assessment/2004/04/the_depressive_and_the_psychopath.html | 39.602107 | -104.98773 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thurston High School shooting | Springfield, Oregon | 5/21/1998 | 1998 | After he was expelled for having a gun in his locker, Kipland P. Kinkel, 15, a freshman at Thurston High, went on a shooting spree, killing his parents at home and two students at school. Five classmates wrestled Kipland to the ground before he was arrested. | 4 | 25 | 29 | School | Yes | Doctors testified that he was a paranoid schizophrenic who suffered from hallucinations | No | Purchased variously from friend and father, and stolen from father | Two semiautomatic handguns, one rifle | 9mm Glock, .22-caliber Ruger semiautomatic handguns, .22-caliber Ruger rifle | white | Male | http://www.katu.com/news/local/8082147.html; http://www.pbs.org/wgbh/pages/frontline/shows/kinkel/kip/cron.html; http://www.oregonlive.com/special/index.ssf/2008/05/the_suspect_kipland_kinkels_da.html; http://articles.cnn.com/2000-01-21/us/kinkel.revisited_1_kip-kinkel-thurston-high-school-oregon-school-shooting?_s=PM:US | http://articles.cnn.com/2000-01-21/us/kinkel.revisited_1_kip-kinkel-thurston-high-school-oregon-school-shooting?_s=PM:US | 44.046236 | -123.02203 | Spree |
| Westside Middle School killings | Jonesboro, Arkansas | 3/24/1998 | 1998 | Mitchell Scott Johnson, 13, and Andrew Douglas Golden, 11, two juveniles, ambushed students and teachers as they left the school; they were apprehended by police at the scene. | 5 | 10 | 15 | School | No | Boys displayed unruly and aggressive behavior. They picked on kids and made threats about killing people. | No | Stolen from grandfather and father | Two semiautomatic rifles, three revolvers, two derringers | FIE 380, .380-caliber Star semiautomatic handguns; .44 Magnum Ruger, 30-06 Remington 742, .30-caliber Universal M-1 carbine replica rifles; .38-caliber Charter Arms, .357-caliber Ruger Security Six, .38-caliber Smith & Wesson revolvers; .22-caliber Double Deuce Buddie two-shot, .38-caliber Davis Industries two-shot derringers | white | Male | http://www.vpc.org/studies/wgun980324.htm | http://www.nytimes.com/1998/03/29/us/from-wild-talk-and-friendship-to-five-deaths-in-a-schoolyard.html?sec=&spon=&pagewanted=all | 35.82099 | -90.668261 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|---------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Connecticut Lottery shooting | Newington, Connecticut | 3/6/1998 | 1998 | Lottery worker Matthew Beck, 35, gunned down four bosses over a salary dispute before committing suicide | 5 | 1 | 6 | Workplace | Yes | He had been hospitalized for psychiatric reasons and had a history of depression | Yes | Unknown | One semiautomatic handgun | 9mm semiautomatic handgun | white | Male | http://www.nytimes.com/1998/03/07/nyregion/rampage-connecticut-overview-connecticut-lottery-worker-kills-4-bosses-then.html?pagewanted=all&src=pm; http://www.nytimes.com/2000/04/11/us/hole-in-gun-control-law-lets-mentally-ill-through.html?pagewanted=all&src=pm | http://www.nytimes.com/2000/04/11/us/hole-in-gun-control-law-lets-mentally-ill-through.html?pagewanted=all&src=pm | 41.685633 | -72.729838 | Mass |
| Caltrans maintenance yard shooting | Orange, California | 12/18/1997 | 1997 | Former Caltrans employee Arturo Reyes Torres, 41, opened fire at a maintenance yard after he was fired for allegedly selling government materials he'd stolen from work. He was shot dead by police. | 5 | 2 | 7 | Workplace | No | He was disgruntled after being fired. | Yes | B&B Gun Sales in Orange County, Calif. | One rifle (assault) | 7.62mm AK-47 Chinese variant semiautomatic rifle | Latino | Male | http://articles.latimes.com/1997/dec/20/news/mn-431; http://articles.latimes.com/1997/dec/22/local/me-1156; http://www.vpc.org/studies/wgun971218.htm; http://news.google.com/newspapers?id=DiZAAAAIBAJ&sjid=LEcNAAAAIBAJ&pg=6705,2243998&dq=arturo+reyes+torres+caltrans&hl=en | http://articles.latimes.com/1997/dec/20/news/mn-431 | 33.787794 | -117.85311 | Mass |
| R.E. Phelon Company shooting | Aiken, South Carolina | 9/15/1997 | 1997 | Ex-con Hastings Arthur Wise, 43, opened fire at the R.E. Phelon Company in retaliation for being fired after an argument with a supervisor. He attempted suicide by ingesting insecticide, failed, and was executed by the state of South Carolina eight years later. | 4 | 3 | 7 | Workplace | No | An ex-con, he had been freed from prison, although he displayed violent tendencies. | No | Unknown | One semiautomatic handgun | 9mm semiautomatic handgun | black | Male | http://www.vpc.org/studies/wgun970915.htm; http://chronicle.augusta.com/stories/1997/09/18/met_214833.shtml | http://chronicle.augusta.com/stories/1997/09/18/met_214833.html | 33.559859 | -81.721952 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fort Lauderdale revenge shooting | Fort Lauderdale, Florida | 2/9/1996 | 1996 | Fired city park employee Clifton McCree, 41, opened fire on former coworkers he called "racist devils" inside their municipal trailer in an act of revenge after failing a drug test. He then committed suicide. | 6 | 1 | 7 | Workplace | Yes | Co-workers complained about his threats and verbal abuse. His supervisors asked him to get a psychiatric evaluation. He lost his job, which relatives said drove his depression. | Yes | Unknown | One semiautomatic handgun, one revolver | 9mm Glock semiautomatic handgun; .32-caliber revolver | black | Male | http://www.nytimes.com/1996/02/11/us/florida-killer-said-victims-were-racists-police-say.html; http://articles.sun-sentinel.com/1996-02-10/news/9602090635_1_million-firearms-multiple-guns-reloading | http://articles.sun-sentinel.com/1996-02-11/news/9602110026_1_beach-crew-maintenance-fort lauderdale | 26.122308 | -80.143379 | Mass |
| Walter Rossler Company massacre | Corpus Christi, Texas | 4/3/1995 | 1995 | Disgruntled former metallurgist James Daniel Simpson, 28, opened fire throughout the Walter Rossler Company where he had worked before exiting the building and committing suicide. | 6 | 0 | 6 | Workplace | No | He was likely angry because he was given an assignment at work he didn't like. But acquaintances didn't know why he'd come back and kill. | Yes | Unknown | One semiautomatic handgun, one revolver | 9mm Ruger semiautomatic handgun; .32-caliber revolver | unclear | Male | http://web.caller.com/2000/april/03/today/local_ne/4127.html | http://web.caller.com/2000/april/03/today/local_n 27.html | 27.823713 | -97.417398 | Mass |
| Air Force base shooting | Fairchild Air Force Base, Washington | 6/20/1994 | 1994 | Former airman Dean Allen Mellberg, 20, opened fire inside a hospital at the Fairchild Air Force Base before he was shot dead by a military police officer outside. | 5 | 23 | 28 | Military | Yes | He was repeatedly diagnosed with emotional problems during his two years of service. | Yes | Gun dealer in Spokane, Wash. | One rifle (assault) | MAK-90 semiautomatic rifle | white | Male | http://articles.latimes.com/1994-06-22/news/mn-7137_1_air-force; http://www.nytimes.com/1994/06/22/us/an-airman-s-revenge-5-minutes-of-terror.html | http://articles.latimes.com/1994-06-22/news/mn-7137_1_air-force | 47.618645 | -117.64836 | Mass |
| Chuck E. Cheese's killings | Aurora, Colorado | 12/14/1993 | 1993 | Nathan Dunlap, 19, a recently fired Chuck E. Cheese's employee, went on a rampage through his former workplace and was arrested the following day. He now awaits execution on death row. | 4 | 1 | 5 | Workplace | Unclear | While he was in prison awaiting trial, he started acting bizarre by stripping naked and playing with his feces, apparently to avoid the death penalty. A state doctor testified that Dunlap was was faking his mental illness. | Unknown | Unknown | One semiautomatic handgun | .25-caliber semiautomatic handgun | black | Male | http://www.denverpost.com/news/ci_20218952/aurora-chuck-e-cheese-killers-appeal-cites-mental; http://abcnews.go.com/US/auroras-massacre-victims-20-year-wait-justice/story?id=16847013; http://www.528.com/magazine/2008/12/politics-killing?page=0,6 | http://www.5280.com/magazine/2008/12/politics-killing?page=0,6 | 39.754713 | -104.83587 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Mental Health legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Long Island Rail Road massacre | Garden City, New York | 12/7/1993 | 1993 | Colin Ferguson, 35, opened fire on an eastbound Long Island Rail Road train as it approached a Garden City station. He was later arrested. | 6 | 19 | 25 | Other | Yes | Psychiatrists and others said he suffered from racial paranoia and was obsessed with nonexistent conspiracies. His landlord said he had "delusions of suicide. | Yes | Turner's Outdoorsma n in Signal Hill, Calif. | One semiautomatic handgun | 9mm Ruger P89 semiautomatic handgun | black | Male | http://www.nytim es.com/1993/12/1 2/nyregion/torme nted-life-special- report-long-slide- slaughter- train.html; http://www.vpc.o rg/studies/wgun9 31207.htm | http://www.nyti mes.com/1993/1 2/12/nyregion/to rmented-life- special-report- long-slide- privilege-ends- slaughter- train.html | 40.726768 | -73.634296 | Mass |
| Luigi's shooting | Fayettevill e, North Carolina | 8/6/1993 | 1993 | Army Sgt. Kenneth Junior French, 22, opened fire inside Luigi's Italian restaurant while ranting about gays in the military before he was shot and arrested by police. | 4 | 8 | 12 | Other | No | He had an abusive father, who committed suicide. | Yes | Unknown | One rifle, two shotguns | .22-caliber rifle; two 12-gauge shotguns | white | Male | http://articles.lati mes.com/1993-08 08/news/mn- 21847_1_kills- army-french; http://news.googl e.com/newspaper s?id=0AhPAAAA IBAJ&sjid=jhUE AAAAIBAJ&pg= 6505,2482529&d q=kenneth+junior +french&hl=en | http://news.goo gle.com/newspa pers?id=0AhPA AAAIBAJ&sjid =jhUEAAAAIB AJ&pg=6505,24 82529&dq=kenn eth+junior+frenc h&hl=en | 35.052993 | -78.878706 | Mass |
| 101 California Street shootings | San Francisco, California | 7/1/1993 | 1993 | Failed businessman Gian Luigi Ferri, 55, opened fire throughout an office building before he committed suicide inside as police pursued him. | 9 | 6 | 15 | Other | No | He was down on his luck because of failed business decisions. One acquaintance said, "He was the least likely guy you can imagine doing something like that." His ex- wife said he "hated violence." | No | Super Pawn and Pacific Tactical Weapons, both in Las Vegas, Nev. | Three semiautomatic handguns (two assault) | Two Intratec DC-9, .45- caliber Colt semiautomatic handguns | white | Male | http://articles.lati mes.com/1993-07 03/news/mn- 10731_1_mortga ge-business/2; http://www.moth erjones.com/print/ 16316; http://www.vpc.o rg/studies/wgun9 30701.htm | http://articles.lati mes.com/1993- 07-03/news/mn- 10731_1_mortg age-business | 37.77896 | -122.4192 | Mass |
| Watkins Glen killings | Watkins Glen, New York | 10/15/1992 | 1992 | John T. Miller, 50, killed four child- support workers in a county office building before turning the gun on himself. Miller was upset about a court order garnishing his paycheck to cover overdue child- support payments. | 5 | 0 | 5 | Other | Yes | The day before the shooting, he told child- support collection office workers that he was considering suicide. He had been convicted of felonious assault for pointing a revolver at police officers responding to a domestic violence report at this girlfriend's apartment. | Yes | Mumford Sports in Litchfield, Ohio | One semiautomatic handgun | 9mm Llama semiautomatic handgun | white | Male | http://www.nytim es.com/1992/10/1 7/nyregion/shooti ng-followed- tougher-efforts-to- collect-child- support.html?pag ewanted=2&src= pm; http://www.nytim es.com/1992/10/1 6/nyregion/gunma n-kills-4-who- collected-child- payments.html?pa gewanted=all&src =pm; http://www.nytim es.com/1992/10/2 4/nyregion/watkin s-glen-killings- called- planned.html | http://www.nyti mes.com/1992/1 0/24/nyregion/w atkins-glen- killings-called- planned.html | 42.381056 | -76.870578 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lindhurst High School shooting | Olivehurst, California | 5/1/1992 | 1992 | Former Lindhurst High School student Eric Houston, 20, angry about various personal failings, killed three students and a teacher at the school before surrendering to police after an eight hour standoff. He was later sentenced to death. | 4 | 10 | 14 | School | No | He suffered violent physical abuse as a child. He claimed a teacher had sexually abused him, but the truth of that allegation was contested. | Yes | Local gun retailer | One rifle, one shotgun | .22-caliber sawed-off rifle; 12-gauge pump-action shotgun | white | Male | http://www.schoolshooters.info/PL/Subject-Houston_files/Nine%20Brief%20Sketches.pdf; http://www.appeal-democrat.com/news/school-47104-shooting-eckardt.html; http://nl.newsbank.com/nl-search/we/Archives?p_product=SB&p_theme=sb&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EB0D9D91FC593A0&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D&s_trackval=GooglePM; http://www.sfgate.com/crime/article/Death-verdict-OKd-for-school-slaughter-3758444.php | http://www.schoolshooters.info/PL/Subject-Houston_files/Nine%20Brief%20Sketches.pdf | 39.078688 | -121.54758 | Mass |
| Royal Oak postal shootings | Royal Oak, Michigan | 11/14/1991 | 1991 | Laid-off postal worker Thomas McIlvane, 31, opened fire at his former workplace before committing suicide. | 5 | 5 | 10 | Workplace | Yes | Police revoked his CCW permit after determining he was mentally unstable. | Yes | Local gun store | One rifle | .22-caliber Ruger sawed-off semiautomatic rifle | white | Male | http://www.nytimes.com/1991/11/15/us/ex-postal-worker-kills-3-and-wounds-6-in-michigan.html; http://www.mlive.com/news/detroit-index.ssf/2011/11/monday_ceremony_marks_20_years.html | http://www.nytimes.com/1991/11/15/us/ex-postal-worker-kills-3-and-wounds-6-in-michigan.htm | 42.48948 | -83.144649 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| University of Iowa shooting | Iowa City, Iowa | 11/1/1991 | 1991 | Former graduate student Gang Lu, 28, went on a rampage on campus and then committed suicide at the scene. | 6 | 1 | 7 | School | Unclear | He was described as darkly disturbed and isolated. | Yes | Fin & Feather in Iowa City, Iowa | One revolver | 38-caliber Taurus revolver | Asian | Male | http://www.nytimes.com/1991/11/03/us/gunman-in-iowa-wrote-of-plans-in-five-letters.html?pagewanted=all&src=pm; http://thegazette.com/2011/11/01/gang-lu-shootings-at-ui-remembered-20-years-later/; http://www.nytimes.com/1991/11/04/us/iowa-gunman-was-torn-by-academic-challenge.html?pagewanted=2&src=pm | http://www.nytimes.com/1991/11/03/us/gunman-in-iowa-wrote-of-plans-in-five-letters.html?pagewanted=all&src=pm | 41.660689 | -91.530221 | Mass |
| Luby's massacre | Killeen, Texas | 10/16/1991 | 1991 | George Hennard, 35, drove his pickup truck into a Luby's cafeteria and opened fire before committing suicide | 24 | 20 | 44 | Other | No | Acquaintances described him as troubled, unstable, combative, and misogynistic. He made convenience store employees "nervous." | Yes | Mike's Gun Shop in Henderson, Nev. | Two semiautomatic handguns | 9mm Glock 17, 9mm Ruger P89 semiautomatic handguns | white | Male | http://www.nytimes.com/1991/10/18/us/portrait-of-texas-killer-impatient-and-troubled.html?pagewanted=all&src=pm; http://www.kwtx.com/home/headlines/7048182.html; http://www.nytimes.com/1991/10/20/weekinreview/dead-23-texans-and-1-anti-gun-measure.html; http://www.vpc.org/studies/wgun911016.htm | http://www.nytimes.com/1991/10/20/weekinreview/dead-23-texans-and-1-anti-gun-measure.html; http://www.nytimes.com/1991/10/18/us/portrait-of-texas-killer-impatient-and-troubled.html?pagewanted=all&src=pm | 31.117119 | -97.727796 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|------------------------------------------|---------------|-------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| GMAC massacre | Jacksonville, Florida | 6/18/1990 | 1990 | James Edward Pough, 42, opened fire at a General Motors Acceptance Corporation office before committing suicide. (The day prior, Pough killed a pimp and prostitute and injured two others. Those victims are not included in the mass murder count.) | 10 | 4 | 14 | Other | No | Police speculated he had a "grudge" against the people he killed. | Yes | Unknown | One rifle, one revolver | .30-caliber Universal M1 carbine rifle; .38 caliber revolver | black | Male | http://www.nytimes.com/1990/06/19/us/florida-gunman-kills-8-and-wounds-6-in-office.html; http://www.nytimes.com/1990/06/20/us/hazy-records-helped-florida-gunman-buy-arms.html; http://www.vpc.org/studies/wgun900618.htm; http://www.nytimes.com/1990/06/19/us/florida-gunman-kills-8-and-wounds-6-in-office.html?page wanted=all&src=pm | http://www.nytimes.com/1990/06/20/us/hazy-records-helped-florida-gunman-buy-arms.html | 30.332184 | -81.655651 | Mass |
| Standard Gravure shooting | Louisville, Kentucky | 9/14/1989 | 1989 | Joseph T. Wesbecker, 47, gunned down eight people at his former workplace before committing suicide | 9 | 12 | 21 | Workplace | Yes | Prior to the shooting, he had voluntarily checked into hospitals for mental problems at least twice and attempted suicide three times. | Yes | AK-47 purchased from Tilford's Gun Sales in Louisville, Ky. | Three semiautomatic handguns (two assault), one rifle (assault), one revolver | Two Intratec MAC-11, 9mm SIG Sauer semiautomatic handguns; AK-47 Chinese variant semiautomatic rifle; .38-caliber revolver | white | Male | http://nl.newsbank.com/nl-search/we/Archives?p_product=LH&s_site=kentucky&p_multi=LH&p_theme=realcities&p_action=search&p_maxdocs=200&p_topdoc=1&p_text_direct-0=0EB73C025033DC82&p_field_direct-0=document_id&p_perpage=10&p_sort=YMD_date:D&s_trackval=GooglePM; http://www.nytimes.com/1989/09/16/us/disturbed-past-of-killer-of-7-is-unraveled.html?pagewanted=all&src=pm | http://www.nytimes.com/1989/09/16/us/disturbed-past-of-killer-of-7-is-unraveled.html | 38.254238 | -85.759407 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stockton schoolyard shooting | Stockton, California | 1/17/1989 | 1989 | Patrick Purdy, 26, an alcoholic with a police record, launched an assault at Cleveland Elementary School, where many young Southeast Asian immigrants were enrolled. Purdy killed himself with a shot to the head. | 6 | 29 | 35 | School | Yes | He told a mental health professional he was "struggling to resist actions on thoughts which are destructive in nature." He also suffered from alcoholism. | Yes | Sandy Trading Post in Sandy, Ore.; Hunter Loan and Jewelry Co. in Stockton, Calif. | One semiautomatic handgun, one rifle (assault) | 9mm Taurus semiautomatic handgun; AK-47 Chinese variant semiautomatic rifle | white | Male | http://www.recordnet.com/apps/pbcs.dll/article?AID=/20090118/A_NEWS/901170304; http://news.google.com/newspapers?id=N8IzAAAAIBAJ&sjid=kDIHAAAAIBAJ&pg=6930,6475926&dq=patrick+purdy&hl=en; http://www.time.com/time/magazine/article/0,9171,151105,00.html | http://www.recordnet.com/apps/pbcs.dll/article?AID=/20090118/A_NEWS/901170304 | 37.957702 | -121.29078 | Mass |
| ESL shooting | Sunnyvale, California | 2/16/1988 | 1988 | Former ESL Incorporated employee Richard Farley, 39, gunned down seven people at his former workplace. He was later arrested and now sits on death row at San Quentin. | 7 | 4 | 11 | Workplace | Yes | He stalked and harassed his colleague Laura Black for four years until she was granted a temporary restraining order aginst him. Before he was fired for his bizarre behavior, he was ordered to undergo psychological counseling. | Yes | Various sporting goods and gun stores in Northern California | Two semiautomatic handguns, one rifle, two revolvers, two shotguns | .380 ACP Browning, 9mm Smith & Wesson semiautomatic handguns; Ruger M-77 .22-250 bolt-action rifle with scope; Mossberg 12-gauge pump-action, 12-gauge Benelli semiautomatic shotguns; .357 Magnum Smith & Wesson, .22 Sentinel WMR revolvers | white | Male | http://articles.latimes.com/1988-02-18/news/mn-43514_1_mr-farley-richard-farley-sunnyvale-public-safety-department; http://news.google.com/newspapers?id=uqxAAAAAIBAJ&sjid=sDIHAAAAIBAJ&pg=2425,5898911&dq=richard+farley+shooting&hl=en; http://news.google.com/newspapers?id=FmYzAAAAIBAJ&sjid=WzHAAAAIBAJ&pg=7028,576811&dq=richard+farley+shooting&hl=en | http://books.google.com/books?id=JiQUkwBnzgYC&pg=PA44&lpg=PA44&dq=richard+farley+ESL+psychological&source=bl&ots=PqxDlDtznKRC0KpxVHjXZN7M&hl=en#v=onepage&q=richard%20farley%20ESL%20psychological&f=false http://caselaw.findlaw.com/ca-supreme-court/1295931.html | 37.36883 | -122.03635 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shopping centers spree killings | Palm Bay, Florida | 4/23/1987 | 1987 | Retired librarian William Cruse, 59, was paranoid neighbors gossiped that he was gay. He drove to a Publix supermarket, killing two Florida Tech students en route before opening fire outside and killing a woman. He then drove to a Winn-Dixie supermarket and killed three more, including two police officers. Cruse was arrested after taking a hostage and died on death row in 2009. | 6 | 14 | 20 | Other | Yes | He suffered from paranoid delusions. A judge found that he suffered from "extreme mental illness." | Yes | Gun store in Norwood, Ohio; The Oaks Trading Post in Melbourne, Fla. | One rifle, one revolver, one shotgun | Sturm, Ruger Mini-14 semiautomatic rifle; 20-gauge Winchester pump-action shotgun; .357 Ruger Blackhawk revolver | white | Male | http://articles.latimes.com/1987-04-25/news/mn-990_1_palm-bay-police | (Supreme Court of Florida Document) http://www.murderpedia.org/male.C/images/cruse_william_b/op-74656.pdf | 28.033189 | -80.64297 | Spree |
| United States Postal Service shooting | Edmond, Oklahoma | 8/20/1986 | 1986 | Postal worker Patrick Sherrill, 44, opened fire at a post office before committing suicide | 15 | 6 | 21 | Workplace | Unclear | He was worried he had inherited mental problems and rebuffed a pastor's suggestion he seek psychiatric counseling. His family members denied he had | Yes | Issued by Oklahoma National Guard, where Sherrill served, for target competition | Three semiautomatic handguns | .22-caliber, two .45-caliber Colt Model 1911-A1 semiautomatic handguns | white | Male | http://news.google.com/newspapers?id=dm8aAAAAIBAJ&sjid=pyoEAAAAIBAJ&pg=2297,4870051&dq=patrick+sherrill&hl=en | http://newsok.com/sherrill-feared-mental-illness-rejected/article/2177416 | 35.667202 | -97.42937 | Mass |
| San Ysidro McDonald's massacre | San Ysidro, California | 7/18/1984 | 1984 | James Oliver Huberty, 41, opened fire in a McDonald's restaurant before he was shot dead by a police officer | 22 | 19 | 41 | Other | Yes | The day before the shooting, he tried to make an appointment at a mental health clinic. | Yes | Unknown | One semiautomatic handgun, one rifle (assault), one shotgun | 9mm Browning P35 Hi-Power semiautomatic handgun; 9mm Israeli Military Industries Uzi Model A carbine semiautomatic rifle; 12-gauge Winchester 1200 pump-action shotgun | white | Male | http://www.utsandiego.com/san-ysidro-massacre/; http://www.vpc.org/studies/wgun840718.htm | http://www.nctimes.com/news/local/article_2ba54ce-98df-79a23ff8d0d7.html | 32.552001 | -117.04308 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dallas nightclub shooting | Dallas, Texas | 6/29/1984 | 1984 | Abdelkrim Belachheb, 39, opened fire at an upscale nightclub after a woman rejected his advances. He was later arrested. | 6 | 1 | 7 | Other | Yes | During his last meal with his wife, he confessed he was depressed and had visited psychiatric hospitals in Belgium. | No | Hines Boulevard Pawn Shop in Dallas, Texas | One semiautomatic handgun | 9mm Smith & Wesson 459 semiautomatic handgun | white | Male | http://books.google.com/books?id=Hr3OBwP-lbUC&pg=PA38&lpg=PA38&dq=Abdelkrim+Belachheb+mental&source=bl&ots=D56pgdNnnl&sig=grAT08P9HLfPoHVgwlXt8RfPHzf0&hl=en&; http://www.nytimes.com/1984/06/30/us/6-die-in-dallas-club-as-enraged-man-fires-wildly.html; http://news.google.com/newspapers?id=gKQyAAAAIBAJ&sjid=WO8FAAAAIBAJ&pg=1236,2915759&dq=abdelkrim+belachheb&hl=en; http://books.google.com/books?id=Hr3OBwP-lbUC&pg=PA67&lpg=PA67&dq=%22hine+pawnshop%22+gun&source=bl&ots=D55vgfTsnk&sig=zDxrUFmZGYQ5ar4&hl=en&sa=X&ei=9WZSUN2FN-XZigKN-oGoCA&ved=0CDcQ6AEwAA#v=onepage&q=%22hine%20pawnshop%22%20gun&f=false | http://books.google.com/books?id=Hr3OBwP-lbUC&pg=PA67&lpg=PA67&dq=%22hine+pawnshop%22+gun&source=bl&ots=D55vgfTsnk&sig=zDxr5nohKn5nohKnNQWvLrUFmZGYQ5ar4&hl=en&sa=X&ei=9WZSUN2FN-XZigKN-oGoCA&ved=0CDcQ6AEwAA#v=onepage&q=%22hine%20pawnshop%22%20gun&f=false | 32.780105 | -96.800008 | Mass |

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of possible mental illness | Mental Health | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | Latitude | Longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|----------------------------------------|---------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Welding shop shooting | Miami, Florida | 8/20/1982 | 1982 | Junior high school teacher Carl Robert Brown, 51, opened fire inside a welding shop and was later shot dead by a witness as he fled the scene. | 8 | 3 | 11 | Other | Yes | His second wife left him because he refused to seek psychological help. He had become increasingly isolated. One former student said he was "off his rocker." | Yes | Garcia Gun Center in Hialeah, Fla. | One shotgun | Mossberg 500 Persuader pump-action shotgun with pistol grip | white | Male | http://www.nytimes.com/1982/08/21/us/gunman-in-miami-kills-8-in-rampage.html; http://www.nytimes.com/1982/08/24/us/no-charges-planned-against-miami-man-who-shot-gunman.html; http://www.nytimes.com/1982/10/14/us/florida-city-rescinds-law-on-buying-guns.html | http://news.google.com/newspapers?id=uuYLAAAAIBAJ&sjid=C1kDAAAAIBAJ&pg=4879,1435085&dq=carl+robert+brown | 25.796491 | -80.226683 | Mass |

# Exhibit 52



**International Association of Chiefs of Police**
**Position Paper on Firearm Violence**

The International Association of Chiefs of Police (IACP), an organization of law enforcement executives from around the globe, has long held positions intended to reduce and prevent firearms violence. As police chiefs, it is our duty to protect and serve our communities and display the leadership needed to ensure public safety.

The persistent and pernicious problem of gun violence impacts communities across the United States on a daily basis. Ranging from random shootings and suicides to retaliatory assaults and targeted mass killings, violence committed with firearms universally challenges law enforcement and taxes resources. This insidious problem requires law enforcement to lead a new, coordinated, and dedicated response involving citizens, elected leaders, lawmakers, and the entire criminal justice system

In the years since the terrorist attacks of 2001, over 400,000 American lives have been lost to gun violence.

**We are clearly facing a crisis.**

In response, the IACP has long advocated for the adoption of common sense policies that will assist in reducing gun violence.  These proposals are drawn from the policy positions adopted by the 25,000 members of the IACP over the past several years.

**Armor Piercing Ammunition**
The IACP supports legislation and policies that will prohibit the sale or transfer of armor piercing ammunition.  In addition, the IACP believes that the process utilized to determine whether a round of ammunition is armor piercing should include performance based testing conducted by the Bureau of Alcohol, Tobacco and Firearms.

**Assault Weapons Ban**
First passed in 1994, the assault weapons ban required domestic gun manufacturers to stop production of semiautomatic assault weapons and ammunition magazines holding more than ten rounds except for military or police use.  While the ban was in place, it was remarkably effective in reducing

the number of crimes involving assault weapons. In the period of the ban, (1994-2004) the proportion of assault weapons traced to crimes fell by a dramatic 66 percent.

Assault weapons are routinely the weapons of choice for gang members and drug dealers. They are regularly encountered in drug busts and are all too often used against police officers.

The IACP has been a strong supporter of the assault weapons ban since 1992, and our membership has approved several reauthorizations of support in the years since. The membership took this action because we, as law enforcement executives, understand that semiautomatic assault weapons pose a grave risk to our officers and the communities they are sworn to protect.

**Body Armor**
The IACP supports legislation to prohibit the mail order sale of bulletproof vests and body armor to all individuals except sworn or certified law enforcement officers.  In recent years, the safety of law enforcement officers has often been compromised due to the possession of body armor and bulletproof vests by the criminals they were attempting to apprehend. The IACP believes that the sale, transfer, or acquisition of these items should be conducted in person in order to make it more difficult for criminals to acquire and use these items while committing crimes of violence.

**Concealed Weapons**
The IACP continues to oppose any federal legislative proposals that would either pre-empt and/or mandate the liberalization of individual states' CCW laws pertaining to the carrying of concealed weapons in other states without meeting that state's requirements. This applies to private citizens as well as active, former, and/or federal, tribal, state and local law enforcement personnel.  IACP believes it is essential that state governments maintain the ability to legislate concealed carry laws that best fit the needs of their communities.

**Firearms Enforcement**
The IACP urges Congress to increase resources to better allow state, local and tribal law enforcement agencies and the Department of Justice to enable greater prosecution of individuals for Brady Act violations.  In addition, the IACP supports firearms enforcement programs that involve local, state and federal agencies, such as Project Safe Neighborhoods and Project Exile, which have shown significant reductions in firearms-related violent crime.

**Firearms Offender Registry**

The reduction of firearms-related violent crime has been and continues to be a major goal of IACP. Studies have shown that firearm offenders have a higher recidivist rate for committing other firearms-related violent crime with firearms than the rate for sexual offenders. Therefore, the IACP supports creating a federal registry, similar to the sexual offender registry, for offenders who have been previously convicted of a felony firearm violation or a misdemeanor that involved violent or threatening acts with firearms. At little cost, this registry would have great benefit toward preventing and investigating a myriad of violent crimes, as well as establishing a computerized list of dangerous offenders that could be utilized as a notification system to alert officers of potential danger.

**Firearm Purchase Waiting Period**

The IACP has gone on record supporting a waiting period for the purchase of a handgun. In the past, waiting periods have not only served as time for a thorough background investigation, but also as an informal cooling off period for handgun purchasers. However, the time needed to perform most background checks has become obsolete due to transition to the National Instant Check Background System (NICS). Nevertheless, the IACP believes there must still be a cooling off period in place before an individual can purchase a handgun. Therefore, the IACP supports legislation to create a mandatory five-day waiting period prior to the completion of a handgun purchase.

**Gun Show Loophole**

The federal Gun Control Act of 1968 stipulates that individuals "engaged in the business" of selling firearms must possess a Federal Firearms License (FFL). Holders of FFLs are required to conduct background checks and maintain a record of all their firearm sales. Certain gun sales and transfers between private individuals, however, are exempt from this requirement.

Those who would fail a background check can access firearms through these sources. Unlike an FFL, the seller is not required to conduct a background check to determine whether the purchaser is prohibited from purchasing and possessing a gun. Federal, state, local and tribal laws should be enacted to close these loopholes. If all gun sales proceed through an FFL, a single, consistent system for conducting gun sales, including background checks, will be established.

The laws we have in place to ensure gun purchasers go through FFLs are undermined by oversights in the law that allow individuals prohibited from owning firearms to obtain weapons at events such as gun shows without undergoing a background check. The IACP calls on Congress to act swiftly to close these loopholes and preserve the effectiveness of the laws in place.

**Illegal Firearms Trafficking/Firearms Tracing**

The IACP opposes any legislation that would limit or reduce the ability of our nation's law enforcement agencies to combat the sale of illegal guns. The IACP believes that the ability to trace illegal firearms effectively plays a critical role in law enforcement's ability to protect communities from the scourge of firearms violence.

The IACP is opposed to the "Tiahrt Amendment" restricts the ATF's ability to share vital gun trace information with its state and local counterparts, which severely limits the ability of those agencies to conduct critical investigations designed to identify and apprehend corrupt firearms dealers and the traffickers they supply.

The IACP strongly believes that these provisions, and others like them, put our citizens and our officers at risk. Therefore, the IACP strongly supports efforts to repeal the Tiahrt amendment and any piece of legislation containing provisions that would weaken law enforcement's ability to trace illegal firearms.

**Juvenile Crime Firearms Disability**

The IACP believes that juveniles must be held accountable for their acts of violence. Therefore, the IACP supports the passage of legislation, sometimes referred to as Juvenile Brady, which would permanently prohibit gun ownership by an individual, if that individual, while a juvenile, commits a crime that would have triggered a gun disability if their crime had been committed as an adult.

# Exhibit 53

# National Law Enforcement Partnership to Prevent Gun Violence



## PROTECTING COMMUNITIES FROM ASSAULT WEAPONS AND HIGH-CAPACITY AMMUNITION MAGAZINES



### BACKGROUND ON ASSAULT WEAPONS AND HIGH-CAPACITY AMMUNITION MAGAZINES

Assault weapons were designed for the battlefield and have no place in our communities. These weapons were developed to enable a shooter to rapidly spray-fire multiple rounds at an enemy in combat, not to gun down small children, moviegoers, firefighters – or the law enforcement officers protecting them. This kind of excessive firepower has particular utility in the hands of dangerous people intent on wreaking havoc.



Each of the combat hardware features on assault weapons has a military purpose. For example, a pistol grip stabilizes the weapon and enables the shooter to spray-fire from the hip; a barrel shroud cools the barrel when multiple rounds are fired, preventing the weapon from overheating and allows the shooter to grasp the barrel; a threaded barrel accommodates military accessories such as a flash suppressor or grenade launcher; and a telescoping, folding or detachable stock allows for easier concealment.



High-capacity ammunition magazines dramatically increase a shooter's ability to massacre large numbers of people. Prohibiting the manufacture, transfer and importation of high-capacity magazines that hold more than ten rounds would reduce the number of bullets a shooter could use before having to stop to reload. Reloading can provide a critical window of time in which to take down a shooter, as we saw in Tucson.



### ASSAULT WEAPONS AND HIGH-CAPACITY AMMUNITION MAGAZINES ARE THE INSTRUMENTS OF MASS SHOOTERS





Horrific mass shootings are happening all too often all across our nation. Last December, Adam Lanza forced his way into a Newtown, CT, elementary school and opened fire with a .223 caliber Bushmaster AR-15 semiautomatic assault weapon and multiple 30-round ammunition magazines, killing 26 people, including 20 small children. In July of last year, James Holmes entered an Aurora, CO, movie theater and allegedly used an AR-15 assault weapon equipped with a 100-round drum magazine to mow down moviegoers, killing 12 and wounding 58 others.[1]

It is hard to imagine a gunman using a firearm equipped with a magazine holding fewer than ten rounds causing the devastation that resulted from an assault weapon equipped with a 100-round drum magazine. A semiautomatic assault rifle with a 100-round drum magazine – or a pistol equipped with a

---

[1] Goode, Erica, "Rifle Used in Killings, America's Most Popular, Highlights Regulation Debate," *New York Times*, Dec. 16, 2012 (http://www.nytimes.com/2012/12/17/us/lanza-used-a-popular-ar-15-style-rifle-in-newtown.html?pagewanted=all&_r=0) and Kleinfield, N.R., "Gunman Took Big Supply of Ammunition to School After Killing Mother at Home," *New York Times*, Dec. 16, 2012 (http://www.nytimes.com/2012/12/17/nyregion/sandy-hook-school-shooting-in-newtown.html?ref=us)..

30-round magazine – has one purpose: to kill as many people as possible as quickly as possible.

The devastating effects of these weapons are felt by law enforcement as criminals up the ante with firepower in excess of what police officers typically use. Reports from law enforcement leaders around the country indicate that assault weapons are increasingly being used against law enforcement officers. Current restrictions on the release of Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) trace data make it impossible to know exactly how often these firearms are being used in crimes.[2] But according to the Department of Justice, high-capacity ammunition magazines are used in 31 to 41 percent of fatal police shootings, varying across cities analyzed.[3]

## EFFECTIVENESS OF THE 1994 ASSAULT WEAPONS AND HIGH-CAPACITY AMMUNITION MAGAZINE BAN

The 1994 assault weapons ban prohibited the manufacture, transfer, sale or possession of new semiautomatic assault weapons and high-capacity ammunition magazines in excess of ten rounds. The ban expired in 2004.

Studies show the 1994 assault weapons ban worked:

- A 2004 University of Pennsylvania study found that, in the nine years after the ban took effect, the percentage of gun crimes involving assault weapons decreased by 70 percent.[4]

- In 1998, four years after the assault weapons and high-capacity ammunition magazine ban was enacted, the percentage of firearms with large-capacity magazines recovered by Virginia police decreased and continued to drop until it hit a low of 9 percent in 2004, the year the ban expired. That figure more than doubled since the ban's expiration, hitting a high of 20 percent in 2010, according to a Washington Post analysis.[5]

- After the ban expired in 2004, 37 percent of police agencies saw increases in criminals' use of assault weapons, and 38 percent reported a noticeable increase in criminals' use of high-capacity magazines, according to a 2010 Police Executive Research Forum survey.[6]

## NEW LEGISLATION

The Partnership calls on Congress to pass S.150, the Assault Weapons Ban of 2013, introduced by Senator Dianne Feinstein (D-CA) in the U.S. Senate, and the companion bill, H.R.437, introduced by Representative Carolyn McCarthy (D-NY) in the House of Representatives. The legislation bans the sale, transfer, manufacture and importation of:

---

[2] International Association of Chiefs of Police (IACP), *Taking a Stand: Reducing Gun Violence in Our Communities*, Sept. 2007 (http://www.theiacp.org/PublicationsGuides/TopicalIndex/tabid/216/Default.aspx?id=893&v=1).

[3] Koper, Christopher S., "An Updated Assessment of the Federal Assault Weapons Ban," National Institute of Justice, U.S. Department of Justice, June 2004 (https://www.ncjrs.gov/pdffiles1/nij/grants/204431.pdf).

[4] Koper, Christopher S., "An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003" (http://www.sas.upenn.edu/jerrylee/research/aw_final2004.pdf).

[5] Fallis, David S. and Grimaldi, James V.,"In Virginia, High-Yield Clip Seizures Rise," *Washington Post*, January 23, 2011 (http://www.washingtonpost.com/wp-dyn/content/article/2011/01/22/AR2011012204046.html).

[6] Police Executive Research Forum, *Guns and Crime: Breaking New Ground By Focusing on the Local Impact*, May 2010 (policeforum.org/library/critical-issues-in-policing.../GunsandCrime.pdf).

- *New* semiautomatic rifles that can accept a detachable magazine and have at least one military feature, such as pistol grip; forward grip; folding, telescoping, or detachable stock; grenade launcher or rocket launcher; barrel shroud; or threaded barrel.

- *New* semiautomatic pistols that can accept a detachable magazine and have at least one military feature, including threaded barrel; second pistol grip; barrel shroud; capacity to accept a detachable magazine at some location outside of the pistol grip; or semiautomatic version of an automatic firearm.

- *New* semiautomatic shotguns that have a folding, telescoping, or detachable stock; pistol grip; fixed magazine with the capacity to accept more than five rounds; ability to accept a detachable magazine; forward grip; grenade launcher or rocket launcher; or shotgun with a revolving cylinder.

- *New* high-capacity ammunition feeding devices that have the capacity to hold more than ten rounds of ammunition that come in many forms, including a magazine, belt, drum, or feed strip.

The 2013 Assault Weapons Ban excludes any weapon that is lawfully possessed when the bill is enacted; any firearm manually operated by a bolt, pump, lever or slide action; assault weapons used by military, law enforcement, and retired law enforcement; and antique weapons. It also excludes 2,258 legitimate hunting and sporting rifles and shotguns by specific make and model.

Additionally, the new legislation strengthens the provisions of the expired 1994 law by banning dangerous devices designed to circumvent the law, including bump or slide fire stocks, which are modified stocks that enable semi-automatic weapons to fire at rates similar to fully automatic machine guns; "bullet buttons" that allow rapid replacement of ammunition magazines, frequently used as a workaround to prohibitions on detachable magazines; and thumbhole stocks, a type of stock that was created as a workaround to avoid prohibitions on pistol grips.

The 2013 Assault Weapons Ban addresses the millions of assault weapons and large-capacity magazines currently in existence by requiring a background check on all sales or transfers of grandfathered assault weapons and prohibiting the sale or transfer of high-capacity ammunition feeding devices lawfully possessed on the date of enactment of the bill.

## OUTLAWING ASSAULT WEAPONS AND HIGH-CAPACITY MAGAZINES DOES NOT INFRINGE ON THE SECOND AMENDMENT

The Assault Weapons Ban would affect only a particularly dangerous class of weapons, and law-abiding citizens will continue to be able to choose from and acquire the vast array of firearm models on the market.  In the 2008 case of *District of Columbia v. Heller*, the United States Supreme Court ruled that the Second Amendment protects an individual's right to possess a firearm. The ruling, however, recognized that "like most rights, the right secured by the Second Amendment is not unlimited," and listed several categories of restrictions that are presumptively constitutional, such as: laws prohibiting convicted felons or the mentally ill from possessing firearms; laws prohibiting the carrying of firearms in government buildings or schools; laws prohibiting possession of "dangerous and unusual" weapons that are not "in common use at the time."[7]

## EXAMPLES OF THE DEVASTATION CAUSED BY ASSAULT WEAPONS AND HIGH-CAPACITY AMMUNITION MAGAZINES

---

[7] *District of Columbia v. Heller,* 554 U.S. 570 (2008).

- In Newtown, CT, on December 14, 2012, Adam Lanza allegedly shot and killed 26 people, including 20 first-grade children, at Sandy Hook Elementary School with an assault weapon and multiple 30-round magazines.

- On August 5, 2012, in Oak Creek, WI, Wade Michael Page killed six people and wounded three others at a Sikh temple with a semiautomatic handgun and three 19-round magazines.

- In Aurora, CO, on July 20, 2012, James Holmes allegedly shot and killed 12 people and injured 58 others at a movie theater. Holmes allegedly used two semiautomatic handguns, a shotgun and an assault weapon equipped with a 100-round drum magazine.

- On January 8, 2011, Jared Loughner shot and killed six people and wounded 13 others in Tucson, AZ, including U.S. Representative Gabrielle Giffords. Loughner fired all 33 rounds from a semiautomatic handgun with a 33-round magazine before being tackled while trying to reload another magazine.

- In Fort Hood, TX, on November 5, 2009, Major Nidal Hasan allegedly shot and killed 13 people and wounded 34 others during a rampage at the Fort Hood military installation. He allegedly used a semiautomatic handgun and 20- and 30-round magazines.

- On April 3, 2009, Jiverly Wong shot and killed 13 people and injured four others at the American Civic Association in Binghamton, NY, firing 99 rounds from two semiautomatic handguns. A 30-round capacity magazine was found at the scene.

## AMERICANS SUPPORT FOR A BAN ON ASSAULT WEAPONS AND HIGH-CAPACITY AMMUNITION MAGAZINES

- In a December 2012 poll, 81 percent of registered voters – including 71 percent of gun owners – supported renewing the federal ban on assault weapons.[8]

- In the same December 2012 poll, 72 percent of voters, including 59 percent of gun owners, supported a ban on the sale of high-capacity magazines.[9]

- In a Johns Hopkins University Bloomberg School of Public Health survey, 69 percent of respondents supported a ban on the sale of military-style assault rifles.[10]

- In a January 2013 Washington Post-ABC poll, 58 percent of Americans said they supported a nationwide ban on the sale of assault weapons.[11]

---

[8] Douglas E. Schoen, "National Gun Survey," January 2013
(http://libcloud.s3.amazonaws.com/9/13/a/1088/schoen_summary_memo_-3.pdf).
[9] Douglas E. Schoen, "National Gun Survey," January 2013
(http://libcloud.s3.amazonaws.com/9/13/a/1088/schoen_summary_memo_-3.pdf).
[10] Johns Hopkins Bloomberg School of Public Health Survey, "Majority of Americans Support Dozens of Policies to Strengthen U.S. Gun Laws," Jan. 28, 2013 (http://www.jhsph.edu/news/news-releases/2013/Barry-Majority-of-Americans-Support-Policies-to-Strengthen-Gun-Laws.html).
[11] ABC News/Washington Post Poll, "On Eve of Newtown Recommendations, Most Back New Gun Control Measures, Jan. 14, 2013 (http://www.langerresearch.com/uploads/1146a1GunControl.pdf).

# Exhibit 54

MAY 2015


Violence Policy Center

# A Shrinking Minority

## The Continuing Decline of Gun Ownership in America

WWW.VPC.ORG

## COPYRIGHT AND ACKNOWLEDGMENTS

Copyright © May 2015 Violence Policy Center

The Violence Policy Center (VPC) is a national nonprofit educational organization that conducts research and public education on violence in America and provides information and analysis to policymakers, journalists, advocates, and the general public.

This study was funded with the support of The Herb Block Foundation and The Joyce Foundation. This analysis is published in PDF format and is designed to be printed out in color as a single-sided document.

For a complete list of VPC publications with document links, please visit www.vpc.org/studyndx.htm.

# A SHRINKING MINORITY

## THE CONTINUING DECLINE OF GUN OWNERSHIP IN AMERICA

Gun ownership in America is declining.  This is the unavoidable conclusion from comprehensive, national data spanning more than 40 years contained in the General Social Survey (GSS) conducted by the National Opinion Research Center (NORC) at the University of Chicago.[1]

**GRAPHIC ONE:  THE CONTINUING DECLINE IN HOUSEHOLD GUN OWNERSHIP**



The GSS started in 1972 and completed its most recent round in 2014.  According to NORC, "Except for the U.S. Census, the GSS is the most frequently analyzed source of information in the social sciences."[2]

---

1   General Social Survey (GSS) gun ownership data contained in this report is drawn from the NORC publication *General Social Survey:  Trends in Gun Ownership in the United States, 1972-2014*, Tom W. Smith, Jaesok Son, NORC at the University of Chicago, March 2015.

2   "The General Social Survey (GSS) is one of NORC's flagship surveys and our longest running project…For the last third of a century the GSS has been monitoring social change and the growing complexity of American society. The GSS is the largest project funded by the Sociology Program of the National Science Foundation. Except for the U.S. Census, the GSS is the most frequently analyzed source of information in the social sciences." See http://www3.norc. org/GSS+Website/About+GSS/, downloaded April 7, 2015.

# HOUSEHOLD GUN OWNERSHIP

Since the early 1970s the General Social Survey has asked the question: "Do you happen to have in your home (if house or garage) any guns or revolvers?"  The GSS data available for the years 1973 to 2014[3] presents information on overall household gun ownership, the decline in hunting, and demographic data on household gun ownership.

## OVERALL HOUSEHOLD GUN OWNERSHIP

- From 1977 to 2014, the percentage of American households that reported having any guns in the home dropped by 40 percent.

- During this period household gun ownership hit its peak in 1977, when more than half (53.7 percent) of American households reported having any guns.  By 2014, 32.4 of American households reported having any guns in the home, a drop of more than 20 percentage points.

- In 2014, less than a third of American households reported having a gun in the home.

## GRAPHIC TWO:  HOUSEHOLD GUN OWNERSHIP IN THE UNITED STATES, 1973 TO 2014

| Year | Percent of Adults in Households with Guns | Year | Percent of Adults in Households with Guns | Year | Percent of Adults in Households with Guns | Year | Percent of Adults in Households with Guns |
|---|---|---|---|---|---|---|---|
| 1973 | 48.7 | 1985 | 47.9 | 1994 | 43.8 | 2008 | 35.9 |
| 1974 | 47.6 | 1987 | 48.5 | 1996 | 43.3 | 2010 | 32.1 |
| 1976 | 49.5 | 1988 | 43.1 | 1998 | 36.5 | 2012 | 34.4 |
| 1977 | 53.7 | 1989 | 48.7 | 2000 | 34.2 | 2014 | 32.4 |
| 1980 | 50.3 | 1990 | 45.4 | 2002 | 36.4 | | |
| 1982 | 48.6 | 1991 | 43.4 | 2004 | 37.0 | | |
| 1984 | 48.1 | 1993 | 45.4 | 2006 | 34.4 | | |

## DEMOGRAPHICS OF HOUSEHOLD GUN OWNERSHIP

For the period 2010 to 2014, 39 percent of white survey respondents reported that they lived in a household with a gun. For that same period, 18.1 percent of black respondents reported that they lived in a household with a gun.  Looking at Hispanic ethnicity, 15.2 percent of Hispanic respondents said that they lived in a household with a gun, compared to 36.0 of non-Hispanics.  According to NORC, adults living in "households with firearms are concentrated in rural areas and in regions with more residents living in rural areas."

---

3    Data contained in chart represent years for which the question was asked during the period cited.

## DECLINE IN HUNTING

One of the "main reasons" cited by NORC for the decline in household firearms ownership is "the decrease in the popularity of hunting."  In 1977, 31.6 percent of adults lived in a household where they, a spouse, or both were hunters (see Graphic III).  By 2014 this number had dropped by more than half, to 15.4 percent.[4]

## GRAPHIC THREE: THE DECLINE IN HUNTING, 1977 TO 2014

| Year | Percent Households with Adult Hunters | Year | Percent Households with Adult Hunters | Year | Percent Households with Adult Hunters | Year | Percent Households with Adult Hunters |
|---|---|---|---|---|---|---|---|
| 1977 | 31.6 | 1988 | 22.2 | 1996 | 23.1 | 2008 | 17.6 |
| 1980 | 28.3 | 1989 | 23.4 | 1998 | 19.3 | 2010 | 18.2 |
| 1982 | 26.8 | 1990 | 24.3 | 2000 | 18.7 | 2012 | 19.7 |
| 1984 | 26.7 | 1991 | 23.0 | 2002 | 20.2 | 2014 | 15.4 |
| 1985 | 26.2 | 1993 | 21.0 | 2004 | 19.4 | | |
| 1987 | 25.5 | 1994 | 22.1 | 2006 | 17.2 | | |

## GRAPHIC FOUR:  THE DECLINE IN HUNTING, 1977 TO 2014



Percent of Households with Adult Hunters

---

4    Respondents are asked, "Do you (or does your [husband/wife]) go hunting?"

# PERSONAL GUN OWNERSHIP

Since 1980, General Social Survey respondents who state that they have a gun in their home have then been asked, "Do any of these guns personally belong to you?"  The GSS data for the years 1980 to 2014[5] offers information on overall personal gun ownership, the gender gap in gun ownership, and the growing age gap in gun ownership.

## GRAPHIC FIVE:  PERSONAL GUN OWNERSHIP, 1980 TO 2014

| Year | Percent Overall Personal Ownership | Year | Percent Overall Personal Ownership | Year | Percent Overall Personal Ownership |
|------|------|------|------|------|------|
| 1980 | 28.1 | 1990 | 28.5 | 2002 | 26.3 |
| 1982 | 28.2 | 1991 | 27.0 | 2004 | 25.2 |
| 1984 | 25.3 | 1993 | 29.3 | 2006 | 21.6 |
| 1985 | 30.5 | 1994 | 28.2 | 2008 | 23.5 |
| 1987 | 28.0 | 1996 | 27.1 | 2010 | 20.6 |
| 1988 | 24.9 | 1998 | 22.4 | 2012 | 21.8 |
| 1989 | 27.1 | 2000 | 22.3 | 2014 | 22.4 |

## OVERALL PERSONAL GUN OWNERSHIP

- From 1985 to 2014, the percentage of Americans who reported personally owning a gun dropped more than 26 percent.

- During this period, personal gun ownership hit its peak in 1985, when 30.5 percent of Americans reported personally owning a gun.  By 2014, this number had dropped more than eight percentage points to 22.4 percent.

- In 2014, slightly more than one out of five Americans reported personally owning a gun.

## GENDER GAP IN GUN OWNERSHIP

According to NORC, men "are much more likely to personally own a firearm than women are, but the gender gap has narrowed due to a decline in personal firearm ownership among men," *not an increase among women.*  In 1980, 50.3 percent of men owned a firearm while 10.1 percent of women owned a gun resulting in a gender gap of 40.2 percentage points.  By 2014, gun ownership was 35.1 percent for men and 11.7 percent for women, resulting in a gender gap of 23.4 percentage points.

According to NORC, "Personal ownership of firearms has not appreciably change[d] for women from 1980 through 2014. Between nine percent and 14 percent of women personally owned a firearm during those years and *there is no meaningful trend in the level of personal ownership.* [Emphasis added.]  In 1980, 10.1 percent personally owned a firearm and in 2014 11.7 percent did."

5    Data contained in chart represent years for which the question was asked during the period cited.

**GROWING AGE GAP IN GUN OWNERSHIP**

According to NORC, "Personal firearms ownership used to vary little across age cohorts." In 1980, 23.5 percent of those under 35 owned a gun while 27.4 percent of those 65 years of age and older owned a gun, resulting in an age gap of 3.9 percentage points. By 2014, this gap had expanded to 16.4 percentage points, with gun ownership at 14.0 percent among those under 35 and 30.4 percent for those 65 years of age and older.

## REASONS FOR THE DECLINE

Key factors contributing to the continuing decline in household and personal gun ownership in America include the following.

■   The aging of the current-gun owning population, primarily white males, and a lack of interest in guns by youth.

■   The end of military conscription.

■   The decreasing popularity of hunting.

■   Land-use issues that limit hunting and other shooting activities.

■   Environmental and zoning issues that force shooting ranges to close and limit new range construction.

■   The increase in single-parent homes headed by women.

 **Violence Policy Center**

1730 Rhode Island Avenue, NW   Suite 1014

Washington, DC 20036

WWW.VPC.ORG