XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General
State Bar No. 232650
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-6879
  Fax: (916) 324-8835
  E-mail: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**NOTICE OF APPEARANCE**<br><br>Courtroom: 5A<br>Judge:    Hon. Roger T. Benitez<br>Action Filed:    May 17, 2017 |

PLEASE TAKE NOTICE that Deputy Attorney General Anthony P. O'Brien hereby enters his appearance as counsel for Defendant Attorney General Xavier Becerra in this action. Mr. O'Brien is a member of the State Bar of California and is admitted to practice in Southern District of California. His contact information is as follows:

>Anthony P. O'Brien
>1300 I Street, Suite 125
>Sacramento, CA 95814
>Telephone: (916) 323-6879
>Facsimile: (916) 324-8835
>E-mail: anthony.obrien@doj.ca.gov

Dated: June 6, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Anthony P. O'Brien*
ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendant*
*Attorney General Xavier Becerra*

SA2017107272
12713874.doc

# CERTIFICATE OF SERVICE

| Case Name: | **Duncan, Virginia et al v. Xavier Becerra** | No. | **17-cv-1017-BEN-JLB** |
|---|---|---|---|

I hereby certify that on June 6, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 6, 2017, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2017107272
12713894.doc