C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>                           Plaintiffs,<br><br>                    v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>                           Defendant. | Case No:  17-cv-1017-BEN-JLB<br><br>**NOTICE OF APPEARANCE OF ANNA M. BARVIR FOR PLAINTIFFS**<br><br>Action Filed: May 17, 2017 |

PLEASE TAKE NOTICE that Anna M. Barvir hereby enters her appearance as counsel for Plaintiffs Virginia Duncan, Richard Lewis, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle & Pistol Association, Incorporated. Ms. Barvir is a member of the State Bar of California and is admitted to practice in Southern District of California. Her contact information is as follows:

1 | Anna M. Barvir
2 | Michel & Associates, P.C.
3 | 180 East Ocean Blvd., Suite 200
  | Long Beach, CA 90802
4 | Telephone: (562) 216-4444
  | Facsimile: (562) 216-4445
5 | Email: abarvir@michellawyers.com

7 | Dated: June 7, 2017                          **MICHEL & ASSOCIATES, P.C.**

9 | <u>s/ Anna M. Barvir</u>
  | Anna M. Barvir
10| Email: abarvir@michellawyers.com
  | Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

 I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

 I have caused service of the following documents, described as:

**NOTICE OF APPEARANCE OF ANNA M. BARVIR FOR PLAINTIFFS**

on the following parties by electronically filing the foregoing on June 7, 2017, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Ms. Alexandra Robert Gordon
Deputy Attorney General
alexandra.robertgordon@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
1300 I Street, Suite 125
Sacramento, CA 95814

 I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2017, at Long Beach, CA.

            s/Anna M. Barvir
            Anna M. Barvir