IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(Local Rule 12.1)**<br><br>Dept: 5A<br>Judge: Hon. Roger T. Benitez<br>Action Filed: May 17, 2017 |

Plaintiffs Virginia Duncan, Richard Lewis, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle & Pistol Association ("Plaintiffs") and Defendant Attorney General Xavier Becerra (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 17, 2017, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief;

WHEREAS, on May 26, 2017, Plaintiff filed a Motion for Preliminary Injunction, which will be heard on June 13, 2017;

WHEREAS, Defendant's last day to answer or otherwise respond to Plaintiff's Complaint currently is June 12, 2017;

WHEREAS, in the interest of efficiency and economy, the Parties agree that Defendant's time to answer or otherwise respond to the Complaint should be extended until after the resolution of the Motion for Preliminary Injunction;

WHEREAS, no previous extensions have been sought since the filing of Plaintiff's Complaint for Declaratory and Injunctive Relief;

//
//
//
//

THEREFORE, pursuant to Local Rule 12.1 and in consideration of the foregoing, it is hereby stipulated that:

Defendant's last day to answer or otherwise respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief shall be no later than 21 days after entry of this Court's order regarding the Motion for Preliminary Injunction.

Dated:  June 7, 2017                                      Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorneys General

*/s/ Alexandra Robert Gordon*

ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendant*
*Attorney General Xavier Becerra*

Dated:  June 7, 2017                                      By: MICHEL & ASSOCIATES, P.C.

*/s/ Anna M. Barvir*

ANNA M. BARVIR
*Attorneys for Plaintiffs Virginia Duncan, Richard Lewis, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle & Pistol Association*

HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, **IT IS SO ORDERED**:

Dated: _____     _____
                                                              Hon. Roger T. Benitez

SA2017107272
Stipulation and Order re EOT to Answer or Otherwise Respond.doc

3

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Duncan, Virginia et al v. Xavier Becerra** | No. | **17-cv-1017-BEN-JLB** |

I hereby certify that on June 7, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 7, 2017, at Sacramento, California.

| | |
|---|---|
| Tracie L. Campbell | /s/ Tracie Campbell |
| Declarant | Signature |

SA2017107272
12714821.doc