C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>                Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES** |

      Pursuant to Local Rule 40.1(f), Plaintiffs Duncan, Lewis, Lovette, Marguglio, Waddell, and California Rifle & Pistol Association, Incorporated ("Plaintiffs"), through their counsel, note the following as a potentially related case: *Wiese v. Becerra*, Case No. 2:17-cv-00903-WBS-KJN, filed in the Eastern District of California, Fresno Division, on April 28, 2017.

1    *Wiese* is a case filed by several individuals from all over the state and from other
2  states, along with a number of organizations, that is potentially related to this case. Like
3  Plaintiffs here, the *Wiese* plaintiffs assert Second Amendment and Takings Clause
4  challenges to Penal Code section 32310. There are significant differences, as well. *Wiese*
5  brings a multi-part vagueness challenge that, at least partially, relies on interpretations of
6  California law. *Wiese* additionally challenges Penal Code section 32390 on the basis that
7  it allegedly declares "large capacity magazines" to be a "nuisance" under California law,
8  which is a disputed interpretation of that statute.
9    It is unlikely that assignment of these cases to a single district judge would effect a
10 saving of judicial effort or other economies. Plaintiffs' noticed motion for preliminary
11 injunction is submitted and pending decision. Plaintiffs received notice that the *Wiese*
12 plaintiffs yesterday, June 14, 2017, filed a "Motion for Temporary Restraining Order, and
13 Issuance of Preliminary Injunction" only one day after Senior Judge William B. Shubb
14 issued an order summarily denying without prejudice the motion for temporary
15 restraining order (which was filed the day before that order issued). *Weise v. Becerra*, No.
16 2:17-cv-0903 WBS KJN (E.D. Cal. Jun. 13, 2017) (order denying motion for temporary
17 restraining order). The order invited the *Wiese* plaintiffs to renew their motion "at such
18 time as plaintiffs may seriously want the court to rule on it," indicating that "the
19 circumstances described in the Supplemental Declaration of George M. Lee" (counsel for
20 the *Wiese* plaintiffs) made the motion premature. *Ibid*. That declaration notified the court
21 of: "a pending matter in another court, hearing of which is scheduled today (June 13) at
22 10:00 a.m., wherein the plaintiffs in that matter are seeking substantially similar relief as
23 that set forth in the motion we filed yesterday. See: Duncan v. Becerra, U.S. District
24 Court for the Southern District of California, Case No. 17-cv-1017-BEN-JLB, Hon.
25 Roger T. Benitez, presiding, filed 5/17/17;" and concluded that "if complete relief is
26 granted to the plaintiffs today in the *Duncan* matter, it may determine when and/or
27 whether the instant motion should be scheduled." (Supplemental Decl. in support of
28 Plaintiff's Motion for Temporary Restraining Order, Jun. 13, 2016, Docket No. 25) *Weise*

*v. Becerra*, No. 2:17-cv-0903 WBS KJN. Upon the renewed "Motion for Temporary Restraining Order, and Issuance of Preliminary Injunction" being filed the very next day (yesterday), Judge Shubb, the same day, ordered its hearing to be held before him on Friday, June 16, 2017 at 10:00 AM, giving the defendant, California Attorney General Xavier Becerra until 12:00 PM today to file an opposition. *Weise v. Becerra*, No. 2:17-cv-0903 WBS KJN (E.D. Cal. Jun. 14, 2017) (order granting hearing on Plaintiffs renewed Motion for Preliminary Injunction).

Related cases that have been terminated include:

1) *Fyock v. City of Sunnyvale*, Case No. C 13-05807. Filed in the Northern District of California, San Jose Division, on December 16, 2013, the case was voluntarily dismissed without prejudice on November 30, 2016.

2) *S.F Veteran Police Officers' Ass'n v. City and County of San Francisco*, Case No. C 13-05351. Filed in the Northern District of California, San Francisco Division, on November 19, 2013, the case was voluntarily dismissed without prejudice on March 14, 2014.

Dated: June 15, 2017               **MICHEL & ASSOCIATES, P.C.**

                                   s/C.D. Michel
                                   C.D. Michel
                                   Email: cmichel@michellawyers.com
                                   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>                Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

### PLAINTIFFS' NOTICE OF RELATED CASES

on the following parties by electronically filing the foregoing on June 15, 2017, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Ms. Alexandra Robert Gordon<br>Deputy Attorney General<br>alexandra.robertgordon@doj.ca.gov<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Anthony P. O'Brien<br>Deputy Attorney General<br>anthony.obrien@doj.ca.gov<br>1300 I Street, Suite 125<br>Sacramento, CA 95814 |

and on the following parties by mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing an affidavit. Executed on June 15, 2017.

1  George M. Lee                                  Raymond M. DiGuiseppe
2  Douglas A. Applegate                           Law Offices of Raymond Mark
   Seiler Epstein Ziegler & Applegate LLP         Diguiseppe, PLLC
3  601 Montgomery Street, Suite 2000              4002 Executive Park Blvd., Suite 600
   San Francisco, CA 94111                        Southport, NC 28461
4
5      I declare under penalty of perjury that the foregoing is true and correct. Executed
   on June 15, 2017, at Long Beach, CA.
6
7                                                  _____
8                                                  Laura Palmerin
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28