NAME AND ADDRESS OF ATTORNEY

Alexandra Robert Gordon
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004

PHONE: (415) 703-5509

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE  Hon. Roger T. Benitez                COURT REPORTER  Deborah O'Connell

VIRGINIA DUNCAN, et al.,

                                                  CIVIL NO.  17-cv-1017-BEN-JLB

(Appellant/Appellee)        Plaintiff

vs

XAVIER BECERRA, in his official capacity as       NOTICE OF APPEAL        (Civil)
Attorney General of the State of California; et al.,

(Appellant/Appellee)        Defendant

Notice is hereby given that  Attorney General Xavier Becerra

☐ Plaintiff   ☒ Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

☒ Ninth Circuit                         ☐ Federal Circuit

from the:   (check appropriate box)

☐ Final Judgment                        ☒ Order (describe)

entered in this proceeding on the ___29___ day of ___June___, 20 _17_.
Transcripts required   ☒ Yes         ☐ No.
Date civil complaint filed:   5/17/17 .

Date: 7/27/17                           /s/ Alexandra Robert Gordon
                                        Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Duncan, Virginia et al v. Xavier Becerra** | No. | **17-cv-1017-BEN-JLB** |

I hereby certify that on <u>July 27, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 27, 2017</u>, at Sacramento, California.

| | |
|---|---|
| Tracie L. Campbell | */s/ Tracie Campbell* |
| Declarant | Signature |

SA2017107272
12766650.doc