TAMAR PACHTER
Supervising Deputy Attorney General
NELSON R. RICHARDS
ANTHONY P. O'BRIEN
Deputy Attorneys General
ALEXANDRA ROBERT GORDON
Deputy Attorney General
State Bar No. 207650
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5509
 Fax: (415) 703-5480
 E-mail:
 Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendant
Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, et al.,** | 17-cv-1017-BEN-JLB |
| Plaintiffs, | **REPRESENTATION STATEMENT** |
| v. | **(Fed. R. App. P. 12(b))** |
| **XAVIER BECERRA, in his official capacity as Attorney General of the State of California; et al.,** | Dept:  5A<br>Judge: Hon. Roger T. Benitez<br>Action Filed:  May 17, 2017 |
| Defendants. | |

Pursuant to Federal Rule of Appellate Procedure 12(b), Defendant and Appellant Xavier Becerra, Attorney General of California, submits the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

Plaintiffs and Appellees Virginia Duncan, Richard Lewis, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle & Pistol Association are represented in this matter by the following counsel:

Carl D. Michel
Anna M. Barvir
Sean Brady
Michel & Associates, P. C.
180 East Ocean Blvd.
Suite 200
Long Beach, CA 90802
Phone: 562-216-4444
Fax: 562-216-4445
Email: cmichel@michellawyers.com
       abarvir@michellawyers.com
       sbrady@michellawyers.com

Defendant and Appellant Xavier Becerra, Attorney General of California is represented in this matter by the following counsel:

| | |
|---|---|
| Xavier Becerra | Alexandra Robert Gordon |
| Attorney General of California | Deputy Attorney General |
| Thomas S. Patterson | 455 Golden Gate Avenue, Suite 11000 |
| Senior Assistant Attorney General | San Francisco, CA  94102-7004 |
| Tamar Pachter | Telephone:  (415) 703-5509 |
| Supervising Deputy Attorney General | Fax:  (415) 703-5480 |
| Nelson R. Richards | Email: |
| Anthony P. O'Brien | Alexandra.RobertGordon@doj.ca.gov |
| Deputy Attorneys General | Tamar.Pachter@doj.ca.gov |
| | Nelson.Richards@doj.ca.gov |
| | Anthony.OBrien@doj.ca.gov |

Dated:  July 27, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　XAVIER BECERRA
　　　　　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　　　　　TAMAR PACHTER
　　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　NELSON R. RICHARDS
　　　　　　　　　　　　　　　　　　　　ANTHONY P. O'BRIEN
　　　　　　　　　　　　　　　　　　　　Deputy Attorneys General

　　　　　　　　　　　　　　　　　　　　*/s/ Alexandra Robert Gordon*
　　　　　　　　　　　　　　　　　　　　ALEXANDRA ROBERT GORDON
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*Attorney General Xavier Becerra*

# CERTIFICATE OF SERVICE

| Case Name: | **Duncan, Virginia et al v. Xavier Becerra** | No. | **17-cv-1017-BEN-JLB** |
|---|---|---|---|

I hereby certify that on <u>July 27, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REPRESENTATION STATEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 27, 2017</u>, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2017107272
12766657.doc