1  XAVIER BECERRA
   Attorney General of California
2  TAMAR PACHTER
   Supervising Deputy Attorney General
3  NELSON R. RICHARDS
   ANTHONY P. O'BRIEN
4  Deputy Attorneys General
   ALEXANDRA ROBERT GORDON
5  Deputy Attorney General
   State Bar No. 207650
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5509
    Fax: (415) 703-5480
8   E-mail:
    Alexandra.RobertGordon@doj.ca.gov
9  *Attorneys for Defendant*
   *Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING APPEAL**<br><br>Date: September 11, 2017<br>Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge:      Hon. Roger T. Benitez<br>Trial Date:     None Set<br>Action Filed:   May 17, 2017 |

1

Notice of Motion and Motion to Stay (17-cv-1017-BEN-JLB)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT on September 11, 2017 at 10:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 5A of the United States District Court, located at 221 West Broadway, San Diego, California, Defendant Attorney General Xavier Becerra, in his official capacity, will and hereby does move to stay the proceedings in this action pending the resolution of the appeal filed on July 27, 2017 in the United States Court of Appeals for the Ninth Circuit of this Court's June 29, 2017 Order granting the motion for preliminary injunction in this action.

This motion is based on the Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the pleadings and papers on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice.

Dated: August 7, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
NELSON R. RICHARDS
ANTHONY P. O'BRIEN
Deputy Attorneys General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendant*
*Attorney General Xavier Becerra*