IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**VIRGINIA DUNCAN, et al.,**

Plaintiffs,

**v.**

**XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,**

Defendants.

Case No. 17-cv-1017-BEN-JLB

**[PROPOSED] ORDER GRANTING DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S MOTION TO STAY PROCEEDINGS PENDING APPEAL**

The motion to stay district court proceedings pending appeal of defendant Attorney General Xavier Becerra, came on for hearing in this Court on September 11, 2017, at 10:30 a.m., in Courtroom 5A, before the Honorable Roger T. Benitez, United States District Court Judge. Sean Brady and Anna M. Barvir appeared for plaintiffs. Deputy Attorney General Alexandra Robert Gordon appeared for defendant.

Having considered the defendant's motion and plaintiffs' opposition, the other pleadings and documents on file in this case, and the arguments of the parties, and good cause appearing, the Court hereby GRANTS defendant's motion. All proceedings in this case are stayed pending the resolution of the appeal filed on July 27, 2017 in the United States Court of Appeals for the Ninth Circuit of this Court's June 29, 2017 Order granting the motion for preliminary injunction in this action.

IT IS SO ORDERED.

Dated: ______________________ ______________________________
Honorable Roger T. Benitez