# CERTIFICATE OF SERVICE

Case Name:   **Duncan, Virginia et al v. Xavier Becerra**          No.   **17-cv-1017-BEN-JLB**

I hereby certify that on <u>August 7, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING APPEAL**

**DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL**

**[PROPOSED] ORDER GRANTING DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S MOTION TO STAY PROCEEDINGS PENDING APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 7, 2017</u>, at San Francisco, California.

| N. Newlin | /s/ N. Newlin |
|---|---|
| Declarant | Signature |

SA2017107272
21011189.doc