FILED

SEP 7 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

VIRGINIA DUNCAN; et al.,

Plaintiffs-Appellees,

v.

XAVIER BECERRA, in his official capacity as Attorney General of the State of California,

Defendant-Appellant.

No. 17-56081

D.C. No.
3:17-cv-01017-BEN-JLB
Southern District of California,
San Diego

ORDER

Before: Peter L. Shaw, Appellate Commissioner

Appellant's unopposed motion (Docket Entry No. 8) for a second extension of time to file the opening brief is granted. The opening brief is due October 12, 2017. The answering brief is due November 13, 2017. The optional reply brief is due within 21 days after service of the answering brief.

04SEPT2017/LBS/AC/Pro Mo