1  C.D. Michel – SBN 144258
   Sean A. Brady – SBN 262007
2  Anna M. Barvir – SBN 268728
   Matthew D. Cubeiro – SBN 291519
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
5  Telephone: (562) 216-4444
   Facsimile: (562) 216-4445
6  Email: abarvir@michellawyers.com

7  Attorneys for Plaintiffs

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Duncan, et al. v. Becerra*
Case No.: 17-cv-1017-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

1. **JOINT MOTION TO EXTEND TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**

2. **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**

on the following parties by electronically filing the foregoing on December 1, 2017, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Alexandra Robert Gordon | Anthony P. O'Brien |
| Deputy Attorney General | Deputy Attorney General |
| alexandra.robertgordon@doj.ca.gov | anthony.obrien@doj.ca.gov |
| 455 Golden Gate Avenue, Suite 11000 | 1300 I Street, Suite 125 |
| San Francisco, CA 94102-7004 | Sacramento, CA 95814 |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2017, at Long Beach, CA.

/s/Laura Palmerin
Laura Palmerin