UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>                    Defendant. | 17-cv-1017-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**<br><br><br><br>**[ECF Nos. 38, 45]** |

The Court has before it the parties' Joint Motion to Extend Time to File Motion for Summary Judgment (ECF No. 45).  Having considered the Motion and good cause appearing therefor, the Court is of the opinion that the parties' motion should be GRANTED.

It is therefore ORDERED that the last day to file dispositive motions is extended by 31 days, to and including **March 5, 2018**.


Dated:  December 5, 2017

Hon. Jill L. Burkhardt
United States Magistrate Judge