FILED

JAN 09 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR DISMISSAL OF PLAINTIFF RICHARD LEWIS** |

The Court has before it Plaintiffs' Unopposed Motion for Dismissal of Plaintiff Richard Lewis. Having considered the parties' joint motion and good cause appearing therefor, the Court is of the opinion hat the parties' motion should be GRANTED.

Plaintiff Lewis is hereby dismissed from this action, while the remainder of the case proceeds. IT IS SO ORDERED.

Date: 1/09/2018

Honorable Judge Roger T. Benitez