1  C.D. Michel – SBN 144258
   Sean A. Brady – SBN 262007
2  Anna M. Barvir – SBN 268728
   Matthew D. Cubeiro – SBN 291519
3  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: (562) 216-4444
5  Facsimile: (562) 216-4445
6  Email: abarvir@michellawyers.com

7  Attorneys for Plaintiffs

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11  VIRGINIA DUNCAN, et al.,                Case No:  17-cv-1017-BEN-JLB

12                     Plaintiffs,          **JOINT MOTION OF THE PARTIES
                                            TO ADOPT STIPULATED
13            v.                            BRIEFING SCHEDULE**

14
    XAVIER BECERRA, in his official
15  capacity as Attorney General of the State
    of California,
16
17                     Defendant.

18

19

20

21        COME NOW THE PARTIES, Plaintiffs Virginia Duncan, Patrick Lovette,

22  David Marguglio, Christopher Waddell, and California Rifle & Pistol Association,

23  Incorporated, and Defendant Xavier Becerra, through their respective attorneys of

24  record, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules

25  7.1 and 7.2, hereby jointly move the Court to adopt the stipulated briefing schedule for

26  Plaintiffs' summary judgment set forth below.

27        WHEREAS, Plaintiffs filed their Complaint for Declaratory and Injunctive

28  Relief with this Court on May 17, 2017;

                                    1
    JOINT MOTION TO ADOPT STIPULATED BRIEFING SCHEDULE
                                                        17cv1017

1    WHEREAS, the Court issued a scheduling order on August 4, 2017, setting a

2  deadline of February 2, 2018, for all pre-trial motions, including dispositive motions;

3    WHEREAS, the parties jointly requested that this Court extend the time to file

4  dispositive motions, including motions for summary judgment, until March 5, 2018;

5    WHEREAS, the Court granted the parties' joint motion to extend time to file

6  dispositive motions on December 5, 2017;

7    WHEREAS, Plaintiffs are on course to file their motion for summary judgment

8  and all supporting documents on or before March 5, 2017, in accordance with this

9  Court's December 5, 2017, order;

10    WHEREAS, the parties have mutually agreed to reserve and notice the hearings

11  on Plaintiffs' motion for summary judgment for April 30, 2018;

12    WHEREAS, under Local Rule 7.1(e)(2), the Defendant's opposition to

13  summary judgment, supporting documents, and objections to evidence would be due

14  on or before April 16, 2018, or 14 days calendar before the hearing;

15    WHEREAS, under Local Rule 7.1(e)(3), Plaintiffs' reply to Defendant's

16  opposition to summary judgment, supporting documents, and objections to evidence

17  would be due on or before April 23, 2018, or seven calendar days before the hearing;

18    WHEREAS, the parties agree that it is in the best interest of both the parties and

19  the Court to provide additional time for Plaintiffs to prepare their reply, supporting

20  documents, and objections in this important, constitutional law challenge; and

21    WHEREAS, the parties have agreed to the following deadlines, shortening

22  Defendant's time to file the opposition to summary judgment:

23    1.    Defendant Xavier Becerra shall file his opposition to summary judgment,

24  all supporting documents, and objections to evidence on or before April 9, 2018;

25    2.    Plaintiffs Virginia Duncan, Patrick Lovette, David Marguglio,

26  Christopher Waddell, and California Rifle & Pistol Association, Incorporated shall

27  file their respective reply to Defendant's opposition to summary judgment, all

28

2

JOINT MOTION TO ADOPT STIPULATED BRIEFING SCHEDULE

17cv1017

1 supporting documents, and objections to evidence filed in support of the opposition on

2 or before April 23, 2018.

3        The parties hereby jointly request that the Court grant the relief sought by this

4 motion and amend the briefing schedule in this case in accordance therewith.

5

6                                        Respectfully submitted,

7 Dated: March 2, 2018                    MICHEL & ASSOCIATES, P.C.

8                                         /s/Anna M. Barvir

9                                         ANNA M. BARVIR
                                          Email: abarvir@michellawyers.com
10                                        *Attorneys for Plaintiffs Virginia Duncan,*
                                          *Patrick Lovette, David Marguglio, Christopher*
11                                        *Waddell, and California Rifle & Pistol*
                                          *Association*
12

13

14 Dated: March 2, 2018                   XAVIER BECERRA
                                          Attorney General of California
15                                        CONSTANCE L. LELOUIS
                                          Supervising Deputy Attorney General
16                                        ALEXANDRA ROBERT GORDON
                                          Deputy Attorney General
17

18                                        /s/Anthony P. O'Brien

19                                        ANTHONY P. O'BRIEN
                                          Email: anthony.obrien@doj.ca.gov
20                                        Deputy Attorney General
                                          *Attorneys for Defendant Attorney General*
21                                        *Xavier Becerra*

22

23

24        The below filer attests that concurrence in the filing of this document has been

25 obtained from the above signatories.

26 Dated: March 2, 2018          By:   /s/Anna M. Barvir
                                        Anna M. Barvir
27

28

JOINT MOTION TO ADOPT STIPULATED BRIEFING SCHEDULE

17cv1017

**<u>CERTIFICATE OF SERVICE</u>**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: *Duncan, et al. v. Becerra*
Case No.: 17-cv-1017-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**JOINT MOTION OF THE PARTIES TO
ADOPT STIPULATED BRIEFING SCHEDULE**

on the following parties by electronically filing the foregoing on March 2, 2018, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Alexandra Robert Gordon
Deputy Attorney General
alexandra.robertgordon@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
1300 I Street, Suite 125
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2018, at Long Beach, CA.

Laura Palmerin

CERTIFICATE OF SERVICE

17cv1017