C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>                Defendant. | Case No:  17-cv-1017-BEN-JLB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:  April 30, 2018<br>Hearing Time:  10:30 a.m.<br>Judge:  Hon. Roger T. Benitez<br>Courtroom:  5A |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

      Please take notice that on April 30, 2018, at 10:30 a.m. or as soon thereafter as counsel may be heard in Courtroom 5A of the above-captioned court, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Virginia Duncan, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle and Pistol Association, Incorporated (CRPA), will and hereby do move for summary judgment under Rule 56 of the Federal Rules of Civil Procedure as to each claim asserted in Plaintiffs' Complaint for Declaratory and Injunctive Relief. Alternatively, Plaintiffs

move for partial summary judgment under Rule 56 as to those claims arising from the Takings and Due Process Clauses of the United States Constitution.

Plaintiffs bring this motion because there is no genuine dispute that (1) Second Amendment to the United States Constitution protects the individual right of every law-abiding citizen to possess and acquire magazines over ten rounds, which are typically possessed for lawful purposes; and (2) the state of California cannot establish the required "reasonable fit" between its flat ban on such magazines and its interests in public safety. The state's magazine ban thus cannot survive constitutional scrutiny, and Plaintiffs are entitled to judgment as a matter of law.

Summary judgment is also undoubtedly proper as to Plaintiffs' claims that the state's confiscatory and retrospective ban on the possession of magazines over ten rounds without government compensation constitutes an unconstitutional taking and violates due process. These claims each involve pure questions of law. To the extent the Court finds some genuine issue as to any material fact related to Plaintiffs' Second Amendment claim, and is thus inclined to deny summary judgment, Plaintiffs seek partial summary judgment on their takings and due process claims.

This motion is based on this notice, as well as the memorandum of points and authorities, the declaration of Anna M. Barvir and attached exhibits, and the declarations of Virginia Duncan, Patrick Lovette, David Marguglio, Christopher Waddell, and CRPA, filed simultaneously herewith. This motion is also based on the papers and pleadings already on file in this motion and such matters as may be presented to the Court at the hearing.

Dated: March 5, 2018　　　　　　　　　　**MICHEL & ASSOCIATES, P.C.**

/s/ Anna M. Barvir  
Anna M. Barvir  
Email: abarvir@michellawyers.com  
Attorneys for Plaintiffs