| | |
|---|---|
| 1 | C.D. Michel – SBN 144258 |
| 2 | Sean A. Brady – SBN 262007<br>Anna M. Barvir – SBN 268728 |
| 3 | Matthew D. Cubeiro – SBN 291519<br>MICHEL & ASSOCIATES, P.C. |
| 4 | 180 E. Ocean Boulevard, Suite 200<br>Long Beach, CA 90802 |
| 5 | Telephone: (562) 216-4444<br>Facsimile: (562) 216-4445 |
| 6 | Email: abarvir@michellawyers.com |
| 7 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>　　　　　　　　　　Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF VIRGINIA DUNCAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:　April 30, 2018<br>Hearing Time:　10:30 a.m.<br>Judge:　Hon. Roger T. Benitez<br>Courtroom:　5A |

# DECLARATION OF VIRGINIA DUNCAN

1. I, Virginia Duncan, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of San Diego County, California.

3. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States or the state of California. I have never been found by any law enforcement agency, any court, or any other government agency to be irresponsible, unsafe, or negligent with firearms in any manner.

4. I do not currently own an ammunition magazine capable of holding more than ten rounds.

5. Due to the authorities' current enforcement of California Penal Code section 32310, I am prohibited from acquiring or possessing, within the state of California, any magazine capable of holding more than ten rounds that has not been permanently altered so that it cannot accommodate more than ten rounds, is not a .22 caliber tube ammunition feeding device, and is not a tubular magazine that is contained in a lever-action firearm, as I do not qualify for any of the limited exceptions to section 32310's restrictions.

6. But for the authorities' current enforcement of California Penal Code section 32310, I would immediately acquire and continuously possess a magazine capable of holding more than ten rounds within the state of California for in-home self-defense to effectively protect myself and others from a threat that cannot be effectively neutralized with ten or fewer rounds, such as multiple armed home-intruders. I would also immediately acquire and continuously possess such a magazine for other lawful purposes, including to properly train for such defensive situations, as well as for use in the course of my work in predator management, as discharging more than ten rounds can be necessary to effectively stop certain pack-hunting predators, like coyotes, from attempting to attack people or the livestock I protect as a service to

landowners, including ranchers and farmers. Having to change a magazine after expending ten rounds during a continuing self-defense situation not only slows my ability to respond to the threat such that I may be unable to re-load my firearm in time to effectively defend myself and others in my home, but it also requires me to always have an additional magazine on hand, which is not always feasible. The same applies to my depredation work.

7. If this court declares California Penal Code section 32310 invalid or otherwise enjoins its enforcement, I will immediately acquire and continue to possess a magazine capable of holding more than ten rounds within the state of California for in-home self-defense and those other lawful purposes, to the extent permitted by law.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on February 28, 2018.

_____
Virginia Duncan
Declarant