C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>             Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF PATRICK LOVETTE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   April 30, 2018<br>Hearing Time:  10:30 a.m.<br>Judge:          Hon. Roger T. Benitez<br>Courtroom:      5A |

1
DECLARATION OF PATRICK LOVETTE

# DECLARATION OF PATRICK LOVETTE

1. I, Patrick Lovette, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of San Diego County, California.

3. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States or the state of California. I have never been found by any law enforcement agency, any court, or any other government agency to be irresponsible, unsafe, or negligent with firearms in any manner.

4. Prior to January 1, 2000, in accordance with state and federal law, I acquired an ammunition feeding device capable of holding more than ten rounds that meets the definition of a "large capacity magazine" under California Penal Code section 16740.

5. I have never been arrested for, charged with, or found guilty of using this or any magazine in an unlawful, unsafe, or negligent manner.

6. I originally selected, and currently still own and possess, this magazine for only lawful purposes, especially for self-defense training, target practice, and in-home self-defense to effectively protect myself and others from a threat that cannot be effectively neutralized with ten or fewer rounds, such as multiple armed home-intruders.

7. In my experience as a certified firearms instructor, to change a magazine after expending ten rounds during a continuing self-defense situation would not only slow my ability to respond to the threat such that I may be unable to re-load my firearm in time to effectively defend myself or others in my home, but it would also require me to always have an additional magazine on hand, which is not always feasible.

8. Enforcement of California Penal Code section 32310's general ban on the possession of "large capacity magazines" would require me to dispossess myself of

my magazine capable of holding more than ten rounds while within the state of California, as I do not qualify for any of the exceptions to section 32310's restriction and my magazine has not been permanently altered so that it cannot accommodate more than ten rounds, is not a .22 caliber tube ammunition feeding device, and is not a tubular magazine that is contained in a lever-action firearm.

9. Due to the authorities' current enforcement of California Penal Code section 32310's other provisions, I am prohibited from acquiring, within the state of California, any magazine capable of holding more than ten rounds that has not been permanently altered so that it cannot accommodate more than ten rounds, is not a .22 caliber tube ammunition feeding device, and is not a tubular magazine that is contained in a lever-action firearm, as I do not qualify for any of the limited exceptions to section 32310's restrictions.

10. But for the enforcement of California Penal Code section 32310 precluding me from doing so, I would continuously possess my lawfully acquired magazine capable of holding more than ten rounds within the state of California for lawful purposes, including in-home self-defense, and would immediately acquire more such magazines for the same lawful purposes.

11. If this Court declares California Penal Code section 32310 invalid or otherwise enjoins its enforcement, I will continue to possess the "large capacity magazine" I currently own and possess, and I will immediately acquire additional magazines capable of holding more than ten rounds within the state of California for in-home self-defense and other lawful purposes, to the extent permitted by law.

/ / /

/ / /

12. If this Court does not declare California Penal Code section 32310 invalid or otherwise enjoin its enforcement, I will immediately dispossess myself of any "large capacity magazine" I currently possess while within the State of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on March 1, 2018.

_____
Patrick Lovette
Declarant