C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>                    Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF RICHARD FRANCIS TRAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   April 30, 2018<br>Hearing Time:   10:30 a.m.<br>Judge:          Hon. Roger T. Benitez<br>Courtroom:      5A |

1
DECLARATION OF RICHARD FRANCIS TRAVIS

17cv1017

# DECLARATION OF RICHARD FRANCIS TRAVIS

1. I, Richard Francis Travis, am the Executive Director of the California Rifle & Pistol Association, Incorporated (CRPA), a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. CRPA is a non-profit membership organization classified under section 501(c)(4) of the Internal Revenue Code and incorporated under the laws of California, with headquarters in Fullerton, California.

3. Founded in 1875, CRPA seeks to defend the Second Amendment and advance laws that protect the rights of individual citizens. CRPA works to preserve the constitutional and statutory rights of gun ownership, including the right to self-defense, the right to hunt, and the right to keep and bear arms. CRPA is also dedicated to promoting the shooting sports, providing education, training, and organized competition for adult and junior shooters. CRPA's members include law enforcement officers, prosecutors, professionals, firearm experts, and members of the public.

4. CRPA's membership includes individuals who do not currently own an ammunition magazine capable of holding more than ten rounds.

5. CRPA's membership includes individuals who, due to the current enforcement of California Penal Code section 32310, are prohibited from acquiring or possessing, within the state of California, any magazine capable of holding more than ten rounds that has not been permanently altered so that it cannot accommodate more than ten rounds, is not a .22 caliber tube ammunition feeding device, and is not a tubular magazine that is contained in a lever-action firearm, because they do not qualify for any of the limited exceptions to section 32310's restrictions.

6. CRPA's membership includes individuals who, but for the current enforcement of California Penal Code section 32310, would immediately acquire and continuously own a magazine capable of holding more than ten rounds within the state

of California to the extent permitted by law for lawful purposes, including for in-home self-defense, hunting, and competing, as well as training for each of these.

7. CRPA's membership includes individuals who, if this court declares California Penal Code section 32310 invalid or otherwise enjoins its enforcement, will immediately acquire and continue to possess a magazine capable of holding more than ten rounds within the state of California to the extent permitted by law for lawful purposes, including for in-home self-defense, hunting, and competing, as well as training for each of these.

8. CRPA's membership includes individuals who, prior to January 1, 2000, in accordance with state and federal law, lawfully acquired an ammunition feeding device capable of holding more than ten rounds that meets the definition of a "large capacity magazine" under California Penal Code section 16740. These members presently own and use these magazines for lawful purposes, including in-home self-defense, hunting, and competing, as well as training for each of these. Many of these CRPA members do not qualify for any of the exceptions to section 32310's restrictions and will, therefore, be legally required to dispossess themselves of any of their lawfully possessed "large capacity magazines" while within the state of California.

9. I know of CRPA members who have stated that, if this Court does not declare California Penal Code section 32310's "large capacity magazine" possession restriction invalid or otherwise enjoin its enforcement, they will immediately dispossess themselves of any "large capacity magazine" they currently lawfully possess while within the State of California.

10. I know of CRPA members who have stated that, if this Court declares California Penal Code section 32310's "large capacity magazine" possession restriction invalid or otherwise enjoins its enforcement, they will continue to possess any "large capacity magazine" they currently lawfully possess while within the State of California to the extent permitted by law for lawful purposes, including for in-home

1 | self-defense, hunting, and competing, as well as training for each of these.

2 | I declare under penalty of perjury that the foregoing is true and correct.

3 | Executed within the United States on  MARCH  5 , 2018.

*[signature]*

Richard Francis Travis
Declarant