C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>                          Plaintiffs,<br><br>                    v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>                          Defendant. | Case No:  17-cv-1017-BEN-JLB<br><br>**EXHIBITS 33-42 TO THE DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:  April 30, 2018<br>Hearing Time:  10:30 a.m.<br>Judge:  Hon. Roger T. Benitez<br>Courtroom:  5A |

EXHIBITS 33-42 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

1
2

# EXHIBITS
## TABLE OF CONTENTS

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | Expert Report of James Curcuruto | 00019-26 |
| 2 | Expert Report of Stephen Helsley | 00027-38 |
| 3 | Expert Rebuttal Report of Professor Gary Kleck | 00039-102 |
| 4 | Expert Rebuttal Report of Professor Carlisle Moody | 00103-167 |
| 5 | Expert Report of Dr. Christopher S. Koper | 00168-195 |
| 6 | Expert Rebuttal Report of John J. Donohue | 00203-241 |
| 7 | Wikipedia page for "Magazine (firearms)", https://en.wikipedia.org/wiki/Magazine_(firearms) | 00242-249 |
| 8 | Pages 33-36 of *NRA Guide to the Basics of Pistol Shooting* (2d ed. 2009) | 00250-255 |
| 9 | Pages 22-36 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) | 00256-273 |
| 10 | Pages 95-99 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) | 00281-288 |
| 11 | Rick Hacker, *Magazine Disconnect*, Am. Rifleman (Sept. 11, 2015) | 00289-292 |
| 12 | David B. Kopel, *The History of Firearm Magazines and Magazine Prohibitions*, 78 Albany L. Rev. 849 (2015) | 00293-333 |
| 13 | Pages 168-70 of Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00334-339 |
| 14 | *16-Shot Wheel Lock*, Am.'s 1st Freedom (May 10, 2014) | 00340-342 |

545

| Exhibit | Description | Page(s) |
|---|---|---|
| 15 | Clayton E. Cramer & Joseph Olson, *Pistols, Crime, and Public Safety in Early America*, 44 Willamette L. Rev. 699 (2008) | 00343-366 |
| 16 | *"Defence" Rapid-Fire Gun Patented: 15 May 1718*, History Channel | 00367-369 |
| 17 | Pages 91-103 of Jim Garry, *Weapons of the Lewis and Clark Expedition* (2012) | 00370-385 |
| 18 | Pages 69-70 of John Plaster, *The History of Sniping and Sharpshooting* (2008) | 00386-390 |
| 19 | Page 31 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00391-394 |
| 20 | Wikipedia page for "Girandoni Air Rifle", https://en.wikipedia.org/wiki/Girandoni_air_rifle | 00402-405 |
| 21 | Page 683 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00406-409 |
| 22 | Page 33 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00410-413 |
| 23 | Pages 16, 148-49 and 167 of Jack Dunlap, *American British and Continental Pepperbox Firearms* (1964) | 00414-420 |
| 24 | Pages 249-50 of Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00421-425 |
| 25 | Page 66 of *Catalogue of Contents: Doe Run Lead Company's Museum* (July 1, 1912) | 00426-428 |
| 26 | Pages 711, 713, and 716 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00429-434 |

EXHIBITS 33-42 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---|---|---|
| 27 | Pages 9-17, 19-44 of Harold F. Williamson, *Winchester: The Gun That Won the West* (1952) | 00442-479 |
| 28 | Pages 303-06 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00480-486 |
| 29 | Joseph Bilby, *The Guns of 1864*, in Am. Rifleman (May 5, 2014) | 00487-497 |
| 30 | Page 49 of Harold F. Williamson, *Winchester: The Gun That Won the West* (1952) | 00498-501 |
| 31 | Pages 11 and 22-35 of R.L. Wilson, *Winchester: An American Legend* (1991) | 00509-526 |
| 32 | Pages 116-29 of Louis A. Garavaglia & Charles G. Worman, *Firearms of the American West* (1985) | 00527-543 |
| 33 | Pages 307-12 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00551-559 |
| 34 | Pages 137, 1240-41 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00560-565 |
| 35 | Pages 108-09 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00566-570 |
| 36 | Pages 122-23 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00571-575 |
| 37 | Pages 60-63, 67-71, 204-208, 244-45 Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00576-594 |

| Exhibit | Description | Page(s) |
|---|---|---|
| 38 | Pages 708-09 of the *2014 Standard Catalog of Firearms* | 00595-599 |
| 39 | Pages 23, 30-32, 38-39, 54-55, and 272 of John W. Breathed, Jr. & Joseph J. Schroeder, Jr., *System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol* (1967) | 00600-611 |
| 40 | John Elliot, *A Sweeping History of the Mauser C96 Broomhandle Pistol*, Guns.com (Jan. 26, 2012) | 00612-624 |
| 41 | Pages 191-92 of Jim Perkins, *American Boys Rifles 1890-1945* (1976) | 00625-629 |
| 42 | Page 84 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00630-633 |
| 43 | Page 104 of Patrick Sweeney, *Gun Digest Book of the AR-15* (2005) | 00641-644 |
| 44 | Page 294 of *Gun Digest 24th Anniversary Deluxe Edition* (John T. Amber ed. 1969) | 00645-648 |
| 45 | Page 1102 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00649-652 |
| 46 | Page 1173 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00653-656 |
| 47 | Pages 182-83, 432-33 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00657-663 |
| 48 | Pages 464-65 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00664-668 |
| 49 | Pages 72-73 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) and pages 216-17 of Joseph J. Schroeder, Jr., *System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol* (1967) | 00669-677 |

EXHIBITS 33-42 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 50 | Page 121 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00678-681 |
| 51 | Page 184 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00682-685 |
| 52 | Pages 369-74, 377-78, 380-87, 391, 395-96, 398-99, 401-07, 409-11, 413-14, 438-47, and 454 from *Gun Digest* 2017 (Jerry Lee ed., 71st ed. 2016) | 00693-736, 00744-747 |
| 53 | Pages from websites of firearm manufacturers advertising firearms | 00748-774 |
| 54 | Pages 73-97 of *The Complete Book of Autopistols: 2013 Buyer's Guide* (2013) | 00775-800 |
| 55 | Robert A. Sadowski, *The Evolution of Glock Pistols*, *Pistols*, Handguns Buyer's Guide Mag. (Nov. 25, 2015) | 00801-811 |
| 56 | Pages 87 and 89-90 of Massad Ayoob, *The Complete Book of Handguns* (2013) | 00819-823 |
| 57 | Pages 183-87 *NRA Guide to the Basics of Personal Protection in the Home* (1st ed. 2000) | 00824-829 |
| 58 | Christopher S. Koper, Daniel J. Woods & Jeffrey A. Roth, *An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003* (Nat'l Instit. J. 2004) | 00830-866 |
| 59 | *What Should America Do About Gun Violence?* Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong. At 11 (2013) | 00867-903 |
| 60 | Gary Kleck, *Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkage*, 17 J. Research & Pol'y 28 (2016) | 00904-924 |

EXHIBITS 33-42 TO THE DECLARATION OF ANNA M. BARVIR

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 61 | U.S. Dept. of Justice, Bureau of Justice Statistics, National Crime Victimization Survey, *Criminal Victimization in the United States, 2008 Statistical Tables*, Table 37 (Mar. 2009) | 00925-928 |
| 62 | Massad Ayoob, *Five Gunfighting Myths Debunked by Massad Ayoob*, Personal Defense World (Oct. 14, 2014) | 00929-938 |
| 63 | Jacob Sullum, *The Threat Posed by Gun Magazine Limits* (Jan. 13, 2016) | 00939-941 |
| 64 | Charles Remsberg, *Why One Cop Carries 145 Rounds of Ammo on the Job*, PoliceOne (Apr. 17, 2013) | 00942-946 |
| 65 | Gus G. Sentementes & Julie Bykowicz, *Documents Detail Cross Keys Shooting*, Balt. Sun (Mar. 21, 2006) | 00947-949 |
| 66 | *Gun Shop Owner Shoots, Kills Man During Attempted Robbery*, WIS TV (Aug. 9, 2012) | 00950-952 |
| 67 | Nieson Himmel, *Police Say Watch Shop Owner Kills 4th, 5th Suspects*, L.A. Times (Feb. 21, 1992) | 00953-955 |
| 68 | *Jewelry Store Burglarized, Scene of Deadly 1994 Robbery Attempt*, nbc12.com (2012) | 00956-958 |

EXHIBITS 33-42 TO THE DECLARATION OF ANNA M. BARVIR

# EXHIBIT 33

Exhibit 33
00551

# The Leading Reference for Antique American Arms

# FLAYDERMAN'S
# GUIDE TO ANTIQUE
# AMERICAN FIREARMS
## ...and their values

**9th EDITION**



## Norm Flayderman

• 4,000 Individually Priced Firearms • 1,800 Photos for Quick
Reference • Coverage From Early 1700s to Early 1900s

## ABOUT THE COVER

Representing the newer end of the contents spectrum, the Colt Model 1911 pistol has become a sought-after collectible, and continues in use by military units, law enforcement personnel and private citizens.

The Model 1911 autoloading 45-caliber pistol was adopted in 1911, and Colt's first deliveries were made to Springfield Armory in early January 1912. Subsequently the Model 1911, with numerous modifications, has compiled an enviable service record with total production (to 1970) of over three million units, with most going to military contracts.

Author Norm Flayderman acquired the illustrated M-1911, frames and drawing from the Winchester Gun Museum in the mid-1970s when the museum contents were moved to the Buffalo Bill Museum in Cody, Wyoming. The Flayderman letter documenting the details of the acquisitions appears in the background, as does a letter from the Winchester Gun Museum, and is the sort of provenance that collectors value greatly. *(Courtesy Little John's Auction Service)*

© 1977, 1980, 1983, 1987, 1990, 1994, 1998, 2001 and 2007 by E. Norman Flayderman

All rights reserved

Published by



## Gun Digest®Books
### An imprint of F+W Publications
700 East State Street • Iola, WI  54990-0001
715-445-2214 • 888-457-2873
*www.gundigestbooks.com*

Our toll-free number to place an order or obtain a free catalog is (800) 258-0929.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

The views and opinions of the author expressed herein are not necessarily those of the publisher, and no responsibility for such views will be assumed.

All listings and prices have been checked for accuracy but the publisher cannot be responsible for any errors that may have occurred.

The opinions stated herein by the author as to the values of used firearms represent the views of the author and not necessarily those of the publisher. Obviously, the marketplace could yield different values for the subject firearms.

Library of Congress Control Number: 2006935760

ISBN 13: 978-0-89689-455-6
ISBN 10: 0-89689-455-X

Designed by Patsy Howell and Donna Mummery
Edited by Ken Ramage


Printed in the United States of America

Exhibit 33
00553

## V–K: Winchester



5K-028
M. 1866 Rifle

5K-029
M. 1866 Carbine

5K-032
M. 1866 Musket

17" forend. Three barrel bands present, and the buttplate of carbine style.

Major variations are:

**First Model 1866 (a.k.a. "Flatside"),** tang serial number concealed by the buttstock, "Henry drop" in profile of frame at the hammer area, frame does not flare out to meet forend, upper tang has two screws, flat loading gate cover, Henry and King's patent barrel marking, serial range 12476 to about 15500 (with some overlap with Henry Rifle).

**Rifle** version of the First Model (not fitted with forend cap):
**5K-026**    Values—Good **$14,000**        Fine **$45,000**

**Carbine** version of the First Model:
**5K-027**    Values—Good **$7,000**        Fine **$22,500**

**Musket** version of the First Model: (None produced)
**Second Model 1866,** concealed "inside" serial marking on the tang (early production through about 19000 serial range), flared frame to meet the forend, the "Henry drop" frame profile has turned to a graceful curved shape in the hammer area, Henry and King's patent barrel marking for most of production, serial range about 15500 to 23000+.

**Mexican military purchase:** Late in 1866 President Benito Juarez purchased 1,000 Model 1866 rifles (most likely 5K-028; possibly 5K-030; not to be confused with muskets or carbines). They were soon delivered to Monterrey in the State of Nuevo Leon. Only marking thus far recorded is a small circular stamp at top of receiver with a crudely outlined eagle, wings downward and letters "N.L." (Nuevo Leon) on left of circle; an issue or serial number above circle. Whether that marking indicated solely a Nuevo Leon state issue or was marked on all

the contract is unknown. Authenticated specimens worthy of premium values.

**Rifle:**
**5K-028**    Values—Good **$4,500**        Fine **$12,500**

**Carbine:**
**5K-029**    Values—Good **$4,000**        Fine **$11,500**

**Musket:** None known to be produced.
**Third Model 1866,** serial marked in block numerals behind the trigger (and thus visible without removing stock), flared frame to meet forend, and the curved frame profile in hammer area not as pronounced as the First and Second Models; Winchester, New Haven and King's Patent barrel marking, serial range about 23169 (lowest recorded number to date) to 149000.

**Rifle:**
**5K-030**    Values—Good **$4,000**        Fine **$11,000**

**Carbine:**
**5K-031**    Values—Good **$3,750**        Fine **$9,500**

**Musket:**
**5K-032**    Values—Good **$2,500**        Fine **$6,500**
**Fourth Model 1866,** the serial number marked in script on the lower tang near lever latch, flared frame to meet forend, the curved frame profile in hammer area even less pronounced than the Third Model, barrel marking same as the Third Model, serial range about 149000 to 170101. Late production iron mountings.

**Rifle:**
**5K-033**    Values—Good **$3,250**        Fine **$9,000**

**Carbine:**
**5K-034**    Values—Good **$2,750**        Fine **$8,500**

**Musket:**
**5K-035**    Values—Good **$2,500**        Fine **$6,500**
(Note: A premium placed on round barrels on rifles, as these are less frequently encountered than octagon.)

## Winchester Model 1873 Rifle

**Model 1873 Rifle.** Made c. 1873-1919; total produced approximately 720,610 (figure includes 19,552 made in 22 rimfire). 32-20, 38-40, and 44-40 calibers. Tubular magazine located beneath barrel. The frames of iron with sideplates, and noticeably different from the Model 1866 predecessor.

Oil stained or (less common) varnished walnut stocks. Blued finish, with hammers, levers and buttplates casehardened; frames also not uncommon casehardened;

Serial numbering in individual series from 1 on up; located

on the lower tang. MODEL 1873 and Winchester markings appear on the upper tang; caliber markings usually are present on bottom of the brass elevator block (see bottom of frame) and on the barrel at breech. Winchester name and address marking on the barrel, with King's Improvement patent dates.

To the good fortune of collectors, Winchester Museum factory records are virtually complete for the Model 1873 production. This is a model in which the collector can specialize exclusively, and perhaps never run out of variations to acquire. Considerable

Exhibit 33
00554
NINTH EDITION ✹ **307**

## V-K: Winchester

variety is apparent in the Model 1873, in sights, magazines, finishes, markings, barrel lengths and weights, stocks, and even in screws, varying contours of wood and metal, knurlings, and *ad infinitum*. Export sales were considerable, and many of these arms experienced rough handling and those that survived are often in poor condition. Domestic sales have survived in a generally better state of condition, but the majority do show use, and often to a great degree. Perhaps the most famous of all Winchesters, the '73 was featured in the James Stewart film "Winchester '73." The Model boasts a production record covering more years (about 50) and more guns (over 720,000) than most of the company's other lever action models. Those under No. 525900 (approx.) made prior to December 31, 1898.

*Rifles:* Standard with 24" barrel, round or octagon. Buttplate of the crescent type. Cap on front of forend; the magazine tube attached to barrel with small band. Adjustable, open style sporting rear sight.

*Carbines:* Standard with 20" round barrel, and two barrel bands. Buttplate of distinctive curved profile. Saddle ring mounted on the left side of the frame. The rear sights of adjustable carbine type (compare with Rifle).

*Muskets:* Standard with 30" round barrel, 27" magazine. Three barrel bands usually present, the buttplate of carbine style, and the sights of adjustable musket type.

Major variations are:

**Early First Model 1873,** the dust cover with guide grooves is mortised in forward section of the frame; checkered oval thumbrest is separately affixed (very earliest is round thumbrest and worth premium). Note two screws on frame above trigger, lever latch fits into lower tang with threads, upper lever profile curves away from trigger; serial range from 1 to about 1600 (serials under 100 worth 30 percent to 50 percent premium).

| | | | |
|---|---|---|---|
| **Rifle:** | | | |
| 5K-036 | Values—Good $2,250 | Fine $8,500 |
| **Carbine:** | | | |
| 5K-037 | Values—Good $3,500 | Fine $10,000 |

**Musket:** None known to be produced.

(Note: On many, serial numbered 1 through approximately 600, Model 1873 markings are hand engraved and found on the lower tang with the serial number. This feature worth a premium in value.)

**Late First Model 1873,** the dust cover mortised as above (oval thumbrest is checkered on the cover itself and variations of that oval panel occur and fetch premiums), trigger pin appears below the two frame screws above trigger, improved type lever latch (the threads not visible) became standard as did the trigger block safety and the added profile to the lever behind trigger (to engage newly added safety pin); serial range about 1600 to 31000 (serials under 100 worth 30 percent to 50 percent premium).

| | | | |
|---|---|---|---|
| **Rifle:** | | | |
| 5K-038 | Values—Good $1,750 | Fine $6,500 |
| **Carbine:** | | | |
| 5K-039 | Values—Good $2,250 | Fine $9,500 |
| **Musket** | | | |
| 5K-040 | Values—Good $2,250 | Fine $9,000 |

**Second Model 1873,** same as above but dust cover slides on center rail on rear section of top of the frame, the rail secured by screws; serial range about 31000 to 90000. On later Second Models, serrations on rear edges (for finger hold) replaced the checkered oval panel on the dust cover.

| | | | |
|---|---|---|---|
| **Rifle:** | | | |
| 5K-041 | Values—Good $1,250 | Fine $3,750 |
| **Carbine:** | | | |
| 5K-042 | Values—Good $1,500 | Fine $5,000 |
| **Musket:** | | | |
| 5K-043 | Values—Good $1,250 | Fine $4,000 |

**Third Model 1873,** same as above but the dust cover rail is a machined integral part of the frame, no longer present are the two frame screws and pin formerly located above the trigger, and screws on lower tang are located much more rearward than previously; serial range about 90000 to end of production. Serrated rear edges on dust cover.

| | | | |
|---|---|---|---|
| **Rifles:** | | | |
| 5K-044 | Values—Good $875 | Fine $3,000 |
| **Carbine:** | | | |
| 5K-045 | Values—Good $1,250 | Fine $4,500 |
| **Musket:** | | | |
| 5K-046 | Values—Good $1,100 | Fine $2,750 |



**5K-042 / 5K-045**
**Carbine**

**5K-041 / 5K-044**
**Rifle**

**5K-043 / 5K-046**
**Musket**

Exhibit 33
00555

## V-K: Winchester



**5K-047**
**Model 1873 Caliber 22 RF**

**Model 1873 22 Rimfire Rifle,** easily identified by the 22 caliber markings and the lack of a loading gate in the right sideplate. Chambered for 22 short and long rimfire cartridges, and loaded through the front end of the magazine tube. 24" or 26" barrels standard. Made c. 1884-1904 in a total quantity of 19,552, this was the first repeating rifle manufactured in America chambered for the 22 rimfire ammunition (although Winchester's initial advertising of this rifle in their 1885 catalog offered it in 22 W.C.F. (centerfire) it is believed that was a clerical error as none are known, or recorded made in that caliber). Made in rifle size only.

It appears that only this variant chambered for 22 rimfire was offered with a takedown feature (in the early Winchester advertisements). The barrel, magazine and forearm fastened together as a single unit and were attached to the frame by a single tapered iron cross-pin. Merely removing (knocking out) that pin separated the frame from the barrel unit "thus making the gun more easily packed in trunk or case" as their catalog stated. The system was found unsatisfactory and few were actually produced and sold. It is noted that some other receivers had been drilled to accept that taper pin, but were fitted with the barrel unit and that pin is in a permanently fixed position. Actual takedown models and others with merely frames showing the permanent pin have been observed in the serial ranges 155,000 to 180,000. Authenticated takedown models worth substantial increased value.

**5K-047**      Values—Good **$1,150**      Fine **$3,750**

**1 of 1000 and 1 of 100 rifles,** are among the ultimate rarities in Winchester collecting. In the Model 1873 only 136 "1 of 1000" rifles were made, and 8 "1 of 100". These are distinguished by the special marking found on the top of the breech. Confirmation of the series can be made through Winchester Museum records, in which the original arms are documented. The desirability of 1 of 100/1000 rifles has made them attractive for faking; and caution is suggested in making a purchase. Although the "1 of 100" is the scarcer rifle it seems that the "1 of 1000" is more eagerly sought after, hence values are apparently the same for these two great rarities, ranging from:

**1 of 100:**
**5K-048**      Values—Good **$40,000**      Fine **$90,000**
                Exc. **$225,000**

**1 of 1000:**
**5K-049**      Values—Good **$37,500**      Fine **$85,000**
                Exc. **$200,000**

# Winchester Model 1876 Rifle

**Model 1876 Rifle.** Manufactured c. 1876-97; total production of 63,871.

40-60, 45-60, 45-75, and 50-95 calibers. Tubular magazine located beneath barrel. The frames similar in appearance to the Model 1873, but are noticeably larger.

Oil stained or (less common) varnished walnut stocks. Blued finish, with hammers and levers, casehardened; frames and butt-plates also not uncommon casehardened.

Serial numbering in individual series from 1 on up; located on the lower tang. MODEL 1876 stamped on the upper tang. Winchester name and address marking on the barrel, with King's Improvement patent dates. Caliber markings usually are present on bottom of the brass elevator block and on the barrel at breech.

Often known as the "Centennial Model" due to its introduction in 1876, the '76 was designed to offer the shooter a large caliber lever action for big game. It is sometimes confused with the Model 1873, until comparing their frames and calibers. The limited production total and years of manufacture recommend the '76 as among the less common Winchester lever actions. Shooters who enthusiastically endorsed the model include one of the most revered of all American hunters— Theodore Roosevelt. An important recent study *The Winchester Model 1876 Centennial Rifle* by H.G. Houze (q.v.) includes much fresh information about the Model 76 and discusses misconceptions about its origin and evolution.

*Rifles:* Standard with 26" or 28" round or octagon barrel. The buttplate of crescent type. Like the 1873, the forend has a metal cap, and the magazine tube is attached to the barrel with a small band. Adjustable, open style sporting rear sight. Stocks usually straight; pistol grip types are not common.

*Carbines:* The standard having 22" round barrel, 18" forend with a distinctive forend cap set back to allow for bayonet attachment, one barrel band (with band spring), carbine type buttplate. Saddle ring mounted on the left side of the frame. The rear sights of adjustable carbine type.

*Muskets:* Standard with 32" round barrel, the magazine tube concealed beneath the forend and the forend tip identical to that on the carbine. One barrel band, with band spring. Carbine type buttplate. Sights vary but are generally of military type. Muskets in the Model 1876 are scarce.

Major variations are:

**First Model 1876,** was made without a frame dust cover, and is in the serial range 1 to about 3000.

**Rifle:**
**5K-050**      Values—Good **$1,750**      Fine **$6,500**

**Carbine:**
**5K-051**      Values—Good **$2,250**      Fine **$7,500**

**Musket:**
**5K-052**      Values—Good **$5,500**      Fine **$10,000**

**Early Second Model 1876,** has a dust cover on the frame, with the thumbpiece of a die-struck oval, the dust cover guide rail screwed to top of frame; serial range about 3000 to 7000.

**Rifle:**
**5K-053**      Values—Good **$1,250**      Fine **$5,000**

**Carbine:**
**5K-054**      Values—Good **$1,750**      Fine **$7,000**

**Musket:**
**5K-055**      Values—Good **$5,000**      Fine **$9,500**

Exhibit 33
00556

**V-K: Winchester**



*5K-053 / 056 / 059*
*Rifle*

*5K-054 / 057 / 060*
*Carbine*

**Late Second Model 1876,** lacks the oval thumbpiece on the dust cover, but has knurling at the finger grip section at rear, the guide rail as on Early Second Model; serial range of about 7000 to 30000.

**Rifle:**
**5K-056**    Values—Good **$1,100**        Fine **$4,000**

**Carbine:**
**5K-057**    Values—Good **$1,750**        Fine **$6,000**

**Musket:**
**5K-058**    Values—Good **$4,500**        Fine **$9,000**

**Third Model 1876,** same as Late Second Model, but the guide rail machined integral with the frame; serial range of about 30000 to end of production.

**Rifle:**
**5K-059**    Values—Good **$1,100**        Fine **$4,000**

**Carbine:**
**5K-060**    Values—Good **$1,750**        Fine **$6,000**

**Musket:**
**5K-061**    Values—Good **$4,500**        Fine **$9,000**

**Northwest Mounted Police Carbines,** form especially prized variations of the 1876 Carbine. Though appearing in various serial ranges from as low as about 8000, the two major types are in the serial range of about 23801 - 24100 and the range 43900 - 44400. Mounted Police '76 Carbines bear an NWMP stamp on the buttstock, and are in 45-75 caliber; barrel lengths of the conventional 22":

**5K-062**    Values—Good **$3,250**        Fine **$8,750**

**1 of 1000 and 1 of 100 Rifles,** are of even greater rarity in the '76 than in the '73 Model. Only 8 "1 of 100s" and 54 "1 of 1000s" were made in the 1876 series, all fortunately recorded in the Winchester shipping records. The identifying marking appears on top of the breech end of the barrel. Again, caution is recommended for purchasing one of these ultra-rarities, due to the possibility of spurious markings. As with the Model 1873, the "1 of 100" is the scarcer rifle, but values in the collectors marketplace are about the same for these two great prizes:

**1 of 100:**
**5K-063**    Values—Good **$50,000**        Fine **$95,000**
              Exc. **$250,000**

**1 of 1000:**
**5K-064**    Values—Good **$50,000**        Fine **$90,000**
              Exc. **$225,000**

## Winchester Model 1886 Rifle

**Model 1886 Rifle.** Manufactured c. 1886-1935; total produced 159,994. (Those under No. 119193 (approx.) made prior to December 31, 1898).

Made in a variety of calibers from as small as 33 W.C.F. to as large as 50-110 Express; total of about 10 chamberings; 45-70 and 45-90 are worth 25 percent premium; caliber 50 is worth 100 percent premium. Tubular magazine beneath the barrel. The frame distinctively different from previous lever action Winchesters, and featured vertical locking bolts, visible when viewing the gun from top or bottom.

Prior to 1900 serial 120,000 (approx.) the M.1886 was standard with case hardened frame, hammer, forend cap and buttplates. Hence, such information is not included in factory letters. Following that date/serial all major parts were blued and case hardening had to be custom ordered and was so mentioned in factory ledgers. Takedown models almost always blued and

not so mentioned. Straight grain, oil stained walnut stock standard. Although various grades of wood were extra, records merely mention "fancy"; pistol grip stocks usually fitted with better grades.

Serial numbering was in an individual series from 1 on up; marked on the lower tang. MODEL 1886 on the upper tang of most of the production; variations exist primarily in the late production due to adding of Winchester name and trademark data. Barrel marking of Winchester name and address, and, in late series arms, 1884 and 1885 patent dates were also used. Calibers marked on breech of the barrels.

The Model 1886, dramatically different from predecessor lever actions, was the first repeating rifle of John M. and Matthew S. Browning design to be adopted by Winchester. Improvements on their creation were made by Winchester's own William Mason, and the result was a vast improvement



*5K-065*
*1886 Rifle*

Exhibit 33
00557

## V-K: Winchester



**5K-066**
**1886 Light Weight Rifle**

**5K-069**
**1886 Carbine**

**5K-071**
**1886 Musket**

over the Model 1876. Chamberings were in the big game calibers, and a featured part of the '86 was its shorter and quite streamlined frame. Immediately received with great enthusiasm by shooters (even several African hunters), the new model could count among its converts Theodore Roosevelt.

Major variations are:
**Rifle;** 26" round or octagon barrel, crescent style buttplate. Steel forend cap; the magazine tube attached to the barrel by a small band. Adjustable Buckhorn style rear sights. Straight buttstock:
**5K-065**      Values—Very Good **$1,500**      Exc. **$4,750**
**Extra Light Weight Rifle;** 22" round "rapid taper" barrel; half magazine, rubber shotgun buttplate; 45-70 and 33 calibers only:

**33 caliber:**
**5K-066**      Values—Very Good **$1,200**      Exc. **$3,750**

**45-70 caliber:**
**5K-067**      Values-Very Good **$3,000**      Exc. **$6,000**

**Takedown Model Rifles:** which come apart at forward end of the breech:
**5K-068**      Values—Add 10 percent to 15 percent premium depending on model and overall condition.
**Carbine;** 22" round barrel; saddle ring on left side of the frame. Adjustable carbine style rear sights. Carbine style buttplate. Calibers 45-70 and 50 Express worth premium:
**5K-069**      Values—Good **$3,000**      Fine **$7,500**
**Full Stock Carbine;** as above but with forearm extending nearly to the muzzle (as on the Model 1876 Carbine); one barrel band:
**5K-070**      Values—Good **$4,000**      Fine **$11,500**
**Musket;** 30" round barrel, 26" forend (the tip of the Model 1876 Musket style), one barrel band. Military windgauge rear sights. Production quite limited, only about 350 produced; the '86 Musket is the greatest rarity of all Winchester lever action muskets:
**5K-071**      Values—Good **$5,000**      Fine **$17,500**

## Winchester Model 71 Rifle

**Model 71 Rifle.** (Not illus.; about identical in contours to the Model 1886.) Manufactured 1935-1957; total quantity of about 47,254.

348 Winchester caliber. Tubular 3/4-length magazine beneath the barrel. The frame used was an improved version of that employed for many years on the Model 1886. (Note: Early specimens [approx. first 15,000] have long 3-7/8" tangs and will bring a premium value. Standard tang is 2-7/8".)

Plain walnut pistol grip stocks; the forend of semi-beavertail type. Blued finish.

Serial numbered in an individual series, from 1 to 47254; marking was on the bottom curve of the forward end of the frame. Two basic types of barrel markings were used, both identifying the model, and giving caliber, company name and address, and etc. Winchester developed the Model 71 as a

continuation of the Model 1886, with improvements to handle the 348 cartridge. Though a relatively modern rifle, the 71 has proven a quite popular item with collectors.
**Standard model;** plain walnut stocks, without pistol grip cap, or sling, or sling swivels. 24" barrel length:
**5K-072**      Values—Very Good **$600**      Exc. **$1,000**
**Deluxe Model;** checkered pistol grip stock and quick detachable sling swivels:
**5K-072.5**      Values—Very Good **$750**      Exc. **$1,250**
**As above,** but in 20" barrels:
**5K-073**      Values—Very Good **$850**      Exc. **$1,750**
**Deluxe Model;** checkered pistol grip stock; detachable swivels; 20" barrel:
**5K-073.5**      Values—Very Good **$950**      Exc. **$1,850**

## Winchester Model 1892 Rifle

**Model 1892 Rifle.** Made c. 1892-1941; total production approximately 1,004,067. (Those under No. 165,432 (approx.) made prior to December 31,1898).

32-20, 38-40, and 44-40 were the major calibers; 25-20 added

in 1895; quite scarce in 218 Bee. Tubular magazine beneath the barrel. The frame a smaller version of the Model 1886.

Oil stained or (less common) varnished walnut stocks. Blued finish, with casehardening a special order detail.

Exhibit 33
00558

NINTH EDITION ✳ **311**

## V-K: Winchester



5K-074
Rifle

5K-076
Carbine

5K-078
Musket

Serial numbering in an individual series from 1 on up; marked on the bottom curve of the forward end of the frame. MODEL 1892, Winchester, and trademark stamps appear on the upper tang, in four basic marking variants. Barrel marking of Winchester name and address, and, in late series arms, 1884 patent date, was also used. Calibers marked on breech of the barrel.

The 1892 was designed as a modern successor to the Model 1873, with the same chambering of 32, 38, and 44 W.C.F. as the major calibers—the latter chambering being one of the most desirable today. The rather sleek and short frame was a scaled down version of the Model 1886. The '92 was so well made, functional, and attractive that many specimens still do service today in the hands of hunters and shooters. Export sales of the '92 were substantial, and large quantities of arms were shipped to Australia, South America, and the Far East. But the major market was North America. Due to the high production total, and the lengthy manufacturing run of over 50 years, a wide range of variants will be observed in virtually every detail, from butt to muzzle. In "excellent" or "mint" condition caliber 38-40 and 44-40 will bring premiums of 50 percent more. A few various European copies were made of the '92. Most often seen

is a near identical, Spanish made c. 1920, carbine marked EL TIGRE. Value as a "curiosity" substantially less.

The major variations:

**Rifle;** 24" round or octagon barrel (worth premium), crescent style buttplate. Steel forend cap; the magazine tube attached to the barrel by a small band. Adjustable buckhorn type rear sights. Straight buttstock:

**5K-074**      Values—Very Good **$675**      Exc. **$1,750**

**Takedown Model Rifle;** comes apart at forward end of breech:

**5K-075**      Values—Add 15 percent to 20 percent

**Carbine;** 20" round barrel; saddle ring on left side of the frame. Two barrel bands. Rear sights of adjustable carbine type:

**5K-076**      Values—Very Good **$875**      Exc. **$3,000**

**Trapper's Model Carbine;** same as above but with barrel lengths of 14", 15", 16", or 18":

**5K-077**      Values—Very Good **$2,000**      Exc. **$6,500**

(Note: Federal firearms laws should be checked to ascertain the legality of short lengths under 16".)

**Musket;** 30" round barrel, 27" magazine, portion of which protrudes from the forend. Three barrel bands. Rear sights of military type. Modified shotgun style buttplate. Quite rare:

**5K-078**      Values—Very Good **$4,500**      Exc. **$10,000**

## Winchester Model 53 Rifle

**Model 53 Rifle.** (Not illus.) Manufactured 1924-1934 (with a few assembled as late as 1941); total made about 15,110. Substantially identical to the Model 1892.

25-20, 32-20 cals; 44-40 worth 25 percent premium. 22-inch round barrel standard. Tubular half-magazine beneath the barrel. The frame was that of the Model 1892. Plain walnut stocks. Blued finish.

Marked on bottom curve of forward end of frame. MODEL 53 and accompanying markings stamped on left side of the barrel; company name and address stamp on right side. Trademark stamping on the upper tang.

The Model 53 was produced as the final form of the Model 1892 series; except for the 1892 carbine, which continued through 1941.

Rather than keep the 1892 rifle with variations as a part of the product line, Winchester developed the 53, in which was combined some of its predecessor's most preferred details. These were the 22" round barrel, the walnut stock of pistol grip or straight type (buttplate of shotgun type checkered steel, or of rifle style in a crescent shape), and the 25-20, 32-20, and 44-40 calibers. Still further adaptations resulted in a new model, the 65, brought out in 1933.

**Standard model;** plain stocks:

**5K-079**      Values—Very Good **$800**      Exc. **$1,600**

**Takedown model;** comes apart at forward end of the breech. Apparently more takedowns were made than solid frames:

**5K-080**      Values—Very Good **$850**      Exc. **$1,750**

## Winchester Model 65 Rifle

**Model 65 Rifle.** (Not illus.) Made 1933-1947; total quantity of about 5,704. Substantially identical to the Model 1892.

25-20, 32-20 cals; 218 Bee worth 15 percent premium. Tubular

half-magazine beneath the barrel. The frame was that of the Model 1892. Plain walnut stocks. Blued finish.

Serial numbered within the range of the Model 1892; the

Exhibit 33
00559

# EXHIBIT 34

# 2014 Standard Catalog of©

# FIREARMS

## THE COLLECTOR'S PRICE & REFERENCE GUIDE

### 24TH EDITION



EDITED BY

## JERRY LEE

7,500 IMAGES      110,000 PRICES      6 CONDITION GRADES

Copyright ©2013 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigeststore.com

ISBN-13: 978-1-4402-3716-4
ISBN-10: 1-4402-3716-6

Cover & Design by Tom Nelsen & Sandi Carpenter
Edited by Jerry Lee and Jennifer L.S. Pearsall

Printed in the United States of America



## Model 451 Series

Custom order sidelock shotgun. Lowest priced version would be worth approximately $8,000 in excellent condition; top-of-the-line model approximately $25,000. Prospective purchasers are advised to secure a qualified appraisal prior to acquisition.

## Model 450 Series

Model same as 451 series, with exception of being a Holland & Holland sidelock design. Prospective purchasers are advised to secure a qualified appraisal prior to acquisition.

## Model 452

Premium grade side-by-side shotgun fitted with sidelocks (removable). Offered in 12 gauge only. 26", 28" or 30" solid rib barrels. Receiver highly polished silver finish, without engraving. Triggers may be double-/single-selective or single non-selective. Stock and forearm special select walnut, with fine line checkering. Choice of pistol or straight grip. Comes with leather hard case. Weighs about 6 lbs. 13 oz.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 24000 | 19000 | 14500 | 8500 | 4500 | 2500 |

## Model 452 EELL

Same as above. Furnished with fine scroll or game scene engraving. Highest grade walnut furnished for stock and forearm. Leather case with accessories furnished.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 31000 | 27500 | 19500 | 11000 | 7000 | 600 |

## BERETTA ONYX SERIES

Series designation first used in 2003 to simplify product line. Instead of using numeric model references, company now refers to these guns and others by series name.

## Onyx

Over/under gun offered in 12, 20 and for 2003, 28 gauge. Choice of 26" or 28" barrels. Features boxlock action, with select checkered walnut stock, single-selective trigger, schnabel fore-end and auto safety. Black rubber recoil pad. Blued barrels and action. Weight about 6.8 lbs. for 12 gauge.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1675 | 1350 | 950 | 650 | 475 | 200 |

## Onyx Waterfowler 3.5

As above in 12 gauge, with 3.5" chamber. Matte black finish.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1750 | 1400 | 1050 | 700 | 500 | 250 |

## White Onyx

Introduced in 2003. Features receiver machined in a jeweled pattern, with satin nickel alloy. Offered in 12, 20 and 28 gauge, with choice of 26" or 28" barrels. Select checkered walnut stock, with schnabel fore-end. Weight about 6.8 lbs. for 12 gauge.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1775 | 1425 | 1250 | 700 | 500 | 250 |

## Onyx Pro

Introduced in 2003. Over/under shotgun offered in 12, 20 and 28 gauge. Choice of 26" or 28" vent rib barrels, with choke tubes. Single-selective trigger. Checkered X-Tra wood stock. Gel-Tek recoil pad. Supplied with plastic carry case. Weight about 6.8 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1700 | 1300 | 1000 | 600 | 400 | 200 |

## Onyx Pro 3.5

As above in 12 gauge, with 3.5" chamber. Weight about 6.9 lbs. Introduced in 2003.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1700 | 1300 | 1000 | 600 | 400 | 200 |

## BERETTA 682 SERIES

## 682/682 Gold

High-grade quality-built over/under shotgun. Offered in 12 and 20 gauge. Also available in some configurations in 28 gauge and .410 bore, with barrel lengths from 26" to 34" depending on type of shooting required. Fitted with single-selective trigger and automatic ejectors. Barrels fitted with ventilated rib and various fixed or screw-in choke combinations. Stock is high-grade walnut, with fine checkering in stock dimensions to fit function of gun. Frame is silver, with light scroll borders on most models. This model covers a wide variety of applications. These are listed by grade and/or function:

**NOTE:** Beretta Competition Series shotguns have been renamed as of 1994. These shotguns are also referred to as 682 Gold Competition Series guns, such as Model 682 Gold Trap or Model 682 Gold X Trap Combo and so forth.

## 682 Super Skeet

Model offered in 12 gauge only, with 28" vent rib barrels choked skeet and skeet. Single-selective trigger and auto ejectors standard. This Super Skeet features ported barrels and adjustable length of pull and drop. Fitted hard case standard. Weighs 7 lbs. 8 oz.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 2400 | 1850 | 1500 | 1250 | 750 | 450 |

## 682 Skeet

Standard 12 gauge skeet. Features choice of 26" or 28" vent rib barrels, choked skeet and skeet. Walnut stock of International dimensions, with special skeet rubber recoil pad. Gun supplied with hard case. Weighs 7 lbs. 8 oz.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 2000 | 1750 | 1500 | 1250 | 750 | 450 |

## 682 4 Barrel Set

Skeet gun fitted with 4 barrels in 12, 20, 28 gauge and .410 bore. Each barrel is 28", choked skeet and skeet. Fitted with vent rib.



**1240 • UBERTI, ALDO/UBERTI USA**

### Remington Model 1858 Target Revolving Carbine

Chambered for .44 caliber and fitted with 18" octagon barrel. Frame blued steel. Trigger guard brass. Stock select walnut. Overall length 35"; weight about 4.4 lbs.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 425 | 300 | 200 | 150 | 100 | 75 |

### 1875 Remington "Outlaw"

Replica of original Remington cartridge pistol. Chambered for .357 Magnum, .44-40, .45 ACP, .45 ACP/.45 L.C. conversion and .45 Colt. Frame case colored steel. Trigger guard brass. Offered with 7.5" round barrel either blued or nickel-plated. Two-piece walnut grips. Overall length 13.75"; weight about 44 oz.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 450 | 325 | 250 | 200 | 125 | 75 |

### Remington Model 1875 Frontier

Introduced in 2005. Features 5.5" barrel chambered for .45 Colt cartridge. Case colored frame with blued barrel, backstrap and trigger guard. Two-piece walnut grips. Weight about 40 oz.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 500 | 375 | 250 | 175 | 150 | 100 |

### Remington Model 1890 Police

A 5.5"-barreled replica of original Remington Pistol. Chambered for .357 Magnum, .44-40, .45 ACP, .45 ACP/.45 L.C. conversion and .45 Colt. Frame case colored steel. Trigger guard brass. Available either blued or nickel-plate. Grips two-piece walnut and fitted with grip ring. Overall length 11.75"; weight about 41 oz.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 500 | 375 | 250 | 175 | 150 | 100 |

### Model 1871 Rolling Block Pistol

Single-shot target pistol chambered for .22 LR, .22 Magnum, Hornet, .222 Rem., 223 Rem., .45 Long Colt or .357 Magnum. blued 9.5" half-octagonal half-round barrel. Case colored recei Walnut grip and forearm. Trigger guard brass. Overall length 1 weight about 44 oz.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 500 | 375 | 250 | 175 | 150 | 100 |

### Model 1871 Rolling Block Carbine

Similar to pistol, with 22.5" half-octagonal half-round barrel. F length walnut stock. Trigger guard and buttplate brass. Ove length 35.5"; weight about 4.8 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 650 | 525 | 400 | 275 | 200 | 125 |

### Henry Rifle

Brass-framed reproduction of famous Winchester/Henry R Chambered for .44-40 or .45 Colt cartridge and basically a departure from being a true and faithful copy. Octagonal ba 24.25" on rifle model; 22.25" on carbine model. Also two Trap models offered: 18.5" barrel and 16.5" version. High-quality and amazingly close to original in configuration. Three gra of engraving available. Weights are rifle 9.2 lbs.; carbine 9 l 18.5" trapper 7.9 lbs.; 16.5" trapper 7.4 lbs. Finish can be st standard blued or charcoal blue. **NOTE:** Add $350 Grade A; $ Grade B; $600 Grade C.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 900 | 700 | 550 | 450 | 350 | 200 |

### Winchester Model 1866

Faithful replica of Winchester 1866. Chambered for .22 LR, Magnum, .38 Special, .44-40 and .45 Long Colt. Rifle ver has brass frame and 24.25" tapered octagon barrel. Frame brass, with walnut stock. Weight about 8 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 800 | 650 | 550 | 450 | 350 | 200 |

### 1866 Yellowboy Carbine

Similar to standard rifle. Offered with 19" round tapered barre



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 700 | 600  | 500  | 450  | 350  | 200  |

### Winchester Model 1873 Carbine

Reproduction of Winchester 1873. Chambered for .357 Magnum, .45 Long Colt and .44-40. Case colored steel receiver and 19" round tapered barrel. Lever also case colored. Stock and forearm walnut. Overall length 38.25"; weight about 7.4 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 900 | 700  | 500  | 450  | 350  | 200  |

### Winchester Model 1873 Rifle

Similar to Carbine, with 24.25" octagonal barrel. Overall length 43.25"; weight about 8.2 lbs. **NOTE:** Extra barrel lengths from 20" to 30" in .45 L.C. and .44-40 also offered at extra cost.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 950 | 750  | 600  | 450  | 350  | 200  |

### Winchester 1873 Short Sporting Rifle

As above fitted with 20" octagon barrel.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 950 | 800  | 600  | 450  | 350  | 200  |

### Winchester 1873 Half-Octagon Rifle

Same as above, with 24.25" half octagon barrel. Stock has checkered pistol grip.

| NIB  | Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|------|
| 1000 | 800  | 600  | 450  | 350  | 200  |

### Winchester 1873 Musket

Chambered for .44-40 or .45 Long Colt cartridge. Fitted with 30" barrel, full stock and three barrel bands. Magazine capacity 14 rounds. Weight about 9 lbs.



| NIB  | Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|------|
| 1000 | 800  | 600  | 450  | 350  | 200  |

### Model 1885 High Wall Single-Shot Carbine

Chambered for .38-55, .30-30, .44-40, .45 Colt, .40-65 or .45-70, with 28" barrel. Walnut stock.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 825 | 600  | 450  | 350  | 250  | 200  |

### Model 1885 High Wall Single-Shot Rifle

Same as above, with 30" barrel.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 900 | 675  | 500  | 400  | 300  | 200  |

### Model 1885 High Wall Single-Shot Rifle Pistol Grip

Fitted with 30" or 32" barrel and checkered pistol-grip stock. Same calibers as above.



| NIB  | Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|------|
| 1000 | 800  | 600  | 450  | 350  | 200  |

### Winchester 1885 Low Wall Sporting Rifle

Version of Low Wall Winchester. Chambered for .22 Hornet, .30-30, .44 Magnum or .45 Colt cartridges. Fitted with 30" octagon barrel. Walnut stock with pistol grip. Weight about 7.5 lbs. Introduced in 2004.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 950 | 800  | 600  | 450  | 350  | 200  |

### Winchester 1885 Low Wall Schuetzen

As above chambered for .45 Colt cartridge. Fitted with palm rest and Swiss butt. Weight about 7.75 lbs. Introduced in 2004.



| NIB  | Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|------|
| 1200 | 950  | 800  | 600  | 450  | 350  |

### Hawken Santa Fe

Based on famous original rifle. Reproduction bored for .54 caliber and fitted with 32" octagon barrel. Double set trigger and case hardened lock plate standard. Stock ferrule and wedge plates are German silver. Stock is walnut with cheekpiece. Overall length 50"; weight about 9.5 lbs. Available in kit form.



# EXHIBIT 35

Exhibit 35
00566



TREASURES OF THE

NRA NATIONAL FIREARMS MUSEUM

FEATURING THE
ROBERT E. PETERSEN COLLECTION

Exhibit 35
00567

This edition published in 2013 by

CHARTWELL BOOKS, INC.
A division of BOOK SALES, INC.
276 Fifth Avenue Suite 206
New York, New York 10001
USA

Produced by TAJ Books International LLC
219 Great Lake Drive,
Cary, NC, 27519 USA
www.tajbooks.com

Copyright ©2013 National Rifle Association of America.

Copyright under International, Pan American, and Universal Copyright Conventions. All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage-and-retrieval system, without written permission from the copyright holder. Brief passages (not to exceed 1,000 words) may be quoted for reviews.

You can join the NRA by contacting them at:
The National Rifle Association of America
11250 Waples Mill Road Fairfax, VA 22030
or by visiting their Web site, www.nra.org/museumoffer
And you can view the collection of the National Firearms Museum at www.NRAmuseum.com

The museum is open every day of the week, except Christmas, at NRA Headquarters in Fairfax VA, near Washington DC. There is no admission charge.

All notations of errors or omissions should be addressed to TAJ Books, 113 E Melbourne Park Circle,Charlottesville, VA, 22901 USA, info@tajbooks.com.

ISBN-13: 978-0-78582-976-8
ISBN-10: 0-78582-976-8

Library of Congress Cataloging-in-Publication Data available on request.

Printed in China.

1 2 3 4 5   16 15 14 13

Exhibit 35
00568

# FROM THE PONDEROSA TO OUTER SPACE

**Serenity Movie Prop - Moses Brothers Self-Defense Engine Frontier Model B pistol.** This stylized pistol is actually a .38 Taurus revolver fitted inside a futuristic bronze housing. It was the primary sidearm of Captain Malcolm 'Mal' Reynolds (Nathan Fillion) aboard the spaceship Serenity in the 2005 film of the same name. Previously showcased in a short-lived television series, Firefly, Fillion and his small crew practice a frontier moral code in the dark vastnesses of outer space, wielding many unusual arms based on American Western standards, including Winchester lever-action rifles. *Loaned by JSS Weapons - Karl Weschta*



**Lorne Greene's Winchester Model 1873 carbine -- .44-40.** Used by Pa Ben Cartwright (Lorne Greene) in the long running (1959-1973) television series Bonanza, this nickel-plated lever-action sports an inlaid C on the buttstock for the Cartwright family name. *Loaned by Hollywood Guns and Props*

Exhibit 35
00569



Winchester Model 1892 carbine — .44-40 (.44WCF). The top large-loop Winchester is marked as property of John Wayne's "BATJAC" production company, which produced McClintock, Hondo, Big Jake, The Train Robbers, Cahill US Marshall & War Wagon. *Loaned by Bob Ferguson*

Winchester Model 1892 carbine — .44-40 (.44WCF). The lower Winchester was used by John Wayne in True Grit, Rooster Cogburn, Big Jake & The Shootist. *Donated by Robert E. Petersen*

Wayne and stuntman Yakima Canutt collaborated during the filming of Stagecoach (1939) on the design of a shortened barrel carbine that could be twirled under the arm with a circular motion to cock the action, resulting in the enlarged loop that became a signature alteration on The Duke's rifles.

John Wayne & Marsha Hunt in *Born to the West* aka *Hell Town* 1937

109

Exhibit 35
00570

# EXHIBIT 36

Exhibit 36
00571

The Leading Reference for Antique American Arms

# FLAYDERMAN'S GUIDE TO ANTIQUE AMERICAN FIREARMS

## ...and their values

**9th EDITION**

Norm Flayderman

• 4,000 Individually Priced Firearms • 1,800 Photos for Quick Reference • Coverage From Early-1700s to Early-1900s

## ABOUT THE COVER

Representing the newer end of the contents spectrum, the Colt Model 1911 pistol has become a sought-after collectible, and continues in use by military units, law enforcement personnel and private citizens.

The Model 1911 autoloading 45-caliber pistol was adopted in 1911, and Colt's first deliveries were made to Springfield Armory in early January 1912. Subsequently the Model 1911, with numerous modifications, has compiled an enviable service record with total production (to 1970) of over three million units, with most going to military contracts.

Author Norm Flayderman acquired the illustrated M-1911, frames and drawing from the Winchester Gun Museum in the mid-1970s when the museum contents were moved to the Buffalo Bill Museum in Cody, Wyoming. The Flayderman letter documenting the details of the acquisitions appears in the background, as does a letter from the Winchester Gun Museum, and is the sort of provenance that collectors value greatly. *(Courtesy Little John's Auction Service)*

© 1977, 1980, 1983, 1987, 1990, 1994, 1998, 2001 and 2007 by E. Norman Flayderman

All rights reserved

Published by



# Gun Digest® Books

### An imprint of F+W Publications

700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
*www.gundigestbooks.com*

Our toll-free number to place an order or obtain a free catalog is (800) 258-0929.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

The views and opinions of the author expressed herein are not necessarily those of the publisher, and no responsibility for such views will be assumed.

All listings and prices have been checked for accuracy but the publisher cannot be responsible for any errors that may have occurred.

The opinions stated herein by the author as to the values of used firearms represent the views of the author and not necessarily those of the publisher. Obviously, the marketplace could yield different values for the subject firearms.

Library of Congress Control Number: 2006935760

ISBN 13: 978-0-89689-455-6
ISBN 10: 0-89689-455-X

Designed by Patsy Howell and Donna Mummery
Edited by Ken Ramage

Printed in the United States of America

Exhibit 36
00573

## V-B: Colt

# Colt-Burgess Lever Action Rifle



5B-266

**Colt-Burgess Lever Action Rifle.** Made 1883-85; the total production 6,403.

44-40 caliber. 15-shot magazine and 25-1/2" barrel (rifle), and 12-shot magazine—20" barrel (carbine).

Oil stained walnut stocks. Metal parts blued (barrel and magazine tube occasionally browned); casehardened frames rare, worth premium; the hammer and lever casehardened.

Serial numbering from 1 on up to 6403. Colt company name and Hartford address marking on top of the barrel, accompanied by patent dates from 1873 to 1882. On bottom of the lever: +BURGESS'S PATENTS+.

The only lever action firearm made in any quantity in Colt's history, the Burgess was part of the company's attempt to offer shooters a broad range of hand and long guns. According to tradition, and generally considered to be a factual story, the Winchester factory responded to the Colt-Burgess with a showing of revolving handguns that just might go into production—if Colt continued manufacture of their new lever

action! After what must have been considerable expense of tooling up, Colt's suddenly discontinued the Burgess, and today specimens are justifiably prized by collectors. Only a few have survived in fine condition, and the total production run was quite limited. Breakdown was 2,593 carbines and 3,810 rifles.

Major variations are:

**Standard model rifle,** 25-1/2" barrel, full magazine, blued and casehardened finish (some barrels browned); octagonal barrel; 2,556 made of which 35 had part octagonal, part round barrels; very rare, worth premium:

**5B-266** Values—Good **$950** Fine **$4,750**

**Same as above,** but with round barrel (1,219 made):

**5B-267** Values—Good **$1,000** Fine **$4,750**

**Standard model carbine,** 20" barrel, full magazine, blued and casehardened finish (1621 made):

**5B-268** Values—Good **$1,500** Fine **$5,250**

**Baby Carbine,** with lightened frame and barrel; identified in Colt factory ledgers (972 made):

**5B-269** Values—Good **$1,750** Fine **$6,000**

# Colt Lightning Slide Action, Small Frame



5B-270

**Lightning Model Slide Action Rifle, Small Frame.** Produced 1887-1904; the total quantity 89,912. Under serial number 35,300 (approx.) made prior to Dec. 31, 1898.

22 caliber short and long rimfire. 24" barrel the standard length. Factory records indicate special order lengths 9-1/2 inches to 24 inches were also made (and should be verified before acquiring).

Oil-stained walnut stocks; either plain or checkered. Metal parts blued; hammer casehardened.

Serial numbered from 1 on up to 89912. On the barrel the Colt company name and Hartford address marking, with patent dates from 1883 to 1887. Caliber marking on the barrel at breech.

In the Small Frame, 22 caliber slide action rifle, Colt's made a Lightning Model designed for small game shooting and "plinking," the first gun of its kind in the factory's history. Like the Medium Frame Lightning, the 22 was so well constructed that at this writing some specimens are still in service. Competitors' 22s increasingly made sales difficult, and in the early 20th century the Small Frame Lightning was finally discontinued. Despite the considerable total number produced, the basic variation of the 22 Lightning is:

**Standard model;** 24" barrel, either round or octagonal; half magazine; straight buttstock:

**5B-270** Values—Very Good **$325** Exc. **$1,000**

# Colt Lightning Slide Action, Medium Frame

**Lightning Model Slide Action Rifle, Medium Frame.** Made 1884-1902; in a total quantity of 89,777. Under serial number 84,000 (approx.) made prior to Dec. 31, 1898.

32-20, 38-40, and 44-40 calibers (A few in each caliber made in smooth bore; rare; worth premium). 15-shot (rifle with 26" barrel), or 12-shot (carbine, with 20" barrel) magazines. Rifles available in various lengths.

Oil stained walnut stocks; forends usually checkered. Metal parts blued; the hammer casehardened.

Serial numbered from 1 on up to 89777. Colt company name and Hartford address marking on top of barrel, with 1883 patent

dates *or* with 1883, 1885, 1886, and 1887 patent dates. Caliber markings located on breech end of the barrels.

The Medium Frame was the first type Lightning Slide Action brought out by Colt's factory. It shared chamberings with the Single Action Army and the Double Action Model 1878 Frontier revolvers, in the 32-20, 38-40, and 44-40, and thus could serve as a companion arm. In league with such arms as the Model 1878 and 1883 double barrel shotguns, Colt's was obviously attempting to capture much more of the gun market than solely handguns. Production of the Medium Frame was rather substantial, but still only minor in comparison with Winchester's

Exhibit 36
00574

# V-B: Colt



*5B-271*

lever action competitor arms. Of all the Lightning rifles, the Medium Frame series offers the greatest degree of variation; they are also appealing to collectors because of the revolver calibers.

Major variants are:

**Standard model rifle,** 26" barrel, either round or octagonal, first type barrel marking (patent dates 1883 only); without sliding breech cover:

**5B-271**     Values—Very Good **$500**     Exc. **$2,000**

**Standard model rifle,** same as above, but with more common patent barrel marking (1883, 1885, 1886, and 1887); with sliding breech cover:

**5B-272**     Values—Very Good **$475**     Exc. **$1,500**

**Military rifles or carbines;** with sling swivels, bayonet lugs, shortened magazine tubes, and carbine type buttplates; 44-40

caliber; various barrel lengths:

**5B-273**     Values—Very Good **$1,400**     Exc. **$5,500**

**Carbine of standard type,** with 20" barrel; adjustable military type sights; round barrel, and carbine buttplate:

**5B-274**     Values—Very Good **$875**     Exc. **$3,750**

**Baby Carbine;** same as above but of slimmer construction in barrel area; weight of 5-1/4 lbs., rather than the standard carbine's weight of 6-1/4 lbs.:

**5B-275**     Values—Very Good **$1,450**     Exc. **$4,750**

**San Francisco Police Rifles;** 44-40 caliber; blued finish, with SFP 1 to SFP 401 number markings on lower tang:

**5B-276**     Values—Very Good **$1,000**     Exc. **$3,750**

(Note: Presence of deluxe features, such as pistol grip stocks, command added premium.)

## Colt Lightning Demonstrator

**Colt Lightning Cutaway Demonstrator.** Factory skeletonized with various shape apertures all parts to view internal mechanism. At least 50 known made 1885-1890 and sent to various Colt dealers for sales promotion purposes (likely others also). Large majority Medium Frame size (other types worth premium). Barrels shortened near breech; stocks by rear tang. If serial number indicates post-1898 manufacture it falls under provisions of GCA and is treated as any modern gun: (also note: a few spurious specimens are known).



*5B-276.5*

**5B-276.5**     Values—Fine **$2,500**     Exc. **$4,500**

## Colt Lightning Slide Action, Large Frame



*5B-277*

**Lightning Model Slide Action Rifle, Large Frame.** Made 1887-94; the total produced 6,496.

Calibers from 38-56 to 50-95 Express (worth premium). Standard rifle barrel length of 28", and carbine of 22". Rifles available in various lengths.

Oil stained walnut stocks; the forends checkered. Metal parts blued; the hammer casehardened.

Serial numbered from 1 on up to 6496. Colt company name and Hartford address marking on top of barrel, with patent dates of 1883, 1885, 1886, and 1887. The caliber markings on left side of the breech end of the barrel.

By far the scarcest of Lightning Colt rifles is the Large Frame group. These rather mammoth slide actions were chambered for big game cartridges, but from a practical standpoint were no competition for the lever action equivalents made in large quantities by Marlin and Winchester. The short production run and limited quantities of Large Frame (usually called "Express Model") Lightnings classifies them rather closely in value with

the Lever Action Colt-Burgess rifles. However, there are a fair number of variations in the former, particularly due to varying barrel lengths, calibers, and combinations of stocks, sights, and finishes.

The basic variants are:

**Standard model rifle,** with octagonal 28" barrel, full magazine:

**5B-277**     Values—Very Good **$950**     Exc. **$3,750**

**Same as above,** but with round barrel:

**5B-278**     Values—Very Good **$950**     Exc. **$3,750**

**Carbine** of standard type, with round barrel, 22" length, full magazine, and any caliber; military style sights, carbine buttplate; 9 lbs. total weight:

**5B-279**     Values—Very Good **$2,750**     Exc. **$8,000**

**Baby Carbine,** with round barrel, 22" length but of lighter and more slender construction; weight of 8 lbs.:

**5B-280**     Values—Very Good **$3,750**     Exc. **$12,500**

(Note: Presence of deluxe features, such as pistol grip stocks, command added premium.)

Exhibit 36
00575
NINTH EDITION ✣ **123**

# EXHIBIT 37

Exhibit 37
00576



# FIREARMS CURIOSA

## Lewis Winant

Exhibit 37
00577

# Firearms Curiosa
## by
## Lewis Winant

**First published in 1954**

**Published several times since**

Current Edition Printed in December, 2009
Ishi Press in New York and Tokyo

Copyright © 1954 by Lewis Winant

Library of Congress Catalog Card Number 54-7114

Copyright © 2009 by Mario L. Sacrpiante

All rights reserved according to International Law. No part of
this book may be reproduced by for public or private use
without the written permission of the publisher.

# ISBN  4-87187-871-6
# 978-4-87187-871-5

Ishi Press International
1664 Davidson Avenue, Suite 1B
Bronx NY 10453-7877
USA

1-917-507-7226

Printed in the United States of America

Exhibit 37
00578

Case 3:17-cv-01017-BEN-JLB   Document 50-14   Filed 03/05/18   PageID.5157   Page 36 of 90

whereas on the larger revolver the thumb piece is pressed up.

The percussion and center-fire Le Mats pictured here all have top barrels rifled, and center barrels smooth. One of the pin-fires illustrated has both barrels rifled. Pin-fire Le Mats were probably made in large numbers in Europe, but their export to this country was small. The use of pin-fire cartridges was always thought risky here, and their transportation by common carrier was severely restricted. The revolvers called pin-fire Le Mats regularly used pin-fire cartridges, commonly 12 mm, in the cylinders, but percussion cap ignition in the center barrels, which were usually about .60 caliber. Illustration 49 is of such a pin-fire Le Mat, marked "Colonel A. Le Mat Brevete" and bearing Belgian proof marks, serial 3023. Illustration 50 is of a pin-fire Le Mat that uses 9 mm cartridges in the cylinder and has a rifled barrel of about .45 caliber. This lacks the Belgian proofs.

Though all the Le Mats illustrated here have 9-shot cylinders, some center-fire and some pin-fire Le Mats were made with 10-shot cylinders.

Le Mat revolvers were also made in long guns. They have shoulder stocks and long barrels and are bigger and heavier in every way, but otherwise there are no decided changes in construction. Though none is illustrated here the collector should not overlook the fact that Le Mat long guns are scarcer and harder to find than Le Mat short guns.

Illustration #51 is of a percussion cap revolver that is notably different from Le Mats and other two-barrel revolvers. The two barrels in this revolver, bored in a single block, are neither side-by-side nor superposed; they have "one bore on one side and below the other". The two concentric rows of chambers in the cylinder have axial nipples for the outer row and oblique nipples for the inner row. There are two hammers, operated by a single trigger, with the right hammer having a square nose to hit the axial nipples in the outer row, and with the left hammer having a slanting nose to insure striking squarely the caps on the obliquely set nipples. These unusual features are evident in the patent drawing, reproduced in illustration #52. The patent, #35404, was granted Aaron C. Vaughan, of Bedford, Pennsylvania, May 27, 1862.

Notice also in this Vaughan revolver the unique hinged loading lever designed to ram charges in two adjacent chambers simultaneously.

Exhibit 37
00579

Case 3:17-cv-01017-BEN-JLB   Document 50-14   Filed 03/05/18   PageID.5158   Page 37 of 90







48. Le Mat center-fire/ Joseph W. Desserich collection.

49. Le Mat pin-fire—12″ overall/ Joseph W. Desserich collection.

50. Le Mat pin-fire/ Joseph W. Desserich collection.

Exhibit 37
00580

Case 3:17-cv-01017-BEN-JLB   Document 50-14   Filed 03/05/18   PageID.5159   Page 38 of 90

The cylinder is rotated when the two hammers are cocked simultaneously. Pressure on the trigger drops the right hammer; a second pressure drops the left hammer.

The following year Mr. H. D. Ward of Pittsfield, Massachusetts, obtained a patent for a two-barrel metallic cartridge revolver with barrels side by side. This was patent #39,850, granted September 8, 1863. Illustration #53 is a reproduction of the patent drawing. Figure 3 in the drawing shows the muzzles of the lateral barrels. In this Ward revolver, which like the just described Vaughan has two hammers and one trigger, the unusual feature is the choice of operation given the user. He may fire one shot at a time, operating the gun like a conventional single-action revolver, cocking the hammer and pulling the trigger for each shot, or he may discharge two shots "without recocking between the discharges". Further, these two shots, one through each barrel, may be "either in such rapid succession that the discharge seems to be simultaneous or with an intermission of any desirable interval between the discharges."

To fire the gun as conventional revolvers are fired, use is made of the right hammer only. To fire the double shots without recocking, both hammers are cocked at the same time. Then when the trigger is pulled the right hammer falls first, but if the trigger is "pulled directly back the whole distance at once" the two shots are in unison. If the trigger is pulled "until the first hammer is felt to escape, and then allowed to rest for a time" the firing of the second shot may be delayed or even forgone. The two-at-a-time shots may be repeated by cocking both hammers simultaneously. Obviously, the cylinder must have an even number of chambers. The illustration shows eight.

Of the two-barrel revolvers the most dubious as to practicality of construction and the most controversial as to provenience is the Albert Christ. There are only a few of these guns in existence, and where they were made is uncertain. The U. S. patent, #57864, dated September 11, 1866, was taken out by "Albert Christ, of California, Hamilton County, Ohio". The Christ revolver, illustrated in figure 54, is an 18-shot cartridge revolver with two superposed barrels. The chambers, for .22 caliber rimfire cartridges, are in two concentric circles in the cylinder, twelve being in the outer row and six in the inner. The hammer has a single, small unadjustable nose which strikes always at the

Exhibit 37
00581

Case 3:17-cv-01017-BEN-JLB   Document 50-14   Filed 03/05/18   PageID.5160   Page 39 of 90





51. Vaughan revolver/ Smithsonian Institution collection.

52. Vaughan revolver patent drawing.

Exhibit 37
00582

Case 3:17-cv-01017-BEN-JLB Document 50-14 Filed 03/05/18 PageID.5161 Page 40 of 90

one .41 cartridge through the lower auxiliary or supplemental barrel. On these illustrated guns the auxiliary barrels turn for loading as shown in the second illustration. The upper barrels tip up for cylinder loading. On one gun the lower barrel turns end for end, perhaps with the Perry & Goddard "Double Header" idea of having fired cases ejected by the next shot from the reversed barrel.

Most revolvers use cartridges all of one size. Mr. White said his invention was designed "to overcome this objection". Mr. Owen Jones of Philadelphia, Pennsylvania, had another idea to permit the use of "projectiles of different sizes in the same revolver". Figure 57 is a reproduction of the drawing in patent #151,882 which Mr. Jones obtained June 9, 1874. Notice the barrel block has two bores of different sizes. Notice also the cylinder in the butt. There are two cylinders furnished with bores corresponding to the two barrel bores. With the small bore cylinder in firing position the barrel with the corresponding bore is placed uppermost. Depressing two spring latches permits changing the cylinders and also turning the barrel group, thereby making the large bore of the changed cylinder coincide with the large bore barrel.

Still another two-barrel revolver designed to shoot cartridges of two calibers is the "Osgood Duplex". This revolver was patented December 7, 1880, patent #235,240, by Freeman W. Hood, Norwich, Connecticut. The example shown in illustration 58 is marked only "Duplex" with the patent date. That is the usual marking. Sometimes the marking includes "Osgood Gun Works, Norwich, Conn." Examples have been reported marked "Monarch". This single-action cartridge revolver has its two barrels made in one piece which is hinged at the bottom. Raising the catch in the upper part of the frame permits tipping down the barrel block and sliding the cylinder off the extension of the lower barrel for loading or unloading. There is no ejector. The hammer has a movable nose, similar to that on the Le Mat, but the lower barrel is not fast to the standing breech, as it is on the Le Mat. The cylinder holds eight .22 short cartridges which fire through the upper barrel. The center barrel holds one .32 cartridge.

Illustrations 59 and 60 are of two French double-action pin-fire revolvers. Each has two barrels and two concentric rows of chambers in its cylinder. Figure 59 shows a gun marked "Le

Exhibit 37
00583

68                                    FIREARMS CURIOSA



57. O. Jones patent drawing.

58. Osgood Duplex revolver.

Exhibit 37
00584

Case 3:17-cv-01017-BEN-JLB   Document 50-14   Filed 03/05/18   PageID.5163   Page 42 of 90





59. 20-shot revolver—10" overall/ George N. Hyatt collection.

60. 18-shot revolver/ Governor Gordon Persons collection.

Exhibit 37
00585

70                              FIREARMS CURIOSA

Page Freres a Paris". This is a 20-shot, with ten chambers for 7 mm
cartridges in each row. By means of the two fixed beaks on the
hammers shots are fired alternately from the two rows. The gun
has on the right a loading gate and also an ejector which is
swivelled to take care of expulsion of fired cases from both rows
of chambers.

The other pin fire, figure 60, is an unmarked 18-shot, firing
twelve 7 mm cartridges from the outer ring of chambers and six
from the inner ring. The hammer has only one striking nose, but
there is a sliding member in the standing breech which rises
when the hammer is cocked and falls with the fall of the hammer.
This sliding piece, which fires the cartridges by driving in their
pins, has two steps arranged so that one shot from the inner ring
of cartridges through the lower barrel follows two shots from
the outer ring through the upper barrel.

Illustration 61 is of a finely made, modern European two-barrel
double-action revolver. The cylinder holds sixteen .32 S & W
center fire cartridges in two concentric rows of eight each. The
two sturdy strikers are integral with the hammer. The chambers
are so spaced that though both strikers descend together only
one cartridge can be fired at a time. Chambers in the outer and
inner row fire alternately. The gun, hinged at the top, opens at the
bottom when a spring release is pressed. A manual ejector extracts
all sixteen cases together. When pressure is released from the
trigger the hammer automatically comes back a small fraction of
an inch, to keep the striker free of the cartridge primers.

A German "Bar" pistol is shown in illustration 62. Guns like
this had wide sale and could be bought from dealers in modern
weapons until quite recently. The cartridge block is a rectangular
prism holding four .25 A. C. P. cartridges. As the shells lie over
one another the construction permits a very flat weapon, easy
to conceal. The firing pin moves back and forth to fire the barrels
alternately. After the trigger has been pulled twice, a catch on
top of the pistol is pressed and the cartridge holder turned
through 180 degrees, so that the two remaining shells are in firing
position.

Exhibit 37
00586

TWO-BARREL REVOLVERS

71





61. 16-shot revolver—9" overall/ Arnott J. Millett collection.

62. "Bar" pistol.

Exhibit 37
00587

close to the shank, so the plate may be swung free when the screw is sufficiently turned. The other pistol, figure 231, is heavy and unhandy. Its turret is a ring-like disc with eighteen chambers, by no means easy to remove for reloading. Modern small caliber cartridges are discharged by a firing pin drawn back and released when the trigger is pulled. Trigger pull also rotates the circular magazine. The superstructure built on the barrel serves no purpose other than to hold the sights.

The various Protector pistols are also turret pistols. They were described in the chapter on Squeezers and Knuckledusters.

The repeating pistols that are fitted with revolving chains as magazines are odder and scarcer than those fitted with revolving turrets.

An American 20-shot chain pistol patented January 23, 1866, by Harry S. Josselyn, Roxbury, Massachusetts, U. S. patent #52,248, is shown in figure 232. The endless steel chain, with a chamber for a .22 rim-fire cartridge in each link, turns around a sprocket wheel having six teeth. Cocking the hammer rotates the sprocket wheel by means of a pawl. A spring-latch attached to the hammer holds each cartridge as it comes around in line with the barrel, when the trigger is pulled.

An almost identical system of endless chain and sprocket wheel was used in an earlier British invention, patented by Thomas Treeby, London, British patent #1552 of the year 1855.

As in the Josselyn, the chain, or endless belt of chambers on the Treeby is rotated by the cocking of the hammer. The lower end of the chain on the Josselyn gun swings freely, there being only one sprocket wheel. On the Treeby gun illustrated, figure 233, uncontrolled swinging is prevented by use of a second sprocket wheel placed at the bottom of the loop and held by straps running down from the frame. This feature, the second sprocket, was not included in Mr. Treeby's 1855 patent, but it was patented by him as an improvement in his patent #1306 in the year 1858.

A more important feature of the Treeby is the method of getting a gas-tight joint between barrel and chamber. A tight joint is made by moving the barrel back into locked connection with a chamber mouth. The Genhart turret pistol described earlier in this chapter uses the same idea of backward movement of the barrel for obturation. In the Genhart the barrel simply

Exhibit 37
00588

Case 3:17-cv-01017-BEN-JLB   Document 50-14   Filed 03/05/18   PageID.5167   Page 46 of 90





232.  Josselyn pistol/ Smithsonian Institution collection.

233.  Treeby rifle/ Photograph courtesy Harold G. Young.

Exhibit 37
00589

slides back when a lever is raised. In the Treeby the turning of
a bolt handle attached to a sleeve causes forward or backward
movement of the barrel.

Only about a quarter turn of the bolt handle is required to
free the barrel from a chamber mouth so the chain may revolve.
To facilitate firm closing of the joint there is a handhold about
the length of and just in back of the bolt handle.

The gun in the illustration has a chain with fourteen cham-
bers. A Treeby gun demonstrated before instructors of musketry
at Hythe was fitted with a chain having thirty chambers. It was
fired from the shoulder, with a rest for the barrel, and discharged
its thirty shots in less than a minute. The gun was designed for
military use as a defensive weapon. It was accurate and probably
capable of the best sustained rapid fire of any gun of the time,
but it did not fire a heavy charge and was not considered ade-
quate for use by the armed services.

The best known of the endless chain guns is a French product,
the Guycot. The gun is usually referred to as the "forty shot belt
pistol." It happens I have never seen one known to be forty shot,
but I have had pistols in 25-shot and 32-shot, and rifles in 80-shot
and 100-shot. Figure 234 shows a 25-shot pistol and figure 235
shows part of the mechanism of a 100-shot rifle. In the latter
illustration perhaps 25 of the cartridge carrying cups are dis-
cernible. The other 75 are inside the stock. The endless chain,
or belt, that carries the cups extends all the way to the butt
plate.

Once the gun is loaded it may be fired as fast as the trigger
can be pulled. As the trigger is pulled, the belt is revolved until
a chamber faces the barrel. At the same time a long firing pin is
retracted. Then an inner barrel is drawn back through the heavy
outer barrel until it covers the bullet end of the cartridge. When
the long drag on the trigger ends, the final pressure releases the
needle-like firing pin, which drives through the small opening
in the base of the cup-like container to detonate the cartridge
primer.

The engagement of barrel breech and chamber mouth at the
moment of firing is again by drawing back the barrel, as in the
Treeby and in the Genhart. I do not recall any other guns that
attempt to get tight joints by pulling back the barrel to the
chamber mouth. Pressing a chamber mouth forward against a

Exhibit 37
00590

Case 3:17-cv-01017-BEN-JLB   Document 50-14   Filed 03/05/18   PageID.5169   Page 48 of 90







234.  25-shot chain pistol/ Eddie Reider collection.

235.  100-shot chain rifle.

236.  Enouy's revolver/ Photograph courtesy Sam E. Smith.

Exhibit 37
00591

Case 3:17-cv-01017-BEN-JLB   Document 50-14   Filed 03/05/18   PageID.5170   Page 49 of 90

barrel breech is a better known method. That was done in the flintlock Collier revolvers, in the percussion cap Savage revolvers, and in other guns.

It should be explained that there is a button on the left of the frame which is kept down at the bottom of a groove when the gun is to be fired. If the button is pressed up when the trigger is not drawn back the gun is completely locked and the belt will not revolve.

Reloading one of these guns is a problem that requires a neat maneuver to solve. Cartridges are placed in the cups of the belt carrier one at a time through a slot on top of the frame. After one cartridge is inserted in a cup it is necessary to pull the trigger to revolve the carrier so another cup may be loaded. In order to prevent the discharge of the first cartridge after about a dozen cartridges are loaded, the locking button just referred to is raised after the trigger has been drawn partly back, with the result the firing pin is kept back but the belt moves when the trigger is pulled.

This chapter seems the proper place for the 42-shot "Ferris Wheel" pistol shown in figure 236, although the revolving framework which holds the "compound magazine", as its inventor called it, can hardly be called a chain. The inventor was Joseph Enouy, who obtained British patent #1359 of the year 1855. The gun is a percussion cap double-action revolver of the transition type which used the top hammer construction of the earlier English pepperboxes. It is equipped with a revolving framework having an axle fastened to the grip and to the barrel as the illustration shows. There are seven spokes to the wheel, and at the outer end of each spoke is a cylinder with six chambers. When one cylinder is empty the framework is turned so a loaded cylinder may be locked in position for firing.

Exhibit 37
00592

Case 3:17-cv-01017-BEN-JLB   Document 50-14   Filed 03/05/18   PageID.5171   Page 50 of 90

is very thin and flat it has been popular on the Continent to carry in evening clothes.

Another even slimmer and more easily concealed 4-shot pistol is shown in figure 280. This unmarked French pistol is all steel and only $7/16''$ thick. The barrel block is hinged and tips up for loading. The four .22 caliber cartridges are hit in succession by a moving firing pin. Drawing out and pulling the folding trigger raises and drops the unobtrusive hammer.

The sliding barrel pistols that have gained most favor with collectors are the Jarre pistols commonly called simply "harmonicas." The pistols are of two types. The earlier type, United States patent #35,685, has a single barrel and a horizontally-sliding row of chambers; the later type, United States patent #137,927, has a horizontally-sliding row of barrels. The first patent was granted in 1862 to J. Jarre, of Paris, France; the second was granted in 1873 to A. E. and P. J. Jarre, both of Paris.

Figure 281 shows a single barrel Jarre pistol, photographed from below and at the side. The lock is double-action and trigger pressure moves the sliding breech-bar from left to right. The breech-bar holds ten pin-fire cartridges. A face plate, or yoke, holds the cartridges in position when the loaded breech-bar is secured in the frame. This plate is lifted for loading or unloading when the bar is removed from the frame.

Figures 282 and 283 show two Jarre pistols of the type described in the later patent. One of these has six barrels and is in firing position. The other has ten barrels and is in carrying position. Any of these multiple-barrel harmonica pistols can be put in the carrying position by pushing the barrel group, with the hammer held slightly raised, until the hammer is in line with the last barrel, and then turning and pivoting the group. An ejector rod is screwed in the butt of each of these short-barreled pistols.

These barrel blocks could be made with any number of bores. The inventor thought ten should be the limit.

The several guns just described which have sliding barrels or chambers have all been of modern cartridge type. A rare one with percussion cap ignition is in illustration 284. This is Belgian, marked H. COLLEYE BREVETE. The block has four chambers, each with a countersunk nipple, and is shown in position for the firing of the first shot. Pulling the ring trigger will raise the block, draw

Exhibit 37
00593

MISCELLANEOUS



281. Ten-chamber harmonica—10″ overall/ Robert Abels collection.

282. Six-barrel harmonica.

283. Ten-barrel harmonica/ Henry M. Stewart collection.

Exhibit 37
00594

# EXHIBIT 38

Exhibit 38
00595

# 2014 Standard Catalog of©

# FIREARMS

## THE COLLECTOR'S PRICE & REFERENCE GUIDE

## 24TH EDITION



EDITED BY

## JERRY LEE

7,500 IMAGES     110,000 PRICES     6 CONDITION GRADES

Exhibit 38
00596

Copyright ©2013 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigeststore.com

ISBN-13: 978-1-4402-3716-4
ISBN-10: 1-4402-3716-6

Cover & Design by Tom Nelsen & Sandi Carpenter
Edited by Jerry Lee and Jennifer L.S. Pearsall

Printed in the United States of America

Exhibit 38
00597

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1600 | 1100 | 900 | 600 | 400 | 200 |

**AutoRevolver Carbine**

Similar in principle to a handgun, with 16" or 18" barrel. Walnut buttstock, pistol grip and fore-end.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1800 | 1300 | 1000 | 700 | 500 | 300 |

# MATRA MANURHIN DEFENSE
### Mulhouse, France
### See—Manurhin

# MAUNZ MFG., INC.
### Maumee, Ohio

Manufacturer (1970s-1980s) of high-end law enforcement and competition rifles based primarily on M14 military rifle.

### Model 77 Service Match Rifle

Semi-automatic rifle chambered in .308 Winchester. Other chamberings on custom order. 22" barrel standard; medium and heavy barrels available. Charcoal gray parkerized finish. Custom rifles had heavyweight Kevlar or graphite/fiberglass stocks covered in black gelcoat. Red/white/blue stocks were also produced. 300 produced.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 2500 | 2250 | 2000 | 1850 | 1500 |

### Model 87 Maunz Match Rifle

Semi-automatic rifle chambered in .308 Winchester and 6.30 Maunz; Limited .338 and .45 Maunz chamberings on custom order. Sold only to Master competitors and American Shooters Union members.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 2500 | 2200 | 2000 | 1500 | 1200 |

### Model 57 M1A

Semi-automatic rifle chambered in .30-06, .276 and .308 Winchester. Also .45 Maunz (rare). M1 Garand receiver, with M14 parts and National Match barrels. Custom-built glass-bedded stock. Approximately 200 made.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 1500 | 1250 | 1000 | 800 | 600 |

### Model 67 Match Grade for Practice

Semi-automatic rifle chambered in .308 Winchester, 6.30 Maunz and .45 Maunz. Camp Perry stamped. Not allowed for Service Rifle competition. Combination of M1 Garand and M14 parts. Approximately 250 made.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 2000 | 1800 | 1500 | 1200 | 1500 |

# MAUSER WERKE

Established in 1869 by Peter and Wilhelm Mauser, this company came under effective control of Ludwig Loewe and Company of Berlin in 1887. In 1896, latter company was reorganized under name Deutsches Waffen und Munition or as it is better known, DWM. **NOTE:** Historical information, technical details, photos and prices see Standard Catalog of Military Firearms.

## EARLY MODEL 98 SPORTING RIFLES

Wide variety of commercial Model 98 Sporting Rifles were made. Most of which had 23.5" ribbed barrels, open sights, 5-shot magazines, single-/double set triggers and full or semi-pistol grip stocks. **NOTE:** Values listed are representative.

**Type A—Short Action**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 6000 | 5200 | 3300 | 1850 | 700 |

**Type A—Medium Action**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 5000 | 4000 | 3000 | 1600 | 700 |

**Type A—Long Action**



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 6000 | 5200 | 3300 | 1850 | 700 |

**Type B**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 4800 | 3500 | 2300 | 1400 | 500 |

**Type K**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 7500 | 6500 | 4000 | 2000 | 700 |

**Type M**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 4500 | 3900 | 3300 | 1850 | 700 |

**Type S**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 4500 | 3900 | 3300 | 1850 | 700 |

## MODEL 1896 BROOMHANDLE MAUSER PISTOL

Manufactured from 1896 to 1939. Model 1896 Pistol was produced in a wide variety of styles as listed. It is recommended that those considering purchase of any models listed should consult Breathed & Schroeders's *System Mauser* (Chicago 1967) as it provides detailed descriptions and photographs of various models. NOTE: Prices listed are for pistol only. A correct matching stock/holster will add approximately 40 percent to value of each category. Non-matching stock/holster will add $350 and $600 to prices.

**"BUYER BEWARE" ALERT by Gale Morgan:** I have personally seen English Crest, U.S. Great Seal, unheard-of European dealers, aristocratic Coats-of-Arms and Middle East Medallion beautifully photo-etched into magazine wells and rear panels of some really common wartime commercials, with price tags that have been elevated to $2,500 plus. They are quite eye-catching and if they are sold as customized/modified Mausers, seller can price the piece at whatever the market will bear. However, if sold as a factory original—BUYER BEWARE.

Courtesy Gale Morgan

*Large Ring Cutaway*

Exhibit 38
00598

## Six-Shot Step-Barrel Cone Hammer

7.63mm semi-automatic pistol, with 5.5" barrel, fixed rear sight and checkered walnut grips. Marked "Ruecklauf Pistole System Mauser, Oberndorf am/Neckar 1896". Very few were manufactured. Too rare to price.

## Twenty-Shot Step-Barrel Cone Hammer

As above, with 20-shot extended magazine and tangent rear sight. Engraved "system mauser" on top of chamber. Too rare to price.

## System Mauser 10-Shot Cone Hammer

As above, with fixed or tangent rear sight. Step barrel (pictured) is very rare as is tapered barrel. Magazine capacity 10 rounds.



Courtesy Joe Schroeder

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 25000 | 17000 | 12000 | 8000 | 7000 |

## Six-Shot Standard Cone Hammer

Similar to above, with no step in barrel, 6-shot magazine and marked "Waffenfabrik Mauser, Oberndorf A/N" over the chamber. May have fixed or, rarely, tangent rear sight.



Courtesy Joe Schroeder

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 12000 | 9000 | 6750 | 4500 | 3000 |

## Twenty-Shot Cone Hammer

As above, with extended magazine holding 20 cartridges. May have panels or flat sides.



Courtesy Joe Schroeder

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 40000 | 35000 | 20000 | 10000 | 7000 |

## Standard Cone Hammer

As above, with 10-shot magazine and 23-groove grips.



Courtesy Rock Island Auction Company

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 7500 | 5000 | 2000 | 1400 | 800 |

## Fixed Sight Cone Hammer

Similar to standard Cone Hammer, except fixed integral sight is machined into barrel extension.



Courtesy Joe Schroeder

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 7000 | 5500 | 3500 | 2000 | 1000 |

## Turkish Contract Cone Hammer

As above, but sight marked in Farsi and bearing crest of Sultan Abdul-Hamid II on frame. Approximately 1,000 were made.



Courtesy Gale Morgan

Exhibit 38
00599

# EXHIBIT 39

Exhibit 39
00600



MAUSER

# System Mauser

## A PICTORIAL HISTORY OF THE MODEL 1896 SELF-LOADING PISTOL

John W. Breathed, Jr.

Joseph J. Schroeder, Jr.

Exhibit 39
00601

Published by
HANDGUN PRESS
5832 South Green Street
Chicago, Illinois 60621

*Copyright © 1967 by John W. Breathed Jr.*
*Printed in the United States of America*
Library of Congress Catalogue Card Number 67-30346

THE BANKERS PRINT, CHICAGO

Exhibit 39
00602

# MODEL 1896 PISTOLS

The Model 1896 was Mauser's first and only successful locked-breech, self-loading pistol. When Mauser first offered it for sale just 70 years ago, its reception was no better than average for a self-loading pistol of the period. It was not until 1905 that total production reached the 40,000 mark, but it must be noted that no other large-size, military-type weapon was doing any better at that time. Mauser was apparently sensitive to this lack of enthusiasm, as over *two-thirds* of the variations found on the following pages appeared in the first ten years of the Model 1896's 40-year production life. These early variations include the especially interesting 6 and 20-shot models, as well as the carbines that appear in Section III.

The guns that follow describe the development of the Model 1896 in what is its correct chronological order, as can best be determined. In general, serial numbers are a good indicator of proper sequence, though there were a number of special models with their own serial number series that do tend to confuse the issue. Sometimes a gun appears with a serial number higher than normal for its type, probably indicating that older type parts on hand were used later for economy.

Because of the large number of Model 1896 variations that are shown (over 60), it was necessary to develop a system of names to identify them. These names are descriptive in nature, and some are already in use by many collectors. Following the factory's lead, the Model 1930 is the only variation identified by date. To help simplify the names selected, all 6-shot variations are understood to have a *fixed* rear sight, and all others an *adjustable* rear sight, unless otherwise specified.

We have tried to restrict the variations shown to those that could be considered "legitimate," omitting "variations" due to added seller's names and the like. A few important variations, such as the very early 6 mm cone hammer, have been omitted because no examples or photographs were available for study. Non-factory modifications are for the most part not included, though a few such as the 1920 reworks are shown.

The preceeding section on manufacturing and marking details is a key to some of the data on the following pages. Not only are close-up photos provided for each of these details, but what is meant in the data table by the various parts names is explained.

There has been no attempt to make a judgment as to the relative scarcity or value of the pistols shown. Instead, a very good indication of scarcity may be obtained by examining the serial numbers listed under each example. These numbers are from guns which were found to agree with the variation descriptions, and almost all of these guns were actually examined during preparation of the book. The number of serial numbers noted, and usually (but not always) their numerical spread, provide a good indication of rarity.

23

Exhibit 39
00603

# System Mauser

## STEP-BARREL 20-SHOT CONE HAMMER

*Caliber:* 7.63 mm Mauser.

*Barrel length:* 5.5 in.

*Rear sight:* Early adjustable, marked 1-10.

*Grips:* Checkered wood.

*Safety:* Early.

*Firing pin:* Early.

*Trigger:* Early.

*Extractor:* Early.

*Serial location:* Not known.

*Proof:* German definitive pistol proof, Oberndorf proof house.

*Other markings:* SYSTEM MAUSER on top of chamber.

*Comments:* This is an early example of Mauser's experimentation with a high-capacity magazine version of the Model 1896. At least two other small lots of 20-shot pistols were made during later production, but their bulk and weight probably far outweighed the advantages of the larger magazine capacity. The photograph was supplied by August Weiss. Serial number noted: 52.

30

Exhibit 39
00604

## STEP-BARREL 20-SHOT CONE HAMMER



31

Exhibit 39
00605



—————— System Mauser ——————

## "SYSTEM MAUSER" CONE HAMMER

*Caliber:* 7.63 mm Mauser.

*Barrel length:* 5.5 in.

*Rear sight:* Early adjustable, marked 1-10.

*Grips:* Walnut, 22 groove.

*Safety:* Early.

*Firing pin:* Early.

*Trigger:* Early.

*Extractor:* Early.

*Serial location:* Top of rear grip strap.

*Proof:* German definitive pistol proof, Oberndorf proof house.

*Other markings:*   SYSTEM MAUSER on top of chamber.

*Comments:* After the very early step-barrel type pistol was superseded by the more familiar tapered barrel design, the "System Mauser" chamber marking was continued for only a short time.  Guns with serials in the high 300s exhibit the standard chamber legend, WAFFENFABRIK MAUSER, OBERNDORF A/N, which was used (with the exception of one brief period) on all subsequent pistols through the end of production.  The example shown is from the collection of David B. Witkowski.  Serial number noted: 360.

32

Exhibit 39
00606



## — System Mauser —

## EARLY PRODUCTION 20-SHOT CONE HAMMER

*Caliber:* 7.63 mm Mauser.

*Barrel length:* 5.5 in.

*Rear sight:* Early adjustable, marked 1-10.

*Grips:* Walnut, 21 groove.

*Safety:* Early.

*Firing pin:* Early.

*Trigger:* Early.

*Extractor:* Early.

*Serial location:* Top of rear grip strap.

*Proof:* German definitive pistol proof, Oberndorf proof house.

*Other markings:* Standard chamber marking.

*Comments:* Very, very few Model 1896 pistols were made with this 20-round magazine. Unlike the later Astra 20-shot Model 902, the magazine on the Mauser is an integral part of the original frame forging, while the oversize holster-stock is made wide enough to enclose the entire pistol. The example pictured is from the collection of Nate Posner. Serial numbers noted: 743, 753. Serial number 37 is reported to be similar, except that the frame sides have no milled-out panels.

38

Exhibit 39
00670

## EARLY PRODUCTION 20-SHOT CONE HAMMER





39

Exhibit 39
00608

——————— **System Mauser** ———————

## LATE 20 SHOT CONE HAMMER

*Caliber:* 7.63 mm Mauser.

*Barrel length:* 5.5 in.

*Rear sight:* Early adjustable, marked 1-10.

*Grips:* Walnut, 23 groove.

*Safety:* Early.

*Firing pin:* Early.

*Trigger:* Early.

*Extractor:* Early.

*Serial location:* Top of rear grip strap.

*Proof:* German definitive pistol proof, Oberndorf proof house.

*Other markings:* Standard chamber marking.

*Comments:* The 1-10 marked rear sight is not normal for a gun in this serial range, but as it is serial numbered to the gun it is a possible indication that the gun was actually assembled much earlier or later than the serial indicates. The example shown is from the collection of Steven B. Fox. Serial numbers noted: 8441, 8444, 8447.

54

Exhibit 39
00609

## LATE 20 SHOT CONE HAMMER





55

Exhibit 39
00610

# ─── System Mauser ───

The story of Paul Mauser and his Model 1896 is one of seemingly endless variety. In nearly 40 years of production about 1,150,000 examples were made, and almost a million of these were sold on the commercial market (not military contract). Maintenance of the early models must have been a nightmare, as the evolving design changes compounded the spare parts problem. One myth regarding the 1896 that should be refuted is that of "no pins." All cone hammers had two pins in their mechanisms, one holding the trigger to the trigger block and the other securing the tangents sight. These were eliminated with the introduction of the flatside models.

The Mauser collector is fortunate that so many Model 1896s were sold in England, where the survival rate was high. All too many rare collectors items that remained on the Continent must have suffered the fate of those shown below, victims of the Treaty of Versailles!



Photo courtesy of Konrad F. Schreier, Jr.

272

Exhibit 39
00611

# EXHIBIT 40

Exhibit 40
00612



Sell Your
Gun

Join Us On
Instagram

# A Sweeping History of the Mauser C96 Broomhandle Pistol

1/26/12 | by **John Elliott**    Share 22    Tweet

It's one of those guns that turns heads and a great number of shooters over the years, from soldiers to generals from directors to royals, have holstered the unconventional C96 'Broomhandle' Mauser to seemingly elicit this very response from would-be onlookers. Yet, aside from its design choices (and, as we'll see, flaws), the C96 pistol, chambered in either 7.63x25mm or 9mm Parabellum, was a considered one of the best sidearm options out there when it first debuted in 1896.  The reigning high velocity pistol of its day, the world would not see a hotter handgun until the introduction of .357 Magnum cartridge in 1935.  And around the turn of the century, it seemed like just about everyone, from Germany to China, was making them.

## The Gun That Mauser Didn't Want Made

Despite the name, Paul Mauser did not design the Mauser C96. Credit goes to the Feederle brothers, Fidel, Friedrich, and Josef.  Fidel was a higher up in one of Mauser's workshops and he and his brothers worked up a prototype in this facility (without the knowledge and then against the wishes of Fidel's big name boss) for what they called the P-7.63 or Feederle Pistol.

Exhibit 40
00613



In spite of his reservations about the broomhandled handgun, Mauser was a businessman first (as it turns out, most gun tycoons are) and, with the oddly alluring design finalized in '96, he put the pistol into production at his Oberndorf-Necker factory in Germany.  Originally called the "Mauser Military Pistol" (in hopes of courting lucrative military contracts) not a single country's armed forces adopted it as their primary sidearm—though this didn't stop Mauser from continuing production of the weapon until 1939 as the gun caught fire on the commercial market in other countries.

The first group to truly embrace the pistol were British officers and this was largely the fault of legendary British gunmakers Westley Richards, who imported and resold C96s for private purchase (usually from military personnel).  This lead to a taste for imported Broomhandles among the middle and upper classes and the C96 sold out in its first year of manufacture.  It would maintain this pace right up until the start of WWI.

# Description and Variants

Exhibit 40
00614



The first C96s were pure, albeit unorthodox, handguns—a box magazine in front of the trigger, a longer barrel and the namesake grip that to some eyes is shaped like a broom handle. It came with six, 10, or 20 round magazines and, because the muzzle velocity was so high, the gun was "approved" out to almost a 200 foot maximum effective range.

Later models however began to sprout various odd appendages such as wooden shoulder stocks that doubled as carrying cases or holsters or lengthened or widened the grips and barrels.  Indeed, the length of the barrels in some models was so long, some derivative could be considered carbines. Other variants included, in addition to the shoulder stock/case, holsters that would accommodate a host of strange assortments like spare clips, cleaning tools or other survival gear.  Some examples even have clips on the weapon to attach accessories.



'Broomhandle' Mauser C.96 with stock

Exhibit 40
00615

The very first military model was produced in 1912 and used throughout World War I. It had a barrel length of 5.51 inches, and was one of the derivative models that sported a shoulder stock and brown leather holster. The military models originally fired the 7.63mm rounds, but the demands of the war forced makers to upgrade to the more powerful 9mm Parabellum rounds. Those models had a large red number 9 engraved into their butts (and are among the most collectible C96s). They weighed 2.69 pounds, had 10-round straight-box magazines, and had a muzzle velocity of 1,420 feet per second for the 9mm rounds.

Some C96 variants even had fully automatic capabilities but the rate of fire was so high on auto that a 20 round magazine was gone before the shooter could bring the weapon to bear on a downrange target. Handguns are not well suited to fully auto firing mode as the recoil pushes the muzzle upwards even in the hands of an expert and the ammo was usually spent before you could arrest the muzzle climb. On semi-auto it was a different story as the pistol performed very well when fired singly or with bursts of two or three rounds.

# Around the World from Germany to China

Mauser manufactured approximately one million C96 pistols between 1896-1939 but that number does not reflect the unknown thousands and perhaps millions produced in Spain and China. These figures have been largely lost to history because of poor record keeping from manufacturers in these countries.



The list of wars and colonial insurrections that this weapon saw service in would make your eyes to glass over but notably it was carried by Winston Churchill in the Battle of Omdurman, Ethiopian Emperor Haile Selassie, T.E. Lawrence (a.k.a. Lawrence of Arabia) during his adventures in the

Exhibit 40
00616

Middle East and of course Han Solo  (Lucas chose the C98 as the design for Han's DL-44 Heavy Blaster in the Star Wars Trilogy).

The biggest end user ended up being China, initially during the Chinese Civil War and eventually as a military and police staple. In China the C96, now called the Shanxi Type 17, was unique in that it was chambered in .45 ACP and nicknamed the 'box cannon' (盒子炮) due to the square shape of its internal magazine and the fact that the weapon was carried in its own "box", actually a holster that doubled as a detachable stock. Other famous Chinese models were the Hanyang C 96 and the Type 80. The Spanish names were the Astra Model 900 and the super rare "Royal" MM34 machine pistol.

# Swept Into the Dustbin of History

When the gun worked, it was a formidable weapon, but glaring design flaws held the gun back as shooters began to favour other modern semi-automatics. The first stumbling block (and the one from which all other problems stemmed) was the devices damnably complicated cartridge feeding system.

Rounds were fed into the magazine in front of the trigger mechanism from above by means of a strip clip. This system was clumsy but functional. The real problems came during the intricate set of internal processes that had to be performed before a casing could be ejected and the next round chambered.



Like many handguns, the bolt slid to and fro in a barrel extension.  Upon firing the weapon however (or more accurately pulling the trigger through), a locking assembly underneath the bolt would seal off the breech through a system of tongues.  Delaying the bolt movement delayed the action by a split second and was meant to keep the chamber closed until any built up pressure had dropped to a safe level. After that, the bolt was allowed to move back in order to carry out the cycle of extracting and ejecting the spent round casing, and then reloading and recocking the weapon for subsequent use, courtesy of a return spring.

Exhibit 40
00617

It sort of boggles the mind. For what it's worth, the gun did work, it just took a very long walk to get there and this extremely complicated cartridge feed system caused so many problems in the field (field maintenance was almost out of the question) that it eventually led to the military model's demise.

The second reason was the cost.  Seeing how convoluted the mechanics of the gun were, it should come as no surprise the Broomhandle was downright expensive to manufacture.  So expensive in fact it was totally cost prohibitive to equip any sizable number of ground troops with them (and contributing to the fact that the C96 was usually an officers gun).  When military brass moved on to designs like the **Colt 1911**, the Broomhandle began its steady decline in popularity.

# The Trials of Collecting the C96 Mauser



As mentioned earlier, the C96 was mass-produced not only in Germany but also in China and Spain, presenting a veritable minefield for the unwary historian or collector.  The first issue a prospective collector has to contend with is this: Mauser never licensed the Chinese and Spanish versions, making these "unauthenticated" models less desirable on the collectors' market than ones made in Germany (though this is not to say a foreign made Broomhandle, like the rare Spanish Royal, is worthless).

Complicating things further is this cold hard fact: all of Mausers records burnt up in 1945 when the Allies took Germany, meaning even the Germans have a hard time authenticating whether a C96 was actually made in the Faderland.  Still, this doesn't mean collecting Broomhandles is fruitless or a money pit.

Exhibit 40
00618

For starters, because there were so many produced and so little documentation to support them, Broomhandles are usually priced to move in shops and can be found at auctions and gun stores at reasonable prices.  Second, there actually are indicators on the pistol that can determine the date and the country of origin.  For example, if you come across a Mauser C96 with a faded red number 9 engraved into the butt, you've just found an original example from the 1912 run and easily a $10,000 handgun. Finally (and once again because of the guns proliferation and lack of identifying paperwork) historians acknowledge that there are still Broomhandle pistols carried by historical figures that are known to exist but are currently floating around "lost" on the market. The gun carried by Emperor Selassie, for example, is still out there and would fetch a pretty penny at auction.

Accordingly, new collectors would do well to close read their history books when evaluating a C96 for purchase.

**Filed Under: Collectibles & Novelties**

Share 22     Tweet



# WE BUY GUNS

### GET STARTED

## Trending Today

Ads by Revcontent

Exhibit 40
00619

**Can You Handle a Sugar Mom in Fullerton?**

**Obama Wants This Video Erased From the Internet. Watch Before That Happens**

**New Rule In Fullerton, CA**

**New "Legal Steroid" Turning Men into Beasts**

**Retirees in California Use This 1 Word to Increase Your Monthly Income?**

**Explore the New 2018 Mazda Cx-5 Ratings & Reviews**

**Post your Comments**

**13 Comments**                                    Sort by   Newest

 Add a comment...

 **Chris Carpenter** · Tri State Truck Driving School
I've always admired this weapon & remembered seeing allot of it in old war movies as a kid! Thanks for posting a great reminder for me on Face Book! 🙂
Like · Reply · 6y

 **Bob Clevenger** · University of California, Riverside
The locking block system of the C-96 is practically the same as the one used in the Walther P-38 and the Beretta 92/M9. I believe the C-96 was the inspiration for the P-38, which was the inspiration for the Beretta. I don't see any reason for criticism of it. This locking block system allows the barrel and barrel extension to be one solid piece of steel with the sights fitted to it. There is no possible misalignment of barrel and sights due to a loose barrel-to-slide lockup.

The 9mm Parabellum and the 7.63 Mauser both have a muzzle energy of around 400 ft-lbs. The 9mm was adopted simply to ... See More
Like · Reply · 2 · 6y

 **Jeff Cordell** · Patrolman at Caldwell Police Department
I've had an itch for a Mauser Broomhandle since I was in 5th grade in the late 70's. A few weeks ago I finally scratched that itch when I won the bid on a post-war Bolo. I've always been very partial to the Bolo configuration. Very neat pistol.
Like · Reply · 1y

 **James Andrews**
I can still see and feel that rounded grip in my hand as I fired one as a teenager in the 60's.

Exhibit 40
00620

The Mauser was a pistol all to itself the Grand Daddy of all semi auto's to come. If you are ever lucky enough to fire one you will appreciate the design even more. I think it was and is one of the all time great hand guns.....

Like · Reply · 2 · 6y



**William Gragg** · Photographer at Will's PhotoArtistry

I picked up a box of Broomhandle Mauser parts a few years ago that turned out to be a complete pistol. I paid $200 and the damn thing fires! Mismatched numbers, but a Broomhandle for $200.....never hit that deal again!

Like · Reply · 6 · 6y



**Tyler Bocian**

Proud to say, I am related to the Mauser family. Both Peter and Wilhelm were my distant uncles.

Like · Reply · 1 · 6y



**Pieter Kes** · Woodstock, Alabama

My father had one and gave it to me years ago. It hasn't been fired in over 60 years, but is one real treasure.

Like · Reply · 1 · 6y



**Brian Bloomfield** · Works at Linn County Sheriff's Office

Last time I checked 7.63 Mauser is more powerful than 9 Parabellum and even some 9 MM Parabellum +P.

Like · Reply · 1 · 6y



**Eric Wolfsbane**

Hard to believe that someone doesn't have a replica of these in current production.

Like · Reply · 5y



**Jon Michael Brantley** · Florida Inst. of Technology, Melbourne

Reproduction would be extremely expensive. Probably more than any other pistol on today's market.

Like · Reply · 28w



**Winston Buie** · University of Hard Knocks

a botom feed box mag (no stripper)an integral silencer and a holosite...and this would be flat awesome looking...i would buy one.

Like · Reply · 5y



**Tom Hilderbrand** · North Myrtle Beach, South Carolina

i HAVE A C96 ALL MATCHING SERIAL #S IT ALSO HAS STAMP BELOW THE TRIGER GUARD JUST UP FROM THE GRIP RING (P.He.44.) ANY IDEA WHAT THIS IS?

Like · Reply · 2y



**Charles Kroll** · Works at Retired

I just bought a replica C96 air pistol, not the same but very well close to the real thing. Check it out, from a distance looks real.

Like · Reply · 40w

Exhibit 40



**Tim Pearce** · West Coast Regional Manager at Alliance of America Reverse - A Blackstone



Company

I have a Red 9. but there is a pin in the middle of the barrell. It's not pined on the ouside but looks like it was molded with the barrel. My question is What and why?

Like · Reply ·   1 · 19w



**Tommie Riddle**

I also have a red nine,did you have any more info

Like · Reply · 1w



**Mark Tercsak** · CCAC

The C-96 is cool early Self-Loading Pistol, love the stripper clips and incerting them at the range, and older gents, hey fellow was it that you got there?

It is truly fun to shoot and the cartridge has some power.

this is one pistol that should still be made, along with the 1910 or 1910/20-Bergmann

Like · Reply · 6w

Facebook Comments Plugin





Exhibit 40
00622





Exhibit 40

00623



**Resources and Links**

About us

Advertise with Us

Contact us

Privacy Policy

Write for us

Submit a review

Reference Section

Reviews

Gun Bazaar

Copyright © 2018 Guns.com. All rights reserved.

Exhibit 40
00624

# EXHIBIT 41

Exhibit 41
00625

# AMERICAN
# Boys' Rifles
## 1890-1945



## Jim Perkins

Exhibit 41
00626

$9.95

# Copyright
# 1976
## Jim Perkins

All Rights Reserved

Exhibit 41
00627

### .22 REPEATER, MODEL 1911

Introduced in 1911, this 20 shot repeater was not only a popular seller in the boys' market, but shooting galleries all over the U.S. bought them by the thousands.



Model 1911 rifle



Close-up of Model 1911 rifle

191

Markings on top of barrel: Manufactured By Savage Arms Co. Utica, N.Y. U.S.A. Model 1911 .22 Short

### SPECIFICATIONS

Mechanism type:  Bolt action with tube magazine in butt stock
Caliber:  .22 short
Weight:  4 lbs.
Barrel:  20", 6 grooves, 1 turn in 25", r.h. twist
Over-all length:  36"
Stock:  Walnut
Sights:  Bead front, open adjustable rear
Finish:  Blued
Manufactured:  1911 - 1918

Exhibit 41
00628

# 20-Shot Repeater
## for $6.<u>50</u>



At last a .22 repeater that shoots "shorts" with utmost accuracy! The new .22 Savage Repeater, 1911 Model, is specially chambered, and rifled with a special twist to bring out the great accuracy rightfully belonging to the .22 short.

The reason ordinary .22 repeaters do not secure this extreme accuracy with a short, is that they must be chambered and rifled on a compromise, to shoot three lengths of cartridges—short, long and long-rifle.

To load the Savage, the muzzle must be pointed down. No boy should be allowed to have a rifle that loads with muzzle up. This is the first and greatest law of gun safety.

Simple, durable military bolt action, which will stand hardest weather and usage. Strong extractor, which pulls out empty shells with a camming movement, just as you extract a cork.

And yet this arm—made, tested, inspected and targeted just as carefully as the most expensive rifle—costs only $6.50. An accurate, serviceable 20-shot repeater—good enough for any sportsman—at a price within the reach of any boy. Write today for catalog. Or call at your dealer's and see this new invention. Savage Arms Company, 706 Savage Avenue, Utica, New York.

192

# 20-Shot **SAVAGE** Repeater

Exhibit 41
00629

# EXHIBIT 42

Exhibit 42
00630

# 2014 Standard Catalog of®

# FIREARMS

## THE COLLECTOR'S PRICE & REFERENCE GUIDE

## 24TH EDITION



EDITED BY

## JERRY LEE

7,500 IMAGES     110,000 PRICES     6 CONDITION GRADES

Exhibit 42
00631

Copyright ©2013 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigeststore.com

ISBN-13: 978-1-4402-3716-4
ISBN-10: 1-4402-3716-6

Cover & Design by Tom Nelsen & Sandi Carpenter
Edited by Jerry Lee and Jennifer L.S. Pearsall

Printed in the United States of America

Exhibit 42
00632

84 • AUTO ORDNANCE CORP.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 700 | 550 | 400 | 250 | 175 | 100 |

### Thompson 1911 A1—Duo Tone

Chambered for .45 ACP. Slide blued. Frame satin nickel. Discontinued in 1997.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 500 | 425 | 350 | 225 | 150 | 100 |

### Thompson 1911 A1—Satin Nickel

Chambered for .45 ACP or .38 Super. Finish satin nickel on both frame and slide. Blade front sight. Black checkered plastic grips. Discontinued in 1997.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 500 | 425 | 350 | 225 | 150 | 100 |

### Thompson 1911 A1—Competition

Chambered for .45 ACP or .38 Super. Fitted with 5" barrel, compensator and other competition features. Such as, custom Commander hammer, flat mainspring housing, beavertail grip safety, full-length recoil guide rod, extended ejector, slide stop and thumb safety. Weighs 42 oz.; 10" overall. Discontinued in 1997. NOTE: .38 Super add $10.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 700 | 625 | 500 | 350 | 300 | 150 |

### Thompson 1911 A1—Pit Bull

Chambered for .45 ACP. Fitted with 3.5" barrel. High profile sights. Black textured rubber wraparound grips. Magazine capacity 7 rounds. Weighs 36 oz.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 500 | 425 | 350 | 225 | 150 | 100 |

### Thompson 1911 A1—General

Commander-size pistol, with 4.5" barrel. High profile sights. Chambered for .45 ACP or .38 Super. Weighs 37 oz. Discontinued in 1997.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 500 | 425 | 350 | 225 | 150 | 100 |

### ZG-51 "Pit Bull"

Same as above, with 3.5" barrel in .45-caliber. Introduced in 1988. In 1994 renamed "PIT BULL". Discontinued.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 500 | 425 | 350 | 225 | 150 | 100 |

### Thompson 1927 A1 Standard (New York Production)

Semi-automatic version of Thompson sub-machine gun. Chambered for .45 ACP cartridge, with 16.5" barrel. Is 18" with compensator. Blued, with walnut stock. Weight 13 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1250 | 850 | 650 | 400 | 300 | 150 |

### 1927 A1 Deluxe/Model T1

As above, with finned barrel, adjustable sights, pistol grip forearm and 50-round drum magazine (costing an additional $250). Violin-shaped carrying case adds approximately $150 to values listed.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1350 | 950 | 695 | 400 | 300 | 150 |

### 1927 A1C/Model T5

As above, with aluminum alloy receiver. Introduced in 1984.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1175 | 825 | 625 | 400 | 300 | 150 |

### 1927 A1 Commando/Model T1-C

Introduced in 1998. Features 16.5" finned barrel with compensator. Finish Parkerized, with black wood finish. Furnished with 30-round magazine and black nylon sling. Weight about 13 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1250 | 850 | 700 | 400 | 300 | 150 |

### 1927 A5 Pistol/TA5

Pistol version of Model 1927 A1, with 13" finned barrel, aluminum alloy receiver and no shoulder stock. Reintroduced in 2008 with 10" barrel as Model TA5. Value of original model is debatable, with advertised prices higher than those shown here, but few apparent sales. TA5 version is expected to depress value of original 1927 A5s.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 2200 | 1300 | 1000 | 800 | 500 | 150 |

### 1927 A3

.22-caliber variation of Model 1927 A1, with 16" barrel and aluminum alloy receiver. No longer in production. NOTE: Add $500 for drum magazine.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 1350 | 900 | 675 | 550 | 425 | 150 |

Exhibit 42
00633