C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al., | Case No:  17-cv-1017-BEN-JLB |
| Plaintiffs, | **EXHIBITS 43-51 TO THE DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | Hearing Date:    April 30, 2018<br>Hearing Time:    10:30 a.m.<br>Judge:             Hon. Roger T. Benitez<br>Courtroom:        5A |

**EXHIBITS**
**TABLE OF CONTENTS**

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 1 | Expert Report of James Curcuruto | 00019-26 |
| 2 | Expert Report of Stephen Helsley | 00027-38 |
| 3 | Expert Rebuttal Report of Professor Gary Kleck | 00039-102 |
| 4 | Expert Rebuttal Report of Professor Carlisle Moody | 00103-167 |
| 5 | Expert Report of Dr. Christopher S. Koper | 00168-195 |
| 6 | Expert Rebuttal Report of John J. Donohue | 00203-241 |
| 7 | Wikipedia page for "Magazine (firearms)", https://en.wikipedia.org/wiki/Magazine_(firearms) | 00242-249 |
| 8 | Pages 33-36 of *NRA Guide to the Basics of Pistol Shooting* (2d ed. 2009) | 00250-255 |
| 9 | Pages 22-36 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) | 00256-273 |
| 10 | Pages 95-99 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) | 00281-288 |
| 11 | Rick Hacker, *Magazine Disconnect*, Am. Rifleman (Sept. 11, 2015) | 00289-292 |
| 12 | David B. Kopel, *The History of Firearm Magazines and Magazine Prohibitions*, 78 Albany L. Rev. 849 (2015) | 00293-333 |
| 13 | Pages 168-70 of Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00334-339 |
| 14 | *16-Shot Wheel Lock*, Am.'s 1st Freedom (May 10, 2014) | 00340-342 |

EXHIBITS 43-51 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 15 | Clayton E. Cramer & Joseph Olson, *Pistols, Crime, and Public Safety in Early America*, 44 Willamette L. Rev. 699 (2008) | 00343-366 |
| 16 | *"Defence" Rapid-Fire Gun Patented: 15 May 1718*, History Channel | 00367-369 |
| 17 | Pages 91-103 of Jim Garry, *Weapons of the Lewis and Clark Expedition* (2012) | 00370-385 |
| 18 | Pages 69-70 of John Plaster, *The History of Sniping and Sharpshooting* (2008) | 00386-390 |
| 19 | Page 31 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00391-394 |
| 20 | Wikipedia page for "Girandoni Air Rifle", https://en.wikipedia.org/wiki/Girandoni_air_rifle | 00402-405 |
| 21 | Page 683 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00406-409 |
| 22 | Page 33 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00410-413 |
| 23 | Pages 16, 148-49 and 167 of Jack Dunlap, *American British and Continental Pepperbox Firearms* (1964) | 00414-420 |
| 24 | Pages 249-50 of Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00421-425 |
| 25 | Page 66 of *Catalogue of Contents: Doe Run Lead Company's Museum* (July 1, 1912) | 00426-428 |
| 26 | Pages 711, 713, and 716 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00429-434 |

EXHIBITS 43-51 TO THE DECLARATION OF ANNA M. BARVIR

| Exhibit | Description | Page(s) |
|---|---|---|
| 27 | Pages 9-17, 19-44 of Harold F. Williamson, *Winchester: The Gun That Won the West* (1952) | 00442-479 |
| 28 | Pages 303-06 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00480-486 |
| 29 | Joseph Bilby, *The Guns of 1864*, in Am. Rifleman (May 5, 2014) | 00487-497 |
| 30 | Page 49 of Harold F. Williamson, *Winchester: The Gun That Won the West* (1952) | 00498-501 |
| 31 | Pages 11 and 22-35 of R.L. Wilson, *Winchester: An American Legend* (1991) | 00509-526 |
| 32 | Pages 116-29 of Louis A. Garavaglia & Charles G. Worman, *Firearms of the American West* (1985) | 00527-543 |
| 33 | Pages 307-12 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00551-559 |
| 34 | Pages 137, 1240-41 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00560-565 |
| 35 | Pages 108-09 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00566-570 |
| 36 | Pages 122-23 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00571-575 |
| 37 | Pages 60-63, 67-71, 204-208, 244-45 Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00576-594 |

EXHIBITS 43-51 TO THE DECLARATION OF ANNA M. BARVIR

| Exhibit | Description | Page(s) |
| --- | --- | --- |
| 38 | Pages 708-09 of the *2014 Standard Catalog of Firearms* | 00595-599 |
| 39 | Pages 23, 30-32, 38-39, 54-55, and 272 of John W. Breathed, Jr. & Joseph J. Schroeder, Jr., *System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol* (1967) | 00600-611 |
| 40 | John Elliot, *A Sweeping History of the Mauser C96 Broomhandle Pistol*, Guns.com (Jan. 26, 2012) | 00612-624 |
| 41 | Pages 191-92 of Jim Perkins, *American Boys Rifles 1890-1945* (1976) | 00625-629 |
| 42 | Page 84 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00630-633 |
| 43 | Page 104 of Patrick Sweeney, *Gun Digest Book of the AR-15* (2005) | 00641-644 |
| 44 | Page 294 of *Gun Digest 24th Anniversary Deluxe Edition* (John T. Amber ed. 1969) | 00645-648 |
| 45 | Page 1102 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00649-652 |
| 46 | Page 1173 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00653-656 |
| 47 | Pages 182-83, 432-33 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00657-663 |
| 48 | Pages 464-65 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00664-668 |
| 49 | Pages 72-73 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) and pages 216-17 of Joseph J. Schroeder, Jr., *System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol* (1967) | 00669-677 |

EXHIBITS 43-51 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 50 | Page 121 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00678-681 |
| 51 | Page 184 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00682-685 |
| 52 | Pages 369-74, 377-78, 380-87, 391, 395-96, 398-99, 401-07, 409-11, 413-14, 438-47, and 454 from *Gun Digest* 2017 (Jerry Lee ed., 71st ed. 2016) | 00693-736, 00744-747 |
| 53 | Pages from websites of firearm manufacturers advertising firearms | 00748-774 |
| 54 | Pages 73-97 of *The Complete Book of Autopistols: 2013 Buyer's Guide* (2013) | 00775-800 |
| 55 | Robert A. Sadowski, *The Evolution of Glock Pistols*, *Pistols*, Handguns Buyer's Guide Mag. (Nov. 25, 2015) | 00801-811 |
| 56 | Pages 87 and 89-90 of Massad Ayoob, *The Complete Book of Handguns* (2013) | 00819-823 |
| 57 | Pages 183-87 *NRA Guide to the Basics of Personal Protection in the Home* (1st ed. 2000) | 00824-829 |
| 58 | Christopher S. Koper, Daniel J. Woods & Jeffrey A. Roth, *An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003* (Nat'l Instit. J. 2004) | 00830-866 |
| 59 | *What Should America Do About Gun Violence?* Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong. At 11 (2013) | 00867-903 |
| 60 | Gary Kleck, *Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkage*, 17 J. Research & Pol'y 28 (2016) | 00904-924 |

EXHIBITS 43-51 TO THE DECLARATION OF ANNA M. BARVIR

| Exhibit | Description | Page(s) |
|---|---|---|
| 61 | U.S. Dept. of Justice, Bureau of Justice Statistics, National Crime Victimization Survey, *Criminal Victimization in the United States, 2008 Statistical Tables*, Table 37 (Mar. 2009) | 00925-928 |
| 62 | Massad Ayoob, *Five Gunfighting Myths Debunked by Massad Ayoob*, Personal Defense World (Oct. 14, 2014) | 00929-938 |
| 63 | Jacob Sullum, *The Threat Posed by Gun Magazine Limits* (Jan. 13, 2016) | 00939-941 |
| 64 | Charles Remsberg, *Why One Cop Carries 145 Rounds of Ammo on the Job*, PoliceOne (Apr. 17, 2013) | 00942-946 |
| 65 | Gus G. Sentementes & Julie Bykowicz, *Documents Detail Cross Keys Shooting*, Balt. Sun (Mar. 21, 2006) | 00947-949 |
| 66 | *Gun Shop Owner Shoots, Kills Man During Attempted Robbery*, WIS TV (Aug. 9, 2012) | 00950-952 |
| 67 | Nieson Himmel, *Police Say Watch Shop Owner Kills 4th, 5th Suspects*, L.A. Times (Feb. 21, 1992) | 00953-955 |
| 68 | *Jewelry Store Burglarized, Scene of Deadly 1994 Robbery Attempt*, nbc12.com (2012) | 00956-958 |

# EXHIBIT 43

Exhibit 43
00641

Case 2:17-cv-03517-DFB FILED - Document 50-15 File1020518 - Page ID: 5220 - Page 9 of 52

# INSIDE INFORMATION ON AMERICA'S MOST VERSATILE RIFLE

The Gun Digest®
Book of

# THE AR-15

**Patrick Sweeney**

- # History
- # Performance Tests
- # Maintenance Tips



Exhibit 43
00642

Copyright ©2005 Patrick Sweeney

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigestore.com

ISBN-13: 978-0-87349-947-7

ISBN-10: 0-87349-947-6

Designed by Kara Grundman
Edited by Kevin Michalowski

Printed in the United States of America

20  19  18  17  16  15  14  13  12  11

Exhibit 43
00643

# Aluminum

Stick with aluminum magazines, from recognizable manufacturers, either magazine makers or rifle makers. I've had some shooters bad-mouth magazines made with rifle manufacturers' names on the baseplates, but those I've seen have worked. They were obviously a sub-contract from the original, no-doubt USGI, magazine maker. If you buy enough of anything, the maker will put your name on it. Offer to buy 1,000, or 10,000 magazines, and the maker is likely to be pleased as punch to put anything on the baseplate you want. (Provided it isn't libelous, treasonous, or offends the sensibilities of the manufacturing staff.)

Aluminum magazines will have a hardcoat anodized finish in silver, with a black anodized aluminum baseplate. The followers may be bright or dull alloy, black plastic, or the new bright green anti-tip. Some aluminum magazines will have a black Teflon coating. The Teflon is not a USGI-approved treatment, although it wouldn't surprise me to see some of them over in Iraq. When there's a war on, you use what the makers are making.

## The Twenty

The original magazines were basically scaled-down 20-shot magazines derived from the M-14 magazine. As that rifle had had a decade of engineering done to it, it was a sturdy and reliable piece of gear. While the aluminum AR-15 magazines aren't as tough as the steel M-14 magazines, they are still quite good. The 20-shot M-16 magazines are so good that many shooters prefer them over all others. The compactness of the tube creates a stiff construct, and the feed lips hanging loose in the air is actually a good thing. As they are not attached at the rear, they can flex slightly against impact and survive. I've dropped 20-round mags on their feed lips and had them survive. The 30-shot magazines, with welded feed lips, have been known to crack if they fall on the lips.

Original 20-round magazines have bright or dull aluminum followers. Later ones have black plastic followers. The latest followers are the bright green anti-tip followers. However, as the 20-shot magazines are not prone to follower bind in the tube, you needn't swap out your existing followers for the green ones as a matter of course. If you do, be aware that the 20- and 30-round followers are not interchangeable. If you want new green followers in your 20-round magazines, be sure to order twenties and not thirties. The 20-round AR magazine fell off the charts for military orders in the early 1970s, being replaced by the 30-round magazine. If you do find some, good old NSN 1005-056-2237 will last you a long time.

## Types Of The Twenty

You won't find a whole lot of variety in 20-shot magazines. Collectors and some shooters desire them, but many shooters want only 20-round magazines. Basically, you'll find lots of Colt-marked aluminum magazines, and some Simmond-

marked ones. Some of the Colt magazines will be blocked to hold only five rounds. Colt made them to offer their customers who had hunting regulations prohibiting the use of magazines greater than five rounds while in the field. You can recognize them by the rivet on the baseplate. The rivet holds the baseplate to the retaining tab on the inside of the magazine. Inside the magazine you'll find a sheet metal "U" that restricts the travel of the follower. If you drill out the rivet, disassemble the magazine, and pull out the U, you have a 20-round magazine. Doing so may not be permitted in some states, so be sure you aren't committing a felony (I'm not kidding!) if you do it. Other short magazines you'll find are a result of the late and unlamented Assault Weapons Ban of 1994. In the AWB/94, no new magazine could be made that held more than 10 rounds. The "Post-Ban" magazines were all made with a plastic lower half, or a pinched and crimped middle section. It you tried to alter the magazine to make it hold more rounds, it will come apart on you. With the sunset of the AWB, makers are no longer fabricating the 10-shot versions. I'm sure those unfortunate shooters stuck in states with laws against hi-cap mags would be happy to take the AWB 10-shot mags off our hands.

One curious 20-round magazine you may see are what appear to be short 30-round tubes. These 20-round magazines have a short, curved section at the bottom. Why? I don't know, as those who make magazines are remarkably closed-mouthed about what they do and why. All I can surmise is that the idea of 20-round magazines being more reliable than 30-round magazines has gained such currency that the magazine manufacturers are slipping the short plates into 30-round forming dies. (So to speak. It isn't just that easy.) You need not worry about seeing too many of them, as the design did not come about until after the AWB/94 was enacted, so all the ones as of this writing (August 2004) have been made for law enforcement use only. The markings mean nothing now, except as curiosities.



There are some interesting 20-round magazines: they look like shortened thirties. Here is a pair in a Redi-mag carrier.

THE GUN DIGEST BOOK OF THE AR-15

00644
Exhibit 43

# EXHIBIT 44

Exhibit 44
00645



# GUN DIGEST

FOUR DOLLARS AND NINETY FIVE

*24th Anniversary 1970 Deluxe Edition*

*World's Greatest Gun Book*

edited by

## John T. Amber

Exhibit 44
00646

THE SHOOTER'S ENCYCLOPEDIA
...HANDGUNS, RIFLES, SHOTGUNS AND ACCESSORIES



**ASSOCIATE EDITOR**
*Edw. Dams*

**ART EDITOR**
*H. Jasinski*

**TECHNICAL EDITORS**
*Bob Bell*
*John Lachuk*
*John Maynard*
*Ken Waters*
*A. M. Wynne, Jr.*

**EDITORIAL ASSISTANT**
*Lilo Orland*

# Gun Digest

## 24th Edition 1970

*Edited by*

# John T. Amber

You'll find a great article by Pete Kuhlhoff in this 24th edition, a history of the Marlin Firearms Company and the scores of firearms designs produced by them in the past 100 years. Thoroughly covered also are the latest Marlins, their Presentation and Century Limited grades shown on our covers front and back.

The prize-winning, Townsend Whelen Award article in this issue is *Six Guns Since Sixteen Hundred* by Merrill Lindsay, with superb photographs by Bruce Pendleton. Yes, Virginia, there were revolvers before Sam'l Colt came along.

"Gun Proof in France," the third chapter in our continuing *History of Proof Marks,* will be found in this edition. Lee Kennett, the author, covers French proof and proof marks in a fully documented and detailed study.



**OUR COVERS**

Marlin Models 336 and 39 in Presentation Grade appear on our front cover, with a Century Limited Model 39 gracing the back cover.

**MEMBER OF THE**



NATIONAL SHOOTING SPORTS FOUNDATION INC.





**Follett Publishing Company**

Chicago      New York

The Gun Digest, Milton P. Klein, President, is published annually by The Gun Digest Co., 4540 W. Madison St., Chicago, Ill. 60624 Copyright © MCMLXIX. All rights reserved. Reproduction or use of editorial or pictorial content in any manner, without express permission, is prohibited.

Listings, descriptions and prices contained herein are not advertising, and neither the publication nor the publisher recommends purchase of any particular item of merchandise.

The views and opinions of the authors expressed herein are not necessarily those of the editor or publisher, and no responsibility for such views will be assumed.

Manuscripts, contributions and inquiries, including first class return postage, should be sent to the Editorial Offices, P. O. Box Zero, Chicago, Ill. 60690. All material received will receive reasonable care, but we will not be responsible for its safe return. Material accepted is subject to our requirements for editing and revisions. Author payment covers all rights and title to the accepted material, including photos, drawings and other illustrations. Payment is made at our current rates.

Printed in U.S.A.

SBN 695-80062-0                    Library of Congress Catalog Card Number 44-32588

Exhibit 44

Case 3:17-cv-01017-BEN-JLB  Document 50-15  Filed 03/05/18  PageID.5226  Page 15 of 52



### A ARMALITE AR-180 SPORTER CARBINE

Semi-automatic, gas operated carbine, cal. .223. Barrel, bolt, recoil buffer unit and stock assembled as straight-line unit, minimizes barrel jump on recoil. Over-all 38″, bbl. 18¼″, weight 6½ lbs. Flip-up "L" type sight adj. for w.&e., post front adj. for e. Safety lever on both sides of receiver. Nylon folding stock, phenolic fiber-glass heat dissipating fore-end. Flash-hider compensator. Price includes two 5-rd. magazines ....................................................$237.00
3 power (2.75x20mm) telescope available with mounts..... 68.75

### B BROWNING HIGH-POWER AUTO RIFLE

Gas-operated semi-automatic rifle. Bolt locks via 7-lug, rotary-head bolt. Detachable 5-shot trap-door mag., 22″ bbl. with adjustable folding-leaf rear sight and hooded ramp front. French walnut p.g. stock (13⅝″x2″x1⅝″) and fore-end, with hand checkering. Wgt. 7⅜ lbs., 43½″ over-all. Cals. 270, 308, 243 Win., and 30-06. Grade I..$174.50
Grade II. Same as Grade I except hand-rubbed, selected French walnut stock, and receiver hand engraved..................$189.50

### BROWNING MAGNUM AUTO RIFLE

Same as the standard caliber model, except weighs 8½ lbs., 45¼″ over-all, 24″ bbl., 3rd mag., Cals. 7mm Mag., 300 Win. Mag. and 338 mag.  Grade I....$189.50  Grade II....$204.50

### C EAGLE "APACHE" CARBINE

Recoil operated semi-automatic rifle, handles the 45 ACP cartridge from a 30-shot detachable magazine. Only 4 moving parts. Over-all length 36½″, bbl. length 16½″, weight 9 lbs. Protected post front sight, aperture rear. Black finish. ........................$129.95

### D HARRINGTON & RICHARDSON 360 ULTRA AUTOMATIC

Gas-operated, semi-auto rifle. Side ejection, recessed bolt face, manual bolt stop. Sliding trigger guard safety. 3-round detachable box mag., 22″ bbl. Open adj. rear sight, gold bead ramp front. Receiver tapped for scope. One-piece American walnut Monte Carlo stock, roll-over cheekpiece; checkered pistol grip and fore-end. 43½″ over-all, wgt. 7½ lbs. Cals. 243, 308. ........................$189.00

### E J & R 68 SEMI-AUTOMATIC CARBINE

Recoil operated carbine fires from a closed bolt. Cal. 9mm parabellum, 30-shot staggered box magazine. 28½″ over-all, 16¼″ bbl., wgt. 7 lbs. unloaded. Sights: protected blade front; fixed peep rear. High impact plastic stock and fore-end.
Aircraft aluminum receiver. ...........................$149.95

### F PLAINFIELD MACHINE CO. CARBINE

Newly manufactured gas-operated cal. 30 M1 Carbine which duplicates size and appearance of popular GI model, including click adj. rear sight. Glossy finish stock. 18″ bbl. Wgt. 5½ lb. 35½″ over-all. mag., 22″ Douglas bbl. Open adj. rear sight, gold bead ramp front. Metal or wood handguard ...........................$105.00
Paratrooper. With telescoping wire stock, front vertical hand grip. ..............................................$125.00
Plainfielder. With Monte Carlo checkered sporting stock (also available with no checkering, at $6.00 less)...................$125.00

### REMINGTON 742 WOODMASTER AUTO RIFLE

Gas-operated "Power-Matic" action reduces recoil. Rotary multiple lug breechbolt locks into 22″ bbl., fully encloses cartridge. Hammerless, solid frame, side ejection. Gold bead front sight on ramp; step rear sight with windage adj. Walnut p.g. stock (13⅜″x1⅝″x2¹⁄₁₆″) and fore-end, deluxe checkered 4-shot detachable magazine, Wgt. 7½ lbs. 42″ over-all. Cals: 243 Win., 6mm Rem., 280 Rem., 308 Win. and 30-06.
....................................................$159.95
Extra 4-shot magazine ...................................... 5.25
Sling strap and swivels (installed)......................... 9.10
Peerless (D) and Premier (F) grades..........$575.00 and 1250.00
Premier with gold inlays................................1950.00

### G REMINGTON 742 BDL WOODSMASTER

Same as 742 except: "stepped" receiver, Monte Carlo stock with cheekpiece (right or left), whiteline spacers, basket-weave checkering on p.g. and fore-end, black fore-end tip, RKW finish. (13⅝₁₆″x1⅝″x 1¹³⁄₁₆″x2¹⁄₂″). Cals. 30-06, 308...........................$179.95

### REMINGTON 742 CARBINE

Same as M742 except: 18½″ bbl., 38½″ over-all, wgt. 6¾ lbs. Cals: 30-06, 308 Win. ........................$159.95

# EXHIBIT 45

Exhibit 45
00649

# 2014 Standard Catalog of®

# FIREARMS

## THE COLLECTOR'S PRICE & REFERENCE GUIDE

### 24TH EDITION



EDITED BY

## JERRY LEE

7,500 IMAGES      110,000 PRICES      6 CONDITION GRADES

Exhibit 45
00650

Copyright ©2013 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigeststore.com

ISBN-13: 978-1-4402-3716-4
ISBN-10: 1-4402-3716-6

Cover & Design by Tom Nelsen & Sandi Carpenter
Edited by Jerry Lee and Jennifer L.S. Pearsall

Printed in the United States of America

Exhibit 45
00651

**1102** • SPRINGFIELD ARMORY INC.



*Courtesy Milwaukee Public Museum, Milwaukee, Wisconsin*

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 1000 | 825 | 550 | 400 | 300 |

### Iwo Jima M1 Garand

Similar to standard M1 Model but shipped in reproduction WWII-era crate with signed decorative lithograph. Introduced 2006.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1600 | 1300 | 1000 | 800 | 500 | 200 |

### M1A Basic Rifle

Chambered for .308 Win. and fitted with a painted black fiberglass stock. Barrel length is 22" without flash suppressor. Front sights are military square post and rear military aperture (battle sights). Magazine capacity is 5, 10, or 20 box. Rifle weighs 9 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1250 | 1000 | 850 | 650 | 400 | 250 |

### D-Day M1 Garand Limited Edition

Introduced in 2005 this model is chambered for the .30-06 cartridge and fitted with a 24" barrel. Military style sights. Two-stage military trigger. Limited to 1,944 rifles, each with a military-style wooden crate. Each side of the buttstock has stamped memorials to D-Day.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1600 | 1200 | 925 | 675 | 425 | 250 |

### M1A Standard Rifle

This model is chambered for the .308 Win. or .243 cartridge. Also fitted with a 22" barrel but with adjustable rear sight. Fitted with a walnut stock with fiberglass hand guard, it comes equipped with a 20-round box magazine. Weighs 9 lbs.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1500 | 1100 | 850 | 650 | 400 | 250 |

### M1A-A1 Bush Rifle

Chambered for .308 or .243 cartridge with choice of walnut stock, black fiberglass, or folding stock (no longer produced). Fitted with 18.25" barrel. Rifle weighs 8.75 lbs. **NOTE:** Add $250 for folding stock.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1400 | 1100 | 850 | 650 | 400 | 250 |

### M1A Scout Squad Rifle

This .308 model is fitted with an 18" barrel and a choice of fiberglass or walnut stock. Military sights. Supplied with 10-round magazine. Weight with fiberglass stock is about 9 lbs., with walnut stock about 9.3 pounds.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1800 | 1100 | 750 | 550 | 300 | 175 |

### M1A National Match

Chambered for .308 as standard or choice of .243 cartridge. Fitted with a medium weight National Match 22" glass bedded barrel and walnut stock. Special rear sight adjustable to half minute of angle clicks. Weighs 10.06 lbs.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 2050 | 1400 | 1000 | 700 | 500 | 250 |

### M1A Super Match

This is Springfield's best match grade rifle. Chambered for .308 as standard and also .243 cartridge. Fitted with special oversize heavy walnut stock, heavy Douglas match glass bedded barrel, and special rear lugged receiver. Special rear adjustable sight. Weighs 10.125 lbs. **NOTE:** For walnut stock and Douglas barrel add $165. For black McMillan stock and Douglas stainless steel barrel add $600. For Marine Corp. camo stock and Douglas stainless steel barrel add $600. For adjustable walnut stock and Douglas barrel add $535. For adjustable walnut stock and Krieger barrel add $900.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 2500 | 1850 | 1350 | 900 | 600 | 300 |

### M1A Model 25 Carlos Hathcock

Introduced in 2001 this model features a match trigger, stainless steel heavy match barrel, McMillan synthetic stock with adjustable cheek pad, Harris Bi-pod, and other special featirtes. Chambered for the .308 cartridge. Weight is about 12.75 lbs. A special logo bears his signature.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 4650 | 3450 | 2500 | 1750 | 800 | 400 |

### M21 Law Enforcement/Tactical Rifle

Similar to the Super Match with the addition of a special stock with rubber recoil pad and height adjustable cheekpiece. Available as a special order only. Weighs 11.875 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 3000 | 2600 | 2000 | 1500 | 650 | 350 |

Exhibit 45
00652

# EXHIBIT 46

Exhibit 46
00653

# 2014 Standard Catalog of®

# FIREARMS

## THE COLLECTOR'S PRICE & REFERENCE GUIDE

### 24TH EDITION



EDITED BY

## JERRY LEE

7,500 IMAGES      110,000 PRICES      6 CONDITION GRADES

Exhibit 46
00654

Copyright ©2013 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigeststore.com

ISBN-13: 978-1-4402-3716-4
ISBN-10: 1-4402-3716-6

Cover & Design by Tom Nelsen & Sandi Carpenter
Edited by Jerry Lee and Jennifer L.S. Pearsall

Printed in the United States of America

Exhibit 46
00655

carry bag. **NOTE:** Add $20 for threaded 16.6" barrel and flash suppressor.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 365 | 320 | 280 | 235 | 225 | 200 |

## Model 10/17

Introduced in 2004. Chambered for .17 HMR cartridge. Fitted with 20" barrel. Magazine capacity 9 rounds. Weight about 6.5 lbs. Discontinued.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 600 | 475 | 300 | 200 | 150 | 100 |

## SR-22 Rifle

AR-style semi-auto rifle chambered in .22 LR, based on 0/22 action. Features include all-aluminum chassis replicating the AR-platform dimensions between the sighting plane, buttstock height, and grip; Picatinny rail optic mount includes a six-position, telescoping M4-style buttstock (on a Mil-Spec diameter tube); Hogue Monogrip pistol grip; buttstocks and grips interchangeable with any AR-style compatible option; round, mid-length hand-guard mounted on a standard-thread AR-style barrel nut; precision-rifled, cold hammer forged 16-1/8-inch alloy steel barrel capped with an SR-556/Mini-14 flash suppressor.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 535 | 460 | 385 | 325 | 250 | 150 |

## Model 44 Carbine

This model is a short, 18.5" barreled, gas-operated carbine chambered for the .44 Magnum cartridge. It has a 4-shot, nondetachable magazine, a folding rear sight, and a plain walnut stock. This is a handy deer hunting carbine manufactured between 1961 and 1985.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 550 | 450 | 350 | 300 | 200 | 150 |

## Deerstalker Model

The same as the Model 44 Carbine with "Deerstalker" stamped on it. This model was manufactured in 1961 and 1962 only.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 950 | 800 | 600 | 400 | 300 | 200 |

## Model 44 RS

This is the Model 44 with sling swivels and an aperture sight. **NOTE:** "Liberty" -marked 44RS carbines are extremely rare and will bring a premium.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 600 | 550 | 350 | 200 | 150 |

## Model 44 Sporter (Finger Groove Old Model)

This version has a Monte Carlo stock, finger groove fore-end, and no barrel band. It was manufactured until 1971. **NOTE:** Factory hand checkered models will bring at least a 75 percent premium.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 750 | 600 | 400 | 250 | 200 |

## Model 44 International Carbine

This version features a full-length, Mannlicher-style stock. It was discontinued in 1971 and is quite collectible. **NOTE:** Factory hand checkered models will bring at least a 50 percent premium.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 800 | 600 | 425 | 350 | 275 |

## Model 44 25th Anniversary Model

This version is lightly engraved, has a medallion in the stock and was only made in 1985, the last year of production.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 550 | 400 | 350 | 300 | 250 | 200 |

## Model 99/44 Deerfield Carbine

A new and improved version, introduced in 2000, of the original Model 44 Carbine. Fitted with a 18.5" barrel this gas operated rifle has a hardwood stock and 4-round magazine capacity. Adjustable rear sight. Blued finish. Weight is about 6.2 lbs. This rifle will not cycle .44 Special ammo. Discontinued.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 700 | 525 | 400 | 275 | 200 | 150 |

## Mini-14

This is a paramilitary-style carbine chambered for the .223 Remington and on a limited basis for the .222 cartridge. It has an 18.5" barrel and is gas-operated. The detachable magazines originally offered held 5, 10 or 20 rounds. The high-capacity magazines are now discontinued, and prices of them are what the market will bear. The Mini-14 has a military-style stock and aperture sight. It was introduced in 1975. 20-round magazine added 2009.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 600 | 500 | 400 | 275 | 200 | 150 |

## Mini-14 Stainless Steel

The same as the Mini-14 except constructed of stainless steel.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 650 | 550 | 450 | 300 | 200 | 150 |

## Mini-14 Target Rifle

Acccurized version of the Mini-14 but with matte stainless barrel and reciver, black laminated thumbhole stock, adjustable harmonic dampener. No sights. Also available with non-thumbhole synthetic stock. Introduced in 2007.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1025 | 900 | 775 | 600 | 400 | 250 |

## Mini-14 Ranch Rifle

This model is similar to the standard Mini-14, with a folding rear sight and the receiver milled to accept the Ruger scope-ring system. The rings are supplied with the rifle. 6.8 Remington chambering also available. **NOTE:** Models chambered in .222 caliber will bring a premium.



Exhibit 46
00656

# EXHIBIT 47

Exhibit 47
00657

# 2014 Standard Catalog of®

# FIREARMS

## THE COLLECTOR'S PRICE & REFERENCE GUIDE

### 24TH EDITION



EDITED BY

## JERRY LEE

7,500 IMAGES      110,000 PRICES      6 CONDITION GRADES

Exhibit 47
00658

Copyright ©2013 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigeststore.com

ISBN-13: 978-1-4402-3716-4
ISBN-10: 1-4402-3716-6

Cover & Design by Tom Nelsen & Sandi Carpenter
Edited by Jerry Lee and Jennifer L.S. Pearsall

Printed in the United States of America

Exhibit 47
00659

## Hi-Power Modern Production

This version of FN Model 1935 is quite similar in appearance to original described in FN section. Chambered for 9mm Parabellum cartridge. Has 4.75" barrel. Models built before passage of crime bill have double column, 13-round detachable box magazine, blued, with checkered walnut grips. Has fixed sights and been produced in its present configuration since 1954. Add 10 percent premium for adjustable sights. Matte-nickel version offered between 1980 and 1984 was also available and would be worth approximately 15 percent additional. From 1994 to 2010 available in .40 S&W. **NOTE:** Add $60 for adjustable sights; 35 percent for internal extractor.



*Hi-Power with spur hammer and adjustable sights*

### Spur Hammer Version

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 875 | 750 | 600 | 500 | 300 | 150 |

### Round Hammer Version

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1050 | 900 | 725 | 600 | 450 | 200 |

## Hi-Power—.30 Luger

Version similar to standard Hi-Power, except chambered for .30 Luger cartridge. Approximately 1,500 imported between 1986 and 1989. Slide marked "FN". Browning-marked versions are quite rare and worth approximately 30 percent additional.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1000 | 900 | 725 | 450 | 300 | 200 |

## Tangent Sight Model

Version similar to standard Hi-Power, with addition of adjustable rear sight calibrated to 500 meters. Approximately 7,000 imported between 1965 and 1978. **NOTE:** If grip frame is slotted to accept a detachable shoulder stock add approximately 20 percent to value; but be wary of fakes. Add an additional 10 percent for "T" series serial numbers.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1200 | 1050 | 900 | 650 | 450 | 200 |

## Renaissance Hi-Power

Heavily engraved version, with matte-silver finish. Features synthetic-pearl grips and gold-plated trigger. Import ended in 1979.



### Spur Hammer Model

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 2950 | 2600 | 2100 | 1750 | 1000 | 600 |

### Ring Hammer Model

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 3100 | 2850 | 2400 | 2000 | 1500 | 900 |

### Adjustable Sight Spur Hammer Model

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 3000 | 2650 | 2100 | 1750 | 1000 | 600 |

### Renaissance .25 Caliber

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 2400 | 2100 | 1900 | 1500 | 1000 | 600 |

### Renaissance .380 Caliber

With pearl grips.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 2700 | 2400 | 2000 | 1600 | 1000 | 600 |

### Renaissance .380 Caliber (Model 1971)

With wood grips and adjustable sights.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 2300 | 2000 | 1700 | 1500 | 900 | 500 |

### Cased Renaissance Set

Features **one** example of fully engraved and silver-finished .25 ACP "Baby", .380 ACP pistol and Hi-Power. Set furnished in a fitted walnut case or black leatherette. Imported between 1955 and 1969. **NOTE:** Early coin finish sets add 30 percent.



*Courtesy Rock Island Auction Company*

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 9500 | 8000 | 6000 | 3000 | — | — |

### Louis XVI Model

Heavily engraved Hi-Power pistol. Features leaf-and-scroll pattern, satin-finished, checkered walnut grips. Furnished in fitted walnut case. To realize its true potential, this pistol must be NIB. Imported between 1980 and 1984.



Exhibit 47
00660

### Diamond Grip Model

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 3150 | 2500 | 2000 | 800 | 400 | 300 |

### Medallion Grip Model

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1950 | 1750 | 1600 | 800 | 400 | 300 |

### Hi-Power Centennial Model

Version similar to standard fixed-sight Hi-Power. Chrome-plated, with inscription "Browning Centennial/1878-1978" engraved on slide. Furnished with fitted case. There were 3,500 manufactured in 1978. As with all commemorative pistols, in order to realize its collector potential, this model should be NIB with all supplied material. Prices for pistols built in Belgium

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1075 | 875 | 700 | 450 | 300 | 200 |

### Hi-Power Capitan

New version of Hi-Power model. Fitted with tangent sights. Introduced in 1993. Furnished with walnut grips. Weighs about 32 oz. Assembled in Portugal.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 750 | 575 | 450 | 400 | 250 | 200 |

### Hi-Power Practical

First introduced in 1993. Furnished with blued slide and chrome frame. Has Pachmayr wraparound rubber grips, round-style serrated hammer and removable front sight. Available with adjustable sights. Weighs 36 oz. Assembled in Portugal.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 845 | 625 | 500 | 300 | 200 | 175 |

### Hi-Power Silver Chrome Model

Furnished in hard chrome. Fitted with wraparound Pachmayr rubber grips. Weighs 36 oz. Assembled in Portugal. Add 10 percent for models with all Belgian markings. Introduced in 1981. Dropped from Browning product line in 1984. Reintroduced in 1991.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 750 | 575 | 500 | 425 | 225 | 200 |

### Hi-Power .40 S&W

Introduced in 1994. New version of Hi-Power furnished with adjustable sights, molded grips, 5" barrel and 10-round magazine. Weighs about 35 oz. Discontinued 2010.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 800 | 600 | 450 | 300 | 200 | 150 |

### Hi-Power Mark III

Introduced in 1991. Matte blued or green finish, low-profile fixed sights and two-piece molded grips, with thumb rest. Weighs 32 oz.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 900 | 700 | 500 | 300 | 200 | 175 |

### Baby Browning

.25 caliber semi-automatic is same as FN Baby Model. Made by Fabrique Nationale in Belgium from 1931 until 1983. Many were imported into U.S., with Browning rollmark from 1954 to 1968. See "Baby" Model under Fabrique Nationale section for more details. Prices shown for Browning-marked model.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 650 | 550 | 500 | 450 | 350 | 200 |

### Browning Model 1955

Semi-automatic pistol same as FN Model 1910. From 1912 to 1983 in .32 ACP and .380 ACP. See Fabrique Nationale section for more information. Imported into U.S. by Browning from 1954 to 1968. Prices shown for Browning-marked pistols. **NOTE:** Add $200 for .32 ACP

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 750 | 650 | 550 | 450 | 350 | 200 |

### Pro-9/Pro-40

9mm or .40 S&W double-action pistol fitted with 4" barrel. Stainless steel slide. Grips are composite, with interchangeable backstrap inserts. Magazine capacity 16 rounds 9mm; 14 rounds .40 S&W. Weight about 30 oz.



Exhibit 47
00661

**432** • FABRIQUE NATIONALE



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 800 | 650 | 300 | 300 | 225 | 150 |

## MODEL 1935/HI-POWER/GP

Last design from John Browning developed between 1925 and 1935. Pistol known as Model 1935, P-35, Hi-Power or HP and also GP (which stood for "Grand Puissance") and referred to by all those names at one time or another. HP is essentially an improved version of Colt 1911 design. Swinging link replaced with fixed cam, which was less prone to wear. Chambered for 9mm Parabellum and has a 13-round detachable magazine. Only drawback to the design, that the trigger pull is not as fine as that of the 1911, as there is a transfer bar instead of stirrup arrangement. This is necessary, due to increased magazine capacity resulting in thicker grip. Barrel is 4.75" in length. External hammer with manual and magazine safety. Available with various finishes and sight options. Furnished with shoulder stock. Model 1935 used by many countries as their service pistol, as there are many variations. We list these versions and their approximate values.

### Pre-War Commercial Model

Found with sliding tangent rear sight and slotted for detachable shoulder stock. Manufactured from 1935 until 1940.

#### Tangent Sight Version

**NOTE:** Wood holster stock add 50 percent.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 2000 | 1800 | 1500 | 1000 | 400 |

### Pre-War Military Contract

Model 1935 adopted by many countries as a service pistol. Following, is a list:

#### Belgium

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 3000 | 2600 | 2000 | 600 | 375 |

#### Canada and China

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 2500 | 2000 | 950 | 650 | 400 |

#### Great Britain

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 2500 | 1700 | 1000 | 550 | 325 |

#### Estonia

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 3000 | 2600 | 2000 | 600 | 375 |

#### Holland

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 3000 | 2600 | 2000 | 650 | 400 |

#### Latvia

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 3000 | 2600 | 2000 | 775 | 500 |

#### Lithuania

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 2800 | 2000 | 1200 | 650 | 400 |

#### Romania

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 3000 | 2600 | 2000 | 775 | 500 |

## German Military Pistole Model 640(b)

In 1940, Germany occupied Belgium and took over the FN plant. Production of Model 1935 continued, with Germany taking the output. FN plant was assigned production code "ch" and many thousands were produced. Finish on these Nazi guns runs from as fine as Pre-war Commercial series to downright crude. Possible to see how war was progressing for Germany by finish on their weapons. One must be cautious with some of these guns as there have been fakes noted, with their backstraps cut for shoulder stocks, producing what would appear to be a more expensive variation. Individual appraisal should be secured if any doubt exists.

### Fixed Sight Model

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 1000 | 750 | 400 | 300 | 250 |

### Tangent Sight Model

50,000 manufactured.





Courtesy Orvel Reichert

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 1500 | 1000 | 700 | 550 | 400 |

### Captured Pre-war Commercial Model

These pistols were taken over when plant was occupied. Slotted for stocks and have tangent sights. Few produced between serial number 48,000 and 52,000. All noted have WA613 Nazi proof mark. Beware of fakes!

Exhibit 47
00662

Case 3:17-cv-01017-BEN-JLB   Document 50-15   Filed 03/05/18   PageID.5241   Page 30 of 52

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 1700 | 1400 | 1150 | 750 | 500 |

**Post-War Military Contract**

Manufactured from 1946, they embody some design changes—such as improved heat treating and barrel locking. Pistols produced after 1950, do not have barrels that can interchange with earlier model pistols. Earliest models have an "A" prefix on serial number and do not have the magazine safety. Pistols were produced for many countries and there were many thousands manufactured.

**Fixed Sight**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 750 | 425 | 375 | 300 | 250 |

**Tangent Sight**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 1000 | 675 | 575 | 400 | 300 |

**Slotted and Tangent Sight**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 1500 | 1050 | 750 | 500 | 400 |

**Post-War Commercial Model**

Introduced in 1950 and 1954. Those imported into U.S.A. are marked Browning Arms Co. These pistols have commercial polished finish.

**Fixed Sight**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 850 | 500 | 350 | 300 | 250 |

**Tangent Sight**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 1000 | 650 | 500 | 400 | 350 |

**Slotted and Tangent Sight**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 1500 | 1100 | 800 | 550 | 450 |

## RIFLES

**Model 1889**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 350 | 250 | 200 | 125 | 100 |

**Model 1949 or SAFN 49**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 600 | 500 | 300 | 225 | 150 |

**Model 30-11 Sniper Rifle**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 5000 | 4500 | 3500 | 2750 | 2000 |

**FN-FAL**

**50.00—21" Rifle Model**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 3000 | 2750 | 2250 | 2000 | 1850 | 1000 |

**50.63—18" Paratrooper Model**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 3800 | 3350 | 2950 | 2750 | 2450 | 1100 |

**50.64—21" Paratrooper Model**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 3300 | 3000 | 2700 | 2200 | 1900 | 1000 |

**50.41—Synthetic Butt H-Bar**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 2800 | 2400 | 2000 | 1800 | 1200 | 1000 |

**50.42—Wood Butt H-Bar**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 2800 | 2400 | 2000 | 1800 | 1200 | 1000 |

**FN-FAL "G" Series (Type I Receiver)**

**Standard**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 6500 | 5000 | 4000 | 3000 | 2000 | 1000 |

**Lightweight**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 6500 | 5000 | 4000 | 3000 | 2000 | 1000 |

**FN CAL**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 7000 | 6500 | 5000 | 3000 | 1500 | 1000 |

**FNC**

NOTE: Prices are for Belgian-made guns only.

**Standard**

Fixed stock, 16" or 18" barrel.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 3000 | 2800 | 2500 | 2000 | 1500 | 1000 |

**Paratrooper Model**

Folding stock, 16" or 18" barrel.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 3000 | 2800 | 2500 | 2000 | 1500 | 1000 |

**Musketeer Sporting Rifles**

Bolt-action rifle built on Mauser-action. Chambered for various popular cartridges. Has a 24" barrel and blued, with checkered walnut stock. Manufactured between 1947 and 1963.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 450 | 350 | 300 | 250 | 200 |

**Deluxe Sporter**

Higher-grade version of Musketeer, with same general specifications. Manufactured between 1947 and 1963.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 550 | 450 | 400 | 275 | 200 |

**FN Supreme**

Chambered for popular standard calibers. Has a 24" barrel, with an aperture sight and checkered walnut stock. Manufactured between 1957 and 1975.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 800 | 650 | 500 | 450 | 400 |

**Supreme Magnum Model**

Similar to standard Supreme, except chambered for .264 Win. Magnum, 7mm Rem. Magnum and .300 Win. Magnum. Furnished with recoil pad. Manufactured between same years as standard model.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 800 | 650 | 500 | 400 | 400 |

## FAIRBANKS, A. B.
### Boston, Massachusetts

**Fairbanks All Metal Pistol**

Odd pistol was produced of all metal. A one-piece cast brass frame, handle, an iron barrel and lock system. Chambered for .33-caliber and utilizes percussion ignition system. Barrel lengths noted are 3" to 10". Barrels are marked "Fairbanks Boston. Cast Steel". Manufactured between 1838 and 1841.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | — | 1050 | 350 | 150 | 75 |

Exhibit 47
00663

# EXHIBIT 48

Exhibit 48
00664

# 2014 Standard Catalog of®

# FIREARMS

## THE COLLECTOR'S PRICE & REFERENCE GUIDE

### 24TH EDITION



EDITED BY

## JERRY LEE

7,500 IMAGES     110,000 PRICES     6 CONDITION GRADES

Exhibit 48
00665

Copyright ©2013 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigeststore.com

ISBN-13: 978-1-4402-3716-4
ISBN-10: 1-4402-3716-6

Cover & Design by Tom Nelsen & Sandi Carpenter
Edited by Jerry Lee and Jennifer L.S. Pearsall

Printed in the United States of America

Exhibit 48
00666



# G

## GABBET-FAIRFAX, H.
### Birmingham, England

### Mars

Designed by Hugh Gabbet-Fairfax, this semi-automatic pistol first produced on an experimental basis by Webley & Scott Revolvers in the 1890s. After Webley gave up on the idea an extremely limited number were built by Mars Automatic Pistol Syndicate, Ltd., 1897 to 1905. Pistol produced in four calibers; 8.5mm Mars, 9mm Mars, .45 Mars Short Case, and .45 Mars Long Case. Most powerful handgun cartridge of its time and remained so until well after World War II. It is estimated that only about 80 of these pistols were ever produced. **NOTE:** Webley examples are worth a premium.



Courtesy James Rankin

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 45000 | 30500 | 19500 | 9200 | 6000 |

## GABILONDO Y CIA
### See—Llama

## GABILONDO Y URRESTI
### Guernica, Spain
### Elgoibar, Spain
### See—Llama

Spanish firm founded in 1904 to produce inexpensive revolvers of Velo-Dog type. Sometime around 1909 the firm began to manufacture Radium revolver. In 1914 the company produced a semi-automatic pistol distributed as Ruby. This pistol soon became the mainstay of the company, with orders of 30,000 pistols a month for the French army. End of WWI Gabilondo Y Urresti moved to Elgoeibar, Spain. Company produced a Browning 1910 replica pistol until early 1930s. It was at this point that Gabilondo began to manufacture a Colt Model 1911 copy that became known as Llama. For information of specific Llama models see Llama section. Pistols listed reflect pre-Llama period and are so marked, with the trade name of that particular model. Monogram "GC" frequently appears on grips but not on slide.

### Velo-Dog Revolver

A 6.35mm double-action revolver with 1.5" barrel, folding trigger and concealed hammer. Blued with walnut grips. Manufactured from 1904 to 1914.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 295 | 195 | 125 | 75 | 50 |

### Radium

Semi-automatic pistol in caliber 7.65mm. Produced both commercial and military market in Ruby style. "Radium" stamped on slide as well as top of each grip plate.



Courtesy James Rankin

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 295 | 195 | 125 | 100 | 70 |

### Ruby

A 7.65mm caliber semi-automatic pistol. Discontinued in 1930.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 250 | 175 | 150 | 100 | 75 |

### Bufalo 6.35mm

Semi-automatic pistol in caliber 6.35mm. Copy of Browning Model 1906, with squeeze grip safety. Has "Bufalo" stamped on slide and Gabilondo logo along with a buffalo's head on each side of grip plates. Manufactured between 1918 and 1925. NOTE: Spelling of "Bufalo" as it appears on pistol.



Courtesy James Rankin

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 275 | 175 | 150 | 100 | 75 |

### Bufalo 7.65mm

Semi-automatic pistol in caliber 7.65mm. Patterned after Browning Model 1910, with squeeze grip safety. There were two models, with either 7-round or 9-round magazine. Model with 9-round magazine usually fitted with wood grips and lanyard ring. Buffalo's head is inset in each grip plate. Manufactured between 1918 and 1925.

Exhibit 48
00667



Courtesy James Rankin

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| —   | 275  | 175  | 125  | 100  | 75   |

## Bufalo 9mmK

Semi-automatic pistol in caliber 9mmK. Nearly same pistol as 7.65mm model, but fitted with grip safety. "Bufalo" stamped on slide and Gabilondo logo and buffalo's head are on each grip plate. Manufactured between 1918 and 1925.



Courtesy James Rankin

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| —   | 295  | 205  | 145  | 105  | 70   |

## Danton 6.35mm

Semi-automatic pistol in caliber 6.35mm. Patterned after Browning Model 1906, with grip safety. "Danton" appears on slide as well as grips. Gabilondo logo on each grip plate. Manufactured between 1925 and 1931.



Courtesy James Rankin

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| —   | 275  | 175  | 125  | 100  | 75   |

## Danton War Model

Semi-automatic pistol in caliber 7.65mm. Similar to Bufalo above and made with-/without grip safety. Came in two models, with 9- and 20-round magazines. Fitted with lanyard ring. "Danton" stamped on slide and grips. Gabilondo logo on each side of grip plate. Manufactured between 1925 and 1931.



Courtesy James Rankin

### Nine-Round Magazine

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| —   | 275  | 175  | 125  | 100  | 75   |

### Twenty-Round Magazine

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| —   | 550  | 325  | 250  | 200  | 100  |

## Perfect

Semi-automatic pistol chambered for 6.35mm and 7.65mm cartridges. Cheap low-priced pistol marketed by Mugica. Pistols usually have the word "Perfect" on grips. Slide may be stamped with the name MUGICA, but many are not.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| —   | 275  | 175  | 125  | 100  | 75   |

## Plus Ultra

Pistol chambered for 7.65mm cartridge and built from 1925 to 1933. Had a 20-round magazine that gave the pistol an unusual appearance. "Plus Ultra" appears on slide and grips. Gabilondo logo on each grip plate. Equipped with lanyard ring.



Courtesy James Rankin

Exhibit 48
00668

# EXHIBIT 49

Exhibit 49
00669

# 2014 Standard Catalog of®

# FIREARMS

## THE COLLECTOR'S PRICE & REFERENCE GUIDE

### 24TH EDITION



EDITED BY

## JERRY LEE

7,500 IMAGES     110,000 PRICES     6 CONDITION GRADES

Exhibit 49

00670

Copyright ©2013 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigeststore.com

ISBN-13: 978-1-4402-3716-4
ISBN-10: 1-4402-3716-6

Cover & Design by Tom Nelsen & Sandi Carpenter
Edited by Jerry Lee and Jennifer L.S. Pearsall

Printed in the United States of America

Exhibit 49
00671

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 6300 | 5000 | 3250 | 2500 | 1750 | 300 |

### Grand African

Similar to Safari rifle, with addition of Exhibition Grade wood. Calibers .338 to .458.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 7600 | 6100 | 5000 | 3900 | 1650 | 325 |

### Serengeti Synthetic

Similar to Safari rifle, with fibergrain stock in classic or Monte Carlo style. Checkering or stipple finish. Calibers .243 to .300 Magnum. Introduced in 1996.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 2600 | 2100 | 1600 | 1150 | 700 | 225 |

### African Synthetic

Similar to Safari rifle, with fibergrain stock, checkering or stipple finish. Calibers .338 Magnum to .458 Magnum.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 3300 | 2600 | 1800 | 1400 | 750 | 250 |

### Neutralizer Mark I

Built on Remington 700 or Winchester action. Bolt-action rifle chambered in choice of calibers from .223 to .300 Win. Magnum. Barrel length 24" to 26" depending on caliber, with Magnum barrels up to 28". A fiberglass tactical stock, with adjustable cheekpiece and buttplate is standard in various finishes. **NOTE:** Winchester action $400 less.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 2900 | 2300 | 1700 | 1300 | 700 | 275 |

### Neutralizer Mark II

Same as above, with Apollo action.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 4000 | 3200 | 2250 | 1700 | 900 | 325 |

### Benchrest Rifles

Custom built. Unable to price individual rifles.



### Prone Rifles

Custom built. Unable to price individual rifles.



### X-Course Rifles

Custom built. Unable to price individual rifles.



### 1,000 Yard Match Rifles

Custom built. Unable to price individual rifles.



### Fully Accurized Production Rifles

Rifles offered in standard blue or stainless steel, with walnut or synthetic stock. Chambered from .223 to .338 Win. Magnum. Built on Remington, Ruger or Winchester actions.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1250 | 1100 | 750 | 600 | 400 | 200 |

## AROSTEGUI, EULOGIO
### Eibar, Spain

### Azul Royal (Model 31)

Semi-automatic or fully automatic pistol in calibers 7.63 Mauser, 9mm Bergmann or .38 ACP. Manufactured between 1935 and 1940. Fitted with 10-round integral magazine. **NOTE:** Add 300 percent for fully automatic machine pistol version. NFA/BATFE regulations apply.



Courtesy James Rankin

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 3000 | 2500 | 1000 | 500 | 300 |

### Super Azul (M-34)

Semi-automatic or fully automatic pistol in 7.63mm Mauser, 9mm Bergmann and .38 ACP. Manufactured between 1935 and 1940. Has removable box magazine with capacity of 10, 20 or 30 rounds. Also known as the War Model or Standard Model. **NOTE:** Add 300 percent for fully automatic machine pistol version. NFA/BATFE regulations apply.

Exhibit 49
00672



Courtesy James Rankin

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 3000 | 2500 | 1000 | 500 | 300 |

**Azul 6.35mm**

6.35mm semi-automatic pistol. Copied after Model 1906 Browning. Frame marked with letters "EA" in a circle. A retriever is molded in the grips. Magazine capacity 6 or 9 rounds.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 250 | 200 | 150 | 100 | 75 |

**Azul 7.65mm**

7.65mm semi-automatic pistol. Copied after Model 1910 FN. Magazine capacity 7 or 9 rounds.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 250 | 200 | 150 | 100 | 75 |

**Velo-Dog**

Folding trigger 5.5mm or 6.35mm revolver bearing trademark "EA" on grips.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 175 | 100 | 75 | 50 | 30 |

## ARRIETA S.L.
### Elgoibar, Spain

Company produces a wide variety of double-barrel shotguns. Price range from $450 to more than $30,000. It is recommended that highly engraved examples, as well as small bore arms, be individually appraised. **NOTE:** For 20- or 28-gauge and .410 bore, add 10 percent to values shown.

**490 Eder**

Double-barrel boxlock shotgun, with double triggers and extractors. Discontinued in 1986.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 550 | 425 | 325 | 250 | 100 |

**500 Titan**

Holland & Holland-style sidelock double-barrel shotgun, with French case hardened and engraved locks. Double triggers on extractors. No longer imported after 1986.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 675 | 500 | 400 | 300 | 150 |

**501 Palomara**

As above, but more finely finished. Discontinued in 1986.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 800 | 600 | 500 | 400 | 200 |

**505 Alaska**

As above, but more intricately engraved. Discontinued in 1986.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| — | 900 | 750 | 600 | 500 | 250 |

**510 Montana**

Holland & Holland-style sidelock double-barrel shotgun, with internal parts gold-plated.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 3200 | 2750 | 1250 | 850 | 500 | 250 |

**550 Field**

As above, without internal parts gold-plated.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 3200 | 2750 | 1250 | 850 | 500 | 250 |

**557 Standard**

As above, but more finely finished.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 4000 | 3200 | 2200 | 1500 | 750 | 500 |

**558 Patria**

As above, but more finely finished.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 3650 | 3150 | 1750 | 1250 | 800 | 400 |

**560 Cumbre**

As above, but featuring intricate engraving.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 3800 | 3200 | 1800 | 1200 | 800 | 400 |

**570 Lieja**



| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 4500 | 3750 | 2600 | 1800 | 900 | 550 |

**575 Sport**

| NIB | Exc. | V.G. | Good | Fair | Poor |
|---|---|---|---|---|---|
| 4750 | 3750 | 2250 | 1700 | 1200 | 750 |

**578 Victoria**

Engraved in the English manner, with floral bouquets.



Exhibit 49
00673



**MAUSER**

# System Mauser

## A PICTORIAL HISTORY OF THE MODEL 1896 SELF-LOADING PISTOL

John W. Breathed, Jr.

Joseph J. Schroeder, Jr.

DB42716881

Exhibit 49
00674

Published by
HANDGUN PRESS
5832 South Green Street
Chicago, Illinois 60621

Copyright © 1967 by John W. Breathed Jr.
Printed in the United States of America
Library of Congress Catalogue Card Number 67-30346

THE BANKERS PRINT, CHICAGO

Exhibit 49
00675



— System Mauser —

## SPAIN

### AZUL AND SUPER AZUL

Unlike either the Astra or Royal Mauser copies, the Azul and Super Azul are actually very faithful reproductions of the Mauser design. The manufacturer was Eulogio Arostegui of Eibar, though at least some of the weapons were, like the Royal, marketed by Beistegui Hermanos.

The Azul version is semi-automatic only, while the designation of "Super Azul" was applied to any of the several selector-switch pistols. Quite a few of these guns seem to have been made, but as most of them have the full-automatic feature they are rarely seen in the United States. They have a reputation for reliable functioning and durability, though neither internal nor external finish is on a par with that of the Mauser or the Astra.

### AZUL MM 31



216

Exhibit 49
00676

## SEMI-AUTOMATIC AZUL

Azul and Super
ser design. The
least some of
Hermanos.

designation of
r-switch pistols.
as most of them
United States.
, though neither
ser or the Astra.

217

Exhibit 49
00677

# EXHIBIT 50

Exhibit 50
00678

# 2014 Standard Catalog of®

# FIREARMS

## THE COLLECTOR'S PRICE & REFERENCE GUIDE

### 24TH EDITION



EDITED BY

## JERRY LEE

7,500 IMAGES    110,000 PRICES    6 CONDITION GRADES

Exhibit 50
00679

Copyright ©2013 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigeststore.com

ISBN-13: 978-1-4402-3716-4
ISBN-10: 1-4402-3716-6

Cover & Design by Tom Nelsen & Sandi Carpenter
Edited by Jerry Lee and Jennifer L.S. Pearsall

Printed in the United States of America

Exhibit 50
00680

## Model 92

9mm caliber double-action semi-automatic pistol, with 5" barrel, fixed sights and 16-round double-stack magazine. Blued, with plastic grips. Introduced in 1976. Now discontinued.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 800 | 600 | 500 | 400 | 250 | 200 |

## Model 92SB-P

As above, with polished finish. Manufactured from 1980 to 1985.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 625 | 475 | 400 | 325 | 250 | 200 |

### Model 92SB Compact

As above, with 4.3" barrel and shortened grip frame that holds a 14-shot magazine. Blued or nickel-plated, with wood or plastic grips. Nickel version worth additional 15 percent. Wood grips add $20 to value. Introduced in 1980. Discontinued in 1985.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 500 | 425 | 375 | 325 | 250 | 200 |

### Model 92FS

Current production Model 92 chambered for 9mm Parabellum cartridge. Barrel length 4.9". Rear sight is 3-dot combat drift adjustable. Magazine capacity 15 rounds. Semi-automatic pistol features double-/single-action operation. Safety is manual type. Frame is light alloy sandblasted and anodized black. Barrel slide is steel. Grips are plastic checkered, with black matte finish. Equipped with spare magazine cleaning rod and hard carrying case. Pistol weighs 34.4 oz. empty.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 550 | 450 | 350 | 300 | 200 | 150 |

### Model 92FS Inox

Introduced in 2001. Chambered for 9mm cartridge. Fitted with 4.9" barrel. Slide is black stainless steel, with lightweight frame and combat-style trigger guard, reversible magazine release and ambidextrous safety. Gray wrap-around grips. Weight about 34 oz.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 695 | 575 | 425 | 350 | 225 | 175 |

## Model 96

Identical to Model 92FS. Fitted with 10-round magazine. Chambered for .40 S&W. Introduced in 1992.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 550 | 450 | 350 | 300 | 200 | 150 |

### Model 96 Combat

Introduced in 1997. Single-action-only, with competition tuned trigger. Developed for practical shooting competition. Barrel length 5.9". Supplied with weight as standard. Rear sight is adjustable target type. Tool kit included as standard. Weight 40 oz.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1700 | 1300 | 950 | 575 | 350 | 175 |

### Model 96 Stock

Similar to Model 96 in double-/single-action, with half-cock notch for cocked and locked carry. Fitted with 4.9" barrel with fixed sights. Three interchangeable front sights are supplied as standard. Weight 35 oz. Introduced in 1997. No longer in U.S. product line.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 1350 | 950 | 775 | 500 | 325 | 150 |

### Model 92/96FS Inox

Same as above except barrel, slide, trigger, extractor and other components are made of stainless steel. Frame made of lightweight anodized aluminum alloy. Model 96FS discontinued in 1993.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 650 | 550 | 450 | 350 | 300 | 200 |

Exhibit 50
00681

# EXHIBIT 51

Exhibit 51
00682

# 2014 Standard Catalog of®

# FIREARMS

## THE COLLECTOR'S PRICE & REFERENCE GUIDE

### 24TH EDITION



EDITED BY

## JERRY LEE

7,500 IMAGES | 110,000 PRICES | 6 CONDITION GRADES

Exhibit 51
00683

Copyright ©2013 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications • 700 East State Street • Iola, WI 54990-0001
715-445-2214 • 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at www.gundigeststore.com

ISBN-13: 978-1-4402-3716-4
ISBN-10: 1-4402-3716-6

Cover & Design by Tom Nelsen & Sandi Carpenter
Edited by Jerry Lee and Jennifer L.S. Pearsall

Printed in the United States of America

Exhibit 51
00684

## 184 • BROWNING ARMS CO.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 725 | 500 | 375 | — | — | — |

### BDA-380

Double-action semi-automatic pistol. Chambered for .380 ACP cartridge. Features 3.75" barrel, with 14-round double-stack detachable magazine. Finish blued or nickel-plated, with smooth walnut grips. Manufactured in Italy by Beretta. Introduced in 1977. **NOTE:** Add 10 percent for nickel finish.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 625 | 400 | 325 | 275 | 200 | 150 |

### BDA

Double-action semi-automatic pistol. Manufactured between 1977 and 1980 for Browning by SIG-Sauer of Germany. Identical to SIG-Sauer Model 220. Chambered for 9mm Parabellum, .38 Super and .45 ACP cartridges. **NOTE:** .38 Super would be worth approximately 30 percent additional.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| — | 525 | 425 | 375 | 300 | 235 |

### BDM Pistol

Double-action semi-automatic pistol. Chambered for 9mm cartridge. Fitted with selector switch that allows shooter to choose between single-/double-action model. Features 4.75" barrel, with adjustable rear sight. Magazine capacity 15 rounds. Weighs 31 oz. First introduced in 1991.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 560 | 450 | 350 | 250 | 200 | 150 |

### BDM Silver Chrome

Variation of BDM introduced in 1997. Features silver chrome finish on slide and frame, balance in contrasting matte blue finish.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 560 | 450 | 350 | 250 | 200 | 150 |

### BDM Practical

Introduced in 1997. Same as above, with silver chrome on frame only.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 560 | 450 | 350 | 250 | 200 | 150 |

### BPM-D

Introduced in 1997. New version of BDM (Browning Pistol Model Decocker) features double-action pistol, with first shot fired double-action and subsequent shots fired single-action. No manual safety. Decock lever also releases slide.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 525 | 400 | 300 | 250 | 200 | 150 |

### BRM-DAO

9mm pistol is a redesigned version of Model BDM. Initials stand for "Browning Revolver Model Double-Action-Only". Has finger support trigger guard for two-handed control. All other features same as BPM-D pistol. Weight about 31 oz.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 525 | 400 | 300 | 250 | 200 | 150 |

### Nomad

Blowback-operated semi-automatic pistol. Chambered for .22 LR cartridge. Offered with 4.5" or 6.75" barrel. Has 10-round detachable magazine, with adjustable sights and all-steel construction. Finish blued, with black plastic grips. Manufactured between 1962 and 1974 by FN.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 500 | 360 | 275 | 150 | 75 | 50 |

Exhibit 51
00685