C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al., | Case No:  17-cv-1017-BEN-JLB |
| Plaintiffs, | **EXHIBIT 52 PART 1 OF 2 TO THE DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | Hearing Date:    April 30, 2018<br>Hearing Time:   10:30 a.m.<br>Judge:    Hon. Roger T. Benitez<br>Courtroom:    5A |

# EXHIBITS
## TABLE OF CONTENTS

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | Expert Report of James Curcuruto | 00019-26 |
| 2 | Expert Report of Stephen Helsley | 00027-38 |
| 3 | Expert Rebuttal Report of Professor Gary Kleck | 00039-102 |
| 4 | Expert Rebuttal Report of Professor Carlisle Moody | 00103-167 |
| 5 | Expert Report of Dr. Christopher S. Koper | 00168-195 |
| 6 | Expert Rebuttal Report of John J. Donohue | 00203-241 |
| 7 | Wikipedia page for "Magazine (firearms)", https://en.wikipedia.org/wiki/Magazine_(firearms) | 00242-249 |
| 8 | Pages 33-36 of *NRA Guide to the Basics of Pistol Shooting* (2d ed. 2009) | 00250-255 |
| 9 | Pages 22-36 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) | 00256-273 |
| 10 | Pages 95-99 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) | 00281-288 |
| 11 | Rick Hacker, *Magazine Disconnect*, Am. Rifleman (Sept. 11, 2015) | 00289-292 |
| 12 | David B. Kopel, *The History of Firearm Magazines and Magazine Prohibitions*, 78 Albany L. Rev. 849 (2015) | 00293-333 |
| 13 | Pages 168-70 of Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00334-339 |
| 14 | *16-Shot Wheel Lock*, Am.'s 1st Freedom (May 10, 2014) | 00340-342 |

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 15 | Clayton E. Cramer & Joseph Olson, *Pistols, Crime, and Public Safety in Early America*, 44 Willamette L. Rev. 699 (2008) | 00343-366 |
| 16 | *"Defence" Rapid-Fire Gun Patented: 15 May 1718*, History Channel | 00367-369 |
| 17 | Pages 91-103 of Jim Garry, *Weapons of the Lewis and Clark Expedition* (2012) | 00370-385 |
| 18 | Pages 69-70 of John Plaster, *The History of Sniping and Sharpshooting* (2008) | 00386-390 |
| 19 | Page 31 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00391-394 |
| 20 | Wikipedia page for "Girandoni Air Rifle", https://en.wikipedia.org/wiki/Girandoni_air_rifle | 00402-405 |
| 21 | Page 683 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00406-409 |
| 22 | Page 33 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00410-413 |
| 23 | Pages 16, 148-49 and 167 of Jack Dunlap, *American British and Continental Pepperbox Firearms* (1964) | 00414-420 |
| 24 | Pages 249-50 of Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00421-425 |
| 25 | Page 66 of *Catalogue of Contents: Doe Run Lead Company's Museum* (July 1, 1912) | 00426-428 |
| 26 | Pages 711, 713, and 716 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00429-434 |

EXHIBIT 52 PART 1 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 27 | Pages 9-17, 19-44 of Harold F. Williamson, *Winchester: The Gun That Won the West* (1952) | 00442-479 |
| 28 | Pages 303-06 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00480-486 |
| 29 | Joseph Bilby, *The Guns of 1864*, in Am. Rifleman (May 5, 2014) | 00487-497 |
| 30 | Page 49 of Harold F. Williamson, *Winchester: The Gun That Won the West* (1952) | 00498-501 |
| 31 | Pages 11 and 22-35 of R.L. Wilson, *Winchester: An American Legend* (1991) | 00509-526 |
| 32 | Pages 116-29 of Louis A. Garavaglia & Charles G. Worman, *Firearms of the American West* (1985) | 00527-543 |
| 33 | Pages 307-12 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00551-559 |
| 34 | Pages 137, 1240-41 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00560-565 |
| 35 | Pages 108-09 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00566-570 |
| 36 | Pages 122-23 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00571-575 |
| 37 | Pages 60-63, 67-71, 204-208, 244-45 Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00576-594 |

EXHIBIT 52 PART 1 TO THE DECLARATION OF ANNA M. BARVIR

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 38 | Pages 708-09 of the *2014 Standard Catalog of Firearms* | 00595-599 |
| 39 | Pages 23, 30-32, 38-39, 54-55, and 272 of John W. Breathed, Jr. & Joseph J. Schroeder, Jr., *System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol* (1967) | 00600-611 |
| 40 | John Elliot, *A Sweeping History of the Mauser C96 Broomhandle Pistol*, Guns.com (Jan. 26, 2012) | 00612-624 |
| 41 | Pages 191-92 of Jim Perkins, *American Boys Rifles 1890-1945* (1976) | 00625-629 |
| 42 | Page 84 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00630-633 |
| 43 | Page 104 of Patrick Sweeney, *Gun Digest Book of the AR-15* (2005) | 00641-644 |
| 44 | Page 294 of *Gun Digest 24th Anniversary Deluxe Edition* (John T. Amber ed. 1969) | 00645-648 |
| 45 | Page 1102 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00649-652 |
| 46 | Page 1173 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00653-656 |
| 47 | Pages 182-83, 432-33 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00657-663 |
| 48 | Pages 464-65 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00664-668 |
| 49 | Pages 72-73 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) and pages 216-17 of Joseph J. Schroeder, Jr., *System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol* (1967) | 00669-677 |

EXHIBIT 52 PART 1 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---|---|---|
| 50 | Page 121 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00678-681 |
| 51 | Page 184 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00682-685 |
| 52 | Pages 369-74, 377-78, 380-87, 391, 395-96, 398-99, 401-07, 409-11, 413-14, 438-47, and 454 from *Gun Digest* 2017 (Jerry Lee ed., 71st ed. 2016) | 00693-736, 00744-747 |
| 53 | Pages from websites of firearm manufacturers advertising firearms | 00748-774 |
| 54 | Pages 73-97 of *The Complete Book of Autopistols: 2013 Buyer's Guide* (2013) | 00775-800 |
| 55 | Robert A. Sadowski, *The Evolution of Glock Pistols*, *Pistols*, Handguns Buyer's Guide Mag. (Nov. 25, 2015) | 00801-811 |
| 56 | Pages 87 and 89-90 of Massad Ayoob, *The Complete Book of Handguns* (2013) | 00819-823 |
| 57 | Pages 183-87 *NRA Guide to the Basics of Personal Protection in the Home* (1st ed. 2000) | 00824-829 |
| 58 | Christopher S. Koper, Daniel J. Woods & Jeffrey A. Roth, *An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003* (Nat'l Instit. J. 2004) | 00830-866 |
| 59 | *What Should America Do About Gun Violence?* Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong. At 11 (2013) | 00867-903 |
| 60 | Gary Kleck, *Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkage*, 17 J. Research & Pol'y 28 (2016) | 00904-924 |

EXHIBIT 52 PART 1 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 61 | U.S. Dept. of Justice, Bureau of Justice Statistics, National Crime Victimization Survey, *Criminal Victimization in the United States, 2008 Statistical Tables*, Table 37 (Mar. 2009) | 00925-928 |
| 62 | Massad Ayoob, *Five Gunfighting Myths Debunked by Massad Ayoob*, Personal Defense World (Oct. 14, 2014) | 00929-938 |
| 63 | Jacob Sullum, *The Threat Posed by Gun Magazine Limits* (Jan. 13, 2016) | 00939-941 |
| 64 | Charles Remsberg, *Why One Cop Carries 145 Rounds of Ammo on the Job*, PoliceOne (Apr. 17, 2013) | 00942-946 |
| 65 | Gus G. Sentementes & Julie Bykowicz, *Documents Detail Cross Keys Shooting*, Balt. Sun (Mar. 21, 2006) | 00947-949 |
| 66 | *Gun Shop Owner Shoots, Kills Man During Attempted Robbery*, WIS TV (Aug. 9, 2012) | 00950-952 |
| 67 | Nieson Himmel, *Police Say Watch Shop Owner Kills 4th, 5th Suspects*, L.A. Times (Feb. 21, 1992) | 00953-955 |
| 68 | *Jewelry Store Burglarized, Scene of Deadly 1994 Robbery Attempt*, nbc12.com (2012) | 00956-958 |

692

EXHIBIT 52 PART 1 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

# EXHIBIT 52
## PART 1 OF 2

# THE WORLD'S GREATEST GUN BOOK!

# GunDigest®
## 2017

**71ˢᵗ EDITION**



- **FEATURE ARTICLES**
- **NEW PRODUCT REPORTS**
- **ILLUSTRATED FIREARMS CATALOG**

Edited by
**JERRY LEE**

Copyright ©2016 F+W Media, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

Published by



Gun Digest® Books, an imprint of F+W Media, Inc.
Krause Publications · 700 East State Street · Iola, WI 54990-0001
715-445-2214 · 888-457-2873
www.krausebooks.com

To order books or other products call toll-free 1-800-258-0929
or visit us online at **www.gundigeststore.com**

CAUTION: Technical data presented here, particularly technical data on handloading and on firearms adjustment and alteration, inevitably reflects individual experience with particular equipment and components under specific circumstances the reader cannot duplicate exactly. Such data presentations therefore should be used for guidance only and with caution. Gun Digest Books accepts no responsibility for results obtained using these data.

ISSN 0072-9043

ISBN 13: 978-1-4402-4658-6
ISBN 10: 1-4402-4658-0

Cover & Design by Tom Nelsen & Dane Royer

Edited by Jerry Lee & Chris Berens

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

# HANDGUNS Autoloaders, Service & Sport



### ACCU-TEK AT-380 II ACP
**Caliber:** 380 ACP, 6-shot magazine. **Barrel:** 2.8" **Weight:** 23.5 oz. **Length:** 6.125" overall. **Grips:** Textured black composition. **Sights:** Blade front, rear adjustable for windage. **Features:** Made from 17-4 stainless steel, has an exposed hammer, manual firing-pin safety block and trigger disconnect. Magazine release located on the bottom of the grip. American made, lifetime warranty. Comes with two 6-round stainless steel magazines and a California-approved cable lock. Introduced 2006. Made in U.S.A. by Excel Industries.
**Price:** Satin stainless ............................................. **$289.00**

### ACCU-TEK HC-380
Similar to AT-380 II except has a 13-round magazine.
**Price:** ................................................................. **$330.00**

### ACCU-TEK LT-380
Similar to AT-380 II except has a lightweight aluminum frame. **Weight:** 15 ounces.
**Price:** ................................................................. **$324.00**

### AMERICAN CLASSIC 1911-A1
**Caliber:** .45 ACP. 7+1 magazine capacity. **Barrel:** 5" **Grips:** Checkered walnut. **Sights:** Fixed. **Finish:** Blue or hard chromed. A .22 LR version is also available. Other variations include Trophy model with adjustable sights, two-tone finish.
**Price:** ................................................... **$579.00 to $811.00**

### AMERICAN CLASSIC COMMANDER
**Caliber:** .45 ACP. Same features as 1911-A1 model except is Commander size with 4.25" barrel.
**Price:** ................................................................. **$616.00**



### AMERICAN TACTICAL IMPORTS MILITARY 1911
**Caliber:** .45 ACP. 7+1 magazine capacity. **Barrel:** 5" **Grips:** Textured mahogany. **Sights:** Fixed military style. **Finish:** Blue. Also offered in Commander and Officer's sizes and Enhanced model with additional features.
**Price:** ................................................... **$500.00 to $585.00**



### AMERICAN TACTICAL IMPORTS GSG 1911
**Caliber:** .22 LR. 10+1 magazine capacity. **Weight:** 34 oz. Other features and dimensions similar to centerfire 1911.
**Price:** ................................................................. **$299.95**



### ARMALITE AR-24
**Caliber:** 9mm Para., 10- or 15-shot magazine. **Barrel:** 4.671" 6-groove, right-hand cut rifling. **Weight:** 34.9 oz. **Length:** 8.27" overall. **Grips:** Black polymer. **Sights:** Dovetail front, fixed rear, 3-dot luminous design. **Features:** Machined slide, frame and barrel. Serrations on forestrap and backstrap, external thumb safety and internal firing pin box, half cock. Two 15-round magazines, pistol case, pistol lock, manual and cleaning brushes. Manganese phosphate finish. Compact comes with two 13-round magazines, 3.89 barrel, weighs 33.4 oz. Made in U.S.A. by ArmaLite.
**Price:** AR-24 Full Size ............................................. **$550.00**
**Price:** AR-24K Compact ........................................... **$550.00**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport



## AUTO-ORDNANCE 1911A1
**Caliber:** 45 ACP, 7-shot magazine. **Barrel:** 5" **Weight:** 39 oz. **Length:** 8.5" overall. **Grips:** Brown checkered plastic with medallion. **Sights:** Blade front, rear drift-adjustable for windage. **Features:** Same specs as 1911A1 military guns-parts interchangeable. Frame and slide blued; each radius has non-glare finish. Introduced 2002. Made in U.S.A. by Kahr Arms.
**Price:** 1911PKZSE Parkerized, plastic grips ...........................$688.00
**Price:** 1911PKZSEW Parkerized, wood grips ........................$705.00

## BAER H.C. 40
**Caliber:** 40 S&W, 18-shot magazine. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Wood. **Sights:** Low-mount adjustable rear sight with hidden rear leaf, dovetail front sight. **Features:** Double-stack Caspian frame, beavertail grip safety, ambidextrous thumb safety, 40 S&W match barrel with supported chamber, match stainless steel barrel bushing, lowered and flared ejection port, extended ejector, match trigger fitted, integral mag well, bead blast blue finish on lower, polished sides on slide. Introduced 2008. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** ...............................................................................$2,960.00



## BAER 1911 BOSS .45
**Caliber:** .45 ACP, 8+1 capacity. **Barrel:** 5" or 10-shot magazine. **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Premium Checkered Cocobolo Grips. **Sights:** Low-Mount LBC Adj Sight, Red Fiber Optic Front. **Features:** Speed Trgr, Beveled Mag Well, Rounded for Tactical. Rear cocking serrations on the slide, Baer fiber optic front sight (red), flat mainspring housing, checkered at 20 lpi, extended combat safety, Special tactical package, chromed complete lower, blued slide, (2) 8-round premium magazines.
**Price:** ...............................................................................$2,560.00

## BAER 1911 CUSTOM CARRY
**Caliber:** .45 ACP, 7- or 10-shot magazine. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered walnut. **Sights:** Baer improved ramp-style dovetailed front. **Features:** Baer forged NM frame, slide and barrel with stainless bushing. Baer speed trigger with 4-lb. pull. Partial listing shown. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Custom Carry 5, blued  ...........................................$2,190.00
**Price:** Custom Carry 5, stainless  ......................................$2,290.00
**Price:** Custom Carry 4 Commanche length, blued ..............$2,190.00

**Price:** Custom Carry 4 Commanche length, .38 Super ........$2,550.00

## BAER 1911 ULTIMATE RECON
**Caliber:** .45 ACP, 7- or 10-shot magazine. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer improved ramp-style dovetailed front, Novak low-mount rear. **Features:** NM Caspian frame, slide and barrel with stainless bushing. Baer speed trigger with 4-lb. pull. Includes integral Picatinny rail and Sure-Fire X-200 light. Made in U.S.A. by Les Baer Custom, Inc. Introduced 2006.
**Price:** Bead blast blued  ....................................................$2,650.00
**Price:** Bead blast chrome  ..................................................$2,910.00



## BAER 1911 PREMIER II
**Caliber:** .38 Super, 400 Cor-Bon, .45 ACP, 7- or 10-shot magazine. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered rosewood, double diamond pattern. **Sights:** Baer dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:** Baer NM forged steel frame and barrel with stainless bushing, deluxe Commander hammer and sear, beavertail grip safety with pad, extended ambidextrous safety; flat mainspring housing; 30 lpi checkered front strap. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** 5" .45 ACP  ...........................................................$2,180.00
**Price:** 5" 400 Cor-Bon  ....................................................$2,380.00
**Price:** 5" .38 Super  .........................................................$2,620.00
**Price:** 6" .45 ACP, 400 Cor-Bon, .38 Super, from ..............$2,390.00
**Price:** Super-Tac, .45 ACP, 400 Cor-Bon, .38 Super, from ...$2,650.00

## BAER 1911 S.R.P.
**Caliber:** .45 ACP. **Barrel:** 5" **Weight:** 37 oz. **Length:** 8.5" overall. **Grips:** Checkered walnut. **Sights:** Trijicon night sights. **Features:** Similar to the F.B.I. contract gun except uses Baer forged steel frame. Has Baer match barrel with supported chamber, complete tactical action. Has Baer Ultra Coat finish. Introduced 1996. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Government or Commanche length ...........................$2,840.00

## BAER 1911 STINGER
**Caliber:** .45 ACP or .38 Super, 7-round magazine. **Barrel:** 5" **Weight:** 34 oz. **Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:** Baer NM frame. Baer Commanche slide, Officer's style grip frame, beveled mag well. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** .45 ACP  ...............................................$2,240.00 to $2,310.00
**Price:** .38 Super  ...............................................................$2,840.00

## BAER 1911 PROWLER III
**Caliber:** .45 ACP, 8-round magazine. **Barrel:** 5" **Weight:** 34 oz. **Length:** 8.5" overall. **Grips:** Checkered cocobolo. **Sights:** Baer dovetailed front, low-mount Bo-Mar rear with hidden leaf. **Features:** Similar to Premier II with tapered cone stub weight, rounded corners. Made in U.S.A. by Les Baer Custom, Inc.
**Price:** Blued  ...................................................................$2,910.00

## BAER HEMI 572
**Caliber:** .45 ACP. Based on Les Baer's 1911 Premier I pistol and inspired by Chrysler 1970 Hemi Cuda muscle car. **Features:** Double serrated slide, Baer fiber optic front sight with green insert, VZ black recon grips with hexhead screws, hard chrome finish on all major components, Dupont S coating on barrel, trigger, hammer, ambi

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

00697
Exhibit 52

# HANDGUNS *Autoloaders, Service & Sport*

safety and other controls.

**Price:** ............................................................$2,690.00

**BAER ULTIMATE MASTER COMBAT**
**Caliber:** .45 ACP or .38 Super. A full house competition 1911 offered in 8 variations including 5 or 6-inch barrel, PPC Distinguished or Open class, Bullseye Wadcutter class and others. Features include double serrated slide, fitted slide to frame, checkered front strap and trigger guard, serrated rear of slide, extended ejector, tuned extractor, premium checkered grips, blued finish and two 8-round magazines.
**Price: Compensated .45**....................................$3,240.00
**Price: Compensated .38 Super**.........................$3,390.00



**BERETTA M92/96 A1 SERIES**
**Caliber:** 9mm, 15-round magazine; .40 S&W, 12 rounds (M96 A1). **Barrel:** 4.9 inches. **Weight:** 33-34 oz. **Length:** 8.5 inches. **Sights:** Fiber optic front, adjustable rear. **Features:** Same as other models in 92/96 family except for addition of accessory rail.
**Price:** ...............................................................$775.00



**BERETTA MODEL 92FS**

**Caliber:** 9mm Para., 10-shot magazine. **Barrel:** 4.9", 4.25" (Compact). **Weight:** 34 oz. **Length:** 8.5" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, rear adjustable for windage. Tritium night sights available. **Features:** Double action. Extractor acts as chamber loaded indicator, squared trigger guard, grooved front and backstraps, inertia firing pin. Matte or blued finish. Introduced 1977. Made in U.S.A.
**Price:** ...............................................................$699.00
**Price:** Inox ........................................................$850.00

**BERETTA M9 .22 LR**
**Caliber:** .22 LR. 10 or 15-shot magazine. Black Brunitron finish, interchangeable grip panels. Similar to centerfire 92/M9 with same operating controls, lighter weight (26 oz.).
**Price:** ...............................................................$430.00

**BERETTA MODEL 21 BOBCAT**
**Caliber:** .22 LR or .25 ACP. Both double action. **Barrel:** 2.4" **Weight:** 11.5 oz.; 11.8 oz. **Length:** 4.9" overall. **Grips:** Plastic. **Features:** Available in matte black or stainless. Introduced 1985.
**Price:** Black matte ..............................................$410.00
**Price:** Stainless ..................................................$450.00

**BERETTA MODEL 3032 TOMCAT**
**Caliber:** .32 ACP, 7-shot magazine. **Barrel:** 2.45" **Weight:** 14.5 oz. **Length:** 5" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, drift-adjustable rear. **Features:** Double action with exposed hammer; tip-up barrel for direct loading/unloading; thumb safety; Inox stainless or matte blue finish. Made in U.S.A. Introduced 1996.
**Price:** Matte ......................................................$390.00
**Price:** Inox ........................................................$485.00



**BERETTA MODEL U22 NEOS**
**Caliber:** .22 LR, 10-shot magazine. **Barrel:** 4.5" and 6" **Weight:** 32 oz.; 36 oz. **Length:** 8.8"/ 10.3" **Sights:** Target. **Features:** Integral rail for standard scope mounts, light, perfectly weighted, 100 percent American made by Beretta.
**Price:** Blue ........................................................$325.00
**Price:** Inox ........................................................$350.00

**BERETTA MODEL PX4 STORM**
**Caliber:** 9mm Para., 40 S&W. **Capacity:** 17 (9mm Para.); 14 (40 S&W). **Barrel:** 4" **Weight:** 27.5 oz. **Grips:** Black checkered w/3 interchangeable backstraps. **Sights:** 3-dot system coated in Superluminova; removable front and rear sights. **Features:** DA/SA, manual safety/hammer decocking lever (ambi) and automatic firing pin block safety. Picatinny rail. Comes with two magazines (17/10 in 9mm Para. and 14/10 in 40 S&W). Removable hammer unit. American made by Beretta. Introduced 2005.
**Price:** 9mm or .40 ..............................................$575.00
**Price:** .45 ACP ....................................................$650.00
**Price:** .45 ACP SD (Special Duty) ........................$1,150.00



**BERETTA MODEL PX4 STORM SUB-COMPACT**
**Caliber:** 9mm, 40 S&W. **Capacity:** 13 (9mm); 10 (40 S&W). **Barrel:** 3" **Weight:** 26.1 oz. **Length:** 6.2" overall. **Grips:** NA. **Sights:** NA. **Features:** Ambidextrous manual safety lever, interchangeable

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

backstraps included, lock breech and tilt barrel system, stainless steel barrel, Picatinny rail.
**Price:** ............................................................................$600.00



**BERETTA MODEL M9**
**Caliber:** 9mm Para. **Capacity:** 15. **Barrel:** 4.9" **Weight:** 32.2-35.3 oz. **Grips:** Plastic. **Sights:** Dot and post, low profile, windage adjustable rear. **Features:** DA/SA, forged aluminum alloy frame, delayed locking-bolt system, manual safety doubles as decocking lever, combat-style trigger guard, loaded chamber indicator. Comes with two magazines (15/10). American made by Beretta. Introduced 2005.
**Price:** ............................................................................$675.00



**BERETTA MODEL M9A1**
**Caliber:** 9mm Para. **Capacity:** 15. **Barrel:** 4.9" **Weight:** 32.2-35.3 oz. **Grips:** Plastic. **Sights:** Dot and post, low profile, windage adjustable rear. **Features:** Same as M9, but also includes integral Mil-Std-1913 Picatinny rail, has checkered frontstrap and backstrap. Comes with two magazines (15/10). American made by Beretta. Introduced 2005.
**Price:** ............................................................................$775.00



**BERETTA NANO**
**Caliber:** 9mm Para. Six-shot magazine. **Barrel:** 3.07". **Weight:** 17.7 oz. **Length:** 5.7" overall. **Grips:** Polymer. Sights: 3-dot low profile. **Features:** Double-action only, striker fired. Replaceable grip frames.

**Price:** ............................................................................$475.00




**BERETTA PICO**
**Caliber:** .380 ACP, 6 rounds. **Barrel:** 2.7" **Weight:** 11.5 oz. **Length:** 5.1" overall. **Grips:** Integral with polymer frame. Interchangeable backstrap. **Sights:** White outline rear. **Features:** Adjustable, quick-change. Striker-fired, double-action only operation. Ambidextrous magazine release and slide release. Ships with two magazines, one flush, one with grip extension. Made in the USA.
**Price:** ............................................................................$399.00

**BERSA THUNDER 45 ULTRA COMPACT**
**Caliber:** .45 ACP. **Barrel:** 3.6" **Weight:** 27 oz. **Length:** 6.7" overall. **Grips:** Anatomically designed polymer. **Sights:** White outline rear. **Features:** Double action; firing pin safeties, integral locking system. Available in matte, satin nickel, gold, or duo-tone. Introduced 2003. Imported from Argentina by Eagle Imports, Inc.
**Price:** Thunder 45, matte blue ............................................$500.00
**Price:** Thunder 45, duo-tone ................................................$550.00



**BERSA THUNDER 380 SERIES**
**Caliber:** .380 ACP, 7 rounds. **Barrel:** 3.5" **Weight:** 23 oz. **Length:** 6.6" overall. **Features:** Otherwise similar to Thunder 45 Ultra Compact. 380 DLX has 9-round capacity. 380 Concealed Carry has 8-round capacity. Imported from Argentina by Eagle Imports, Inc.
**Price:** Thunder Matte ............................................................$335.00

00699
Exhibit 52
Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

**Price:** Thunder Satin Nickel ..................................................**$355.00**
**Price:** Thunder Duo-Tone ....................................................**$355.00**
**Price:** Thunder Duo-Tone with Crimson Trace Laser Grips ....**$555.00**



## BERSA THUNDER 9 ULTRA COMPACT/40 SERIES
**Caliber:** 9mm Para., 40 S&W. **Barrel:** 3.5" **Weight:** 24.5 oz. **Length:** 6.6" overall. **Features:** Otherwise similar to Thunder 45 Ultra Compact. 9mm Para. High Capacity model has 17-round capacity. 40 High Capacity model has 13-round capacity. Imported from Argentina by Eagle Imports, Inc.
**Price:** ..................................................**$500.00**

## BERSA THUNDER 22
**Caliber:** .22 LR, 10-round magazine. **Weight:** 19 oz. **Features:** Similar to Thunder .380 Series except for caliber. Alloy frame and slide. Finish: Matte black, satin nickel or duo-tone.
**Price:** ..................................................**$320.00**



## BROWNING 1911-22 COMPACT
**Caliber:** .22 L.R., 10-round magazine. **Barrel:** 3.625" **Weight:** 15 oz. **Length:** 6.5" overall. **Grips:** Brown composite. **Sights:** Fixed. **Features:** Slide is machined aluminum with alloy frame and matte blue finish. Blowback action and single action trigger with manual thumb and grip safetys. Works, feels and functions just like a full size 1911. It is simply scaled down and chambered in the best of all practice rounds: .22 LR for focus on the fundamentals.
**Price:** ..................................................**$600.00**

## BROWNING 1911-22 A1
**Caliber:** .22 L.R., 10-round magazine. **Barrel:** 4.25" **Weight:** 16 oz. **Length:** 7.0625" overall. **Grips:** Brown composite. **Sights:** Fixed. **Features:** Slide is machined aluminum with alloy frame and matte blue finish. Blowback action and single action trigger with manual thumb and grip safetys. Works, feels and functions just like a full size 1911. It is simply scaled down and chambered in the best of all practice rounds: .22 LR for focus on the fundamentals.
**Price:** ..................................................**$600.00**



## BROWNING 1911-22 BLACK LABEL
**Caliber:** .22 L.R., 10-round magazine. **Barrel:** 4.25" or 3.625" (Compact model). **Weight:** 14 oz. overall. **Features:** Other features are similar to standard 1911-22 except this model's composite/polymer frame, extended grip safety, stipled black laminated grip, skeleton trigger and hammer. Available with accessory rail (shown). Suppressor Ready model has threaded muzzle protector, 4 7/8-inch barrel.
**Price:** ..................................................**$640.00**
**Price:** With Rail ..................................................**$670.00**
**Price:** Suppressor Ready model..................................................**$740.00**



## BROWNING 1911-22 POLYMER DESERT TAN
**Caliber:** .22 L.R., 10-round magazine. **Barrel:** 4.25" or 3.625" **Weight:** 13-14 oz. overall. **Features:** Other features are similar to standard 1911-22 except for this model's composite/polymer frame. Also available with pink composite grips.
**Price:** ..................................................**$580.00**



## BROWNING 1911-380
**Caliber:** .380 ACP. 8-round magazine. **Barrel:** 4.25" **Weight:** 18 oz.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Exhibit 52

# HANDGUNS Autoloaders, Service & Sport

**Features:** Aluminum slide, polymer frame. Features are virtually identical to those on the 1911-22.
**Price:** ..................................................................**$670.00**



**BROWNING HI-POWER**
**Caliber:** 9mm, 13-round magazine. **Barrel:** 4.625 inches. **Weight:** 32 oz. **Length:** 7.75 inches. **Grips:** Checkered walnut (standard model), textured and grooved polymer (Mark III). **Sights:** Fixed low-profile 3-dot (Mark III), fixed or adjustable low profile (standard model). **Features:** Single-action operation with ambidextrous thumb safety, forged steel frame and slide. Made in Belgium.
**Price:** Mark III..................................................**$1,070.00**
**Price:** Fixed Sights.............................................**$1,080.00**

**Price:** Standard, Adjustable sights .......................**$1,160.00**



**BROWNING BUCK MARK CAMPER UFX**
**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 5.5" tapered bull. **Weight:** 34 oz. **Length:** 9.5" overall. **Grips:** Overmolded Ultragrip Ambidextrous. **Sights:** Pro-Target adjustable rear, ramp front. **Features:** Matte blue receiver, matte blue or stainless barrel.
**Price:** Camper UFX ...............................................**$390.00**
**Price:** Camper UFX stainless ...................................**$430.00**



**BROWNING BUCK MARK HUNTER**
**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 7.25" heavy tapered

bull. **Weight:** 38 oz. **Length:** 11.3" overall. **Grips:** Cocobolo target.
**Sights:** Pro-Target adjustable rear, Tru-Glo/Marble's fiber-optic front. Integral scope base on top rail. Scope in photo is not included. **Features:** Matte blue.
**Price:** ..................................................................**$500.00**



**BROWNING BUCK PRACTICAL URX**
**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 5.5" tapered bull. **Weight:** 34 oz. **Length:** 9.5" overall. **Grips:** Ultragrip RX Ambidextrous. **Sights:** Pro-Target adjustable rear, Tru-Glo/Marble's fiber-optic front. **Features:** Matte gray receiver, matte blue barrel.
**Price:** ..................................................................**$440.00**



**BROWNING BUCK MARK PLUS UDX**
**Caliber:** .22 LR with 10-shot magazine. **Barrel:** 5.5" slab sided. **Weight:** 34 oz. **Length:** 9.5" overall. **Grips:** Walnut Ultragrip DX Ambidextrous or rosewood. **Sights:** Pro-Target adjustable rear, Tru-Glo/Marble's fiber-optic front. **Features:** Matte blue or stainless.
**Price:** ..................................................................**$540.00**
**Price:** Stainless .....................................................**$580.00**



**BUSHMASTER XM-15 PATROLMAN'S AR PISTOL**
**Caliber:** 5.56/223, 30-round. **Barrel:** 7" or 10.5" stainless steel with A2-type flash hider, knurled free-float handguard. **Weight:** 5.2 to 5.7 lbs. (4.9 to 5.5 lbs., Enhanced model). **Length:** 23" to 26.5". **Grips:** A2 pistol grip with standard triggerguard. **Features:** AR-style semi-auto pistol. Enhanced model has Barnes Precision free-float lightweight quad rail, Magpul MOE pistol grip and triggerguard.
**Price:** ..................................................................**$973.00**
**Price:** Enhanced.................................................**$1,229.00**

00701

Prices given here are accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

Tan Cerakoted stainless steel finish, lanyard loop.
Price: ................................................................. **$2,095.00**



**COLT GOVERNMENT MODEL 1911A1 .22**
**Caliber:** .22 LR. 12-round magazine. **Barrel:** 5" **Weight:** 36 oz. **Features:** Made in Germany by Walther under exclusive arrangement with Colt Manufacturing Company. Blowback operation. All other features identical to original including manual and grip safeties, drift-adjustable sights.
Price: ................................................................. **$399.00**

**COLT COMPETITION PISTOL**
**Caliber:** .45 ACP or 9mm Para. Full-size Government Model with 5-inch National Match barrel, dual spring recoil operating system, adjustable rear and fiber optic front sights, custom G10 Colt logo grips.
Price: ..................................................................**$899.00**



**CZ 75 B**
**Caliber:** 9mm Para., .40 S&W, 10-shot magazine. **Barrel:** 4.7" **Weight:** 34.3 oz. **Length:** 8.1" overall. **Grips:** High impact checkered plastic. **Sights:** Square post front, rear adjustable for windage; 3-dot system. **Features:** Single action/double action design; firing pin block safety; choice of black polymer, matte or high-polish blue finishes. All-steel frame. B-SA is a single action with a drop-free magazine. Imported from the Czech Republic by CZ-USA.
Price: 75 B ..........................................................**$625.00**
Price: 75 B, stainless ............................................**$783.00**
Price: 75 B-SA ......................................................**$661.00**



**CZ 75 BD DECOCKER**
Similar to the CZ 75B except has a decocking lever in place of the safety lever. All other specifications are the same. Introduced 1999. Imported from the Czech Republic by CZ-USA.
Price: 9mm Para., black polymer ...........................**$612.00**

**CZ 75 B COMPACT**
Similar to the CZ 75 B except has 14-shot magazine in 9mm Para., 3.9 barrel and weighs 32 oz. Has removable front sight, non-glare ribbed slide top. Trigger guard is squared and serrated; combat hammer. Introduced 1993. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer ............................**$631.00**
**Price:** 9mm Para., dual tone or satin nickel ............**$651.00**
**Price:** 9mm Para. D PCR Compact, alloy frame ......**$651.00**



**CZ P-07 DUTY**
**Caliber:** .40 S&W, 9mm Luger (16+1). **Barrel:** 3.8" **Weight:** 27.2 oz. **Length:** 7.3" overall. **Grips:** Polymer black polycoat. **Sights:** Blade front, fixed groove rear. **Features:** The ergonomics and accuracy of the CZ 75 with a totally new trigger system. The new Omega trigger system simplifies the CZ 75 trigger system, uses fewer parts and improves the trigger pull. In addition, it allows users to choose between using the handgun with a decocking lever (installed) or a manual safety (included) by a simple parts change. The polymer frame design of the Duty and a new sleek slide profile (fully machined from bar stock) reduce weight, making the P-07 Duty a great choice for concealed carry.
Price: ................................................................. **$524.00**



**CZ P-09 DUTY**
High-capacity version of P-07. **Caliber:** 9mm, .40 S&W. **Magazine capacity:** 19 rounds (9mm), 15 (.40). **Features:** Accessory rail, interchangeable grip backstraps, ambidextrous decocker can be converted to manual safety.
**Price:** .............................................................**$544.00**

**CZ 75 TACTICAL SPORT**
Similar to the CZ 75 B except the CZ 75 TS is a competition ready pistol designed for IPSC standard division (USPSA limited division). Fixed target sights, tuned single-action operation, lightweight polymer match trigger with adjustments for take-up and overtravel, competition hammer, extended magazine catch, ambidextrous manual safety, checkered walnut grips, polymer magazine well, two tone finish. Introduced 2005. Imported from the Czech Republic by CZ-USA.

# HANDGUNS Autoloaders, Service & Sport



**Price:** 9mm Para., 20-shot mag. .........................................$1,310.00
**Price:** .40 S&W, 16-shot mag. ............................................$1,310.00

### CZ 75 SP-01

Similar to NATO-approved CZ 75 Compact P-01 model. Features an integral 1913 accessory rail on the dust cover, rubber grip panels, black polycoat finish, extended beavertail, new grip geometry with checkering on front and back straps, and double or single action operation. Introduced 2005. The Shadow variant designed as an IPSC "production" division competition firearm. Includes competition hammer, competition rear sight and fiber-optic front sight, modified slide release, lighter recoil and main spring for use with "minor power factor" competition ammunition. Includes polycoat finish and slim walnut grips. Finished by CZ Custom Shop. Imported from the Czech Republic by CZ-USA.
**Price:** SP-01 Standard.........................................$680.00
**Price:** SP-01 **Shadow Target II**...........................$1,638.00



### CZ 85 B/85 COMBAT

Same gun as the CZ 75 except has ambidextrous slide release and safety levers; non-glare, ribbed slide top; squared, serrated trigger guard; trigger stop to prevent overtravel. Introduced 1986. The CZ 85 Combat features a fully adjustable rear sight, extended magazine release, ambidextrous slide stop and safety catch, drop free magazine and overtravel adjustment. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer ...........................................$628.00
**Price:** Combat, black polymer ...............................................$664.00



**CZ 97 B**
**Caliber:** .45 ACP, 10-shot magazine. **Barrel:** 4.85" **Weight:** 40 oz. **Length:** 8.34" overall. **Grips:** Checkered walnut. **Sights:** Fixed.

**Features:** Single action/double action; full-length slide rails; screw-in barrel bushing; linkless barrel; all-steel construction; chamber loaded indicator; dual transfer bars. Introduced 1999. Imported from the Czech Republic by CZ-USA.
**Price:** Black polymer ..................................................$707.00
**Price:** Glossy blue ....................................................$727.00

### CZ 97 BD DECOCKER

Similar to the CZ 97 B except has a decocking lever in place of the safety lever. Tritium night sights. Rubber grips. All other specifications are the same. Introduced 1999. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., black polymer ..............................$816.00

### CZ 2075 RAMI/RAMI P

**Caliber:** 9mm Para., .40 S&W. **Barrel:** 3". **Weight:** 25 oz. **Length:** 6.5" overall. **Grips:** Rubber. **Sights:** Blade front with dot, white outline rear drift adjustable for windage. **Features:** Single-action/double-action; alloy or polymer frame, steel slide; has laser sight mount. Imported from the Czech Republic by CZ-USA.
**Price:** 9mm Para., alloy frame, 10 and 14-shot magazines .....$671.00
**Price:** 40 S&W, alloy frame, 8-shot magazine .........................$671.00
**Price:** RAMI P, polymer frame, 9mm Para., 40 S&W ..............$612.00

### CZ P-01

**Caliber:** 9mm Para., 14-shot magazine. **Barrel:** 3.85". **Weight:** 27 oz. **Length:** 7.2" overall. **Grips:** Checkered rubber. **Sights:** Blade front with dot, white outline rear drift adjustable for windage. **Features:** Based on the CZ 75, except with forged aircraft-grade aluminum alloy frame. Hammer forged barrel, decocker, firing-pin block, M3 rail, dual slide serrations, squared triggerguard, re-contoured trigger, lanyard loop on butt. Serrated front and back strap. Introduced 2006. Imported from the Czech Republic by CZ-USA.
**Price:** CZ P-01 ..........................................................$627.00



**CZ 1911 A1**
**Caliber:** .45 ACP. 7+1 capacity. **Barrel:** 5 inches. **Grips:** Checkered walnut. **Sights:** High profile fixed. **Features:** Made in the USA, this model pays homage to the classic 1911 A1. Other features and dimensions identical to the original Colt Government Model.
**Price:** ...........................................................................$849.00



**CZ SCORPION EVO**
**Caliber :** 9mm Para. 20-round magazine. Semi-automatic version

00703
Exhibit 52
Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

# HANDGUNS Autoloaders, Service & Sport

Price: .................................................................$904.00
Price: Undercover.............................................$1,019.00

**DESERT EAGLE MARK XIX**
**Caliber:** .357 Mag., 9-shot; .44 Mag., 8-shot; .50 AE, 7-shot. **Barrel:** 6", 10", interchangeable. **Weight:** .357 Mag.-62 oz.; .44 Mag.-69 oz.; .50 AE-72 oz. **Length:** 10.25" overall (6" bbl.). **Grips:** Polymer; rubber available. **Sights:** Blade on ramp front, combat-style rear. Adjustable available. **Features:** Interchangeable barrels; rotating three-lug bolt; ambidextrous safety; adjustable trigger. Military epoxy finish. Satin, bright nickel, chrome, brushed, matte or black-oxide finishes available. 10 barrel extra. Imported from Israel by Magnum Research, Inc.
**Price:** Black-6, 6" barrel.......................................$1,742.00
**Price:** Black-10, 10" barrel ................................$1,793.00

**BABY DESERT EAGLE III**
**Caliber:** 9mm Para., .40 S&W, .45 ACP; 10-, 12- or 15-round magazines. **Barrel:** 3.85" or 4.43". **Weight:** 28 to 37.9 oz. **Length:** 7.25 to 8.25 overall. **Grips:** Ergonomic polymer. **Sights:** White 3-dot system. **Features:** Choice of steel or polymer frame with integral rail; slide-mounted decocking safety. Upgraded design of Baby Eagle II series.
**Price:** ...................................................... $646.00 to $691.00



**DESERT EAGLE L5**
**Caliber:** .357 Magnum, 9+1-shot capacity. **Barrel:** 5". **Weight:** 50 oz. **Length:** 9.7". **Features:** Steel barrel, frame and slide with full Weaver-style accessory rail and integral muzzlebrake. Gas-operated rotating bolt, single-action trigger, fixed sights.
**Price:** From ......................................................$1,790.00



**DESERT EAGLE MR9, MR40**
**Caliber:** 9mm Para., (15-round magazine) or .40 S&W (11 rounds). **Barrel:** 4.5". **Weight:** 25 oz. **Length:** 7.6" overall. **Sights:** Three-dot rear sight adjustable for windage, interchangeable front sight blades of different heights. **Features:** Polymer frame, locked breech, striker-fired design with decocker/safety button on top of slide, three replaceable grip palm swells, Picatinny rail. Made in Germany by Walther and imported by Magnum Research. Introduced in 2014.
**Price:** ..................................................................$559.00



**DIAMONDBACK DB380**
**Caliber:** .380, 6+1-shot capacity. **Barrel:** 2.8". **Weight:** 8.8 oz. **Features:** A "ZERO-Energy" striker firing system with a mechanical firing pin block, steel magazine catch, windage-adjustable sights.
**Price:** ...................................................................$328.00



**DIAMONDBACK DB9**
**Caliber:** 9mm, 6+1-shot capacity. **Barrel:** 3".
**Weight:** 11 oz. **Length:** 5.60". **Features:** Other features similar to DB380 model.
**Price:** ...................................................................$359.00

**DIAMONDBACK DB FS NINE**
**Caliber:** 9mm, 15+1-shot capacity. **Barrel:** 4.75". **Weight:** 21.5 oz. **Length:** 7.8". Double-action, striker-fired model with polymer frame and stainless steel slide. **Features:** Flared magwell, extended magazine base pad, ergonomically contoured grip, fixed 3-dot sights, front and rear slide serrations, integral MIL-STD 1913 Picatinny rail.
**Price:** ...................................................................$483.00



**DOUBLESTAR 1911**
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 5". **Weight:** 40 oz. **Grips:**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact pricing are not possible.

00704
Exhibit 52

# HANDGUNS Autoloaders, Service & Sport

Cocobolo wood. **Sights:** Novak LoMount 2 white-dot rear, Novak white-dot front. **Features:** Single-action, M1911-style with forged frame and slide of 4140 steel, stainless steel barrel machined from bar stock by Storm Lake, funneled mag well, accessory rail, black Nitride or nickel plated finish.
Price: Black..................................................................$2,000.00
Price: Nickel plated.....................................................$2,150.00



## EAA WITNESS FULL SIZE
**Caliber:** 9mm Para., .38 Super, 18-shot magazine; .40 S&W, 10mm, 15-shot magazine; .45 ACP, 10-shot magazine. **Barrel:** 4.5". **Weight:** 35.33 oz. **Length:** 8.1" overall. **Grips:** Checkered rubber. **Sights:** Undercut blade front, open rear adjustable for windage. **Features:** Double-action/single-action trigger system; round triggerguard; frame-mounted safety. Available with steel or polymer frame. Also available with interchangeable .45 ACP and .22 LR slides. Steel frame introduced 1991. Polymer frame introduced 2005. Imported from Italy by European American Armory.
Price: Steel frame   ...................................................$607.00
Price: Polymer frame   ...............................................$571.00
Price: 45/22 .22 LR, full-size steel frame, blued   ....................$752.00



## EAA WITNESS COMPACT
**Caliber:** 9mm Para., 14-shot magazine; .40 S&W, 10mm, 12-shot magazine; .45 ACP, 8-shot magazine. **Barrel:** 3.6" **Weight:** 30 oz. **Length:** 7.3" overall. **Features:** Available with steel or polymer frame (shown). All polymer frame Witness pistols are capable of being converted to other calibers. Otherwise similar to Full Size Witness. Imported from Italy by European American Armory.
Price: Polymer frame   ...............................................$571.00
Price: Steel frame   ...................................................$607.00

## EAA WITNESS-P CARRY
**Caliber:** 9mm, 17-shot magazine; 10mm, 15-shot magazine; .45 ACP, 10-shot magazine. **Barrel:** 3.6". **Weight:** 27 oz. **Length:** 7.5" overall. **Features:** Otherwise similar to Full Size Witness. Polymer frame introduced 2005. Imported from Italy by European American Armory.
Price: ......................................................................$691.00



## EAA WITNESS PAVONA COMPACT POLYMER
**Caliber:** .380 ACP (13-round magazine), 9mm (13) or .40 S&W (9). **Barrel:** 3.6". **Weight:** 30 oz. **Length:** 7" overall. **Features:** Designed primarily for women with fine-tuned recoil and hammer springs for easier operation, a polymer frame with integral checkering, contoured lines and in black, charcoal, blue, purple, or magenta with silver or gold sparkle.
Price: ......................................................$476.00 to $528.00



## EAA WITNESS ELITE 1911
**Caliber:** .45 ACP (8-round magazine). **Barrel:** 5". **Weight:** 32 oz. **Length:** 8.58" overall. **Features:** Full-size 1911-style pistol with either steel or polymer frame.
Price: ......................................................................$580.00



## ED BROWN CLASSIC CUSTOM
**Caliber:** .45 ACP, 7 shot. **Barrel:** 5". **Weight:** 40 oz. **Grips:** Cocobolo wood. **Sights:** Bo-Mar adjustable rear, dovetail front. **Features:** Single-action, M1911 style, custom made to order, stainless frame and slide available. Special mirror-finished slide.
Price: ...................................................................$3,695.00

## ED BROWN KOBRA AND KOBRA CARRY
**Caliber:** .45 ACP, 7-round magazine. **Barrel:** 5" (Kobra). 4.25" (Kobra Carry). **Weight:** 39 oz. (Kobra); 34 oz. (Kobra Carry). **Grips:** Hogue exotic wood. **Sights:** Ramp, front; fixed Novak low-mount night sights, rear. **Features:** Has snakeskin pattern serrations on forestrap and mainspring housing, dehorned edges, beavertail grip safety.
Price: Kobra K-SS ...................................................$2,695.00
Price: Kobra Carry ...................................................$2,945.00

00705
Exhibit 52
Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

71ST EDITION, 2017   **381**

# HANDGUNS Autoloaders, Service & Sport



**ED BROWN KOBRA CARRY LIGHTWEIGHT**
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 4.25" (Commander model slide). **Weight:** 27 oz. **Grips:** Hogue exotic wood. **Sights:** 10-8 Performance U-notch plain black rear sight with .156 notch, for fast aquisition of close targets. Fixed dovetail front night sight with high visibility white outlines. **Features:** Aluminum frame and Bobtail™ housing. Matte finished Gen III coated slide for low glare, with snakeskin on rear of slide only. Snakeskin pattern serrations on forestrap and mainspring housing, dehorned edges, beavertail grip safety. "LW" insignia on slide, which stands for "Lightweight".
**Price:** Kobra Carry Lightweight ...........................................$3,320.00



**ED BROWN EXECUTIVE**
Similar to other Ed Brown products, but with 25-lpi checkered frame and mainspring housing.
**Price:** ...................................................... $2,895.00 - $3,145.00

**ED BROWN SPECIAL FORCES**
Similar to other Ed Brown products, but with ChainLink treatment on forestrap and mainspring housing. Entire gun coated with Gen III finish. "Square cut" serrations on rear of slide only. Dehorned. Introduced 2006.
**Price:** From ...............................................................$2,695.00

**ED BROWN SPECIAL FORCES CARRY**
Similar to the Special Forces basic models. Features a 4.25" Commander model slide, single stack commander Bobtail frame, Weighs approx. 35 oz. Fixed dovetail 3-dot night sights with high visibility white outlines.
**Price:** From ................................................................$2,945.00



**EXCEL ARMS MP-22**
**Caliber:** .22 WMR, 9-shot magazine. **Barrel:** 8.5" bull barrel. **Weight:** 54 oz. **Length:** 12.875" overall. **Grips:** Textured black composition. **Sights:** Fully adjustable target sights. **Features:** Made from 17-4 stainless steel, comes with aluminum rib, integral Weaver base, internal hammer, firing-pin block. American made, lifetime warranty. Comes with two9-round stainless steel magazines and a California-approved cable lock. .22 WMR Introduced 2006. Made in U.S.A. by Excel Arms.
**Price:** .......................................................................$477.00

**EXCEL ARMS MP-5.7**
**Caliber:** 5.7x28mm, 9-shot magazine. Blow-back action. Other features similar to MP-22. Red-dot optic sights, scope and rings are optional.
**Price:** .......................................................................$615.00
**Price:** With optic sights...................................................$685.00
**Price:** With scope and rings................................................$711.00

**FMK 9C1 G2**
**Caliber:** 9mm. Magazine capacity 10+1 or 14+1. Available in either single action or double-action only. **Barrel:** 4". **Overall length:** 6.85". **Weight:** 23.45 oz. **Finish:** Black, Dark Earth or pink. **Sights:** Interchangeable Glock compatible. **Features:** Polymer frame, high-carbon steel slide, stainless steel barrel. Very low bore axis and shock absorbing backstrap are said to result in low felt recoil. DAO model has Fast Action Trigger (FAT) with shorter pull and reset. Made in the U.S.A.
**Price:** .......................................................................$409.95



**FN FNS SERIES**
**Caliber:** 9mm, 17-shot magazine, .40 S&W (14-shot magazine). **Barrel:** 4" or 3.6" (Compact). **Weight:** 25 oz. (9mm), 27.5 oz. (.40). **Length:** 7.25". **Grips:** Integral polymer with two interchangeable backstrap inserts. **Features:** Striker-fired, double action with manual safety, accessory rail, ambidextrous controls, 3-dot Night Sights.
**Price:** .......................................................................$599.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact pricing is not possible.

00706
Exhibit 52

# HANDGUNS Autoloaders, Service & Sport



## FN FNX SERIES
**Caliber:** 9mm, 17-shot magazine, .40 S&W (14-shot), .45 ACP (10 or 14-shot). **Barrel:** 4" (9mm and .40), 4.5" .45. **Weight:** 22 to 32 oz (.45). **Length:** 7.4, 7.9" (.45). **Features:** Double-action/single-action operation with decocking/manual safety lever. Has external extractor with loaded-chamber indicator, front and rear cocking serrations, fixed 3-dot combat sights.
**Price:** ...............................................................$699.00

## FN FNX .45 TACTICAL
Similar to standard FNX .45 except with 5.3" barrel with threaded muzzle, polished chamber and feed ramp, enhanced high-profile night sights, slide cut and threaded for red-dot sight (not included), MIL-STD 1913 accessory rail, ring-style hammer.
**Price:** ...........................................................$1,400.00



## FN FIVE-SEVEN
**Caliber:** 5.7x28mm, 10- or 20-round magazine capacity. **Barrel:** 4.8". **Weight:** 23 oz. **Length:** 8.2" **Features:** Adjustable three-dot system. Single-action polymer frame model chambered for low-recoil 5.7x28mm cartridge.
**Price:** ...........................................................$1,349.00



## GLOCK 17/17C
**Caliber:** 9mm Para., 17/19/33-shot magazines. **Barrel:** 4.49". **Weight:**
22.04 oz. (without magazine). **Length:** 7.32" overall. **Grips:** Black polymer. **Sights:** Dot on front blade, white outline rear adjustable for windage. **Features:** Polymer frame, steel slide; double-action trigger with "Safe Action" system; mechanical firing pin safety, drop safety; simple takedown without tools; locked breech, recoil operated action. ILS designation refers to Internal Locking System. Adopted by Austrian armed forces 1983. NATO approved 1984. Model 17L has 6-inch barrel, ported or non ported, slotted and relieved slide, checkered grip with finger grooves, no accessory rail. Imported from Austria by Glock, Inc. USA.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$599.00**
**Price: 17L**................................................................**$750.00**
**Price: 17 Gen 4**........................................................**$649.00**

## GLOCK GEN4 SERIES
In 2010 a new series of Generation Four pistols was introduced with several improved features. These included a multiple backstrap system offering three different size options, short, medium or large frame; reversible and enlarged magazine release; dual recoil springs; and RTF (Rough Textured Finish) surface. Some recent models are only available in Gen 4 configuration.

## GLOCK 19/19C
**Caliber:** 9mm Para., 15/17/19/33-shot magazines. **Barrel:** 4.02". **Weight:** 20.99 oz. (without magazine). **Length:** 6.85" overall. Compact version of Glock 17. Imported from Austria by Glock, Inc.
**Price:** ...................................................................**$599.00**
**Price: 19 Gen 4** .......................................................**$649.00**

## GLOCK 20/20C 10MM
**Caliber:** 10mm, 15-shot magazines. **Barrel:** 4.6". **Weight:** 27.68 oz. (without magazine). **Length:** 7.59" overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 1990.
**Price:** From ...........................................................**$637.00**
**Price: 20 Gen 4**........................................................**$687.00**

## GLOCK MODEL 20 SF SHORT FRAME
**Caliber:** 10mm. **Barrel:** 4.61" with hexagonal rifling. **Weight:** 27.51 oz. **Length:** 8.07" overall. **Sights:** Fixed. **Features:** Otherwise similar to Model 20 but with short-frame design, extended sight radius.
**Price:** ...................................................................**$637.00**

## GLOCK 21/21C
**Caliber:** .45 ACP, 13-shot magazines. **Barrel:** 4.6". **Weight:** 26.28 oz. (without magazine). **Length:** 7.59" overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc. Introduced 1991. SF version has tactical rail, smaller diameter grip, 10-round magazine capacity. Introduced 2007.
**Price:** From ...........................................................**$637.00**
**Price: 21 Gen 4**........................................................**$687.00**



## GLOCK 22/22C
**Caliber:** .40 S&W, 15/17-shot magazines. **Barrel:** 4.49". **Weight:** 22.92 oz. (without magazine). **Length:** 7.32" overall. **Features:** Otherwise similar to Model 17, including pricing. Imported from Austria by Glock, Inc. Introduced 1990.
**Price:** From .............................................................**$599.00**
**Price: 22C**................................................................**$649.00**
**Price: 22 Gen 4**........................................................**$649.00**

# HANDGUNS Autoloaders, Service & Sport



**GLOCK 23/23C**
**Caliber:** .40 S&W, 13/15/17-shot magazines. **Barrel:** 4.02". **Weight:** 21.16 oz. (without magazine). **Length:** 6.85" overall. **Features:** Otherwise similar to Model 22, including pricing. Compact version of Glock 22. Imported from Austria by Glock, Inc. Introduced 1990.
**Price:** ............................................................................$599.00
**Price:** 23C Compensated  ..............................................$621.00
**Price:** 23 Gen 4......................................................................$649.00

**GLOCK 24/24C**
**Caliber:** .40 S&W, 10/15/17 or 22-shot magazine. Similar to Model 22 except with 6.02-inch barrel, ported or non-ported, trigger pull recalibrated to 4.5 lbs.
**Price:** From ......................................................................$750.00

**GLOCK 26**
**Caliber:** 9mm Para. 10/12/15/17/19/33-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. **Length:** 6.29" overall. Subcompact version of Glock 17. Imported from Austria by Glock, Inc.
**Price:** ............................................................................$599.00
**Price:** 26 Gen 4......................................................................$649.00



**GLOCK 27**
**Caliber:** .40 S&W, 9/11/13/15/17-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. (without magazine). **Length:** 6.29 overall. **Features:** Otherwise similar to Model 22, including pricing. Subcompact version of Glock 22. Imported from Austria by Glock, Inc. Introduced 1996.
**Price:** From......................................................................$599.00
**Price:** 27 Gen 4......................................................................$649.00

**GLOCK 29  GEN 4**
**Caliber:** 10mm, 10/15-shot magazines. **Barrel:** 3.78". **Weight:** 24.69 oz. (without magazine). **Length:** 6.77" overall. **Features:** Otherwise similar to Model 20, including pricing. Subcompact version of Glock 20. Imported from Austria by Glock, Inc. Introduced 1997.
**Price:** Fixed sight  ..........................................................$637.00

**GLOCK MODEL 29 SF SHORT FRAME**
**Caliber:** 10mm. **Barrel:** 3.78" with hexagonal rifling. **Weight:** 24.52 oz. **Length:** 6.97" overall. **Sights:** Fixed. **Features:** Otherwise similar to Model 29 but with short-frame design, extended sight radius.
**Price:** ............................................................................. $637.00

**GLOCK 30**
**Caliber:** .45 ACP, 9/10/13-shot magazines. **Barrel:** 3.78". **Weight:** 23.99 oz. (without magazine). **Length:** 6.77" overall. **Features:** Otherwise similar to Model 21, including pricing. Subcompact version of Glock 21. Imported from Austria by Glock, Inc. Introduced

1997. SF version has tactical rail, octagonal rifled barrel with a 1:15.75 rate of twist, smaller diameter grip, 10-round magazine capacity. Introduced 2008.
**Price:** ............................................................................$637.00
**Price:** 30 SF (short frame) ............................................$637.00

**GLOCK 30S**
Variation of Glock 30 with a Model 36 slide on a Model 30SF frame (short frame). **Caliber:** .45 ACP, 10-round magazine. **Barrel:** 3.78 inches. **Weight:** 20 oz. **Length:**  7 inches.
**Price:** ............................................................................$637.00

**GLOCK 31/31C**
**Caliber:** .357 Auto, 15/15-shot magazines. **Barrel:** 4.49". **Weight:** 23.28 oz. (without magazine). **Length:** 7.32" overall. **Features:** Otherwise similar to Model 17. Imported from Austria by Glock, Inc.
**Price:** From ......................................................................$599.00
**Price:** 31 Gen 4......................................................................$649.00

**GLOCK 32/32C**
**Caliber:** .357 Auto, 13/15/15-shot magazines. **Barrel:** 4.02". **Weight:** 21.52 oz. (without magazine). **Length:** 6.85" overall. **Features:** Otherwise similar to Model 31. Compact. Imported from Austria by Glock, Inc.
**Price:** ............................................................................$599.00
**Price:** 32 Gen 4......................................................................$649.00

**GLOCK 33**
**Caliber:** .357 Auto, 9/11/13/15/17-shot magazines. **Barrel:** 3.46". **Weight:** 19.75 oz. (without magazine). **Length:** 6.29" overall. **Features:** Otherwise similar to Model 31. Subcompact. Imported from Austria by Glock, Inc.
**Price:** From ......................................................................$599.00
**Price:** 33 Gen 4......................................................................$614.00

**GLOCK 34**
**Caliber:** 9mm Para. 17/19/33-shot magazines. **Barrel:** 5.32". **Weight:** 22.9 oz. **Length:** 8.15" overall. **Features:** Competition version of Glock 17 with extended barrel, slide, and sight radius dimensions. Available with MOS (Modular Optic System).
**Price:** From ......................................................................$679.00
**Price:** MOS ........................................................................$840.00
**Price:** 34 Gen 4..................................................................$729.00



**GLOCK 35**
**Caliber:** .40 S&W, 15/17-shot magazines. **Barrel:** 5.32. **Weight:** 24.52 oz. (without magazine). **Length:** 8.15 overall. **Sights:** Adjustable. **Features:** Otherwise similar to Model 22. Competition version of Glock 22 with extended barrel, slide, and sight radius dimensions. Available with MOS (Modular Optic System). Introduced 1996.
**Price:** From..........................................................................$679.00
**Price:** MOS ........................................................................$840.00
**Price:** 35 Gen 4..................................................................$729.00

**GLOCK 36**
**Caliber:** .45 ACP, 6-shot magazine. **Barrel:** 3.78. **Weight:** 20.11 oz. (without magazine). **Length:** 6.77 overall. **Sights:** Fixed. **Features:** Single-stack magazine, slimmer grip than Glock 21/30. Subcompact. Imported from Austria by Glock, Inc. Introduced 1997.
**Price:** ............................................................................$637.00

**GLOCK 37**
**Caliber:** .45 GAP, 10-shot magazines. **Barrel:** 4.49. **Weight:** 25.95 oz. (without magazine). **Length:** 7.32 overall. **Features:** Otherwise similar

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

00708
Exhibit 52

# HANDGUNS Autoloaders, Service & Sport

to Model 17. Imported from Austria by Glock, Inc. Introduced 2005.

**Price:** ................................................................$614.00
**Price:** 37 Gen 4 ................................................$664.00

### GLOCK 38
**Caliber:** .45 GAP, 8/10-shot magazines. **Barrel:** 4.02. **Weight:** 24.16 oz. (without magazine). **Length:** 6.85 overall. **Features:** Otherwise similar to Model 37. Compact. Imported from Austria by Glock, Inc.

**Price:** ................................................................$614.00

### GLOCK 39
**Caliber:** .45 GAP, 6/8/10-shot magazines. **Barrel:** 3.46. **Weight:** 19.33 oz. (without magazine). **Length:** 6.3 overall. **Features:** Otherwise similar to Model 37. Subcompact. Imported from Austria by Glock, Inc.

**Price:** ................................................................$614.00

### GLOCK 40 GEN 4
**Caliber:** 10mm. Similar features as Model 41 except for 6.01" barrel. Includes MOS optics.

**Price:** ................................................................$840.00



### GLOCK 41 GEN 4
**Caliber:** .45 ACP, 13-round magazine capacity. **Barrel:** 5.31". **Weight:** 27 oz. **Length:** 8.9" overall. **Features:** This is a long-slide .45 ACP Gen4 model introduced in 2014. Operating features are the same as other Glock models. Available with MOS (Modular Optic System).

**Price:** ................................................................$749.00
**Price:** MOS .......................................................$840.00



### GLOCK 42
**Caliber:** .380 ACP, 6-round magazine capacity. **Barrel:** 3.25" **Weight:** 13.8 oz. **Length:** 5.9" overall. **Features:** This single-stack, slimline sub-compact is the smallest pistol Glock has ever made. This is also the first Glock pistol made in the USA.

**Price:** ................................................................$499.00



### GLOCK 43
**Caliber:** 9mm. 6+1 capacity. **Barrel:** 3.39" **Weight:** 17.95 oz. **Length:** 6.26". **Height:** 4.25". **Width:** 1.02". **Features:** Newest member of Glock's Slimline series with single-stack magazine.

**Price:** ................................................................$599.00

### GRAND POWER P-1 MK7
**Caliber:** 9mm. 15+1 magazine. Compact DA/SA pistol featuring a 3.7-inch barrel, frame-mounted safety, steel slide and frame, polymer grips and weight of 26 ounces. Offered in several variations and sizes. Made in Slovakia and imported by Eagle Imports.

**Price:** ................................................................$449.99



### GUNCRAFTER INDUSTRIES NO. 1
**Caliber:** .45 ACP or .50 GI. **Features:** 1911-style series of pistols best known for the proprietary .50 GI chambering. Offered in several common 1911 variations. No. 1 has 5-inch heavy match-grade barrel, 7-round magazine, Parkerized or hard chrome finish, checkered grips and front strap, Heinie slant tritum sights, 7-round magazine. Other models include Commander style, Officer's Model, Long Slide w/6-inch barrel and several 9mm versions.

**Price:** ....................................$2,695.00 to $4,125.00



Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so an exact price is not possible.

# HANDGUNS Autoloaders, Service & Sport

## HECKLER & KOCH USP

**Caliber:** 9mm Para., 15-shot magazine; .40 S&W, 13-shot magazine; .45 ACP, 12-shot magazine. **Barrel:** 4.25-4.41. **Weight:** 1.65 lbs. **Length:** 7.64-7.87 overall. **Grips:** Non-slip stippled black polymer. **Sights:** Blade front, rear adjustable for windage. **Features:** New HK design with polymer frame, modified Browning action with recoil reduction system, single control lever. Special "hostile environment" finish on all metal parts. Available in SA/DA, DAO, left- and right-hand versions. Introduced 1993. 45 ACP Introduced 1995. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP .45 ...............................................$1,033.00
**Price:** USP .40 and USP 9mm .................................$952.00



## HECKLER & KOCH USP COMPACT

**Caliber:** 9mm Para., 13-shot magazine; .40 S&W and .357 SIG, 12-shot magazine; .45 ACP, 8-shot magazine. Similar to the USP except the 9mm Para., .357 SIG, and 40 S&W have 3.58 barrels, measure 6.81 overall, and weigh 1.47 lbs. (9mm Para.). Introduced 1996. 45 ACP measures 7.09 overall. Introduced 1998. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Compact .45 .....................................$1,040.00
**Price:** USP Compact 9mm
Para., .40 S&W ..............................................$992.00



## HECKLER & KOCH USP45 TACTICAL

**Caliber:** .40 S&W, 13-shot magazine; .45 ACP, 12-shot magazine. **Barrel:** 4.90-5.09. **Weight:** 1.9 lbs. **Length:** 8.64 overall. **Grips:** Non-slip stippled polymer. **Sights:** Blade front, fully adjustable target rear. **Features:** Has extended threaded barrel with rubber O-ring; adjustable trigger floorplate; extended magazine floorplate; adjustable trigger stop; polymer frame. Introduced 1998. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Tactical .45 .......................................$1,352.00
**Price:** USP Tactical .40 .......................................$1,333.00

## HECKLER & KOCH USP COMPACT TACTICAL

**Caliber:** .45 ACP, 8-shot magazine. Similar to the USP Tactical except measures 7.72 overall, weighs 1.72 lbs. Introduced 2006. Imported from Germany by Heckler & Koch, Inc.
**Price:** USP Compact Tactical ...............................$1,352.00



## HECKLER & KOCH HK45

**Caliber:** .45 ACP, 10-shot magazine. **Barrel:** 4.53". **Weight:** 1.73 lbs. **Length:** 7.52" overall. **Grips:** Ergonomic with adjustable grip panels. **Sights:** Low profile, drift adjustable. **Features:** Polygonal rifling, ambidextrous controls, operates on improved Browning linkless recoil system. Available in Tactical and Compact variations.
**Price:** USP Tactical .45 ....................$1,193.00 to $1,392.00



## HECKLER & KOCH MARK 23 SPECIAL OPERATIONS

**Caliber:** .45 ACP, 12-shot magazine. **Barrel:** 5.87. **Weight:** 2.42 lbs. **Length:** 9.65 overall. **Grips:** Integral with frame; black polymer. **Sights:** Blade front, rear drift adjustable for windage; 3-dot. **Features:** Civilian version of the SOCOM pistol. Polymer frame; double action; exposed hammer; short recoil, modified Browning action. Introduced 1996. Imported from Germany by Heckler & Koch, Inc.
**Price:** .....................................................$2,299.00



## HECKLER & KOCH P30 AND P30L

**Caliber:** 9mm and .40 S&W with 13 or 15-shot magazines. **Barrel:** 3.86" or 4.45" (P30L). **Weight:** 26 to 27.5 oz. **Length:** 6.95, 7.56" overall. **Grips:** Interchangeable panels. **Sights:** Open rectangular notch rear sight with contrast points (no radioactive). **Features:** Ergonomic features include a special grip frame with interchangeable backstraps inserts and lateral plates, allowing the pistol to be individually adapted to any user. Browning type action with modified short recoil operation. Ambidextrous controls include dual slide releases, magazine

00710

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Exhibit 52

# HANDGUNS Autoloaders, Service & Sport

release levers, and a serrated decocking button located on the rear of the frame (for applicable variants). A Picatinny rail molded into the front of the frame. The extractor serves as a loaded-chamber indicator.

**Price:** P30 .................................................. **$1,099.00**
**Price:** P30L Variant 2 Law Enforcement Modification (LEM) enhanced DAO .............................. **$1,149.00**
**Price:** P30L Variant 3 Double Action/Single Action (DA/SA) with Decocker ............................. **$1,108.00**

## HECKLER & KOCH P2000
**Caliber:** 9mm Para., 13-shot magazine; .40 S&W, 12-shot magazine. **Barrel:** 3.62. **Weight:** 1.5 lbs. **Length:** 7 overall. **Grips:** Interchangeable panels. **Sights:** Fixed Patridge style, drift adjustable for windage, standard 3-dot. **Features:** Incorporates features of HK USP Compact pistol, including Law Enforcement Modification (LEM) trigger, double-action hammer system, ambidextrous magazine release, dual slide-release levers, accessory mounting rails, recurved, hook trigger guard, fiber-reinforced polymer frame, modular grip with exchangeable back straps, nitro-carburized finish, lock-out safety device. Introduced 2003. Imported from Germany by Heckler & Koch, Inc.
**Price:** ................................................... **$799.00**

## HECKLER & KOCH P2000 SK
**Caliber:** 9mm Para., 10-shot magazine; .40 S&W and .357 SIG, 9-shot magazine. **Barrel:** 3.27. **Weight:** 1.3 lbs. **Length:** 6.42 overall. **Sights:** Fixed Patridge style, drift adjustable. **Features:** Standard accessory rails, ambidextrous slide release, polymer frame, polygonal bore profile. Smaller version of P2000. Introduced 2005. Imported from Germany by Heckler & Koch, Inc.
**Price:** ................................................... **$799.00**



## HECKLER & KOCH VP9/VP 40
**Caliber:** 9mm Para., 10 or 15-shot magazine. .40 S&W (10 or 13). **Barrel:** 4.09". **Weight:** 25.6 oz. **Length:** 7.34 overall. **Sights:** Fixed 3-dot, drift adjustable. **Features:** Striker-fired system with HK enhanced light pull trigger. Ergonomic grip design with interchangeable backstraps and side panels.
**Price:** ................................................... **$719.00**



## HI-POINT FIREARMS MODEL 9MM COMPACT
**Caliber:** 9mm Para., 8-shot magazine. **Barrel:** 3.5. **Weight:** 25 oz.

**Length:** 6.75 overall. **Grips:** Textured plastic. **Sights:** Combat-style adjustable 3-dot system; low profile. **Features:** Single-action design; frame-mounted magazine release; polymer frame. Scratch-resistant matte finish. Introduced 1993. Comps are similar except they have a 4 barrel with muzzle brake/compensator. Compensator is slotted for laser or flashlight mounting. Introduced 1998. Made in U.S.A. by MKS Supply, Inc.
**Price:** C-9 9mm .......................................... **$189.00**

## HI-POINT FIREARMS MODEL 380 POLYMER
Similar to the 9mm Compact model except chambered for .380 ACP, 8-shot magazine, adjustable 3-dot sights. Weighs 25 oz. Polymer frame. Action locks open after last shot. Includes 10-shot and 8-shot magazine; trigger lock.
**Price:** CF-380 ............................................ **$151.00**

## HI-POINT FIREARMS 40 AND 45 SW/POLY
**Caliber:** .40 S&W, 8-shot magazine; .45 ACP (9-shot). **Barrel:** 4.5. **Weight:** 32 oz. **Length:** 7.72 overall. **Sights:** Adjustable 3-dot. **Features:** Polymer frames, last round lock-open, grip mounted magazine release, magazine disconnect safety, integrated accessory rail, trigger lock. Introduced 2002. Made in U.S.A. by MKS Supply, Inc.
**Price:** ................................................... **$199.00**



## HIGH STANDARD VICTOR .22
**Caliber:** .22 Long Rifle (10 rounds) or .22 Short (5 rounds). **Barrel:** 4.5"-5.5". **Weight:** 45 oz.-46 oz. **Length:** 8.5"-9.5" overall. **Grips:** Freestyle wood. **Sights:** Frame mounted, adjustable. **Features:** Semi-auto with drilled and tapped barrel, tu-tone or blued finish.
**Price:** ................................................... **$965.00**

## HIGH STANDARD 10X CUSTOM .22
Similar to the Victor model but with precision fitting, black wood grips, 5.5 barrel only. High Standard Universal Mount, 10-shot magazine, barrel drilled and tapped, certificate of authenticity. Overall length is 9.5". Weighs 44 oz. to 46 oz. From High Standard Custom Shop.
**Price:** ................................................... **$1,375.00**

## HIGH STANDARD SUPERMATIC TROPHY .22
**Caliber:** .22 Long Rifle (10 rounds) or .22 Short (5 rounds/Citation version), not interchangable. **Barrel:** 5.5", 7.25". **Weight:** 44 oz., 46 oz. **Length:** 9.5", 11.25" overall. **Grips:** Wood. **Sights:** Adjustable. **Features:** Semi-auto with drilled and tapped barrel, tu-tone or blued finish with gold accents.
**Price:** 5.5 ................................................ **$965.00**

## HIGH STANDARD OLYMPIC MILITARY .22
Similar to the Supermatic Trophy model but in .22 Short only with 5.5" bull barrel, five-round magazine, aluminum alloy frame, adjustable sights. Overall length is 9.5", weighs 42 oz.
**Price:** ................................................... **$1,050.00**

## HIGH STANDARD SUPERMATIC CITATION SERIES .22
Similar to the Supermatic Trophy model but with heavier trigger pull, 10" barrel, and nickel accents. 22 Short conversion unit available. Overall length 14.5", weighs 52 oz.
**Price:** ................................................... **$975.00**

# HANDGUNS Autoloaders, Service & Sport

barrel, bolt, sights, and mechanism, the PLR-16 pistol is made of high-impact glass fiber reinforced polymer. Gas-operated semi-auto. Conventional gas-piston operation with M-16 breech locking system. MIL-STD-1913 Picatinny rail. Made in U.S.A. by Kel-Tec CNC Industries, Inc.
**Price:** Blued .............................................................. **$682.00**

## KEL-TEC PLR-22
Semi-auto pistol chambered in .22 LR; based on centerfire PLR-16 by same maker. Blowback action, 26-round magazine. Open sights and picatinny rail for mounting accessories; threaded muzzle. Overall length is 18.5", weighs 40 oz.
**Price:** .............................................................. **$400.00**



## KEL-TEC PMR-30
**Caliber:** .22 Magnum (.22WMR) 30-rounds. **Barrel:** 4.3. **Weight:** 13.6 oz. **Length:** 7.9 overall. **Grips:** Glass reinforced Nylon (Zytel). **Sights:** Dovetailed aluminum with front & rear fiber optics. **Features:** Operates on a unique hybrid blowback/locked-breech system. It uses a double stack magazine of a new design that holds 30 rounds and fits completely in the grip of the pistol. Dual opposing extractors for reliability, heel magazine release to aid in magazine retention, Picatinny accessory rail under the barrel, Urethane recoil buffer, captive coaxial recoil springs. The barrel is fluted for light weight and effective heat dissipation. PMR30 disassembles for cleaning by removal of a single pin.
**Price:** .............................................................. **$455.00**

## KIMBER MICRO CDP
**Caliber:** .380 ACP, 6-shot magazine. **Barrel:** 2.75". **Weight:** 17 oz. **Grips:** Double diamond rosewood. Mini 1911-style single action with no grip safety.
**Price:** .............................................................. **$951.00**



## KIMBER MICRO CARRY
**Caliber:** .380 ACP, 6-round magazine. **Barrel:** 2.75 inches. **Weight:** 13.4 oz. **Length:** 5.6 inches **Grips:** Black synthetic, double diamond.

**Sights:** Fixed low profile. **Finish:** Blue or stainless. **Features:** Aluminum frame, steel slide, carry-melt treatment, full-length guide rod.
**Price:** .............................................................. **$651.00**

## KIMBER MICRO RAPTOR
**Caliber:** .380 ACP, 6-round magazine. **Sights:** Tritium night sights. **Finish:** Stainless. **Features:** Variation of Micro Carry with Raptor style scalloped "feathered" slide serrations and grip panels.
**Price:** .............................................................. **$960.00**



## KIMBER AEGIS II
**Caliber:** 9mm (9-shot magazine, 8-shot (Ultra model). **Barrel:** 3", 4" or 5". **Weight:** 25 to 38 oz. **Grips:** Scale-textured zebra wood. **Sights:** Tactical wedge 3-dot green night sights. **Features:** Made in the Kimber Custom Shop. Two-tone satin silver/matte black finish. Service Melt treatment that rounds and blends edges. Available in three frame sizes: Custom (shown), Pro and Ultra.
**Price:** .............................................................. **$1,331.00**



## KIMBER COVERT II
**Caliber:** .45 ACP (7-shot magazine). **Barrel:** 3", 4" or 5". **Weight:** 25 to 31 oz. **Grips:** Crimson Trace laser with camo finish. **Sights:** Tactical wedge 3-dot night sights. **Features:** Made in the Kimber Custom Shop. Desert tan frame and matte black slide finishes. Available in three frame sizes: Custom, Pro (shown) and Ultra.
**Price:** .............................................................. **$1,657.00**

## KIMBER CUSTOM II
**Caliber:** .45 ACP. **Barrel:** 5". **Weight:** 38 oz. **Length:** 8.7" overall. **Grips:** Checkered black rubber, walnut, rosewood. **Sights:** Dovetailed front and rear, Kimber low profile adj. or fixed sights. **Features:** Slide, frame and barrel machined from steel or stainless steel. Match grade barrel, chamber and trigger group. Extended

Prices given are believed to be accurate at time of publication however, many factors affect retail prices so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

**Length:** 8.7" overall. **Grips:** Solid bone-smooth. **Sights:** Fixed low profile. **Features:** A classic full-size pistol wearing a charcoal blue finish complimented with solid bone grip panels. Front and rear serrations. Aluminum match-grade trigger with a factory setting of approximately 4-5 pounds.
**Price:** ..................................................................$2,020.00

Novak LoMount sights available. **Finish:** Cerakote Graphite Black or Patriot Brown. **Features:** Hammer-forged heat-treated steel slide, hammer-forged aluminum frame. Double-action PLUS action.
**Price:** ..................................................................$695.00
**Price:** Novak sights ..................................................$749.00





## KIMBER MASTER CARRY PRO
**Caliber:** .45 ACP, 8-round magazine. **Barrel:** 4 inches. **Weight:** 28 oz. **Length:** 7.7 inches **Grips:** Crimson Trace Laser. **Sights:** Fixed low profile. **Features:** Matte black KimPro slide, aluminum round heel frame, full-length guide rod.
**Price:** ..................................................................$1,568.00

## KIMBER WARRIOR SOC
**Caliber:** .45 ACP, 7-round magazine. **Barrel:** 5 inches threaded for suppression. **Sights:** Fixed Tactical Wedge tritium. **Finish:** Dark Green frame, Flat Dark Earth slide. **Features:** Full-size 1911 based on special series of pistols made for USMC. Service melt, ambidextrous safety.
**Price:** ..................................................................$1,738.00



## LIONHEART LH9 MKII
**Caliber:** 9mm, 15-round magazine. LH9C Compact, 10 rounds. **Barrel:** 4.1 inches. **Weight:** 26.5 oz. **Length:** 7.5 inches **Grips:** One piece black polymer with textured design. **Sights:** Fixed low profile.

## NIGHTHAWK CUSTOM T4
Manufacturer of a wide range of 1911-style pistols in Government Model (full-size), Commander and Officer's frame sizes. **Caliber:** .45 ACP, 7 or 8-round magazine; 9mm, 9 or 10 rounds; 10mm, 9 or 10 rounds. **Barrel:** 3.8, 4.25 or 5 inches. **Weight:** 28 to 41 ounces, depending on model. Shown is T4 model, introduced in 2013 and available only in 9mm.
**Price:** From .........................................$2,995.00 to $3,995.00

## NIGHTHAWK CUSTOM GRP
**Caliber:** 9mm, 10mm, .45 ACP. 8-shot magazine. Global Response Pistol (GRP). **Features:** Black, Sniper Gray, green, Coyote Tan or Titanium Blue finish. Match-grade barrel and trigger, choice of Heinie or Novak adjustable night sights.
**Price:** ..................................................................$2,995.00

## NIGHTHAWK CUSTOM SHADOW HAWK
**Caliber:** 9mm only. 5 or 4.25-inch barrel. **Features:** Stainless steel frame with black Nitride finish, flat-faced trigger, high beavertail grip safety, checkered front strap, Heinie Straight Eight front and rear titanium night sights.
**Price:** ..................................................................$3,795.00

## NIGHTHAWK CUSTOM WAR HAWK
**Caliber:** .45 ACP. 5 or 4.25-inch barrel. **Features:** One-piece mainspring housing and magwell, Everlast Recoil System, Hyena Brown G10 grips.
**Price:** ..................................................................$3,895

## NIGHTHAWK CUSTOM BOB MARVEL 1911
**Caliber:** 9mm or .45 ACP. 4.25-inch bull barrel, Everlast Recoil System, adjustable sights, match trigger, black Melonite finish.
**Price:** .45 ACP .......................................................$3,995.00
**Price:** 9mm............................................................$4,195.00

## NIGHTHAWK CUSTOM DOMINATOR
**Caliber:** .45 ACP. 8-shot magazine. **Features:** Stainless frame, black Perma Kote slide, cocobolo double-diamond grips,, front and rear slide serrations, adjustable sights.
**Price:** ..................................................................$3,450.00

## NIGHTHAWK CUSTOM SILENT HAWK
**Caliber:** .45 ACP. 8-shot magazine. **Features:** 4.25-inch barrel, Commander recon frame, G10 black and gray grips. Designed to match Silencerco silencer, not included with pistol.
**Price:** ..................................................................$4,295.00

## NIGHTHAWK CUSTOM HEINIE LONG SLIDE
**Caliber:** 10mm or .45 ACP. Long slide 6-inch barrel. **Features:** Cocobolo wood grips, black Perma Kote finish, adjustable or fixed sights, front strap checkering.
**Price:** ..................................................................$3,795.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so these prices are not possible.

# HANDGUNS Autoloaders, Service & Sport



## NORTH AMERICAN ARMS GUARDIAN DAO
**Caliber:** .25 NAA, .32 ACP, .380 ACP, .32 NAA, 6-shot magazine.
**Barrel:** 2.49. **Weight:** 20.8 oz. **Length:** 4.75 overall. **Grips:** Black polymer. **Sights:** Low profile fixed. **Features:** Double-action only mechanism. All stainless steel construction. Introduced 1998. Made in U.S.A. by North American Arms. The .25 NAA is based on a bottle-necked .32 ACP case, and the .32 NAA is on a bottle-necked .380 ACP case.
**Price:** .25 NAA, 32 ACP ........................................................... **$409.00**
**Price:** .32 NAA, .380 ACP ....................................................... **$486.00**



## OLYMPIC ARMS OA-93 AR
**Caliber:** 5.56 NATO. **Barrel:** 6.5" button-rifled stainless steel. **Weight:** 4.46 lbs. **Length:** 17" overall. **Sights:** None. **Features:** Olympic Arms integrated recoil system on the upper receiver eliminates the buttstock, flat top upper, free floating tubular match handguard, threaded muzzle with flash suppressor. Made in U.S.A. by Olympic Arms, Inc.
**Price:** ..................................................................................... **$1,202.00**

## OLYMPIC ARMS K23P AR
**Caliber:** 5.56 NATO. **Barrel:** 6.5" button-rifled chrome-moly steel.
**Length:** 22.25" overall. **Weight:** 5.12 lbs. **Sights:** Adjustable A2 rear, elevation adjustable front post. **Features:** A2 upper with rear sight, free floating tubular match handguard, threaded muzzle with flash suppressor, receiver extension tube with foam cover, no bayonet lug. Made in U.S.A. by Olympic Arms, Inc. Introduced 2007.
**Price:** ...................................................................................... **$973.70**

## OLYMPIC ARMS K23P-A3-TC AR
**Caliber:** 5.56 NATO. **Barrel:** 6.5" button-rifled chrome-moly steel.
**Length:** 22.25" overall. **Weight:** 5.12 lbs. **Sights:** Adjustable A2 rear, elevation adjustable front post. **Features:** Flat-top upper with detachable carry handle, free floating FIRSH rail handguard, threaded muzzle with flash suppressor, receiver extension tube with

foam cover, no bayonet lug. Made in U.S.A. by Olympic Arms, Inc. Introduced 2007.
**Price:** .................................................................................... **$1,118.20**



## OLYMPIC ARMS WHITNEY WOLVERINE
**Caliber:** .22 LR, 10-shot magazine. **Barrel:** 4.625" stainless steel.
**Weight:** 19.2 oz. **Length:** 9" overall. **Grips:** Black checkered with fire/safe markings. **Sights:** Ramped blade front, dovetail rear.
**Features:** Polymer frame with natural ergonomics and ventilated rib. Barrel with 6-groove 1x16 twist rate. All metal magazine shell. Made in U.S.A. by Olympic Arms.
**Price:** ...................................................................................... **$291.00**



## PHOENIX ARMS HP22, HP25
**Caliber:** .22 LR, 10-shot (HP22), .25 ACP, 10-shot (HP25). **Barrel:** 3".
**Weight:** 20 oz. **Length:** 5.5" overall. **Grips:** Checkered composition.
**Sights:** Blade front, adjustable rear. **Features:** Single action, exposed hammer; manual hold-open; button magazine release. Available in satin nickel, matte blue finish. Introduced 1993. Made in U.S.A. by Phoenix Arms.
**Price:** With gun lock .......................................................... **$150.00**
**Price:** HP Range kit with 5" bbl., locking case
   and accessories (1 Mag) ........................................... **$194.00**
**Price:** HP Deluxe Range kit with 3" and 5" bbls.,
   2 mags, case ............................................................. **$232.00**

## REMINGTON R1
**Caliber:** .45 (7-shot magazine). **Barrel:** 5". **Weight:** 38.5 oz. **Grips:**

00714

Exhibit 52

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

## ROCK RIVER ARMS LAR-15/LAR-9

**Caliber:** .223/5.56mm NATO or 9mm Para. **Barrel:** 7", 10.5". Wilson chrome moly, 1:9 twist, A2 flash hider, 1/2-28 thread. **Weight:** 5.1 lbs. (7" barrel), 5.5 lbs. (10.5" barrel). **Length:** 23" overall. **Stock:** Hogue rubber grip. **Sights:** A2 front. **Features:** Forged A2 or A4 upper, single stage trigger, aluminum free-float tube, one magazine. Similar 9mm Para. LAR-9 also available. From Rock River Arms, Inc.

**Price:** LAR-15 7" A2 AR2115 .................................................. $955.00
**Price:** LAR-15 10.5" A4 AR2120 .............................................. $945.00
**Price:** LAR-9 7" A2 9mm2115 ............................................... $1,125.00

## ROCK RIVER ARMS 1911 POLY

**Caliber:** .45 ACP, 7-round magazine. Full-size 1911-style model with polymer frame and steel slide. **Barrel:** 5". **Weight:** 33 oz. **Sights:** Fixed.

**Price:** ............................................................................... $925.00



## RUGER AMERICAN PISTOL

**Caliber:** 9mm, .45 ACP. **Magazine capacity:** 10 or 17 (9), 10 (.45). **Barrel:** 4.2" (9), 4.5" (.45). **Length:** 7.5 or 8". **Weight:** 30 to 31.5 oz. **Sights:** Novak LoMount Carry 3-Dot. **Finish:** Stainless steel slide with black Nitride finish. **Grip:** One-piece ergonomic wrap-around module with adjustable palm swell and trigger reach. **Features:** Short take-up trigger with positive re-set, ambidextrous mag release and slide stop, integrated trigger safety, automatic sear block system, easy takedown. Introduced in 2016.

**Price:** ............................................................................... $579.00



## RUGER SR9 /SR40

**Caliber:** 9mm Para. (17 round magazine), .40 S&W (15). **Barrel:** 4.14". **Weight:** 26.25, 26.5 oz. **Grips:** Glass-filled nylon in two color options—black or OD Green, w/flat or arched reversible backstrap. **Sights:** Adjustable 3-dot, built-in Picatinny-style rail. **Features:** Semi-auto in six configurations, striker-fired, through-hardened stainless steel slide, brushed or blackened stainless slide with black grip frame or blackened stainless slide with OD Green grip frame, ambidextrous manual 1911-style safety, ambi. mag release, mag disconnect, loaded chamber indicator, Ruger camblock design to absorb recoil, comes with two magazines. 10-shot mags available. Introduced 2008. Made in U.S.A. by Sturm, Ruger & Co.

**Price:** SR9 (17-Round), SR9-10 (SS) .......................... $569.00



## RUGER SR9C /SR40C COMPACT

**Caliber:** 9mm or .40 S&W. **Barrel:** 3.4 " (SR9C), 3.5" (SR40C). **Features:** Features include 1911-style ambidextrous manual safety; internal trigger bar interlock and striker blocker; trigger safety; magazine disconnector; loaded chamber indicator; two magazines, one 10-round and the other 17-round; 3.5-inch barrel; 3-dot sights; accessory rail; brushed stainless or blackened allow finish. Weight 23.40 oz.

**Price:** ............................................................................... $569.00

## RUGER 9E

**Caliber:** 9mm. A value-priced variation of the SR9 with black oxide finish, drift-adjustable sights. Other features similar to SR9.

**Price:** ............................................................................... $459.00



## RUGER SR45

**Caliber:** .45 ACP, 10-round magazine. **Barrel:** 4.5 inches. **Weight:** 30 oz. **Length:** 8 inches. **Grips:** Glass-filled nylon with reversible flat/arched backstrap. **Sights:** Adjustable 3-dot. **Features:** Same features as SR9.

**Price:** ............................................................................... $569.00



## RUGER LC9

**Caliber:** 9mm luger, 7+1 capacity. **Barrel:** 3.12 **Weight:** 17.10 oz. **Grips:** Glass-filled nylon. **Sights:** Adjustable 3-dot. **Features:**

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

00715
Exhibit 52

# HANDGUNS Autoloaders, Service & Sport

Double-action-only, hammer-fired, locked-breech pistol with a smooth trigger pull. Control and confident handling of the Ruger LC9 are accomplished through reduced recoil and aggressive frame checkering for a positive grip in all conditions. The Ruger LC9 features smooth "melted" edges for ease of holstering, carrying and drawing. Made in U.S.A. by Sturm, Ruger & Co.
Price: ................................................................. $479.00

**RUGER LC9S**
**Caliber:** 9mm luger, 7+1 capacity. **Barrel:** 3.12 **Grips:** Glass-filled nylon. **Sights:** Adjustable 3-dot. **Features:** Identical to the LC9 but with a striker-fired design.
Price: ................................................................. $479.00



**RUGER LC380**
**Caliber:** .380 ACP. Other specifications and features identical to LC9.
Price: ................................................................. $479.00



Price: LaserMax laser grips ......................................... $529.00
Price: Crimson Trace Laserguard .............................. $629.00



**RUGER LCP**
**Caliber:** .380 ACP (6-shot magazine). **Barrel:** 2.75". **Weight:** 9.4 oz. **Length:** 5.16". **Grips:** Glass-filled nylon. **Sights:** Fixed, drift adjustable or integral Crimson Trace Laserguard.
Price: Blued .......................................................... $259.00
Price: Stainless steel slide ....................................... $289.00
Price: Crimson Trace Laserguard .............................. $429.00
Price: Custom w/drift adjustable rear sight ................... $269.00



**RUGER CHARGER**
**Caliber:** .22 LR, 10-shot BX-15 magazine. Based on famous 10/22 rifle design with pistol grip stock and fore-end, scope rail, bipod. Brown laminate (standard model) or Green Mountain laminate stock (takedown model). Reintroduced with improvements and enhancements in 2015.
Price: Standard ..................................................... $409.00
Price: Takedown ................................................... $509.00



**RUGER MARK III SERIES**
**Caliber:** .22 LR, 10-shot magazine. **Barrel:** 4.5, 4.75, 5.5, 6, or 6-7/8". **Weight:** 33 oz. (4.75" bbl.). **Length:** 9" (4.75" bbl.). **Grips:** Checkered composition grip panels. **Sights:** Fixed, fiber-optic front, fixed rear. **Features** Updated design of original Standard Auto and Mark II series. Hunter models have lighter barrels. Target models have cocobolo grips; bull, target, competition, and hunter barrels; and adjustable sights. Introduced 2005. Modern successor of the first Ruger pistol of 1949.
Price: Standard ..................................................... $429.00
Price: Target (blue) ............................................... $499.00
Price: Target (stainless) ......................................... $629.00
Price: Hunter ....................................................... $729.00
Price: Competition ................................................ $729.00



**RUGER 22/45 MARK III PISTOL**
Similar to other .22 Mark III autos except has Zytel grip frame that matches angle and magazine latch of Model 1911 .45 ACP pistol.

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport

rosewood grips, 8+1 capacity. Compact series has 6+1 capacity, 7.7 OAL, 4.25" barrel, slim-profile wood grips, weighs 30.3 oz. RCS line (Compact SAS) is Customs Shop version with anti-snag dehorning. Stainless or Nitron finish, Novak night sights, slim-profile gray diamondwood or rosewood grips. 6+1 capacity. 1911 C3 (2008) is a 6+1 compact .45 ACP, rosewood custom wood grips, two-tone and Nitron finishes. Weighs about 30 ounces unloaded, lightweight alloy frame. Length is 7.7. Now offered in more than 30 different models with numerous options for frame size, grips, finishes, sight arrangements and other features. From SIG SAUER, Inc.

| | |
|---|---|
| **Price:** Nitron | $1,174.00 |
| **Price:** Tacops | $1,174.00 |
| **Price:** XO Black | $1,010.00 |
| **Price:** STX | $1,174.00 |
| **Price:** Nightmare | $1,195.00 |
| **Price:** CarryNightmare | $1,195.00 |
| **Price:** Compact C3 | $1,010.00 |
| **Price:** Max | $1,663.00 |
| **Price:** Super Target | $1,304.00 |
| **Price:** Spartan | $1,609.00 |
| **Price:** Traditional Stainless Match Elite | $1,141.00 |
| **Price:** Traditional Engraved Texas | $1,522.00 |



**SIG SAUER P210**
**Caliber:** 9mm, 8-shot magazine. **Barrel:** 4.7". **Weight:** 37.4 oz. **Length:** 8.5" overall. **Sights:** Custom wood. **Sights:** Post and notch and adjustable target sights. **Features:** The carbon steel slide, machined from solid billet steel, now features a durable Nitron® coating, and the improved beavertail adorns the Nitron coated, heavy-style, carbon steel frame. The P210 Legend also offers an improved manual safety, internal drop safety, side magazine release, and custom wood grips.
**Price:** P210-9-LEGEND ............ $2,428.00
**Price:** P210-9-LEGEND-TGT
w/adjustable target sights ............ $2,642.00



**SIG SAUER P220**
**Caliber:** .45 ACP, (7- or 8-shot magazine). **Barrel:** 4.4". **Weight:** 27.8 oz. **Length:** 7.8" overall. **Grips:** Checkered black plastic. **Sights:**

Blade front, drift adjustable rear for windage. Optional Siglite night sights. **Features:** Double action. Stainless-steel slide, Nitron finish, alloy frame, M1913 Picatinny rail; safety system of decocking lever, automatic firing pin safety block, safety intercept notch, and trigger bar disconnector. Squared combat-type trigger guard. Slide stays open after last shot. Introduced 1976. P220 SAS Anti-Snag has dehorned stainless steel slide, front Siglite Night Sight, rounded trigger guard, dust cover, Custom Shop wood grips. Equinox line is Custom Shop product with Nitron stainless-steel slide with a black hard-anodized alloy frame, brush-polished flats and nickel accents. Truglo tritium fiber-optic front sight, rear Siglite night sight, gray laminated wood grips with checkering and stippling. From SIG SAUER, Inc.

| | |
|---|---|
| **Price:** | $1,087.00 |
| **Price:** | $1,087.00 |
| **Price:** P220 Elite 10mm | $1,422.00 |
| **Price:** P220 Elite Stainless | $1,359.00 |
| **Price:** P220 Super Match | $1,467.00 |
| **Price:** P220 Combat Threaded Barrel | $1,282.00 |



**SIG SAUER P220 CARRY**
**Caliber:** .45 ACP, 8-shot magazine. **Barrel:** 3.9". **Weight:** NA. **Length:** 7.1" overall. **Grips:** Checkered black plastic. **Sights:** Blade front, drift adjustable rear for windage. Optional Siglite night sights. **Features:** Similar to full-size P220, except is "Commander" size. Single stack, DA/SA operation, Nitron finish, Picatinny rail, and either post and dot contrast or 3-dot Siglite night sights. Introduced 2005. Many variations availble. From SIG SAUER, Inc.
**Price:** P220 Carry, from ............ $1,087.00
**Price:** P220 Carry Elite Stainless ............ $1,356.00



**SIG SAUER P225 A-1**
**Caliber:** 9mm. 8-shot magazine. **Barrel:** 3.6 or 5". **Weight:** 30.5 oz. Shorter and slim-profile version of P226 with enhanced short reset trigger, single-stack magazine.
**Price:** | $1,122.00
**Price:** Night sights | $1,236.00

00717

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Exhibit 52

# HANDGUNS Autoloaders, Service & Sport



### SIG SAUER P227

Same general specifications and features as P226 except chambered for .45 ACP and has double-stack magazine. **Magazine Capacity:** 10 rounds.

**Price:** ...................................................... **$1,087.00** to $1,350.00

### SIG SAUER P229 DA

Similar to the P220 except chambered for 9mm Para. (10- or 15-round magazines), .40 S&W, (10- or 12-round magazines). Has 3.86" barrel, 7.1" overall length and 3.35" height. Weight is 32.4 oz. Introduced 1991. Snap-on modular grips. Frame made in Germany, stainless steel slide assembly made in U.S.; pistol assembled in U.S. Many variations available. Legion series has improved short reset trigger, contoured and shortened beavertail, relieved trigger guard, higher grip, other improvements. From SIG SAUER, Inc.

**Price:** P229, from ................................................$1,085.00
**Price:** P229 Stainless Elite...................................$1,396.00
**Price:** P229 Scorpion Elite ..................................$1,312.00
**Price:** P229 Legion ...........................................$1,359.00

### SIG SAUER SP2022

**Caliber:** 9mm Para., .357 SIG, .40 S&W, 10-, 12-, or 15-shot magazines. **Barrel:** 3.9". **Weight:** 30.2 oz. **Length:** 7.4" overall. **Grips:** Composite and rubberized one-piece. **Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights. **Features:** Polymer frame, stainless steel slide; integral frame accessory rail; replaceable steel frame rails; left- or right-handed magazine release, two interchangeable grips. From SIG SAUER, Inc.

**Price:** ...............................................................$642.00



### SIG SAUER P238

**Caliber:** .380 ACP, 6-7-shot magazine. **Barrel:** 2.7". **Weight:** 15.4 oz. **Length:** 5.5" overall. **Grips:** Hogue® G-10 and Rosewood grips. **Sights:** Contrast / SIGLITE night sights. **Features:** All metal beavertail-style frame.

**Price:** ...............................................................$723.00
**Price:** Gambler w/rosewood grip ..............................$752.00
**Price:** Extreme w/X-Grip extended magazine....................$752.00
**Price:** Equinox....................................................$752.00



### SIG SAUER P226

Similar to the P220 pistol except has 4.4 barrel, measures 7.7 overall, weighs 34 oz. Chambered in 9mm, .357 SIG, or .40 S&W. X-Five series has factory tuned single-action trigger, 5 slide and barrel, ergonomic wood grips with beavertail, ambidextrous thumb safety and stainless slide and frame with magwell, low-profile adjustable target sights, front cocking serrations and a 25-meter factory test target. Many variations available. Snap-on modular grips. Legion series has improved short reset trigger, contoured and shortened beavertail, relieved trigger guard, higher grip, other improvements. From SIG SAUER, Inc.

**Price:** From ......................................................$1,108.00
**Price:** Elite from .................................................$1,243.00
**Price:** Combat.......................................................$1,289.00
**Price:** Tactical Operations (TACOPS)...............................$1,329.00
**Price:** Engraved....................................................$1,631.00
**Price:** Legion.......................................................$1,428.00

00718

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Exhibit 52

# HANDGUNS Autoloaders, Service & Sport

## SIG SAUER P290 RS
**Caliber:** 9mm, or .380 ACP. 6/8-shot magazine. **Barrel:** 2.9".
**Weight:** 20.5 oz. **Length:** 5.5" overall. **Grips:** Polymer. **Sights:**
Contrast / SIGLITE night sights. **Features:** Unlike many small
pistols, the P290 features drift adjustable sights in the standard
SIG SAUER dovetails. This gives shooters the option of either
standard contrast sights or SIGLITE® night sights. The slide is
machined from a solid billet of stainless steel and is available in a
natural stainless or a durable Nitron® coating. A reversible magazine
catch is left-hand adjustable. Interchangeable grip panels allow for
personalization as well as a custom fit. In addition to the standard
polymer inserts, optional panels will be available in aluminum, G10
and wood.
**Price:** Model 290 RS ..................................................$570.00
**Price:** Model 290 RS Enhanced...............................$613.00
**Price:** Model 290 RS Two-Tone with laser sight .....................$685.00
**Price:** Model 290 RS Rainbow or Pink with
laser sights.................................................$613.00



## SIG SAUER P239
**Caliber:** 9mm Para., 8-shot, .357 SIG, .40 S&W, 7-shot magazine.
**Barrel:** 3.6". **Weight:** 25.2 oz. **Length:** 6.6" overall. **Grips:**
Checkered black composite. **Sights:** Blade front, rear adjustable for
windage. Optional Siglite night sights. **Features:** SA/DA or DAO;
blackened stainless steel slide, aluminum alloy frame. Compact
model designed for concealed carry or backup. Introduced 1996.
Made in U.S.A. by SIG SAUER, Inc.
**Price:** .................................................................$993.00
**Price:** Night sights.............................................$1,108.00



## SIG SAUER 250 SERIES
**Caliber:** 9mm Para. (16-round magazine), 357 SIG, .40 S&W and .45
ACP. **Barrel:** 4.7, 3.9, 3.6. **Weight:** : 24.9 to 29.4 oz. **Length:** 7.2"
overall. **Grips:** Interchangeable polymer. **Sights:** Siglite night sights.
**Features:** Modular polymer frame design allows for immediate
change in caliber. Available in full, compact and subcompact sizes.
Six different grip combinations for each size. Introduced 2008. A
compact version is available in .22 LR. From SIG Sauer, Inc.
**Price:** P250 ..................................................$480.00
**Price:** P250 .22 LR ..........................................$434.00



## SIG SAUER P320
**Caliber:** 9mm, .357 SIG, .40 S&W, .45 ACP. Magazine capacity 15
or 16 rounds (9mm), 13 or 14 rounds (.357 or .40). **Barrel:** 3.9
(Carry model) or 4.7" (Full size). **Weight:** 26 to 30 oz. **Length:** 7.2
or 8.0 inches overall. **Grips:** Interchangeable black composite.
**Sights:** Blade front, rear adjustable for windage. Optional Siglite
night sights. **Features:** Striker-fired double-action only, Nitron
finish slide, black polymer frame. Frame size and calibers are
interchangeable. Introduced 2014. Made in U.S.A. by SIG
SAUER, Inc.
**Price:** Full size ........................................................$713.00
**Price:** Carry (shown) .............................................$713.00

## SIG SAUER P556 SWAT
**Caliber:** 5.56 NATO. Pistol version of P556 rifle. **Barrel:** 10 inches.
**Capacity:** 10 rounds. **Weight:** 7.2 lbs. **Length:** 27.25 inches.
**Price:** From ......................................................$1,794.00

## SIG SAUER MPX
**Caliber:** 9mm, .357 SIG, .40 S&W. **Capacity:** 10, 20 or 30 rounds.
**Barrel:** 8 inches. Semi-auto AR-style gun with closed, fully locked
short-stroke pushrod gas sytem. **Weight:** 5 lbs.
**Price:** ..............................................................$1,500.00

## SIG SAUER P938
**Caliber:** 9mm (6-shot magazine), .22 LR (10). **Barrel:** 3.0". **Weight:** 16
oz. **Length:** 5.9". **Grips:** Rosewood, Blackwood, Hogue Extreme,
Hogue Diamondwood. **Sights:** Siglite night sights or Siglite rear with
Tru-Glo front. **Features:** Slightly larger version of P238.
**Price:** ...................................................$809.00 to $823.00
**Price:** .22 LR ......................................................$656.00



# HANDGUNS Autoloaders, Service & Sport

## SMITH & WESSON M&P SERIES

**Caliber:** .22 LR, 9mm, .357 Sig, .40 S&W. **Magazine capacity, full-size models:** 12 rounds (.22), 17 rounds (9mm), 15 rounds (.40). **Compact models:** 12 (9mm), 10 (.40). **Barrel:** 4.25, 3.5 inches. **Weight:** 24, 22 oz. **Length:** 7.6, 6.7 inches. **Grips:** Polymer with three interchangeable palmswell grip sizes. **Sights:** 3 white-dot system with low-profile rear. **Features:** Zytel polymer frame with stainless steel slide, barrel and structural components. VTAC (Viking Tactics) model has Flat Dark Earth finish, VTAC Warrior sights. Compact models available with Crimson Trace Lasergrips. Numerous options for finishes, sights, operating controls.

**Price:** ................................................................$569.00
**Price:** (VTAC) .......................................................$799.00
**Price:** (Crimson Trace) ...........................$699.00 to $829.00





**Price:** M&P 22 .....................................$389.00 to $419.00

## SMITH & WESSON M&P PRO SERIES C.O.R.E.

**Caliber:** 9mm, .40 S&W. **Magazine capacity:** 17 rounds (9mm), 15 rounds (.40). **Barrel:** 4.25" (M&P9, M&P40), or 5" (M&P9L, M&P40L.) **Features:** Based on the Pro series line of competition-ready firearms, the C.O.R.E. models (Competition Optics Ready Equipment) feature a slide engineered to accept six popular competition optics (Trijicon RMR, Leupold Delta Point, Jpoint, Doctor, C-More STS, Insight MRDS). Sight not included. Other features identical to standard M&P9 and M&P40 models.

**Price:** ................................................................$769.00



## SMITH & WESSON M&P 45

M&P model offered in three frame sizes and chambered in .45 ACP. **Magazine capacity:** 8 or 10 rounds. **Barrel length:** 4 or 4.5 inches. **Weight:** 26, 28 or 30 oz. Available with or without thumb safety. **Finish:** Black or Dark Earth Brown.

**Price:** ...................................................$599.00 to $619.00
**Price:** Threaded barrel kit.......................................$719.00

## SMITH & WESSON M&P 9/40 SHIELD

Ultra-compact, single-stack variation of M&P series. **Caliber:** 9mm, .40 S&W. Comes with one 7 and one 8-round magazine (9mm), one 6-round and one 7-round magazine (.40). **Barrel:** 3.1 inches. **Length:** 6.1 inches. **Weight:** 19 oz. **Sights:** 3-white-dot system with low-profile rear. Available with or without thumb safety.

**Price:** ................................................................$449.00

## SMITH & WESSON MODEL SD9 VE/SD40 VE

**Caliber:** .40 S&W and 9mm, 10+1, 14+1 and 16+1 round capacities. **Barrel:** 4 inches. **Weight:** 39 oz. **Length:** 8.7". **Grips:** Wood or rubber. **Sights:** Front: Tritium Night Sight, Rear: Steel Fixed 2-Dot. **Features:** SDT™ - Self Defense Trigger for optimal, consistent pull first round to Last, standard picatinny-style rail, slim ergonomic textured grip, textured finger locator and aggressive front and back strap texturing with front and rear slide serrations.

**Price:** From ........................................................$389.00



## SMITH & WESSON MODEL SW1911

**Caliber:** .45 ACP, 9mm. **Magazine capacity:** 8 rounds (.45), 7 rounds (sub compact .45), 10 rounds (9mm). **Barrel:** 3, 4.25, 5 inches. **Weight:** 26.5 to 41.7 oz. **Length:** 6.9 to 8.7 inches. **Grips:** Wood, wood laminate or synthetic. Crimson Trace Lasergrips available. **Sights:** Low profile white dot, tritium night sights or adjustable. **Finish:** Black matte, stainless or two-tone. **Features:** Offered in three different frame sizes. Skeletonized trigger. Accessory rail on some models. Compact models have round butt frame. Pro Series have 30 lpi checkered front strap, oversized external extractor, extended mag well, full-length guide rod, ambidextrous safety.

**Price:** Standard model E Series, from .......................$979.00
**Price:** Compact SC series ..................................$1,449.00
**Price:** Crimson Trace grips ................................$1,149.00
**Price:** Pro Series ...............................$1,459.00 to $1,609.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not guaranteed.

00720

Exhibit 52

# HANDGUNS Autoloaders, Service & Sport



## SMITH & WESSON BODYGUARD® 380
**Caliber:** .380 Auto, 6+1 round capacity. **Barrel:** 2.75". **Weight:** 11.85 oz. **Length:** 5.25". **Grips:** Polymer. **Sights:** Integrated laser plus drift-adjustable front and rear. **Features:** The frame of the Bodyguard is made of reinforced polymer, as is the magazine base plate and follower, magazine catch, and the trigger. The slide, sights, and guide rod are made of stainless steel, with the slide and sights having a Melonite hard coating.
**Price:** .................................................................$449.00



## SPHINX SDP
**Caliber:** 9mm (15-shot magazine). **Barrel:** 3.7". **Weight:** 27.5 oz. **Length:** 7.4". **Sights:** Defiance Day & Night Green fiber/tritium front, tritium 2-dot red rear. **Features:** Double/single action with ambidextrous decocker, integrated slide postion safety, aluminum MIL-STD 1913 Picatinny rail, Blued alloy/steel or stainless. Aluminum and polymer frame, machined steel slide. Offered in several variations. Made in Switzerland and imported by Kriss USA.
**Price:** From ...............................................................$949.00



## SPRINGFIELD ARMORY EMP ENHANCED MICRO
**Caliber:** 9mm Para., 40 S&W; 9-round magazine. **Barrel:** 3-inch stainless steel match grade, fully supported ramp, bull. **Weight:** 26 oz. **Length:** 6.5" overall. **Grips:** Thinline cocobolo hardwood.

**Sights:** Fixed low profile combat rear, dovetail front, 3-dot tritium. **Features:** Two 9-round stainless steel magazines with slam pads, long aluminum match-grade trigger adjusted to 5 to 6 lbs., forged aluminum alloy frame, black hardcoat anodized; dual spring full-length guide rod, forged satin-finish stainless steel slide. Introduced 2007.
**Price:** .................................................................$1,320.00
**Price:** Champion ...................................................$1,179.00







## SPRINGFIELD ARMORY XD SERIES
**Caliber:** 9mm Para., .40 S&W. .45 ACP. **Barrel:** 3, 4, 5 inches. **Weight:** 20.5-31 oz. **Length:** 6.26-8 overall. **Grips:** Textured polymer. **Sights:** Varies by model; Fixed sights are dovetail front and rear steel 3-dot units. **Features:** Three sizes in X-Treme Duty (XD) line: Sub-Compact (3" barrel), Service (4" barrel), Tactical (5" barrel). Three ported models available. Ergonomic polymer frame, hammer-forged barrel, no-tool disassembly, ambidextrous magazine release, visual/tactile loaded chamber indicator, visual/tactile striker status indicator, grip safety, XD gear system included. Introduced 2004. XD 45 introduced 2006. Compact line introduced 2007. Compact is shipped with one extended magazine (13) and one compact magazine (10). XD Mod.2 Sub-Compact has newly contoured slide and redesigned serrations, stippled grip panels, fiber-optic front si ght. From Springfield Armory.

...ces given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport





Price: Sub-Compact OD Green 9mm Para./40 S&W,
         fixed sights ................................................. $508.00
Price: Compact .45 ACP, 4 barrel, Bi-Tone finish (2008) .......... $607.00
Price: Service Black 9mm Para./40 S&W, fixed sights ........... $541.00
Price: Service Black .45 ACP, external thumb safety
         (2008) ......................................................... $638.00
Price: V-10 Ported Black 9mm Para./40 S&W ...................... $608.00
Price: XD Mod.2 ............................................................ $565.00



## SPRINGFIELD ARMORY XDM SERIES
**Calibers:** 9mm, .40 S&W, .45 ACP. **Barrel:** 3.8 or 4.5". **Sights:**
Fiber optic front with interchangeable red and green filaments,
adjustable target rear. **Grips:** Integral polymer with three optional
backstrap designs. **Features:** Variation of XD design with improved
ergonomics, deeper and longer slide serrations, slightly modified
grip contours and texturing. Black polymer frame, forged steel slide.
Black and two-tone finish options.
**Price:** ................................................. $697.00 to $732.00



## SPRINGFIELD ARMORY XD-S
**Caliber:** 9mm, .45 ACP. Same features as XDM except has single-
stack magazine for thinner profile. **Capacity:** 7 rounds (9mm), 5
rounds (.45). An extra extended-length magazine is included (10
rounds, 9mm; 7 rounds, .45). **Barrel:** 3.3 inches. **Weight:** 21.5 oz.
**Features:** Black or two-tone finish.
**Price:** (two-tone) .................................. $599.00 to $669.00



## SPRINGFIELD ARMORY MIL-SPEC 1911A1
**Caliber:** .45 ACP, 7-shot magazine. **Barrel:** 5". **Weight:** 35.6- 39 oz.
**Length:** 8.5-8.625" overall. **Finish:** Stainless steel. **Features:** Similar
to Government Model military .45.
**Price:** Mil-Spec Parkerized, 7+1, 35.6 oz. ............................ $785.00
**Price:** Mil-Spec Stainless Steel, 7+1, 36 oz. .......................... $889.00



## SPRINGFIELD ARMORY TACTICAL RESPONSE
Similar to 1911A1 except .45 ACP only, checkered front strap and
main-spring housing, Novak Night Sight combat rear sight and
matching dove-tailed front sight, tuned, polished extractor, oversize
barrel link; lightweight speed trigger and combat action job, match
barrel and bushing, extended ambidextrous thumb safety and fitted
beavertail grip safety. Checkered cocobolo wood grips, comes with
two Wilson 7-shot magazines. Frame is engraved "Tactical" both
sides of frame with "TRP." Introduced 1998. TRP-Pro Model meets
FBI specifications for SWAT Hostage Rescue Team.
**Price:** ................................................................. $1,646.00
**Price:** Operator with adjustable Trijicon night sights ............ $1,730.00

00722
Exhibit 52
Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

# HANDGUNS Autoloaders, Service & Sport



**SPRINGFIELD ARMORY RANGE OFFICER**
**Caliber:** 9mm or .45 ACP. **Barrel:** 5" stainless match grade. Compact model has 4" barrel. **Sights:** Adjustable target rear, post front. **Grips:** Double diamond checkered walnut. **Weight:** 40 oz. 28 oz. (compact). Operator model has fiber optic sights.
**Price:** ............................................................................$936.00
**Price:** Compact........................................................$899.00
**Price:** Stainless finish.............................................$1,045.00
**Price:** Operator.......................................................$1,029.00

**SPRINGFIELD ARMORY CHAMPION OPERATOR LIGHTWEIGHT**
**Caliber:** .45 ACP. **Barrel:** 4" stainless match grade bull barrel. **Sights:** 3-dot Tritium combat profile. **Grips:** Double diamond checkered cocobolo with Cross Cannon logo. **Features:** Alloy frame with integral rail, extended ambi thumb safety and trigger, lightweight Delta hammer.
**Price:** ............................................................................$1,050.00



**STEYR M-A1 SERIES**
**Caliber:** 9mm (15 or 17-round capacity) or .40 S&W (10-12). **Barrel:** 3.5" (MA-1), 4.5" (L-A1), 3" (C-A1). **Weight:** 27 oz. **Sights:** Fixed with white outline triangle. **Grips:** Black synthetic. Ergonomic low-profile for reduced muzzle lift. DAO striker-fired operation.
**Price:** M-A1 ..........................................................$560.00
**Price:** C-A1 compact model .....................................$560.00
**Price:** L-A1 full-size model......................................$560.00



**STOEGER COMPACT COUGAR**
**Caliber:** 9mm, 13+1 round capacity. **Barrel:** 3.6". **Weight:** 32 oz.

**Length:** 7". **Grips:** Wood or rubber. **Sights:** Quick read 3-dot. **Features:** Double/single action with a matte black finish. The ambidextrous safety and decocking lever is easily accessible to the thumb of a right-handed or left-handed shooter.
**Price:** ............................................................................$469.00



**STI DUTY ONE**
This company manufactures a wide selection of 1911-style semiauto pistols chambered in .45 ACP, 9mm, .357 SIG, 10mm and .38 Super. Barrel lengths are offered from 3.0 to 6.0 inches. Listed here are several of the company's more than 20 current models. Numerous finish, grip and sight options are available. Duty One series features include government size frame with integral tactical rail and 30 lpi checkered front strap; milled tactical rail on the dust cover of the frame; ambidextrous thumb safeties; high rise beavertail grip safety; lowered and flared ejection port; fixed rear sight; front and rear cocking serrations; 5-inch fully supported STI International ramped bull barrel.
**Price:** ............................................................................$1,384.00



**STI EAGLE**
1911-style semiauto pistol chambered in .45 ACP, .38 Super, .357 SIG, 9mm, .40 S&W. Features include modular steel frame with polymer grip; high capacity double-stack magazines; scalloped slide with front and rear cocking serrations; dovetail front sight and STI adjustable rear sight; stainless steel STI hi-ride grip safety and stainless steel STI ambi-thumb safety; 5- or 6-inch STI stainless steel fully supported, ramped bull barrel or the traditional bushing barrel; blued or stainless finish.
**Price:** ............................................................................$2,123.00

# HANDGUNS Autoloaders, Service & Sport

chambering. 2.33" tip-up barrel, matte black finish, extended magazine with finger lip, manual safety. Overall length is 4.8". Weighs 10.8 oz.
Price: ................................................................... $276.00

## TAURUS 24/7 G2 SERIES
Double/single action semiauto pistol chambered in 9mm Parabellum (15+1), .40 S&W (13+1), and .45 ACP (10+1). Features include blued or stainless finish; "Strike Two" capability; new trigger safety; low-profile adjustable rear sights for windage and elevation; ambidextrous magazine release; 4.2-inch barrel; Picatinny rail; polymer frame; polymer grip with metallic inserts and three interchangeable backstraps. Also offered in compact model with shorter grip frame and 3.5-inch barrel.
Price: ..................................................... $523.00 to $543.00



## TAURUS MODEL 92
Caliber: 9mm Para., 10- or 17-shot mags. Barrel: 5". Weight: 34 oz. Length: 8.5" overall. Grips: Checkered rubber, rosewood, mother-of-pearl. Sights: Fixed notch rear. 3-dot sight system. Also offered with micrometer-click adjustable night sights. Features: Double action, ambidextrous 3-way hammer drop safety, allows cocked & locked carry. Blue, stainless steel, blue with gold highlights, stainless steel with gold highlights, forged aluminum frame, integral key-lock. .22 LR conversion kit available. Imported from Brazil by Taurus International.
Price: 92B ................................................................. $638.00
Price: 92SS ............................................................... $653.00



## TAURUS MODEL 111 G2
Caliber: 9mm Para., 10- or 12-shot mags. Barrel: 3.25. Weight: 18.7 oz. Length: 6-1/8 overall. Grips: Checkered polymer. Sights: 3-dot fixed; night sights available. Low profile, 3-dot combat. Features: Double action only, polymer frame, matte stainless or blue steel slide, manual safety, integral key-lock. Deluxe models with wood grip inserts.
Price: Blued .............................................................. $436.00
Price: Stainless ......................................................... $450.00

## TAURUS SLIM 700 SERIES
Compact double/single action semiauto pistol chambered in 9mm Parabellum (7+1), .40 S&W (6+1), and .380 ACP (7+1). Features include polymer frame; blue or stainless slide; single action/double action trigger pull; low-profile fixed sights. Weight 19 oz., length 6.24 inches, width less than an inch.
Price: ....................................................................... $404.00
Price: Stainless ......................................................... $504.00



## TAURUS MODEL 709 G2 SLIM
Caliber: 9mm., 7+1-shot magazine. Barrel: 3". Weight: 19 oz. Length: 6" overall. Sights: Low profile. Features: Single-action only operation.
Price: Matte black ..................................................... $404.00
Price: Stainless ......................................................... $504.00

## TAURUS SLIM 740
Caliber: .40 cal., 6+1-shot magazine. Barrel: 3.2". Weight: 19 oz. Length: 6.24" overall. Grips: Polymer Grips. Features: Double action with stainless steel finish.
Price: ....................................................................... $504.00



## THOMPSON CUSTOM 1911A1
Caliber: .45 ACP, 7-shot magazine. Barrel: 4.3". Weight: 34 oz. Length: 8" overall. Grips: Checkered laminate grips with a Thompson bullet logo inlay. Sights: Front and rear sights are black with serrations and are dovetailed into the slide. Features: Machined from 420 stainless steel, matte finish. Thompson bullet logo on slide. Flared ejection port, angled front and rear serrations on slide, 20-lpi checkered mainspring housing and frontstrap. Adjustable trigger, combat hammer, stainless steel full-length recoil guide rod, extended beavertail grip safety; extended magazine release; checkered slide-stop lever. Made in U.S.A. by Kahr Arms.
Price: 1911TC ........................................................... $866.00

## THOMPSON TA5 1927A-1 LIGHTWEIGHT DELUXE
Caliber: .45 ACP, 50-round drum magazine. Barrel: 10.5", 1:16 right-

# HANDGUNS Autoloaders, Service & Sport

hand twist. **Weight:** 94.5 oz. **Length:** 23.3" overall. **Grips:** Walnut, horizontal foregrip. **Sights:** Blade front, open rear adjustable. **Features:** Based on Thompson machine gun design. Introduced 2008. Made in U.S.A. by Kahr Arms.
**Price:** TA5 (2008)..................................................................$1,323.00



**TRISTAR 100 /120 SERIES**
**Caliber:** 9mm, .40 S&W (C-100 only). **Magazine capacity:** 15 (9mm), 11 (.40). **Barrel:** 3.7 to 4.7 inches. **Weight:** 26 to 30 oz. **Grips:** Checkered polymer. **Sights:** Fixed. **Finish:** Blue or chrome. **Features:** Alloy or steel frame. Single/double action. A series of pistols based on the CZ-75 design. Imported from Turkey.
**Price:** ..............................................................................$459.00



**TURNBULL MODEL 1911**
**Caliber:** .45 ACP. An accurate reproduction of 1918-era Model 1911 pistol. **Features:** Forged slide with appropriate shape and style. Later style sight with semi-circle notch. Early style safety lock with knurled undercut thumb piece. Short, wide checkered spur hammer. Hand checkered double-diamond American Black Walnut grips. Hand polished with period correct Carbonia charcoal bluing. Custom made to order with many options. Made in the USA by Doug Turnbull Manufacturing Co.
**Price:** ...........................................................................$2,250.00



**WALTHER P99 AS**
**Caliber:** 9mm, .40 S&W. Offered in two frame sizes, standard and compact. **Magazine capacity:** 15 or 10 rounds (9mm), 10 or 8 rounds (.40). **Barrel:** 3.5 or 4 inches. **Weight:** 21 to 26 oz.

**Length:** 6.6 to 7.1 inches. **Grips:** Polymer with interchangeable backstrap inserts. **Sights:** Adjustable rear, blade front with three interchangeable inserts of different heights. **Features:** Double action with trigger safety, decocker, internal striker safety, loaded chamber indicator. Made in Germany.
**Price:** ..............................................................................$629.00

**WALTHER PK380**
**Caliber:** .380 ACP (8-shot magazine). **Barrel:** 3.66". **Weight:** 19.4 oz. **Length:** 6.5". **Sights:** Three-dot system, drift adjustable rear. **Features:** Double action with external hammer, ambidextrous mag release and manual safety. Picatinny rail. Black frame with black or nickel slide.
**Price:** ..............................................................................$399.00
**Price:** Nickel slide ...............................................................$449.00



**WALTHER PPK**
**Caliber:** .380 ACP. **Capacity:** 6+1. **Barrel:** 3.3 inches **Weight:** 22 oz. **Length:** 6.1 inches **Grips:** Checkered plastic. **Sights:** Fixed. **Features:** Available in blue or stainless finish. Made in the U.S.A.
**Price:** ..............................................................................$699.00



**WALTHER PPK/S**
**Caliber:** .22 LR or .380 ACP. **Capacity:** 10+1 (.22), 7+1 (.380). Made in Germany. **Features:** identical to PPK except for grip length and magazine capacity.
**Price:** (.380)......................................................................$699.00
**Price:** (.22 blue)..................................................................$400.00
**Price:** (.22 stainless)............................................................$430.00

**WALTHER PPQ M2**
**Caliber:** 9mm, (15 round magazine), .40 S&W (11). .45 ACP, .22 LR (PPQ M2 .22). 12-shot magazine. **Barrel:** 4 or 5". **Weight:** 24 oz. **Length:** 7.1, 8.1". **Sights:** Drift adjustable. **Features:** Quick Defense trigger, firing pin block, ambidextrous slide lock and mag release, Picatinny rail. Comes with two extra magazines, two interchangeable frame backstraps and hard case. Navy SD model has threaded 4.6" barrel. M2 .22 has aluminum slide, blowback operation, weighs 19 ounces.
**Price:** 9mm, .40 ................................................................$649.00
**Price:** M2 .22.....................................................................$429.00
rice: .45 ................................................................$699.00 to $799.00

00725

Exhibit 52

Prices quoted believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# HANDGUNS Autoloaders, Service & Sport



**WALTHER CCP**
**Caliber:** 9mm, 8-shot magazine. **Barrel:** 3.5 inches. **Weight:** 22 oz. **Length:** 6.4 inches. **Features:** Thumb operated safety, reversible mag release, loaded chamber indicator. Delayed blowback gas-operated action provides less recoil and muzzle jump, and easier slide operation. Available in all black or black/stainless two-tone finish.
**Price:** From .......................................................... $469.00 to $499.00



**WALTHER PPS**
**Caliber:** 9mm Para., 40 S&W. 6-, 7-, 8-shot magazines for 9mm Para.; 5-, 6-, 7-shot magazines for 40 S&W. **Barrel:** 3.2". **Weight:** 21.4 oz. **Length:** 6.3" overall. **Stocks:** Stippled black polymer. **Sights:** Picatinny-style accessory rail, 3-dot low-profile contoured night. **Features:** PPS-"Polizeipistole Schmal," or Police Pistol Slim. Measures 1.04 inches wide. Ships with 6- and 7-round magazines. Striker-fired action, flat slide stop lever, alternate backstrap sizes. QuickSafe feature decocks striker assembly when backstrap is removed. Loaded chamber indicator. Introduced 2008.
**Price:** ...........................................................................$629.00



**WALTHER PPX**
**Caliber:** 9mm, .40 S&W. **Capacity:** 16 rounds (9mm), 14 rounds (.40). **Barrel:** 4 inches. **Weight:** 27.2 oz. **Length:** 7.3 inches. **Grips:**

Textured polymer integral with frame. **Sights:** Fixed. **Finish:** Black or black/stainless two-tone. Threaded barrel is optional. Made in Ulm, Germany.
**Price:** ...................................................................$449.00
**Price:** (threaded barrel) ...............................................$499.00



**WALTHER P22**
**Caliber:** .22 LR. **Barrel:** 3.4, 5". **Weight:** 19.6 oz. (3.4), 20.3 oz. (5). **Length:** 6.26, 7.83". **Sights:** Interchangeable white dot, front, 2-dot adjustable, rear. **Features:** A rimfire version of the Walther P99 pistol, available in nickel slide with black frame, or Desert Camo or Digital Pink Camo frame with black slide.
**Price:** From ...........................................................$379.00
**Price:** Nickel slide/black frame, or black slide/camo frame .....$449.00



**WILSON COMBAT ELITE SERIES**
**Caliber:** 9mm Para., .38 Super, .40 S&W; .45 ACP. **Barrel:** Compensated 4.1" hand-fit, heavy flanged cone match grade. **Weight:** 36.2 oz. **Length:** 7.7" overall. **Grips:** Cocobolo. **Sights:** Combat Tactical yellow rear tritium inserts, brighter green tritium front insert. **Features:** High-cut front strap, 30-lpi checkering on front strap and flat mainspring housing, High-Ride Beavertail grip safety. Dehorned, ambidextrous thumb safety, extended ejector, skeletonized ultralight hammer, ultralight trigger, Armor-Tuff finish on frame and slide. Introduced 1997. Made in U.S.A. by Wilson Combat. This manufacturer offers more than 100 different 1911 models ranging in price from about $2,800 to $5,000. XTAC and Classic 6-inch models shown. Prices show a small sampling of available models.
**Price:** Classic from..............................................................$3,300.00
**Price:** CQB from....................................................................$2,865.00
**Price:** Hackathorn Special ...................................................$3,750.00
**Price:** Tactical Carry ............................................................$3,750.00
**Price:** Tactical Supergrade ...................................................$5,045.00
**Price:** Bill Wilson Carry Pistol .............................................$3,205.00
**Price:** Ms. Sentinel................................................................$3,875.00
**Price:** Hunter 10mm, .460 Rowland.......................................$4,100.00
**Price:** Beretta Brigadier Series from ....................................$1,095.00

# HANDGUNS Competition



competitions. Characteristic features of all versions A universal handgun for both left-handers and right-handers,. The selective SA/DA firing mechanism, a large capacity double-column magazine, a comfortable grip and balance in either hand lead to good results at instinctive shooting (without aiming). Low trigger pull weight and high accuracy of fire. A long service life and outstanding reliability - even when using various types of cartridges. The slide stays open after the last cartridge has been fired, suitable for combat shooting. The sights are fitted with a three-dot illuminating system for better aiming in poor visibility conditions. The combat version features an adjustable rear sight by means of micrometer screws.



**Price:** ................................................................ $664.00



### CZ 75 TS CZÉCHMATE
**Caliber:** 9mm Luger, 20-shot magazine. **Barrel:** 130mm.
**Weight:** 1360 g **Length:** 266 mm overall.  **Features:** The handgun is custom-built, therefore the quality of workmanship is fully comparable with race pistols built directly to IPSC shooters wishes. Individual parts and components are excellently match fitted, broke-in and tested. Every handgun is outfitted with a four-port compensator, nut for shooting without a compensator, the slide stop with an extended finger piece, the slide stop without a finger piece, ergonomic grip panels from aluminium with a new type pitting and side mounting provision with the C-More red dot sight. For the shooting without a red dot sight there is included a standard target rear sight of Tactical Sports type, package contains also the front sight.
**Price:** ................................................................ $3,317.00

### CZ 75 TACTICAL SPORTS
**Caliber:** 9mm Luger and .40 S&W, 17-20-shot magazine capacity. **Barrel:** 114mm. **Weight:** 1270 g **Length:** 225 mm overall.
**Features:** semi-automatic handgun with a locked breech. This pistol model is designed for competition shooting in accordance with world IPSC (International Practical Shooting Confederation) rules and regulations. The pistol allow rapid and accurate shooting within a very short time frame.The CZ 75 TS pistol model design stems from the standard CZ 75 model. However, this model feature number of special modifications, which are usually required for competitive handguns: - single-action trigger mechanism (SA) - match trigger made of plastic featuring option for trigger travel adjustments before discharge (using upper screw), and for overtravel (using bottom screw). The adjusting screws are set by the manufacturer - sporting hammer specially adapted for a reduced trigger pull weight - an extended magazine catch - grip panels made of walnut wood - guiding funnel made of plastic for quick inserting of the magazine into pistol's frame. Glossy blue slide, silver polycoat frame. Packaging includes 3 pcs of magazines.
**Price:** ................................................................ $1,310.00

### CZ 85 COMBAT
**Caliber:** 9mm Luger, 16-shot magazine. **Barrel:** 114mm. **Weight:** 1000 g **Length:** 206 mm overall.  **Features:** The CZ 85 Combat modification was created as an extension to the CZ 85 model in its standard configuration with some additional special elements. The rear sight is adjustable for elevation and windage, and the trigger for overtravel regulation. An extended magazine catch, elimination of the magazine brake and ambidextrous controlling elements directly predispose this model for sport shooting

### DAN WESSON CHAOS
**Caliber:** 9mm Luger, 21-shot magazine capacity. **Barrel:** 5". **Weight:** 3.20 lbs. **Length:** 8.75" overall.  **Features:** A double-stack 9mm designed for three-gun competition.
**Price:** ................................................................ $3,829.00

### DAN WESSON HAVOC
**Caliber:** 9mm Luger & .38 Super, 21-shot magazine capacity. **Barrel:** 4.25". **Weight:** 2.20 lbs. **Length:** 8" overall.  **Features:** The HAVOC is based on an "All Steel" Hi-capacity version of the 1911 frame.  It comes ready to dominate Open IPSC/USPSA division. The C-more mounting system offers the lowest possible mounting configuration possible, enabling extremely fast target acquisition. The barrel and compensator arrangement pairs the highest level of accuracy with the most effective compensator available.
**Price:** ................................................................ $4,299.00

00727

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Exhibit 52

71ST EDITION, 2017 ✦ **413**

# HANDGUNS Competition



**DAN WESSON MAYHEM**
**Caliber:** .40 S&W, 18-shot magazine capacity. **Barrel:** 6". **Weight:** 2.42 lbs. **Length:** 8.75" overall. **Features:** The MAYHEM is based on an "All Steel" Hi-capacity version of the 1911 frame. It comes ready to dominate Limited IPSC/USPSA division or fulfill the needs of anyone looking for a superbly accurate target grade 1911. Taking weight away from where you don't want it and adding it to where you do want it was the first priority in designing this handgun. The 6" bull barrel and the tactical rail add to the static weight "good weight". We wanted a 6" long slide for the added sight radius and the enhanced pointability, but that would add to the "bad weight" so the 6" slide has been lightened to equal the weight of a 5". The result is a 6" long slide that balances and feels like a 5" but shoots like a 6". The combination of the all steel frame with industry leading parts delivers the most well balanced, softest shooting 6" limited gun on the market.
**Price:** ...........................................................................$3,899.00

**DAN WESSON TITAN**
**Caliber:** 10mm, 21-shot magazine capacity. **Barrel:** 4.25". **Weight:** 1.62 lbs. **Length:** 8" overall. **Features:** The TITAN is based on an "All Steel" Hi-capacity version of the 1911 frame. Turning the most well known defensive pistol "1911" into a true combat handgun was no easy task. The rugged HD night sights are moved forward and recessed deep in the slide yielding target accuracy and extreme durability. The Snake Scale serrations' aggressive 25 lpi checkering, and the custom competition G-10 grips ensure controllability even in the harshest of conditions. The combination of the all steel frame, bull barrel, and tactical rail enhance the balance and durability of the most formidable target grade Combat handgun on the market.
**Price:** ...........................................................................$3,829.00



**EAA WITNESS ELITE GOLD TEAM**
**Caliber:** 9mm Para., 9x21, .38 Super, .40 S&W, .45 ACP. **Barrel:** 5.1". **Weight:** 44 oz. **Length:** 10.5" overall. **Grips:** Checkered

walnut, competition-style. **Sights:** Square post front, fully adjustable rear. **Features:** Triple-chamber cone compensator; competition SA trigger; extended safety and magazine release; competition hammer; beveled magazine well; beavertail grip. Hand-fitted major components. Hard chrome finish. Match-grade barrel. From E.A.A. Custom Shop. Introduced 1992. Limited designed for IPSC Limited Class competition. Features include full-length dust-cover frame, funneled magazine well, interchangeable front sights. Stock (2005) designed for IPSC Production Class competition. Match introduced 2006. Made in Italy, imported by European American Armory.
**Price:** Gold Team .......................................................$2,336.00
**Price:** Pro Limited, 4.75" barrel .................................$1,216.00
**Price:** Stock, 4.5" barrel, hard-chrome finish...............$1,102.00
**Price:** Match, 4.75" barrel, two-tone finish ...................$778.00
**Price:** Limited Custom Xtreme....................................$1,961.00
**Price:** Witness Match Xtreme .....................................$1,879.00
**Price:** Witness Stock III Xtreme ..................................$1,404.00



**FREEDOM ARMS MODEL 83 .22 FIELD GRADE SILHOUETTE CLASS**
**Caliber:** .22 LR, 5-shot cylinder. **Barrel:** 10". **Weight:** 63 oz. **Length:** 15.5" overall. **Grips:** Black micarta. **Sights:** Removable Patridge front blade; Iron Sight Gun Works silhouette rear, click adjustable for windage and elevation (optional adj. front sight and hood). **Features:** Stainless steel, matte finish, manual sliding-bar safety system; dual firing pins, lightened hammer for fast lock time, pre-set trigger stop. Introduced 1991. Made in U.S.A. by Freedom Arms.
**Price:** Silhouette Class ...............................................$2,603.00

**FREEDOM ARMS MODEL 83 CENTERFIRE SILHOUETTE MODELS**
**Caliber:** 357 Mag., .41 Mag., .44 Mag.; 5-shot cylinder. **Barrel:** 10", 9" (.357 Mag. only). **Weight:** 63 oz. (41 Mag.). **Length:** 15.5", 14.5" (.357 Mag. only). **Grips:** Pachmayr Presentation. **Sights:** Iron Sight Gun Works silhouette rear sight, replaceable adjustable front sight blade with hood. **Features:** Stainless steel, matte finish, manual sliding-bar safety system. Made in U.S.A. by Freedom Arms.
**Price:** Silhouette Models, from .................................$2,318.00



**HIGH STANDARD SUPERMATIC TROPHY TARGET**
**Caliber:** .22 LR, 9-shot mag. **Barrel:** 5.5" bull or 7.25" fluted. **Weight:** 44-46 oz. **Length:** 9.5-11.25" overall. **Stock:** Checkered hardwood with thumbrest. **Sights:** Undercut ramp front, frame-mounted micro-click rear adjustable for windage and elevation; drilled and tapped for scope mounting. **Features:** Gold-plated trigger, slide lock, safety-lever and magazine release; stippled front grip and backstrap; adjustable trigger and sear. Barrel weights optional. From

Prices given are believed accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

00728
Exhibit 52

# CENTERFIRE RIFLES Autoloaders

**ALEXANDER ARMS AR SERIES**
**Caliber:** .17 HMR, 5.56 NATO, 6.5 Grendel, .300 AAC, .338 Lapua Mag., .50 Beowulf. This manufacturer produces a wide range of AR-15 type rifles and carbines. **Barrel:** 16, 18, 20 or 24 inches. Models are available for consumer, law enforcement and military markets. Depending on the specific model, features include forged flattop receiver with Picatinny rail, button-rifled stainless steel barrels, composite handguard, A2 flash hider, M4 collapsible stock, gas piston operating system.
**Price:** .17 HMR ......................................................$1,210.00
**Price:** 5.56 NATO ..................................................$1,349.00
**Price:** 6.5 Grendel.............................$1,540.00 to $1,750.00
**Price:** .300 AAC ...................................................$1,349.00
**Price:** .50 Beowulf.............................$1,375.00 to $1,750.00



**ALEXANDER ARMS ULFBERHT**
**Caliber:** .338 Lapua Mag. Custom-designed adjustable gas-piston operating system. **Barrel:** 27.5-inch chrome moly with three-prong flash hider. **Stock:** Magpul PRS. **Length:** 41.25 inches (folded), 50 inches (extended stock). **Weight:** 19.8 lbs.
**Price:** Ulfberht .338 Lapua Mag.............................$6,850.00

**ARMALITE M15A4 CARBINE**
**Caliber:** .223 Rem., 30-round magazine. **Barrel:** 16" heavy chrome lined; 1:7" twist, flash suppressor. **Weight:** 6.8 lbs. **Length:** 36" overall. **Stock:** Green or black composition. **Sights:** Standard A2. **Features:** Forged flattop receiver with Picatinny rail, 8-inch handguard, anodize aluminum supper/lower receiver, flip-up sights.
**Price:** ...................................................................$1,073.00



**ARMALITE AR-10A4 SPECIAL PURPOSE**
**Caliber:** .243, .308 Win., 10- and 20-round magazine. **Barrel:** 20" chrome-lined, 1:11.25" twist. **Weight:** 9.6 lbs. **Length:** 41" overall. **Stock:** Green or black composition. **Sights:** Detachable handle, front sight, or scope mount available; comes with international style flattop receiver with Picatinny rail. **Features:** Forged upper receiver with case deflector. Receivers are hard-coat anodized. Introduced 1995. Made in U.S.A. by ArmaLite, Inc.
**Price:** ...................................................................$1,571.00

**ARMALITE AR-10A2**
Utilizing the same 20" double-lapped, heavy barrel as the ArmaLite AR10A4 Special Purpose Rifle. Offered in .308 Win. only. Made in U.S.A. by ArmaLite, Inc.
**Price:** AR-10A2 rifle or carbine ....................................$1,561.00

**ARMALITE AR-10 SUPER SASS**
**Caliber:** 7.62 NATO/.308 Win. **Barrel:** 20-inch ceramic coated stainless steel threaded with flash suppressor. **Weight:** 9.4 to 11.8 lbs. **Features:** Upper receiver has Picatinny rail, forward assist, adjustable sniper stock, Super Sass quad rail, floating handguard. Many optional accessories and variants.
**Price:** From .............................................................$3,100.00

**ARSENAL, INC. SLR-107F**
**Caliber:** 7.62x39mm. **Barrel:** 16.25". **Weight:** 7.3 lbs. **Stock:** Left-side folding polymer stock. **Sights:** Adjustable rear. **Features:** Stamped receiver, 24mm flash hider, bayonet lug, accessory lug, stainless steel heat shield, two-stage trigger. Introduced 2008. Made in U.S.A. by Arsenal, Inc.
**Price:** SLR-107FR, includes scope rail ..................$1,099.00



**ARSENAL, INC. SLR-107CR**
**Caliber:** 7.62x39mm. **Barrel:** 16.25". **Weight:** 6.9 lbs. **Stock:** Left-side folding polymer stock. **Sights:** Adjustable rear. **Features:** Stamped receiver, front sight block/gas block combination, 500-meter rear sight, cleaning rod, stainless steel heat shield, scope rail, and removable muzzle attachment. Introduced 2007. Made in U.S.A. by Arsenal, Inc.
**Price:** SLR-107CR ...........................................$1,119.00

**ARSENAL, INC. SLR-106CR**
**Caliber:** 5.56 NATO. **Barrel:** 16.25", Steyr chrome-lined barrel, 1:7 twist rate. **Weight:** 6.9 lbs. **Stock:** Black polymer folding stock with cutout for scope rail. Stainless-steel heatshield handguard. **Sights:** 500-meter rear sight and rear sight block calibrated for 5.56 NATO. Warsaw Pact scope rail. **Features:** Uses Arsenal, Bulgaria, Mil-Spec receiver, two-stage trigger, hammer and disconnector. Polymer magazines in 5- and 10-round capacity in black and green, with Arsenal logo. Others are 30-round black waffles, 20- and 30-round versions in clear/smoke waffle, featuring the "10" in a double-circle logo of Arsenal, Bulgaria. Ships with 5-round magazine, sling, cleaning kit in a tube, 16" cleaning rod, oil bottle. Introduced 2007. Made in U.S.A. by Arsenal, Inc.
**Price:** SLR-106CR ...........................................$1,200.00



**AUTO-ORDNANCE 1927A-1 THOMPSON**
**Caliber:** .45 ACP. **Barrel:** 16.5". **Weight:** 13 lbs. **Length:** About 41" overall (Deluxe). **Stock:** Walnut stock and vertical fore-end. **Sights:** Blade front, open rear adjustable for windage. **Features:** Recreation of Thompson Model 1927. Semiauto only. Deluxe model has finned barrel, adjustable rear sight and compensator; Standard model has plain barrel and military sight. Available with 100-round drum or 30-round stick magazine. From Auto-Ordnance Corp
**Price:** Deluxe w/stick magazine.............................$1,461.00
**Price:** Deluxe w/drum magazine............................$2,061.00
**Price:** Lightweight model w/stick mag...................$1,325.00

**AUTO-ORDNANCE THOMPSON M1/M1-C**
Similar to the 1927 A-1 except is the M-1 configuration with side cocking knob, horizontal fore-end, smooth unfinned barrel, sling swivels on butt and fore-end. Matte-black finish. Introduced 1985.
**Price:** M1 semiauto carbine ..................................$1,375.00
**Price:** M1-C lightweight semiauto ........................$1,241.00

**AUTO-ORDNANCE 1927 A-1 COMMANDO**
Similar to the 1927 A-1 except has Parkerized finish, black-finish wood butt, pistol grip, horizontal fore-end. Comes with black nylon sling. Introduced 1998. Made in U.S.A. by Auto-Ordnance Corp.
**Price:** T1-C...........................................................$1,393.00

**AUTO ORDNANCE M1 CARBINE**
**Caliber:** .30 Carbine (15-shot magazine). **Barrel:** 18". **Weight:** 5.4 to 5.8 lbs. **Stock:** Wood or polymer. **Sights:** Blade front, flip-style rear. A faithful recreation of the military carbine.
**Price:** .....................................................................$846.00

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders



## BARRETT MODEL 82A-1 SEMI-AUTOMATIC
**Caliber:** .416 Barret, 50 BMG, 10-shot detachable box magazine. **Barrel:** 29". **Weight:** 28.5 lbs. **Length:** 57" overall. **Stock:** Composition with energy-absorbing recoil pad. **Sights:** Scope optional. **Features:** Semiautomatic, recoil operated with recoiling barrel. Three-lug locking bolt; muzzle brake. Adjustable bipod. Introduced 1985. Made in U.S.A. by Barrett Firearms.
**Price:** From ................................................................$9,119.00



## BARRETT M107A1
**Caliber:** 50 BMG, 10-round detachable magazine. **Barrel:** 20 or 29 inches. **Sights:** 27-inch optics rail with flip-up iron sights. **Weight:** 30.9 lbs. **Finish:** Flat Dark Earth. Features: Four-port cylindrical muzzle brake. Quick-detachable Barrett QDL Suppressor. Adjustable bipod and monopod.
**Price:** ...............................................................$12,281.00

## BARRETT MODEL REC7 GEN II
**Caliber:** 5.56 (.223), 6.8 Rem. SPC. 30-round magazine. **Barrel:** 16 inches. **Sights:** ARMS rear, folding front. Weight: 28.7 lbs. **Features:** AR-style configuration with standard 17-4 stainless piston system, two-position forward venting gas plug, chrome-lined gas block, A2 flash hider, 6-postion MOE stock.
**Price:** .................................................................$2,759.00



## BENELLI R1
**Caliber:** .30-06 (4+1), .300 Win Mag (3+1), .338 Win Mag (3+1). **Weight:** 7.1 lbs. **Length:** 43.75" to 45.75". **Stock:** Select satin walnut or synthetic. **Sights:** None. **Features:** Auto-regulating gas-operated system, three-lug rotary bolt, interchangeable barrels, optional recoil pads. Introduced 2003. Imported from Italy by Benelli USA.
**Price:** .................................................................$1,019.00



## BENELLI MR1
...s-operated semiauto rifle chambered in 5.56 NATO. Features include 16-inch, 1:9 twist, hard chrome-lined barrel, synthetic stock with pistol grip, rotating bolt, military-style aperture sights with Picatinny rail. Comes equipped with 5-round detachable magazine but accepts M16 magazines.
...ce: ..................................................................$1,339.00



## BROWNING BAR SAFARI AND SAFARI W/BOSS SEMI-AUTO
**Caliber:** Safari: .25-06 Rem., .270 Win, 7mm Rem. Mag., .30-06 Spfl., .308 Win., .300 Win. Mag., .338 Win. Mag. Safari w/BOSS: .270 Win., 7mm Rem. Mag., .30-06 Spfl., .300 Win. Mag., .338 Win. Mag. **Barrel:** 22-24" round tapered. **Weight:** 7.4-8.2 lbs. **Length:** 43-45" overall. **Stock:** French walnut pistol grip stock and fore-end, hand checkered. **Sights:** No sights. **Features:** Has new bolt release lever; removable trigger assembly with larger triggerguard; redesigned gas and buffer systems. Detachable 4-round box magazine. Scroll-engraved receiver is tapped for scope mounting. BOSS barrel vibration modulator and muzzle brake system available. Mark II Safari introduced 1993. Made in Belgium.
**Price:** BAR MK II Safari, from ................................$1,230.00
**Price:** BAR Safari w/BOSS, from ...........................$1,400.00



## BROWNING BAR SHORTTRAC/LONGTRAC
**Caliber:**(ShortTrac models) .270 WSM, 7mm WSM, .300 WSM, .243 Win., .308 Win., .325 WSM; (LongTrac models) .270 Win., .30-06 Spfl., 7mm Rem. Mag., .300 Win. Mag. **Barrel:** 23". **Weight:** 6 lbs. 10 oz. to 7 lbs. 4 oz. **Length:** 41.5" to 44". **Stock:** Satin-finish walnut, pistol-grip, fluted fore-end. **Sights:** Adj. rear, bead front standard, no sights on BOSS models (optional). **Features:** Designed to handle new WSM chamberings. Gas-operated, blued finish, rotary bolt design (LongTrac models).
**Price:** BAR ShortTrac, .243 Win., .308 Win. from ...............$1,230.00
**Price:** BAR ShortTrac Left-Hand, intr. 2007, from ............$1,270.00
**Price:** BAR ShortTrac Mossy Oak New Break-up
.......................................................... $1,260.00 to $1,360.00
**Price:** BAR LongTrac Left Hand, .270 Win., .30-06 Spfl.,
from ....................................................................$1,270.00
**Price:** BAR LongTrac, from ..................................$1,200.00
**Price:** BAR LongTrac Mossy Oak Break Up, from ..............$1,360.00



## BROWNING BAR STALKER
**Caliber:** .243 Win., 7mm-08, .308 Win., .270 Win., .30-06 Spfl., .270 WSM, 7mm WSM, .300 WSM, .300 Win. Mag., .338 Win. Mag.**Barrel:** 20-24". **Weight:** 7.1-7.75 LBS. **Length:** 41-45" overall. **Stock:** Black composite stock and forearm. **Sights:** Hooded front and adjustable rear. **Features:** Gas-operated action with seven-lug rotary bolt; dual action bars; 2-, 3- or 4-shot magazine (depending on cartridge). Introduced 2001. Imported by Browning.
**Price:** BAR ShortTrac or LongTrac Stalker, from..................$1,350.00
**Price:** BAR Lightweight Stalker, from.....................................$1,260.00

## BUSHMASTER 308 HUNTER
**Caliber:** .308 Win / 7.62 NATO., 5-round magazine. **Barrel:** 20". **Weight:** 8-1/2 lbs. **Length:** 38-1/4" overall. **Stock:** Standard A2 stock with Hogue® rubberized pistol grip. **Sights:** Two ¾" mini-risers for optics mounting. **Features:** Bushmaster .308 Rifles

# CENTERFIRE RIFLES Autoloaders

were developed for the Hunter who intends to immediately add optics (scope, red dot or holographic sight) to the rifle. The premium 20" heavy fluted profile barrel is chrome lined in both bore and chamber to provide Bushmaster accuracy, durability and maintenance ease.
**Price:** .308 Hunter. ............................................................. $1,685.00



## BUSHMASTER ACR
**Caliber:** 5.56mm, 6.5mm, 6.8mm., 30-round polymer magazine. **Barrel:** All three calibers are availaibn with 10-1/2", 14-1/2", 16-1/2" and 18" barrels. **Weight:** 14-1/2" bbl. 7 lbs.. **Length:** 14-1/5" bbl. with stock folded: 25-3/4", with stock deployed (mid) 32-5/8", 10.5" bbl. with stock folded: 21-5/16", with stock deployed (mid): 27-7/8", with stock deployed and extended: 31-3/4" Folding Stock Length of Pull - 3". **Stock:** Fixed high-impact composite A-frame stock with rubber buttpad and sling mounts. **Features:** Cold hammer-forged barrels with melonite coating for extreme long life. A2 birdcage-type hider to control muzzle flash and adjustable, two-position, gas piston-driven system for firing suppressed or unsuppressed, supported by hardened internal bearing rails. The Adaptive Combat Rifle (ACR) features a tool-less, quick-change barrel system available in 10.5", 14.5" and 16.5" and in multiple calibers. Multi-caliber bolt carrier assembly quickly and easily changes from .223/5.56mm NATO to 6.8mm Rem SPC (spec II chamber). Free-floating MIL-STD 1913 monolithic top rail for optic mounting. Fully ambidextrous controls including magazine release, bolt catch and release, fire selector and nonreciprocating charging handle. High-impact composite handguard with heat shield – accepts rail inserts. High-impact composite lower receiver with textured magazine well and modular grip storage. Fire Control – Semi and Full Auto two-stage standard AR capable of accepting drop-in upgrade. Magazine – Optimized for MagPul PMAG. Accepts standard NATO/M-16 magazines.
**Price:** Basic Folder Configuration ..........................................$2,149.00
**Price:** ACR Enhanced ..........................................................$2,249.00

## BUSHMASTER HEAVY-BARRELED CARBINE
**Caliber:** 5.56/.223. **Barrel:** 16" **Weight:** 6.93 lbs. to 7.28 lbs. **Length:** 32.5" overall. **Features:** AR-style carbine with chrome-lined heavy profile vanadium steel barrel, fixed or removable carry handle, six-position telestock.
**Price:** ..................................................................................... $895.00
**Price:** A3 with removable handle ...........................................$1,420.00

## BUSHMASTER MODULAR CARBINE
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 16" **Weight:** 7.3 lbs. **Length:** 36.25" overall. **Features:** AR-style carbine with chrome-lined chrome-moly vanadium steel barrel, skeleton stock or six-position telestock, clamp-on front sight and detachable flip-up dual aperature rear.
**Price:** .................................................................................. $1,745.00

## BUSHMASTER 450 RIFLE AND CARBINE
**Caliber:** .450 Bushmaster. **Barrel:** 20" (rifle), 16" (carbine), five-round mag. **Weight:** 8.3 lbs. (rifle), 8.1 lbs. (carbine). **Length:** 39.5" overall (rifle), 35.25" overall (carbine). **Features:** AR-style with chrome-lined chrome-moly barrel, synthetic stock, Izzy muzzlebrake.
**Price:** Carbine .................................................................... $1,285.00
**Price:** Rifle........................................................................... $1,300.00

## BUSHMASTER TARGET
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 20 or 24-inch heavy or standard. **Weight:** 8.43 lbs. to 9.29 lbs. **Length:** 39.5" or 43.5" overall. **Features:** Semiauto AR-style with chrome-lined or stainless steel 1:9" twist barrel, fixed or removable carry handle, manganese phosphate finish.
**Price:** ...................................................................... $969.00 to $1,000.00

## BUSHMASTER M4A3 TYPE CARBINE
**Caliber:** 5.56/.223, 30-shot mag. **Barrel:** 16" **Weight:** 6.22 to 6.7 lbs. **Length:** 31 to 32.5 inches overall. **Features:** AR-style carbine with

chrome-moly vanadium steel barrel, Izzy-type flash hider, six-position telestock, various sight options, standard or multi-rail handguard, fixed or removable carry handle.
**Price:** .................................................................................. $1,100.00

## BUSHMASTER QUICK RESPONSE CARBINE
**Caliber:** 5.56/223, 10-shot mag. **Barrel:** 16" chromemoly superlight contour with Melonite finish. **Features:** Mini red dot detachable sight, 6-position collapsible stock, A2 type flash hider. Introduced in 2016.
**Price:** .......................................................................................$769.00



## CENTURY INTERNATIONAL AES-10 HI-CAP
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 23.2". **Weight:** NA. **Length:** 41.5" overall. **Stock:** Wood grip, fore-end. **Sights:** Fixed notch rear, windage-adjustable post front. **Features:** RPK-style, accepts standard double-stack AK-type mags. Side-mounted scope mount, integral carry handle, bipod. Imported by Century Arms Int'l.
**Price:** AES-10, from ..............................................................$450.00

## CENTURY INTERNATIONAL GP WASR-10 HI-CAP
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 16.25", 1:10 right-hand twist. **Weight:** 7.2 lbs. **Length:** 34.25" overall. **Stock:** Wood laminate or composite, grip, forend. **Sights:** Fixed notch rear, windage-adjustable post front. **Features:** Two 30-rd. detachable box magazines, cleaning kit, bayonet. Version of AKM rifle; U.S.-parts added for BATFE compliance. Threaded muzzle, folding stock, bayonet lug, compensator, Dragunov stock available. Made in Romania by Cugir Arsenal. Imported by Century Arms Int'l.
**Price:** GP WASR-10, from.........................................................$450.00



## CENTURY INTERNATIONAL M70AB2 SPORTER
**Caliber:** 7.62x39mm. 30-shot magazine. **Barrel:** 16.25". **Weight:** 7.5 lbs. **Length:** 34.25" overall. **Stocks:** Metal grip, wood fore-end. **Sights:** Fixed notch rear, windage-adjustable post front. **Features:** Two 30-rd. double-stack magazine, cleaning kit, compensator, bayonet lug and bayonet. Paratrooper-style Kalashnikov with under-folding stock. Imported by Century Arms Int'l.
**Price:** M70AB2, from ...............................................................$480.00

## COLT LE6920
**Caliber:** 5.56 NATO. **Barrel:** 16.1-inch chrome lined. **Sights:** Adjustable. Based on military M4. Features include Magpul MOE handguard, carbine stock, pistol grip, vertical grip. Direct gas/locking bolt operating system.
**Price:** From ...........................................................................$1,049.00

## COLT LE6940
**Caliber:** 5.56 NATO. Similar to LE1920 with Magpul MBUS backup sight, folding front, four accessory rails. One-piece monolithic upper receiver has continuous Mil Spec rail from rear of upper to the front sight. Direct gas (LE6940) or articulating link piston (LE6940P) system.
**Price:** LE6940 ........................................................................$1,399.00

## COLT EXPANSE M4
**Caliber:** 5.56 NATO, capacity 30 rounds. **Barrel:** 16.1 inches. **Sights:** Adjustable front post. Comes optic ready. **Weight:** 6.4 lbs. Flattop Picatinny rail. **Stock:** Adjustable M4 with A2 style grip. Economy

00731
Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible
Exhibit 52

# CENTERFIRE RIFLES Autoloaders

priced AR. Introduced in 2016.
**Price:** ................................................... **$699.00**

## COLT MARC 901 MONOLITHIC
**Caliber:** .308. **Capacity:** 20 rounds. **Barrel:** 16.1 or 18" heavy fully floated with bayonet lug, flash hider. **Stock:** Adjusable VLTOR. **Sights:** Mil Spec Flip Up. **Weight:** 9.4 pounds. **Features:** One-piece flattop upper receiver with Picatinny rail, ambidextrous controls, matte black finish. Carbine model has muzzlebrake, retractable B% Bravo stock, full length Picatinny rail. Tubular handguard with 3 rails.
**Price:** .............................................. **$1,999.00**
**Price:** Carbine ................................... **$1,399.00**



## DANIEL DEFENSE AR SERIES
**Caliber:** 5.56 NATO/.223. 20-round Magpul PMAG magazine. **Barrel:** 16 or 18 inches. Flash suppressor. **Weight:** 7.4 lbs. **Length:** 34.75" to 37.85" overall. **Stock:** Glass-filled polymer with Soft Touch overmolding. Pistol grip. **Sights:** None. **Features:** Lower receiver is Mil Spec with enhanced and flared magazine well, QD swivel attachment point. Upper receiver has M4 feed ramps. Lower and upper CNC machined of 7075-T6 aluminum, hard coat anodized. Shown is MK12, one of many AR variants offered by Daniel Defense. Made in the U.S.A.
**Price:** From .......................................... **$1,599.00**
**Price:** DD5VI 7.62/.308 ......................... **$2,899.00**



## PMS VARMINT SERIES
**Caliber:** .204 Ruger, .223. **Barrel:** 16", 20" or 24" bull or fluted profile. **Weight:** 7.75 to 11.75 lbs. **Length:** 34.5" to 42.25" overall. **Stock:** Black Zytel composite. **Sights:** None. **Features:** Flattop receiver with Picatinny top rail; hardcoat anodized receiver; aluminum free-float tube handguard; many options. From DPMS Panther Arms.
**ce:** ........................................ **$939.00 to $1,229.00**

## MS PRAIRIE PANTHER
Semiauto AR-style rifle chambered in 5.56 NATO or 6.8 SPC. Features include 20-inch 416 stainless fluted heavy 1:8" barrel; phosphated steel bolt; free-floated carbon fiber handguard; flattop upper with Picatinny rail; aluminum lower; two 30-round magazines; skeletonized Zytel stock; Choice of matte black or one of several camo finishes.
**ce:** .................................... **$1,269.00 to $1,289.00**



## DPMS REPR
Semiauto AR-style rifle chambered in .308 Win./7.62 NATO. Features include 18-inch 416 stainless steel 1:10" twist barrel; phosphated steel bolt; 4-rail free-floated handguard; no sights; aluminum lower; bipoad; two 19-round magazines; Coyote Brown camo finish overall. Scope not included.
**Price:** .............................................. **$2,549.00**



## DPMS MK12
**Caliber:** .308 Win./7.62 NATO. **Barrel:** 18 inches. **Weight:** 8.5 lbs. **Sights:** Midwest Industry flip-up. **Features:** 4-rail free floating handguard, flash hider, extruded 7029 T6 A3 Flattop receiver.
**Price:** .............................................. **$1,759.00**



## DPMS 3G2
**Caliber:** .223/5.56. **Barrel:** 16 inches. **Weight:** 7.1 lbs. **Stock:** Magpul STR with Hogue rubber pistol grip. **Sights:** Magpul Gen 2 BUS. **Features:** Miculek Compensator, two-stage fire control. M111 Modular handguard allows placement of sights on top rail or 45-degree angle.
**Price:** .............................................. **$1,239.00**

## DPMS LITE HUNTER
**Caliber:** .243, .260 Rem., .308, .338 Federal. **Barrel:** 20 inches, stainless. **Weight:** pounds. **Stock:** Standard A2. **Features:** Two-stage match trigger. Hogue pistol grip. Optics ready top rail.
**Price:** .............................................. **$1,499.00**



## DPMS .300 AAC BLACKOUT
**Caliber:** .300 AAC Blackout. **Barrel:** 16-inch heavy 4150 chrome-lined. **Weight:** 7 pounds. **Stock:** Adjustable 6-position.
**Price:** .............................................. **$1,199.00**

## DPMS ORACLE
**Caliber:** .223/5.56 or .308/7.62. **Barrel:** 16 inches. **Weight:** 6.2 (.223), 8.3 (308). Standard AR-15 fire control with A3 flattop receiver. **Finish:** Matte black or A-TACS camo.
**Price:** .223 ...............................**$739, $849 (A-TACS)**
**Price:** .308................................... **$1,099, $1,189 (A-TACS)**

Given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Autoloaders





## DPMS GII SERIES

**Caliber:** .308 Win./7.62 NATO. **Barrel:** 16, 18 inches. **Weight:** From 7.25 lbs., promoted as the lightest .308 AR available. Features include new extractor and ejector systems, and improved steel feed ramp. New bolt geometry provides better lock-up and strength. Offered in several configurations.
**Price:** AP4 (shown)..................................................**$1,499.00**
**Price:** Recon ........................................................**$1,759.00**
**Price:** SASS ..........................................................**$2,379.00**
**Price:** Hunter ........................................................**$1,699.00**
**Price:** Bull ............................................................**$1,759.00**
**Price:** MOE ............................................................**$1,599.00**

## DSA SA58 TACTICAL CARBINE

**Caliber:** .308 Win. **Barrel:** 16.25" fluted with A2 flash hider. **Weight:** 8.25 lbs. **Length:** 36.5". **Stock:** Synthetic, X-Series or optional folding para stock. **Sights:** Elevation-adjustable post front, windage-adjustable match rear peep. **Features:** Shortened fully adjustable short gas system, high grade steel or 416 stainless upper receiver. Made in U.S.A. by DSA, Inc.
**Price:** ..................................................................**$1,975.00**



## DSA SA58 MEDIUM CONTOUR

**Caliber:** .308 Win. **Barrel:** 21" w/threaded flash hider. **Weight:** 9.75 lbs. **Length:** 43". **Stock:** Synthetic military grade. **Sights:** Elevation-adjustable post front, windage-adjustable match rear peep. **Features:** Gas-operated semiauto with fully adjustable gas system, high grade steel receiver. Made in U.S.A. by DSA, Inc.
**Price:** ..................................................................**$1,700.00**

## DSA ZM4 AR SERIES

**Caliber:** .223/5.56 NATO. Standard Flattop rifle features include 20-inch, chrome moly heavy barrel with A2 flash hider. **Weight:** 9 pounds. **Features:** Mil-Spec forged lower receiver, forged flattop or A2 upper. Fixed A2 stock. Carbine variations are also available with 16-inch barrels and many options.
**Price:** Standard Flat-Top..........................................**$788.00**
**Price:** .300 Blackout..............................................**$853.00**
**Price:** Enhanced Carbine ........................................**$929.00**
**Price:** Flat-Top with rail ......................................**$1,050.00**



## DSA SA58 CONGO, PARA CONGO

**Caliber:** .308 Win. **Barrel:** 18" w/short Belgian short flash hider. **Weight:** 8.6 lbs. (Congo); 9.85 lbs. (Para Congo). **Length:** 39.75" **Stock:** Synthetic w/military grade furniture (Congo); Synthetic with nonfolding steel para stock (Para Congo). **Sights:** Elevation adjustable protected post front, windage adjustable rear peep (Congo); Belgian type Para Flip Rear (Para Congo). **Features:** FAL-style rifle with fully adjustable gas system, high-grade steel upper receiver with carry handle. Made in U.S.A. by DSA, Inc.
**Price:** Congo ........................................................**$1,975.00**
**Price:** Para Congo ................................................**$2,200.00**





## EXCEL ARMS ACCELERATOR

**Caliber:** .17 HMR, .22 WMR, 5.7x28mm, 9-shot magazine. **Barrel:** 16" fluted stainless steel bull barrel. **Weight:** 8 lbs. **Length:** 32.5" overall. **Grips:** Textured black polymer. **Sights:** Fully adjustable target sights. **Features:** Made from 17-4 stainless steel, aluminum shroud w/ Weaver rail, manual safety, firing-pin block, last-round bolt-hold-open feature. Four packages with various equipment available. American made, lifetime warranty. Comes with one 9-round stainless steel magazine and a California-approved cable lock. Introduced 2006. Made in U.S.A. by Excel Arms.
**Price:** MR-17 .17 HMR ............................................**$672.00**
**Price:** MR-22 .22 WMR ..........................................**$538.00**

## DSA SA58 STANDARD

**Caliber:** .308 Win. **Barrel:** 21" bipod cut w/threaded flash hider. **Weight:** 8.75 lbs. **Length:** 43". **Stock:** Synthetic, X-Series or optional folding para stock. **Sights:** Elevation-adjustable post front, windage-adjustable rear peep. **Features:** Fully adjustable short gas system, high-grade steel or 416 stainless upper receiver. Made in U.S.A. by DSA, Inc.
**Price:** From ........................................................**$1,700.00**

## EXCEL ARMS X-SERIES

**Caliber:** .22 LR, 5.7x28mm (10 or 25-round); .30 Carbine (10 or 20-round magazine). 9mm (10 or 17 rounds). **Barrel:** 18". **Weight:** 6.25 lbs. **Length:** 34 to 38". **Features:** Available with or without adjustable iron sights. Blow-back action (5.57x28) or delayed blow-back (.30 Carbine).
**Price:** .22 LR........................................................**$504.00**
**Price:** 5.7x28 or 9mm ......................................**$795.00 to $916.00**



## DSA SA58 CARBINE

**Caliber:** .308 Win. **Barrel:** 16.25" bipod cut w/threaded flash hider. **Features:** Carbine variation of FAL-style rifle. Other features identical to SA58 Standard model. Made in U.S.A. by DSA, Inc.
**Price:** ..................................................................**$1,700.00**

## FNH FNAR COMPETITION

**Caliber:** .308 Win., 10-shot magazine. **Barrel:** 20" fluted. **Weight:** 8.9 lbs. **Length:** 41.25" overall. **Sights:** None furnished. Optical rail atop

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible

Exhibit 52

# CENTERFIRE RIFLES Autoloaders





receiver, three accessory rails on fore-end. **Stock:** Adjustable for comb height, length of pull, cast-on and cast-off. Blue/gray laminate. Based on BAR design.

Price: .................................................................. **$1,767.00**



## H SCAR 16S
liber: 5.56mm/.223. **Capacity:** 10 or 30 rounds. **Barrel:** 16.25". Weight: 7.25 lbs. **Length:** 27.5 to 37.5 " (extended stock). **Stock:** elescoping, side-folding polymer. Adjustable cheekpiece, A2 style stol grip. **Sights:** Adjustable folding front and rear. **Features:** Hard nodized aluminum receiver with four accessory rails. Ambidextrous afety and mag release. Charging handle can be mounted on right or ft side. Semiauto version of newest service rifle of U.S. Special Forces.

ce: .................................................................. **$2,995.00**

## H SCAR 17S
liber: 7.62x51mm/.308. **Capacity:** 10 or 30 rounds. **Barrel:** 16.25". Weight: 8 lbs. **Length:** 28.5 to 38.5 " (extended stock). **Features:** ther features the same as SCAR 16S.

ce: .................................................................. **$3,349.00**



## ANKLIN ARMORY 3 GR-L
liber: 5.56mm/.223. **Capacity:** 10 or 30 rounds. **Barrel:** 18" fluted ith threaded muzzle crown. **Weight:** 7.25 lbs. **Stock:** Magpul PRS. djustable comb and length of pull. **Features:** Hard anodized Desert moke upper receiver with full length Picatinny rail. One of many AR pe rifles and carbines offered by this manufacturer. Made in the U.S.A.

ce: .................................................................. **$2,310.00**





## CKLER & KOCH MODEL MR556A1
liber: .223 Remington/5.56 NATO, 10+1 capacity. **Barrel:** 16.5". eight: 8.9 lbs. **Length:** 33.9"-37.68". **Stock:** Black Synthetic ljustable. **Features:** Uses the gas piston system found on the HK 6 and G26, which does not introduce propellant gases and carbon ulling into the rifle's interior.

e: .................................................................. **$3,295.00**

## HECKLER & KOCH MODEL MR762A1
**Caliber:** Similar to Model MR556A1 except chambered for 7.62x51mm/.308 Win. cartridge. **Weight:** 10 lbs. w/empty magazine. **Length:** 36 to 39.5". Variety of optional sights are available. Stock has five adjustable positions.
Price: .................................................................. **$3,995.00**

## HIGH STANDARD HSA-15
**Caliber:** .223 Remington/5.56 NATO or 6x45mm. A2 style with 16 or 20" barrel, 30 capacity magazine, fixed or collapsible stock, adjustable sights. Made by High Standard Manufacturing Co.
Price: .................................................................. **$965.00**



## HI-POINT 9MM CARBINE
**Caliber:** 9mm Para. .40 S&W, (10-shot magazine); .45 ACP (9-shot). **Barrel:** 16.5" (17.5" for .40 S&W and .45). **Weight:** 4.5 lbs. **Length:** 31.5" overall. **Stock:** Black polymer, camouflage. **Sights:** Protected post front, aperture rear. Integral scope mount. **Features:** Grip-mounted magazine release. Black or chrome finish. Sling swivels. Available with laser or red-dot sights, RGB 4X scope, forward grip. Introduced 1996. Made in U.S.A. by MKS Supply, Inc.
Price: 9mm (995TS) from ........................................ **$286.00**
Price: .40 S&W (4095TS) from ................................ **$315.00**
Price: .45 ACP (4595TS) from ................................ **$319.00**

## INLAND M1 1945 CARBINE
**Caliber:** .30 Carbine. **Capacity:** 15 rounds. **Barrel:** 18". **Weight:** 5 lbs. 3 oz. A faithful reproduction of the last model that Inland manufactured in 1945, featuring a type 3 bayonet lug/barrel band, adjustable rear sight, push button safety, and walnut stock. Scout Model has 16.5" barrel, flash hider, synthetic stock with accessory rail. Made in the USA.
Price: .................................................................. **$1,079.00**
Price: Scout Model ................................................ **$1,199.00**

## JP ENTERPRISES LRP-07
**Caliber:** .308 Win, .260 Rem, 6.5 Creedmoor, .338 Federal. **Barrel:** 16 to 22 inches, polished stainless with compensator. **Buttstock:** A2, ACE ARFX, Tactical Tactical Intent Carbine, Magppul MOE. **Grip:** Hogue Pistol Grip. **Features:** Machined upper and lower receivers with left-side charging system. MKIII Hand Guard. Adjustable gas system.
Price: From ........................................................ **$3,299.00**

## JP ENTERPRISES JP-15
**Caliber:** .223, .204 Ruger, 6.5 Grendel, .300 Blackout, .22 LR. **Barrel:** 18 or 24-inches. **Buttstock:** Synthetic modified thumbhole or laminate thumb-hole. **Grip:** Hogue Pistol grip. Basic AR-type general-purpose rifle with numerous options.
Price: From ........................................................ **$1,999.00**

## KALASHNIKOV USA
**Caliber:** 7.62x39mm. 30-round magazine. AK-47 series made in the USA in several variants and styles. **Barrel:** 16.25". **Weight:** 7.52 lbs.
Price: US132S Synthetic stock .............................. **$799.00**
Price: US132W Wood carbine .............................. **$836.00**

## KEL-TEC RFB
**Caliber:** 7.62 NATO/.308. 20-round FAL-type magazine. **Barrel:** 18" with threaded muzzle, A2-style flash hider. **Weight:** 8 lbs.

# CENTERFIRE RIFLES Autoloaders

**Features:** A bullpup short-stroke gas piston operated carbine with ambidextrous controls, reversible operating handle, Mil-Spec Picatinny rail.
**Price:** ......................................................................$1,927.00

### KEL-TEC SU-16 SERIES
**Caliber:** 5.56 NATO/.223. 10-round magazine capacity. **Barrel:** 16 or 18.5". **Weight:** 4.5 to 5 lbs. **Features:** Offering in several rifle and carbine variations.
**Price:** From ....................................................................$682.00

### LARUE TACTICAL OBR
**Caliber:** 5.56 NATO/.223, 7.62 NATO/.308 Win. **Barrel:** 16.1, 18 or 20 inches. **Weight:** 7.5 to 9.25 lbs. **Features:** Manufacturer of several models of AR-style rifles and carbines. Optimized Battle Rifle (OBR) series is made in both NATO calibers. Many AR-type options available. Made in the U.S.A.
**Price:** OBR 5.56 ...........................................................$2,245.00
**Price:** OBR 7.62 ...........................................................$3,370.00

### LEWIS MACHINE & TOOL (LMT)
**Caliber:** 5.56 NATO/.223, 7.62 NATO/.308 Win. **Barrel:** 16.1, 18 or 20 inches. **Weight:** 7.5 to 9.25 lbs. **Features:** Manufacturer of a wide range of AR-style carbines with many options. SOPMOD stock, gas piston operating system, monolithic rail platform, tactical sights. Made in the U.S.A. by Lewis Machine & Tool.
**Price:** Standard 16 ........................................................$1,594.00
**Price:** Comp 16, flattop receiver ...................................$1,685.00
**Price:** CQB Series from...................................................$2,100.00
**Price:** Sharpshooter Weapons System...........................$5,198.00





### LES BAER CUSTOM ULTIMATE AR 223
**Caliber:** .223. **Barrel:** 18", 20", 22", 24". **Weight:** 7.75 to 9.75 lb.
**Length:** NA. **Stock:** Black synthetic. **Sights:** None furnished; Picatinny-style flattop rail for scope mounting. **Features:** Forged receiver; Ultra single-stage trigger (Jewell two-stage trigger optional); titanium firing pin; Versa-Pod bipod; chromed National Match carrier; stainless steel, hand-lapped and cryo-treated barrel; guaranteed to shoot 1/2 or 3/4 MOA, depending on model. Made in U.S.A. by Les Baer Custom Inc.
**Price:** Super Varmint Model...........................$2,640.00 to $2870.00
**Price:** Super Match Model .............................$2,740.00 to $2960.00
**Price:** M4 Flattop model ...............................................$2,590.00
**Price:** Police Special 16" (2008) ..................................$1,790.00
**Price:** IPSC Action Model .............................................$2,890.00
**Price:** LBC-AR (.264 LBC-AR).....................................$2,640.00

### LES BAER UTIMATE MATCH/SNIPER
**Caliber:** .308 Win. **Barrel:** 18 or 20 in. Magpul stock, Enforcer

muzzlebrake.
**Price:** ........................................................................$3,940.00

### LR 300S
**Caliber:** 5.56 NATO, 30-shot magazine. **Barrel:** 16.5"; 1:9" twist.
**Weight:** 7.4-7.8 lbs. **Length:** NA. **Stock:** Folding. **Sights:** YHM flip front and rear. **Features:** Flattop receive, full length top picatinny rail. Phantom flash hider, multi sling mount points, field strips with no tools. Made in U.S.A. from Z-M Weapons.
**Price:** AXL, AXLT..........................................................$2,139.00
**Price:** NXL .....................................................................$2,208.00

### LWRC INTERNATIONAL M6 SERIES
**Caliber:** 5.56 NATO or 6.8 SPC, 30-shot magazine. REPR (Rapid Engagement Precision Rifle) chambered in 7.62 NATO/.308 Win. Barrel: 16.1 inches (16, 18, 20 inches, REPR). This company makes a complete line of AR-15 type rifles operated by a short-stroke, gas piston system. A wide variety of stock, sight and finishes are available. Colors include black, Flat Dark Earth, Olive Drab Green, Patriot Brown.
**Price:** M6A2 (shown).....................................................$2,217.00
**Price:** M6-SPR (Special Purpose Rifle)..........................$2,479.00
**Price:** REPR (7.62 NATO).............................................$3,600.00

### MERKEL INTERNATIONAL SR1 SEMI-AUTOMATIC
**Caliber:** .223, .308 Win., .30-06, .300 Win Mag., 7x64, 8x57IS, 9.3x62.
**Features:** Streamlined profile, checkered walnut stock and fore-end, 19.7" (308) or 20.8" (300 SM) barrel, two- or five-shot detachable box magazine. Adjustable front and rear iron sights with Weaver-style optics rail included. Imported from Germany by Merkel USA.
**Price:** ........................................................................$1,995.00



### OLYMPIC ARMS K9, K10, K40, K45 PISTOL-CALIBER AR15 CARBINES
**Caliber:** 9mm Para., 10mm, .40 S&W, .45 ACP; 32/10-shot modified magazines. **Barrel:** 16" button rifled stainless steel, 1x16" twist rate. **Weight:** 6.73 lbs. **Length:** 31.625" overall. **Stock:** A2 grip, M4 6-point collapsible stock. **Features:** A2 upper with adjustable rear sight, elevation adjustable front post, bayonet lug, sling swivel, threaded muzzle, flash suppressor, carbine length handguards. Made in U.S.A. by Olympic Arms, Inc.
**Price:** K9GL, 9mm Para., Glock lower....................$1,157.00
**Price:** K10, 10mm, modified 10-round Uzi magazine......$1,006.20
**Price:** K40, .40 S&W, modified 10-round Uzi magazine ....$1,006.20
**Price:** K45, .45 ACP, modified 10-round Uzi magazine ......$1,006.20



### OLYMPIC ARMS K3B SERIES AR15 CARBINES
**Caliber:** 5.56 NATO, 30-shot magazines. **Barrel:** 16" button rifled chrome-moly steel, 1x9" twist rate. **Weight:** 5-7 lbs. **Length:** 31.75" overall. **Stock:** A2 grip, M4 6-point collapsible buttstock. **Features:** A2 upper with adjustable rear sight, elevation adjustable front post, bayonet lug, sling swivel, threaded muzzle, flash suppressor, carbine-length handguards. Made in U.S.A. by Olympic Arms, Inc.
**Price:** K3B base model, A2 upper ...............................$815.00
**Price:** K3B-M4 contoured barrel & handguards ............$1,103.70
**Price:** K3B-M4-A3-TC A3 upper, M4 barrel, FIRSH rail handguard .......................................................$1,246.70
**Price:** K3B-CAR 11.5" barrel with 5.5" permanent flash

00735
Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible
Exhibit 52

# CENTERFIRE RIFLES Autoloaders

suppressor.............................................................$1,033.50
**Price:** K3B-FAR 16" featherweight contoured barrel............$1,071.20





### OLYMPIC ARMS PLINKER PLUS AR15 MODELS
**Caliber:** 5.56 NATO, 30-shot magazine. **Barrel:** 16" or 20" button-rifled chrome-moly steel, 1x9" twist. **Weight:** 7.5-8.5 lbs. **Length:** 35.5"-39.5" overall. **Stock:** A2 grip, A2 buttstock with trapdoor. **Sights:** A1 windage rear, elevation-adjustable front post. **Features:** A1 upper, fiberlite handguards, bayonet lug, threaded muzzle and flash suppressor. Made in U.S.A. by Olympic Arms, Inc.
**Price:** Plinker Plus ......................................................$727.00
**Price:** Plinker Plus 20 ...................................................$908.00

### OLYMPIC ARMS GAMESTALKER
Sporting AR-style rifle chambered in 5.56 NATO, 6.8 SPC, .243 WSSM, .25 WSSM, .300 WSSM or 7.62x39. Features include forged aluminum upper and lower; flat top receiver with Picatinny rail; gas block front sight; 22-inch stainless steel fluted barrel; free-floating slotted-tube handguard; camo finish overall; ACE FX skeleton stock.
**Price:** .........................................................................$1,364.00

### OLYMPIC ARMS ULTIMATE MAGNUM AR
Sporting AR-style rifle in .22-250, .223 WSSM, .243 WSSM, .25 WSSM and .300 WSSM. **Weight:** 9.4 lbs. Features include forged aluminum upper and lower; flat top gas block receiver with Picatinny rail; 24-inch heavy match-grade bull barrel; free-floating slotted-tube handguard; camo finish overall.
**Price:** .........................................................................$1,359.00

### REMINGTON MODEL R-15 VTR PREDATOR
**Caliber:** .223, five-shot magazine. **Barrel:** 22" **Weight:** 7.75 lbs. **Length:** 36.25".**Stock:** Synthetic with full camo coverage. **Features:** AR-style with optics rail, aluminum alloy upper and lower.
**Price:** ..........................................................................$1,199.00



### REMINGTON MODEL R-25 G-II
**Caliber:** .243, 7mm-08, .308 Win., four-shot magazine. **Barrel:** 20" chrome-moly. **Weight:** 7.75 lbs. **Length:** 38.25" overall. **Features:** AR-style semiauto with single-stage trigger, aluminum alloy upper and lower, Mossy Oak Treestand camo finish overall.
**Price:** ..........................................................................$1,697.00

### REMINGTON MODEL 750 WOODSMASTER
**Caliber:** .243 Win., .270 Win., .308 Win., .30-06 Spfl., .35 Whelen. Four-shot magazine. **Barrel:** 22" round tapered, 18.5" (carbine version). **Weight:** 7.2 to 7.5 lbs. **Length:** 42.6" overall. **Stock:** R-styled American walnut fore-end and stock with machine-cut

checkering. Satin finish. **Sights:** Gold bead front sight on ramp; step rear sight with windage adjustable. **Features:** Gas-operated action, SuperCell recoil pad. Positive cross-bolt safety. Receiver tapped for scope mount. Introduced 2006. The latest variation of the classic semiauto Remington 740 of 1955. Made in U.S.A. by Remington Arms Co.
**Price:** 750 Woodsmaster ...................................................$1,024.00
**Price:** 750 Woodsmaster Carbine (18.5" bbl.) ........................$902.00

### ROCK RIVER ARMS LAR SERIES
**Caliber:** .223/5.56, .308/7.62, 6.8 SPC, .458 SOCOM, 9mm and .40 S&W. These AR-15 type rifles and carbines are available with a very wide range of options. Virtually any AR configuration is offered including tactical, hunting and competition models. Some models are available in left-hand versions.
**Price:** ............................................................. $1,035.00 to $1,845.00



### RUGER AR-556
**Caliber:** 5.56 NATO. Basic AR M4-style Modern Sporting Rifle with direct impingement operation, forged aluminum upper and lower receivers, and cold hammer-forged chrome-moly steel barrel with M4 feed ramp cuts. Other features include Ruger Rapid Deploy folding rear sight, milled F-height gas block with post front sight, telescoping 6-postion stock and one 30-round Magpul magazine. Introduced in 2015.
**Price:** .........................................................................$799.00



### RUGER SR-556
AR-style semiauto rifle chambered in 5.56 NATO or 7.62 NATO/.308. (SR-762 model). Feature include two-stage piston; quad rail handguard; Troy Industries sights; black synthetic fixed or telescoping buttstock; 16.12-inch 1:9 twist steel barrel with birdcage; 10- or 30-round detachable box magazine; black matte finish overall.
**Price:** .......................................................................$2,049.00
**Price:** Takedown model .....................................................$2,199.00
**Price:** SR-762 ...............................................................$2,349.00



...en are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.
Exhibit 52