C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>                              Defendant. | Case No:  17-cv-1017-BEN-JLB<br><br>**EXHIBIT 52 PART 2 OF 2 TO EXHIBIT 55 TO THE DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   April 30, 2018<br>Hearing Time:   10:30 a.m.<br>Judge:              Hon. Roger T. Benitez<br>Courtroom:       5A |

# EXHIBITS
## TABLE OF CONTENTS

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | Expert Report of James Curcuruto | 00019-26 |
| 2 | Expert Report of Stephen Helsley | 00027-38 |
| 3 | Expert Rebuttal Report of Professor Gary Kleck | 00039-102 |
| 4 | Expert Rebuttal Report of Professor Carlisle Moody | 00103-167 |
| 5 | Expert Report of Dr. Christopher S. Koper | 00168-195 |
| 6 | Expert Rebuttal Report of John J. Donohue | 00203-241 |
| 7 | Wikipedia page for "Magazine (firearms)", https://en.wikipedia.org/wiki/Magazine_(firearms) | 00242-249 |
| 8 | Pages 33-36 of *NRA Guide to the Basics of Pistol Shooting* (2d ed. 2009) | 00250-255 |
| 9 | Pages 22-36 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) | 00256-273 |
| 10 | Pages 95-99 of John Malloy, *Complete Guide to Guns & Shooting* (DBI Books, Inc. 1995) | 00281-288 |
| 11 | Rick Hacker, *Magazine Disconnect*, Am. Rifleman (Sept. 11, 2015) | 00289-292 |
| 12 | David B. Kopel, *The History of Firearm Magazines and Magazine Prohibitions*, 78 Albany L. Rev. 849 (2015) | 00293-333 |
| 13 | Pages 168-70 of Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00334-339 |
| 14 | *16-Shot Wheel Lock*, Am.'s 1st Freedom (May 10, 2014) | 00340-342 |

EXHIBITS 52-55 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 15 | Clayton E. Cramer & Joseph Olson, *Pistols, Crime, and Public Safety in Early America*, 44 Willamette L. Rev. 699 (2008) | 00343-366 |
| 16 | *"Defence" Rapid-Fire Gun Patented: 15 May 1718*, History Channel | 00367-369 |
| 17 | Pages 91-103 of Jim Garry, *Weapons of the Lewis and Clark Expedition* (2012) | 00370-385 |
| 18 | Pages 69-70 of John Plaster, *The History of Sniping and Sharpshooting* (2008) | 00386-390 |
| 19 | Page 31 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00391-394 |
| 20 | Wikipedia page for "Girandoni Air Rifle", https://en.wikipedia.org/wiki/Girandoni_air_rifle | 00402-405 |
| 21 | Page 683 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00406-409 |
| 22 | Page 33 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00410-413 |
| 23 | Pages 16, 148-49 and 167 of Jack Dunlap, *American British and Continental Pepperbox Firearms* (1964) | 00414-420 |
| 24 | Pages 249-50 of Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00421-425 |
| 25 | Page 66 of *Catalogue of Contents: Doe Run Lead Company's Museum* (July 1, 1912) | 00426-428 |
| 26 | Pages 711, 713, and 716 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00429-434 |

EXHIBITS 52-55 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 27 | Pages 9-17, 19-44 of Harold F. Williamson, *Winchester: The Gun That Won the West* (1952) | 00442-479 |
| 28 | Pages 303-06 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00480-486 |
| 29 | Joseph Bilby, *The Guns of 1864*, in Am. Rifleman (May 5, 2014) | 00487-497 |
| 30 | Page 49 of Harold F. Williamson, *Winchester: The Gun That Won the West* (1952) | 00498-501 |
| 31 | Pages 11 and 22-35 of R.L. Wilson, *Winchester: An American Legend* (1991) | 00509-526 |
| 32 | Pages 116-29 of Louis A. Garavaglia & Charles G. Worman, *Firearms of the American West* (1985) | 00527-543 |
| 33 | Pages 307-12 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00551-559 |
| 34 | Pages 137, 1240-41 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00560-565 |
| 35 | Pages 108-09 of Jim Supica, Doug Wicklund & Philip Shreier, *Treasures of the NRA National Firearms Museum* (2013) | 00566-570 |
| 36 | Pages 122-23 of Norm Flayderman, *Flayderman's Guide to Antique American Firearms and Their Values* (9th ed. 2007) | 00571-575 |
| 37 | Pages 60-63, 67-71, 204-208, 244-45 Lewis Winant, *Firearms Curiosa* (2009) (1st pub. 1954) | 00576-594 |

EXHIBITS 52-55 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---|---|---|
| 38 | Pages 708-09 of the *2014 Standard Catalog of Firearms* | 00595-599 |
| 39 | Pages 23, 30-32, 38-39, 54-55, and 272 of John W. Breathed, Jr. & Joseph J. Schroeder, Jr., *System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol* (1967) | 00600-611 |
| 40 | John Elliot, *A Sweeping History of the Mauser C96 Broomhandle Pistol*, Guns.com (Jan. 26, 2012) | 00612-624 |
| 41 | Pages 191-92 of Jim Perkins, *American Boys Rifles 1890-1945* (1976) | 00625-629 |
| 42 | Page 84 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00630-633 |
| 43 | Page 104 of Patrick Sweeney, *Gun Digest Book of the AR-15* (2005) | 00641-644 |
| 44 | Page 294 of *Gun Digest 24th Anniversary Deluxe Edition* (John T. Amber ed. 1969) | 00645-648 |
| 45 | Page 1102 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00649-652 |
| 46 | Page 1173 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00653-656 |
| 47 | Pages 182-83, 432-33 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00657-663 |
| 48 | Pages 464-65 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00664-668 |
| 49 | Pages 72-73 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) and pages 216-17 of Joseph J. Schroeder, Jr., *System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol* (1967) | 00669-677 |

EXHIBITS 52-55 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---|---|---|
| 50 | Page 121 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00678-681 |
| 51 | Page 184 of the *2014 Standard Catalogue of Firearms* (Jerry Lee ed. 2013) | 00682-685 |
| 52 | Pages 369-74, 377-78, 380-87, 391, 395-96, 398-99, 401-07, 409-11, 413-14, 438-47, and 454 from *Gun Digest* 2017 (Jerry Lee ed., 71st ed. 2016) | 00693-736, 00744-747 |
| 53 | Pages from websites of firearm manufacturers advertising firearms | 00748-774 |
| 54 | Pages 73-97 of *The Complete Book of Autopistols: 2013 Buyer's Guide* (2013) | 00775-800 |
| 55 | Robert A. Sadowski, *The Evolution of Glock Pistols*, *Pistols*, Handguns Buyer's Guide Mag. (Nov. 25, 2015) | 00801-811 |
| 56 | Pages 87 and 89-90 of Massad Ayoob, *The Complete Book of Handguns* (2013) | 00819-823 |
| 57 | Pages 183-87 *NRA Guide to the Basics of Personal Protection in the Home* (1st ed. 2000) | 00824-829 |
| 58 | Christopher S. Koper, Daniel J. Woods & Jeffrey A. Roth, *An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003* (Nat'l Instit. J. 2004) | 00830-866 |
| 59 | *What Should America Do About Gun Violence?* Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong. At 11 (2013) | 00867-903 |
| 60 | Gary Kleck, *Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkage*, 17 J. Research & Pol'y 28 (2016) | 00904-924 |

EXHIBITS 52-55 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

| Exhibit | Description | Page(s) |
|---|---|---|
| 61 | U.S. Dept. of Justice, Bureau of Justice Statistics, National Crime Victimization Survey, *Criminal Victimization in the United States, 2008 Statistical Tables*, Table 37 (Mar. 2009) | 00925-928 |
| 62 | Massad Ayoob, *Five Gunfighting Myths Debunked by Massad Ayoob*, Personal Defense World (Oct. 14, 2014) | 00929-938 |
| 63 | Jacob Sullum, *The Threat Posed by Gun Magazine Limits* (Jan. 13, 2016) | 00939-941 |
| 64 | Charles Remsberg, *Why One Cop Carries 145 Rounds of Ammo on the Job*, PoliceOne (Apr. 17, 2013) | 00942-946 |
| 65 | Gus G. Sentementes & Julie Bykowicz, *Documents Detail Cross Keys Shooting*, Balt. Sun (Mar. 21, 2006) | 00947-949 |
| 66 | *Gun Shop Owner Shoots, Kills Man During Attempted Robbery*, WIS TV (Aug. 9, 2012) | 00950-952 |
| 67 | Nieson Himmel, *Police Say Watch Shop Owner Kills 4th, 5th Suspects*, L.A. Times (Feb. 21, 1992) | 00953-955 |
| 68 | *Jewelry Store Burglarized, Scene of Deadly 1994 Robbery Attempt*, nbc12.com (2012) | 00956-958 |

EXHIBITS 52-55 TO THE DECLARATION OF ANNA M. BARVIR

17cv1017

# EXHIBIT 52

## PART 2 OF 2

# CENTERFIRE RIFLES Autoloaders

## RUGER MINI-14

**Caliber:** .223 Rem., 5-shot or 20-shot detachable box magazine. Tactical Rifle is also available in .300 AAC Blackout. **Barrel:** 18.5". Rifling twist 1:9". **Weight:** 6.75 to 7 lbs. **Length:** 37.25" overall. **Stock:** American hardwood, steel reinforced, or synthetic. **Sights:** Protected blade front, fully adjustable Ghost Ring rear. **Features:** Fixed piston gas-operated, positive primary extraction. New buffer system, redesigned ejector system. Ruger S100RM scope rings included on Ranch Rifle. Heavier barrels added in 2008, 20-round magazine added in 2009.

**Price:** Mini-14/5, Ranch Rifle, blued, wood stock .................. **$999.00**
**Price:** K-Mini-14/5, Ranch Rifle, stainless, scope rings ...... **$1,069.00**
**Price:** Mini-14 Target Rifle: laminated thumbhole stock, heavy crowned 22" stainless steel barrel, other refinements ............................................................. **$1,259.00**
**Price:** Mini-14 ATI Stock: Tactical version of Mini-14 but with six-position collapsible stock or folding stock, grooved pistol grip. Multiple Picatinny optics/accessory rails .. **$1,089.00**
**Price:** Mini-14 Tactical Rifle: Similar to Mini-14 but with 16.12" barrel with flash hider, black synthetic stock, adjustable sights ................................................................ **$1,019.00**

## RUGER MINI THIRTY

Similar to the Mini-14 rifle except modified to chamber the 7.62x39 Russian service round. **Weight:** 6.75 lbs. Has 6-groove barrel with 1:10" twist, Ruger Integral Scope Mount bases and protected blade front, fully adjustable Ghost Ring rear. Detachable 5-shot staggered box magazine. 20-round magazines available. Stainless or matte black alloy w/synthetic stock. Introduced 1987.

**Price:** Matte black finish ...................................................... **$1,069.00**
**Price:** Stainless ................................................................... **$1,089.00**
**Price:** Stainless w/20-round mag ......................................... **$1,139.00**



## SIG-SAUER MCX

AR-style rifle chambered in 5.56 NATO, 7.62x39mm or .300 Blackout. Modular system allows switching between calibers with conversion kit. Features include a 16" barrel, aluminum KeyMod handguards, amdi controls and charging handle, choice of side-folding or telescoping stock, auto-regulating gas system to all transition between subsonic and supersonic loads.

**Price:** .................................................................... **$1,866.00**
**Price:** With conversion kit ................................................... **$2,138.00**



## SIG-SAUER SIG516 GAS PISTON

AR-style rifle chambered in 5.56 NATO. Features include 14.5-, 16-, 18- or 20-inch chrome-lined barrel; free-floating, aluminum quad rail fore-end with four M1913 Picatinny rails; threaded muzzle with a standard (0.5x28TPI) pattern; aluminum upper and lower receiver is machined; black anodized finish; 30-round magazine; flattop upper; various configurations available.

**Price:** .................................................................... **$1,794.00**

## SIG SAUER M400 VARMINTER/PREDATOR SERIES

**Caliber:** .223/5.56 NATO. AR Flattop design. **Barrel:** 18" (Predator) with Hogue free-floated fore-end. **Features:** Two-stage Geissele match trigger, Hogue grip, ambidextrous controls, Magpul MOE stock.

**Price:** Predator .................................................................. **$1,446.00**

## SIG-SAUER SIG716 TACTICAL PATROL

AR-10 type rifle chambered in 7.62 NATO/.308 Winchester. Features include gas-piston operation with 3-round-position (4-position optional) gas valve; 16-, 18- or 20-inch chrome-lined barrel with threaded muzzle and nitride finish; free-floating aluminum quad rail fore-end with four M1913 Picatinny rails; telescoping buttstock; lower receiver is machined from a 7075-T6 Aircraft grade aluminum forging; upper receiver, machined from 7075-T6 aircraft grade aluminum with integral M1913 Picatinny rail. DMR has free-floating barrel, two-stage match-grade trigger, short-stroke push rod operating system.

**Price:** .................................................................... **$2,283.00**
**Price:** Designated Marksman (DMR)................................ **$2,963.00**

## SMITH & WESSON M&P15

**Caliber:** 5.56mm NATO/.223, 30-shot steel magazine. **Barrel:** 16", 1:9" twist. **Weight:** 6.74 lbs., w/o magazine. **Length:** 32-35" overall. **Stock:** Black synthetic. **Sights:** Adjustable post front sight, adjustable dual aperture rear sight. **Features:** 6-position telescopic stock, thermo-set M4 handguard. 14.75" sight radius. 7-lbs. (approx.) trigger pull. 7075 T6 aluminum upper, 4140 steel barrel. Chromed barrel bore, gas key, bolt carrier. Hard-coat black-anodized receiver and barrel finish. OR (Optics Ready) model has no sights. TS model has Magpul stock and folding sights. Made in U.S.A. by Smith & Wesson.

**Price:** Sport Model .............................................................. **$739.00**
**Price:** OR Model ............................................................... **$1,069.00**
**Price:** TS model ................................................................ **$1,569.00**

## SMITH & WESSON M&P15-300

**Caliber:** .300 Whisper/.300 AAC Blackout. Other specifications the same of 5.56 models.

**Price:** .................................................................... **$1,119.00**



## SMITH & WESSON MODEL M&P15 VTAC

**Caliber:** .223 Remington/5.56 NATO, 30-round magazine. **Barrel:** 16". **Weight:** 6.5 lbs. **Length:** 35" extended, 32" collapsed, overall. **Features:** Six-position CAR stock. Surefire flash-hider and G2 light with VTAC light mount; VTAC/JP handguard; JP single-stage match trigger and speed hammer; three adjustable picatinny rails; VTAC padded two-point adjustable sling.

**Price:** .................................................................... **$1,949.00**

## SMITH & WESSON M&P15PC CAMO

**Caliber:** 223 Rem/5.56 NATO, A2 configuration, 10-round mag. **Barrel:** 20" stainless with 1:8" twist. **Weight:** 8.2 lbs. **Length:** 38.5" overall. **Features:** AR-style, no sights but integral front and rear optics rails. Two-stage trigger, aluminum lower. Finished in Realtree Advantage Max-1 camo.

**Price:** .................................................................... **$1,589.00**



## SMITH & WESSON M&P10

**Caliber:** .308 Win. **Capacity:** 10 rounds. **Barrel:** 18 inches. **Weight:** 7.7 pounds. **Features:** 6-position CAR stock, black hard anodized finish. Camo finish hunting model available w/5-round magazine.

**Price:** .................................................................... **$1,619.00**
**Price:** (Camo) .................................................................... **$1,729.00**

00745

Prices given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

Exhibit 52

# CENTERFIRE RIFLES Autoloaders

## SPRINGFIELD ARMORY M1A

**Caliber:** 7.62mm NATO (.308), 5- or 10-shot box magazine. **Barrel:** 25-1/16" with flash suppressor, 22" without suppressor. **Weight:** 9.75 lbs. **Length:** 44.25" overall. **Stock:** American walnut with walnut-colored heat-resistant fiberglass handguard. Matching walnut handguard available. Also available with fiberglass stock. **Sights:** Military, square blade front, full click-adjustable aperture rear. **Features:** Commercial equivalent of the U.S. M-14 service rifle with no provision for automatic firing. From Springfield Armory

| | |
|---|---|
| **Price:** SOCOM 16 | $1,965.00 |
| **Price:** Scout Squad, from | $1,830.00 |
| **Price:** Standard M1A, from | $1,669.00 |
| **Price:** Loaded Standard, from | $1,828.00 |
| **Price:** National Match, from | $2,359.00 |
| **Price:** Super Match (heavy premium barrel) about | $2,956.00 |
| **Price:** Tactical, from | $3,619.00 to $4,046.00 |

## STAG ARMS AR-STYLE SERIES

**Caliber:** 5.56 NATO/.223, 6.8 SPC, 9mm Parabellum. Ten, 20 or 30-shot magazine capacity. This manufacturer offers more than 25 AR-style rifles or carbines with many optional features including barrel length and configurations, stocks, sights, rail systems and both direct impingement and gas piston operating systems. Left-hand models are available on some products. Listed is a sampling of Stag Arms models.

| | |
|---|---|
| **Price:** Model 1 | $949.00 |
| **Price:** Model 2T Carbine (Tactical) | $1,130.00 |
| **Price:** Model 3 Carbine (shown) | $895.00 |
| **Price:** Model 3G Rifle | $1,459.00 |
| **Price:** Model 5 Carbine (6.8) | $1,045.00 |
| **Price:** Stag 7 Hunter (6.8) | $1,055.00 |
| **Price:** Model 9 (9mm) | $990.00 |

## STONER SR-15 MOD2

**Caliber:** .223. **Barrel:** 18". **Weight:** 7.6 lbs. **Length:** 38" overall. **Stock:** Mag-Pul MOE. **Sights:** Post front, fully adjustable rear (300-meter sight). **Features:** URX-4 upper receiver; two-stage trigger, 30-round magazine. Black finish. Made in U.S.A. by Knight's Mfg.

| | |
|---|---|
| **Price:** | $2,400.00 |

## STONER SR-25 ACC

**Caliber:** 7.62 NATO, 10-or 20-shot steel magazine. **Barrel:** 16" with flash hider. **Weight:** 8.5 lbs. **Features:** Shortened, non-slip handguard; drop-in two-stage match trigger, removable carrying handle, ambidextrous controls, matte black finish. Made in U.S.A. by Knight's Mfg. Co.

| | |
|---|---|
| **Price:** | $5,300.00 |



## STONER SR-30

**Caliber:** .300 Blackout. **Barrel:** 16". **Weight:** 7.75 lbs. **Features:** QDC flash suppressor, micro front and rear iron sights, ambidextrous controls, fully adjustable stock.

| | |
|---|---|
| **Price:** | $2,500.00 |

## WILSON COMBAT TACTICAL

**Caliber:** 5.56mm NATO, accepts all M-16/AR-15 Style Magazines, includes one 20-round magazine. **Barrel:** 16.25", 1:9" twist, match-grade fluted. **Weight:** 6.9 lbs. **Length:** 36.25" overall. **Stock:** Fixed or collapsible. **Features:** Free-float ventilated aluminum quad-rail handguard, Mil-Spec parkerized barrel and steel components, anodized receiver, precision CNC-machined upper and lower receivers, 7075 T6 aluminum forgings. Single stage JP Trigger/ Hammer Group, Wilson Combat Tactical Muzzle Brake, nylon tactical rifle case. M-4T version has flat-top receiver for mounting optics, OD green furniture, 16.25" match-grade M-4 style barrel. SS-15 Super Sniper Tactical Rifle has 1-in-8 twist, heavy 20" match-grade fluted stainless steel barrel. Made in U.S.A by Wilson Combat.

| | |
|---|---|
| **Price:** | $2,225.00 to $2,450.00 |



es given are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# CENTERFIRE RIFLES Bolt-Action

barrel with muzzlebrake, Magpul PRS adjustable stock.
**Price:** ................................................................. **$5,657.00**

**CHEYTAC M-200**
**Caliber:** 408 CheyTac, 7-round magazine. **Barrel:** 30". **Length:** 55", stock extended. **Weight:** 27 lbs. (steel barrel); 24 lbs. (carbon-fiber barrel). **Stock:** Retractable. **Sights:** None, scope rail provided. **Features:** CNC-machined receiver, attachable Picatinny rail M-1913, detachable barrel, integral bipod, 3.5-lb. trigger pull, muzzlebrake. Made in U.S. by CheyTac, LLC.
**Price:** ..............................................................$13,795.00



**CMMG MK SERIES**
**Caliber:** 5.56 NATO, .308 Win., 7.62x39, .300 BLK. This company manufactures a wide range of AR and AK style rifles and carbines. Many AR/AK options offered. Listed are several variations of CMMG's many models. Made in the USA.
**Price:** MK4 LEM  .223 .........................................$995.00
**Price:** MK3 .308 ..............................................$1,595.00
**Price:** MK47 AKS8 7.62x39 (shown) ......................$1,650.00
**Price:** MK4 RCE .300 BLK ..................................$1,500.00

**COOPER FIREARMS OF MONTANA**
This company manufacturers bolt-action rifles in a variety of styles and in almost any factory or wildcat caliber. Features of the major model sub-category/styles are listed below. Several other styles and options are available.
**Classic:** Available in all models. AA Claro walnut stock with 4-panel hand checkering, hand-rubbed oil-finished wood, Pachmayr pad, steel grip cap and standard sling swivel studs. Barrel is chrome-moly premium match grade Wilson Arms. All metal work has matte finish.
**Custom Classic:** Available in all models. AAA Claro walnut stock with shadow-line beaded cheek-piece, African ebony tip, Western fleur wrap-around hand checkering, hand-rubbed oil-finished wood, Pachmayr pad, steel grip cap and standard sling swivel studs. Barrel is chrome-moly premium match grade Wilson Arms. All metal work has high gloss finish.
**Western Classic:** Available in all models. AAA+ Claro walnut stock. Selected metal work is highlighted with case coloring. Other features same as Custom Classic.
**Mannlicher:** Available in all models. Same features as Western Classic with full-length stock having multi-point wrap-around hand checkering.
**Varminter:** Available in Models 21, 22, 38, 52, 54 and 57-M. Same features as Classic except heavy barrel and stock with wide fore-end, hand-checkered grip.



**COOPER MODEL 21**
**Caliber:** Virtually any factory or wildcat chambering in the .223 Rem. family is available including: .17 Rem., .19-223, Tactical 20, .204 Ruger, .222 Rem, .222 Rem Mag., .223 Rem, .223 Rem A.I., 6x45, 6x47. Single shot. **Barrel:** 22" or 24" in Classic configurations, 24"-26" in Varminter configurations. **Weight:** 6.5-8.0 lbs., depending on type. **Stock:** AA-AAA select claro walnut, 20 lpi checkering. **Sights:** None furnished. **Features:** Three front locking-lug, bolt-action, single-shot.

**Action:** 7.75" long, Sako extractor. Button ejector. Fully adjustable single-stage trigger. Options include wood upgrades, case-color metalwork, barrel fluting, custom LOP, and many others.
**Price:** Classic ..................................................$2,225.00
**Price:** Custom Classic. .......................................$2,595.00
**Price:** Western Classic. ......................................$3,455.00
**Price:** Varminter ..............................................$2,295.00
**Price:** Mannlicher ............................................$4,395.00

**COOPER MODEL 22**
**Caliber:** Virtually any factory or wildcat chambering in the mid-size cartridge length including: .22-250 Rem., .22-250 Rem. AI, .25-06 Rem., .25-06 Rem. AI, .243 Win., .243 Win. AI, .220 Swift, .250/3000 AI, .257 Roberts, .257 Roberts AI, 7mm-08 Rem., 6mm Rem., .260 Rem., 6x284, 6.5x284, .22 BR, 6mm BR, .308 Win. Single shot. **Barrel:** 24" or 26" stainless match in Classic configurations. 24" or 26" in Varminter configurations. **Weight:** 7.5 to 8.0 lbs. depending on type. **Stock:** AA-AAA select claro walnut, 20 lpi checkering. **Sights:** None furnished. **Features:** Three front locking-lug bolt-action single shot. Action: 8.25" long, Sako-style extractor. Button ejector. Fully adjustable single-stage trigger. Options include wood upgrades, case-color metalwork, barrel fluting, custom LOP, and many others.
**Price:** Classic ..................................................$2,225.00
**Price:** Custom Classic. .......................................$2,595.00
**Price:** Western Classic. ......................................$3,455.00
**Price:** Varminter ..............................................$2,225.00
**Price:** Mannlicher ............................................$4,495.00

**COOPER MODEL 38**
**Caliber:** .22 Hornet family of cartridges including the .17 Squirrel, 17 He Bee, 17 Ackley Hornet, 17 Mach IV, 19 Calhoon, 20 VarTarg, 221 Fireball, .22 Hornet, .22 K-Hornet, .22 Squirrel, 218 Bee, 218 Mashburn Bee. Single shot. **Barrel:** 22" or 24" in Classic configurations, 24" or 26" in Varminter configurations. **Weight:** 6.5-8.0 lbs. depending on type. **Stock:** AA-AAA select claro walnut, 20 lpi checkering. **Sights:** None furnished. **Features:** Three front locking-lug bolt-action single shot. Action: 7" long, Sako-style extractor. Button ejector. Fully adjustable single-stage trigger. Options include wood upgrades, case-color metalwork, barrel fluting, custom LOP, and many others.
**Price:** Classic ..................................................$2,195.00
**Price:** Custom Classic. .......................................$2,595.00
**Price:** Western Classic. ......................................$3,455.00
**Price:** Varminter ..............................................$2,225.00
**Price:** Mannlicher ............................................$4,395.00

**COOPER MODEL 52**
**Caliber:** .30-06, .270 Win., .280 Rem, .25-06, .284 Win., .257 Weatherby Mag., .264 Win. Mag., .270 Weatherby Mag., 7mm Remington Mag., 7mm Weatherby Mag., 7mm Shooting Times Westerner, .300 Holland & Holland, .300 Winchester Mag., .300 Weatherby Mag., .308 Norma Mag., 8mm Rem. Mag., .338 Win. Mag., .340 Weatherby V. Three-shot magazine. **Barrel:** 22" or 24" in Classic configurations, 24" or 26" in Varminter configurations. **Weight:** 7.75 - 8 lbs. depending on type. **Stock:** AA-AAA select claro walnut, 20 lpi checkering. **Sights:** None furnished. **Features:** Three front locking-lug bolt-action single shot. Action: 7" long, Sako style extractor. Button ejector. Fully adjustable single-stage trigger. Options include wood upgrades, case-color metalwork, barrel fluting, custom LOP, and many others.
**Price:** Classic. .................................................$2,275.00
**Price:** Custom Classic. .......................................$3,195.00
**Price:** Western Classic. ......................................$3,895.00
**Price:** Jackson Game .........................................$2,355.00
**Price:** Jackson Hunter .......................................$2,225.00
**Price:** Excalibur. .............................................$2,275.00
**Price:** Mannlicher ............................................$4,995.00

**COOPER MODEL 54**
**Caliber:** .22-250, .243 Win., .250 Savage, .260 Rem., 7mm-08, .308 Win. and similar length cartridges. Features are similar to those of the Model 52.
**Price:** Classic. .................................................$2,275.00
**Price:** Custom Classic. .......................................$3,195.00
**Price:** Western Classic. ......................................$3,895.00
**Price:** Jackson Game .........................................$2,355.00
**Price:** Jackson Hunter .......................................$2,225.00
**Price:** Excalibur. .............................................$2,275.00

Prices given herein are believed to be accurate at time of publication however, many factors affect retail pricing so exact prices are not possible.

# EXHIBIT 53



# GLOCK GEN4

## PISTOL SET

The Gen4, just like any GLOCK pistol has the same time tested

- "Safe Action" system
- durable exterior finish
- cold hammer forged barrel
- durability
- reliability
- light weight

... that make GLOCK firearms famous!

The new Gen4 has several new features designed to satisfy the most demanding consumers. It is based on a full size G17/G22 MBS (multiple back strap) frame with a reduced short frame trigger mechanism housing. The multiple back strap system allows the user to change the circumference of the grip to fit their individual hand size.

The grip has three options; a short frame version, medium frame or large frame that are easily changed and secured with a single pin.

The grip angle of the GLOCK "Safe Action" Pistol is not changed by back strap modifications. This ensures that the shooter does not shoot high or low when modifying the back strap or when shooting with a different GLOCK Pistol.

Warning: Always point the muzzle in a safe direction. You must follow all safety rules provided with your firearm to ensure its safe use.

© GLOCK Ges.m.b.H. 2010



Safety Warning:
Always ensure that the firearm is unloaded before assembling or changing back straps or any other part

GEN4
NEXT GENERATION OF PERFECTION

The smallest option is the initial G17 MBS frame, without back straps, reducing the trigger distance of the standard size G17/G22 frame by 2 mm. Mounting the medium back strap (2 mm) offers equal size of a standard G17/G22 frame or alternatively the large back strap is 4 mm.

The magazine release catch of the Gen4 is reversible and enlarged to the rear. The reversible magazine catch is more comfortable to reach and allows users to switch the catch to the left or right side of the pistol with no additional parts.

Additionally, the Gen4 has a new Rough Textured Frame (Gen4 RTF) surface designed to enhance grip traction, without being too aggressive. It is present on the frame as well as on the interchangeable back straps.



# GLOCK Back Straps



| Back Straps | | Standard | | Compact | |
|---|---|---|---|---|---|
| | | mm | inch | mm | inch |
| **SF** | w/o Back Strap (SF) | | | | |
| | Length (overall) | 202 | 7.95 | 185 | 7.28 |
| | Trigger distance | 70 | 2.76 | 71 | 2.80 |
| **M** | Medium Back Strap (2 mm) | | | | |
| | Length (overall) | 204 | 8.03 | 187 | 7.36 |
| | Trigger distance | 72 | 2.83 | 73 | 2.88 |
| **L** | Large Back Strap (4 mm) | | | | |
| | Length (overall) | 206 | 8.11 | 189 | 7.44 |
| | Trigger distance | 74 | 2.91 | 75 | 2.96 |

Subject to technical changes



GLOCK PISTOLSET

2x Back Straps

1x Cleaning Set
1x MBS Tool

GLOCK Pistol Case:
1x Manual
2x Magazines
1x Speed Loader

GEN4
NEXT GENERATION OF PERFECTION

# GLOCK Gen4 Pistol Models



## MAGAZINE

Gen4 Magazine

The 4th generation magazine has a recess and two notches to operate properly with all types of existing magazine catches.

## RECOIL SPRING

Recoil Spring

Internally, the original recoil spring has been replaced with a dual recoil spring assembly. The dual recoil spring assembly noticeably reduces the recoil while simultaneously increasing the life cycle of the assembly.



GEN4 — NEXT GENERATION OF PERFECTION

---

### GLOCK 17 Gen4



**CALIBER** 9x19

**SYSTEM** Safe Action

**WEIGHT**
625 g / 22,04 oz
LOADED (~)
905 g / 31,91 oz

**MAG. CAPACITY**
Standard: 17
OPTIONAL
19 / 33

**G17 Gen4 and G22 Gen4 Models:**

| | | |
|---|---|---|
| Length (slide cpl.) | 186 mm | 7.32 inch |
| Width | 30 mm | 1.18 inch |
| Height with Magazine (incl. sights) | 138 mm | 5.43 inch |

| | | |
|---|---|---|
| Length between sights | 165 mm | 6.50 inch |
| Barrel length | 114 mm | 4.49 inch |
| Length of twist | 250 mm | 9.84 inch |

### GLOCK 22 Gen4

**CALIBER** 40

**SYSTEM** Safe Action

**WEIGHT**
645 g / 23 oz
LOADED (~)
972 g / 35 oz

**MAG. CAPACITY**
Standard: 15
OPTIONAL
17

| | | |
|---|---|---|
| Barrel profile | hexag. right hand twist | |
| Trigger Pull | 2,5 kg | 5.5 lbs. |
| Trigger Travel | 12,5 mm | 0.49 inch |

---

### GLOCK 19 Gen4



**CALIBER** 9x19

**SYSTEM** Safe Action

**WEIGHT**
595 g / 21 oz
LOADED (~)
850 g / 30,16 oz

**MAG. CAPACITY**
Standard: 15
OPTIONAL
17 / 19 / 33

**G19 Gen4 and G23 Gen4 Models:**

| | | |
|---|---|---|
| Length (slide cpl.) | 174 mm | 6.85 inch |
| Width | 30 mm | 1.18 inch |
| Height with Magazine (incl. sights) | 127 mm | 5.00 inch |

| | | |
|---|---|---|
| Length between sights | 153 mm | 6.02 inch |
| Barrel length | 102 mm | 4.02 inch |
| Length of twist | 250 mm | 9.84 inch |

### GLOCK 23 Gen4

**CALIBER** 40

**SYSTEM** Safe Action

**WEIGHT**
604 g / 21,34 oz
LOADED (~)
888 g / 31,22 oz

**MAG. CAPACITY**
Standard: 13
OPTIONAL
15 / 17

| | | |
|---|---|---|
| Barrel profile | hexag. right hand twist | |
| Trigger Pull | 2,5 kg | 5.5 lbs. |
| Trigger Travel | 12,5 mm | 0.49 inch |

Subject to technical changes

## GLOCK Gen4 Compatibility

GLOCK "Safe Action" pistols only require 34 components – clearly less than conventional pistols. This simplifies spare parts logistics, reduces susceptibility to errors, reduces maintenance costs and above all results in unsurpassed parts compatibility among various GLOCK pistol models.



| 01 | Slide |
| 02 | Barrel |
| 03+04 | Recoil spring assembly |
| 05 | Firing pin |
| 06 | Spacer sleeve |
| 07 | Firing pin spring |
| 08 | Spring cups |
| 09 | Firing pin safety |
| 10 | Firing pin safety spring |
| 11 | Extractor |
| 12 | Extractor depressor plunger |
| 13 | Extractor depressor plunger spring |
| 14 | Springloaded bearing |
| 15 | Slide cover plate |
| 16 | Rear sight |
| 16a/b | Front sight / Screw |
| 17 | Frame |
| 17 a/b | Back Straps |
| 18 | Magazine catch spring |
| 19 | Magazine catch |
| 20 | Slide lock spring |
| 21 | Slide lock |
| 22 | Locking block |
| 23 | Trigger mechanism housing with ejector |
| 24 | Connector |
| 25 | Trigger spring |
| 26 | Trigger with trigger bar |
| 27 | Slide stop lever |
| 28 | Trigger pin |
| 29 | Trigger housing pin short |
| 29 a | Trigger housing pin long |
| 30 | Follower |
| 31 | Magazine spring |
| 32 | Magazine floor plate |
| 32a | Magazine insert |
| 33 | Magazine tube |
| 34 | Locking block pin |



GEN4 — NEXT GENERATION OF PERFECTION

| PARTS | STANDARD | | OPTIONS | | | |
|---|---|---|---|---|---|---|
| | 9x19 G17 Gen4 | .40 G22 Gen4 | STEEL | STEEL Night Sight | STEEL Luminescent | POLYMER Adjustable |
| REAR SIGHT | Polymer 6.5 mm | | | | | |
| FRONT SIGHT | Polymer | | | | | |
| SLIDE STOP LEVER | | | Slide Stop Lever Extended | | | |
| MAGAZINE CATCH | | | | | | |
| FIRING PIN SPRING | 24 Newton | | a: 28 Newton b: 31 Newton | | | |
| SPRING CUPS | | | Maritime | | | |
| CONNECTOR | 2.5 kg / 5.5 lbs. | | a: 2.0 kg / 4.5 lbs. b: 3.5 kg / 8.0 lbs. | | | |
| TRIGGER SPRING | | | a: N.Y.1 b: N.Y.2 | | | |



# GLOCK HOLSTER

### GLOCK Safety Holster* *Not available for the US market

Safe – simple – quick: The GLOCK Safety Holster affords officers on duty optimum protection hindering unauthorized access to the weapon by third parties. Easy operation and ergonomical design make for the legendary GLOCK speed. This allows for quick drawing of the weapon in one motion.

### GLOCK Belt Hanger

Differently dimensioned short and tandem carry plates can be attached to any service belt for optimum carry comfort of the GLOCK Safety Holster.

### GLOCK Tactical Belt Hanger

Combines the features of the GLOCK Safety Holster with ergonomic low positioning.

**GLOCK HOLSTER**

Sport / Combat Holster

Sport / Duty Holster

Military Holster

GEN4

NEXT GENERATION OF PERFECTION



PISTOL TOOLS

Pistol Cleaning Set

Front Sight Mounting Tool

Back Strap Disassembly Tool (MBS)

Rear Sight Mounting Tool

GEN4
NEXT GENERATION OF PERFECTION

# GLOCK
## Tactical Light and Laser Modules

Batteries and dust cover not included.

**GTL 51 / 52**

OPERATIONAL MODES:
- Xenon Light
- Xenon Light + VIS Laser
- VIS Laser
- IR Light
- IR Light + IR Laser
- IR Laser
- Xenon Light dimmable (GTL 52)
- IR Laser dimmable (GTL 52)
- Only available to LE & military accounts in the US

**GTL 21 / 22**

OPERATIONAL MODES:
- Xenon Light
- Xenon Light + VIS Laser
- VIS Laser
- Xenon Light dimmable (GTL 22)

**GTL 10 / 11**

OPERATIONAL MODES:
- Xenon Light
- Xenon Light dimmable (GTL 11)



# GLOCK "SAFE ACTION" SYSTEM

GLOCK pistols are equipped with the Safe Action System, a fully automatic safety system consisting of three passive, independently operating mechanical safeties, which sequentially disengage when the trigger is pulled and automatically reengage when the trigger is released.

1   Trigger Safety
2   Firing Pin Safety
3   Drop Safety

## SAFETY RULES

Handle all firearms as if they were loaded.

Always keep the firearm pointed in a safe direction.

Keep your finger out of the gun's trigger guard and off the trigger until you have aligned the gun's sights on a safe target and you have made the decision to fire.

Always be certain that your target and the surrounding area are safe before firing.

Whenever you handle a firearm, the first thing you should do (while keeping it pointed in a safe direction with your finger outside the trigger guard) is open the action to determine whether or not the firearm is loaded.

Thoroughly read the instruction manual supplied with your firearm.

Before firing your weapon, you should routinely make sure that your firearm is in good working order and that the barrel is clear of dirt and obstructions.

Only use ammunition recommended by the firearm manufacturer, and always be certain that the ammunition matches the caliber of your gun.

Quality ear and eye protection should always be worn when shooting or observing.

Never use firearms while under the influence of drugs or alcohol.

All firearms should be stored unloaded and secured in a safe storage case, inaccessible to children and untrained adults.

The transportation of firearms is regulated by Federal, State and local laws. Always transport your firearm in a safe, unloaded condition and in accordance with applicable laws.



GEN4
NEXT GENERATION OF PERFECTION



## 1 Trigger Safety

The trigger safety is incorporated into the trigger in the form of a lever and when in the forward position, blocks the trigger from moving rearward. To fire the pistol, the trigger safety and the trigger itself, must be deliberately depressed at the same time. If the trigger safety is not depressed, the trigger will not move rearwards and allow the pistol to fire.

## 2 Firing Pin Safety

The spring-loaded firing pin safety projects into the firing pin channel and mechanically blocks the firing pin from moving forward. When the trigger is being moved rearwards, a vertical extension of the trigger bar pushes the firing pin safety upwards, clearing the firing pin channel. During the slide cycling process, the firing pin safety automatically reengages.

## 3 Drop Safety

The rear part of the trigger bar, which has a cruciform shape, rests with both arms on the drop safety shelf located in the trigger mechanism housing. When the trigger is pulled to the rear, the trigger bar begins to move off until finally separating from the firing pin lug. During the slide cycling process, the trigger bar is lifted and caught by the firing pin lug. The trigger bar is reengaged by the firing pin lug.



www.GLOCK.com

GLOCK and the GLOCK "G" and the Pistol Appearance are Trademarks Registered in the U.S. Patent and Trademark Office.

**GLOCK Ges.m.b.H.**
P.O. Box 9
A-2232 Deutsch-Wagram
AUSTRIA
Tel.: +43 (0) 2247 - 90300-0
Fax: +43 (0) 2247 - 90300-312

**GLOCK H.K. Ltd.**
3102 China Merchants Tower
168 Connaught Road Central
HONG KONG
Tel.: +852 2375 - 3858
Fax: +852 2654 - 7089

**GLOCK America S.A.**
Plaza Independencia 831,
Office 802, 11100 Montevideo
URUGUAY
Tel.: +598 - 2 - 902 2227
Fax: +598 - 2 - 902 2230

**GLOCK Middle East FZE**
P.O. Box 54260
Dubai
United Arab Emirates
Tel.: +971 - 4 - 299 5779
Fax: +971 - 4 - 299 4442

**GLOCK Inc.**
6000 Highlands Parkway
Smyrna, GA 30082
U.S.A.
Tel.: +1 770 - 432 1202
Fax: +1 770 - 433 8719

FIREARM SAFETY
IS EVERYONE'S BUSINESS

E



# G19

HOME › Products › Pistols › G19

## The all-round talent

The GLOCK 19 in 9 mm Luger is ideal for a versatile role thanks to its reduced dimensions when compared to the standard sized option. In addition to its use as a conventional service pistol, it is ideal for use as a backup weapon or for concealed carry purpose.

## TECHNOLOGIES

**SAFE ACTION**   Safe Action® System   ›

**PREVIOUS**   Previous   ›

# TECHNICAL DATA

 **Caliber**
9 mm Luger

 **System**
Safe action

 **Mag. Capacity**
Standard: 15
Optional: 17 / 17 / 19 / 31 / 33

 **Barrel Length**
102 mm | 4.02 inch

 **Weight**
without magazine
600 g | 21.16 oz

 **Weight**
with empty magazine
670 g | 23.63 oz

 **Weight**
with loaded magazine*
855 g | 30.16 oz

 **Trigger Pull****
28 N

 **Muzzle velocity***
350 m/s | 1148 fps

 **Muzzle energy***
490 J | 361 ft lb

* depending on the ammunition used / ** depending on configuration

# MAGAZINES

| | | | | | |
|---|---|---|---|---|---|
|  | **15 Rounds** |  | **17 Rounds** |  | **17 Rounds** |
|  | **19 Rounds** |  | **31 Rounds** |  | **33 Rounds** |

Some magazines might not be available in all countries due to legal regulations.



Home / M&P®9 M2.0™

# M&P®9 M2.0™

SKU: 11521

○ ○ ○ ○ ○



## $599.00*

*Suggested Retail, Dealer Sets Actual Pricing

## OVERVIEW

The M&P M2.0 pistol, the newest innovation to the respected M&P polymer pistol line.  Designed for personal, sporting, and professional use, the M&P M2.0 delivers an entirely new platform, introducing innovative features in nearly every aspect of the pistol, including trigger, grip, frame, and finish. Highlights of the M&P M2.0 pistol include an extended stainless-steel chassis and a low barrel bore axis for reduced muzzle rise and faster aim recovery. The M&P M2.0 pistol further improves performance with a fine-tuned, crisper trigger, lighter pull and a tactile and audible reset. The pistol, available in three calibers, includes an aggressively-textured grip and four interchangeable palmswell inserts for optimal hand-fit and trigger reach. The striker-fire, semi-automatic polymer pistol is available in matte black or FDE – Flat Dark Earth – finishes, and includes two magazines, a limited lifetime warranty and a lifetime service policy.

## Features
• Low barrel bore axis makes the M&P pistol more comfortable to shoot reducing muzzle rise and allowing for faster aim recovery.
• Optimal 18-degree grip angle for natural point of aim.
• Four interchangeable palmswell grip inserts for optimal hand fit and trigger reach - S, M, ML, L.
• Aggressive grip texture for enhanced control.
• New M&P M2.0 crisp trigger with lighter trigger pull.
• Tactile and audible trigger reset.
• Accurate 1 in 10" twist M&P M2.0 barrel.
• Extended rigid embedded stainless steel chassis to reduce flex and torque when firing.
• Armornite® durable corrosion resistant finish.


ALL BACKED BY OUR SMITH & WESSON LIFETIME SERVICE POLICY.
Availability subject to applicable federal, state and local laws, regulations, and ordinances.


# SPECIFICATIONS

SKU: **11521**

Model: **M&P®9 M2.0™**

Caliber: **9mm**

Capacity: **17+1**

Barrel Length: **4.25" / 10.8 cm**

Overall Length: **7.4"**

Front Sight: **Steel - White Dot**

Rear Sight: **Steel - White Two Dot**

Action: **Striker Fire**

Grip: **Polymer**

Weight: **24.7 oz / 700.2g**

Barrel Material: **Stainless Steel - Armornite® Finish**

Slide Material: **Stainless Steel - Armornite® Finish**

Frame Material: **Polymer**

  CZ 75 B


**Catalog**

PRODUCTS ˅    DEALERS ˅    SUPPORT ˅    COMMUNITY ˅    COMPANY ˅

LINKS ˅    SPOKESMAN ˅    LE/MIL ˅

# CZ 75 B



 CZ 75 B

single action only, ambidextrous, alloy frames as well as competition pistols.

The 75 B features a steel frame, a black polycoat finish, 3 dot sights, 16+1 9mm capacity (10+1 in .40 S&W) and, of course, the ergonomics and DA/SA action that have made it the most copied handgun design second only to the 1911. The 'B' designation is an indicator that the model is equipped with a firing pin block safety.

CZ 75 B is used by more governments, militaries, police and security agencies than any other pistol in the world. The CZ 75 is quite possibly the perfect pistol.

- All steel construction (except alloy framed compacts)
- High capacity double column magazines
- Hammer forged barrels
- Ergonomic grip and controls
- Unparalleled accuracy
- Slide-in-frame design for better recoil control
- 3 dot sighting system (Tritium night sights available)
- Smooth double action and crisp single action
- Extended service life due to advanced design and superior materials
- Firing pin block safety

CZ 75



# RUGER SR9



# MODEL NUMBER: 3301  |  CALIBER: 9MM LUGER

| | | | | | |
|---|---|---|---|---|---|
| **Capacity** | 17+1 | **Slide Finish** | Matte Stainless | **Overall Length** | 7.50" |
| **Slide Material** | Stainless Steel | **Width** | 1.27" | **Height** | 5.52" |
| **Barrel Length** | 4.14" | **Sights** | Adjustable 3-Dot | **Grooves** | 6 |
| **Grip Frame** | Black, High Performance, Glass-Filled Nylon | **Weight** | 26.5 oz. | **Twist** | 1:10" RH |
| | | | | **CA Approved** | No |
| | | | | **MA Approved & Certified** | No |
| | | | | **Suggested Retail** | $569.00 |

- Unique reversible backstrap (flat or arched) that allows shooters to quickly customize the size and feel of the grip, without the use of separate inserts or special tools.
- Integral accessory mounting rail provides space for mounting lights, lasers and other tactical accessories.
- Dovetailed, high-visibility 3-dot sight system features a raked-forward front sight for easy removal from the holster and an adjustable rear sight.
- High-performance, glass-filled nylon grip frame.
- Manual safety and D-shaped magazine release are easy to reach and actuate and appeal to both left- and right-handed shooters.
- Patented loaded chamber indicator provides confirmation of a loaded or empty chamber.
- Ships with two 17-round flush fit magazines.

Search
Products

## PRODUCT FULL

COMPACT  CARRY   FDE COMPACT TACOPS CARR RX FULL   RX COMPACT TACOPS FULL X-FIVE   X-CARRY   X-VTAC   SU



# P320 NITRON FULL-SIZE

Target shooting or home defense, the P320 Full-Size delivers the shootability and accuracy you need.

| VIEW MODELS | HOW TO BUY? |
|---|---|

GALLERY          FEATURES          SPECS          REVIEWS          RELATED          HOW TO BUY

ADD TO COMPARE



GALLERY          FEATURES           SPECS          REVIEWS          RELATED          HOW TO BUY

## FEATURES

## Innovation and Safety

A smooth, consistent trigger pull, safe, tool-free
disassembly and a proper fit for any hand size - no
backstrap required.

## Striker-Fired Interchangeable

## Trigger Group

GALLERY          FEATURES          SPECS          REVIEWS          RELATED          HOW TO BUY

## Interchangeable Grip Modules

Choose from small medium and large grips for the optimal circumference and access to controls that you won't get by only changing a backstrap.

# SPECS

**CALIBER**

9mm Luger / 357 SIG / 40 S&W / 45 Auto

**ACTION TYPE**

Semi-Auto

**FRAME SIZE**

Full-Size

**FRAME FINISH**

Stainless Steel

**FRAME MATERIAL**

Stainless Steel

**SLIDE FINISH**

GALLERY          FEATURES          SPECS          REVIEWS          RELATED          HOW TO BUY

**SLIDE MATERIAL**

Stainless Steel

**ACCESSORY RAIL**

M1913

**TRIGGER**

Striker

**BARREL LENGTH**

4.7 in (119 mm)

**OVERALL LENGTH**

8.0 in (203 mm)

**OVERALL WIDTH**

1.3 in (33 mm)

**HEIGHT**

5.5 in (140 mm)

**WEIGHT**

29.5 oz (836 g)

# DETAILS

The P320 Full-Size offers a smooth, crisp trigger to make any shooter more accurate, an intuitive, 3-point takedown and unmatched modularity to fit any shooter and any situation. Its full-size frame is ideal for target shooting, home defense and any scenario where shootability and sighted accuracy are of the highest priority. This modular, striker-fired pistol features a full-size grip, full length slide, and choice of contrast or SIGLITE Night Sights. Available calibers include 9mm, .357SIG, .40S&W and .45ACP. Safety features include a striker safety, disconnect safety.

## MODELS

Browse by individual sku to find the right product for you.

Exhibit 53

| GALLERY | FEATURES | ◼ SPECS | REVIEWS | RELATED | HOW TO BUY |

| SKU | MSRP | CALIBER | MAGS INCLUD |
| --- | --- | --- | --- |
| 320F-45-B | $597.00 | 45 Auto | (2) 10rd Steel |
| 320F-9-BSS-10 | $679.00 | 9mm Luger | (2) 10rd Steel |
| 320F-9-BSS | $679.00 | 9mm Luger | (2) 17rd Steel |
| 320F-9-BSS-RX-10 | $1,040.00 | 9mm Luger | (2) 10rd Steel |
| 320F-9-BSS-RX | $1,040.00 | 9mm Luger | (2) 17rd Steel |
| 320F-40-BSS-10 | $679.00 | 40 S&W | (2) 10rd Steel |
| 320F-40-BSS | $679.00 | 40 S&W | (2) 14rd Steel |
| 320F-45-BSS | $679.00 | 45 Auto | (2) 10rd Steel |

## RELATED PRODUCTS

( All )



357SIG, 125GR,
Elite V-Crown,
JHP
$22.95



40S&W, 180GR,
Elite V-Crown,
JHP
$22.95



9MM, 124GR, Elite
V-Crown, JHP
$19.00

**BROWSE PISTOLS**

SIG SAUER **Academy**

# EXHIBIT 54



THE COMPLETE BOOK OF

# AUTOPISTOLS

## BUYER'S GUIDE

**2013**

New and proven autopistols for competition, hunting, recreation and personal defense!

CLASSIC CARRY PRO

KIMBER MFG
KR140500

Steve Woods photo

| 74 ▪ BERETTA | 88 ▪ SIG SAUER |
| 75 ▪ COLT | 91 ▪ SMITH & WESSON |
| 78 ▪ GLOCK | 92 ▪ SPRINGFIELD |
| 80 ▪ KAHR | 94 ▪ TAURUS |
| 82 ▪ KIMBER | 95 ▪ WILSON COMBAT |
| 87 ▪ RUGER | 98 ▪ DIRECTORY |

Prices are Manufacturers' Suggested Retail.

# Handguns: Autoloaders



## AMERICAN TACTICAL IMPORTS FX45

**Caliber:** .45 ACP. **Barrel:** 3.18 inches, 4.25 inches, 4.75 inches, 5 inches. **Weight:** 38.4-49.6 ounces. **Grips:** Mahogany. **Sights:** Fixed, fixed front, adjustable rear. **Features:** Single-action, matte black, blued or stainless finish, 7/8/10-shot mag capacity. **MSRP:** $499.95-899.95.



## ARMALITE AR-24

**Caliber:** 9mm. **Barrel:** 3.89 inches, 4.67 inches. **Weight:** 33.4-34.9 ounces. **Grips:** Composite. **Sights:** Three-dot fixed or adjustable. **Features:** Double-action/single-action, manganese phosphate, heat-cured epoxy finish, 10/13/15-shot mag capacity. **MSRP:** $550-631.



## AUTO ORDNANCE 1911

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 39 ounces. **Grips:** Polymer, wood. **Sights:** Blade front, drift-adjustable rear. **Features:** Single-action, blued finish 7-shot mag capacity. **MSRP:** $637-662. From Kahr Arms.



## BERETTA 21 BOBCAT

**Caliber:** .22 LR, .25 ACP. **Barrel:** 2.4 inches. **Weight:** 11.5 ounces. **Grips:** Polymer. **Sights:** Fixed blade front. **Features:** Double-action/single-action, black, Inox finish, 7/8-shot mag capacity. **MSRP:** $310-350.



## BERETTA 3032 TOMCAT

**Caliber:** .32 ACP. **Barrel:** 2.4 inches. **Weight:** 14.5 ounces. **Grips:** Polymer, wood. **Sights:** Blade front, notch rear. **Features:** Double-action/single-action, black, Inox finish, 7/8/13-shot mag capacity. **MSRP:** $390-430.



## BERETTA 84FS/85FS CHEETAH

**Caliber:** .380 ACP. **Barrel:** 3.8 inches. **Weight:** 23.3 ounces. **Grips:** Polymer. **Sights:** Fixed blade front, dovetailed rear. **Features:** Double-action/single-action, black, nickel finish, 8/10/13-shot mag capacity. **MSRP:** $770-830.



## BERETTA 87 TARGET

**Caliber:** .22 LR. **Barrel:** 5.9 inches. **Weight:** 40.9 ounces. **Grips:** Polymer, walnut. **Sights:** Adjustable target. **Features:** Single-action, blued finish, 10-shot mag capacity. **MSRP:** $880.



## BERETTA M9/92FS/96A1

**Caliber:** 9mm, .40. **Barrel:** 4.9 inches. **Weight:** 32.5-34.4 ounces. **Grips:** Polymer, Technopolymer. **Sights:** Three-dot. **Features:** Double-action/single-action, Bruniton finish, 10/15/17-shot mag capacity. **MSRP:** $650-795.



## BERETTA NANO

**Caliber:** 9mm. **Barrel:** 3.07 inches. **Weight:** 17.67 ounces. **Grips:** Technopolymer. **Sights:** Three-dot, low-profile. **Features:** Double-action-only, black nitride finish, 6-shot mag capacity. **MSRP:** $475.



## BERSA THUNDER

**Caliber:** .22 LR, .380 ACP, 9mm, .40, .45 ACP. **Barrel:** 3.25 inches, 3.5 inches, 4.25 inches. **Weight:** 16.4-30.7 ounces. **Grips:** Polymer, rubber wraparound. **Sights:** Fixed. **Features:** Double-action/single-action, matte, satin nickel or duo-tone finish, 7/8/10/13/15-shot mag capacity. **MSRP:** $335-525.



## BERETTA Px4 STORM

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3 inches, 3.2 inches, 4 inches, 4.6 inches. **Weight:** 26.1-28.6 ounces. **Grips:** Polymer. **Sights:** Three-dot. **Features:** Double-action/single-action, black, dark earth finish, 9/10/12/13/14/15/17-shot mag capacity. **MSRP:** $550-1,035.



## CARACAL C/F

**Caliber:** 9mm, .40. **Barrel:** 3.66 inches, 4.09 inches. **Weight:** 24.69-26.45 ounces. **Grips:** Polymer. **Sights:** Two- or three-dot, low-profile. **Features:** Double-action-only, striker-fired, Plasox, black finish, 15/18-shot mag capacity. **MSRP:** $499-525.



## BERETTA U22 NEOS

**Caliber:** .22 LR. **Barrel:** 4.5 inches, 6 inches. **Weight:** 31.7-36.2 ounces. **Grips:** Polymer. **Sights:** Adjustable target. **Features:** Single-action, black or inox finish, 10-shot mag capacity. **MSRP:** $275-375.



## CIMARRON M1911

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 40 ounces. **Grips:** Wood. **Sights:** Fixed. **Features:** Single-action, parkerized, blued, nickel finish, 7-shot mag capacity. **MSRP:** $540-633.



## BERSA BP CONCEALED CARRY

**Caliber:** 9mm. **Barrel:** 3.3 inches. **Weight:** 21.5 ounces. **Grips:** Polymer. **Sights:** Fixed. **Features:** Double-action-only with short reset, matte black, olive drab or duo-tone finish, 8-shot mag capacity. **MSRP:** $444-455.



## COLT 1991

**Caliber:** .38 Super, .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 32-37 ounces. **Grips:** Rubber composite, rosewood. **Sights:** White-dot, high-profile. **Features:** Single-action, stainless, blued finish, 7/8-shot mag capacity. **MSRP:** $928-1,021.

6

# Handguns: Autoloaders



## COLT DEFENDER

**Caliber:** 9mm, .45 ACP. **Barrel:** 3 inches. **Weight:** 24-25 ounces. **Grips:** Hogue wraparound. **Sights:** Novak Low-Mount Carry with dots. **Features:** Single-action, Cerakote, stainless finish, 7/8-shot mag capacity. **MSRP:** $1,066.



## COLT GOLD CUP

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 37 ounces. **Grips:** Rubber wraparound. **Sights:** BoMar-style, adjustable. **Features:** Single-action, stainless, blued finish, 8-shot mag capacity. **MSRP:** $1,158-1,180.



## COLT MUSTANG POCKETLITE

**Caliber:** .380 ACP. **Barrel:** 2.75 inches. **Weight:** 12.5 ounces. **Grips:** Composite. **Sights:** High-profile. **Features:** Single-action, stainless, brushed finish, 6-shot mag capacity. **MSRP:** $649.



## COLT NEW AGENT

**Caliber:** .45 ACP. **Barrel:** 3 inches. **Weight:** 22.5-23 ounces. **Grips:** Rosewood, Crimson Trace Lasergrips. **Sights:** Trench-style. **Features:** Single-action or double-action-only, blued finish, 7-shot mag capacity. **MSRP:** $1,041-1,326.



## COLT XSE

**Caliber:** .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 27-36 ounces. **Grips:** Rosewood. **Sights:** Novak Low-Mount Carry. **Features:** Single-action, stainless or blued finish, 8-shot mag capacity. **MSRP:** $1,072-1,223.



## CZ 75

**Caliber:** 9mm, .40. **Barrel:** 4.6 inches. **Weight:** 35.2 ounces. **Grips:** Plastic, rubber. **Sights:** Fixed. **Features:** Double-action/single-action, black Polycoat, matte stainless, polished stainless finish, 10(.40)/16(9mm)-shot mag capacity. **MSRP:** $499-711.



## CZ 97

**Caliber:** .45 ACP. **Barrel:** 4.53 inches. **Weight:** 40.6 ounces. **Grips:** Aluminum. **Sights:** Fixed fiber optic, fixed tritium. **Features:** Double-action/single-action, black Polycoat, glossy blue finish, 10-shot mag capacity. **MSRP:** $686-792.



## CZ 2075 RAMI)

**Caliber:** 9mm, .40. **Barrel:** 2.9 inches. **Weight:** 24.5 ounces. **Grips:** Rubber. **Sights:** Fixed/fixed night sights. **Features:** Double-action/single-action, black Polycoat finish, 14/10(9mm)-shot mag capacity, 9/7(.40)-shot mag capacity. **MSRP:** $595-660.

00770

Exhibit 54



**CZ CZECHMATE**

Caliber: 9mm. Barrel: 5.4 inches. Weight: 48 ounces. Grips: Aluminum. Sights: C-More Red Dot, fixed target. Features: Single-action, black Polycoat finish, 20/26-shot mag capacity. MSRP: $3,220.



**CZ P-01/P-06**

Caliber: 9mm, .40. Barrel: 3.7 inches. Weight: 28-29.1 ounces. Grips: Rubber. Sights: Fixed. Features: Double-action/single-action, black Polycoat finish, 10(.40)/14(9mm)-shot mag capacity. MSRP: $608-660.



**CZ P-07**

Caliber: 9mm, .40. Barrel: 3.8 inches, 4.5 inches. Weight: 27.2 ounces. Grips: Polymer stippling. Sights: Fixed/tall adjustable. Features: Double-action/single-action, black/OD green frame finish, 12/16-shot mag capacity. MSRP: $483-528.



**CZ P-09**

Caliber: 9mm, .40. Barrel: 4.53 inches. Weight: 27.2 ounces. Grips: Polymer stippling, interchangeable backstraps. Sights: Fixed. Features: Double-action/single-action, black Polycoat finish, 15/19-shot mag capacity. MSRP: $514-528.



**CZ SP-01**

Caliber: 9mm, .40. Barrel: 4.61 inches. Weight: 38.4 ounces. Grips: Rubber. Sights: Fixed, fixed tritium. Features: Double-action/single-action, black Polycoat finish, 12(.40)/18(9mm)-shot mag capacity. MSRP: $660-737.



**CZ TACTICAL SPORT**

Caliber: 9mm, .40. Barrel: 5.4 inches. Weight: 45.3 ounces. Grips: Wood. Sights: Fixed Target. Features: Single-action, dual-tone finish, 17/20-shot mag capacity. MSRP: $1,272.



**DAN WESSON 1911**

Caliber: 9mm, .45 ACP. Barrel: 3.5 inches, 4.25 inches, 5 inches. Weight: 24.96-38.7 ounces. Grips: Stipple shadow, cocobolo, G10. Sights: Novak Low-Mount Night, Heinie Straight Eight, adjustable, fixed. Features: Single-action, black "Duty" finish, 7/8/9-shot mag capacity. MSRP: CCO $1,558, ECO $1,623-1662, Guardian $1,558-1,619, Pointman 9 $1,558, V-Bob-$1,766-2,077. From CZ-USA.



**DAN WESSON HAVOC**

Caliber: .38 Super, 9mm. Barrel: 4.25 inches. Weight: 35.2 ounces. Grips: G10. Sights: C-More. Features: Single-action, black finish, 21-shot mag capacity. MSRP: $4,299. From CZ-USA.

# Handguns: Autoloaders



### DAN WESSON MAYHEM/TITAN

**Caliber:** .40, 10mm. **Barrel:** 5 inches, 6 inches. **Weight:** 51.2-76.8 ounces. **Grips:** G10. **Sights:** Tritium, adjustable, Fiber optic. **Features:** Single-action, black finish, 13/17-shot mag capacity. **MSRP:** $3,829-3,899. From CZ-USA.



### FNH USA FN FIVE-SEVEN

**Caliber:** 5.7x28mm. **Barrel:** 4.8 inches. **Weight:** 20.8 ounces. **Grips:** Rubber. **Sights:** Adjustable three-dot). **Features:** Single-action, black finish, 10/20-shot mag capacity. **MSRP:** $1,329.



### FNH USA FNS

**Caliber:** 9mm, .40. **Barrel:** 3.56 inches, 4 inches, 5 inches. **Weight:** 25.2-29.5 ounces. **Grips:** Polymer. **Sights:** Three-dot or three-dot night. **Features:** Double-action-only, black, black or stainless finish, FNS Conversion Kit and Competition models available,10/12/14/17-shot mag capacity. **MSRP:** $699-749.



### FNH USA FNX

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 4 inches, 4.5 inches. **Weight:** 21.9-32.2 ounces. **Grips:** Polymer. **Sights:** Fixed three-dot combat with deep-V rear notch. **Features:** Double-action/single-action, black, two-tone finish, 10/14/15/17-shot mag capacity. **MSRP:** $699-824.



### FNH USA FNX-45 TACTICAL

**Caliber:** .45 ACP. **Barrel:** 5.3 inches. **Weight:** 33.6 ounces. **Grips:** Polymer. **Sights:** Fixed 3-dot, high-profile night sights with optional electronic red-dots. **Features:** Double-action/single-action, black, two-tone or flat dark earth finish, 10/15-shot mag capacity. **MSRP:** $795, Tactical 1,399.

### FRANKLIN ARMORY XO-26

**Caliber:** .223/5.56mm, 6.8 SPC, 300 Blackout/.300 Whisper, 7.62x39mm .450 Bushmaster. **Barrel:** 11.5 inches. **Weight:** 6.4 pounds. **Grips:** Magpul MIAD & RVG. **Sights:** Steel YHM Quick Deployment. **Features:** Semi-auto, custom tune trigger, free-float handguard, CA models available, hardcoat Type III anodize, salt bath nitride finish, 9/25/30-shot mag capacity. **MSRP:** $1,559.99-1,769.99.



### FRANKLIN ARMORY SALUS BILLET PISTOL

**Caliber:** .223/5.56mm, 7.62x39mm. **Barrel:** 7.5 inches. **Weight:** 5.2 pounds. **Grips:** Ergo. **Sights:** None. **Features:** Semi-auto, custom tune trigger, free-float handguard, CA models available, hardcoat Type III anodize, salt bath nitride finish, 30-shot mag capacity. **MSRP:** $1,389.99-1,444.99.



### GLOCK 17/22

**Caliber:** 9mm, .40. **Barrel:** 4.48 inches. **Weight:** 22.05-22.92 ounces. **Grips:** Polymer. **Sights:** Fixed. **Features:** Safe Action, Gen4 option available, black finish, 15/17-shot mag capacity. **MSRP:** $599-696.

00781
Exhibit 54



### GLOCK 19/23

**Caliber:** 9mm, .40. **Barrel:** 4.01 inches.
**Weight:** 20.99-21.31 ounces. **Grips:**
Polymer. **Sights:** Fixed. **Features:**
Safe Action, Gen4 option available,
black finish, 13/15-shot mag capacity.
**MSRP:** $599-696.



### GLOCK 29/30/36

**Caliber:** .45 ACP, 10mm. **Barrel:** 3.77
inches. **Weight:** 20.11-24.69 ounces.
**Grips:** Polymer. **Sights:** Fixed. **Features:**
Safe Action, black finish, 6/10-shot mag
capacity. **MSRP:** $637-734.



### GLOCK 20/21

**Caliber:** .45 ACP, 10mm. **Barrel:** 4.6
inches. **Weight:** 26.28-27.68 ounces.
**Grips:** Polymer. **Sights:** Fixed.
**Features:** Safe Action, Gen4 option
available, black finish, 13/15-shot mag
capacity. **MSRP:** $637-734.



### GLOCK 31/32/33

**Caliber:** .357 SiG. **Barrel:** 3.42 inches,
4.01 inches, 4.48 inches. **Weight:** 19.75-
23.28 ounces. **Grips:** Polymer. **Sights:**
Fixed. **Features:** Safe Action, Gen4 option
available, black finish, 10/13/15-shot
mag capacity. **MSRP:** $599-696.



### GLOCK 17L/24

**Caliber:** 9mm, .40. **Barrel:** 6.02 inches.
**Weight:** 23.63-26.7 ounces. **Grips:**
Polymer. **Sights:** Adjustable. **Features:**
Safe Action, black finish, 15/17-shot
mag capacity. **MSRP:** $750.



### GLOCK 34/35

**Caliber:** 9mm, .40. **Barrel:** 5.31 inches.
**Weight:** 22.92-24.69 ounces. **Grips:**
Polymer. **Sights:** Adjustable. **Features:**
Safe Action, Gen4 option available,
black finish, 15/17-shot mag capacity.
**MSRP:** $679-729.



### GLOCK 26/27

**Caliber:** 9mm, .40. **Barrel:** 3.42 inches.
**Weight:** 19.75 ounces. **Grips:** Polymer.
**Sights:** Fixed. **Features:** Safe Action,
Gen4 option available, black finish, 10/12-
shot mag capacity. **MSRP:** $599-696.



### GLOCK 37/38/39

**Caliber:** .45 GAP. **Barrel:** 3.42 inches,
4.01 inches, 4.48 inches. **Weight:** 19.33-
26.1 ounces. **Grips:** Polymer. **Sights:**
Fixed. **Features:** Safe Action, Gen4 option
available, black finish, 6/8/10-shot mag
capacity. **MSRP:** $614-711.

# Handguns: Autoloaders



### HECKLER & KOCH HK45

**Caliber:** .45 ACP. **Barrel:** 3.94 inches, 4.53 inches. **Weight:** 24.48-25.28 ounces. **Grips:** Polymer. **Sights:** Fixed. **Features:** Double-action/single-action or double-action-only, black finish, 8/10-shot mag capacity. **MSRP:** $1,193-1,260.



### HECKLER & KOCH P30

**Caliber:** 9mm, .40. **Barrel:** 3.86 inches, 4.44 inches. **Weight:** 22.88-24.32 ounces. **Grips:** Polymer. **Sights:** Fixed. **Features:** Double-action/single-action or double-action-only, black finish, 10/13/15-shot mag capacity. **MSRP:** $1054-1,108.



### HECKLER & KOCH P2000

**Caliber:** 9mm, .40. **Barrel:** 3.26 inches, 3.66 inches. **Weight:** 24 ounces. **Grips:** Polymer. **Sights:** Three-dot (optional tritium). **Features:** Double-action/single-action or double-action-only, black finish, 9/10/12/13-shot mag capacity. **MSRP:** $941-983.



### HECKLER & KOCH USP/USP COMPACT

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.58 inches to 5.09 inches. **Weight:** 23.52-33.6 ounces. **Grips:** Polymer. **Sights:** Fixed or adjustable. **Features:** Double-action/single-action or double-action-only, black finish, 8/10/12/13/15-shot mag capacity. **MSRP:** $902-1,325.



### KAHR CM SERIES

**Caliber:** 9mm, .40. **Barrel:** 3 inches, 3.1 inches. **Weight:** 14-15.8 ounces. **Grips:** Soft polymer, textured. **Sights:** Drift-adjustable, white-bar-dot combat rear. **Features:** Double-action-only, black frame, matte stainless slide finish, 6/7-shot mag capacity. **MSRP:** $485.



### KAHR CW SERIES

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.5 inches, 3.6 inches. **Weight:** 15.8-19.7 ounces. **Grips:** Polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear. **Features:** Double-action-only, black frame, matte stainless slide finish, 6/7-shot mag capacity. **MSRP:** $485.



### KAHR K SERIES

**Caliber:** 9mm, .40. **Barrel:** 3 inches, 3.46 inches, 3.5 inches. **Weight:** 20.2-22.2 ounces. **Grips:** Polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional tritium). **Features:** Double-action-only, matte black, matte stainless finish, 6/7-shot mag capacity. **MSRP:** $855-1,054.



### KAHR MK SERIES

**Caliber:** 9mm, .40. **Barrel:** 3 inches, 3.1 inches. **Weight:** 20.2-21.2 ounces. **Grips:** Hard nylon. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional tritium). **Features:** Double-action-only, matte stainless finish, 5/6/7-shot mag capacity. **MSRP:** $855-1,054.

00783
Exhibit 54



## KAHR P SERIES

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.54 inches, 3.56 inches, 3.6 inches, 3.64 inches. **Weight:** 13.1-16.5 ounces. **Grips:** Polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional tritium). **Features:** Double-action-only, matte black, two-tone finish, 6/7-shot mag capacity. **MSRP:** $739-973.



## KEL-TEC PF-9/P-11

**Caliber:** 9mm. **Barrel:** 3.1 inches. **Weight:** 12.7-14 ounces. **Grips:** Polymer. **Sights:** Fixed, high-visibility, tritium. **Features:** Double-action-only, blued, parkerized, hard chrome finish, 7/10-shot mag capacity. **MSRP:** $333-390.



## KAHR P380 SERIES

**Caliber:** .380 ACP. **Barrel:** 2.53 inches. **Weight:** 9.97 ounces. **Grips:** Polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional tritium). **Features:** Double-action-only, matte black, two-tone finish, 6-shot mag capacity. **MSRP:** $649-949.

## KEL-TEC P-32/P-3AT

**Caliber:** .32 ACP, .380 ACP. **Barrel:** 2.7 inches. **Weight:** 6.6-8.3 ounces. **Grips:** Polymer. **Sights:** Integrated. **Features:** Double-action-only, blued, parkerized, hard chrome finishes, 6/7-shot mag capacity. **MSRP:** $318-377.

## KAHR PM SERIES

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.1 inches, 3.24 inches. **Weight:** 12.1-15.3 ounces. **Grips:** Polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional tritium or CT laser). **Features:** Double-action-only, matte black, two-tone, 5/6/7-shot mag capacity. **MSRP:** $786-1,049.

## KEL-TEC PLR-16/PLR-22

**Caliber:** .22 LR, 5.56mm. **Barrel:** 9.2 inches, 10.1 inches. **Weight:** 44.8-54.72 ounces. **Grips:** Glass-fiber-reinforced polymer. **Sights:** Adjustable, AR-15-type front. **Features:** Semi-auto (gas-piston or blowback), blued finish, 10/26-shot mag capacity (compatible with M16 or Atchison mags). **MSRP:** $390-665.



## KAHR T/TP SERIES

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.96 inches, 4 inches, 4.04 inches. **Weight:** 16.4-24.9 ounces. **Grips:** Hogue Pau Ferro wood, polymer. **Sights:** Drift-adjustable, white-bar-dot combat rear (optional Novak tritium). **Features:** Double-action-only, matte stainless, two-tone finish, 7/8-shot mag capacity. **MSRP:** $697-968.



## KEL-TEC PMR-30

**Caliber:** .22 Mag. **Barrel:** 4.3 inches. **Weight:** 13.6 ounces. **Grips:** Polymer. **Sights:** Fiber-optic, dovetailed aluminum front. **Features:** Single-action, black finish, 30-shot mag capacity. **MSRP:** $415.

# Handguns: Autoloaders



## KIMBER AEGIS II

**Caliber:** 9mm. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-31 ounces. **Grips:** Rosewood. **Sights:** Fixed Tactical Wedge tritium. **Features:** Single-action, KimPro II finish, 8/9-shot mag capacity. **MSRP:** $1,331.



## KIMBER CDP II

**Caliber:** 9mm, .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-31 ounces. **Grips:** Rosewood, Crimson Trace Lasergrips. **Sights:** Fixed Meprolight three-dot tritium. **Features:** Single-action, KimPro II finish, 7-shot mag capacity. **MSRP:** $1,331-1,631.



## KIMBER CLASSIC CARRY PRO

**Caliber:** .45 ACP. **Barrel:** 4 inches. **Weight:** 35 ounces. **Grips:** Bone. **Sights:** Fixed low-profile three-dot night sights. **Features:** Single-action, charcoal blue finish, 8-shot mag capacity. **MSRP:** $2,056.



## KIMBER COMPACT II/ PRO CARRY II

**Caliber:** .38 Super, 9mm, .45 ACP. **Barrel:** 4 inches. **Weight:** 27-35 ounces. **Grips:** Synthetic. **Sights:** Fixed low-profile. **Features:** Single-action, satin silver, matte black finish, 7-shot mag capacity. **MSRP:** $919-1,128.



## KIMBER COVERT II

**Caliber:** .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-31 ounces. **Grips:** Digital camo, Crimson Trace Lasergrips. **Sights:** Fixed Tactical Wedge tritium. **Features:** Single-action, dark earth frame, matte black slide finish, 7-shot mag capacity. **MSRP:** $1,657.



## KIMBER CRIMSON CARRY II

**Caliber:** .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-31 ounces. **Grips:** Rosewood, Crimson Trace Lasergrips (red or green laser). **Sights:** Fixed low-profile. **Features:** Single-action, satin silver frame, matte black slide finish, 7/8-shot mag capacity. **MSRP:** $1,206-1,293.



## KIMBER CUSTOM II

**Caliber:** .38 Super, 9mm, .45 ACP, 10mm. **Barrel:** 5 inches. **Weight:** 38 ounces. **Grips:** Synthetic, bone. **Sights:** Fixed low-profile, Kimber adjustable. **Features:** Single-action, matte black, charcoal blue, satin silver finish, 7-shot mag capacity. **MSRP:** $871-2,020.



## KIMBER CUSTOM SHOP

**Caliber:** .45 ACP. **Barrel:** 3 inches, 5 inches. **Weight:** 25-39 ounces. **Grips:** Rosewood or Micarta. **Sights:** Sighting trough, tritium, Kimber adjustable. **Features:** Single-action, KimPro II finish, 7/8-shot mag capacity. **MSRP:** $1,351-2,405.

00785
Exhibit 54



### KIMBER ECLIPSE II

**Caliber:** .45 ACP, 10mm. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 31-38 ounces. **Grips:** Laminated. **Sights:** Fixed Meprolight three-dot tritium. **Features:** Single-action, stainless finish, 7/8-shot mag capacity. **MSRP:** $1,289-1,393.



### KIMBER SAPPHIRE ULTRA II

**Caliber:** 9mm. **Barrel:** 3 inches. **Weight:** 25 ounces. **Grips:** Blue/black G10. **Sights:** Fixed Tactical Wedge tritium. **Features:** Single-action, satin silver frame, bright blue PVD slide, 8-shot mag capacity. **MSRP:** $1,652.



### KIMBER GOLD MATCH II

**Caliber:** 9mm, .45 ACP. **Barrel:** 5 inches. **Weight:** 38 ounces. **Grips:** Rosewood, laminated. **Sights:** Kimber adjustable. **Features:** Single-action, blued, stainless, satin silver finish, 8-shot mag capacity. **MSRP:** $1,393-1,882.



### KIMBER SOLO

**Caliber:** 9mm. **Barrel:** 2.7 inches. **Weight:** 17 ounces. **Grips:** Synthetic, G-10, Rosewood Crimson Trace Lasergrips. **Sights:** Fixed low-profile, three-dot tritium. **Features:** Single-action, KimPro II finish, 6/8-shot mag capacity. **MSRP:** $815-1,223.



### KIMBER RAPTOR II

**Caliber:** .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-38 ounces. **Grips:** Zebra wood, rosewood. **Sights:** Fixed Tactical Wedge tritium. **Features:** Single-action, KimPro II finish, 7/8-shot mag capacity. **MSRP:** $1,295-1,657.



### KIMBER SUPER CARRY

**Caliber:** .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-38 ounces. **Grips:** Micarta/laminated wood, G10. **Sights:** Tritium. **Features:** Single-action, rounded heel frame, KimPro II finish, 7/8-shot mag capacity. **MSRP:** $1,596-1,699.



### KIMBER RIMFIRE

**Caliber:** .22 LR. **Barrel:** 5 inches. **Weight:** 23 ounces. **Grips:** Synthetic, rosewood. **Sights:** Kimber adjustable. **Features:** Single-action, KimPro II finish, 10-shot mag capacity. **MSRP:** $871-1,220.



### KIMBER TACTICAL II

**Caliber:** 9mm, .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 25-40 ounces. **Grips:** Laminated. **Sights:** Fixed Meprolight three-dot tritium. **Features:** Single-action, KimPro II finish, 7-shot mag capacity. **MSRP:** $1,317-1,490.

# Handguns: Autoloaders



### KIMBER TLE II

Caliber: .45 ACP, 10mm. Barrel: 3 inches, 4 inches, 5 inches. Weight: 25-39 ounces. Grips: Synthetic, Crimson Trace Lasergrips. Sights: Fixed Meprolight three-dot trilium. Features: Single-action, KimPro II finish, 7/8-shot mag capacity. MSRP: $1,080-1,518.



### KIMBER ULTRA CARRY II

Caliber: 9mm, .45 ACP. Barrel: 3 inches. Weight: 25 ounces. Grips: Synthetic, double-diamond. Sights: Fixed low-profile. Features: Single-action, matte black or satin silver finish, 7-shot mag capacity. MSRP: $919-1,066.



### KIMBER WARRIOR

Caliber: .45 ACP. Barrel: 5 inches. Weight: 39 ounces. Grips: Kimber G10 tactical. Sights: Fixed Tactical Wedge trilium. Features: Single-action, KimPro II finish, 7-shot mag capacity. MSRP: $1,512-1,665.



### MAGNUM RESEARCH DESERT EAGLE MARK XIX

Caliber: .357 Mag, .44 Mag, .50 AE. Barrel: 6 inches, 10 inches. Weight: 69.8-72.4 ounces. Grips: Polymer. Sights: Fixed combat. Features: Single-action, matte black, chrome, nickel, 24k gold, titanium gold, tiger stripes finish, 7/8/9-shot mag capacity. MSRP: $1,563-2,153.



### MAGNUM RESEARCH DESERT EAGLE 1911

Caliber: .45 ACP. Barrel: 4.33 inches, 5.05 inches. Weight: 33.9-36.2 ounces. Grips: Wood. Sights: High-profile sculptured rear, pinned-in blade front. Features: Single-action, matte black finish, 8-shot mag capacity. MSRP: $874.

### MAGNUM RESEARCH MICRO DESERT EAGLE

Caliber: .380 ACP. Barrel: 2.22 inches. Weight: 14 ounces. Grips: Polymer. Sights: Fixed. Features: Double-action-only, nickel finish, 6-shot mag capacity. MSRP: $467-479.



### MAGNUM RESEARCH BABY DESERT EAGLE

Caliber: 9mm, .40, .45 ACP. Barrel: 3.64 inches, 3.93 inches, 4.52 inches. Weight: 33.9-38.6 ounces. Grips: Polymer. Sights: Fixed white three-dot combat. Features: Double-action/single-action, matte black finish, 10/12/15-shot mag capacity. MSRP: $616-630.

### MASTERPIECE ARMS PROTECTOR

Caliber: .32 ACP, .380 ACP. Barrel: 2.25 inches. Weight: 10.9-11.3 ounces. Grips: Polymer, aluminum. Sights: Fixed. Features: Double-action-only, matte black finish, 5-shot mag capacity. MSRP: $350.95-375.95.

00787
Exhibit 54



## MASTERPIECE ARMS DEFENDER

**Caliber:** 9mm, 5.7x28mm, .45 ACP. **Barrel:** 3.25 inches, 3.5 inches, 5 inches, 6 inches. **Weight:** 54-87 ounces. **Grips:** Polymer. **Sights:** Fixed, winged front, peep rear. **Features:** Single-action, matte black, grim reaper, camo pattern finish, 20/30-shot mag capacity. **MSRP:** $488.95-687.95.



## NAA GUARDIAN

**Caliber:** .25 NAA, .32 ACP, .32 NAA, .380 ACP. **Barrel:** 2.18 inches, 2.49 inches. **Weight:** 13.5 ounces, 18.7 ounces. **Grips:** Pebble finish Hogue. **Sights:** Fixed low-profile. **Features:** Double-action-only, stainless finish, 6-shot mag capacity. **MSRP:** $402-479.



## NIGHTHAWK DOMINATOR/ENFORCER

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 38-39 ounces. **Grips:** Cocobolo, G10. **Sights:** Novak Low Mount Tritium Night Sights or Heinie Slant-Pro Night Sights, Heinie Sights/ Fiber Optic Front Sights available. **Features:** SA, Perma Kote finish, 8-shot mag capacity. **MSRP:** $3,250-3,395.



## NIGHTHAWK GRP

**Caliber:** .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 35 ounces. **Grips:** CTC Lasergrips, Gator Back VZ. **Sights:** Novak Extreme Duty adjustable night sights. **Features:** SA, 2 models, GRP (Global Response Pistol) Recon has a light rail frame, lightweight aluminum match trigger, integrated rail, Perma Kote finish, 8-shot mag. **MSRP:** $2,895-3,099.



## NIGHTHAWK RICHARD HEINIE

**Caliber:** 9mm, .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 35-40 ounces. **Grips:** Cocobolo or Alumagrips. **Sights:** Heinie Straight "8" Slant Pro Night or fixed. **Features:** SA, built w/ Richard Heinie, specially selected barrel, finishes in PermaKote or titanium blue, 8-shot mag. **MSRP:** $2,895-3,395, Signature Series $3,450-3,550.



## NIGHTHAWK T3

**Caliber:** .45 ACP. **Barrel:** 4.25 inches. **Weight:** 32 ounces. **Grips:** Black G10. **Sights:** Heinie Slant-Pro Straight Eight w/ tritium inserts. **Features:** SA, extended mag well, bushing match grade stainless steel barrel that is crowned flush w/ forged slide stop, aluminum trigger, new stainless or Perma Kote finish, 8-shot mag. **MSRP:** $2,699.



## NIGHTHAWK TALON/PREDATOR

**Caliber:** .45 ACP. **Barrel:** 3.6 inches, 4.25 inches, 5 inches. **Weight:** 31-39 ounces. **Grips:** Rubber, wood (Talon). **Sights:** Novak LoMount night or Heinie Slant Pro Straight Eight. **Features:** SA, Talon: match grade bushing or bull barrel, Predator: identical to Talon plus three different barrel sizes and one-piece stainless steel barrel, 7/8-shot mag. **MSRP:** Talon $2,420-2,624, Predator $2,824-2,925.



## PARA USA AGENT/OFFICER

**Caliber:** 9mm, .45 ACP. **Barrel:** 3 inches. **Weight:** 30 ounces. **Grips:** VZ Gator, cocobolo, G10. **Sights:** Trijicon, fiber optic front and fixed rear. **Features:** Single-action or LDA (double-action), black Ionbond finish, 6/7/8/9-shot mag capacity. **MSRP:** $949-1,399.

# Handguns: Autoloaders



### PARA USA BLACK OPS

**Caliber:** .45 ACP. **Barrel:** 4.25 inches, 5 inches, 5.5 inches. **Weight:** 39-40 ounces. **Grips:** VZ G10. **Sights:** Trijicon 3-dot night, XS high-profile. **Features:** Single-action, Picatinny rail, black Ionbond finish, 8/14-shot mag capacity. **MSRP:** $1,257-1,325.



### PARA USA CUSTOM

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 5 inches. **Weight:** 35-42 ounces. **Grips:** VZ G10. **Sights:** Fiber optic front, adjustable target rear. **Features:** Single-action, HD extractor, ambi safeties, black Ionbond finish, 10/14/16/18-shot mag capacity. **MSRP:** $1,299-2,149.



### PARA USA ELITE

**Caliber:** 9mm, .45 ACP. **Barrel:** 3.5 inches, 4.25 inches, 5 inches, 6 inches. **Weight:** 32-42 ounces. **Grips:** VZ Operator II, VZ Para G10, cocobolo. **Sights:** Fiber optic front, adjustable target or fixed rear, Trijicon night. **Features:** Single-action, satin stainless, two-tone, black Ionbond finish, 7/8/9-shot mag capacity. **MSRP:** $949-1,299.



### PARA USA EXPERT

**Caliber:** .45 ACP. **Barrel:** 3 inches, 5 inches. **Weight:** 32-42 ounces. **Grips:** Polymer. **Sights:** Fiber-optic front with two-dot rear. **Features:** Single-action, black nitride or stainless finish, 7/8/14-shot mag capacity. **MSRP:** $663-919.



### PARA USA WARTHOG

**Caliber:** .45 ACP. **Barrel:** 3 inches. **Weight:** 32 ounces. **Grips:** Polymer. **Sights:** Fiber-optic front with two-dot rear. **Features:** Single-action, black nitride or stainless finish, 10-shot mag capacity. **MSRP:** $884-919.



### REMINGTON 1911 R1

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 38.5-42 ounces. **Grips:** Walnut, wood laminate. **Sights:** Fixed or adjustable. **Features:** Single-action, satin black oxide, stainless finish, 7/8-shot mag capacity. **MSRP:** $729-1,299.



### ROCK RIVER ARMS 1911 POLY

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 32.64 ounces. **Grips:** Polymer. **Sights:** Dovetailed. **Features:** Single-action, parkerized black, tan, OD green finish, 7-shot mag capacity. **MSRP:** $800.



### ROCK RIVER ARMS LAR-9/LAR-15

**Caliber:** 9mm, .223/5.56mm. **Barrel:** 7 inches, 10.5 inches. **Weight:** 75.2-88 ounces. **Grips:** Hogue rubber pistol. **Sights:** A2 front. **Features:** Semi-auto, black finish, 10/20/30-shot mag capacity. **MSRP:** $945-1,140.

00789
Exhibit 54



**ROCK RIVER ARMS
LAR-PDS**

**Caliber:** .223/5.56mm. **Barrel:** 9 inches. **Weight:** 80 ounces. **Grips:** Hogue rubber pistol. **Sights:** None. **Features:** Semi-auto, black finish, 30-shot mag capacity. **MSRP:** $1,185-1,335.



**RUGER LC9**

**Caliber:** 9mm. **Barrel:** 3.12 inches. **Weight:** 17.1-17.7 ounces. **Grips:** Glass-filled nylon. **Sights:** Adjustable three-dot (optional Crimson Trace or LaserMax laser). **Features:** Double-action-only, blued finish, 7-shot mag capacity. **MSRP:** $443-619.



**RUGER 22/45**

**Caliber:** .22 LR. **Barrel:** 4 inches, 4.4 inches, 4.5 inches, 5.5 inches. **Weight:** 22.8-33 ounces. **Grips:** Polymer, cocobolo. **Sights:** Fixed front, adjustable or fixed rear. **Features:** Single-action, black, stainless, blued, 10-shot mag capacity. **MSRP:** $349-469.



**RUGER LCP**

**Caliber:** .380 ACP. **Barrel:** 2.75 inches. **Weight:** 9.4-10 ounces. **Grips:** Glass-filled nylon. **Sights:** Fixed (Crimson Trace or LaserMax laser). **Features:** Double-action-only, blued finish, 6-shot mag capacity. **MSRP:** $379-549.



**RUGER 22 CHARGER**

**Caliber:** .22 LR. **Barrel:** 10 inches. **Weight:** 56 ounces. **Grips:** Laminate. **Sights:** None. **Features:** Single-action, satin black finish, 10-shot mag capacity. **MSRP:** $389.



**RUGER MARK III**

**Caliber:** .22 LR. **Barrel:** 4.75 inches, 5.5 inches, 6 inches, 6.88 inches. **Weight:** 35-45 ounces. **Grips:** Polymer, cocobolo. **Sights:** Fixed or fiber-optic front with adjustable rear, or fixed. **Features:** Single-action, blued, satin stainless finish, 10-shot mag capacity. **MSRP:** $379-659.



**RUGER LC380**

**Caliber:** .380 ACP. **Barrel:** 3.12 inches. **Weight:** 17.2 ounces. **Grips:** Glass-filled nylon. **Sights:** Adjustable three-dot. **Features:** Double-action-only, blued finish, 7-shot mag capacity. **MSRP:** $449.



**RUGER P95**

**Caliber:** 9mm. **Barrel:** 3.9 inches. **Weight:** 27 ounces. **Grips:** Polymer. **Sights:** Fixed three-dot. **Features:** Double-action/single-action, blued, stainless, 10/15-shot mag capacity. **MSRP:** $399-429.

# Handguns: Autoloaders



**RUGER SR1911**

Caliber: .45 ACP. Barrel: 4.25 inches, 5 inches. Weight: 36.4-39 ounces. Grips: Hardwood. Sights: Fixed Novak three-dot. Features: Single-action, low-glare stainless finish, 7/8-shot mag capacity. MSRP: $829.



**RUGER SR22**

Caliber: .22 LR. Barrel: 3.5 inches. Weight: 17.5 ounces. Grips: Glass-filled nylon. Sights: Adjustable three-dot. Features: Double-action-only, black or silver anodized finish, 10-shot mag capacity. MSRP: $399-439.



**RUGER SR9/SR40**

Caliber: 9mm, .40. Barrel: 3.5 inches, 4.14 inches. Weight: 23.4-26.5 ounces. Grips: Glass-filled nylon. Sights: Adjustable three-dot. Features: Double-action-only, black nitride or stainless, 9/10/15/17-shot mag capacity. MSRP: $529.



**RUGER SR45**

Caliber: .45 ACP. Barrel: 4.5 inches. Weight: 30.2 ounces. Grips: Glass-filled nylon. Sights: Adjustable three-dot. Features: Double-action-only, black nitride or stainless, 10-shot mag capacity. MSRP: $529.



**SARSILMAZ K2**

Caliber: 9mm, .40, .45 ACP, 10mm. Barrel: 4.59 inches. Weight: 40.21 ounces. Grips: Black polymer. Sights: Adjustable three-dot. Features: Double-action/single-action, blued finish, 14/19/21-shot mag capacity. MSRP: $660. From EAA.



**SCCY CPX**

Caliber: 9mm. Barrel: 3.1 inches. Weight: 15 ounces. Grips: Textured polymer. Sights: Adjustable rear. Features: DAO w/ second strike capability, polymer frame, lock breech, stainless steel slide and barrel, ambi safety, internal hammer, mag finger rest, black (CB) or two-tone finish (TT), 9-shot mag capacity. MSRP: $314-334.



**SHOOTERS ARMS COMMODORE**

Caliber: .45 ACP. Barrel: 4.25 inches. Weight: 38.4 ounces. Grips: Plastic. Sights: Dovetailed front, combat rear. Features: Single-action, extended slide stop and safety lock, matte black finish, 8-shot mag capacity. MSRP: $499.95. From Century Arms.



**SIG SAUER 1911**

Caliber: .45 ACP. Barrel: 4.2 inches, 5 inches. Weight: 29.5-41.6 ounces. Grips: Wood, Ergo XT, Hogue, G10. Sights: Low-profile, SIGLITE night, adjustable. Features: Single-action, Nitron finish, 7/8/9-shot mag capacity. MSRP: $1,170-1,456.

00791

Exhibit 54



## SIG SAUER 1911 TRADITIONAL

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 4.2 inches, 5 inches. **Weight:** 29.5-41.6 ounces. **Grips:** Wood, Ergo XT **Sights:** Low-profile, SIGLITE night, adjustable. **Features:** Single-action, black Nitron, stainless or two-tone, 7/8-shot mag capacity. **MSRP:** $1,128-1,213.



## SIG SAUER P220

**Caliber:** .45 ACP. **Barrel:** 3.9 inches, 4.4 inches, 5 inches. **Weight:** 29.6-39.1 ounces. **Grips:** Polymer, wood, aluminum, Hogue, G10. **Sights:** Contrast, SIGLITE, TRUGLO, adjustable. **Features:** Single-action, double-action/single-action or double-action-Kellerman, Nitron finish, 6/8/10-shot mag capacity. **MSRP:** $626-1,375.



## SIG SAUER M11-A1

**Caliber:** 9mm. **Barrel:** 3.9 inches. **Weight:** 32 ounces. **Grips:** Polymer. **Sights:** SIGLITE. **Features:** Double-action/single-action, black Nitron finish, 15-shot mag capacity. **MSRP:** $1,125.



## SIG SAUER P224

**Caliber:** 9mm, .357 SIG, .40. **Barrel:** 3.5 inches. **Weight:** 25.4 ounces. **Grips:** Polymer, Hogue G10. **Sights:** SIGLITE night. **Features:** Double-action/single-action or double-action-Kellerman, Nitron finish, 10/12-shot mag capacity. **MSRP:** $1,125-1,218.



## SIG SAUER MOSQUITO

**Caliber:** .22 LR. **Barrel:** 3.9 inches, 4.9 inches. **Weight:** 24.6-27.8 ounces. **Grips:** Polymer. **Sights:** Adjustable. **Features:** Double-action/single-action, Nitron, various finishes,10-shot mag capacity. **MSRP:** $380-502.



## SIG SAUER P226

**Caliber:** 9mm, .357 SIG, .40. **Barrel:** 4.4 inches, 5 inches, 6 inches. **Weight:** 23.7-47.2 ounces. **Grips:** Polymer, wood, Ergo, aluminum, Hogue, G10, Nill. **Sights:** SIGLITE, TruGlo, contrast, adjustable. **Features:** Single-action, double-action/single-action, double-action-Kellerman, Nitron finish, 10/12/14/15/17/19/20-shot mag capacity. **MSRP:** $656-2,747.



## SIG SAUER P210

**Caliber:** 9mm. **Barrel:** 4.7 inches. **Weight:** 37.4 ounces. **Grips:** Wood. **Sights:** Post and notch, adjustable target. **Features:** Single-action, black Nitron finish, 8-shot mag capacity. **MSRP:** $2,199-2,399.



## SIG SAUER P227

**Caliber:** .45 ACP. **Barrel:** 3.9 inches, 4.4 inches, 4.9 inches. **Weight:** 30-32.5 ounces. **Grips:** Polymer. **Sights:** Contrast, SIGLITE. **Features:** Double-action/single, Nitron finish, 10-shot mag capacity. **MSRP:** $993-1,228.

# Handguns: Autoloaders



## SIG SAUER P229

**Caliber:** 9mm, .357 SIG, .40. **Barrel:** 3.9 inches, 4.3 inches, 4.4 inches, 4.5 inches. **Weight:** 23.7-40.2 ounces. **Grips:** Polymer, wood, Ergo, aluminum, Hogue, G10. **Sights:** SIGLITE, TruGlo, contrast, adjustable. **Features:** Single-action, double-action/single-action, double-action-Kellerman, Nitron finish, 10/12/13/15-shot mag capacity. **MSRP:** $626-1,368.



## SIG SAUER P232

**Caliber:** .380 ACP. **Barrel:** 3.6 inches. **Weight:** 18.5-23.6 ounces. **Grips:** Hogue rubber. **Sights:** Contrast, SIGLITE night. **Features:** Double-action/single-action, Nitron finish, 7-shot mag capacity. **MSRP:** $649-799.



## SIG SAUER P238

**Caliber:** .380 ACP. **Barrel:** 2.7 inches. **Weight:** 15.2-20.1 ounces. **Grips:** Polymer, wood, aluminum, G10, Hogue rubber. **Sights:** SIGLITE night, TruGlo. **Features:** Single-action, Nitron finish, 6/7-shot mag capacity. **MSRP:** $679-829.



## SIG SAUER P239

**Caliber:** 9mm, .357 SIG, .40. **Barrel:** 3.6 inches, 4 inches. **Weight:** 29.5 ounces. **Grips:** Polymer. **Sights:** Contrast, SIGLITE. **Features:** Double-action/single-action or double-action-Kellerman, Nitron finish, 7/8-shot mag capacity. **MSRP:** $858-1,015.



## SIG SAUER P250

**Caliber:** .380 ACP, 9mm, .357 SIG, .40, .45 ACP. **Barrel:** 3.6 inches, 3.9 inches, 4.7 inches. **Weight:** 19.4-29.4 ounces. **Grips:** Polymer. **Sights:** Contrast, SIGLITE night. **Features:** Double-action/single-action, Nitron finish, 6/9/10/12/13/14/15/17-shot mag capacity. **MSRP:** $570-813.



## SIG SAUER P290

**Caliber:** 9mm. **Barrel:** 2.9 inches. **Weight:** 20.5 ounces. **Grips:** Polymer. **Sights:** SIGLITE night. **Features:** Double-action-only, Nitron finish, 6-shot mag capacity. **MSRP:** $570-642.



## SIG SAUER P516/ P522/P556

**Caliber:** .22 LR, 5.56mm. **Barrel:** 7.5 inches, 10 inches. 10.6 inches. **Weight:** 84-107.2 ounces. **Grips:** Magpul MOE, polymer. **Sights:** Flip-up iron, hooded or combat front with mini red-dot. **Features:** Semi-auto (gas-piston or blowback), black hardcoat anodized or Nitron finish, 10/25/30-shot mag capacity. **MSRP:** $572-1,666.



## SIG SAUER P938

**Caliber:** 9mm. **Barrel:** 3 inches. **Weight:** 16 ounces. **Grips:** Wood, Hogue G10. **Sights:** SIGLITE, TruGlo. **Features:** Single-action, nitron finish, 6/7-shot mag capacity. **MSRP:** $795-823.

00793

Exhibit 54



### SIG SAUER SP2022

**Caliber:** 9mm, .357 SIG, .40. **Barrel:** 3.9 inches. **Weight:** 29 ounces. **Grips:** Polymer. **Sights:** Contrast, SIGLITE night. **Features:** Double-action/single-action or double-action-only, black Nitron or two-tone finish, 10/12/15-shot mag capacity. **MSRP:** $570-710.



### SMITH & WESSON PERFORMANCE CENTER

**Caliber:** .45 ACP. **Barrel:** 4.25 inches, 5 inches. **Weight:** 29.6-40.5 ounces. **Grips:** G10 custom. **Sights:** Post front, adjustable rear. **Features:** Single-action, stainless steel, scandium alloy, round-butt, PC action job, lightening cuts, 8-shot mag capacity. **MSRP:** $1,539.



### SMITH & WESSON BODYGUARD

**Caliber:** .380 ACP. **Barrel:** 2.75 inches. **Weight:** 11.85 ounces. **Grips:** Polymer. **Sights:** Fixed front, adjustable rear. **Features:** Double-action-only, matte black finish, 6-shot mag capacity. **MSRP:** $419.



### SMITH & WESSON PRO

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3 inches, 4.25 inches, 5 inches. **Weight:** 24-41 ounces. **Grips:** Polymer, synthetic, wood. **Sights:** Dovetail front, adjustable rear, Novak, white three-dot. **Features:** Single-action or double-action-only, black Melonite, matte silver, two-tone finish, 7/8/10/15/17-shot mag capacity. **MSRP:** $869-1,519.



### SMITH & WESSON M&P

**Caliber:** 9mm, .357 SIG, .40, .45 ACP. **Barrel:** 3.5 inches, 4 inches, 4.25 inches, 4.5 inches, 5 inches. **Weight:** 19-29.6 ounces. **Grips:** Polymer, Crimson Trace Lasergrips. **Sights:** Fixed or adjustable. **Features:** Striker-fired, black Melonite or dark earth brown, 6/7/8/10/12/15/17-shot mag capacity. **MSRP:** $449-829.



### SMITH & WESSON RIMFIRE

**Caliber:** .22 LR. **Barrel:** 4.1 inches, 5.5 inches, 7 inches. **Weight:** 24-42 ounces. **Grips:** Polymer, Soft Touch, wood. **Sights:** Adjustable, Patridge front. **Features:** Single-action, black, blued, two-tone or real tree APG HD finish, 10/12-shot mag capacity. **MSRP:** $329-1,369.



### SMITH & WESSON M&P C.O.R.E.

**Caliber:** 9mm, .40. **Barrel:** 4.25 inches, 5 inches. **Weight:** 20-29.6 ounces. **Grips:** Polymer (enhanced Palmswell). **Sights:** White dovetailed front, fixed 2-dot rear, slide cut to accept red dot optics. **Features:** Striker-fired, Melonite finish, 15/17-shot mag capacity. **MSRP:** $729.

### SMITH & WESSON SD VE

**Caliber:** 9mm, .40. **Barrel:** 4 inches. **Weight:** 22.7 ounces. **Grips:** Polymer. **Sights:** White three-dot. **Features:** Striker-fired, two-tone finish, 10/14/16-shot mag capacity. **MSRP:** $379.

# Handguns: Autoloaders



## SMITH & WESSON SHIELD

**Caliber:** 9mm, .40. **Barrel:** 3.1 inches. **Weight:** 19 ounces. **Grips:** Polymer. **Sights:** White three-dot. **Features:** Striker-fired, black Melonite finish, 6/7/8-shot mag capacity. **MSRP:** $449.



## SPRINGFIELD EMP

**Caliber:** 9mm, .40. **Barrel:** 3 inches. **Weight:** 26-33 ounces. **Grips:** Cocobolo, G10. **Sights:** Tritium three-dot. **Features:** Single-action, black frame, stainless slide finish, 8/9-shot mag capacity. **MSRP:** $1,345.



## SPRINGFIELD LOADED

**Caliber:** 9mm, .45 ACP. **Barrel:** 5 inches. **Weight:** 39-41 ounces. **Grips:** Cocobolo, G10. **Sights:** Low-profile, dovetail front, adjustable rear. **Features:** Single-action, Parkerized, stainless, 7/9-shot mag capacity. **MSRP:** $1,003-1,387.



## SPRINGFIELD MIL-SPEC

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 39 ounces. **Grips:** Cocobolo. **Sights:** Fixed combat three-dot. **Features:** Single-action, parkerized, stainless finish, 7-shot mag capacity. **MSRP:** $768-843.



## SPRINGFIELD OPERATOR

**Caliber:** .45 ACP. **Barrel:** 4 inches, 5 inches. **Weight:** 31-42 ounces. **Grips:** Pachmayr wraparound, cocobolo. **Sights:** Low-profile, dovetail front, adjustable rear, tritium inserts. **Features:** Single-action, black, olive drab finish, 7-shot mag capacity. **MSRP:** $1,387.



## SPRINGFIELD PROFESSIONAL MODEL CUSTOM

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 38 ounces. **Grips:** Cocobolo. **Sights:** Tritium three-dot. **Features:** Single-action, Black T finish, 7-shot mag capacity. **MSRP:** $2,647.



## SPRINGFIELD RANGE OFFICER

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 40 ounces. **Grips:** Cocobolo. **Sights:** Low-profile, adjustable, target. **Features:** Single-action, black finish, 7-shot mag capacity. **MSRP:** $839.



## SPRINGFIELD TROPHY MATCH/TRP

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 40-45 ounces. **Grips:** Cocobolo, G10. **Sights:** Low-profile, dovetail front, adjustable rear. **Features:** Single-action, black, stainless finish, 7-shot mag capacity. **MSRP:** $1,605-1,867.

00795

Exhibit 54



**SPRINGFIELD XD**

**Caliber:** 9mm, .357 SIG, .40, .45 ACP. **Barrel:** 3 inches, 4 inches, 5 inches. **Weight:** 26-33 ounces. **Grips:** Polymer. **Sights:** Three-dot, dovetail (optional trikium). **Features:** Ultra Safety Assurance (USA), black, two-tone, dark earth, OD green finish, 9/10/12/13/16-shot mag capacity. **MSRP:** $549-750.



**STEYR ARMS M-A1**

**Caliber:** 9mm, .357 Sig, .40. **Barrel:** 4 inches. **Weight:** 27.02 ounces. **Grips:** Polymer. **Sights:** Triangular/trapezoid. **Features:** Double-action-only, Mannox finish, 10/15/17-shot mag capacity. **MSRP:** $560.



**SPRINGFIELD XD<sup>M</sup>**

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.8 inches, 4.5 inches, 5.25 inches. **Weight:** 27-32 ounces. **Grips:** Polymer. **Sights:** Three-dot, dovetail. **Features:** Ultra Safety Assurance (USA), black, two-tone, OD green finish, 11/13/16/19-shot mag capacity. **MSRP:** $639-749.



**STEYR ARMS S-A1**

**Caliber:** 9mm, .40. **Barrel:** 3.6 inches, 3.78 inches. **Weight:** 26.07-26.57 ounces. **Grips:** Polymer. **Sights:** Triangular/trapezoid. **Features:** Double-action-only, Mannox finish, 10-shot mag capacity. **MSRP:** $560.



**SPRINGFIELD XD<sup>S</sup>**

**Caliber:** 9mm, .45 ACP. **Barrel:** 3.3 inches. **Weight:** 21.5-23 ounces. **Grips:** Polymer. **Sights:** Fiber-optic front, dovetail rear. **Features:** Ultra Safety Assurance (USA), black finish, 5/7-shot mag capacity. **MSRP:** $559-669



**STI DOUBLE STACK**

**Caliber:** .38 Super, 9mm, .357 SIG, .40, .45 ACP, 10mm. **Barrel:** 3.9 inches, 4.15 inches, 5 inches, 6 inches. **Weight:** 33.5-44.6 ounces. **Grips:** Polymer. **Sights:** Fixed or adjustable. **Features:** Single-action, black, blued, stainless, hard chrome or two-tone finish. **MSRP:** $1,649-3,655.



**STEYR ARMS C-A1**

**Caliber:** 9mm. **Barrel:** 3.6 inches. **Weight:** 27.02 ounces. **Grips:** Polymer. **Sights:** Triangular/trapezoid or three-dot. **Features:** Double-action-only, Mannox finish, 10/15/17-shot mag capacity. **MSRP:** $560.



**STI LAWMAN**

**Caliber:** 9mm, .45 ACP. **Barrel:** 3.24 inches, 4.26 inches, 5.11 inches. **Weight:** 24.8-38.9 ounces. **Grips:** G10 Micarta. **Sights:** STI ramp front, Tactical adjustable rear. **Features:** Single-action, blued finish, 8/9-shot mag capacity. **MSRP:** $1,455.

# Handguns: Autoloaders



## STI SINGLE STACK

**Caliber:** .38 Super, 9mm, .40, .45 ACP. **Barrel:** 3.4 inches, 3.9 inches, 4.15 inches, 5 inches, 6 inches. **Weight:** 28-40 ounces. **Grips:** Rosewood, G10, STI Alumagrips. **Sights:** Fixed or adjustable. **Features:** Single-action, black, blued, stainless, hard chrome or two-tone finish. **MSRP:** $699-1,944.



## STOEGER COUGAR

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.6 inches. **Weight:** 32-32.6 ounces. **Grips:** Synthetic. **Sights:** White three-dot. **Features:** Double-action/single-action, black nitride finish, 8/11/15-shot mag capacity. **MSRP:** $469-509.



## TAURUS 24/7 G2

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.5 inches, 4.2 inches. **Weight:** 27-28 ounces. **Grips:** Polymer. **Sights:** Adjustable rear. **Features:** Double-action/single-action, blued or matte stainless finish, 10/12/15/17-shot mag capacity. **MSRP:** $498-539.



## TAURUS 700

**Caliber:** .380 ACP, 9mm, .40. **Barrel:** 3.2 inches, 3.3 inches. **Weight:** 10.2-19 ounces. **Grips:** Polymer. **Sights:** Fixed or adjustable. **Features:** Double-action/single-action or double-action-only, blued, matte stainless finish, 6/7-shot mag capacity. **MSRP:** $199-498.



## TAURUS 800

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.5 inches, 4 inches. **Weight:** 24.7-30.2 ounces. **Grips:** Polymer. **Sights:** Novak or fixed three-dot. **Features:** Double-action/single-action, black Tenifer, blued, matte stainless finish, 12/15/17-shot mag capacity. **MSRP:** $623-686.



## TAURUS 1911

**Caliber:** 9mm, .45 ACP. **Barrel:** 5 inches. **Weight:** 38-39.4 ounces. **Grips:** Walnut, polymer. **Sights:** Novak. **Features:** Single-action, blued, matte stainless or two-tone finish, 8/9-shot mag capacity. **MSRP:** $712-947.



## TAURUS LARGE FRAME

**Caliber:** 9mm, .40. **Barrel:** 5 inches. **Weight:** 34 ounces. **Grips:** Rubber. **Sights:** Fixed. **Features:** Double-action/single-action, blued or matte stainless finish, 10/11/17-shot mag capacity. **MSRP:** $483-938.

## TAURUS 609TI-PRO

**Caliber:** 9mm. **Barrel:** 3.25 inches. **Weight:** 19.7 ounces. **Grips:** Polymer. **Sights:** Heinie Straight Eight. **Features:** Double-action/single-action, Shadow gray, titanium finish, 13-shot mag capacity. **MSRP:** $608.

Exhibit 54



## TAURUS MEDIUM FRAME

**Caliber:** .380 ACP, .38 Super, 9mm, .40, .45 ACP. **Barrel:** 3.25 inches, 3.63 inches, 4 inches, 4.25 inches. **Weight:** 18.7-30 ounces. **Grips:** Mother of pearl, rubber, rosewood. **Sights:** Fixed. **Features:** Double-action/single-action, stainless, blued, gold, blue/gold finish, 8/10/15/17/19-shot mag capacity. **MSRP:** $633-701.



## TAURUS MILLENNIUM PRO

**Caliber:** 9mm, .40, .45 ACP. **Barrel:** 3.25 inches. **Weight:** 18.7-22.2 ounces. **Grips:** Polymer. **Sights:** Heinie Straight Eight. **Features:** Double-action/single-action, blued, matte stainless finish, 6/10/12-shot mag capacity. **MSRP:** $467-498.



## TAURUS SMALL FRAME

**Caliber:** .22 LR, .25 ACP. **Barrel:** 2.75 inches. **Weight:** 12.3 ounces. **Grips:** Synthetic, rosewood, wood. **Sights:** Fixed. **Features:** Double-action-only, blued, matte stainless, nickel or two-tone finish, 8/9-shot mag capacity. **MSRP:** $266-539.



## THOMPSON CUSTOM 1911

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 31.5-39 ounces. **Grips:** Laminate with medallion. **Sights:** Low-profile iron. **Features:** Single-action, stainless finish, 7-shot mag capacity. **MSRP:** $813. From Kahr Arms.



## THOMPSON TA5

**Caliber:** .45 ACP. **Barrel:** 10.5 inches. **Weight:** 80.9 ounces. **Grips:** Walnut. **Sights:** Blade front, open adjustable rear. **Features:** Semi-auto, blow-back, blued finish, 10/50/100-shot drum or 30-shot stick. **MSRP:** $1,237. From Kahr Arms.



## USELTON IA COMMANDER 1911

**Caliber:** .38 Super, 9mm, .45 ACP. **Barrel:** 3.5 inches, 4.25 inches, 5 inches. **Weight:** 19-24 ounces. **Grips:** G10 black with Uselton medallion. **Sights:** Fiber optic front, adjustable rear. **Features:** Single-action, Integrated Aluminum, stainless steel or Uselton Ceramic Armor Coat finish, 8-shot mag capacity. **MSRP:** $3,699-3,899.



## WILSON COMBAT BILL WILSON CARRY

**Caliber:** .45 ACP. **Barrel:** 4 inches. **Weight:** 35 ounces. **Grips:** G10 star-burst. **Sights:** Fiber-optic front, battle-sight rear. **Features:** Single-action, Armor-Tuff finish, 7-shot mag capacity. **MSRP:** $3,205.



## WILSON COMBAT CLASSIC

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 5 inches. **Weight:** 38-46.6 ounces. **Grips:** Cocobolo. **Sights:** Ramp front, Lo-Mount adjustable rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,030.

# Handguns: Autoloaders



### WILSON COMBAT CQB

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 4 inches, 5 inches. **Weight:** 36.6-40.4 ounces. **Grips:** G10 Starburst or diagonal. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $2,865.



### WILSON COMBAT PROTECTOR

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 5 inches. **Weight:** 38 ounces. **Grips:** G10 Starburst. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $2,920.



### WILSON COMBAT HUNTER

**Caliber:** 10mm, .460 Rowland. **Barrel:** 5.5 inches. **Weight:** 39.7 ounces. **Grips:** Crimson Trace Lasergrips. **Sights:** Ramp front, Lo-Mount adjustable rear. **Features:** Single-action, Armor-Tuff finish, 7-shot mag capacity. **MSRP:** $4,100.



### WILSON COMBAT SENTINEL

**Caliber:** 9mm. **Barrel:** 3.6 inches. **Weight:** 31.7 ounces. **Grips:** G10 slimline or Starburst. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,310.



### WILSON COMBAT MS. SENTINEL

**Caliber:** 9mm. **Barrel:** 3.6 inches. **Weight:** 26.8 ounces. **Grips:** Cocobolo. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,875.



### WILSON COMBAT SPEC-OPS 9

**Caliber:** 9mm. **Barrel:** 4.5 inches. **Weight:** 29.6 ounces. **Grips:** Starburst. **Sights:** Dovetail fiber-optic front, spec-ops low-profile rear. **Features:** Single-action, Armor-Tuff finish, 16-shot mag capacity. **MSRP:** $2,285.



### WILSON COMBAT PROFESSIONAL

**Caliber:** .38 Super, 9mm, .45 ACP. **Barrel:** 4 inches. **Weight:** 36.4-44.8 ounces. **Grips:** G10 Starburst. **Sights:** Fiber-optic or trilium front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $2,920.



### WILSON COMBAT SUPER SENTINEL

**Caliber:** .38 Super. **Barrel:** 3.6 inches. **Weight:** 25.2 ounces. **Grips:** G10 Slimline. **Sights:** Fiber-optic battlesights. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,875.

00799

Exhibit 54



## WILSON COMBAT TACTICAL ELITE

**Caliber:** .38 Super, 9mm, .40, .45 ACP. **Barrel:** 5 inches. **Weight:** 39.8 ounces. **Grips:** G10 Starburst. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,650.



## WITNESS ELITE

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 4.5 inches, 4.75 inches, 5.25 inches. **Weight:** 39-44 ounces. **Grips:** Aluminum, wood, rubber. **Sights:** Interchangeable front with adjustable rear, fully adjustable. **Features:** Single-action, or double-action/single-action, stainless, two-tone finish, 10/15/18-shot mag capacity. **MSRP:** $640-1,879. From European American Armory.



## WILSON COMBAT TACTICAL SUPERGRADE

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 5 inches. **Weight:** 36.6-45 ounces. **Grips:** G10 Starburst. **Sights:** Tritium front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $5,045.



## WITNESS POLYMER

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 3.6 inches, 4.5 inches. **Weight:** 26-33 ounces. **Grips:** Polymer, rubber. **Sights:** Low-profile, adjustable. **Features:** Double-action/single-action blued, Wonder stainless, two-tone finish, 8/10/12/15/18-shot mag capacity. **MSRP:** $525-635. From European American Armory.



## WILSON COMBAT ULTRALIGHT CARRY

**Caliber:** .38 Super, 9mm, .45 ACP. **Barrel:** 5 inches. **Weight:** 32.8-40.5 ounces. **Grips:** G10 Starburst. **Sights:** Tritium front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $3,650.



## WITNESS STEEL

**Caliber:** .38 Super, 9mm, .40, .45 ACP, 10mm. **Barrel:** 3.6 inches, 4.5 inches. **Weight:** 26-33 ounces. **Grips:** Polymer, rubber. **Sights:** Low-profile, adjustable. **Features:** Double-action/single-action blued, Wonder stainless, two-tone finish, 8/10/12/15/18-shot mag capacity. **MSRP:** $557-691. From European American Armory.



## WILSON COMBAT X-TAC

**Caliber:** .45 ACP. **Barrel:** 5 inches. **Weight:** 38.1-46.2 ounces. **Grips:** G10 Starburst. **Sights:** Fiber-optic front, battlesight rear. **Features:** Single-action, Armor-Tuff finish, 8-shot mag capacity. **MSRP:** $2,760.



## WITNESS HUNTER

**Caliber:** .45 ACP, 10mm. **Barrel:** 6 inches. **Weight:** 41 ounces. **Grips:** Polymer. **Sights:** Dovetail front, low-profile heavy-duty adjustable rear. **Features:** Single-action, blued finish, 10/15-shot mag capacity. **MSRP:** $1,007. From European American Armory.

# EXHIBIT 55



**ATHLON OUTDOORS**

MAGAZINES:

PERSONAL DEFENSE WORLD / COMBAT HANDGUNS / CONCEALED CARRY / ANNUALS

# The Evolution of GLOCK Pistols

FOUR GENERATIONS OF GLOCK DESIGNS HAVE FOREVER CHANGED THE WORLD OF FIREARMS.

By **ROBERT A. SADOWSKI**



**1 of 10**

**The Evolution of GLOCK Pistols**
"There are four distinct generations of Glocks, and, at a glance, even the casual observer can
over the past three decades."





0 Comment(s)



Glock completely changed the way the world viewed pistols. Today, several major firearm manufacturers copy the basic Glock pistol design of a polymer frame and a striker firing system.

Gaston Glock ran a small manufacturing business out of his garage, producing knives and other small items for the military. He had no experience building firearms, but what he did have was determination and vision. He spoke with firearms experts to understand the pros and cons of the current pistol designs. Not having any preconceived notions of how to design or manufacture a pistol, Glock had pure creativity at his disposal with no limitations. He and his team created a pistol with 34 components and a unique Safe Action trigger system never before seen. The pistol made full use of high-tech polymers in the frame, magazine and other components. The slide was machined from round bar stock steel and given a blocky look. Metal components were given a surface-hardening treatment that resists scratches and corrosion. It had a magazine capacity of 17 rounds, parts between pistols were easily interchangeable, and the pistol could be field-stripped without tools in seconds. The Glock 17 was then introduced to the world.

As Glocks were adopted by militaries and LE agencies around the globe, Glock continued to refine its series of pistols by using feedback from troops on the ground and police who carried the Glock on duty, day in and day out. Those changes and suggestions are noted in the succeeding generations of Glocks.

There are four distinct generations of Glocks, and, at a glance, even the casual observer can see how this pistol evolved over the past three decades. Perhaps only the knowledgeable collector can



**Albuquerque Shooting: CCW Good Guy Kills Man Terrorizing Family**

**Best Comments on Video of Man Who Sawed AR-15 in Half**



**Pocket Battle: Scores & Rankings of 5 Popular .380 Pistols**



**The Taurus Raging Bull Revolver Kicks the .44 Magnum Up a Notch**

note the slight variations within generations. Here's a look at how Glock pistols have evolved over the years.

**Gen1: 1982-1988**





LIVING SPACES
Mid-Century style under $700

$395

GLOCK 17 Gen1

The first generation of Glocks debuted with the G17 in 1982, chambered in 9mm. Gen1 Glocks featured a pebble-finished frame without horizontal grooves on the front- and backstraps. The G17 was purchased by numerous militaries around the world, and it was presented and demonstrated to police chiefs across the U.S. Rare G17 Gen1 cutaways were used to demonstrate the features of the then-new G17, particularly the Safe Action mechanism. The LE world at that time used revolvers. A semi-automatic pistol, let alone a lightweight polymer-framed model with no manual thumb safety, was a new breed indeed.

**RELATED STORY: Stealth Nine – The Single-Stack GLOCK 43 Pistol**

In Europe, G17s were shipped in small plastic containers with two magazines, a cleaning rod and slots to hold 18 rounds of ammunition. The ATF requested the cartridge slots be removed for the U.S. market, and Glock obliged. Shooters immediately tried— and failed—to wear out the pistols by shooting thousands of

rounds through them. The media touted the Glock as being immune to detection by metal detectors. These initial thoughts were soon dismissed. As shooters learned, the soft-shooting 9mm G17 was lightweight, accurate and reliable. There was also plenty of steel in the firearm's construction so it could never sneak past a metal detector.

Glocks were dropped from helicopters, frozen in ice, dunked in mud and buried in sand, and after all the torture tests the Glocks performed flawlessly. Police chiefs liked the pistol but were in need of a more compact pistol for plainclothes officers and detectives, and the Glock 19 was produced by shortening the grip and magazine. Competitive shooters began to demand a Glock pistol of their own, so a longer barrel and slide assembly was mated to the G17 frame and called the Glock 17L. This model also had a lighter trigger pull and an extended magazine catch. The Glock 18 was introduced as a select-fire variant for LE/military use only.

**Gen2: 1988-1997**



GLOCK 17 Gen2

Gen2 pistols are notable for their textured front- and backstraps. Glock also introduced more caliber choices. The .40 was gaining popularity with LE agencies by this time, so the company

00805

Exhibit 55

introduced the full-sized Glock 22 and the compact Glock 23 in that caliber. The Glock 24 was similar to the G17L but chambered in .40 S&W. The G31 and G32, full-sized and compact, respectively, were chambered in .357 SIG.

**RELATED STORY: Perfect Nines – 9 Reliable GLOCK Pistols Chambered in 9mm**

Ported and compensated models were also offered. The "C" suffix added to model numbers indicated a compensated model with slots cut into the barrel and a cutout in the top of the slide. These features helped reduce muzzle rise and recoil by dispersing burning gases upward through the slots. Models with compensated barrels included nearly all of the previously built variants.

In 1990, Glocks were given big-bore firepower in the 10mm Auto and .45 ACP in the Glock 20 and Glock 21, respectively. The G21 in .45 ACP immediately became popular with civilians and LE/military shooters in the U.S. This wasn't a surprise, as the .45 ACP is America's handgun cartridge.

In Gen2 models, the pistol was modified with an integrated recoil spring assembly.

**Gen3: 1995-2010**



GLOCK 17 Gen3

The third update to the Glock line of pistols brought about even more new models and alterations to the frame. The first Gen3 pistols were transitional and had new finger grooves molded into the frontstrap, along with thumb rests. Then Glock began to transition its Gen3 models by adding a forward accessory rail. These transitional models included the G19C, G20, G20C, G21, G21C, G26, G27, G28, G29, G30, G33, G36 and G39.

Glock also introduced Short Frame (SF) variants for some models. For these Short Frame pistols, the trigger reach and heel were shortened to better accommodate shooters with small hands. The SF models include the big-bore 10mm G20 SF and the .45 ACP G21 SF.

**RELATED STORY: Massad Ayoob – You Got A GLOCK. Now What?**

Next, Glock produced a proprietary caliber with Speer and called the new round the .45 GAP. The acronym GAP stands for "Glock Automatic Pistol." The cartridge was designed to provide power equal to the .45 ACP, yet it was slightly shorter so it would fit in a compact pistol. Also during the Gen3 period, Glock started to produce subcompact models in all calibers: the G26 (9mm), G27

(.40), G29 (10mm), G30 (.45 ACP), G33 (.357 SIG) and G39 (.45 GAP).

A notable departure for Glock at this time was the Glock 36 in .45 ACP. This pistol uses a single-stack magazine and was designed as a highly compact "slim-line" version of the G30 pistol. The G36 has a 6+1 capacity compared to the G30's 10+1, but the G36 is 1.1 inches thick while the G30 is 1.27 inches wide.

## Gen4: 2010-Present



GLOCK 17 Gen4

Early in 2010, Glock introduced its Gen4 pistols, which kept the recessed thumb rests, finger grooves and accessory rail of the previous generation but now featured frame texturing slightly less aggressive than the previous generation's. Gen4 models also come with interchangeable backstraps, a reversible magazine catch, a dual recoil spring assembly and a new trigger system. Gen4 models are easy to identify because of the "Gen4" roll-marked after the model number on the left side of the slide.

**RELATED STORY: Glock 43 – An Ultra-Slim, Easy-To-Conceal 9mm**

Four backstraps, two with extended beavertails, are included with all Gen4 models. The basic frame—without a backstrap insert installed—is smaller than previous generations and is well suited for shooters with smaller hands. The reversible magazine catch can be swapped out to accommodate both right- and left-handed shooters. The magazines for Gen4 models are also built to accommodate the new magazine catch. Previous-generation magazines, however, are compatible with Gen4 models. The dual recoil spring assembly is designed to help reduce felt recoil.

Some noteworthy models that were recently introduced in the Gen4 era include the G30S, the G41 Gen4, the G42 and the G43. The G30S is a hybrid Glock that combines the frame of a G30 SF with the slim slide of a G36 to create a compact concealed-carry pistol that packs 10+1 rounds of .45 ACP firepower. The G42 addresses the popularity of the .380 ACP cartridge for concealed carry. While not explicitly a Gen4, the G42 features subdued grip texturing, a reversible magazine catch and a slight frame extension—like a mini beavertail—that protects the web of the shooter's hand. The G42 also employs a locked-breech system, which is unusual for a .380 ACP pistol, as most use a blowback system.



GLOCK's Gen4 autopistols, including this 9mm G17, possess decades of refinements that only enhance their renowned accuracy and reliability.

The G41 Gen4 is a competition-sized pistol with a 5.31-inch barrel chambered in the fight-stopping .45 ACP. The dual recoil spring assembly helps reduce the felt recoil in the G41 Gen4, and the interchangeable backstraps offer operators a high degree of customization. The white-dot front sight and white-outlined rear sight offer fast target acquisitions, and the wraparound frame texturing provides added control.

The G43 is Glock's most recent variant, a single-stack pistol chambered in 9mm and designed specifically for concealed carry. With a capacity of 6+1 rounds, an overall length of 6.26 inches and an unloaded weight of 17.95 ounces, the G43 may be small in stature but offers all the legendary Glock safety features and reliability. For everyday carry, it is ultra-concealable, comfortable to carry and offers plenty of 9mm firepower.

**RELATED STORY: 3 GLOCK Subcompact & Full-Size Pistols For Self-Defense**

Finally, Glock has also recently introduced its Modular Optic System (MOS) Configuration pistols, which feature slides that come with mounting plates to accept a variety of popular miniature reflex sights. These models, including the G34 Gen4, G35 Gen4, G41 Gen4 and the new G40 Gen4 in 10mm, are perfect for hunting, self-defense and competition, offering quick target acquisitions and power.

Glock has shown itself to be an innovative firearms company that has changed the paradigm of pistol design and manufacture forever. Over the past three decades, the company has listened to its users and refined its pistols so they truly aspire to perfection.

For more information, visit http://us.glock.com or call 770-432-1202.

# UP NEXT

  

Exhibit 55



# 17 New Concealed Carry Holsters

Whether you want leather or Kydex, IWB or multi-role positioning, there's a new holster here...

**by** Personal Defense World / Nov 25, 2015

---

**0 Comments**

Sort by  Newest

Add a comment...

Facebook Comments plug-in

## ATHLON OUTDOORS NETWORK



Exhibit 55