XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6249
Fax: (213) 897-5775
E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**

Plaintiffs,

**v.**

**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**

Defendants.

17-cv-1017-BEN-JLB

**NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Deputy Attorney General John D. Echeverria hereby enters his appearance as counsel of record for defendant Xavier Becerra, in his capacity as the Attorney General of the State of California (“Defendant”).

Mr. Echeverria is a member of the State Bar of California and is admitted to practice in the Southern District of California. His contact information is as follows:

John D. Echeverria
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6249
Facsimile: (213) 897-5775
E-mail: John.Echeverria@doj.ca.gov

Other counsel of record for Defendant shall remain as counsel of record to be noticed.

Dated: March 16, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*

# CERTIFICATE OF SERVICE

Case Name: **Duncan, Virginia et al v. Xavier Becerra** Case No.: **17-cv-1017-BEN-JLB**

I hereby certify that on March 16, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 16, 2018, at Los Angeles, California.

| Colby Luong | /s/ Colby Luong |
| --- | --- |
| Declarant | Signature |

SA2017107272
52847892.docx