XAVIER BECERRA
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
ALEXANDRA ROBERT GORDON
Deputy Attorneys General
ANTHONY P. O'BRIEN
Deputy Attorney General
State Bar No. 232650
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6002
Fax: (916) 324-8835
E-mail: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**JOINT MOTION OF THE PARTIES TO SET ASIDE UPCOMING PRETRIAL DEADLINES PENDING RESOLUTION OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

COME NOW THE PARTIES, Plaintiffs Virginia Duncan, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle & Pistol Association, Incorporated (collectively, "Plaintiffs"), and Defendant Xavier Becerra (together with Plaintiffs, the "parties"), through their respective attorneys of record, pursuant

to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.2, hereby jointly move the Court set aside the upcoming pretrial deadlines, and reschedule them, if necessary, after resolution of Plaintiffs' pending motion for summary judgment.

WHEREAS, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief with this Court on May 17, 2017;

WHEREAS, the Court issued a scheduling order on August 4, 2017, setting a deadline of February 2, 2018, for all pre-trial motions, including dispositive motions;

WHEREAS, the scheduling order also scheduled the following additional pretrial deadlines:

(1) Memoranda of Contentions of Fact and Law, and any other actions required under Local Rule 16.1(f)(2), due May 4, 2018;

(2) Pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3), due May 4, 2018;

(3) Actions required under Local Rule 16.1(f)(4), due May 11, 2018;

(4) Parties' exchange of proposed pretrial order, due May 18, 2018;

(5) Proposed final pretrial conference order, including objections to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures, due May 25, 2018; and

(6) Final Pretrial Conference, scheduled before the Honorable Roger T. Benitez on June 4, 2018 at 10:30 a.m.

WHEREAS, Plaintiffs filed their motion for summary judgment and all supporting documents on or before March 5, 2018, in accordance with this Court's December 5, 2017, order;

WHEREAS, the hearing on Plaintiffs' motion for summary judgment is set for April 30, 2018;

WHEREAS, the remaining pretrial deadlines noted above, which begin only four days after the motion for summary judgment hearing, do not leave sufficient time for the Court to rule on the motion for summary judgment beforehand;

WHEREAS, Plaintiffs' motion for summary judgment, if granted by the Court, would adjudicate the entire matter and render moot the pretrial deadlines;

WHEREAS, even if the Court denies Plaintiffs' pending motion for summary judgment, its order may still provide helpful guidance to the parties in preparing their pretrial documents, including by narrowing the issues of law and fact for trial; and

WHEREAS, the parties agree that it is in the best interest of both the parties and the Court to take the pretrial deadlines off calendar, and reschedule them, if necessary, after the Court rules on Plaintiffs' pending motion for summary judgment,

The parties hereby jointly request that the Court grant the relief sought by this motion and take off calendar the following deadlines, and reschedule them, if necessary, after ruling on Plaintiff's motion for summary judgment:

(1) Memoranda of Contentions of Fact and Law, and any other actions required under Local Rule 16.1(f)(2), currently due May 4, 2018;

(2) Pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3), currently due May 4, 2018;

(3) Actions required under Local Rule 16.1(f)(4), currently due May 11, 2018;

(4) Parties' exchange of proposed pretrial order, currently due May 18, 2018;

(5) Proposed final pretrial conference order, including objections to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures, currently due May 25, 2018; and

(6) Final Pretrial Conference, currently scheduled before the Honorable Roger T. Benitez on June 4, 2018 at 10:30 a.m.

Respectfully submitted,

Dated: April 5, 2018

MICHEL & ASSOCIATES, P.C.

s/ Anna M. Barvir
ANNA M. BARVIR
Email: abarvir@michellawyers.com
*Attorneys for Plaintiffs Virginia Duncan, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle & Pistol Association*

Dated: April 5, 2018

XAVIER BECERRA
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
ALEXANDRA ROBERT GORDON
Deputy Attorneys General

/s/ Anthony P. O'Brien
ANTHONY P. O'BRIEN
Email: anthony.obrien@doj.ca.gov
Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*

SA2017107272
12999731.docx