# CERTIFICATE OF SERVICE

Case Name:   **Duncan, Virginia et al v. Xavier**          No.    **17-cv-1017-BEN-JLB**
             **Becerra**

I hereby certify that on <u>April 9, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION OF THE PARTIES TO SET ASIDE UPCOMING PRETRIAL DEADLINES PENDING RESOLUTION OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; and**

**[PROPOSED] ORDER GRANTING JOINT MOTION OF THE PARTIES TO SET ASIDE UPCOMING PRETRIAL DEADLINES PENDING RESOLUTION OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 9, 2018</u>, at Sacramento, California.


| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|:---:|:---:|
| Declarant | Signature |

SA2017107272
13042022.docx