1  XAVIER BECERRA
   Attorney General of California
2  State Bar No. 118517
   MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   State Bar No. 126009
4  ANTHONY P. O'BRIEN
   Deputy Attorney General
5  State Bar No. 232650
   JOHN D. ECHEVERRIA
6  Deputy Attorney General
   State Bar No. 268843
7    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013
8    Telephone:  (213) 269-6249
     Fax:  (213) 897-5775
9    E-mail:  John.Echeverria@doj.ca.gov
   *Attorneys for Defendant Attorney General*
10 *Xavier Becerra*

11            IN THE UNITED STATES DISTRICT COURT

12         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15

16 | **VIRGINIA DUNCAN, RICHARD** | 17-cv-1017-BEN-JLB |

**VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**

Plaintiffs,

v.

**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**

Defendant.

17-cv-1017-BEN-JLB

**EXHIBITS 16-19 TO THE DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

Date:          April 30, 2018
Time:          10:30 a.m.
Judge:         Hon. Roger T. Benitez
Courtroom:     5A
Action Filed:  May 17, 2017

Declaration of John D. Echeverria in Support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment  or, Alternatively, Partial Summary Judgment (17-cv-1017-BEN-JLB)

**EXHIBITS**
**TABLE OF CONTENTS**

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | Expert Report of Lucy P. Allen | 00001-00033 |
| 2 | Expert Rebuttal Report of John J. Donohue | 00034-00072 |
| 3 | Revised Expert Report of Louis J. Klarevas | 00073-00120 |
| 4 | Expert Report of Christopher S. Koper | 00121-00433 |
| 5 | Transcript of Deposition of Stephen Helsley (Excerpts) | 00434-00456 |
| 6 | Transcript of Deposition of Blake Graham, (Excerpts) | 00457-00463 |
| 7 | Transcript of Deposition of Carlisle Moody (Excerpts) | 00464-00480 |
| 8 | Transcript of Deposition of Gary Kleck (Excerpts) | 00481-00492 |
| 9 | Transcript of Deposition of Christopher S. Koper (Excerpts) | 00493-00501 |
| 10 | Transcript of Deposition of Lucy P. Allen (Excerpts & Ex. 7) | 00502-00518 |
| 11 | Transcript of Deposition of Louis J. Klarevas (Excerpts) | 00519-00533 |
| 12 | Dep't of the Treasury, Bureau of Alcohol, Tobacco, and Firearms (ATF), *Recommendation on the Importability of Certain Semiautomatic Rifles* (1989) | 00534-00553 |
| 13 | Dep't of the Treasury, Bureau of Alcohol, Tobacco, and Firearms (ATF), *Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles* (1998) | 00554-00680 |
| 14 | Sen. Bill No. 1446, 3d Reading Analysis, Mar. 28, 2016 (2015-2016 Reg. Sess.) (Cal. 2016) | 00681-00684 |

8

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 15 | Prepared Testimony by Laurence H. Tribe, *Proposals to Reduce Gun Violence: Protecting Our Communities While Respecting the Second Amendment: Hearing Before the Subcomm. on the Constitution, Civil Rights and Human Rights, S. Comm. on the Judiciary* (Feb. 12, 2013) Rights, *Proposals to Reduce Gun Violence: Protecting Our Communities While Respecting the Second Amendment* (2013). | 00685-00721 |
| 16 | Mark Follman, et al., *U.S. Mass Shootings, 1982-2018: Data from Mother Jones' Investigation* (Mother Jones, 2018) | 00722-00736 |
| 17 | Mayors Against Illegal Guns, *Analysis of Recent Mass Shootings* (2013) | 00737-00772 |
| 18 | Declaration of Professor Daniel Webster in Support of Defendant Xavier Becerra's Opposition to Plaintiffs' Motion for Preliminary Injunction (June 5, 2017) (Dkt. No. 15) | 00773-00792 |
| 19 | Larry Buchanan, et al., *Nine Rounds a Second: How the Las Vegas Gunman Outfitted a Rifle to Fire Faster*, N.Y. Times, Oct. 5 2017 | 00793-00797 |
| 20 | Violence Policy Center, *High-Capacity Ammunition Magazines are the Common Thread Running Through Most Mass Shootings in the United States* (2018) | 00798-00807 |
| 21 | Alex Yablon, *Bans on High-Capacity Magazines, Not Assault Rifles, Most Likely to Limit Shooting Carnage*, The Trace, June 13, 2016 | 00808-00811 |
| 22 | State of Connecticut, Division of Criminal Justice, *Report of the State's Attorney for the Judicial District of Danbury on the Shootings at Sandy Hook Elementary School* (2013) | 00812-00860 |

Declaration of John D. Echeverria in Support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment  or, Alternatively, Partial Summary Judgment (17-cv-1017-BEN-JLB)

| Exhibit | Description | Page(s) |
|---|---|---|
| 23 | Mark Follman, *More Guns, More Mass Shootings—Coincidence?*, Mother Jones, Dec. 15, 2012 | 00861-00867 |
| 24 | Louis Klarevas, Rampage Nation:  Securing America from Mass Shootings (2016) (Excerpts) | 00868-00898 |
| 25 | Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) | 00899-00904 |
| 26 | H.R. Rep. No. 103-489 (1994) | 00905-00981 |
| 27 | The Safety for All Act of 2016, 2016 Cal. Legis. Serv. Proposition 63 (West) | 00982-01011 |
| 28 | Sandy Hook Advisory Comm'n, *Final Report of the Sandy Hook Advisory Commission* (2015) | 01012-01289 |
| 29 | *LAPD Chief Backs Ban on Some Ammo Magazines*, NBC So. Cal., Mar. 2, 2011 | 01290-01294 |
| 30 | C. S. Koper & D. C. Reedy, *Impact of Handgun Types on Gun Assault Outcomes: A Comparison of Gun Assaults Involving Semiautomatic Pistols and Revolvers*, 9 Injury Prevention 151 (2003) | 01295-01300 |
| 31 | Brady Center to Prevent Gun Violence, Assault Weapons: 'Mass Produced Mayhem' (2008) | 01301-01364 |
| 32 | Testimony of Brian J. Siebel, Senior Attorney, Brady Center to Prevent Gun Violence, Before the Council of the District of Columbia (Oct. 1, 2008) | 01365-01372 |
| 33 | Christopher S. Koper et al., *Gunshot Victimisations Resulting from High-Volume Gunfire Incidents in Minneapolis:  Findings and Policy Implications*, Injury Prevention, Feb. 24, 2018 | 01373-01377 |

10

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 34 | Nat. Law Enforcement P'ship to Prevent Gun Violence, Protecting Communities from Assault Weapons and High-capacity Ammunition Magazines (2017) | 01378-01382 |
| 35 | Declaration of San Francisco Police Department Officer Joseph Emanuel in Support of Plantiff's Ex Parte Application for Order to Show Cause Re: Preliminary Injunction, *People v. Badger Mountain Supply, et al.*, No. CGC-17-557010 (S.F. Super. Feb. 21, 2017) | 01383-01402 |
| 36 | Declaration of Detective Michael Mersereau of the Los Angeles Police Department in Support of Amici Curiae the City and County of San Francisco, the City of Los Angeles, and the City of Sunnyvale, *Duncan v. Becerra*, 9th Cir. No. 17-56081 (9th Cir. Oct. 19, 2017) | 01403-01412 |
| 37 | Mark Follman, et al., *A Guide to Mass Shootings in America*, Mother Jones (last updated Mar. 10, 2018, 9:00 AM) | 01413-01417 |
| 38 | David S. Fallis & James V. Grimaldi, *Va. Data Show Drop in Criminal Firepower During Assault Gun Ban*, Wash. Post, Jan. 23, 2011 | 01418-01422 |
| 39 | David S. Fallis, *Data Indicate Drop in High-Capacity Magazines During Federal Gun Ban*, Wash. Post, Jan. 10, 2013 | 01423-01427 |
| 40 | Gary Kleck, Point Blank: Guns and Violence in America (1991) (Excerpts) | 01428-01437 |
| 41 | Claude Werner, *The Armed Citizen - Analysis of Five Years of Armed Encounters*, GunsSaveLives.com (Mar. 12, 2012) | 001438-01445 |

11

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 42 | California Voter Information Guide, Firearms. Ammunition Sales. Initiative Statute. California Proposition 63 (2016) | 01446-01469 |
| 43 | Larry Buchanan, et al., *How They Got Their Guns*, N.Y. Times, Nov. 5, 2017) | 01470-01478 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of John D. Echeverria in Support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment  or, Alternatively, Partial Summary Judgment (17-cv-1017-BEN-JLB)

# Exhibit 16

Exhibit 16
Page 00722

Mother Jones Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yountville veterans home shooting | Yountville, CA | 3/9/18 | 2018 | Army veteran Albert Cheung Wong, 36, stormed a veterans home where he was previously under care, exchanging gunfire with a sheriff's deputy and taking three women hostage, one of whom he'd previously threatened. After a standoff with law enforcement, he killed the three women and himself. | 3 | 0 | 3 | Workplace | Yes | Wong had served in Afghanistan and had a history of PTSD. | Yes | TBD | semiautomatic rifle; shotgun | | Asian | M | https://www.cnn.com/2018/03/10/us/california-veterans-home-shooting/index.html; | https://www.cnn.com/2018/03/10/us/california-veterans-home-shooting.html | 38.392496 | -122.366528 | Mass |
| Stoneman Douglas High School shooting | Parkland, Florida | 2/14/18 | 2018 | Nikolas J. Cruz, 19, heavily armed with an AR-15, tactical gear, and "countless magazines" of ammo, according to the Broward County Sheriff, attacked the high school as classes were ending for the day, killing at least 17 people and injuring many others. He was apprehended by authorities shortly after fleeing the campus. | 17 | 14 | 31 | School | Yes | Cruz had a long history of behavioral problems and had spent time in mental health clinics. | Yes | A Florida pawn shop | semiautomatic rifle | AR-15 | White | M | https://www.nytimes.com/2018/02/14/us/parkland-school-shooting.html; https://www.nytim | https://www.nytimes.com/2018/02/15/us/nikolas-cruz-florida-shooting.html | | | Mass |
| Pennsylvania carwash shooting | Melcroft, PA | 1/28/18 | 2018 | Timothy O'Brien Smith, 28, wearing body armor and well-stocked with ammo, opened fire at a carwash early in the morning in this rural community, killing four people. A fifth victim, though not shot, suffered minor injuries. One of the deceased victims, 25-year-old Chelsie Cline, had been romantically involved with Smith and had broken off the relationship recently, according to her sister. Smith shot himself in the head and died later that night at the hospital. | 4 | 1 | 5 | Other | TBD | | TBD | TBD | semiautomatic rifle and semiautomatic handgun | | White | M | http://www.wpxi.com/news/top-stories/family-member-s-small-community-in-shock- | | | | Mass |
| Rancho Tehama shooting spree | Rancho Tehama, CA | 11/14/17 | 2017 | Kevin Janson Neal, 44, went on an approximately 45-minute shooting spree in the rural community of Rancho Tehama Reserve in Northern California, including shooting up an elementary school, before being killed by law enforcement officers. Neal had also killed his wife and kids. | 5 | 10 | 15 | Other | TBD | | No | TBD | semiautomatic rifles | Two illegally modified rifles | White | M | https://www.nbcnews.com/news/us-news/california-mass-shooter-killed-wife-buried- | | | | Spree |
| Texas First Baptist Church massacre | Sutherland Springs, TX | 11/5/17 | 2017 | Devin Patrick Kelley, a 26-year-old ex-US Air Force airman, opened fire at the First Baptist Church in Sutherland Springs during Sunday morning services, killing at least 26 people and wounding and injuring 20 others. He left the church and fled in his vehicle after engaging in a gunfight with a local citizen; he soon crashed his vehicle and died from a self-inflicted gunshot wound. | 26 | 20 | 46 | Religious | Yes | Kelley had a history of domestic violence, including a court martial and conviction stemming from assaulting his wife and child; he also had a | Kelley passed federal criminal background checks; the US Air Force failed to provide information on his criminal history to the FBI | Purchased in April 2016 from an Academy Sports & Outdoors store in San Antonio | semiautomatic rifle | Ruger AR-556; Kelley also possessed semiautomatic handguns | White | M | https://www.washingtonpost.com/news/morning-mix/wp/2017/11/06/who-is-devin-patrick- | http://www.snews.com/news/local/article/Suspected-gunman-Devin-Patrick-Kelley- | 32.7801052 | -96.8000082 | Mass |
| Walmart shooting in suburban Denver | Thornton, CO | 11/1/17 | 2017 | Scott Allen Ostrem, 47, walked into a Walmart in a suburb north of Denver and fatally shot two men and a woman, then left the store and drove away. After an all-night manhunt, Ostrem, who had financial problems but no serious criminal history, was captured by police after being spotted near his apartment in Denver. | 3 | 0 | 3 | Other | Unclear | | TBD | | semiautomatic handgun | | White | M | https://www.nytimes.com/2017/11/02/us/thornton-colorado-walmart-shooting.html; http://www | | 43.0605671 | -88.1064787 | Mass |
| Edgewood business park shooting | Edgewood, MD | 10/18/17 | 2017 | Radee Labeeb Prince, 37, fatally shot three people and wounded two others around 9am at Advance Granite Solutions, a home remodeling business where he worked near Baltimore. Hours later he shot and wounded a sixth person at a car dealership in Wilmington, Delaware. He was apprehended that evening following a manhunt by authorities. | 3 | 3 | 6 | Workplace | Unclear | | No | Unclear | handgun | .380-caliber; make unclear | Black | M | http://www.baltimoresun.com/news/maryland/harford/aegis/ph-ag-edgewood-shooting- | | | | Mass |

Exhibit 16
Page 00723

Mother Jones Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Las Vegas Strip massacre | Las Vegas, NV | 10/1/17 | 2017 | Stephen Craig Paddock, 64, rained a barrage of rapid gunfire down on thousands of concertgoers on the Las Vegas Strip late on a Sunday night, firing from a corner suite on the 32nd floor of the Mandalay Bay Resort and Casino. Soon thereafter, he was found by law enforcement inside the hotel room, deceased from a self-inflicted gunshot wound. | 58 | 546 | 604 | Other | TBD | Perpetrator's history unclear. In 1969 Paddock's father was classified by the FBI as a dangerous psychopath with suicidal tendencies; psychopathy | Yes | Two gun shops in Nevada | 23 firearms, mostly rifles; including scopes, and two modified for "fully automatic" firing; two were mounted on tripods | AR-15-style and AK-47-style rifles and "a large cache of ammunition"; four Daniel Defense DDM4 rifles, three FN-15s and other | White | M | https://www.lvmp.com/e/a1n-us/Documents/1_October_FIT_Report_01-18-2018_Fo | https://www.nytimes.com/2017/10/13/us/step hen-paddock-father-vegas.html; http://www | 32.693397 | -97.47067092 | Mass |
| San Francisco UPS shooting | San Francisco, CA | 6/14/17 | 2017 | Jimmy Lam, 38, fatally shot three coworkers and wounded two others inside a UPS facility in San Francisco. Lam killed himself as law enforcement officers responded to the scene. | 3 | 2 | 5 | Workplace | Yes | Lam had a history of domestic, work conflict | No | Unclear; the firearm was stolen in Utah. A second handgun Lam had (also stolen) was unused in the attack. | two handguns | MAC-10-style "assault pistol"; 30-round magazine. An additional box of ammunition. | Asian | M | http://www.nbcbayarea.com/news/local/Active-Shooter-San-Francisco-4284414 | https://www.ktvu.com/news/ktvu-local-news/26-1771610-story; https://twitter.com/LauraG | | | Mass |
| Pennsylvania supermarket shooting | Tunkhannock, PA | 6/7/17 | 2017 | Randy Stair, a 24-year-old worker at Weis grocery fatally shot three of his fellow employees. He reportedly fired 59 rounds with a pair of shotguns before turning the gun on himself as another co-worker fled the scene for help and law enforcement responded. | 3 | 0 | 3 | Workplace | Unclear | | TBD | | shotguns | | White | M | http://www.pressconnects.com/story/news/local/pennsylvania/2017/06/08/dead-murder-suicide- | | 35.047157 | -85.311819 | Mass |
| Florida awning manufacturer shooting | Orlando, Florida | 6/5/2017 | 2017 | John Robert Neumann, Jr., 45, a former employee of manufacturer Fiamma Inc. fatally shot five workers at the company, and then killed himself on the scene. He'd been fired from the company in April. The attack took place a week before the one-year anniversary of the Orlando nightclub massacre. | 5 | 0 | 5 | Workplace | Unclear | | TBD | | semiautomatic handgun | | | M | http://www.postandcourier.com/news/multiple-people-dead-following-shooting-near-orlando- | | | | Mass |
| Rural Ohio nursing home shooting | Kirkersville, Ohio | 5/12/2017 | 2017 | Thomas Hartless, 43, shot and killed a former girlfriend and another employee of a nursing home, and then fatally shot the Kirkersville police chief responding to the scene. Hartless' former girlfriend had recently obtained a court protection order against Hartless. Investigators later found more than 60 firearms in the home of Hartless, who was also found dead at the scene of the attack. | 3 | 0 | 3 | Workplace | Yes | Hartless had a violent criminal history; his former girlfriend had submitted a letter in court recently stating that he had "a severe mental disorder." | TBD | | handgun, shotgun | | White | M | http://abcdonyour.com/abcside.com/s/news/lo cal/repor t-of-shooting-in-kirkersville; http://www | http://www.cbsne ws.com/news/64-guns-seized-from-home-of-killer-in-ohio-nursing- | 38.874981 | -76.99453 | Mass |
| Fresno downtown shooting | Fresno, California | 4/18/2017 | 2017 | Kori Ali Muhammad, 39, opened fire along a street in downtown Fresno, killing three people randomly in an alleged hate crime prior to being apprehended by police. Muhammad, who is black, killed three white victims and later described his attack as being racially motivated; he also reportedly yelled 'Allahu Akbar' at the time he was arrested, but authorities indicated they found no links to Islamist terrorism. | 3 | 0 | 3 | Other | Unclear | | Unknown | | handgun | .357 revolver | Black | M | http://www.dailymail.co.uk/news/article-4443722/Gunman-Fresno-shooting-speaks-jail.html; | | | | Mass |
| Fort Lauderdale airport shooting | Fort Lauderdale, Florida | 1/6/2017 | 2017 | Esteban Santiago, 26, flew from Alaska to Fort Lauderdale, where he opened fire in the baggage claim area of the airport, killing five and wounding six before police apprehended him. | 5 | 6 | 11 (dozens more were reportedly injured in the panic) | Airport | Yes | Among other signs, Santiago had gone to a FBI office in Anchorage and complained that his mind was being controlled by the CIA. | Yes | | semiautomatic handgun | Walther 9mm semi-automatic pistol | Latino | M | w.nytimes.com/2017/01/07/us/esteb an-santiago-fort-lauderdale-airport-shooting-.html?_r | http://www.nytimes.com/2017/01/07/us/esteb an-santiago-fort-lauderdale-airport-shooting- | 37.3688301 | -122.0363496 | Mass |

Exhibit 16
Page 00724

Mother Jones Investigation: US Mass Shootings, 1982-2016

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cascade Mall shooting | Burlington, WA | 9/23/2016 | 2016 | Arcan Cetin, 20, killed a teen girl and three women in the cosmetics section of a Macy's department store at the Cascade Mall. A man was critically wounded in the shooting and taken to Harborview Medical Center in Seattle, where he died. Cetin was apprehended by police a few hours after the shooting while driving a car near his residence. | 5 | 0 | 5 | Other | Yes | According to the Cetin's stepfather he had "mental health issues"; court records showed that he suffered from anxiety and depression. | TBD | | Rifle | | | M | http://www.nytimes.com/2016/09/25/us/mall-shooting-washington-state.html | www.nbcnews.com/news/us-news/arcan-cetin-accused-cascade-mall-shooter-charged- | 48.050824 | -122.176918 | Mass |
| Baton Rouge police shooting | Baton Rouge, LA | 7/17/2016 | 2016 | Gavin Long, a former Marine who served in Iraq, killed three police offers responding to a 911 call, and wounded three others. He was killed in a shoot-out with other officers responding to the scene. Prior to the attack, Long posted prolifically on social media, where he expressed admiration for the cop killer in Dallas 10 days prior. | 3 | 3 | 6 | Other | Yes | Unclear | Unknown | | Two semiautomatic rifles; one semiautomatic handgun | IWI Tavor SAR 5.56 caliber rifle, Springfield XD 9, 9mm | Black | M | http://time.com/4411027/baton-rouge-shooter-gavin-long/ ; http://www.nytimes.com/20 | | | | Spree |
| Dallas police shooting | Dallas, Texas | 7/7/2016 | 2016 | Micah Xavier Johnson, a 25-year-old Army veteran, targeted police at a peaceful Black Lives Matter protest, killing five officers and injuring nine others as well as two civilians. After a prolonged standoff in a downtown building, law enforcement killed Johnson using a robot-delivered bomb. | 5 | 11 | 16 | Other | Unclear | Unclear | Yes | online and or gun show | Semiautomatic rifle, semiautomatic handguns | Izhmash-Saiga 5.45mm (AK-style) semiautomatic rifle with large capacity magazines; Glock 9mm handgun, 25-caliber | Black | M | http://www.nytimes.com/2016/07/11/us/dallas-shooting-micah-johnson-police.html?_r=0; | | 41.4123225 | -73.31142358 | Mass |
| Orlando nightclub massacre | Orlando, Florida | 6/12/2016 | 2016 | Omar Mateen, 29, attacked the Pulse nightclub in Orlando in the early morning hours of June 12. He was killed by law enforcement who raided the club after a prolonged standoff. | 49 | 53 | 102 | Other | Unclear | Unclear | Yes | Shooting center in Port St. Lucie, Florida | Semiautomatic rifle, semiautomatic handgun | Sig Sauer MCX rifle, Glock 17 9mm; high-capacity magazines (30 rounds) | Other | M | http://www.motherjones.com/politics/2016/06/assault-rifle-used-by-orlando-mass-shooter; | | 37.8043808 | -122.2708166 | Mass |
| Excel Industries mass shooting | Hesston, Kansas | 2/25/2016 | 2016 | Cedric L. Ford, who worked as a painter at a manufacturing company, shot victims from his car and at his workplace before being killed by police at the scene. Shortly before the rampage he had been served with a restraining order. | 3 | 14 | 17 | Workplace | Unclear | Unclear | Yes | | Semiautomatic rifle, semiautomatic handgun | Zastava Serbia AK-47-style rifle, Glock Model 22 .40-caliber handgun; high-capacity magazines (30 rounds) | Black | M | http://www.nytimes.com/2016/02/26/us/shooting-at-plant-hesston-kansas.html; https://w | | 31.2011305 | -97.77156996 | Mass |
| Kalamazoo shooting spree | Kalamazoo County, Michigan | 2/20/2016 | 2016 | Jason B. Dalton, a driver for Uber, apparently selected his victims randomly as he went on a rampage over several hours in three different locations, including five people he shot in the parking lot of a Cracker Barrel restaurant. He was "arrested without incident" at a downtown Kalamazoo bar about six hours after the rampage began. | 6 | 2 | 8 | Other | Unclear | Unclear | Yes | | Semiautomatic handgun | 9 mm handgun (ammo used unclear) | White | M | http://www.nytimes.com/2016/02/22/us/kalamazoo-michigan-random-shooting.html; https:// | | 41.9294736 | -88.7503647 | Mass |
| San Bernardino mass shooting | San Bernardino, California | 12/2/2015 | 2015 | Syed Rizwan Farook left a Christmas party held at Inland Regional Center, later returning with Tashfeen Malik and the two opened fire, killing 14 and wounding 21, ten critically. The two were later killed by police as they fled in an SUV. | 14 | 21 | 35 | Workplace | Unclear | Unclear | Yes | The suspects purchased their handguns in the United States; the assault rifles were purchased | Two assault rifles and two semi-automatic pistols were used in the attack. Police found a remote controlled explosive | Two semiautomatic rifles—one a DPMS A-15, the other a Smith & Wesson M&P15, both with .223 calibre | Other | Male & Female | http://www.motherjones.com/politics/2015/12/san-bernardino-shooting-and-http://www | | 35.6672015 | -97.42937037 | Mass |

Exhibit 16
Page 00725

Mother Jones Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Planned Parenthood clinic | Colorado Springs, Colorado | 11/27/2015 | 2015 | Robert Lewis Dear, 57, shot and killed a police officer and two citizens when he opened fire at a Planned Parenthood health clinic in Colorado Springs, Colorado. Nine others were wounded. Dear was arrested after an hours-long standoff with police. | 3 | 9 | 12 | Workplace | Unclear | The judge in the case has not publicly released Dear's medical and mental health records. As of April 5, 2016, Dear was undergoing a competency evaluation. Dear | Unknown | Unclear | Long gun | Reportedly an AK-47 style semiautomatic rifle and others. Authorities had not released details on Dear's weapons as | White | M | http://ww w.nytime s.com/20 15/11/28 /us/color ado-planned-parentho od-shooting.html and | | 47.61864486 | -117.6483587 | Mass |
| Colorado Springs shooting rampage | Colorado Springs, Colorado | 10/31/2015 | 2015 | Noah Harpham, 33, shot three people before dead in Colorado Springs before police killed him in a shootout. | 3 | 0 | 3 | Other | Unclear | Prior to the rampage, Harpham wrote an "incoherent" blog and rambled "nonsensically" in a YouTube video about mind control techniques and | Yes | Unclear | Two handguns and a rifle | AR-15 rifle, a 9 mm pistol, and a .357 revolver | White | M | http://ww w.mothe rjones.co m/mojo/ 2015/11/ open-carry-mass-shooting-colorado-springs | | 37.2295733 | -80.4139393 | Mass |
| Umpqua Community College shooting | Roseburg, Oregon | 10/1/2015 | 2015 | 26-year-old Chris Harper Mercer opened fire at Umpqua Community College in southwest Oregon. The gunman shot himself to death after being wounded in a shootout with police. | 9 | 9 | 18 | School | Unclear | Harper-Mercer's mother said in multiple online postings that he had Asperger's syndrome. Harper-Mercer graduated from the Switzer Learning Center, a school for | Yes | From the home he shared with his mother. All were legally obtained by either Harper/Mer cer or family | Five pistols, one rifle, five magazines of ammunition | 9 mm Glock pistol, .40 caliber Smith & Wesson, .40 caliber Taurus pistol, .556 caliber Del-Ton; (ammo details unclear) | Other | Male | http://ww w.cnn.com/20 15/10/03 /us/chris-harper-mercer-umpqua-community-college- | http://ww w.latime s.com/na tion/natio nnow/la-na-nn-chris-harper-mercer-oregon-shooting- | 35.345802 | -79.4170543 | Mass |
| Chattanooga military recruitment center | Chattanooga, Tennessee | 7/16/2015 | 2015 | Kuwaiti-born Mohommod Youssuf Abdulazeez, 24, a naturalized US citizen, opened fire at a Naval reserve center, and then drove to a military recruitment office where he shot and killed four Marines and a Navy service member, and wounded a police officer and another military service member. He was then fatally shot in an exchange of gunfire with law enforcement officers responding to the attack. | 5 | 2 | 7 | Military | Yes | Abdulazeez "had suffered for years from depression and possibly from bipolar disorder," according to a representative of the family. (NYT, July 20 | Yes ("some of the weapons were purchased legally and some of them may not have been") | On the internet, via Armslist.co m | 2 assault rifles; semiautomati c handgun | AK-47, AR-15, and 30-round magazines; 9mm handgun | Other | Male | http://ww w.reuter s.com/ar ticle/201 5/07/16/ us-usa-shooting-tennesse e-idUSKC N0PQ1 | | 26.1223084 | -80.1433786 | Mass |
| Charleston Church Shooting | Charleston, South Carolina | 6/17/2015 | 2015 | Dylann Storm Roof, 21, shot and killed 9 people after opening fire at the Emanuel AME Church in Charleston, South Carolina. According to a roommate, he had allegedly been "planning something like that for six months." | 9 | 1 | 10 | Religious | Unclear | | Yes | Shooter's Choice gun store in West Columbia, South Carolina | Handgun | .45-caliber Glock (model 41, with 13-round capacity magazine) | White | M | http://ww w.mothe rjones.co m/politic s/2015/0 6/dylann-roofs-attorney; http://ww w.newsw eek.com/ | | 25.796491 | -80.226683 | Mass |
| Trestle Trail bridge shooting | Menasha, Wisconsin | 6/11/2015 | 2015 | Sergio Valencia del Toro, 27, in what officials say was a random act, shot and killed three people including an 11-year-old girl before turning the gun on himself. | 3 | 1 | 4 | Other | Yes | While serving in the Air Force, he went to an emergency walk-in clinic because of concerns over his mood swings, and had either sought or been ordered to behavioral | Yes | Unclear | Two handguns | Details unclear, but after the shooting, police found eight guns in total in Valencia del Toro's home, including handguns, | Latino | M | http://fox 6now.co m/2015/ 06/11/rel eased-menasha-police-issue-final-report-on-trestle- | | 39.9589 | -76.0806 | Mass |
| Marysville-Pilchuck High School shooting | Marysville, Washington | 10/24/2014 | 2014 | Jaylen Fryberg, 15, using a .40-caliber Berretta, shot five students at Marysville High School, including two of his cousins and three friends, killing all but one. Fryberg arranged to meet them for lunch in the school cafeteria by text. Fryberg was reportedly well-liked at the school and there was not believed to be any ill-will between him and his victims. He committed suicide at the scene. | 5 | 1 | 6 | School | Unclear | Fryberg was well-liked and allegedly happy, but was also upset about a girl and had posted emotional social media messages. No definitive signs | No | Gun was his father's. | Handgun | Beretta .40-caliber handgun | Native Ameri can | Male | http://ww w.seattle times.co m/seattle-news/fou rth-marysvill e-shooting-victim-dies-as- | http://ww w.newyo rker.com /science/ maria-konnikov a/almost-link-mental-health- | 38.5833862 | -90.406785 | Mass |

Exhibit 16
Page 00726

Mother Jones Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Isla Vista mass murder | Santa Barbara, California | 5/23/2014 | 2014 | Elliot Rodger, 22, shot three people to death in the college town of Isla Vista near the University of California, Santa Barbara. He also shot others as he drove around town, and injured others by striking them with a vehicle. He committed suicide by shooting himself in his car as police closed in. Prior to the rampage, Rodger stabbed three people to death at his apartment. | 6 | 13 | 19 | School | Yes | Rodger was never hospitalized due to mental illness, but had a long history of mental health issues dating back to his childhood, and received | Yes | | Three semi-automatic handguns and two hunting knives | Two Sig Sauer P226 semiautomatic pistols and Glock 34 pistol, and hundreds of rounds of ammo. A 6-inchand 8-inch "SRK" | White | M | http://ww w.sbsher iff.us/doc uments/I SLAVIST AINVES TIGATN/ ESUMM ARY.pdf Also: http://ww | | 41.2587317 | -95.9378732 | Mass |
| Fort Hood shooting 2 | Fort Hood, Texas | 4/3/2014 | 2014 | Army Specialist Ivan Lopez, 34, opened fire at the Fort Hood Army Post in Texas, killing three and wounding at least 12 others before shooting himself in the head after engaging with military police. Lt. Gen. Mark A. Milley told reporters that Lopez "had behavioral health and mental health" issues. | 3 | 12 | 15 | Military | Unclear | Lopez "had a long history of troubling behavior," according to the Washington Post, including a history of decieving others, problems in his | Yes | Local gun store in Killeen, Guns Galore | handgun | .45-caliber Smith & Wesson handgun | Latino | M | http://ww w.cnn.co m/2014/ 04/02/us /fort-hood-shooting/ and https://w ww.wash ingtonpo | | 27.823713 | -97.41739794 | Mass |
| Alturas tribal shooting | Alturas, California | 2/20/2014 | 2014 | Cherie Lash Rhoades, 44, opened fire at the Cedarville Rancheria Tribal Office and Community Center, killing four and wounding two. After running out of ammunition, Rhoades grabbed a butcher knife and stabbed another person. | 4 | 2 | 6 | Other | Unknown | | Unknown | | Two handguns and a butcher knife | 9mm semi-automatic | Native American | Female | http://ww w.sacbe e.com/n ews/loca l/crime/a rticle260 3350.ht ml; http://ww w.csmon itor.com/ | | 47.876346 | -95.0169401 | Spree |
| Washington Navy Yard shooting | Washington, D.C. | 9/16/2013 | 2013 | Aaron Alexis, 34, a military veteran and contractor from Texas, opened fire that month month that he'd "heard voices"; had been undergoing mental health treatment with Veterans Affairs since August | 12 | 8 | 20 | Military | Yes | Had told Rhode Island police the prior month that he'd "heard voices"; had been undergoing mental health treatment with Veterans Affairs since August | Yes | Sharpshooters Small Arms Range | Sawed-off shotgun, 2 boxes of shells; also a .45-caliber handgun taken from a security guard he shot at the scene. | Remington 870 Express 12-gauge shotgun; Beretta handgun | Black | Male | http://ww w.nytime s.com/20 13/09/18 /us/state-law-stopped-gunman-from-buying-rifle- | http://big story.ap. org/articl e/13- killed-washingt on-navy-yard-shooting-rampage | 39.754713 | -104.835869 | Mass |
| Hialeah apartment shooting | Hialeah, Florida | 7/26/2013 | 2013 | Pedro Vargas, 42, set fire to his apartment, killed six people in the complex, and held another two hostages at gunpoint before a SWAT team stormed the building and fatally shot him. | 7 | 0 | 7 | Other | Yes | His mother told authorities her son had been acting strangely and needed a psychiatric evaluation. | Yes | Florida Gun Center | 9mm semi-automatic handgun | Glock 17 | Latino | Male | http://ww w.miami herald.co m/2013/ 07/27/v-print/352 6078/a-look-at-the-victims-in-the- | http://ww w.miami herald.co m/2013/ 08/03/v-print/353 9629/hial eah-showed-signs-of.html | | | Mass |
| Santa Monica rampage | Santa Monica, California | 6/7/2013 | 2013 | John Zawahri, 23, armed with a homemade assault rifle and high-capacity magazines, killed his brother and father at home and then headed to Santa Monica College, where he was eventually killed by police. | 6 | 3 | 9 | Other | Yes | He was known as a solitary teen who regularly ditched class and had an interest in assault weapons; he had been admitted to UCLA's | Yes | Assembled a rifle out of component parts. | Assault rifle, high capacity magazines, antique handgun | .223-caliber semi-automatic assault rifle, about 40 high capacity magazines, "black powder" handgun (likely antique) | White | Male | http://w w.cbsne ws.com/ 8301-504083_ 162-5758932 7-504083/j ohn-zawahri-suspecte | http://w w.cbsne ws.com/ 8301-504083_ 162-5758932 7-504083/j ohn-zawahri- | 32.788387 | -79.933143 | Mass |
| Pinewood Village Apartment shooting | Federal Way, Washington | 4/21/2013 | 2013 | Dennis Clark III, 27, shot and killed his girlfriend in their shared apartment, and then shot two witnesses in the building's parking lot and a third victim in another apartment, before being killed by police. | 5 | 0 | 5 | Other | No | | Yes | Unknown | Semiautomatic handgun, shotgun | .40 caliber semi-automatic handgun, pistol grip shotgun | Black | Male | http://se attletime s.com/ht ml/localn ews/202 0836119 _federal wayshoo tingxml.ht ml | | 42.8858503 | -87.8631362 | Mass |

Exhibit 16
Page 00727

Mother Jones Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mohawk Valley shootings | Herkimer County, New York | 3/13/2013 | 2013 | Kurt Myers, 64, shot six people in neighboring towns, killing two in a barbershop and two at a car care business, before being killed by officers in a shootout after a nearly 19-hour standoff. | 5 | 2 | 7 | Other | No | | Yes | Frank's Guns in Marcy, NY | Shotgun | Unknown | White | Male | http://po ststar.co m/news/l ocal/stat e-and-regional/ cops-kill-suspect-in-deadly-mohawk-valley-... | | 39.6021065 | -104.9877273 | Mass |
| Sandy Hook Elementary massacre | Newtown, Connecticut | 12/14/2012 | 2012 | Adam Lanza, 20, shot his mother dead at their home then drove to Sandy Hook Elementary school. He forced his way inside and opened fire, killing 20 children and six adults before committing suicide. | 27 | 2 | 29 | School | Yes | Lanza had a history of serious mental health problems that were known to his family and others, as detailed in a post-massacre investigation by Connecticut | No | Stolen from mother | Two handguns, one rifle (assault), one shotgun (assault) | 10mm Glock, 9mm SIG Sauer P226 semiautomati c handguns; .223 Bushmaster XM15-E2S semiautomati c rifle; Izhmash | white | Male | http://us cnews.c om/_new s/2012/1 2/14/159 11025-authoritie s-id-gunman-who- | http://us cnews.c om/_new s/2012/1 2/14/159 11025-authoritie s-id-gunman-who- | 45.5719072 | -88.9028922 | Mass |
| Accent Signage Systems shooting | Minneapolis, Minnesota | 9/27/2012 | 2012 | Andrew Engeldinger, 36, upon learning he was being fired, went on a shooting rampage, killing the business owner, three fellow employees, and a UPS driver. He then killed himself. | 7 | 1 | 8 | Workplace | Yes | His family worried about his "paranoia and delusions" for at least two years prior, and tried to get him to seek treatment. | Yes | Unknown | One semiautomati c handgun | 9mm Glock semiautomati c handgun | white | Male | http://ww w.startrib une.com /local/17 1774461 .html?ref er=y | http://ww w.startrib une.com /local/17 1774461 .html?ref er=y | | | Mass |
| Sikh temple shooting | Oak Creek, Wisconsin | 8/5/2012 | 2012 | U.S. Army veteran Wade Michael Page, 40, opened fire in a Sikh gurdwara before he died from a self-inflicted gunshot would during a shootout with police. | 7 | 3 | 10 | Religious | Yes | His Army friends once broke into his apartment, fearing he'd commit suicide in the '90s. A psychiatric nurse who lived downstairs from Page said it was "obvious" he | Yes | Unknown | One semiautomati c handgun | 9mm Springfield Armory XDM semiautomati c handgun | white | Male | http://ww w.jsonlin e.com/n ews/milw aukee/fri end-of-page-feared-what-he-might-do-426edm | http://ww w.jsonlin e.com/n ews/milw aukee/fri end-of-page-feared-what-he-might-do-426edm | 25.8670105 | -80.2914 6268 | Mass |
| Aurora theater shooting | Aurora, Colorado | 7/20/2012 | 2012 | James Holmes, 24, opened fire in a movie theater during the opening night of "The Dark Night Rises" and was later arrested outside. | 12 | 70 | 82 | Other | Yes | He saw at least three mental health professionals before dropping out of his university. | Yes | Gander Mountain stores in Thornton and Aurora, Colo.; Bass Pro Shop in Denver, Colo.; BulkAmmo. com | Two semiautomati c handguns, one rifle (assault), one shotgun | Two .40-caliber Glock semiautomati c handguns; .223-caliber Smith & Wesson M&P15 semiautomati c rifle; 12-gauge | white | Male | http://ww w.cbsne ws.com/ 8301-201_162-57497820/james-holmes-saw-three-mental- | http://ww w.cbsne ws.com/ 8301-201_162-57497820/james-holmes-saw-three-mental- | 44.0462362 | -123.0220289 | Spree |
| Seattle cafe shooting | Seattle, Washington | 5/20/2012 | 2012 | Ian Stawicki, 40, gunned down four patrons at a cafe, and another person during a carjacking nearby, then shot himself as police closed in. (He died later that day in a Seattle hospital.) | 6 | 1 | 7 | Other | Yes | His family said he was mentally ill | Yes | Bull's Eye Shooter Supply in Tacoma, Wash. | Two semiautomati c handguns | Two .45-caliber semiautomati c handguns | white | Male | http://us news.ms cnews.c om/_new s/2012/0 5/30/119 59312-six-killed-in-seattle-shooting s- | http://us news.ms cnews.c om/_new s/2012/0 5/30/119 59312-six-killed-in-seattle-shooting s- | 35.8209895 | -90.6682606 | Mass |
| Oikos University killings | Oakland, California | 4/2/2012 | 2012 | One L. Goh, 43, a former student, opened fire in a nursing classroom. He fled the scene by car and was arrested nearby a few hours later. | 7 | 3 | 10 | School | Yes | A former instructor at Oikos described him as "mentally unstable" and "paranoid." | Yes | Bullseye in Castro Valley, Calif. | One semiautomati c handgun | .45-caliber semiautomati c handgun | Asian | Male | http://blo g.sfgate. com/egui llermo/20 12/04/05 /somethi ng-still-doesnt-compute-in-the-one-goh- | http://ber keley.patc h.com/art icles/one-l-goh-showed-violent-tendencie s-before-the-oikos- | 40.7606467 | -111.89109 | Mass |

Exhibit 16

Page 00728

Mother Jones' Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|------|----------|------|------|---------|-----------|---------|---------------|-------|------------------------------|------------------------|--------------------------|----------------|-----------------|----------------|------|--------|---------|----------------------|----------|-----------|------|
| Su Jung Health Sauna shooting | Norcross, Georgia | 2/21/2012 | 2012 | Jeong Soo Paek, 59, returned to a Korean spa from which he'd been kicked out after an altercation. He gunned down two of his sisters and their husbands before committing suicide. | 5 | 0 | 5 | Other | Yes | His sister worried about his homicidal tendencies; she said his mental health had been deteriorating and that he had threatened to commit suicide with his gun. | Yes | Unknown | One semiautomatic handgun | .45-caliber semiautomatic handgun | Asian | Male | http://www.gwinnettdailypost.com/news/2012/feb/21/police-id-4-victims-shooter-in-spa- | http://www.gwinnettdailypost.com/news/2012/feb/21/police-id-4-victims-shooter-in-spa- | 39.07868761 | -121.5475762 | Mass |
| Seal Beach shooting | Seal Beach, California | 10/12/2011 | 2011 | Scott Evans Dekraai, 42, opened fire inside a hair salon and was later arrested. | 8 | 1 | 9 | Other | Yes | He suffered from bipolar disorder, mood swings, and PTSD. | Yes | Unknown | Two semiautomatic handguns, one revolver | .45-caliber Heckler & Koch, 9mm Springfield semiautomatic handguns; .44 Magnum Smith & Wesson revolver | white | Male | http://latimes.com/2011/10/13/seal_beach_shooter_suffered_from_ptsd.php; http://blogs.ocwe | http://latimes.com/2011/10/13/seal_beach_shooter_suffered_from_ptsd.php | 41.6606893 | -91.5302214 | Mass |
| IHOP shooting | Carson City, Nevada | 9/6/2011 | 2011 | Eduardo Sencion, 32, opened fire at an International House of Pancakes restaurant and later died from a self-inflicted gunshot wound. | 5 | 7 | 12 | Other | Yes | He was diagnosed with paranoid schizophrenia as a teenager and feared demons were out to get him. | Yes | Purchased from an individual | Two rifles (both assault), one revolver | AK-47 Norinco Arms variant, AK-47 Romarm Cugir variant rifles; .38-caliber Colt revolver | Latino | Male | http://www.huffingtonpost.com/2011/11/03/eduardo-sencion-ihop-shooter_n_10736_n_10736_77.html | http://www.huffingtonpost.com/2011/11/03/eduardo-sencion-ihop-shooter_n_10736_77.html | 37.9577016 | -121.2907796 | Mass |
| Tucson shooting | Tucson, Arizona | 1/8/2011 | 2011 | Jared Loughner, 22, opened fire outside a Safeway during a constituent meeting with Congresswoman Gabrielle Giffords (D-Ariz.) before he was subdued by bystanders and arrested. | 6 | 13 | 19 | Other | Yes | His symptoms pointed to various possible mental illness diagnoses, such as schizophrenia and delusional disorder. He also experimented | Yes | Sportsmen's Warehouse in Tucson, Ariz. | One semiautomatic handgun | 9mm Glock 19 semiautomatic handgun | white | Male | http://www.time.com/time/magazine/article/0,9171,2042358,00.html; http://www.csmonitor.com/ | http://www.time.com/time/magazine/article/0,9171,2042358,00.html | | | Mass |
| Hartford Beer Distributor shooting | Manchester, Connecticut | 8/3/2010 | 2010 | Omar S. Thornton, 34, shot up his Hartford Beer Distributor workplace after facing disciplinary issues, then committed suicide. | 9 | 2 | 11 | Workplace | No | He apparently was driven over the edge by unaddressed, ongoing racism against him at work | Yes | Gun dealer in East Windsor, Conn. | Two semiautomatic handguns | Two 9mm Ruger SR9 semiautomatic handguns | black | Male | http://www.cbsnews.com/8301-504083_162-20012557-504083.html; | http://www.cbsnews.com/8301-504083_162-20012557-504083.html | | | Mass |
| Coffee shop police killings | Parkland, Washington | 11/29/2009 | 2009 | Maurice Clemmons, 37, a felon who was out on bail for child-rape charges, entered a coffee shop on a Sunday morning and shot four police officers who had gone there to use their laptops before their shifts. Clemmons, who was wounded fleeing the scene, was later shot and by a police officer in Seattle after a two-day manhunt. | 4 | 1 | 5 | Other | Yes | He had a history of erratic, bizarre behavior. He once asked his family to get naked for 5 minutes on Sunday; he said he thought the world would end and that he was | No | Stolen from an individual in Seattle. | One semiautomatic handgun | 9mm Glock 17 semiautomatic handgun; .38-caliber Smith & Wesson revolver | black | Male | http://seattletimes.com/html/localnews/2010385617_webmansought29.html; http://www.nytime | http://seattletimes.com/html/localnews/2010385617_webmansought29.html | | | Mass |
| Fort Hood massacre | Fort Hood, Texas | 11/5/2009 | 2009 | Army psychiatrist Nidal Malik Hasan, 39, opened fire on an Army base in an attack linked to Islamist extremism. Hasan was injured during the attack and later arrested. | 13 | 30 | 43 | Military | Unclear | Medical officials at Walter Reed Army Medical Center and the Uniformed Services University of the Health Sciences raised concerns prior to the shooting | Yes | Guns Galore in Kileen, Texas | One semiautomatic handgun | FN Five-seven semiautomatic handgun | Other | Male | http://seattletimes.com/html/nationworld/2010232219_apusfortthoodshooting.html; http://arti | http://www.npr.org/templates/story/story.php?storyId=120313570 | 42.4894801 | -83.1446485 | Mass |

Exhibit 16
Page 00729

Mother Jones' Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Binghamton shootings | Binghamton, New York | 4/3/2009 | 2009 | Jiverly Wong, 41, opened fire at an American Civic Association center for immigrants before committing suicide. | 14 | 4 | 18 | Other | Yes | He apparently harbored growing paranoia toward cops. He also sent a delusional letter to a local TV station right before the shooting. | Yes | Gander Mountain in Johnson City, N.Y. | Two semiautomatic handguns | 9mm Beretta, .45-caliber Springfield semiautomatic handguns | Asian | Male | http://www.nytime s.com/20 09/04/12 /nyregion /12bingh amton.ht ml?page wanted= all&_r=0; http://ww | http://www.nytime s.com/20 09/04/12 /nyregion /12bingh amton.ht ml?page wanted= all&_r=1 & | | | Mass |
| Carthage nursing home shooting | Carthage, North Carolina | 3/29/2009 | 2009 | Robert Stewart, 45, opened fire at a nursing home where his estranged wife worked before he was shot and arrested by a police officer. | 8 | 3 | 11 | Other | Yes | His estranged wife told her workplace that her husband had an "unstable mental state or (was) mentally ill." | Yes | Local sporting goods stores and individuals | One revolver, one shotgun | Winchester 1300 pump-action shotgun; .357 Magnum revolver | white | Male | http://www.wral.c om/news /local/sto ry/98456 39/; http://ww w.wral.c om/news | http://www.wral.c om/news /local/sto ry/98456 39/ | | | Mass |
| Atlantis Plastics shooting | Henderson, Kentucky | 6/25/2008 | 2008 | Disgruntled employee Wesley Neal Higdon, 25, shot up an Atlantis Plastics factory after he was escorted out of his workplace for an argument with a supervisor. Higdon shot the supervisor outside the factory before opening fire on coworkers inside. He then committed suicide. | 6 | 1 | 7 | Workplace | No | He called his girlfriend two hours before the shooting to say he was going to kill his boss. | Yes | Unknown | One semiautomatic handgun | .45-caliber Hi-Point semiautomatic handgun | white | Male | http://ww w.foxne ws.com/ story/0,2 933,371 242,00.h tml; http://ww w.msnbc .msn.co m/id/253 | http://ww w.foxne ws.com/ story/0,2 933,371 242,00.h tml | | | Spree |
| Northern Illinois University shooting | DeKalb, Illinois | 2/14/2008 | 2008 | Steven Kazmierczak, 27, opened fire in a lecture hall, then shot and killed himself before police arrived. | 5 | 21 | 26 | School | Yes | He had a long history of mental health struggles; after high school, his parents placed him at a psychiatric treatment center. He told friends he left | Online and gun retailers in Champaign, Ill. | Three semiautomatic handguns, one shotgun | 9mm Glock 19, Hi-Point CF380, 9mm Kurz SIG Sauer P232 semiautomatic handguns; 12-gauge Remington Sportsman 48 sawed-off | white | Male | http://ww w.huffing tonpost.c om/jonat han-fast/stev e-kazmierc zak-the-sec_b_8 7031.ht | http://ww w.cbsne ws.com/ stories/2 008/02/1 6/national/main38 40072.sh tml; http://ww w.esquir | 47.6229 | -122.3165 | Mass |
| Kirkwood City Council shooting | Kirkwood, Missouri | 2/7/2008 | 2008 | Charles "Cookie" Lee Thornton, 52, went on a rampage at the city hall before being shot and killed by police. | 6 | 2 | 8 | Other | No | He was known for histrionics and disruptions at city council meetings. His mounting debt was a stressor. | No | Taken in burglary and from fallen police officer | One semiautomatic handgun, one revolver | .40-caliber Smith & Wesson semiautomatic handgun; .44 Magnum Smith & Wesson Model 29 revolver | black | Male | http://ww w.stltoda y.com/ne ws/local/ crime-and-courts/ch arles-lee-cookie-thornton-behind- | http://ww w.stltoda y.com/ne ws/local/ crime-and-courts/ch arles-lee-cookie-thornton-behind- | | | Mass |
| Westroads Mall shooting | Omaha, Nebraska | 12/5/2007 | 2007 | Robert A. Hawkins, 19, opened fire inside Westroads Mall before committing suicide. | 9 | 4 | 13 | Other | Yes | He had been treated in the past for depression and ADHD. | No | Stolen from grandfather | One rifle (assault) | WASR-10 Century Arms semiautomatic rifle | white | Male | http://ww w.guardi an.co.uk/ world/20 07/dec/0 6/usa.us gunviole nce2; http://ww w.npr.or g/templa | http://ww w.guardi an.co.uk/ world/20 07/dec/0 6/usa.us gunviole nce2 | | | Spree |
| Crandon shooting | Crandon, Wisconsin | 10/7/2007 | 2007 | Off-duty sheriff's deputy Tyler Peterson, 20, opened fire inside an apartment after an argument at a homecoming party. He fled the scene and later committed suicide. | 6 | 1 | 7 | Other | Unclear | The families of victims filed a wrongful death lawsuit against the county arguing that the police department should have evaluated the gunman's | Yes | Issued by Forest County Sheriff's Department | One rifle (assault) | AR-15 SWAT semiautomatic rifle | white | Male | http://ww w.riverne wsonline .com/mai n.asp?S ectionID =6&Sub SectionI D=47&Ar ticleID=3 68; | http://ww w.riverne wsonline .com/mai n.asp?S ectionID =6&Sub SectionI D=47&Ar ticleID=3 68 | | | Mass |

Exhibit 16
Page 00730

Mother Jones' Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Virginia Tech massacre | Blacksburg, Virginia | 4/16/2007 | 2007 | Virginia Tech student Seung-Hui Cho, 23, opened fire on his school's campus before committing suicide. | 32 | 23 | 55 | School | Yes | A district court ruled Cho was "an imminent danger" to himself and others as a result of mental illness two years earlier, and directed Cho to seek treatment. | Yes | Purchased variously online and from Roanoke Firearms in Roanoke, Va. | Two semiautomatic handguns | 9mm Glock 19, .22-caliber Walther P22 semiautomatic handguns | Asian | Male | http://www.nytimes.com/2007/04/24/us/24virginia.html; http://www.thestandard.com.hk/ne | http://www.cnews.gs.com/20l/l/S/story?id=30522l78&page=1 | 39.9622601 | -83.0007065 | Mass |
| Trolley Square shooting | Salt Lake City, Utah | 2/12/2007 | 2007 | Sulejman Talović, 18, rampaged through the shopping center until he was shot dead by police. | 6 | 4 | 10 | Other | Unclear | According to one relative, he was violent and had the mental capacity of a child. (But accounts from others did not indicate this about the shooter.) | Unknown | Purchased variously from Sportsman's Fast Cash in West Valley City, Utah and individuals | One revolver, one shotgun | Mossberg Maverick 88 Field shotgun; .38-caliber Smith & Wesson M36 revolver | white | Male | http://www.deseretnews.com/article/6602056/47/Ex-relative-calls-Talovic-vicious-troubled. | http://www.deseretnews.com/article/6602056/47/Ex-relative-calls-Talovic-vicious-troubled. | 44.9772995 | -93.2654692 | Mass |
| Amish school shooting | Lancaster County, Pennsylvania | 10/2/2006 | 2006 | Charles Carl Roberts, 32, shot 10 young girls in a one-room schoolhouse in Bart Township, killing 5, before taking his own life. | 6 | 5 | 11 | School | No | He told his wife that he'd molested two young relatives 20 years ago. | Yes | Local stores in Nickel Mines, Penn. | One semiautomatic handgun, one rifle, one shotgun | Springfield semiautomatic handgun; .30-06 Ruger bolt-action rifle; 12-gauge Browning pump-action shotgun | white | Male | http://news.google.com/newspapers?id=08oyAAAAIBAJ&sjid=YSUEAAAAIBAJ&pg=6143.12601 | http://www.cnn.com/2006/US/10/03/amish.shooting/index.html | 40.7267682 | -73.6342955 | Mass |
| Capitol Hill massacre | Seattle, Washington | 3/25/2006 | 2006 | Kyle Aaron Huff, 28, opened fire at a rave afterparty in the Capitol Hill neighborhood of Seattle before committing suicide. | 7 | 2 | 9 | Other | No | Police were unable to find any record that he had been treated for mental illness or was on psychiatric medication. | Yes | Various sporting goods stores in Kalispell, Mont. | Two semiautomatic handguns, one rifle (assault), one shotgun | .40-caliber Ruger, one other semiautomatic; Bushmaster XM15 E2S semiautomatic rifle; 12-gauge Winchester | white | Male | http://seattletimes.com/html/localnews/2002892043_shooter27m.html; http://seattletime | http://seattletimes.com/html/localnews/2898900_huff30m.html | 41.7759324 | -72.5214755 | Mass |
| Goleta postal shootings | Goleta, California | 1/30/2006 | 2006 | Former postal worker Jennifer Sanmarco, 44, shot dead a former neighbor then drove to the mail processing plant where she used to work. Inside, she opened fire, killing six employees before committing suicide. | 8 | 0 | 8 | Workplace | Yes | She was placed on retirement disability for psychological reasons. Fellow employees described her behavior as increasingly bizarre. She believed the | Yes | Pawn shops in Grants and Gallup, N.M. | One semiautomatic handgun | 9mm Smith & Wesson 915 semiautomatic handgun | white | Female | http://www.msnbc.msn.com/id/11167920/ns/us_news-crime_and_courts/l/postal-killer- | http://www.msnbc.msn.com/id/11167920/ns/us_news-crime_and_courts/l/postal-killer- | | | Mass |
| Red Lake massacre | Red Lake, Minnesota | 3/21/2005 | 2005 | Jeffrey Weise, 16, murdered his grandfather, who was a police officer, and grandfather's girlfriend. Weise then drove his grandfather's squad car to Red Lake Senior High School and opened fire on the reservation campus, killing another seven people before committing suicide. | 10 | 5 | 15 | School | No | He voluntarily visited a a psychiatric ward. He was hospitalized at least once for suicidal tendencies and was taking Prozac. | No | Glock and Remington stolen from grandfather | Two semiautomatic handguns, one shotgun | .40-caliber Glock 23, .22-caliber Ruger semiautomatic handguns; 12-gauge Remington 870 shotgun | Native American | Male | http://news.google.com/newspapers?id=cdlAAAAIBAJ&sjid=_XEDAAAAIBAJ&pg=516 | http://www.cbsnews.com/stories/2005/03/21/national/main682915.shtml?source=searc | 35.0529931 | -78.8787058 | Mass |
| Living Church of God shooting | Brookfield, Wisconsin | 3/12/2005 | 2005 | Living Church of God member Terry Michael Ratzmann, 44, opened fire at a church meeting at a Sheraton hotel before committing suicide. | 7 | 4 | 11 | Religious | Yes | Neighbors said he suffered from depression and had a drinking problem. | Yes | Gun dealer in Waukesha, Wis. | One semiautomatic handgun | 9mm Beretta semiautomatic handgun | white | Male | http://www.cbsnews.com/2100-201_162-679761.html; http://www.foxnews.com/story/0,2 | http://www.cbsnews.com/2100-201_162-679761.html | 34.008617 | -118.494754 | Spree |

Exhibit 16
Page 00731

Mother Jones' Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Damageplan show shooting | Columbus, Ohio | 12/8/2004 | 2004 | Nathan Gale, 25, possibly upset about the breakup of Pantera, gunned down former Pantera guitarist Dimebag Darrell and three others at a Damageplan show before a police officer fatally shot Gale. | 5 | 7 | 12 | Other | Yes | He was discharged from the military because he was a paranoid schizophrenic. | Yes | Received as a gift from mother | One semiautomatic handgun | 9mm Beretta 92FS semiautomatic handgun | white | Male | http://www.cbsnews.com/2100-201_162-659983.html; http://www.knac.com/article.asp?Ar | http://www.cbsnews.com/2100-201_162-659983.html | 37.76721 | -87.5573742 | Mass |
| Lockheed Martin shooting | Meridian, Mississippi | 7/8/2003 | 2003 | Assembly line worker Douglas Williams, 48, opened fire at his Lockheed Martin workplace in a racially motivated attack before committing suicide. | 7 | 8 | 15 | Workplace | Yes | His cousin said he was depressed and "going through a lot of things." | Yes | Purchased from an individual | One semiautomatic handgun, two rifles, one derringer, one shotgun | .45-caliber Ruger P90 semiautomatic handgun; .22-caliber rifle with scope, .223-caliber Ruger Mini-14 rifle; 12-gauge Winchester | white | Male | http://usatoday30.usatoday.com/news/nation/2003-07-08-miss-shooting-main_x.htm; | http://usatoday30.usatoday.com/news/nation/2003-07-08-miss-shooting-main_x.htm | | | Mass |
| Navistar shooting | Melrose Park, Illinois | 2/5/2001 | 2001 | Fired employee William D. Baker, 66, opened fire at his former Navistar workplace before committing suicide. | 5 | 4 | 9 | Workplace | No | He had a criminal past, including a sexual assault conviction. | | Some purchased from Pepper Sports in Glen Ellyn, Ill. | Two rifles, one revolver, one shotgun | SKS 1954R, .30-caliber Winchester rifles; 12-gauge Remington pump-action shotgun; .38-caliber revolver | black | Male | http://articles.chicagotribune.com/2001-02-07/news/0102070122_1_navistar-gun-law-hunting- | http://articles.chicagotribune.com/2001-02-07/news/0102070122_1_navistar-gun-law-hunting- | | | Mass |
| Wakefield massacre | Wakefield, Massachusetts | 12/26/2000 | 2000 | Michael McDermott, 42, opened fire on co-workers at Edgewater Technology and was later arrested. | 7 | 0 | 7 | Workplace | Yes | Psychiatrist guessed he had schizophrenia, but McDermott had researched how to fake a mental illness on the internet. Defense lawyer described history of | Yes | Unknown | One semiautomatic handgun, one rifle (assault), one shotgun | .32-caliber Retolaza semiautomatic handgun; AK-47 variant semiautomatic rifle; 12-gauge Winchester 1300 pump-action | white | Male | http://www.time.com/time/magazine/article/0,9171,93313,00.html; http://articles.cnn.com/200 | http://articles.cnn.com/2004-22/justice/ctv.mcdermott.trial_1_michael-mcderm...on-jury- | | | Mass |
| Hotel shooting | Tampa, Florida | 12/30/1999 | 1999 | Hotel employee Silvio Leyva, 36, gunned down four coworkers at the Radisson Bay Harbor Inn before killing a woman outside who refused to give him her car. He was arrested shortly after the shootings. | 5 | 3 | 8 | Workplace | Yes | His brother called him "unbalanced" and mentally ill. | Yes | One purchased from Big E's in Tampa, Fla. | One semiautomatic handgun, one revolver | 9mm Lorcin semiautomatic handgun; .38-caliber Charter Arms revolver | Latino | Male | http://www.sptimes.com/News/123000/news_pf/TampaBay/A_year_later__the_str.shtml | http://www.sptimes.com/News/123000/news_pf/TampaBay/A_year_later__the_str.shtml | | | Spree |
| Xerox killings | Honolulu, Hawaii | 11/2/1999 | 1999 | Byran Koji Uyesugi, 40, a Xerox service technician, opened fire inside the building with a 9mm Glock. He fled and was later apprehended by police. | 7 | 0 | 7 | Workplace | Yes | A psychiatrist, testifying for the prosecution, said he suffered from schizophrenia. | Yes | Hunting Supplies of Hawaii (The Armory) in Honolulu, Hawaii | One semiautomatic handgun | 9mm Glock 17 semiautomatic handgun | Asian | Male | http://archives.starbulletin.com/2006/02/news/story2.html; http://www.vpc.or | http://archives.starbulletin.com/2006/02/news/story2.html | | | Spree |
| Wedgwood Baptist Church shooting | Fort Worth, Texas | 9/15/1999 | 1999 | Larry Gene Ashbrook, 47, opened fire inside the Wedgwood Baptist Church during a prayer rally before committing suicide. | 8 | 7 | 15 | Religious | Yes | His siblings described him as a paranoid schizophrenic. | | Trader's Village flea market in Grand Prairie, Texas | Two semiautomatic handguns | .380-caliber, 9mm Ruger P85 semiautomatic handguns | white | Male | http://www.nytimes.com/1999/09/20/us/fort-worth-remembers-those-killed-at-church.h | http://www.nytimes.com/1999/09/18/us/death-in-a-church-the-overview-with-question- | 47.3129607 | -122.3393665 | Mass |

Exhibit 16
Page 00732

Mother Jones' Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atlanta day trading spree killings | Atlanta, Georgia | 7/29/1999 | 1999 | Day trader Mark O. Barton, 44, who had recently lost a substantial sum of money, went on a shooting spree through two day-trading firms. He started at the All-Tech Investment Group, where he worked, then went on to Momentum Securities. He fled and hours later; after being cornered by police outside a gas station, committed suicide. (Two days before the spree, he killed his wife and two children with a hammer.) | 9 | 13 | 22 | Workplace | Yes | In letters, he details his deep depression and downward spiral. | Yes | Glock purchased from gun store in Warner Robins, Ga. | Three semiautomatic handguns, one revolver | .45-caliber Colt 1911-A1, 9mm Glock 17, .25-caliber Raven Arms MP-25 semiautomatic handguns; .22-caliber Harrington & Richardson | white | Male | http://www.independent.co.uk/news/i-dont-plan-to-live-much-longer-just-long-enough- | http://www.independent.co.uk/news/i-dont-plan-to-live-much-longer-just-long-enough- | | | Mass |
| Columbine High School massacre | Littleton, Colorado | 4/20/1999 | 1999 | Eric Harris, 18, and Dylan Klebold, 17, opened fire throughout Columbine High School before committing suicide. | 13 | 24 | 37 | School | Yes | Harris was an alleged psychopath; Klebold was depressed and suicidal. | No | Purchased variously at Tanner Gun Show in Denver, Colo. and from an individual | One semiautomatic handgun (assault), one rifle (assault), two shotguns | 9mm Intratec DC-9 semiautomatic handgun; 9mm Hi-Point 995 carbine rifle; 12-gauge sawed-off Savage Stevens 311D, 12- | white | Male | http://www.usatoday.com/news/nation/2009-04-13-columbine-myths_N.htm; http://www | http://artn.cies.on/slate.com/articles_and_polities/ass essment/2004/04/the_depr essive_a nd_the_ | 37.7789601 | -122.419199 | Mass |
| Thurston High School shooting | Springfield, Oregon | 5/21/1998 | 1998 | After he was expelled for having a gun in his locker, Kipland P. Kinkel, 15, a freshman at Thurston High, went on a shooting spree, killing his parents at home and two students at school. Five classmates wrestled Kipland to the ground before he was arrested. | 4 | 25 | 29 | School | Yes | Doctors testified that he was a paranoid schizophrenic who suffered from hallucinations | No | Purchased variously from friend and father, and stolen from father | Two semiautomatic handguns, one rifle | 9mm Glock, .22-caliber Ruger semiautomatic handguns, .22-caliber Ruger rifle | white | Male | http://www.katu.com/news/local/8082147.html; http://www.pbs.org/wgbh/pages/frontline/sh | http://articles.cnn.com/200 0-01-21/us/kinkel.revisited_1_ki p-kinkel-thurston-high-school- | 42.3810555 | -76.8705777 | Mass |
| Westside Middle School killings | Jonesboro, Arkansas | 3/24/1998 | 1998 | Mitchell Scott Johnson, 13, and Andrew Douglas Golden, 11, two juveniles, ambushed students and teachers as they left the school; they were apprehended by police at the scene. | 5 | 10 | 15 | School | No | Boys displayed unruly and aggressive behavior. They picked on kids and made threats about killing people. | No | Stolen from grandfather and father | Two semiautomatic handguns, two rifles, three revolvers, two derringers | FIE 380, .380-caliber Star semiautomatic handguns; .44 Magnum Ruger, .30-06 Remington 742, .30-caliber Universal M-1 carbine | white | Male | http://www.vpc.org/studies/wgun980324.htm | http://www.nytime s.com/1998/03/29/us/from-wild-talk-and-friendshi p-to-five-deaths-in-a- | 31.1171194 | -97.7277959 | Mass |
| Connecticut Lottery shooting | Newington, Connecticut | 3/6/1998 | 1998 | Lottery worker Matthew Beck, 35, gunned down four bosses over a salary dispute before committing suicide. | 5 | 1 | 6 | Workplace | Yes | He had been hospitalized for psychiatric reasons and had a history of depression | Yes | Unknown | One semiautomatic handgun | 9mm semiautomatic handgun | white | Male | http://www.nytime s.com/1998/03/07/nyregion/rampag e-connecticut-overview-ill-connecti | http://www.nytime s.com/2000/04/11/us/hole-in-gun-control-law-lets-mentally-ill-through- | 41.487104 | -120.542237 | Mass |
| Caltrans maintenance yard shooting | Orange, California | 12/18/1997 | 1997 | Former Caltrans employee Arturo Reyes Torres, 41, opened fire at a maintenance yard after he was fired for allegedly selling government materials he'd stolen from work. He was shot dead by police. | 5 | 2 | 7 | Workplace | No | He was disgruntled after being fired. | Yes | B&B Gun Sales in Orange County, Calif. | One rifle (assault) | 7.62mm AK-47 Chinese variant semiautomatic rifle | Latino | Male | http://articles.lati mes.com/1997/de c/20/news/mn-431; http://articles.lati mes.com/1997/09 | http://articles.lati mes.com/1997/de c/20/news/mn-431 | 43.045601 | -74.984891 | Spree |
| R.E. Phelon Company shooting | Aiken, South Carolina | 9/15/1997 | 1997 | Ex-con Hastings Arthur Wise, 43, opened fire at the R.E. Phelon Company in retaliation for being fired after an argument with a supervisor. He attempted suicide by ingesting insecticide, failed, and was executed by the state of South Carolina eight years later. | 4 | 3 | 7 | Workplace | No | An ex-con, he had been freed from prison, although he displayed violent tendencies. | No | Unknown | One semiautomatic handgun | 9mm semiautomatic handgun | black | Male | http://www.vpc.org/studies/wgun970915.htm; http://chronicle.au gusta.com/stories/1997/09 | http://chronicle.au gusta.co m/stories/1997/09/18/met_214833.s html | 39.709283 | -104.823488 | Mass |

Exhibit 16
Page 00733

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fort Lauderdale revenge shooting | Fort Lauderdale, Florida | 2/9/1996 | 1996 | Fired city park employee Clifton McCree, 41, opened fire on former coworkers he called "racist devils" inside their municipal trailer in an act of revenge after failing a drug test. He then committed suicide. | 6 | 1 | 7 | Workplace | Yes | Co-workers complained about his threats and verbal abuse. His supervisors asked him to get a psychiatric evaluation. He lost his job, which relatives | Yes | Unknown | One semiautomatic handgun, one revolver | 9mm Glock semiautomatic handgun; .32-caliber revolver | black | Male | http://www.nytimes.com/19 96/02/11/us/florida-killer-said-victims-were-racists-police- | http://articles.sun-sentinel.com/199 6-02-11/news/9602110 026_1_b charme-maintena | Spree |
| Walter Rossler Company massacre | Corpus Christi, Texas | 4/3/1995 | 1995 | Disgruntled former metallurgist James Daniel Simpson, 28, opened fire throughout the Walter Rossler Company where he had worked before exiting the building and committing suicide. | 6 | 0 | 6 | Workplace | Yes | He was likely angry because he was given an assignment at work he didn't like. But acquaintances didn't know why he'd come back and | Yes | Unknown | One semiautomatic handgun, one revolver | 9mm Ruger semiautomatic handgun; .32-caliber revolver | unclear | Male | http://web.caller.com/2000/april/03/today/local_ne/41 27.html | http://web.caller.com/2000/april/03/today/local_ne/41 27.html | Mass |
| Air Force base shooting | Fairchild Air Force Base, Washington | 6/20/1994 | 1994 | Former airman Dean Allen Mellberg, 20, opened fire inside a hospital at the Fairchild Air Force Base before he was shot dead by a military police officer outside. | 5 | 23 | 28 | Military | Yes | He was repeatedly diagnosed with emotional problems during his two years of service. | Yes | Gun dealer in Spokane, Wash. | One rifle (assault) | MAK-90 semiautomatic rifle | white | Male | http://articles.latimes.com/1994-06-22/news/mn-7137_1_air-force; http://www.nytimes.com/19 | http://articles.latimes.com/1994-06-22/news/mn-7137_1_air-force | Mass |
| Chuck E. Cheese's killings | Aurora, Colorado | 12/14/1993 | 1993 | Nathan Dunlap, 19, a recently fired Chuck E. Cheese's employee, went on a rampage through his former workplace and was arrested the following day. He now awaits execution on death row. | 4 | 1 | 5 | Workplace | Unclear | While he was in prison awaiting trial, he started acting bizarre by stripping naked and playing with his feces, apparently to avoid the death penalty. A state doctor testified | Unknown | Unknown | One semiautomatic handgun | .25-caliber semiautomatic handgun | black | Male | http://www.denverpost.com/news/ci_202189 52/auror a-chuck-e-cheese-killers-appeal-cites- | http://w.5280.com/mag azine/20 08/12/politics-killing?p age=0,6 | Mass |
| Long Island Rail Road massacre | Garden City, New York | 12/7/1993 | 1993 | Colin Ferguson, 35, opened fire on an eastbound Long Island Rail Road train as it approached a Garden City station. He was later arrested. | 6 | 19 | 25 | Other | Yes | Psychiatrists and others said he suffered from racial paranoia and was obsessed with nonexistent conspiracies. His landlord said he had had "delusions of | Yes | Turner's Outdoorsman in Signal Hill, Calif. | One semiautomatic handgun | 9mm Ruger P89 semiautomatic handgun | black | Male | http://www.nytimes.com/19 93/12/12 /nyregion /torment ed-life-special-report-long-slide- | http://www.nytimes.com/19 93/12/12 /nyregion /torment ed-life-special-report-long-slide- | Spree |
| Luigi's shooting | Fayetteville, North Carolina | 8/6/1993 | 1993 | Army Sgt. Kenneth Junior French, 22, opened fire inside Luigi's Italian restaurant while ranting about gays in the military before he was shot and arrested by police. | 4 | 8 | 12 | Other | Yes | He had an abusive father, who committed suicide. | Yes | Unknown | One rifle, two shotguns | .22-caliber rifle; two 12-gauge shotguns | white | Male | http://articles.latimes.com/1993-08-08/news/mn-21847_1 _kills-army-french; http://ne | http://www.googl e.com/o wexspape rs?id=0A hPAAAAI BAJ&sji d=jhUEA AAAIBAJ &pg=650 8,24825 | Mass |
| 101 California Street shootings | San Francisco, California | 7/1/1993 | 1993 | Failed businessman Gian Luigi Ferri, 55, opened fire throughout an office building before he committed suicide inside as police pursued him. | 9 | 6 | 15 | Other | No | He was down on his luck because of failed business decisions. One acquaintance said, "He was the least likely guy you can imagine doing something like | No | Super Pawn and Pacific Tactical Weapons, both in Las Vegas, Nev. | Three semiautomatic handguns (two assault) | Two Intratec DC-9, .45-caliber Colt semiautomatic handguns | white | Male | http://articles.latimes.com/1993-07-03/news/mn-10731_1 _mortga ge-business /2; | http://articles.latimes.com/1993-07-03/news/mn-10731_1 _mortga ge-business | Mass |

Exhibit 16
Page 00734

Mother Jones Investigation: US Mass Shootings, 1982-2018

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Watkins Glen killings | Watkins Glen, New York | 10/15/1992 | 1992 | John T. Miller, 50, killed four child-support workers in a county office building before turning the gun on himself. Miller was upset about a court order garnishing his paycheck to cover overdue child-support payments. | 5 | 0 | 5 | Other | Yes | The day before the shooting, he told child-support collection office workers that he was considering suicide. He had been convicted of felonious assault for | Yes | Mumford Sports in Litchfield, Ohio | One semiautomatic handgun | 9mm Llama semiautomatic handgun | white | Male | http://www.nytimes.com/19 92/10/17 /nyregion /shooting-followed-tougher-efforts-to-collect-child- | http://www.nytimes.com/19 92/10/24 /nyregion /watkins-glen-killings-planned.html | 42.506484 | -71.0728306 | Mass |
| Lindhurst High School shooting | Olivehurst, California | 5/1/1992 | 1992 | Former Lindhurst High School student Eric Houston, 20, angry about various personal failings, killed three students and a teacher at the school before surrendering to police after an eight-hour standoff. He was later sentenced to death. | 4 | 10 | 14 | School | Yes | He suffered violent physical abuse as a child. He claimed a teacher had sexually abused him, but the truth of that allegation was contested. | Yes | Local gun retailer | One rifle, one shotgun | .22-caliber rifle; 12-gauge pump-action shotgun | white | Male | http://www.school shooters .info/PL/ Subject-Houston _files/Nin e%20Bri ef%20Sk etches.p df; | http://www.school shooters .info/PL/ Subject-Houston _files/Nin e%20Bri ef%20Sk etches.p df | 30.3321838 | -81.655651 | Mass |
| Royal Oak postal shootings | Royal Oak, Michigan | 11/14/1991 | 1991 | Laid-off postal worker Thomas McIlvane, 31, opened fire at his former workplace before committing suicide. | 5 | 5 | 10 | Workplace | Yes | Police revoked his CCW permit after determining he was mentally unstable. | Yes | Local gun store | One rifle | .22-caliber Ruger sawed-off semiautomatic rifle | white | Male | http://www.nytimes.com/19 91/11/15 /us/ex-postal-worker-kills-3-and-wounds-6-in- | http://www.nytimes.com/19 91/11/15 /us/ex-postal-worker-kills-3-and-wounds-6-in- | 39.1637984 | -119.7674034 | Mass |
| University of Iowa shooting | Iowa City, Iowa | 11/1/1991 | 1991 | Former graduate student Gang Lu, 28, went on a rampage on campus and then committed suicide at the scene. | 6 | 1 | 7 | School | Unclear | He was described as darkly disturbed and isolated. | Yes | Fin & Feather in Iowa City, Iowa | One revolver | .38-caliber Taurus revolver | Asian | Male | http://www.nytimes.com/19 91/11/03 /us/gun man-in-iowa-wrote-of-plans-in-five-letters.ht | http://www.nytimes.com/19 91/11/03 /us/gun man-in-iowa-wrote-of-plans-in-five-letters.ht | 28.0331886 | -80.6429695 | Spree |
| Luby's massacre | Killeen, Texas | 10/16/1991 | 1991 | George Hennard, 35, drove his pickup truck into a Luby's cafeteria and opened fire before committing suicide. | 24 | 20 | 44 | Other | Yes | Acquaintances described him as troubled, unstable, combative, and misogynist. He made convenience store employees "nervous." | Yes | Mike's Gun Shop in Henderson, Nev. | Two semiautomatic handguns | 9mm Glock 17, 9mm Ruger P89 semiautomatic handguns | white | Male | http://www.nytimes.com/19 91/10/18 /us/portr ait-of-texas-killer-impatient-and-troubled. | http://www.nytimes.com/19 91/10/20 /weekinr eview/de ad-23-texans-and-1-anti-gun-measure | 27.9477595 | -82.458444 | Mass |
| GMAC massacre | Jacksonville, Florida | 6/18/1990 | 1990 | James Edward Pough, 42, opened fire at a General Motors Acceptance Corporation office before committing suicide. (The day prior, Pough killed a pimp and prostitute and injured two others. Those victims are not included in the mass murder count.) | 10 | 4 | 14 | Other | No | Police speculated he had a "grudge" against the people he killed. | Yes | Unknown | One rifle, one revolver | .30-caliber Universal M1 carbine rifle; .38-caliber revolver | black | Male | http://www.nytimes.com/19 90/06/19 /us/florid a-gunman-kills-8-and-wounds-6-in- | http://www.nytimes.com/19 90/06/20 /us/hazy-records-helped-florida-gunman-buy-in.ht | 21.3255125 | -157.8473055 | Mass |
| Standard Gravure shooting | Louisville, Kentucky | 9/14/1989 | 1989 | Joseph T. Wesbecker, 47, gunned down eight people at his former workplace before committing suicide. | 9 | 12 | 21 | Workplace | Yes | Prior to the shooting, he had voluntarily checked into hospitals for mental problems at least twice and attempted suicide three times. | Yes | AK-47 purchased from Tilford's Gun Sales in Louisville, Ky. | Three semiautomatic handguns (two assault), one rifle (assault), one revolver | Two Intratec MAC-11, 9mm SIG Sauer semiautomatic handguns; AK-47 Chinese variant semiautomatic rifle; .38- | white | Male | http://nl.newsban k.com/nl-search/w e/Archiv es?p_pr oduct=L H&s_site =kentuck y&p_mul ti=LH&p_ | http://www.nytimes.com/89/09/16 /us/distur bed-past-of-killer-of-7-is-unravele d.html | 32.2217429 | -110.926479 | Mass |

Exhibit 16
Page 00735

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total victims | Venue | Prior signs of mental health | Mental health - details | Weapons obtained legally | Where obtained | Type of weapons | Weapon details | Race | Gender | Sources | Mental Health Sources | latitude | longitude | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stockton schoolyard shooting | Stockton, California | 1/17/1989 | 1989 | Patrick Purdy, 26, an alcoholic with a police record, launched an assault at Cleveland Elementary School, where many young Southeast Asian immigrants were enrolled. Purdy killed himself with a shot to the head. | 6 | 29 | 35 | School | Yes | He told a mental health professional he was "struggling to resist actions on thoughts which are destructive in nature." He also suffered from alcoholism. | Yes | Sandy Trading Post in Sandy, Ore.; Hunter Loan and Jewelry Co. in Stockton, Calif. | One semiautomatic handgun, one rifle (assault) | 9mm Taurus semiautomatic handgun; AK-47 Chinese variant semiautomatic rifle | white | Male | http://www.record net.com/ apps/pbc s.dll/artic le?AID=/ 2009011 8/A_NE WS/901 170304. http://ne | http://bo oks.goog le.com/b ooks?id= 18/news/ mn-43514_1 _mr-farley-richard-farley- | 32.5520013 | -117.0430813 | Mass |
| ESL shooting | Sunnyvale, California | 2/16/1988 | 1988 | Former ESL Incorporated employee Richard Farley, 39, gunned down seven people at his former workplace, after stalking and harassing a coworker he was romantically interested in. He was later arrested and now sits on death row at San Quentin. | 7 | 4 | 11 | Workplace | Yes | He stalked and harassed his colleague Laura Black for four years until she was granted a temporary restraining order aginst him. Before he was fired for his | Yes | Various sporting goods and gun stores in Northern California | Two semiautomatic handguns, one rifle, two revolvers, two shotguns | .380 ACP Browning, 9mm Smith & Wesson semiautomatic handguns; Ruger M-77 .22-250 bolt-action rifle with scope; Mossberg 12- | white | Male | http://arti cles.lati mes.com /1988-02 -18/news/ mn-43514_1 _mr-farley-richard-farley- | http://bo oks.goog le.com/b ooks?id= JXQUxwB nzgYC& pg=PA44 4&lpg=PA 44&dq=ri chard+fa rley+ESL | 47.155846 | -122.437031 | Mass |
| Shopping centers spree killings | Palm Bay, Florida | 4/23/1987 | 1987 | Retired librarian William Cruse, 59, was paranoid neighbors gossiped that he was gay. He drove to a Publix supermarket, killing two Florida Tech students en route before opening fire outside and killing a woman. He then drove to a Winn-Dixie supermarket and killed three more, including two police officers. Cruse was arrested after taking a hostage and died on death row in 2009. | 6 | 14 | 20 | Other | Yes | He suffered from paranoid delusions. A judge found that he suffered from "extreme mental illness." | Yes | Gun store in Norwood, Ohio; The Oaks Trading Post in Melbourne, Fla. | One rifle, one revolver, one shotgun | Sturm, Ruger Mini-14 semiautomatic rifle; 20-gauge Winchester pump-action shotgun; .357 Ruger Blackhawk revolver | white | Male | http://arti cles.lati mes.com /1987-04 -25/news/ mn-990_1_p alm-bay-police | (Suprem e Court of Florida Docume nt) http://www .wikipedia.or g/male_C /images/ | 33.7490987 | -84.3901849 | Spree |
| United States Postal Service shooting | Edmond, Oklahoma | 8/20/1986 | 1986 | Postal worker Patrick Sherrill, 44, opened fire at a post office before committing suicide. | 15 | 6 | 21 | Workplace | Unclear | He was worried he had inherited mental problems and rebuffed a pastor's suggestion he seek psychiatric counseling. His family members denied he had a history of mental | Yes | Issued by Oklahoma National Guard, where Sherrill served, for target competition | Three semiautomatic handguns | .22-caliber, two .45-caliber Colt Model 1911-A1 semiautomatic handguns | white | Male | http://ne ws.googl e.com/n ewspape rs?id=t m8aAAA AIBAJ&s jid=pyoE AAAAIB AJ&pg=2 297,487 00518dq | http://ne wsok.co m/sherrill-feared-mental-illness-rejected/ article/21 77416 | 42.0986867 | -75.9179738 | Mass |
| San Ysidro McDonald's massacre | San Ysidro, California | 7/18/1984 | 1984 | James Oliver Huberty, 41, opened fire in a McDonald's restaurant before he was shot dead by a police officer. | 22 | 19 | 41 | Other | Yes | The day before the shooting, he tried to make an appointment at a mental health clinic. | Yes | Unknown | One semiautomatic handgun, one rifle (assault), one shotgun | 9mm Browning P35 Hi-Power semiautomatic handgun; 9mm Israeli Military Industries Uzi Model A carbine semiautomatic | white | Male | http://ww w.utsand iego.com /san-ysidro-massacr e/; http://ww w.vpc.or g/studies /wgun84 | http://ww w.nctime s.com/ne ws/local/ article_2 ba43d3e- 7009- 54ce- 98df- 79a23ff8 d0d7.ht | 41.6856325 | -72.72983827 | Mass |
| Dallas nightclub shooting | Dallas, Texas | 6/29/1984 | 1984 | Abdelkrim Belachheb, 39, opened fire at an upscale nightclub after a woman rejected his advances. He was later arrested. | 6 | 1 | 7 | Other | Yes | During his last meal with his wife, he confessed he was depressed and had visited psychiatric hospitals in Belgium. | No | Hines Boulevard Pawn Shop in Dallas, Texas | One semiautomatic handgun | 9mm Smith & Wesson 459 semiautomatic handgun | white | Male | http://bo oks.goog le.com/b ooks?id= Hr3OBw P- lbUC&pg =PA38&l pg=PA38 &dq=Abd elkrim+B | http://bo oks.goog le.com/b ooks?id= Hr3OBw P- lbUC&pg =PA67&l pg=PA67 &dq=%62 | 33.7877944 | -117.8531119 | Mass |
| Welding shop shooting | Miami, Florida | 8/20/1982 | 1982 | Junior high school teacher Carl Robert Brown, 51, opened fire inside a welding shop and was later shot dead by a witness as he fled the scene. | 8 | 3 | 11 | Other | Yes | His second wife left him because he refused to seek psychological help. He had become increasingly isolated. One former student said he was "off | Yes | Garcia Gun Center in Hialeah, Fla. | One shotgun | Mossberg 500 Persuader pump-action shotgun with pistol grip | white | Male | http://ww w.nytime s.com/19 82/08/21 /us/gun man-in-miami-kills-8-in-rampage .html; http://ww | http://bo oks.goog le.com/n ewspape rs?id=uu YLAAAA IBAJ&sji d=C1kD AAAAIB AJ&pg=4 879,143 | 33.5598586 | -81.721952 | Mass |

Exhibit 16
Page 00736

# Exhibit 17

Exhibit 17
Page 00737



September 2013

MAYORS AGAINST
ILLEGAL GUNS

# Analysis of Recent

# MASS
# SHOOTINGS

Exhibit 17
Page 00738



# ANALYSIS OF RECENT MASS SHOOTINGS

Mayors Against Illegal Guns conducted a comprehensive analysis of every mass shooting between January 2009 and September 2013 that was identifiable through FBI data and media reports. This report describes the **93 MASS SHOOTINGS — ALMOST TWO PER MONTH — THAT OCCURRED IN 35 STATES** in the nearly five-year period. Each description includes the location of the shooting, number of people killed and/or injured, and information on the shooter, gun(s), ammunition, and gun purchase, where available.

The FBI defines "mass shooting" as any incident where at least four people were murdered with a gun. Mayors Against Illegal Guns reviewed mass shootings in the FBI's Supplementary Homicide Reports from 2009-2011, the most recent data available, and searched the media for further details about these incidents as well as for mass shootings that occurred in 2012 and 2013.

This survey includes every shooting we identified in which at least four people were murdered with a gun. And the findings reveal a different portrait of mass shootings in America than conventional wisdom might suggest:

Exhibit 17
Page 00739



## Mass shootings

represent a small share of total U.S. firearm homicides. Less than one percent of gun murder victims recorded by the FBI in 2010 were killed in incidents with four or more victims.

**TOTAL U.S. FIREARM HOMICIDES**

**151% MORE SHOT**

**63% MORE KILLED**

## Assault weapons or high-capacity magazines

were used in at least 14 of the incidents (15%). These incidents resulted in an average of 14.4 total people shot — 151% more people shot than in other incidents (5.7) — and 7.8 deaths — 63% more deaths than in other incidents (4.8).

Exhibit 17
Page 00740

**4**   Analysis of Recent **MASS SHOOTINGS**   



SPOUSES
PARTNERS
FAMILY MEMBERS

## Domestic or family violence

There was a noteworthy connection between mass shooting incidents and domestic or family violence. In at least 53 of the cases (57%), the shooter killed a current or former spouse or intimate partner or other family member, and in at least 17 incidents the shooter had a prior domestic violence charge.



MENTAL HEALTH
CONCERNS

## Mental health

We did not find evidence that any of the shooters were prohibited from possessing guns by federal law because they had been adjudicated mentally ill or involuntarily committed for treatment. In 10 of the 93 incidents (11%), we found evidence that concerns about the mental health of the shooter had been brought to the attention of a medical practitioner, school official or legal authority prior to the shooting.

UNKNOWN

PROHIBITED
POSSESSOR

NOT
PROHIBITED

## Role of prohibited possessors

Certain categories of people, including felons, certain domestic abusers, and people adjudicated mentally ill are prohibited by federal law from possessing guns. We had sufficient evidence to judge whether the shooter was a prohibited gun possessor in 75 of the 93 incidents (81%). Of those 75 incidents, 32 (43%) involved a prohibited possessor, and 43 (57%) did not.

Exhibit 17
Page 00741

**MAYORS AGAINST ILLEGAL GUNS**    **Analysis of Recent** MASS SHOOTINGS    **5**



### "Gun-free" zones

Sixty-two of the 93 incidents (67%) took place wholly in private residences. Of the 31 incidents in public spaces, at least 17 took place wholly or in part where concealed guns could be lawfully carried. All told, no more than 14 of the shootings (15%) took place entirely in public spaces that were so-called "gun-free zones."

### Suicide

In 40 of the 93 incidents (43%), the shooter committed suicide during the incident.

### Law enforcement

In 13 of the 93 shootings (14%), law enforcement or military officers were targeted in the shooting or killed or injured responding to it.

### Workplace and school shootings

Four of the 93 shootings (4%) occurred at the shooter's current or former workplace. Four of the 93 shooting incidents (4%) took place in schools, including primary, secondary, and college campuses.

Exhibit 17
Page 00742



# MASS SHOOTING INCIDENTS
# JANUARY 2009–SEPTEMBER 2013
## (in reverse chronological order)

**Washington, D.C., 9/16/2013:** The alleged shooter, who was a civilian contractor and former non-combat military, killed twelve and wounded three more in an attack on Building 197 at the Navy Yard.

- **SHOOTER NAME:** Aaron Alexis, 34
- **GUN DETAILS:** The shooter arrived with a shotgun and also obtained a handgun from one a security guard that he killed.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Two days before the incident the shooter passed a National Instant Criminal Background Check System (NICS) at the licensed gun dealer Sharpshooters in Lorton, VA, and purchased the shotgun.
- **PROHIBITING CRITERIA:** The shooter had been arrested at least three times including: in September 2010 in Fort Worth, Texas for shooting a firearm into a neighbor's apartment; in August 2008 in Dekalb County, Georgia for disorderly conduct; and in 2004 in Seattle, Washington for shooting out the tires of another man's vehicle. But court records do not indicate he was convicted in any of these cases, and this record did not prohibit him from buying guns. He had also received treatment for mental health conditions at two VA hospitals beginning in August, 2013 following an incident where he called Newport Rhode Island Police to report hearing voices. But these incidents did not rise to the level of prohibiting from buying guns. And during his military service he was reportedly cited on at least eight occasions for misconduct ranging from traffic tickets and showing up late for work to insubordination, extended absences from work, and disorderly conduct. On account of this the Navy sought to offer him a "general discharge" but he was ultimately honorably discharged through the early-enlisted transition program in January 2011.
- **NOT A GUN-FREE ZONE:** There were armed guards at the Washington Navy Yard, and the shooter was familiar with the premises, so he did not select it as a target on the presumption he would not faced armed resistance. In fact, the shooter reportedly used a gun that he took from a guard after killing him.

**Crab Orchard, TN, 9/11/2013:** Bennett and his girlfriend Moser killed a woman and three teenagers, apparently during an attempted robbery during a marijuana exchange. The victims' bodies were discovered in a car parked along the side of the road in the Renegade Mountain resort community near Crossville.

- **SHOOTER NAME:** Jacob Allen Bennett, 26 and Brittany Lina Yvonn Moser, 25
- **GUN DETAILS:** Handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Bennett was prohibited from possessing firearms. In 2010 he received a 6-year prison sentence for charges of theft, forgery, and possession of a handgun during a felony, but was paroled on March 4, 2013. The Cumberland County sheriff's office estimated they had previously arrested Bennett

Exhibit 17
Page 00743



**Analysis of Recent MASS SHOOTINGS**                                                7

five times.

- **NOT A GUN-FREE ZONE:** We could find no evidence that permit holders were prohibited from carrying guns in this area. In Tennessee, concealed weapons would be prohibited only if the county or municipality declared itself a gun-free zone.

## Oklahoma City, OK, 8/14/13: The shooter killed four of his relatives including an infant inside of their family home.

- **SHOOTER NAME:** Daniel Green, 40
- **GUN DETAILS:** .380 semiautomatic handgun
- **AMMO DETAILS:** A box of .380 handgun ammunition was found in the vehicle when the shooter was arrested.
- **GUN ACQUIRED:** One of the victims owned a .380 semiautomatic handgun and kept it hidden in the attic.
- **PROHIBITING CRITERIA:** Green's father told police in an affidavit that his son was schizophrenic, but there is no evidence that Green had been adjudicated mentally ill or had a criminal history that would prohibit gun ownership.

## Dallas, TX, 08/07/2013: The gunman shot and killed his girlfriend and her daughter, and injured two others; and then in a separate attack shot and killed his estranged wife and her daughter, and injured another two people. He also detonated an explosive but it did not harm anyone.

- **SHOOTER NAME:** Erbie Lee Bowser, 44
- **GUN DETAILS:** .380 pistol
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The shooter's estranged wife had obtained a protective order against Bowser in February 2011, citing family violence, and he was later arrested for violating the order. The order seems to have expired in February 2012, but would likely have been prohibiting while it was in place. A criminal conviction for domestic violence, which would also likely have been prohibiting, was expunged from his record after he completed a court program for veterans in the summer of 2012. Bowser was a veteran, but he had not served in combat — making him ineligible to enter the program. He apparently lied about his military history in order to enter the program.

## Clarksburg, WV, 07/26/2013: According to a criminal complaint, the shooter was trying to collect $10,000 two men owed him for drugs when one of them aimed a handgun at him. He stripped the man of the weapon and used it to kill them both; he then shot and killed a father-son newspaper delivery team that happened to be outside the house.

- **SHOOTER NAME:** Sidney Muller, 27
- **GUN DETAILS:** 9mm Beretta
- **AMMO DETAILS:** Unknown

Exhibit 17
Page 00744

**Analysis of Recent MASS SHOOTINGS**  

- **GUN ACQUIRED:** Gun apparently belonged to one of the victims
- **PROHIBITING CRITERIA:** The shooter had been convicted previously for driving under the influence and had been arrested for driving with a suspended license, but was not criminally prohibited from possessing a gun. The shooter was also a veteran of the U.S. Marine Corps and his lawyers indicated he had scored four out of five in Post-Traumatic Stress Disorder testing and had been diagnosed as bipolar. He was reportedly in treatment at the local VA hospital. But there is no evidence his mental illness rose to the level of prohibiting him from possessing guns.

## Hialeah, FL, 7/16/13: The shooter killed the two managers of his building, a bystander across the street, and three more occupants before police killed him in a standoff.

- **SHOOTER NAME:** Pedro Alberto Vargas, 42
- **GUN DETAILS:** Glock 17 9mm semiautomatic pistol
- **AMMO DETAILS:** Hundreds of additional rounds were found in Vargas' apartment following the incident.
- **GUN ACQUIRED:** Vargas obtained a concealed weapons permit after completing a two-hour training and four-hour safety course in the fall of 2010 at the Florida Gun Center in Hialeah. In October 2010 he passed a background check and purchased a Glock 17, which was used in the shootings.
- **PROHIBITING CRITERIA:** The shooter had developed a pattern of anonymously harassing his former co-workers online, and was confronted about it three days before the shooting. But there is no evidence Vargas was prohibited from owning a gun.

## Santa Monica, CA, 6/7/13: The shooter killed his father and brother, burned down their house, and shot and wounded a passing driver who tried to intervene. He then carjacked another vehicle and made the driver transport him to Santa Monica College, firing at a city bus and police cruiser along the way, injuring three. Once on the college's campus, he shot and killed three people outside and fired 70 rounds at students in the library before he was shot and killed by police.

- **SHOOTER NAME:** John Zawahri, 23
- **GUN DETAILS:** The shooter was armed with a .223 caliber AR-15 assault rifle that did not have a serial number; this type of rifle is prohibited in California. A .44 caliber "black powder" revolver that had been converted to fire .45 caliber rounds and three 'Zip Guns,' which are illegal to possess, were also recovered.
- **AMMO DETAILS:** The shooter was carrying a duffel bag containing approximately 1,300 rounds of ammunition. He was armed with approximately forty 30-round .223 magazines, which are illegal to purchase, sell, or transfer in the state of California.
- **GUN ACQUIRED:** The assault rifle, high-capacity magazines, and several components to modify the firearms may have been shipped from outside California. The firearms were not registered to the shooter or to his family members.
- **PROHIBITING CRITERIA:** The shooter had a history of mental health issues and had previously been held for a short-term psychiatric evaluation, which would have prohibited him from accessing or possessing a firearm for five years, but the prohibition expired in 2011. The shooter had attempted to buy a firearm in 2011, but a letter from the Department of Justice discovered in his bedroom after the shooting indicated that he had not been eligible to purchase it at that time, likely because of this hospitalization.

Exhibit 17
Page 00745

**MAYORS AGAINST ILLEGAL GUNS**  **Analysis of Recent** MASS SHOOTINGS                                                9

---

**Fernley, NV, 05/13/2013:** On May 10th, the shooter killed a couple in their home and stole $3,500 in cash and jewelry. Three days later, he killed two more people and stole a firearm and their vehicle, and then shot and killed another person later that day.

- SHOOTER NAME: Jeremiah Bean, 25
- GUN DETAILS: NEF Co. Model R92 .22 caliber handgun. The shooter also stole a Smith & Wesson from one of his victims.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter had been previously convicted for felony charges of burglary and grand larceny, and finished his parole in December 2012. This criminal record likely prohibited him from possessing firearms.

---

**Waynesville, IN, 5/11/13:** The alleged shooter killed four people in a home where methamphetamine was subsequently discovered, leading police to believe the crime was drug-related.

- SHOOTER NAME: Samuel Earl Sallee, 55
- GUN DETAILS: A Ruger 10/22 .22 caliber rifle was recovered.
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The alleged shooter, who had been at the location of the homicides just hours before the bodies were discovered, was taken into custody two days after the shooting. He was prohibited from possessing firearms due to several prior felony convictions including for intimidation, drunk driving (on multiple occasions), receipt of stolen property, and battery. Although authorities delayed in charging the shooter with a crime while they tried to determine a motive for the homicides, they charged him with illegal firearm possession.

---

**Ottawa, KS, 04/28/2013:** The shooter raped and killed a woman, as well as killing her 18-month old daughter and two men who were with her at a farm in eastern Kansas.

- SHOOTER NAME: Kyle Flack, 27
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: In 2005 the shooter was convicted of attempted murder in the 2nd degree, having shot a man five times with a pistol, but he only served two years of a five-year sentence and was paroled in July 2009. He was required to register as a violent offender until 2024 and was prohibited from buying guns. His mother also sought mental health treatment on his behalf; her concerns were dismissed, but Flack ultimately submitted to a mental health evaluation.

---

**Manchester, IL, 4/24/13:** The shooter broke into a home and killed the grandmother of his child and four of her family members including two young children, apparently related to a cus-

Exhibit 17
Page 00746



tody dispute over his 3-year-old daughter. The shooter was subsequently killed in a gunfight with law enforcement.

- SHOOTER NAME: Rick Odell Smith, 43
- GUN DETAILS: All of the victims were killed with a Winchester 20-gauge pump-action shotgun. A .270 Bolt Action Winchester rifle and Ruger carbine rifle were also recovered.
- PROHIBITING CRITERIA: The shooter had been previously convicted for felony reckless homicide, which would likely have prohibited from possessing guns, along with drug possession and writing bad checks.

---

## Federal Way, WA, 4/21/13: The shooter killed his girlfriend inside the apartment they shared and then fatally shot two men in a nearby parking lot. When a neighbor called 911, the shooter broke down the man's door with a shotgun and killed him. He was subsequently shot and killed by police.

- SHOOTER NAME: Dennis Clark III, 27
- GUN DETAILS: .40 caliber semi-automatic handgun and a pistol grip Mossberg 500 pump shotgun. Federal Way Police report that Clark had a permit to carry a concealed weapon and was the registered owner of at least two firearms, including the handgun he used in the shooting.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Clark had no criminal convictions but in 2002 had used a BB gun to shoot a girl in the buttocks and back after she broke up with him, resulting in a fourth-degree assault charge that was dismissed. He was charged with misdemeanor criminal trespass in 2003. And in March 2009 he was charged with harming a police dog but the case was dismissed.

---

## Akron, OH, 4/18/13: The shooters killed four people inside a townhouse; the initial motive for the crime was reportedly robbery.

- SHOOTER NAME: Derrick Brantley, 21 and Deshanon Haywood, 21
- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: One shooter, Brantley, was free on bond awaiting trial on felony charges of heroin trafficking. The other, Haywood, was paroled from prison in February 2012 after serving part of a two-year sentence for cocaine trafficking and heroin possession. He immediately violated his parole and was sentenced to 45 days of house arrest. Both were likely prohibited from possessing firearms by their criminal histories.

---

## Herkimer, NY, 04/13/2013: The shooter killed two people and critically wounded one at John's Barber Shop and then killed two more people at Gaffey's Fast Lube, a car care facility. He was killed by responding officers.

Exhibit 17
Page 00747



**Analysis of Recent** MASS SHOOTINGS                                          **11**

- **SHOOTER NAME:** Kurt Myers, 64
- **GUN DETAILS:** According to the police superintendent, Myers used a shotgun. Additional guns and ammunition were found by emergency crews after Myers set fire to the apartment.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no reason to believe Myers was prohibited him from possessing a gun. He was arrested in 1973 for drunk driving
- **NOT A GUN-FREE ZONE:** Gaffey's Fast Lube does not have a specific policy prohibiting guns  and allows permit holders to carry concealed weapons on the premises. John's Barbershop did not reopen following the shooting but the owner of a neighboring business did not recall the barbershop having any explicit firearm policy or ban, which would have been required to prohibit customers from carrying guns on the premises.

## Albuquerque, NM, 1/19/13: The shooter killed his parents and three siblings in their home. He then loaded a van with guns and ammunition with the intent to kill his girlfriend's family and die in a shootout at Wal-Mart, according to court documents. Instead, he spent the next day with his girlfriend and her family and went to a church he regularly attended, where he was arrested for murder after speaking with the pastor.

- **SHOOTER NAME:** Nehemiah Griego, 15
- **GUN DETAILS:** AR-15 assault rifle, .22 rifle, and two shotguns
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** The guns had been legally purchased by his parents.
- **PROHIBITING CRITERIA:** As a juvenile, the shooter was prohibited from purchasing firearms, but it was lawful for him to possess long guns like those used in the incident.

## Tulsa, OK, 1/7/13: During a robbery the shooters bound the hands of four women in an apartment at the Fairmont Terrace complex and shot each one in the head. The 3-year-old son of one of the victims was in the apartment at the time of the incident but was unharmed.

- **SHOOTER NAME:** Cedric Dwayne Poore, 39 and James Stanford Poore, 32
- **GUN DETAILS:** .40 caliber pistol
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Both shooters had extensive criminal histories: Cedric Poore received a 35-year prison sentences in 1995 for armed robbery and James Poore received a 12-year sentence in 2000 for armed robbery with a firearm. Both were released in 2011, but likely remained prohibited from possessing firearms.

## Newtown, CT (Sandy Hook Elementary School), 12/14/12: The shooter killed his

Exhibit 17
Page 00748



mother in her home and then traveled to a nearby elementary school where he shot twenty-eight people, killing twenty-six of them, including twenty children, before killing himself.

- SHOOTER NAME: Adam Peter Lanza, 20
- GUN DETAILS: A Bushmaster .223 assault-style rifle was used in the attack at the elementary school. A 10mm Glock handgun, a 9mm SIG Sauer handgun, and a shotgun were also recovered at the crime scene.
- AMMO DETAILS: Lanza was carrying multiple high-capacity clips, reportedly enough ammunition to kill nearly every student at school.
- GUN ACQUIRED: The guns were legally registered to Lanza's mother, who he shot and killed earlier in the day and with whom he lived.
- PROHIBITING CRITERIA: Under Connecticut law, Lanza would have been prohibited from possessing handguns because he had not reached the legal age, 21. However, he would not have been prohibited from possessing a long gun like the Bushmaster rifle used in the shooting. Lanza's mental health was also scrutinized after the shooting, and while his social isolation had been noted, we did not find evidence that concerns had been brought to the attention of a public authority.

---

## Tule River Reservation, CA, 12/8/2012: The shooter killed his mother and two uncles in the travel trailer where they lived and injured his young son; he then shot his two daughters, one fatally, while fleeing with them from the police. The gunman died after a shootout with police in which he also shot himself in the head.

- SHOOTER NAME: Hector Celaya, 31
- GUN DETAILS: .38 caliber revolver
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Celaya had been imprisoned in 2008 for an assault and battery charge and was prohibited from having weapons as a condition of three years' probation. It is likely that this criminal record prohibited him from possessing firearms. He was subsequently arrested multiple times for driving while intoxicated, and was due in court in January 2013 to face a misdemeanor drug possession charge.

---

## Detroit, MI, 12/4/2012: Three adults and one minor were shot to death in a house on the east side of the city before a fire broke out, apparently set by the shooter. There are no reports of arrests or suspects.

- GUN DETAILS: Unknown
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The assailants are unknown.

---

## Northridge, CA, 12/02/2012: The shooter arrived at an unlicensed boarding house on Devonshire street, reportedly in search of his girlfriend, and after a dispute shot and killed four people

Exhibit 17
Page 00749

outside.

- SHOOTER NAME: Ka Pasasouk, 31
- GUN DETAILS: semiautomatic handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter was prohibited from possessing guns, having been convicted for car theft and felony robbery. While on probation in September 2012, he was arrested again for possession of methamphetamine. According to the district attorney, a prosecutor then released him on probation over the objection of probation officials, who believed he posed a threat to the safety of the community.
- NOT A GUN-FREE ZONE: Permit holders were not prohibited from carrying guns in this area.

## New Town, ND, 11/18/2012: The shooter murdered a woman and her three grandchildren in their home on Fort Berthold Indian Reservation. When confronted by police he stabbed himself in the neck and died of his injuries.

- SHOOTER NAME: Kalcie Eagle, 21
- GUN DETAILS: .25-06 hunting rifle
- AMMO DETAILS: Unknown
- GUN ACQUIRED: The rifle did not belong to the shooter; police speculated that it may have belonged to a family member.
- PROHIBITING CRITERIA: In March 2012, Eagle was arrested in a stolen pickup truck after a high-speed chase with police. He pled guilty to felony unauthorized use of a vehicle, and was sentenced to a year in jail, with more than three years of supervised probation and more than $45,000 in fines and restitution. Because of this offense, he was likely prohibited from possessing a firearm.

## Minneapolis, MN, 9/27/12: The shooter killed six people and injured two at a signage business, from which he was fired earlier in the day, before killing himself.

- SHOOTER NAME: Andrew John Engeldinger, 36
- GUN DETAILS: Glock 9mm semiautomatic handgun
- AMMO DETAILS: Engeldinger fired at least 46 bullets during the shooting. At his home, police recovered packaging for 10,000 rounds of ammunition.
- GUN ACQUIRED: Engeldinger purchased the gun used in the shooting one year before at KGS Guns and Ammo in Minneapolis after passing a background check and obtaining a permit-to-purchase. Around the same time, Engeldinger purchased another, similar handgun that police recovered when searching his home.
- PROHIBITING CRITERIA: Engeldinger had a concealed carry permit and was not prohibited from possessing a gun. But his family suspected he had paranoid schizophrenia and two years before the shooting they reached out on his behalf to the National Alliance on Mental Illness. Engeldinger did not pursue treatment.
- ONLINE CONNECTION: According to Minneapolis Police, Engeldinger may have purchased some or all of his stockpiled ammunition online from out-of-state dealers.

Exhibit 17
Page 00750

**Analysis of Recent MASS SHOOTINGS**



---

## Oak Creek, WI, 8/5/12: The shooter killed six people at a Sikh temple and injured three others, including a responding police officer, before killing himself.

- **SHOOTER NAME:** Wade Michael Page, 40
- **GUN DETAILS:** 9mm semiautomatic handgun
- **AMMO DETAILS:** Page reportedly bought three 19-round magazines when he purchased the gun.
- **GUN ACQUIRED:** Page acquired the gun at a local gun shop a week before the shooting.
- **PROHIBITING CRITERIA:** Page was involved with the white supremacist movement but he does not appear to have been prohibited from purchasing a gun. He received a discharge from the army "under other than honorable conditions" and was demoted from sergeant to specialist, but this did not affect his access to firearms. Federal officials investigated Page's ties to supremacist groups more than once prior to the shooting, but did not collect enough evidence to open an investigation.
- **NOT A GUN-FREE ZONE:** Nothing restricted the possession of a firearm on the property. Wisconsin state law permits people to carry their guns in temples and other places of worship unless there is a sign or they have been personally notified that carrying firearms is prohibited by the property owner or occupant. Amardeep Kaleka, whose father founded the temple and was killed during the attack, confirmed that there was no such sign on the property.

---

## Aurora, Co, 7/20/12: The shooter killed twelve and wounded fifty-eight in an attack on a suburban movie theater during a midnight screening of Batman.

- **SHOOTER NAME:** James Holmes, 24
- **GUN DETAILS:** Smith & Wesson AR-15 assault-style rifle, Remington 870 12-gauge shotgun, and two Glock .40 caliber handguns.
- **AMMO DETAILS:** Holmes had a 100-round drum magazine for the AR-15 and reportedly only ceased firing with it when it jammed.
- **GUN ACQUIRED:** Holmes acquired the guns at local gun shops.
- **PROHIBITING CRITERIA:** While a student at the University of Colorado, Holmes was treated by the school psychiatrist, who expressed concern about his behavior and referred him to the university Behavioral Evaluation and Threat Assessment (BETA) team. They took no further action and he was never adjudicated mentally ill.
- **ONLINE CONNECTION:** Holmes purchased over 6,000 rounds of ammunition online.

---

## Newton Falls, OH, 7/6/12: The shooter killed his girlfriend, another couple, and their son in two separate shootings, before being cornered by the police and killing himself.

- **SHOOTER NAME:** Robert Brazzon, 55
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Brazzon had previously pled guilty to felony drug trafficking after police seized 47 guns from his home in 1999 (the guns were later returned to Brazzon's brother and son following a

Exhibit 17
Page 00751

 **Analysis of Recent MASS SHOOTINGS** **15**

court petition). But due to Ohio laws that provide for the restoration of felons' firearm rights, it is unclear whether Brazzon was prohibited from possessing firearms at the time of the shooting.

## Tempe, AZ, 6/2/2012: The shooter killed his wife and three children inside of their home, then drove the bodies to a location in the Vekol Valley desert, where he lit the car on fire and shot himself. His wife had filed for a divorce earlier in the year but he had not vacated their shared residence. He was also reportedly undergoing treatment for a brain tumor.

- **SHOOTER NAME:** James Butwin, 47
- **GUN DETAILS:** Two guns were recovered in the vehicle, and the caliber of the shells for one matched those found in the house where the murders took place.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence that Butwin was prohibited from owning a gun.

## Seattle, WA, 5/20/12: The shooter killed five people in a string of neighborhood shootings that began in a coffee shop, and later killed himself.

- **SHOOTER NAME:** Ian Lee Stawicki, 40
- **GUN DETAILS:** At least one Para-Ordnance .45 caliber handgun – some reports say he carried two.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Stawicki legally purchased the weapon used in the shooting in addition to two others.
- **PROHIBITING CRITERIA:** The shooter was a concealed carry permit holder but had a history of mental illness and arrests. He was twice charged with misdemeanor assault but both cases were dismissed when the victims — his girlfriend and brother — refused to testify. Before the shooting, Stawicki's family attempted to have his concealed carry permit revoked. Stawicki's family had become concerned that his mental health had worsened. However, his family was rebuffed by authorities, who said they had no legal basis to revoke Stawicki's permit on claims about Stawicki's behavior alone.

## Leivasy, WV, 5/19/2012: The shooter killed a man after a dispute over a debt for drugs, as well as his girlfriend and their two children.

- **SHOOTER NAME:** James Roy Belknap, 27
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** In 2007, Belknap pled guilty on charges of conspiracy to deliver cocaine and was sentenced to 5 years in prison. In exchange, prosecutors dismissed a grand jury indictment charging him with murder. He was therefore prohibited from possessing a gun.

Exhibit 17
Page 00752

**Analysis of Recent MASS SHOOTINGS** 

## Port St. John, FL, 5/15/12: The shooter attacked her four children — ages 12 to 17 — in her home, killing them before shooting and killing herself. An autopsy indicated that she had a blood alcohol level of .16 at the time of the shooting — twice the legal limit.

- **SHOOTER NAME:** Tonya Thomas, 33
- **GUN DETAILS:** Taurus .38 caliber revolver
- **AMMO DETAILS:** She fired 18-hollow-point rounds during the incident, reloading the gun three times.
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence she was prohibited from possessing a gun. The shooter was charged with misdemeanor battery in 2002 for striking the father of her children but it was later dropped.

## Gilbert, AZ, 5/2/12: The shooter, formerly a member of the U.S. Marine Corps and a founder and leader of a border militia group, shot and killed four people including his girlfriend, before killing himself. At the time of the incident he was running for the office of Pinal County Sheriff.

- **SHOOTER NAME:** Jason Todd ("J.T.") Ready, 39
- **GUN DETAILS:** At least two handguns and a shotgun were recovered from the scene. Six-armor piercing grenades, which may not legally be possessed by civilians, were also recovered.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence that the shooter was prohibited from owning guns, even though he had a record of dangerous behavior. In 1992, he was arrested for damage to property and aggravated assault with a weapon and pled guilty to simple assault, a misdemeanor. He was court-martialed twice during his military service, the second resulting in a bad conduct discharge in 1996. In 2009, a woman filed an order of protection against him, but it was not active at the time of the shooting. Officers had also responded to multiple domestic violence calls from Ready's home. Indeed, his girlfriend went to police headquarters on February 28, 2012 to make a complaint and report two domestic violence incidents, but she did not go to court to file for an order of protection.

## Oakland, CA (Oikos University), 4/2/12: The shooter killed seven people at a Korean Christian college, where he had formerly been a student.

- **SHOOTER NAME:** One L. Goh, 43
- **GUN DETAILS:** .45 caliber handgun
- **AMMO DETAILS:** Goh was armed with four magazines of ammunition, holding 10 rounds each.
- **GUN ACQUIRED:** The gun was purchased legally in California two months before the shooting.
- **PROHIBITING CRITERIA:** None apparent, though Goh was expelled from the school for disciplinary problems.

## Norcross, GA, 2/20/12: The shooter returned to a Korean spa from which he'd been kicked out after an altercation, where he shot and killed two of his sisters and their husbands before commit-

Exhibit 17
Page 00753

ting suicide.

- SHOOTER NAME: Jeong Soo Paek, 59
- GUN DETAILS: .45 caliber handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Police reported that he acquired the gun legally.
- PROHIBITING CRITERIA: Paek does not appear to have been prohibited, although he had allegedly served two months in jail for assaulting his sister six years earlier. In 2006 she applied for a temporary protection order and described his intention to harm himself or others with guns.
- NOT A GUN-FREE ZONE: We could find no indication that the property owner forbade possession of a firearm on their property.

---

## Villa Park, IL, 1/17/2012: The shooter killed his girlfriend, her two sons, and her niece while they slept. After leaving the scene of the crime he shot himself and died of his injuries.

- SHOOTER NAME: Cedric Anderson, 42
- GUN DETAILS: .357 Magnum handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Anderson has several drug-related offenses dating back to 1990, and in 2008 received probation for possessing a firearm without the required license. On December 29, 2011 was convicted of felony heroin possession, and was awaiting sentencing at the time of the massacre. He was therefore prohibited from possessing a gun.

---

## Grapevine, TX, 12/25/11: The shooter killed his estranged wife, two children, and three other family members as they opened their Christmas presents, before killing himself. The shooter's wife had filed for bankruptcy in August 2010 and reportedly separated from him during the proceedings, moving to the apartment complex where the shooting took place.

- SHOOTER NAME: Aziz Yazdanpanah, 56
- GUN DETAILS: 9mm and .40 caliber handguns
- AMMO DETAILS: Unknown
- GUN ACQUIRED: The 9mm was purchased in 1996 and registered to the shooter.
- PROHIBITING CRITERIA: In 1996, the shooter pled guilty to one count of subscribing to a false income tax return, and was fined $1000 and placed on three years' probation. But police said the 9mm was legally registered to the shooter and there is no evidence that he was otherwise prohibited from purchasing a gun.

---

## Emington, IL, 12/16/2011: The shooter killed her boyfriend and her three children before taking her own life in the backyard of their home.

- SHOOTER NAME: Sara McMeen, 30

Exhibit 17
Page 00754



- **GUN DETAILS:** Semi-automatic pistol
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from owning a gun. But she reportedly suffered from bipolar disorder and postpartum depression, and did not take any medication. She also had a family history of mental illness and violence. In 1971, McMeen's father shot and killed his wife with a 12-gauge shotgun. He was found not guilty by reason of insanity, and diagnosed with schizophrenia with suicidal and homicidal tendencies.

---

## Gargatha, VA, 12/15/11: The shooter killed two of his children, their mother, and the man she was living with before killing himself. The shooter was reportedly involved in a custody dispute with the woman at the time of her death.

- **SHOOTER NAME:** Esteban Quintero-Gonzales, 37
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from possessing a gun.

---

## Bay City, TX, 11/30/11: The shooter and his wife argued in their mobile home, and when she exited he shot her three times in the front yard, injuring her, before killing his four children aged 2 to 5 and then killing himself.

- **SHOOTER NAME:** Jose Avila-Alva, 24
- **GUN DETAILS:** .22 caliber revolver
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** The handgun was reported stolen in 2010.
- **PROHIBITING CRITERIA:** The shooter was not a legal resident of the U.S., and had been deported to Mexico in 2006 for unlawful entry, which would have prohibited him from purchasing a gun. One week earlier, on November 22, 2011, the shooter's wife filed an assault report against him and was taken to a crisis center by police, but she did not press charges.

---

## Greensboro, NC, 11/20/2011: The shooter shot and injured a married man she had been having an affair with since 2008, injuring him. At some point that morning she also shot four children in her house, including her older son, a niece, a nephew, and a friend, and they all died of their injuries. She then picked up her son from a sleepover, shot and killed him, and turned the gun on herself.

- **SHOOTER NAME:** Mary Ann Holder
- **GUN DETAILS:** .38 caliber handgun

Exhibit 17
Page 00755



**Analysis of Recent MASS SHOOTINGS**                                              **19**

- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from possessing a gun. The wife of the man the shooter was having an affair with sought a restraining order against her earlier in 2011; the shooter responded by requesting a restraining order against the man and his wife. Both orders had expired.

## Liberty, SC, 10/14/11: The shooter killed her ex-husband, two sons, and their step-grandmother. When investigators arrived, she told them one of her sons had committed the homicides and then killed himself, but this story was inconsistent with forensic evidence. Nine days after the shooting she was taken into custody and charged with four counts of homicide. She had reportedly taken out a $700,000 life insurance policy for her family members with herself named as the beneficiary.

- **SHOOTER NAME:** Susan Diane Hendricks, 48
- **GUN DETAILS:** .380 caliber handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** In April 2006, Susan Hendricks shot and killed Doyle "O'Brian" Teaguein in her home after he had allegedly entered uninvited and threatened her. No charges were filed against Hendricks at the time, and the case was never closed. There is no evidence that she was prohibited from possessing a gun in 2011.

## Seal Beach, CA, 10/12/11: The shooter injured one and killed eight at a hair salon, including his ex-wife, before being taken into police custody.

- **SHOOTER NAME:** Scott Evans Dekraai, 41
- **GUN DETAILS:** Dekraai carried 3 handguns – a 9 mm Springfield, a Heckler & Koch .45, and a Smith & Wesson .44 Magnum – and used at least two in the shooting.
- **AMMO DETAILS:** News articles say Dekraai was carrying "extra ammunition" when the shooting began.
- **GUN ACQUIRED:** All three guns were purchased legally and registered in accordance with California law.
- **PROHIBITING CRITERIA:** Dekraai was subject to a restraining order that specifically prohibited him from possessing guns, but the order expired in 2008. Dekraai had been diagnosed with Post Traumatic Stress Disorder, and during a custody suit his ex-wife had filed court papers claiming that he was mentally unstable and had threatened to kill himself or someone else at least once.

## Laurel, IN, 9/26/11: The shooter killed a man, the man's estranged wife, their two children, and a neighbor. The male victim reportedly had sold the addictive pain-reliever Oxycontin to the shooter, and on the day of the murders they had argued over the price.

- **SHOOTER NAME:** David E. Ison, 46

Exhibit 17
Page 00756



- GUN DETAILS: A .380 caliber handgun was used in the slayings. Another stolen .380 handgun and an AK-47 were recovered during the investigation.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter had a lengthy criminal record, including a conviction for armed robbery, which would have prohibited him from possessing a gun, and at the time of the murders was on probation for 10 counts of burglary.

---

## Monongalia County, WV, 9/6/2011: The shooter killed five people and injured one before fleeing from the police and then killing himself.

- SHOOTER NAME: Shayne Riggleman, 22
- GUN DETAILS: A .30-.30 rifle was used. A second rifle and a .22 caliber pistol were also recovered.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: In 2008, Riggleman was sentenced to 14 months in prison for armed robbery, an offense that would prohibit him from possessing firearms, though it is possible his rights were restored under West Virginia law. He had also been diagnosed with bipolar disorder and schizophrenia at Chestnut Ridge Hospital and his family had him committed on several occasions.

---

## Carson City, NV (IHOP Shooting), 9/6/2011: The shooter killed four people at an IHOP restaurant, including three National Guard members, before killing himself.

- SHOOTER NAME: Eduardo Sencion, 32
- GUN DETAILS: A Norinco Mak 90 assault rifle that had been illegally modified into a fully automatic machine gun. A Romarm/Cugir AK-47 type assault rifle and a Glock 26 semiautomatic handgun were also recovered.
- AMMO DETAILS: Police recovered 450 rounds of AK-47 ammunition from Sencion's van and "box upon box" of additional ammunition at his home.
- GUN ACQUIRED: Five years earlier, the gun had been sold by a private party in California to an unknown buyer.
- PROHIBITING CRITERIA: Sencion was taken into protective custody during a mental health commitment in April 2000 but no court order was involved and it remains unclear if a record of the incident was reported to the NICS database.
- NOT A GUN-FREE ZONE: IHOP allows individual franchises to determine their own firearm policies, and this franchise allows concealed carrying of firearms on the premises.

---

## Marion County, FL, 8/5/11: The shooter killed the mother of his child in her mother's home, his own 6-year-old sister, and two other acquaintances before setting the building on fire. Court records indicated he had smoked synthetic marijuana laced with cocaine prior to the murders. The gun was not immediately recovered.

Exhibit 17
Page 00757

**MAYORS AGAINST ILLEGAL GUNS**   **Analysis of Recent MASS SHOOTINGS**                                    **21**

- **SHOOTER NAME:** James Edward Bannister, 31
- **GUN DETAILS:** Believed to be a .38 caliber revolver
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence that he had a prohibiting criminal record.

---

**Wheatland, WY, 7/30/11:** The shooter killed his three sons and his brother and shot and injured his wife before surrendering to police. His wife later reported he had become upset because he wanted to keep the curtains of their home drawn to prevent the neighbors from looking inside.

- **SHOOTER NAME:** Everett E. Conant III
- **GUN DETAILS:** Two semiautomatic handguns were used in the shooting. A shotgun and a rifle were also recovered.
- **AMMO DETAILS:** Police testified that about 50 rounds were fired during the incident.
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The police reported that the shooter did not have a criminal record. There is no evidence to indicate he was prohibited from possessing a gun.

---

**Wagener, SC, 7/3/2011:** The shooter apparently went on a murder-suicide rampage, killing his wife, her twin sister, his mother-in-law, and his ex-girlfriend in two different residences before he was confronted by law enforcement and shot himself.

- **SHOOTER NAME:** Kenneth Myers, 47
- **GUN DETAILS:** A 20-gauge shotgun was used in the massacre. Myers owned numerous weapons including an SKS, AK-47, two 9 mm handguns, a .22 caliber revolver, and a .38 caliber snub-nose pistol.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence that the shooter was prohibited from owning a gun. However, he reportedly had a history of violence, having threatened his mother-in-law with a rifle. In a suicide note, he blamed his wife's family for contributing to her drug problem.

---

**Grand Prairie, TX, 6/23/11:** The shooter killed his wife and four of her family members at his daughter's birthday party before killing himself.

- **SHOOTER NAME:** Tan Do, 35
- **GUN DETAILS:** Reported to be a handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Tan Do had a history of domestic violence. His wife had obtained a protective order against him but had withdrawn it earlier that year against the advice of a prosecutor.

Exhibit 17
Page 00758

**Analysis of Recent MASS SHOOTINGS**



---

## Medford, NY, 6/9/11: The shooter killed four people at a pharmacy, Haven Drugs, and stole thousands of hydrocodone pills before fleeing in a vehicle. During the trial he acknowledged that he and his wife were addicted to prescription medication.

- **SHOOTER NAME:** David Laffer
- **GUN DETAILS:** A .45 caliber handgun was used in the shooting. Several other legally registered guns were also recovered from the shooter's home.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The gun was legally registered to the shooter, and there is no evidence he was prohibited from possessing a gun. But five months before the shooting, Suffolk County Detective Kenneth Ripp investigated an identity theft claim made by the shooter's mother, who said the shooter had stolen her debit card. After questioning the shooter and his mother, Ripp advised the Suffolk County Pistol License Bureau that the shooter was dangerous and that his guns should be confiscated. Despite Ripp's report, the guns were not removed.
- **GUN-FREE ZONE:** We could find no evidence that Haven Drugs posted a sign or had a policy prohibiting the carrying of firearms. Current employees declined to comment.

---

## Yuma, AZ, 6/2/11: In a series of separate shootings over a five-hour period, a gunman shot and killed his ex-wife, three of her friends, and her attorney, before killing himself.

- **SHOOTER NAME:** Carey H. Dyess, 73
- **GUN DETAILS:** Handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Dyess's ex-wife alleged there had been domestic abuse and a judge had issued an order of protection against him in 2006, but there is no evidence that he was a prohibited from possessing firearms at the time of the shooting.

---

## Ammon, ID, 5/11/11: The shooter killed his two infant children, their mother, and her sister before setting fire to the house and shooting himself. He had separated from the victim several months before the incident, and in the week before the shooting he had sent her harassing text messages.

- **SHOOTER NAME:** Gaylin Leirmoe
- **GUN DETAILS:** .45 caliber handgun
- **AMMO DETAILS:** Eight shots were fired during the shooting.
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** In October 2009, the shooter was charged with misdemeanor battery for domestic violence with no traumatic injury after hitting his girlfriend — the woman he would ultimately kill — at her birthday celebration. The charges were later dismissed. There is no evidence that he was prohibited from possessing a gun.

Exhibit 17
Page 00759

## Oak Harbor, Ohio, 4/16/11: The shooter killed his wife and three children, age 1 to 4, before killing himself.

- SHOOTER NAME: Alan Atwater
- GUN DETAILS: .22 caliber rifle, shotgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter and his wife separately reported to friends that in the past he had held her against a wall and choked her. But there is no evidence he was prohibited from possessing a gun.

## Willowbrook, CA, 2/11/11: Two brothers, their uncle, and their cousin were shot and killed by an unknown assailant on the patio of their home.

- SHOOTER NAME: Unknown
- GUN DETAILS: Unknown
- AMMO DETAILS: Witnesses reported that the shooting was loud and continuous. Police believe a semiautomatic weapon was used.
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The assailant is unknown.

## Minot, ND 1/28/11: The shooter, a Somali national, killed the mother of his child at her home — and then her brother, her mother, and her mother's boyfriend at a nearby home. The murder weapon was never recovered.

- SHOOTER NAME: Omar Mohamed Kalmio, 28
- GUN DETAILS: Believed to be a handgun.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: In 2006, Kalmio was convicted of second-degree assault with a dangerous weapon and sentenced to a year in prison, which offense prohibited him from legally possessing a firearm.

## Tucson, AZ, 1/8/11: The shooter attacked a constituent event hosted by Congresswoman Gabrielle Giffords, killing six and wounding fourteen, including Giffords, before he was subdued.

- SHOOTER NAME: Jared Loughner, 22
- GUN DETAILS: 9mm Glock 19 semiautomatic handgun
- AMMO DETAILS: 33-round magazine
- GUN ACQUIRED: Loughner passed a background check and purchased the Glock handgun at Sportsman's Warehouse in Tucson two months before the attack. Loughner also purchased a Harrington & Richardson shotgun in 2009; this gun was not used in the attack.

Exhibit 17
Page 00760

**Analysis of Recent MASS SHOOTINGS** 

- **PROHIBITING CRITERIA:** Loughner had a history of mental illness and drug use. He was rejected from Army enlistment in 2008 after failing a drug test and admitting to drug use on his U.S. Army medical history application form, which should have prohibited Loughner from buying a gun for at least one year. However, Loughner successfully purchased a Harrington & Richardson shotgun in 2009, within a year of his Army rejection. Loughner's purchase of the Glock 19 handgun in 2010 violated the plain intent of federal law, which prohibits someone considered an/to be "unlawful user of or addicted to any controlled substance" from purchasing a gun, but the purchase was still allowed under current enforcement practices. Loughner was also suspended from Pima Community College in 2010 for erratic behavior, and exhibited other signs of mental instability in posts to websites.
- **NOT A GUN-FREE ZONE:** It was lawful to carry a firearm in the area of the shooting. An armed bystander, Joe Zamudio, mistook someone else as the shooter and prepared to fire on him before he was stopped by other bystanders.

## Boston, MA, 09/28/10: The shooter killed four and wounded one during a drug-related robbery.

- **SHOOTER NAME:** Edward Washington, 33, and Dwayne Moore, 35, were both charged in the killings. Washington was acquitted. In Moore's first trial, the jury deadlocked 11-1 in favor of his guilt, but he was later convicted in a retrial.
- **GUN DETAILS:** .40 caliber Iberia handgun and 9mm Cobray semiautomatic. The Cobray has not been recovered, but the weapon was identified based on recovered bullets and shell casings.
- **AMMO DETAILS:** 14 rounds fired
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooters were prohibited from possessing guns.
- **NOT A GUN-FREE ZONE:** Any person holding the appropriate license could lawfully carry a firearm in this area. As of 2012 there were an estimated 250,000 concealed weapons permit holders in Massachusetts, and neither state or local law prohibits them from carrying in the city of Boston.

## Riviera Beach, FL 9/27/10: The shooter killed his estranged wife and four of his stepchildren in their home, injured one other, and then shot and killed himself.

- **SHOOTER NAME:** Patrick Dell, 41
- **GUN DETAILS:** Handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** In May 2010, the shooter's wife obtained a restraining order, which was active at the time of the shooting and would have prohibited him from owning a gun. In December 2009, Dell has also been arrested on felony aggravated assault, and had been convicted of misdemeanor improper exhibition of a dangerous firearm. Police had responded to 34 calls from the household in the four years preceding the shooting. In April 2008, the shooter's wife had taken out another restraining order against Dell for abusive behavior.

## Jackson, KY, 9/10/10: The shooter, reportedly enraged at how his wife prepared his eggs, fatally

Exhibit 17
Page 00761

shot her, his stepdaughter, and three neighbors. He killed himself when the police arrived.

- **SHOOTER NAME:** Stanley Neace, 47
- **GUN DETAILS:** Shotgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from possessing a gun.

## Chicago, IL, 9/2/10: The shooter murdered four individuals execution-style in a garage on South Kildare Avenue. Officials believe he was part of a drug-trafficking crew that had been involved in at least 10 other killings.

- **SHOOTER NAME:** Raul Segura-Rodriguez, 36
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** While the shooter was reportedly an experienced criminal, there is no evidence of convictions that would have prohibited him from possessing a gun.

## Lake Havasu City, AZ, 8/29/10: The shooter killed his ex-girlfriend, her boyfriend, and three others while they were celebrating her boyfriend's birthday and took his own life later that night.

- **SHOOTER NAME:** Brian Diez, 26
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The gunman's girlfriend had taken out a restraining order against him earlier that year, which would likely prohibit him from purchasing or possessing a gun.

## Buffalo, NY, 8/14/10: The shooter opened fire on a group of people outside a bar, killing four and wounding four others.

- **SHOOTER NAME:** Riccardo McCray, 24
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** McCray had been arrested earlier that year on felony drug charges and the previous year for having a loaded rifle in his car. If he was found guilty of either crime, he would have been prohibited from possessing firearms.
- **NOT A GUN-FREE ZONE:** We could find no indication that it was unlawful to carry a firearm in the area.

Exhibit 17
Page 00762



There are an estimated 100,000 concealed weapon permit holders in New York and other than limiting a person's ability to carry when he is under the influence of drugs or alcohol, Buffalo does not add any additional requirements to state law.

## Lanham, MD, 8/6/10: The shooter killed two children, their mother, and their paternal aunt in the home where they resided. Police said the shooter was involved in drug trafficking and the victims owed him money.

- **SHOOTER NAME:** Darrell Lynn Bellard
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence that he was prohibited from possessing a gun.

## Manchester, CT, 8/3/10: The shooter killed eight coworkers at a beer distributor and wounded two others before killing himself.

- **SHOOTER NAME:** Omar Thornton, 34
- **GUN DETAILS:** Two Ruger SR9 9mm handguns
- **AMMO DETAILS:** The shooter allegedly carried two extra magazines and two extra boxes of ammunition with him to the attack.
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no indication that he was prohibited from possessing firearms and the guns he used were registered to him.

## Hialeah, FL, 6/6/10: The shooter killed four women, including his wife — who had just separated from him. He injured three others before shooting and killing himself. The shooting occurred in Yoyito-Cafe Restaurant, where the shooter's wife was employed as a waitress, and in the parking lot immediately outside.

- **SHOOTER NAME:** Gerardo Regalado, 38
- **GUN DETAILS:** .45 caliber handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** The shooter had a concealed weapons permit.
- **PROHIBITING CRITERIA:** There is no evidence that the shooter was prohibited from owning a gun. However, relatives said the shooter had abused and terrorized women in the past, and had been imprisoned in Cuba for a particularly violent incident, but he did not have a criminal record in the United States.
- **NOT A GUN-FREE ZONE:** We could find no indication that guns were prohibited in this area. Guns are prohibited in Florida restaurants only in areas primarily devoted to the serving of alcohol.

Exhibit 17
Page 00763

**Chicago, IL, 4/14/10:** The shooter who had converted to Islam in prison killed his family for not going along with his conversion, fatally shooting his mother, pregnant wife, infant son, and two nieces, and injuring one other.

- SHOOTER NAME: James A. Larry, 33
- GUN DETAILS: Shotgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Larry was almost certainly prohibited from purchasing a gun, having recently served a prison term for a weapons charge. He had also recently pled no contest to misdemeanor battery against his wife.

**Los Angeles, CA, 4/3/10:** The shooter killed four and injured two at a San Fernando Valley restaurant after a dispute with other patrons. He was indicted in a separate investigation for engaging in the business of dealing firearms without a license and possession of a firearm with an obliterated serial number, having sold firearms to an informant working for federal agents the previous year.

- SHOOTER NAME: Nerses Arthur Galstyan, 28
- GUN DETAILS: Unspecified handgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from possessing a gun.

**Washington, DC, 03/30/10:** Three gunmen killed four and wounded five in retaliation for another murder.

- SHOOTER NAME: Nathaniel D. Simms, 26; Orlando Carter, 20, and unnamed 14-year-old juvenile.
- GUN DETAILS: An AK-47 assault rifle and 9mm and .45-caliber handguns
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The adults were reported to have lengthy criminal histories, which prohibited them from purchasing guns, and the 14-year-old was too young to purchase or own a gun.
- 

**New Orleans, LA, 3/26/10:** The shooter killed his ex-girlfriend, her sister, and two children.

- SHOOTER NAME: Damian Jordan, 22
- GUN DETAILS: Handgun
- AMMO DETAILS: Unknown

Exhibit 17
Page 00764

**Analysis of Recent MASS SHOOTINGS**   

- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: Jordan was likely prohibited from possessing a gun due to a lengthy history of domestic abuse, though he had repeatedly pled down the crimes to simple battery.

---

## Appomattox, VA, 1/19/10: The shooter killed eight family-members and acquaintances and fired at responding police officers – even forcing a helicopter to make an emergency landing – before surrendering. He wore a bulletproof vest during the attack.

- SHOOTER NAME: Christopher Speight, 39
- GUN DETAILS: High-powered rifle
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: The shooter was a concealed carry permit holder and was not prohibited from possessing a gun.

---

## Bellville, TX, 1/16/10: The shooter, angered after a household argument, fatally shot his mother, stepfather, sister, brother and niece.

- SHOOTER NAME: Maron Thomas, 20
- GUN DETAILS: Handgun and shotgun
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Unknown
- PROHIBITING CRITERIA: There is no evidence the shooter was prohibited from possessing a gun.

---

## Madison, WI, 12/3/2009: The shooter killed two women with whom he was involved in paternity cases, along with their daughters, before shooting himself in his car.

- SHOOTER NAME: Tyrone Adair, 38
- GUN DETAILS: Two handguns were found inside the vehicle where Adair died, one of which matched the caliber of the ammunition used in the murders.
- AMMO DETAILS: Unknown
- GUN ACQUIRED: Police report that Adair bought a 9mm gun that was advertised on Craigslist. This gun was likely transferred in a private sale.
- PROHIBITING CRITERIA: The shooter was prohibiting from possessing firearms due to an active restraining order involving a third woman. He had also been arrested in March 2009 after a domestic incident, but charges were not filed in that case.

---

## Lakewood, WA, 11/29/09: The shooter killed four police officers in a Tacoma Coffee shop, eluding police for two days before being killed as he fled.

Exhibit 17
Page 00765

**MAYORS AGAINST ILLEGAL GUNS**   **Analysis of Recent MASS SHOOTINGS**                              **29**

- **SHOOTER NAME:** Maurice Clemmons, 37
- **GUN DETAILS:** When he was killed, he was in possession of the handgun of one of the officers he had killed.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The shooter was prohibited from purchasing a firearm, having been charged with at least 13 felonies across two states. He had posted bail for raping a child just six days before the attack.
- **NOT A GUN-FREE ZONE:** The police officers were armed at the time of the shooting.

## Osage, KS, 11/28/09: The shooter killed his estranged wife, her grandmother, and his two daughters in their home.

- **SHOOTER NAME:** James Kahler, 46
- **GUN DETAILS:** Assault rifle
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Kahler was charged with a misdemeanor domestic violence assault in March 2009. If convicted, he would have been prohibited from purchasing a firearm.

## Jupiter, FL, 11/26/09: The shooter killed his two twin sisters, his aunt, and his cousin's daughter, and injured two other family members, during a Thanksgiving celebration. He eluded capture for over a month before authorities apprehended him.

- **SHOOTER NAME:** Paul Merhige, 40
- **GUN DETAILS:** He used at least two handguns during the shooting.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Purchased at least six guns (including a .22 caliber handgun and a .40 caliber semi-automatic handgun), a high-powered rifle with a scope, and ammunition from two gun stores in South Florida.
- **PROHIBITING CRITERIA:** The shooter was involuntarily committed to mental health facilities at least three times in the decade before the killing, which prohibited him under federal law from possessing guns. But his records were not submitted to the NICS database. His parents reportedly knew he had ceased taking prescribed psychotropic medication in the weeks leading up the shooting. In addition, his sister Carla Merhige had requested a restraining order against him in 2006, but later withdrew the request. The shooter was able to obtain a concealed weapons permit.

## Pearcy, AR, 11/12/09: Three shooters killed five people in their mobile homes and stole wheel rims, televisions, a handgun, and a vehicle. One of the shooters injured a police officer while he was being apprehended several days later.

- **SHOOTER NAME:** Samuel Conway, Marvin Lamar Stringer, and Jeremy Pickney
- **GUN DETAILS:** .22 and .25 caliber handguns

Exhibit 17
Page 00766

**Analysis of Recent MASS SHOOTINGS**   

- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence that the shooters were prohibited from possessing guns.

## Oklahoma City, OK, 11/9/2009: The shooter or shooters killed four people in a house before setting the building on fire. Two of the victims were pregnant. The crime was premeditated by two conspirators, and related to drugs they sold for one of the victims. It is unclear whether just one or both of the conspirators were present for the shooting, but both were charged with six counts of murder. Tyner surrendered to authorities a week after the killings. Phillips was arrested in Tulsa in April 2010 after allegedly attempting to sell two guns stolen from a police sergeant's home.

- **SHOOTERS:** David Allen Tyner (pled guilty), 31 and Denny Edward Phillips (pled not guilty), 34
- **GUN DETAILS:** Handgun
- **AMMO DETAILS:** Two types of bullet cases were recovered at the crime scene.
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Phillips was prohibited due to a lengthy criminal history including multiple felony convictions. Phillips was convicted in 1996 for assault with a deadly weapon, and other crimes including a jail escape. He was also convicted in 2010 for possession of a firearm by a felon. He was also convicted of aggravated assault and battery. There is no indication that Tyner was prohibited, though he was reportedly a member of a prison gang.

## Fort Hood, TX, 11/5/09: The shooter killed thirteen and wounded thirty soldiers during an attack at the Fort Hood army base.

- **SHOOTER NAME:** Nidal Malik Hasan, 39
- **GUN DETAILS:** A FN Five-seven handgun was used in the attack. A Smith and Wesson .357 revolver also recovered.
- **AMMO DETAILS:** Hasan fired at least 220 rounds of ammunition and had 200 rounds in his pocket when he was detained.
- **GUN ACQUIRED:** Purchased legally at a local gun shop, Guns Galore.
- **PROHIBITING CRITERIA:** The shooter had links with terrorist organizations, but being placed on a terror watch list does not prohibit purchase or possession of firearms under current law.

## Mount Airy, NC, 11/01/09: The shooter killed four people outside a television store before eventually surrendering to the police.

- **SHOOTER NAME:** Marcos Chavez Gonzalez, 29
- **GUN DETAILS:** Assault rifle.
- **AMMO DETAILS:** Unknown

Exhibit 17
Page 00767



**Analysis of Recent MASS SHOOTINGS**                                            31

- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The shooter was a prohibited purchaser, having been convicted of kidnapping a minor in 2002.
- **NOT A GUN-FREE ZONE:** It was lawful to carry a firearm in the area of the shooting.

## Lawrenceville, GA, 08/27/09: The shooter killed his girlfriend, his daughter, and two others in a domestic dispute.

- **SHOOTER NAME:** Richard Ringold, 44
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from possessing a gun.

## Kansas City, KS, 6/22/09: The shooter killed a woman with whom he had been romantically linked and three others at the house where she was staying. He had argued with the woman and followed her to the house.

- **SHOOTER NAME:** Adrian Burks
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The shooter was prohibited from possessing firearms. He had served 10 years in Kansas prisons for robbery, aggravated assault, and burglary. He also fatally shot a man in March 2009, but he was not charged in the incident, which his cousin later described as "self defense." In April 2009, he was charged with battery and a criminal threat against the sister of the man he killed and was ordered not to possess firearms.

## Middletown, MD, 04/19/09: The shooter killed his wife and three children in their home before committing suicide.

- **SHOOTER NAME:** Christopher Alan Wood, 34
- **GUN DETAILS:** .25-caliber handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from possessing a gun.
- **GREEN HILL, AL, 4/7/2009:** The shooter killed his estranged wife, their teenage daughter, and two other relatives one day before his divorce proceedings were scheduled to take place. He then lit the house on fire and shot himself.
- **SHOOTER NAME:** Kevin Garner, 45

Exhibit 17
Page 00768



- **GUN DETAILS:** handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from owning a gun. In divorce documents, however, his wife cited physical and emotional abuse.

## Graham, WA, 4/4/2009: After a dispute with his wife in which she told him she was ending their relationship, the shooter returned home and killed his five children. Police believe he then made an unsuccessful attempt to find his wife again and then killed himself in his car.

- **SHOOTER NAME:** James Harrison
- **GUN DETAILS:** Unspecified rifle
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence Harrison was prohibited from possessing a gun. Since 2001 the state had received five complaints about the shooter, including one for abuse in 2007 that stemmed from a slapping incident with one of his children. None of the complaints resulted in a domestic violence conviction. After the shooting, his wife said that she and her children had sustained years of abuse.

## Binghamton, NY, 4/3/09: The shooter killed fourteen and wounded four at the American Civic Association where he had been taking English classes before killing himself. He wore a bullet-proof vest during the attack.

- **SHOOTER NAME:** Jiverly A. Wong, 42
- **GUN DETAILS:** 9mm and .45 caliber Beretta handguns.
- **AMMO DETAILS:** Allegedly fired 98 rounds during the attack. At least one magazine with a 30-round capacity was recovered at the scene.
- **GUN ACQUIRED:** The guns were registered to his New York State pistol license.
- **PROHIBITING CRITERIA:** Wong was not prohibited from possessing a gun, and had a New York State concealed carry permit. People who knew Wong said he exhibited no outward signs of mental instability, although a letter he wrote that was delivered to a newspaper after the shooting indicated he was paranoid and suffering from mental illness.

## Carthage, NC, 3/29/09: The shooter opened fire at a nursing home where his estranged wife worked, killing eight and injuring three before he was shot and arrested by a police officer.

- **SHOOTER NAME:** Robert Stewart, 45
- **GUN DETAILS:** .357 Magnum handgun and Winchester 1300 shotgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** The guns were acquired legally from a local sporting good store.

Exhibit 17
Page 00769

- **PROHIBITING CRITERIA:** There is no indication the Stewart was prohibited from possessing a gun.

---

## Santa Clara, CA, 3/29/09: The gunman killed five family members and wounded two in an apparent murder-suicide.

- **SHOOTER NAME:** Devan Kalathat, 45
- **GUN DETAILS:** Two .45 caliber pistols
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Purchased legally weeks before the incident.
- **PROHIBITING CRITERIA:** There is no indication that Kalathat was prohibited from possessing a gun.

---

## East Oakland, CA, 3/21/09: The shooter used a semiautomatic handgun to kill two police officers after they stopped his car and then fled on foot to an apartment where he killed two SWAT officers with an assault weapon and injured a third before being killed by police.

- **SHOOTER NAME:** Lovelle Mixon
- **GUN DETAILS:** 9mm semiautomatic handgun and SKS assault-style rifle
- **AMMO DETAILS:** Police said the assault weapon had a high-capacity magazine.
- **GUN ACQUIRED:** The shooter took part in a home invasion robbery in Modesto, CA, on February 21 2009 in which a rifle was reported stolen. Police did not comment on whether the stolen rifle was the one used in the shooting.
- **PROHIBITING CRITERIA:** The shooter had a lengthy criminal history, including a conviction for armed battery, which would have prohibited him from possessing a gun, and he was on parole for assault with a deadly weapon at the time of the shootings.
- **GUN-FREE ZONE:** Two of the victims were shot on a public roadway — the 7400 block of Macarthur Boulevard in East Oakland — where no state law would have prohibited a citizen with the appropriate permit to carry a gun. All of the police officers killed in the incident were armed.

---

## Raytown, MO, 3/16/09: The gunman shot and stabbed his former girlfriend, her boyfriend, and her two nephews, killing all four.

- **SHOOTER NAME:** Gevante Anderson, 26
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from possessing a gun.

---

## Miami, FL, 3/15/09: At a birthday party, the shooter killed his estranged wife, her daughter, her daughter's boyfriend, and the boyfriend's grandmother. He then returned to his house where he set the building on fire and shot and killed himself.

Exhibit 17
Page 00770

**Analysis of Recent MASS SHOOTINGS** 

- **SHOOTER NAME:** Guillermo Lopez, 48
- **GUN DETAILS:** Semi-automatic handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from possessing a gun.

---

## Catawba, NC, 3/12/09: The gunman shot and stabbed a woman and her three children in their home. He later killed himself and his girlfriend after a police chase in Utah.

- **SHOOTER NAME:** Chiew Chan Saevang, 38
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence the shooter was prohibited from possessing a gun.

---

## Geneva County, AL, 3/10/09: The shooter killed ten, including four members of his family, before killing himself.

- **SHOOTER NAME:** Michael Kenneth McLendon, 28
- **GUN DETAILS:** Bushmaster AR-15, SKS rifle, shotgun, and .38 pistol
- **AMMO DETAILS:** Police recovered additional ammunition from his vehicle after the shooting.
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The shooter had no criminal record and there is no indication he was prohibited from possessing a gun.
- **NOT A GUN-FREE ZONE:** It was lawful to carry a firearm in the public intersection and gas station where two of the individuals were shot.

---

## Cleveland, OH, 3/05/09: The shooter killed his new wife and four of her relatives before committing suicide.

- **SHOOTER NAME:** Davon Crawford, 33
- **GUN DETAILS:** At least one semiautomatic handgun.
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** Crawford was likely prohibited from possessing a gun. He was convicted of manslaughter in 1995 and pled guilty to felonious assault with a firearm in 2005, though Ohio enables felons to restore their gun rights so it is possible he was no longer prohibited.

---

## Brockport, NY, 02/14/2009: The shooter killed a nurse in the Lakeside Memorial Hospital

Exhibit 17
Page 00771



**Analysis of Recent** MASS SHOOTINGS

35

parking lot and a motorist who intervened, and wounded the motorist's girlfriend. The shooter had been fired from the hospital after the nurse filed a sexual harassment complaint against him. He then drove 50 miles and killed another nurse — who had filed a similar complaint against the shooter — and her husband in their home.

- **SHOOTER NAME:** Frank Garcia, 34
- **GUN DETAILS:** .40 caliber Glock handgun
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** There is no evidence that the shooter was prohibited from owning a gun. However, he had applied for concealed carry permits and been denied three times. In his 1995 application, he omitted information about his criminal record — including arrests for criminal possession of a weapon, assault, and harassment. In 2001 and 2006 he made further omissions, and was evaluated as lacking moral character. But in 2007 a judge reversed the denial and granted Garcia a concealed weapon permit.
- **GUN FREE ZONE:** We found no indication that permit holders were prohibited from carrying guns in this area at the time of the incident.

## Wilmington, CA, 1/27/09: The shooter killed his wife and their five children before killing himself.

- **SHOOTER NAME:** Ervin Lupoe, 40
- **GUN DETAILS:** Unknown
- **AMMO DETAILS:** Unknown
- **GUN ACQUIRED:** Unknown
- **PROHIBITING CRITERIA:** The shooter did not have a criminal record and there is no indication he was prohibited from possessing a gun.

Exhibit 17
Page 00772

# Exhibit 18

Exhibit 18
Page 00773

1   Xavier Becerra
    Attorney General of California
2   Tamar Pachter
    Supervising Deputy Attorney General
3   Nelson R. Richards
    Anthony P. O'Brien
4   Deputy Attorneys General
    Alexandra Robert Gordon
5   State Bar No. 207650
      455 Golden Gate Avenue, Suite 11000
6     San Francisco, CA 94102-7004
      Telephone: (415) 703-5509
7     Fax: (415) 703-5480
      E-mail:
8     Alexandra.RobertGordon@doj.ca.gov
    *Attorneys for Defendant*
9   *Attorney General Xavier Becerra*

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13

14

15  **VIRGINIA DUNCAN, et al.,**          17-cv-1017-BEN-JLB

16                        Plaintiffs,    **DECLARATION OF PROFESSOR
                                          DANIEL W. WEBSTER IN
17                    v.                  SUPPORT OF DEFENDANT
                                          XAVIER BECERRA'S
18                                        OPPOSITION TO PLAINTIFFS'
    **XAVIER BECERRA, in his official    MOTION FOR PRELIMINARY
19  capacity as Attorney General of the  INJUNCTION**
    State of California; et al.,**
20                                       Date: June 13, 2017
                          Defendants.    Time: 10:00 a.m.
21                                       Dept: 5A
                                         Judge:      Hon. Roger T. Benitez
22                                       Action Filed: May 17, 2017:

23

24

25

26

27

28

                              1

1    I, Daniel W. Webster, under penalty of perjury, declare and state:

2    1.    I am Professor of Health Policy and Management, Co-Director for

3    Research at the Center for the Prevention of Youth Violence, and Director of the

4    Johns Hopkins Center for Gun Policy and Research at the Johns Hopkins

5    Bloomberg School of Public Health.  Additionally, I head the Johns Hopkins-

6    Baltimore Collaborative for Violence Reduction.

7    2.    I began my career in public safety research in 1985 as a Research

8    Associate at the University of Michigan's School of Public Health, and have

9    devoted most of my research since then on gun-related injuries and violence.  I have

10    a Master of Public Health degree from the University of Michigan and a doctorate

11    in Health Policy and Management from the Johns Hopkins School of Public Health.

12    This graduate training included many advanced courses in epidemiology, research

13    methods, and statistical analysis.

14    3.    Immediately prior to joining the faculty at Johns Hopkins, I directed a

15    program on violence research at the Washington (D.C.) Hospital Center. I joined

16    the faculty of the Johns Hopkins School of Public Health in 1992, and since 2010

17    have been a tenured Professor of Health Policy and Management with a joint

18    appointment in the School of Education's Division of Public Safety Leadership. I

19    teach graduate courses on violence prevention. Previously, I taught courses in

20    research and evaluation methods at Johns Hopkins, direct the PhD program in

21    Health and Public Policy, and served on the steering committee of a pre- and post-

22    doctoral training program in violence prevention research funded by the National

23    Institutes of Health.

24    4.    I have directed numerous studies related to gun violence and its

25    prevention. I have published over 100 articles in scientific, peer-reviewed journals,

26    the vast majority of these addressed some aspect of violence and/or firearm injuries

27    and their prevention. I am the lead editor of a book entitled <u>Reducing Gun Violence</u>

28    <u>in America: Informing Policy with Evidence and Analysis</u> by Johns Hopkins

2

1   University Press (2013), and am the lead author for two chapters and co-author on

2   three other chapters in this book. In addition, I recently served as special editor or

3   co-editor of three special issues on gun violence for top tier public health journals.

4   My curriculum vita, detailing these publications, is attached as Exhibit 1 to this

5   Declaration.

6        5.    The Johns Hopkins Center for Gun Policy and Research was

7   established to conduct rigorous research into gun policy questions, look objectively

8   at all available data, and analyze and report the results. Where the data and

9   research, considered objectively, support a particular policy, we say so. Where the

10  data and research do not support a particular policy, we say that as well. Our goal

11  is not to advance any particular policy or agenda, but to use data and research to

12  inform public policy decisions.

13       6.    I make this declaration on the basis of my training and expertise, the

14  research discussed below, and the work I have done in this case to date. I am being

15  compensated at $350/hour. In the past four years I have testified as an expert in the

16  following cases:

17      a. *Rocky Mountain Gun Owners v. Hickenlooper*, Denver District Court

18         case 13CV33879, Case matter 2013-EXAD-076563.

19      b. *Wrenn v. District of Columbia*, Civil Action No. 15-00162 (CKK)

20      c. *Heller v. District of Columbia*, Civil Action No. 08-01289 (D.D.C.)

21      d. *Norberg v. Badger Guns, Inc.*, No. 10 CV 020655 (Circuit Court of

22         Wisconsin, Milwaukee County)

23      e. *Lopez v. Badger Guns, Inc.*, No. 10 CV 018530 (Circuit Court of

24         Wisconsin, Milwaukee County, Civil Division)

25      f. *Cook v. Hickenlooper*, Civil Action No. 13-CV-1300-MSK-MJW (D.

26         Colo.)

27      g. *Kolbe v O'Malley*, No.: 1:13-cv-02841-CCB (D. Md.)

28

3

7.     There are data and good reasons to indicate that design and capabilities of firearms can potentially affect the likelihood that an intended target or by-stander at a shooting will be wounded as well as the severity of wounds resulting from criminal shootings.  Particularly relevant is the capacity of a firearm's ammunition feeding device.  In comparison to other magazines which feed ammunition to semi-automatic firearms, large capacity magazines (LCMs)—those that hold more than 10 rounds—increase the number of rounds that can be fired without the shooter having to take the time to reload.

8.     A firearm's ability to accept LCMs and effectively and rapidly fire a large number of rounds from LCMs are what distinguish what is commonly referred to as assault weapons from other firearms.  There is evidence that these design features of assault weapons make them especially appealing to criminals and those who commit mass shootings.  A study of handgun purchasers in California prior to that state's ban of assault weapons found that assault pistols were more likely to be purchased by individuals with criminal histories; the more serious the prior offenses, the higher the likelihood that the handgun purchased was an assault pistol.  The share of handguns purchased which were assault pistols was 2% if the purchaser had no criminal history, 4.6% if the purchaser had a history of minor criminal offenses, 6.6% for those with a previous criminal gun charge, and 10% for those who had previously been charged with two or more serious violent offenses.[1] I conclude from this research that features of assault pistols, some of which are common to assault rifles, particularly the ability accept detachable LCMs, are attractive to criminals.

9.     Efforts to ban assault weapons and LCMs have followed their use in mass shootings in public places including some of the deadliest shootings in our

---

[1] Wintemute, Garen J., Mona A. Wright, Carrie A. Parham, Christiana M. Drake, and James J. Beaumont, Criminal activity and assault-style handguns: a study of young adults, Annals of Emergency Medicine 32:44-50 (1998).

4

Webster Decl. ISO Defendant's Opposition to PI  (17-cv-1017-BEN-JLB)

Exhibit 18
Page 00777

nation's history. Prior to the Federal ban of LCMs, these include the following
high-profile mass shootings:

    a.  The 1984 shooting at a McDonald's restaurant in California that led to 21 deaths and 19 with nonfatal wounds.

    b.  A schoolyard shooting in Stockton, California in 1989 which killed five children and left 29 others with nonfatal wounds.

    c.  A 1989 workplace shooting in Louisville, Kentucky which left seven dead and 15 with nonfatal wounds.

    d.  A 1991 shooting at a diner in Killeen, Texas that left 23 dead and 27 more wounded.

    e.  A 1993 shooting of 25 people on a Long Island Railroad train, six who died.

    f.  A shooting on April 20, 1999 at Columbine High School in Littleton, Colorado in which assailants used an Intratec TEC-DC9 assault pistol with a LCM and other guns to murder 13 students and wound an additional 23.

    g.  A shooting in which 76 rounds were fired to wound 70 people at a crowded movie theatre in Aurora, Colorado on July 20, 2012 in which the assailant used a Smith & Wesson M&P15 assault rifle with a 100-round LCM. Twelve people lost their lives in this shooting.

    10.    Among the mass shootings involving LCMS was the most deadly mass shooting in U.S. history at The Pulse nightclub in Orlando, Florida in 2016 in which the shooter used multiple 30-round magazines, some taped together to facilitate swift reloading. This shooting left 52 dead and another 50 people with gunshot wounds that they survived. It also includes a 2011 shooting in front of a supermarket in Tucson, Arizona that left six dead and 13 wounded including then U.S. Rep. Gabrielle Giffords who a suffered life-altering head wound. The Tucson

5

Webster Decl. ISO Defendant's Opposition to PI (17-cv-1017-BEN-JLB)

Exhibit 18
Page 00778

shooter used a handgun with a LCM and was able to fire 31 rounds before being restrained when attempting to reload. The shooter in the mass murder of 20 young children and six adults at Sandy Hook Elementary School in Newtown, Connecticut and the shooter of 49 people, 32 who died, at Virginia Tech University also used LCMs.

11.    When mass shootings occur in public, especially shootings that take place in public places, the shooter often selects an assault weapon or another firearm with a LCM. Data on 15 public mass shootings in the U.S. from 1984 to 1993 collected by Gary Kleck revealed that six (40%) involved assault weapons or other firearms equipped with LCMs. [2,3] A collection of data by Mother Jones magazine on 62 mass shootings in public places by lone shooters from 1982 through 2012 found that 33 (53.2%) perpetrators used firearms or LCMs that were or would have been banned by the federal ban of assault weapons and LCMs. [4]   A report by Everytown for Gun Safety examined data on mass shooting involving four or more gunshot victims from 2009 through August 31, 2016 using the FBI's Uniform Crime Reports/ Supplemental Homicide Reports data and media accounts. [5] This study did not limit the sample to shootings in public places involving lone shooters and thus included a large share of incidents of domestic violence or other scenarios in which a small number of people were targeted and, therefore, large ammunition capacity becomes less relevant than in the context of a mass shooting in a public place with a lot of people (e.g., school, workplace). Fifteen of 133 (11%) shootings involved a firearm with a LCM.

[2] Kleck, Gary. Targeting Guns: Firearms and Their Control. New York: Aldine de Gruyter, pp. 124-126 (1997).
[3] Koper, 2004, p. 14.
[4] Mother Jones Magazine, US Mass Shootings, 1982-2012. Data from Mother Jones' Investigation, available at http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data (2014).
[5] Everytown for Gun Safety. *Analysis of Recent Mass Shootings* https://everytownresearch.org/reports/mass-shootings-analysis/ Accessed January 30, 2017.

6

Webster Decl. ISO Defendant's Opposition to PI  (17-cv-1017-BEN-JLB)
Exhibit 18
Page 00779

12.     Among all cases of mass shootings (4 or more victim fatalities) identified by Everytown, use of an assault weapon or other firearm with a LCM is associated with more people who are shot (on average, 13.3 vs. 5.2%) or killed (on average, 7.5 vs. 5.1) when compared with incidents in which LCMs are not used. In other words, the average number of persons shot when the shooter had a LCM or assault weapon that likely included a LCM was 2.5 times higher and the number killed 47% higher than when no LCM was used. Similarly, Professor Christopher Koper's re-analysis of his student's data from Mother Jones magazine's study of public mass murders with firearm revealed that mass shootings with assault weapons, compared with mass shooting with other firearms, involved more fatalities per incident (a mean of 10.4 vs. 7.4) and more victims with nonfatal gunshot wounds (mean of 13.5 vs. 6.4).[6] Dillon (2013) also reported that, compared with assaults carried out with firearms that did not have LCMs, mass shootings in which firearms with LCMs were used had 60% more fatalities on average (a mean of 10.19 vs. 6.35) and more than 3 times as many persons with nonfatal gunshot wounds (12.39 vs. 3.55). These findings are consistent with those from a study of criminal shootings in Jersey City, NJ which found that, compared to shootings with revolvers, shootings with semi-automatic pistols—which tend to hold significantly more bullets than revolvers—had more shots fired and more victims wounded.[7]

13.     Unfortunately, data to more definitively determine the connections between ammunition capacity and gun violence outcomes—the number of shots

_____

[6] Dillon, Luke, Mass Shootings in the United States: An Exploratory Study of the Trends from 1982-2012, Thesis for Master of Arts in Criminology, Law and Society, George Mason University, September 2013; Koper, Christopher S., Supplemental affidavit submitted as an expert witness in June, Shew et al. v. Daniel P Malloy, et al. Civil Action No. 3:13-CV-00739-AVC. U.S. District Court, District of Connecticut, January 6, 2014.
[7] Reedy, Darin C., and Christopher S. Koper, Impact of handgun types on gun assault outcomes: a comparison of gun assaults involving semiautomatic pistols and revolvers, *Injury Prevention* 9:151-155 (2003).

7

1    fired, the rate of fire, the number of victims, the number of wounds per victims,

2    lethality of woundings—have not been collected in any population.  Gary Kleck,

3    Professor Emeritus from Florida State University, has a working paper that pieces

4    together various types of data in an attempt to discern whether there might be a

5    logical connection between ammunition capacity or LCM use and outcomes in

6    criminal violence.[8]  Yet the data used by Kleck and the interpretations he makes of

7    the data are flawed.  To determine the set of cases where it would be plausible that

8    involvement of LCM might be relevant to violence outcomes, Kleck searches for

9    cases in which *more than six victims have been shot*.  His logic is that an ordinary

10   revolver can shoot six people without reloading and, thus, mass shootings with six

11   or fewer victims might have involved guns without LCMs.  But because the rate at

12   which shooters hit their human targets is low[9], having more rounds available to

13   shoot within a short and presumably stressful interval could increase the odds of a

14   shooting leading to the wounding of one to five victims as well.  Kleck then

15   identifies various online databases of cases involving shootings with six or more

16   victims where there is some information—from news media accounts—about

17   whether or not a LCM was used in the incident.  Through this process, Kleck

18   identifies only 23 incidents in which more than six victims were shot at a single

19   time and place in the U.S. for a period 1994-2013 and *"were known to involve the*

20   *use of any magazines with capacities of ten rounds."* (page 14)  He then takes a

21   two-year period (2013-2014) of such cases—699 in all—and compares it against a

22   list compiled by the Violence Policy Center for mass shootings in which a LCM

23   was used and identifies two such cases.  He uses this small ratio (2/699) to argue

---

24       [8] Kleck, Gary.  Large-Capacity Magazines and the Casualty Counts in Mass
     Shootings:  The Plausibility of Linkages.  Working Paper, Social Science Research
25   Network abstract 2741098.  March 6, 2016.
     https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2741098
26       [9] About 1 in 5 shootings reported by victims in the National Crime
     Victimization Survey result in a victim wounding.  *Shotspotter* technology used to
27   identify gunfire in urban areas identifies many time more shooting incidents than
     are reported to police or that result in woundings.
28

Webster Decl. ISO Defendant's Opposition to PI  (17-cv-1017-BEN-JLB)

Exhibit 18
Page 00781

1    that LCMs are irrelevant to high-casualty shootings. Kleck acknowledges that

2    news reports of mass shootings may not always report whether or not a LCM was

3    used, but fails to acknowledge that the online databases he and others use to study

4    mass shootings actually *rarely record the capacity of the firearm's magazine*. This

5    careless method, that pretends as if there is a valid surveillance system for tracking

6    use of LCM use when ammunition capacity is rarely recorded, produces very

7    misleading estimates of the use of LCMs in mass shootings.

8          14.    Kleck also makes an argument ammunition capacity is only logically

9    relevant in incidents in which there is a high rate of fire over a short span of time.

10   This is because longer intervals in an incident provide opportunities for a shooter to

11   load another magazine or switch to another gun within a few seconds. The concept

12   is partly defensible, but his measure—seconds elapsing per shot fired—is fraught

13   with problems for large portion of the cases. For example, a shooter may fire 20

14   rounds in less than 10 seconds, wounding or killing many who do not have time to

15   escape or fight back, and then spend many minutes or hours "hunting" additional

16   victims. In such cases, a measure of seconds elapsed per shot fired is very

17   misleading if the goal is to ascertain situations in which a shooter has the ability to

18   and does fire a large number of rounds very quickly and uninterrupted. Also lost in

19   Kleck's analysis and consideration is the fact that there is no way to measure the

20   incidents where there was the potential for a large number of casualties in a

21   shooting but fewer occurred *due to the absence of a LCM*. That is, the impact of a

22   shooter having fewer bullets in an ammunition feeding device may have an

23   important effect on reducing the likelihood that a case hits the victim threshold for a

24   mass shooting that is captured in mass shooting tracking projects that Kleck uses in

25   his analyses.

26         15.    Studies of guns recovered by police and submitted for tracing to the

27   U.S. Bureau of Alcohol, Tobacco and Firearms (ATF) prior to the 1994 federal

28   assault weapon ban indicated that assault weapons accounted for between 1% to 8%

9

1    of such guns with the average of about 2%.[10]  Yet a study of murders of police

2    officers while on duty in 1994 found that assault weapons were used in 16% of the

3    murders and a firearm with a LCM was used to shoot 31% to 41% of the police

4    officers murdered.[11]  The Violence Policy Center examined data on law

5    enforcement officers murdered in the line of duty from the FBI for 1998-2001 and

6    found 19.4 % (41 of 211) had been shot with an assault weapon.[12]

7         16.    In contrast to the data indicating that assault weapons and LCMs

8    increase casualties from mass shootings, I am aware of no study or systematic data

9    that indicate that LCMs are necessary for personal defense more so than firearms

10   that do not have a LCM.  That is, I know of no data indicating that victims of

11   violent crime tend to need more than 10 rounds of ammunition in the rare instances

12   in which such persons use a firearm in self-defense or that persons equipped with

13   assault weapons or LCMs were more effective in protecting themselves than were

14   crime victims who used other types of firearms.  For example, data from Colorado

15   for the time period 2004-2013 indicate that citizens rarely, if ever, face situations in

16   which they are defending their home against criminals and require more than 15

17   rounds. In *Cooke v. Hickenlooper*, 54 of 55 Colorado Plaintiff Sheriffs responded to

18   Defendant's Interrogatories requiring that they supply information describing cases

19   in their respective jurisdictions for every home invasion or robbery in a home to

20   which their department responded during the ten-year period 2004-2013.  This

21   Interrogatory specifically asks for information on the circumstances, the number of

22   criminal perpetrators, whether the perpetrators were armed and fired shots, whether

23   victims were armed and used guns in self-defense, whether victims' guns had a

24

25   [10] Kleck, Gary. *Targeting Guns:  Firearms and Their Control.* New York:
     Aldine de Gruyter. (1997), pp. 112, 141-143.)
26   [11] W.C. Adler, F.M. Bielke, D.J. Doi, and J.F. Kennedy. Cops Under Fire:
     Law Enforcement Officers Killed with Assault Weapons and Guns with High-
27   Capacity Magazines. Washington, DC: Handgun Control, Inc., 1995, p.4.
     [12] Violence Policy Center, "Officer Down" Assault Weapons and the War on
28   Law Enforcement, http://www.vpc.org/studies/officeone.htm (2003).

Webster Decl. ISO Defendant's Opposition to PI  (17-cv-1017-BEN-JLB)

Exhibit 18
Page 00783

1   LCM, and the number of shots fired by the victims.  A report of the data supplied

2   by Sheriffs completed by Dr. Jeffrey S. Zax shows that perpetrators discharged

3   firearms in home invasions or home robberies a total of 46 times during the 10-year

4   study period, a rate of six per year or 1.25 per million population per year.[13]  During

5   this same time period, there were only two recorded instances in which a victim

6   displayed a firearm with a LCM and there were no home invasion crimes in which a

7   victim fired 16 or more rounds.  Thus, Colorado residents who live in jurisdictions

8   served by the 55 counties served by Sheriffs face an incredibly low risk of home

9   invasion, an even smaller risk of a home invasion in which the criminal fires shots,

10  and even more rarely, if ever, use a LCM in a manner in which extended

11  ammunition capacity is relevant for their defense of themselves and their families.

12      17.    Some claim that bans of assault weapons and LCMs do not work;

13  however, this is not the conclusion of Christopher Koper, the respected researcher

14  who has studied the role of assault weapons and LCMs in criminal violence and

15  attempted to estimate the impact of the 1994 federal assault weapon ban.  Koper

16  correctly identified a number of weaknesses in the federal assault weapons ban

17  which limited its impact, especially in the short-term.  For example, the federal

18  assault weapons ban allowed "copycat" versions of the banned firearms to be

19  produced and sold following the ban as long as the new firearm model was not

20  identical to the banned gun.  Another was that the federal ban "grandfathered"

21  currently owned assault weapons and LCMs, including allowing the ongoing sales

22  of those grandfathered assault weapons and LCMs.  It is estimated that this

23  involved 1.5 million assault weapons and 25 million LCMs.[14]  Similar to what I and

24  my colleagues observed when Maryland banned so-called "Saturday night special"

25  _____

26  [13] Zax, Jeffrey S. Supplemental Report by Jeffrey S. Zax,  Cooke, et al. V.
     Hickenlooper, September 13, 2013.

27  [14] Koper, Christopher S. *An Updated Assessment of the Federal Assault
     Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003.*
     Philadelphia: University of Pennsylvania. (2004). Page 10

28

11

Webster Decl. ISO Defendant's Opposition to PI  (17-cv-1017-BEN-JLB)
                                                            Exhibit 18
                                                            Page 00784

1   handguns,[15] there was a sharp increase in sales of the to-be-banned assault weapons
2   just prior to the ban going into effect.  The same was likely true for LCMs that were
3   to be banned for sale.

4        18.    These factors would suggest that the positive effects of the federal ban
5   on LCMs and assault weapons on violence would be somewhat muted as well as
6   delayed.  In other words, the full impact of the federal ban of LCMs and assault
7   weapons have on violence would be expected to be delayed and somewhat gradual
8   as pre-ban built-up stocks of LCMs and assault weapons would satisfy most of the
9   demand for some time after the ban went into effect.

10       19.    Koper's study of the effects of the federal ban of LCMs and assault
11  weapons in its early years indicated that there was a substantial decline in the
12  percentage of guns recovered by police that were assault weapons in six cities that
13  were studied with declines ranging from 17% in Milwaukee (5.91% to 4.91%) to
14  72% in Boston (2.16% to 0.60%).[16]  Koper also examined pre-ban vs. post-ban
15  changes in the percentage of police-recovered firearms with LCMs in four selected
16  cities with available data (for the early years of the ban period) and saw no evidence
17  of a decline in LCM use in crime.[16]  However, reporters from The Washington Post
18  obtained data from the Criminal Firearms Clearinghouse collected by the Virginia
19  State Police from 201 local law enforcement agencies across the state for the years
20  1993 through 2010, which included the ammunition capacity of the firearms
21  recovered by police.  These data revealed that the percentage of police-recovered

22  _____

23  [15] Webster, Daniel W., Jon S. Vernick, and Lisa M. Hepburn, Effects of
     Maryland's law banning Saturday night special handguns on homicides.  American
24  Journal of Epidemiology 155:406-412 (2002).
        [16] Koper, Christopher S., America's Experience with the Federal Assault
25  Weapons Ban, 1994-2004: Key Findings and Implications, pages 157-171 in
     Reducing Gun Violence in America: Informing Policy with Evidence and Analysis,
26  Daniel W. Webster and Jon S. Vernick, eds. Baltimore: Johns Hopkins University
     Press, at 163 (2013).  Other pre-ban to post-ban changes in the percentage of
27  police-recovered firearms that were assault weapons: -34% in Baltimore (1.88% to
     1.25%), 32% in Miami, FL (2.53% to 1.71%), 32% in St. Louis (1.33% to 0.91%),
28  and -40% in Anchorage, AK (3.57% to 2.13%).

Webster Decl. ISO Defendant's Opposition to PI  (17-cv-1017-BEN-JLB)

Exhibit 18
Page 00785

1  firearms that had LCMs rose steadily from about 13% in 1993 (the last full pre-ban

2  year) until 1997 when firearms with LCMs accounted for nearly 18% of guns

3  recovered by police. This increase was followed by a sharp decline following 1997

4  until LCM-equipped guns accounted for 10% of police-recovered firearms in 2004,

5  the year the federal assault weapon ban expired. Particularly striking in these data

6  was the sharp increase in the share of police-recovered firearms with LCMs after

7  the federal ban expired in 2004. Firearms with LCMs rose from 10% in 2004 to

8  more than 14% in 2005, continuing to rise in subsequent years until LCM-equipped

9  guns accounted for 22% of all police-recovered firearms in Virginia.[17] This

10 temporal pattern in the percentage of police-recovered firearms equipped with

11 LCMs suggests that the pre-ban increased supply of LCMs likely brought about by

12 a combination of increased domestic sales just prior to the ban and post-ban

13 importation of LCMs (Koper 2004, pp. 65-67)[16] predictably increased their use in

14 crime for a number of years before the blocked sales of new LCMs squeezed

15 supply, making them less available for use in crime only several years into the post-

16 ban period. Expiration of the ban in 2004 provided a large supply of LCMs to meet

17 pent up demand.

18     20.     Though Koper has been relatively thorough in his examination of the

19 potential effects of the federal ban on assault weapons and LCMs on violent crime,

20 his analyses did not examine data for the full 10-year period the federal ban of

21 LCM and assault weapons was in effect because it was not available at the time he

22 completed his study. Excluding data from the last years when the ban was in effect,

23 based on temporal pattern of LCM use from data from Virginia police, likely

24 underestimated the LCM ban's effects on gun violence. Koper's analyses of

25 longitudinal data that ended between 2000 and 2003 depending on the analysis,

26 largely tested differences between pre-ban and post-ban means. An underlying

27     [17] Fallis, David, VA data show drop in criminal firepower during assault gun

28 ban, The Washington Post, January 23, 2011.

Webster Decl. ISO Defendant's Opposition to PI (17-cv-1017-BEN-JLB)

Exhibit 18

Page 00786

1    assumption behind such comparisons and statistical tests is that the potential effects
2    of the assault weapons and LCM ban would be observed immediately and be
3    constant over the post-ban time period.  In his published reports, Koper did not
4    formally test whether the federal assault weapons ban had a delayed or gradual
5    effect on violent crime.  Such a delayed or gradual effect is an outcome that would
6    be more plausible than the immediate, constant change scenario that was tested, in
7    light of the market data Koper analyzed, the effects of permitting ongoing sales of
8    grandfathered assault weapons and LCMs, and trends in criminal use of LCMs in
9    Virginia.  For these reasons, it is my view that Koper's research is likely to
10   understate potential long-term public safety benefits of the federal ban of assault
11   weapons and LCMs.
12       21.    Furthermore, as Koper has pointed out, only about 5% of those shot in
13   criminal shootings victimizations are shot in incidents in which more than 10
14   rounds were fired, suggesting an upper-bound for the potential impact of LCM bans
15   on gun violence.  Because trends in overall gun violence are influenced by myriad
16   of factors, some of the potentially most important of which are very difficult to
17   measure (e.g., drug market dynamics, gang disputes, social norms surrounding
18   violence), it is possible that the federal ban of assault weapons and LCMs did
19   contribute to a proportionately small yet meaningful reduction in gun violence, but
20   available data and statistical models are unable to discern the effect.  As Koper
21   points out, a one percent reduction in shootings in a nation with such high rates of
22   gun violence—undetectable in virtually any statistical analysis—translates to about
23   650 fewer shootings per year.  (Koper 2013, p. 167.)[16]
24       22.    Due to the relative rarity of such events, especially during his study
25   period, Koper did not examine the potential impact of the federal assault weapon
26   and LCM ban on mass shootings in public places or the effects of the policy change
27   on the number of victims shot in such cases. Although no formal, sophisticated
28   analyses of the data on mass shootings in public places by lone shooters for the

14

Webster Decl. ISO Defendant's Opposition to PI  (17-cv-1017-BEN-JLB)

Exhibit 18
Page 00787

period 1982-2012 collected by Mother Jones magazine has been performed to my knowledge, a temporal pattern can be discerned that is consistent with a hypothesized protective effect of the federal assault weapon and LCM ban and a harmful effect of the expiration of that ban. Examining the data in Figure 1 (below), there is a noteworthy increase in the number of these incidents in the years leading up to the 1994 federal ban, a leveling off during the ban, and an increase following the expiration of the ban (from an annual average of 1.5 for 1995-2004 to 4.1 for 2005-2016).



Figure 1. Incidents of mass shootings in public places by year
Mother Jones Magazine, 2017

23.   A more striking pattern is evident for the number of persons killed and wounded in public mass shootings by lone shooters (Figure 2). The mean number of persons shot per year in these incidents during the pre-ban years (1982- 1994) was 26.6, during the years the ban was in effect (1995-2004) it dipped to 21.1 (despite an upward pre-ban trajectory and the unusually large spike in 1999), and more than doubled during the years since the ban has expired (66.1 in 2005-2016). (Mother Jones Magazine 2017). These temporal changes could be due to a myriad

1  of factors, but the pattern of findings suggests that the federal assault weapons and

2  LCM ban could have had a protective effect against the type of shootings in which

3  the unique features of assault weapons and LCMs were most relevant and that

4  motivated calls for the ban.



Figure 2.  Number of victims in mass shootings in public places by year

Mother Jones Magazine, 2017

24.    I performed a series of negative binomial regression analyses to test

whether the pattern I observed in trends for mass shootings and victims shot in

mass shootings were statistically significant and thus unlikely to be due to normal

statistical fluctuation in the phenomena.  These regression analyses use the annual

US population as a so-called offset variable, thereby eliminating the effect of a

growing population during the 1982-2016 study period.  Simple regressions that

tested for the effect of the 10-year federal ban of assault weapons and large capacity

magazines indicated that the ban was associated with a statistically significant

62.6% reduction in the total number of victims shot in mass shootings during the

ban (Incidence Rate Ratio, IRR = .374, p = 0.010) and a statistically significant

16

1    89.3% reduction in the number of victims shot in mass shootings in incidents

2    involving an assault weapon or other firearm with a LCM (IRR = .107, p = <.001).

3    When I included a linear trend term in the model to control for pre-ban trend in

4    mass shooting victimizations, the statistically significant associations between the

5    AW/LCM ban years and the other years were essentially unchanged (-59.9% for all

6    victims, IRR = .401, p = .017; -87.4% for all victims shot in mass shootings with an

7    AW or LCM, IRR = .126, p < .001).  I also tested whether the effect of having the

8    federal AW/LCM ban grew over the years the ban was in effect.  This is arguably a

9    better way to model the effect due to the fact that there were large increases in AW

10   and LCM bans just prior to the ban and that more potential sales of AWs and LCMs

11   were blocked with each year the ban was in effect.  Again, I found that, even after

12   controlling for population growth and pre-ban trend, the AW/LCM ban was

13   associated with a 14.2% reduction in the rate of all mass shooting victimization for

14   each year the ban was in effect (IRR = .858, p =.012) and a 28.5% reduction in the

15   number of victims shot in public mass shootings where an AW or other firearm

16   with a LCM was used (IRR = .725, p <.001).  These associations were statistically

17   significant.

18          25.    To date, there are no studies that have examined separately the effects

19   of an assault weapons ban, on the one hand, and a LCM ban, on the other hand,

20   likely because the two have usually been enacted together.  It is my opinion that the

21   largest protective effect of these laws are due to restrictions on LCMs because

22   LCMs are used much more frequently than assault weapons.

23          26.    LCMs can increase the ability of criminals and those attempting to kill

24   or wound large numbers of innocent people to maximize casualties from their

25   attacks.  When shootings result in mass casualties, those in which a firearm with a

26   LCM is used result in 2.5 times as many people shot and 47% as many killed than

27   is the case in mass shootings with other types of firearms.  Based on the threat that

28   they pose to public safety as well as the fear generated by mass shootings, the state

                                        17

1    of California's law restricting the maximum size of ammunition feeding devices to

2    10 seems prudent.  Indeed, a lower limit could be justified.  There is good reason to

3    believe that California's restriction in the capacity of ammunition feeding devices

4    for firearms would lead to modest reductions in gun violence.  The federal LCM

5    ban appears to have led to a delayed decrease in the criminal use of LCMs and the

6    expiration of that law contributed to an increase in the use of LCMs in crime.

7    There is also data supporting the hypothesis that the federal ban and its expiration

8    were associated with changes in the number of people shot in mass shootings in

9    public places in a similar way.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Webster Decl. ISO Defendant's Opposition to PI  (17-cv-1017-BEN-JLB)

Exhibit 18
Page 00791

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
2  is true and correct.

3

4  Executed on: June 5, 2017          *Daniel W Webster*

5

6                                      DANIEL W. WEBSTER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24

# Exhibit 19

Exhibit 19
Page 00793

U.S.

# Nine Rounds a Second: How the Las Vegas Gunman Outfitted a Rifle to Fire Faster

By **LARRY BUCHANAN**, **JON HUANG** and **ADAM PEARCE**   UPDATED OCT. 5, 2017

Authorities have not officially released details on the weapons a gunman used to kill 58 people and wound about 500 more late on Sunday in Las Vegas. But analysis of video posted on social media shows that the gunman, identified by the police as Stephen Paddock, 64, had rifles with rapid-fire capabilities.

An arsenal of firearms was recovered from Mr. Paddock's hotel room, said Sheriff Joseph Lombardo of the Las Vegas Metropolitan Police Department. At least one rifle in Mr. Paddock's suite had a "bump stock," a device used to retrofit a semiautomatic firearm to make it function like a fully automatic weapon, according to a law enforcement official who requested anonymity to divulge details of the investigation.

This video shows 15 seconds of the attack, with constant gunshots ringing out.

Exhibit 19
Page 00794

Source: @spacetrek9 on Twitter

Isolated, the pattern of gunshots looks like this.

## Las Vegas About 90 shots in 10 seconds

Compare that with audio extracted from a video of the June 2016 Orlando nightclub shooting, in which 49 people were killed and 53 were wounded. The gunman, Omar Mateen, used at least two guns, including a semiautomatic AR-15-style assault rifle.

## Orlando nightclub 24 shots in 9 seconds

Source: WESH 2 News

In contrast, a fully automatic weapon, like this pre-1986 Colt AR-15A2, sounds different. There are no variations in the firing rate like there was in the Las Vegas shooting.

## Fully automatic weapon 98 shots in 7 seconds

Exhibit 19
Page 00795

Case 3:17-cv-01017-BEN-JLB   Document 53-8   Filed 04/09/18   PageID.6535   Page 81 of 82

Source: YouTube

## How did he fire so quickly?

The Las Vegas gunman modified at least one of his semiautomatic rifles to fire faster using a bump stock.

Slide Fire, a main manufacturer of bump-fire stocks, shows how the product works in the promotional video below.



Promotional video by Slide Fire

The device replaces a rifle's standard stock, which is the part held against the shoulder. It frees the weapon to slide back and forth rapidly because of recoil, with the stock bouncing, or "bumping," between the shooter's shoulder and trigger finger.

The shooter holds his or her trigger finger in place, while maintaining forward pressure on the barrel and backward pressure on the pistol grip while firing. This modification can be done legally and allows the user to fire at rates similar to those of automatic weapons.

Exhibit 19
Page 00796

Slide Fire, one of the main manufacturers of bump stocks, has [posted a letter](#) on its website from the Bureau of Alcohol, Tobacco, Firearms and Explosives, which says that the device "has no automatically functioning mechanical parts or springs and performs no automatic mechanical function." In the letter, the government confirmed that the bump stock is not regulated under the National Firearms Act.

————

Additional reporting by C.J. Chivers and Thomas Gibbons-Neff. Note: Audio of firing was analyzed to estimate the number and timing of shots in the graphs above.

© 2018 The New York Times Company | Privacy | Terms of Service

Site Map | Help | Site Feedback

Exhibit 19
Page 00797