# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Duncan, Virginia et al v. Xavier Becerra** | Case No. | **17-cv-1017-BEN-JLB** |

I hereby certify that on <u>April 9, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT; DECLARATION OF JOHN D. ECHEVERRIA**

**DECLARATION OF BLAKE GRAHAM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF KEN JAMES IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT; EXHIBITS 1-3**

**EXHIBITS 4-6 TO THE DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**EXHIBITS 7-11 TO THE DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**EXHIBITS 12-15 TO THE DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**EXHIBITS 16-19 TO THE DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**EXHIBITS 20-23 TO THE DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**EXHIBITS 24-28 TO THE DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**EXHIBITS 29-33 TO THE DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**EXHIBITS 34-43 TO THE DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**DEFENDANT'S OBJECTIONS TO EVIDENCE FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 9, 2018, at Los Angeles, California.

|  |  |
|---|---|
| John Echeverria | /s/ John Echeverria |
| Declarant | Signature |