1  Neal A. Potischman (SBN 254862)
   DAVIS POLK & WARDWELL LLP
2  1600 El Camino Real
   Menlo Park, California 94025
3  Phone: (650) 752-2000
   Fax: (650) 752-2156
4  neal.potischman@davispolk.com

5  *Attorneys for Amicus Curiae*
   *Everytown for Gun Safety*
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,<br><br>                    Plaintiffs,<br><br>                v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>                    Defendants. | No. 3:17-cv-01017-BEN-JLB<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE FOR EVERYTOWN FOR GUN SAFETY TO PARTICIPATE AS AMICUS CURIAE**<br><br>Hearing Date: April 30, 2018<br>Hearing Time: 10:30 a.m.<br><br>Filing Date: April 16, 2018 |

NOTICE OF MOTION AND MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE
NO. 3:17-CV-01017-BEN-JLB

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 30, 2018 at 10:30 a.m. in Courtroom 5A on the 5th Floor of the above-entitled Court, located at 221 West Broadway, San Diego, California, 92101, movant Everytown for Gun Safety ("Everytown") will, and hereby does, move for an order permitting it to participate as amicus curiae in the proceedings regarding Defendant's Opposition to Plaintiffs' Motion for Summary Judgment or, Alternatively, Partial Summary Judgment, currently scheduled to be heard at the above-referenced date, time, and location. Everytown's Motion is submitted in light of and in reference to the Stipulated Briefing Schedule proposed by the parties on March 3, 2018 (Dkt. 49), which scheduled a hearing on Defendant's Opposition for April 30, 2018 at 10:30 am.

This Motion is made on the grounds that the Court has inherent authority to allow participation of amici curiae. Everytown believes that its participation as amicus curiae would be helpful in facilitating a more complete understanding of the issues before the Court. This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum in Support of Everytown's Motion for Leave to Participate as Amicus Curiae, all attachments thereto, all papers and pleadings on file in this action, and upon such further evidence and argument as may be presented to the Court in connection with this Motion.

Respectfully submitted,

Date: April 16, 2018

DAVIS POLK & WARDWELL LLP

By: /s/Neal A. Potischman
Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, California 94025
Phone: (650) 752-2000
Fax: (650) 752-2156
neal.potischman@davispolk.com

*Attorneys for Movant*
*Everytown for Gun Safety*