IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | No. 3:17-cv-01017-BEN-JLB |

**[PROPOSED] ORDER GRANTING MOTION OF EVERYTOWN FOR GUN SAFETY FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE**

It is hereby ORDERED that the Motion of Everytown for Gun Safety ("Everytown") to Participate as Amicus Curiae and to file brief in support of Defendants, filed with this Court on April 16, 2018, is GRANTED; and it is further

ORDERED that the Brief of Amicus Curiae Everytown in Support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment or, Alternatively, Partial Summary Judgment is deemed filed in the above-captioned proceeding.

SO ORDERED.

Dated: _____

Hon. Roger T. Benitez
United States District Judge