UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 17-cv-01017-BEN-JLB<br><br>**AMENDED SCHEDULING ORDER**<br><br><br><br>**[ECF Nos. 38, 52]** |

The Court hereby **DENIES** the Joint Motion of the Parties to Set Aside Upcoming Pretrial Deadlines Pending Resolution of Plaintiffs' Motion for Summary Judgment (ECF No. 52). However, good cause appearing, **IT IS HEREBY ORDERED**:

1. The deadline for counsel to file their Memoranda of Contentions of Fact and Law and take any other action required by Civil Local Rule 16.1(f)(2) is **RESET** from May 4, 2018 to **August 3, 2018**.

2. The deadline for counsel to comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) is **RESET** from May 4, 2018 to **August 10, 2018**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

3. The deadline for counsel to meet and take the action required by Civil Local Rule 16.1(f)(4) is **RESET** from May 11, 2018 to **August 17, 2018**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all

exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Civil Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Federal Rule of Civil Procedure 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

4. Counsel for plaintiffs will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). The deadline for plaintiffs' counsel to provide opposing counsel with the proposed pretrial order for review and approval is **RESET** from May 18, 2018 to **August 24, 2018**. Opposing counsel must communicate promptly with plaintiffs' attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

5. The deadline for the Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures to be prepared, served and lodged with the assigned district judge is **RESET** from May 25, 2018 to **August 31, 2018**, and shall be in the form prescribed in and comply with Civil Local Rule 16.1(f)(6).

6. The final Pretrial Conference is **RESET** and scheduled on the calendar of the **Honorable Roger T. Benitez** on **September 10, 2018** at **10:30 AM**.

IT IS SO ORDERED.

Dated: April 24, 2018

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge