UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al., | Case No. 17-cv-1017-BEN-JLB |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION OF THE PARTIES TO AMEND SCHEDULING ORDER** |
| v. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10, | |
| Defendants. | [ECF No. 66] |

The Court has before it the parties' Joint Motion of the Parties to Amend Scheduling Order (ECF No. 66). Having considered the joint motion, and good cause appearing therefor, the Court GRANTS the parties' Motion with modification.

IT IS HEREBY ORDERED that the following pretrial deadlines be reset as follows:

(1)     Memoranda of Contentions of Fact and Law, and any other actions required under Local Rule 16.1(f)(2), currently due August 3, 2018, is reset for **September 7, 2018**;

/ / /

/ / /

1

(2) Pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3), currently due August 10, 2018, is reset for **September 14, 2018**;

(3) Actions required under Local Rule 16.1(f)(4), currently due August 17, 2018, is reset for **September 21, 2018**;

(4) Parties' exchange of proposed pretrial order, currently due August 24, 2018, is reset for **September 28, 2018**;

(5) Proposed final pretrial conference order, including objections to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures, currently due August 31, 2018, is reset for **October 5, 2018**; and

(6) Final Pretrial Conference currently scheduled before the Honorable Roger T. Benitez on September 10, 2018, at 10:30 a.m. is reset for Tuesday, **October 16, 2018**[1] at **10:30 a.m.**

IT IS SO ORDERED.

Dated:  July 27, 2018

Hon. Jill L. Burkhardt
United States Magistrate Judge

---

[1] This is a modification of the date requested by the parties in their Motion.

2