C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No: 17-cv-1017-BEN-JLB<br><br>**JOINT MOTION OF THE PARTIES TO AMEND SCHEDULING ORDER** |

COME NOW THE PARTIES, Plaintiffs Virginia Duncan, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle & Pistol Association, Incorporated (collectively, "Plaintiffs") and Defendant Xavier Becerra (together with Plaintiffs, the "parties"), through their attorneys of record, jointly move the Court to amend the scheduling order and continue the upcoming pretrial deadlines (Dkt. No. 68) pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 7.2, in accordance with the stipulated scheduled set forth herein.

WHEREAS, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief with this Court on May 17, 2017;

WHEREAS, the Court issued a scheduling order on August 4, 2017, setting a deadline of February 2, 2018, for all pre-trial motions, including dispositive motions

(Dkt. No. 38);

WHEREAS, the scheduling order also set the following additional pretrial deadlines:

    (1)    Memoranda of Contentions of Fact and Law, and any other actions required under Local Rule 16.1(f)(2), due May 4, 2018;

    (2)    Pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) due May 4, 2018;

    (3)    Action required under Local Rule 16.1(f)(4), due May 11, 2018;

    (4)    Parties' exchange of proposed pretrial order, due May 18, 2018;

    (5)    Proposed final pretrial conference order, including objections to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures, due May 25, 2018; and

    (6)    Final Pretrial Conference scheduled before the Honorable Roger T. Benitez on June 4, 2018, at 10:30 a.m.

WHEREAS, Plaintiffs filed a motion for summary judgment and all supporting documents on March 5, 2018, in accordance with this Court's December 5, 2017, order (Dkt. No. 46);

WHEREAS, Plaintiffs' motion for summary judgment was heard before this Court on May 10, 2018;

WHEREAS, after argument, the Court ordered the parties to file simultaneous supplemental briefs in support of or opposition to summary judgment on or before June 11, 2018;

WHEREAS, the Court also ordered the parties to file simultaneous supplemental response briefs in support of or opposition to summary judgment on or before June 21, 2018;

WHEREAS, after the parties submitted simultaneous supplemental briefing, the Court took Plaintiffs' motion for summary judgment under submission;

WHEREAS, in light of Plaintiffs' pending motion for summary judgment, the

Court has twice amended the scheduling order for cause (Dkt. Nos. 59, 68);

WHEREAS, this Court's July 27, 2018 Scheduling Order, set the following pretrial deadlines (Dkt. No. 68):

(1) Memoranda of Contentions of Fact and Law, and any other actions required under Local Rule 16.1(f)(2), due September 7, 2018;

(2) Pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) due September 14, 2018;

(3) Action required under Local Rule 16.1(f)(4), due September 21, 2018;

(4) Parties' exchange of proposed pretrial order, due September 28, 2018;

(5) Proposed final pretrial conference order, including objections to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures, due October 5, 2018; and

(6) Final Pretrial Conference scheduled before the Honorable Roger T. Benitez on October 16, 2018 at 10:30 a.m.

WHEREAS, only two weeks remain until the parties are scheduled to file their Memoranda of Contentions of Fact and Law, and the Court has not yet issued a ruling on Plaintiffs' motion for summary judgment;

WHEREAS, Plaintiffs' motion for summary judgment, if granted, would adjudicate the entire matter and render moot the pretrial deadlines currently set;

WHEREAS, Plaintiffs' motion for partial summary judgment, if granted in the alternative, would narrow the issues of law and fact for trial;

WHEREAS, if the Court denies Plaintiffs' motion for summary judgment, its order may provide helpful guidance to the parties in preparing their pretrial documents, including by narrowing the issues of law and fact for trial; and

WHEREAS, the parties agree that it is in the best interest of both the parties and the Court to extend the pretrial deadlines currently on calendar.

THEREFORE, the parties hereby jointly request that the Court grant the relief sought by this motion and extend the pretrial deadlines and set the following new

scheduling order:

(1) Memoranda of Contentions of Fact and Law, and any other actions required under Local Rule 16.1(f)(2), due October 5, 2018;

(2) Pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) due October 12, 2018;

(3) Action required under Local Rule 16.1(f)(4), due October 19, 2018;

(4) Parties' exchange of proposed pretrial order, due October 26, 2018;

(5) Proposed final pretrial conference order, including objections to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures, due November 2, 2018; and

(6) Final Pretrial Conference scheduled before the Honorable Roger T. Benitez on November 13, 2018 at 10:30 a.m.

Dated: August 23, 2018

MICHEL & ASSOCIATES, P.C.

*s/ Anna M. Barvir*
ANNA M. BARVIR
Email: abarvir@michellawyers.com
*Attorneys for Plaintiffs Virginia Duncan, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle & Pistol Association, Incorporated*

Dated: August 23, 2018

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General

*s/ John D. Echeverria*
JOHN D. ECHEVERRIA
Deputy Attorney General
Email: john.echeverria@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Duncan, et al. v. Becerra*
Case No.: 17-cv-1017-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**JOINT MOTION OF THE PARTIES TO AMEND SCHEDULING ORDER**

on the following parties by electronically filing the foregoing on August 23, 2018, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
1300 I Street, Suite 125
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2018, at Long Beach, CA.

/s/Laura Palmerin
Laura Palmerin