UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br> Defendants. | Case No. 17-cv-1017-BEN-JLB <br><br> **ORDER GRANTING JOINT MOTION AND ISSUING THIRD AMENDED SCHEDULING ORDER** <br><br><br> [ECF Nos. 68, 71] |

The Court has before it the Joint Motion of the Parties to Amend Scheduling Order (ECF No. 68). Having considered the joint motion, and good cause appearing therefor, the Court GRANTS the parties' Joint Motion.

IT IS HEREBY ORDERED that the following pretrial deadlines be reset as follows:

(1) The deadline for Memoranda of Contentions of Fact and Law, and any other actions required under Local Rule 16.1(f)(2) is reset for **October 5, 2018**;

/ / /

/ / /

1

1
2
    (2)    The deadline for pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) is reset for **October 12, 2018**;

3
4
    (3)    The deadline for actions required under Local Rule 16.1(f)(4) is reset for **October 19, 2018**;

5
6
    (4)    The deadline for the parties' exchange of proposed pretrial order is reset for **October 26, 2018**;

7
8
9
    (5)    The deadline for the proposed final pretrial conference order, including objections to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures is reset for **November 2, 2018**; and

10
11
    (6)    The Final Pretrial Conference scheduled before the Honorable Roger T. Benitez is reset for Tuesday, **November 13, 2018** at **10:30 a.m.**

12  IT IS SO ORDERED.

13  Dated: August 27, 2018

14
15  *[signature: Jill Burkhardt]*
    Hon. Jill L. Burkhardt
    United States Magistrate Judge