UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VIRGINIA DUNCAN; et al.,

        Plaintiffs - Appellees,

 v.

XAVIER BECERRA, in his official capacity as Attorney General of the State of California,

        Defendant - Appellant.

No. 17-56081

D.C. No. 3:17-cv-01017-BEN-JLB
U.S. District Court for Southern California, San Diego

**ORDER**

The mandate issued on October 24, 2018 is recalled as issued in error.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7