**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 31 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIRGINIA DUNCAN; et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>    Defendant-Appellant. | No. 17-56081<br><br>D.C. No. 3:17-cv-01017-BEN-JLB<br>Southern District of California, San Diego<br><br>ORDER |

Before: WALLACE and N.R. SMITH, Circuit Judges, and BATTS,[*] District Judge.

A judge requested a vote on whether to rehear this case en banc pursuant to Federal Rule of Appellate Procedure 35(a). After reviewing the supplemental briefing submitted by the parties, the request has been withdrawn. The mandate shall issue forthwith.

---

[*] The Honorable Deborah A. Batts, Senior United States District Judge for the Southern District of New York, sitting by designation.