UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>                 Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA,<br><br>                 Defendant. | Case No.: 17-cv-01017-BEN (JLB)<br><br>**ORDER GRANTING JOINT MOTION AND ISSUING FIFTH AMENDED SCHEDULING ORDER**<br><br>**(ECF Nos. 74, 78)** |

Before the Court is a Joint Motion of the Parties to Amend the Scheduling Order. (ECF No. 78.) Good cause appearing, the Joint Motion is **GRANTED**. Accordingly, the Fourth Amended Scheduling Order is amended as follows:

(1) The deadline for Memoranda of Contentions of Fact and Law, which the Honorable Roger T. Benitez requires for bench trials only, and any other actions required under Local Rule 16.1(f)(2) is reset for **February 11, 2019**;

(2) The deadline for pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) is reset for **February 11, 2019**;

(3) The deadline for actions required under Local Rule 16.1(f)(4) is reset for **February 18, 2019**;

(4) The deadline for the parties' exchange of proposed pretrial order is reset for **February 25, 2019**;

(5) The deadline for the proposed final pretrial conference order, including objections to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures is reset for **March 4, 2019**; and

(6) The Final Pretrial Conference scheduled before the Honorable Roger T. Benitez is reset for Monday, **March 11, 2019** at **10:30 a.m.**

**IT IS SO ORDERED.**

Dated: November 6, 2018

Hon. Jill L. Burkhardt
United States Magistrate Judge