```
C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com
```

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>                    Plaintiffs,<br><br>              v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>                    Defendants. | Case No: 17-cv-1017-BEN-JLB<br><br>**JOINT MOTION OF THE PARTIES TO AMEND SCHEDULING ORDER** |

   COME NOW THE PARTIES, Plaintiffs Virginia Duncan, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle & Pistol Association, Incorporated (collectively, "Plaintiffs") and Defendant Xavier Becerra (together with Plaintiffs, the "parties"), through their attorneys of record, jointly move the Court to amend the scheduling order and continue the upcoming pretrial deadlines (Dkt. No. 81) pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 7.2, in accordance with the stipulated scheduled set forth herein.

   WHEREAS, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief with this Court on May 17, 2017;

   WHEREAS, the Court issued a scheduling order on August 4, 2017, setting a deadline of February 2, 2018, for all pre-trial motions, including dispositive motions

1  (Dkt. No. 38);

2  WHEREAS, the scheduling order also set the following additional pretrial
3  deadlines:
4     (1)   Memoranda of Contentions of Fact and Law, and any other actions
5             required under Local Rule 16.1(f)(2), due May 4, 2018;
6     (2)   Pretrial disclosure requirements of Federal Rule of Civil Procedure
7             26(a)(3) due May 4, 2018;
8     (3)   Action required under Local Rule 16.1(f)(4), due May 11, 2018;
9     (4)   Parties' exchange of proposed pretrial order, due May 18, 2018;
10    (5)   Proposed final pretrial conference order, including objections to any
11            other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial
12            disclosures, due May 25, 2018; and
13    (6)   Final Pretrial Conference scheduled before the Honorable Roger T.
14            Benitez on June 4, 2018, at 10:30 a.m.

15  WHEREAS, Plaintiffs filed a motion for summary judgment and all supporting
16  documents on March 5, 2018, in accordance with this Court's December 5, 2017,
17  order (Dkt. No. 46);
18  WHEREAS, Plaintiffs' motion for summary judgment was heard before this
19  Court on May 10, 2018;
20  WHEREAS, after argument, the Court ordered the parties to file simultaneous
21  supplemental briefs in support of or opposition to summary judgment on or before
22  June 11, 2018;
23  WHEREAS, the Court also ordered the parties to file simultaneous
24  supplemental response briefs in support of or opposition to summary judgment on or
25  before June 21, 2018;
26  WHEREAS, after the parties submitted simultaneous supplemental briefing, the
27  Court took Plaintiffs' motion for summary judgment under submission;
28  WHEREAS, in light of Plaintiffs' pending motion for summary judgment, the

1  Court has amended the scheduling order four times for cause (Dkt. Nos. 59, 68, 72,
2  81);
3      WHEREAS, this Court's most recent scheduling order, dated November 6,
4  2018, set the following pretrial deadlines (Dkt. No. 81):
5      (1)  Memoranda of Contentions of Fact and Law, and any other actions
6           required under Local Rule 16.1(f)(2), due February 11, 2019;
7      (2)  Pretrial disclosure requirements of Federal Rule of Civil Procedure
8           26(a)(3) due February 11, 2019;
9      (3)  Action required under Local Rule 16.1(f)(4), due February 18, 2019;
10     (4)  Parties' exchange of proposed pretrial order, due February 25, 2019;
11     (5)  Proposed final pretrial conference order, including objections to any
12          other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial
13          disclosures, due March 4, 2019; and
14     (6)  Final Pretrial Conference scheduled before the Honorable Roger T.
15          Benitez on March 11, 2019 at 10:30 a.m.;
16     WHEREAS, less than two weeks remain until the parties are scheduled to file
17  their Memoranda of Contentions of Fact and Law, and the Court has not yet issued a
18  ruling on Plaintiffs' motion for summary judgment;
19     WHEREAS, Plaintiffs' motion for summary judgment, if granted, would
20  adjudicate the entire matter and render moot the pretrial deadlines currently set;
21     WHEREAS, Plaintiffs' motion for partial summary judgment, if granted in the
22  alternative, would narrow the issues of law and fact for trial;
23     WHEREAS, if the Court denies Plaintiffs' motion for summary judgment, its
24  order may provide helpful guidance to the parties in preparing their pretrial
25  documents, including by narrowing the issues of law and fact for trial; and
26     WHEREAS, the parties agree that it continues to be in the best interest of both
27  the parties and the Court to extend the pretrial deadlines currently on calendar;
28     THEREFORE, the parties hereby jointly request that the Court grant the relief

sought by this motion and extend the pretrial deadlines and set the following new scheduling order:

    (1)    Memoranda of Contentions of Fact and Law, and any other actions required under Local Rule 16.1(f)(2), due April 8, 2019;

    (2)    Pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) due April 8, 2019;

    (3)    Action required under Local Rule 16.1(f)(4), due April 15, 2019;

    (4)    Parties' exchange of proposed pretrial order, due April 22, 2019;

    (5)    Proposed final pretrial conference order, including objections to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures, due April 29, 2019; and

    (6)    Final Pretrial Conference scheduled before the Honorable Roger T. Benitez on May 6, 2019 at 10:30 a.m.

Dated: February 1, 2019

MICHEL & ASSOCIATES, P.C.

*s/ Anna M. Barvir*
ANNA M. BARVIR
Email: abarvir@michellawyers.com
*Attorneys for Plaintiffs Virginia Duncan, Patrick Lovette, David Marguglio, Christopher Waddell, and California Rifle & Pistol Association, Incorporated*

Dated: February 1, 2019

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General

*s/ John D. Echeverria*
JOHN D. ECHEVERRIA
Deputy Attorney General
Email: john.echeverria@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Duncan, et al. v. Becerra*
Case No.: 17-cv-1017-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**JOINT MOTION OF THE PARTIES TO AMEND SCHEDULING ORDER**

on the following parties by electronically filing the foregoing on February 1, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| John D. Echeverria | Anthony P. O'Brien |
| Deputy Attorney General | Deputy Attorney General |
| john.echeverria@doj.ca.gov | anthony.obrien@doj.ca.gov |
| 300 South Spring Street, Suite 1702 | 1300 I Street, Suite 125 |
| Los Angeles, CA 90013 | Sacramento, CA 95814 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 1, 2019, at Long Beach, CA.

*s/Laura Palmerin*
Laura Palmerin