UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA,<br><br>                          Defendant. | Case No.:  17-cv-01017-BEN (JLB)<br><br>**ORDER GRANTING JOINT MOTION AND ISSUING SIXTH AMENDED SCHEDULING ORDER**<br><br>**(ECF Nos. 81, 84)** |

Before the Court is a Joint Motion of the Parties to Amend the Scheduling Order. (ECF No. 84.)  Good cause appearing, the Joint Motion is **GRANTED**.  Accordingly, the Court amends the Scheduling Order (ECF No. 81) as follows:

    (1)    The deadline for Memoranda of Contentions of Fact and Law, which the Honorable Roger T. Benitez requires for bench trials only, and any other actions required under Local Rule 16.1(f)(2) is reset for **April 22, 2019**;

    (2)    The deadline for pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) is reset for **April 22, 2019**;

    (3)    The deadline for actions required under Local Rule 16.1(f)(4) is reset for **April 29, 2019**;

///

1  (4) The deadline for the parties' exchange of proposed pretrial order is reset for **May 6, 2019**;

2  (5) The deadline for the proposed final pretrial conference order, including objections to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures is reset for **May 13, 2019**; and

3  (6) The Final Pretrial Conference scheduled before the Honorable Roger T. Benitez is reset for Monday, **May 20, 2019** at **10:30 a.m.**

**IT IS SO ORDERED.**

Dated:  February 12, 2019

*[signature]*
Hon. Jill L. Burkhardt
United States Magistrate Judge