

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Duncan; Patrick Lovette; David Marguglio; Christopher Waddell; California Rifle & Pistol Association, Incorporated<br><br>**Plaintiff,**<br><br>V.<br><br>Xavier Becerra, in his official capacity as Attorney General of the State of California<br><br>**Defendant.** | Civil Action No.   17cv1017-BEN-JLB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs' motion for summary judgment is granted. California Penal Code § 32310 is hereby declared to be unconstitutional in its entirety and shall be enjoined. Defendant Attorney General Xavier Becerra, and his officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with him, and those duly sworn state peace officers and federal law enforcement officers who gain knowledge of this injunction order, or know of the existence of this injunction order, are enjoined from enforcing California Penal Code section 32310. Defendant Becerra shall provide, by personal service or otherwise, actual notice of this order to all law enforcement personnel who are responsible for implementing or enforcing the enjoined statute. The government shall file a declaration establishing proof of such notice.

**Date:**         3/29/19                    

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  A. Finnell-Yepez                    
A. Finnell-Yepez, Deputy