# CERTIFICATE OF SERVICE

Case Name:   **Virginia Duncan, et al. v.**          Case No.:   **17-cv-1017-BEN-JLB**
            **Xavier Becerra**

I hereby certify that on <u>April 1, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S EX PARTE APPLICATION TO STAY JUDGMENT PENDING APPEAL**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT DEFENDANT'S EX PARTE APPLICATION TO STAY JUDGMENT PENDING APPEAL**

**DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO STAY JUDGMENT PENDING APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 1, 2019</u>, at Los Angeles, California.

         John D. Echeverria                              /s/ John D. Echeverria
              Declarant                                                      Signature