1   XAVIER BECERRA
    Attorney General of California
2   State Bar No. 118517
    MARK R. BECKINGTON
3   Supervising Deputy Attorney General
    State Bar No. 126009
4   ANTHONY P. O'BRIEN
    Deputy Attorney General
5   State Bar No. 232650
    JOHN D. ECHEVERRIA
6   Deputy Attorney General
    State Bar No. 268843
7    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013
8    Telephone:  (213) 269-6249
     Fax:  (213) 897-5775
9    E-mail:  John.Echeverria@doj.ca.gov
    *Attorneys for Defendant Attorney General*
10  *Xavier Becerra*

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15
    | **VIRGINIA DUNCAN, RICHARD** | 17-cv-1017-BEN-JLB |
16  **LEWIS, PATRICK LOVETTE,**
    **DAVID MARGUGLIO,**
17  **CHRISTOPHER WADDELL, and**      **RESPONSE TO PLAINTIFFS'**
    **CALIFORNIA RIFLE & PISTOL**     **OPPOSITION TO DEFENDANT'S**
18  **ASSOCIATION, INC., a California**  **EX PARTE APPLICATION FOR**
    **corporation,**                  **TEMPORARY STAY OF THE**
                                       **JUDGMENT**
19
                      Plaintiffs,      Date:
20                                     Time:
           **v.**                      Judge:      Hon. Roger T. Benitez
21                                     Courtroom:   5A
                                       Action Filed:  May 17, 2017
22  **XAVIER BECERRA, in his official**
    **capacity as Attorney General of the**
23  **State of California; and DOES 1-10,**

24                    Defendants.

25

26

27

28
                              1

1    Plaintiffs' Opposition to Defendant's Ex Parte Application for Temporary

2  Stay of the Judgment acknowledges that "countless" California residents have

3  ordered new LCMs following this Court's Judgment.  (Opp'n at 2:5.)[1]  Plaintiffs

4  "understand the State's concerns."  (Opp'n at 2:4.)  Nevertheless, they oppose

5  Defendant's reasonable and limited request for a temporary stay while the Court

6  considers the ex parte application for a stay of the Judgment pending appeal out of

7  concern that individuals who have ordered new LCMs would be in violation of

8  California Penal Code section 32310(a).  Plaintiffs offer no evidence that there are

9  any Californians who have either ordered or are currently in possession of LCMs in

10 reliance on the Court's ruling.  And even if such residents exist, that does not

11 militate against a stay.  To the contrary, an immediate stay is necessary to prevent

12 further irreparable harm to the State and to avoid potential harm to individuals

13 acting in reliance on the Judgment before the request for a full stay is considered.

14    Plaintiffs urge that the request be denied "unless the Court can unequivocally

15 protect those individuals in an order granting the State's temporary stay request."

16 (Opp'n at 2:9-10.)  Nothing prevents this Court from fashioning appropriate interim

17 relief for persons who take possession of LCMs purchased between the issuance of

18 the Judgment and an order staying the effect of that Judgment, if there are any such

19 individuals.  And a temporary stay will limit the number of people who might find

20 themselves in that situation.  For that reason, a temporary stay, issued immediately,

21 is an appropriate remedy to protect both the State and law-abiding citizens acting in

22 reliance on the Judgment.

23

24

25

26    [1] *See also* Don Thompson, *Delay Sought on Ruling Allowing High-Capacity
   Ammo Magazines*, A.P., April 2, 2019, *available at*
27 https://www.apnews.com/a78f4ba269ac4cb191c2e92b163891c7 (quoting
   Plaintiffs' counsel as stating "There's dealers advertising them now and there are
28 chat rooms where people are discussing buying them . . . .").

1    Dated:  April 2, 2019                          Respectfully Submitted,

2                                                   XAVIER BECERRA
                                                    Attorney General of California
3                                                   MARK R. BECKINGTON
                                                    Supervising Deputy Attorney General
4                                                   ANTHONY P. O'BRIEN
                                                    Deputy Attorney General
5

6
                                                    /s/ John D. Echeverria
7

8                                                   JOHN D. ECHEVERRIA
                                                    Deputy Attorney General
9                                                   *Attorneys for Defendant Attorney
                                                    General Xavier Becerra*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          3

# CERTIFICATE OF SERVICE

Case Name:   **Virginia Duncan, et al. v.**          Case No.:   **17-cv-1017-BEN-JLB**
             **Xavier Becerra**

I hereby certify that on <u>April 2, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR TEMPORARY STAY OF THE JUDGMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 2, 2019</u>, at Los Angeles, California.

John D. Echeverria                              /s/ John D. Echeverria
Declarant                                       Signature