C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No: 17-cv-1017-BEN-JLB <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR TEMPORARY STAY OF THE JUDGMENT** |

Plaintiffs oppose the State's request for a temporary stay of the judgment while the Court considers the State's Ex Parte Application to Stay Judgment Pending Appeal of this Court's Order Granting Plaintiffs' Motion for Summary Judgment. Plaintiffs understand the State's concerns, but should the judgment be stayed immediately, even if only temporarily, countless otherwise law-abiding Californians who have already ordered LCMs in reliance on the Court's order but have not received them would unjustly be subjected to severe criminal penalties without notice. *See* Cal. Penal Code § 32310(a); *see also* Cal. Penal Code § 1170(h). Therefore, unless the Court can unequivocally protect those individuals in an order granting the State's temporary stay request, that request should be denied.

Plaintiffs are still evaluating the State's arguments for staying the judgment pending appeal and intend to respond in detail to that request promptly. Because the potential consequences of the State's temporary stay request are so severe, however, Plaintiffs believed it prudent to make the Court aware of their concerns immediately.

Dated: April 3, 2019                                **MICHEL & ASSOCIATES, P.C.**

                                                   */s/Anna M. Barvir*
                                                   Anna M. Barvir
                                                   Email: abarvir@michellawyers.com
                                                   Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Duncan, et al. v. Becerra*
Case No.: 17-cv-1017-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR TEMPORARY STAY OF THE JUDGMENT**

on the following parties by electronically filing the foregoing on April 3, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| John D. Echeverria<br>Deputy Attorney General<br>john.echeverria@doj.ca.gov<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013 | Anthony P. O'Brien<br>Deputy Attorney General<br>anthony.obrien@doj.ca.gov<br>1300 I Street, Suite 125<br>Sacramento, CA 95814 |

    I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2019, at Long Beach, CA.

                                                    /s/Laura Palmerin
                                                    Laura Palmerin

3
CERTIFICATE OF SERVICE
17cv1017