C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>                      Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF CHARLES DAVID WYLIE, JR.** |

# DECLARATION OF CHARLES DAVID WYLIE, JR.

I, Charles David Wylie, Jr., make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

1. I am the President and Chief Executive Officer of Palmetto State Armory, LLC, a limited liability company organized in the State of South Carolina.
2. Palmetto State Armory is a manufacturer and retailer of firearms and firearm accessories, including firearm magazines with a capacity greater than ten (10) rounds.
3. I am generally aware of an order issued by the United States District Court for the Southern District of California styled as *Duncan v. Becerra*, Case No.: 3:17-cv-1017-BEN (JLB), *Order Granting Plaintiffs' Motion for Summary Judgment, Declaring California Penal Code § 32310 Unconstitutional and Enjoining Enforcement* (S.D. Cal. March 29, 2019) ("Order").
4. Since the issuance of the Order, Palmetto State Armory has received, accepted, processed, and shipped orders from thousands of residents of the State of California for firearm magazines with a capacity greater than ten (10) rounds.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on April 3, 2019.

_____
Charles David Wylie, Jr.
Declarant

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Duncan, et al. v. Becerra*
Case No.: 17-cv-1017-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**DECLARATION OF CHARLES DAVID WYLIE, JR.**

on the following parties by electronically filing the foregoing on April 3, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| John D. Echeverria | Anthony P. O'Brien |
| Deputy Attorney General | Deputy Attorney General |
| john.echeverria@doj.ca.gov | anthony.obrien@doj.ca.gov |
| 300 South Spring Street, Suite 1702 | 1300 I Street, Suite 125 |
| Los Angeles, CA 90013 | Sacramento, CA 95814 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2019, at Long Beach, CA.

/s/ Laura Palmerin
Laura Palmerin