XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
ANTHONY P. O'BRIEN
Deputy Attorney General
State Bar No. 232650
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6249
 Fax:  (213) 897-5775
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION TO STAY JUDGMENT PENDING APPEAL**<br><br>Date:<br>Time:<br>Judge:   Hon. Roger T. Benitez<br>Courtroom:   5A<br>Action Filed:   May 17, 2017 |

1

Plaintiffs' Opposition to Defendant's Ex Parte Application to Stay Judgment Pending Appeal (Dkt. No. 94) *confirms* the need for an immediate stay pending Defendant's appeal of the Court's Judgment. Plaintiffs concede that the "legal questions at the heart of this matter are 'serious,'" with respect to the first factor considered in granting a stay. Opp'n at 5:9-10. As for irreparable harm, Plaintiffs have submitted evidence that one out-of-state retailer has already processed and shipped orders from "*thousands*" of California residents since the entry of Judgment. Wylie Decl. ¶ 4 (emphasis added). And Plaintiffs have confirmed that "[m]any" firearms-related businesses and individuals have "either begun selling and shipping or had already purchased" large-capacity magazines. Barvir Decl. ¶ 8; *see also id.*, Exs. 1, 2. This apparent flood of new large-capacity magazines into the State poses an unacceptable danger to public safety. Beyond that, a stay is needed to limit the number of people who will have "sold, shipped, or purchased magazines over ten rounds" in the period between when the Court entered its order and it (or the Ninth Circuit) grants a stay. Opp'n at 10:10-11. Indeed, even Plaintiffs acknowledge that these newly purchased large-capacity magazines will be rendered unlawful if Defendant prevails on appeal and that "the law will require these individuals to divest themselves of their newly acquired magazines." Opp'n at 8:11-12. A stay is necessary both to avoid the irreparable harm to public safety and prevent the problems that may occur should the Court's decision be reversed on appeal.

The evidence submitted by Plaintiffs supports the Defendant's request for immediate judicial relief. An immediate stay of the judgment pending appeal is required to preserve the status quo, prevent irreparable harm to the State and its residents, and ensure an orderly process for reviewing the constitutionality of this important public safety measure. In light of the new information presented by Plaintiffs, Defendant requests that the Court issue a stay of the Judgment pending appeal no later than **5:00 p.m., Thursday, April 4.**

2

Response to Plaintiffs' Opposition to Defendant's Ex Parte Application to Stay Judgment Pending Appeal (17-cv-1017-BEN-JLB)

1     If a stay is not in place by that time, Defendant, due to the urgency of this
2 matter, will seek an emergency stay pending appeal before the Ninth Circuit Court
3 of Appeals.

4 Dated: April 4, 2019                                    Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN
Deputy Attorney General


/s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*

3

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Virginia Duncan, et al. v. Xavier Becerra** | Case No.: | **17-cv-1017-BEN-JLB** |

I hereby certify that on <u>April 4, 2019</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

### RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION TO STAY JUDGMENT PENDING APPEAL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 4, 2019</u>, at Los Angeles, California.

| | |
|---|---|
| John D. Echeverria | /s/ John D. Echeverria |
| Declarant | Signature |