XAVIER BECERRA
Attorney General of California
State Bar No. 118517
THOMAS S. PATTERSON
Senior Assistant Attorney General
State Bar No. 202890
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6249
 Fax: (213) 897-5775
 E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendant-Appellant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br>Action Filed: May 17, 2017 |

1

**PLEASE TAKE NOTICE** that Defendant Xavier Becerra, in his official capacity as the Attorney General of the State of California, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's final judgment, entered on March 29, 2019 (Dkt. No. 88), including the Court's Order Granting Plaintiffs' Motion for Summary Judgment, Declaring California Penal Code § 32310 Unconstitutional and Enjoining Enforcement, issued on March 29, 2019 (Dkt. No. 87).

Dated: April 4, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*

XAVIER BECERRA
Attorney General of California
State Bar No. 118517
THOMAS S. PATTERSON
Senior Assistant Attorney General
State Bar No. 202890
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6249
 Fax:  (213) 897-5775
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant-Appellant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**REPRESENTATION STATEMENT**<br><br>**[Fed. R. App. P. 12(b)]**<br><br>Judge:         Hon. Roger T. Benitez<br>Courtroom:  5A<br>Action Filed: May 17, 2017 |

1  Pursuant to Federal Rule of Appellate Procedure 12(b), Defendant-Appellant
2  Xavier Becerra, in his official capacity as the Attorney General of the State of
3  California, hereby submits the following Representation Statement identifying all
4  parties to the action along with the names, addresses, and telephone numbers of
5  their respective counsel:
6  Defendant-Appellant Xavier Becerra is represented in this matter by the
7  following counsel:
8      Thomas S. Patterson (thomas.patterson@doj.ca.gov)
9      Mark R. Beckington (mark.beckington@doj.ca.gov)
10      John D. Echeverria (john.echeverria@doj.ca.gov)
11      Office of the California Attorney General
12      300 South Spring Street, Suite 1702
13      Los Angeles, CA  90013
14      (213) 269-6249
15  Plaintiffs-Appellees Virginia Duncan, Richard Lewis, Patrick Lovette, David
16  Marguglio, Christopher Waddell, and the California Rifle & Pistol Association, Inc.
17  are represented in this mater by the following counsel:
18      C.D. Michel (cmichel@michellawyers.com)
19      Anna M. Barvir (abarvir@michellawyers.com)
20      Sean Brady (sbrady@michellawyers.com)
21      Michel & Associates, P.C.
22      180 East Ocean Blvd., Suite 200
23      Long Beach, CA  90802
24      (562) 216-4444
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: April 4, 2019 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | THOMAS S. PATTERSON<br>Senior Assistant Attorney General |
| 4 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 5 | | |
| 6 | | |
| 7 | | /s/ John D. Echeverria |
| 8 | | JOHN D. ECHEVERRIA<br>Deputy Attorney General<br>*Attorneys for Defendant Attorney* |
| 9 | | *General Xavier Becerra* |

# CERTIFICATE OF SERVICE

Case Name: **Virginia Duncan, et al. v. Xavier Becerra**    Case No.: **17-cv-1017-BEN-JLB**

I hereby certify that on <u>April 4, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF APPEAL
## REPRESENTATION STATEMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 4, 2019</u>, at Los Angeles, California.

| John D. Echeverria | /s/ John D. Echeverria |
|:---:|:---:|
| Declarant | Signature |