C.D. Michel—SBN 144258
Sean A. Brady—SBN 262007
Anna M. Barvir—SBN 268728
Matthew D. Cubeiro—SBN 291519
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: abarvir@michellawyers.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al., | 17-cv-1017-BEN-JLB |
| Plaintiffs, | **JOINT MOTION TO STAY LITIGATION OF ATTORNEYS' FEES AND COSTS PENDING APPEAL** |
| v. | |
| XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10, | Judge:        Hon. Roger T. Benitez |
| Defendants. | Courtroom:    5A |
| | Action Filed: May 17, 2017 |
| | Judgment:     March 29, 2019 |

COME NOW THE PARTIES, Plaintiffs Virginia Duncan, et al., and Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California (the "Attorney General") (collectively, the "Parties"), by and through their respective counsel, in accordance with Rules 6(b) and 7(b) of the Federal Rules of Civil Procedure, as well as Civil Local Rule 7.2, who hereby jointly move for an order staying all proceedings regarding attorneys' fees and/or costs in this action until 30 days after the completion of all appellate proceedings. The Parties' joint request is based on the good cause shown below.

On March 29, 2019, this Court granted Plaintiffs' motion for summary

1

1  judgment, declaring California Penal Code section 32310 unconstitutional and

2  enjoining its enforcement. ECF. No. 87. Minutes later, the Court entered a final

3  judgment in this case. ECF. No. 88. On April 4, 2019, the Attorney General filed a

4  notice of appeal to the Ninth Circuit. ECF No. 96. Later that day, this Court stayed

5  in part the judgment pending final resolution of the appeal. ECF No. 97. The filing

6  of the notice of appeal notwithstanding, Plaintiffs' bill of costs and motion for

7  attorneys' fees is currently due on April 12, 2019. *See* Fed. R. Civ. P. 54(d)(2)(B).

8  Under FRCP 54(d), a claim for attorneys' fees and costs must be filed no

9  later than 14 days after the entry of judgment, "[u]nless . . . a statute or a court order

10  provides otherwise." A district court may, however, defer litigation of attorneys'

11  fees and costs until a pending appeal has been decided. *See* Fed. R. Civ. P. 54 cmt.

12  (1993 amend.) ("If an appeal on the merits of the case is taken, the court may rule

13  on the claim for fees, may defer its ruling on the motion, or may deny the motion

14  without prejudice, directing under subdivision (d)(2)(B) a new period for filing

15  after the appeal has been resolved."). As this language suggests, the decision to stay

16  costs and fees litigation "is a matter within the court's discretion." *Lasic v. Moreno*,

17  No. 05-0161, 2007 WL 4180655, at *1 (E.D. Cal. Nov. 21, 2007) (citing *Ass'n of*

18  *Mex.-Am. Educs. v. California*, 231 F.3d 572, 591-92 (9th Cir. 2000)).

19  Here, granting the requested stay would preserve judicial resources, the

20  Parties' resources, and allow the parties to focus on preparing the merits appeal for

21  the Ninth Circuit. Litigating the issue of attorneys' fees and costs now would

22  require the Court and the Parties to expend resources that may be wasted in the

23  event the Attorney General succeeds on appeal. *See e.g.*, *Lasic* 2007 WL 4180655,

24  at *2-3 (finding that it was in the interests of judicial economy, to defer ruling on

25  attorneys' fees and costs until the pending appeal was disposed). Indeed, "[i]t

26  would be an inefficient use of judicial resources to rule on [costs and fees] at this

27  time, and then to later re-evaluate the issue after the appeal is completed." *Id.*

28  The Parties thus agree that good cause exists for an order staying litigation of

2

attorneys' fees and costs during the pendency of the Attorney General's appeal of
this Court's judgment. And, based on that good cause, the Parties request that the
Court grant this joint motion for an order staying all proceedings regarding
attorneys' fees or costs in this action until 30 days after the completion of all
appellate proceedings.


Dated:  April 12, 2019                          MICHEL & ASSOCIATES, P.C.

                                                */s/ Anna M. Barvir*
                                                ANNA M. BARVIR
                                                *Attorneys for Plaintiffs Virginia*
                                                *Duncan, Richard Lewis, Patrick*
                                                *Lovette, David Marguglio,*
                                                *Christopher Waddell, and California*
                                                *Rifle & Pistol Association*


Dated:  April 12, 2019                          XAVIER BECERRA
                                                Attorney General of California
                                                MARK R. BECKINGTON
                                                Supervising Deputy Attorney General
                                                ANTHONY P. O'BRIEN
                                                Deputy Attorney General

                                                */s/ John D. Echeverria*
                                                JOHN D. ECHEVERRIA
                                                Deputy Attorney General
                                                *Attorneys for Defendant*
                                                *Attorney General Xavier Becerra*

JOINT MOTION TO STAY LITIGATION OF FEES & COSTS PENDING APPEAL

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Duncan, et al. v. Becerra*
Case No.: 17-cv-1017-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**JOINT MOTION TO STAY LITIGATION OF
ATTORNEYS' FEES AND COSTS PENDING APPEAL**

on the following parties by electronically filing the foregoing on April 12, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Anthony P. O'Brien
Deputy Attorney General
anthony.obrien@doj.ca.gov
1300 I Street, Suite 125
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2019, at Long Beach, CA.

/s/ *Laura Palmerin*
Laura Palmerin