FILED

APR 18 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNI

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>　　　　　　　Defendants. | 17-cv-1017-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO STAY LITIGATION OF ATTORNEYS' FEES AND COSTS PENDING APPEAL** |

　　The Court has before it the Parties' Joint Motion to Stay Litigation of Attorneys' Fees and Costs Pending Appeal. Having considered the Motion and good cause appearing therefor, the Court is of the opinion that the Parties' Motion should be GRANTED.

　　It is therefore ORDERED that all proceedings regarding attorneys' fees or costs in this action shall be stayed until 30 days after the completion of all appellate proceedings.

Dated: 4/16/19

_____
Honorable Roger T. Benitez

1