XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
ANTHONY P. O'BRIEN
Deputy Attorney General
State Bar No. 232650
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6249
 Fax: (213) 897-5775
 E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendant Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF DOUGLAS WORMALD RE NOTICE OF JUDGMENT AND STAY**<br><br>Date:<br>Time:<br>Judge:  Hon. Roger T. Benitez<br>Courtroom: 5A<br>Action Filed: May 17, 2017 |

1

| | |
|---|---|
| 1 | **DECLARATION OF DOUGLAS WORMALD** |

I, Douglas Wormald, declare:

1. I am the Program Manager of the Command Center of the Department of Justice's ("DOJ") Bureau of Criminal Identification & Investigative Services Law Enforcement Support Program. It is part of my responsibility to oversee the distribution of notices to law enforcement agencies. I have personal knowledge of the matters stated in this declaration and, if sworn as a witness, could competently testify about them.

2. The Command Center operates 24 hours per day, 7 days per week, assisting law enforcement agencies with criminal history information and communication. The Command Center utilizes the California Law Enforcement Telecommunication System as a means of communicating information to California law enforcement agencies. The messages distributed on that system are referred to as California Law Enforcement Teletype Relays ("CLENTRs"). CLENTRs reach the following law enforcement agencies: all California sheriff offices, all California local police departments, all California district attorney offices, the California Highway Patrol, and all University of California police departments. It is the usual practice to send notifications of important issues by CLENTR.

3. On April 15, 2019, I directed staff to send a CLENTR with the following statement:

TO: ALL LAW ENFORCEMENT AGENCIES

SUBJECT: FEDERAL COURT STAYS IN PART JUDGMENT DECLARING LARGE-CAPACITY MAGAZINE BAN UNCONSTITUTIONAL PENDING APPEAL

ATTENTION: FEDERAL COURT STAYS JUDGMENT DECLARING LARGE-CAPACITY MAGAZINE BAN UNCONSTITUTIONAL PENDING APPEAL; EXCEPTION FOR LARGE-CAPACITY MAGAZINES LAWFULLY SOLD OR ACQUIRED PRIOR TO STAY; MAINTAINS INJUNCTION OF POSSESSION BAN PENDING APPEAL. On March 29, 2019, a federal court issued a judgment enjoining enforcement of California Penal Code § 32310 (a) & (b), which, with some exceptions, prohibits the manufacture, importation, keeping for sale, offering or exposing for sale, giving, lending, buying, or receiving any large-capacity

magazines capable of holding more than 10 rounds of ammunition. The district court also made permanent its preliminary injunction, issued on June 29, 2017, of California Penal Code § 32310 (c) & (d), as enacted by Proposition 63, which, with some exceptions, established a state-wide ban on the possession of large-capacity magazines. The Attorney General has appealed the judgment to the Ninth Circuit Court of Appeals. On April 4, 2019, the district court issued a stay of its judgment pending the appeal. During the appeal, California Penal Code § 32310 (a) & (b) remains in effect and is fully enforceable, except as to those persons and business entities who manufactured, imported, sold, or bought large-capacity magazines between March 29, 2019 at 2:24 p.m. PDT and April 5, 2019 at 5:00 p.m. PDT. Additionally, California Penal Code § 32310 (c) & (d), which bans the possession of large-capacity magazines, remains subject to a preliminary injunction during the appeal. Accordingly, lawfully possessed large-capacity magazines may be retained until the appeal is finally resolved (*Virginia Duncan et al. v. Xavier Becerra*, 9th Circuit Court of Appeals Case No. 19-55376).

4. This CLENTR was sent at 11:30 p.m. on April 15, 2019 and continued being sent three times per day (at 7:30 a.m., 3:30 p.m., and 11:30 p.m.) through April 18, 2019.

5. On April 22, 2019, I directed staff to post the above statement on the California Law Enforcement Website ("CLEW"). CLEW is a secure DOJ website that is used by law enforcement, *e.g.*, local police and sheriff departments, to access various law enforcement-related information, including training manuals, DOJ forms, or other pertinent information DOJ needs to disseminate to the law enforcement community.

6. To the best of my knowledge, the above statement has now been provided to all California sheriff offices, all California local police departments, all California district attorney offices, the California Highway Patrol, and all University of California police departments.

1 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2019, at Sacramento, California.

_____
Douglas Wormald

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Virginia Duncan et al. v. Xavier Becerra** | Case No.: | **17-cv-1017-BEN-JLB** |

I hereby certify that on <u>April 25, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF DOUGLAS WORMALD RE NOTICE OF JUDGMENT AND STAY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 25, 2019</u>, at Los Angeles, California.

| Colby Luong | /s/ Colby Luong |
|---|---|
| Declarant | Signature |

SA2017107272
53369117.docx