UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIRGINIA DUNCAN; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>        Defendant-Appellant. | No.   19-55376<br><br>D.C. No.<br>3:17-cv-01017-BEN-JLB<br>Southern District of California, San Diego<br><br>ORDER |

Before: CALLAHAN and LEE, Circuit Judges, and LYNN,[*] District Judge.

Plaintiffs-Appellees are directed to file a response to the Petition for Rehearing En Banc filed with this court on August 28, 2020. The response shall not exceed fifteen pages or 4,200 words, and shall be filed within 21 days of the date of this order.

---

[*] The Honorable Barbara M. G. Lynn, United States Chief District Judge for the Northern District of Texas, sitting by designation.