FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIRGINIA DUNCAN; RICHARD LEWIS; PATRICK LOVETTE; DAVID MARGUGLIO; CHRISTOPHER WADDELL; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>    Defendant-Appellant. | No. 19-55376<br><br>D.C. No. 3:17-cv-01017-BEN-JLB Southern District of California, San Diego<br><br>**ORDER** |

**THOMAS**, Chief Judge:

  Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

  Judges Owens and Bress did not participate in the deliberations or vote in this case.