NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIRGINIA DUNCAN; RICHARD LEWIS; PATRICK LOVETTE; DAVID MARGUGLIO; CHRISTOPHER WADDELL; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, <br><br> Defendant-Appellant. | No.   19-55376 <br><br> D.C. No. 3:17-cv-01017-BEN-JLB Southern District of California, San Diego <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Virtual en banc oral argument will take place during the week of March 22, 2021. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.

Within seven days from the date of this order, the parties shall forward to the Clerk of Court eighteen additional paper copies of the original briefs and ten additional paper copies of the excerpts of record. The paper copies must be

accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically.  A sample certificate is available at

 http://www.ca9.uscourts.gov/datastore/uploads/cmecf/Certificate-for-Brief-in-Paper-Format.pdf.  The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.