FILED

MAR 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIRGINIA DUNCAN; RICHARD LEWIS; PATRICK LOVETTE; DAVID MARGUGLIO; CHRISTOPHER WADDELL; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,<br><br>   Plaintiffs-Appellees,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>   Defendant-Appellant. | No. 19-55376<br><br>D.C. No. 3:17-cv-01017-BEN-JLB Southern District of California, San Diego<br><br>ORDER |

Before: THOMAS, Chief Judge

The prior order scheduling oral argument is vacated. Virtual en banc oral argument is rescheduled to take place during the week of June 21, 2021. The specific date and and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.

The filing requirement in the prior order remains in effect.