

**FILED**

MAR 5 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIRGINIA DUNCAN; RICHARD LEWIS; PATRICK LOVETTE; DAVID MARGUGLIO; CHRISTOPHER WADDELL; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>　　　　Defendant-Appellant. | No.　19-55376<br><br>D.C. No. 3:17-cv-01017-BEN-JLB Southern District of California, San Diego<br><br>ORDER |

Before: THOMAS, Chief Judge

　　　Virtual en banc oral argument is rescheduled to take place on June 22, 2021 at 9:30 a.m., Pacific time. Each side will be allocated 30 minutes of argument.