**FILED**

**DEC 20 2021**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIRGINIA DUNCAN; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant-Appellant. | No. 19-55376 <br><br> D.C. No. 3:17-cv-01017-BEN-JLB <br> Southern District of California, San Diego <br><br> ORDER |

Before: MURGUIA, Chief Judge, and THOMAS, GRABER, PAEZ, BERZON, IKUTA, WATFORD, HURWITZ, R. NELSON, BUMATAY and VANDYKE, Circuit Judges.

Appellees' unopposed motion to partially stay issuance of the mandate, Docket No. 192, is GRANTED. The mandate is partially stayed for a period of 150 days from the date of this order. If Appellees file a petition for certiorari in the United States Supreme Court during the period of the partial stay, the partial stay shall continue until final disposition by the Supreme Court. See Fed. R. App. P. 41.