| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 2 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

VIRGINIA DUNCAN; et al.,

        Plaintiffs-Appellees,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

        Defendant-Appellant.

No. 19-55376

D.C. No.
3:17-cv-01017-BEN-JLB
Southern District of California,
San Diego

ORDER

Before: MURGUIA, Chief Judge, and S.R. THOMAS, GRABER, PAEZ, BERZON, IKUTA, WATFORD, HURWITZ, R. NELSON, BUMATAY and VANDYKE, Circuit Judges.

The Supreme Court remanded this case to us "for further consideration in light of *New York State Rifle & Pistol Assn., Inc. v. Bruen*, 597 U.S. ____ (2022)." *Duncan v. Bonta*, No. 21-1194, 2022 WL 2347579, at *1 (U.S. June 30, 2022). Therefore, the parties are directed to file supplemental briefs on the effect of *Bruen* on this appeal, including whether the en banc panel should remand this case to the district court for further proceedings in the first instance. The briefs should be filed within 21 days of the issuance of this order and should not exceed 7,000 words.