ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6177
  Fax:  (916) 731-2144
  E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendant Rob Bonta as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**NOTICE OF APPEARANCE**<br><br>Courtroom:   5A<br>Judge:   Hon. Roger T. Benitez<br>Action Filed:  May 17, 2017 |

1

PLEASE TAKE NOTICE that Deputy Attorney Robert L. Meyerhoff hereby enters his appearance as counsel for Defendant Attorney General Rob Bonta[1] in this action. Mr. Meyerhoff is a member of the State Bar of California and is admitted to practice in Southern District of California. His contact information is as follows:

Robert L. Meyerhoff
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone:  (213) 269-6177
Fax:  (916) 731-2144
E-mail:  Robert.Meyerhoff@doj.ca.gov

Dated:  September 26, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General

*Attorneys for Defendant Rob Bonta as Attorney General of the State of California*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Rob Bonta, in his official capacity, is substituted for former Attorney General Xavier Becerra.

# CERTIFICATE OF SERVICE

Case Name:   **Duncan, et al., v. Becerra**          No.   **17-cv-1017-BEN-JLB**

I hereby certify that on <u>September 26, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 26, 2022</u>, at Los Angeles, California.

| Robert Leslie Meyerhoff | *Robert M* |
|---|---|
| Declarant | Signature |