IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC.**, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 17-cv-1017-BEN (JLB)<br><br>**ORDER**<br><br>**SPREADING THE MANDATE**<br><br>**AND CONTINUING THE**<br><br>**PRELIMINARY INJUNCTION** |

On June 29, 2017, this Court preliminarily enjoined enforcement of California Penal Code § 32310 (c) & (d) requiring persons to dispossess themselves of magazines able to hold more than 10 rounds lawfully acquired and possessed. The preliminary injunction was affirmed on appeal. *Duncan v. Becerra*, Appeal No. 17-56081 (9th Cir. July 17, 2018). On March 29, 2019, on summary judgment, this Court concluded that California Penal Code § 32310 is unconstitutional. On April 4, 2019, this Court made the preliminary injunction on subsections (c) and (d) permanent but stayed, pending appeal, the injunction of § 32310 (a) & (b).

This Court was again affirmed on appeal. *Duncan v. Becerra*, Appeal No. 19-55376 (9th Cir. Aug. 14, 2020). The Ninth Circuit granted rehearing *en banc*, vacated its opinion, and entered an opinion reversing the judgment of this Court. *Duncan v. Bonta*, Appeal No. 19-55376 (9th Cir. Nov. 30, 2021). The United States Supreme Court granted certiorari and vacated the opinion of the Ninth Circuit and remanded for further consideration. *Duncan v. Bonta*, No. 21-1194, 142 S. Ct. 2895 (June 30, 2022). The Ninth Circuit now remands the case to this Court for further proceedings in light of *New York State Rifle & Pistol Assn., Inc. v. Bruen*, 142 S. Ct. 2111 (2022) and the mandate has issued.

This Court hereby spreads the mandate upon the minutes of this Court.

The Defendant shall file any additional briefing that is necessary to decide this case in light of *Bruen* within 45 days of this Order. Plaintiffs shall file any responsive briefing within 21 days thereafter. This Court will then decide the case on the briefs and the prior record or schedule additional hearings.

The previously entered preliminary injunction enjoining enforcement of California Penal Code § 32310 (c) and (d) for magazines able to hold more than ten rounds *shall remain in effect* for all those who previously acquired and possessed magazines legally (including those persons and business entities who acquired magazines between March 29, 2019 and April 5, 2019), pending further Order of this Court.

Dated: September 26, 2022

_____
ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE