ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6177
  Fax:  (916) 731-2144
  E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF BRIEFING SCHEDULE SET FORTH IN ORDER SPREADING THE MANDATE AND CONTINUING THE PRELIMINARY INJUNCTION**<br><br>Date:         November 9, 2022<br>Time:        10:30 a.m.<br>Courtroom:  5A<br>Judge:       Hon. Roger T. Benitez<br>Action Filed: May 17, 2017 |

1

This Court, having considered the papers filed by the parties and the argument of counsel, hereby GRANTS Defendant Rob Bonta in his official capacity as Attorney General (the Attorney General)'s Motion for Reconsideration of Briefing Schedule Set Forth in Order Spreading the Mandate and Continuing the Preliminary Injunction. The Court's hereby enters the following schedule:

- December 9, 2022 – Last day to designate expert witnesses and serve opening expert reports.
- January 6, 2023 – Last day to designate rebuttal expert witnesses and serve rebuttal expert reports.
- February 3, 2023 – Completion of fact and expert discovery.
- March 3, 2023 – Last day for the Attorney General to file supplemental brief.
- March 17, 2023 – Last day for Plaintiffs to file response to the Attorney General's supplemental brief.
- March 24, 2023 – Last day for the Attorney General to file reply in support of his supplemental brief.

**IT IS SO ORDERED.**

Dated: _____  _____

Hon. Roger T. Benitez
United States District Judge

# CERTIFICATE OF SERVICE

Case Name:  **Duncan, et al. v. Bonta**          No.   **3:17-cv-01017-BEN-JLB**

I hereby certify that on October 12, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF BRIEFING SCHEDULE SET FORTH IN ORDER SPREADING THE MANDATE AND CONTINUING THE PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 12, 2022, at Los Angeles, California.

Robert Leslie Meyerhoff
Declarant

*Robert M*
Signature