ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6177
  Fax:  (916) 731-2144
  E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendant Rob Bonta in his official as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF ROBERT L. MEYERHOFF IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON MOTION FOR RECONSIDERATION OF BRIEFING SCHEDULE SET FORTH IN ORDER SPREADING THE MANDATE AND CONTINUING THE PRELIMINARY INJUNCTION**<br><br>Hearing Date: November 9, 2022<br>Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br>Action Filed: May 17, 2017 |

I, Robert L. Meyerhoff, declare as follows:

1. I am an attorney duly licensed to practice before all courts in the State of California. I am a Deputy Attorney General in the Office of the Attorney General, California Department of Justice, and am an attorney of record for Defendant Rob Bonta in his official capacity as Attorney General of the State of California (the "Attorney General"), in the above-captioned action. If called as a witness, I could and would testify to the facts set forth herein under oath.

2. On October 13, 2022, I emailed counsel for Plaintiffs, informing them that the Attorney General would be filing an ex parte application for an order shortening time on the Motion for Reconsideration of Briefing Schedule Set Forth in Order Spreading the Mandate and Continuing the Preliminary Injunction (the "Motion") (Dkt. 112), and that we would be asking for the Court to enter the following briefing schedule on the Motion: Plaintiffs' opposition to the Motion due on Monday, October 24, 2022, Defendants' Reply in support of the Motion due on Thursday, October 27, 2022, and a hearing on the Motion (if ordered) on November 1, 2022.  Plaintiffs' counsel responded on October 14, 2022 and stated that "Plaintiffs would not oppose your request to shorten time on the State's motion for reconsideration—as long as the relief granted would only move Plaintiffs' deadline to October 24 and not earlier."  Attached as Exhibit A is a true and correct copy of that October 13-14, 2022 email exchange.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of October, 2022, at Los Angeles, California.


Dated:   October 14, 2022            /s/ Robert L. Meyerhoff
                                     Robert L. Meyerhoff
                                     Deputy Attorney General

# EXHIBIT A

# RE: Duncan, et al. v. Bonta (Case No. 17-cv-1017-BEN-JLB) [MA-Interwoven.FID92062]

Anna M. Barvir <ABarvir@michellawyers.com>

Fri 10/14/2022 10:33 AM

To: Robert Meyerhoff <Robert.Meyerhoff@doj.ca.gov>; C.D. Michel <cmichel@michellawyers.com>; Matthew D. Cubeiro <mcubeiro@michellawyers.com>; Sean Brady <sbrady@michellawyers.com>;

Cc: Mark Beckington <Mark.Beckington@doj.ca.gov>;

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thank you for the notice of your imminent ex parte filing, Mr. Meyerhoff. I write to inform you that Plaintiffs would not oppose your request to shorten time on the State's motion for reconsideration—as long as the relief granted would only move Plaintiffs' deadline to October 24 and not earlier.

Should you like to discuss further, feel free to give me a call at (562) 216-4453.

Regards,
Anna



**Anna M. Barvir**
Partner

MICHEL & ASSOCIATES, P.C.
Attorneys at Law
Environmental - Land Use - Firearms - Employment Law
Civil Litigation - Criminal Defense

Direct: (562) 216-4453
Main: (562) 216-4444
Fax: (562) 216-4445
Email: ABarvir@michellawyers.com
Web: www.michellawyers.com

180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.

**From:** Robert Meyerhoff <Robert.Meyerhoff@doj.ca.gov>
**Sent:** Thursday, October 13, 2022 4:59 PM
**To:** C.D. Michel <cmichel@michellawyers.com>; Anna M. Barvir <ABarvir@michellawyers.com>; Matthew D. Cubeiro <mcubeiro@michellawyers.com>; Sean Brady <sbrady@michellawyers.com>
**Cc:** Mark Beckington <Mark.Beckington@doj.ca.gov>
**Subject:** Duncan, et al. v. Bonta (Case No. 17-cv-1017-BEN-JLB)

Counsel:

Pursuant to Local Rules 7.1(e)(5) and 83.3(g), I am writing to give notice that Defendant Rob Bonta in his official capacity as Attorney General of the State California (the Attorney General) will be filing an ex parte

application with the Honorable Roger T. Benitez in the above matter tomorrow, Friday, October 14, to shorten time on the Attorney General's Motion for Reconsideration of Briefing Schedule Set Forth in the Order Spreading the Mandate and Continuing the Preliminary Injunction, Dkt. 112.

In the application, the Attorney General will seek to move the hearing date on the Motion for Reconsideration from November 9, 2022, to November 1, 2022, to move the deadline for Plaintiffs to file a response to the Motion for Reconsideration to October 24, 2022, and to move the deadline for the Attorney General to file a reply in support of the Motion for Reconsideration to October 27, 2022.

Thank you,

Rob

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.