1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF
   Deputy Attorney General
4  State Bar No. 298196
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6177
6  Fax:  (916) 731-2144
   E-mail:  Robert.Meyerhoff@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta in his
   official as Attorney General of the State of*
8  *California*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14  **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**    17-cv-1017-BEN-JLB

    **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON MOTION FOR RECONSIDERATION OF BRIEFING SCHEDULE SET FORTH IN ORDER SPREADING THE MANDATE AND CONTINUING THE PRELIMINARY INJUNCTION**

                                    Plaintiffs,

    v.

    **ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**

                                    Defendants.

    Hearing Date: November 9, 2022
    Time:         10:30 a.m.
    Courtroom:    5A
    Judge:        Hon. Roger T. Benitez
    Action Filed: May 17, 2017

1

[Proposed] Order Granting Ex Parte Application (17-cv-1017-BEN-JLB)

This Court, having considered the papers filed by the parties and the argument of counsel, hereby GRANTS Defendant Rob Bonta in his official capacity as Attorney General of the State of California (the "Attorney General")'s Ex Parte Application for an Order Shortening Time on Motion for Reconsideration of Briefing Schedule Set Forth in Order Spreading the Mandate and Continuing the Preliminary Injunction (Dkt. 112). The Court hereby enters the following schedule:

- October 24, 2022 – Last day for Plaintiffs to file their opposition to Motion for Reconsideration of Briefing Schedule Set Forth in Order Spreading the Mandate and Continuing the Preliminary Injunction.
- October 27, 2022 – Last day for the Attorney General to file his reply in support of Motion for Reconsideration of Briefing Schedule Set Forth in Order Spreading the Mandate and Continuing the Preliminary Injunction.
- November 1, 2022 – Hearing on the Motion for Reconsideration of Briefing Schedule Set Forth in Order Spreading the Mandate and Continuing the Preliminary Injunction (if ordered).

**IT IS SO ORDERED.**

Dated: _____  _____

Hon. Roger T. Benitez
United States District Judge