## CERTIFICATE OF SERVICE

Case Name:   **Duncan, et al. v. Bonta**          No.   **3:17-cv-01017-BEN-JLB**

I hereby certify that on <u>October 14, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON MOTION FOR RECONSIDERATION OF BRIEFING SCHEDULE SET FORTH IN ORDER SPREADING THE MANDATE AND CONTINUING THE PRELIMINARY INJUNCTION**

- **DECLARATION OF ROBERT L. MEYERHOFF IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON MOTION FOR RECONSIDERATION OF BRIEFING SCHEDULE SET FORTH IN ORDER SPREADING THE MANDATE AND CONTINUING THE PRELIMINARY INJUNCTION**

- **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ON MOTION FOR RECONSIDERATION OF BRIEFING SCHEDULE SET FORTH IN ORDER SPREADING THE MANDATE AND CONTINUING THE PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 14, 2022</u>, at Los Angeles, California.

|  |  |
|---|---|
| Robert Leslie Meyerhoff | *Robert M* |
| Declarant | Signature |