ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6177
  Fax:  (916) 731-2144
  E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,<br><br>                        Plaintiffs,<br><br>  v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>                        Defendants. | Case No. 3:17-cv-1017-BEN-JLB<br><br>**DECLARATION OF RYAN BUSSE**<br><br>Courtroom:    5A<br>Judge:         Hon. Roger T. Benitez<br>Action Filed:  May 17, 2017 |

# DECLARATION OF RYAN BUSSE

I, Ryan Busse, declare under penalty of perjury that the following is true and correct:

1. I am a former senior executive in the firearms industry and the author of *Gunfight: My Battle Against the Industry that Radicalized America* (New York: PublicAffairs, 2021). I make this declaration in support of Defendants' Supplemental Brief in Response to the Court's Order of August 29, 2022.

2. This declaration is based on my own personal knowledge and experience, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

3. I have been retained by the California Department of Justice to render expert opinions in this case. I am being compensated at a rate of $150 per hour.

## BACKGROUND AND QUALIFICATIONS

4. I was raised with firearms as an integral part of my life. I began shooting with various guns as a young boy and continued to regularly use and study guns throughout my life (I am now 52). After graduating college, I entered the firearms industry in 1992. I became a sales executive in the firearms industry in 1995, and I spent more than 25 years in this role. While in the industry, I developed innovative sales teams, maintained relationships with the largest national retailers, and was responsible for worldwide sales of millions of firearms. I built a dealer-direct sales network that included more than 2500 firearms dealers including locations in all 50 states, and I regularly visited these dealers. In my job, I also studied and built sales programs that relied on understanding the technical nature of most firearms available in the U.S. market, including AR-platform and other types of rifles. During my career I played an integral role in building one of the largest firearms companies in the United States, Kimber, and I was nominated by shooting industry leadership many times for the SHOT Business "Shooting Industry Person

of the Year" Award.[1] I served in an executive sales capacity as Vice President of Sales until August 2020. While in the industry I served as an advisor to the United States Senate Sportsmen's Caucus, and as the board chairman for Backcountry Hunters & Anglers, a national wildlife conservation and hunting organization.

5. I left the firearms industry because I was concerned about what I believed to be irresponsible and dangerous marketing and sales practices. Since I left, I have served as an advisor to the 2020 Biden presidential campaign, I have testified twice before the U.S. Congress about the firearms industry and gun policy (before the House Committee on Oversight and Reform[2] and the Joint Economic Committee[3], respectively), I have been called to testify in closed-door briefings at the U.S. Senate, and I currently serve as a Senior Advisor to Giffords. I remain a proud and active gun owner, outdoorsman, and advocate for responsible gun ownership. I have provided expert witness testimony in *Miller v. Bonta*, No. 3:19-cv-01537-BEN-JLB (S.D. Cal.).

## OPINIONS

6. When I first started my work in the gun industry neither AR-15s nor large-capacity magazines (those capable of holding more than 10 rounds) were common. There was an unspoken agreement in the industry that tactical guns and gun paraphernalia—and virtually all large capacity magazines were considered tactical at this time—would not be displayed at trade shows or used at industry-sponsored shooting events. Individuals who brought such rifles to shooting events were asked not to return. This remained true as late as 2007. It was not until very

---

[1] SHOT Business is a trade publication of the shooting and firearms industry, and "Person of the Year" was the highest award given to an individual in the firearms industry.

[2] See https://bit.ly/3CVDQc4.

[3] See https://bit.ly/3My2gLJ. . .

recently that the gun industry began to push AR-15s leading to their popularization today.

7. Despite the recent popularization of large-capacity magazines, it is important to note that I am not aware of a single existing firearm that requires a high-capacity magazine to function as designed. By this, I mean that all firearms that can accept a large-capacity magazine can also accept a magazine that holds 10 or fewer rounds and function precisely as intended. This is true even of AR-style rifles. Although many AR-style rifles are sold with a 30-round magazine, the manufacturers all offer the optional purchase of 10-round or even lower-capacity magazines. There are many pistols (such at the very popular Model 1911—which was the accepted sidearm of the U.S. Military for decades and is still one of the most widely sold guns in the United States) that are built for magazines of eight rounds or less. While larger 10-plus round magazines exist for the 1911 and other similar pistols, a smaller magazine (standard seven or eight round) are considered preferable by almost all consumers because the physical size/profile of the shorter magazine is easier to carry, shoot and conceal. Still today, the 1911 and other similar guns which are built to function with sub-10 round magazines are built by many gun companies (Smith and Wesson, Ruger, Kimber, Springfield, Rock Island, Dan Wesson, and many other companies build and sell these 1911 pistols) and they are sold in high volumes by most retailers in the United States. These guns are still considered extremely effective self-defense firearms by many of the leading firearms trainers in the country.

8. Today there are also many handguns that can accept a magazine within 15–20-plus rounds, but these handguns can accept and fully function with a magazine that holds 10 or fewer rounds. Firearm manufacturers have been providing these lower capacity magazines for years and can easily modify a "high capacity" magazine into one that will accept only 10 rounds but still function just

as designed in a firearm. In 1994, Congress enacted the Violence Crime Control and Law Enforcement Act that prohibited the possession of "large capacity ammunition feeding devices" defined as any magazine capable of accepting more than ten rounds of ammunition. California enacted a ban on the sale of large capacity magazines in 2000 and that law is still on the books today. Since that enactment, and still today, firearms manufacturers build and sell dozens of gun models and magazines that are compliant with that California law. I am not aware of any assertion that these guns, built for and sold in California, are incapable of functioning as designed.

      9.   Because a large capacity magazine is not a required component for a firearm to operate, it can and should be characterized as a firearms accessory. There is a massive market for magazines that far surpasses that of the market for firearms themselves in terms of numeric sales. There are companies, such as Magpul, that entirely specialize in firearms accessories including large capacity magazines. In fact, most firearms manufacturers do not consider the magazines as integral enough to build their own magazines for their own guns. In almost all cases even the largest gun manufacturers contract with "accessory makers" who build magazines and then supply them to the gun manufacturer who then sells the magazines with the guns but also as an "add-on" accessory. Based on my experience, these magazines are a large profit center for the gun industry and sales of these magazines are treated as a category separate from gun sales throughout the sales chain. For example, I am aware of compensation programs from gun manufacturers that offer increased payment for magazines as opposed to guns, and retailers often incentivize their employees to push a buyer to purchase additional magazines because it is known that consumers view the purchase of magazines as separate from the gun and they are therefore viewed as "add-on sales" for retailers. These magazines are almost always manufactured by third party companies (not the manufacturer of the firearm). The degree to which a magazine is viewed as an accessory by firearms

retailers is reinforced by the fact that when manufacturers add additional magazines to the gun at the time of sale as an incentive to encourage consumers to purchase the gun, the practice often upsets the retailers who view this as taking away an accessory sale they could have made.

10. In my experience, magazines are often used as marketing tactics to increase sales. Many gun buyers are encouraged to buy extra magazines of various sizes and they are encouraged to build an excess supply of more magazines than are needed even though these accessories basically never wear out. While it is possible for someone who shoots high volumes to eventually wear out a magazine, these shooters are exceptionally rare. Additionally, when a magazine begins to wear out you can purchase a new spring tune-up kit for the magazine and thereby refurbish the magazine.

11. It is also important to note that even the ability of guns to accept an external magazine is not as ubiquitous as one would be led to believe. Fixed magazine firearms are and have long been extremely prevalent. The majority of hunting rifles have a fixed internal magazine, all revolvers hold ammunition in what is in essence a circular fixed magazine, almost all shotguns are built with fixed magazines or without any magazine at all, some tactical rifles, and most tactical shotguns are built with, and function with fixed magazines.

12. Lastly, many widely available guns including all AR-15 style rifles accept all other AR-15 magazines. In other words, the magazine is a universal accessory much like tires that fit many brands of cars. This is true of AR-15 magazines regardless of capacity or size (a 10 round AR-15 magazine will function in all other AR-15 style firearms). It is also true of the 1911 style pistol which is one of the most popular self-defense guns in history. This century-old design is still a leading seller and its standard specifications call for a seven or eight round magazines. Dozens of the largest manufacturers in the world currently offer 1911 pistol models and magazines from each are interchangeable between all of these

others. This interchangeability of magazines as accessories is illustrated by the fact that third party manufacturers who produce magazines for multiple gun companies will sometimes mistakenly ship a magazine from "company A" to "company B" because the only difference is the marking (there is no functional difference). I have personally witnessed this on multiple occasions.

13. Based on my experience, a large-capacity magazine is not necessary to use a firearm effectively for self-defense or other sporting purpose, like hunting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2022, at Kalispell, Montana.

_____
Ryan Busse