1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF
   Deputy Attorney General
4  State Bar No. 298196
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6177
6    Fax:  (916) 731-2144
     E-mail:  Robert.Meyerhoff@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta in his*
   *official capacity as Attorney General of the*
8  *State of California*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11                        CIVIL DIVISION

12

13 | **VIRGINIA DUNCAN, RICHARD** | Case No. 3:17-cv-01017-BEN-JLB
   | **LEWIS, PATRICK LOVETTE,** |
14 | **DAVID MARGUGLIO,** | **NOTICE OF LODGMENT OF**
   | **CHRISTOPHER WADDELL, and** | **COMPENDIA**
15 | **CALIFORNIA RIFLE & PISTOL** |
   | **ASSOCIATION, INC., a California** | Courtroom:    5A
16 | **corporation,** | Judge:        Hon. Roger T. Benitez
   |                      | Action Filed:  May 17, 2017
17 |                      Plaintiffs, |

18 |              **v.** |

19

20 | **ROB BONTA, in his official capacity**
   | **as Attorney General of the State of**
21 | **California; and DOES 1-10,**

22 |                      Defendants. |

23

24

25

26

27

28
                              1

1        Defendant Attorney General Rob Bonta, in his official capacity, hereby gives

2  notice that he has lodged with the Court the works cited in Defendant's

3  Supplemental Brief in Response to the Court's Order of September 26, 2022, and

4  the ten supporting declarations (ECF No. 118).

5        Defendant has lodged these materials, comprising eleven (11) separate

6  volumes, with the Court as follows:

7     (1)   Compendium of Works Cited in Defendant's Supplemental Brief;

8     (2)   Compendium of Works Cited in Declaration of Lucy P. Allen;

9     (3)   Compendium of Works Cited in Declaration of Dennis Baron;

10    (4)   Compendium of Works Cited in Declaration of Ryan Busse;

11    (5)   Compendium of Works Cited in Declaration of Saul Cornell;

12    (6)   Compendium of Works Cited in Declaration of John J. Donohue;

13    (7)   Compendium of Works Cited in Declaration of Louis Klarevas;

14    (8)   Compendium of Works Cited in Declaration of Brennan Rivas;

15    (9)   Compendium of Works Cited in Declaration of Randolph Roth;

16    (10) Compendium of Works Cited in Declaration of Robert Spitzer; and

17    (11) Compendium of Works Cited in Declaration of Michael Vorenberg.

18

19  Dated:  November 10, 2022        Respectfully submitted,

20                                     ROB BONTA
                                     Attorney General of California

21                                     MARK R. BECKINGTON
                                     Supervising Deputy Attorney General

22

23                                     *s/ Robert L. Meyerhoff*

24                                     ROBERT L. MEYERHOFF
                                     Deputy Attorney General

25                                     *Attorneys for Defendant Rob Bonta in*
                                     *his official capacity as Attorney*

26                                     *General of the State of California*

27

28                            2