1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF
   Deputy Attorney General
4  State Bar No. 298196
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6177
6   Fax:  (916) 731-2144
    E-mail:  Robert.Meyerhoff@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta in his*
   *official capacity as Attorney General of the*
8  *State of California*

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11                      CIVIL DIVISION

12

13 **VIRGINIA DUNCAN, RICHARD**          Case No. 3:17-cv-01017-BEN-JLB
   **LEWIS, PATRICK LOVETTE,**
14 **DAVID MARGUGLIO,**
   **CHRISTOPHER WADDELL, and**         **COMPENDIUM OF WORKS**
15 **CALIFORNIA RIFLE & PISTOL**         **CITED IN SUPPLEMENTAL**
   **ASSOCIATION, INC., a California**   **DECLARATION OF LOUIS**
16 **corporation,**                      **KLAREVAS**

17                       Plaintiffs,     **VOLUME 1 OF 6**

18        **v.**                         Courtroom:   5A
                                         Judge:       Hon. Roger T. Benitez
19                                       Action Filed:  May 17, 2017

20 **ROB BONTA, in his official capacity**
   **as Attorney General of the State of**
21 **California; and DOES 1-10,**

22                       Defendants.

23

24

25

26

27

28                            1

**INDEX**

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **BOOKS** | | |
| Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* 238-45, 348-50 (2016) | 6 n.9 | 002-009 |
| **LAW REVIEWS AND JOURNALS** | | |
| Philip J. Cook and John J. Donohue, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 J. of Am. Med. Ass'n 1191 (2022) | 6 n.9 | 011-012 |
| Charles DiMaggio, et al., *Changes in US Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban: Analysis of Open-Source Data*, 86 J. of Trauma & Acute Care Surgery 11 (2019) | 6 n.9 | 013-040 |
| Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017*, 109 Am. J. of Pub. Health 1754 (2019) | 3 n.4 | 041-048 |
| Lori Post, et al., *Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis*, 7 J. of Med. Internet Research: Public Health & Surveillance (2021) | 6 n.9 | 049-059 |
| **OTHER SOURCES** | | |
| *Gun Digest* (John T. Amber ed., 9th ed. 1954) | 7 n.11, 9 tl. 2 | 060-108 |
| *Gun Digest: 19th Anniversary 1965 Deluxe Edition* (John T. Amber ed., 19th ed. 1964) | 9 tl. 2 | 109-159 |
| *Gun Digest: 29th Anniversary 1975 Deluxe Edition* (John T. Amber ed., 1974) | 9 tl. 2 | 161-263 |
| *Gun Digest: 1985 39th Annual Edition* (Ken Warner ed., 39th ed. 1984) | 9 tl. 2 | 265-421 |

2

| | | |
|---|---|---|
| *Gun Digest: 1995 49th Annual Edition* (Ken Warner ed., 49th ed. 1994) | 8 n.12, 9 tl. 2 | 423-599 |

3

# BOOKS



LOUIS KLAREVAS

# RAMPAGE NATION
## SECURING AMERICA FROM MASS SHOOTINGS

3 1223 11776 9357

Prometheus Books
59 John Glenn Drive
Amherst, New York 14228

Published 2016 by Prometheus Books

*Rampage Nation: Securing America from Mass Shootings.* Copyright © 2016 by Louis Klarevas. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, digital, electronic, mechanical, photocopying, recording, or otherwise, or conveyed via the Internet or a website without prior written permission of the publisher, except in the case of brief quotations embodied in critical articles and reviews.

Cover image © Getty Images
Cover design by Nicole Sommer-Lecht
Cover design © Prometheus Books

Trademarked names appear throughout this book. Prometheus Books recognizes all registered trademarks, trademarks, and service marks mentioned in the text.

Every attempt has been made to trace accurate ownership of copyrighted material in this book. Errors and omissions will be corrected in subsequent editions, provided that notification is sent to the publisher.

Inquiries should be addressed to
Prometheus Books
59 John Glenn Drive
Amherst, New York 14228
VOICE: 716–691–0133
FAX: 716–691–0137
WWW.PROMETHEUSBOOKS.COM

20  19  18  17  16    5  4  3  2  1

Library of Congress Cataloging-in-Publication Data

Names: Klarevas, Louis, author.
Title: Rampage nation : securing America from mass shootings / by Louis Klarevas.
Description: Amherst, New York : Prometheus Books, 2016. |
    Includes bibliographical references and index.
Identifiers: LCCN 2016011430 (print) | LCCN 2016018097 (ebook) |
    ISBN 9781633880665 (hardcover) | ISBN 9781633880672 (ebook)
Subjects: LCSH: Gun control—United States. | Firearms ownership—United
    States. | Violent crimes—United States—Prevention. | Mass murder—United
    States—Prevention.
Classification: LCC HV7436 .K53 2016 (print) | LCC HV7436 (ebook) |
    DDC 364.4/0450973—dc23
LC record available at https://lccn.loc.gov/2016011430

Printed in the United States of America

For Rada

\* \* \*

The above vignettes illustrate that there is a preferred way of reducing threats to public safety: denying weapons to potential perpetrators. By preventing high-risk individuals from acquiring dangerous weapons or by hindering them from employing such weapons, government can keep its citizens safe.

In a way, homeland security is akin to George Orwell's *Animal Farm*. All strategies proposed by the trinity of violence are equal, but some are more equal than others. It's not that dissuasion and defense aren't valuable. They are. After all, we still criminalize bombings and erect barricades in front of important structures. But laws, on their own, often fail to dissuade homicidal and suicidal individuals. And blast barriers can't be erected everywhere. There are just too many potential perpetrators and targets for these strategies to be effective on their own. In open societies where resources are limited, securing public safety depends primarily on a strategy of denial to break the trinity of violence.

\* \* \*

The success of the United States in countering aviation attacks and bombings by restricting access to, and use of, weapons raises an important question: If the deprivation of weapons works in these areas, couldn't it also serve as an effective strategy in reducing gun violence?

## THE AMERICAN EXPERIENCE

The United States has been exemplary in safeguarding its citizenry from a host of deadly threats: accidents, environmental hazards, pandemics, hijackings, bombings, even weapons of mass destruction. Through successful regulation of hazardous products—almost all with little to no public controversy—the different levels of government all work hand in hand to keep us safe from a plethora of dangers.[36] But when it comes to protecting us from gun violence, the government's record has been abysmal.[37] In fact, the United States is

in a class all by itself. No other advanced, Western democracy experiences the magnitude of gun violence that presently afflicts American society.[38] This is particularly true when it comes to mass shootings.[39]

\* \* \*

The United States does little to regulate firearms, especially at the federal level.[40] While it goes to great lengths to restrict access to WMDs and IEDs, the same can't be said for its efforts to keep firearms out of the hands of high-risk individuals. Indeed, the American experience with gun control nationwide is so limited that it can actually be chronicled in a few bullet points:

- The National Firearms Act of 1934: Heavily regulated machine guns, short-barrel rifles and shotguns, and silencers.
- The Federal Firearms Act of 1938: Established a federal licensing system to regulate manufacturers, importers, and dealers of firearms.
- The Omnibus Crime Control and Safe Streets Act of 1968: Prohibited anyone under twenty-one years of age from purchasing a handgun.
- The Gun Control Act of 1968: Required that all interstate firearms transfers or sales be made through a federally licensed firearms dealer and prohibited certain categories of people—felons (indicted or convicted), fugitives, drug abusers, mentally ill persons (as determined by adjudication), illegal aliens, dishonorably discharged servicemen, US-citizenship renouncers, and domestic abusers—from possessing firearms.[31]
- The Firearm Owners Protection Act of 1986: Barred the purchase or transfer of automatic weapons without government approval.
- The Undetectable Firearms Act of 1988: Required that all firearms have at least 3.7 oz. of metal that can be detected by a metal detector.
- The Gun-Free School Zones Act of 1990: Criminalized possession or discharge of a firearm in a school zone.
- The Brady Handgun Violence Prevention Act of 1993: Required

that anyone attempting to purchase a firearm from a federally licensed dealer pass a background check.[32]

- The Federal Assault Weapons Ban of 1994: Banned the sale and possession of semiautomatic assault weapons and extended-capacity magazines not grandfathered prior to the enactment of the law.[33]

Of all of these measures, the National Firearms Act of 1934 and the Assault Weapons Ban of 1994 (AWB) were the only ones instituted primarily in an effort to reduce the carnage of mass shootings. The former was passed in response to a series of bloody gangland executions, including the infamous 1929 St. Valentine's Day massacre in Chicago.[34] While there are still machine guns in circulation, the National Firearm Act, in conjunction with the Firearm Owners Protection Act of 1986, sharply cut the availability of machine guns, which likely explains the complete elimination of massacres perpetrated with such automatic-fire weapons.

Like the National Firearms Act, the AWB was introduced following several high-profile mass shootings in the early 1990s: the Luby's restaurant, 101 California Street office complex, and Long Island Railroad train car massacres.[35] Signed into law by President Bill Clinton, the AWB went into effect on September 13, 1994. At the insistence of the gun-rights lobby, however, the bill contained a ten-year sunset provision. As Congress never renewed the ban, it automatically expired on September 13, 2004.

The decade the law was in effect nonetheless resulted in a unique experiment, allowing us to discern what impact, if any, the ban had on gun violence in general and mass shootings in particular. As to the former, the academic consensus seems to be that the AWB had a minimal impact on reducing violent crime.[36] This hardly comes as a surprise. After all, most crimes don't involve assault weapons. The real test should be: Did it succeed in its intended purpose of reducing rampage violence? The answer is a resounding yes.

Let's take a closer look.

The best way to assess the impact of something is to conduct what, in social science, we commonly refer to as a time-series analysis. Basically, that's a fancy name for a before-and-after test. Figures 7.1



Fig. 7.1. Gun Massacres Before, During, and After the Assault Weapons Ban of 1994.
Note: The lines in the graph demarcate the start and end points of the Assault Weapons Ban, which was in effect from September 13, 1994, through September 12, 2004. The data are shown from Table 3.2.




Fig. 7.2. Gun Massacres by Decade Before, During, and After the Assault Weapons Ban of 1994.
Note: The Assault Weapons Ban was in effect from September 13, 1994, through September 12, 2004. The data are drawn from Table 3.2.

and 7.2 provide a look at the before-and-after pictures. In the decade prior to the enactment of the AWB, the United States experienced nineteen gun massacres that resulted in 155 cumulative deaths, for an average death toll of 8.2 fatalities per incident. During the ten-year period that the AWB was in effect, the numbers declined substantially, with only twelve gun massacres, resulting in eighty-nine deaths, for an average of 7.4 fatalities per incident.[37] What's particularly astounding about this time period is that during the first four and a half years of the ban, there wasn't a single gun massacre in the United States. Not one. This is unprecedented in modern American history.[38] Since 1966, the longest streaks without a gun massacre prior to era of the AWB were two instances of consecutive years (1969–1970 and 1979–1980).[39] Then, all of a sudden, from September 1994 to April 1999, the country experienced a long calm. As further evidence of the AWB's effectiveness, once it expired, rampages returned with a vengeance. In the ten years after the ban, the number of gun massacres nearly tripled to thirty-four incidents, sending the total number of deaths skyrocketing to 302, for an average of 8.9 fatalities per incident.[40] These numbers paint a clear picture: America's experiment, while short-lived, was also extremely successful.[41]

## ZEROING OUT GUN MASSACRES

The biggest takeaway from America's experience with a ban on assault weapons and extended-capacity magazines is that gun-control legislation can save lives. But is there a way to get to zero? Is there a way to eliminate gun massacres once and for all? For that, we have to look overseas for insights.

One of the biggest obstacles to successful gun control is the ability to transport firearms across open, contiguous borders. In the United States, it's a problem that allows guns to flow freely from states with lax laws into states with strict laws. A common complaint frequently leveled by elected officials in places like California, Illinois, Maryland, New York, and Massachusetts is that people just need to drive across a state line and they can readily obtain firearms that they can then easily—if perhaps illegally—bring back into their jurisdictions.[42] That

was certainly the case in the Washington Navy Yard massacre. Unable to purchase a shotgun in the District of Columbia, given its strict gun laws that seriously restrict weapons possession by nonresidents, Aaron Alexis took a twenty-minute drive to Newington, Virginia, and secured his instrument of mass murder with little complication.[43]

And it's not just the United States. Continental Europe, which has eliminated passport and customs controls between most nations in an effort to create a common market, facilitates the transport and transfer of goods—both benign and dangerous. The November 2015 Paris terrorist attacks, which claimed 130 lives, serve as a prominent example of how, despite strict national gun regulations, France was unable to stop the importation of automatic weapons into the country. What happened in Paris is a terrifying reminder that disparate laws and open borders can be a recipe for disaster.[44]

It again raises another fascinating question: What about areas that can control the flow of people and products across their borders? When those entities pass tough, nationally uniform firearms restrictions, do they see significant declines in the type of violence they are trying to reduce? And, more to the point, have such jurisdictions had success in curbing gun massacres?

What better cases to examine than water-locked countries that, as a result of geography, don't share contiguous, open borders? They provide for the perfect natural experiment.

\* \* \*

Great Britain illustrates that being encircled by water doesn't make a country immune to gun violence. The island nation has certainly experienced its share of crime and bloodshed, including some horrific instances of rampage violence. One of England's most disturbing mass murders occurred on the afternoon of August 19, 1987, when twenty-seven-year-old Michael Robert Ryan went on a shooting spree in the town of Hungerford. Armed with a semiautomatic handgun and two assault rifles—all legally owned and equipped with extended-capacity magazines—Ryan killed sixteen people and wounded another fifteen before finally taking his own life. At the time, it was the deadliest gun massacre in modern British history.[45]

The British government reacted by passing the 1988 Firearms Act, which banned most semiautomatic rifles and burst-fire weapons, and tightened restrictions on certain shotguns. However, after deliberation, legislators opted to forego enacting a large-scale ban on handguns, leaving them largely available within the confines of the country's licensing scheme.[46]

Nearly a decade later, on March 13, 1996, Great Britain again fell victim to a horrific rampage. Armed with four legally owned handguns—two of them extended-capacity semiautomatic pistols—and nearly 750 rounds of ammunition, forty-three-year-old Scout leader Thomas Hamilton attacked an elementary school in Dunblane, Scotland. Storming the school's gymnasium, where physical-education classes were in progress, Hamilton gunned down a group of students and their teachers before firing a fatal round into his head.[47]

The national tragedy, which claimed seventeen innocent lives—sixteen of them children between the ages of five and six—and left fifteen others wounded, created an uproar in Great Britain. Feeling intense public pressure to further curtail the availability of weapons, the British Parliament passed two Firearms Acts in 1997 that essentially banned private ownership of handguns.[48]

Despite these legislative efforts to control firearms, on June 2, 2010, fifty-two-year-old taxi driver Derrick Bird perpetrated a series of ambush attacks across thirty different crime scenes in the English county of Cumbria. Equipped with a bolt-action rifle and a double-barrel shotgun that he was licensed to own for purposes of pest control and sport, Bird killed twelve and injured another eleven. While harder to slaughter scores of people without semiautomatic firearms, the Cumbria massacre demonstrates that it can be done if perpetrated in piecemeal fashion against unsuspecting victims across a variety of locations.[49]

The British experience with mass shootings can be seen in two different ways. On the one hand, despite the implementation of strict gun-safety measures following the Hungerford and Dunblane massacres, the nation has not been rampage-free. On the other hand, the island of approximately sixty-three million residents has come pretty close to zeroing out high-fatality mass shootings, suffering only one gun massacre since 1996. By comparison, the United States, which is roughly five times the population of Great Britain, has experienced

Firearms and Knives on Planes,'" Truth about Guns, February 1, 2012, http://www
.thetruthaboutguns.com/2012/02/robert-farago/as-a-pilot-i-don%E2%80%99t
-understand-the-reason-why-we-can%E2%80%99t-have-firearms-and-knives-on
-planes/ (accessed December 11, 2015); and Robert Farago, "U.S. Air Marshal
System a Complete Disaster," Truth about Guns, August 18, 2015, http://www
.thetruthaboutguns.com/2015/08/robert-farago/u-s-air-marshal-system-a
-complete-disaster (accessed December 11, 2015).

19. Engle, "U.S. Aviation Security Timeline."

20. Lou Michel and Dan Herbeck, *American Terrorist: Timothy McVeigh and the
Oklahoma City Bombing* (New York: Harper, 2001).

21. John Mueller and Mark G. Stewart, *Chasing Ghosts: The Policing of Terrorism*
(New York: Oxford University Press, 2016), pp. 98–100.

22. National Forensic Science Technology Center, "A Simplified Guide to
Explosives Analysis: Principles of Explosives Analysis," A Simplified Guide to
Forensic Science, 2013, http://www.forensicsciencesimplified.org/explosives/
principles.html (accessed December 11, 2015).

23. Louis Klarevas, "The Idiot Jihadist Next Door," *Foreign Policy*, December 1,
2011, http://foreignpolicy.com/2011/12/01/the-idiot-jihadist-next-door (accessed
December 11, 2015).

24. Jana Winter, "Anatomy of a Bomb: An Inexpensive and Deadly Mishmash
of Ingredients," Fox News, May 3, 2010, http://www.foxnews.com/us/2010/
05/03/anatomy-bomb.html (accessed December 11, 2015); "Timeline—From
Parking a Car Bomb to Catching a Plane," *Reuters*, May 4, 2010, http://www
.reuters.com/article/timessquare-investigation-idUSN0411707720100504 (accessed
December 11, 2015); and Peter Grier, "Times Square Bomb: Did Pakistan Taliban
Send Its 'C' Team?" *Christian Science Monitor*, May 10, 2010, http://www.csmonitor
.com/USA/2010/0510/Times-Square-bomb-Did-Pakistan-Taliban-send-its-C-team
(accessed December 11, 2015).

25. Louis Klarevas, "Bombing on the Analysis of the Times Square Bomb
Plot," *Huffington Post*, May 25, 2011, http://www.huffingtonpost.com/louis
-klarevas/bombing-on-the-analysis-o_b_565428.html (accessed December 11,
2015).

26. David Hemenway, *While We Were Sleeping: Success Stories in Injury and Violence
Prevention* (Berkeley: University of California Press, 2009).

27. Daniel W. Webster and Jon S. Vernick, eds., *Reducing Gun Violence in
America: Informing Policy with Evidence and Analysis* (Baltimore, MD: Johns Hopkins
University Press, 2013), http://home.uchicago.edu/ludwigj/papers/Impact%20
of%20Brady%20Act%202013.pdf (accessed December 11, 2015).

28. Erin G. Richardson and David Hemenway, "Homicide, Suicide, and

Unintentional Firearm Fatality: Comparing the United States with Other High-
Income Countries, 2003," *Journal of Trauma* 70 (January 2011): 238–43.

29. Sarah Kaplan, "American Exceptionalism and the 'Exceptionally
American' Problem of Mass Shootings," *Washington Post*, August 27, 2015, https://
www.washingtonpost.com/news/morning-mix/wp/2015/08/27/american
-exceptionalism-and-the-exceptionally-american-problem-of-mass-shootings
(accessed December 11, 2015).

30. David Hemenway, *Private Guns, Public Health* (Ann Arbor: University of
Michigan Press, 2006).

31. The Gun Control Act of 1968 does not apply to "antique firearms"
manufactured prior to 1899. For the statutory definition of "antique firearm," see
18 USC § 921(a)(16).

32. The Brady Handgun Violence Prevention Act of 1993 does not apply to
"antique firearms" manufactured prior to 1899. For the statutory definition of
"antique firearm," see 18 USC § 921(a)(16).

33. Hemenway, *Private Guns, Public Health*, pp. 209–12.

34. Bureau of Alcohol, Tobacco, Firearms, and Explosives, "National Firearms
Act," ATF, November 9, 2015, https://www.atf.gov/rules-and-regulations/national
-firearms-act (accessed December 11, 2015).

35. Bruce H. Kobayashi and Joseph E. Olson, "In Re: 101 California Street:
A Legal and Economic Analysis of Strict Liability for the Manufacture and Sale of
'Assault Weapons,'" *Stanford Law and Policy Review* 8 (Winter 1997): 41–51.

36. Christopher S. Koper, "America's Experience with the Federal Assault
Weapons Ban, 1994–2004: Key Findings and Implications," in *Reducing Gun Violence
in America: Informing Policy with Evidence and Analysis*, ed. Daniel W. Webster and
Jon S. Vernick (Baltimore, MD: Johns Hopkins University Press, 2013), pp. 157–71,
http://home.uchicago.edu/ludwigj/papers/Impact%20of%20Brady%20Act%20
2013.pdf (accessed December 11, 2015).

37. Out of the twelve gun massacres that occurred while the AWB was
in effect, three involved assault weapons and six involved extended-capacity
magazines. I have been unable to uncover any evidence that any of these
instruments would slide under the AWB. In fact, most were grandfathered,
meaning that they were exempted by the ban because they were legally in
circulation prior to the AWB's enactment.

38. When viewed in terms of full calendar years, the massacre-free period
ran five consecutive years, from 1994 to 1998, although it must be noted that the
AWB was not in effect for most of 1994. There were also no gun massacres in 2001.
When 2001 is combined with the four-and-a-half-year period without a high-fatality
mass shooting from September 13, 1994, through April 20, 1999, we see that over
half of the decade that the AWB was in effect was massacre-free.

39. It's worth noting that, in the years since the expiration of the AWB, there has never again been a year of reprieve from gun massacres. In every single year since 2004, the United States has not only experienced gun massacres every calendar year, but there hasn't been a single year without at least two gun massacres.

40. As shown in chapter 6, it's important to remember that assault weapons are not used frequently in gun massacres. In terms of weaponry regulated by the AWB, extended-capacity magazines are employed much more frequently in gun massacres. An examination of the AWB's impact on these two instruments shows that, during the ten-year period that the AWB was in effect, assault weapons use was cut in half compared to the decade immediately prior to the AWB's adoption. In the decade following the AWB, the use of assault weapons in gun massacres more than doubled, slightly edging out the use of such weapons in the decade prior to the ban. Deaths resulting from massacres involving assault weapons followed a similar pattern, dropping by two-fifths between the decade prior to and the decade of the ban. Deaths resulting from incidents involving assault weapons then tripled in the decade after the ban. Extended-capacity magazines saw a less sizeable decrease of roughly one-third between the decade prior to and the decade of the ban. This was then followed by a quadrupling in the decade immediately following the expiration of the AWB. Deaths from incidents involving extended-capacity magazines followed a nearly identical pattern, dropping by roughly a third and then roughly quadrupling. In terms of deaths per incident, the average number of deaths in attacks involving assault weapons went from 7.5 in the decade prior to the ban, to 8.7 in the decade of the ban, followed by 11.1 in the decade after the ban. The average number of deaths in attacks involving extended-capacity magazines followed a different trajectory. Deaths per incident went from 9.1 in the decade prior to the ban, to 7.7 in the decade of the ban, followed by 9.2 in the decade after the ban. This last finding suggests that the AWB's impact was most profound in the area of curtailing the carnage that results from employing extended-capacity magazines in mass shootings.

41. Critics might retort that my test is biased in that it only assesses the AWB's impact on gun massacres, which are mass shootings resulting in six or more victims being murdered. It's true that if the fatality threshold is lowered, there wouldn't be a period of five consecutive years without a mass shooting. But this misses the point. Gun massacres are the most troubling mass shootings precisely because they are the deadliest acts of gun violence. While the AWB might not have eliminated all mass shootings, it did drastically reduce the worst ones. And that matters.

42. See, for example, Gregor Aisch and Josh Keller, "How Gun Traffickers Get around State Gun Laws," *New York Times*, November 13, 2015, http://www.nytimes

.com/interactive/2015/11/12/us/gun-traffickers-smuggling-state-gun-laws.html (accessed December 11, 2015).

43. Tom Jackman, "Inside Sharpshooters, the Newington Gun Store Where Aaron Alexis Bought His Shotgun," *Washington Post*, September 18, 2013, https://www.washingtonpost.com/blogs/local/wp/2013/09/18/inside-sharpshooters-the-newington-gun-store-where-aaron-alexis-bought-his-shotgun (accessed August 5, 2015).

44. See, for example, Emma Graham-Harrison, "Paris Attacks Highlight France's Gun Control Problems," *Guardian*, November 15, 2015, http://www.theguardian.com/world/2015/nov/15/paris-attacks-highlight-frances-gun-control-problems (accessed December 11, 2015); and Naina Bajekal and Vivienne Walt, "How Europe's Terrorists Get Their Guns," *Time*, December 7, 2015, http://time.com/how-europes-terrorists-get-their-guns (accessed December 11, 2015). One of the firearms used in the November 2015 Paris terrorist attacks was even traced back to the United States. See Liz Henderson, Meg Wagner, and Denis Slattery, "Florida-Based Gun Dealer Known for Supporting NRA Is Linked to Weapon Used in Paris Terror Attacks," *New York Daily News*, December 12, 2015, http://www.nydailynews.com/news/national/gun-paris-terror-attack-linked-florida-dealer-article-1.2462573 (accessed April 24, 2016).

45. For a detailed analysis of the Hungerford massacre, see the Smith Report, which is reproduced in *Murderpedia*, s.v., "Michael Robert Ryan," n.d., http://murderpedia.org/male.R/r/ryan-michael-robert-report.htm (accessed December 11, 2015).

46. Clare Feikert-Ahalt, "Great Britain," in *Firearms-Control Legislation and Policy*, by Law Library of Congress (Washington, DC: Library of Congress, 2013), pp. 89–107, http://www.loc.gov/law/help/firearms-control/firearms-control.pdf (accessed December 11, 2015).

47. The Honorable Lord W. Douglas Cullen, *The Public Inquiry into the Shootings at Dunblane Primary School on 13 March 1996* (Edinburgh: Scottish Office, 1996), https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/276631/3386.pdf (accessed December 11, 2015). One of the wounded was a staff member who was struck by a bullet that passed into the school's library.

48. Feikert-Ahalt, "Great Britain"; and Michael J. North, "Gun Control in Great Britain after the Dunblane Shootings," in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis*, ed. Daniel W. Webster and Jon S. Vernick (Baltimore, MD: Johns Hopkins University Press, 2013), pp. 185–93, http://home.uchicago.edu/ludwigj/papers/Impact%20of%20Brady%20Act%202013.pdf (accessed December 11, 2015).

49. James Meikle, "Twelve Killed in Cumbria Shooting Spree," *Guardian*, June

# LAW REVIEWS AND JOURNALS

Opinion

 **VIEWPOINT**

# Regulating Assault Weapons and Large-Capacity Magazines for Ammunition

**Philip J. Cook, PhD**
Duke University,
Durham,
North Carolina.

**John J. Donohue, PhD, JD**
Stanford University,
Stanford, California.


Viewpoint pages 1177, 1179, 1181, 1183, 1185, 1187, 1189, 1193, 1195, and 1197 and Editorial page 1201

Supplemental content

**Mass public shootings in the US** account for a small fraction of all firearm-related homicides, but have an outsized role in stoking the public's concern with firearm violence. The vivid instances of attacks on people in churches, schools, and offices and at other public gathering places do vastly disproportionate damage to peace of mind by creating a sense of peril in places that should feel safe. These attacks have been increasing in frequency and deadliness in recent years. As reducing this particular type of firearm violence becomes more urgent, the case for a variety of prevention measures becomes even stronger.

This Viewpoint focuses on a measure that is highly specific to the gun violence problem—stringent regulation of assault weapons and large-capacity magazines (LCMs) for ammunition. Federal law banned the introduction of new LCMs and military-style semiautomatic firearms between 1994 and 2004, but that regulation ended in 2004 and Congress did not renew it. Now, years later, the nation is experiencing the dire effects of opening the door to the manufacture and import of these weapons; it is time to close that door.

## History and Current Status of Bans

The history of federal bans on weapons of mass destruction goes back to the 1934 National Firearms Act. Among other provisions, the Act required submachine guns and other firearms capable of fully

> Current estimates suggest that approximately 20 million assault weapons are owned by private individuals in the US, with millions of new assault weapons manufactured and imported each year.

automatic fire (ie, firing several shots with a single pull of the trigger) to be registered with the federal government.[1] All transactions involving such weapons were taxed at $200, a high confiscatory amount at the time. The registration and tax requirement remained in place, although inflation has substantially undercut the force of the transfer fee. The Act was expanded by Congress in 1986 to end the sale of new fully automatic weapons. There is some reason to believe that these restrictions have been effective. Even though the Thompson submachine gun was a notorious gangster weapon in the 1920s, fully automatic weapons of any kind are rarely used in crime in modern times or in mass public shootings.[1]

The 1994 Federal Assault Weapons Ban extended the regulation of military-style weapons to include some semi-automatic firearms. These weapons fire 1 round of ammunition for each pull of the trigger, and are capable of firing at a rate of roughly 1 per second. The 1994 Assault Weapons Ban ended the legal manufacture and import of specified firearms, as well as ammunition-feeding devices (magazines) that held more than 10 rounds of ammunition. At the time, most prohibited assault weapons were equipped with detachable magazines that held 30 rounds and could accept magazines that could hold as many as 50 or 100 rounds, thus making it possible to fire dozens of rounds without pausing to reload.[2]

The 1994 federal ban on new assault weapons had gaping loopholes. First, the federal ban did not restrict possession or transactions of existing assault weapons and LCMs. Second, manufacturers found ways to slightly modify the design of some of the banned weapons so that they met the letter of the law while preserving the military appearance and the possibility of accepting LCMs and firing high-powered ammunition quickly. Still, there is evidence that the ban had some salutary effect on mass public shootings.

The LCM ban, also in effect during 1994 to 2004, was not subject to the redesign problem because it provided a bright line that was difficult for manufacturers to overcome. There were, however, an estimated 25 million LCMs in circulation when the ban was enacted, and those remained in circulation, but with no new additions.[2] It was not just assault weapons (as defined) that were designed to use LCMs, but a variety of other semiautomatic firearms as well, so the LCM ban had much broader scope.

When the law expired in 2004, manufacturing and importations of LCMs and previously banned weapons resumed, and a surge of sales followed. Current estimates suggest that approximately 20 million assault weapons are owned by private individuals in the US, with millions of new assault weapons manufactured and imported each year.[3] The industry initially advertised these weapons as "assault rifles," and continues to promote them with military allusions but has now rebranded this type of weapon as the "modern sporting rifle."

Seven states have some version of a ban or stringent restrictions on assault weapons: California, Connecticut, Hawaii, Maryland, Massachusetts, New Jersey, and New York, as well as the District of Columbia.[4] These laws are being challenged in the courts as a violation of the Second Amendment, but have survived these challenges to date.

**Corresponding Author:** Philip J. Cook, PhD, Sanford School of Public Policy, Duke University, PO Box 90545, Durham, NC 27708 (pcook@duke.edu).

© 2022 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by Angela Maani on 10/18/2022

Compendium_Klarevas
Page 011

## Evidence of Potential Effectiveness of a National Ban

A review conducted by the RAND Corporation concluded that the handful of published studies on the effect of the ban on mass public shootings was "inconclusive" due in part to flaws in the analysis used by the 3 studies with positive findings.[4] But it is unlikely the surge in mass public shootings that involved assault weapons and LCMs that occurred after the ban would have happened if the ban had remained in place. The logic is straightforward. The sales of these weapons, which had declined during the ban, expanded greatly following its repeal, making them more widely available to everyone including would-be mass murderers.

To document recent trends in such mass public shootings requires a precise definition. One common definition for mass public shootings has several elements,[5,6] including: (1) a minimum of 4 homicides; (2) a public location; and (3) circumstance not attributable to robbery, other felonious activity, or commonplace conflict in families or among acquaintances. A comprehensive compilation of such events is the Violence Project's database of mass shootings in the US,[7] which includes the number of people killed and injured in each event and the type of weapon or weapons used.

Information from this database indicates that in the years following when the law expired in 2004, the number of mass shooting incidents greatly increased and the number of fatalities increased even more. During the period from 2015 to 2019, the number of incidents reached 33 (or 6.6 per year), which was almost twice the number during the decade when the Federal Assault Weapons Ban was in effect (eFigure and eTable in the Supplement). The number of fatalities from shootings that involved banned weapons decreased during the second half of the ban (2000-2004) and then surged during subsequent periods, reaching a total of 271 during 2015 to 2019. It was during that 5-year interval from 2015 to 2019 that 5 of the top-10 deadliest mass public shootings in US history occurred, and all were committed with assault weapons.[8] The number of fatalities resulting from mass public shootings with other weapons has remained relatively flat.

## The Australian Ban on Rapid-Fire Weapons

The Australian experience has factored into the debate over reinstituting the assault weapons ban in the US. In Australia, the impetus for banning semiautomatic weapons was a 1996 mass public shoot-

ing in Port Arthur, Tasmania, in which a young man killed 35 people with a semiautomatic rifle. Swift action by the federal and state legislatures produced legislation that banned not only manufacture and import, but private possession of semiautomatic rifles. To ease the transition, a series of firearm buybacks were instituted, and 1 million weapons were ultimately relinquished, estimated to be one-third of all privately owned guns. Australia had 11 mass shootings during the decade prior to the ban,[9] and 1 since then (a family killing in 2018 that would not count as a mass public shooting by the US definition).

The Australian experience is illustrative as a proof of concept for other countries, including the US. Of note, the ban covered all semiautomatic rifles, not just those with the specific features suggestive of use in warfare as opposed to hunting. The ban on possession of existing guns rather than only on the introduction of new guns greatly accelerated its apparent effectiveness.

## Potential Next Steps

On July 29, 2022, the US House of Representatives passed the Assault Weapons Ban of 2022. To a large extent this bill reinstituted the 1994 ban, including the ban on the sale of new semiautomatic firearms deemed to be assault weapons, and of new LCMs holding more than 10 rounds. An important innovation is that for LCMs, the bill only allows continued possession and use of existing devices, but not transfer. However, given the reality that the US Senate will not enact this bill, it is useful to consider other approaches.

States could institute or expand assault weapon bans. Indeed, just a ban on LCMs would be a promising first step, impeding access to these products by individuals who could otherwise use them to fire multiple rounds of ammunition at large numbers of people before law enforcement can be mobilized to stop the killing.

## Conclusions

In 2017, the *New York Times* polled "32 current or retired academics in criminology, public health and law, who have published extensively in peer-reviewed academic journals on gun policy"[10] to ask them what measures would be most effective in dealing with the mass shooting problem in the US, and an assault weapons ban was deemed overall by this panel to be the single most effective measure. The evidence in support of a ban has grown tragically stronger since then.[10]

ARTICLE INFORMATION

**Conflict of Interest Disclosures:** Dr Donohue reported serving as an expert witness for various government entities on matters related to assault weapons bans based on his research in this area.

REFERENCES

1. Cook PJ, Goss KA. *The Gun Debate: What Everyone Needs to Know*. 2nd ed. Oxford University Press; 2020.

2. Koper CS. An updated assessment of the federal assault weapons ban: impacts on gun markets and gun violence, 1994-2003. Accessed September 6, 2022. https://www.ojp.gov/pdffiles1/nij/grants/204431.pdf

3. Bump P. Tallying America's fascination with AR-15-style rifles. Accessed September 6, 2022. https://www.washingtonpost.com/politics/2022/05/26/tallying-americas-fascination-with-ar-15-style-rifles/

4. Smart R, Morral AR, Smucker S, et al. *The Science of Gun Policy*. RAND; 2020.

5. Duwe G. Patterns and prevalence of lethal mass violence. *Criminol Public Policy*. 2020;19(1):17-35. doi:10.1111/1745-9133.12478

6. Smart R, Schell TL. Mass shootings in the United States. Accessed September 6, 2022. https://www.rand.org/research/gun-policy/analysis/essays/mass-shootings.html

7. Violence Project. Mass shooter database: version 5.0. Accessed August 30, 2022. https://

www.theviolenceproject.org/mass-shooter-database/

8. Wikipedia. Mass shootings in the United States. Accessed August 31, 2022. https://en.wikipedia.org/wiki/Mass_shootings_in_the_United_States

9. Chapman S, Alpers P, Jones M. Association between gun law reforms and intentional firearm deaths in Australia, 1979-2013. *JAMA*. 2016;316(3):291-299. doi:10.1001/jama.2016.8752

10. Sanger-Katz M, Bui Q. How to reduce mass shooting deaths? experts rank gun laws. Published October 5, 2017. Accessed September 6, 2022. https://www.nytimes.com/interactive/2017/10/05/upshot/how-to-reduce-mass-shooting-deaths-experts-say-these-gun-laws-could-help.html

© 2022 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by Angela Maani on 10/18/2022

Compendium_Klarevas
Page 012

Journal of Trauma and Acute Care Surgery, Publish Ahead of Print
DOI: 10.1097/TA.0000000000002060

**Changes in US Mass Shooting Deaths Associated With the 1994-2004 Federal**

**Assault Weapon Ban: Analysis of Open-Source Data**

Charles DiMaggio PhD, MPH, Jacob Avraham MD, Cherisse Berry MD, Marko Bukur MD,

Justin Feldman ScD, Michael Klein MD, Noor Shah MD, Manish Tandon MD,

Spiros Frangos, MD, MPH

Author Affiliations: All authors are affiliated with the New York University School of Medicine,

Department of Surgery, Division of Trauma and Critical Care Surgery

77th Annual Meeting of AAST and 4th World Trauma Congress

Sep 26 - 29, 2018

San Diego, California

Corresponding Author:

Charles DiMaggio, PhD, MPH

Professor of Surgery and Population Health

Director of Injury Research

Department of Surgery

New York University School of Medicine

462 First Avenue, NBV 15

New York, NY 10016-9196

Charles.DiMaggio@nyumc.org

Office: 212.263.3202

Mobile: 516.308.6426

1

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Downloaded from https://journals.lww.com/jtrauma by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i+cOuA1tm+5gBW8J/oQsG1UawygczXs0SA7tTH+v1c387097cW1D3== on 11/20/2018

Email Addresses:

Charles.DiMaggio@nyumc.org

Jacob.Avraham@med.nyu.edu

Cherisse.Berry@nyumc.org

Marko.Bukur@nyumc.org

Justin.Feldman@nyumc.org

Michael.Klein@nyumc.org

Noor.Shah@med.nyu.edu

Manish.Tandon@nyumc.org

Spiros.Frangos@nyumc.org

Funding Statement: There are no federal or non-federal funding sources associated with this study.

Conflict of Interest Statement: The authors have no conflicts of interest to declare.

2

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

**Background** A federal assault weapons ban has been proposed as a way to reduce mass shootings in the U.S. (U.S). The Federal Assault Weapons Ban (A.W.B.) of 1994 made the manufacture and civilian use of a defined set of automatic and semi-automatic weapons and large capacity magazines illegal. The ban expired in 2004. The period from 1994 to 2004 serves as a single-arm pre-post observational study to assess the effectiveness of this policy intervention.

**Methods** Mass shooting data for 1981 to 2017 were obtained from three well-documented, referenced, and open-source sets of data, based on media reports. We calculated the yearly rates of mass shooting fatalities as a proportion of total firearm homicide deaths and per U.S. population. We compared the 1994-2004 federal ban period to non-ban periods, using simple linear regression models for rates and a Poison model for counts with a year variable to control for trend. The relative effects of the ban period were estimated with odds ratios.

**Results** Assault rifles accounted for 430 or 85.8% of the total 501 mass-shooting fatalities reported (95% CI 82.8, 88.9) in 44 mass-shooting incidents. Mass shootings in the U.S. accounted for an increasing proportion of all firearm-related homicides (coefficient for year = 0.7, p = 0.0003), with increment in year alone capturing over a third of the overall variance in the data (Adjusted R-squared = 0.3). In a linear regression model controlling for yearly trend, the federal ban period was associated with a statistically significant 9 fewer mass shooting related deaths per 10,000 firearm homicides (p = 0.03). Mass-shooting fatalities were 70% less likely to occur during the federal ban period (Relative Rate = 0.30, 95% CI 0.22,0.39).

**Conclusions** Mass-shooting related homicides in the U.S. were reduced during the years of the federal assault weapons ban of 1994 to 2004.

**Study Type**: Observational

**Level of Evidence**: III/IV

**Keywords**: Firearms, Mass-Shootings, Assault Weapons, Epidemiology

3

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

**Background**

Increases in firearm-related injuries, particularly mass-shooting related fatalities, in the United States (US) have contributed to a polarizing and sometimes contentious debate over gun-ownership and limiting weapons characterized as assault weapons.[1] [2] Despite the increasing sense that there is an epidemic of indiscriminate firearm violence in our schools and public spaces, there is a paucity of public health evidence on the topic. Among a number of recommendations, a federal Assault Weapons Ban (A.W.B.) has been proposed as a way to prevent and control mass shootings in the U.S. In this paper we assess evidence for the effectiveness of such a ban in preventing or controlling mass-shooting homicides in the U.S.

While mass shootings occur in other industrialized nations, the U.S. is particularly prone to these crimes. In a recent 30-year period, the U.S. had double the number of mass-shooting incidents than the next 24 industrialized nations combined.[3] Any public perception of recent increases in the number of these events is borne out by analysis of available data.[4] By one measure, there have been more deaths due to mass shootings in the U.S. in the past 18 years than in the entire 20th century.[5] While there is some debate about the role of mental illness in mass shootings,[6] [7] [8] many high-profile recent mass shootings (Aurora, Colo.; Roseburg, Ore.; San Bernardino, Calif.; Newtown, Conn.; Orlando; Las Vegas; Sutherland Springs, Texas) have been characterized by the use of semi-automatic assault rifles,[9] leading some to advocate for restrictions on the manufacture and sale of these weapons.

While survey results indicate that researchers in criminology, law and public health rank an assault weapons ban as one of the most effective measures to prevent mass-shootings, and that 67% of the US general population support such a ban,[10] the existing evidence on banning assault weapons is scant and sometimes contradictory. Most evidence is related to the Federal A.W.B.

4

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

of 1994, which made illegal the manufacture and use by civilians of a defined set of automatic and semi-automatic weapons and large capacity magazines. Formally known as "The Public Safety and Recreational Firearms Use Protection Act", was part of the broader "Violent Crime Control and Law Enforcement Act of 1994", the ban lasted 10-years, expiring in 2004 when the U.S. Congress declined to renew it.

In a study soon following the implementation of the 1994 ban, researchers reported a 55% decrease in the recovery of assault weapons by the Baltimore City Police in the first six months of 1995, indicating a statistically significant 29 fewer such firearms in the population.[11] In a 2009 study based on ICD9 external cause of injury codes for patients younger than 18 in the U.S., 11 states with assault and large-capacity magazine bans, as well as other firearm laws, were compared to 33 states without such restrictions. The incidence of firearm injuries per 1,000 total traumatic injuries was significantly lower in states with restrictive laws, 2.2 compared to 5.9.[12]

In contrast, a comprehensive 2001 evaluation of the FWA itself concluded there was "no evidence of reductions in multiple-victim gun homicides or multiple-gunshot wound victimizations". The authors cautioned their results should be "interpreted cautiously" because of the short time period since the ban's inception, and that future assessments were warranted.[13] More recent studies, while not primarily addressing the U.S. federal A.W.B. have found results generally consistent with its effectiveness in preventing mass-shooting fatalities. [14] [15]

We believe sufficient time has passed and enough data have accumulated to treat the period from 1994 to 2004 as a naturalistic pre-post observational comparison period for the association of the A.W.B. with changes in mass-shootings in the US.  Because there is no authoritative source or registry, or even a widely-agreed upon definition for these incidents, we obtained data from three open source references and restricted our analyses to only those incidents confirmed by all three

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

sources. We assess evidence for the potential effectiveness of such a ban in preventing and controlling mass-shooting homicides in the U.S. We hypothesized that the implementation of the Federal A.W.B. contributed to a reduction in mass shooting deaths as measured by the number and rate of mass shooting fatalities before, during and after the federal A.W.B.

**Methods**

Mass incident shooting data were obtained from three independent, well-documented and referenced online sources: Mother Jones Magazine, the Los Angeles Times and Stanford University.[16][17][18] These sources have each been the basis for a number of previous studies.[19][20][21][22][23][24][25][26] Data from the three online open-source references were combined. Analyses were restricted to incidents reported by all three sources. Entries were further restricted to those for which four or more fatalities (not including the shooter) were reported, which meets the strictest definition of mass shootings as defined by the Federal Bureau of Investigation.[27][28] Yearly homicide data were obtained from the US Centers for Disease Control and Prevention Web-based Injury Statistics Query and Reporting System (WISQARS) an online database of fatal and nonfatal injury.[29] Because 2017 data were not yet available in the WISQARS system, data for firearm-related homicide data for that year were obtained from a separate online source.[30]

A variable was created to indicate the 1994 to 2004 period as the federal ban period. We attempted to identify incidents involving assault weapons. An assault weapon has been defined as semiautomatic rifle that incorporates military-style features such as pistol grips, folding stocks, and high-capacity detachable magazines.[31] In this study, assault weapons were identified using the text search terms "AK", "AR", "MCX", "assault", "Assault", or "semiautomatic" in a text field for weapon details. These terms were based on descriptions of the federal assault ban

6

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

legislative language.[32] The total number of mass shooting fatalities and injuries were aggregated by year and merged with the yearly firearm homicide data.

The rate of mass shooting fatalities per 10,000 firearm homicide deaths was calculated. For the years covered by the data sources, we calculated (1) the total and yearly number of mass-shooting incidents that met the strictest criteria and were confirmed by all three sources, (2) the number of all-weapon (assault and non-assault weapons) mass-shooting fatalities, and (3) the case-fatality ratio of all-weapon mass-shooting fatalities per 100 total mass-shooting fatalities and injuries were reported. The yearly case-fatality ratio was plotted with overlying Loess line for trend and standard error limits. We also plotted the yearly rate of mass shooting fatalities per 10,000 firearm-related homicides with an overlying simple linear model with year as the predictor for (1) the total time period, and (2) for pre-ban, ban and post-ban time periods.

We evaluated assumptions of normality and linearity of the data using graphical methods such as density plots and Q-Q normal plots as well as summary statistics.  We tested the hypothesis that the federal ban period was associated with a decrease in the number and rate of mass-shooting fatalities in the U.S. with a multiple linear regression model, with total homicide-based mass-shooting fatality rate as the outcome variable, a dichotomous indicator variable for the federal ban period as the predictor variable, and year as a control variable for trend over time. We calculated the relative risk of mass shooting fatalities during the federal ban period compared to non-ban periods by using the "epitab" function of the R "epitools" package. This estimate is based on the ratio of the fatality rate during the ban period divided by the fatality rate during the non-ban period. All results are presented with two-sided p-values with a significance level of 0.05 and/or 95% confidence intervals. We conducted subgroup analysis with data restricted to incidents in which an assault-type weapon was explicitly noted.

7

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

We conducted analyses to test the sensitivity of our results to the choice of denominator with linear regression models controlling for trend with yearly rates based on (1) CDC WISQARS homicide data ending in 2016, (2) extrapolated CDC WISQARS homicide data for 2017, and (3) population denominator-based rates. We tested the robustness of our underlying modeling assumptions with an alternate mixed-effects generalized linear model of yearly mass shooting fatality counts with an observation-level random effect to account for overdispersion.

The study was determined to be exempt as non-identifiable data. The study data and analytic code are available for download at http://www.injuryepi.org/styled-2/.

**Results**

The three data sources listed incidents ranging in number from 51 (LA Times) to 335 (Stanford) and in dates from 1966 (Stanford) to 2018 (LA Times). There were a total of 51 reported cases of mass shootings between 1981 and 2017 confirmed by all three sources. Forty-four of these incidents met the strictest criteria for mass shootings (4 or more killed), totaling 501 all-weapon fatalities. In total 1,460 person were injured or killed over the 37-year period, for a total case-fatality ratio of 34.3% (95% CI 31.9, 36.8). The overall rate of mass shooting fatalities per 10,000 firearm-related homicides was 10.2 (95% CI 9.4, 11.2). There was an overall increase in the all-weapon yearly number of mass-shooting fatalities in the U.S. during the study period, (Figure 1) and evidence of a decrease in case fatality in the post 2010 period. (Figure 2) Incidents in which weapons were characterized as assault rifles accounted for 430 or 85.8% of mass-shooting fatalities (95% CI 82.8, 88.9). Weapons characterized as assault rifles accounted for *all* mass-shooting fatalities in 15 out of the 24 (62.5% [95% CI 42.6, 78.9]) years for which a mass-shooting incident was reported, accounting for a total of 230 fatalities.

8

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Between 1981 and 2017 mass shootings in the U.S. accounted for an increasing proportion of all firearm-related homicides, with increment in year accounting for nearly 32% of the overall variance in the data. During the years in which the A.W.B. was in effect, this slope decreased, with an increase in the slope of yearly mass-shooting homicides in the post-ban period. (Figure 3) A similar pattern was evident in data restricted to those incidents characterized as involving assault weapons. (Figure 4)

In a linear regression model controlling for yearly trend, the federal ban period was associated with a statistically significant 9 fewer mass-shooting related deaths per 10,000 firearm homicides per year. (Table 1) The model indicated that year and federal ban period alone accounted for nearly 40% of all the variation in the data (Adjusted R-squared = 0.37). A sub-analysis restricted to just those incidents characterized by the use of an assault weapon indicated that 7 preventable deaths during the ban period were due to assault weapons alone. (Table 2)

The risk of mass shooting fatalities during the federal van period was 53 /140,515 total firearm homicides compared to 448 / 348,528 during the non-ban periods, for a risk ratio of 0.30 (95% CI 0.22, 0.39).  The calculated risk ratio for the association of the federal ban period with mass-shooting fatalities as a proportion of all firearm-related homicides was 0.29 (95% CI 0.22,0.29), indicating that mass-shooting fatalities were 70% less likely to occur during the federal ban period.

The results of our sensitivity analyses were consistent with our main analyses for total mass shooting fatalities.  In a linear regression analysis controlling for yearly trend and restricted to the period ending in 2016 using just CDC WISQARS homicide data as the denominator, the effect of ban period was associated with a statistically significant 8 fewer mass shooting related deaths per 10,000 firearm homicides per year. (Coefficient for ban period = 8.0, p=0.05) In a

9

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

similar model using extrapolated CDC WISQARS homicide data for 2017 instead of Online Gun Violence Archive data as the denominator, the effect of ban period was associated with a statistically significant 9 fewer mass shooting related deaths per 10,000 firearm homicides per year. (Coefficient for ban period = 8.6, p=0.03) A model based on the total yearly US population as the denominator, the effect of ban period was associated with a statistically significant 0.4 fewer mass shooting related deaths per 10,000,000 population. (Coefficient for ban period = 0.4, p=0.02)

The results of a mixed-effects generalized linear Poisson model of yearly mass shooting fatality counts with an observation-level random effect to account for overdispersion were very similar whether the offset variable was the number of total firearm deaths or the population size. In either case, the assault-weapons ban period was associated with an approximately 85% reduction in mass shooting fatalities. (Table 3)

**Discussion**

Recently 75% of members of the ACS Committee on Trauma endorsed restrictions to ""civilian access to assault rifles (magazine fed,semi-automatic, i.e., AR-15)", [33] and 76% of the Board of Governors were in favor of a limit to "… civilian access to ammunition designed for military or law enforcement use (that is, armor piercing, large magazine capacity)"[34]  In 2015, the American College of Surgeons (ACS) joined seven of the largest most prestigious professional health organizations in the U.S. and the American Bar Association to call for "restricting the manufacture and sale of military-style assault weapons and large-capacity magazines for civilian use"[35].  This analysis adds evidence to support these recommendations.

10

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

No observational epidemiologic study can answer the question whether the 1994 US federal assault ban was causally related to preventing mass-shooting homicides. But, this study adds to the evidence by narrowly focusing our question on the potential effect of a national assault weapon ban on mass shootings as measured through the lens of case fatality. While the data are amenable to a number of additional analyses, such as stratification by location (e.g. school vs. non-school) or by characterization of large-capacity magazines vs. non, we chose to focus only on year of occurrence and total number of fatalities. In this way, we relied on the least subjective aspects of the published reports. We believe our results support the conclusion that the ban period was associated with fewer overall mass-shooting homicides. These results are also consistent with a similar study of the effect of a 1996 ban on assault type weapons in Australia after which mass-shooting fatalities dropped to zero. [36]

While the absolute effects of our regression analyses appears modest (7 to 9 fewer deaths per 10,000 firearm-homicides), it must be interpreted in the context of the overall number of such fatalities, which ranges from none to 60 in any given year in our data. But, if our linear regression estimate of 9 fewer mass-shooting related deaths per 10,000 homicides is correct, an assault weapons ban would have prevented 314 of the 448 or 70% of the mass-shooting deaths during the non-ban periods under study. Notably, this estimate is roughly consistent with our odds ratio estimate and Poisson model results.

Our results add to the documentation that mass-shooting related homicides are indeed increasing, most rapidly in the post-ban period, and that these incidents are frequently associated with weapons characterized as assault rifles by the language of the 1994 AWB. We did not find an increase in the case fatality ratio of mass-shooting deaths to mass-shooting injuries. This might at first seem counterintuitive and paradoxical. The destructive effect of these weapons is

11

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

unequivocal. They are engineered to cause maximum tissue damage rapidly to the greatest number of targets.  But it may be that the use of these kinds of weapons results in indiscriminate injury with additional rounds more likely to injure more people increasing the denominator in a case-fatality ratio.  By contrast, the use of non-assault weapons may result in more precise targeting of victims. It is also possible that improvements in trauma care are driving down case fatality.[37]  And it is worth noting that in absolute terms there were many more fatalities outside the ban period, and that survivable injury comes with its own physical, emotional, and economic costs, which have been estimated at $32,237 per hospital admission.[38]

Despite US federal funding restrictions on firearm related research dating to 1996,[39][40] there is a small but growing number of analyses of mass-shooting violence in the U.S. Many papers have focused on the mental health aspects of these incidents,[41][42][43] or on social effects like increased firearm acquisition following mass shootings. [44][45]  But, fewer studies have taken a strictly public health or clinical approach. Among these an autopsy-based study of the incidence and severity of mass-shooting casualties concluded the wound patterns differed sufficiently from combat injuries to require new management strategies, indicating there is much to be learned from a systematic epidemiological perspective. [46]   Recently, there have been calls to remove such funding restrictions from both academics and elected officials from across the political spectrum. [47][48]

Our choice of data and analytic approach may reasonably be debated. We chose to base our analyses on the yearly rate of mass-shooting fatalities per 10,000 overall firearm homicides. This is not a population-based risk estimate, but is in fact a risk as commonly used in the epidemiologic literature which is essentially a probability statement, i.e. the number of events that occurred over the number of times that event could occur.  It is the risk of a homicide occurring as a result of a mass shooting.  It may be considered a strong assumption to build mass

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

shooting death rates based on the overall firearm homicide rate. The demographics of most homicide victims may differ appreciably from those of mass-shooting victims. We selected this approach from among a number of imperfect potential denominators, believing that basing the rates on the number of firearm-homicides partly controls for secular trends in overall homicides and firearm availability. Our sensitivity analyses indicate that our results were robust to most any choice of denominator. We chose linear regression as our primary model because it was straightforward, accessible to most readers, accounted for linear trends in the data, and returned results in the metric in which we were most interested, i.e. changes in the rate of fatalities. Our comparative Poisson model results were essentially consistent with the primary model.

These analyses are subject to a number of additional limitations and caveats, primary among which, is that there is no authoritative source of data on mass shooting, and any one source may be biased and incomplete. It was for this reason that we chose to combine three independent sources of data, each with its own strengths and weaknesses, and base our analyses only on those numbers that were verified by all three sources. We further restricted our analyses to only the number of fatalities and the year in which the incident occurred, and to the strictest definition of mass shootings as defined by the Federal Bureau of Investigation.[49] [50] Even with this approach, the data remain imprecise and subject to differing definitions. We attempted to compensate for this by framing our questions as precisely as possible, following the advice of the scientist and statistician John Tukey to pursue, "… an approximate answer to the right question ... than the exact answer to the wrong question..."

In this study, we failed to falsify the hypothesis that the AWB was associated with a decrease in mass shooting fatalities in the U.S. But, it is important to note that our model did not include important and potentially confounding factors like state-level and local differences in assault-

13

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

weapon laws following the sun downing of the federal AWB. Additional analyses including such variables and using approaches like propensity score matching and regression discontinuity[51] with data further aggregated to state and local levels are necessary to test the strength and consistency of our results.

Federally referenced denominator data were not available for the last year of the study. We chose to use data from the Online Gun Violence Archive to account for firearm homicide in 2017. This resource is a non-partisan not-for-profit group founded and maintained by a retired computer systems analyst and gun advocate.[52]  The alternative would have been to extrapolate from the CDC data, but the 15,593 firearm-related homicides reported by the Online Gun Violence Archive in 2017 was more consistent with the 14,415 reported by CDC in 2016 compared to the 11,599 predicted by an extrapolation, and returned more conservative estimates of the increased rate of recent mass shootings. We note there were many years in which the number of mass-shooting fatalities is listed as zero. There were, in fact, fatalities and incidents in those years that could meet a definition of mass shooting, but they were not reported by all three sources, or did not meet the strict criteria we set for this analysis.

An assault weapon ban is not a panacea, nor do our analyses indicate that an assault weapon ban will result in fewer overall firearm-related homicides. It is important to recognize that suicides make up the majority of firearm related deaths in the U.S., accounting for 60.7% of 36,252 deaths from firearms in 2015.[53]  But, while this is a critically important issue in its own right, suicides differ fundamentally from mass-shootings, and are unlikely to be affected by an assault weapons ban. And, compared to the 501 mass-shooting fatalities we counted, there were 489,043 firearm-related homicides in the U.S. Public health efforts should be directed at reducing all gun violence and must be multi-pronged, including targeted initiatives to address mental illness and

14

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

reducing access to weapons in those with a propensity for violence. But taken in the context of the increase in mass shootings in the U.S. , these results support the conclusion that the federal A.W.B. of 1994 to 2004 was effective in reducing mass-shooting related homicides in the U.S., and we believe our results support a re-institution of the 1994 federal assault weapons ban as a way to prevent and control mass shooting fatalities in the United States.

15

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

# References

[1] Wolchover N. "Why Gun Control Is So Contentious in the US" *LiveScience*. 20 July 2012 https://www.livescience.com/21741-gun-control-second-amendment.html Accessed 10 August 2018.

[2] Bond S. "Students take the lead in US gun control debate". *Financial Times*. 23 February 2018. https://www.ft.com/content/9341021e-1818-11e8-9376-4a6390addb44 Accessed 10 August 2018.

[3] Lemieux F. "6 Things to Know about Mass Shootings in America" *Scientific American*. 13 June 2016. https://www.scientificamerican.com/article/6-things-to-know-about-mass-shootings-in-america/. Accessed 6 June 2018.

[4] Webster DW. The True Effect of Mass Shootings on Americans. *Annals of Internal Medicine*. 16 May 2017.  The http://annals.org/aim/fullarticle/2624992/true-effect-mass-shootings-americans. Accessed 6 June 2018.

[5] Katsiyannis A, Whitford DK, Ennis RB. Historical Examination of United States Intentional Mass School Shootings in the 20th and 21st Centuries: Implications for Students, Schools, and Society.  *Child Fam Stud* .(19 April 2018). https://doi.org/10.1007/s10826-018-1096-2

[6] Follman, M. "Mass Shootings: Maybe What We Need Is a Better Mental-Health Policy" *Mother Jones* 9 November 2012.  https://www.motherjones.com/politics/2012/11/jared-loughner-mass-shootings-mental-illness/ Accessed 11 August 2018

[7] Carey, B. "Are Mass Murderers Insane? Usually Not, Researchers Say" *New York Times*. 8 November 2017. https://www.nytimes.com/2017/11/08/health/mass-murderers-mental-illness.html Accessed 11 August 2018.

[8] Duwe G and Rocque M. "Actually, there is a clear link between mass shootings and mental illness" *Los Angeles Times*. 23 February 2018. http://www.latimes.com/opinion/op-ed/la-oe-duwe-rocque-mass-shootings-mental-illness-20180223-story.html Accessed 11 August 2018.

[9] Gillin J, Greenberg J, Jacobson L, and Valverde M.. "The facts on mass shootings in the United States" *Politifact*.  8 November 2017.  http://www.politifact.com/truth-o-meter/article/2017/nov/08/facts-mass-shootings-united-states/   Access 6 June 2018.

[10] Sanger-Katz M and Bui Q. "How to Reduce Mass Shooting Deaths? Experts Rank Gun Laws" *New York Times*. 5 October 2017.  https://www.nytimes.com/interactive/2017/10/05/upshot/how-to-reduce-mass-shooting-deaths-experts-say-these-gun-laws-could-help.html.  Accessed 6 June 2018.

[11] D. S. Weil and R. C. Knox. The Maryland ban on the sale of assault pistols and high-capacity magazines: estimating the impact in Baltimore. *Am J Public Health*. 87(2):297–8, Feb 1997.

16

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

[12] Arash Safavi, Peter Rhee, Viraj Pandit, Narong Kulvatunyou, Andrew Tang, Hassan Aziz, Donald Green, Terence O'Keeffe, Gary Vercruysse, Randall S Friese, et al. Children are safer in states with strict firearm laws: a national inpatient sample study. *J Trauma Acute Care Surg*, 76(1):146–50; discussion 150–1, Jan 2014.

[13] Koper CS,  and Roth JA. The Impact of the 1994 Federal Assault Weapon Ban on Gun Violence Outcomes: An Assessment of Multiple Outcome Measures and Some Lessons for Policy Evaluation.  *J Quant Criminol*, Vol. 17, No. 1, 2001

[14] Gius M. The impact of state and federal assault weapons bans on public mass shootings, *Applied Economics Letters*. 2015, 22(4), 281-284.

[15] Lemieux F, Bricknell S, and Prenzler, T.. Mass shootings in Australia and the United States, 1981-2013". *Journal of Criminological Research, Policy and Practice* 1(3): 131-142.

[16] Follman M, Aronsen G, Pan D and Caldwell M. US Mass Shootings, 1982-2018: Data from Mother Jones' Investigation. *Mother Jones,* 2012. https://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data/ Accessed 3 June 2018.

[17] The Los Angeles Times Staff. "Deadliest U.S. Mass Shootings, 1984-2017." *Los Angeles Times*, Oct 1, 2017,  timelines.latimes.com/deadliest-shooting-rampages/  Accessed 29 August 2018

[18] Stanford Mass Shootings in America, courtesy of the Stanford Geospatial Center and Stanford Libraries, 2016. Available at: https://library.stanford.edu/projects/mass-shootings-america. Accessed 29 August 2018

[19] Fox JA, Levin J, and Fridel EE. Extreme killing: Understanding serial and mass murder. Sage Publications, 2018.

[20] Dillon L. Mass Shootings in the U.S.: An Exploratory Study of the Trends from 1982-2012. PhD thesis, 2014.

[21] Lankford A. Public mass shooters and firearms: a cross-national study of 171 countries. *Violence Vict*, 31(2):187, 2016.

[22] Lowe SR, and Galea S. The mental health consequences of mass shootings. *Trauma Violence Abuse*, 18(1):62–82, 2017.

[23] Fox JA, Fridel EE. The tenuous connections involving mass shootings, mental illness, and gun laws. *Violence Gend*. 2016 Mar 1;3(1):14-9.

[24] Luca M, Malhotra DK, Poliquin C. The Impact of Mass Shootings on Gun Policy. Harvard Business School NOM Unit Working Paper No. 16-126. 1 Oct. 2016.

17

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

[25] Buchholtz LK. Command-Directed Mental Health Evaluations and Mental Health Related Discharges from the U.S. Military: An Argument for Command Authority. *J Health Care Finance*. 2016 Sep 21.

[26] Bradley K. Code Blue: The Expanding Field of Tactical/Battlefield Medicine. *J Law Enforcement*. 2017 Apr 1;6(2).

[27] Smart, R. Mass Shootings: Definitions and Trends. RAND Corporation. https://www.rand.org/research/gun-policy/analysis/supplementary/mass-shootings.html Accessed 2 June 2018.

[28] Krouse, WJ, and Richardson DJ, Mass Murder with Firearms: Incidents and Victims, 1999–2013, Washington, D.C.: Congressional Research Service, R44126, 2015.

[29] Centers for Disease Control and Prevention. CDC's WISQARS (Web-based Injury Statistics Query and eporting Aystem). https://www.cdc.gov/injury/wisqars/fatal.html. Accessed 12 February 2018.

[30] The Online Gun Violence Archive: Past summary ledgers. http://www.gunviolencearchive.org/past-tolls Accessed 12 February 2018.

[31] Studdert DM, Donohue JJ, and Mello MM. Testing the Immunity of the Firearm Industry to Tort Litigation. *JAMA Intern Med*. 2017; 177(1): 102-105

[32] Public Safety and Recreational Firearms Act. P.L. 103-322, Title XI. 103rd Cong. (1994).

[33] Kuhls DA, Campbell BT, Burke PA, Allee L, Hink A, Letton RW, Masiakos PT, Coburn M, Alvi M, Lerer TJ, et al. "Survey of American College of Surgeons Committee on trauma members on firearm injury: Consensus and opportunities". *J Trauma Acute Care Surg*. 2017; 82(5): 877-886.

[34] Puls M, Kuhls D, Campbell B, Burke P, Michelassi F, and Stewart R. Survey of the American College of Surgeons Board of Governors on firearm injury prevention: Consensus and opportunities. *Bulletin of the American College of Surgeons*. 4 October 2017. 102(10):30-36.

[35] Weinberger SE, Hoyt DB, Lawrence HC, Levin S, Henley DE, Alden ER, Wilkerson D, Benjamin GC, and Hubbard WC. Firearm-related injury and death in the U.S.: a call to action from 8 health professional organizations and the american bar association. *Ann Intern Med*. 162(7):513–6, Apr 2015.

[36] Chapman S, Alpers P, and Jones, M. Association Between Gun Law Reforms and Intentional Firearm Deaths in Australia, 1979-2013. *JAMA*. 2016;316(3):291-299.

[37] DiMaggio C, Ayoung-Chee P, Shinseki M, Wilson C, Marshall G, Lee DC, c, Wall S, Maulana S, Pachter HL, Frangos S. Traumatic injury in the U.S.: In-patient epidemiology 2000–2011. *Injury*. 2016 Jul;47(7):1393-403. PMID: 27157986

18

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

[38] Peek-Asa C, Butcher B, and Cavanaugh JE. Cost of hospitalization for firearm injuries by firearm type, intent, and payer in the U.S.. *Inj Epidemiol*. 4(1):20, Dec 2017.

[39] Wexler L. "Gun Shy: How a lack of funds translates to inadequate research on gun violence in America.". *Hopkins Bloomberg Public Health Fall* 2017. https://magazine.jhsph.edu/2017/fall/features/cassandra-crifasi-hopkins-moderate-gun-owner-gun-policy-researcher/how-the-dickey-amendment-affects-gun-violence-research.html.  Access 5 June 2018.

[40] Greenberg J. "Spending bill's gun research line: Does it nullify Dickey amendment?" *Politifact*. 27 March 2018. http://www.politifact.com/truth-o-meter/article/2018/mar/27/spending-bills-gun-research-line-does-it-matter/.  Accessed 6 June 2018.

[41] Pinals DA, Anacker L. Mental Illness and Firearms: Legal Context and Clinical Approaches. *Psychiatr Clin North Am*. 2016 Dec;39(4):611-621.

[42] Leiner M, De la Vega I, Johansson B..  Deadly Mass Shootings, Mental Health, and Policies and Regulations: What We Are Obligated to Do. *Front Pediatr*. 2018 Apr 16;6:99.

[43] Swartz MS, Bhattacharya S, Robertson AG, Swanson JW..  Involuntary Outpatient Commitment and the Elusive Pursuit of Violence Prevention.  *Can J Psychiatry*. 2017 Feb;62(2):102-108.

[44] Studdert DM, Zhang Y, Rodden JA, Hyndman RJ, Wintemute GJ. Handgun Acquisitions in California After Two Mass Shootings. *Ann Intern Med*. 2017 May 16;166(10):698-706

[45] Stroebe W, Leander NP, Kruglanski AW.. The impact of the Orlando mass shooting on fear of victimization and gun-purchasing intentions: Not what one might expect. *PLoS One*. 2017 Aug 11;12(8):e0182408.

[46] Smith ER, Shapiro G, Sarani B.. The profile of wounding in civilian public mass shooting fatalities. *J Trauma Acute Care Surg*. 2016 Jul;81(1):86-92.

[47] Behrman P, Redding CA, Raja S, Newton T, Beharie N, Printz D.  Society of Behavioral Medicine (SBM) position statement: restore CDC funding for firearms and gun violence prevention research. *Transl Behav Med*. 2018 Feb 21

[48] Wong, S. "GOP chairman: Congress should rethink CDC ban on gun violence research" *The Hill*. 15 February 2018 http://thehill.com/homenews/house/374149-gop-chairman-congress-should-rethink-cdc-ban-on-gun-violence-research Accessed 5 June 2018

[49] Smart, R. Mass Shootings: Definitions and Trends. RAND Corporation. https://www.rand.org/research/gun-policy/analysis/supplementary/mass-shootings.html Accessed 2 June 2018.

19

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

[50] Krouse, WJ, and Richardson DJ, Mass Murder with Firearms: Incidents and Victims, 1999–2013, Washington, D.C.: Congressional Research Service, R44126, 2015.

[51] Basu S, Meghani A, Siddiqi A. Evaluating the Health Impact of Large-Scale Public Policy Changes: Classical and Novel Approaches. *Annu Rev Public Health*. 2017;38:351-370.

[52] Drange, M. "The Kentucky gun owner who developed his own count of gun violence in the US". *The Guardian*. 23 April 2016. https://www.theguardian.com/world/2016/apr/23/kentucky-gun-owner-gun-violence-archive-mark-bryant Accessed 5 June 2018

[53] Murphy SL, Xu J, Kochanek KD, Curtin SA, Elizabeth Arias E. *National Vital Statistics Reports*. Volume 66, Number 6 November 27, 2017. Deaths: Final Data for 2015. Centers for Disease Control and Prevention.

20

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Figure Titles

Figure 1: Mass Shooting Deaths. United States 1981 – 2017

Figure 2: Case Fatality per 100 Total Mass-Shooting Injuries with Loess Smoothing Line for Trend and Standard Error Bounds.  United States 1981 – 2017.

Figure 3: Mass Shooting Deaths per 10,000 Firearm-Related Homicides with Linear Trends for Pre-Ban, Ban and Post-Ban Periods. U.S. 1981 – 2017

Figure 4: Mass-Shooting Shooting Deaths per 10,000 Firearm-Related Homicides Restricted to Incidents Involving Assault Weapons with Linear Trends for Pre-Ban, Ban and Post-Ban Periods. U.S. 1981 – 2017

Table 1: Linear Regression Effect of 1994-2004 Federal Assault Weapon Ban on Mass-Shooting Deaths per 10,000 Firearm Homicides. U.S., 1981 - 2017.

Table 2: Linear Regression Effect of 1994-2004 Federal Assault Weapon Ban on Mass-Shooting Deaths Characterized by use of Assault Weapon per 10,000 Firearm Homicides. U.S., 1981 - 20017.

Table 3: Exponentiated Coefficients Generalized Linear Poisson Model. Effect of 1994-2004 Federal Assault Weapon Ban on Mass-Shooting Death Counts.  United States, 1981 - 20017.

21

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

**Figure 1**



22

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

**Figure 2**



23

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

**Figure 3**



Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

**Figure 4**



Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

| Variable | Estimate | Std. Error | t value | p |
|---|---|---|---|---|
| (Intercept) | -1409.4 | 333.0 | -4.2 | 0.0002 |
| Year | 0.7 | 0.2 | 4.3 | 0.0001 |
| Ban Period | -8.6 | 3.9 | -2.2 | 0.03 |

26

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

| Variable | Estimate | Std. Error | t value | p |
|---|---|---|---|---|
| (Intercept) | -1219.7 | 333.9 | -3.7 | 0.0009 |
| Year | 0.6 | 0.2 | 3.7 | 0.0008 |
| Ban | -6.7 | 3.9 | -1.7 | 0.09 |

27

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

|          | Homicide Offset |        | Population Offset |        |
|----------|-----------------|--------|-------------------|--------|
| Variable | Estimate        | 95% CI | Estimate          | 95% CI |
| Year     | 0.6             | 0.2    | 3.7               | 0.0008 |
| Ban      | -6.7            | 3.9    | -1.7              | 0.09   |

28

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

AJPH OPEN-THEMED RESEARCH

# The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990–2017

*Louis Klarevas, PhD, Andrew Conner, BS, David Hemenway, PhD*

*Objectives.* To evaluate the effect of large-capacity magazine (LCM) bans on the frequency and lethality of high-fatality mass shootings in the United States.

*Methods.* We analyzed state panel data of high-fatality mass shootings from 1990 to 2017. We first assessed the relationship between LCM bans overall, and then federal and state bans separately, on (1) the occurrence of high-fatality mass shootings (logit regression) and (2) the deaths resulting from such incidents (negative binomial analysis). We controlled for 10 independent variables, used state fixed effects with a continuous variable for year, and accounted for clustering.

*Results.* Between 1990 and 2017, there were 69 high-fatality mass shootings. Attacks involving LCMs resulted in a 62% higher mean average death toll. The incidence of high-fatality mass shootings in non–LCM ban states was more than double the rate in LCM ban states; the annual number of deaths was more than 3 times higher. In multivariate analyses, states without an LCM ban experienced significantly more high-fatality mass shootings and a higher death rate from such incidents.

*Conclusions.* LCM bans appear to reduce both the incidence of, and number of people killed in, high-fatality mass shootings. (*Am J Public Health.* 2019;109:1754–1761. doi: 10.2105/AJPH.2019.305311)

The recent spate of gun massacres in the United States has re-energized the debate over how to prevent such tragedies.[1] A common response to high-profile acts of gun violence is the promotion of tighter gun legislation, and there is some evidence that laws imposing tighter restrictions on access to firearms have been associated with lower levels of mass shootings.[2] One proposal that has received renewed interest involves restricting the possession of large-capacity magazines (LCMs).[3–5] This raises an important question: what has been the impact of LCM bans on high-fatality mass shootings?

In an attempt to arrest an uptick in mass shooting violence in the early 1990s, Congress in 1994 enacted the federal assault weapons ban, which, among other things, restricted ownership of certain ammunition-feeding devices.[6,7] The law, which contained a sunset provision, was allowed to expire a decade later. Pursuant to that ban (18 USC §921(a) [1994]; repealed), it was illegal to possess LCMs—defined as any ammunition-feeding device holding more than 10 bullets—unless the magazines were manufactured before the enactment of the ban. LCM restrictions are arguably the most important component of assault weapons bans because they also apply to semiautomatic firearms without military-style features.[8,9]

Beginning with New Jersey in 1990, some states implemented their own regulations on LCMs. Today, 9 states and the District of Columbia restrict the possession of LCMs. The bans vary along many dimensions, including maximum bullet capacity of permissible magazines, grandfathering of existing LCMs, and applicable firearms. Moreover, overlaps sometimes exist between assault weapons bans and LCM bans, but not in all states. For example, California instituted a ban on assault weapons in 1989, but LCMs remained unregulated in the state until 1994, when the federal ban went into effect. In 2000, California's own statewide ban on LCMs took effect as a safeguard in the event the federal ban expired, which happened in 2004.[10,11]

LCMs provide a distinct advantage to active shooters intent on murdering numerous people: they increase the number of rounds that can be fired at potential victims before having to pause to reload or switch weapons. Evidence shows that victims struck by multiple rounds are more likely to die, with 2 studies finding that, when compared with the fatality rates of gunshot wound victims who were hit by only a single bullet, the fatality rates of those victims hit by more than 1 bullet were more than 60% higher.[12,13] Being able to strike human targets with more than 1 bullet increases shooters' chances of killing their victims. Analyses of gunshot wound victims at level I trauma centers have suggested that this multiple-impact capability is often attributable to the use of LCMs.[14,15]

In addition, LCMs provide active shooters with extended cover.[16] During an attack, perpetrators are either firing their guns or not firing their guns. While gunmen are firing, it is extremely difficult for those in the line of fire to take successful defensive maneuvers. But if gunmen run out of bullets, there are lulls in the shootings, as the perpetrators are forced to pause their attacks to reload or change weapons. These pauses provide opportunities for people to intervene and disrupt a shooting. Alternatively, they provide individuals in

## ABOUT THE AUTHORS

*Louis Klarevas is with the Teachers College, Columbia University, New York, NY. Andrew Conner is with the Frank H. Netter, MD, School of Medicine, Quinnipiac University, North Haven, CT. David Hemenway is with the Harvard T. H. Chan School of Public Health, Harvard University, Boston, MA.*

*Correspondence should be sent to Louis Klarevas, Research Professor, Office of the Provost, Teachers College, Columbia University, 525 W 120th St, New York, NY 10027 (e-mail: ljk2149@tc.columbia.edu). Reprints can be ordered at http://www.ajph.org by clicking the "Reprints" link.*

*This article was accepted July 22, 2019.*
*doi: 10.2105/AJPH.2019.305311*

Compendium_Klarevas
Page 041

AJPH OPEN-THEMED RESEARCH

harm's way with a chance to flee or hide. Legislative endeavors that restrict access to LCMs are implemented with the express objective of reducing an active shooter's multiple-impact capability and extended cover.[10]

Although mass shootings have received extensive study, there has been little scholarly analysis of LCM bans.[17–24] The studies undertaken that have broached the subject of ammunition capacity have primarily concentrated on the effect of LCM bans on violent crimes other than mass shootings or on the impact of the assault weapons bans on mass shootings.[25–27]

Evidence suggests that firearms equipped with LCMs are involved in a disproportionate share of mass shootings.[10,20,28] Proponents of LCM bans believe that without LCMs, fewer people will be killed in a mass shooting, other things equal. In turn, fewer shootings will cross the threshold required to be classified as what we call a "high-fatality mass shooting" (≥ 6 victims shot to death). If LCM bans are effective, we should expect to find that high-fatality mass shootings occur at a lower incidence rate when LCM bans are in place, and fewer people are killed in such attacks. But have LCM bans actually saved lives in practice? To our knowledge, the impact of LCM bans has never been systematically assessed. This study fills that void.

## METHODS

Mass shootings have been defined in a variety of ways, with some analyses setting the casualty threshold as low as 2 people wounded or killed and others requiring a minimum of 7 gunshot victims.[18,22,29] We focused on high-fatality mass shootings—the deadliest and most disturbing of such incidents—which are defined as intentional crimes of gun violence with 6 or more victims shot to death, not including the perpetrators.[20,30,31] After an exhaustive search, we identified 69 such incidents in the United States between 1990 and 2017. We then discerned whether each high-fatality mass shooting involved a LCM—unless otherwise stated, defined consistent with the 1994 federal ban as a detachable ammunition-feeding device capable of holding more than 10 bullets. (See Table 1 for a list of incidents and for additional details on

the search and identification strategy we employed.)

The first state to enact an LCM ban was New Jersey in 1990. Since then, another 8 states and the District of Columbia have enacted LCM bans (Table A, available as a supplement to the online version of this article at http://www.ajph.org).[10] With no LCM bans in effect before 1990, a priori we chose that year to begin our analysis to avoid inflating the impact of the bans. Our data set extends 28 years, from 1990 through 2017. As a secondary analysis, we used a 13-year data set, beginning in 2005, the first full year after the federal assault weapons ban expired.

Our primary outcome measures were the incidence of high-fatality mass shootings and the number of victims killed. We distinguished between high-fatality mass shootings occurring with and without a ban in effect. Because the federal ban was in effect nationwide from September 13, 1994, through September 12, 2004, we coded every state as being under an LCM ban during that 10-year timeframe.

Our interest was in the effect of LCM bans. We ran regression analyses to determine if any relationship between LCM bans and high-fatality mass shootings can be explained by other factors. In our state–year panel multivariate analyses, the outcome variables were (1) whether an LCM-involved high-fatality mass shooting occurred, (2) whether any high-fatality mass shooting occurred, (3) the number of fatalities in an LCM-involved high-fatality mass shooting, and (4) the number of fatalities in any high-fatality mass shooting. Our analyses first combined and then separated federal and state LCM bans.

Consistent with the suggestions and practices of the literature on firearm homicides and mass shootings, our explanatory variables are population density; proportion of population aged 19 to 24 years, aged 25 to 34 years, that is Black, and with a college degree; real per-capita median income; unemployment rate; and per-capita prison population.[2,26,27,32] We also added a variable for percentage of households with a firearm. All regression models controlled for total state population. When the dependent variable reflected occurrences of incidents (ordered choice data), we used logit regression; we ran probit regression as a sensitivity analysis. We had multiple observations for individual

states. To control for this, we utilized cluster-robust standard errors to account for the clustering of observations. When the dependent variable reflected deaths (count data), we used negative binomial regression; Gius used a Poisson regression, and we used that approach as a sensitivity analysis.[26] We included state fixed effects. We used a continuous variable for year because the rate of high-fatality mass shootings has increased over time. For purposes of sensitivity analysis, we also replaced the linear yearly trend with a quadratic function. We performed multivariate statistical analyses by using Stata/IC version 15.1 (StataCorp LP, College Station, TX).

Population data came from the US Census Bureau, unemployment data came from the Bureau of Labor Statistics, and imprisonment data came from the Bureau of Justice Statistics. The percentage of households with a firearm was a validated proxy (the percentage of suicides that are firearm suicides) derived from Centers for Disease Control and Prevention National Vital Statistics Data.[33]

## RESULTS

Between 1990 and 2017, there were 69 high-fatality mass shootings (≥ 6 victims shot to death) in the United States. Of these, 44 (64%) involved LCMs, 16 did not (23%), and for 9 (13%) we could not determine whether LCMs were used (Table 1). The mean number of victims killed in the 44 LCM-involved high-fatality mass shootings was 11.8; including the unknowns resulted in that average falling to 11.0 (not shown). The mean number of victims killed in high-fatality mass shootings in which the perpetrator did not use an LCM was 7.3 (Table B, available as a supplement to the online version of this article at http://www.ajph.org); including the unknowns resulted in that average falling to 7.1 (not shown). When we excluded unknown cases, the data indicated that utilizing LCMs in high-fatality mass shootings resulted in a 62% increase in the mean death toll.

Data sets of mass shooting fatalities by their nature involve truncated data, with the mode generally being the baseline number of fatalities required to be included in the data set (6 fatalities in the current study). Our data

Compendium_Klarevas
Page 042

| Incident | Date | City | State | LCM | Deaths, No. | State LCM Ban | Federal Assault Weapons Ban |
|---|---|---|---|---|---|---|---|
| | | TABLE 1—High-Fatality Mass Shootings in the United States, 1990–2017 | | | | | |
| 1 | Jun 18, 1990 | Jacksonville | FL | Y | 9 | N | N |
| 2 | Jan 26, 1991 | Chimayo | NM | N | 7 | N | N |
| 3 | Aug 9, 1991 | Waddell | AZ | N | 9 | N | N |
| 4 | Oct 16, 1991 | Killeen | TX | Y | 23 | N | N |
| 5 | Nov 7, 1992 | Morro Bay and Paso Robles | CA | N | 6 | N | N |
| 6 | Jan 8, 1993 | Palatine | IL | N | 7 | N | N |
| 7 | May 16, 1993 | Fresno | CA | Y | 7 | N | N |
| 8 | Jul 1, 1993 | San Francisco | CA | Y | 8 | N | N |
| 9 | Dec 7, 1993 | Garden City | NY | Y | 6 | N | N |
| 10 | Apr 20, 1999 | Littleton | CO | Y | 13 | Y | Y |
| 11 | Jul 12, 1999 | Atlanta | GA | U | 6 | Y | Y |
| 12 | Jul 29, 1999 | Atlanta | GA | Y | 9 | Y | Y |
| 13 | Sep 15, 1999 | Fort Worth | TX | Y | 7 | Y | Y |
| 14 | Nov 2, 1999 | Honolulu | HI | Y | 7 | Y | Y |
| 15 | Dec 26, 2000 | Wakefield | MA | Y | 7 | Y | Y |
| 16 | Dec 28, 2000 | Philadelphia | PA | Y | 7 | Y | Y |
| 17 | Aug 26, 2002 | Rutledge | AL | N | 6 | Y | Y |
| 18 | Jan 15, 2003 | Edinburg | TX | U | 6 | Y | Y |
| 19 | Jul 8, 2003 | Meridian | MS | N | 6 | Y | Y |
| 20 | Aug 27, 2003 | Chicago | IL | N | 6 | Y | Y |
| 21 | Mar 12, 2004 | Fresno | CA | N | 9 | Y | Y |
| 22 | Nov 21, 2004 | Birchwood | WI | Y | 6 | N | N |
| 23 | Mar 12, 2005 | Brookfield | WI | Y | 7 | N | N |
| 24 | Mar 21, 2005 | Red Lake | MN | Y | 9 | N | N |
| 25 | Jan 30, 2006 | Goleta | CA | Y | 7 | Y | N |
| 26 | Mar 25, 2006 | Seattle | WA | Y | 6 | N | N |
| 27 | Jun 1, 2006 | Indianapolis | IN | Y | 7 | N | N |
| 28 | Dec 16, 2006 | Kansas City | KS | N | 6 | N | N |
| 29 | Apr 16, 2007 | Blacksburg | VA | Y | 32 | N | N |
| 30 | Oct 7, 2007 | Crandon | WI | Y | 6 | N | N |
| 31 | Dec 5, 2007 | Omaha | NE | Y | 8 | N | N |
| 32 | Dec 24, 2007 | Carnation | WA | U | 6 | N | N |
| 33 | Feb 7, 2008 | Kirkwood | MO | Y | 6 | N | N |
| 34 | Sep 2, 2008 | Alger | WA | U | 6 | N | N |
| 35 | Dec 24, 2008 | Covina | CA | Y | 8 | Y | N |
| 36 | Jan 27, 2009 | Los Angeles | CA | N | 6 | Y | N |
| 37 | Mar 10, 2009 | Kinston, Samson, and Geneva | AL | Y | 10 | N | N |
| 38 | Mar 29, 2009 | Carthage | NC | N | 8 | N | N |
| 39 | Apr 3, 2009 | Binghamton | NY | Y | 13 | Y | N |
| 40 | Nov 5, 2009 | Fort Hood | TX | Y | 13 | N | N |
| 41 | Jan 19, 2010 | Appomattox | VA | Y | 8 | N | N |

*Continued*

Compendium_Klarevas
Page 043

**TABLE 1—Continued**

| Incident | Date | City | State | LCM | Deaths, No. | State LCM Ban | Federal Assault Weapons Ban |
|---|---|---|---|---|---|---|---|
| 42 | Aug 3, 2010 | Manchester | CT | Y | 8 | N | N |
| 43 | Jan 8, 2011 | Tucson | AZ | Y | 6 | N | N |
| 44 | Jul 7, 2011 | Grand Rapids | MI | Y | 7 | N | N |
| 45 | Aug 7, 2011 | Copley Township | OH | N | 7 | N | N |
| 46 | Oct 12, 2011 | Seal Beach | CA | N | 8 | Y | N |
| 47 | Dec 25, 2011 | Grapevine | TX | N | 6 | N | N |
| 48 | Apr 2, 2012 | Oakland | CA | N | 7 | Y | N |
| 49 | Jul 20, 2012 | Aurora | CO | Y | 12 | N | N |
| 50 | Aug 5, 2012 | Oak Creek | WI | Y | 6 | N | N |
| 51 | Sep 27, 2012 | Minneapolis | MN | Y | 6 | N | N |
| 52 | Dec 14, 2012 | Newtown | CT | Y | 27 | N | N |
| 53 | Jul 26, 2013 | Hialeah | FL | Y | 6 | N | N |
| 54 | Sep 16, 2013 | Washington | DC | N | 12 | Y | N |
| 55 | Jul 9, 2014 | Spring | TX | Y | 6 | N | N |
| 56 | Sep 18, 2014 | Bell | FL | U | 7 | N | N |
| 57 | Feb 26, 2015 | Tyrone | MO | U | 7 | N | N |
| 58 | May 17, 2015 | Waco | TX | Y | 9 | N | N |
| 59 | Jun 17, 2015 | Charleston | SC | Y | 9 | N | N |
| 60 | Aug 8, 2015 | Houston | TX | U | 8 | N | N |
| 61 | Oct 1, 2015 | Roseburg | OR | Y | 9 | N | N |
| 62 | Dec 2, 2015 | San Bernardino | CA | Y | 14 | Y | N |
| 63 | Feb 21, 2016 | Kalamazoo | MI | Y | 6 | N | N |
| 64 | Apr 22, 2016 | Piketon | OH | U | 8 | N | N |
| 65 | Jun 12, 2016 | Orlando | FL | Y | 49 | N | N |
| 66 | May 27, 2017 | Brookhaven | MS | U | 8 | N | N |
| 67 | Sep 10, 2017 | Plano | TX | Y | 8 | N | N |
| 68 | Oct 1, 2017 | Las Vegas | NV | Y | 58 | N | N |
| 69 | Nov 5, 2017 | Sutherland Springs | TX | Y | 25 | N | N |

*Note.* LCM = large-capacity magazine; N = no; U = unknown; Y = yes. From September 13, 1994, until and including September 12, 2004, each and every state, including the District of Columbia, was subject to a ban on LCMs pursuant to the federal assault weapons ban. To collect the data in Table 1, we searched the following news media resources for every shooting that resulted in 6 or more fatalities: America's Historical Newspapers, EBSCO, Factiva, Gannett Newsstand, Google News Archive, Lexis-Nexis, Newspaper Archive, Newspaper Source Plus, Newspapers.com, Newswires, ProQuest Historical Newspapers, and ProQuest Newsstand. We also reviewed mass shooting data sets maintained by *Mother Jones*, the *New York Times*, and *USA Today*. In addition to news media sources, we reviewed reports on mass shootings produced by think tank, policy advocacy, and governmental organizations, including the US Federal Bureau of Investigation Supplementary Homicide Reports, the crowdsourced Mass Shooting Tracker, and the open-source databases maintained by the Gun Violence Archive and the Stanford University Geospatial Center. Finally, when it was relevant, we also reviewed court records as well as police, forensic, and autopsy reports. As a general rule, when government sources were available, they were preferred over other sources. Furthermore, when media sources conflicted on the number of casualties or the weaponry involved, the later sources were privileged (as later reporting is often more accurate).

set of high-fatality mass shootings was no exception. As such, the median average number of fatalities for each subset of incidents—those involving and those not involving LCMs—was necessarily lower than the mean average. Nevertheless, like the mean average, the median average was higher when LCMs were employed—a median

average of 8 fatalities per incident compared with 7 fatalities per incident for attacks not involving LCMs.

For the 60 incidents in which it was known if an LCM was used, in 44 the perpetrator used an LCM. Of the 44 incidents in which the perpetrators used LCMs, 77% (34/44) were in nonban states. In the 16 incidents in

which the perpetrators did not use LCMs, 50% (8/16) were in nonban states (Table B, available as a supplement to the online version of this article at http://www.ajph.org). Stated differently, in nonban states, 81% (34/42) of high-fatality mass shooting perpetrators used LCMs; in LCM-ban states, only 55% (10/18) used LCMs.

Compendium_Klarevas
Page 044

The rate of high-fatality mass shootings increased considerably after September 2004 (when the federal assault weapons ban expired). In the 10 years the federal ban was in effect, there were 12 high-fatality mass shootings and 89 deaths (an average of 1.2 incidents and 8.9 deaths per year). Since then, through 2017, there have been 48 high-fatality mass shootings and 527 deaths (an average of 3.6 incidents and 39.6 deaths per year in these 13.3 years).

Of the 69 high-fatality mass shootings from 1990 to 2017, 49 occurred in states without an LCM ban in effect at the time and 20 in states with a ban in effect at the time. The annual incidence rate for high-fatality mass shootings in states without an LCM ban was 11.7 per billion population; the annual incidence rate for high-fatality mass shootings in states with an LCM ban was 5.1 per billion population. In that 28-year period, the rate of high-fatality mass shootings per capita was 2.3 times higher in states without an LCM ban (Table 2).

Non–LCM ban states had not only more incidents but also more deaths per incident (10.9 vs 8.2). The average annual number of high-fatality mass shooting deaths per billion population in the non–LCM ban states was 127.4. In the LCM ban states, it was 41.6 (Table 2).

For the time period beginning with the first full calendar year following the expiration of the federal assault weapons ban (January 1, 2005–December 31, 2017), there were 47 high-fatality mass shootings in the United States. Of these, 39 occurred in states where an LCM ban was not in effect, and 8 occurred in LCM ban locations. The annual incidence rate for high-fatality mass shootings in states without an LCM ban was 13.2 per billion population; for states with an LCM ban, it was 7.4 per billion population (Table 2). During this period, non–LCM ban states had not only more incidents but also more deaths per incident (11.4 vs 9.4). In terms of high-fatality mass shooting deaths per billion population, the annual number of deaths in the non–LCM ban states was 150.6; in the LCM ban states it was 69.2 (Table 2).

When we limited the analysis solely to high-fatality mass shootings that definitely involved LCMs, the differences between ban and nonban states became larger. For example, for the entire period of 1990 to 2017, of the 44 high-fatality mass shootings that involved LCMs, the annual incidence rate for LCM-involved high-fatality mass shootings in nonban states was 8.1 per billion population; in LCM-ban states it was 2.5 per billion population. The annual rate of high-fatality mass shooting deaths in the non–LCM ban states was 102.1 per billion population; in the LCM ban states it was 23.3. In terms of LCM-involved high-fatality mass shootings, we also found comparable wide differences in incidence and fatality rates between ban and nonban states for the post–federal assault weapons ban period (2005–2017; Table 2).

We found largely similar results in the multivariate analyses (1990–2017). States that did not ban LCMs were significantly more likely to experience LCM-involved high-fatality mass shootings as well as more likely to experience any high-fatality mass shootings (regardless of whether an LCM was involved). States that did not ban LCMs also experienced significantly more deaths from high-fatality mass shootings, operationalized as the absolute number of fatalities (Table 3).

When the LCM bans were separated into federal and state bans, both remained significantly related to the incidence of LCM-involved high-fatality mass shooting events and to the number of LCM-involved high-fatality mass shooting deaths. The associations between federal and state bans and

| TABLE 2—High-Fatality Mass Shootings (≥ 6 Victims Shot to Death) by Whether LCM Bans Were in Effect: United States, 1990–2017 | | | | | | |
|---|---|---|---|---|---|---|
| | Average Annual Population, No. (Millions) | Total Incidents, No. | Annual Incidents per Billion Population, No. | Total Deaths, No. | Annual Deaths per Billion Population, No. | Deaths per Incident, No. |
| All high-fatality mass shootings, 1990–2017 (28 y) | | | | | | |
| Non-LCM ban states | 149.7 | 49 | 11.7 | 534 | 127.4 | 10.9 |
| LCM ban states | 140.7 | 20 | 5.1 | 164 | 41.6 | 8.2 |
| All high-fatality mass shootings, 2005–2017 (13 y) | | | | | | |
| Non-LCM ban states | 227.8 | 39 | 13.2 | 446 | 150.6 | 11.4 |
| LCM ban states | 83.4 | 8 | 7.4 | 75 | 69.2 | 9.4 |
| LCM-involved high-fatality mass shootings, 1990–2017 (28 y) | | | | | | |
| Non-LCM ban states | 149.7 | 34 | 8.1 | 428 | 102.1 | 12.6 |
| LCM ban states | 140.7 | 10 | 2.5 | 92 | 23.3 | 9.2 |
| LCM-involved high-fatality mass shootings, 2005–2017 (13 y) | | | | | | |
| Non-LCM ban states | 227.8 | 28 | 9.5 | 369 | 124.6 | 13.2 |
| LCM ban states | 83.4 | 4 | 3.7 | 42 | 38.7 | 10.5 |
| Non-LCM high-fatality mass shootings, 1990–2017 (28 y) | | | | | | |
| Non-LCM ban states | 149.7 | 8 | 1.9 | 56 | 13.4 | 7.0 |
| LCM ban states | 140.7 | 8 | 2.0 | 60 | 15.2 | 7.5 |

*Note.* LCM = large-capacity magazine.

Compendium_Klarevas
Page 045

**TABLE 3—Multivariate Results of the Relationship Between LCM Bans and High-Fatality Mass Shootings (≥ 6 Victims Shot to Death), 1990–2017 Combined Federal and State Large Capacity Magazine Bans: United States**

| | LCM-Involved High-Fatality Mass Shootings, b (95% CI) | | All High-Fatality Mass Shootings, b (95% CI) | |
| --- | --- | --- | --- | --- |
| | Incidents[a] | No. Deaths[b] | Incidents[a] | No. Deaths[b] |
| All LCM bans (federal and state) | –2.217 (–3.493, –0.940) | –5.912 (–9.261, –2.563) | –1.283 (–2.147, –0.420) | –3.660 (–5.695, –1.624) |
| Population density | –0.011 (–0.052, 0.031) | 0.013 (–0.068, 0.095) | 0.001 (–0.003, 0.006) | 0.011 (–0.005, 0.026) |
| % aged 19–24 y | –0.480 (–1.689, 0.730) | –2.496 (–5.893, 0.901) | 0.283 (–0.599, 1.164) | –0.585 (–2.666, 1.495) |
| % aged 25–34 y | –0.801 (–1.512, –0.089) | –2.390 (–4.391, –0.388) | –0.337 (–0.871, 0.197) | –1.114 (–2.463, 0.235) |
| % Black | –0.227 (–1.062, 0.607) | –0.654 (–2.831, 1.522) | –0.163 (–0.703, 0.377) | –0.261 (–1.391, 0.870) |
| % with a bachelor's degree or higher | –0.009 (–0.492, 0.474) | –0.469 (–1.590, 0.652) | 0.143 (–0.214, 0.501) | 0.183 (–0.715, 1.081) |
| Percentage of households with a firearm (proxy) | –0.047 (–0.195, 0.101) | –0.147 (–0.546, 0.251) | –0.020 (–0.131, 0.091) | –0.084 (–0.368, 0.200) |
| Median household income | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) |
| Unemployment rate | –0.072 (–0.293, 0.149) | –0.476 (–1.081, 0.129) | 0.041 (–0.135, 0.216) | –0.182 (–0.628, 0.263) |
| Imprisonment rate (per 100 000 population) | –0.006 (–0.012, 0.001) | –0.007 (–0.017, 0.004) | –0.001 (–0.006, 0.003) | –0.003 (–0.012, 0.007) |
| Total population | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) |
| Pseudo $R^2$ | 0.31 | 0.16 | 0.26 | 0.11 |

*Note.* CI = confidence interval; LCM = large-capacity magazine. There were a total of 1428 observations in state-years (51 jurisdictions—all 50 states plus Washington, DC—over a 28-year period). Mean variance inflation factor = 3.49.
[a]Logit regression.
[b]Negative binomial regression.

the overall incidence of all high-fatality mass shootings as well as the total number of victims in these events remained strongly negative but was only sometimes statistically significant (Table 4).

In terms of sensitivity analyses, using probit instead of logit gave us similar results (not shown). When the outcome variable was the number of high-fatality mass shooting deaths, we obtained largely similar results concerning the association between LCM bans and the outcome variables, regardless of whether we used Poisson or negative binomial regression (not shown). Moreover, replacing the linear yearly trend with a quadratic function did not change the major results of the analyses (not shown). Variance inflation factors for all the independent variables never exceeded 10.0, with the variance inflation factor for LCM ban variables always being less than 2.0, indicating that there were no significant multicollinearity issues (Tables 3 and 4).

## DISCUSSION

In the United States, LCMs are disproportionately used in high-fatality mass shootings (incidents in which ≥ 6 victims are shot to death). In at least 64% of the incidents

since 1990, perpetrators used LCMs. (For 23%, we determined that they did not involve LCMs, and a determination could not be made for the remaining 13%.) Previous research has shown that LCM firearms are used in a high share of mass murders (typically defined as ≥ 4 homicides) and murders of police.[9]

We could not find reliable estimates of LCM firearms in the US gun stock. However, it is likely much lower than 64%, given that commonly owned firearms such as revolvers, bolt-action rifles, and shotguns are not typically designed to be LCM-capable. During the decade the federal assault weapons ban was in effect, no firearms were legally manufactured with LCMs for sale in the United States. In the postban era, semiautomatic firearms, especially pistols, are often sold with factory-issue LCMs, but firearms that are not semiautomatic are not sold with such magazines.

Why do we find LCMs so prominent among high-fatality mass shootings? We suspect there are 2 main reasons. The first is that perpetrators probably deliberately select LCMs because they facilitate the ability to fire many rounds without having to stop to reload. The second reason is that the ability of shooters to kill many victims—especially the 6 victims required to be included in our data set—may be reduced if LCMs are not

available. In other words, the first explanation is that shooters perceive LCMs to be more effective at killing many people; the second explanation is that LCMs are indeed more effective at killing many people.

High-fatality mass shootings are not common, even in the United States. Between 1990 and 2017, there has been an average of 2.5 incidents per year, with an average of 25 people killed annually in such attacks. However, the number of incidents and the number of people killed per incident have been increasing since the end of the federal assault weapons ban.

In our study, we found that bans on LCMs were associated with both lower incidence of high-fatality mass shootings and lower fatality tolls per incident. The difference in incidence and overall number of fatalities between states, with and without bans, was even greater for LCM-involved high-fatality mass shootings.

The multivariate results are largely consistent with these bivariate associations. When we controlled for 10 independent variables often associated with overall crime rates, as well as state and year effects, states with LCM bans had lower rates of high-fatality mass shootings and fewer high-fatality mass shooting deaths. When we investigated federal and state bans separately in the multiple

Compendium_Klarevas
Page 046

AJPH OPEN-THEMED RESEARCH

**TABLE 4—Multivariate Results of the Relationship Between Large Caliber Magazine Bans and High-Fatality Mass Shootings (≥ 6 Victims Shot to Death), 1990–2017 Separate Federal and State Large Caliber Magazine Bans: United States**

| | LCM-Involved High-Fatality Mass Shootings, b (95% CI) | | All High-Fatality Mass Shootings, b (95% CI) | |
|---|---|---|---|---|
| | Incidents[a] | No. Deaths[b] | Incidents[a] | No. Deaths[b] |
| Federal LCM ban | −1.434 (−2.622, −0.245) | −3.571 (−7.103, −0.038) | −0.895 (−1.806, 0.016) | −2.570 (−4.902, −0.238) |
| State LCM bans | −2.603 (−4.895, −0.311) | −8.048 (−15.172, −0.925) | −1.277 (−2.977, 0.422) | −3.082 (−7.227, 1.064) |
| Population density | −0.012 (−0.055, 0.030) | −0.001 (−0.085, 0.083) | 0.001 (−0.003, 0.006) | 0.009 (−0.007, 0.024) |
| % aged 19–24 y | −0.311 (−1.499, 0.878) | −2.589 (−6.057, 0.879) | 0.342 (−0.551, 1.236) | −0.531 (−2.759, 1.698) |
| % aged 25–34 y | −0.812 (−1.532, −0.093) | −2.660 (−4.848, −0.471) | −0.323 (−0.864, 0.217) | −0.848 (−2.236, 0.539) |
| % Black | −0.229 (−1.101, 0.643) | −0.770 (−3.232, 1.693) | −0.150 (−0.698, 0.398) | −0.154 (−1.321, 1.013) |
| % with a bachelor's degree or higher | −0.031 (−0.447, 0.509) | −0.479 (−1.577, 0.618) | 0.156 (−0.199, 0.511) | 0.269 (−0.567, 1.106) |
| Percentage of households with a firearm (proxy) | −0.055 (−0.210, 0.101) | −0.227 (−0.651, 0.196) | −0.019 (−0.133, 0.094) | −0.107 (−0.399, 0.186) |
| Median household income | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) |
| Unemployment rate | −0.061 (−0.284, 0.162) | −0.420 (−1.041, 0.201) | 0.046 (−0.132, 0.224) | −0.157 (−0.619, 0.305) |
| Imprisonment rate (per 100 000 population) | −0.006 (−0.013, 0.000) | −0.012 (−0.026, 0.002) | −0.002 (−0.007, 0.003) | −0.003 (−0.014, 0.007) |
| Total population | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) |
| Pseudo $R^2$ | 0.30 | 0.15 | 0.26 | 0.11 |

*Note.* CI = confidence interval; LCM = large-capacity magazine. There were a total of 1428 observations in state-years (51 jurisdictions—all 50 states plus Washington, DC—over a 28-year period). Mean variance inflation factor = 3.45.
[a]Logit regression.
[b]Negative binomial regression.

regressions, both were significantly associated with the incidence of LCM-involved high-fatality mass shootings as well as the number of victims in LCM-involved attacks. The relationship between these bans, considered separately, and all high-fatality mass shooting incidence and deaths is often not statistically significant, although this may be attributable to lack of statistical power (number of observations) to find a statistically significant effect.

Our analysis provides answers to 4 important questions:

1. How often are LCMs used in high-fatality mass shootings? At minimum, 64% of high-fatality mass shootings perpetrated between 1990 and 2017 involved LCMs.
2. Are more people killed when LCMs are used? Yes, and the difference in our data set is substantial and statistically significant (11.8 vs 7.3). We should add that our results likely underestimate the difference because we have a truncated sample (we only examined incidents with at least 6 victim fatalities), compounded by the fact that the number of homicide incidents fell as the number of victims increased.
3. Do states with LCM bans experience high-fatality mass shootings involving LCMs at a lower rate and a lower fatality

count than those states with no such bans in effect? Yes. In fact, the effect is more pronounced for high-fatality mass shootings involving LCMs than for those not involving LCMs.
4. Do states with LCM bans experience high-fatality mass shootings (regardless of whether they involve LCMs) at a lower rate and a lower fatality count than states with no such bans in effect? Yes.

## Limitations

Our study had various limitations. First, although we carefully searched for every high-fatality mass shooting, it is possible that we might have missed some. Nevertheless, we suspect that this is unlikely, because it would mean that others who compiled lists have also missed the same ones, for we checked our list against multiple sources.

Second, our definition of a high-fatality mass shooting is a shooting that results in 6 or more fatal victims. A different threshold criterion (e.g., 6 or more people shot; 5 or more victims killed), might lead to somewhat different results. We expect that as the number of victims in a shooting increases, the likelihood that the perpetrator used an LCM

also increases. Indeed, of the 13 high-fatality mass shootings with 10 or more fatalities in our data set, 12 (92%) involved an LCM.

Third, although many high-fatality mass shootings tend to be highly publicized, in 13% of the incidents we reviewed, we could not determine whether an LCM was used. As a sensitivity analysis, we assessed the assumptions that all of the unknown cases first did, and then did not, involve LCMs. Neither assumption appreciably changed our main results (not shown).

Fourth, as a general rule, clustering standard errors is most appropriate when there is a large number of treated units. Although during the decade of the federal assault weapons bans all 50 states plus the District of Columbia regulated LCMs, during the remaining time periods under examination, only 8 jurisdictions regulated LCMs. As a result, there is the possibility that the standard errors were underestimated in our analyses.[34]

Fifth, there were only 69 events that met our criterion for a "high-fatality mass shooting." Although 69 is a horrific number of incidents, for statistical purposes, it is a relatively small number and limits the power to detect significant associations. For example, we did not have the statistical power (and thus did not even try) to determine whether

Compendium_Klarevas
Page 047

different aspects of the various LCM laws might have differential effects on the incidence of high-fatality mass shootings. Moreover, because of suboptimal statistical power, there is also the possibility that the magnitude of the effects detected was overestimated.[35]

## Public Health Implications

LCMs increase the ability to fire large numbers of bullets without having to pause to reload. Any measure that can force a pause in an active shooting—creating opportunities for those in the line of fire to flee, take cover, or physically confront a gunman—offers a possibility of reducing the number of victims in such an attack. To put it in different terms, if the only firearms available were 18th-century muskets, it is doubtful that mass shootings would be the social problem they are today.

The impact of individual state firearm laws is reduced by the fact that guns often move across state lines—occasionally purchased in locales with more permissive laws and taken to states with more restrictive laws. This is partly why efforts aimed at reducing the frequency and lethality of mass shootings must necessarily be multifaceted and multidisciplinary. Legal restrictions on firearms are merely a part of this broader, public health approach. That being said, the theory behind reducing the availability of LCMs to reduce the number of victims in mass shootings makes sense, and our empirical results, consistent with much of the limited literature on mass shootings, suggest that LCM bans have been effective in saving lives. AJPH

## CONTRIBUTORS
L. Klarevas and D. Hemenway designed the study, collected the data, and contributed equally to all parts of the study. A. Conner ran the statistical analyses and helped construct the tables that report the results of the multivariate analyses. All authors approved the final article as submitted.

## ACKNOWLEDGMENTS
The authors would like to thank John Berrigan, research assistant at the Harvard Injury Control Research Center, for his assistance with the undertaking of this study.

## CONFLICTS OF INTEREST
L. Klarevas has, in the past 2 years, served as an expert to the states of Colorado and California in civil litigation that involved the constitutionality of state restrictions on large-capacity magazines. The authors have no additional conflicts of interest to report.

## HUMAN PARTICIPANT PROTECTION
No protocol approval was needed because no human participants were involved in this study.

## REFERENCES
1. Wintemute GJ. How to stop mass shootings. *N Engl J Med.* 2018;379(13):1193–1196.

2. Reeping PM, Cerda M, Kalesan B, Wiebe DJ, Galea S, Branas CC. State gun laws, gun ownership, and mass shootings in the US: cross sectional time series. *BMJ.* 2019;364(8190):1542–1548.

3. Sanger-Katz M, Bui Q. How to reduce mass shooting deaths? Experts rank gun laws. *New York Times.* October 5, 2017. Available at: https://www.nytimes.com/interactive/2017/10/05/upshot/how-to-reduce-mass-shooting-deaths-experts-say-these-gun-laws-could-help.html. Accessed June 10, 2019.

4. Kamerow D. Guns don't kill crowds, people with semi-automatics do. *BMJ.* 2011;342(1):d477.

5. Barry CL, Webster DW, Stone E, Crifasi CK, Vernick JS, McGinty EE. Public support for gun violence prevention policies among gun owners and non–gun owners in 2017. *Am J Public Health.* 2018;108(7):878–881.

6. Lenett MG. Taking a bite out of violent crime. *Univ Dayton Law Rev.* 1995;20(2):573–617.

7. Muchnick JY. The assault weapons ban: saving lives. *Univ Dayton Law Rev.* 1995;20(2):641–651.

8. Koper CS, Roth JA. The impact of the 1994 federal assault weapon ban on gun violence outcomes: an assessment of multiple outcome measures and some lessons for policy evaluation. *J Quant Criminol.* 2001;17(1):33–74.

9. Koper CS, Johnson WD, Nicholas JL, Ayers A, Mullins N. Criminal use of assault weapons and high-capacity semiautomatic firearms: an updated examination of local and national sources. *J Urban Health.* 2018;95(3):313–321.

10. Giffords Law Center to Prevent Gun Violence. Large capacity magazines. Available at: http://lawcenter.giffords.org/gun-laws/policy-areas/hardware-ammunition/large-capacity-magazines. Accessed June 10, 2019.

11. Giffords Law Center to Prevent Gun Violence. Assault weapons. Available at: https://lawcenter.giffords.org/gun-laws/policy-areas/hardware-ammunition/assault-weapons. Accessed June 10, 2019.

12. Webster DW, Champion HR, Gainer PS, Sykes L. Epidemiologic changes in gunshot wounds in Washington, DC, 1983–1990. *Arch Surg.* 1992;127(6):694–698.

13. Koper CS, Roth JA. A priori assertions versus empirical inquiry: a reply to Kleck. *J Quant Criminol.* 2001;17(1):81–88.

14. Livingston DH, Lavery RF, Lopreiato MC, Lavery DF, Passannante MR. Unrelenting violence: an analysis of 6,322 gunshot wound patients at a level I trauma center. *J Trauma Acute Care Surg.* 2014;76(1):2–9.

15. Manley NR, Fabian TC, Sharpe JP, Magnotti LJ, Croce MA. Good news, bad news: an analysis of 11,294 gunshot wounds (GSWs) over two decades in a single center. *J Trauma Acute Care Surg.* 2017;84(1):58–65.

16. McCullough J. *The Ultimate Guide to US Army Combat Skills, Tactics and Techniques.* New York, NY: Skyhorse; 2012.

17. Fox JA, DeLateur MJ. Mass shootings in America: moving beyond Newtown. *Homicide Stud.* 2014;18(1):125–145.

18. Krouse WJ, Richardson DJ. Mass murder with firearms: incidents and victims, 1999–2013. CRS Report R44126. Washington, DC: Congressional Research Service; 2015.

19. Wilson LC. *The Wiley Handbook of the Psychology of Mass Shootings.* Hoboken, NJ: Wiley; 2016.

20. Klarevas L. *Rampage Nation: Securing America From Mass Shootings.* Amherst, NY: Prometheus; 2016.

21. Schildkraut J, Elsass HJ. *Mass Shootings: Media, Myths, and Realities.* Denver, CO: Praeger; 2016.

22. Schildkraut J. *Mass Shootings in America: Understanding the Debates, Causes, and Responses.* Denver, CO: ABC-CLIO; 2018.

23. Rocque M, Duwe G. Rampage shootings: an historical, empirical, and theoretical overview. *Curr Opin Psychol.* 2018;19(1):28–33.

24. Phaneuf SW. Mass shootings: understanding the complexities. In: Hilinski-Rosick CM, Lee DR, eds. *Contemporary Issues in Victimology: Identifying Patterns and Trends.* New York, NY: Lexington; 2018.

25. Moody CE, Marvell TB. Clustering and standard error bias in fixed effects panel data regressions. *J Quant Crim;* 2018:1–23.

26. Gius M. The impact of state and federal assault weapons bans on public mass shootings. *Appl Econ Lett.* 2015;22(4):281–284.

27. Blau BM, Gorry DH, Wade C. Guns, laws and public shootings in the United States. *Appl Econ.* 2016;48(49):4732–4746.

28. Follman M, Aronsen G, Pan D. A guide to mass shootings in America. *Mother Jones.* May 31, 2019. Available at: https://www.motherjones.com/politics/2012/07/mass-shootings-map. Accessed June 10, 2019.

29. Kleck G. Large-capacity magazines and the casualty counts in mass shootings: the plausibility of linkages. *Justice Res Policy.* 2016;17(1):28–47.

30. Webster DW, Donohue JJ, Klarevas L, et al. Firearms on college campuses: research evidence and policy implications. Report of the Johns Hopkins University Center for Gun Policy and Research. Baltimore, MD: Johns Hopkins Bloomberg School of Public Health; 2016.

31. Kleck G. *Targeting Guns: Firearms and Their Control.* Hawthorne, NY: Aldine de Gruyter; 1997.

32. Hemenway D. *Private Guns, Public Health.* Ann Arbor, MI: University of Michigan Press; 2017.

33. Azrael D, Cook PJ, Miller M. State and local prevalence of firearms ownership: measurement, structure and trends. *J Quant Criminol.* 2004;20(1):43–62.

34. Conley TG, Taber CR. Inference with "difference in differences" with a small number of policy changes. *Rev Econ Stat.* 2011;93(1):113–125.

35. Button KS, Ioannidis JPA, Mokrysz C, et al. Power failure: why small sample size undermines the reliability of neuroscience [erratum *Nat Rev Neurosci.* 2013;14(6):451]. *Nat Rev Neurosci.* 2013;14(5):365–376.

JMIR PUBLIC HEALTH AND SURVEILLANCE Post et al

Original Paper

# Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis

Lori Post[1], PhD; Maryann Mason[1], PhD; Lauren Nadya Singh[1], MPH; Nicholas P Wleklinski[2], MD; Charles B Moss[3], PhD; Hassan Mohammad[1]; Tariq Z Issa[2], BA; Adesuwa I Akhetuamhen[2], MD; Cynthia A Brandt[4], MD, MPH; Sarah B Welch[1], MPH; James Francis Oehmke[1], PhD

[1]Buehler Center for Health Policy and Economics, Feinberg School of Medicine, Northwestern University, Chicago, IL, United States
[2]Feinberg School of Medicine, Northwestern University, Chicago, IL, United States
[3]Institute of Food and Agricultural Sciences, University of Florida, Gainsville, FL, United States
[4]Yale Center for Medical Informatics, Yale School of Medicine, Yale University, New Haven, CT, United States

**Corresponding Author:**
Lori Post, PhD
Buehler Center for Health Policy and Economics
Feinberg School of Medicine
Northwestern University
420 E Superior
Chicago, IL, 60611
United States
Phone: 1 203 980 7107
Email: lori.post@northwestern.edu

## *Abstract*

**Background:** Public mass shootings are a significant public health problem that require ongoing systematic surveillance to test and inform policies that combat gun injuries. Although there is widespread agreement that something needs to be done to stop public mass shootings, opinions on exactly which policies that entails vary, such as the prohibition of assault weapons and large-capacity magazines.

**Objective:** The aim of this study was to determine if the Federal Assault Weapons Ban (FAWB) (1994-2004) reduced the number of public mass shootings while it was in place.

**Methods:** We extracted public mass shooting surveillance data from the Violence Project that matched our inclusion criteria of 4 or more fatalities in a public space during a single event. We performed regression discontinuity analysis, taking advantage of the imposition of the FAWB, which included a prohibition on large-capacity magazines in addition to assault weapons. We estimated a regression model of the 5-year moving average number of public mass shootings per year for the period of 1966 to 2019 controlling for population growth and homicides in general, introduced regression discontinuities in the intercept and a time trend for years coincident with the federal legislation (ie, 1994-2004), and also allowed for a differential effect of the homicide rate during this period. We introduced a second set of trend and intercept discontinuities for post-FAWB years to capture the effects of termination of the policy. We used the regression results to predict what would have happened from 1995 to 2019 had there been no FAWB and also to project what would have happened from 2005 onward had it remained in place.

**Results:** The FAWB resulted in a significant decrease in public mass shootings, number of gun deaths, and number of gun injuries. We estimate that the FAWB prevented 11 public mass shootings during the decade the ban was in place. A continuation of the FAWB would have prevented 30 public mass shootings that killed 339 people and injured an additional 1139 people.

**Conclusions:** This study demonstrates the utility of public health surveillance on gun violence. Surveillance informs policy on whether a ban on assault weapons and large-capacity magazines reduces public mass shootings. As society searches for effective policies to prevent the next mass shooting, we must consider the overwhelming evidence that bans on assault weapons and/or large-capacity magazines work.

*(JMIR Public Health Surveill 2021;7(4):e26042)* doi: 10.2196/26042



JMIR PUBLIC HEALTH AND SURVEILLANCE

Post et al

**KEYWORDS**

firearm surveillance; assault weapons ban; large-capacity magazines; guns control policy; mass shootings; regression lines of discontinuity

## Introduction

### Background

Approximately 44,000 people are killed and an additional 100,000 people are injured by a gun each year in the United States [1,2]. Mass shooting fatalities, as a particular type of gun injury event, account for <1% of all gun deaths [3] and have largely been ignored until recently [4,5]; yet, mass shooting events occur multiple times per year [6]. This information is based on insights from firearm surveillance performed by a variety of researchers, and state and federal agencies on incidence, prevalence, risk factors, injuries, deaths, and precipitating events, similar to the surveillance of infectious diseases such as COVID-19 [7-21]. Teutch and Thacker [22] defined public health surveillance as

> the ongoing systematic collection, analysis, and interpretation of health data, essential to the planning, implementation, and evaluation of public health practice, closely integrated to the dissemination of these data to those who need to know and linked to prevention and control.

Not only do surveillance systems generate hypotheses to test but they also provide the data to test them.

The Federal Assault Weapons Ban (FAWB, also known as the Public Safety and Recreational Firearms Use Protection Act) included a ban on the manufacture for civilian use or sale of certain semiautomatic firearms defined as assault weapons as well as certain large-capacity magazines (LCMs). The Act was in effect for 10 years from 1994 until it sunsetted in 2004. Semiautomatic weapons (rapid fire) and assault weapons (second grip plus other features) are distinct; however, the two are often incorrectly conflated as similar [23-26]. Semiautomatic weapons are defined as weapons that automatically load another cartridge into a chamber, preparing the weapon for firing, but requiring the shooter to manually release and press the trigger for each round [23-26]. By contrast, automatic weapons are similarly self-loading, but allow for a shooter to hold the trigger for continuous fire [27]. Furthermore, the FAWB also prohibited certain ammunition magazines that were defined as "large-capacity" cartridges [28] containing more than 10 bullets [29]. These LCMs can feed ammunition to semiautomatic weapons that do not meet the criteria of being considered assault weapons. Furthermore, LCMs are considered one of the most important features of the FAWB as research has found a relationship between bans on LCMs and casualty counts at the state level [30-34]. The 10-year federal ban was signed into law by President Clinton on September 13, 1994 [28].

Firearm surveillance data have been used to test potential policy responses to prevent mass shootings, including the FAWB [32,34-39], Extreme Risk Protection Orders (also known as red flag laws) [40-45], and federal and state LCM bans [31,32,46]. In particular, it seems likely that the FAWB and LCM bans have potential to affect mass shootings because they regulate weapons and ammunition formats that are designed to enable rapid discharge, which is a key feature in mass shooting incidents [24,47]. Other types of gun deaths may not be responsive to the FAWB or LCM bans. As an example, Extreme Risk Protection Orders or "Red Flag" orders [43,48], which temporarily prohibit at-risk individuals from owning or purchasing firearms, may be effective for preventing firearm suicides or domestic violence homicides [49] but less effective for public mass shooters [50,51]. The prohibition of LCMs may have no impact on firearm suicide because suicide decedents only require one bullet to kill themselves [52].

Several studies during and after the FAWB attempted to determine if gun policy that restricts the production and sale of assault weapons and LCMs decreased gun deaths [53,54]. These initial studies make meaningful contributions to the literature because they describe what constitutes assault weapons, magazine capacity, ballistics, and loopholes in the FAWB legislation [3,53-57]. However, these studies have found little to no evidence that these policies have had any overall effect on firearm homicides, gun lethality, or overall crime [58-61]. Since deaths from public mass shootings comprise less than 1% of all homicides based on our definition, testing whether or not the FAWB/LCM ban has an impact on homicide would wash out the effect. Since the FAWB/LCM ban may be effective at specific types of gun deaths, sampling must be limited to specific types of shooters over overall gun deaths or tests for lethality [62,63]. Finally, the variation in research findings is related to differences in research design, sampling frame, and case definition of a public mass shooting [3,53-56,64,65].

Our study differs from other studies that evaluated the efficacy of the FAWB because we used economic methods and a different outcome variable. Specifically, we focused on whether the FAWB resulted in fewer public mass shooting "events," whereas other studies evaluated the number of gun injuries and deaths that occurred during the course of a mass shooting.

### Objective

The aim of this study was to test whether curbing *access to certain types of guns and magazines* will decrease mass shooting *events*. We sought to empirically answer if there was a relationship between the FAWB and a reduction in mass shooting events.

## Methods

### Data Source

We created a firearm surveillance system based on the National Institute of Justice–funded Violence Project dataset, which culled mass shooting events from 1966 to 2019 [6]. Consistent with earlier studies, we rely on the original Federal Bureau of Investigation (FBI) definition of a massacre, specifically where 4 or more people are killed within a single timeframe. We differentiate our mass shootings from others in that our inclusion criteria require the shootings to have occurred in a public setting.



XSL•FO

**RenderX**

Compendium_Klarevas
Page 050

We adapted this definition to only include massacres that involved gun deaths of 4 or more victims to isolate a particular type of mass shooter [66]. Many firearm surveillance systems that include mass shootings use a lower threshold of persons shot and many do not include deaths. An FBI report on active shooters in mass shooting events identified planning and preparation behaviors that are central to prevention [67]. This more narrow definition isolates premeditation, whereas broader definitions may include shooters that are more reactive [68]. Our case definition does not include family annihilators or felony killers because *familicides are defined by the victim-offender relationship, public massacres are defined by location, and felony killings are distinguished by motive* [69]. This differentiation is consistent with other mass shooting studies [70-72].

We examined the annual number of public mass shootings occurring between 1966 and 2019 that resulted in 4 or more fatalities. The hypothesis was that the FAWB reduced the number of public mass shootings per year during the period of the ban. We used regression discontinuity analysis to test the hypothesis. Regression discontinuity analysis is a standard economist tool used in policy analysis taking advantage of quasi-experimental designs [65,73].

**Analyses**

Regression discontinuity analysis allows for discontinuities or shifts in both the intercept and the slope of the trend line at both the onset and sunset of the FAWB. That is, we introduced intercept shift parameters in 1995 and 2005, and trend shift parameters for the periods 1995-2004 and 2005-2019. A statistically significant shift in a parameter indicates a discontinuity (ie, a finding that the FAWB had a statistically significant effect on the number of public mass shootings). We tested for statistical significance of the intercept and trend shift parameters both independently and jointly. All statistical inference was based on a significance level set at .05. We used the Huber-White robust residuals, which attenuate problems of autocorrelation, heteroscedasticity, and some types of model misspecification [74].

We then used the estimated model for two types of counterfactual analysis. First, we used the model to predict the number of public mass shootings that would have occurred had the FAWB not been in place. The difference between this counterfactual prediction and the modeled number of incidents with the FAWB in place provided an estimate of the number of public mass shootings that the FAWB prevented.

Second, we projected forward the number of public mass shootings that would have occurred had the FAWB been permanent (ie, continued from 2004 through to the end of the sample period). We note that in some sense, this is an "out of

sample" exercise because even though the sample extends to 2019, the FAWB ended in 2004; thus, this exercise would not pick up events in the past 15 years that would have augmented or compromised the effects of the FAWB. The difference between the modeled number of public mass shootings and the projected counterfactual number of public mass shootings could provide an estimate of the number of public mass shootings that the FAWB prevented.

We performed a regression of the 5-year moving average of public mass shootings on the US population in millions, the homicide rate, and discontinuity variables to capture both the effects of the FAWB and its discontinuation. We did not introduce a trend line for the entire sample period because it is highly collinear with the population variable. For the period of the FAWB's implementation, we originally introduced an intercept shift, time trend, and shift in the homicide rate; for the post-FAWB period, we introduced an intercept shift and a time trend. Due to collinearity, we retained only the trend shift in the final model for the FAWB period; for the post-FAWB period, we retained both the intercept and the trend shift.

## Results

We identified a total of 170 public mass shooting events, the primary outcome variable, with 4 or more fatalities between 1966 and 2019. The 5-year cumulative number of public mass shootings is shown in Figure 1, providing a visualization of the impacts of the FAWB on the number of shootings. The first mass shooting occurred in 1966; hence, the first data point for the cumulative number of shootings over the previous 5 years occurs in 1970. For 1966 and 1967, the cumulative number of public mass shootings was 3. This number then increased to 12 in 1993 and declined to 3 in 2004. After 2004, the cumulative number of public mass shootings increased to 81 in 2019. The last year of the ban, 2004, experienced the fewest public mass shootings through 2019.

The regression results showed excellent explanatory power ($R^2$=0.94). The coefficient on population was positive and statistically significant (.044, $P$<.001). This coefficient means that for every increase in population of 1 million people, there are an additional .044 public mass shooting events per year. The coefficient on the homicide rate was negative and statistically significant (−.249, $P$=.01). The coefficient on the time trend for the FAWB period captures the effect of the FAWB; this coefficient was negative and statistically significant (−.187, $P$=.001). Using prediction models in combination with regression slopes, we estimate that 11 public mass shootings were avoided due to the FAWB. The intercept discontinuity for 2005-2019 was negative and statistically significant (−2.232, $P$=.001), and the trend coefficient was positive and statistically significant (.081, $P$=.001).



XSL•FO
RenderX

Compendium_Klarevas
Page 051

**Figure 1.** Public mass shooting trend line using five year moving averages (1966-2019).



These results are graphed in Figure 2 in which the black stars represent the actual data and the green line represents the predicted numbers of public mass shootings from the regression discontinuity model. A bending of the trend during the FAWB period to become downward sloping at the end of the period is apparent, as is the return of the upward trajectory upon expiration of the FAWB. The red squares represent the projected numbers of public mass shootings during the FAWB period had there been no FAWB. The difference between the red squares and the green lines represents the predicted number of public mass shootings averted by the FAWB. The model predicts that 11 public mass shootings were averted over the period of 1995-2004.

The blue diamonds represent the projected effects of a continuation of the FAWB through 2019 based on the observed trend from 1995 to 2004. This projection indicates that 30 public mass shootings would have been prevented from 2005 to 2019 had the FAWB been left in place.

**Figure 2.** Regression lines from discontinuity analysis of the federal assault weapons ban (1994-2004).





## Discussion

### Principal Findings

In total, 1225 people were killed in a mass shooting over the past 53 years with more than half occurring in the last decade, a function of increases in mass shootings and weapon lethality [62,63,75]. Public mass shooting fatalities and injuries far outpace population growth [75]. Between 1966 and 2019, the US population increased by 67% [76], whereas public mass shooting deaths increased by over 5-fold. The rise in public mass shootings throughout the sample period is in fact partially a function of population growth and homicide rate, along with the effects of the FAWB and its removal. An increase in the US population of 1 million people was associated with an increase of .040 ($P<.005$) public mass shootings per year. During the post-FAWB period, the increase in population from approximately 300 million in 2005 to 330 million in 2019 should be associated with an increase of 1.2 public mass shootings per year, compared to the actual increase of 4 public mass shootings per year in the data (5-year moving average). After controlling for population growth and homicide rate, a positive and statistically significant coefficient (.081, $P=.001$) on the 2005-2018 trend is seen. This further indicates a separate, nonpopulation trend of increasing violence operating during the post-FAWB period. The negative coefficient on the homicide rate invalidates the hypothesis that decreases in the numbers of public mass shootings are simply reflections of an overall decreasing homicide rate. The negative intercept discontinuity is consistent with an effect of the FAWB that persists somewhat beyond the immediate end of the ban. The positive trend coefficient is consistent with the hypothesis that the FAWB was associated with a decrease in the number of public mass shootings, as the expiration of the FAWB was associated with a shift from a downward trend to an upward trend in the number of public mass shootings per year.

The most striking finding from this study is that there was a reduction in the number of public mass shooting events while the FAWB was in place. Using prediction models in combination with regression slopes, we estimate that 11 public mass shootings were avoided due to the FAWB. By projecting what would have happened if the FAWB remained in place, we found that there would have been significantly fewer public mass shootings if the FAWB had remained in place to 2019. Remarkably, although it is intuitive that the removal of assault weapons and magazine clips will reduce the lethality of a mass shooting, we observed an inverse relationship between weapons/ammunition and mass shooting events, meaning that mass shooters may be less likely to perpetrate a mass shooting without rapid fire military-style weapons. This is an independent effect, which indirectly leads to fewer injuries and deaths. DiMaggio et al [64] also found evidence of a decrease in public mass shootings during the ban; however, their study period was shorter and was restricted to 51 public mass shootings. Unlike our study, they implicitly modeled public mass shootings as a random feature of general gun homicides that had a high death count [64]. In contrast, our findings suggest that public mass shootings are a unique type of premeditated gun violence. We found that prior to enactment of the FAWB, the rate of public

mass shootings was increasing. During enactment of the FAWB, there was a downward trend of mass shooting events. After the FAWB was lifted, public mass shootings increased dramatically. Firearm homicides in general follow no such patterns.

This effect was not found in the work of Koper, Roth, and colleagues [53-55]; however, their inclusion of all gun homicides masks the ban's effect on mass shootings. Even though Peterson and Densley's [77] work focused on perpetrator histories and not the FAWB, their findings that ease of gun access is characteristic of public mass shooters further supports our study. We restricted the inclusion criteria to public mass shootings to specifically test the effectiveness of the FAWB on public mass shooting events.

Regardless of the FAWB, bringing a semiautomatic rifle with high magazine capacity to a massacre significantly increases the number of fatalities and injuries. The increase in deaths is a function of rapid fire and increased ballistic energy. The increase in injuries is also a function of rapid fire and high-capacity magazines, enabling the shooter to shoot more people in crowded venues quickly before the crowd can disperse or hide. When controlling for the FAWB, the use of assault rifles decreased by half during implementation of the ban and tripled after the ban was lifted. This is a particularly important finding given that the FAWB had loopholes and that overall violent crime is decreasing [78]. First, all people with an assault weapon prior to the FAWB were allowed to retain their semiautomatic weapons [54,64]. Second, without a buyback program, semiautomatic weapons remained in the community [54,64]. Third, the ban did not target some military assault-like weapons [54,64]. Finally, a major loophole found in gun control legislation is that buyers can bypass background checks by purchasing their weapons and ammunition from gun shows, through illegal purchasing, or legally purchasing their guns and ammunition from another gun owner [57,63,79-87]. Even with these loopholes and issues, there was still a significant reduction in public mass shootings during the FAWB. These loopholes indicate that most people who purchase assault weapons do not become mass shooters; however, mass shooters require assault weapons and LCMs to carry out a mass shooting. Ban effectiveness might have improved if all assault weapons were included in the FAWB.

Some recent studies have specifically analyzed the effects of LCM bans on the incidence of public mass shootings. In a review of state legislation, Webster et al [88] found that bans of LCMs were associated with a significant reduction in the incidence of fatal public mass shootings. This study shows that the FAWB, which included a ban on LCMs, was associated with fewer fatalities and injuries during mass shootings in addition to fewer public mass shooting events. Koper et al [27] previously reported that 19% of public mass shootings resulting in 4 or more fatalities included the use of LCMs, while only 10% involved an assault weapon. Klarevas et al [29] found a similar pattern in shootings of 6 or more people, in which 67% of shooters utilized LCMs, whereas only 26% utilized an assault weapon. Because our study only looked at effects of the FAWB, which included an LCM ban, we were only able to determine the combined effects of limiting assault weapons and LCMs. To be clear, the reduction in the number of public mass

JMIR PUBLIC HEALTH AND SURVEILLANCE                                                    Post et al

shootings, and resulting fatalities and injuries, may be a function of the ban on assault weapons, assault weapons plus LCMs, or only LCMs. We cannot separate out their independent effects at the national level.

Unlike our study, Webster et al [88] did not evaluate the incidence of assault weapons used in public mass shootings. Rather, they focused on fatalities from public mass shootings vs public mass shooting events. Although Webster et al [88] utilized the FBI Supplemental Homicide Report as their dataset, which is a voluntary reporting measurement system prone to errors in reporting, their findings are applicable to our analysis.

## Limitations

Although we found statistically significant decreases during the FAWB, we cannot isolate aspects of the policy that are attributed to the decline. Most notably, the FAWB also included LCMs during the ban. It may be that the type of gun and/or the type of magazine resulted in a decline. Indeed, assault weapons and LCMs provide the means to carry out a mass shooting; however, there are likely other factors beyond this study that partially explain the radical increase in public mass shootings in the post-FAWB period. For example, the FAWB was in place from 1994 to 2004, which is the same time period that the US population largely adopted the internet, along with associated social communication software and websites. This may have

resulted in better tracking of public mass shootings or increased media coverage. Because our study specifically targeted the federal legislation, we omitted state-level gun policies such as state-level prohibitions on certain types of guns, LCMs, or more lethal types of bullets. It is likely that the internet serves as a contagion and as a guide to potential mass shooters, allowing them to access weapons and multiple stories about other mass shooters [62,67,89,90].

## Conclusions

In summary, public mass shootings are a unique and specific type of homicide by a gun. We found evidence that public mass shootings are qualitatively different from general homicides because after the FAWB expired, mass shooting events increased while general homicides decreased. The increase in public mass shootings was more dramatic in the final 10 years of the study period following the end of the FAWB. We suspect that these outcomes may be improved by removing existing semiautomatic weapons with large bullet capacity by creating a buyback program for all rapid-firing weapons. Moreover, the legislation would be strengthened if it closed loopholes that allow gun buyers to get around the background check legislation and other purchase prohibitions by exempting gun shows and internet or person-to-person purchases, which were exempted from the FAWB and LCM ban [87].

## Acknowledgments

The Violence Project Mass Shooter database generated data for our surveillance. This study was financially supported by the Buehler Endowment at Feinberg School of Medicine.

## Conflicts of Interest

None declared.

## References

1. Web-based Injury Statistics Query and Reporting System. Centers for Disease Control and Prevention, Injury Prevention and Control. 2020 Jul 01. URL: https://www.cdc.gov/injury/wisqars/index.html [accessed 2021-01-15]
2. Christensen AJ, Cunningham R, Delamater A, Hamilton N. Introduction to the special issue on gun violence: addressing a critical public health challenge. J Behav Med 2019 Aug;42(4):581-583. [doi: 10.1007/s10865-019-00075-8] [Medline: 31367923]
3. Drake B. Mass shootings rivet national attention, but are a small share of gun violence. Pew Research Center. 2013 Sep 17. URL: https://www.pewresearch.org/fact-tank/2013/09/17/mass-shootings-rivet-national-attention-but-are-a-small-share-of-gun-violence/ [accessed 2020-12-10]
4. Bowers TG, Holmes ES, Rhom A. The nature of mass murder and autogenic massacre. J Police Crim Psych 2009 Nov 7;25(2):59-66. [doi: 10.1007/s11896-009-9059-6]
5. Delisi M, Scherer AM. Multiple homicide offenders. Crim Justice Behav 2016 Jun 30;33(3):367-391. [doi: 10.1177/0093854806286193]
6. Mass shooter database. The Violence Project. 2020. URL: https://www.theviolenceproject.org/ [accessed 2021-01-14]
7. Shelby D. Association between adult alcohol misuse, adult mental health, and firearm storage practices in households with children: findings from the Behavioral Risk Factor Surveillance System (BRFSS). MPH Thesis. ScholarWorks @ Georgia State University. 2021 Dec 09. URL: https://scholarworks.gsu.edu/iph_theses/725 [accessed 2021-01-08]
8. Loder R, Mishra A, Atoa B, Young A. Spinal injury associated with firearm use. Cureus 2021 Mar 16;13(3):e13918 [FREE Full text] [doi: 10.7759/cureus.13918]
9. Mueller KL, Trolard A, Moran V, Landman JM, Foraker R. Positioning public health surveillance for observational studies and clinical trials: The St. Louis region-wide hospital-based violence intervention program data repository. Contemp Clin Trials Commun 2021 Mar;21:100683 [FREE Full text] [doi: 10.1016/j.conctc.2020.100683] [Medline: 33385095]



10. Horn DL, Butler EK, Stahl JL, Rowhani-Rahbar A, Littman AJ. A multi-state evaluation of the association between mental health and firearm storage practices. Prev Med 2021 Apr;145:106389. [doi: 10.1016/j.ypmed.2020.106389] [Medline: 33385422]

11. Gunn JF, Boxer P. Gun laws and youth gun carrying: results from the youth risk behavior surveillance system, 2005-2017. J Youth Adolesc 2021 Mar;50(3):446-458. [doi: 10.1007/s10964-020-01384-x] [Medline: 33420890]

12. Rozel J, Soliman L, Jain A. The gun talk: how to have effective conversations with patients and families about firearm injury prevention. In: Zun LS, Nordstrom K, Wilson MP, editors. Behavioral Emergencies for Healthcare Providers. Switzerland: Springer; Jan 05, 2021:465-473.

13. Keyes KM, Kandula S, Olfson M, Gould MS, Martínez-Alés G, Rutherford C, et al. Suicide and the agent–host–environment triad: leveraging surveillance sources to inform prevention. Psychol Med 2021 Mar 05;51(4):529-537. [doi: 10.1017/s003329217200536x]

14. Bluestein G, Hallerman T. Future directions for firearm injury intervention, policy, and research. In: Lee LK, Fleeger EW, editors. Pediatric Firearm Injuries and Fatalities: The Clinician's Guide to Policies and Approaches to Firearm Harm Prevention. Switzerland: Springer; Feb 06, 2021:223-234.

15. Oehmke J, Moss C, Singh L, Oehmke T, Post L. Dynamic panel surveillance of COVID-19 transmission in the United States to inform health policy: observational statistical study. J Med Internet Res 2020 Oct 05;22(10):e21955 [FREE Full text] [doi: 10.2196/21955] [Medline: 32924962]

16. Oehmke J, Oehmke T, Singh L, Post L. Dynamic panel estimate-based health surveillance of SARS-CoV-2 infection rates to inform public health policy: model development and validation. J Med Internet Res 2020 Sep 22;22(9):e20924 [FREE Full text] [doi: 10.2196/20924] [Medline: 32915762]

17. Post L, Benishay E, Moss C, Murphy R, Achenbach C, Ison M, et al. Surveillance metrics of SARS-CoV-2 transmission in central Asia: longitudinal trend analysis. J Med Internet Res 2021 Feb 03;23(2):e25799 [FREE Full text] [doi: 10.2196/25799] [Medline: 33475513]

18. Post LA, Issa TZ, Boctor MJ, Moss CB, Murphy RL, Ison MG, et al. Dynamic public health surveillance to track and mitigate the US COVID-19 epidemic: longitudinal trend analysis study. J Med Internet Res 2020 Dec 03;22(12):e24286 [FREE Full text] [doi: 10.2196/24286] [Medline: 33216726]

19. Post LA, Lin JS, Moss CB, Murphy RL, Ison MG, Achenbach CJ, et al. SARS-CoV-2 wave two surveillance in East Asia and the Pacific: longitudinal trend analysis. J Med Internet Res 2021 Feb 01;23(2):e25454 [FREE Full text] [doi: 10.2196/25454] [Medline: 33464207]

20. Post L, Marogi E, Moss CB, Murphy RL, Ison MG, Achenbach CJ, et al. SARS-CoV-2 surveillance in the Middle East and North Africa: longitudinal trend analysis. J Med Internet Res 2021 Jan 15;23(1):e25830 [FREE Full text] [doi: 10.2196/25830] [Medline: 33302252]

21. Post L, Argaw ST, Jones C, Moss CB, Resnick D, Singh LN, et al. A SARS-CoV-2 surveillance system in Sub-Saharan Africa: modeling study for persistence and transmission to inform policy. J Med Internet Res 2020 Nov 19;22(11):e24248 [FREE Full text] [doi: 10.2196/24248] [Medline: 33211026]

22. Teutsch S, Thacker S. Planning a public health surveillance system. Epidemiol Bull 1995 Mar;16(1):1-6. [Medline: 7794696]

23. Jacobs J, Fuhr Z. The Safe Act: New York's ban on assault weapons and large capacity magazines. Crim Law Bull 2017 Jun 29;53(1):4 [FREE Full text]

24. Wallace EG. Assault weapon myths. South Ill Univ Law J 2018 Nov 18;43:193. [doi: 10.4135/9781452229300.n127]

25. Kopel D, Lowy J, Rostron A. Heller and "Assault Weapons". Campbell Law Rev 2018 Feb 02;40(2):461-480 [FREE Full text]

26. Pfau MW. Defining the deadly: definitional argument and the assault weapons ban controversy. Argum Advocacy 2020 Jul 20;56(3):155-173. [doi: 10.1080/10511431.2020.1793276]

27. Koper CS, Johnson WD, Nichols JL, Ayers A, Mullins N. Criminal use of assault weapons and high-capacity semiautomatic firearms: an updated examination of local and national sources. J Urban Health 2018 Jun;95(3):313-321 [FREE Full text] [doi: 10.1007/s11524-017-0205-7] [Medline: 28971349]

28. United States Congress House Committee on the Judiciary. Subcommittee on Crime and Criminal Justice. Public Safety and Recreational Firearms Use Protection Act. In: Hearing before the Subcommittee on Crime and Criminal Justice of the Committee on the Judiciary, House of Representatives, One Hundred Third Congress, second session, on H.R. 3527. Washington, DC: US Government; Apr 25, 1994.

29. Klarevas L, Conner A, Hemenway D. The effect of large-capacity magazine bans on high-fatality mass shootings, 1990–2017. Am J Public Health 2019 Dec;109(12):1754-1761. [doi: 10.2105/ajph.2019.305311]

30. Kleck G. Large-capacity magazines and the casualty counts in mass shootings. Justice Res Policy 2016 Jun 01;17(1):28-47. [doi: 10.1177/1525107116674926]

31. Abbasi J. Large-capacity magazine bans linked with fewer mass shootings, deaths. JAMA 2020 Jan 14;323(2):108-109. [doi: 10.1001/jama.2019.20457] [Medline: 31851333]

32. Koper CS. Assessing the potential to reduce deaths and injuries from mass shootings through restrictions on assault weapons and other high‐capacity semiautomatic firearms. Criminol Public Policy 2020 Jan 10;19(1):147-170. [doi: 10.1111/1745-9133.12485]



Compendium_Klarevas
Page 055

33. Towers S, Wallace D, Hemenway D. Temporal trends in public mass shootings: high-capacity magazines significantly increase fatality counts, and are becoming more prevalent. medRxiv preprint server. 2019 Dec 15. URL: https://www.medrxiv.org/content/10.1101/2019.12.12.19014738v1 [accessed 2021-04-17]

34. Webster DW, McCourt AD, Crifasi CK, Booty MD, Stuart EA. Evidence concerning the regulation of firearms design, sale, and carrying on fatal mass shootings in the United States. Criminol Public Policy 2020 Jan 30;19(1):171-212. [doi: 10.1111/1745-9133.12487]

35. Lowy J. Comments on assault weapons, the right to arms, and the right to live. Harv J Law Public Policy 2020;43(2):375-386 [FREE Full text]

36. Kim A. United States gun policy and the effect on mass shootings. California State University Northridge Scholarworks Open Access Repository. Northridge, CA: CSU Northridge University Library; 2020 Aug 25. URL: http://hdl.handle.net/10211.3/217278 [accessed 2020-12-06]

37. Pfau MW. Defining the deadly: definitional argument and the assault weapons ban controversy. Argum Advocacy 2020 Jul 20;56(3):155-173. [doi: 10.1080/10511431.2020.1793276]

38. Balakrishna M, Wilbur KC. How the Massachusetts Assault Weapons Ban Enforcement Notice changed firearm sales. SSRN J 2021 Feb 4:1-51 [FREE Full text] [doi: 10.2139/ssrn.3779510]

39. Soto L, Chheda S, Soto J. Reducing fatalities in mass attacks and the related matter of gun control policy following the El Paso August 2019 shooting. Tex Hisp J Law Policy 2020;26:85.

40. Nagin DS, Koper CS, Lum C. Policy recommendations for countering mass shootings in the United States. Criminol Public Policy 2020 Jan 10;19(1):9-15. [doi: 10.1111/1745-9133.12484]

41. Gay C. 'Red Flag' laws: how law enforcement's controversial new tool to reduce mass shootings fits within current Second Amendment jurisprudence. Boston Coll Law Rev 2020 Apr 30;61(4):1491-1533 [FREE Full text]

42. Nielsen D. Disarming dangerous persons: how Connecticut's Red Flag Law saves lives without jeopardizing constitutional protections. Quinnipiac Health Law J 2020;23(3):253.

43. Blocher J, Charles J. Firearms, extreme risk, and legal design: "Red Flag" laws and due process. Virginia Law Rev 2020 Oct 19;106(6):1285.

44. Kopel DB. Red Flag Laws: proceed with caution. Law Psychol Rev 2020 Jul 16:forthcoming [FREE Full text] [doi: 10.2139/ssrn.3653555]

45. Blodgett S. Dementia, guns, Red Flag laws: Can Indiana's Statute balance elders' constitutional rights and public safety? NAELA J 2020 Sep;16:1-22 [FREE Full text]

46. Kerr S. "What We Need Is Bullet Control": could regulation of bullets reduce mass shootings? In: Crews G, editor. Handbook of Research on Mass Shootings and Multiple Victim Violence. Hershey, PA: IGI Global; Oct 2019:432-446.

47. Moore EE. Another mass shooting: Time to ban the assault rifle. J Trauma Acute Care Surg 2018 Jun;84(6):1036. [doi: 10.1097/TA.0000000000001863] [Medline: 29799817]

48. Delaney GA, Charles JD. A double-filter provision for expanded Red Flag laws: a proposal for balancing rights and risks in preventing gun violence. J Law Med Ethics 2020 Dec;48(4_suppl):126-132. [doi: 10.1177/1073110520979412] [Medline: 33404308]

49. Honberg RS. Mental illness and gun violence: research and policy options. J Law Med Ethics 2020 Dec;48(4_suppl):137-141. [doi: 10.1177/1073110520979414] [Medline: 33404306]

50. Laqueur HS, Wintemute GJ. Identifying high‐risk firearm owners to prevent mass violence. Criminol Public Policy 2019 Dec 16;19(1):109-127. [doi: 10.1111/1745-9133.12477]

51. Pallin R, Schleimer JP, Pear VA, Wintemute GJ. Assessment of extreme risk protection order use in California from 2016 to 2019. JAMA Netw Open 2020 Jun 01;3(6):e207735 [FREE Full text] [doi: 10.1001/jamanetworkopen.2020.7735] [Medline: 32556258]

52. Hurka S, Knill C. Does regulation matter? A cross‐national analysis of the impact of gun policies on homicide and suicide rates. Regul Gov 2018 Dec 21;14(4):787-803. doi: 10.1111/rego.12235]

53. Koper C, Roth J. The impact of the 1994 Federal Assault Weapon Ban on gun violence outcomes: an assessment of multiple outcome measures and some lessons for policy evaluation. J Quant Criminol 2001 Mar;17(1):33-74.

54. Koper C, Woods D, Roth J. Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003. Report to the National Institute of Justice, United States Department of Justice. 2004 Jul. URL: https://www.ojp.gov/pdffiles1/nij/grants/204431.pdf [accessed 2020-12-11]

55. Roth J, Koper C, Adams W, Johnson S, Marcotte J, McGready J, et al. Impact Evaluation of the Public Safety and Recreational Firearms Use Protection Act of 1994 Final Report. Urban Institute. Washington, DC: The Urban Institute; 1997 Mar 13. URL: https://www.urban.org/research/publication/impact-evaluation-public-safety-and-recreational-firearms-use-protection-act-1994/view/full_report [accessed 2021-02-10]

56. Webster D, Vernick J, McGinty E, Alcorn T. Regulating Gun Sales: An Excerpt from Reducing Gun Violence in America: Informing Policy with Evidence and Analysis. Baltimore, MD: Johns Hopkins University Press; 2013.

57. Jacobs J. Can Gun Control Work? (Studies in Crime and Public Policy). Oxford: Oxford University Press; Oct 14, 2004.



XSL•FO

RenderX

Compendium_Klarevas
Page 056

58. Lee LK, Fleegler EW, Farrell C, Avakame E, Srinivasan S, Hemenway D, et al. Firearm laws and firearm homicides: a systematic review. JAMA Intern Med 2017 Jan 01;177(1):106-119. [doi: 10.1001/jamainternmed.2016.7051] [Medline: 27842178]

59. Gius M. An examination of the effects of concealed weapons laws and assault weapons bans on state-level murder rates. Appl Econ Lett 2013 Nov 26;21(4):265-267. [doi: 10.1080/13504851.2013.854294]

60. Cook P, Goss K. The Gun Debate: What Everyone Needs to Know. New York: Oxford University Press; May 01, 2014.

61. Cook P, Goss K. The Gun Debate: What Everyone Needs to Know, 2nd Edition. New York: Oxford University Press; Apr 16, 2020.

62. Lankford A, Silver J. Why have public mass shootings become more deadly? Criminol Public Policy 2019 Dec 16;19(1):37-60. [doi: 10.1111/1745-9133.12472]

63. Schiff M. IZA Discussion Paper 12784: Greater US gun ownership, lethality and murder rates: analysis and policy proposals. IZA Institute of Labor Economics. 2019 Nov 27. URL: https://www.iza.org/publications/dp/12784/greater-us-gun-ownership-lethality-and-murder-rates-analysis-and-policy-proposals [accessed 2021-04-17]

64. DiMaggio C, Avraham J, Berry C, Bukur M, Feldman J, Klein M, et al. Changes in US mass shooting deaths associated with the 1994-2004 federal assault weapons ban: Analysis of open-source data. J Trauma Acute Care Surg 2019 Jan;86(1):11-19. [doi: 10.1097/ta.0000000000002060]

65. World Telecommunication/ICT Indicators Database 2020 (24th Edition). International Telecommunications Union. Geneva: International Telecommunications Union; 2021 Jan. URL: https://www.itu.int/en/ITU-D/Statistics/Pages/publications/wtid.aspx [accessed 2021-04-17]

66. Lopez G. America's unique gun violence problem, explained in 17 maps and charts. Vox. 2021 Mar 23. URL: https://www.vox.com/policy-and-politics/2017/10/2/16399418/boulder-colorado-mass-shooting-gun-violence-statistics-charts [accessed 2021-03-29]

67. Silver J, Simons A, Craun S. A study of the pre-attack behaviors of active shooters in the United States between 2000 and 2013. FBI Documents. Washington, DC: US Department of Justice, Federal Bureau of Investigations; 2018. URL: https://www.fbi.gov/file-repository/pre-attack-behaviors-of-active-shooters-in-us-2000-2013.pdf/view [accessed 2020-10-25]

68. DeFoster R, Swalve N. Guns, culture or mental health? Framing mass shootings as a public health crisis. Health Commun 2018 Oct;33(10):1211-1222. [doi: 10.1080/10410236.2017.1350907] [Medline: 28841045]

69. Fridel EE. A multivariate comparison of family, felony, and public mass murders in the United States. J Interpers Violence 2021 Feb;36(3-4):1092-1118. [doi: 10.1177/0886260517739286] [Medline: 29294976]

70. Duwe G. Mass murder in the United States: a history. Jefferson, NC: McFarland & Company; Jan 07, 2007.

71. Fox J, Levin J. Mass confusion concerning mass murder. Criminologist 2015;40(1):8-11 [FREE Full text] [doi: 10.4135/9781412950619.n277]

72. Fox JA, Levin J. Firing back: the growing threat of workplace homicide. An Am Acad Pol Soc Sci 2016 Sep 08;536(1):16-30. [doi: 10.1177/0002716294536001002]

73. Stevenson AJ, Flores-Vazquez IM, Allgeyer RL, Schenkkan P, Potter JE. Effect of removal of Planned Parenthood from the Texas Women's Health Program. N Engl J Med 2016 Mar 03;374(9):853-860. [doi: 10.1056/nejmsa1511902]

74. Freedman DA. On the so-called "Huber Sandwich Estimator" and "Robust Standard Errors". Am Statistician 2006 Nov;60(4):299-302. [doi: 10.1198/000313006x152207]

75. Duwe G. Mass shootings are getting deadlier, not more frequent. Politico Magazine. 2017 Oct 04. URL: https://www.politico.com/magazine/story/2017/10/04/mass-shootings-more-deadly-frequent-research-215678/ [accessed 2021-01-30]

76. Population Trends. United States Census Bureau. 2019. URL: https://www.census.gov/ [accessed 2019-08-26]

77. Peterson J, Densley J. We have studied every mass shooting since 1966. Here's what we've learned about the shooters. Los Angeles Times. 2019 Aug 04. URL: https://www.latimes.com/opinion/story/2019-08-04/el-paso-dayton-gilroy-mass-shooters-data [accessed 2020-02-01]

78. Klingner DE, Williams E. Topic: Public Safety. Public Integrity 2019 Mar 06;21(2):220-224. [doi: 10.1080/10999922.2019.1565268]

79. Hand C. Gun control and the Second Amendment. Minneapolis, MN: ABDO; Dec 15, 2016.

80. Popovits A. Dominican University of California Political Science & International Studies (Senior Thesis). 2020 May. URL: https://tinyurl.com/se3vrmd6 [accessed 2020-12-01]

81. Miller SV. What Americans think about gun control: evidence from the General Social Survey, 1972-2016. Soc Sci Quart 2018 Nov 18;100(1):272-288. [doi: 10.1111/ssqu.12555]

82. Kellner D. School shootings, societal violence and gun culture. In: Shapiro H, editor. The Wiley Handbook on Violence in Education: Forms, Factors, and Preventions. Medford, MA: John Wiley & Sons, Inc; 2018:53-68.

83. Schildkraut J. Assault weapons, mass shootings, and options for lawmakers. Rockefeller Institute of Government. 2019 Mar 22. URL: https://rockinst.org/issue-area/assault-weapons-mass-shootings-and-options-for-lawmakers/ [accessed 2021-02-11]

84. Jacobs J, Fuhr Z. The potential and limitations of universal background checking for gun purchasers. Wake Forest J Law Policy 2017;7(2):537-583.



85. Braga AA, Brunson RK, Cook PJ, Turchan B, Wade B. Underground gun markets and the flow of illegal guns into the Bronx and Brooklyn: a mixed methods analysis. J Urban Health 2020 Sep 04:online ahead of print. [doi: 10.1007/s11524-020-00477-z] [Medline: 32888157]

86. Chai C. Gun control: can we take a shot at it? AMASS 2019;24(2):34-36.

87. Goldberg J. The case for more guns (and more gun control). The Atlantic. 2012 Dec. URL: https://www.theatlantic.com/magazine/archive/2012/12/the-case-for-more-guns-and-more-gun-control/309161/ [accessed 2020-11-20]

88. Webster DW, McCourt AD, Crifasi CK, Booty MD, Stuart EA. Evidence concerning the regulation of firearms design, sale, and carrying on fatal mass shootings in the United States. Criminol Public Policy 2020 Jan 30;19(1):171-212. [doi: 10.1111/1745-9133.12487]

89. Lankford A, Madfis E. Media coverage of mass killers: content, consequences, and solutions. Am Behav Sci 2018 Mar 20;62(2):151-162. [doi: 10.1177/0002764218763476]

90. Kien S, Begay T, Lee A, Stefanidis A. Social media during the school shooting contagion period. Violence Gender 2019 Dec 01;6(4):201-210. [doi: 10.1089/vio.2019.0043]

## Abbreviations

**FAWB:** Federal Assault Weapons Ban
**FBI:** Federal Bureau of Investigation
**LCM:** large-capacity magazine

*Edited by G Eysenbach, T Sanchez; submitted 19.02.21; peer-reviewed by T Alcorn; comments to author 12.03.21; revised version received 24.03.21; accepted 30.03.21; published 22.04.21*

*Please cite as:*
*Post L, Mason M, Singh LN, Wleklinski NP, Moss CB, Mohammad H, Issa TZ, Akhetuamhen AI, Brandt CA, Welch SB, Oehmke JF*
*Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis*
*JMIR Public Health Surveill 2021;7(4):e26042*
*URL: https://publichealth.jmir.org/2021/4/e26042*
*doi: 10.2196/26042*
*PMID: 33783360*

©Lori Post, Maryann Mason, Lauren Nadya Singh, Nicholas P Wleklinski, Charles B Moss, Hassan Mohammad, Tariq Z Issa, Adesuwa I Akhetuamhen, Cynthia A Brandt, Sarah B Welch, James Francis Oehmke. Originally published in JMIR Public Health and Surveillance (https://publichealth.jmir.org), 22.04.2021. This is an open-access article distributed under the terms of the Creative Commons Attribution License (https://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work, first published in JMIR Public Health and Surveillance, is properly cited. The complete bibliographic information, a link to the original publication on https://publichealth.jmir.org, as well as this copyright and license information must be included.



Compendium_Klarevas
Page 058

# OTHER SOURCES

# THE GUN DIGEST



$2

## 9TH EDITION · 1955

The complete gun review
by America's Foremost
Gun Editors & Experts

edited by John T. Amber

# *THE* GUN DIGEST

### 9th edition - 1955

## *Edited by* JOHN T. AMBER

### *Assisted by* WM. B. EDWARDS

## t a b l e   o f   c o n t e n t s   .   .   .

### SPECIAL ARTICLES

| | |
|---|---|
| Gun Engraving—*Roy F. Dunlap* | 2 |
| Montana Artist and Engraver | 8 |
| Gun Engraving (pictures) | 9 |
| Kynoch Ammunition Catalog of 1884 (facsimile) | 14 |
| Blunder Busts!—*Walter F. Roper* | 52 |
| New Wine—Old Bottles— *Henry M. Stebbins* | 102 |
| How To Shoot Guns—With a Camera, That Is—*Maj. R. O. Ackerman* | 108 |
| Fast Oil Finishing—*Keith Stegall* | 154 |
| The Story of European Proof Marks— Part II, Proof during the 19th Century: Chapter II, Proof in France; Chapter III, Proof in Belgium— *A., Baron Englehardt* | 155 |

### COLLECTORS' SECTION

| | |
|---|---|
| The Volunteer Rifles— *Cleves H. Howell, Jr.* | 42 |
| Cornel Klett, Hofbüchsenmacher— *Stephen V. Grancsay* | 47 |
| Winchester Single Shots— *Lou Ostendorp* | 81 |
| Mountain Men—Mountain Rifles: Part II—*John Barsotti* | 84 |

### RIFLE SECTION

| | |
|---|---|
| Big Game Bullets—*Elmer Keith* | 58 |
| The Search for Accuracy— *Warren Page* | 62 |

| | |
|---|---|
| American Rifles Today— *Maj. Gen. J. S. Hatcher* | 66 |
| Big Game Rifles: models and prices | 70 |
| Custom Rifles | 77 |
| Small Bore Rifles: models and prices | 89 |
| Bullet Art—*Ernie Lind* | 101 |

### HANDGUN SECTION

| | |
|---|---|
| American Handguns Today— *Maj. Gen. J. S. Hatcher* | 114 |
| Sculptured Smith & Wessons | 118 |
| Pistols and Revolvers: models and prices | 120 |
| Pistols and Presidents— *Maj. R. O. Ackerman* | 128 |

### SHOTGUN SECTION

| | |
|---|---|
| This Year's Shotgun Progress— *Maj. Gen. J. S. Hatcher* | 133 |
| A New Autoloader—*Warren Page* | 136 |
| Shotguns: models and prices | 138 |
| Why Not an Over-Under?— *Warren Page* | 149 |
| How To Hunt Quail—*Don Harger* | 152 |

### FOREIGN FIREARMS

| | |
|---|---|
| Foreign Arms in America: models and prices | 170 |
| The Continental Shotgun— *Lt. Col. Charles Askins* | 179 |

### CARTRIDGES

| | |
|---|---|
| Table of Comparative Ballistics, Pistol and Revolver Cartridges— *Warren Sperbeck* | 194 |
| Ballistics Tables, with prices | 191 |
| Foreign Cartridges, with prices | 196 |

### SIGHTS—TELESCOPE AND METALLIC

| | |
|---|---|
| Telescope Sights and Mounts, with prices | 198 |
| Spotting Scopes, with prices | 203 |
| Metallic Sight Chart, with prices | 204 |

### MISCELLANEOUS

| | |
|---|---|
| *Highly Finished Arms*—a page from an 1897 Winchester catalog of engraving | 7 |
| Practice Necessary for Good Shooting | 57 |
| 10 Commandments of Safety | 83 |
| Pistol Cartridge Data | 83 |
| Visible Recoil | 113 |
| National Rifle Association | 190 |
| Reloading Tools, with prices | 210 |
| Cleaning and Care of Firearms | 214 |
| Contributors | 215 |
| Arms Associations in America | 215 |
| Gun Book Reviews | 216 |
| Directory | 221 |

### *Published by* The GUN DIGEST Company, CHICAGO 6.

Copyright 1954, by The Gun Digest Company, Chicago 6. Registered U. S. Patent Office. All rights reserved. Reproduction or use, without express permission, of editorial or pictorial content, in any manner, is prohibited. Printed in U.S.A.

eISBN-13: 978-0-89689-912-4            *Library of Congress Catalog Card Number 44-32588*

With 22 rimfire cartridges, having greased bullets, the breech will eventually accumulate grease and dirt, and occasional cleaning is necessary in this gun, the same as in all other automatics using the 22 rimfire. In the Model 31, this possibility has been provided for by making the breechblock easily removable with only a coin for tools.

The magazine capacity is unusually large; counting the one in the chamber, plus a magazine full, the gun I tested held 26 shorts, 19 long-rifle hollow points, or 18 long-rifles with solid bullets.

This fine little gun sells for $37.50 with open sights, or $49.95 complete with telescope.

A companion gun to the Model 31 semiautomatic is the J. C. Higgins Model 33 slide-action repeating 22, also made for Sears by High Standard. This gun followed the Model 31, and was announced several months later; it is the newest thing described in this roundup. Like the Model 31, it uses the short, long, or long-rifle cartridges in the same gun, or even mixed in the same magazine. It also has the receiver grooved for the same scope sight. It has a 23¼-in. barrel, and weighs 5 lbs. 2 oz. without the scope, which adds 8 oz. more. The tubular magazine holds 17 long-rifle, 19 long, or 25 short cartridges.

The J. C. Higgins Model 33 is priced at $39.95 without scope, or $52.50 including the scope sight.

When I received my Savage Model 6 Three-in-One rifle, I found that the receiver was already grooved for the new Weaver Tip-Off scope and mount combination. The amount is adjusted to the scope at the factory so that when it is placed on a rifle that is specially grooved for this mount, it will line up correctly, and a minimum of sighting-in will be required. These Weaver scopes come in 6-power at $12.50 for scope and mount, or 4-power for $9.75. This system of mounting a scope sight on a rifle takes all the headaches out of the job, and is mighty easy on the pocketbook, since no gunsmithing is required. It is, however, necessary for the rifle to be properly grooved at the factory during manufacture, so the mount will line up and fit correctly. This is done only during manufacture, and cannot be done on rifles previously produced.

Many rifles are now coming from the factories already grooved for the Weaver Tip-Off mount, and ready for the sight to be attached simply by putting the mount in place and tightening the two coin-head screws on the side rail of the mount. The list includes the following: Marlin Models 80-C, 80-DL, 81-C, 81-DL, 88-C, 88-DL, and 89-C; Mossberg Models 142, 142-M, 144, 146-B, 151-K, 151-M, 152, and 152-M; Savage Models 4, 4-S, 5, 5-S, 6, and 6-S; Stevens Models 84, 85, 86, and 87; and Winchester Model 74.

That is about all that is new this time in the rimfires, of which there are a tremendous number of makes, models, and grades available at all kinds of prices from around $15.00 for a single-shot up to $144.10 for the Remington Rangemaster Model 37.

There are bolt-actions, both single-shot and repeaters; slide- or trombone-action rifles, both hammer and hammerless; lever-actions and semiautomatics. The weights, magazine capacities, and prices vary greatly. With all these variations the picture can be pretty confusing.

Because of this, I am adding a table that shows just which 22 rimfire rifles are being made today, approximate weights, and the price as it was being listed when this was written. Of course, it should be realized that prices can change overnight. I think, however, that the table will give a quick idea of what can be had in this field, from the simple little single-shot at about $15.00, to the fine heavy target rifles, the Winchester Model 52 and Model 75, and the Remington Model 37 and Model 513 T.

## RIMFIRE RIFLES

| Name | Model | Magazine | Weight | Price |
|---|---|---|---|---|
| | | **Lever Action** | | |
| Marlin | 39-A | 14-Shot Tubular | 6½ lbs. | $60.85 |
| | | **Slide Action** | | |
| Noble | 33-A | 15-Shot Tubular | 6   lbs. | 35.65 |
| J. C. Higgins | 33 | 17-Shot Tubular | 5   lbs. | 39.95 |
| Remington | 121 | 14-Shot Tubular | 6   lbs. | 55.20 |
| Savage | 29 | 14-Shot Tubular | 5¾ lbs. | 46.80 |
| Winchester | 61 | 14-Shot Tubular | 5½ lbs. | 55.15 |
| Winchester | 62 | 14-Shot Tubular | 5½ lbs. | 47.40 |
| | | **Bolt Action Single Shot** | | |
| H & R | 765 | None | 5½ lbs. | $15.95 |
| Remington | 514 | None | 5¼ lbs. | 15.40 |
| Remington | 510 | None | 5½ lbs. | 22.05 |
| Stevens | 15 | None | 5   lbs. | 13.85 |
| Winchester | 67 | None | 5   lbs. | 15.40 |
| Winchester | 47 | None | 5½ lbs. | 22.05 |
| | | **Bolt Action Repeaters** | | |
| H & R | 852 | 15-Shot Tubular | 6   lbs. | $27.95 |
| H & R | 865 | 5-Shot Clip | 6   lbs. | 23.50 |
| Marlin | 81-C | 18-Shot Tubular | 6½ lbs. | 28.95 |
| Marlin | 80-C | 8-Shot Clip | 6½ lbs. | 24.95 |
| Mossberg | 142 | 7-Shot Clip | 5   lbs. | 23.95 |
| Mossberg | 144 | 7-Shot Clip | 8   lbs. | 31.95 |
| Mossberg | 146 | 20-Shot Tubular | 7   lbs. | 28.95 |
| Remington | 511 | 6-Shot Clip | 5½ lbs. | 26.45 |
| Remington | 512 | 6-Shot Clip | 5¾ lbs. | 30.90 |
| Remington | 521 | 6-Shot Clip | 7   lbs. | 40.85 |
| Remington | 513-T | 6-Shot Clip | 9   lbs. | 62.45 |
| Remington | 37 | 5-Shot Clip | 12   lbs. | 144.10 |
| Savage | 4 | 5-Shot Clip | 5½ lbs. | 25.50 |
| Savage | 5 | 15-Shot Tubular | 6   lbs. | 29.50 |
| Stevens | 84 | 5-Shot Clip | 6   lbs. | 23.75 |
| Stevens | 86 | 15-Shot Tubular | 6   lbs. | 26.75 |
| Winchester | 69 | 5-Shot Clip | 5½ lbs. | 26.45 |
| Winchester | 72 | 15-Shot Tubular | 5¾ lbs. | 30.90 |
| Winchester | 75 | 5-Shot Clip | 8¾ lbs. | 62.40 |
| Winchester | 52 | 5-Shot Clip | 9¾ lbs. | 121.15 |
| | | **Autoloading Rifles** | | |
| J. C. Higgins | 31 | 17-Shot Tubular | 5½ lbs. | $37.50 |
| Marlin | 88-C | 14 in Buttstock | 6¾ lbs. | 33.95 |
| Marlin | 89-C | 5-Shot Clip | 6¾ lbs. | 37.95 |
| Mossberg | 151 | 15 in Buttstock | 6   lbs. | 31.95 |
| Mossberg | 152 | 7 Shot Clip | 5   lbs. | 29.95 |
| Remington | 550 | 15-Shot Tubular | 6¼ lbs. | 40.50 |
| Savage | 6 | 15-Shot Tubular | 6   lbs. | 34.75 |
| Stevens | 85 | 5-Shot Clip | 6   lbs. | 29.50 |
| Stevens | 87 | 15-Shot Tube | 6   lbs. | 31.95 |
| Winchester | 74 | 14 in Buttstock | 6½ lbs. | 39.20 |
| Winchester | 63 | 10 in Buttstock | 5½ lbs. | 70.10 |

69

# SAVAGE MODEL 99 SOLID FRAME, LEVER ACTION, REPEATERS



**SAVAGE MODEL 99-EG (Top Illustration)**

Introduced in 1899 in 303 Savage Cal. Action is the same today except for minor improvements. Has 24" tapered, medium weight round barrel. Proof tested. Matted trigger. Rotary box type magazine with numeral indicator. Capacity 5 cartridges, plus one in chamber. Lightweight, capped, full pistol grip stock and tapered fore-end of selected walnut. Rubbed oil finish, checkered grip and fore-end. Corrugated steel butt plate of shotgun design. Stock dimensions 13"x1⅞"x2⅜". Butt plate 1½"x4⅞". Adjustable semi-buckhorn sporting rear sight and white metal bead front sight on raised ramp base. Casehardened lever. Polished breech bolt. Blued receiver. Receiver tang tapped and drilled for all standard aperture sights. Weight about 7¼ lbs. Calibers: 250-3000 for deer, mountain sheep and goat, etc.; 300 Savage for Alaskan Bear, moose, elk, etc. Price . . . . . . . . . . . . . . . . . . . . . . $109.00

**SAVAGE MODEL 99-R (Lower Illustration)**

Same as Model 99-EG except larger stock. Dimensions 13½"x 1⅜"x2⅞", butt plate 1¾"x5⅛". Also special large fore-end. Weight about 7½ lbs. Calibers: 300 Savage and 250-3000 Savage. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $112.00

**SAVAGE MODEL 99-RS**

Same specifications as Model 99-R with following refinements: Redfield No. 70 windage and elevation adjustment rear peep sight and Lyman No. 31 front sight. Price . . . . . . . . . . . . . . $124.50

# SAVAGE MODEL 340 HI-POWER RIFLE



**MODEL 340 CALIBER 30-30.**

Round, tapered, medium weight 22" barrel. Stock and fore-end of one-piece with semi-pistol grip and corrugated butt plate. Short throw bolt action. Bolt cocks on opening stroke. New design bolt, sear, and trigger mechanism. Ramp front, adjustable sporting rear sights. Detachable 3-cartridge clip magazine. One cartridge in chamber, making 4-shot capacity. Independent, thumb-operated safety. Overall length 40", weight about 6¾ pounds. Price . . $48.75

**MODEL 340, CALIBERS 22 HORNET and 222 REM.**

Same specifications as above, except for 24" barrel in 222 Remington; 4-cartridge detachable magazine, and tapped for Weaver Telescope Side Mounts. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $48.75

**MODELS 340-S DE LUXE.**

The same specifications as above except fitted with Savage No. 175 Micro Peep Sight and hooded ramp front sight. Receiver tapped for scope. Checkered grip and forestock. Sling screw eyes. Price . . . . . . . . . . . . . . . . . . . . . . . . . . $60.75

Compendium_Klarevas
Page 063

# MARLIN HIGH POWER RIFLES AND CARBINES



*Prices slightly higher west of the Rockies*

**MARLIN MODEL 322 RIFLE** (Top Illustration)

Made on the Sako Mauser-type action, this is the first centerfire rifle with Marlin's Micro-Groove barrel. 3-shot removable magazine, 24" barrel 2-position peep rear sight and hooded ramp front sight. Integral scope bases on receiver, cocking piece safety, adjustable trigger. High comb, pistol grip stock of selected walnut, checkered at grip and fore-end. 1" sling swivels. Weight about 7½ lbs. Price.................................$119.95

336 models are available in 30-30, 32 Win. Special, and 35 caliber.

**MARLIN MODEL 336-A DL RIFLE** (Bottom Illustration)

6-shot lever action repeater, ⅔ magazine. Solid top receiver, sand blasted for non-glare, side ejection. 24" round tapered barrel, crowned muzzle. New "Huntsman" non-glare ramp front sight with bead, quick detachable hood. Ballard type rifling. American black walnut, full pistol grip buttstock. Semi-beavertail forearm. Flat top Rocky Mountain rear sight. Drilled and tapped for Lyman and other receiver sights and for tang peep sights. Low hammer spur for low mounting of telescope. Equipped with detachable swivels and 1" leather sling strap. Over-all length 42". Weight 6½ lbs. Hand checkered grip and orearm. Price ....... $ 99.95

**MARLIN MODEL 336-A RIFLE**

Same as Model 336-A DL except without hand-checkering, swivels, and leather sling strap. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $83.95

**MARLIN MODEL 336 CARBINE** (2nd from Top)

7-shot lever action, full magazine. Solid top receiver sand blasted for non-glare, side ejection. 20" round tapered barrel, crowned muzzle. Ballard type rifling. American black walnut, full pistol grip buttstock. Semi-beavertail forearm. Flat top Rocky Mountain rear sight. Bead front sight. Drilled and tapped for Lyman 56 and other receiver sights and for tang peep sights. Low hammer spur for low mounting of telescope. Weight about 6½ lbs. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $68.95

**MARLIN MODEL 336 "TEXAN"** (3rd from Top)

Newest addition to the Marlin line, the "Texan" is identical with the Model 336 Carbine, except in having a straight stock and lever. Prices are uniform with the Model 336 Carbine.

**MARLIN MODEL 336 SPORTING CARBINE**

Same as Model 336 except holding 6 shots with ⅔ magazine. Equipped with new "Huntsman" non-glare ramp front sight with bead and quick detachable hood. Weight about 6¼ lbs. Price . . . . . . . . . . . . . . . . . . . $68.95

**MARLIN MODEL 336SD**

Same as Sporting Carbine except with checkered pistol grip and fore-end, 1" leather sling and detachable swivels. Price. . . . . . . . . . . . . . . . . . $89.95

Compendium_Klarevas
Page 064

# REMINGTON HIGH POWER RIFLES

**N O. 721A "STANDARD" GRADE**—chambered for 30-06 Spfld., 270 Win. or 300 Mag. (top illustration) cartridges. 24-inch round, tapered barrel of ordnance steel, 26-inch barrel in 300 Mag. Carefully bored and rifled for extreme accuracy. New style sporting stock of genuine American walnut. Properly shaped pistol grip. Long, full, well rounded fore-end of semi-beavertail type. Shotgun style metal butt plate, checkered to prevent slipping. Rifle cocks on opening movement of bolt. Sensational new adjustable trigger without back lash—lightning fast let-off. Side placed thumb operated safety. Polished bolt and action. Special bolt stop. Magazine holds 4 cartridges which with one in chamber gives a capacity of 5 shots, 3-shot magazine in 300 Mag. White metal bead front sight mounted on matted ramp. Step adjustable sporting rear sight.  Receiver drilled and tapped for adaptable scope mounts and standard micrometer receiver sights. Weight about 7¼ lbs. Length over-all 44¼".

**NO. 721A "STANDARD" GRADE**—chambered for 300 H & H Magnum cartridge. Same as above except furnished with 26" heavy barrel, rubber recoil pad, 3 cartridge magazine capacity plus one in the chamber. Weight about 8¼ pounds. Length over-all approximately 46¼".

**MODEL 722A "STANDARD" GRADE**—chambered for 222 Remington cartridge. 26-inch round, tapered barrel of special steel. Carefully bored and rifled for extreme accuracy. High comb stock of genuine American walnut especially designed for use with telescope or receiver sight. Properly shaped pistol grip. Long, full, well rounded fore-end of semi-beavertail type. Shotgun style metal butt plate, checkered to prevent slipping. Rifle cocks on opening movement of bolt. Sensational trigger without back lash—lightning fast let-off. Side placed thumb operated safety. Polished bolt and action. Special bolt stop. Magazine holds 5 cartridges which with one in chamber gives a capacity of 6 shots. White metal bead front sight mounted on matted ramp. Step adjustable sporting rear sight. Receiver drilled and tapped for adaptable scope mounts and standard micrometer receiver sights. Weight about 7½ lbs. Length over-all 45¼". Price.....................$82.80

**NO. 722A "STANDARD" GRADE**—chambered for 300 Sav. or 257 Roberts cartridge. Magazine holds 4 cartridges which with one in chamber gives a capacity of 5 shots. 24" barrel. Weight about 7 pounds. Length over-all 43¼". Price...................................$82.80

| | 30-06 Spfld. or 270 Win. | 300 H & H Magnum |
|---|---|---|
| No. 721A   "Standard" Grade | $ 88.35 | $ 99.40 |
| No. 721AC "Standard" Grade with checkered stock | 106.75 | 117.80 |
| No. 721B   "Special" Grade with checkered stock and selected wood | 119.35 | 130.45 |
| No. 721D   "Peerless" Grade | 475.25 | 486.30 |
| No. 721F   "Premier" Grade | 740.50 | 751.55 |
| | | |
| No. 722AC "Standard" Grade with checkered stock | | $101.25 |
| No. 722B   "Special" Grade with checkered stock and selected wood | | 113.80 |
| No. 722D   "Peerless" Grade | | 475.25 |
| No. 722F   "Premier" Grade | | 740.50 |
| High Comb Stock for use with telescope (furnished when specified) | | No Extra Charge |
| 1" Leather Sling Strap, Whelen type, with swivel loops, extra. | | 4.60 |
| 1" Leather Sling Strap, Whelen type, with quick release swivels, extra. | | 7.70 |

**STOCK DIMENSIONS**
No. 721—Standard Stock . . 13½" x 1⅞" x 2⅞"
High Comb . . . . . 13½" x 1⅜" x 2³⁄₁₆"
No. 760—Standard Stock . . 13½" x 1¾" x 2¾"
High Comb . . . . . 13½" x 1¼" x 2"

## THE FIRST 30-06 SLIDE ACTION

**MODEL 760A STANDARD GRADE**
Chambered for 35 Rem., 30-06 Spgfld., 300 Savage, 270 Win. cartridges. Hammerless, solid frame, side ejection. 22 inch barrel, carefully bored and rifled. Stock and fore-end, American walnut. Properly shaped pistol grip. Extension semi-beavertail fore-end, grooved to prevent slipping. Shotgun style metal butt plate, corrugated to prevent slipping. Cross-bolt safety. Encased bolt head completely supports and encloses cartridge case. Rotary multiple-lug breech bolt locks into barrel. Double action bars. Quickly detachable magazine holds 4 cartridges, which with one in the chamber gives a capacity of 5 shots. White metal bead front sight mounted on matted ramp. Step adjustable semi-buckhorn sporting rear sight. Weight about 7½ pounds. Length over-all 42¼ inches.
Price.....................................................$104.40

**MODEL 760 ADL "DE LUXE" GRADE (Illustrated)**
Same specifications and calibers as above, but furnished with high comb stock for use with scope sights, checkered pistol grip and fore-end, hard rubber grip cap, sling swivels. Receiver tapped for standard scope mounts.
Price.....................................................$119.95

Compendium_Klarevas
Page 065



## WINCHESTER SPECIAL MODEL 43

**Barrel**—24" round tapered Winchester proof-steel, crowned on the muzzle. Matted front sight ramp forged integral with barrel.

**Action**—Bolt action with Speed Lock. Positive twin extractors. Rifle cocks on opening motion of the bolt.

**Receiver**—Drilled and tapped for Lyman 57A receiver sight.

**Bolt**—Twin locking lugs. Easy to operate pear-shaped rearward sloping handle.

**Safety**—Positive side lever safety.

**Magazine**—Box type with easy operating release; flush with bottom of fore-end. Capacity 3 cartridges in 218 Bee, 22 Hornet.

**Stock**—Full pistol grip stock of genuine American Walnut, nicely checkered, pistol grip capped. Full-shaped fore-end. 1" swivel bows attached. No sling strap. Length of pull, 13½"; drop at comb, 1⅝"; drop at heel, 2½".

**Sights**—Winchester 103 bead front on forged ramp sight base with a removable sight cover and Winchester 22 open sporting rear sight.

**Overall Length**—42½".

**Weight**—About 6 lbs. Price . . . . . . . . . . . . . . . . . **$73.95**

### MODEL 43 STANDARD GRADE (Not Illustrated)

Same specifications as above except: without checkering and pistol grip cap. Price . . . . . . . . . . . . . . **$60.65**



### WINCHESTER MODEL 07 (Above)

A 6-shot, self-loading repeater specially adapted to law enforcement service. Trigger lock. Walnut stock of semi-military style, steel butt plate, pistol grip. U-shaped walnut fore-end. 20" round barrel. 5 bead front sight with open sporting rear. 5 or 10 shot magazine. Takedown only. Weight approximately 7¾ lbs. Chambered only for 351 Winchester center fire cartridges. In 1907, this automatic rifle was brought out as a more powerful version of the Model 1905, which in turn had been based on the Model 1903, the first really successful 22 automatic. In 1935, the gun was adapted to its present form. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$140.20**



### 270 OR 30-06 CALIBER

### SEARS, ROEBUCK'S MODEL 50 BIG GAME RIFLE

Genuine FN Mauser Action made in Belgium by Fabrique Nationale. Stock, barrel made in U.S.A. by High Standard Mfg. Co. Chromed bore provides hard internal surface, resists rust, corrosion. Special sporting trigger——no creep or slack. Walnut stock, full pistol grip. Sights: matted ramp 7¼ lbs. Rifleman scopes have coated achromatic lenses, highly corrected optical systems; weatherproof, click adjustments, detachable mounts. 2½ X scope, 43-ft. field; 4X scope, 27-ft. field at 100 yds.

Price, less scope . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 79.50
Price, with 2½ X scope . . . . . . . . . . . . . . . . . . . . . . 110.00

*73*



# WINCHESTER LEVER ACTION, HIGH POWER REPEATING RIFLES

**MODEL 71 (Left and 2nd from Left)**

Solid frame. Caliber 348 Winchester. 24" barrel. Checkered sporting type pistol grip walnut stock and semi-beavertail fore-end with steel tip. Checkered steel butt plate. Bead front sight on ramp sight base. Removable sight cover. Lyman 56W receiver sight with round "Stayset" knobs or Winchester 22K open sporting sight. 1" Army type leather sling strap with quick detachable swivels. Weight about 8 lbs. 4-shot tubular magazine. This gun is a revision of the famous Model 1886 which was discontinued in 1937.

Price, with Lyman 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$123.00**
Price, with open sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . **115.95**
Also available without checkering, sling strap, swivels and pistol grip cap (2nd illustration from left). Price, with Lyman 56 . . . . . . . . . . **$107.30**
Price, with open sight . . . . . . . . . . . . . . . . . . . . . . . . . . . **100.30**

**MODEL 64 DEER RIFLE (4th from Left)**

Some specifications as Model 64 but with checkered pistol grip stock with rubber cap and semi-beavertail, checkered forearm. 1" Army type leather sling with quick detachable swivels. Note: 219 Zipper Model 64 has been discontinued. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$107.95**

**MODEL 64 (3rd from Left)**

Solid frame, ⅔ magazine. 24" round, tapered barrel. Shotgun butt, pistol grip stock. Bead front sight on ramp with sight cover. Winchester No. 22H open sporting rear sight, round or flat top. 5-shot magazine. Weight about 7 lbs. Calibers: 30 (30-30) Winchester, 32 Winchester Special. Introduced in 1933 as an improvement on Model 55, which, in turn, had been first manufactured in 1924 as a more modern version of Model 94. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$91.60**

**MODEL 94 CARBINE (5th from Left)**

Solid frame, 20" round barrel with bead front sight on integral ramp, detachable steel sight cover. Winchester No. 22K open sporting rear sight. Straight grip, shotgun type walnut stock with checkered steel butt plate. Carbine-type walnut forearm with barrel band. Full magazine holds 6 shots, making gun a 7-shot repeater. Weight about 6¼ lbs. Chambered for 30 (30-30) Winchester or 32 Winchester Special center fire cartridges. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$69.00**

Compendium_Klarevas
Page 067

# WINCHESTER BIG GAME MODEL 70 RIFLES



Solid frame, bolt action repeating rifle with Winchester speed lock. Round tapered barrel of Winchester Proof Steel. Pistol grip stock with semi-beavertail fore-end. Grip, fore-end, and steel butt plate checkered. Stock dimensions: 13½ x 1⅝ x 2⅝″. Bead front sight on ramp base with sight cover. Winchester 22G open rear sight; 375 H & H Magnum has Lyman 6W folding leaf rear sight. 3 position safety designed for low mounted telescope sights. 5 cartridge magazine (4 in the 300 and 375 H & H Magnums) with hinged floor plate. 1″ sling swivels. 22 Hornet, 257 Roberts, 270 Win., and 30-06 Springfield have 24″ barrels; 375 H & H Magnum has 25″ barrel and recoil pad; 220 Swift and 300 H & H Magnum have 26″ barrels. Receivers of Model 70 rifles are tapped and drilled for popular scope and iron sights.
Price .................................................$120.95

**STANDARD MODEL 70** with Monte Carlo stock (Top Illustration)

Recognizing that an increasingly large number of hunters will be mounting scope sights on game rifles, Winchester now makes available an improved Model 70, featuring a high Monte Carlo stock—at no extra cost.
Price .................................................$120.95

**MODEL 70 NATIONAL MATCH RIFLE** (Lower Illustration)

Solid frame. 24″ round Winchester Proof-Steel barrel. Marksman design stock with full pistol grip and full fluted comb. Length of pull, 13¼″; drop at comb, 1⁹⁄₁₆″; drop at heel, 1⅞″; pitch down, 3″. Lyman No. 77 front sight on forged ramp sight base. Lyman No. 48WH receiver sight. Telescope mount bases. 1¼″ Army type leather shooting gun sling on non-detachable bow type swivels. Approx. wt. 9½ lbs. 30-06 Springfield only.
Price .................................................$174.05

**MODEL 70 SUPER GRADE** (Middle Illustration)

Shown above is the new, improved Model 70 Super Grade, with Monte Carlo stock and latest design of cheekpiece, both designed for scope sight users. Pistol grip and fore-end fancy checkered. Redfield full gold bead front sight on ramp with sight cover. Winchester 22G open sporting rear sight, round or flat top. 1″ leather sling strap with quick detachable swivels. Other specifications same as Standard Grade.
Price .................................................$179.45
Price, without Monte Carlo stock.............................$179.45
Price, with selected walnut stock, either model.................$195.45

75

Compendium_Klarevas
Page 068

# Winchester Model 70 Featherweight Rifle

## MODEL 70 FEATHERWEIGHT

Made possible by the use of spherically grained Olin smokeless "Ball Powder," which was first used in the U.S. Carbine, caliber 30 M-1 of World War II fame, the new .308 Winchester cartridge makes use of the high-density, high-energy characteristics of this powder. The cartridge is a full half-inch shorter and 10% lighter than the standard 30-06 cartridge. It is offered in the popular 150-grain and 180-grain Silvertip controlled expanding game bullets and in the 110-grain soft point bullet used for varmint and pest shooting.

An outgrowth of the proposed new lightweight T-65, caliber 30 military cartridge, the 308's ballistics are only slightly inferior to those of the standard 30-06 cartridges. The 180-grain 308 has 2610 f.p.s. muzzle velocity; the 150-grain 308 has 2860 f.p.s. MV; and the 110-grain 308 has 3340 f.p.s. MV.

The re-engineered Winchester M-70 rifle has been reduced in weight to 6½ pounds (without sacrifice of the M-70's superb accuracy) by a new 22″ barrel contour and by redesign of the stock. The Featherweight M-70 features a free floating barrel and has a rifling twist of one turn in 12 inches, which produces full stability in the three bullet weights of the new 308 cartridge.

An aluminum butt plate, trigger guard, and floor plate help reduce the weight of the new rifle 15 to 20% below the standard M-70 weight.

Standard stock for regular open sights or the high-comb stock for use with telescope sights may be had, and on special order the M-70 Featherweight may be obtained with a 24″ barrel.

**Price, with Standard or Monte Carlo stock.....................$120.95**

### Ballistic Data for the 308 Winchester Cartridges

| Bullet | Range | Velocity (ft./sec.) | Energy (ft./pounds) | Mid-Range Trajectory (in.) |
|---|---|---|---|---|
| 110-Gr. SP | Muzzle | 3340 | 2730 | |
| | 15′ | 3300 | | |
| | 100 yds. | 2810 | 1930 | .5 |
| | 200 yds. | 2340 | 1340 | 2.2 |
| | 300 yds. | 1920 | 900 | 6.0 |
| | 400 yds. | 1550 | 590 | 13.0 |
| | 500 yds. | 1260 | 390 | 24.0 |
| 150-Gr. ST | Muzzle | 2860 | 2730 | |
| | 15′ | 2845 | | |
| | 100 yds. | 2570 | 2200 | .6 |
| | 200 yds. | 2300 | 1760 | 2.6 |
| | 300 yds. | 2050 | 1400 | 6.5 |
| | 400 yds. | 1810 | 1090 | 13.4 |
| | 500 yds. | 1590 | 840 | 23.0 |
| 180-Gr. ST | Muzzle | 2610 | 2720 | |
| | 15′ | 2600 | | |
| | 100 yds. | 2390 | 2280 | .8 |
| | 200 yds. | 2170 | 1870 | 3.1 |
| | 300 yds. | 1970 | 1540 | 7.4 |
| | 400 yds. | 1780 | 1260 | 15.0 |
| | 500 yds. | 1600 | 1010 | 26.0 |



30-06
180 gr. S.T.

308 Win.
180 gr. S.T.

308 Win.
150 gr. S.T.

308 Win.
110 gr. S.P.

**Comparison of 30-06 cartridge with the 308 Winchester short sporting cartridges.**

Compendium_Klarevas
Page 069

# SLIDE ACTION 22's



**REMINGTON "FIELDMASTER" MODEL 121** (Top Illustration)

Slide action repeater. Takedown. Hammerless. Solid breech. 24" round tapered barrel. American walnut stock and fore-end. Half pistol grip. Shotgun style steel butt plate (checkered), long, semi-beavertail fore-end. Step adjustable sporting rear sight. White metal bead front sight. Length over-all, 41"; takedown, 27½". Weight about 6 lbs. Introduced in 1936. Magazine holds 20 Short, 15 Long, or 14 Long Rifle (without adjustment) 22 cartridges, regular and high-speed.

| | |
|---|---:|
| No. 121A "Standard" Grade | $ 55.20 |
| No. 121B "Special" Grade | 79.00 |
| No. 121D "Peerless" Grade | 237.65 |
| No. 121F "Premier" Grade | 342.60 |
| Leather Sling Strap, Whelen type, with hooks and eyes, extra | 4.60 |

**SAVAGE MODEL 29** (2nd from Top)

Slide action repeater. Takedown. Tubular magazine. Capacity: 15 Long Rifle, 17 Long, or 20 Short 22 cartridges, both high-speed and regular. 24" proof tested barrel. Genuine American walnut stock (13½" long, 2¾" drop at heel) and long grooved fore-end. Oil finished. Full pistol grip. Hard composition butt plate. Gold bead front sight and adjustable flat top sporting rear sight. Push button type safety. Weight about 5¾ lbs. Price........$46.80

**WINCHESTER MODEL 61** (3rd from Top)

Slide action, hammerless repeater. First manufactured in 1932; similar in action to Winchester's Model 12 shotgun. Cross bolt safety located in the forward part of the trigger guard. Shotgun style walnut stock with steel butt plate and curved pistol grip; long, semi-beavertail slide handle. 24" tapered barrel. Bead front, 32B sporting rear sights. Wt. about 5½ lbs. Tubular magazine holds 20 Short, 16 Long, or 14 Long Rifle 22 cartridges. Takedown. Also comes with 24" round barrel for W.R.F. only. Price.....................$55.15

**WINCHESTER MODEL 62** (4th from Top)

Restyled in 1932 from Models 90 and 06. Takedown style; ejection through the top. 23" round tapered barrel. Straight grip, shotgun type walnut stock with composition butt plate. Walnut sliding forearm. Winchester 75 front and 32 sporting rear sights. Wt. about 5½ lbs. Magazine holds 20 Short, 16 Long, or 14 Long Rifle 22 cartridges; or chambered for 22 Short only for gallery use. Price..........................................$47.40

**NOBLE MODEL "33"** (Bottom Illustration)

A new hammerless pump repeater introduced in 1949, the Noble is a light, easy to operate rifle. Short action, large locking area. Trigger cannot be pulled until breach bolt is completely locked, and action cannot unlock with the hammer fall, as trigger must return first to forward position after firing. Visible feeding mechanism. 24" round barrel, chambered for 22 Short, Long, and Long Rifle. Magazine holds 21 Short, 17 Long, or 15 Long Rifle cartridges. Stock is of American walnut, checked at pistol grip. Weight 6 lbs. Over-all length 41¾". Takedown. Price......................................$35.65
West of the Rockies. Price...................................37.15

Compendium_Klarevas
Page 070



**GUNS**
(Sears, Roebuck and Co.)



**NEW J. C. HIGGINS MODEL 33 PUMP ACTION 22**

17-shot tube magazine repeater. 23¼″ round tapered bbl. Walnut stock and fore end. Also shoots 22 Longs, 22 Shorts. Gold bead front sight, Rocky Mountain rear, adjustable in 25 yard graduations. Weight with scope, about 5¾ lbs. Length O.A. 41¾″. Price with Sears 4x scope...........**$52.50**
Same, except open sights only............................... 39.95

**NEW J. C. HIGGINS MODEL 31  22  AUTOMATIC**

Tubular magazine repeater. 23¼″ round, tapered bbl. Walnut stock with full pistol grip and wide, beavertail type fore-end. Easier operating, right-side cocking lever. New ejector, new faster action. Handles 25 Shorts, 20 Longs or 17 L.R.s interchangeably without adjustment. Built-in "Rollaway" sling. Receiver top built-in base allows quick installation of a 4x scope. No tools, tapping, or drilling is necessary. Wt. with scope about 6 lbs. Length O.A. 41¾″. Price with Sears 4x scope.........................**$49.95**
Price, without scope....................................... 37.50

# HARRINGTON & RICHARDSON
# 22 RIFLES



**MODEL 750  PIONEER (Top Illustration)**

Single shot, 24″ round, tapered barrel. Oil finished walnut stock, 13¼″x 1⅞″ x 2½″. Side safety. Adjustable open rear, blade front sights. New loading platform for easy loading. Handles all 22 rim fire cartridges. Weight about 5 lbs. Over-all length 41″. Price...........................**$15.95**

**MODEL 865  PLAINSMAN (Bottom Illustration)**

5-shot clip repeater with 24″ round, tapered barrel, oil finished walnut stock, 13¼″x1⅞″x2½″. "Cottontail" bead front sight, adjustable open rear sight. Chambered for the 22 long rifle, 22 long and 22 short. Weight about 5 lbs. Over-all length 40½″. Price............................**$23.50**

**MODEL 852  FIELDSMAN**

Similar to Plainsman model except tubular magazine repeater, holds 15 L.R., 17 Long, or 21 Short cartridges. Price.......................**$26.95**

Compendium_Klarevas
Page 071

# MARLIN 22 RIFLES



**MODEL 80-DL 8-SHOT CLIP MAGAZINE REPEATER (Extreme Left)**

Removable bolt, automatic side ejection, self-cocking action, takedown style. Shoots Short, Long, Long Rifle cartridges, regular and high speed, without adjustment. Military type one-piece buttstock with fluted comb and semi-beavertail forearm, walnut finish; composition butt plate; Off and On safety. Peep receiver sight, ramp front sight with hood; swivels included. 24″ round tapered, blued steel barrel, crowned muzzle, Ballard type rifling. Over-all length, 42½″; wt. about 6 lbs. Designed for low mount telescopes.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$26.95**

**MODEL 80-C**

Same general specifications as above, but with Rocky Mountain type rear sight, silver bead front sight, no swivels.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$24.95**

**MODEL 81-DL TUBULAR MAGAZINE REPEATER (2nd from Left)**

Holds 25 Short, 20 Long or 18 Long Rifle cartridges, regular or high speed. 24″ round tapered, blued steel barrel, crowned muzzle, Ballard type rifling. Military style buttstock with fluted comb and semi-beavertail fore-end. Off and On safety, removable bolt assembly, flush takedown screw, automatic side ejection, self-cocking action. With peep receiver sight, ramp front sight and hood; set of swivels included. Length, 41½″; wt. about 6½ lbs. Designed for low mount telescopes.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$30.95**

**MODEL 81-C**

Same as above but with Rocky Mountain type rear sight, silver bead front sight, no swivels.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$28.95**

**MARLIN MODEL 100**

Single shot, bolt action 22 with 24″ Marlin Micro-Groove barrel. Walnut stock, auto ejector. Weight about 4½ lbs. Price . . . . . . . . . . . . . . . . **$13.85**

**MODEL 39-A LEVER ACTION REPEATER (2nd from Right)**

The only lever-action 22 caliber repeating rifle made. 24″ semi-heavy, round-tapered blued steel barrel with Ballard type rifling. Crowned muzzle. Full magazine holds 25 short, 20 long, or 18 long rifle 22 cal. cartridges. Shoots regular and high-speed loads without adjustment. Side ejection. New unbreakable coil main and trigger springs. Visible hammer. Solid top, blued receiver. Ramp front sight, Rocky Mountain rear sight, drilled and tapped for Lyman and other standard receiver sights and for tang .peep sights. Low sighting plane for telescope mounting. Full pistol grip buttstock of American black walnut, semi-beavertail forearm designed to prevent canting. Overall 41″, weight about 6½ lbs. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . **$60.85**

**MODEL 39-A LEVER ACTION REPEATER (Extreme Right)**

The new Mountie version of the 39-A is exactly like that famous lever-action 22 except for carbine-style butt stock and a 20-inch barrel. Over-all length, 37″; weight about 6 lbs.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$60.85**



Illustration shows 22 caliber bullets fired through conventional rifling (left) and through new Marlin Micro-Groove rifling (right). Note that conventional rifling has crushed in lead of bullet so that cannelures are closed. Micro-Groove fired bullets have fine engravings, no crushed-in lead, making for greater stability.

# MOSSBERG BOLT ACTION
# 22 CALIBER REPEATING RIFLES



**MODEL 142 CARBINE CLIP LOADER (Left)**
Similar in general style to famous U.S. Army M-1 Carbine, except for bolt action. 18″ round, tapered barrel. Chambered for 22 short, long, and long rifle cartridges, regular or high speed. Genuine walnut stock with adjustable sling fitted to left side. Clip holds 7 cartridges. Has the two-position hinged fore-end that forms a 5″ grip or rest. Fitted with 5108 receiver peep sight with windage and elevation adjustments and the 5109 front sight. Weight about 5 lbs. Over-all length 37″. Price.................. **$23.95**

**MODEL 142K**
Same as M142 above, except new bolt handle, special open sights. Price ......................................................**$23.95**

**MOSSBERG MODEL 146B (2nd from Left)**
**Caliber:** 22 Short, Long, or Long Rifle. Bolt repeater; tubular magazine holds 30 S, 23 L, or 20 LR cartridges. Adjustable trigger pull. Cam action speed lock. Cocks on up stroke of lever. Red and green safety indicators. **Stock:** 13½″x1½″x2½″. Walnut; beavertail forearm and cheekpiece; molded butt plate, trigger guard, and finger grooves. **Barrel:** 26″ tapered with crowned muzzle. **Sights:** Drilled and tapped for Mossberg's side mounting scope sights. No. S130 Micro-click peep sight, S107 rear, and S101 front sight with four permanently attached inserts. Dovetailed for Model 4M4 scope. Takedown. Over-all length 43¼″, faken down 31¾″. Weight about 7 lbs.
Price...................................................... **$28.95**

**MOSSBERG MODEL 144LS (Third from Left)**
A new target rifle in good weight at a moderate price. 26″ round barrel, $^{13}/_{16}$″ diameter. Marksman type genuine walnut stock with high, thick comb, cheek piece and fore-end, with adjustable, molded hand stop. Adjustable, grooved trigger. QD sling swivels. Receiver is grooved for Mossberg's model 4M4 4X Scope sight. Fitted with Lyman 57MS receiver sight adjustable by ¼ min. clicks for windage and elevation. Front sight is Lyman 17-A with nine assorted inserts. Weight about 8 lbs. Over-all length 43 ins. Price ...........................................................**$39.95**

*Prices slightly higher west of the Rockies*



Compendium_Klarevas
Page 073

# STEVENS 22 CALIBER RIFLES



MODEL 86

MODEL 84

MODEL 85

MODEL 15

**MODEL 86 REPEATER**

Tapered, round 24″ crowned muzzle, for 22 Long Rifle, Long, and Short, regular or high speed cartridges. Takedown. Tubular magazine has capacity of 15 Long Rifle, 17 Long or 21 Short. Self cocking, bolt action with independent safety, plated bolt and trigger. Full size, oval military style stock. Full pistol grip. Composition butt plate. Gold bead front and sporting rear sight with elevation adjustment. Receiver grooved for Weaver Tip-Off scope mount. Over-all length 43½″. Weight 6 lbs. Price . . . . . . . . . . . . . . . **$26.75**

**MODEL 84 REPEATER**

Companion to Model 86 Stevens in specifications, except feeds from 5-shot detachable clip magazine, instead of tube magazine. Price . . . . . . . . **$23.75**

**MODEL 85 AUTO-LOADING REPEATER**

Tapered, round 24″ barrel, chambered for 22 Long Rifle, regular or high speed. May be used as a single loader with 22 Short or Long. Takedown, independent safety, 5-shot magazine. Full pistol stock with large fore-end. Bead front sight and sporting rear sight. Receiver grooved for Weaver Tip-Off scope mount. Composition butt plate. Weight 6 lbs. Over-all length 43″. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$29.50**

**MODEL 15 SINGLE SHOT**

24″ round tapered barrel. Takedown. One piece barrel and receiver. For 22 Long Rifle, Long, or Short high speed or regular cartridges. Bolt action rebounding safety lock prevents accidental discharge. Positive ejector and double extractor. Walnut finish stock. Full pistol grip. Gold bead front and sporting rear sight with elevation adjustment. Over-all length 37″. Weight about 4 lbs. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$13.85**



**IVER JOHNSON MODEL 2-X SINGLE SHOT RIFLE**

Chambered for 22 regular and high velocity Long Rifle, also for 22 Long and Short. 24″ round tapered barrel with Patridge type sights, the rear sight screw adjustable. Walnut stock with full pistol grip steel butt plate. Thumb screw takedown. Bolt action, self cocking. Weight about 4 lbs., 6 oz. Price . . . . **$15.40**

Compendium_Klarevas
Page 074



*94*

# 22 CALIBER
## AUTOMATIC
### REPEATERS

**WINCHESTER MODEL 74** (Top Illustration)

Winchester's latest development in 22 automatics. Takedown style only; chambered for Short or Long Rifle, either standard or high speed. Gallery special (with shell deflector) has capacity of 20 Shorts; standard rifle holds 20 Shorts or 14 Long Rifles in straight-feed tubular magazine. Horizontally operating slide, for cocking rifle and loading the first cartridge, is easily operated by either hand at right rear of receiver. 22″ round tapered barrel. Dimensions: 13⅞x1½x2⅝″. Over-all length, 43¾″. Sporting type pistol grip walnut stock with semi-beavertail forearm. Checkered steel butt plate. Wt. about 6¼ lbs. With Winchester bead front and open sporting rear sights. Or specially designed elevating peep sight located on bolt stop at rear of receiver.

22 Long Rifle only. Sporting Rear Sight . . . . . . . . . . . . . . . . . . . . . . **$39.20**

**WINCHESTER MODEL 63** (2nd Illustration)

Developed from the Model 03, introduced in 1933. First shot is loaded by retracting and releasing the operating sleeve in fore-arm. Action is then self-loading. Designed expressly for 22 Long Rifle high velocity cartridges. 10-shot straight-feed magazine loading through a port in side of stock. 23″ round tapered barrel. American walnut pistol grip stock and forearm. Bead front sight, 32B sporting rear. Wt. about 5½ lbs. Price. . . . . . . . . . . . . . . . **$70.10**

**REMINGTON MODEL 550** (3rd Illustration)

Shoots Short, Long and Long Rifle cartridges interchangeably and without adjustment. Tubular magazine, holds 22 Short, 17 Long or 15 Long Rifle cartridges; positive ejection, easy takedown, receiver top grooved. 24″ round, tapered barrel, crowned at muzzle. Genuine American walnut one-piece sporting stock; pistol grip. Semi-beavertail fore-end. Corrugated trigger. Convenient, positive thumb safety. Positive feeding and ejection. Shotgun style Bakelite butt plate, checkered. Length over-all 43½″, takedown 31½″, weight about 6¼ lbs. Introduced in 1941.

No. 550A—Remington step-adjustable rear sight. Concealed dovetail slot for rear sights if desired. White metal bead front sight. Price. . . . **$40.50**

**MARLIN MODELS 88-C, 88-DL and 89-C** (4th Illustration)

**MODEL 88-C** is a semi-automatic 22 rifle with tubular feed. Magazine holds 14 shots in the buttstock. Handles all forms of 22 Long Rifle ammunition. 24″ round-tapered barrel. Overall length 45″, weight 6¾ lbs. Price. **$33.95**

**MODEL 88-DL**, same as above except has sling swivels, a new peep sight, checkered grip and fore-end. Price. . . . . . . . . . . . . . . . . . . . . . . . . . . . **$39.95**

**MODEL 89-C**, same as Model 88-C except uses 5-shot magazine.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$29.45**

**SAVAGE MODEL 6** (5th Illustration)

24″ round, tapered barrel with crowned muzzle. Chambered for 22 Long Rifle, regular or high speed cartridges. Tubular magazine capacity: 15 Long Rifle cartridges. Also can be used as a hand operated repeater or single shot using Long Rifle, Long or Short cartridges. Magazine holds 17 Long or 21 Short cartridges. Independent safety. Hammer mechanism allows the firing of one shot only with each trigger pull. Receiver grooved for Weaver Tip-Off scope mount. Full pistol grip stock and fore-end of oil finished walnut.

Composition butt plate. Gold bead front and sporting rear sight with elevation adjustment. Weight about 6 pounds. Price. . . . . . . . . . . . . . . **$34.75**

**SAVAGE MODEL 6-S.** Same as Model 6 except fitted with No. 150 Rear Peep Sight. Price. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$38.25**

**STEVENS MODEL 87** (6th Illustration)

24″ round, tapered barrel. Takedown. Tubular magazine capacity: 15 Long Rifle cartridges when used as an automatic. When used as a repeating rifle, capacity is 15 Long Rifle, 17 Long, 22 Short, regular or high speed cartridges. Automatic action with independent safety; trigger must be pulled once for each shot. Pressing cross bolt to the left locks action for use as single shot or repeater. Full size, oval military (walnut finish) stock. Full pistol grip. Composition butt plate. Gold bead front and sporting rear sights with elevation adjustment. Receiver grooved for Weaver Tip-Off Telescope Mount. Over-all length 44,″ weight about 6 lbs. Price. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$31.95**

**MOSSBERG MODEL 151M** (7th Illustration)

20″ round barrel, crowned muzzle, chambered for the 22 Long Rifle, regular or high speed only. Magazine in stock holds 15 cartridges. Positive safety, locking trigger and sear. Mannlicher style 2-piece walnut stock with cheek piece. S101 hooded ramp front sight, S107 open rear sight and S130 "Micro-click" peep sight. Receiver grooved for 4M4 scope. Weight about 7 lbs. Over-all length 40″. Price. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$34.95**

**MOSSBERG MODEL 151K "SPORTER"** (8th Illustration)

Mossberg's latest rifle, a 15-shot automatic repeater, feeding through the buttstock. Handles all 22 Long Rifle cartridges. 24″ round, tapered barrel. Take down and removable action for cleaning. Walnut stock with Monte Carlo cheek piece. Molded trigger guard with finger grooves. Equipped with new Mossberg S132 open rear sight and S180 blade front sight. Receiver is grooved for Mossberg 4M4 4X Scope. Weight about 6 lbs. Over-all length, 44″. Price. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$31.95**

**MOSSBERG MODEL 152 CARBINE AUTOMATIC** (Bottom Illustration)

A post-war development (introduced in 1948) similar to the Army's M-1 carbine. 18″ round, tapered barrel with crowned muzzle. Self-loading and ejection. 7-shot removable clip magazine. Chambered for 22 Long Rifle cartridges, regular or high speed. Walnut stock with Monte Carlo and two position extension grip, hinged so it will pull down and form a 5″ grip or rest. Adjustable ⅞″ sling strap mounted on left side of stock; 1¼″ swivels. Safety knob holds action open and locks back trigger and sear. Molded' trigger guard with finger grooves. Molded butt plate. Over-all length 37″, weight 5 lbs. Takedown. Equipped with new Mossberg S108 receiver peep sight with adjustments for windage and elevation—can be turned out of way when using telescope sight. Also has new S109 guarded post front sight. Receiver top grooved for Mossberg 4M4 telescope with its removable mount.

Price. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$29.95**

**MODEL 152K**—Same as Model 152 except with open sights.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$29.95**



95

# WINCHESTER MODEL 52 BOLT ACTION 22 CAL. RIFLES



10X possible at 100 yds., using the M52 and Super Match Mark II Ammunition

The new Winchester Model 52 trigger, newly refined in 1952, is practically vibration free, and has no apparent movement at let-off. Yet, at the shooter's option, by means of two easily accessible screws, the desired degree of over-travel or follow-through may be obtained, and weight of trigger pull may be adjusted.

A new carburized action, including receiver and bolt, provides extremely hard surfaces, giving virtually permanent headspace and smooth operation. The redesigned firing pin, with a carburized head, guarantees correct pin protrusion.

**MODEL 52, STANDARD BARREL (Middle Illustration)**
28″ round, tapered barrel, telescope bases fitted 7.2″ center to center. New marksman walnut stock with high comb, pistol grip, and wide, beavertail fore-end. Adjustable metal swivel base, molded composition hand support, adjustable. Length, 13⅛″, drop from line of bore, .28″x68″. Pitch down 4½″. Speed lock action, side safety locks trigger and sear. 5 shot magazine and single shot adapter furnished. Weight about 9¾ lbs. Overall length 45¾″. Without any sights, Price...................$ 95.35
With Redfield Olympic Rear sight and Redfield 63 front, Price... 121.15

**MODEL 52, HEAVY BARREL (Top Illustration)**
Same specifications as above, except furnished with heavy barrel, making the total weight about 11 lbs., varying with different sight combinations.
Without sights, Price........................................$106.90
With Lyman 524 rear sight and 77H front sight, Price......... 129.65
With Redfield Olympic rear sight and W670 front sight, Price.... 141.05

**MODEL 52, BULL GUN**
Same as above, except furnished with "bull" barrel. Total weight about 12 lbs. May be had with any sight combination as above, prices on request from the factory.
Without any sights, Price..................................$128.95

**MODEL 52 SPORTING RIFLE (Bottom Illustration)**
24″ round, lightweight, tapered barrel with ramp front sight base, integral with barrel. Sporting design, selected walnut stock with cheek piece; pistol grip and fore-end checkered. Steel butt plate is checkered; pistol grip has hard rubber cap; forearm has plastic black tip. Detachable 5-shot box magazine. Leather sling strap mounted on quick-detachable swivels. Dimensions: 13½″x1³⁄₁₆″x2½″. Weight about 7¼ lbs. Comes without sights, but with front sight cover attached and drilled, tapped and slotted ready for sights. No sight cuts in stock.
Without sights, as above, Price............................$145.70
With Lyman 48-F Rear sight and Redfield bead front, Price..... 162.40

Compendium_Klarevas
Page 077

# WINCHESTER BOLT ACTION 22 RIFLES



## MODEL 75 TARGET RIFLE (Top Illustration)

Takedown. Bolt action, speed lock design with thumb lever safety. Latest addition to the Winchester line. 28″ tapered barrel chambered for 22 Long Rifle rim fire cartridges only; 5-shot box magazine. One piece American walnut target stock with pistol grip and semi-beavertail fore-end. High comb. Adjustable barrel band and forward sling swivel base. Length of pull, 13¼″; drop at comb, 1⅝″; drop at heel, 2¼″; pitch down 3″. Standard leather shooting gunsling. Weight about 8 lbs., 10 oz. Winchester No. 105A front and Redfield 75HW receiver sight. No. 105A has post and .093″, .110″ and .120″ apertures. Price................ **$62.40**

Rifle without any sights, Price.................................. **46.30**

## MODEL 75 SPORTING RIFLE (2nd Illustration)

Same action as the Target Model but with a 24″ round tapered barrel and forged front-sight ramp with sight cover. Sporting type black walnut stock with shotgun butt, pistol grip and semi-beavertail forearm, both checkered. Steel butt plate, hard rubber pistol grip cap. 5-shot box magazine for 22 Long Rifle only. Dimensions: 13½x1⅜x2⅝″. Solid frame only. 1″ swivel bows attached. Open sporting rear sight or Lyman bead front sight and 57E receiver sight. With open sights, Price............. **$54.65**

With Lyman 57E rear and bead-ramp front, Price............. **61.30**

## MODEL 72 BOLT ACTION REPEATER (3rd Illustration)

Takedown style with a tubular magazine which holds 20 Short, 16 Long, or 15 Long Rifle 22 cartridges interchangeably. Speed lock action with side-lever safety. 25″ round tapered barrel, crowned at the muzzle. Length of pull, 13½″; drop at comb, 1⅝″. Winchester 75C 2⅝″ bead front sight and No. 32B open sporting rear. Also with 97B front, on ramp with sight cover, and 80A peep rear sights. With open sights, Price..**$30.90**

With peep sights, Price.................................... **33.10**

## MODEL 47 SINGLE SHOT (4th Illustration) jht)

Takedown; 25″ round, tapered barrel. Cocks on opening, Speed Lock, twin extractors. Auto. safety. Pistol grip stock of genuine Walnut, dimensions, 13½″x1½″x2⅝″. 22 Short, Long or Long Rifle. Weight about 5½ lbs. Overall length, 42¼″.

With open rear sight and bead front. Price................. **$22.05**

With Win. No. 80 peep rear sight and bead front on ramp. Price  **24.25**

## MODEL 69 REPEATER (Bottom Illustration)

Takedown; 5-shot box magazine. Extra 10 cartridge magazine available. 25″ round tapered barrel with crowned muzzle. Walnut sporting type pistol grip, semi-beavertail forearm. Composition butt plate. No. 97 bead front sight on ramp with sight cover. No. 80A extension rear peep sight. Or Winchester 75 bead front and 32 rear sights (no ramp or sight cover). Weight about 5 lbs. With open sights, Price......... **$26.45**

With peep sights, Price.................................... **28.65**

## MODEL 67 SINGLE SHOT RIFLE

27″ round, tapered barrel, crowned at the muzzle. Bolt safety lock. American walnut sporting type pistol grip stock with semi-beavertail fore-end. Safety firing pin, must be cocked by hand. Wt. about 5 lbs. For 22 Short, Long and Long Rifle interchangeably. Winchester 75C front and 32B sporting rear sights. Takedown only. Price..................... **$15.40**

## MODEL 67 JUNIOR

Designed expressly for the junior shooter with a 20″ barrel, a stock 1¾″ shorter than the Standard Model 67 and an over-all length of only 34½″. Otherwise same as the Model 67. Price.................... **$15.40**

97



Redfield Olympic sight

**REMINGTON "RANGEMASTER" MODEL 37.** (Top Illustration)

One of the best target rifles. First manufactured in 1937. Heavy, semi-floating 28" barrel. Double countersunk at muzzle. Double locking lugs. Double extractors. Shrouded bolt. Milled steel patented loading platform for single loading. Interchangeable 5-shot box magazine. Positive thumb safety. Lacquer finish stock. High, thick comb. Close pistol grip. Beavertail fore-end. Checkered shotgun style steel butt plate. 1¼" government type leather sling. Adj. front swivel. Redfield Olympic ¼ minute click micrometer rear sight, with 2 inches adjustment front to rear. Redfield Olympic front sight with 10 inserts. Both sights removable without changing settings. Iron sights and telescope on same sighting plane. Adjustable extension mounting block supplied with rear sight. Standard telescope blocks. Weight about 12 lbs. Over-all length, 46½". Chambered for 22 Long Rifle only.

No. 37AX without front and rear sights . . . . . . . . . . . . . . . . . . . . . . 109.90
No. 37AO with Redfield receiver and front sights . . . . . . . . . . 144.10

**REMINGTON "MATCHMASTER" MODEL 513T** (2nd Illustration)

Target Rifle for 22 Long Rifle Caliber only. Heavy, 27" semi-floating barrel, double countersunk at muzzle, carefully bored and rifled. Self-cocking bolt. Adjustable trigger stop. Double extractors. Double locking lugs. Firing indicator. Positive side lever type safety. Detachable box magazine holds six cartridges, or a capacity of seven shots. Length over-all 45"; taken down 33". American walnut lacquer finished stock with close pistol grip and high, thick comb. Beavertail fore-end. Checkered steel butt plate. Redfield No. 75 Micrometer rear sight with ¼ minute clicks. Barrel drilled and tapped with scope blocks. Adjustable front sling swivel. 1¼" government type leather sling. Weight about 9 lbs. Also furnished without sights.

No. 513TR "Target" Grade, complete with Redfield sights. Price.. **$62.45**
No. 513TX "Target" Grade, no sights. Price . . . . . . . . . . . . . . . . . . **46.35**

**REMINGTON "SPORTER" MODEL 513S** (3rd Illustration)

Heavy, 27-inch tapered barrel, double countersunk at muzzle. Self-cocking bolt. Adjustable trigger stop. Corrugated trigger. Double extractors. Double locking lugs. Firing indicator. Positive side lever type safety. Detachable magazine box holds six cartridges which, with one in chamber, gives total of seven shots. Lacquer finished American walnut sporting stock. Grip and fore-end checkered. Checkered steel butt plate. Front and rear sling swivels. Patridge type front sight, mounted on non-glare ramp. Step adjustable Marble No. 63 sporting rear sight. Dovetail slot concealed under front sight to permit fitting of special sights. Receiver drilled and tapped for Redfield No. 75 Micrometer rear sight. Length over-all, 45 inches; taken down, 33 inches. Weight about 6¾ lbs.

No. 513SA "Sporter" Grade with open rear sight . . . . . . . . . . . . . **$54.60**
Leather Sling Strap, Whelen type, with hooks, extra . . . . . . . . . . . . . **3.25**

**REMINGTON "SPORTMASTER" MODEL 512** (4th Illustration)

Repeater. 25" tapered barrel, crowned at muzzle. Self-cocking on opening movement of bolt. Double cocking cams. Double locking lugs. Double extractors. Automatic ejectors. Positive side lever type thumb safety. Firing indicator. One-piece American walnut stock. Semi-beavertail fore-end. Length over-all, 43"; taken down, 31". Weight about 5¾ lbs. Tubular magazine, capacity 22 Short, 17 Long or 15 L. R. cartridges. No. 512A Grade—Remington step adjustable sporting rear sight. Concealed dovetail slot for other sights if desired. White metal bead front sight. No. 512 P Grade. Remington "Point-crometer" receiver peep sight with two interchangeable discs. Point adjustments for windage and elevation. Patridge type blade front sight mounted on non-glare ramp. Concealed dovetail front slot for bead sight if desired.

No. 512A with open rear sight. Price . . . . . . . . . . . . . . . . . . . . . . . **$30.90**
No. 512P with Remington peep sight. Price . . . . . . . . . . . . . . . . . . **33.10**



Swiss Type                 Universal Type

**Freeland Olympic Palm Rests**

The Universal model, made with bases adaptable to all popular match rifles, is priced at $12.50 to $14.00. Extra bases permitting interchange of palm rests from one rifle to another, are $2.00. The "Swiss" type of palm rest, shown at left (above) may be had for the right or left hand at $5 extra.

**REMINGTON "SCOREMASTER" MODEL 511** (2nd from Bottom)

6-Shot Detachable Box Magazine Repeater for Short, Long, and Long Rifle without adjustment. Introduced in 1939. Double locking lugs, double extractors, streamlined bolt and bolt-handle, and self-cocking bolt with double cams. Cocks on opening movement of bolt. 25" tapered barrel, crowned at muzzle. Firing pin safety indicator shows red when cocked; silent thumb safety shows ready-to-fire red warning dot; magazine detached by pressing mazagine thumb catch. Simple takedown. Automatic ejection. Length over-all, 43"; taken down 31". Weight about 5½ lbs. No. 511 A Grade Remington step adjustable sporting rear sight. Concealed dovetail slot for other sights if desired. White metal bead front sight. No. 511 P Grade (illustrated). "Point-crometer" receiver peep sight. Patridge type blade front sight mounted on non-glare ramp. Concealed dovetail slot for bead sight if desired.

No. 511A with open rear sight. Price . . . . . . . . . . . . . . . . . . . . . . . **$26.45**
No. 511P with Remington peep sight. Price . . . . . . . . . . . . . . . . . . **28.70**

**REMINGTON "TARGETMASTER" MODEL 510** (Bottom Illustration)

Single Shot Rifle—22 Caliber Short, Long, and Long Rifle without adjustment. Barrel 25" long, tapered, crowned at muzzle. Stock of genuine American walnut with pistol grip, shotgun style checkered butt plate, semi-beavertail fore-end. Double locking lugs, double extractors, self-cocking bolt with double cams for easy cocking; firing pin safety indicator shows red when cocked. Thumb safety goes on automatically when cocking rifle; locks trigger; shows red dot when ready to fire. Automatic ejector. Rifle length over-all, 43"; taken down 31". Weight about 5½ lbs. No. 510A Grade. Remington step adjustable sporting rear sight. Concealed dovetail slot for other sights if desired. White metal bead front sight. No. 510 P Grade. "Point-crometer" receiver peep sight. Patridge type blade front sight mounted on non-glare ramp. Concealed dovetail front slot for bead sight if desired. No. 510 SB Grade, with smooth bore barrel for use with shot cartridges. Shotgun bead front sight—no rear sight.

No. 510A with open rear sight. Price . . . . . . . . . . . . . . . . . . . . . . . **$22.05**
No. 510P with Remington peep sight. Price . . . . . . . . . . . . . . . . . . **24.25**
No. 510SB with smooth bore barrel. Price . . . . . . . . . . . . . . . . . . **22.05**

*99*



## REMINGTON MODEL 514
## BOLT ACTION 22 RIFLE

**514A GRADE**—Take-down. Round, tapered 24¾" barrel, crowned at the muzzle. Self-cocking on closing of bolt. Rotary type thumb safety at rear of bolt. Separate automatic ejector. Corrugated trigger. Full size, one-piece pistol grip stock of genuine American walnut. Long, full, well-rounded fore-end of semi-beavertail type. Plastic butt plate. Chambered for 22 short, 22 long, and 22 long rifle cartridges interchangeably, standard velocity or higher speed. New style, step adjustable rear sight and flat, integral bead front sight. Triple safety features. Length over-all—42". Length taken down—29". Weight about 5¼ lbs. Price ............................................... **$15.40**
Extra charge for leather sling strap, Whelen type, with hooks and eyes. Price ............. **4.60**



## REMINGTON MODEL 521TL
## BOLT ACTION 22 RIFLE

**521T GRADE**—7-shot capacity. 25", round, tapered barrel, crowned at muzzle. Chambered for 22 long rifle cartridge. Streamlined American walnut stock. Black plastic butt plate. Self-cocking bolt. Corrugated trigger. Double extractors. Double locking lugs on bolt. Firing indicator. Positive side lever type safety. Lyman No. 57RS micrometer rear sight with quarter-minute clicks. Rear sight slot blank. Patridge type blade front sight. Detachable magazine box holding 6 cartridges. Adjustable front sling swivel. 1" sling of high quality leather. Length over-all, 43". Length taken down, 31". Weight, about 7 lbs. Price ................................................. **$40.85**

## SAVAGE BOLT ACTION
## 22 RIFLES



### SAVAGE MODEL 4 REPEATER

(Top Illustration, Left)

24" round, tapered barrel. Crowned muzzle. 5-shot detachable clip magazine. Chambered for Long Rifle, Long or Short cartridges, both regular or high speed. Self-cocking action on opening stroke. Independent safety. Gold bead front sight and sporting rear sight with elevation adjustments. One-piece, genuine American walnut stock, oil finished. Full pistol grip. Hard composition buttplate. Weight about 5½ lbs.
Price ...................................................... **$25.50**
**MODEL 4-S.** Same as Model 4 except fitted with No. 150 rear peep sight.  **28.75**

### SAVAGE MODEL 5 TUBULAR REPEATER (Bottom Illustration, Left)

24" round, tapered barrel. Takedown. Crowned muzzle. Chambered for Long Rifle, Long, and Short cartridges, regular or high speed. Self-cocking action on opening stroke. Independent safety. One-piece, genuine American walnut stock. Full pistol grip. Oil finish. Hard composition butt plate 1⅜"x4½". Adjustable flat top rear sight and gold bead front. Weight 6 lbs. Magazine holds 15 Long Rifle, 17 Long or 22 Short cartridges. Price ...................................................... **$29.50**
**MODEL 5-S.** Same as Model 5 except fitted with No. 150 rear peep sight.
Price ...................................................... **$32.75**

Compendium_Klarevas
Page 081

# *Pistols and Revolvers*



## SMITH & WESSON 9MM

### A NEW MILITARY AND POLICE AUTOMATIC PISTOL

| | |
|---|---|
| CALIBER: | 9mm Parabellum or Luger |
| NUMBER OF SHOTS: | 9 (one in chamber) |
| BARREL LENGTH: | 4⅛" |
| LENGTH OVERALL: | 7¼" |
| WEIGHT: | 28 oz. |
| STOCKS: | Checked walnut with S & W Monograms |
| SIGHTS: | ⅛" ramp front, adjustable rear |
| SAFETIES: | Magazine disconnector and positive firing pin lock and hammer release |
| FRAME: | Lightweight alloy, with checked arched mainspring housing and lanyard loop. Frame holds slide rigidly at front |
| ACTION: | Locked-breech short-recoil with dropping barrel. Single or double action. Slide stays open on last shot |
| FINISH: | Blue slide top matted |
| AMMUNITION: | 9mm Parabellum |

Price, Blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .to be announced

*Specifications given here for this S & W 9mm apply to the experimental model shown and are subject to change. Prices have not been determined at this time, but will be competitive.*



## "357" HIGHWAY PATROLMAN

| | |
|---|---|
| CALIBER: | 357 S & W Magnum |
| NUMBER OF SHOTS: | 6 |
| BARREL LENGTH: | 4" and 6" |
| LENGTH OVERALL: | 9⅜" |
| WEIGHT: | 43 oz. and 46½ oz. |
| STOCKS: | Checked walnut Magna with S & W monograms |
| SIGHTS: | Quick-draw ramp front, with S & W Micrometer Click rear adjustable for windage and elevation |
| FRAME: | 357 Magnum with matted top and matted top barrel. Front and rear straps grooved |
| FINISH: | S & W Regular Blue |
| AMMUNITION: | 357 S & W Magnum, all 38 Special loads, 38 Long Colt |

Price, Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$85.00

## "357" MAGNUM

| | |
|---|---|
| CALIBER: | 357 S & W Magnum |
| NUMBER OF SHOTS: | 6 |
| BARREL LENGTH: | 3½, 5, 6, 6½, 8⅜ inches |
| LENGTH OVERALL: | With 6" bbl., 11⅜" |
| WEIGHT: | With 6" bbl., 44 oz. |
| STOCKS: | Checked walnut Magna with S & W Monograms |
| SIGHTS: | Choice of any S & W target front sights. S & W Micrometer Click rear sight, adjustable for windage and elevation |
| FRAME: | "357" Magnum, with finely checked top strap matching barrel rib. Front and rear straps grooved. |
| FINISH: | S & W Bright Blue or Nickel |
| AMMUNITION: | 357 S & W Magnum, all 38 Special loads, 38 Long Colt |

Price, Bright Blue or Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$109.33

Compendium_Klarevas
Page 082

# SMITH & WESSON REVOLVERS

The 1950 Models shown all have such features as short actions, swaged hammer spurs, built-in trigger stops, and new design hammer blocks. The 1950 Model 38/44 Outdoorsman, 44 Target and 45 Target have ribbed barrels, Micrometer Click sights, grooved triggers and tangs.





### 1950 MODEL 38/44 HEAVY DUTY

Caliber: 38 S & W Special. Number of Shots: 6. Barrel: 4, 5, or 6½''. Length. With 5-inch barrel, 10⅜ inches. Weight: With 5-inch barrel, 40 ounces. Sights: Fixed, 1/10-inch service type front; square notch rear. Stocks: Checked walnut Magna with S & W Monograms.

Finish: S & W Blue or Nickel.

Price, Blue, $70.07 . . . . . . . . . . . . . . . . . . Nickel $77.03

### AMMUNITION

38 S & W Special Hi-Speed

38 S & W Special Super Police

38 S & W Special

38 S & W Special Mid-Range

38 Short Colt

38 Colt Special

### 1950 MODEL 38/44 OUTDOORSMAN

Caliber: 38 S & W Special. Number of Shots: 6. Barrel: 6½ inches. Length: 11¾ inches. Weight: 41¾ ounces. Sights: ⅛-inch Patridge front; S & W Micrometer Click rear adjustable for windage and elevation. Stocks: Checkered walnut Magna with S & W Monograms.

Finish: S & W Blue.

Price, Blue, $84.24 . . . . . . . . . . . . . . . . . . Nickel $92.43





### 1950 MODEL .44 MILITARY

| | |
|---|---|
| CALIBER: | .44 S & W Special |
| NUMBER OF SHOTS: | 6 |
| BARREL: | 4, 5 and 6½ inches |
| LENGTH OVER ALL: | With 6½-inch barrel, 11¾ inches |
| WEIGHT: | With 6½-inch barrel, 39½ ounces |
| SIGHTS: | Fixed, 1/10-inch service type front; square notch rear |
| STOCKS: | Checkered walnut Magna with S & W monograms |
| FINISH: | S & W Blue or Nickel |

Price, Blue, $70.07 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Nickel $77.03

### 1950 MODEL .44 TARGET

| | |
|---|---|
| CALIBER: | .44 S & W Special |
| NUMBER OF SHOTS: | 6 |
| BARREL: | 6½ inches only |
| LENGTH OVER ALL: | 11¾ inches |
| WEIGHT: | 39½ ounces |
| SIGHTS: | Front, ⅛-inch plain Patridge |
| | Rear: S & W Micrometer Click Sight, adjustable for elevation and windage |
| STOCKS: | Checked walnut Magna with S & W monograms. |
| FINISH: | S & W Blue |

Price, Blue, $84.24 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Nickel $92.43





### 1950 MODEL ARMY

Caliber: 45 A.C.P. Number of Shots: 6. Barrel: 5½ inches. Length: 10¾ inches. Weight: 36¼ ounces. Sights: 1/10 inch service type front; square notch rear. Stocks: Checkered walnut Magna with S & W Monograms. Finish: S & W Blue. Ammunition: 45 Automatic, 45 Auto Rim, 45 Auto Wadcutter.

Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $70.07

### 1950 MODEL 45 TARGET

Caliber: 45 A.C.P. Number of Shots: 6. Barrel: 6½ inches. Length: 11¾ inches. Weight: 39 ounces. Sights: ⅛-inch Patridge front; rear, S & W Micrometer Click Sight, adjustable for windage and elevation. Stocks: Checkered walnut Magna with S & W Monograms.

Price, Blue, $84.24 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Nickel $92.43

Compendium_Klarevas
Page 083

## 1953 MODEL 22/32 TARGET



| | |
|---|---|
| CALIBER: | .22 L. R. |
| NUMBER OF SHOTS: | 6 |
| BARREL: | 6 inches |
| LENGTH OVER ALL: | 10½ inches |
| WEIGHT: | 25 ounces |
| SIGHTS: | Front, 1/10-inch Patridge; Rear, S & W Micrometer Click Sight adjustable for elevation and windage. |
| STOCKS: | Checked walnut Magna with S & W monograms |

Price ................................................. **$65.60**

## 1953 MODEL 22/32 KIT GUN



| | |
|---|---|
| CALIBER: | .22 L. R. |
| NUMBER OF SHOTS: | 6 |
| BARREL: | 2 or 4 inches |
| LENGTH OVER ALL: | With 4-inch barrel, 8 inches |
| WEIGHT: | With 4-inch barrel, 22½ oz. |
| SIGHTS: | Front, 1/10-inch ramp; Rear, S & W Micrometer Click Sight adjustable for elevation and windage. |
| STOCKS: | Checked walnut Magna with S & W monograms. Round or square butt. |

Price, blue........ **$65.60**     Price, nickel....... **$72.55**

## THE CENTENNIAL



Caliber: 38 S & W Spl. 5 shot. 2" bbl. Weight: 19 oz. 1/10" ramp front, square notch rear sights. Smooth walnut Magna stocks with S & W monograms.

Price, blue... **$61.62**    Price, nickel... **$67.59**
Also in Airweight Model, 11¼ oz. Price, blue only ............................. **$64.60**

## 38 S & W TERRIER



Caliber 38 S & W, 5 shot. 2" bbl. Weight 17 oz. 1/10" ramp front, square notch rear sights. Checked walnut Magna stocks with S & W monograms.

Price, blue... **$57.64**    Price, nickel.. **$63.61**

## 38 CHIEFS SPECIAL



Caliber: 38 S & W Spl. 5 shot. 2" or 3" bbl. Weight, 2" bbl., 19 oz. 1/10" ramp front, square notch rear sights. Checked walnut Magna stocks, round or square butt.

Price, blue.. **$59.64**    Price, nickel... **$65.60**
Also in Airweight Model, 10¾ oz. Price, blue only ............................. **$62.61**

## 32 HAND EJECTOR



Caliber: 32 S & W Long, 6 shot. 2", 3¼", or 4" bbl. Weight, 4" bbl., 18 oz. 1/10" service front, square notch rear sights. Checked walnut Magna stocks with S & W monograms.

Price, blue....... **$57.64**     Price, nickel........ **$63.61**

## REGULATION POLICE MODELS 38 & 32

6 shots in 32 S & W Long caliber, with 2", 3¼" or 4" bbl. Weight, 4" bbl., 18¾ oz. 5 shot in 38 S & W caliber with 4" bbl. only, weight 18 oz. Fixed 1/10" service front, square notch rear sights and checked walnut stocks with S & W monograms for both models.

Price, blue....... **$57.64**     Price, nickel........ **$63.61**

Compendium_Klarevas
Page 084

# SMITH & WESSON REVOLVERS

## THE NEW MASTERPIECE LINE

**THE COMBAT MASTERPIECE**

A Short Action, Target Grade, Holster Gun for Law Enforcement Officers



**K-22, WITH K-32 & K-38 HEAVY TARGET MODELS**

All Short Action and Matched for Weight



Shown with Target Hammer and Target Stocks

| | |
|---|---|
| CALIBER: | 38 S & W Special and 22 L. R. |
| NUMBER OF SHOTS: | 6 |
| BARREL LENGTH: | 4″ |
| LENGTH OVERALL: | 9⅛″ |
| WEIGHT LOADED: | 34 oz. and 36 oz. |
| SIGHTS: | Front, ⅛-inch Baughman Quick Draw on plain Ramp. Rear, S & W Micrometer Click Sight, adjustable for windage and elevation |
| STOCKS: | Checked walnut Magna with S & W Monograms. Grooved tangs and trigger |
| FINISH: | S & W Blue |
| AMMUNITION: | 38 S & W Special, 38 S & W Special Mid Range, 38 Short and Long Colt, 22 L.R. |

Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $71.07
Special Bright Blue, or Nickel, Any Masterpiece Model, Price . . . . . 77.53

**TARGET HAMMER** with low, broad, deeply checkered Spur . . . . . . . $2.73
**TARGET STOCKS** with Built-in Adapter . . . . . . . . . . . . . . . . . . . . . . . . . 5.47

| | K-22 | K-32 | K-38 |
|---|---|---|---|
| CALIBER: | 22 L.R. | 32 S & W Long | 38 S & W Spl. |
| NUMBER OF SHOTS: | 6 | 6 | 6 |
| BARREL LENGTH: | 6″ | 6″ | 6″ |
| LENGTH OVERALL: | 11⅛″ | 11⅛″ | 11⅛″ |
| WEIGHT LOADED: | 38½ oz. | 36¾ oz. | 36 oz. |
| SIGHTS: | Front, 1/10 inch Plain Patridge. Rear: S & W Micrometer Click Sight adjustable for elevation and windage. | | |
| STOCKS: | Checked walnut Magna stocks with S & W Monograms. Grooved tangs and trigger | | |
| AMMUNITION: | K-22—ss S., L., or L.R. K-32—32 S & W, 32 S & W Long, 32 Colt N.P. K-38—38 S & W Special, 38 S & W Special Mid Range, 38 Short and Long Colt | | |

Blue only, Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $71.07

Note: These accessories replace the standard Masterpiece hammer and Magna stocks. They must be specified on original order to qualify for above prices. As separate units the hammer will cost **$5.50** and the stocks **$8.25.**

---

## SHORT ACTION 38 MILITARY AND POLICE



**Square Butt**

Also supplied in AIRWEIGHT model with 2 inch barrel and ramp front sight, weighing 15 oz.　　　**Blue only $64.60**

**Caliber: 38 S & W Special.**

Number of Shots: 6. Barrel: 2, 4, 5, or 6 inches. Length: With 6-inch barrel, 11⅛ inches. Weight: With 6-inch barrel, 31 ounces. Sights: Fixed, 1/10-inch service type front; square notch rear. Stocks: Checkered walnut Magna

with S & W Monograms.

Finish: S & W Blue or Nickel.

**AMMUNITION**

38 S & W Special

38 S & W Special Mid-Range

38 Colt Special

38 Short Colt

Price, Blue Steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $61.62

## SHORT ACTION 38 MILITARY AND POLICE



**Round Butt**

Also supplied in AIRWEIGHT model with 2-inch barrel and ramp front sight, weighing 14⅜ oz.　　**Blue only $64.60**

**Caliber: 38 S & W Special.** Number of Shots: 6. Barrel: 2, 4, 5, or 6 inches. Length: With 2-inch barrel, 6⅞ inches. Weight: With 2-inch barrel, 26 ounces. With 4-inch barrel, 28¾ ounces. With 6-inch barrel, 30½ ounces. Sights: Fixed 1/10-inch service type front; square notch rear. Stocks: Checkered Magna walnut with S & W Monograms. Finish: S & W

Blue or Nickel. Not made with adjustable target sights.

**AMMUNITION**

38 S & W Special

38 S & W Special Super Police

38 S & W Special Mid-Range

38 Colt Special

38 Short Colt

Price, Blue Steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $61.62

Price, Nickelled Steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$67.59**

Compendium_Klarevas
Page 085

# COLT REVOLVERS



## THE COLT 357

Combining the terrific shock-power and effectiveness of the famous 357 Magnum cartridge with a handgun of relatively light weight (36 oz. with 4" barrel), the new Colt 357 is a welcome addition to this famous line. Quick-draw 1/8" ramp front and ACCRO rear sights are standard. The new wide, fast-cocking hammer spur and deep, full, checkered walnut grips are regularly furnished, and both 4" and 6" barrel lengths may be had. Colt Dual Tone blue finish. Shoots the 357 Magnum, and all 38 Special cartridges, full or mid-range loads.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$89.50



## OFFICERS MODEL MATCH

Here is the new, improved Officers Model Match target revolver, designed for precision target shooting. New sights give a clear picture of the target under the most adverse conditions. The Colt Accro rear sight has positive click adjustments for elevation and windage. The front sight, also undercut, stands out in dead black silhouette.

Caliber: 38 Special and 22 Long Rifle. Ammunition: 38 Special (mid-range, regular and high speed loads, including 38-44), or 22 Long Rifle, regular or highspeed. Length of barrel: 6". Length overall, 11¼". Weight: 39 oz. in 38 cal., 41 oz. in 22 cal. Sights: Colt Accro rear sight, adjustable; undercut front sight. Available in 1/8 or 1/10 inch. Stocks: Full checkered walnut. Backstrap, trigger and hammer spur: Grooved. Finish: Dual tone blue, glare-proofed.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $79.25



## COLT'S NEW TROOPER MODEL

A 4" barrel companion to the O.M.M. Colt, the "Trooper" is available in 22 and 38 cal. Specifications are the same as for the O.M.M. except for weight. The 38 cal. runs 34 oz., the 22 cal. 37 oz. Standard checkered walnut stocks, regular hammer, Price, . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$71.05
The target hammer and custom grips of O.M.M. are offered for the Trooper at $2.75 (the hammer) and $5.50 (the stocks) extra, if ordered with the gun. Separately, the hammer is $6.50, the stocks, $7.50.

## THE COLT COBRA

Weighing only 15 ounces in the round butt, 2" barrel model, and 17 ounces in the square butt, 4" barrel version, the new Cobras, made with "Coltalloy" frame, are Colt's latest products.

Ammunition: 38 Special (mid-range, regular and high speed loads, including 38-44); 32 Police Positive (New Police), 32 S & W Short, 32 S & W Long; 38 Police Positive (New Police), 38 S & W. Length of barrel: 2 inches. Length overall: 6¾ inches. Weight: 15 oz. Sights: Fixed type, ramp style, glare-proofed. Trigger: Grooved. Hammer Spur: Grooved. Stocks: Coltwood Plastic, checkered. Finish: Dual tone blue, glare-proofed.
Price, either model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$68.10

**DETECTIVE SPECIAL**
Except for weighing 21 ozs., the same as the 2" Cobra with round butt.
Price, blue . . . . . . . . . . .$64.60        Price, Nickel . . . . . . . . . . .$71.05

**POLICE POSITIVE SPECIAL**
Except for weighing 23 ozs., the same as the 4" Cobra with square butt.
Price, blue . . . . . . . . . . .$64.60        Price, Nickel . . . . . . . . . . .$71.05



## OFFICIAL POLICE REVOLVER

Popular service revolver, the Official Police is made in 38 and 22 calibers. Ammunition: all 38 Special cartridges, or the 22 Long Rifle. Lengths of barrel: 4, 5, 6 inches in 38 caliber; 4 and 6 inches in 22. Fixed ramp style front sight, rear notch, glare-proofed. Length with 6" barrel, 11¼" overall. Weight with 6" barrel, 36 oz. in 38 cal., 38 oz. in 22 cal. Trigger: Grooved. Hammer Spur: Checkered. Stocks: Coltwood Plastic checkered. Finish: Dual Tone blue, or nickel.
Price, blue . . . . . . . . . . .$64.60        Price, nickel . . . . . . . . . . .$71.05

## "SINGLE ACTION ARMY"

Colt will refinish the complete gun *only*, including a casehardened frame, for $15.50 plus a service charge of $5 for handling, inspection, and testing. Additional parts needed will be supplied at retail prices. Full blue or nickel may be had at the same price.

| | | |
|---|---|---|
| 1 Hammer . . . . . . . . . . . . . .$5.75 | 19 Rear Guard Screw . . . . . . . .25 |
| 2 Trigger . . . . . . . . . . . . . . . 1.75 | 20 Ejector Tube Screw . . . . . . .25 |
| 3 Hand (Complete) . . . . . . . . 2.50 | 21 Back Strap Screw . . . . . . . .25 |
| Hand Spring . . . . . . . . . . . .75 | 22 Gate Catch . . . . . . . . . . . .25 |
| 4 Gate . . . . . . . . Discontinued | 23 Gate Catch Screw . . . . . . . .25 |
| 5 Ejector Tube . . . . . . . . . . 5.00 | 24 Sear and Bolt Spring |
| 6 Ejector Rod } Ass'y . . . . . . 2.50 | Screw . . . . . . . . . . . . . . .25 |
| 7 Ejector Head } | 25 Stock Screw . . . . . . . . . . .25 |
| 8 Ejector Spring . . . . . . . . . .25 | 26 Hammer Screw . . . . . . . . . .25 |
| 9 Sear and Bolt Spring . . . . .50 | 27 Trigger and Bolt Screw . . . .25 |
| 10 Bolt . . . . . . . . . . . . . . . . 2.00 | 28 Main Spring Screw . . . . . . .25 |
| 11 Base Pin . . . . . . . . . . . . . .75 | Front Strap Screw . . . . . . . .25 |
| 12 Base Pin Bushing . . . . . . . 1.25 | Cylinder, 45 C & 38 Spl. . . 9.00 |
| 13 Main Spring . . . . . . . . . . 1.25 | Barrel, same, 5½" only . . 7.50 |
| 14 Gate Spring . . . . . . . . . . .25 | Firing Pin . . . . . . . . . . . . .25 |
| 15 Base Pin Catch Nut . . . . . .25 | Firing Pin Rivet . . . . . . . . .25 |
| 16 Base Pin Catch Spring . . . .25 | Pair Stocks, Black Plastic 3.25 |
| 17 Base Pin Catch Screw . . . . .25 | Escutcheons, per set . . . . . .25 |
| 18 Front Guard Screw . . . . . . .25 | Recoil Plates . . . . . . . . . . . .25 |

Compendium_Klarevas
Page 086

## THE NEW LIGHTWEIGHT COLT



### The Commander

Ammunition: 45 Automatic, 38 Super Automatic, 9 mm Luger. Length of barrel, 4¼", length over all, 7⅞". Weight, 26½ ozs. Mauser type hammer. High strength Coltalloy receiver and main spring housing. Otherwise same mag. capacity and features of the standard weight models.
Price, Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $64.60

## MATCH TARGET



### MATCH TARGET AND MATCH TARGET "4½"

Ammunition: 22 Long Rifle cartridge, regular, high speed or high velocity. Magazine Capacity: 10 cartridges. Length of Barrel: Match Target—6 inches; Match Target "4½"—4½ inches. Length Over All: Match Target—10½ inches; Match Target "4½"—9 inches. Weight: Match Target—41 oz.; Match Target "4½"—36½ oz. Sights: Colt Accro Rear Sight elevation and windage click adjustments. Trigger: Grooved. Stocks: Checkered Coltwood. Finish: Dual-tone blue, glareproofed. Grip Adapters, 2 sizes. Automatic Slide Stop. Magazine Safety. Price. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$84.50

## SUPER 38 AND GOVT. MODEL 45 AUTOMATIC



Ammunition: 38 Super Automatic or 45 Automatic. Magazine Capacity: 9 cartridges in 38 cal., 7 in 45 cal. Length of Barrel: 5 inches. Length Over All: 8½ inches. Weight: 39 oz. Sights: Fixed type ramp style, glare-proofed. Arched Housing, Trigger: Grooved. Hammer Spur: Checkered. Stocks: Checkered. Finish: Dual tone blue, glare-proofed.
Price, blue. . . . . . . .$64.60          Price, Nickel. . . . . . . . . . .$71.05

## TARGET MODEL AND SPORT MODEL



### TARGET MODEL

Ammunition: 22 Long Rifle cartridge, regular, high speed or high velocity. Magazine Capacity: 10 cartridges. Length of Barrel: 6 inches. Length Over All: 10½ inches. Weight: 35 oz. Sights: Coltmaster Rear Sight, elevation and windage click adjustments. Trigger: Grooved. Stocks: Checkered Coltwood. Finish: Dual-tone blue, glareproofed. Grip Adapters, 2 sizes. Automatic Slide Stop. Magazine Safety. Price. . . . . . . . . . . . . . . . . . . . . . . . . . .$69.60
### NEW SPORT MODEL
Except for 4½" barrel and weight of 30 oz., the same as the Target Model. Price. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$69.60



## COLT CONVERSION UNIT

Designed to permit owners of the 45 Automatic or the 38 Super Automatic to convert to the use of the 22 Long Rifle cartridge. Quickly installed without tools, the unit offers inexpensive practice plus recoil, giving the user the effect, almost, of shooting the 45 Automatic or 38 Super cartridge. Not adaptable to Commander models. Price, blue. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$40.00

## THE CHALLENGER "22"



A New Colt Automatic

Here is the newest Colt pistol, designed for the casual plinker and camper, furnished in two barrel lengths, both with fixed sights, checkered Coltwood Plastic stocks, new magazine release and Dual Tone blue. Length overall, with 4½" barrel, 9"; with 6" barrel 10½". Weight, 30 ozs. with 4½" barrel, 32 ozs. with 6" barrel. Price. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$52.20

Compendium_Klarevas
Page 087

# THE *NEW* RUGER SINGLE SIX 22



Engraved Model Shown
Prices on Application

### Specifications

**Caliber:** 22 Long Rifle, Long, or Short, High Velocity or Regular.
**Barrel:** Length, 5½″, 6 groove rifling, 14″ twist.
**Weight:** 35 ozs., Overall Length 10⅞″
**Sights:** Fixed, wide blade (.093″) Patridge style front, square notch rear. Rear sight mounted in dovetail in flat top frame. Sight radius, 6⅛″.
**Firing Pin:** Chisel-pointed alloy steel mounted in frame.
**Grips:** Hard rubber having exceptional resistance to impact; black gloss finish, sharp diamond checkering.
**Finish:** Polished all over and blued. Case-hardening at extra cost. Engraved models will also be available.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$57.50**

## RUGER 22 AUTOMATIC PISTOL



### MARK I TARGET

**Barrel:** 6⅞″, 5¼″ heavy weight
**Weight:** 42 ounces, 39 ounces
**Overall length:** 10⅞″, 9¼″
**Sights:** Patridge front, ⅛″ wide, undercut. Micro click rear
**Trigger:** No backlash
**Price** . . . . . . . . . . . . . . . . . . . . . . . **$57.50**



### STANDARD MODEL

**Barrel:** 4¾″, medium weight
**Weight:** 36 ounces
**Overall length:** 8¾″
**Sights:** Fixed, patridge style front
**Trigger:** two stage pull
**Price** . . . . . . . . . . . . . . . . . . . . . . . **$37.50**

Chrome plated finish, either model, extra . . . . . . . . . . . . . . . . . . . . . . **$7.50**

# HARRINGTON & RICHARDSON

## "SPORTSMAN" MODEL 999



**Caliber:** 22 L.R., L. or S.
**Capacity:** 9 shots
**Barrel:** 6″ non-glare surface
**Weight:** 30 oz.
**Sights:** Patridge type, adjustable

Double action type. H & R recessed safety cylinder, positively locked. Coil springs throughout. Blue finish, hand checkered walnut grips.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95**

## MODELS 922 AND 632



**Caliber:** 22 L. R., L. or S.
**Capacity:** 9 shots
**Barrel:** 6″, 4″
**Weight:** 26 oz. and 25 oz.

Exclusive, new ejection feature discards all 9 shells with one quick thrust of center pin. New front sight. Checkered Tenite grip. Price . . . . . . . . . **$28.95**
"Bantamweight," 2½″ bbl, 20 oz. Price . . . . **28.95**
Same, "Camper," 4″ bbl., 21 oz. Price . . . . . **28.95**
Model 632 "Guardsman," cal. 32 S. & W. Long, 6 shot, 2½″ and 4″ bbl., 19 and 20 ozs.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$32.95**
Price for chrome plated models, extra . . . . . . . . . 1.00

## IVER JOHNSON MODELS

### SUPERSHOT SEALED EIGHT, MODEL 833



**Caliber:** 22 L.R., L. or S.
**Capacity:** 8 shots
**Barrel:** 6″ ribbed
**Overall length:** 10¾″
**Weight:** 29 oz.
**Sights:** Patridge type, ⅜₂″ wide, adjustable.

Break open type, single or double action. Counterbored chambers and extractor. One-piece walnut grip, hand checkered. Blue finish.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$39.25**

### I. J. TARGET SEALED EIGHT, MODEL 68

**Caliber:** 22 L.R., L. or S.
**Capacity:** 8 shots
**Barrel length:** 6″
**Overall length:** 10¾″
**Weight:** 26 oz.
**Sight:** Blade front

Solid frame; single or double action. Counterbored chambers, one piece walnut grips, hand checkered. Blue finish.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$24.75**
**Model 68S:** 2½″ bbl., 20 oz. Round butt,
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$23.85**

Compendium_Klarevas
Page 088

# HI-STANDARD AUTOMATIC
## PISTOLS



### *Supermatic* 22 LONG RIFLE

**Specifications**
Weight—42 oz. with 6¾″ barrel
Weight—38 oz. with 4½″ barrel
Front and back straps grooved.
Elevated serrated rib between sights.
Adjustable weights lock in dovetail under barrel. Small one 2 oz., larger one 3 oz.
Additional interchangeable barrel, either size, $11.00
Price with either barrel **$71.60**          Combination **$85.55**

New Hi-Standard STABILIZER barrel shown on the Supermatic pistol, weights attached. The only American factory-fitted recoil device found on 22 pistols, its use reduces the jump of the Supermatic, Field-King, and Olympic pistols in firing. Available only for 6¾″ barrels, the new Stabilizer cost is only $3 over the regular price.

### *Olympic* 22 SHORT



**Specifications**
Light weight—39 oz. with 6¾″ barrel
Light weight—34 oz. with 4½″ barrel
Adjustable weights lock in dovetail under barrel. Small one 2 oz., larger one 3 oz.
Elevated serrated rib between sights.
Front and backstraps grooved.
Additional interchangeable barrel, either size, $11.00
Price with either barrel **$71.60**          Combination **$85.55**

### *Field-King* 22 LONG RIFLE



**Specifications**
Medium weight—42 oz. with 6¾″ barrel
Medium weight—38 oz. with 4½″ barrel
Additional interchangeable barrel, either size, $9.00 extra.
Price with either barrel **$58.65**          Combination **$70.65**

### *Sport-King* 22 LONG RIFLE



**Specifications**
Light weight—39 oz. with 6¾″ barrel
Light weight—36 oz. with 4¼″ barrel
Fixed glareproof sights—new built-in feature permits easy installation of adjustable rear target sight.
Additional interchangeable barrel, either size, $8.00 extra.
Rear target sight with positive click adjustments for windage and elevation, and higher, compensating front sight, available in kit for $6.00. Easily installed.
Price with either barrel **$43.75**          Combination **$51.75**

### *Flite-King* 22 LONG RIFLE



The newly introduced Flite-King, in 22 Short caliber and weighing only 24 oz. with the 4½″ barrel, is identical to the Sport-King shown and sells at the same prices.
Price, either barrel, **$43.75**          Both barrels, **$51.75**
All models are furnished with windage and elevation click adjustable rear sights (except Flite-King and Sport-King), and have fast, easy take down, with the new, "trouble-free" magazines. Moulded thumb rest grips (genuine walnut thumb rest grips, $8.50 per set extra), positive slide locks, and Nylon bushed firing pin for durability, are also standard features.



Compendium_Klarevas
Page 089

# BROWNING AUTOMATIC AND SUPERPOSED SHOTGUNS



12 Gauge, Standard Grade, Ventilated Rib

## STANDARD MODEL

**Action:** Automatic. 5-shot; may be reduced to 3-shot by plug included with new gun.

12 and 16 gauge chambered for shells to and including 2¾". Double extractors. Barrel and guide ring forged as one part. Magazine cut-off permits unloading or changing the load in the chamber without disturbing shells in magazine. Bolt safety.

**Stock:** 14¼"x1⅝"x2½" French walnut. Hand checkered. Half pistol grip.
**Receiver:** Hand engraved with six scrolls and border.

| | |
|---|---|
| Without Rib | $118.25 |
| With Hollow Matted Rib | 131.20 |
| With Ventilated Rib | 139.45 |

## LIGHT 12 MODEL

Same as Standard Model but with reduced weight (all steel), striped matting on plain barrels. 26" barrel comes in Modified, Improved Cylinder, and Cylinder chokes. 28" in Full, Modified, Improved Cylinder, and Cylinder chokes. 30" in Full choke only. Weight approximately 7 lbs. 4 ozs.

| Gauge: | | | Barrel Lengths | | |
|---|---|---|---|---|---|
| | | 26" | 28" | 30" | 32" |
| 12 | Choke | Mod., Imp. Cyl. & Cyl. | Full, Mod., Imp. Cyl., & Cyl. | Full, Mod. | Full |

Gun Weight approximately 8 lbs.

| Gauge: | | | Barrel Lengths | | |
|---|---|---|---|---|---|
| | | 26" | 28" | 30" | 32" |
| 16 | Choke | Mod., Imp. Cyl., & Cyl. | Mod., Cyl., Imp. Cyl. | Full | Full |

Gun Weight approximately 7 lbs. 4 ozs.

**Specifications:** Over-all length 47½" with 28" barrel. Taken down 32½". Above chokes and lengths available in raised hollow matted rib and raised ventilated rib barrels at extra charge.

## SWEET 16 MODEL

Same as Standard Model but with reduced weight (all steel), striped matting on plain barrels. 26" and 28" barrels come in Full, Modified, Improved Cylinder, and Cylinder chokes. Weight approximately 6 lbs. 12 ozs.

| | |
|---|---|
| Without Rib | $129.95 |
| With Hollow Matted Rib | 144.00 |
| With Ventilated Rib | 153.50 |



Lightning 12 Superposed, 12 Gauge

**Superposed:** 12 gauge. Single selective trigger, automatic ejectors, single sighting plane. Chambered for 2¾" shells.
**Stock:** 14¼"x1⅝"x2½" field stock dimensions.
14⅜"x1½"x1⅞" trap stock dimensions. French walnut. Hand checkered.

| | Barrel Lengths | | |
|---|---|---|---|
| | 26½" | 28" | 30" |
| Choke | Skeet & Skeet | Imp. Cyl. & Mod. | Mod. & Full |
| | Imp. Cyl. & Mod. | Mod. & Full | Full & Full |
| | Mod. & Full | Full & Full | Imp., Mod., & Full |

Available in both raised matted rib and ventilated rib models.
Gun Weight from 7 to 7½ pounds depending upon barrel length and rib.
**Specifications:** Over-all length 45" with 28" barrels. Taken down length action and stock 20". Barrel depends upon length.

**Superposed:** 20 gauge. Single selective trigger, automatic ejectors, single sighting plane. Chambered for 2¾" shells.
**Stock:** 14¼"x1⅝"x2½". French walnut. Hand checkered.

| | Barrel Lengths | |
|---|---|---|
| | 26½" | 28" |
| Choke | Imp. Cyl. & Mod. | Imp. Cyl. & Mod. |
| | Mod. & Full | Mod. & Full |
| | Full & Full | Full & Full |

Available in both raised matted rib and ventilated rib models.
Gun Weight approximately 6½ to 6¾ pounds depending upon barrel length and rib.
**Specifications:** Over-all length 44" with 28" barrels. Taken down length—action and stock 19". Barrel depends upon length.

| Prices of Grade I | Superposed with Raised Matted Rib | $236.00 |
|---|---|---|
| 12 and 20 Gauge | Superposed with Ventilated Rib | 261.00 |
| Grade II Engraved | Superposed with Ventilated Rib | 348.00 |
| Grade III Engraved | Superposed with Ventilated Rib | 395.00 |
| Grade IV Engraved | Superposed with Ventilated Rib | 520.00 |
| Grade V Engraved | Superposed with Ventilated Rib | 615.00 |

# SAVAGE AUTOLOADERS



## MODEL 775—LIGHT WEIGHT

Solid breech. Locked barrel and bolt during recoil, cross bolt safety. 3 or 5 shot models (plug furnished with latter to reduce to 3 shots). Adjustment for heavy or light loads through friction ring. Engraved receiver, matted on top. Walnut stock and fore-end checkered. Dimensions, 14"x1¾"x2⅜". Plain round barrels. Weight, 12 and 16 gauge, 7¼ lbs.

| | |
|---|---|
| 12 gauge, 26" Imp. Cyl., 28" Mod., or Full | $105.00 |
| 16 gauge, 26" Imp. Cyl., 28" Mod. or full | 105.00 |

## MODEL 755—STANDARD WEIGHT

Same as above, except: 12 gauge guns weigh 8½ lbs., 16 gauge guns weigh 8 lbs., and 30" barrels are available in 12 gauge only.

| | |
|---|---|
| 12 gauge, 26" Imp. Cyl., 28" Mod., or Full | $99.50 |
| 16 gauge, 28" Mod., or Full | 99.50 |
| M/775 or M/755, with Cutts Comp and two tubes, extra | 21.30 |
| M/775 or M/755, with Standard Poly-choke, extra | 16.95 |
| M/775 or M/755, with Ventilated Poly-choke, extra | 19.95 |

*138*

# SAVAGE & STEVENS SHOTGUNS



**STEVENS MODEL 58 AC** (Left Illustration)
**Gauge:** 12 and 16.
**Barrels:** 26" tapered alloy steel, fitted with Savage Adjustable Choke.
**Action:** Self-cocking bolt action, double extractors. Thumb safety.
　　Detachable 2-shot clip magazine.
**Stock:** Selected walnut, full pistol grip, black tip.
**Weight:** 12 ga. 7½ lbs., 16 ga. 7¼ lbs.
**Price** ................................................ **$32.95**

**STEVENS MODEL 311** (2nd from Left)
**Gauge:** 12, 16, 20 and 410.
**Barrels:** Special alloy steel. Matted rib. Same bores and lengths as Fox
　　Model B.
**Action:** Same as Stevens Model 530.
**Stock:** Walnut finished wood, 14"x1⅝"x2¾".
**Weight:** Same as Stevens Model 530.
**Price** ................................................ **$59.95**

**FOX MODEL B** (2nd from Right)
12 gauge, 26" and 28", Cyl. and Mod.; 28" and 30" Mod. and Full.
16 gauge, 26", Cyl. and Mod.; 28" Mod. and Full.
20 gauge, 26", Cyl. and Mod.; 28" Mod. and Full.
410 gauge, 26" Full and Full.
**Action:** Hammerless, two trigger. Extractors. Coil Springs. Blued frame.
**Stock:** Genuine walnut, 14" x 1⅝" x 2⅝". Checkered grip and fore-end.
**Weight:** 12 ga. 7½ lbs., 16 ga. 7 lbs., 20 ga. 6¾ lbs., 410 ga. 6¼ lbs.
**Price** ................................................ **$75.50**

**SAVAGE MODEL 24 OVER AND UNDER** (Right Illustration)

**Barrels:** Top barrel handles 22 LR., L., or S. Lower barrel chambered for 3"
　　410 Shotgun shells. Length, 24".
**Action:** Single trigger, manual selector. Low hammer, separate extractors.
**Stock:** Selected walnut, full pistol grip.
**Sights:** Ramp front and sporting rear.
**Weight:** About 6¾ lbs.
**Price** ................................................ **$36.95**



**STEVENS MODEL 77-SC** (Top Illustration)
**Gauge:** 12 only, 28" fitted with Savage Super-Choke.
**Action:** Solid frame, side ejection. Cross bolt safety.
**Capacity:** Same as Stevens Model 620.
**Stock:** Walnut, pistol grip and beavertail fore-end.
**Weight:** About 7½ lbs.
**Price** ................................................ **$69.75**

**STEVENS MODEL 77**
　　Same, except no recoil pad or choke—barrel bored Full, Mod., or Imp.
Cyl. choke. **Price**.......................................... **$59.00**

**STEVENS MODEL 620** (2nd Illustration)

**Gauge:** 12, 16 and 20
**Barrel:** 12 ga., 26" Imp. Cyl. 28" Mod. or Full. 30" Full. 16 or 20 ga.,
　　26" Imp. Cyl. 28" Mod. or Full.
**Action:** Hammerless take down. Safety firing pin, side ejection, push button
　　safety.
**Capacity:** 5 shots in magazine plus one in chamber. 3-shot plug furnished.
**Stock:** Walnut, checked pistol grip and grooved fore-end. 13¾"x1¾"x2¾".
**Weight:** 12 ga., about 7¾ lbs. 16 ga., 7½ lbs. 20 ga., 6 lbs.
**Price** ................................................ **$75.00**

**STEVENS MODEL 620-C**

　　Supplied with Cutts Comp and two tubes (Spreader and Full Choke).
Barrel 27" overall........................................ **$96.30**

**STEVENS MODEL 620-P**

　　Supplied with Standard Poly-Choke. Barrel 27" overall........ **$91.95**

**STEVENS MODEL 620-PV**

　　Supplied with Ventilated Poly-Choke. Barrel 27" overall....... **$94.95**

Compendium_Klarevas
Page 091

**FAMOUS** *J Higgins* **GUNS**



### NEW J. C. HIGGINS MODEL 100 SHOTGUN

Made by the famous AYA firm of Spain, the Model 100 offers features found usually on higher priced guns only. Furnished with automatic selective ejectors, single trigger, and matted rib, and extra strong double locking lugs designed to minimize wear. French walnut stock with genuine horn buttplate characteristic of expensive European shotguns completes this new J. C. HIGGINS offering. Proof-tested 12 gauge barrels, 28″ long, Full and Modified. Stock 13¾″ x 1⅜″ x 2¼″. Weight 7½ lbs. Length 54½″ over-all.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$129.95**

### J. C. HIGGINS MODEL 20 DE LUXE

**Gauge:** 12 only, solid frame.
**Barrel:** 26¾″ ventilated rib. Supplied with POWer PAC choke device and 3 pattern tubes.
**Action:** Receiver and barrel a solid unit. Magazine capacity 5 shots, with cutoff. Push button safety.
**Stock:** Walnut, pistol grip and grooved fore-end. Recoil pad and name plate fitted. 13⅜″ x 1⅝″ x 2⅜″.
**Weight:** About 8 lbs. complete.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$75.00**
Price, Model 20 Standard. 28″ plain barrel (without POWer PAC) in Imp. Cyl., Mod. or Full . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$65.00**

### J. C. HIGGINS DOUBLE BARREL

12, 16, 20, and 410 gauge
**Action:** Take-down, double triggers, positive extractors. Stock: Pistol grip. Barrels: 12 ga., 30″; 16 and 20 ga., 28″; 410 ga., 26″, all bored full and modified. Weight: 12 ga., 7½ lbs; 16 ga., 7 lbs; 20 ga., 6½ lbs; 410 ga., 5¾ lbs. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$56.95**

### J. C. HIGGINS SINGLE BARREL

12, 16, 20, and 410 gauge
**Action:** take-down, auto. ejector, visible hammer. Stock: pistol grip. All bbls. full choke; 26″ in 410, 28″ in 20 and 16, 30″ in 12 gauge. Weight 5½ to 6 lbs. Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$22.30**

## NOBLE MODELS 40 and 50



### NOBLE MODEL 40 (Above Illustration)

**Gauge:** 12 and 16, 28″ bbls. with ventilated Multi-Choke.
**Action:** Solid frame, 6 shot capacity. Push button safety. Plug furnished.
**Stock:** Walnut, pistol grip and grooved fore-end. No-Shoc recoil pad. 13¾″ x 1¾″ x 2¾″.
**Weight:** About 7½ lbs.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$67.45**

### NOBLE MODEL 50

Same as above, except without recoil pad and Multi-Choke.

*Prices slightly higher west of the Rockies*    Price, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$56.35**

Compendium_Klarevas
Page 092

# ITHACA SHOTGUNS

## SPECIAL FEATURES OF ALL ITHACA PUMP GUNS

Quick take down; short fore-end stroke; straight line shell feed. Reversed safety available for left hand shooters; solid receiver, top and sides; bottom ejection. Double extractors; 12, 16 and 20 Gauge: 26″, 28″ or 30″ in 12 gauge, 26″ or 28″ in 16 & 20 gauge. F.,M., or Imp. Cyl. choke. Extra barrels, stocks to customer dimensions, recoil pads, etc., may be had at additional cost.

**MODEL 37 FEATHERLIGHT** (top)

**Barrel:** Plain; receiver engraved with duck and pheasant scenes. 5 shot capacity, 3-shot plug furnished.
**Stock:** Walnut, pistol grip stock; grooved fore-end. 14″ x 1⅝″ x 2¾″.
**Weight:** 12 ga. about 6½ lbs., 16 ga. about 6 lbs. and 20 ga. about 5¾ lbs.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $91.16

**MODEL 37R SOLID RIB**

Same as the Model 37, except: barrel with raised solid rib for "dead level" sighting; weight, about ¼ lb. more, gauge for gauge.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $109.31

**MODEL 37R DELUXE** (Right)

Similar to M37R with raised solid rib, but in addition. with beaver-tail forearm and selected wood. Ivory sights. About 7 lbs. in 12 ga.; 6¾ lbs. in 16 ga., and 6 lbs. in 20 gauge.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $129.95

**MODEL 37T TARGET GRADE** (2nd from top)

Basic M37 specifications. Stock of fancy selected walnut, extra checkered. Choice of stock: either Skeet type, 14″ x 1½″ x 2½″, or Trap type, 14½″ x 1½″ x 1⅞″. Trap type includes recoil pad. Weight, about 7½ lbs. in 12 gauge, 6¾ lbs. in 16 gauge, and 6½ lbs. in 20 gauge.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $217.55

**MODEL 37 $2,000 GRADE** (Right)

Stocked and engraved to order, with figures in gold, extra fancy wood, ventilated rib, etc.

**ITHACA SINGLE BARREL TRAP GUN**

**Gauge:** 12 only; 30″ or 32″ barrel with ventilated rib. Ivory sights.
**Action:** Automatic ejector, take down. Speed lock. Frame, lever, guard, etc., handsomely engraved.
**Stock:** Selected, figured walnut, extra checkered at pistol grip and beavertail fore-end. 14½″ x 1½″ x 1⅞″. Recoil pad, gold name plate.
**Weight:** About 8 pounds.
Price, No. 4 grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $400.00
Price, No. 5 grade. Extra quality stock and engraving. . . . . . . . . . . . . . . . . 550.00
Price, No. 7 grade. Extra fancy quality stock and engraving. . . . . . . . . . . . . 1500.00
ITHACA $2000 grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2000.00

Compendium_Klarevas
Page 093

# WINCHESTER SHOTGUNS

**MODEL 12, STANDARD OR FIELD GRADE**
12, 16 and 20 gauge.
**Barrel:** 26" to 32", Imp. Cyl. to Full. Almost any combination available. Plain or matted rib. 2¾" chambers.
**Stock:** Walnut, pistol grip. Slide handle grooved. 14"x 1½"x2½".
**Action:** Slide, one piece receiver, take down. Side ejection.
**Magazine:** Tubular holding 5 old style or 6 new crimp shells. Plug furnished to reduce capacity to 2 shots.
**Weight:** 7 lbs. 9 oz. for a 12 gauge, 32" gun to 6 lbs. 5 oz. for a 20 gauge, 26" gun.

Price, with plain barrel.........................$ 93.85
Price, with matted rib barrel..................  110.35

**MODEL 12, MAGNUM DUCK GUN**
12 gauge only.
Same specifications as Model 12 Standard except:
**Barrel:** 30" only, full choke, plain or matted rib, chambered for 3" shells.
**Stock:** 13⅝"x1½"x2⅜", fitted with Winchester recoil pad.
**Weight:** 8 lbs. 11 oz. and 8 lbs. 13 oz.
Price, with plain barrel........................$104.85
Price, with matted rib barrel...................  121.40
Price, Winchester Special Vent. Rib............143.70

**MODEL 12 SKEET GUN**
12, 16, 20 and 28 gauge.
Same specifications as Model 12 Standard except:
**Barrel:** 26", Skeet bored, matted rib or ventilated rib. 2¾" chamber except 2⅞" in 28 gauge.

**Stock:** Walnut, pistol grip and extension slide handle, checkered. Grip cap. 14"x1½"x2½". Straight grip stocks furnished, no extra charge.
Price, matted rib barrel.......................$126.90
Price, ventilated rib, 12 gauge only. Stock 14"x1⅝"x 2⅜".........................................$204.30
Price, Winchester Special Vent. Rib...........161.90

**MODEL 12 SKEET GUN**
12 gauge only, with Cutts Comp.
Same specifications as Model 12 Skeet Gun, except:
**Barrel:** Plain, threaded and shouldered for Cutts Comp. 26" with Skeet tube in place.
**Stock:** 14"x1⅜"x2¼". Straight grip stocks furnished, no extra charge.
Price, with Cutts Comp, Spreader and Full Choke tubes.
..................................................$137.30
Price, Winchester Special Vent. Rib...........176.15

**MODEL 12 TRAP GUN**
12 gauge only.
Same specifications as Model 12 Skeet Gun, except:
**Barrel:** Matted or ventilated rib, 30" only, Full or Imp. Mod.
**Stock:** Pistol grip or straight, 14⅜"x1⅜"x1⅞". Winchester recoil pad fitted.
Price, with matted rib barrel..................$131.35
Price, with ventilated rib.......................  209.80
Price, Winchester Special Vent. Rib...........166.40

**MODEL 12 TRAP GUN**
12 gauge only with Monte Carlo stock.
Same specifications as Model 12 Trap Gun, except:
**Stock:** 14⅜"x1⅜"x1⅜"x2⅛" with ventilated rib barrel.
Price, with ventilated rib barrel..............$218.20
Price, Winchester Special Vent. Rib...........174.70

**MODEL 12 PIGEON GRADE**
Made on special order only in all regular Model 12 styles and gauges; stocked to customer dimensions without extra charge except for Monte Carlo, cheek-piece or offset. Simple or elaborate engraving and extra fancy stock carving or checkering at extra cost.
Price, Field or Skeet Gun, matted rib .........$187.70
Price, Skeet or Trap Gun, ventilated rib .... from 253.95
Price, Winchester Special Vent. Rib ...... from 210.05

**MODEL 42 STANDARD GRADE**
410 Gauge, Hammerless Take Down.
**Barrel:** 26" or 28", plain or matted rib, 3" chambers. Standard chokes. Ventilated rib barrels not available.
**Stock:** Walnut, pistol grip. Slide handle grooved. 13¾"x 1½"x2¼".
**Action:** Slide, one piece receiver. Take down, side ejection.
**Magazine:** Tubular, holding five 3" or six 2½" shells. Plug furnished to reduce capacity to 2 shots.

**Weight:** About 6 lbs.
Price, plain barrel.............................$81.70
Price, matted rib barrel........................  99.90

**MODEL 42 SKEET GUN**
Same as Model 42 Standard Grade, except:
**Barrel:** 28" matted rib, Skeet bored.
**Stock:** Walnut, checked pistol grip and extension slide handle. Grip cap. 13¾"x1½"x2¼". Straight grip stock furnished, no extra charge.
Price, 2½" or 3" chambering..................$106.40
Price, Winchester Special Vent. Rib....  ......127.45

**MODEL 42 DELUXE**
Made on special order only—full fancy walnut, fancy checkering; hand smoothed working parts with engine turned bolt and carrier. Stocked to customer's dimensions

without extra charge, except for Monte Carlo, cheek piece or offset. Simple or elaborate engraving or carving at extra cost.
Price..........................................$172.25
Price, Winchester Special Vent. Rib...........192.90

*142*

# WINCHESTER SHOTGUNS



### MODEL 25 HAMMERLESS SLIDE ACTION
12 gauge only, solid frame.
    Essentially the same as the Model 12, this new gun offers a reliable and durable shotgun at a popular price.
**Barrel:** Winchester Proof Steel.  28" Cyl., Mod. or Full.

**Action:** Winchester slide action.
**Safety:** Positive cross-lock at front of guard.
**Stock:** Walnut, pistol grip. Slide handle grooved.
**Magazine:** Tubular, holding 4 shells. Plug furnished to reduce capacity to 2 shots.
**Weight:** about 7½ lbs.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$80.25**

### MODEL 97 VISIBLE HAMMER
12 gauge only.
**Barrel:** 28", 30"; plain barrels only, Mod. or Full.

**Stock:** Walnut, pistol grip. Slide handle grooved. 13⅞"x 1¾"x2⅜".
**Action:** Slide, external hammer. Half cock safety.
**Magazine:** Tubular, holding 5 old style or 6 new crimp shells. Plug furnished to reduce capacity to 2 shots.
**Weight:** About 7¾ lbs.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$77.30**

### MODEL 21 FIELD GUN
12, 16 and 20 gauge.
**Barrels:** 26" or 28" in 20 and 16 gauge, 26", 28" or 30" in 12 gauge. Any combination of barrel lengths and chokes, other than standard, furnished on special order at no extra charge. Matted rib or ventilated rib.
**Stock:** American walnut, checkered pistol grip and beavertail fore-end. Checkered composition butt plate. 14"x 1⁹⁄₁₆"x2½".

**Action:** Selective single trigger, automatic ejector, automatic safety.
**Sights:** Winchester No. 81 metal front.
**Price, with matted rib barrels** . . . . . . . . . . . . . . . **$355.00**
**Price, with ventilated rib barrels** . . . . . . . . . . . . . 445.00

### MODEL 21 DUCK GUN
12 gauge only—3" chambers.
Same specifications as Model 21 Field Gun, except:
**Barrels:** 30" or 32", Full and Full. Matted rib or vent. rib.
**Stock:** 13⅝"x1½"x2⅜", recoil pad fitted.
**Price, with matted rib barrels** . . . . . . . . . . . . . . . **$370.00**
**Price, with ventilated rib barrels** . . . . . . . . . . . . . 460.00

### MODEL 21 SKEET GUN
12, 16 or 20 gauge.
Same as Model 21 Field Gun, except:
**Barrels:** 28" in all gauges, bored Skeet No. 1 and No. 2 matted rib or ventilated rib.
**Stock:** Pistol grip, 14"x1⁵⁄₁₆"x2½". Straight grip, 14"x 1½"x2".
**Safety:** Non-automatic.
**Sights:** Bradley ⅛" red bead front, No. 94 middle.
**Price, with matted rib barrels** . . . . . . . . . . . . . . . **$360.00**
**Price, with ventilated rib barrels** . . . . . . . . . . . . . 450.00

### MODEL 21 TRAP GUN
12 gauge only.
Same as Model 21 Field Gun except:
**Barrels:** 30", matted rib or ventilated rib, full choke. 32"

barrels furnished on special order, no extra charge.
**Stock:** Pistol grip or straight grip, 14⅜"x1⅞"x1⅞", with recoil pad.
**Safety:** Non-automatic.
**Sights:** No. 81 metal front, No. 94 middle.
**Price, with matted rib barrels** . . . . . . . . . . . . . . . **$360.00**
**Price, with ventilated rib barrels** . . . . . . . . . . . . . 450.00

### MODEL 21 DELUXE
Made on special order only in all regular Model 21 styles and gauges. Stocked to customer dimensions without extra charge except for Monte Carlo, cheek-piece or offset. Simple or elaborate engraving and extra fancy stock carving or checkering at extra cost.
**Price, Custom Built Field Gun, matted rib** . . . . **$475.00**
**Price, Custom Built Skeet, Trap or Duck Gun,** matted rib barrels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$439.85**
**Price of ventilated rib on above, add** . . . . . . . . . . 90.00
**Price, Custom Built Magnum Gun** . . . . . . . . . . **$510.00**

### MODEL 24 DOUBLE BARREL
12, 16 and 20 gauge.
**Barrels:** 26" or 28" in 12, 16 and 20 gauge; 30" only in 12 gauge. Imp. Cyl. and Mod. or Mod. and Full combination only. Raised matted rib only.

**Stock:** Walnut, pistol grip and semi-beavertail fore-end, 14½" (from front trigger) x 1½"x2½".
**Action:** Take down, two triggers, plain extractors. Auto. safety.
**Weight:** About 7½ lbs. in 12 gauge.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$77.10**

### MODEL 37 SINGLE BARREL
12, 16, 20 and 410 gauge.
**Barrel:** 26", 28", 30" or 32", all bored Full. Plain barrel

only available. 2¾" chamber in 12, 16 or 20 gauge, 3" chamber in 410 gauge.
**Stock:** Walnut, pistol grip and semi-beavertail fore-end.
**Action:** Take down, automatic ejector.
**Weight:** About 6½ lbs. in 12 gauge.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$23.55**

Compendium_Klarevas
Page 095

# REMINGTON "WINGMASTER"
## PUMP ACTION SHOTGUNS
### 12, 16 AND 20 GAUGE



MODEL 870 AP

MODEL 870 ADL

MODEL 870 CUSTOM GRADE

Cut away view showing breech block locked in barrel extension. A Remington exclusive feature on pump guns.

Extremely simple take down . . . all Model 870 barrels of similar gauge can be changed in a minute without disturbing fore-end or magazine.

| Ga. | Choke | Barrel Lengths Inches |
|---|---|---|
| 12 | Full | 28, 30 |
| | Modified | 28 |
| | Imp. Cyl. or Cyl. | 26 |
| | Skeet | 26 |
| 16 and 20 | Full | 26 |
| | Modified | |
| | Imp. Cyl. or Cyl. | 26 |
| | Skeet | 26 |

Plain barrel supplied on all grades except Models 870 ADL & BDL, which have matted-top barrels.

### REMINGTON "Wingmaster" MODEL 870 AP STANDARD GRADE

5-shot, takedown, hammerless, solid breech. Wide selection of barrel lengths and chokes (see chart). 12 oz. "Vari-Weight" steel plug (included only with 12 ga.). 3-shot wooden magazine plug. Chambered for 2¾" shells, and designed for safe use with heavy or light standard loads. Cross bolt safety. Top of receiver matted. American walnut half pistol-grip stock with grooved fore-end. Walnut-colored butt plate. Standard stock dimensions: 14" long, 1⅝" drop at comb, 2½" drop at heel. Average weights: 20 ga.—6½ lbs., 16 ga.—6¾ lbs., 12 ga. (without "Vari-Weight" steel plug)—7 lbs.—with steel plug, 7¾ lbs. The following extras will be supplied at an additional charge: special stocks; recoil pads; ventilated ribs; beavertail fore-end; integral Regular Polychokes (plain barrels only—12 ga. 28", 16 and 20 ga. 26"—ventilated Polychokes 1¼" longer); Cutts compensators (vent rib barrels only—26" overall).
Price ......................................................................................$77.30

### REMINGTON "Wingmaster" DE LUXE GRADE MODEL 870 ADL

Has all the features of the "Wingmaster" standard grade *plus* the following extras: finely-checkered stock with decorative grip cap; black butt plate; long, checkered beavertail extension fore-end with finger grooves; top surface of barrel fully matted—not raised.
Price ......................................................................................$88.35

### REMINGTON "Wingmaster" CUSTOM GRADE MODEL 870F

Has all the features of the "Wingmaster" plus finest of stockwork, engraving, gold inlays, etc. Price given upon application.

| | |
|---|---|
| No. 870D "Tournament" Grade.......................................................... | $326.05 |
| No. 870F "Premier" Grade............................................................. | 646.60 |
| No. 870BDL "De Luxe Special" Grade................................................... | 101.10 |
| No. 870TB "Trap Special" Grade, with raised ventilated rib........................... | 134.25 |
| No. 870SA "Skeet" Grade, with raised ventilated rib................................. | 110.45 |
| Matted top surface of barrel, extra.................................................. | 4.40 |
| Raised ventilated rib, extra........................................................ | 22.10 |
| Special drop or greater length of stock, extra...................................... | 22.10 |
| Special stock (any dimensions) with cheek piece, Monte Carlo or offset, extra........ | 44.20 |

*144*



## SPORTSMAN—'48 A STANDARD GRADE (Top View)

3-shot capacity, take-down hammerless, solid breech. Chambered for 2¾" shells. Crossbolt safety. Top of receiver matted. American walnut pistol-grip stock and fore-end, both finely checkered. Pistol grip cap. Black butt plate. Standard stock dimensions—14"x1⅝"x2½". Weight 20 gauge, about 6½ lbs.; 16 gauge about 6¾ lbs.; 12 gauge, about 7½ lbs.

## MODEL 11—'48 A STANDARD GRADE

Same as Sportsman '48 except: 5-shot capacity (3-shot plug furnished.) Without grip cap and grooved fore end

## MODEL 11—'48 28-GAUGE SKEET GUN

Same as above except: 4-shot capacity; grooved fore-end; standard stock dimensions—13⅞" x 2⅝" x 1⅝"; weight about 6¼ lbs.

## SPORTSMAN—'48 SKEET GRADE (Lower View)

Same as Sportsman '48 except: beavertail fore-end and Remington Special Skeet Boring. Furnished with 26" raised ventilated rib barrel, ivory bead front sight and white metal rear sight.

All models above available with factory installed Cutts Comp or Poly-choke.

### BARREL LENGTHS AND BORINGS FOR '48 MODELS

| Gauge | Choke | Plain Bbls. | Vent Rib Bbls. |
|---|---|---|---|
| 12 | Full | 28, 30 | 30 |
| | Modified | 28 | 28 |
| | Cyl., Imp. Cyl., Skeet | 26 | 26 |
| 16 | Full | 28 | 28 |
| | Modified | 28 | 28 |
| | Cyl., Imp. Cyl., Skeet | 26 | 26 |
| 20 | Full | 28 | 28 |
| | Modified | 28 | 28 |
| | Cyl., Imp. Cyl., Skeet | 26 | 26 |
| 28 & 410 | Full, Mod., Imp. Cyl., Skeet | 25 | 25 |

## MODEL 11-'48 AND SPORTSMAN '48

| | |
|---|---|
| Standard A Grade | $110.45 |
| Riot R Grade, 20" bbl. | 110.45 |
| Special B Grade | 123.20 |
| Tournament D Grade | 302.80 |
| Premier F Grade | 623.30 |
| Extra barrel, A to F Grade ...... $44.25 to | 86.95 |
| Matted top surface of barrel, extra | 4.40 |
| Raised ventilated rib, extra | 22.10 |
| Shortening standard stock up to 1" on A, B Grade, extra | 8.50 |
| Special drop or length of stock on A, B Grade, extra | 22.10 |
| Special stock (any dimensions) with cheek piece, Monte Carlo or offset, A or B Grade, extra | 44.20 |

## SPORTSMAN '48 SKEET

| | |
|---|---|
| 48 Skeet Grade with vent. rib | $137.35 |
| 48SC Skeet Target Grade with vent. rib | 191.90 |
| 48SD Skeet Tournament Grade with vent. rib | 329.70 |
| 48SF Skeet Premier Grade with raised vent. rib | 650.20 |
| (Except SD or SF) grade, extra | 8.50 |
| (Except SD or SF) grade, extra | 22.10 |
| (Except SD or SF) grade, extra | 44.20 |

## The World's First 410 Autoloader



## MODEL 11-48A STANDARD GRADE

Same as the 11-48A Standard above, except 4-shot capacity (3 shot plug furnished), chambered for 2½" and 3" shells. Bored Full, Mod. or Imp. Cyl. Semi-beavertail fore end. Barrel length 25", weight about 6¼ lbs. Price ...... $110.45

## MODEL 11-48A SKEET GRADE (Above)

Same as above, except: Remington Special Skeet Boring. Raised ventilated rib only. Price ...... $132.55

Factory fitted special Cutts Compensators will be installed on Model 11-48 410 gauge autoloaders with ventilated rib barrels only. This special compensator insures positive functioning with either 2½" or 3" shells.

Compendium_Klarevas
Page 097

# MARLIN SHOTGUNS



### NEW MARLIN MODEL 55 HUNTER

**Gauge:** 12

**Barrel:** 28″, Full Choke
**Action:** Bolt, fast action which rotates only 75° instead of usual 90°. Cocking indicator, easy take down.
**Stock:** Pistol grip with recoil pad.
**Weight:** About 7½ lbs.
**Length:** 49″
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$29.95**

### MARLIN MODEL 90ST (Above)

**Gauge:** 12, 16 and 20 gauge.

**Barrels:** Special alloy steel, top surface matted. 26″, 28″ and 30″ in 12 gauge, 26″ and 28″ in 16 and 20 gauge. 26″ barrels bored Imp. Cyl. and Mod. 28″ and 30″ barrels bored Mod. and Full.
**Action:** Hammerless, cocks on opening, automatic safety.
**Stock:** 14¼″ x 1⅝″ x 2¼″, walnut, checkered grip and fore-end.
**Weight:** About 7½ lbs. in 12 ga., about 6¼ lbs. in 16 and 20 gauge.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$124.90**

# SINGLE BARREL GUNS



### STEVENS MODEL 94 (3rd from Top)

**Gauge:** 12, 16, 20, 28 & 410, all bored full choke.
**Barrel:** Proof tested alloy steel. 26″ in 410 (3″ chambers); 28″ in 20 gauge; 28″, 30″ or 32″ in 12, 16, 28 gauge.
**Action:** Two way top snap, low hammer, auto. ejector.
**Stock:** Walnut finish, pistol grip. 14″x 1⅝″ x 2⅝″.
**Weight:** About 6 lbs.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$23.50**

### STEVENS MODEL 220

Hammerless, top safety, genuine walnut stock and wider fore-end.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$24.95**

### H & R TOPPER MODEL 48 (Bottom Illustration)

**Gauge:** 12, 16, 20 or 410, Full or Modified.
**Barrel:** 26″ and 28″ in 20 and 410 gauge (3″ chamber); 28″ and 30″ in 12, 16 and 20 gauge.
**Action:** Two way top snap, automatic ejectors, coil springs.
**Stock:** Walnut, pistol grip. 14″x1¾″x2½″.
**Weight:** 5½—6 lbs. in 12 gauge to 6½ lbs. in 410 gauge.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$23.50**

### H & R TOPPER DELUXE MODEL 488

Same as above except chrome finished.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$25.95**

### IVER JOHNSON CHAMPION (2nd from Bottom)

**Gauge:** 12, 16, 20, 28 & 410, all bored full choke.
**Barrel:** 28″, 30″ or 32″ in 12 ga.; 28″ & 30″ in 16 ga.; 28″ in 20 & 28 ga.; 26″ & 28″ in 410 gauge.
**Action:** Low hammer, auto. ejectors, take down.
**Stock:** Walnut, pistol grip; trap type fore-end. 14″x1¾″x2¾″.
**Weight:** 5¾ lbs. to 6¼ lbs.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$23.50**



Compendium_Klarevas
Page 098

**MOSSBERG MODELS 185K, 190 AND 195 (Top Illustration)**
**Gauge:** 20, 16 and 12
**Barrel:** 26″ including adjustable "C-LECT-CHOKE" giving Full, Modified or Cylinder choke with a turn of the knurled sleeve. Barrel is slotted behind "C-LECT-CHOKE," reducing recoil.
**Action:** Cocks on opening. Thumb safety; safety indicator on striker. Removable 2-shot clip. Take down.
**Stock:** Walnut, pistol grip Monte Carlo.
**Weight:** 6¼ lbs. in 20 gauge, 6¾ lbs. in 16 gauge, 7¼ lbs. in 12 gauge.
**Length:** 45½″ in 20 and 16, 45½″ in 12 gauge.
Price, Model 185K (20 gauge)................................$29.95
Price, Model 90 (16 gauge)................................. 31.95
Price, Model 195 (12 gauge) with recoil pad.................... 32.95

**MOSSBERG MODEL 185D, 20 GAUGE**

Similar to Model 185K, but has 25″ barrel fitted with 2″ removable Full Choke tube and supplied with extra Modified and Imp. Cylinder tubes.
Price .................................................$25.95

**MOSSBERG MODEL 183D, 410 GAUGE**

Similar to Model 185D, but has 23″ barrel fitted with 2″ detachable Full Choke tube and extra Modified tube supplied. Magazine holds three 3″ shells.
**Length:** 44½″ overall. Weight 5¼ lbs.
Price ................................................. $24.95

**MOSSBERG MODELS 183K**

Same as above, except 25″ barrel; chambered for all 410 shells, with 3-shot clip. Weight, about 5½ lbs. Price........................$28.95
Mossberg shotguns, $1.00 higher west of Rockies

**STEVENS MODEL 258**

**Gauge:** 20 only. 2-shot clip magazine.
**Barrel:** 26″ only. Full Choke.
**Length:** 44″ overall. Weight, about 6¼ lbs. Otherwise the same as the Stevens Model 59.
Price ................................................. $26.95

**STEVENS MODEL 59 (2nd from Top)**

**Gauge:** 410, tubular magazine holding five 2½″ or four 3″ shells.
**Barrel:** 24″ only. Full Choke.
**Action:** Cocks on opening, side safety. Take down.
**Stock:** Walnut finish, pistol grip. Black tip fore-end.
**Length:** 44″ overall. Weight, about 6 lbs.
Price ................................................. $29.95

**STEVENS MODEL 58**

Same as Model 59 except with 3-shot detachable clip magazine.
Price ................................................. $25.75

**H & R MODEL 349 GAMESTER (3rd from Top)**

**Barrel:** 26″, equipped with "Variable Choke."
**Action:** Cocks on opening, side thumb safety, 3-shot. Mulno Sighting Dome.
**Stock:** Walnut, Monte Carlo type with rubber recoil pad, fluted comb and fore-end finger grooves.
**Length:** 47″ over-all. Weight about 7¾″ lbs.
Price .................................................$33.95

**J. C. HIGGINS (Bottom Illustration)**

**Gauge:** 12, 16 and 20.
**Barrel:** 28″ in 12 gauge, 26″ in 16 and 20 gauge. Full or Modified.
**Action:** Cocks on opening, side thumb safety. Tubular magazine holds 5 shells. Plug furnished. Take down.
**Stock:** Walnut, pistol grip. Recoil pad.
**Length:** 48⅝″ in 12, 46⅝″ in 16 & 20. Weight 7-7¼ lbs.
Price ................................................. $29.50

Top view of new Mossberg C-LECT-CHOKE and Ventilated Barrel on new Models 185K and 190

*147*

# FOR THE FIRST TIME IN AMERICA
## Genuine BROWNING Pistols

# FOREIGN ARMS



9mm HI-POWER, RENAISSANCE ENGRAVED FINISH

### Imported by Browning Arms Co., St. Louis, Mo.

To most of the world, *Browning* is the synonym for "automatic pistol." Basic Browning designs have been imitated in every country—and hardly improved on. The Chinese, attaching mystic value to the word *Browning* often stamped their imitations with BROWNINGS PATENT BROWNINGS PATENT BROWNINGS PATENT, but even magic cannot improve the original excellence of the genuine Browning pistols.

The Hi-Power stands well among the large-caliber pistols of sporting and military circles. The 380 is perhaps the most widely imitated of the pocket arms, and embodies the renowned 3 safeties of Browning construction—grip, thumb, and magazine disconnector safeties. The 25 is the "Baby"—small enough to fit in a change pocket without sagging! For close-in protection, for ladies and plainclothesmen, the "Baby" is invaluable.

**Browning Hi-Power cal. 9mm (Luger)**
The famous 13-shot Browning military and "outdoors" pistol, available in satin blue or engraved finish. Designed nearly 30 years ago, it is still ahead of its time. Reliable, safe, sturdy and precisely made. Weight 2 lbs., length 7¾". Fixed sights, rear may be zeroed. Hand-checkered French walnut grips. Price, blue..................................................$74.50
Renaissance engraved, plated, "Nacrolac" pearl grips, price....200.00

The 380 model is a hammerless, 6-shot pocket pistol. Weight 20 oz., length 6 inches. Hard rubber grips. Shown in case (below), price.........$44.50
Renaissance engraved, plated, "Nacrolac" pearl grips, price.....115.00

The 25 (shown to scale in the 3-pistol set, left) is 6-shot, and extremely light and concealable—weight 9.7 oz. Cocking indicator at rear of slide tells whether gun is cocked, an important safety. Thumb and magazine safeties, also. Price with single case......................................$29.95
Renaissance engraved, nickeled, "Nacrolac" pearl grips, price.... 75.00



3-PISTOL SET



380 POCKET

### CASED SETS OF BROWNING PISTOLS
While every standard blue Browning pistol comes with an individual black case, red velvet lined, the Renaissance Engraved Models are supplied with luxurious blue lined presentation cases. In addition, complete cased sets of the regular models (shown, left) as well as the Renaissance Engraved Models, are available for the shooter who wants a complete battery, or the collector or connoisseur who wants the finest in modern pistols. The standard set of three, Hi-Power, 380 Pocket, and 25 Baby, is priced at...........$148.95
Renaissance Engraved Models, set of three, handfinished walnut case ........................................................390.00

Compendium_Klarevas
Page 100

# IN AMERICA



## WALTHER PISTOLS

### MODEL PP

| Caliber | 32 | 380 | 22 L.R. |
|---|---|---|---|
| Barrel length | 3⅞" | 3⅞" | 3⅞" |
| Magazine capacity | 8 | 7 | 8 |
| Over-all length of pistol | 6⅚₆" | 6⅚₆" | 6⅚₆" |
| Weight | 23 oz. | 23 oz. | 23 oz. |
| Price, blue, w/extra magazine | $69.50 | $69.50 | $75.50 |

Price, nickel, $7.50 extra.

### MODEL PPK (Short version of the PP)

Similar in specification to the Model PP but shorter barrel and slide, and shorter grip. A LIGHTWEIGHT model is also available with duralumium frame. Price, regular model, 380 & 32, blue.....................$64.00
Price, regular model, 22LR, blue............................. 67.50
Price, LIGHTWEIGHT, 32 only, blue........................... 70.00
Price, LIGHTWEIGHT, 22LR, blue............................. 74.00

**Imported by the Thalson Co., San Francisco, Cal.**



### PP SPORTER & TARGET 22LR
Basically similar to the PP in 22LR caliber, this newest of the Walther designs offers the advantages of a longer barrel (6" or 8⅜" available), adjustable front and rear sights, and new thumbrest moulded grips.
Price, blue, either barrel length...............................$78.50

## CZECH PISTOLS
**Imported by the Thalson Co.**





### CZ
The only 25 caliber pocket pistol with double action, the CZ is made in Czechoslovakia, of good materials and workmanship. Double action permits all springs to be safely at rest while carrying, yet available for instant use. Holding 8 shots, CZ is 5" length over-all, weighs 15 oz.
Price, blue...............................................$39.50

### Z (formerly DUO)
A conventional and well-made pistol, also Czech manufacture, the Z pocket 25 combines a regular thumb safety with a magazine safety, making accidental discharge impossible after the clip is removed. 6-shot, only 4½" long, weight 14½ oz.
Price, nickel...........$41.00          Price, blue...........$39.50

*171*

## FOREIGN TARGET PISTOLS





The Swiss replica of the famous Walther Olympia is now in limited production under the direct supervision of Carl Walther. Two types are available; one with Dural slide in 22 Short, weighing 27½ ozs.; the other with steel slide in 22 L.R. weighs 30½ ozs. Both are about 11″ over-all, have 7⅔″ barrels, sight radius of 9⅓″. Grieder, importer. Price......**$154.00**

### STAR OLYMPIA RAPID-FIRE PISTOL



Shooting the 22 Short, this target model has an aluminum alloy slide, honed trigger and action, and recoil compensator, easily detached. Furnished with 3-piece weights, thumb-rest grips, adjustable sights, and an extra magazine and cleaning rod. Weight is 52 ozs. with weights, barrel length is 7″, over-all length 11″, and magazine capacity is 9 shots. Firearms Int., importers. Price...................................**$85.00**

### BERETTA OLYMPIC



Olympic type match pistol in 22 Short and 22 L.R. Five-shot magazine, bbl. 8¾″ inc. muzzle brake; weight 38 ozs., sights 1/10″ front, adjustable rear. Checkered Italian walnut stocks with thumb rest. Supplied with muzzle brake, adj. barrel weight, key, extra magazine, and cleaning accessories. J. L. Galef, importers. Price...................................**$187.50**

### BERNARDELLI AUTOMATIC PISTOLS



The new Sporter Model 22 is offered with a 3½″, 6″, 8″, or 10″ barrel, thumb rest style grips and Patridge type sights. Length: 6⅜″ to 13″ Weight: 25 to 30 ozs. Other data the same as for 32 and 380 Models. Price, any barrel. .......................................**$48.00**

### HAEMMERLI FREE PISTOL



Typical of pre-war German match pistols, now no longer made. Martini action similar to Record Match and Modell Perfekt pistols, single set trigger, and breech block drilled to permit cleaning from the breech. Grips are traditional shelf and thumb rest style, left oversize so they may be fitted to user. Rear sight has elevation and windage. Workmanship is very fine; fancy finishes and engraving not available, at least so far. Barrel length, 11.4″; over-all length, 14.9″, weight 42⅓ oz. From Grieder. Price....................**$186.00**





### STAR COE 25
25 caliber pocket pistol similar in design to other Star pistols. Handsomely engraved and chrome plated, simulated pearl grips. From F.I.
Price, as shown . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$43.75

### ASTRA & STAR DE LUXE PISTOLS
In addition to the blued finish models, these pistols are available in different fancy styles: chromium plated finish, silver plated with hand engraving, and gold plated. Further, on special order, they are supplied with fine gold incrustations in Damask style. They can be provided with nicely engraved monograms and inscriptions. Prices on request from Firearms International.

### ASTRA MODEL 200 AUTOMATIC PISTOL
25 caliber vest pocket model. Magazine capacity 6 cartridges. 2¼" barrel, length over-all 4⅜". Weight, 11¾ ounces. Same three safety features as the Model 600 Astra. Firearms International. Made in Spain. Price $38.00
M202, chrome plated and engraved. Price . . . . . . . . . . . . . . . . . . .  43.75
M204, gold encrusted presentation finish. As shown, Price . . . . . . .355.00





### STAR MODEL S and SI
Made in 32 or 380 cal. Barrel length 4", weight about 22 oz. Thumb rest style grips are standard. Locked breech type; thumb, half-cock, and grip safeties fitted. Firearms International. Price . . . . . . . . . . . . . . . . . . . . .$46.90
Gold encrusted presentation model (shown). Price . . . . . . . . . . .  880.00

### STAR MODEL A SUPER 38
Official pistol of the Spanish Army, the Model A has fixed, luminous easy pointing sights, loaded chamber indicator. Checkered backstrap and walnut grips. Fast takedown. From F.I. Price, blue . . . . . . . . . . . . . . . . . . . . . . .$62.50





### ASTRA MODEL 3000 AUTOMATIC PISTOL
Calibers 32 and 380, magazine holds 6 and 7 shots respectively. Length over-all, 6⅜" weight 20 ozs. Features thumb and grip safeties, loading indicator. Pictured is the finely engraved and chromed version of the Model 3000.

Price, standard model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$46.90
Price, engraved model (M3003) . . . . . . . . . . . . . . . . . . . . . . . . . .  82.90

### STAR 22LR TARGET PISTOLS
12-shot capacity, thumb and magazine safeties. Various finishes. From F.I.

4¼" barrel, weight about 24¼ ozs. Price, blue or chrome . . . . .  $41.50
4¼" barrel, chrome plated finish. Price . . . . . . . . . . . . . . . . . . . . .  45.75
4¼" barrel, hand engraved and plated (shown). Price . . . . . . . . .  55.75
6" barrel, weight about 25½ ozs. Price, blue or chrome . . . . . . .  46.50
7¼" barrel, weight about 26¼ ozs. Price . . . . . . . . . . . . . . . . . . .  49.75

Compendium_Klarevas
Page 103



## NEW BERETTA MINX M4

The new M4 is similar to the regular M2 in 22 short caliber, but is fitted with a 4" barrel.

Price ...................................................$35.00



## BERETTA JETFIRE AND MINX

New 25 and 22 Short pistols, using a hinged barrel that permits firing the first shot without operating the slide. The 22 Short weighs 11 ozs., holds 6 shots in the magazine; the 25 cal. weighs 11 ozs., with a 7-shot magazine. Both are blued, have fixed sights, and are 4¾" over-all.

Minx 22 Short M2. Price.....................................$33.50
Jetfire 25 auto. Price ....................................... 33.50

## BERETTA POCKET AUTOMATICS

25, 32, and 9 mm (380) caliber. Compact, sturdy pistols. The 32 and 380 caliber have external hammers. Grip safety on the 25 caliber, thumb safety on all models. 25 caliber weighs 14 ozs., the 32 and 380 weigh 24 ozs. 8-shot magazine with all three. Galef, Importers

25 caliber, barrel length 2½". Price.........................$32.00
32 and 380 caliber, barrel length 3½". Price........$43.50—$44.95



## BERNARDELLI AUTOMATIC PISTOLS

22, 25, 32, and 380 Pocket models are all steel construction with three safety features: Positive thumb safety, magazine disconnector, and cocking indicator. Instant takedown. Barrel is fixed to frame, making for better accuracy. The 380 and 32 cal. models weigh 25 ozs., have a 3½" barrel and a capacity of 10 shots. The 22 and 25 cal. models weigh 9 ozs., have a 2⅛" barrel and a 5-shot magazine, 6 shots in 22. Stoeger Arms Co.

32 cal. and 380 cal.  Price......................$45.00—$48.00
22 (above) and 25 cal.  Price............................. 35.00



## BERETTA PLINKER 22

Identical to the regular Beretta in form, this new 22 is made with a Duralumin frame, resulting in a total weight of only 17 oz. Target style of grips, skeletonized hammer, and 1/10" Patridge style sights are standard.

Price ...................................................$43.95
Price, with mother-of-pearl grips and lanyard loop...........$53.50



## GALESI AUTOMATIC PISTOLS

25 and 32 Pocket models, "Rustless" barrels, positive thumb and magazine safeties. The 25 is 4⅝" OA, 8-shot, weighing 11 ozs. The 32 is 5⅞" OA, 8-shot, weight 21 oz. Deluxe engraved shown. Omega Import Company.

25 cal. regular blue finish. Price.............................$35.00
32 cal. regular blue finish. Price............................. 47.50



## LLAMA AUTOMATIC PISTOL

Looking much like a reduced version of the Colt 45 Auto, these pistols are made in 32 or 380 cal. Mag. capacity, 8 cartridges in 32 cal., 7 in 380 cal. 3¾" barrel, weight about 21 oz. Blue finish, checked walnut grips. Stoeger Arms Co. Price, 32 cal. and 380...........$46.00 and $48.00

*174*



**LION FREE RIFLE**

This rifle, made by the State Metal Works of Finland, won the world's championship in 1949 at Buenos Aires, and was also used by the Finnish Team in winning the World's Team Championship. Fully adjustable palm rest, removable for prone shooting. Cheek piece stock with thumb hole type pistol grip. Adjustable trigger pull. Micrometer peep rear sight and globe front. Weight, 14.3 lbs. Imported by Firearms International. Price . . . . . . . . . . . . . . . $175.00



**MANNLICHER-SCHOENAUER RIFLES**

Made in Carbine style, stocked to the muzzle with 20" bbl., weight 6¾ lbs., or Rifle with sporter stock and 24" bbl., weight 7½ lbs. In calibers 6.5 mm, 257, 7 mm, 270, 30-06, 308 Win., 9.3x62 mm. Ramp front, folding leaf open rear sights. Pachmayr Lo-Swing mount furnished for standard scopes. 1951 models have changed bolt for low scope mounting, shotgun safety and improved stock. Stoeger Arms Co. Price (either model, single or double set trigger). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $205.75



**HUSQVARNA CROWN GRADE RIFLE**

Made in Sweden, these Mauser type rifles are imported by Tradewinds, Inc. They are available in 308 Win., 270 Win., and 30-06 calibers with 23¾" round tapered barrel. Adjustable open rear sight, hooded ramp front sight, receiver drilled and tapped for standard peep and scope sights. New Monte Carlo stock of dense European walnut with high comb and cheekpiece. Checked fore and aft, pistol grip cap fitted. 13¾"x1⅝"x 2⅛". Weight 7¼" lbs., over-all length 44¾". Price . . . . . . . . . . . $162.50



**SAKO HI-POWER MAUSER RIFLE**

300 H & H, 375 H & H Magnum, 30-06, and 270. A new rifle using an FN action, assembled in Finland by Sako. Precision 24" barrel with two-leaf open rear sight and hooded ramp front sight. Hand-inletted, French walnut cheekpiece, checkered stock. 1" sling swivels, tapped for scope mount. Weight, 8¼ lbs.
Price, 300 H & H and 375 H & H Magnum. . . . . . . . . . . . . . . . . . . . . $159.75
Price, 30-06 and 270. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135.50
Price, Magnum barreled actions only, blued. . . . . . . . . . . . . . . . . . 89.95



**FABRIQUE NATIONALE DeLUXE MAUSER SPORTING RIFLE**

Available in 257 Roberts, 270, 30-06, and other calibers to order. 24" barrel. French walnut stock of excellent proportions, hand fitted. Bolt bent down for lowest scope mounting, low safety for scope use. Solid left receiver wall without clip loading slot. Drilled and tapped for standard receiver sights, quick release floor plate. Single stage pull without slack, double-set triggers $15.00 extra. Bead front sight on ramp with protective hood.



Views of the new and handsomely engraved FN DeLuxe Presentation rifle, beautifully executed in low relief. An outstanding value for the money. The stock is of fancy French Walnut, and a 3-leaf folding rear sight is fitted. Same specifications and calibers as the regular FN DeLuxe rifle.
Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $365.00



Available with engraved actions at $25.00 extra. Firearms International.
Price without rear sight. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $137.50
Price with Armstrong Dual-Range Peep receiver sight. . . . . . . . . . 148.75

*175*



**BSA MARTINI-INTERNATIONAL 22 RIFLE**

Designed and also imported by Al Freeland, here is the Martini action at its best. Built by the Birmingham Small Arms Co., this small bore rifle has very fast lock time, well-hardened working parts, and a camming block to insure snug seating. Scope height stock with full pistol grip and beavertail fore-end. Adjustable trigger. Quarter minute click W and E receiver sight, globe front, by Parker-Hale. Bbl. 29″, Wgt. 14 lbs. Price....... **$139.50**

**FERLACH (AUSTRIA) FIREARMS**

Ace Over-Under Rifle, H & H type action, with quadruple locking bolts. 24″ or 26″ Böhler barrels with matted rib. Ramp sight. Two triggers, one trigger set. Automatic ejectors, side safety. Fully engraved with deep relief game scenes. Selected walnut cheekpiece stock, finely checkered. 2½X or 4X Kahles scope, QD mount. 100 yd. open sight which folds down flush with rib. Wt. 9 pounds. Available in 375 H & H, 300 H & H, 270, 30-06, 7mm cal. Flaig's, Millvale, Pa., importers. From................ **$675.00**

**PURDEY DOUBLE RIFLE**

A top quality side lock rifle in 465 caliber, made for an American customer. Note special aperture sight at breech of barrels. Virtually any reasonable boring, stock, finish desired, to order. Priced accordingly. Imported by Frank Clark, Cheyenne, Wyo., Agent.

**GEBRUDER GEHMANN (Germany)**

An unusual idea in a 2-barrel sporter. Primarily a standard Mauser repeating rifle (available in 30-06, 8 & 7mm, and 6.5 x 57 High Speed calibers), the Gehmann rifle has a 22LR barrel beneath the main barrel, hidden in the forestock, with loading port in the fore-end checkering. For bear or chipmunks, on the same trip! Price and details on application to the maker, Gebr. Gehmann, Jagdwaffen, Konstanz a/B, W. Germany.

**SAKO L46 VARMINT RIFLE**

A Mauser type short action is used, proof tested. Adj. trigger, 3-shot magazine. Armstrong scope mounts fit integral dovetails on receiver. Checkered French walnut stock with cheekpiece and pistol grip cap. QD peep sight, adj. for windage and elevation, blade front sight on matted rib. 23½″ bbl., 43⅜″ over-all, weight about 6½ lbs. Calibers 222 Rem., 22 Hornet, and 218 Bee. From Firearms International.

Price, sporter stock, • **$135.00** With Mannlicher stock, price, **$144.75**

**JGA—THALSON**

A quality line of bolt action rifles on the basic Mauser pattern, the JGA is presently available in 22LR caliber. Soon to be available in 22 Hornet, 218 Bee, 222 Rem. and larger calibers. Thalson Co., importers.

Price, from................................................ **$89.50**



**F.I. MODEL 400 DOUBLE BARREL**

Made in 12-ga. only, 28″ barrels, bored modified and full. Chambered for 2¾″ shells. Triple locking A. & D. action, lightly engraved receiver. French walnut stock and beavertail fore-end, dimensions 14½″x1¼″x2¼″. Automatic safety, automatic ejectors, single trigger. Weight about 7½ lbs.
Price ................................................$155.50

**CENTAUR GRADE DOUBLE BARREL (Belgian)**

Made in 12, 16, and 20 gauge, with Siemens-Martin 26″, 28″, or 30″ barrels, bored modified and full. Chambered for 2¾″ shells. Automatic safety, non-ejectors. French walnut stock, beavertail fore-end, both hand checkered. Weight about 7 lbs. in 12 gauge. Continental Arms Corp. Price. ................................................$117.50

**FERLACH (AUSTRIA) FIREARMS**

"Constant Companion" double shotgun, Anson & Deeley system, quadruple Greener's bolt, automatic safety, ejectors. Barrels of Boehler-Proof steel, tapered boring. Engraved receiver, checkered fore-end, selected black walnut stock with pistol grip and cheekpiece. 12, 16, 20 ga. Flaig's, Inc., importers. Price ............................................$210.00

**BERETTA SIDE BY SIDE GUNS**

One-piece Mono-block design, quadruple locking lugs. Hinged front trigger. Hard chrome plated action and bores. Checkered Italian walnut stock, pistol grip or straight. 12, 16, 20, and 28 gauge, various barrel lengths. Continental Arms Corp.
Model 409 PB, plain extractors. Price...........................$189.50
Model 410 E, box locks with engraving, Price.................. 259.00
Model 411 E, side locks with engraving, Price................. 328.60



**BREDA 12 GAUGE AUTOLOADER (Italian)**

Winner of the 1950 World's Clay Target Championship at Madrid, the Breda is now offered here by Continental Arms Corp. Chambered for 2¾″ shells, it is furnished in 25½″, 27½″, and 30″ barrel lengths, with plain or ribbed barrel, straight or pistol grip stock of Italian walnut, hand checkered. Stock dimensions, 14″x1⅝″x2½″. Wgt. about 7½ lbs. Price, as shown ............................................$189.50
With type 1, 2, or 3 engraving. Price.............$239.50 to $289.50

*177*



**SUPER-SAIVE (Liége)**
   A complete line of shotguns in all gauges and styles. Of good quality, these Belgian guns are imported by Harry Sohns. Shown is the Type 172 with selective single trigger.
   Price ...............................................$550.00



**BOSS GUNS**
   Products of one of England's oldest makers, Boss guns are available on order in any gauge, bore combinations, stock designs, etc. Made with matted or ventilated rib barrels, single or double triggers. Abercrombie & Fitch. Prices on application.



**F. I. VALMET OVER AND UNDER**
   Made in 12 and 16 gauge, 28" barrels, bored Modified & Full. Easy-open lock, single selective trigger. Auto. safety. Checkered French walnut pistol-grip stock with cheekpiece, 13½" x 1½" x 3". Weight about 6½ lbs. Price ...............................................$159.50



**BERETTA OVER AND UNDER GUNS**
   Custom-built guns of high quality, available in 12 gauge with 26", 28", or 30" barrels. Any choke combination. Fine European walnut stocks, gold name plate fitted. Richly engraved metal work.
   Grade 200. Chrome Moly barrels, Mono-block Victrix action. Barrels and interior parts, heavily chromed. Price....................$500.00
   Grade 100. Same as Grade 200, but without chrome plated barrels. Abercrombie & Fitch. Price................................$400.00

**IMPERIAL CROWN OVER AND UNDER TRAP AND SKEET GUNS**
   Available in all gauges from 12 to 410, chambered for 2¾" shells. 26" and 28" barrels bored Skeet 1 and 2, Imp. Cyl. and Mod., or Mod. and Full. 30" barrels, Full and Full or Mod. and Full. Selective automatic ejectors, quadruple locking lugs. The receiver and trigger assembly are silver case-colored and heavily engraved. Ventilated level-sighting rib. French walnut stock, full fore-end, hand checkered, 14⅜"x1¾"x1⅞". Skeet stock, 14"x1–9/16"x2½". Price....................$650.00

Compendium_Klarevas
Page 108

Case 3:17-cv-01017-BEN-JLB   Document 127   Filed 11/11/22   PageID.10173   Page 112 of 162

**ASSOCIATE EDITOR**

*Thomas Coyne*

**ART EDITOR**

*N. Bernstein*

**TECHNICAL EDITORS**

*John Lachuk*

*John Maynard*

*Ken Waters*

*Mitch Westra*

*A. M. Wynne, Jr.*

**EDITORIAL ASSISTANT**

*Judith Forbrich*

# Gun Digest

## 19th Edition 1965

### Edited by

### John T. Amber

This magnificent French wheel-lock pistol (one of a pair) and spanner-priming flask are in New York's Metropolitan Museum of Art collection. A gift from Wm. H. Riggs in 1913, they were made about 1580, the primer *en suite* with the pistol.

These pistols have external wheels, self-opening pan covers, and the springs concealed within the stock. Virtually all of the metal parts are heavily chiseled, gilded and inlaid with silver plaques embossed with allegorical and mythological figures. The walnut of the stocks and ball butts are covered with long panels of staghorn, these profusely covered with designs of warriors, cuirasses, shields, etc.

The pistols are just over 20 inches long, the 45 caliber barrels 12 inches in length. Each pistol weighs about four pounds.

The horn-shaped combination primer flask-spanner wrench some six inches long, has its nozzle closed by a spring-levered cap. The opposite end carries the small spanner, open at both ends.

The first reference of record of these wheellock pistols is found in the sale catalog of the collection of M. le Comte de Pourtales-Gorgier, disposed of in Paris in February and March of 1865.



**THE COVER DRAWINGS**

Our front cover illustrates the superb French pistols described at left. On our back cover is the new Ruger 10/22 Carbine, covered fully on pages 16-17.

**Published by The Gun Digest Company**

**Chicago, Illinois 60624**

Photo credits:
p. 76, Win. News Bureau; pp. 77-80, The Smithsonian Institution; p. 87, Colorado Game and Fish Dept.; p. 107, Sir Ralph Payne-Gallwey; pp. 108-109, 122-128, The Metropolitan Museum of Art; p. 110, Arkansas Publicity and Info. Dept.; pp. 122-128, Metropolitan Museum of Art, Winchester Collection, Wadsworth Atheneum, West Point Museum; p. 132, Lyman Gun Sight Corp., National Wildlife Federation; pp. 163-165, OPL.; pp. 202-203, Nebraska Game, Forestation and Parks Comm. (drawn by C. G. Pritchard).

The GUN DIGEST is published annually by The Gun Digest Co., 4540 W. Madison St., Chicago 24, Ill. Copyright © 1964. All rights reserved. Reproduction or use of editorial or pictorial content in any manner, without express permission, is prohibited.

Listings, descriptions and prices contained herein are not advertising, and neither the publication nor the publisher recommends purchase of any particular item of merchandise.

The views and opinions of the authors expressed herein are not necessarily those of the editor or publisher, and no responsibility for such views will be assumed.

Manuscripts, contributions and inquiries, including first class return postage, should be sent to the Editorial Offices, P.O. Box 9060, Chicago 90, Ill. All material received will receive reasonable care, but we will not be responsible for its safe return. Material accepted is subject to our requirements for editing and revisions. Author payment covers all rights and title to the accepted material, including photos, drawings and other illustrations. Payment is made at our current rates.

**Library of Congress Catalog Card Number 44-32588**

**eISBN-13: 978-0-89689-902-5**

Compendium_Klarevas
Page 110

*1*

# U.S. HANDGUNS
## Target Pistols



✿ = NEW GUN!



### RUGER Mark I TARGET MODEL 7

| | |
|---|---|
| **CALIBER:** | 22 LR only, 9-shot magazine. |
| **BARREL:** | 6⅞″ or new 5½″ bull barrel. |
| **LENGTH:** | 10⅞ inches (6⅞″ bbl.). |
| **WEIGHT:** | 42 oz. with 6⅞″ bbl. |
| **STOCKS:** | Checkered hard rubber. |
| **FEATURES:** | Rear sight mounted on receiver, does not move with slide; wide, grooved trigger. |
| **SIGHTS:** | Blade front, micro click rear, adjustable for w. and e. Sight radius 9⅜″(with 6⅞″ bbl.). |
| **PRICE:** | Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$57.50 |
| **PRICE:** | Muzzle brake (fits Mark I only). . . . . . . . . . . . . . . . . . . 6.00 |

*227*

# U.S. HANDGUNS

### COLT WOODSMAN MATCH TARGET 1

| | |
|---|---|
| **CALIBER:** | 22 LR, 10-shot magazine. |
| **BARREL:** | 4½ or 6 inches |
| **LENGTH:** | 9″ (4½″ bbl.). |
| **WEIGHT:** | 40 oz. (6″ bbl.), 36 oz. (4½″ bbl.). |
| **STOCKS:** | Walnut with thumb rest; checkered. |
| **FEATURES:** | Wide, grooved trigger. Automatic slide stop. |
| **SIGHTS:** | Ramp front with removable undercut blade; ⅛″ standard, 1/10″ on special order; adjustable rear. |
| **PRICE:** | Colt blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $84.50 |

### COLT WOODSMAN SPORT and TARGET MODEL 2

| | |
|---|---|
| **CALIBER:** | 22 LR, 10-shot magazine. |
| **BARREL:** | 4½ or 6 inches. |
| **LENGTH:** | 9″ (4½″ bbl.). |
| **WEIGHT:** | 30 oz. (4½″ bbl.), 32 oz. (6″ bbl.). |
| **STOCKS:** | Walnut with thumb rest; checkered. |
| **SIGHTS:** | Ramp front with removable blade, adjustable rear. |
| **PRICE:** | Colt blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $74.75 |

### COLT TARGETSMAN

Same as Woodsman except: 6″ bbl. only; fixed blade front sight, economy adj. rear; without auto. slide stop. . . . . . . . . . . . . . . . . . . . . . . . . . . . . $62.50

### COLT NATIONAL MATCH 45 3
### and 38 SPECIAL MARK-III Gold Cup

| | |
|---|---|
| **CALIBER:** | 45 Auto., 45 Wad Cutter or 38 Spec. Wad Cutter, 5-shot magazine. |
| **BARREL:** | 5″, with new design bushing. |
| **LENGTH:** | 8½″. |
| **FEATURES:** | Non-arched housing; arched available on special order; wide, grooved trigger with adj. stop; ribbed-top slide, hand fitted, with improved ejection port. |
| **WEIGHT:** | 37 oz. |
| **STOCKS:** | Checkered walnut, gilt medallion. |
| **SIGHTS:** | Patridge front, improved rear adj. for w and e. |
| **PRICE:** | Colt Royal blue. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$125.00 |

### HI-STANDARD (*ISU) OLYMPIC 4

| | |
|---|---|
| **CALIBER:** | 22 Short, 10-shot magazine. |
| **BARREL:** | 6¾″ round tapered, or 5½″ bull bbl., cut for stabilizer. |
| **LENGTH:** | 10¾″. |
| **WEIGHT:** | 47 oz. |
| **STOCKS:** | Checkered walnut with thumbrest. |
| **FEATURES:** | Trigger adj. for pull and anti-backlash; 1.8 and 2.6 oz. weights; integral stabilizer on 6¾″ model. |
| **SIGHTS:** | Undercut ramp front; click adj., square notch rear. |
| **PRICE:** | Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$92.95 |

*Complies with all International Shooting Union regulations.

### HI-STANDARD SUPERMATIC TROPHY 5

| | |
|---|---|
| **CALIBER:** | 22 LR, 10-shot magazine. |
| **BARREL:** | 5½″ bull barrel or 7¼″ fluted barrel. |
| **LENGTH:** | 10¾″ (5½″ bbl.). |
| **WEIGHT:** | 44 oz. (5½″ bbl.). |
| **STOCKS:** | Checkered walnut with thumbrest. |
| **FEATURES:** | Anti-backlash trigger adjustment; extra magazine; 2 oz. and 3 oz. adjustable weights; detachable stabilizer. |
| **SIGHTS:** | Undercut ramp front; click adjustable square notch rear. |
| **PRICE:** | Either model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $105.00 |

### HI-STANDARD SUPERMATIC CITATION 6

| | |
|---|---|
| **CALIBER:** | 22 LR, 10-shot magazine. |
| **BARREL:** | 5½″ bull barrel or 6¾″ bbl. with detachable stabilizer. |
| **LENGTH:** | 10¾″ (5½″ bbl.). |
| **WEIGHT:** | 44 oz. (5½″ bbl.). |
| **FEATURES:** | Adjustable trigger pull; anti-backlash trigger adjustment; double acting safety; rebounding firing pin. |
| **STOCKS:** | Checkered walnut with thumbrest. |
| **SIGHTS:** | Undercut ramp front; click adjustable square notch rear. |
| **PRICE:** | 5½″ bull barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $85.00 |
| **PRICE:** | 6¾″ barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89.95 |

The Citation is also available with 8″ round tapered barrel; square notch rear sight; detachable stabilizer and two weights. . . . . . . . . . . . . . . .$89.95

### HI-STANDARD SUPERMATIC TOURNAMENT

Similar to Citation model except: rear sight on slide; 6¾″ tapered bbl. or 5½″ bull barrel, the latter without weights or stabilizer. . . . . . . .$69.95









**SMITH & WESSON 38 MASTER Model 52** 1

| | |
|---|---|
| **CALIBER:** | 38 Special (for Mid-range Wadcutter with flush seated bullet only). |
| **MAG. CAP.:** | 5 shot (2 clips supplied). |
| **BARREL:** | 5″. |
| **LENGTH:** | 8⅝″. |
| **WEIGHT:** | 41 oz. with empty magazine. |
| **FEATURES:** | S&W Bright Blue, with sightseeing areas matt finish. Locked breech, moving barrel autoloader, checked for 10-ring groups at 50 yards. Coin-adj. sight screws. Dry firing may be done with Manual safety ON. |
| **STOCKS:** | Checkered walnut. |
| **SIGHTS:** | ⅛″ Patridge front, new S&W micro click rear adj. for w. and e. |
| **PRICE:** | S&W Bright Blue...............................$150.00 |

**SMITH & WESSON 22 LR MATCH AUTO Model 41** 2

| | |
|---|---|
| **CALIBER:** | 22 LR, 10-shot clip. |
| **BARREL:** | 5″ or 7¾″, not incl. compensator. Sight radius 9-5/16″. |
| **LENGTH:** | 12″, incl. compensator. |
| **WEIGHT:** | 43½ oz. with aluminum rod in counterbore, other weights make up to a maximum of 59 oz. With 5″ bbl. 37½ oz. |
| **STOCKS:** | Checkered walnut with thumbrest, usable with either hand. |
| **SIGHTS:** | Front, ⅛″ Patridge undercut; micro. click rear adj. for w. and e. |
| **PRICE:** | S&W bright blue and satin matted barrel...........$100.00 |

**SMITH & WESSON 22 SHORT MATCH AUTO Model 41**

Same as Model 41 above except: 22 Short only, 5-shot clip. 7⅜″bbl. only; 39½ oz. with ⅜ oz. aluminum weight. Price, blued........$100.00

**SMITH & WESSON 22 MATCH HEAVY BARREL Model 41**

| | |
|---|---|
| **CALIBER:** | 22 LR, 10-shot clip. 3 |
| **BARREL:** | 5½″ heavy. |
| **LENGTH:** | 9″ |
| **WEIGHT:** | 44½ oz. with magazine. |
| **STOCKS:** | Checkered walnut with modified thumbrest; usable with either hand. Grooved ⅜″ trigger. Adjustable stop. |
| **SIGHTS:** | ⅛″ Patridge on ramp base. New S&W micro. click with wide (⅛″) sight slide, 8″ sight radius. Adj. for w. and e. |
| **PRICE:** | S&W bright blue—stippled in sighting areas........$100.00 |

Interchangeable barrel and sight assembly available to present owners of Model 41's. Price.......................................$30.00

**SMITH & WESSON CONVERSION KIT**

Converts the Models 41 and 46 from 22 Short to 22 LR and vice versa. Consists of barrel, slide, magazine, slide stop and recoil spring. Price, parts only ...................................................$52.50
Price, factory installed and tested............................. 60.00

**SMITH & WESSON 22 AUTO Model 46**

| | |
|---|---|
| **CALIBER:** | 22 LR, only 10-shot clip. |
| **BARREL:** | 5″ or 7″. Grooved for Olympic counterweights. |
| **LENGTH:** | 10-9/16″ (7″ bbl.) |
| **WEIGHT:** | 42 oz. (7″ bbl.) |
| **STOCKS:** | Checkered nylon with modified thumbrest, usable with either hand. |
| **SIGHTS:** | Front, ⅛″ Patridge undercut; micro. click rear adj. for w. and e. |
| **PRICE:** | S&W satin blue...................................$85.00 |

# Pistols — Service & Sport

**COLT GOVT. Model 45 & SUPER 38 Auto.** 4

| | |
|---|---|
| **CALIBER:** | 45 ACP, 7-shot; 38 Super Auto, 9-shot. |
| **BARREL:** | 5″. |
| **LENGTH:** | 8½″. |
| **WEIGHT:** | 39 oz. |
| **STOCKS:** | Checkered Coltwood. Grooved trigger. |
| **FEATURES:** | Grip and thumb safety; serrated hammer; arched mainspring housing. |
| **SIGHTS:** | Fixed, glare-proofed ramp front, square notch rear. |
| **PRICE:** | Blued ......................................... $82.50 |
| **PRICE:** | Nickel ........................................ 89.95 |

**COLT CONVERSION UNIT**

Permits the 45 and 38 Super Automatic pistols to use the economical 22 LR cartridge. No tools needed. Adjustable rear sight; 10-shot magazine. Designed to give recoil effect of the larger calibers. Not adaptable to Commander models. Blue finish...............................$49.95

**COLT COMMANDER** 5

| | |
|---|---|
| **CALIBER:** | 45 ACP, 7 shot; 38 Super Auto, 9 shot; 9mm luger, 9 shot. |
| **BARREL:** | 4¼″ |
| **LENGTH:** | 8″ |
| **WEIGHT:** | 26½ oz. |
| **STOCKS:** | Checkered Coltwood. Grooved trigger and round-top hammer spur. |
| **SIGHTS:** | Fixed, glare-proofed ramp front, square notch rear. |
| **PRICE:** | Blued.........................................$82.50 |

**COLT HUNTSMAN** 6

| | |
|---|---|
| **CALIBER:** | 22LR, 10-shot magazine. |
| **BARREL:** | 4½ or 6 inches. |
| **LENGTH:** | 9″ (4½″ bbl.) |
| **WEIGHT:** | 30 oz. (4½″ bbl.), 31½″ oz. (6″ bbl.). |
| **STOCKS:** | Checkered walnut. Grooved trigger. |
| **SIGHTS:** | Fixed ramp front, square notch rear. |
| **PRICE:** | Colt Dualtone blue................................$54.95 |

# U.S. HANDGUNS



## CHICAGO DERRINGER CORP. DERRINGER 1

| | |
|---|---|
| CALIBER: | 22 S, L or LR, 4-shot. |
| BARREL: | 2⅜", blued steel. |
| LENGTH: | 5". |
| WEIGHT: | 10 oz. |
| STOCKS: | Black plastic, checkered design. |
| FEATURES: | Solid bronze frame, auto. extractors, spur trigger. Barrels move forward for loading, firing pin rotates to fire each barrel. |
| SIGHTS: | Fixed, notch. |
| PRICE: | .............................................$34.95 |

## COLT JUNIOR AUTO 2

| | |
|---|---|
| CALIBER: | 25 Auto, 22 Short, 6-shot. |
| BARREL: | 2¼ inches. |
| LENGTH: | 4⅜ inches. |
| WEIGHT: | 12 oz. |
| STOCKS: | Checkered walnut. |
| SIGHTS: | Ramp front, fixed notch rear. |
| PRICE: | Blued .........................................$39.50 |
| PRICE: | 22 Short Conversion Unit...........................15.00 |

## HI-STANDARD MODEL D-100 and DM-101 DERRINGER

| | |
|---|---|
| CALIBER: | 22 S, L or LR; 22 Rimfire Magnum. 2-shot.   3 |
| BARREL: | 2⅜", over and under. |
| LENGTH: | 5". |
| WEIGHT: | 11 oz. |
| STOCKS: | Smooth ivory plastic. |
| FEATURES: | Hammerless, integral safety hammerblock, all steel unit is encased in a black, anodized alloy housing. Recessed chamber. Dual extraction. |
| SIGHTS: | Fixed, open. |
| PRICE: | .............................................$29.95 |

Same as Hi-Standard Derringer except: 22-carat gold plated in presentation case. Price...........................$100.00

## HI-STANDARD DURA-MATIC 4

| | |
|---|---|
| CALIBER: | 22 LR, 10 shot magazine. |
| BARREL: | 4½ or 6½ inches, |
| LENGTH: | 8⅜" (4½" bbl.) |
| WEIGHT: | 31 oz. (4½" bbl.) |
| STOCKS: | Checkered grips. Grooved trigger. |
| SIGHTS: | Fixed, ramp front, square notch rear. |
| PRICE: | Blued..........................................$44.95 |

## HI-STANDARD FLITE-KING All-Steel   (not illus.)

Same as SPORT KING except: for 22 Short only. Price, blued, with 4½ or 6¾" bbl...................................................  $54.95

## HI-STANDARD SPORT-KING 5

| | |
|---|---|
| CALIBER: | 22 LR, 10-shot magazine. |
| BARREL: | 4½ or 6¾ inches. |
| LENGTH: | 11⅜" (6¾" bbl.). |
| WEIGHT: | 41 oz. (6¾" bbl.). |
| STOCKS: | Checkered laminated. |
| FEATURES: | Wide, grooved trigger; new hammer-sear design; new "jam-free" ejection. |
| SIGHTS: | Fixed, ramp front. square notch rear. |
| PRICE: | Blued, either bbl.................................. $54.95 |

## RUGER STANDARD MODEL 6

| | |
|---|---|
| CALIBER: | 22 LR, 9 shot magazine. |
| BARREL: | 4¾ or 6 inches. |
| LENGTH: | 8¾" (4¾" bbl.) |
| WEIGHT: | 36 oz. (4¾" bbl.) |
| STOCKS: | Checkered hard rubber. |
| SIGHTS: | Fixed, wide blade front, square notch rear. |
| PRICE: | Blued..........................................$37.50 |

## SAVAGE MODEL 101 7

| | |
|---|---|
| CALIBER: | 22 S, L, or LR, single shot. |
| BARREL: | 5½ inches with ejector rod. |
| LENGTH: | 9". |
| WEIGHT: | 20 oz. |
| STOCKS: | Compressed wood. |
| FEATURES: | Integral barrel and cylinder swings out for loading and ejection. |
| SIGHTS: | Blade front and movable notch rear. |
| PRICE: | Blued...........................................$19.50 |

## UNIVERSAL ENFORCER 8

| | |
|---|---|
| CALIBER: | 30 M1 Carbine, 30-shot magazine. |
| BARREL: | 12" with 12-groove rifling. |
| LENGTH: | 19½". |
| WEIGHT: | 3.75 lbs. |
| STOCKS: | American walnut with handguard. |
| FEATURES: | Uses surplus 5- or 15 shot magazines. 4½-6 lb. trigger pull. |
| SIGHTS: | Gold bead ramp front. Peep rear adj. for w. and e. 21.5" sight radius. |
| PRICE: | Blued ......................................$99.95 |

229

## SMITH & WESSON 9mm Model 39 [1]

| | |
|---|---|
| **CALIBER:** | 9mm Luger, 8 shot clip. |
| **BARREL:** | 4″ |
| **LENGTH:** | 7¹⁄₁₆″ |
| **WEIGHT:** | 26½ oz. |
| **STOCKS:** | Checkered walnut. |
| **SIGHTS:** | ¼″ serrated ramp front, adjustable rear. |
| **SAFETIES:** | Magazine disconnector and positive firing pin lock and hammer release. |
| **FRAME:** | Lightweight alloy, with checked arched mainspring housing and lanyard loop. |
| **ACTION:** | Locked-breech, short recoil with dropping barrel, double action. Top matted slide stays open on last shot. |
| **PRICE:** | Blued.........$85.00          Nickeled...........$95.00 |



# Revolvers — Target

## COLT PYTHON [2]

| | |
|---|---|
| **CALIBER:** | 357 Magnum (handles all 38 Spec.), 6 shot. |
| **BARREL:** | 2½″, 4″ or 6″ with ventilated rib |
| **LENGTH:** | 9¼″ (4″ bbl.), 11¼″ (6″ bbl.). |
| **WEIGHT:** | 41 oz. (4″ bbl.), 44 oz. (6″ bbl.). |
| **STOCKS:** | Checkered walnut, target type, square butt. |
| **SIGHTS:** | ⅛″ ramp front, adjustable rear. |
| **FEATURES:** | Ventilated rib; grooved, crisp trigger; wide hammer spur. |
| **PRICE:** | Colt Royal Blue ..............................$125.00 |
| **PRICE:** | Nickeled ...................................137.50 |

## COLT OFFICERS MODEL MATCH [3]

| | |
|---|---|
| **CALIBER:** | 22 LR, 22 WRF Mag. or 38 Special, 6 shot. |
| **BARREL:** | 6″ |
| **LENGTH:** | 11¼″ |
| **WEIGHT:** | 43 oz. (22 cal.), 39 oz. (38 cal.) |
| **STOCKS:** | Checkered walnut, square butt. Grooved trigger & wide hammer spur. |
| **SIGHTS:** | Undercut front with removable blade, adjustable ACCRO rear. |
| **PRICE:** | Blued...................................$89.95 |



## COLT OFFICERS MODEL MATCH—SINGLE ACTION

Same specifications as standard Officers Model Match except: single action only, with short hammer throw, hand honed working parts. 38 Special caliber only.................................................$130.00

## SMITH & WESSON 1953 Model 35, 22/32 TARGET [4]

| | |
|---|---|
| **CALIBER:** | 22 LR, 6 shot. |
| **BARREL:** | 6″ |
| **LENGTH:** | 10½″ |
| **WEIGHT:** | 25 oz. |
| **STOCKS:** | Checkered walnut, Magna. |
| **SIGHTS:** | Front, 1/10″ Patridge, micro click rear, adjustable for w. and e. |
| **PRICE:** | Blued.................................$80.00 |



## SMITH & WESSON 38/44 OUTDOORSMAN Model 23 [5]

| | |
|---|---|
| **CALIBER:** | 38 Special, 6 shot. |
| **BARREL:** | 6½″ |
| **LENGTH:** | 11¾″ |
| **WEIGHT:** | 41¾ oz. |
| **STOCKS:** | Checkered walnut, Magna. Grooved tangs and trigger. |
| **SIGHTS:** | ½″ Patridge front, micro click rear, adjustable for w. and e. |
| **PRICE:** | Blued.................................$95.00 |

## SMITH & WESSON 22 CENTER FIRE MAGNUM Model 53

| | |
|---|---|
| **CALIBER:** | Rem. 22 Jet and 22 S, L, LR with inserts. [6] |
| **BARREL:** | 4. 6 or 8⅜ inches. |
| **LENGTH:** | 11½″ (6″ bbl.) |
| **WEIGHT:** | 40 oz. |
| **STOCKS:** | Checkered walnut, target. Grooved tang and trigger. |
| **SIGHTS:** | ⅛″ Baughman Quick Draw front, micro click rear, adjustable for w. and e. |
| **PRICE:** | Blued...................................$110.00 |
| **PRICE:** | Extra cylinder for 22 RF. (Fitted)...................21.90 |



## SMITH & WESSON 1955 Model 25, 45 TARGET [7]

| | |
|---|---|
| **CALIBER:** | 45 ACP and 45 AR, 6-shot |
| **BARREL:** | 6½″ (heavy target type) |
| **LENGTH:** | 11⁷⁄₈″ |
| **WEIGHT:** | 45 oz. |
| **STOCKS:** | Checkered walnut target. Tangs and target trigger grooved, checkered target hammer. |
| **SIGHTS:** | ⅛″ Patridge front, micro. click rear, adjustable for w. and e. |
| **PRICE:** | Blued.................................$105.00 |

Compendium_Klarevas
Page 114

# U.S. HANDGUNS

## SMITH & WESSON 1950 Model 24, 44 TARGET 1

Same as Model 25 except 44 Special caliber, weight 39½ oz., and does not have target hammer, trigger or stocks. Price, blued.............................. **$95.00**

## SMITH & WESSON MASTERPIECE TARGET MODELS 2

| MODEL: | K-22 (M17) | K-22 (M48) |
|---|---|---|
| CALIBER: | 22 LR, 6-shot. | 22 RF Magnum, 6-shot. |
| BARREL: | 6″, 8⅜″. | 4″, 6″ or 8⅜″. |
| LENGTH: | 11⅛″ (6″ bbl.) | 11⅛″ (6″ bbl.) |
| WEIGHT: | 38½ oz. (6″ bbl.) | 39 oz. (6″ bbl.) |
| MODEL: | K-32 (M16). | K-38 (M14) |
| CALIBER: | 32 S&W Long, 6-shot. | 38 Special, 6-shot. |
| BARREL: | 6″. | 6″, 8⅜″. |
| LENGTH: | 11⅛″. | 11⅛″. |
| WEIGHT: | 38½ oz. | 38½ oz. (6″, loaded). |
| STOCKS: | Checkered walnut, Magna. Grooved tang and trigger. | |
| SIGHTS: | ⅛″ Patridge front, micro. click rear, adj. for w. and e. | |
| PRICE: | Blued .......................................**$81.00** | |

## SMITH & WESSON K-38 MASTERPIECE Single Action

Same as the M14 K-38 Masterpiece except single action only, and is supplied with target type hammer and trigger. Price, blued...........**$90.00**

## SMITH & WESSON COMBAT MASTERPIECE 3

| CALIBER: | 38 Special (M15) or 22 LR (M18), 6 shot. |
|---|---|
| BARREL: | 4″ (2″ available in 38 Spec.) |
| LENGTH: | 9⅛″ (4″ bbl.) |
| WEIGHT: | 34 oz. (Loaded) in a 4″ bbl.) |
| STOCKS: | Checkered walnut, Magna. Grooved tangs and trigger. |
| SIGHTS: | Front, ⅛″ Baughman Quick Draw on ramp, micro click rear, adjustable for w. and e. |
| PRICE: | Blued................................................**$74.00** |

## SMITH & WESSON ACCESSORIES

Target hammers with low, broad, deeply checkered spur, for Masterpiece Target Revolvers, price $3.50; for Large Frame Target Revolvers, price $3.50. Target stocks for the same guns, price $6.00 and $7.50, respectively. These prices apply only when specified on original order. Target trigger for both...... $3.50

As separate units on parts orders: hammers cost $6.00; stocks for Masterpiece Target Revolvers cost $8.30, and stocks for Large Frame Target Revolvers cost $10.50.

# Revolvers — Single Action

## COLT SINGLE ACTION ARMY 4

| CALIBER: | 38 Special, 357 Magnum, 44 Spec. or 45 Colt, 6-shot. |
|---|---|
| BARREL: | 4¾″, 5½″ or 7½″ (4¾″ not available in 44 Spec.) |
| LENGTH: | 11½″ (5½″ bbl.) |
| WEIGHT: | 37 oz. (5½″ bbl.) |
| STOCKS: | Checkered hard rubber. (Walnut stocks $5.00 extra). |
| SIGHTS: | Fixed. Grooved top strap, blade front. |
| PRICE: | Blued and case hardened in color.................**$125.00** |
| PRICE: | Nickel ......................................... 137.50 |
| PRICE: | Buntline, cal. 45 only, 12″ bbl................. 140.00 |

## COLT SINGLE ACTION ARMY — NEW FRONTIER 5

Same specifications as standard Single Action Army except: flat-top frame; high polished finish, Royal blue and case colored; ramp front sight and target rear adj. for windage and elevation; smooth walnut stocks with silver medallion ......................................**$150.00**

Buntline Spec. with 12″ bbl., 45 cal. only.................... 175.00

## COLT SINGLE ACTION FRONTIER SCOUT 6

| CALIBER: | 22 LR or 22 WRF Mag., 6 shot. |
|---|---|
| BARREL: | 4¾″ or 9½″ (Buntline), steel. |
| LENGTH: | 9-5/16″ (4¾″ bbl.); 14¾″ (9½″ bbl.). |
| WEIGHT: | 24 oz. (4¾″ bbl.); 28½ oz. (9½″ bbl.). |
| STOCKS: | Black checkered composition. |
| SIGHTS: | Blade front, fixed notch rear. |
| FEATURES: | Alloy frame; all blue or satin nickel and blue (Duotone) finish. Walnut stocks $5.00 extra. |
| PRICE: | 4¾″ bbl. ........................................**$49.50** |
| PRICE: | Blued, 9½″ Buntline.............................. 59.50 |

## COLT FRONTIER SCOUT '62 (not illus.)

Same as "K" Scout except Colt Midnight Blue finish only, simulated horn "Staglite" stocks. Price, 4¾″ bbl. .........................**$59.50**
Price, 9½″ Buntline............................................ 69.50
Price, Pair, 4¾″ bbl. .......................................... 117.00
Price, Pair, 9½″ bbl. .......................................... 135.00
Price, one 4¾″, one 9½″ bbl., packed as a pair................ 125.00



*231*

## COLT FRONTIER SCOUT "K" 1

Same as Standard Frontier Scout except; heavier frame, nickel finish, walnut stocks. Weight 31½ oz. Price, 4¾″ bbl.................$64.50
Price, 9½″ Buntline...................................... 74.50
Price, pair of "K" Scouts, 4¾″ bbl............................ 125.00
Price, pair of "K" Scouts, 9½″ Buntline....................... 145.00
Price, one "K" Scout 4¾″ and one 9½″, packed as a pair....... 135.00

## COLT FRONTIER SCOUTS with Dual Cylinders

Same as regular Frontier Scouts except: furnished with two interchangeable cylinders; one chambered for 22 LR; the other for 22 RF Magnum. Made with 4¾″ bbl. only.
Frontier Scout...**$57.50**   "K" Scout...**$72.50**   "62" Scout...**$67.50**



## COLT 1860 ARMY CENTENNIAL MODEL 2

| | |
|---|---|
| **CALIBER:** | 22 S, single shot. |
| **BARREL:** | 6 inches. |
| **LENGTH:** | 10 5/16 inches. |
| **WEIGHT:** | 26 oz. |
| **STOCKS:** | Smooth walnut, 2-piece. |
| **SIGHTS:** | Fixed, blade front, notched hammer rear. |
| **FEATURES:** | Barrel detaches and cylinder is removed for loading. Presentation, fabric lined case included. Royal Blue finish with gold plated frame, strap and trigger guard. |
| **PRICE:** | .............................................$32.50 |
| **PRICE:** | Matched pair with consecutive serial numbers........ 59.50 |



## RUGER SINGLE SIX 3

| | |
|---|---|
| **CALIBER:** | 22 S, L or LR; also available in 22 RF Magnum; 6-shots. |
| **BARREL:** | 5½″; 6½″ in 22 RF Magnum caliber. |
| **LENGTH:** | 10⅞ inches. |
| **WEIGHT:** | 35 oz. |
| **STOCKS:** | Smooth walnut. |
| **SIGHTS:** | Fixed; blade front, square notch rear. |
| **FEATURES:** | Independent firing pin in frame; coil springs throughout; recessed chambers. |
| **PRICE:** | Blued  ..........................................$64.25 |



## RUGER SINGLE SIX Convertible

Same as regular Single Six except furnished with two interchangeable cylinders: one chambered for 22 S, L or LR; the other for 22 RF Magnum. Extra Cylinder packed in handy cloth pouch. Choice of 5½″, 6½″ or 9½″ barrel. Price: with 5½″ or 6½″ barrel........................$69.50
Price: with 9½″ barrel....................................... 75.50

## RUGER SUPER SINGLE SIX CONVERTIBLE 4

; Same as the Single-Six except: frame with integral ribs, which protect the adj. rear sight, similar to the Blackhawk; blade front sight on ramp base. 5½″ or 6½″ bbl.
Extra 22 Magnum cylinder in cloth pouch.....................$78.00



## RUGER BEARCAT 5

| | |
|---|---|
| **CALIBER:** | 22 S or LR, 6-shot. |
| **BARREL:** | 4″ round, fixed blade front sight. |
| **LENGTH:** | 8⅞″ |
| **WEIGHT:** | 17 oz. |
| **STOCK:** | Genuine walnut with medallion. |
| **SIGHTS:** | Fixed; Patridge front, square notch rear. |
| **FEATURES:** | Alloy frame revolver, patented Ruger coil-spring action; non-fluted, engraved cylinder. |
| **PRICE:** | Blued  ..........................................$39.50 |



## RUGER 357 or 41 MAGNUM BLACKHAWK 6

| | |
|---|---|
| **CALIBER:** | 41 or 357 Magnum, 6-shot. |
| **BARREL:** | 4⅝″ or 6½″. |
| **LENGTH:** | 12⅛″ (6½″ bbl.). |
| **WEIGHT:** | 40 oz. |
| **STOCK:** | Smooth genuine walnut. |
| **SIGHTS:** | Ramp front, micro. click rear adj. for w. and e. |
| **FEATURES:** | Coil springs throughout, flat-top frame, long sight radius, floating alloy firing pin in frame. |
| **PRICE:** | Blued  ..........................................$87.50 |



## RUGER SUPER BLACKHAWK 44 MAGNUM 7

| | |
|---|---|
| **CALIBER:** | 44 Magnum, 6-shot. Also fires 44 Spec. |
| **BARREL:** | 7½ inches. |
| **LENGTH:** | 13⅜ inches. |
| **WEIGHT:** | 48 oz. |
| **STOCKS:** | Smooth genuine walnut. |
| **FEATURES:** | Large grip frame of steel; square-back guard; flat top-strap; non-fluted cylinder; wide, serrated trigger; wide-spur hammer. |
| **SIGHTS:** | Ramp front, micro click rear, adjustable for w. and e. |
| **PRICE:** | .............................................$116.00 |



Compendium_Klarevas
Page 116

# Revolvers — Double Action

**U.S. HANDGUNS**

## COLT TROOPER 1

| | |
|---|---|
| **CALIBER:** | 38 Special or 357 Magnum, 6-shot. |
| **BARREL:** | 4 or 6 inches. (6" available only in 38 Spec.) |
| **LENGTH:** | 9¼" (4" bbl.) |
| **WEIGHT:** | 36 oz. (4" bbl.), 39 oz. (6" bbl.). |
| **STOCKS:** | Checkered walnut, square butt. Grooved trigger. |
| **SIGHTS:** | Quick-draw ramp front, ⅛" adjustable rear. |
| **PRICE:** | Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$84.95** |
| **PRICE:** | With wide spur hammer and target stocks . . . . . . . . . . 89.95 |

## COLT OFFICIAL POLICE 2

| | |
|---|---|
| **CALIBER:** | 22 LR or 38 Special, 6-shot. |
| **BARREL:** | 4 or 6 inches. (5" available in 38 Spec. only). |
| **LENGTH:** | 9½" (4" bbl.) |
| **WEIGHT:** | 38 oz. (22 cal., 6" bbl.) 35 oz. (38 cal., 6" bbl.) |
| **STOCKS:** | Checkered walnut, square butt. Also available in round butt 4" bbl. 38 Spec. |
| **SIGHTS:** | Fixed, glare-proofed ramp front, square notch rear. |
| **PRICE:** | Blued . . . . . . . . . . . . **$70.00**    Nickel . . . . . . . . . . . . **$77.00** |

## COLT POLICE POSITIVE SPECIAL 3

| | |
|---|---|
| **CALIBER:** | 32 New Police or 38 Special, 6-shot. |
| **BARREL:** | 4, 5 inches. (32 NP available in 4" only). |
| **LENGTH:** | 8¾" (4" bbl.) |
| **WEIGHT:** | 23 oz. (38 cal.) |
| **STOCKS:** | Checkered walnut, round butt. Grooved trigger. |
| **SIGHTS:** | Fixed, glare-proofed ramp front, square notch rear. |
| **PRICE:** | Blued . . . . . . . . . . . . **$69.50**    Nickel . . . . . . . . . . . . **$76.45** |

## COLT COBRA 4

| | |
|---|---|
| **CALIBER:** | 22 LR, 32 New Police or 38 Special, 6-shot. |
| **BARREL:** | 2", 3", 4" or 5" (22 LR available in 3" only. 5" available in 38 Spec. only). |
| **LENGTH:** | 6¾" (2" bbl.) |
| **WEIGHT:** | 15 oz. (2" bbl.), 17 oz. (4" bbl.) |
| **STOCKS:** | Checkered walnut, round butt. Grooved trigger. |
| **SIGHTS:** | Fixed, glare-proofed ramp front, square notch rear. |
| **PRICE:** | Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$73.50** |
| **PRICE:** | Nickeled, 38 Spec. 2" bbl. only. . . . . . . . . . . . . . . . . . . 80.85 |
| **PRICE:** | Blued, 38 Spec. 2" bbl. with hammer shroud installed. 78.50 |

## COLT HAMMER SHROUD

Facilitates quick draw from holster or pocket. Hammer spur projects just enough to allow for cocking for single action firing. Fits only Colt Detective Special, Cobra and Agent revolvers. Factory installed on new guns, or as a kit for installation. Blue only . . . . . . . . . . . . . . . . . . . . . **$6.00**

Factory installed on your gun (listed above). Blue only . . . . . . . . . 7.50

## COLT AGENT 5

| | |
|---|---|
| **CALIBER:** | 38 Special, 6-shot. |
| **BARREL:** | 2" (Twist, 1-16). |
| **LENGTH:** | 6¾". |
| **WEIGHT:** | 14½ oz. |
| **STOCKS:** | Checkered walnut, round butt. Grooved trigger |
| **SIGHTS:** | Fixed, glare-proofed ramp front, square notch rear. |
| **PRICE:** | Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$73.50** |
| **PRICE:** | Blued, with a hammer shroud installed . . . . . . . . . . . . 78.50 |

## COLT DETECTIVE SPECIAL 6

| | |
|---|---|
| **CALIBER:** | 32 New Police or 38 Special, 6-shot. |
| **BARREL:** | 2", 3" (32 NP available in 2" only). |
| **LENGTH:** | 6¾" (2" bbl.) |
| **WEIGHT:** | 21 oz. (2" bbl.) |
| **STOCKS:** | Checkered walnut, round butt. Grooved trigger. |
| **SIGHTS:** | Fixed, glare-proofed ramp front, square notch rear. |
| **PRICE:** | Blued . . . . . . . . . . **$69.50**    Nickel . . . . . . . . . . **$76.45** |
| **PRICE:** | Blued, 38 Spec., 2", with hammer shroud installed . . . 74.50 |

## HARRINGTON & RICHARDSON Model 925 "Defender" 7

| | |
|---|---|
| **CALIBER:** | 22 S, L or LR, 9-shot; 38 S&W, 5-shot. |
| **BARREL:** | 2½" or 4". |
| **WEIGHT:** | 22 oz. (2½" bbl.), 25 oz. (4" bbl.). |
| **FEATURES:** | Top breaking action, push pin extractor. |
| **STOCKS:** | Smooth walnut. |
| **SIGHTS:** | Fixed front. Rear with windage adj. |
| **PRICE:** | H&R Crown luster blue . . . . . . . . . . . . . . . . . . . . . . . . . **$49.50** |

## HARRINGTON & RICHARDSON Model 622 8

| | |
|---|---|
| **CALIBER:** | 22 S or LR, 6-shot. |
| **BARREL:** | 2½", 4" or 6" round bbl. |
| **WEIGHT:** | 22 oz. (2½" bbl.) |
| **FEATURES:** | Solid frame; simultaneous push-pin ejection; non-glare finish frame; coil springs. |
| **STOCKS:** | Checkered, white Tenite. |
| **SIGHTS:** | Fixed, blade front, square notch rear. |
| **PRICE:** | Blued, 2½", 4" or 6" bbl. . . . . . . . . . . . . . . . . . . . . . . **$27.95** |

## HARRINGTON & RICHARDSON Model 732 Guardsman 9

| | |
|---|---|
| **CALIBER:** | 32 S&W or 32 S&W Long, 6 shot. |
| **BARREL:** | 2½" or 4", round barrel. |
| **WEIGHT:** | 23½ oz. (2½" bbl.), 26 oz. (4" bbl.). |
| **FEATURES:** | Swing-out cylinder with auto. extractor return. Pat. safety rim cylinder. Safety lock available on 4" model. Grooved trigger. |
| **STOCKS:** | Checkered, white Tenite. |
| **SIGHTS:** | Blade front; adjustable rear on 4" model. |
| **PRICE:** | Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$39.95** |
| **PRICE:** | Chromed (Model 733) 2½" bbl. only . . . . . . . . . . . . . . . . 44.95 |
| **PRICE:** | Blued, 4" bbl. with safety lock . . . . . . . . . . . . . . . . . . . . 44.95 |











Compendium_Klarevas
Page 117



## HARRINGTON & RICHARDSON Model 900  1

| | |
|---|---|
| **CALIBER:** | 22 S or LR, 9 shot. |
| **BARREL:** | 5½″, round with ejector rod. |
| **WEIGHT:** | 31 oz. |
| **FEATURES:** | Contoured loading gate; wide hammer spur; single and double action. |
| **STOCKS:** | One-piece smooth walnut. |
| **PRICE:** | H&R Crown-Luster blue...........................$37.95 |

## HARRINGTON & RICHARDSON Model 929 "Side-Kick"

2

| | |
|---|---|
| **CALIBER:** | 22 S or LR, 9-shot. |
| **BARREL:** | 2½″, 4″ or 6″. |
| **WEIGHT:** | 26 oz. (4″ bbl.) |
| **FEATURES:** | Swing-out cylinder with auto. extractor return. Pat. safety rim cylinder. Grooved trigger. |
| **STOCKS:** | Checkered white Tenite. |
| **SIGHTS:** | Blade front; adjustable rear on 4″ and 6″ models. |
| **PRICE:** | Blued, 2½″, 4″, or 6″ bbl....................$39.95 |
| **PRICE:** | Chromed (Model 930), 4″ bbl.....................  49.95 |

## HARRINGTON & RICHARDSON Model  949  3

| | |
|---|---|
| **CALIBER:** | 22 S or LR, 9 shot. |
| **BARREL:** | 2½″, 4″ or 6″ round bbl. |
| **WEIGHT:** | 20 oz. (2½″ bbl), 26 oz. (6″ bbl.). |
| **FEATURES:** | Snap-out cylinder; simultaneous push-pin extraction; coil springs; safety rim cylinder. |
| **STOCKS:** | Checkered, white Tenite. |
| **SIGHTS:** | Fixed, blade front, square notch rear. |
| **PRICE:** | Blued  .................................................$32.25 |

## H & R  SPORTSMAN Model 999  4

| | |
|---|---|
| **CALIBER:** | 22 LR, 9 shot. |
| **BARREL:** | 6″ Top breaking. |
| **LENGTH:** | 10½″ |
| **WEIGHT:** | 30 oz. |
| **STOCKS:** | Checkered walnut. Wide hammer spur. |
| **SIGHTS:** | Front adjustable for elevation, rear for windage. |
| **PRICE:** | Blued..................................................... $54.50 |

## HARRINGTON & RICHARDSON Model 999 CUSTOM SILVER SPORTSMAN

Same construction as the model 999 above but in chrome finish with the owner's first and last name engraved in script on the right side of the barrel.

| | |
|---|---|
| **PRICE:** | ..............................................$65.00 |

## HARRINGTON & RICHARDSON Model 939 Ultra "Side-Kick"  5

| | |
|---|---|
| **CALIBER:** | 22 S or LR, 9 shot. |
| **BARREL:** | 6″, target weight with ventilated rib. |
| **WEIGHT:** | 33 oz. |
| **FEATURES:** | Swing-out, safety rim cylinder; safety lock and key. |
| **STOCKS:** | Checkered walnut with thumb rest. |
| **SIGHTS:** | Ramp front; rear adjustable for w. and e. |
| **PRICE:** | H&R Crown-Luster blue...........................$49.95 |

## HI-STANDARD SENTINEL  6

| | |
|---|---|
| **CALIBER:** | 22 S or LR, 9 shot. |
| **BARREL:** | 3, 4 or 6 inches. |
| **FRAME:** | 23 oz. (4″ bbl). |
| **LENGTH:** | Aluminum alloy. Swing-out, counterbored cylinder. |
| **WEIGHT:** | 8¼″ (3″ bbl.). |
| **FEATURES:** | Rebounding hammer with automatic safety block; one-stroke spring loaded ejection; rigid one-piece frame. |
| **STOCKS:** | Checkered grips. Grooved trigger. |
| **SIGHTS:** | Fixed, ramp front, square notch rear. |
| **PRICE:** | Blued............$42.95          Nickeled...........$48.95 |

## HI-STANDARD SENTINEL—IMPERIAL

Same construction as SENTINEL but has onyx-black or all-nickel finish; 2-piece checkered walnut grips; wide, grooved trigger; blade front sight on ramp. Price: Blued....................................................$49.95
Nickeled................................................................  55.95

## HI-STANDARD DOUBLE-NINE  7

| | |
|---|---|
| **CALIBER:** | 22 S or LR, 9 shot. |
| **BARREL:** | 5½ inches, dummy ejector housing fitted. |
| **LENGTH:** | 11 inches. |
| **STOCKS:** | Smooth ivory finish plastic. |
| **WEIGHT:** | 28 oz. |
| **FEATURES:** | Western styling; rebounding hammer with auto. safety block; spring-loaded ejection. |
| **SIGHTS:** | Blade front; movable notch rear. |
| **PRICE:** | Blued.................. $47.95 |
| **PRICE:** | Nickel with smooth black plastic grips.............$53.95 |

## HI-STANDARD NATCHEZ  8

Same as Longhorn models except: 4½″ barrel, round "Lightning" shaped white grips, fluted cylinder. Price..........................................$54.95

## HI-STANDARD POSSE

Same as above except: 3½″ barrel, brass finish back strap and trigger guard, no ejector rod housing. Walnut grips. Price.............................$54.95

# U.S. HANDGUNS



## HI-STANDARD LONGHORN 1
**CALIBER:** 22 S or LR, 9-shot.
**BARREL:** 4½", 5½" or 9½".
**LENGTH:** 10 inches (4½" bbl.).
**WEIGHT:** 27 oz. (4½" bbl.).
**FEATURES:** Onyx-black finish, new spring ejector, non-fluted cyl.
**SIGHTS:** Blade front, movable notch rear.
**PRICE:** 5½" bbl., stag grips.................................... **$57.50**
**PRICE:** 9½ bbl., walnut grips..................................... 59.95
**PRICE:** 4½" bbl., pearl finish grips.............................. 57.50

## IVER JOHNSON SIDEWINDER 2
**CALIBER:** 22 S, L, LR, 8 shot.
**BARREL:** 6 inches.
**LENGTH:** 11¼ inches.
**WEIGHT:** 31 oz.
**FEATURES:** Wide spur hammer, half-cock safety, scored trigger, Flash Control cylinder, recessed shell head, push rod ejector.
**STOCKS:** Smooth walnut.
**SIGHTS:** Fixed, blade front.
**PRICE:** Blued ..............................................**$36.65**

## IVER JOHNSON MODEL 67 "VIKING" 3
**CALIBER:** 22 S or LR, 8-shot.
**BARREL:** 4½" or 6", chrome-lined heavy.
**LENGTH:** 9½" (4½" bbl.), 11" (6" bbl.).
**WEIGHT:** 31 oz. (4½" bbl.), 34 oz. (6" bbl.).
**FEATURES:** Cyl. recessed for Flash Control, chambers also recessed for cartridge rims. Matted top, wide trigger.
**STOCKS:** Checkered, thumb-rest plastic (walnut, **$2.70** extra).
**SIGHTS:** Adjustable Patridge type.
**PRICE:** Blued ..............................................**$43.95**

## IVER JOHNSON "VIKING 67S SNUB"
Same as M67 Viking except has 2¼" barrel, smooth rounded stocks, 7" overall, weighs 25 oz. (target stocks available). Price.............**$43.95**
Also available in 32 and 38 S&W caliber, 5-shot. Price......... 43.95

## IVER JOHNSON "TRAILSMAN 66"
Same as M67 Viking but with rebounding hammer instead of the famous "Hammer-the-Hammer" action. 6" bbl. only.....................**$41.95**

## IVER JOHNSON TARGET MODEL 57A 4
**CALIBER:** 22 S or LR, 8 shot, double action.
**BARREL:** 4½ oz or 6 inches.
**LENGTH:** 10¾" (6" bbl.).
**WEIGHT:** 30½ oz. (6" bbl.).
**FEATURES:** Flash Control cylinder, adj. mainspring.
**STOCKS:** Checkered thumb-rest, Tenite. (walnut, **$2.80** extra).
**SIGHTS:** Adjustable Patridge type.
**PRICE:** Blued, in flocked case............................**$34.95**

## IVER JOHNSON TARGET MODEL 55A (Not illus.)
Same as Model 57 except without adjustable sights. Price, blued, in flocked case .................................................**$31.95**

## IVER JOHNSON CADET Model 55SA (Not illus.)
Same as Model 55 except with 2½" barrel only, plain walnut grips; weight 24 oz. Price, blued, in flocked case.....................**$31.95**
Also available in 32 or 38 S&W caliber, 5-shot................. 33.50

## SMITH & WESSON MILITARY AND POLICE Model 10
**CALIBER:** 38 Special, 6 shot.                                   5
**BARREL:** 2, 4, 5 or 6 inches.    (ramp-sighted 2" bbl.)
**LENGTH:** 11¼" (6" bbl.) 10¾" (6" bbl. round butt)
**WEIGHT:** 31 oz. (6" bbl.)
**STOCKS:** Checkered walnut, Magna. Round or square butt.
**SIGHTS:** Fixed, 1/10" service type front, square notch rear.
**PRICE:** Blued.................$65.00  Nickel.................**$70.00**

## SMITH & WESSON 38 M&P Heavy Barrel Model 10
Same as above except has 4" ribbed barrel with ⅛" ramp front sight, ⅛" square rear, and weights 3½ oz. more. Price, blued... $65.00   Nickel.........**$70.00**

## SMITH & WESSON CENTENNIAL Model 40 6
## & AIRWEIGHT Model 42
**CALIBER:** 38 Special, 5 shot.
**BARREL:** 2"
**LENGTH:** 6½"
**WEIGHT:** 19 oz. (Standard weight), 13 oz. (AIRWEIGHT).
**STOCKS:** Smooth walnut, Magna.
**SIGHTS:** Fixed, 1/10" serrated ramp front, square notch rear.
**PRICE:** Blued, standard weight... $70.00  Nickel, standard weight..**$75.00**
**PRICE:** Blued AIRWEIGHT ...... 75.00  Nickel AIRWEIGHT.... 82.00

## SMITH & WESSON 38 M&P AIRWEIGHT Model 12 7
**CALIBER:** 38 Special, 6 shot.
**BARREL:** 2, 4 inches
**LENGTH:** 7⅛" (Square butt), 6⅞" (Round butt).
**WEIGHT:** 18⅝ oz. (Square butt), 18 oz. (Round butt).
**STOCKS:** Checkered walnut, Magna. Round or square butt.
**SIGHTS:** Fixed, 1/10" serrated ramp front, square notch rear.
**PRICE:** Blued..............$68.00       Nickel.................**$75.00**

## SMITH & WESSON 1950 Model 21, 44 MILITARY 8
**CALIBER:** 44 Special, 6 shot.
**BARREL:** 4, 5 and 6½ inches.
**LENGTH:** 11¾" (6½" bbl.)
**WEIGHT:** 39½ oz. (6½" bbl.)
**STOCKS:** Checkered walnut, Magna.
**SIGHTS:** Fixed, 1/10" service type front, square notch rear.
**PRICE:** Blued...............$80.00 . Nickel...............**$85.00**



## SMITH & WESSON BODYGUARD Model 38  1

| | |
|---|---|
| **CALIBER:** | 38 Special; 5-shot. double action revolver. |
| **BARREL:** | 2 inches. |
| **LENGTH:** | 6⅜″ |
| **WEIGHT:** | 14½ oz. |
| **FEATURES:** | Alloy frame; integral hammer shroud. |
| **STOCKS:** | Checkered walnut, Magna. |
| **SIGHTS:** | Fixed, 1/10″ serrated ramp front. square notch rear. |
| **PRICE:** | Blued ............. $70.00    Nickel .............. $77.00 |

## SMITH & WESSON BODYGUARD, Model 49

Same as Model 38 except steel construction. Weight, 20½ oz. Price, blued $65.00.
Price, nickeled.................................................................$70.00

## SMITH & WESSON 38 CHIEFS SPECIAL & AIRWEIGHT  2

| | |
|---|---|
| **CALIBER:** | 38 Special, 5 shot. |
| **BARREL:** | 2 or 3 inches. |
| **LENGTH:** | 6½″ (2″ bbl. and round butt). |
| **WEIGHT:** | 19 oz. (2″ bbl. and round butt), 14 oz. (AIRWEIGHT) |
| **STOCKS:** | Checkered walnut, Magna. Round or square butt. |
| **SIGHTS:** | Fixed, 1/10″ serrated ramp front, square notch rear. |
| **PRICE:** | Blued  std. M-36........$65.00   Nickel, standard weight. $70.00 |
| **PRICE:** | Blued AIRW'T  M-37.... 70.00   Nickel  AIRWEIGHT.... 77.00 |

## SMITH & WESSON 38/44 HEAVY DUTY Model 20  3

| | |
|---|---|
| **CALIBER:** | 38 Special, 6 shot. |
| **BARREL:** | 4, 5 and 6½ inches. |
| **LENGTH:** | 10½″ (5″ bbl.) |
| **WEIGHT:** | 40 oz. (5″ bbl.) |
| **STOCKS:** | Checkered walnut, Magna. |
| **SIGHTS:** | Fixed, 1/10″ service type front, square notch rear. |
| **PRICE:** | Blued............$80.00   Nickel.........................$85.00 |

## SMITH & WESSON 357 MAGNUM Model 27  4

| | |
|---|---|
| **CALIBER:** | 357 Magnum, 6 shot. |
| **BARREL:** | 3½, 5, 6, 6½, 8⅜ inches. |
| **LENGTH:** | 11¾″ (6″ bbl.) |
| **WEIGHT:** | 44½ oz. (6″ bbl.) |
| **STOCKS:** | Checkered walnut, Magna. Grooved tangs and trigger. |
| **SIGHTS:** | Any S&W target front, micro click rear, adjustable for w. and e. |
| **PRICE:** | S&W bright blue or nickel...........................$120.00 |

## SMITH & WESSON 357 COMBAT MAGNUM Model 19

| | |
|---|---|
| **CALIBER:** | 357 Magnum, 6-shot   5 |
| **BARREL:** | 4 inches. |
| **LENGTH:** | 9½″ |
| **WEIGHT:** | 35 oz. |
| **STOCKS:** | Checkered Goncala Alves, target. Grooved tangs and trigger. |
| **SIGHTS:** | Front, ⅛″ Baughman Quick Draw on ramp, micro. click rear adjustable for w. and e. |
| **PRICE:** | S&W bright blue or nickel ............................. $110.00 |

## SMITH & WESSON HIGHWAY PATROLMAN Model 28  6

| | |
|---|---|
| **CALIBER:** | 357 Magnum, 6 shot. |
| **BARREL:** | 4 or 6 inches. |
| **LENGTH:** | 11¼″ (6″ bbl.) |
| **WEIGHT:** | 44 oz. (6″ bbl.) |
| **STOCKS:** | Checkered walnut, Magna. Grooved tangs and trigger. |
| **SIGHTS:** | Front, ⅛″ Baughman Quick Draw on ramp. Micro click rear, adjustable for w. and e. |
| **PRICE:** | S&W Satin Blue, sandblasted frame edging and barrel top...$85.00 |
| **PRICE:** | With target stocks.....................................  80.00 |

## SMITH & WESSON 1950 ARMY Model 22  (not illus.)

| | |
|---|---|
| **CALIBER:** | 45 ACP and 45 AR, 6 shot. |
| **BARREL:** | 5½″ |
| **LENGTH:** | 10¾″ |
| **WEIGHT:** | 36¼ oz. |
| **STOCKS:** | Checkered walnut, Magna. |
| **SIGHTS:** | Fixed 1/10″ service type front, square notch rear. |
| **PRICE:** | Blued..............................................$75.00 |

## SMITH & WESSON 32 & 38 REGULATION POLICE  7

| | |
|---|---|
| **CALIBER:** | 32 S&W Long (M31), 6 shot. 38 S&W (M33), 5 shot. |
| **BARREL:** | 2, 3 or 4 inches. (4″ only in 38 S&W). |
| **LENGTH:** | 8½″ (4″ bbl.) |
| **WEIGHT:** | 18⅝ oz. (4″ bbl.. in 32 Cal.), 18 oz. (38 cal.) |
| **STOCKS:** | Checkered walnut, Magna. |
| **SIGHTS:** | Fixed, 1/10″ serrated ramp front, square notch rear. |
| **PRICE:** | Blued.................$65.00   Nickel.................$70.00 |

## SMITH & WESSON 32 HAND EJECTOR Model 30  8

| | |
|---|---|
| **CALIBER:** | 32 S&W Long, 6 shot. |
| **BARREL:** | 2, 3 or 4 inches. |
| **LENGTH:** | 8″ (4″ bbl.) |
| **WEIGHT:** | 18 oz. (4″ bbl.) |
| **STOCKS:** | Checkered walnut, Magna. |
| **SIGHTS:** | Fixed, 1/10″ serrated ramp front, square notch rear. |
| **PRICE:** | Blued.................$65.00   Nickel.................$70.00 |

## SMITH & WESSON TERRIER Model 32

Same as 32 Hand Ejector except: 38 S&W cal.; 2″ bbl. only; 5 shots. Weight
17 oz. Same prices.

## SMITH & WESSON 1953 Model 34, 22/32 KIT GUN  9

| | |
|---|---|
| **CALIBER:** | 22 LR, 6 shot. |
| **BARREL:** | 2 or 4 inches. |
| **LENGTH:** | 8″ (4″ bbl.) |
| **WEIGHT:** | 22½ oz. (4″ bbl.) |
| **STOCKS:** | Checkered walnut, Round or square butt. |
| **SIGHTS:** | Front, 1/10″ serrated ramp, micro click rear, adjustable for w.and e. |
| **PRICE:** | Blued.................$75.00   Nickel................$80.00 |

Compendium_Klarevas
Page 120

# U.S. HANDGUNS

**SMITH & WESSON Model 51 22/32 KIT GUN**  1

Same as Model 34 except chambered for 22 WRF Magnum; 3½″ barrel; square butt only; weight, 24 oz. Choice of round or square butt.
Price, blue....................$80.00   Nickeled....................$85.00



**SMITH & WESSON KIT GUN AIRWEIGHT** (Model 43, not illus )

Same as above except 3½″ barrel; weight 14¼ oz. Price, blued..........$80.00
Price, nickeled.................................................. 87.00

**SMITH & WESSON 41 MODEL 57**  2

| | |
|---|---|
| CALIBER: | 41 Magnum, 6-shot. |
| BARREL: | 4″, 6″ or 8⅜″. |
| LENGTH: | 11⅜″ (6″ bbl.) 9⅜″ (4″ bbl.). |
| WEIGHT: | 48 oz. (6″ bbl.). |
| STOCKS: | Oversize target type checkered Goncala Alves wood and target hammer. Tang and target trigger grooved. |
| SIGHTS: | ⅛″ red ramp front, micro. click rear, adj. for w and e. |
| PRICE: | S&W bright blue or nickel........................$140.00 |



**SMITH & WESSON 44 MAGNUM Model 29**  2

| | |
|---|---|
| CALIBER: | 44 Magnum, 6 shot |
| BARREL: | 4″, 6½″, 8⅜″ |
| LENGTH: | 11⅞″ (6½″ bbl.) |
| WEIGHT: | 47 oz. (6½″ bbl.), 43 oz. (4″ bbl.) |
| STOCKS: | Oversize target type, checkered Goncala Alves. Tangs and target trigger grooved, checkered target hammer. |
| SIGHTS: | ⅛″ red ramp-front, micro. click rear, adjustable for w. and e. |
| PRICE: | S&W bright blue or nickel............................$140.00 |

# Single Shot Pistols

**RUGER HAWKEYE**  3

| | |
|---|---|
| CALIBER: | 256 Magnum, single shot. |
| BARREL: | 8½″ (twist, 1-14). |
| LENGTH: | 14½″. |
| WEIGHT: | 45 oz. |
| STOCKS: | Genuine walnut, smooth. |
| FEATURES: | Has the profile and general handling of the single action revolver, but the cylinder is replaced by a breechblock which rotates on its axis parallel to the bore. The cartridge chamber is in the breech end of the barrel. |
| SIGHTS: | Patridge style, ramp front, matted blade ⅛″ wide, rear click adj. for w. and e. |
| PRICE: | Blued .........................................$87.50 |



**REMINGTON MODEL XP-100 Bolt Action Pistol**  4

| | |
|---|---|
| CALIBER: | 221 Fireball, single shot. |
| BARREL: | 10½″, ventilated rib. |
| LENGTH: | 16¾″. |
| WEIGHT: | 3¾ lbs. |
| STOCKS: | Brown nylon one-piece, checkered grip with white spacers. |
| FEATURES: | Fits left or right hand, is shaped to fit fingers and heel of hand. Grooved trigger. Rotating thumb safety, cavity in fore-end permits insertion of up to five 38 cal., 130-gr. metal jacketed bullets to adjust weight and balance. Included is a black vinyl, zippered case. |
| SIGHTS: | Fixed front, rear adj. for w. and e. Tapped for scope mount. |
| PRICE: | .........................................$99.95 |



**NUMRICH "HOPKINS & ALLEN"**  5
**MUZZLE-LOADING PISTOL**

| | |
|---|---|
| CALIBER: | 36 or 45, single-shot percussion. |
| BARREL: | 6″, cut-rifled. Octagonal. |
| LENGTH: | 13 inches. |
| WEIGHT: | 2 lbs. 2 oz. |
| STOCK: | Plastic (checkered walnut $3 extra). |
| FEATURES: | Under-hammer lockwork; flask with ¼-lb. black powder, 100 percussion caps, patching, lead, bullet mould, powder solvent, powder measure, cleaning rod and instruction book incl. |
| SIGHTS: | Notch rear, blade front. |
| PRICE: | ......................................... $26.50 |

*237*

# U.S. RIFLES — Centerfire Lever & Slide Action



1 MARLIN GLENFIELD 36-G LEVER ACTION CARBINE. 5-shot, ⅔ magazine. Solid top receiver sand blasted for non-glare; side ejection. 20″ Micro-Groove bbl. Bead front sight, open rear sight. Walnut pistol grip stock and semi-beavertail fore-end. 38½″ over-all, wgt. 6¼ lbs. Cal. 30-30. $83.95

2 MARLIN 336 LEVER ACTION CARBINE. 6-shot, full length magazine. Solid top receiver sand blasted for non-glare; side ejection. 20″ Micro-Groove bbl. Bead front sight; open rear sight. Offset hammer spur furnished at no charge. Gold plated trigger. Walnut pistol grip stock and fore-end. Wgt. 7 lbs. 38½″ over-all. Cals: 30-30 and 35 Rem......$86.95
With straight grip stock and lever, as 336 Texan.............. 86.95

3 MARLIN 336 MARAUDER. Identical with Marlin 336 Texan except for: 16¼″ bbl., cals. 30-30 and 35 only. plain bead front sight, 34¾″ over-all and wgt. 6¼ lbs. 5-shot magazine.............................$86.95

MARLIN 336 MAGNUM. Identical with Marlin 336 Texan except chambered for the 44 Magnum (also shoots 44 Spec.) cartridge. 9-shot magazine. .....................................................$86.95

4 MARLIN 336-444 MAGNUM RIFLE. 4-shot, ⅔ magazine. Solid top, side-ejection receiver, tapped for 1″ scope mounts and receiver sights. 24″ Micro-Groove bbl. of special analysis ordnance steel. Lyman folding leaf rear sight adj. for w. & e.; hooded ramp blade front. Walnut straight grip Monte Carlo stock with fluted comb, Pachmayr white line recoil pad; detachable sling swivels and carrying strap. Wgt. 7½ lbs., 42¼″ over-all. Cal. 444 Magnum ........................................$124.95

5 MARLIN 62 LEVERMATIC. Lever action rifle with 4-shot detachable clip. 23″ Micro-Groove bbl. Open rear sight; ramp front sight with hood. One-piece walnut stock; white line buttplate and pistol grip cap. Engine turned bolt; gold plated trigger. Leather carrying strap and swivels included. Weight about 7 lbs., 42″ over-all. Cals. 256 Magnum and 22 Rem. Jet. .....................................................$69.95

NOTE: Marlin 336's are available in combination with the Marlin Micro-Power (cross hairs only) scopes. Add $40 for the 2½X, $50 for the 4X, $60 for the 6X and $80 for the 3X-9X Variable scopes when purchased with the rifle. $10 value detachable top mount is included.

6 SAVAGE 99E. Lever action rifle with 5-shot rotary magazine. 20″ medium weight bbl. Tang indicator shows when rifle is cocked. Safety on right side of receiver. Walnut finished stock (13½″x1½″x2½″). Ramp front sight with sporting heel. Tapped for scope mounts. Wgt. 7 lbs. 39¾″ over-all. Cals: 300 Sav., 243 and 308 Win. ...............................$104.50

SAVAGE 99F. Similar to the 99E except: 20″ lightweight bbl. Damasceened bolt, gold plated trigger. Improved sear mechanism, safety on tang locks trigger and lever. Magazine indicator on left side. Select walnut stock with checkered pistol grip and fore-end, steel buttplate. Gold bead on ramp front, folding semi-buckhorn rear. Wgt. 6½ lbs. 39¾″ over-all. Cals: 300 Sav., 243, 284, 308 and 358 Win. ................$132.50

SAVAGE 99DL. Similar to the 99F except: 22″ bbl., fluted, high comb Monte Carlo stock. Anodized aluminum buttplate, slim fore-end. Sling swivels. Wgt. 6¾ lbs. 41¾″ over-all. Cals: 300 Sav., 243, 308 and 358 Win. ...............................................$139.50

7 SEARS 45. Lever action carbine with 6-shot full length magazine. Solid top receiver, side ejection. 20″ bbl., open rear and bead front sights. Hammer spur for easy cocking. Walnut stock and fore-end. 38½″ over-all, wgt. 6½ lbs. Cals. 30-30 (6-groove) and 35 Rem. (8-groove).......$72.95

8 SEARS 54. Solid frame lever action carbine with 6-shot tubular magazine. 20″ bbl. Half-cock hammer safety. Walnut straight grip stock with nickel-plated checkered steel buttplate; metal tipped fore-end (13⅛″x1⅞″x2⅝″). Bead front sight on ramp; open notch rear adj. for elevation. Tapped for all receiver sights and Sears 3x scope and #784 side mount. Wgt. 6½ lbs., 37¾″ over-all. Cal. 30-30.....................................$72.95

9 WESTERN FIELD 740. Lever action carbine with 6-shot full length magazine. 20″ bbl.; solid top receiver, side ejection for scope mouting. Walnut stock and fore-end, fluted comb. Rubber recoil pad, 1″ leather sling strap with swivels. Hammer spur for cocking with scope mounted. Open rear, beaded front sight; Wgt. 7½ lbs. 38½″ over-all. Cal. 30-30......$75.95

10 WINCHESTER 88. Hammerless lever action rifle with a front locking bolt. Side ejection, crossbolt safety. Solid frame with one piece stock, 13¾″x1½″x2⅞″. Short stroke, fast operating lever. 22″ round bbl. Bead front sight on ramp, with cover; folding leaf rear sight. Tapped for scope mounts, 4-shot detachable magazine. Weight 7 lbs., 42½″ over-all. Calibers: 243 Win., 284 Win., 308 Win.......................$136.50
Extra 4-shot magazine .......... 3.90

Compendium_Klarevas
Page 122

# U. S. RIFLES



**1 WINCHESTER 94 Carbine.** Solid frame lever action with 6-shot tubular magazine. 20″ bbl. Walnut straight grip stock and carbine fore-end (13⅛″x1⅞″x2⅝″). Bead front sight on ramp with removable cover; open rear sight. Tapped for receiver sights. Weight 6½ lbs., 37¾″ over-all. Calibers: 30-30 and 32 Special.........................**$83.95**

**WINCHESTER 94 "ANTIQUE".** Same as the M94 except: color case-hardened and scrolled receiver, brass-plated loading gate and saddle ring. 30-30 only .................................................**$89.95**



**2 REMINGTON 760 GAMEMASTER.** Slide action rifle, hammerless, solid frame, side ejection. Rotary multiple-lug breechbolt locks into 22″ bbl., fully encloses cartridge. Trigger must be relased and action fully closed for each shot. Checkered walnut pistol grip stock (13¼″x1¾″x2¼″) and fore-end; metal buttplate. Cross-bolt safety. Gold bead front sight on matted ramp, open sporting rear sight. Tapped for scope mounts. 4-shot detachable magazine. Wgt. 7½ lbs., 42″ over-all. Cals: 223 Rem. (5.56mm) 270, 30-06, 35 Rem., 280 Rem., 308 Win.....................**$129.95**
Sling strap and swivels (installed)........................ 8.00
Extra 4-shot clip.......................................... 3.90

**REMINGTON 760 CARBINE.** Same rifle as M760 except has 18½″ barrel. Wgt. 7¼ lbs., 38½″ over-all. Cals: 35 Rem., 308 Win. and 30-06.. **$129.95**
Also in Peerless (D) and Premier (F) grades $575 and $1050.



**3 UNIVERSAL 440 VULCAN.** Slide action, hammerless 5-shot clip magazine carbine. 18¼″ bbl. with 6-groove rifling. Walnut stock and fore-end. Ramp front sight with gold bead; semi-buckhorn rear adj. for w. and e. Cross lock safety in guard. Wgt. 6 lbs., 36⅞″ over-all. Cal. 44 Magnum..**$99.95**

# Centerfire — Autoloading



**4 REMINGTON 742 Woodsmaster** autoloading big game rifle; gas-operated "Power-Matic" action reduces recoil. Rotary multiple lug breechbolt locks into 22″ bbl., fully encloses cartridge. Hammerless, solid frame, side ejection. Gold bead front sight on ramp; step rear sight with windage adj. Walnut pistol grip stock (13¼″x1¾″x2¼″) and fore-end, deluxe checkered, 4-shot detachable magazine. Wgt. 7½ lbs., 42″ over-all. Cals: 6mm Rem., 280 Rem., 30-06 and 30-06.............................**$149.95**
Extra 4-shot magazine..................................... 4.50
Sling strap and swivels (installed)........................ 8.00
Peerless (D) and Premier (F) grades...........**$575.00 and $1050.00**

**REMINGTON 742 CARBINE.** Same rifle as M742 except: 18½″ bbl., wgt. 7¼ lbs. Cals: 30-06, 308 Win. .................................**$149.95**



**5 RUGER CARBINE.** A gas-operated autoloading carbine with an 18½″ barrel, 4-shot tubular magazine and one-piece walnut pistol grip stock (13⅝″ x 1⅝″ x 2½″). Chambered for the high-velocity 44 Magnum cartridge. Sourdough front and folding leaf rear sights. Cross-bolt safety. Receiver tapped for scope mounts. Weight 5¾″ lbs., 36¾″ over-all . **$108.00**
With receiver sight and sling swivels...................... 115.00



**6 UNIVERSAL M1 CARBINE.** Gas-operated hammerless autoloading 15-shot magazine carbine. 18″ bbl. with 12-groove rifling. Walnut stock and hand-guard; stock inletted for "issue" sling and slider; forward one-piece swivel and bayonet stud; front blade sight with protective wings; rear peep sight adj. for w. and e. Crosslock safety forward of trigger guard. Wgt. 5½ lbs., 35½″ over-all. Cal. 30 M1.............................**$89.95**



**7 WINCHESTER MODEL 100.** New gas operated autoloading rifle with cam action rotating bolt. Hammerless, solid frame with side ejection and cross bolt safety, tapped for scope mounts. One piece walnut pistol grip stock with semi-beavertail fore-end (slimmer than early models), checkered, 13¾″x1½″x2⅝″. 22″ round tapered barrel. Bead front and folding leaf rear sights. 4-shot box magazine. Weight 7¾ lbs., 42½″over-all. Calibers: 243 Win., 284 Win. and 308 Win..........................**$155.95**

# Centerfire — Bolt Action



**8 BROWNING HIGH POWER RIFLES—SAFARI Grade.** Mauser action with hinged floorplate, hand engraved. Silent, sliding type 3-position safety; central position locks trigger but permits opening of bolt. Grooved trigger adjustable for backlash; engraved trigger guard. Checkered walnut pistol grip stock with Monte Carlo comb and cheekpiece, 13⅝″x1⅝″x1⅞″x2⅝″, swivel eyelets fitted. 22″ lightweight or 24″ heavyweight barrels specifically contoured for each caliber. Ramp front sight, removable rear sight adjusts for w. and e. Calibers: 222, 222 Mag., 22/250 Wildcat or 243 without sights; 264 Mag., 270, 284, 30-06 or 308 with sights. Weight 6¼ lbs. with lightweight barrel, 43″ over-all...............................**$185.00**
Heavyweight barrel available in 222, 222 Mag., 22/250 or 243 calibers. Weight about 7½ lbs., 45″ over-all.........................**$190.00**
Also available in 7mm Rem., 300 Win., 300 H&H, 308 Norma, 338 Win., 375 H&H and 458 Win. Magnum calibers. 24″ barrel, weight about 8¼ lbs., 45″ over-all including recoil pad........................**$190.00**

**BROWNING HIGH POWER—MEDALLION Grade.** All calibers as Safari Grade. Select figured walnut stock with skip-line checkering, rosewood grip cap and fore-end tip. Hand engraved receiver and barrel. Polished bolt, bolt sleeve, bolt handle. High polish blued receiver and barrel. Gold plated trigger. All calibers except 458 are without sights.......**$298.00**

**BROWNING HIGH POWER—OLYMPIAN Grade.** Same as Medallion Grade except with finest figured walnut stock; 32-line checkering with hand carved scroll borders; gold initial medallion inset into grip cap. Receiver, floorplate and trigger guard satin-chrome finished. Engraved with appropriate animal scenes...................................**$525.00**



**9 HI-STANDARD HI-POWER FIELD RIFLE.** Mauser-type bolt action, available in 270 and 30-06 calibers only. Select American walnut pistol grip stock. Folding leaf rear and ramp front sights. 22″ round barrel. 4-shot magazine with detachable floorplate. Receiver tapped for scope mounts and receiver sights. Weight about 7 lbs., 42¾″ over-all....**$127.50**
Deluxe grade, with checkered stock with Monte Carlo comb and sling swivels .................................................**$139.00**

239







**1 REMINGTON 700 ADL.** Bolt action repeating rifle. Checkered walnut all-purpose stock with Monte Carlo comb and cheekpiece (13¾'' x 11⁷⁄₁₆'' x 2⁹⁄₁₆''); slim pistol grip for more comfortable hold and better control of adj. trigger. Gold bead front sight on ramp, removable step-adjustable rear sight with windage screw; raised sight line for scope or iron sight use. Bolt handle checkered top and bottom, no floorplate, wood is solid underneath. Comes without sling or swivels (see below). Recoil pad on 264 Mag. and 7mm Mag. Cals. 222 Rem., 222 Rem. Mag. (6-shot, wgt. 6¾ lbs., 43⅝'' over-all); 243 Win., 308 Win., 6mm Rem. (5-shot, wgt. 6¾ lbs., 39⅝'' over-all); 270 Win., 280 Rem., 30-06 (5-shot, wgt. 6½ lbs. 40½'' over-all); 264 Win. and 7mm Rem. Mag. (4-shot, wgt. 7¾ lbs., 44½'' over-all). All 20'' barrel except 24'' bbl. in 222 Rem., 222 Rem. Mag.... **$119.95**
　264 Win. or 7mm Rem. Mag. (24'' stainless steel bbls.)........ 134.95
　1'' sling strap and quick-detachable swivels (installed)......... 9.10

**REMINGTON 700 BDL.** Same as 700-ADL except; fleur-de-lis checkering; black fore-end tip; white line buttplate and fore-end tip spacers; quick release hinged floorplate; hooded ramp front sight........................**$144.95**
　264 Win., 300 Win. or 7mm Rem. Mag. (includes recoil pad)... 159.95
　375 H&H or 458 Win. Mag. (26'' barrel with recoil pad). Weight 9 lbs. .................................................**$310.00**

**2 REMINGTON 600 CARBINE.** Bolt action centerfire carbine. Selected walnut Monte Carlo, fluted comb stock with checkered fore-end and pistol grip (14''x1⅜''x2''). Blade ramp front sight with brass bead. "U" notch rear adj. for w. and e. Forward angled, flat bolt knob is checkered. Nylon trigger guard and fixed floorplate. Rotary thumb safety. 5-shot capacity in cals. 35 Rem. and 308 Win. 6-shot in 222 Rem. 18½'' bbl. with ventilated rib, matted between sights. 37¼'' over-all, wgt. 5½ lbs.............**$99.95**
　Sling strap and swivels (installed)................................ 8.00

**3 SAVAGE ANSCHUTZ 153.** Bolt action repeating rifle with a 24'' bbl. Action cocks on opening. Recessed bolt head with double locking lugs. Wing type safety locks trigger, firing pin and bolt. Adj. 3 lb. single stage trigger. French walnut stock with hand carved roll-over cheekpiece, fluted comb. Rosewood fore-end tip and grip cap with white inlay. Skip-a-line checkering on pistol grip and fore-end. Corrugated white-line butt plate. Sling swivel studs. Hooded ramp front sight with gold bead; folding leaf rear. Receiver tapped for scope mounts and aperture sights. Wgt. about 6¾ lbs., 43'' over-all, 3-shot. Cal. 222 Rem...............................**$175.00**

**4 SAVAGE 110-E** bolt action rifle. Double locking lugs; recessed bolt head; twin gas ports. 20'' bbl. (24'' in 7mm). Walnut finished stock with Monte Carlo comb (13½''x1½''x1⅜''x2½''). Cal. 7mm has recoil pad. 4-shot magazine (3-shot in 7mm). Ramp front sight, step elevator rear; tapped for peep or scope sights. Wgt. about 6¾ lbs., over-all 40½'' with 20'' bbl. Cals: 243 Win., 30-06 .................................................**$102.50**
　7mm Remington Magnum .................................... 112.50

**SAVAGE 110-MC.** Same rifle as 110E except: 22'' medium weight bbl. High comb Monte Carlo stock of selected walnut with checkered pistol grip and fore-end. Aluminum buttplate. Cals: 30-06, 243, 270 and 308 Win. ......................................................**$119.50**
　With left hand action, as the 110-MCL...................... 124.50

**SAVAGE 110 MAGNUM.** Same general features of the Model 110MC except: 24'' special alloy steel bbl. 3-shot magazine. Recoil pad. Wgt. 7¾ to 8 lbs. 45'' over-all. Cals: 7mm Rem. Mag., 264, 300 and 338 Win. Mag. ...........................................................**$129.50**
　With left hand action, as the Model 110L Magnum. .......... 134.50

**5 SAVAGE 110 PREMIER GRADE.** Same general features of the Model 110MC except: stock of selected French walnut with roll-over cheekpiece; "skip-a-line" hand checkering on grip and fore-end. Rosewood fore-end tip and butt cap with white spacers. Sling swivel studs. Available with right or left hand action. Cal. 30-06................................**$180.00**
　As above but in 7 mm Rem. Mag. with stainless steel bbl., right or left hand action. ..............................................**$190.00**

**6 SAVAGE 340** bolt action, 4-shot clip repeating rifle. 222 Rem. (24'' bbl.) or 3-shot 30-30 (20'' bbl.). Walnut pistol grip stock with fluted comb, white lined p.g. cap and buttplate, 13½''x1½''x2½''. Ramp front sight with gold bead; folding stepped rear. Thumb safety at right rear. Wgt. about 6½ lbs., 42'' over-all (24'' bbl.). Cals: 222 Rem. and 30-30...........**$66.50**

**7 SEARS 53.** Bolt action rifle with hinged floorplate. American walnut, Monte Carlo stock with checkered pistol grip and fore-end. Receiver tapped for receiver sights and scope mounts. Bolt face encloses cartridge head; bolt handle flat on underside; serrated trigger. 3-position thumb safety on bolt head. White metal bead front sight on ramp. Semi-buckhorn folding rear adj. for elevation. Wgt. about 6¾ lbs. Cals. 243, 308, 270 and 30-06 (5-shot, 22'' bbl., 42¾'' over-all). Cal. 300 Win. Mag. (3-shot, 24'' bbl., 44½'' over-all, rubber recoil pad)..................................**$114.95**
　300 Win. Mag................................................. 124.95

**8 WEATHERBY MARK V RIFLE.** Designed especially for the line of Weatherby Magnum cartridges, this bolt action rifle uses the Mark V action with the following features: nine locking lugs; low-lift bolt handle (54°); counter-bored bolt face and barrel breech fully enclose the cartridge; three gas ports; streamlined, shrouded bolt sleeve; cocking indicator; trigger adjustable for pull and creep, hinged floorplate and thumb safety. Barrels have cold-swaged rifing and are profiled in proportion to caliber. Deluxe checkered walnut Monte Carlo stocks with high luster finish have recoil pad installed. Sights are optional extras. 13½'' pull. Cals: 224 (4-shot, 6½ lbs., 43¼'' over-all, 24'' bbl., 1 in 14 twist); 257 (4-shot) 270, 7mm, 300 (3-shot) 7¼ lbs., 44½'' over-all, 24'' bbl., 1 in 12 twist.......**$285.00**

　Cal. 340 (3-shot, 8½ lbs., 46½'' over-all, 26'' bbl., 1 in 10 twist)..**$295.00**

　Cal. 378 (13⅞'' pull, 2-shot, 8½ lbs., 46½'' over-all, 26'' bbl., 1 in 12 twist. ........................................................**$315.00**

　Cal. 460 (California Mesquite stock, 13⅞'' pull, 2-shot, 10½ lbs., 46½'' over-all, 26'' bbl., 1 in 16 twist, muzzle brake)..................**$495.00**

　Calibers 270, 7mm and 300 WM may be ordered with 26'' bbls. for $10.00 extra. 378's may be ordered with muzzle brake for $37.50 extra.

　**WEATHERBY MARK V Left Hand Rifle.** A complete left-handed action, cheekpiece on the right side, etc. Prices are $30 over above costs except 460 WM is also $495.00. 224 not available in LH action.

Compendium_Klarevas

# U. S. RIFLES



**1 WESTERN FIELD 742.** Mauser 98K bolt action rifle with hinged floor plate. Single stage trigger, Mannlicher style stock and flat bolt handle. European walnut hand checkered stock and fore-end; capped pistol grip. 22″ bbl. with adj. open rear, hooded front sights. 1¼″ swivels, 5-shot magazine, Wgt. 7½ lbs. 43″ over-all. Cal. 30-06. ........................ $139.95

**2 WINCHESTER 70 STANDARD.** Bolt action repeating rifle. Walnut Monte Carlo stock with high fluted comb and cheekpiece, checkered grip and fore-end, sling swivels, (13⅝″x1¾″x2⅛″x1½″ at Monte Carlo). Free-floating swaged bbl. Hooded bead front sight, adj. rear. Action tapped and sights removable for scope mounting. 3-position thumb safety on fully enclosed bolt head. Red cocking indicator under bolt sleeve. Recessed bolt face, wide trigger. Cals: 243, 270, 30-06 and 308. 5-shot, wgt. 7 lbs., 42½″ over-all, 22″ bbl., 1 in 10 twist; 308 has 1 in 12................ $139.95

**WINCHESTER 70 300.** Same as M70 Std. except: cal. 300 Win. Mag., 1 in 10 twist, 3-shot, 24″ bbl., 44½″ over-all, rubber recoil pad, 7¼ lbs. .................................................................... $154.95

**WINCHESTER 70 Alaskan.** Same as M70 Std. except: 338 Win. and 375 H&H Mag., 3-shot, 44½″ over-all, rubber recoil pad, 7¼ lbs., 24″ bbl., 1 in 10 twist (375 has non-floating heavyweight 1 in 12 bbl., 8½ lbs., V-notch rear sight). ........................................................... $154.95

**WINCHESTER 70 Westerner.** Same as M70 Std. except: 264 Win. Mag., 3-shot, 24″ bbl., 1 in 9 twist, 44½″ over-all, rubber recoil pad, 7¼ lbs. .................................................................... $154.95

**3 WINCHESTER 70 Varmint.** Same as M70 Std. except: 243 Win., 5-shot (no sights but with scope mount blocks) 24″ heavyweight bbl., 1 in 10 twist, 44½″ over-all, 13⅝″x9/16″x1⅝6″x⅜″ at Monte Carlo (from line of bore), 9¾ lbs. ................................................................ $154.95

**4 WINCHESTER 70 African.** Same as M70 Std. except: 458 Win. Mag. caliber 3-shot, V-notch rear sight, 22″ non-floating heavyweight bbl., 1 in 14 twist, 42½″ over-all, rubber recoil pad (13⅝″x1⅜″x2⅜″x1¾″ at Monte Carlo), 8½ lbs. ............................................................ $310.00

**5 HARRINGTON & RICHARDSON "TOPPER."** Single shot, takedown, side lever break-open rifle. Auto. ejector. Pistol grip walnut stock and fore-end with recoil pad. 22″ bbl. with Lyman folding adj. rear and ramp front sights. Wgt. 5 lbs., 37½″ over-all. Cals. 30-30 and 22 Rem. Jet.... $35.75
Extra interchangeable barrels: Either rifle caliber, $16.75 410 ga. or 20 ga., 26″ Mod. or 410 28″ Full choke shotgun bbl............ $12.00

**HARRINGTON & RICHARDSON "MUSTANG."** Same as the "Topper" except: Gold plated hammer and trigger. Straight grip stock; fluted comb, contoured fore-end. Cal. 30-30 only. ......................... $45.75

**6 SAVAGE MODEL 219.** Single shot, hammerless, case hardened frame, take-down, automatic ejection. Walnut stock and fore-end, full pistol grip, 26″ barrel; barrel and lug one piece. Automatic top tang safety, two way top lever for right or left hand shooters. Open sporting rear and gold bead ramp front sights. Grooved for tip-off mount. Length overall 42″ take down 26″. Weight 6¼ lbs. Calibers: 30-30, 22 Hornet....... $42.50

**7 NAVY ARMS MAGNUM CARBINE.** Made with original Remington rolling block actions; new ordnance steel barrels have "hammer broach" rifling, are finished in a high-luster blue. Color case-hardened action, straight grip walnut stock and fore-end. Blade front and notch rear sight. Wgt. 4½ lbs., 40″ over-all with an 18′ bbl. Cals. 357 or 44 Mag... $39.95

**8 TINGLE BLACK POWDER RIFLE.** A half-stock percussion target rifle of 44 cal., 1 in 52 twist. 32″ octagon hook-breech bbl. is easily removed. Blade front and V notch rear sight adj. for w. and e. One-piece walnut stock has concave cheekpiece; brass fittings. Double set triggers. Coil spring lock. Available in right or left hand models................... $92.50
Add $5.00 for striped maple stock.

**9 NUMRICH "HOPKINS & ALLEN" MUZZLE LOADERS.** A single shot, under-hammer, percussion gun made in 12 ga., 36 or 45 cal. Valnut straight grip stock. Action and all parts of modern alloy steels. Comes with powder flask, ¼-lb. black powder, bullet mould, 100 percussion caps, maple ramrod, patching material, lead, powder solvent, and instruction book. Buggy Rifle, 5½ lbs., 21″ octagonal bbl., or Offhand Rifle, 7½ lbs., 32″ octagonal bbl., 36 or 45 cal. Target Rifle, 10 lbs., 32″ round bbl., 45 only. Fowler Shotgun, 4½ lbs., 30″ full choke bbl., 12 ga. only .............. $49.50

# Centerfire & Rimfire — Target



**1 MOSSBERG 144-LS.** Bolt action target rifle. 7-shot clip magazine. Thumb safety. 26″ heavy bbl. Walnut pistol grip target type stock with cheekpiece and high comb. Adjustable trigger pull. Mossberg S-331 ¼-minute rear and Lyman 17A front sights. Grooved for Tip-Off mounts. Special target sling swivels. Adjustable hand stop. Weight 8 lbs., 43″ over-all. Cal. 22 S, L or LR ............................................................ $58.45



**1 SAVAGE ANSCHUTZ 1413 MATCH 54.** Bolt action single shot target rifle with a 27½'' extra heavy 15/16'' bbl. Polished action has double locking lugs. Wing type safety locks both bolt and firing pin. Short firing pin travel. 3 lbs. adj. single stage trigger without creep or slack. French walnut stock with cast-off cheekpiece. Checkered pistol grip, adj. rubber butt plate. Beavertail fore-end has swivel rail and adj. swivel. Receiver grooved for micro. sights. Barrel has bases for globe front sight and target scopes. Wgt. about 11 lbs., 46'' over-all. Cal. 22 LR only. Without sights . . $145.00
Left hand stocked model without sights . . . . . . . . . . . . . . . . . . . . .  157.00

**2 SAVAGE ANSCHUTZ 1411 SUPER MATCH 54.** Same as the 1411 Match except: International type stock with thumb-hole. Pistol grip has adj. palm shelf. Aluminum Schutzen hook plate with horizontal and vertical adjustment. Adj. walnut palm rest. Wgt. 15½ lbs., 50'' over-all. Without sights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $275.00
Left hand stocked model without sights . . . . . . . . . . . . . . . . . . . . .  287.00

**ANSCHUTZ Optional Sight Equipment**
International micro. sight (1/6-minute click) adj. for w. and e. Slide-on bases fit receiver grooves, adj. for eye relief. Interchangeable 1.1mm and 1.2mm peep sight discs. Price $33.50. Rubber eyeshade, slips onto peep sight disc, price $1.35. Globe protects front sight and controls light; sight inserts not included, price $9.00. Front sight post-type inserts, set of 5, $1.35. Aperture-type, set of 10, $2.50. Complete front and rear sight set includes all items above plus mounting tool . . . . . . . . . . . . . . . . . $45.50

**3 SAVAGE ANSCHUTZ 64 MATCH.** Bolt action single shot target rifle with a 26'' med. heavy bbl., 11/16'' dia. with bases for front sight and target scopes. Action grooved for micro. sights. Slide safety behind bolt handle. Single stage trigger adj. from 3 lbs. Monte Carlo stock with cheekpiece and deeply fluted, high comb. Contoured checkered pistol grip. Adj. rubber butt plate. Beavertail fore-end has swivel rail and adj. swivel. Wgt. 7¾ lbs., 44'' over-all. Cal. 22. Without sights . . . . . . . . . . . . . . . . . . . . . $75.00

Left hand stocked model without sights . . . . . . . . . . . . . . . . . . . . . .  85.00
7 lb. M64 may be ordered, at the same price, to conform with Canadian match regulations or for those who desire a lighter rifle.

**4 REMINGTON INTERNATIONAL FREE RIFLE.** A single shot rifle with 28'' heavy bbl., using the 40-XB action. Semi-finished walnut laminated stock enables shooter to finish to individual needs. Adj. buttplate and hook; adj. palm rest. Front sling swivel. 2 oz. adj. trigger. Wgt. about 15½ lbs. Chambered for 222 Rem., 222 Rem. Mag., 7.62 NATO or 30-06 (some other calibers on special order) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $361.05
With left hand stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  386.05

**5 REMINGTON MODEL 40-XB RANGEMASTER Rimfire.** Bolt action single shot target rifle. Loading platform gives straight-line feed. Crisp trigger has positive click adj. for weight of pull. 28'' standard or heavy bbl. Walnut pistol grip stock with high comb and beavertail fore-end. Adj. swivel base and removable fore-end stop. Redfield Olympic receiver and front sights. Cal. 22 LR only. Wgt. 10¾ lbs. Heavy, 12¾ lbs., 50½'' over-all. Standard or heavy bbl. with Redfield sights . . . . . . . . . . . . . . . . . . . . . . . $184.95
Standard or heavy bbl. without sights . . . . . . . . . . . . . . . . . . . . . .  154.95

**REMINGTON RANGEMASTER Centerfire.** Same rifle as Model 40-XB Rimfire except chambered for 222 Rem. Mag., 7.62 Nato (308 Win.) 244 Rem., 6mm Rem. or 30-06. Without sights but with scope bases fitted. Choice of heavy bbl. (12 lbs.) or standard bbl. (10 lbs.) . . . . . . . . . . . . . . . . . $192.95
For calibers requiring stainless barrels add . . . . . . . . . . . . . . . . .  20.00

**6 REMINGTON 513, Matchmaster** bolt action target rifle. 6-shot clip magazine. Thumb safety. 27'' heavy bbl. Walnut pistol grip stock with high comb and beavertail fore-end. Swivels and 1¼'' leather sling. Redfield sights; micrometer rear and globe front. Tapped for scope blocks. Wgt. 8¾ lbs. 13½'' pull, trigger to butt. Cal. 22 S, L and LR only . . . . . . . $88.95
Without front and rear sights . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  66.45

**7 REMINGTON 521T** bolt action rifle. 25'' medium-heavy bbl., 6-shot clip. Thumb safety. Walnut pistol grip stock, beavertail fore-end. Leather sling and swivels. Tapped for Lyman 57RS micrometer rear sight (not included). Patridge-type front sight. Wgt. 6½ lbs., 42¾'' over-all. Cal. 22 S, L and LR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $59.95

**8 WINCHESTER 52D TARGET.** Bolt action target rifle, Cal. 22 LR, single shot. No sights, tapped for front sight base and receiver sight; scope blocks fitted. Walnut target stock wih full length accessory channel and adj. bedding device (13⅝''x1¼''x¾''), std. wgt. bbl. and heavy bbl., both from line of bore). Non-slip rubber butt pad. Choice of 28'' std. wgt. (9¾ lbs.) or heavy bbl. (11 lbs.). 46'' over-all . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $145.00

**9 WINCHESTER MODEL 70 TARGET.** Marksman walnut stock with high comb, beavertail fore-end; 13¾''x1½''x⅞'' (from line of bore), adj. front swivel base. No sights, scope bases mounted on bbl. Tapped for front sight base and receiver sight. Checkered steel buttplate. Cal. 30-06, 5-shot, 10¼ lbs., 24'' free-floating heavyweight 1 in 10 bbl., 44½'' over-all . . . . . . . . $190.00

Compendium_Klarevas
Page 126

# Rimfire
# Lever & Slide Action



**7 MOSSBERG 402 PALOMINO.** Hammerless lever action carbine with tubular magazine (20 S, 15 L, 13 LR). Walnut Monte Carlo stock, beavertail fore-end. Receiver has removable sideplate; non-glare top finish, grooved for scope mounts. Open rear and bead front sights. 18½″ round bbl. Grooved trigger. Wgt. 4¾ lbs., 36½″ over-all. Cal. 22 S, L or LR. . .**$59.95**

**8 NOBLE 275 LEVER ACTION.** Hammerless, tubular magazine repeater rifle (21 S, 15 LR) with one-piece walnut stock (13½″x1¾″x2¾″), serrated hard rubber buttplate. Short-throw lever, visible straight-line loading. Thumb safety. Patridge type ramp front sight. Open notch rear adj. for elevation. Receiver grooved for Tip-Off scope mount. 24″ bbl., 42″ over-all, wgt. about 5½ lbs. Cal. 22. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$47.95**

**9 REMINGTON NYLON 76 TRAIL RIDER** lever action rifle. Tubular magazine in buttstock holds 14 LR. Short 35° lever throw. Moulded Nylon Mohawk Brown stock has checkered pistol grip (with white spacer and black cap) and diamond-inlaid fore-end. Grooved for Tip-Off mount. Blade front and open adj. rear sights. Thumb safety on top of grip. 3-point barrel bedding assures accuracy. Wgt. 4¼ lbs., 38½″ over-all. Cal. 22 LR only . . . . .**$59.95**
    With Apache Black stock, chromed barrel and action . . . . . . . . . . **64.95**

**10 SEARS 5T.** Hammerless repeating lever action rifle with tubular magazine holding 21 S and 15 LR ctgs, interchangeably. Receiver grooved for Tip-Off mounts. Cross-bolt safety in front of trigger guard. Walnut finished hardwood pistol grip stock. Nickel trigger. Tapered post front sight on ramp; notch rear adj. for elevation. 20½″ bbl., 39″ over-all, wgt. about 5 lbs. Cal. 22. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$46.95**

**11 SEARS 44DLM.** Hammerless repeating lever action rifle with 15-shot tubular magazine. Receiver tapped for Tip-Off mount adapter. Safety on trigger guard. Short 25° lever throw. Hooded ramp front sight; rear adj. for elevation. American walnut, Monte Carlo stock with pistol grip. 24″ bbl., 43″ over-all, wgt. about 7 lbs. Cal. 22 rimfire magnum. . . . . . . . . . . . . . . **$48.95**

**12 WESTERN FIELD MODEL 895.** A short-throw, lever action carbine with tubular magazine holding 20 S, 15 L or 13 LR. 20″ round tapered barrel. Walnut finished pistol grip stock with Monte Carlo comb; beavertail fore-end; sling swivels and barrel band. Bead front and step adjustable open rear sights. Weight 4¾ lbs., 36½″ over-all. . . . . . . . . . . . . . . . . . . . **$49.95**



**1 MARLIN 57 LEVERMATIC.** Lever action repeater rifle with short 23° stroke; tubular magazine holding 27 S or 19 LR. 22″ Micro-Groove bbl. with open rear and hooded ramp front sights. Gold plated trigger. Walnut stock with Monte Carlo comb, pistol grip. Tapped for Tip-Off mounts. Safety on trigger guard plate. 40½″ over-all. Wgt. about 6¼ lbs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$56.95**
    With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . . . **66.95**

**2 MARLIN 57 MAGNUM.** 24″ Micro-Groove bbl. rifle, 15-shot tubular magazine for 22 RF Magnum cartridges. Walnut stock with Monte Carlo cheekpiece. Open rear and hooded ramp front sights. Gold plated trigger. Adapter included for Tip-Off mount. 43″ over-all, wgt. 6½″ lbs. . . . .**$59.95**
    With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . . . **69.95**

**3 MARLIN 56 LEVERMATIC.** Clip-fed lever action repeater rifle, 8-shot, hammerless. Short 23° stroke. Walnut Monte Carlo pistol grip stock. 22″ Micro-Groove bbl. Gold plated trigger. Tapped for receiver sights. Tip-Off mount adapter included. Length over-all 40½″, Wgt. 5¾ lbs. 40½″ over-all. Cal. 22 S, L or LR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95**
    With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . . . **59.95**

**4 MARLIN GOLDEN 39A** lever action rifle. Tubular magazine holds 26 S or 19 LR. Visible hammer. 24″ Micro-Groove bbl. Gold plated trigger. Micro-Groove rifling. Walnut pistol grip stock and fore-end with swivels. Open rear and hooded ramp front sights. Tapped for Tip-Off mount adapter and offset hammer spur included. 40″ over-all, wgt. 6¾ lbs. Cals: 22 S or LR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$79.95**
    With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . . . **89.95**

**5 MARLIN 39-A MOUNTIE.** Similar to Model 39-A rifle, but with 20″ Micro-Groove bbl, straight grip stock. Magazine holds 21 S or 15 LR. 36″ over-all, wgt. 6 lbs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$79.95**
    With Marlin 4X Micro-Vue scope (separately, $14.95). . . . . . . . . . . **89.95**

**6 MARLIN 39 CARBINE.** Similar to the Marlin 39-A Mountie rifle, but with a slim fore-end, short magazine, tapered barrel and blade front sight. Capacity 18 S, and 12 LR. 36″ over-all, wgt. 5¼ lbs. . . . . . . . . . . .**$79.95**
    With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . . . **89.95**



**1 WINCHESTER 250.** Lever action rifle with tubular magazine (21 S, 17 L or 15 LR). 20½" bbl., 1 in 16" twist; square post front sight on ramp and square notch rear adj. for w. and e. Pistol grip stock and fore-end of walnut-finished hardwood, (13⅜"x1¾"x2¾"). Receiver grooved for Tip-Off scope mounts. Cross lock safety in front of trigger guard. Engine turned bolt. Cal. 22, 39" over-all, wgt. 5 lbs. ...........................$56.95

**WINCHESTER 255.** Same as the M250 except: Cal. 22 RF Magnum, 11-shot cap. ...................................................$59.95

**2 NOBLE 235.** Slide action rifle with tubular magazine (21 S or 15 LR). Hammerless. Thumb safety. 24" bbl. Walnut pistol grip stock (13½"x1¾"x 2¾") and grooved slide handle. Open rear sight adj. for elevation, bead front sight on ramp. Receiver grooved for Tip-Off mount. Wgt. 5½ lbs., 42" over-all. Cal. 22 S or LR. ....................................$44.50

**3 SAVAGE MODEL 29.** Slide action, takedown hammerless rifle with tubular magazine; holds 20 S or 14 LR. Short stroke action, receiver tapped for Tip-Off mount. Walnut pistol grip stock with long, grooved slide handle. 24" bbl., bead front and open rear sights. 41" over-all; weight about 5¼ lbs. Caliber: 22 S or LR. .............................$62.50

**4 REMINGTON 572 FIELDMASTER.** Solid frame, slide action rifle. Tubular magazine holds 20 S or 15 LR, removes to convert to single shot. Streamlined hammerless action. 25" bbl. Cross-bolt safety. Genuine walnut pistol grip stock, grooved slide handle. Open rear and bead front sights. Grooved for Tip-Off mount. Wgt. 5½ lbs., 42" over-all. Cal. 22 S, L or LR. ...$58.95
**Model 572 SB,** similar to the 572, but has smoothbore bbl. choked for 22 LR shot cartridges. ........................................$65.95

**5 SEARS 35.** Solid frame slide action repeater with tubular magazine, holds 25 S or 17 LR. Hammerless action grooved for Tip-Off mount. 24" bbl. with open rear and ramp front sights. Walnut pistol grip stock with Monte Carlo fluted comb; walnut slide handle. Wgt. about 5½ lbs., 41¾" over-all. Cal. 22 S or LR. ........................................$52.50

**6 WINCHESTER 270.** Slide action hammerless rifle with tubular magazine; holds 21 S, 17 L and 15 LR. Grooved for Tip-Off mount. Square post front sight on ramp; square notch rear adj. for w. and e. Cross lock safety on trigger guard. Engine turned bolt. 20½" bbl., 1 in 16" twist. Walnut finished hardwood stock (13⅜"x1¾"x2¾") with checkered fore-end. 39" over-all, wgt. 5 lbs. Cal. 22 S, L or LR. ...........................$55.95
Also available with nylon, walnut grained, checkered fore-end... 52.95
**WINCHESTER 275.** Same as the M270 except Cal. 22 RF Magnum, 11-shot cap. ...................................................$59.95

# Rimfire — Autoloading

**7 ARMALITE AR-7 EXPLORER.** 8-shot autoloading cal. 22 LR rifle which weighs 2¾ lbs., and floats. 16-inch aluminum alloy bbl. with steel lining, aluminum alloy receiver, moulded fiberglass stock houses the barrel and action when disassembled. 16½" over-all when stowed. Peep rear and blade front sight. Over-all length, 34½". ........................$49.95

**8 BROWNING AUTOLOADING RIFLE.** Lightweight auto with tubular magazine in buttstock holding 11 LR cartridges. 19¼" barrel easily removed with fore-end Checkered French walnut pistol grip stock and semi-beavertail fore-end. Folding leaf rear sight; gold bead front sight. Engraved receiver grooved for scope mount. Weight 4¾ lbs. 37" over-all.
    Grade I ...............................................$ 82.50
    Grade II ...............................................110.00
    Grade III ...............................................195.00
    **NOTE:** Grade I also available chambered for 22 S cartridges. 22¼" barrel, magazine holds 16 rounds. Price...........................$ 82.50
    Above available as a 22 S cal. Gallery Model with shell deflector, bbl. clamp and ring. Price...............................................$85.50

**9 COLT "COLTEER" CARBINE.** Autoloading rifle with 15-shot tubular magazine. Straight grip black walnut stock (13¾"x1⅜"x2¼") beavertail fore-end. 22" bbl. with hooded gold bead front sight with notch rear adj. for w. and e. Receiver grooved for Tip-Off safety. Cross-bolt safety. Wgt. 6¼ lbs., 40" over-all. 22 LR only. ...............................$52.50

**10 HI-STANDARD SPORT-KING SPECIAL.** New 22 LR, L or S tubular autoloader. Magazine holds 15 LR, 17 L or 22 S. 22¼" round tapered barrel. Walnut pistol grip stock with Monte Carlo comb, semi-beavertail fore-end. Open sights, slide safety. Weight, about 5⅝ lbs. Length overall 43¾". Price.......................................................$49.95
    Also available with standard field stock as Sport-King Field. Price.. 46.95

**11 HI-STANDARD SPORT-KING CARBINE.** Same action as Sport-King Special. 18" barrel has bead post front and open rear sight. Western-style straight grip stock with sling swivels and brass buttplate. Tubular magazine holds 17 S, 14 L or 12 LR. Golden trigger guard, trigger and safety. Receiver grooved for scope mounts. Weight 5½ lbs., 38½" over-all.........$49.95

**12 ITHACA X-15 LIGHTNING.** Autoloading rifle with one-screw takedown. Detachable clip holds 7 LR. Thumb safety locks trigger and blocks hammer. Walnut pistol grip stock with beavertail fore-end. 22" round bbl. Open rear and Ithaca Raybar front sights. Receiver grooved for scope mounts. Weight 6 lbs., 40½" over-all. Cal. 22 LR only.................$44.95

# U.S. RIFLES

**1 KODIAK MODEL 260 MAGNUM Autoloader.** New 12-shot, 22 RF Magnum, with 22" button rifled, round tapered barrel. "Firekote" finished walnut stock and fore-end, rubber recoil pad. Crossbolt safety. Ramp front and open rear sight. Receiver grooved for scope or rear peep. Weight about 6¼ lbs. 40" over-all. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$67.50**
   Also available with 20" barrel and straight grip stock as Model 260 Magnum Carbine. 38" over-all. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$67.50**

**KODIAK MODEL 260 Autoloader.** Same specifications as Model 260 Magnum except: chambered for 22 LR, 15-shot. Weight 5¼ lbs. . . . . **$54.50**
   Also available with 20" barrel and straight grip stock as Model 260 Carbine  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$57.50**

**KODIAK MODEL 260 Clip Feed.** Both the 260 and 260 Magnum rifles and carbines are available with 10-shot clip magazine. Prices are the same as tubular models.

**2 MARLIN 99.** 19-shot autoloader rifle with tubular magazine. 22" bbl. with open rear and hooded ramp front sights. Walnut pistol grip stock. Crossbolt safety. Tapped for receiver sights, grooved for Tip-Off mounts. 40½" over-all, wgt. 5½ lbs. Cal. 22 LR. . . . . . . . . . . . . . . . . . . . . . . . . **$47.95**
   With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . . . 57.95

With gold-plated trigger, sling swivels, carrying strap, Monte Carlo stock with pistol grip cap, as 99-DL. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$54.95**
   With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . . . 64.95

**3 MARLIN 99 "MI CARBINE."** Same as the Marlin 99 rifle except: Walnut handguard with band; removable rear sight, ramp front cover; swivels and carrying strap. 18" barrel, 37" over-all, wgt. 4¾ lbs. 9-shot tubular magazine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95**
   With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . . . 59.95

**4 MARLIN 989.** Clip magazine version of the Marlin 99-C autorifle. Cal. 22 LR only. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$43.95**
   With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . . . 53.95

**5 MOSSBERG MODEL 350K.** Autoloading rifle with 7-shot, 3-way clip that handles 22 S, L or LR. Walnut pistol grip stock with cheekpiece and Monte Carlo comb. 23½" "AC-KRO-GRUV" barrel. Sling swivels. Open rear sight, bead front. Tapped for peep sight, grooved for scope mount. Weight about 6 lbs., 43½" over-all. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$41.95**

**6 MOSSBERG MODEL 351K.** Autoloading rifle with one-piece walnut stock, Monte Carlo comb. Tubular magazine in buttstock holds 15 LR cartridges. Open rear and bead front sights. Receiver grooved for scope mount. 24" "AC-KRO-GRUV" barrel. Weight 6 lbs., 43" over-all. Caliber: 22 LR only Price  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$42.95**

**7 MOSSBERG MODEL 352K Carbine.** Autoloading rifle with 18" "AC-KRO-GRUV" barrel. 7-shot, 3-way clip handles 22 S, L or LR. Walnut pistol grip stock with Monte Carlo comb. Hinged moulded fore-end forming a 5" hand grip. Open rear and bead front sights. Sling on left side of stock. Grooved for scope mount. Weight 5 lbs., 38" over-all. . . . . . . **$41.95**

**8 REMINGTON NYLON 66.** An ultra-lightweight autoloading rifle with moulded, checkered Mohawk Brown Nylon stock and diamond-inlaid fore-end. Tubular magazine in stock holds 14 LR. 19½" barrel. Open rear and blade front sights. Grooved for Tip-Off mount. Thumb safety on top of grip. Wgt. 4 lbs., 38½" over-all. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95**
   With Apache Black stock, chromed bbl. and action. . . . . . . . . . . . . 54.95

**MODEL 66GS.** Same as M66 except 22 Short only. . . . . . . . . . . . . . 49.95

**9 REMINGTON 552A.** An autoloading rifle designed to "match" the Model 742 big game rifle in style and handling. Uses all 22 rimfires without adjustment; capacity 15 LR, 17 L or 20 S in tubular magazine. 23" barrel, full size walnut stock, crossbolt safety with positive disconnection of hammer and trigger; spent case deflector fitted. Bead front and step-adjustable rear sights, receiver grooved for Tip-Off mount. Weight about 5½ lbs., 42" over-all. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$55.95**
   **Model 552GS.**  Same as above except 22 Short only. . . . . . . . . . . . 66.65

**REMINGTON 552C CARBINE.** Same as Model 552A except: 21" barrel, wgt. 5¼ lbs., 40" over-all.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$55.95**

**10 REMINGTON MODEL 550.** Auto rifle, tubular magazine holds 22 S, 17 L, 15 LR interchangeably. Walnut pistol grip stock. 24" round tapered barrel. Thumb safety. Receiver grooved for scope mounts. Weight 6¼ lbs. Open rear and bead front sights. Length overall 43½". Caliber: 22 S, L, or LR. Price  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95**

**11 RUGER 10/22 Autoloader.** New autoloading 22 LR carbine with a 10-shot rotary, detachable magazine that fits flush with the stock. Bolt hold-open latch. Crossbolt safety. American walnut stock. Receiver tapped for scope mounts. Ivory bead front sights, folding-leaf rear. 37" over-all, 18½" bbl., wgt. approx. 5 lbs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$54.50**



Compendium_Klarevas
Page 129



**1 SAVAGE 6 DeLuxe.** Autoloading carbine. Tubular magazine handles 22 S, 17 L or 15 LR, interchangeably. 20″ bbl. Pressing crossbolt to the left locks action, adapts rifle for use as bolt action repeater or single shot. Slide safety on top of tang. Walnut pistol grip stock with Monte Carlo comb and semi-beavertail fore-end. Receiver and trigger guard metallic gray; trigger, safety and other parts chrome plated. Ramp front sight with gold bead; open rear sight with step elevator. Receiver grooved for Tip-Off mount. 40″ over-all; weight about 5¾ lbs. Cal.: 22 S, L or LR......$52.50

**2 SEARS MODEL 25.** Autoloading rifle with tubular magazine holding 20 S, 17 L or 15 LR. Shoots all three interchangeably. 22″ round barrel. Thumb safety; burnished bolt handle, trigger and magazine cap. Walnut finished pistol grip stock. Blade front and step adjustable rear sights. Receiver grooved for scope mount. Weight 5½ lbs., 42¾ ″ over-all........$38.95

**3 SEARS "Ted Williams" 34.** Solid frame autoloading rifle with tubular magazine, holds 25 S or 17 LR. 24″ barrel with open rear and ramp front sights. Hammerless action grooved for Tip-Off mount. Cross-bolt safety. Walnut pistol grip stock with Monte Carlo comb, white spacer buttplate and pistol grip cap, inset initial plate; semi-beavertail fore-end. Wgt. about 5½ lbs., 41¾″ over-all. Cal. 22 S or LR......................$48.95

**SEARS "Ted Williams" 34 Carbine.** Same as Model 34 rifle except 21″ bbl., 39″ over-all; Western style straight grip stock with sling and swivels .........................................................$52.50

**4 STEVENS 87 Autoloader.** Takedown rifle. Tubular magazine holds 22 S or 15 LR. Tang safety. 24″ round tapered barrel. Action handles S or LR cartridges interchangeably. Adapts for bolt action repeater or single shot use by pressing cross-bolt to the left. Grooved for Tip-Off mount. Walnut pistol grip stock with corrugated buttplate. 44″ over-all; weight about 6 lbs. Caliber: 22 S or LR ...................................$45.50

**STEVENS 87-K "Scout" Carbine.** Same specifications as Model 87 except with 20″ barrel, Desert Tan finished stock with white line butt spacer. 40″ over-all .................................................$46.50

**5 WEATHERBY MARK XXII RIFLE.** A semi-automatic rifle with 24″ contoured barrel. 3-leaf folding rear, ramp front sights. Walnut pistol grip stock with Monte Carlo comb and cheekpiece, high polish finish. Single pin release for quick takedown. Shotgun type safety on rear tang. Action can be converted to single shot by thumb-operated lever. Grooved for Tip-Off mount. 42¼″ over-all, wgt. 6 lbs........................$99.50

**6 WESTERN FIELD MODEL 880.** Autoloading rifle with tubular magazine holding 15 LR cartridges. 22″ round barrel. Cross-bolt safety. Walnut pistol grip stock and fore-end. Rubber recoil pad. Bead front and step adjustable rear sights. Weight 5¼ lbs. Caliber: 22 LR only........$46.95
   With 4X scope .............................................55.90

**7 WESTERN FIELD MODEL 808.** Autoloading rifle with tubular magazine holding 20 S, 15 L or 13 LR. Shoots all three interchangeably. 20″ round barrel. Grooved for Tip-Off mount. One-piece walnut finished pistol grip stock. Bead front and step adjustable rear sights. Flash shield over action port protects shooter. ........................................$38.95
   With 4X scope .............................................47.90

**8 WINCHESTER 290.** Autoloading rifle with tubular magazine holding 21 S, 17 L and 15 LR. 20½″ bbl. (1 in 16 twist). With square post on ramp front and square notch rear adj. for w. and e. Pistol grip stock and fore-end in a walnut finished hardwood (13⅝″x1¾″x2¾″). Receiver grooved for Tip-Off scope mounts. Cross lock safety in front of trigger guard. Engine turned bolt. 39″ over-all, wgt. 5 lbs. Cal. 22..........................$52.95

# Rimfire — Bolt Action

**1 HARRINGTON & RICHARDSON 865 Plainsman.** 5-shot clip magazine with exclusive magazine ejector. Thumb safety 24″ bbl. Monte Carlo stock in walnut or blonde finish. Open rear and bead front sight. Grooved for scope or rear peep sight. 41″ over-all, wgt. 5 lbs. Cal. 22 S or LR. . .$31.25

**2 MARLIN 81-C** bolt action rifle. Tubular magazine holds 26 S or 18 LR. Thumb safety. 22″ Micro-Groove bbl. Bead front sight. Walnut pistol grip stock with Monte Carlo comb. Grooved for Tip-Off mount. Gold plated trigger. 40½″ over-all, wgt. 6 lbs. Cal. 22 S, L or LR.............$39.95
   With Marlin Micro-Vue 4X scope...........................49.95
   With hooded ramp front sight, sling swivels, leather carrying strap and walnut stock as Model 81-DL.................................$43.95
   With Marlin Micro-Vue 4X scope...........................53.95
   **MARLIN GLENFIELD 81-G**...................................34.95

**MARLIN GLENFIELD MODEL 99-G.** Low cost version of the Marlin Model 99 autoloading rifle...........................................$34.95



Compendium_Klarevas
Page 130

# U.S. RIFLES



1



5

**MARLIN 80-C** bolt action rifle. Clip magazine version of the 81-C. 8-shots. Wtg. 5½ lbs. Cal. 22 S, L or LR.................................$36.95
With Marlin Micro-Vue 4X scope............................. 46.95
With hooded ramp front sight, sling, leather carrying strap and select walnut stock as Model 80-DL.................................$39.95
80-DL with Marlin Micro-Vue 4X scope...................... 49.95

**MARLIN-GLENFIELD MODEL 80-G.** Same as Model 80-C except, std. walnut finish stock and chrome plated trigger. Price.................$31.95

**1 MARLIN 980**, 22 RF Magnum bolt action rifle. 8-shot clip magazine. Thumb safety. 24″ Micro-Groove alloy steel bbl. Open rear sight, ramp front sight with hood. Walnut pistol grip stock with Monte Carlo comb. Swivels and leather carrying strap. Grooved for Tip-Off mount. Gold plated trigger. 43″ over-all, wgt. 6 lbs.................................$39.95
With Marlin Micro-Vue 4X scope............................. 49.95

**5 REMINGTON NYLON 11** bolt action rifle. 6-shot clip (10-shot clip avail.) 24″ bbl. One-piece moulded Nylon stock with checkered pistol grip and fore-end has white diamond inlays. Flat Mannlicher-style bolt handle, thumb safety. Red dot indicator shows when cocked. Blade front, adj open rear sight. Grooved for Tip-Off mount. 3-point barrel bedding assures top accuracy. Wgt. 4½ lbs., 43″ over-all. Cal. 22 S, L or LR......$38.95

**REMINGTON 511-X.** Same rifle as NYLON 11 except: real walnut stock, regular knob bolt handle; 42″ over-all, wgt. 5 lbs...............$38.95

**REMINGTON NYLON 12.** Same rifle as Nylon 11 except: tubular magazine holds 21 S or 14 LR; orange colored follower shows when magazine is empty; wgt. 5 lbs...........................................$41.95

**REMINGTON 512-X.** Same rifle as NYLON 12 except: real walnut stock, regular knob bolt handle; 42″ over-all, wgt. 5 lbs...............$41.95



2



6

**2 MOSSBERG MODEL 342K Carbine.** Bolt action carbine with 3-way adjustable 7-shot clip. 18″ "AC-KRO-GRUV" barrel, thumb safety. Walnut pistol grip stock with Monte Carlo comb. Hinged moulded fore-end forming a 5″ hand grip. Open rear and bead front sights. Sling on left side of stock. Grooved for scope mount. Weight 5 lbs. Length over-all 38″. Caliber: 22 S, L or LR.................................................$34.95

**MOSSBERG 340K.** Same as 342K Carbine except: 24″ "AC-KRO-GRUV" bbl. Does not have hinged fore-end. Sling swivels. Tapped for peep sight. Wgt. 6½ lbs., 43½″ over-all...................................$34.95
**MOSSBERG 340B.** Same as Model 340K except has hooded ramp front sight with bead and aperture, and Mossberg S330 peep with ¼-minute clicks for w. and e...........................................$41.95

**6 SAVAGE ANSCHUTZ 141.** Bolt action 5-shot clip magazine rifle with a 22″ bbl. Slide safety locks action, bolt and trigger. Single stage trigger adj. from 3 lbs. French walnut stock with cheekpiece. Rosewood fore-end tip with white inlay. Skip-a-line checkered pistol grip and fore-end. White line corrugated buttplate. Sling swivel studs. Hooded ramp front sight with gold bead, folding leaf rear. Grooved for Tip-Off mount; tapped for aperture sights. Wgt. 5½ lbs., 40¾″ over-all. Cal. 22 LR.......$77.50
Also in cal. 22 RF Magnum as the M141-M.................. 77.50



7

**3 MOSSBERG 346B.** Hammerless bolt action rifle with 24″ "AC-KRO-GRUV" bbl. Tubular magazine holds 25 S or 18 LR. Thumb safety. Walnut pistol grip stock with cheekpiece and Monte Carlo comb. ¼-minute click Mossberg S330 peep sight, hooded ramp front sight with bead and aperture. Detachable sling swivels. Grooved for scope mount. 43½″ over-all, wgt. 6½ lbs. ...................................................$45.95
**MOSSBERG 346K.** Same as Mossberg 346B rifle except: open sights, rear adj. for w. and e.........................................$38.95

**7 SAVAGE 4.** Bolt action rifle. 5-shot clip magazine. Thumb safety. 24″ bbl. Walnut pistol grip Monte Carlo stock with raised comb and semibeavertail fore-end. Open rear and bead front sights; grooved for Tip-Off mount. 44″ over-all, wgt. about 6 lbs. Cal. 22 S or LR...........$39.50
Also available chambered for the 22 RF Magnum, as Model 4M. 43.50



3



8

**4 MOSSBERG MODEL 640K Chuckster.** Hammerless bolt action rifle designed for the 22 Magnum rimfire cartridge. 24″ "AC-KRO-GRUV" barrel. Thumb safety and grooved trigger. Open rear and post front sight. Walnut pistol grip stock with cheekpiece and Monte Carlo comb. Sling swivels. 5-shot clip. Weight 6 lbs., 44¾″ over-all..................................$39.88

**8 STEVENS 86.** Bolt action rifle. Tubular magazine holds 22 S or 15 LR. Thumb safety. 24″ bbl. Walnut finish pistol grip stock. Open rear and bead front sights. Receiver grooved for Tip-Off mount Wgt. 6 lbs., 44″ over-all. Cal. 22 S or LR. ......................................$39.50
**STEVENS 84.** Same as above except 5-shot detachable clip. Price.. 35.50



4



9

**9 SEARS 43.** Bolt action rifle with tubular magazine which holds 25 S or 18 LR. Thumb safety. 22″ bbl. with open rear and gold bead front sights. Walnut finished hardwood stocks. Receiver grooved for Tip-Off mount. 40½″ over-all, wgt. 6 lbs. Cal. 22 S or LR...........................$29.95
Also available with walnut Monte Carlo stock and larger safety button, chromed bolt, trigger and guard as 43DL.........................$32.95





**SEARS 42 Standard.** Bolt action rifle with 8-shot clip. Thumb safety. 22″ bbl. with open rear and bead front sights. Walnut finished pistol grip stock. Receiver grooved for Tip-Off mount. 41″ over-all, wgt. 4½ lbs. Cal. 22 S or LR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25.95
    Also available with walnut Monte Carlo stock, chromed bolt, trigger and guard as Model 42 Deluxe. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $28.95

**SEARS 42DLM.** Same specifications as Sears 42DL except: chambered for 22 RF Magnum; 7-shot clip; 24″ bbl., 43″ over-all, wgt. 6 lbs. . . . . . . $33.95

**WESTERN FIELD MODEL 842.** Bolt action repeating rifle with tubular magazine holding 25 S or 18 LR. Thumb safety. 24″ round barrel. Walnut pistol grip stock with Monte Carlo comb; buttplate with white line spacer. Bead front and step adjustable open rear sights. Grooved for Tip-Off mount. Weight 6¼ lbs. Caliber: 22 S, L, LR. . . . . . . . . . . . . . . . . . . . . $32.95
**WESTERN FIELD MODEL 830.** Same as Model 842 except 7-shot clip magazine. Weight 6 lbs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $28.95
**WESTERN FIELD MODEL 822.** Same as Model 830 except chambered for the 22 RF Magnum cartridge. 5-shot clip magazine. Sling swivels furnished . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $34.95

# Rimfire — Single Shot





**COLT "COLTEER" RIFLE.** Single shot bolt action with thumb safety and red cocking indicator. 22″ round barrel. Walnut pistol grip stock with Monte Carlo comb. Receiver grooved for Tip-Off mount. Open rear sight adj. for w. and e.; blade front sight on band ramp. Calibers: 22 S, L, LR or 22 RF Magnum. Weight 4¾ lbs. 39¾″ over-all. . . . . . . . . . . . . . . $24.95
    Also available with 20″ barrel, 37″ over-all, weighing 4½ lbs., as Boy's Model (not in 22 RF Magnum). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $24.95

**ITHACA 49 SADDLEGUN.** Single shot, lever action (Martini type) for 22 S, L, LR. Rebounding hammer safety, 18″ button rifled bbl. Walnut stock and fore-end. Wgt. about 5½ lbs., overall 34½″. . . . . . . . . . . . . . $22.95
    Ithaca 49 Saddleguns are also available in a shortened stock boy's model at $22.95; chambered for the 22 RF Magnum at $25.95; with a finely figured walnut stock, sling and swivels at $29.95; same in 22 RF Magnum, $34.95; with extra fancy figured walnut stock with gold-shield inlay; owner's name engraved at no extra charge; receiver is hand engraved by Ithaca's master engraver; gold plated hammer and trigger, for $100.00; or the same in 22 RF Magnum, $125.00.





**HARRINGTON & RICHARDSON 750 Pioneer.** Single shot rifle. Self cocking bolt with red cocking indicator. "Fluid-Feed" loading platform. Thumb safety. 24″ bbl. Open rear and bead front sights. Grooved for scope or rear peep sight. Monte Carlo stock in walnut or blonde finish. Wgt. 4¾ lbs. 41″ over-all. Cal. 22 S or LR. Price . . . . . . . . . . . . . . . . . . . . . . . . . . $24.25

**MARLIN 101.** Single shot bolt action rifle. 22″ Micro-Groove bbl. Walnut finished pistol grip stock with Monte Carlo comb. Open rear and bead front sights. Grooved for Tip-Off mount. Cocking ring must be pulled before rifle can be fired. 40″ over-all, wgt. 5 lbs. Cal. 22 S or LR. . . $19.95
    With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . 29.95
**MARLIN-GLENFIELD MODEL 100-G.** Low cost version of the Marlin 101 with chrome plated trigger, regular style striker knob and standard stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $18.95





**HARRINGTON & RICHARDSON "SAHARA."** Single shot rifle with automatic extraction, ejection and cocking. 18¼″ bbl. with protected front and adj. rear sight. Thumb safety. Mannlicher style, walnut finished pistol grip stock with Monte Carlo comb. Wgt. 4 lbs., 36″ over-all. Cal. 22 S, L or LR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $21.95

**MARLIN 122 JUNIOR TARGET** single shot bolt action rifle. 22″ bbl. with Micro-Groove rifling. Walnut finished pistol grip stock with Monte Carlo comb. Swivels and leather sling. Auto Safe. Open rear and hooded ramp front sights. 40″ over-all, wgt. 5 lbs. Receiver tapped for peep sights and grooved for Tip-Off mount. Cal. 22 S, L or LR. . . . . . . . . . . . . . . $24.95
    With Marlin Micro-Vue 4X scope. . . . . . . . . . . . . . . . . . . . . . . . . 34.95

# U.S. RIFLES



**MOSSBERG MODEL 320K.** Hammerless. single shot, bolt action rifle with 24" "AC-KRO-GRUV" barrel. Thumb safety goes on automatically. Walnut finished pistol grip stock with Monte Carlo comb. Open sights, rear adjustable for w. and e. Tapped for peep sight, grooved for scope mount. Weight about 5¾ lbs., 43½" over-all. Caliber: 22 S, L or LR.............**$20.30**

Also available with hooded ramp front sight with bead and aperture, and peep with ½-minute clicks for w. and e., as **Model 320B**..........**$27.15**



**SAVAGE 63.** Bolt action single shot rifle with a 18" tapered bbl. Action cocks on opening. Automatic safety. Bolt lugs lock in bbl. extension. One-piece, full length, walnut finish stock with sling swivels and corrugated butt plate (14" pull). Hooded ramp front and open rear sight with adj. for elevation. Grooved for Tip-Off mount. Wgt. 4 lbs., 36" over-all. Cal. 22 S, L or LR ...................................................**$23.50**

Also available chambered for the 22 RF Magnum as the 63M.... **26.50**



**NOBLE MODEL 20.** Single shot bolt action rifle, designed for young shooters. Barrel and receiver made from one piece of steel. Must be manually cocked after bolt is closed. 22" round barrel; open sights; walnut finished stock. Weight about 5 lbs., 39" over-all................**$17.95**



**SEARS 41DLA.** Single shot rifle with self-cocking bolt action. 22" bbl., open rear and hooded ramp front sights. Automatic safety goes on "Safe" when bolt is opened or closed; thumb safety must be put into firing position when ready to fire. Walnut pistol grip stock with Monte Carlo comb. Receiver grooved for Tip-Off mount. 41" over-all, wgt. 4½ lbs. Cal. 22 S or LR.................................................**$18.95**

Also available with walnut finished hardwood stock without Monte Carlo; manual cocking piece; without automatic safety, as **Model 41 Standard** .............................................**$14.95**



**REMINGTON NYLON 10** single shot bolt action rifle. Automatic thumb safety. Red dot indicator shows when cocked. 24" bbl. One-piece moulded Nylon stock with checkered pistol grip and fore-end has white diamond inlays. Black fore-end tip. Flat Mannlicher style bolt handle. Blade front sight with adj. rear. Grooved for Tip-Off mount. Wgt. 4 lbs. 43" over-all. Cal. 22 S, L or LR..............................................**$26.95**

**NYLON 10SB.** Same gun as Nylon 10 except: smoothbore bbl. choked for 22 LR shot cartridges....................................**$26.95**



**STEVENS MODEL 15.** Single shot rifle. 24" round tapered barrel. Walnut finish pistol grip stock. The striker knob must be pulled back to cock for each shot. Open rear and bead front sights. Weight 5 lbs., 40" over-all. Caliber: 22 S or LR. ...........................................**$20.50**

**STEVENS M15-Y Youth's Model.** Same as M15 except: weight about 4¾ lbs., 12¼" stock, 21" bbl., 35½" over-all ......................**$20.50**



**REMINGTON 510-X TARGETMASTER.** Same rifle as Nylon 10 except: real walnut stock and regular knob bolt handle. 42" over-all, wgt. 5 lbs...**$26.95**

**NYLON 510-XSB.** Same gun as 510-X except: smoothbore bbl. choked for 22 LR shot cartridges....................................**$26.95**

**12 WESTERN FIELD MODEL 815.** Hammerless bolt action single shot rifle. 24" round barrel with 8-groove rifling. Automatic safety; straight line loading platform. Walnut finished pistol grip stock with Monte Carlo comb; 13" pull. Bead front and step adjustable rear sights; receiver grooved for scope mount. Weight 5¾ lbs., 43¼" over-all................**$18.95**

Youth's Model has 20" barrel, 12½" stock. Weight 4¾ lbs., 38¼" over-all .............................................................**$18.95**



**REMINGTON 514A.** single shot bolt action rifle. Positive thumb safety. 24" round bbl. Real walnut pistol grip stock. Open rear and bead front sights. Wgt. 5 lbs. 41" over-all. Cal. 22 S, L or LR................**$21.95**

Model 514BC Boy's Carbine. Shorter stock, 20" barrel and 36" over-all. ...................................................**$21.95**



**WESTERN FIELD 806.** Bolt action, hand cocked single shot rifle, shoots 22 S, L or LR. Adj. open rear sight, ramp front sight. Walnut finished pistol grip stock, 22" bbl. Wgt. 5 lbs., 39" over-all.............**$14.95**

# U.S. SHOTGUNS

## Autoloading





### ARMALITE "GOLDEN GUN" AUTO 1

**Gauge:** 12 only (2-shot).
**Action:** Takedown. Recoil operated. Rotary locking bolt.
**Barrel:** 28'' with 3 interchangeable (Imp. Cyl., Mod. and Full) choke tubes supplied.
**Stock:** Unbreakable polycarbonate plastic, Monte Carlo style with fluted comb and checkered pistol grip and fore-end. Recoil pad installed.
**Weight:** 5½ lbs., 45'' over-all.
**Features:** New design avoids carbon deposits inside fore-end. Barrel and receiver housing of hard anodized aluminum. Nylon recoil spring guide. Gold colored bbl. and receiver.

**Price:** ....................................$159.50

### COLT'S "ULTRA LIGHT" AUTO Standard 2



**Gauge:** 12 and 20 (4-shot, 2-shot plug furnished), 2¾'' chamber.
**Action:** Takedown, magazine cut-off; cross-bolt safety. Alloy receiver. Adj. friction piece controls recoil for std. or magnum loads.
**Barrel:** 26'' (Imp. Cyl.), 28'' (Mod., Full) or 30'' (12 ga. only) Full. Chrome lined; interchangeable.
**Stock:** Checkered walnut pistol grip and fore-end.
**Weight:** 12 ga. 6¼ lbs. 20 ga. 5 lbs. 2 oz.
**Price:** Plain bbl. ...........................$152.50
**Price:** With solid rib. .......................  165.00
**Price:** With vent. rib. .......................  180.00

### COLT'S "ULTRA LIGHT" AUTO Custom

Same as the Standard except: engraved with bird scenes and has select walnut stock and fore-end. Plain bbl. not available.
**Price:** With Solid rib. ......................$190.00
**Price:** With vent. rib. .......................  199.50

### COLT'S "MAGNUM" AUTO

Same as the Standard except: steel receiver. Handles 3'' 12 or 20 ga. mag. shells only. 32'' (12 ga.) and 28'' (20 ga.) Full choke only. Wgt. 8¼ lbs. in 12 ga., 6 lbs. in 20 ga.
**Price:** Plain bbl. ...........................$165.00
**Price:** With solid rib. .......................  180.00
**Price:** With vent. rib. .......................  190.00
   Note: Std. model operating spring and friction piece available to convert magnum to handle std. loads. $3.00.

### COLT'S "MAGNUM" AUTO Custom 3

Same features of the "Magnum" and "Custom" combined.
**Price:** With solid rib. ......................$199.50
**Price:** With vent. rib. .......................  220.00



### BROWNING AUTO-5 STANDARD 4

**Gauge:** 12 & 16 (5-shot; 3-shot plug furnished). 2¾'' chamber handles all 2¾'' loads including magnum.
**Action:** Takedown; extra bbls. interchange without factory fitting; magazine cut-off; cross-bolt safety behind trigger (left-hand available).
**Barrel:** 26'' (Cyl., Imp. Cyl.); 28'' (Mod., Full); 30'' (Full); 32'', 12 ga. only (Full). Matted top, medium bead sight.
**Stock:** 14¼''x1⅝''x2½''. French walnut, hand checkered half-pistol grip and fore-end; checkered buttplate.
**Weight:** 12 ga. 8 lbs., 16 ga. 7⅟₁₆ lbs.
**Features:** Receiver hand engraved with scroll designs and border; double extractors; bbl., guide ring forged together.

**Price:** ....................................$154.75

   Same as Auto-5 Std., except: ventilated rib; bbls. available in 28'' (Mod., Full) and 30'' 12 ga. only (Full). Latter available with trap stock (14¾''x1⅝''x1¾''). Aprox. wgt. 12 ga. 8¼ lbs., 16 ga. 7½ lbs.
**Price:** ....................................$174.75

### BROWNING AUTO-5 Light 12, 20 and Sweet 16.

Same as Std., Auto-5 except: 26'' bbls. (Skeet boring in 12 & 20 ga., Cyl., Imp. Cyl., Mod. in 16 and 20 ga.); 28'' bbls. (Skeet in 12 & 20 ga., Mod., Full); 30'' (Full in 12 ga.). Gold plated trigger. Wgt. 12 ga. 7⅜ lbs., 16 ga. 6¾ lbs., 20 ga. 6⅜ lbs.
**Price:** ....................................$164.75

**Price:** With vent. rib. Wgt. 12 ga. 7½ lbs., 16 ga. 7 lbs., 20 ga. 6½ lbs.........................$184.75

### BROWNING AUTO-5 Magnum 12

Same as Std. Auto-5 except: chambered for 3'' magnum shells (also handles 2¾'' magnum and 2¾''x1¼ oz. HV loads). 28'' Mod., Full; 30'' and 32'' (Full) bbls. 14'' x1⅝''x2½'' stock. Rubber recoil pad. Wgt. 8¾ lbs.
**Price:** ....................................$164.75
**Price:** With vent. rib bbl. Wgt. 9 lbs............  184.75



### BROWNING AUTO-5 BUCK SPECIAL 5

Same as Std. 12 and 16 except: 24'' bbl. choked for slugs, gold bead front sight on contoured ramp, rear sight adj. for w. and e. Wgt. 12 ga. 7⅜ lbs., 16 ga. 7 lbs.
**Price:** ....................................$164.75

### BROWNING AUTO-5 Light 12, 16, 20 or 3'' Magnum 12 BUCK SPECIAL

Same as Std. Buck Special except: with gold triggers. Wgt. 12 ga., 7 lbs. 16 ga., 6⅜ lbs., 20 ga., 6 lbs. 2 oz. 3'' Magnum 12, 8¼ lbs.
**Price:** ....................................$174.75
   All Buck Specials are available with carrying sling, detachable swivels and swivel attachments for $6.00 extra.

Compendium_Klarevas
Page 134

# U.S. SHOTGUNS









## BROWNING DOUBLE AUTOMATIC  1

**Action:** Short recoil, takedown. Trigger guard safety. 12 gauge only, 2-shot.

**Barrel:** Twelvette: 26'' (Mod., Imp. Cyl., Cyl., or Skeet); 28'' (Mod., Full); 30'* (Full, Full Trap). Twentyweight: 26½'' (all chokes).

**Stock:** Hunting and Skeet, 14¼''x1⅜''x2½''. Trap, 14¾''x 1⅜''x1¾''. French walnut, hand checkered, full pistol grip.

**Weight:** Twelvette, about 6¾ lbs.; Twentyweight, about 6 lbs.

**Features:** Soft recoil; visible side loading; shoots all 2¾'' loads without adjustment; hand-engraved receiver, black and gold finish; crisp, gold plated trigger. Low, ¼'' wide ventilated rib optional.

**Price:** Twelvette, plain matted barrel . . . . . . . . . **$164.00**
**Price:** Twelvette, ventilated rib barrel . . . . . . . . . . . **184.00**
**Price:** Twentyweight, plain matted barrel . . . . . . **170.50**
**Price:** Twentyweight, ventilated rib barrel . . . . . . **190.50**

## HI-STANDARD SUPERMATIC  2
## AUTO SHOTGUNS

**Gauge:** 12 or 20 (5-shot; 3-shot plug furnished).

**Action:** 12-2¾'', 20-3''. Crossbolt safety.

**Barrel:** 12 gauge, 30'' (Full), 26'' (Imp. Cyl.): 12 and 20 gauge, 28'' (Mod. or Full). Plain barrel.

**Stock:** 14''x1½''x2½''. Walnut, pistol grip, semi-beavertail fore-end. 20 ga. guns have new longer fore-end with sloped front.

**Weight:** About 7½ lbs. (12 ga.).

**Price:** Field . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$129.95**
**Price:** Special, with adjustable choke (27'' bbl.). . . **139.95**
**Price:** Deluxe Rib, checkered stock, vent rib, w/o adj. choke . . . . . . . . . . . . . . . . . . . . . . . . . . . **149.95**
**Price:** Trophy, checkered stock, vent. rib, adj. choke . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **159.95**
**Price:** Duck, 3'' Magnum 12 ga., 30'' Full, recoil pad . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **139.95**
**Price:** Duck, with vent. rib bbl. . . . . . . . . . . . . . . . **159.95**

## HI-STANDARD SUPERMATIC—Trap

Same features as Supermatic Skeet except: 30'' full choke barrel; stock (14⅜''x1½''x1⅞'') has recoil pad fitted. Weight about 8 lbs. 12 gauge only . . . . . . **$169.95**

## HI-STANDARD SUPERMATIC—Skeet

Same as Supermatic DeLuxe except: 26'' Skeet choke barrel; all external parts high polished; internal parts super finished; better grade American walnut stock (14''x1½''x2½'') and fore-end with cabinet finish. Weight about 7½ lbs. 12 gauge only . . . . . . . . . . . . . . . . **$159.95**

## HARRINGTON & RICHARDSON 403 AUTO  3

**Gauge:** 410 only. 2½'' or 3'' shells (5-shot, 3-shot plug furnished).

**Action:** Recoil operated. Push button safety. Action release button.

**Barrel:** 26'' plain. Full choke only.

**Stock:** Polished walnut pistol grip; fluted comb; grooved fore-end.

**Weight:** 5¾ lbs., 46'' over-all.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.50**

## NOBLE 80 AUTO  4

**Gauge:** 410 only. 2½'' or 3'' shells (5-shot, 3-shot plug furnished).

**Action:** Recoil operated. Push button safety. Action release button.

**Barrel:** 26'' plain. Full choke only.

**Stock:** Polished walnut pistol grip; fluted comb, grooved fore-end.

**Weight:** 5¾ lbs., 46'' over-all.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$96.45**

## REMINGTON MODEL 11-48 AUTOMATIC  5

**Gauge:** 12, 16, 20 (5-shot), 28, 410 (5-shot); 3-shot plug furnished.

**Action:** Takedown; crossbolt safety, recoil operated.

**Barrel:** 12, 16, 20 gauge, 26'' (Imp. Cyl.), 28'' (Full or Mod.); 12 gauge, 30'' (Full); 28, 410 gauge, 25'' (Imp. Cyl., Mod. or Full).

**Stock:** 14''x1⅜''x2½'' (28, 410 gauge: 13⅞''x1⅜''x2⅝'').

**Features:** Matted receiver top; walnut colored buttplate.

**Weight:** 7½ lbs. — 12 ga.; 6¾ lbs. — 16 ga., 6½ lbs. — 20 ga.; 6¼ lbs. — 28, 410 ga., 48½'' over-all.

**Price:** 11-48, plain bbl. . . . . . . . . . . . . . . . . . . . . **$134.95**
**Price:** With ventilated rib . . . . . . . . . . . . . . . . . . . . **159.95**
**Price:** 11-48 SA Skeet grade, 26'' Skeet choke, ventilated rib, 12, 20, 28, 410 gauges . . . . . . . . . . . . **$164.95**

**REMINGTON 11-48** Extra Barrels: Plain **$44.35**. Vent. rib **$66.50**. Vent. rib Skeet **$70.65**. Available in the same gauges and chokes as shown on guns.

## REMINGTON 1100 AUTOMATIC  6

**Gauge:** 12, 16, 20 (5-shot); 3-shot plug furnished.

**Action:** Gas-operated; crossbolt safety.

**Barrel:** 26'' (Cyl., Imp. Cyl.), 28'' (Mod., Full), 30'' Full in 12 ga. only.

**Stock:** 14''x2½''x1⅜'' American walnut, checkered pistol grip and fore-end.

**Weight:** 12 ga. 7½ lbs., 16 ga. 7¼ lbs., 20 ga. 7 lbs. 48'' over-all (28'' bbl.).

**Features:** Quickly interchangeable barrels within gauge. Matted receiver top with scroll work on both sides of receiver.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.95**
**Price:** With vent. rib. bbl. . . . . . . . . . . . . . . . . . . . **174.95**

## REMINGTON 1100 MAGNUM

Same as 1100 except: chambered for 3'' magnum loads. Available in 12 ga. (28'' or 30'' Full) or 20 ga. (28'' Full). 14''x2½''x1½'' stock with rubber recoil pad. Wgt. 7¾ lbs.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$164.95**
**Price:** With vent. rib. bbl. . . . . . . . . . . . . . . . . . . . **189.95**

## REMINGTON 1100 SA SKEET

Same as the 1100 except: 26'' bbl., special skeet boring, vent, rib, ivory bead front and metal bead middle sights. 14''x2½''x1½'' stock. 20 and 12 ga. only.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$179.95**
**Price:** 1100 SB (better grade walnut). . . . . . . . . . **204.95**

## REMINGTON 1100 TB TRAP

Same as the 1100 except: better grade wood, rubber recoil pad. 14¾''x1¾''x1⅜'' stock. Wgt. 8¼ lbs. 12 ga. only. 28'' (Mod., Full) or 30'' (Full) vent. rib bbl. Ivory bead front and white metal middle sight.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$214.95**

**REMINGTON 1100** Extra Barrels: Plain **$45.45**. Vent. rib **$68.15**. Vent. rib. Skeet **$72.44**. Vent. rib Trap **$72.40**. Available in the same gauges and chokes as shown on guns.

Compendium_Klarevas
Page 135





## SAVAGE AUTOMATIC MODEL 750-AC 1

**Gauge:** 12 only (5-shot; 3-shot plug furnished).
**Action:** Takedown; cross-bolt safety. Recoil operated; damascened bolt; friction ring adj. for loads.
**Barrel:** 26'', plain with Savage Adj. Choke.
**Stock:** 14''x1½''x2½''. Checkered walnut, fluted fore-end, pistol grip.
**Weight:** About 7¼ lbs. Over-all length 45½''.
**Features:** Decorated alloy receiver, matted top. Trigger and safety brightly plated. Super Choke has click settings from Full to Cyl. choke, reduces recoil.
**Price:** ............................................... $135.50

## SAVAGE MODEL 750

Same specifications as Model 750-SC except: 26'' Imp. Cyl. or 28'' Mod. or Full barrel without Super Choke.
**Price** ................................... $132.50

## SEARS 66 Deluxe Automatic 2

**Gauge:** 12, 2¾'' only (5-shot; 3-shot plug furnished).
**Action:** Gas-operated, solid frame, cross-bolt safety.
**Action:** Gas-operated, sold frame, cross-bolt safety.
**Barrel:** 27'' vent. rib with adj. choke.
**Stock:** 14''x1½''x2½''. American walnut with checkered pistol grip and beavertail fore-end.
**Weight:** About 7½ lbs.
**Features:** Adj. 6-position choke. Engine turned bolt. Nameplate on stock. Handles 2¾'' magnum loads without adj.
**Price:** ................................... $129.95

## SEARS 66 Deluxe Magnum

Same as the 66 except: functions with 3'' magnum and all 2¾'' std. or magnum shells interchangeably without adj. 28'' full choke, vent. rib bbl. Recoil pad.
**Price:** ................................... $134.95

## SEARS 75 AUTOMATIC 3

**Gauge:** 20, chambered for 2¾'' or 3'' magnums (3-shot).
**Action:** Gas-operated, solid frame, cross-bolt safety.
**Barrel:** Plain 28'' Mod. or Full choke. Brass bead.
**Stock:** 14''x1½''x2½''. American walnut pistol grip with grooved fore-end. Recoil pad installed.
**Weight:** About 6½ lbs. 48'' over-all.
**Features:** Power adjustment on front of fore-end provides setting for std. or mag. shells.
**Price:** ................................... $108.50

## SEARS "TED WILLIAMS" 75 AUTOMATIC

Same as the 75 except: 26'' (Imp. Cyl.) or 28'' (Mod. or Full) vent. rib bbl. Checkered pistol grip and fore-end. Nameplate inset in the stock. Front and middle bead sights. Black polished finish; scroll etched receiver. Engine turned bolt.
**Price:** ...............................................$129.50
**Price: With 27'' bbl. and adjustable choke......** 134.50

## WINCHESTER 1400 AUTOMATIC. 4

**Gauge:** 12 and 16, 3-shot.
**Action:** Gas-operated, self-compensating valve adjusts for std. or mag. loads. Front locking 4-lug rotating bolt locks in the bbl. Aluminum receiver. Cross-bolt safety in front of trigger guard.
**Barrel:** 26'' (Imp. Cyl.), 28'' (Mod. or Full and 30'' Full (12 ga. only.) Metal bead front sight. Interchangeable without any fitting.
**Stock:** 14''x1½''x2¾''. American walnut, checkered pistol grip and fore-end; fluted comb, pistol grip cap, recoil pad.
**Weight:** 6⅝ lbs. with 26'' bbl. 46⅝'' over-all.
**Price:** ...............................................$134.95

## WINCHESTER MODEL 59 5

**Gauge:** 12 only, 3 shot.
**Action:** Non-recoiling bbl., handles all standard loads w/o adjustment. Bbls. interchange freely, no fitting. Aluminum alloy receiver inscribed with game scenes.
**Barrel:** New Win-Lite barrel is made up of thin steel tube wound with glass fibers, then covered with fiber glass sleeve, and bonded to steel liner. 26'' (Imp. Cyl.); 28'' (Full or Mod.); 30'' (Full).
**Stock:** Hand checkered walnut pistol grip stock and fore-end. 14'' x 1½'' x 2½''.
**Weight:** About 6½ lbs.
**Price:** ...............................................$149.95
**Price: with Versalite choke (Mod. tube)** ..........159.95
**Price: extra Versalite tubes (Full or Imp. Cyl.)** .......4.45

# Slide Action

## COLT "STANDARD" 6

**Gauge:** 12, 16 and 20 (latter, reg. or Mag.)
**Action:** Takedown, cross bolt safety.
**Barrel:** 30'' (Full); 28'' (Mod. or Full); 26'' (Imp. Cyl. or Mod.)
**Stock:** Walnut, pistol grip, uncheckered.
**Weight** About 6 lbs.
**Price** ............ $89.50

Compendium_Klarevas
Page 136

## U. S. SHOTGUNS

### HI-STANDARD FLITE-KING PUMP SHOTGUNS 1

**Gauge:** 12, 16, 20 and 410 (6 shots; 3-shot plug furnished).
**Action:** "Free-falling" slide action.
**Barrel:** 12 gauge, 30" (Full); 12, 16 gauge, 28" (Mod. or Full), 26" (Imp. Cyl.); 410, 26" (Full).
**Stock:** 14"x1½"x2½". Walnut, pistol grip; grooved fore-end. 20 gauge guns have streamlined fore-end.
**Weight:** About 7¼ lbs. (12 ga.); 6 lbs. (20 and 410 ga.).
**Price:** Field ................................$76.95
**Price:** Special, with adjustable choke (not in 410) 81.95
**Price:** De Luxe Rib, with vent rib, checkered stock, w/o adj. choke......................... 96.95
**Price:** Trophy, as above with adj. choke........ 101.95
**Price:** Brush, 12 ga. only with 18" or 20" cyl. bbl., adj. rifle sights................... 91.95
**Price:** Brush Deluxe, 12 ga. only with 20" or 26" cyl. bbl., recoil pad, checkered pistol grip. sling swivels with sling, adj. peep sight................$119.95

### HI-STANDARD FLITE-KING—Skeet

Same as Flite-King DeLuxe except: 26" Skeet choke barrel; all external parts high polished; internal parts super finished; better grade American walnut stock (14"x1½"x2½") and fore-end with cabinet finish. Weight about 7½ lbs. 12 gauge only.................$106.95

### HI-STANDARD FLITE-KING—Trap

Same features as Flite-King Skeet except: 30" full choke barrel; stock (14⅜"x1½"x1⅞") has recoil pad fitted. Weight about 7¾ lbs. 12 gauge only.....$116.95

### ITHACA MODEL 37 Featherlight 2

**Gauge:** 12, 16, 20 (5-shot; 3-shot plug furnished).
**Action:** Takedown; cross-bolt safety; bottom ejection.
**Barrel:** 26", 28", 30" in 12 ga. 26" or 28" in 16 or 20 ga. (Full, Mod. or Imp. Cyl.).
**Stock:** 14"x1⅜"x2¾". Walnut pistol stock and grooved fore-end.
**Weight:** 12 ga., 6½ lbs.; 16 ga., 6 lbs.; 20 ga., 5¾ lbs.
**Features:** Ithaca Raybar front sight. Decorated receiver.
**Price** .......................................$99.95
**Price:** With ventilated rib..................... 129.95

### ITHACA MODEL 37 De Luxe Featherlight

Same as Model 37 except: checkered stock with pistol grip cap; fluted extension fore-end; recoil pad. Weight 6¾ lbs. in 12 ga.
**Price** .......................................$109.95
**Price:** With ventilated rib..................... 139.95

### ITHACA MODEL 37 Deerslayer 3

Same as Model 37 except: 26" or 20" barrel specifically designed for shooting rifled slugs; sporting rear sight, Raybar front sight and sling swivels. 12, 16 or 20 gauge.
**Price** .................................$114.95
**Price:** With checkered stock and beavertail fore-end ................................. 124.95
**Price:** As above with recoil pad, Williams peep sight ................................. 134.95

### ITHACA MODEL 37-R Solid Rib

Same as Model 37 except: solid raised rib; fluted extension fore-end. Weight about 6¾ lbs. in 12 ga.
**Price** .................................$119.95

### ITHACA MODEL 37-RV De Luxe

Same as Model 37 except: hand checkered beavertail fore-end and pistol grip stock, Ithaca recoil pad and ventilated rib.
**Price** .................................$169.95
37-RV Deluxe also with Skeet (14"x1⅜"x2½") or Trap (14½"x1½"x1⅞") stocks at extra charge.

### ITHACA 37T $2500.00 GRADE

Same as the Model 37-RV DeLuxe except: stock and fore-end of fancy figured richly colored American walnut, hand checkered. Action hand fitted and polished to a mirror finish. Fine scroll and stippling used as background for game scenes and as anti-glare on top of receiver. Ducks and cattails executed in 14K gold relief on LH side of the receiver, three pheasants in full flight on RH side. Portions of the muzzle and barrel scroll engraved. Choice of any stock dimension.
**Price:** .................................$2,500.00

### MOSSBERG MODEL 500 SUPER GRADE

Similar to the Model 500 except: vent. rib bbls. in 12 ga. (2¾") or 20 ga. (3") 26" (Skeet) 28" (Mod.; Full), and 30" Full 12 ga. only, 2¾" or 3" mag. Checkered pistol grip and fore-end stock with fluted comb and recoil pad (14"x1½"x2½").
12 or 20 ga. .............................$ 97.95
12 ga. 3" magnum ........................ 102.95

### MOSSBERG MODEL 500 4

**Gauge:** 12, 16, 20 (6-shot; 3-shot plug furnished).
**Action:** Slide, takedown; safety on top of receiver.
**Barrel:** 18½" (Cyl.), 26" (Imp. Cyl.), 28" (Full or Mod.), 30" (Full).
**Stock:** Walnut pistol grip, extension fore-end. Recoil pad. 13 oz. steel plug furnished for use with Magnum barrel.
**Weight:** About 6¾ lbs., 45¼" over-all (26" bbl.).
**Features:** Easy interchangeability of barrels; side ejection; disconnecting trigger makes doubles impossible; straight-line feed.
**Price:** With standard barrel..................$76.95
**Price:** With C-Lect-Choke barrel (M500CK)........ 81.95
**Price:** With 3" Magnum barrel (M500M)........ 81.95
**Price:** With 24" Slugster barrel................ 81.95
**Price:** Extra barrel, 2¾" chamber.............. 19.95
**Price:** Extra Magnum, C-Lect Choke or Slug. bbl... 25.95

### NEW HAVEN 600 5

A budget priced version of the Mossberg 500. Smooth walnut-finished stock. Tenite buttplate. Available only in 28" Mod. or 30" Full choke. .................$72.75

### NOBLE MODEL 602—Pump Gun 6

**Gauge:** 20 only (3" chambers), 5-shot; 3-shot plug furnished.
**Action:** Slide, solid frame; top safety; side ejection
**Barrel:** 28" plain, with adjustable choke.
**Stock:** 13¾"x1½"x2⅜". Walnut pistol grip, recoil pad.
**Weight:** About 6½ lbs., 48" over-all.
**Features:** Receiver etched with game scenes on both sides.
**Price:** .................................$79.95
Also available without adjustable choke, 28" Full or Mod. barrel; no recoil. pad; plain receiver, as **Model 652** .................................$73.25



2



4



1



5



3



6

Compendium_Klarevas
Page 137



## NOBLE MODEL 60 PUMP 1
**Gauge:** 12, 16 (5-shot; 3-shot plug furnished).
**Action:** Solid frame; top safety.
**Barrel:** 28", with Vary-Chek.
**Stock:** 13¾"x1¾"x2¾". Walnut pistol grip. Recoil pad.
**Features:** Receiver etched with game scenes, both sides.
**Weight:** About 7½ lbs. Length overall, 48".
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$79.95**

## NOBLE MODEL 65
Same as Model 60 except: without Vary-Chek or recoil pad. Plain receiver.
**Price:** Full or Mod. choke . . . . . . . . . . . . . . . . . . **$73.25**

## NOBLE 60AF Grade
Same as Model 60 except: Selected steel bbl. Uniform density patterns, of 75% or more at 100 feet, are guaranteed by a notarized certificate included with each gun. Damasceend bolt. Select walnut stock with fluted comb.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$87.00**

## NOBLE 160 "DEERGUN" 2
Same features as Model 60 and 60AF except: 24" bbl. guaranteed to shoot 3" groups at 100 feet. Hard rubber buttplate. Sling swivels and detachable carrying strap. Lyman adj. peep rear sight and post ramp front. Tapped for Noble 100T scope. Wgt. 7¼ lbs., 44" over-all.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$87.75**

## NOBLE MODEL 70 3
**Gauge:** 410 only (5-shot; 3-shot plug furnished).
**Action:** Solid frame, top safety, damasceend bolt.
**Barrel:** 26" plain, full choke, 3" shells.
**Stock:** 13⅜"x1½"x2⅝", genuine walnut.
**Weight:** About 5½ lbs., overall length, 46"
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$73.25**
Also available with adj. choke, as **Model 72**. . . . 77.95

## REMINGTON 870 "Wingmaster" 4
**Gauge:** 12, 16, 20 (5-shot; 3-shot wood plug. 12 oz. Vari-Weight steel plug furnished in 12 ga.).
**Action:** Takedown, slide action; double action bars, cross-bolt safety.
**Barrel:** 16, 20 gauge, 26" (Imp. Cyl. or Mod.); 28" (Mod. or Full); 12 gauge, 30" (Full).
**Stock:** 14"x1⅜"x2½". Checkered walnut, pistol grip; extension fore-end.
**Weight:** 7 lbs., 12 ga. (7¾ lbs. with Vari-Weight plug); 6¾ lbs., 16 ga.; 6½ lbs., 20 ga.
**Price:** 870, plain barrel. . . . . . . . . . . . . . . . . . . . . . **$94.95**
**Price:** 870, with ventilated rib. . . . . . . . . . . . . . . . **119.95**
**Price:** 20" rifled slug barrel with adj. rifle sights.
12 gauge only. . . . . . . . . . . . . . . . . . . . . . . . . **$99.95**
**Price:** 870, Riot gun, 20" Cyl. bore. . . . . . . . . . . . . **124.95**

## REMINGTON 870 Magnum 5
Same as Model 870 except: 3-shot, 3" chamber; 28" or 30" full choke plain barrel; 12 or 20 gauge only. Recoil pad fitted. Weight, 12 ga., 8¼ lbs.; 20 ga., 7½ lbs.
**Price:** 870 Magnum, plain barrel. . . . . . . . . . . . . **$119.95**
**Price:** 870 Magnum, with ventilated rib. . . . . . . . **144.95**

## REMINGTON MODEL 870 Brushmaster 6
Corbine version of the 870 with 20" open bore barrel for rifled slugs. 40½" over-all, wgt. 6½ lbs. Stock 14"x 2½"x1⅜". Recoil pad. Adj. rear, bead front sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$119.95**

## REMINGTON 870 SA SKEET
Same as 870 except: 26" bbl. Skeet bored. Vent. rib with ivory front and white metal middle beads. 14"x 2½"x1⅜" stock. 12 or 20 ga. only.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$129.95**
**Price:** 870 SC (better grade and finish of walnut. Hand checkering) . . . . . . . . . . . . . . . . . . . . . . . . . . . **$194.95**

## REMINGTON 870 TB TRAP
Same as the 870 except: 28" (Mod, Full) or 30" Full vent. rib bbl., ivory front and white metal middle beads. Special sear, hammer and trigger assy. 14⅜"x1⅞"x1½" stock with recoil pad. Hand fitted action and parts. Choice of stock lengths from 13½" to 14¾" optional.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$164.95**
**Price:** 870 TC (better grade and finish of walnut. Hand checkering. 14⅜" stock only—no options) . . . **$224.95**

**REMINGTON 870 Extra Barrels:** Plain **$35.70**. Vent. rib **$58.75**. Vent. rib Skeet **$61.55**. Vent. rib Trap **$61.55**. With rifle sights **$46.10**. Available in the same gauges and chokes as shown on guns.

## SAVAGE MODEL 30 7
**Gauge:** 12, 20 and 410, 5-shot (410, 4-shot) 3-shot plug furnished. All gauges chambered for 3" magnum shells.
**Action:** Slide, solid frame; side ejection; cross-bolt safety.
**Barrel:** Ventilated rib. 12, 20 gauge, 26" (Imp. Cyl.); 28" (Mod. or Full); 12 gauge, 30" (Full); 410, 26" (Mod. or Full).
**Stock:** 14"x1½"x2½". Walnut, pistol grip; grooved extension fore-end.
**Weight:** About 7 lbs. (410, 6¼ lbs.). Over-all length, 49½" (30" bbl.)
**Features:** Decorated lightweight receiver; gold plated trigger and Compendium Klarevas
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$89.50**

# U.S. SHOTGUNS

## SAVAGE MODEL 30-AC
Same as Model 30 except with Savage adjustable-choke barrel. 12 gauge only. 26'' barrel...... **$97.50**
Also available with left hand action as Model 30-L, 12 gauge only.............................. **$92.50**
Also available with left hand action as Model 30-ACL, 12 gauge only ........................ **$94.50**

## SAVAGE MODEL 30-T
Same specifications as 12 gauge Model 30 except: 30'' Full choke barrel with 3'' chamber; Monte Carlo stock with trap dimensions (14⅜''x1½''x1½''x2¼'') Recoil pad included. ................................. **$102.50**

## SEARS MODEL 20 Standard  1
**Gauge:** 12 or 16 (6-shot; 3-shot plug furnished).
**Action:** Solid frame pump, short stroke; cross-bolt safety.
**Barrel:** 28'' plain (Full, Mod., or Imp. Cyl. in 12 ga.).
**Stock:** 14⅛''x1⅜''x2¼''. Walnut finished, pistol grip; grooved fore-end.
**Weight:** About 7¾'' lbs.
**Price:** ........................................ **$67.95**
**Price, with 27'' bbl. and adjustable choke**...... **72.95**

## SEARS MODEL 20 De Luxe  2
**Gauge:** 12 only (6-shot, 3-shot plug furnished).
**Action:** Solid frame pump, short stroke; cross-bolt safety.
**Barrel:** 27'' with adjustable choke and ventilated rib.
**Stock:** Walnut, pistol grip, checkered. White line recoil pad and p.g. cap. Inset initial plate.
**Weight:** About 7¾ lbs.
**Features:** Free-falling action; L.H. safety available; engine turned bolt.
**Price:** ........................................ **$89.95**

## SEARS MODEL 21
**Gauge:** 20 and 410 (5-shot, 3-shot plug furnished).
**Action:** Solid frame pump, short stroke; cross-bolt safety.
**Barrel:** 26''; 20 ga., (Full or Mod.), 410 (Full).
**Stock:** Walnut finish, pistol grip. 14½''x1½''x2½''.
**Weight:** About 6 lbs.
**Features:** Handles both 2¾'' or 3'' loads; L.H. safety available.
**Price:** 20 gauge ............................. **$67.95**
**Price:** 410 gauge ............................ **62.95**
**Price, with 27'' bbl. and adjustable choke**...... **72.95**

## SEARS "TED WILLIAMS" 21 DELUXE  3
**Gauge:** 12, 20, 410 (5-shot; 3-shot; plug furnished).
**Action:** Solid frame pump, short stroke; cross-bolt safety.
**Barrel:** 12 or 20 ga., 28'' (Mod. or Full); 410 ga., 26'' (Full). Vent. rib.
**Stock:** 14½''x1½''x2¼''. Checkered walnut, pistol grip, white line recoil pad and p.g. cap. Inset initial plate.
**Weight:** About 7½ lbs. in 12 ga.
**Features:** Engine turned bolt; LH safety available; handles both 2¾'' and 3'' loads in 20 or 410; brass bead front and middle sight; nickeled safety and trigger.
**Price:** ........................................ **$91.00**
**Price:** 12 or 20 ga. with adjustable choke........ **96.00**



## STEVENS MODEL 77  4
**Gauge:** 12, 16, 20, 410, 5-shot (410, 4-shot); 3-shot plug furnished. Chambered for 3'' magnums except 16.
**Action:** Slide, solid frame; side ejection; cross-bolt safety.
**Barrel:** Plain. 12, 16, 20 gauge, 26'' (Imp. Cyl.); 28'' (Mod. or Full); 12 gauge, 30'' (Full): 410, 26'' (Mod. or Full).
**Stock:** 14''x1½''x2½''. Walnut, pistol grip; grooved extension fore-end.
**Features:** Lightweight alloy receiver. Over-all length, 49½'' (30'' bbl.).
**Weight:** 6¾ lbs. (410, 6¼ lbs.)
**Price:** ........................................ **$77.50**

## STEVENS MODEL 77-SC
Same as Model 77 except: with Savage Super Choke and recoil pad. 12, 16, or 20 gauge. 26'' barrel ...................................... **$82.50**

## WESTERN FIELD MODEL 565
**Gauge:** 12, (6-shot).
**Action:** Slide action, solid frame, cross-bolt safety.
**Barrel:** 28'', plain, full choke only.
**Stock:** 13¾''x1¾''x2¾'', walnut pistol grip, grooved fore-end.
**Weight:** About 7½ lbs. 48'' over-all.
**Price:** ...................................... **$57.88**

## WESTERN FIELD REPEATER
**Gauge:** 20, 410. 3'' chambers. 5-shot (3'' shells).
**Action:** Slide action, solid frame, top sliding safety.
**Barrel:** 20 ga., 28'' (Full or Mod.), 410 ga., 26'' (Full). Plain barrel.
**Weight:** 6¼ lbs. (20 ga.), 5½ lbs. (410 ga.)
**Price:** ...................................... **$57.88**

## WESTERN FIELD MODEL 550AK  5
**Gauge:** 12 only (6-shot; 3-shot plug furnished).
**Action:** Slide action, takedown; sliding top safety.
**Barrel:** 26'' with variable choke; slotted at muzzle to reduce recoil.
**Stock:** 14''x1½''x2½''. Walnut, pistol grip, recoil pad. Grooved fore-end.
**Weight:** 6¾ lbs.
**Price:** ...................................... **$73.95**

## WESTERN FIELD MODEL 550AM
Same as Model 550AK except: 30'' bbl. without choke
Also available in 20 gauge with 3'' chambers, weight 6 lbs., as Model 550CK.
**Price** ........................................ **$73.95**
Also available in 16 gauge, weight 6½ lbs., as Model 550BK.
**Price** ........................................ **$73.95**

## WESTERN FIELD DE LUXE PUMP GUN  6
**Gauge:** 12 & 20 (6-shot, plug furnished).
**Action:** Slide action; takedown; sliding top safety.
**Barrel:** Vent. rib, 28'' with variable choke slotted to reduce recoil.
**Stock:** Walnut, pistol grip, hand checkered stock and fore-end, recoil pad.
**Weight:** 7 lbs., 47¼'' over-all.
**Features:** Easy interchangeable bbls., side ejection, straight line feed. 20 ga. has 3'' chamber.
**Price:** ...................................... **$89.95**



Compendium_Klarevas
Page 139

1

## WINCHESTER 1200 PUMP 1

**Gauge:** 12 and 16 (5-shot; 3-shot plug installed).
**Action:** Front locking 4-lug rotating bolt locks into bbl. Aluminum receiver, cross-bolt safety in front of trigger guard.
**Barrel:** 26" (Imp. Cyl.), 28" (Mod., Full) and 30" Full (12 ga. only). Metal bead front sight.
**Stock:** 14"x1½"x2⅜". American walnut with checkered pistol grip and fore-end; fluted comb, recoil pad.
**Weight:** 6½ lbs. with 26" bbl. 46⅝" over-all.
**Price:** ....................................$96.00

2

## WINCHESTER 12 SKEET 2

**Gauge:** 12 and 20 6-shot (2-shot plug installed).
**Action:** Slide, one-piece receiver, takedown. Side ejection.
**Barrel:** Vent. rib. 26" (Skeet-1 choke), 2¾" chamber. Front and middle bead sights.
**Stock:** 14"x1½"x2½", American walnut with checkered pistol grip and extension fore-end.
**Weight:** 12 ga. 7¾ lbs. 20 ga. 7 lbs.
**Price:** ....................................$237.50

Also available with ivory or walnut finished checkered nylon Cycolac stock and fore-end with built-in Hydro-Coil shock absorber. 12 ga. only.
**Price:** ....................................$252.50

## WINCHESTER 12 TRAP

Same as the 12 Skeet except: 12 ga. 30" Full choke bbl., 14⅜"x1⅜"x1⅞" stock with recoil pad. Wgt. 8¼ lbs.
**Price:** ....................................$242.50

With Monte Carlo stock (14⅜"x1½"x2⅛"—1½" at Monte Carlo)
**Price:** ....................................$252.50

Also available with ivory or walnut finished checkered nylon Cycolac stock and fore-end with built in Hydro-Coil shock absorber.
**Price:** ....................................$252.50

## WINCHESTER 12 PIGEON

Same as the 12 Skeet and Trap except: working parts are hand-smoothed and finished and has highly figured and finished stock built to individual measure within manufacturing limits. Otherwise made in 12 and 20 ga. Skeet or 12 ga. Trap specifications or to 12 and 20 ga. Field spec. (26" Imp. Cyl., 28" Mod. & Full, or 30" Full in 12 ga. only.)
**Price:** Skeet and Field ......................$372.50

Hydro-Coil is a 2-pc. nylon stock which houses a 3-piston shock absorber unit. Butt section telescopes over pistol grip section during recoil. For Winchester 12's only. Choice of std. or Monte Carlo design. Price:......$80.00

# Double Barrel

## BROWNING SUPERPOSED—Combinations

Standard and Lightning models are now available with factory fitted extra barrels: 12 and 20 ga., same gauge bbls.; 12 ga., 20 ga. bbls.; 20 ga., extra sets 28 and/or 410 gauge; 28 ga., extra 410 bbls. Extra barrels may be had in Lightning weights with Standard models and vice versa. Prices range from $580.00 (12, 20 ga., one set extra bbls. same gauge) for the Grade I Standard to about 1705.00 for the Midas grade in various combinations, these as cased sets.

## BROWNING SUPERPOSED Standard 3

**Gauge:** 12 & 28, 2¾" chamber; 20 & 410, 3" chamber. Any combination of Full, Imp. Mod., Mod., Imp. Cyl., Skeet, and Cyl. chokes available.
**Action:** Takedown; single selective gold plated trigger; automatic ejectors, manual safety combined in thumb piece with bbl. selector mechanism. Actions proportionately smaller in their respective gauges.
**Barrels:** 12, 20, 28 and 410 ga., 26½" or 28", ventilated rib. Solid raised rib available on special order. Steel bead front sight.
**Stock:** 12 ga. 14¼"x1⅝"x2½"; 20, 28 and 410 14¼" x1½"x2⅜". French walnut, hand rubbed finish, 20-line hand checkering on semi-pistol grip and fore-end. Deluxe models have more intricate patterns and finer checkering.
**Weight:** With 28" bbls. 12 ga. 7¾ lbs.; 20 ga. 6¾ lbs.; 28 ga. 6⅜ lbs.; 410 ga. 6½ lbs.
**Features:** Grade 1, blued steel with hand engraved scroll and rosette designs. Pigeon, Pointer and Diana grades, steel in silver gray tone with hand engraved game scenes showing greater artistic design with each successive grade. Midas grade has specially blued steel with deeply hand carved background and hand engraved 18 carat gold-inlaid game birds.
**Price:** Grade 1, 12 or 20 ga. .................$360.00
**Price:** Grade 1, 28 or 410....................$410.00
**Price:** 28 and 410 only: Pigeon $535.00, Pointer $645.00, Diana $760.00 and Midas $1,085.00.

## BROWNING SUPERPOSED—Magnum 12

Same as Browning Standard 12 gauge Superposed except 3" chambers; 30" (Full and Full or Full and Mod.) barrels. Stock, 14¼"x1⅝"x2½" with factory fitted recoil pad. Weight 8 lbs. 2 oz.
**Price:** Grade 1.............................$365.00

| | | | |
|---|---|---|---|
| **Pigeon** | ........$520.00 | **Diana** | ....... 745.00 |
| **Pointer** | ....... 630.00 | **Midas** | ....... 1,070.00 |

## BROWNING SUPERPOSED—Lightning

Same as Standard except 7-7¼ lbs. in 12 gauge. 6½-6¾ lbs. in 20 gauge. Grade 1.............$380.00

| | | | |
|---|---|---|---|
| **Pigeon** | ........$520.00 | **Diana** | ....... 745.00 |
| **Pointer** | ....... 630.00 | **Midas** | ....... 1,070.00 |

## BROWNING SUPERPOSED—Trap 12

Same as Browning Lightning Superposed except: semi-beavertail fore-end and ivory sights; stock, 14⅜"x1⅜"x 1¾". 30" (Full & Full, Full & Imp. Mod. or Full and Mod.).
**Grade I** ..................................$390.00

| | | | |
|---|---|---|---|
| **Pigeon** | ........$530.00 | **Pointer** | ...... 640.00 |
| **Diana** | ......... 640.00 | **Midas** | ....... 1,080.00 |

## BROWNING BROADWAY Trap 12

Same as Browning Standard Superposed except: ⅝" wide vent. rib; stock, 14⅜"x1⅜"x1¾". 30" or 32" (Imp. Mod., Full. Mod., Full. Full, Full chokes).
Grade 1 ................................$ 410.00

| | | | |
|---|---|---|---|
| Pigeon | ........$545.00 | Diana | .......... 770.00 |
| Pointer | ......... 660.00 | Midas | ..........1,095.00 |

## FOX MODEL B-ST—Double 4

**Gauge:** 12, 16, 20, 410 (410—3" chamber).
**Action:** Hammerless, takedown; non-selective single trigger; auto. safety.
**Barrel:** 12, 16, 20 gauge, 26" (Imp. Cyl., Mod.); 12, 16, 20 gauge, 28" (Mod., Full); 12 gauge, 30" (Mod., Full); 410, 26" (Full, Full). Ventilated rib standard on all barrels.
**Stock:** 14"x1½"x2½". Walnut, checkered pistol grip and beavertail fore-end.
**Weight:** 12 ga., 7 lbs. 16 ga., 6¾ lbs. 20 ga., 6½ lbs. 410 ga., 6¼ lbs.
**Features:** Gold plated trigger; decorated, case hardened frame; white bead front and middle sights.
**Price:** ....................................$117.50

Also available with slim fore-end, double triggers, as **Model B** ....................................$107.50

4

# U. S. SHOTGUNS





## FOX MODEL B-DE
Same as B-ST except: select walnut stock with checkered pistol grip, side panels and beavertail fore-end; white line grip cap and buttplate; satin chrome trigger guard and frame, scroll decorated. 12 and 20 gauge. 28" (Mod., Full); 26" (Imp. Cyl., Mod.); 30" (Mod., Full) in 12 ga. only. Automatic ejectors.............**$149.50**

## NOBLE MODEL 420—Double   1
**Gauge:** 12, 16, 20, 28, 410 (2¾" chambers).
**Action:** Hammerless, top lever opening, double triggers, auto safety. Etched hunting scene on frame.
**Barrel:** 26" or 28", matted rib, Full and Mod. only.
**Stock:** 14"x1⅝"x2⅝". Walnut, checkered pistol grip and fore-end.
**Weight:** About 6-6⅞ lbs. 44¾" over-all (28" bbls.).
**Price:** ....................................**$103.45**

## SAVAGE MODEL 24—22/410   2
### Over and Under
**Gauge:** Top bbl. 22 S, L, LR; lower bbl. 410—3" chamber or 20 ga.—3" chamber.
**Action:** Two-way top lever, hammer. Takedown. Slide button barrel selector. Separate extractors.
**Barrel:** 24"; top rifled, lower 410 or 20 ga. full choke. Open rifle sights; grooved for Tip-Off mount.
**Stock:** 14" x 1½" x 2½". Walnut, pistol grip.
**Weight:** About 6¾ lbs. Over-all length, 40".
**Price:** ....................................**$49.50**
Also available with top bbl. chambered for the 22 RF Magnum, as Model 24-M................**$49.50**

## SAVAGE MODEL 24-DL
Same specifications as Model 24 except: select walnut stock with Monte Carlo comb and beavertail fore-end, checkered; satin chrome finished receiver, trigger guard and lever. Available with choice of 410 or 20 gauge (24" Full) lower barrel ...............**$63.50**
Also available with top bbl. chambered for the 22 RF Magnum, as Model 24-MDL................**$63.50**

## SEARS Double Barrel   3
**Gauge:** 12, 16, 20, 410. (20 and 410, 3" chambers).
**Action:** Hammerless, takedown. Double trigger, auto. safety.
**Barrel:** 12, 16, 20 ga., 28", 30" (Full, Mod.); 12, 16, 20 ga., 26" (Mod., Imp. Cyl.); 410 ga., 26" only (Full and Full).
**Stock:** 14"x1⅝"x2⅝", walnut finished, pistol grip.
**Weight:** About 7-6¼ lbs.
**Price** ....................................**$73.50**
Also available in 12 or 20 gauge, 28" (Mod. and Full), with ventilated rib, single non-selective trigger, checkered walnut stock and semi-beavertail fore-end, and satin finish, scroll decorated frame................**$127.50**

## STEVENS MODEL 311—Double   4
**Gauge:** 12, 16, 20, 410 (410—3" chamber).
**Action:** Top lever, hammerless; automatic safety.
**Barrel:** 12, 16, 20 gauge, 26" (Imp. Cyl., Mod.); 12, 16, 20 gauge, 28" (Mod., Full); 12 gauge, 30" (Mod., Full); 410 gauge, 26" (Full, Full).
**Stock:** 14"x1½"x2½". Walnut finish, pistol grip.
**Weight:** 7-6¼ lbs. Over-all length 45¾" (30" bbl.).
**Price:** ....................................**$78.50**

## WESTERN FIELD DOUBLES
**Gauge:** 12, 20.
**Action:** Hammerless, takedown, automatic safety. Double triggers. Engraved receiver.
**Barrel:** 12 gauge, 30" (Mod., Full); 20 ga., 28" (Mod., Full). Ventilated rib, white bead sight.
**Stock:** Checkered, walnut finish pistol grip and beavertail fore-end. 14¼"x1½"x2½".
**Weight:** 12 ga., 7 lbs.; 20 ga., 6¼ lbs.
**Price:** Model 325 DeLuxe ...................**$89.95**
Also available with plain stock and solid rib as Model 327 ...........................**$74.95**

## WESTERN FIELD 350 DE LUXE DOUBLE   5
**Gauge:** 12 for 2¾" shells; 20 for 3" shells.
**Action:** Hammerless with double underlugs, takedown, auto. tang safety, double triggers. Hand engraved receiver, highly polished.
**Barrel:** 12 ga. 30" (Mod., Full): 20 ga. (Mod., Full) raised vent. rib with bead front sight.
**Stock:** Hand checkered American walnut stock with full pistol grip with grip cap. Semi-beavertail push down fore-end.
**Weight:** 6½ lbs. 20 ga. 7½ lbs. 12 ga.
**Price:** ....................................**$119.95**

## WINCHESTER 101 OVER & UNDER   6
**Gauge:** 12, 2¾" chamber. (2-shot).
**Action:** Top lever, break open; single selective trigger, selective automatic ejector. Manual safety combined with bbl. selector at top of receiver tang. Hand engraved receiver.
**Barrel:** Vent. rib. 26" (Imp. Cyl., Mod. or Skeet-1 and Skeet-2), 28" & 30" (Mod., & Full) 30" (Full & Full). Metal bead front sight. Chrome plated chambers and bores.
**Stock:** 14"x1½"x2½". Checkered walnut pistol grip and fore-end; fluted comb.
**Weight:** 7¾ lbs. and 44¾" over-all with 28" bbls.
**Price:** ....................................**$284.00**

## WINCHESTER 101 TRAP
Same as the 101 Field gun except: Metal front and middle bead sights. 30" (Full & Full) bbl. only. 14⅜"x 1⅜"x1⅜" stock with 1¼" pitch down and recoil pad.
**Price:** ....................................**$299.00**





Compendium_Klarevas
Page 141



## WINCHESTER MODEL 21 Custom grade

12,16 or 20 gauge. Available with most any choke or barrel length combination. Matted rib barrel, 2¾" chambers, rounded frame, stock of AA-grade full fancy American walnut to customers dimensions; straight or pistol grip, cheekpiece, Monte Carlo and offset. Choice of field, Skeet or trap fore-end.

Full fancy checkering, engine-turned receiver parts, gold plated trigger and gold oval name plate (optional) with three initials. Price . . . . . . . . . . . . . . . . . . . . . . . . . **$1,000.**

## WINCHESTER 21 Pigeon grade

Same as Custom grade except: 2¾" or 3" chambers, matted or ventilated rib, leather covered pad (optional); style "A" stock carving and style "6" engraving (see Winchester general catalog); gold, engraved pistol grip cap, gold oval name plate or three gold initials inlaid in guard. Price . . . . . . . . . . . . . . . . . . . . . . . . . **$2,500.**

## WINCHESTER 21 Grand American

Same as Custom and Pigeon grades except: style "B" stock carving, with style "6" engraving, all figures gold inlaid; extra pair of bbls. with beavertail fore-end, engraved and carved to match rest of gun; full leather trunk case for all, with canvas cover, both with three initials. Price . . **$3,500.**

# Single Barrel



## H & R "TOPPER" MODELS 158 and 198

**Gauge:** 12, 16, 20 and 410. Single shot.
**Action:** Takedown. New "side lever" opening. Center hammer, auto ejection. Case hardened frame.
**Barrel:** 12 ga., 30", 32", 36"; 16 ga., 28"; 20 and 410 ga., 28".
**Stock:** Walnut or blonde finish; pistol grip, recoil pad.
**Weight:** 5 to 6½ lbs.. according to gauge and bbl. length.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$31.95**

## H & R "TOPPER JR." MODELS 490 and 590

Like M158 except ideally proportioned stock for the smaller shooter. Can be economically converted to full size. 20 or 410 gauge, 26" bbl.
**Price:** M490 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$31.95**
**Price:** Model 198. Chrome frame, ebony stock. 410 only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$34.95**

## H & R "GOLDEN SQUIRE" 159

Same as the model 158 except: select walnut straight grip stock and contoured fore-end. Gold plated hammer and trigger. Available in 12 and 20 ga. only.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$41.95**

## H & R "SQUIRE JR." 459

Same features as the M159 but proportions of the M490. 410 ga. only.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$41.95**



## ITHACA SINGLE BARREL TRAP GUN

**Gauge:** 12 only; 30" or 32" Full choke bbl. with rampless ventilated rib. Raybar front and ivory middle sights.
**Action:** 3 lugs bolted at two points. Auto. ejector; no safety; takedown. Hand engraved frame, top lever and trigger guard.
**Stock:** Figured American walnut hand checkered, full pistol grip stock and fore-end (14½"x1½"x1⅞"). Re coil pad and name plate installed. Wgt. about 8 lbs.
**Price, No. 4E Grade** . . . . . . . . . . . . . . . . . . . . . . . . **$600.00**
**Price,** No. 5E Grade with extra fine selected stock, flower and leaf design engraving with pheasant and woodcock inlayed in gold on frame. Hardened trigger and gold nameplate . . . . . . . . . . . . . . **$750.00**

**Price,** No. 7E Grade with stock especially selected for grain and color and hand fitted. Frame, guard, foreend iron, trigger plate, top lever and breech block elaborately engraved and ornamented in relief. Frame inlaid with green and yellow gold and platinum. Triple gold plated hand checkered trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,750.00**
**Price,** $2,500 Grade made almost entirely by hand, including steel shaping, fitting and woodworking. Extremely fine engraving, gold embossing and checkering. 32" bbl. only . . . . . . . . . . . . . . . . . . **$2,500.00**



## ITHACA "66 SUPERSINGLE"

**Gauge:** 12 only (3" chamber).
**Action:** Non-takedown; lever-opening.
**Barrel:** 28" (Mod. or Full) or 30" Full.
**Stock:** Straight grip walnut stock and fore-end.
**Weight:** About 7 lbs., depending on bbl. length and wood density.
**Features:** Rebounding hammer independent of the lever.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$28.95**



## SAVAGE MODEL 220—Single

**Gauge:** 12, 16, 20, 410 (410—3" chamber).
**Action:** Two-way top lever break open; automatic top tang safety; hammerless; auto. ejector.
**Barrel:** 12 gauge, 30"; 16, 20 gauge, 28"; 410 gauge, 26"; all full choke.
**Stock:** 14"x1½"x2½". Walnut, pistol grip; full fore-end.
**Weight:** About 6 lbs. Over-all length 46" (30" bbl.).
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$39.50**



## SEARS Single Barrel

**Gauge:** 12, 16, 20, 410 (410, 3" chamber).
**Action:** Takedown. New side lever opening. Center hammer, auto. ejector, coil springs.
**Barrel:** 12 ga., 30"; 16 and 20 ga., 28"; 410, 26". Full choke only.
**Stock:** 14"x1½"x2½". Walnut finish hardwood. Pistol grip.
**Weight:** About 6 lbs.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$29.50**
Also available as Youth's Model. 12½" stock with recoil pad; 20 ga. 26" bbl. Modified choke or 410 ga. 26" bbl., Full choke. Weight about 6 lbs. . . . . . . . . . . **$31.50**

Also available in 12 ga. 3" mag. with 36" Full Choke bbl.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$31.50**

# U.S. SHOTGUNS



1

## STEVENS MODEL 940—Single 1
**Gauge:** 12, 16, 20, 28, 410 (410—3" chamber).
**Action:** Side lever break open; hammer; auto. ejector.
**Barrel:** 12 gauge, 28", 30", 32", 36"; 16, 20, 28 gauge, 28"; 410 gauge, 26"; all full choke.
**Stock:** 14"x1½"x2½". Walnut finish, pistol grip.
**Weight:** About 6 lbs. Over-all length 42" (26" bbl.)
**Price:** 26" to 32" bbls...$32.50   36" bbl........$34.50

## STEVENS M940 Youth's Gun
Same as Model 940 except: 26" bbl., 20 gauge Mod. or 410 Full, 12½" stock with recoil pad. Wgt. about 5½ lbs.
**Price** ...................................... $34.50



2

## WESTERN FIELD MODEL 100 Single 2
**Gauge:** 12, 16, 20, 410 (410—3" chamber).
**Action:** Hammerless; thumb slide break open. Automatic safety, auto ejector.
**Barrel:** 12 ga., 30"; 16, 20 ga., 28"; 410 ga., 26". All Full Choke.
**Stock:** Walnut finished, pistol grip, recoil pad. 13¾"x 1½"x2¼".
**Weight:** 6¼ to 7 lbs.
**Price** ...................................... $31.95
Also available as Youth's Model. 12½" stock, 20 or 410 gauge. Weight about 6 lbs., 41" over-all....... $33.95

# Bolt Action



3

## MARLIN MODEL 55 Hunter 3
**Gauge:** 12, 16, 20; 2-shot detachable clip.
**Action:** Takedown; thumb safety. Tapped for Lyman peep.
**Barrel:** 12 and 16 ga., 28"; 20 ga., 26". Full choke.
**Stock:** 14"x1½"x2½". Walnut, pistol grip. Recoil pad.
**Weight:** About 7½ lbs.
**Price** ...................................... $39.95
**Price:** With Marlin Choke, 12 gauge only....... 44.95



4

## MARLIN "GOOSE GUN" 4
**Gauge:** 12, 2¾" or 3" shells, 3-shot.
**Action:** Takedown bolt action, thumb safety, detachable clip (2 furnished).
**Barrel:** 36" Full choke.
**Stock:** Walnut pistol grip recoil pad. Sling swivels with leather carrying strap included.
**Features:** Double extractors, tapped for receiver sights.
**Price** ...................................... $49.95

## MARLIN "SWAMP GUN"
Same as the "Goose Gun" except: 20½" bbl. with adj. choke. Wgt. 6½ lbs., 41½" over-all.
**Price:** ...................................... $46.95

## MARLIN-GLENFIELD MODEL 55-G
Low-cost version of the Marlin Model 55. Hardwood stock with walnut finish.
**Price:** ...................................... $38.95
**Price:** With Marlin Choke, 12 gauge only....... $42.95



5

## MARLIN MODEL 59 AUTO-SAFE 5
**Gauge:** 410, 2½" or 3" shell. Single shot.
**Action:** Self-cocking bolt; automatic thumb safety.
**Barrel:** 24" plain. Full choke.
**Stock:** Walnut finish, pistol grip with cap.
**Weight:** About 5 lbs.
**Price** ...................................... $29.95

## MARLIN-GLENFIELD MODEL 60-G
Low cost version of the Marlin Model 59....... $24.95



6

## MOSSBERG 395K BOLT ACTION 6
**Gauge:** 12 (chambered for 3" magnum).
**Action:** Takedown; 2-shot detachable clip; thumb safety.
**Barrel:** 28" with C-LECT-CHOKE, adj. for Full, Mod. or Imp. Cyl. settings.
**Stock:** Walnut Monte Carlo design pistol grip; recoil pad with white liner.
**Weight:** 6¾ lbs., 47½" over-all.
**Price:** ...................................... $48.95



7

## MOSSBERG MODEL 190K, 185K, 183K and 173 Single—Bolt Action 7
**Gauge:** 16, 20; 410 (3-shot or single).
**Action:** Takedown; 2-shot detachable clip; thumb safety.
**Barrel:** 26" (410-25") and 24") with C-LECT-Choke, giving Full, Mod., or Imp. Cyl. (Except on M 173). M183 has detachable full & mod. choke tubes.
**Stock:** Walnut, pistol grip Monte Carlo design (except 410).
**Weight:** 16 ga. 6¾ lbs. 20 ga. 6¼ lbs. 410, 5½ lbs.
**Price:** M183D-410 gauge, $36.95 M190K-16 gauge. $46.95
**Price:** M185K-20 gauge, $43.95 M183K-410 gauge. $40.95
**Price:** M173-410 gauge top loader............ 28.45
**Price:** M173Y, Youth Model, 12½" stock......... 28.45



8

## NEW HAVEN 495 8
**Gauge:** 12 only (3-shot, 3" chamber).
**Action:** New 1964 bolt action design. 2-shot detachable clip; takedown; thumb safety.
**Barrel:** 28" Full choke.
**Stock:** Walnut finish; Monte Carlo design, pistol grip.
**Weight:** 6¾ lbs., 48" over-all.
**Price:** ...................................... $41.60



1

## NEW HAVEN 283T and 273  1

**Gauge:** 410 (3-shot, 2½'' or 3'' shells).
**Action:** Bolt, top loading magazine; takedown, thumb safety.
**Barrel:** 24'' Full chöke.
**Stock:** Walnut finish Monte Carlo design, pistol grip.
**Weight:** 5½ lbs., 44¾'' over-all.
**Price:** 283T .............................$34.40
**Price:** 273. Same as 283T except: single shot.... 26.45

## NEW HAVEN 290T and 285T  (not illus.)

Same as model 495 except: retains 1963 action.
**Price:** 290T (12 gauge).....................$39.60
**Price:** 285T (20 gauge, 26 Full choke; 6¼ lbs., 45½''
over-all.  ..............................$37.60



2

## SEARS MODEL 14  2

**Gauge:** 12, 16, 20; 3-shot.
**Action:** Self cocking bolt; thumb safety.
**Barrel:** 12 ga., 28''; 16 or 20 ga., 26''; Full only.
**Stock:** Walnut finished, pistol grip; grooved fore-end.
**Weight:** 7½ lbs. (12, 16 ga.); 7 lbs. (20 ga.).
**Features:** Contoured bolt for fast action; loads from bottom.
**Price:** 12 ga...$35.95  16 ga...$34.95  20 ga...$32.95
Also available with adjustable choke; 26¾'' bbl. on 12 ga., 24¾'' bbl. on 16 and 20 ga.
**Price:** 12 ga...$39.95  16 ga...$37.95  20 ga...$35.95

## SEARS BOLT ACTION 410  3

**Gauge:** 410, single shot, 3'' chamber.
**Action:** Top loading, bolt action; automatic thumb safety.
**Barrel:** 24'', Full choke.
**Stock:** Walnut finished hardwood with pistol grip.
**Weight:** Approx. 5½ lbs. 44¾'' over-all.
**Price:** .....................................$23.95
Also available as a repeater with 3-shot detachable clip.
**Price:** .....................................$29.95
Also available as a repeater with 5-shot tubular magazine (3-shot plug furnished). Safety is non-automatic. Wgt. 6 lbs.
**Price:** .....................................$40.95



3

## STEVENS MODEL 51  4

**Gauge:** 410, single shot; 3'' chamber.
**Action:** Top loading, bolt action; automatic thumb safety.
**Barrel:** 24'' full choke.
**Stock:** Walnut finish, pistol grip with recoil pad.
**Weight:** About 4¾ lbs. Over-all length 43''.
**Price:** .....................................$29.95



4

## STEVENS MODEL 58 AC  (not illus.)

**Gauge:** 12, 16, 20 (2-shot detachable clip).
**Action:** Self-cocking bolt; double extractors; thumb safety.
**Barrel:** 25'' with Savage adjustable choke.
**Stock:** Walnut, pistol grip, recoil pad.
**Weight:** 7-7½ lbs. Over-all length 44''.
**Price:** 12 ga., $48.95  16 ga., $47.95  20 ga., $44.95

## STEVENS MODEL 58  5

Same as Model 58 AC except: 25'' plain full choke barrel.
**Price:** 12 ga., $45.95  16 ga., $44.95  20 ga., $40.95

## STEVENS MODEL 58—410  (not illus.)

Same as Model 58 except: 410 ga. 3'' chamber; 24'' full choke barrel; 3-shot detachable clip; weight 5½ lbs.  ..............................$35.95



5

## STEVENS MODEL 59  6

Same as Model 58—410 except: tubular magazine holding five 3'' or six 2½'' shells; 3-shot plug furnished; no recoil pad. Weight about 6 lbs. 44½'' over-all. $43.50



6

## WESTERN FIELD 172 Bolt action  7

**Gauge:** 12 (2¾'' or 3'' shells).
**Action:** Self-cocking bolt. Thumb safety, double locking lugs, detachable clip.
**Barrel:** 28'' adj. choke, shoots rifled slugs.
**Stock:** Walnut, Monte Carlo design, pistol grip with recoil pad.
**Features:** Quick removable bolt with double extractors, grooved rear sight.
**Price:** .....................................$40.95



7

## WESTERN FIELD—Bolt Action  8

**Gauge:** 20, 410; 2-shot magazine.
**Action:** Bolt, takedown, thumb safety.
**Barrel:** 20, 410 ga., 26''. Full choke.
**Stock:** Walnut, pistol grip. Monte Carlo on 20 ga. only.
**Weight:** 20 ga., 6½ lbs.; 410 ga., 5½ lbs.
**Price:** 20 ga........$30.50    410 ga........$29.95
410 also avilable as single shot........... 21.95



8

Compendium_Klarevas
Page 144

# Foreign Arms in America



## Pistols & Revolvers

🐝 = NEW GUN!

**ARMI GALESI AUTOMATICS   1**

Hammerless semi-auto pistols in 22 S, L or 25 Auto, 6-shot. Thumb safety. Wgt. 12 oz., 4½'' over-all. Smooth white plastic grips with finger indents. Blued finish. Atlas Arms, importer.

| | | | |
|---|---|---|---|
| 25 Auto | $29.50 | Chromed | $32.75 |
| 22 S or L | 30.50 | Chromed | 34.00 |

Also, chambered for 22 LR, 15½ oz., 5½'' over-all.

| | | | |
|---|---|---|---|
| Blued | $31.50 | Chromed | 34.95 |

**ASTRA CUB 22 SHORT   2**

A plinker pistol using the 22 Short, the Cub weighs 12¼ oz., has a 2¼'' bbl., and carries 6 rounds in the magazine. Thumb, half-cock and magazine safeties. Extra magazine included. F.I., importer.

| | | | |
|---|---|---|---|
| Blued | $29.90 | Chrome | $34.70 |

Astra Camper, same as Cub except: 4'' bbl., 6¼'' over-all, 13 oz.

| | | | |
|---|---|---|---|
| Blued | $33.00 | Chrome | $37.80 |

**ASTRA Firecat AUTOMATIC PISTOL   3**

25 cal. vest pocket model, magazine holds 6 cartridges. 2¼'' bbl., over-all 4⅜''. Wgt. 11¾ oz. Thumb, grip ad magazine safeties; ''loaded'' indicator. Extra magazine included. Blued.........................$29.90
Chromed ..................$34.70        Chromed engraved..... 43.65

**BERETTA POCKET AUTOMATICS   4**

Compact auto pistols, imported by Galef. The Cougar (380) has thumb safety; over-all length 5⅞'', wgt. 22 oz. The Puma (32) has a cross-bolt safety; over-all length 6¼'', wgt. 28 oz. 7-shot, 3½'' bbl.

| | |
|---|---|
| 32 Puma or 380 Cougar, blued | $47.95 |
| 32 Puma or 380 Cougar, chromed | 59.95 |

**BERETTA BRIGADIER   5**

Military and police auto pistol in 9mm Luger (parabellum) caliber. Single action, external hammer, side safety. Bbl. length is 4½'', wgt. 31 oz., 9'' over-all. Fixed sights. Black plastic wrap-around grips, 8-shot capacity. Slide stays open on last shot. From Galef. Blued finish......$99.00

**BERETTA JAGUAR   6**

This lightweight plinker (15 oz. with 3½'' bbl.) autoloader has a man-sized grip, cross-bolt safety, an 8-shot magazine with finger spur. Plastic wrap-around grips are checkered. External hammer. 3½'' or 6'' bbl. Slide stays open after last shot. From Galef. ........................$47.95

**BERETTA JETFIRE AND MINX   7**

25 and 22 Short pistols, using a hinged barrel that permits firing the first shot without operating the slide. The 22 Short weighs 11 ozs., holds 6 shots in the magazine; the 25 cal. weighs 11 ozs., with a 7-shot magazine. Both are blued, have fixed sights, and are 4¾'' over-all. From Galef.

| | | | |
|---|---|---|---|
| Minx 22 Short, 2'' bbl. | $33.95 | With 4'' bbl. | $36.95 |
| Minx 22 S, 2'' chrome | $41.95 | 4'' chrome | 44.95 |
| Minx 22 S, 2'' chrome engr. $47.95 | | 4'' chrome engr. | 50.95 |
| Jetfire 25 auto. | | | 33.95 |

**BERNARDELLI AUTOMATIC   8**

22 S, 22 L (6-shot) or 25 Auto (5-shot) pistols. 2⅛'' bbl.; 4⅛'' over-all. Wgt. 9 oz., checkered plastic grips; notch sight, thumb safety, blued finish. Imported by Atlas Arms.

| | | | |
|---|---|---|---|
| 22 S or 22 L | $32.50 | 25 Auto | $31.50 |



**BERNARDELLI 60 AUTOMATIC**    1
22 LR, 32 Auto (8-shot) and 380 Auto (7-shot) pistols. 3½'' bbl., 6½'' over-all wgt. 25 oz. Notch sights; checkered plastic grips. Thumb and half-cock external hammer safeties. Blued finish. Imported by Stoeger. . .**$50.50**

**BROWNING 25 AUTOMATIC**    2
6-shot, hammerless pistol. Wgt.: standard 9.7 oz., lightweight 7.7 oz. Over-all length, 4''. Thumb and magazine safety; cocking indicator. Checkered grips (blued)....................................**$32.75**
Lightweight (chrome plated), polyester pearl grips............. **49.75**
Renaissance engraved, nickel plated, polyester pearl grips...... **90.00**
All Browning pistols come in fitted cases. Cased sets of three calibers available in standard or engraved models from **$162.50.**

**BROWNING 380 AUTOMATIC**    3
6-shot, hammerless pistol. Wgt. 20 oz., over-all 6''. Checkered grips. Has grip, thumb and magazine safeties (blued). ....................**$49.75**
Reinaissance engraved, nickel plated, polyester pearl grips......**145.00**

**BROWNING HI-POWER 9mm AUTOMATIC**    4
13-shot military and sporting autoloader. External hammer with half-cock safety, thumb and magazine safety. A blow on the hammer cannot discharge a cartridge; cannot be fired with magazine out. Over-all 7¾''; wgt. 2 lbs. Fixed sights, checkered French walnut grips (blued). . .**$84.75**
Renaissance engraved, nickel plated, polyester pearl grips. ..........**230.00**

**BROWNING 22 AUTO—Nomad**    5
10-shot, semi-auto pistol. Rear sight, adj. for windage and elevation, is mounted on bbl. extension and does not move with the slide; barrels easily interchangeable via lock screw on front of receiver; strong, alloy frame; wrap-around grip of strong Novadur plastic; convenient, positive thumb safety. 4½'' or 6¾'' barrel. Wgt. (4½'' bbl.) 26 oz., 8⅞'' over-all (4½'' bbl.) 22 LR only. Blue finish. ...............................**$49.95**

**BROWNING 22 AUTO—Challenger (Not illus.)**
Same specifications as the Nomad except: walnut wrap-around grip; all-steel frame; stop-open latch holds slide back mavally, or automatically after last shot; gold plated, grooved trigger; convenient trigger pull adjustment screw on rear face of frame. Wgt., (4½'' bbl.) 35 oz......**$64.95**

**BROWNING 22 AUTO—Medalist**    6
Same as Challenger, plus these features: medium heavy barrel (6¾'' only) with ventilated rib; micrometer click rear sight, adj. for windage and elevation, 9½'' radius; trigger adj. for weight of pull and back-lash; form fitting walnut stocks with thumb rest; walnut fore-end holds variable weights; Dry-Fire mechanism permits practice without harm to mechanical parts. Weight, 46 oz......................................**$120.00**
Both the Challenger and Medalist are available with engraving and gold inlays. Priced at **$197.50 and $245.50** respectively.

**ERMA 22 "LUGER"**    7
22 rimfire version of the famous Model P-08. 8-shot magazine takes 22 LR. Checkered black plastic grips. Familiar toggle-bolt stays open on last shot. Open notch rear and blade front sights. 9½'' over-all, wgt. 36 oz. with a 4⅝'' bbl. Blued L. J. Imperato, importer.................**$49.95**

Compendium_Klarevas

Page 146

# FOREIGN GUNS





**HAMMERLI MATCH PISTOLS 104-105  1**
Single shot pistol has 5-lever set-trigger, adj. to fractions of an ounce. Round 11⅛'' bbl. Micro. rear sight with click adj. for w. and e. ⅛'' front sight. Selected French walnut grips with adj. hand plate, trigger-finger ramp and special custom finish. De luxe trigger guard. Martini action. Cal. 22 LR. Imported by Grieder. . . . . . . . . . . . . . . . . . . . . . . . . . . . .$245.00
Model 105, same as 104 except: octagonal bbl. and deep blue finish. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$310.00

**LLAMA AUTOMATIC PISTOLS  2**
All have high polish blued finishes, checkered walnut grips and lanyard ring; all have 3¹¹⁄₁₆'' bbls., patridge front and notch rear sights. Matted rib slide, thumb- and grip safeties. 6¼'' over-all, wgt. approx. 21 oz. (Airlite 4 oz. less), 22 LR (9-shot), 32 Auto (8-shot) and 380 Auto (7-shot).
Steel 22. . . . . . . . . . . . . . . .$49.95      Steel 32 and 380. . . . . . .$48.80
Airlite (alloy), all cal's. . . .$45.00     Chromed steel, all cal's. . .$64.00
Engraved, blued or chromed, plastic pearl grips, presentation case. With extra magazine, all cal's. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$86.00
Moorish style arabesque gold-inlaid scroll engraving, plastic pearl grips, presentation case with extra magazine, all cal's. . . . . . . . . . .$350.00
Same as the medium caliber Llama's except: chambered for the Super 38 Auto (9-shot) and 45 Auto (7-shot). Wgt. 38½ oz., 8½'' over-all, 5'' bbl.
38 . . . . . . . . . . . . . . . . . . .$65.00     45 . . . . . . . . . . . . . . . . . . .$69.95
Same as the heavy caliber Llamas except: with Micro. target sights adj. for w. and e. Barrel is precision fitted. Hammer, trigger and sear are hand polished.
38 . . . . . . . . . . . . . . . . . .$124.00     45 . . . . . . . . . . . . . . . . . . .$130.00

**LLAMA Executive AUTOMATICS  3**
Made in 22 S (6-shot) and 25 Auto (5-shot). Has thumb- and half-cock hammer safeties. Contoured grip with checkered plastic stocks. Vent. rib on slide with fixed notch sights. 2⅜'' bbl., 4¾'' over-all. Wgt. approx. 13½ oz. Imported by Stoeger.
Blued . . . . . . . . . . . . . . . .$32.00      Chrome . . . . . . . . . . . . . . .$45.00
Blue, engraved . . . . . . . . 52.00     Chromed, engraved . . . . . . 60.00
(All chrome and engraved pistols have plastic pearl grips).

**MERCURY AUTO PISTOLS  4**
Belgian made in 22 LR or 25 caliber, the Series 100 (illus.) has a 6-shot clip, satin blue or engraved chrome finish and simple take-down feature. 2¼'' bbl., weight 13 oz., overall length 4½''. From Tradewinds.
Price, blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $29.95
Price, chrome engraved. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42.50
Also available is the Series 200, 22 LR (8-shot) only, 3½'' bbl., 5¾'' overall, weight 21 oz. Price, blued. . . . . . . . . . . . . . . . . . . . . . . . . . . . .$39.95
Price, chrome engraved. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49.95

**HAMMERLI INTERNATIONAL AUTO PISTOLS 206-207  5**
Adj. precision trigger set for 2 lbs. 7⅟₁₆'' bbl. high speed action, fixed micro. rear sight adj. for w. and e. 1/10'' square notch. ⅛'' front sight, muzzle brake and bbl. wgt. standard. Grips with thumbrest and checkering. Cal. 22 S or LR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$200.00
Model 207, same as 206 except: adj. French walnut grips made to ISU rules. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230.00
Regular grips with thumbrest and checkering $12.00. Adj. grips with checkering $38.00. Magazine for cal. 22 S or LR $8.50. Additional wgt. $5.50. Muzzle brake $3.00.

**SARMCO MTS Margolin Pistol  6**
Automatic target pistol with 6-shot magazine, cal. 22 LR. Blue-black finish, color-matched checkered target stocks with adj., removable, heel rest. Both trigger pull and trigger travel adj., both sights adj., front for elevation, rear for windage. Sights are on special sights bridge (7½'' radius) and do not move in firing. Wgt. 37 oz., 6.3'' bbl. Extra sights, muzzle brake, two weights, adj. heel rest, tools, spare magazine, cleaning equipment supplied in polished hardwood case with cushioned lining. Imported by Sarmco. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$150.00

**SARMCO MTS 2-1  7**
Olympic Match single shot free pistol, 22 LR. Adj. wrap-around grips, hand-carved from Circassian walnut, have an adj. heel rest. Double-set pin-type trigger with built-in shock absorber, adj. to fractions of an ounce. Sights have micro. adjustments and are detachable. Wgt. 3 lbs. Comes with a complete set of cleaning and adjusting tools, extra sights, oil can, in fitted, cushioned hardwood carrying case. Imported by Sarmco. .$395.00

**SIG 210 AUTOMATICS  8**
Available in 32 Auto or 9mm Luger, 8-shot 4¾'' bbl., 8½'' over-all, wgt. approx. 35 oz. Double pull trigger. Fixed notch rear and blade front sights. Grooved wooden grips. Thumb safety. Polished blue finish. Imported by Grieder. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$165.00
With checkered hard rubber grips and matte finish. . . . . . . . . . . 162.00
In 22 LR. Blued finish, wood grips. . . . . . . . . . . . . . . . . . . . . . . . . . . 185.00

Combination unit, available with all components necessary to switch from cals. 22, 32 and 9mm. With one basic frame assembly. Same features as the M210. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$290.00

**SIG 210 TARGET AUTOMATICS  (not illus.)**
Same as the M210 except: 32 and 9mm only. 6'' bbl., adj. target trigger, micro. rear sight adj. for w. and e.; adj. front sight. Hard rubber grips and matte finish. Wgt. 38½ oz., 9½'' over-all. . . . . . . . . . . . . . . . .$220.00
Same, with all 210 Target features, but with std. 4¾'' bbl. . . . . 195.00



Compendium_Klarevas
Page 147



**STAR MODEL F AUTO PISTOL  1**

All feature quick takedown, thumb rest grips, checkered backstrap, and crisp trigger pull. Fixed sights. 10-shot magazine, extra mag. and rod furnished at prices shown. F.I., importers. Standard, 4¼″ bbl. 24½ oz.
Blued ........................................................$41.15
Chromed ............$49.50       Chromed engr. ..........  59.50
Star Sport, same as the ''F'' except: 6″ bbl., 27 oz., adj. sights.
Blued .................$41.15       Chromed ...............  49.50

**STAR Lancer, Starfire and Starlet AUTOMATICS  2**

Light, alloy auto pistols, all with external hammers, and furnished with extra clips.
Starfire, cal. 380, 6-shot clip, 3⅛″ bbl. Wgt., 14½ oz., over-all 5½″.
.......................................................... $54.00
Starlet, cal. 25, 8-shot clip, 2⅜″ bbl. Wgt., 10½ oz., over-all 4¾″.  44.00
Lancer, cal. 22 LR, 7-shot clip, 3″ bbl. Wgt. 14½ oz; over-all 5½″.  41.15

**STAR MODEL S and SI  3**

Made in 32 or 380 cal. Barrel length 4″, weight about 22 oz. Thumb rest style grips are standard. Locked breech type; thumb and half-cock safeties fitted. Firearms International, importer. Price...............$53.50

**STAR MODEL A SUPER —38 Super, 9mm, 45 ACP  4**

Official pistol of the Spanish Army, the Model A has fixed, luminous easy pointing sights, loaded chamber indicator. Checkered backstrap and walnut grips. Fast takedown. From F.I. Price, blue...................... $67.50

**UNIQUE AUTOMATIC PISTOLS  5**

All have thumb- and magazine safeties as well a half-cock position on the exposed hammer. Corsair has thumbrest checkered plastic grips, adj. sights, 4″ or 6″ bbl., 9⅛″ over-all, wgt. 26 oz. 10-shot. Cal. 22 LR. Price, blued. .............................................$45.00
Model-L, same as the Corsair except: without thumbrest grips, 3¼″ bbl., 5¾″ over-all, 21½ oz.
Blued ...................$41.19   Blued alloy .............$42.00
Mikros, same as the Corsair except: smooth grips, 2¼″ bbl., 4½″ over-all, 12 oz. Steel or alloy frame. 6-shot. Cal. 22 S or 25 Auto. Blued. . .$32.00

**WALTHER MODEL PP PISTOLS  6**

A line of pocket auto pistols that feature an exposed hammer, double or single action. Indicator pin shows if chamber is loaded.

| | 32 Auto | 380 Auto | 22 LR |
|---|---|---|---|
| Caliber | | | |
| Barrel length | 3⅞″ | 3⅞″ | 3⅞″ |
| Magazine capacity | 8 | 7 | 8 |
| Length over-all | 6⅚₆″ | 6⅚₆″ | 6⅚₆″ |
| Weight | 23 oz. | 23 oz. | 23 oz. |
| Price, blue. | $74.50 | $74.50 | $79.50 |

**WALTHER MODEL PPK  (not illus.)**

Similar in specifications to the Model PP but with shorter barrel and slide, and shorter grip. A lightweight model with duraluminum frame is also available. Interarmco, Alexandria, Va.
Price, regular model, 380 & 32, blue.......................$74.50
Price, regular model, 22 LR, blue............................. 79.50
Price, LIGHTWEIGHT, 32, blue................................ 79.50
Price, LIGHTWEIGHT, 22 LR, blue............................ 84.50

**WALTHER P-38 Automatic PISTOL  7**

This commercial model, made in W. Germany, is made of lightweight alloys, in black matte finish. Weight 27½ oz., 8⅞₆″ over-all; 4¹⁵⁄₁₆″barrel. Features include: unique safety which locks the firing pin, blocks the action and drops the hammer; signal pin indicating when chamber is loaded; single-double action and external hammer. 8-shot magazine (two furnished), checkered plastic grips and lanyard swivel are standard. Interarmco, Alexandria, Va., sole importers.....................$99.50
Presentation case is $8.75 extra.

**WALTHER SPORT MODEL PISTOLS  8**

Basically similar to the Model PP in 22 LR, this pistol offers the advantages of a longer barrel (6″or 7⅞″), click rear sight, thumb rest grips and extension magazine. Interarmco, Alexandria, Va., sole importer......$89.50

**WALTHER RAPID FIRE MATCH PISTOL  9**

A newly designed pistol, complying with the International Rules. 22 Short caliber only; 5-shot magazine. Features include simple barrel take-down; bolt held open after last shot. Weight, about 41 oz., 13″ over-all. Supplied with spare magazine, barrel weight, cleaning rod and brush and Allen wrench. Interarmco, Alexandria, Va., sole importer................$189.50

Compendium_Klarevas
Page 148

# FOREIGN GUNS

**ASTRA CADIX REVOLVERS    1**

Double action revolvers with an adj. grip; shrouded ejector rod; one piece checkered stocks and adj. rear sights. Made in 22 S or LR (9 shots) or 38 Spec. (5 shots) with 2" (fixed sights and walnut stocks in 38), 4" or 6" bbl. Wgt. about 25 oz. (4" bbl.). Blue finish. F.I., importer.....**$55.00**

**ATLAS 38 DERRINGER    2**

An over-under derringer chambered for 38 Special cartridges, it features a case hardened frame, high polish blue finished barrels and checkered plastic grips. The entire gun is made of English Vickers steel. Weight 14½ oz., 4¾" over-all . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$38.00**

**DAKOTA REVOLVERS    3**

These single action revolvers feature case hardened receivers; brass trigger guard and backstrap; fixed sights; floating firing pin and one-piece smooth walnut grips. 4⅝", 5½" or 7½" barrels ($6.00 extra for 7½") in 357 Magnum or 45 Colt caliber. Imported by Intercontinental Arms. Blue finish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$79.95**

Also available in 44 Magnum caliber with 7½" bbl. and Flat-top frame as **Super Dakota** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$89.95**

**LLAMA REVOLVERS    4**

All have a high-polish blue finish, matted top surfaces, wide hammer spur and checkered walnut grips. Square notch rear and ramp post front sights. Cals. 22 LR, 32 S&W (2" or 3½" bbl., wgt. 17½ oz. in 2") and 38 Spec. (2" or 4" bbl., wgt. 27 oz. in 2"), 6-shot.

22 and 32 cal.........**$60.00**       38 Cal.................**$62.50**

Also as a match revolver in 22 cal. with 6" bbl. Micro. rear sight adj. for w. and e. Wide, grooved trigger and hammer. Oversize checkered walnut grips. Wgt. 26 oz.....................................**$64.00**



3

**MAVERICK DERRINGER    5**

Designed specifically for modern ammunition, this over-under pistol is larger than the original Remington O-U, and features individual firing pins. Chambered for either the 357 Magnum or 45 Colt cartridge, it is 5⅝" over-all with 3¼" barrels, and weighs 20 oz. Smooth walnut stocks. The frame is case hardened, and the barrels are blued. Imported by Inter-continental Arms.....................................**$49.95**

**NAVY ARMS DERRINGER    6**

A shooting replica of the Sharps 4-barrel pistol. Polished brass frame; 2⅜" blued steel barrels; black plastic grips with carved design; spur trigger. Barrels move forward for loading, firing pin rotates to the 4 barrel positions. Chambered for 22 Short only. Weight 10 oz., 5" over-all..**$34.95**

Also available in presentation walnut case at **$39.95**. Engraving extra; **$10, $20, $30,** depending on style.

Also available in 22 RF magnum with 3⅛" bbl. in a wood grained presentation case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$34.95**

Both derringers supplied with quick-draw leather holsters free.

**RENEGADE PERCUSSION PISTOL    7**

A double barreled pistol, rifled, in 36 or 44 caliber, for black powder only. 8¼" blue finished barrels; case hardened frame. Side plates, hammers, brass trigger guard and brass butt cap are attractively engraved. Weight, about 31 oz. Imported by Intercontinental Arms.........**$39.95**

**SCHULTZ & LARSEN FREE PISTOL** (not illus.)

22 LR, single shot. Walnut 5-finger grip stock with adj. support. Adj. trigger can be moved on its base to correct for finger length. 14" sight radius. Rear sight adj. for w. and e. Front post on ramp. 11" round bbl. 15" over-all; wgt. approx. 3 lbs. Blued. Norma-Precision, importer..**$255.00**



1

2



5



4

6



7

*265*







**CENTENNIAL NEW MODEL 44 ARMY   1**

Exact replica of the famous 1860 Army revolver. Caliber .44, using .451 round ball, BLACK POWDER and caps. 8" round barrel, walnut stocks, blue finish with case hardened frame. Weight 44 oz. Price...........$89.95

Also available as "Civilian Army" with silver plated back strap, varnished stocks and engraved Navy scene cylinder. Price...................$99.50

Also available as "Fluted, Stocked Army" with fluted cylinder, 7½" barrel and exact replica detachable shoulder stock. Price..........$144.50

**NAVY ARMS NEW MODEL ARMY REVOLVER   2**

A replica of the Remington 44 caliber percussion revolver. 8" octagon barrel; brass trigger guard; two-piece walnut grips. Weight 46 oz., 13¾" over-all. Blued ..........................................................$89.95

Also available in 36 caliber with 7⅜" barrel................... 89.95

Engraving extra; $25, 35, $50, depending on style.

**NAVY ARMS "REB" AND "YANK"**   (not illus.)

The "Yank" is a replica of the Colt 1851 Navy revolver. Caliber 36, percussion. 7½" octagon barrel; case hardened frame and loading lever; silver plated backstrap and trigger guard.........................$89.95

The "Reb" reproduces the Confederate Griswold & Grier revolver. Same action as the "Yank," except with round barrel and brass frame....$89.95

Also available as Pocket Army with 4" barrel on regular or "Civilian" frame. Short brass loading plunger in place of regular loading lever. Special order only ...............................................$89.95

**NAVY ARMS ARMY MODEL 60   3**

A new percussion 44 Army revolver with a polished brass frame, rifled steel bbl. finished in a high luster blue with walnut grips. Cal. 44. .$39.95

**NAVY ARMS 1861 NAVY REVOLVER   4**

A replica of the Colt 1861 Navy, 36 caliber percussion revolver. 7½" blued steel barrel; case hardened frame; brass back strap and trigger guard; one-piece walnut grips. Weight 41 oz., 13" over-all.......$79.95

Also available in presentation walnut case with powder flask, bullet mould and capper at $125. Engraving extra; $25, $35, $50, depending on style.

**REPLICA ARMS WALKER   (not illus.)**

An authentic replica of the big Walker Colt, this gun weighs about 4½ lbs., and measures over 14½" over-all. Case-hardened frame, hammer and lever; brass trigger guard. Cylinder has rolled scene. 44 caliber, for black powder only.......................................$119.95

Matching Walker powder flask............................. 19.95

**TEXAS PATERSON REPLICA of 1836   5**

Cal. 36, designed for round ball only. Made with 7", 9" or 12" bbls. 17" over-all with 12" bbl. Folding trigger; smooth walnut grips. Case-hardened frame and hammer. Notch in hammer is rear sight, brass blade post front. 5-shot. Dark blue finish. Etched cyl. scene. From Replica Arms. ....................................................$99.50

Bullet mould $11.50, combination tool...................... 8.00

**BABY DRAGOON REPLICA of 1848   (not illus.)**

Cal. 31, 5-shot. 6" octagon bbl., 10⅜" over-all, wgt. 25 oz. Case-hardened frame. Square brass trigger guard and back strap. One-piece smooth walnut grips. Notched hammer rear and post front sights. Polished blue finish, etched cyl. Also available without loading lever. Imported by Replica Arms. .................................................$76.50

**CENTENNIAL FLINTLOCK PISTOL   6**

A replica of the British Cavalry weapon of the George III period. 69 caliber, smoothbore, for BLACK POWDER ONLY. Full length walnut finished stock, steel barrel (9") and lock, brass fittings. Lock is marked "TOWER" and GR under a crown. Weight about 3½ lbs., 15¼" over-all. .......................................................$29.95

Price, per pair ............................................ 55.00

**CENTENNIAL ARMS FLINTLOCK PISTOLS   7**

Replica of the Harpers Ferry, model 1805. 16" over-all, 10" bbl., 54 cal. rifled bore. Varnished wood, brass mountings. Casehardened lockplate marked with eagle, "U.S." and "Harpers Ferry 1807"...........$79.95

Also, Virginia model similar to the M1805 but with swivel ramrod and shorter grip. Marked "Virginia" and "Richmond 1812"..........$79.95

**KENTUCKIAN FLINTLOCK PISTOL   8**

A single shot flintlock pistol designed for black powder only. 9½" octagon barrel, caliber 44, rifled. Brass front and steel rear sights are dovetailed into barrel. Case hardened lock with engraved lockplate. Trigger guard, barrel cap, ramrod tip and ramrod holders are solid brass. Polished one-piece full-length stock of select walnut. Weight 40 oz.; 15½" over-all. Imported by Intercontinental Arms..............................$59.95

# Target Rifles

### BSA MARTINI-INTERNATIONAL MK III 22 RIFLE   1

Imported by Al Freeland, and manufactured by Birmingham Small Arms Co., this new MK III features the famous Martini action; new free floating barrel press-fitted into action and locked in place by two cross bolts. Available in left or right hand cheek-piece models, the loading port and sight base are also reversed for southpaw shooters. 29" barrel, weight 14½ lbs. Trigger adjustable from ½ to 3½ lb. pull. Dovetail base on action for tube sight mounting, regular bases on bbl. for scope mounts.

Price, without sights...................................$210.00
Also available with Parker-Hale, Freeland or Redfield International sights at extra cost.









### WALTHER KKS-D STANDARD 22 MATCH RIFLE  5

A bolt action single shot rifle with double locking lugs; wing safety on bolt; light trigger pull; 25.6" bbl. and 44" over-all. Walnut stock with checkered pistol grip and fixed sling attachment on fore-end. Globe front sight with patridge insert only; aperture rear sight adj. for w. & e. Wgt. 8½ lbs.; cal. 22 LR. Interarmco, importer. .....................$114.50

As the KKM Matchmaster; like the KKS-D except: adj. trigger pull. Checkered fore-end also; rubber butt with dove-tail bar; slide bar on fore-end with adj. sling attachment, two extra front sight inserts. Wgt. 10 lbs. ....................................................$119.50

As the KKM-11; same features as the KKM except: with adj. hook buttplate plus std. buttplate and adj. palm rest. Wgt. 12 lbs., 44½" over-all. .....................................................$139.50

As the KKM International; same as the KKM-11 except: 28" heavy tapered bbl. (heavier bbl. without taper available). Heavy walnut stock with thumbhole and adj. hand shelf. 8 sight inserts incl. Wgt. 15½ lbs. (with straight bbl. 17 lbs.), 46" over-all...........................$198.50

### FINNISH LION 22 MATCH RIFLE   2

This single shot a favorite in match competition. Barrel length is 29" with approx. 36" sight radius. Walnut cheekpiece stock with thumbhole pistol grip; adj. buttplate. Palm rest is detachable, adjustable. Micrometer peep rear sight with 3 discs; globe front wih 4 inserts. Trigger pull adj. from almost no weight to over 3 lbs. Cal. 22 LR. Wgt. 15 lbs. 4 oz., 47" over-all.' Firearms International, importer. .....................$240.00
With Redfield Olympic sights...........................238.00
With Redfield International sights.......................250.00
Without sights .....................................199.95
318.00
328.00
590.00

### HAMMERLI-TANNER MATCH RIFLE   3

Designed for 300 meter competition, this heavy (16¼ lbs.) single shot "free" rifle is available in most popular centerfire calibers. Barrel length 29½". Micrometer click rear sight has variable aperture and is adjustable for w. and e.; globe front sight has 4 inserts. Walnut thumbhole stock has adjustable palm rest and sling swivel; buttplate adjusts to any position. H. Grieder, importer...................................$590.00

### HAMMERLI 22 MATCH RIFLE   (not illus.)

Single shot rifle in 22 LR caliber for international competition. Action has heavy bolt and double locking lugs. Trigger adjustable from 6 to 48 oz. Micrometer peep sight with 8-aperture eyepiece. Walnut thumbhole stock has completely adjustable buttplate, palm rest and sling swivel. Barrel length 27½"; sight radius 33½". Weight about 15½ lbs. H. Grieder, importer. Model 503 ....................................... $318.00
Model 504, same, except 5-stage trigger................... 328.00



### SARMCO OLYMPIC MATCH TARGET RIFLE   (not illus.)

Bolt action center- and rimfire rifles, made to order only to insure meeting the latest Olympic and I.S.U. regulations. Delivery time, 4 mos. Double set trigger, adj. from ½-lb. to 3.3 lbs.; aperture rear sight adj. to 1/6 minute; detachable hooded front sight; rear peep with adj. base on front sight. Palm rest, buttplate, swivel, sling, stock angle, butt length are all adj. Russian walnut thumbhole stock, thumbrest pistol grip, cheekpiece, hook buttplate and detachable hooks. Complete set of tools, cleaning equipment and accessories (including extra sights) in fitted walnut case, contained with the rifle in a plush-lined carrying-storage case.
Strela, wgt. 15.2 lbs., 22LR cal. ....................$395.00
Zenith, wgt. 17.2 lbs., 7.62mm Russ. cal. ...................  550.00

### SCHULTZ & LARSEN 61 MATCH   4

22 rimfire single shot bolt action rifle meeting International Match requirements. Has a 28" free-floating bbl., a globe type front sight with removable inserts. Micro. peep rear sight with removable iris discs, adj. for w. and e. 32" sight radius. 2 adj. buttplates furnished for offhand and prone positions. Adj. palm rest. Walnut thumbhole stock with cheekpiece and adj. handrest. Full rail runs under the stock to adj. forward sling swivel, hand stop and palm rest. Choice of trigger systems: adj. "hairy" adj. double pull or slack trigger (4-14 oz.); or adj. double pull (3-4 lbs.). 48" over-all; wgt. approx. 14 lbs. Cal. 22 LR. Norma-Precision, importer. ........................................................$265.00

### SCHULTZ & LARSEN 62 MATCH   (not illus.)

Same as the S&L 61 except: for centerfire calibers. 4-lug bolt action, 27½" bbl., 33½" sight radius; 50" over-all; wgt. approx. 17 lbs. Cal. 6.5x55 Swedish or any other standard caliber.................$285.00
Extra trigger system.........................................  25.20

# Centerfire Rifles







**B.S.A "ROYAL MAJESTIC" RIFLES**

Available in 222, 243, 270, 308, and 30-06 calibers, each carrying the BESA Recoil Reducer, these weigh about 6¼ lbs.

B.S.A. rifles feature a fully adjustable trigger, a bolt head that encloses the cartridge and is in turn enclosed by the barrel extension, a gas-proof cocking piece, hinged floorplate, silent safety with cocking indicator, integral scope dovetails, and a checkered, walnut stock with cheekpiece and recoil pad. A BESA Range Adaptor, for subduing the side noise from the Recoil Reducer, is available. From Galef......................$169.75

**CONTINENTAL ARMS MAGNUM RIFLES**

Illust. is the Continental 458 Magnum with muzzle brake (detachable), showing opened hinged front sight hood. Also available in 375 H&H, 300, 8x68S, 416 Rigby, 505 Gibbs, 7mm Magnum, 338, 244 H&H, etc. Priced from $350.00.

**F.N. SUPREME RIFLE**

Available in 243, 270, 7mm, 308 and 30-06 calibers. 24″ chrome vanadium steel barrel (22″′ in 308). Checkered walnut pistol grip stock of French walnut. Streamlined bolt sleeve; 5-shot magazine; sliding side safety; hinged floorplate; adjustable trigger. Hooded ramp front and Tri-Range rear sights. Weight about 7¾ lbs., 44½″ over-all. Firearms International, importer ......................................$200.00

Supreme barreled action....... $110.00  Action only......... 68.95
264, 300 Win., 7mm Mag. .................................. 220.00
Supreme barreled action $130.00. Action only.............. 73.95

**HUSQVARNA LIGHTWEIGHT RIFLES**

Series 4100-HVA improved Mauser type rifle in 243, 270, 6mm (6.5x 55mm), 308, 30-06 with 20½″ bbl. Adj. open rear, hooded ramp front sight; receiver tapped for std. peep and scope sights. Walnut stock with cheekpiece, checkered grip and fore-end. Wgt. about 6½ lbs. Tradwinds Inc., importer. $145. Series 4000, same as S-4100, but has high, Monte Carlo stock with cheekpiece. $148. Series 3000, same as S-4100, but has 23¾″ bbl., Monte Carlo stock has Ebonite tip, grip-cap and buttplate. Wgt. 7¼ lbs. Cals. 243, 270, 6mm (6.5x55mm), 308, 30-06 and 7mm Mag. $154. Series 3100, same as S-3000, but with "Sporting" cheekpiece stock, $157.50. Series 456, same as S-4100 except with Mannlicher style stock of European walnut with cheekpiece. Cals. 243, 270, 308 and 30-06. $162. Series 458, same as S-456 except with Monte Carlo stock. $162. "Presentation," same as the S-3000, but with selected stock; all parts hand finished; engraved bolt handle, receiver rings and breech end of bbl., damascened bolt. Cals. 243, 270, 30-06 and 7mm Mag. $350.

**HUSQVARNA 358 MAGNUM**

Specifically designed for the new Norma 358 Magnum cartridge, this rifle features: 25½″ barrel (6 grooves, 12″ twist); checkered walnut stock with Monte Carlo comb and cheek-piece; hooded ramp front sight and 3-leaf folding rear; 3-shot magazine. Weight 7¾ lbs.

Price, Model 561..........................................$172.50

Also available in deluxe version with select walnut stock with ebony fore-end tip and recoil pad, adjustable trigger, and jeweled bolt and extractor as Model 562. Price......................................$210.00

*268*

# FOREIGN GUNS



**TRADEWINDS "HUSKY" RIFLE** 1

A new lightweight rifle using the famed Husqvarna HVA action. 21½" Swedish steel barrel with "hammer" process bore. Bead front and fixed rear sights. Italian walnut stock, hand checkered, with Monte Carlo comb; 1" sling swivels installed. Calibers: 243, 270, 7mm Rem. Mag., 30-06. Weight about 6½ lbs., 43" over-all..........................$129.95

**KRICO COMANCHE** 2

Bolt action custom-type rifle of Mauser design. Engine turned bolt with extra large lugs, recessed bolt face. Bolt handle extra low with high-gloss blue finish. Target-type trigger with short action, adj. for pull. Sliding tang safety at right rear of receiver. Tapped for all scope mounts. 4-shot detachable box magazine. 222 and 222 Mag. are without sights, 243 has hooded ramp front sight and detachable adj. rear peep. High comb, walnut stock checkered pistol grip and fore-end, swivels included. Stoeger, importer. 222 and 222 Mag. ................................$159.95
   243 Cal. .................................................  164.95

**MANNLICHER SCHOENAUER RIFLES AND CARBINES** 3

Made in carbine style with 20" bbl. (18½" in 6.5mm), wgt. about 7½ lbs. In rifle style with sporter stock and 22" bbl., wgt. 7½-8 lbs. Carbine comes in 243, 6.5mm, 257, 7mm, 270, 280, 30-06 and 308 cals.; rifle in 243, 270 and 30-06 only. Hooded ramp front sight and folding leaf rear. Dummy sideplate aids fitting scope mount; tapped for Steyr mount. 5-shot rotary magazine. Walnut stock with medium high Monte Carlo comb, checkered pistol grip (with  cap and white spacer) and fore-end; rifle has black fore-end tip with white spacer; sling swivels installed. Choice of single (adj.) or double set trigger. From Stoeger. ..............$198.00
   Magnum model rifles available in 6.5x68, 8x68S, 257 Weatherby, 264 Win., 338 Win. and 458 Win. ...............................$298.00

**MUSKETEER RIFLES** 4

Centerfire rifles using the FN Mauser Supreme action. American-made walnut stock has checkered pistol grip and fore-end with Monte Carlo cheekpiece; sling swivels included. 24" 12-groove bbl. has a "Williams Guide" open sight adj. for w. & e. Action is tapped for all scope mounts and rec. sights; adj. Sako trigger; sliding thumb safety; hinged floorplate. Wgt. 7½ lbs., 44½" over-all. Cals. 243, 270, 30-06, 308, (4-shot) and 264, 308 Norma, 300 Win. and 7mm magnums (3-shot) F. I., importer..$128.30
   Barreled actions ..........................................  87.50
   Also available as a carbine with full length Mannlicher style stock in cals. 30-06, 308 Norma Mag. and 300 Win. Mag. ...................$139.95

**PARKER-HALE MAUSER** 5

Imported by International Guns. This new Safari Super bolt action rifle features an adj. trigger; hinged floorplate magazine; hooded ramp front and folding middle sight; Parker "Roll-Off" mount blocks; sling swivels with sling and recoil pad. Monte Carlo stock with checkered pistol grip and fore-end. Contrasting color fore-end tip and pistol grip cap, both with white line spacers. 22" bbl. 42" over-all, wgt. 7½ lbs. Cal. 243, 270, 30-06, 308 Win. (5-shot) and 308 Norma Magnum (3-shot)......$149.95

**SAKO FORESTER** 6

Using the new Sako L579 medium-length action and a cold formed Swedish steel barrel (12-groove, 1-12" twist), these rifles are available in 243 and 308 calibers. Features include: integral, tapered-dovetail scope blocks; Sako adjustable trigger; hinged floorplate and Dual-Range rear sight (optional). The walnut stock has a high Monte Carlo comb, and is checkered at pistol grip and fore-end. Over-all, 42". Weight 6½ lbs. Firearms Int., importers. Less rear sight........................$164.95
   Heavy barrel model (8½ lbs.), 243 cal., less rear sight.......  $179.95
   L579 action only ..........................................   64.95
   Lightweight barreled action ...............................  104.95
   Heavy barreled action, 243 cal. only......................  111.95
   With Mannlicher (full length) stock........................  182.95
   Deluxe grade. Same extras as Sako Vixen Deluxe............  229.95

**SAUER COMBINATION GUNS  (Not illus.)**

A wide selection of drillings made by Sauer will be distributed in popular American cals. such as 12 ga. x 12 ga. x 243 or 30-06. Continental Arms, importer. Priced from $500.00.

# Rimfire   Rifles





### SAKO FINNBEAR

This new rifle features a completely redesigned long action with three locking lugs, bolt handle safety lug and recessed bolt face that fully encloses the cartridge head. Checkered walnut stock with Monte Carlo comb, recoil pad and sling swivels. Calibers: 264, 270, 30-06, 338, 300 H&H and 375 H&H.

Price ........................................................ **$182.95**

Also available in Deluxe grade with French walnut stock, deluxe skip-line checkering, contrasting grip cap and fore-end tip, engraved trigger guard and floorplate, recoil pad. Deep polished blue finish. Firearms International, importer ..................................... **$249.95**

### FIREARMS INTERNATIONAL COMBO

Consisting of F.I.'s Unique 22 LR Model L auto pistol and a rifle unit with stock, 18" rifle barrel (grooved for scope mount), sights and operating rod, the "Combo" is instantly converted from pistol into rifle. Conversion is made by removing the pistol barrel, and placing the pistol action, less barrel, into the rifle unit. Rifle is 34" over-all, and weighs about 2¼ lbs.

..................................................................... **$64.95**





### SAKO "FINNWOLF" RIFLE

Hammerless lever action rifle with a gear-operated, short-throw lever. Solid frame with side ejection; detachable 4-shot box magazine; cross-bolt safety behind trigger. One-piece walnut stock (13¾"x1½"x2⅞") with Monte Carlo cheekpiece, fluted comb, checkered pistol grip and fore-end; sling swivels, checkered plastic buttplate and pistol grip cap. 23" bbl. has bead front sight on hooded ramp; no rear sight. Mount blocks for 1" Tip-Off mounts. Wgt. about 7 lbs., 42¼" over-all. Cals. 243 and 308 **$195.95**

### HUSQVARNA M1622 22 BOLT ACTION

A 6-shot, clip-loading rifle for the 22 L.R., this new import has a 23¾" match grade barrel, Arctic beech stock, short-throw bolt with twin extractors and safety indicator. Sporting sights standard, receiver grooved for Tip-Off mts. Weight about 6½ lbs. Tradewinds, Imp. Price........ **$72.50**





### SAKO VIXEN RIFLE

Using the L-469, the shortest of the Sako actions, and a cold-formed 12-groove barrel, this rifle features a sliding thumb safety; adjustable trigger and hinged floorplate. Checkered walnut stock with Monte Carlo comb; 5-shot magazine; integral scope dovetail. Three styles: Sporter, 23½" bbl.; Mannlicher, 20" bbl. and Heavy Barrel, 23½" heavyweight bbl., no front sight. Calibers: Rem. 222 and 222 Magnum. Firearms International, importer.

| | |
|---|---|
| Sporter, weight 6½ lbs., 43⅜" over-all | **$159.95** |
| Mannlicher, weight 6½ lbs., 40" over-all | 171.95 |
| Heavy Barrel, weight 8½ lbs., 43⅜" over-all | 167.95 |
| Sako adjustable trigger, for all Mauser actions, No. 4 improved model with thumb safety | **$12.50** |
| Sako 222 benchrest single shot action | 52.00 |

Also available in Deluxe grade with French walnut stock, deluxe skip-line checkering, contrasting grip cap and fore-end tip, engraved trigger guard and floor plate; recoil pad. Calibers, 222 Rem. and 222 Mag. only.

Price........................................................ **$214.95**

### SARMCO MODEL TZ-17

5-shot bolt action hunting carbine in 22 LR. Walnut half-pistol grip stock, adj. trigger pull, blade front sight, open tangent adj. rear. Wgt. 5.9 lbs. Sarmco, importer. ......................................... **$70.00**



### STEYR CUSTOM CARBINE   (not illus.)

A bolt action rimfire repeater with detachable 5-shot clip magazine; safety on bolt with indicator; action is hand honed and grooved for Tip-Off mount. Double stage adj. trigger. adj. for pull. Open rear sight set, hooded ramp front with silver bead. Walnut full length stock with checkered pistol grip and fore-end; sling swivels. Wgt. 5¾ lbs., 38½" over-all. Cal. 22 S, L & LR. Stoeger, importer. ..................... **$124.00**

With double set trigger.................................. 136.00





### SCHULTZ & LARSEN 65 DL

A 4-lug bolt action rifle with tubular receiver, 23" bbl., adj. trigger; thumb safety; hinged floorplate. Walnut Monte Carlo stock (13½" pull) with checkered pistol grip and fore-end; white line recoil pad and grip cap; 1" swivels. 44½" over-all, 7½ lbs. Without sights. Cal. 7x61 (4-shot), 308 and 358 Norma Magnum (3-shot). Standard calibers available on order. Norma-Precision, importer. ........................ **$245.00**

### WALTHER KKJ-22 SPORTER

A bolt action sporting rifle chambered for the 22 LR cartridge. 22" round barrel; 5-shot detachable clip magazine; open rear sight adjustable for w. and e. and bead front sight. Checkered walnut pistol grip stock. Double set triggers $10 extra. Cross-bolt safety, receiver grooved for Tip-Off mounts. Interarmco, Alexandria, Va., sole importers........ **$124.50**

22 Hornet or 22 RF Magnum calibers....................... 134.50

Compendium_Klarevas
Page 154

# FOREIGN GUNS

**ATLAS 12 GAUGE TRAP GUN   1**
   Featuring a Vickers steel barrel (choice of 30″ or 32″) with chrome plated bore and full length vent. rib; checkered walnut pistol grip stock and beavertail fore-end; recoil pad; engraved action and auto. ejector, this fine new single barrel Trap gun weighs only about 8 lbs. and sells for only $315.00. With custom engraving, gold trigger and gold inlay lettering the price is **$359.00.**

**ATLAS "INSUPERABLE" 101 SINGLE BARREL   2**
   In 12, 16, 20 or 410 ga. with 26″ (Imp. Cyl.) 28″ (Mod.) or 30″ (Full) choke, vent. rib barrel. Features folding action with release in front of trigger guard; engraved action; crossbolt safety in guard; checkered pistol-or straight grip walnut stock with beavertail fore-end. Wgt. 4½ to 5 lbs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.50**

**BERETTA   FOLDING SHOTGUN   3**
   Called the "Companion," this new import is made in 12, 16, 20, 28, and 410 gauges, 28″ or 30″ full choke bbls.; stock has checkered walnut grip and fore-end, the latter permanently attached. Barrel release is ahead of trigger guard, the barrel itself made in Beretta Mono-Bloc construction. Cocks on opening; crossbolt safety in trigger guard. Wgt. from 4½ lbs. (410) to 5½ lbs. (12 ga.) Galef, importer . . . . . . . . . . . . . . . . . . . . . . . **$49.95**

**DAKIN "BIRDBUSTER" TRAP GUN   4**
   Featuring a walnut Monte Carlo stock with checkered pistol grip and beavertail fore-end fitted with a Pachmayr recoil pad (14¼″x1⅝″x1½″x 2¼″), 32″ Full choke bbl. Auto. ejector, crisp trigger pull, fast lock time, tapered vent. rib. Has color case-hardened action with scroll engraving.
**$189.50**

# Single Barrel  Shotguns



**MERCURY MAGNUM S.B. SHOTGUNS   5**
   Tradewinds imports this Spanish 10 ga., 3½-chambered single with a 32″ Full choke bbl. Has visible hammer and takedown action. Walnut, checkered pistol grip stock and fore-end (14″x1⅝″x2¼″) has recoil pad installed. Wgt. 7 lbs., 49″ over-all . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95**
   Same except 12 ga. (36″ bbl., Full, 3″, 6½ lbs.) or 20 ga. (32″ bbl., Full, 3″ 6 lbs.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$39.95**

**SIMMONS TRAP GUN   6**
   12 ga. (2¾″) single with a 32″ (Full) vent. rib bbl. Case hardened receiver, hammerless action with a spring-loaded bushed firing pin and auto-ejector. Walnut checkered pistol grip and beavertail fore-end Monte Carlo stock (14¼″x1½″x1½″x2¼″) has a Pachmayr recoil pad. Wgt. 8½ lbs. Simmons, importer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.50**
De luxe engraved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.50**

**ZABALA FOLDING SHOTGUN   7**
   Casa Parker is importing the "Noc-A-Bot," a folding double barrel Spanish shotgun in 410 gauge. Made by Zabala Hermanos, it features a checkered walnut semi-pistol grip stock and fore-end; 28″ (Mod. & Full) barrels; exposed hammers and a case hardened frame. Weight about 4½ lbs., price is **$59.50** ppd.
   A new company, Casa Parker has made arrangements with Belgian and Spanish manufacturers which will enable them to order a wide variety of shotguns, most with stock and barrels to customer's specifications.

**ZEPHYR HONKER   8**
   The Zephyr Honker, a 36″ single barreled 10 gauge Magnum that weighs about 10½ lbs., is also offered with a selected Spanish walnut stock and beavertail fore-end, nicely checkered, a lightly engraved action, and auto ejector. Ventilated rib and recoil pad are standard. Stoeger, importer.
   Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$125.00**

Compendium_Klarevas
Page 155

# Double Barrel Shotguns

**A&F KNOCKABOUT DOUBLES   1**

These guns represent three years of searching by Abercrombie & Fitch for quality guns that could be sold at popular prices. They are made in Italy to A&F's specifications. ● The Knockabout is a side-by-side, in 12 (26″ or 28″ bbls.), 20, 28 or 410, the last three in 26″. All gauges have double triggers, plain extractors, color case-hardened action and checkered walnut pistol grip stock and fore-end. Weighs about 6½ lbs. (12 ga.); 5½ lbs. (20 ga.); 5¼ lbs. (28, 410). 12 or 20 ga. priced at **$150**. 28 and 410 are **$17.50** higher. ● The Mark II is similar to the Mark I, but has vent. rib, auto. ejectors and a beavertail fore-end. 12 and 20 gauge, price **$249.50** ● The Mark III is a 12, 20 or 28 ga. over-under with single trigger, vent. rib, engraved action with antique silver finish and checkered walnut pistol grip stock and fore-end. 26″ and 28″ barrels only, with choice of choke. Weight, 6¾ lbs. (12 ga.); 5½ lbs. (20 ga.). Price, **$248.50**.

**A&F FINEST QUALITY SHOTGUNS   2**

Abercrombie & Fitch import the famous Purdey, Holland & Holland, Boss and Westley Richards shotguns. All are custom-made and hand-finished, and while A&F carries a few models in stock, guns ordered with custom specifications usually require 1 to 2 years for delivery. All have full side locks, single or double triggers and automatic ejectors. Westley Richards side-by-side doubles start at **$900.**, the others at **$2800.**; over-under models start at **$3400**.

**A&F ZANOTTI 3**

A custom made side-by-side double in 12 ga. (26″ Mod. & Imp. Cyl. or 28″ Mod. & Full) 20 and 28 ga. (26″ Mod. & Imp. Cyl.). 12 ga. has semi-pistol grip walnut stock and beavertail fore-end; 20 and 28 ga. have straight grip and slim fore-end. All have single non-selective triggers and gold stock inlay for initials, etc. Abercrombie & Fitch, importer.

12 or 20 gauge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$675.00**
28 gauge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **750.00**

**ATLAS 200 DOUBLE   4**

12, 16 and 20 ga., 26″ (Imp. Cyl. and Mod.), or 28″ (Mod. and Full), bbls. Engraved sideplates. English Vickers steel bbls. with chrome-plated bores. Anson & Deeley type action with Purdey or Greener style locks. Walnut stock with checkered semi-pistol grip and beavertail fore-end. Wgt. approx. 6¾ lbs. Double trigger **$160.00**. M204 With single trigger **$180.00**. M206 With single trigger $ auto, ejector **$220.00**. M200 Same as M200 except 28 ad 410 (3″) 26″ (Mod. & Full bbls. **$155.00**. M208 Same as M200 except 12 and 20 gauge (3″) magnum .28″ or 30″ (Mod. & Full or F & F) **$165.00**. M210 With single trigger **$185.00**. M212 With single trigger, auto. ejectors **$200.00**. M208B 20 (3″) 26″ (Imp. Cyl. & Mod.) or 28″ (Mod. & Full) choke bbls. **$160.00**.

**BERETTA SILVER HAWK DOUBLE   5**

Features Monobloc bbls. made from Ausonia chrome-moly alloy steel with high matted rib. Action is a crossbolt, triple locking, Anson & Deeley system in a satin chrome finish, (engraved). Automatic safety, 2 triggers. Italian walnut stock (14″x1⁹⁄₁₆″x2½″) 2¼″ pitch, with hand-checkered pistol grip and fore-end. 12 ga., 26″ (Imp. Cyl. & Mod.), 28″ or 30″ Mod. & Full) bbls. Wgt. 7½ lbs. (30″). Galef, importer. . . . . . . . . . **$186.95**

**CONTINENTAL ARMS DOUBLE SHOTGUNS   7**

The Centaure is a plain but sturdy double gun in 12 ga., with 30″ Full and Mod. bbls., double triggers and a walnut, checkered pistol grip stock and beavertail fore-end. **$125.** ● The Supra De Luxe Model 5 (illus.) is made in 12, 16, 20, 28 and 410 (3″) plus 10 ga. (3½″) and 12 ga. (3″) magnums. It has a boxlock action; treble Greener type bolting; silver finished engraved frame. 26″-28″-30″ vent. rib bbls. (10 ga. 32″) with front and rear ivory beads. Selective ejectors, single trigger (magnums have double triggers). Walnut, checkered pistol grip stock and beavertail fore-end (14″x1⁹⁄₁₆″x2½″) with silver name plate. Trap model (14½″x1¾″x1⅞″) has rubber recoil pad. All std. chokes including Skt. 1 & 2. Wgt. 7½ lbs. (12 ga. Field), 6½ lbs. (20 ga.) and 5¾ lbs. (410) **$325.** ● The Magnum Wildfowl guns feature the Model 1 in 10 ga. (3½″) or 12 ga. (3″) with plain extractors, beavertail fore-end, double triggers; walnut checkered pistol grip stock with recoil pad. **$295.** ● Model 40, like the Model 1 but a boxlock with treble grip, double underlugs and Greener crossbolt; 10 ga. (3½″) mag. only with 32″ Full & Full bbls.; auto ejectors; scroll engraving. **$495.** ● Model 62 "Best Make" doubles are similar to the Model 5's but have hand fitted Anson-Deeley type actions and selective single triggers; 10 ga. not available. **$525.** ● The custom made Imperial sidelock double is **$2,600.** ● The Sauer standard model in usual gauges and bbl. lengths and choking. **$189.50.** With beavertail fore-end and auto-ejectors, slighty more.

---

Continental Over-Unders are the Imperial Crown models in Skeet or Field grade, made in 12, 16, 20, 28 and 410 gauge; the Trap in 12 ga. and the Wildfowl in 10 (3½″ mag.) and 12 (3″ mag.) ga. Anson-Deeley type action with treble grip and double locking crossbolt. Selective auto ejectors and trigger. 32-line checkered walnut stock and fore-end with silver inlaid crest plate. Recoil pad on the Trap model. Non-auto safety. vent. rib with ivory double beads. Frame and trigger guard elaborately hand engraved with birds, dogs and scrollwork; breech deep hand carved. Wgt. 12 ga. Trap 8 lbs., 28 ga. Skeet, 6 lbs. Entire gun is handmade and fitted , $975 or built to order to individual specifications, $1,580 to $2,800. Also, a lesser model of the Imperial is available, machine-made but hand-fitted to std. field chokes and gauges as the Royal Crown at $650.



**CHARLES DALY "500" DOUBLE    (Not illus.)**

12 ga., 2¾″ (3″ in 30″ Full & Full) or 20 ga. (3″) chambers, 26″ (Imp. Cyl. & Mod.), 28″ (Mod. & Full) and 30″ (Full & Full) bbls. with tapered, solid raised rib. Boxlock action, double locking lugs and triggers; auto safety. Blued receiver is engraved. Walnut, checkered pistol grip stock and beavertail fore-end; recoil pad on magnum model. Wgt., 12 ga. 7 lbs., 20 ga. 6¼ lbs. in 28″ bbls. Crockett Daniels, importer. **$129.95.** Vent. rib available on all models at $30.00 more.

**DARNE DOUBLE BARREL SHOTGUN   6**

A unique action system whose protruding double "ears" become a lever which, when pulled rearward, slides the entire breechblock back, exposing the chambers for loading. All models have raised ribs. French walnut checkered pistol grip and fore-end stocks, (14¼″x1⅝″x2½″) double triggers and selective auto-ejectors. Stoeger, importer. Bird Hunter in 12 or 20 ga., 25½″ bbls. (Imp. Cyl. & Mod.). Wgt. approx. 6¼ lbs. (12) — 5¾ lbs. (20)...**$187** ● Pheasant Hunter De Luxe. Same as the Hunter except: 12 ga. 28″ (Mod. & Full), fancy wood and engraving, **$279.50** ● Quail Hunter Supreme. Same as the Deluxe but in 20 or 28 ga. only 25½″ (Imp. Cyl. & Mod.) bbls. Elaborate hand engraved action, hard-chromed bbls., carrying strap and swivels. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$358**.

Compendium_Klarevas
Page 156

# FOREIGN GUNS





## ELDORADO SHOTGUNS 1

Hy-Score Arms Corp., Brooklyn 1, N. Y., importers of Hy-Score pellet rifles and pistols, as well as Eley (British) shotshells and 22 rimfire ammunition, are now bringing in a nice example of double gun manufacture. This is a Spanish-made gun with A&D boxlock action, German steel barrels, and a stock and beavertail fore-end, checkered, of French walnut. Made in 12, 16 and 20 gauges, all with 28-inch barrels, bored modified and full, the price is .................................................................. **$108.00**

## MANUFRANCE ROBUST SHOTGUN 2

A side-by-side double of modern design, the Robust features a mono-block breech construction (machined from one piece of nickel chrome steel), drilled and slipped over the barrels. The selective ejector is simple and rugged, using coil springs. Hand-checkered semi-pistol grip stock 13½"x1"x 1¼" and beavertail fore-end. 12 gauge only; 26" Imp. Cyl. & Mod.), 28" (Full & Full or Mod. & Full) or 30", 3" chambers, (Full & Full). Barrels chrome-lined, action case hardened. Firearms International, importer. Price ...................................................................... **$285.00**

## MATADOR II DOUBLES 3

An improved version of F.I.'s popular side-by-side. Available in 12 ga. (2¾" chamber) and 20 ga. (3" chamber) only with 26" (Imp. Cyl. & Mod.), 28" (Mod. & Full) or 30" (Mod. & Full) ● 202 is the Walnut stock with checkered pistol grip and beavertail fore-end. Has double underlocks; bushed floating firing pins; color case-hardened receiver; selective auto. ejectors and single trigger; auto. safety. Wgt. 7¼ lbs. in 12 ga., 6½ lbs. in 20 ga. 44½" over-all (28" bbls.) ..... **$ N. A.**

## MERCURY MAGNUM DOUBLES 4

10 ga. (3½"), 12 or 20 ga. (3") magnum chambering. 12 and 20 ga. have 26" (Imp. Cyl. & Mod.) or 28" (Mod. & Full) brazed rib bbls. (10 ga. in 32" Full & Full). Triple-lock Anson & Deeley type action with double triggers; auto safety, non-auto extractors; safety gas ports; engraved frame. Walnut, checkered pistol grip stock and beavertail fore-end; (14"x1⅜"x2¼") with recoil pad. Wgt. 12 ga., 7¼ lbs., 20 ga., 6½ lbs. with 28" bbls., 45" over-all. .................................... **$129.95** 10 ga., wgt. 10⅛ lbs., 49" over-all. ........................... **$149.95**

## RICHLAND ARMS SHOTGUNS 5

Richland imports a variety of Spanish and Italian shotguns. The 200 is a demiblock side-by-side double with auto. safety, two triggers, long beavertail fore-end, walnut pistol grip stock with cheekpiece and recoil pad. 12, 16, 20, 28 or 410 ga., 2¾" chambers (20 ga. has 3" chambers). 28" (Mod. & Full) or 26" (Imp. & Mod. Cyl. bbls. **$129.50** ● 202 is the 200 with an extra set of 12 or 20 ga. 22" (Imp. Cyl. & Mod.) bbls., **$179.50** ● 711 is a long range double in 3½"-10/32"/F&F, **$149.50** or 3"-12/32"/F&F, **$139.50** ● 750 is a 3½"-10/32"/F&F single bbl., **$79.50** ● 801 is a De Luxe over-under with single selective trigger, auto. ejectors and vent. rib in 12/28"/M&F Field, **$425** ● 12/30"/F&F, Trap and 12/26"/S&S, Skeet are **$465** ● 808 is a lightweight over-under with single trigger and vent. rib in 12/28" M&F or 26/IC&M, **$199.50** The 707 is a lightweight (6½ lbs.) 20 Magnum double with newly de-signed fronting cones, chokes and barrel diameter for 80%-85% patterns with 4's. 26", 28" or 30" bbls., wgt., 6½ lbs. Checkered walnut pistol grip stock and beavertail fore-end; recoil pad. Also as standard 12 bore double with 26" or 28" bbls. Either ................................. **$150.50**

## SANDERSON SHOTGUNS 6

Illustrated is the Classic Bird Gun, a lightweight double in choice of 28 gauge (4½ lbs.) to 12 gauge (6 lbs.); standard 2¾" or 2" chambers with barrels from 25" up. The walnut stock has a straight grip and classic fore-end. Features include auto ejectors, hinged front trigger and engraved action. Price, from **$375**. 2" and 2½ shells are available from Sanderson.

Belgian-made Neumann shotguns imported by Sanderson include the 10 gauge Magnum double from **$295**; 12, 20 and 410 3" doubles from **$209.50**; and 20 gauge bird guns from **$169.50**.

Sanderson also imports a line of Spanish-made guns including a 10-Mag. double at **$149.50**, a single barrel 10-Mag. at **$53.95** and 12 and 20 ga. 3" doubles at **$129.50**.

## SARMCO MODEL Izh-54 DOUBLE 7

A hand-finished side-by-side double shotgun on a boxlock action. Action is case-hardened, and finely hand engraved. Circassian walnut stock, oil-rubbed, hand-checkered. Full pistol grip. 12 ga. only 29½" (Mod. & Full) checkered rib bbls. Wgt. 7½ lbs. ............................ **$210.00**

## SARMCO Izh-58 DOUBLE 8

Hand-shaped stock of select, fancy hardwood, oil finished. Half-pistol or straight grip, finely hand checkered. Triple lock action, engraved in scroll design, finished in deep blue. (Mod. & Full) chromed bbls., 26½" or 28½" Chambered for standard 2¾" shells. Available in 16 and 20 ga. only. Wgt. 6 lbs. 20 ga. 6½ lbs. 16 ga. ....................... **$155.00**

## SARMCO MODEL MTS-11 DOUBLE   (Not illus.)

Completely handmade side-by-side, in 12 ga. Gun is made completely to order, with delivery time between one and two years. Extra sets of bbls. available. These guns, said to be great examples of the gunmaker's art, range from $1200 to $3,000 with one set of barrels, price depending on the degree of ornateness, type of engraving, gold or silver inlay, etc.

## SIMMONS "QUAILS FARGO" DOUBLE 9

Imported by Simmons Gun Specialties, Inc. this upland birdshooter comes in 20 ga. (3" mag.) only with 24" (Imp. Cyl. & Mod.) Simmons vent. rib bbls. with "Glow-worm" front sight. Has a checkered walnut straight grip stock and beavertail fore-end. All blue single trigger action. 43" over-all, wgt. about 5 lbs. ....................................... **$175.00**

## ZEPHYR WOODLANDER DOUBLE 10

Precision bored and choked bbls. have flat-matted rib. Anson & Deeley type boxlock action with double underlugs. Gold plated double triggers. Moorish pattern engraving with game scenes. Spanish walnut stock with checkered pistol grip and fore-end (14½"x1½"x2⅜"). Automatic safety. Available in 12 or 20 ga. 26" (Imp. Cyl. & Mod.), 28" (Mod. & Full) or 12 ga. 30", 410 ga.25" (Mod. & Full) bbls. 6¼ lbs. to 7¼ lbs. Stoeger, importer. ....................................................... **$118.00**

Similar to the Woodlander except: Genuine sidelock action with double sears, and also available in 12 ga. 28" (Full & Full) 28 ga. 25" (Mod. & Full) bbls. ......................................................... **$138.00**

Available on special order (9-month delay) is the Pinehurst in 12, 16, 20 and 410 with choice of choke and bbl. lengths. Single trigger, auto-ejector **$158**. The Upland-King, same as the Pinehurst but fancier engraving and wood, **$218**. The Thunderbird in 12 or 20 ga. magnums, double triggers, 32" bbls., **$228**. With auto-ejectors ....................... **$298**.



**Over-Under Shotguns**

**ATLAS 87 OVER-UNDER · 1**

Available in 12, 16 and 20 ga., 26″ (Imp. Cyl. & Mod.) or 28″ (Imp. Cyl. & Mod., Mod. & Full). Rosette engraving on the side plates, Merkel type action. Checkered walnut stock and fore-end. Monoblock system, English Vickers steel, vent. rib bbls. with chrome-plated bores. Single trigger. Wgt. 6½ to 7 lbs. **$198.00. M65**—Same as the 87 except: 28 and 410 (3″) 26″ (Mod. & Full) bbls. Double triggers. Wgt. 6 to 6½ lbs. **$180.00. M95**—Same as the 87 except: 12 and 20 ga. (3″) Mag., 28″ (Mod. & Full) bbls. **$209.00.**

**BERETTA SILVER SNIPE OVER-UNDER   2**

Same general features as the Beretta Silver Hawk doubles. 12 or 20 ga. (2¾″ chambers); nickel steel receiver; non-slective single trigger; checkered pistol grip stock (14″x1⅑16″x2½″). 26″ (Imp. Cyl. & Mod.), 28″ or 30″ 12 ga. only (Mod. & Full) bbls. Wgt. 6¾-7 lbs. (12 ga.), under 6 lbs. in 20 ga. Galef, importer, **$185.95** ● 12 ga. 30″ or 20 ga. 28″ (Mod. & Full) 3″ (magnum) chambers...**$195.95** ● Skeet or Trap models with non-auto. safety, vent rib, recoil pad, **$239.95** ● (add **$53.80** for auto ejectors). 12 or 20 ga., 28″ (Mod. & Full) vent. rib models with extra pair of 26″ (Imp. Cyl. & Mod.) bbls. .....................**$315.95**

**CHARLES DALY OVER-UNDER — Field Grade.   3**

Imported by Crockett Daniels Corp. 12 ga., 2¾″ (3″ mag. in 30″ Full & Full) or 20. (3″) chambers. Boxlock action, scroll engraved; tapered under-locking lug. Firing pins quickly removable through breech face. 20 ga. receiver and action proportionately smaller. Auto safety(manual on Skeet models), combined with bbl. selector; auto ejectors. Single selective inertia type gold plated trigger. Checkered walnut semi-pistol grip stock and fore-end (14″x1½″x2½″). Recoil pad on magnum. Vent. rib bbls. with steel bead. 20 ga. in 26″ (Imp. Cyl. & Mod.) and 28″ (Mod. & Full). 12 ga. in 26″ & 28″ (Skt. & Skt., Imp. Cyl. & Mod., plus Mod. & Full in 28″ only), 30″ (Mod. & Full or Full & Full). Wgt. 12 ga. 7¼ lbs., 20 ga. 6⅛ lbs. in 28″ bbls. ...............................................**$255.00**

Superior Skeet. Same as the Field Grade except: figured walnut, full pistol grip stock with butt cap and grooved fore-end. 12 or 20 gauge; 26″ & 28″ bbls., Skeet and Skeet bored.......................**$295.00**
Superior Trap. Same as the Superior Skeet except: 12 ga. 30″, Mod. & Full, Imp. Mod. & Full or Full & Full. Manual safety. 12 ga. has std. trap stock (12⅜″x1⅜″x1¼″) or Monte Carlo (14⅜″x1½″x1½″x1½″) trap stock with recoil pad..........**$295.00**   With wide vent. rib .....**$335.00**

**FRANCHI "Aristocrat" Over & Under   4**

Italian-made, this shotgun features easy-cocking action, short, fast hammer fall. Walnut stock, checkered pistol grip and fore-end; dimension standard, but made to order within limits. 12 gauge only with vent. rib, single selective trigger and automatic ejectors. Field model has automatic safety. Field—26″ (Imp. Cyl. & Mod.), 28″ (Mod. & Full), or 30″ (Mod. & Full). Skeet—26″ (Skeet #1 & #2); Trap—30″ (Mod. & Full) bbls. Magnum—32″ (Full & Full). 3″ chambers. Stoeger, importer...............**$310.00**
With elaborate engraving and select stock, as the "Silver King".. **331.00**

**HEGE "PRESIDENT" OVER-UNDER GUNS   5**

Top bbl. in 12 ga.; under bbl. in 7x57, 7x57R, 6.5x57R, 308, 30-06, 222, and 222 Mag. Action has double bottom lugs, top bolt and high hinge; rifle bbl. has set-trigger. Walnut stock, 24 — line checkering on pistol grip and fore-end. Sling swivels. Scroll engraved action. Takes German claw type detachable scope mounts. Blade front sight, open rear adj. for w. & e. Wgt. 6½ to 7 lbs. (Extra bbls. available.) Benet Arms, importer. ...................................................**$325.00**
Same as the "President" but with choice of 12, 16 or 20 ga. (3″ chamber) top bbl. Stock has cheekpiece and is more elegantly checkered. (Extra 12-12 or 12-20 bbls. may be ordered.)..................**$345.00**

**KRIEGHOFF MODEL 32  6**

The Europa Corp. imports this Krieghoff over-under, a near-duplicate of the old Remington 32. A three-way safety (manual, auto or inoperative) and Bohler special steel bbls. are standard on all M32's. 12 gauge only, with selective single trigger, auto ejectors and a ventilated rib, the M32 is available as a skeet or field gun with 26½″ bbls. at **$400** or as a trap gun (30″ bbls.) at the same price ● Other bbl. lengths and chokes to order, as is a Monte Carlo stock. The San Remo grade, with fancier walnut and relief engraving is **$560** ● The Monte Carlo carries extra fancy wood, elaborate engraving and silver inlays, at **$830** ● The Crown Grade is like the Monte Carlo but has gold inlays, at **$985** ● Monte Carlo stocks are **$20.** extra in all grades. Extra fancy walnut stocks with specified comb heights are **$80** extra in the San Remo and Monte Carlo grades. Extra bbls. with standard borings..............................**$185.**

# FOREIGN GUNS





**SARMCO MTS-6 Custom OVER AND UNDER**

10, 12, 16 and 20 ga. Stocked in fine-grained select Circassian walnut. Beautifully engraved. Chambered for all standard 2¾'' and 3'' shells, in a full choice of chokes and bbl. lengths. International trap model also available in deluxe and premier grade. From **$575.00** for the deluxe grade, and **$750.00** for the premier grade, with one set of bbls. Extra bbls. offered, price depending on the grade of gun. Delivery time approx. 1 year.

**SARMCO MODEL MTS-9  (not illus.)**

Completely handmade over-under, 12-ga. only, entirely to your order, delivery time is 1-2 years. Prices begin at $1200—depend on ornamentation.

**VALMET OVER-UNDER**

Finnish-made shotgun, 12 ga. only, has single selective trigger but simple extractors. French walnut stock, checkered pistol grip and fore-end (13½''x1⅜''x2¼''). 26'' (Imp. Cyl. & Mod.), 28'' and 30'' (Mod. & Full) and 30'' (Full and Full) bbls. Wgt. approx. 7 lbs., 44½'' over-all (30''). Firearms International, importer. . . . . . . . . . . . . . . . . . . . . . . . . . . .**$189.95**

# Autoloading & Slide Action



**BREDA AUTOS**

Continentals fine Italian made Breda 12 and 20 ga. shotguns feature machined steel construction; 2¾'' (4-shot) or 3'' (3-shot) magnum chambering; nickel-chrome stainless steel interchangeable bbls. with hard chromed bores; complete takedown without tools; magazine cut-off; double oversize extractors; interchangeable R or LH lever safety; adjustable recoil brake for light or heavy loads. Walnut stock with checkered semi-pistol grip and beavertail fore-end (14''x2½''x1⅝''). Recoil pad on 12 ga. magnums. 20 ga. models have stock adjustable for pitch, drop and cast off. All Breda models can be equipped with the Breda "Quick Choke" system (at no extra charge); five different tubes in 12 ga., three in 20. One tube is supplied with each gun; extra tubes **$5** each. Also in 12 ga. (2¾'') only 26'' (Cyl., Imp. Cyl.), 28'' (Mod., Full) or 30'' Full choke bbls. 12 ga. 3'' mag. has QC bbl. 32'' Full choke tube. Wgt. 12 ga. Featherweight 6¾ lbs., Std. 7½ lbs., Mag. 8¼ lbs. 20 ga. 6 lbs., Mag. 6¾ lbs. Prices: Super-Grade, (2¾) plain bbl. **$169.50** (3'' mag.) **$179.50** ● De Luxe Grade, (2¾'') vent. rib, **$189.50** (3'' mag.) **$194.50** ● 12 ga. Trap Grade, 32'' vent. rib **$215.00** ● 12 ga. Featherweight 26'' bbl. **$179.50**.



**COSMI AUTOMATIC**

A custom-built gun in every detail, the Cosmi is of revolutionary design. Exclusive top-lever breaking facilitates loading and cleaning. Unique magazine in butt-stock improves balance, eliminates bulky fore-end as well as usual loading port and lever on breech bolt. Tang safety. Working parts hand polished for smooth, quiet operation. Receiver deeply relief-engraved. Richly figured walnut stock and fore-end are hand rubbed. Takes down like a double for storing or cleaning. Available in 12 or 20 ga. with 25¾'' **and 27¾'' vent. rib barrels, choke optional. Weight: 12 ga., 7 lbs. 15 oz. 20 ga., 6 lbs., 12 oz. From Abercrombie & Fitch.  $750.00 and $1000.00**

**FRANCHI AUTOMATIC SHOTGUNS**

Made in 12 and 20., 2¾'' chamber. These Stoeger imports have alloy receivers chrome-lined bbls., auto. cut-off, 4-shot cap., walnut checkered pistol grip and fore-end. Adj. friction piece sets recoil for std. or hi-vel. loads. Available in 24'' or 26'' (Imp. Cyl.), 28'' (Full or Mod.) or 30'' Full (12 ga. only). Wgt. 12 ga. 6¼ lbs., 20 ga. 5 lbs. Plain bbl. **$158** ● Vent. rib bbl. **$185** ● 3'' magnum models in 12 ga. (32'') or 20 ga. (28'') Full with steel receivers and recoil pads. Wgt. 12 ga. 8¼ lbs. 20 ga. 6 lbs. Plain bbl 12 ga. **$179** ● 20 ga. **$169** ● Vent. rib bbl. 12 ga. **$206** ● 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$196.**

The Hunter. Same as the Standard except: vent. rib only; fully engraved receiver and high finish select walnut stock, **$212.** 12 ga. mag., **$247.** 20 ga. mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$236.**

The Slug Gun, 12 or 20 ga., 22'' Cyl. bbl. with blade front and rear sight adj. for w. and e.; sling swivels. . . . . . . . . . . . . . . . . . . . . . . . . . . .**$195.**

The Turkey Gun. 12 ga. mag. with a 36'' Full choke solid rib bbl., recoil pad. Front and middle bead sight. . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$234.**

The Eldorado. Same as the Standard except: vent. rib. only. Receiver scroll engraved; gold plated trigger. Also made with 3'' (magnum) chambers in 12 ga. (32) or 20 ga. (28) Full choke bbls. . . . . . . . . . .**$307.**





**LA SALLE AUTOMATIC SHOTGUNS**

This 12-gauge autoloader has 2¾'' chambers, and is available with 30'' or 28'' full choke bbl., 28'' modified or 26'' imp. cyl. barrel. Magazine has 3-shot capacity. Wgt., about 6½ lbs. Custom grade has checkered walnut pistol grip stock and fore-end, **$169.95**. A standard model, without checkering, is **$135.95**. Firearms International, importer.



**LA SALLE SLIDE ACTION SHOTGUNS  7**

Made by Manufrance, this shotgun features a lightweight alloy receiver, French walnut stock and fore-end with new waterproof finish, 14''x1⅝'' x2¼'', chrome lined interchangeable barrels, oversized crossbolt safety head. Made in 12, 16 or 20 ga. with 26'' (Imp. Cyl.), 28'' (Mod. & Full), 30'' (12 ga. only) Full choke bbls. Also available are 3'' chambered models in 12 ga. (30'') or 20 ga. (28'') Full choke bbls. Standard model with plain stock and grooved fore-end is **$97.95**. Custom model with checkered pistol grip and fore-end in 12 ga. only. . . . . . . . . . . . . . . . . . . . . . .**$137.95**.

Compendium_Klarevas
Page 159