1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF
   Deputy Attorney General
4  State Bar No. 298196
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6177
6    Fax:  (916) 731-2144
     E-mail:  Robert.Meyerhoff@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta in his*
   *official capacity as Attorney General of the*
8  *State of California*

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11                      CIVIL DIVISION

12

13  **VIRGINIA DUNCAN, RICHARD**          Case No. 3:17-cv-01017-BEN-JLB
    **LEWIS, PATRICK LOVETTE,**
14  **DAVID MARGUGLIO,**
    **CHRISTOPHER WADDELL, and**          **COMPENDIUM OF WORKS**
15  **CALIFORNIA RIFLE & PISTOL**         **CITED IN SUPPLEMENTAL**
    **ASSOCIATION, INC., a California**    **DECLARATION OF LOUIS**
16  **corporation,**                      **KLAREVAS**

17                     Plaintiffs,        **VOLUME 2 OF 6**

18         v.                             Courtroom:    5A
                                          Judge:        Hon. Roger T. Benitez
19                                        Action Filed:  May 17, 2017

20  **ROB BONTA, in his official capacity**
    **as Attorney General of the State of**
21  **California; and DOES 1-10,**

22                     Defendants.

23

24

25

26

27

28                                   1

1

# INDEX

2

3

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **BOOKS** | | |
| Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* 238-45, 348-50 (2016) | 6 n.9 | 002-009 |
| **LAW REVIEWS AND JOURNALS** | | |
| Philip J. Cook and John J. Donohue, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 J. of Am. Med. Ass'n 1191 (2022) | 6 n.9 | 011-012 |
| Charles DiMaggio, et al., *Changes in US Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban: Analysis of Open-Source Data*, 86 J. of Trauma & Acute Care Surgery 11 (2019) | 6 n.9 | 013-040 |
| Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017*, 109 Am. J. of Pub. Health 1754 (2019) | 3 n.4 | 041-048 |
| Lori Post, et al., *Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis*, 7 J. of Med. Internet Research: Public Health & Surveillance (2021) | 6 n.9 | 049-059 |
| **OTHER SOURCES** | | |
| *Gun Digest* (John T. Amber ed., 9th ed. 1954) | 7 n.11, 9 tl. 2 | 060-108 |
| *Gun Digest: 19th Anniversary 1965 Deluxe Edition* (John T. Amber ed., 19th ed. 1964) | 9 tl. 2 | 109-159 |
| *Gun Digest: 29th Anniversary 1975 Deluxe Edition* (John T. Amber ed., 1974) | 9 tl. 2 | 161-263 |
| *Gun Digest: 1985 39th Annual Edition* (Ken Warner ed., 39th ed. 1984) | 9 tl. 2 | 265-421 |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

| | | |
|---|---|---|
| *Gun Digest: 1995 49th Annual Edition* (Ken Warner ed., 49th ed. 1994) | 8 n.12, 9 tl. 2 | 423-599 |

3

# OTHER SOURCES



Seven Dollars and Ninety-Five Cents

# Gun Digest

**29th Anniversary 1975 Deluxe Edition**

**All-New Technical Articles by Top Firearms Authorities.**

The *complete* gun book, comprehensive and detailed, for all shooters—hunters, handgunners, riflemen and shotgunners, collectors, handloaders and law enforcement officers.

**Edited by John T. Amber**

# Gun Digest

### 29th Anniversary

### 1975 Deluxe Edition

### EDITED BY JOHN T. AMBER

DIGEST  BOOKS,  INC. NORTHFIELD,  ILL.



This year's covers, front and back, honor two of the world's best known and best loved gunmakers—Browning and Winchester. Both of these great companies have, in the past several years, become truly international in scope.

The top gun on our front cover is a Winchester you probably won't see. An over-under double rifle, no less, it is made in Belgium by a specialist gunmaker, its caliber the German 9.3x74R. Below it is the excellent new Winchester Super X Model 1, a gas-operated autoloading shotgun—specially engraved for the GUN DIGEST—that was five years in the development stage.

The upper gun on our back cover—again custom engraved for this issue—is Browning's single shot rifle, made in Japan.

The shotgun below it is the latest Browning, the Model 2000, also a gas-functioning autoloader, its left-side loading system and general design engineered by Val Browning.

The man who did these brilliant drawings is the inimitable James M. Triggs.

### GUN DIGEST STAFF

**EDITOR**
John T. Amber

**ASSOCIATE EDITOR**
Harold A. Murtz

**ASSISTANT EDITOR**
Lilo Anderson

**CONTRIBUTING EDITORS**
Bob Bell
Bob Hagel
Wallace Labisky
John Lachuk
Maj. Geo. C. Nonte, Jr.
Walter L. Rickell
Larry S. Sterett
Kenneth L. Waters
A. M. Wynne, Jr.

**EUROPEAN EDITORS**
Raymond Caranta
Derek Partridge

**ASSOCIATE PUBLISHER**
Sheldon L. Factor

MEMBER OF THE



NATIONAL SHOOTING SPORTS FOUNDATION INC.

### Townsend Whelen Award

Our 9th presentation honoring the late Colonel Townsend Whelen goes to Mr. Wallace Labisky for his comprehensive and detailed report on modern Browning shotguns.

This annual $500 award is given to the author who, in the opinion of our judges, made the best contribution to the literature of firearms, as published in this edition. The criteria are originality, clarity, readability and lasting value.

Our thanks to Mr. Labisky and our sincere congratulations.

Copyright MCMLXXIV by Digest Books, Inc., 540 Frontage Rd., Northfield, Illinois 60093. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

The views and opinions of the authors expressed herein are not necessarily those of the editor or publisher, and no responsibility for such views will be assumed.

Manuscripts, contributions and inquiries, including first class return postage, should be sent to the Gun Digest Editorial Offices, 540 Frontage Rd., Northfield, Ill. 60093. All material received will receive reasonable care, but we will not be responsible for its safe return. Material accepted is subject to our requirements for editing and revisions. Author payment covers all rights and title to the accepted material, including photos, drawings and other illustrations. Payment is made at our current rates.

Printed in U.S.A.

eISBN-13: 978-0-89689-892-9        Library of Congress Catalog #44-32588

Morton Cundy & Son's custom side-by-side double gun has sidelock action, is offered in six grades.

# CONTENTS

**The Secret of the Old Master**
*Lucian Cary* .......................... 4

**Pope Rifle Barrels**
*a facsimile catalog reprint* ........ 11

**The Wild Sheep of North America**
*Jack O'Connor* ....................... 23

**Pellet Pistol Phizzles**
*Ladd Fanta* .......................... 31

**Charter Arms Bulldog—**
**the 44 Special revived**
*George C. Nonte, Jr.* ................ 34

**Shotgunning with Browning**
*Wallace Labisky* ..................... 39

**The Art of Turkey Hunting**
*James C. Gates* ...................... 57

**The Ruger 220 Swift—**
**an instant success!**
*Jim Horton* .......................... 63

**Japanese Autoloading Pistols**
*John L. Moss* ........................ 69

**Checkering with Power**
*Jim Carmichel* ....................... 78

**Wildcats and Wildcatters**
*Bob Hagel* ........................... 81

**New SIG-Sauer Pistols**
*J. B. Wood* .......................... 86

**The 1903 Springfield**
*Al Miller* ........................... 92

**Gun Engravers and Gunsmiths**
*Display of quality*
*craftsmanship* ......................102

**Deer Stoppers for the 16 Gauge**
*Wallace Labisky* ....................114

**Chuck Hunter**
*Don Lewis* ..........................123

**Ducks Unlimited**
*Ted McCawley* .......................128

**Sporting Arms of the World**
*Larry S. Sterett and the editors* 129

**The Remington and**
**Winchester Seminars**
*John T. Amber* ......................129

**Kenya, France and Italy**
*John T. Amber* ......................154

**Armi Famars**
*John T. Amber* ......................161

**Testfire Report**
*Larry S. Sterett* ...................167

**New Guns from the Old Continent**
*Raymond Caranta* ....................171

**Single Action Revolvers and**
**the safety revolution**
*Donald M. Simmons, Jr.* ...........176

**Gun Proof in Germany**
*Lee Kennett* ........................185

**Art of the Engraver**
*masters of metalwork* ...............200

**Smokeless Loads for Double Rifles**
Ray Marriage, Dick Vogt,
*Bert Popowski* ......................204

**Handloading**
*John T. Amber* ......................212

**The Hunter—a man for all seasons**
*courtesy NSSF* ......................219

**High Country Chucking**
*Dan L. Flores* ......................220

**Pachmayr's Signature System**
*George C. Nonte, Jr.* ...............226

**Hunting on Indian Reservations**
*Bert Popowski* ......................232

**Torture Test!**
*Gene West* ..........................238

**Scopes and Mounts**
*Bob Bell* ...........................241

**22 Hornet**
*Roy F. Dunlap* ......................248

**Notes on Knives**
*a display of knifemakers* ...........253

**Short Barrels for Grouse**
*Nick Sisley* ........................256

**The Handgun Scene**
*George C. Nonte and the editors* 259

**Shooting at 1000 Yards**
*Bob Bell* ...........................266

**Custom Guns**
*and their makers* ...................276

**The All-Round Rifle—**
**pursuit of a myth?**
*Cliff Dempster* .....................282

**Shooter's Showcase**
*new products, 1974* .................288

**American Bulleted Cartridges**
*Kenneth L. Waters* ..................291

**Why the Buffalo Disappeared**
*Dick Dietz* .........................296

**Early American Cartridges**
*Charles H. Yust, Jr.* ...............297

**Doing Good and Getting Credit For It**
*J. David Truby* .....................302

**Ammunition Tables** ..................304
**U.S. Handguns** .......................308
**U.S. Rifles** .........................324
**U.S. Shotguns** .......................346
**Imported Guns** .......................362
**Black Powder Guns** ...................392
**Pellet Guns** .........................407
**Chokes & Brakes** .....................420
**Metallic Sights** .....................421
**Scopes & Mounts** .....................425
**Arms Associations in America**
**and Abroad** .........................432
**Periodical Publications** .............434
**Directory of the Arms Trade** .........435
**Index** ...............................448

## U.S. HANDGUNS — TARGET AUTOLOADERS



### BROWNING 22 AUTO CHALLENGER PISTOL
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4½" or 6¾".
**Length:** 8⅞" over-all (4½" bbl.). **Weight:** 35 oz. (4½" bbl.).
**Stocks:** Simulated walnut (Novadur plastic).
**Features:** Steel frame, manual stop-open latch (automatic after last shot); gold plated grooved trigger; trigger pull adjustment screw on rear face of frame.
**Sights:** ⅛" non-glare blade front; frame-mtd. rear, screw adj. for w. & e.
**Price:** Blue, either bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$134.50**
**Price:** Renaissance Grade, engraved, chrome plated, 6¾" bbl. . . . **$334.50**

### BROWNING 22 AUTO MEDALIST PISTOL
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 6¾", med.-heavy vent. rib.
**Length:** 11⁵⁄₁₆" over-all. **Weight:** 46 oz. less weights.
**Stocks:** Full wrap-around thumbrest of select checkered walnut; matching fore-end. Left hand grips available.
**Features:** Dry-fire mechanism permits practice without mechanical harm. Fore-end holds variable weights. Trigger adj. for weight of pull and backlash.
**Sights:** ⅛" undercut removable blade front; rear frame-mtd., has micrometer clicks adj. for w. and e. Sight radius, 9½".
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$224.50**
**Price:** Renaissance Grade, chrome plated . . . . . . . . . . . . . . . . . . . . . **$444.50**



### COLT WOODSMAN MATCH TARGET AUTO PISTOL
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4½" or 6".
**Length:** 10½" (4½" bbl.). **Weight:** 39 oz. (6" bbl.), 34½ oz. (4½" bbl.).
**Stocks:** Walnut with thumbrest; checkered.
**Sights:** Ramp front with removable undercut blade; ⅛" standard, ¹⁄₁₀" on special order; Colt-Elliason adjustable rear.
**Features:** Wide trigger, automatic slide stop.
**Price:** Colt Blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$139.50**



### COLT WOODSMAN SPORT AND TARGET MODEL
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4" (Sport), 6" (Target).
**Length:** 9" (4" bbl.). **Weight:** 30 oz. (4" bbl.) 32 oz. (6" bbl.).
**Stocks:** Walnut with thumbrest; checkered.
**Sights:** Ramp front, adjustable rear for w. and e.
**Features:** Wide trigger, automatic slide stop.
**Price:** Colt Blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$117.50**

### Colt Targetsman
Same as Woodsman S&T model except: 6" bbl. only; fixed blade front sight, economy adj. rear; without auto. slide stop . . . . . . . . . . . . . . . . . . **$99.50**

### COLT GOLD CUP NAT'L MATCH AUTO
**Caliber:** 38 Spec. Mid-Range, 9-shot magazine.
**Barrel:** 5", with new design bushing.
**Length:** 8⅜". **Weight:** 38½ oz.
**Stocks:** Checkered walnut, gold plated medallion.
**Sights:** Ramp-style front, Colt-Elliason rear adj. for w. and e.
**Features:** Arched or flat housing; wide, grooved trigger with adj. stop; ribbed-top slide, hand fitted, with improved ejection port.
**Price:** Colt Royal Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$219.50**



### Colt Gold Cup Nat'l Match Mk IV Series 70 Auto
Identical to the Gold Cup except 45 ACP, 7-shot magazine, 6¾" sight radius, fitted with a split-finger, collet-type barrel bushing and reverse-taper barrel to match for improved accuracy.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$219.50**

### HI-STANDARD SUPERMATIC STANDARD CITATION
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5½" bull weight.
**Length:** 10" (5½" bbl.). **Weight:** 42 oz. (5½" bbl.).
**Stocks:** Checkered walnut with or w/o thumbrest, right or left.
**Features:** Adjustable trigger pull; over-travel trigger adjustment; double acting safety; rebounding firing pin.
**Sights:** Undercut ramp front; click adjustable square notch rear.
**Price:** 5½" bull barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.95**



Compendium_Klarevas
Page 165

# U.S. HANDGUNS—TARGET AUTOLOADERS

## HI-STANDARD VICTOR
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4½", 5½".
**Length:** 8¾" (4½" bbl.). **Weight:** 43½ oz. (4½" bbl., vent. rib), 43¾ oz. (solid rib), 46 oz. (5½" bbl., vent. rib), 46¼ oz. (solid rib).
**Stocks:** Checkered walnut.
**Sights:** Undercut ramp front, rib mounted click adj. rear.
**Features:** Vent. rib, interchangeable barrel, 2 - 2¼ lb. trigger pull, blue finish, back and front straps stippled. Also available with aluminum solid rib.
**Price:** Either bbl. length . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$198.00**
**Price:** Solid rib, either bbl. length . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$193.00**



## HI-STANDARD (*ISU) OLYMPIC AUTO PISTOL
**Caliber:** 22 Short, 10-shot magazine.
**Barrel:** 6¾" rounc tapered, with stabilizer.
**Length:** 11¼". **Weight:** 40 oz.
**Stocks:** Checkered walnut w or w/o thumbrest, right or left.
**Sights:** Undercut ramp front; click adj., square notch rear.
**Features:** Integral stabilizer with two removable weights. Trigger adj. for pull and over-travel; Citation grade finish.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.95**
*Complies with all International Shooting Union regulations.
Olympic model with frame-mounted rear sight . . . . . . . . . . . . . . . . . . **$189.95**

## HI-STANDARD S'MATIC CITATION MILITARY
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5½" bull, 7¼" fluted.
**Length:** 9¾" (5½" bbl.). **Weight:** 46 oz.
**Stocks:** Checkered walnut with or w/o thumbrest, right or left.
**Sights:** Undercut ramp front; frame mounted rear, click adj.
**Features:** Same as regular Citation plus military style grip, stippled front- and backstraps, positive magazine latch.
**Price:** Either bbl. length . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.95**

## HI-STANDARD SUPERMATIC TROPHY MILITARY
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5½" heavy, 7¼" fluted.
**Length:** 9¾ inches (5½" bbl.). **Weight:** 44½ oz.
**Stocks:** Checkered walnut with or w/o thumbrest, right or left.
**Features:** Grip duplicates feel of military 45; positive action mag. latch; front- and backstraps stippled. Trigger adj. for pull, over-travel.
**Sights:** Undercut ramp front; frame mounted rear, click adj.
**Price:** Either bbl. length . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$155.95**





## RUGER Mark 1 TARGET MODEL AUTO PISTOL
**Caliber:** 22 LR only, 9-shot magazine.
**Barrel:** 6⅞" or 5½" bull barrel (6-groove, 14" twist).
**Length:** 10⅞" (6⅞" bbl.). **Weight:** 42 oz. with 6⅞" bbl.
**Stocks:** Checkered hard rubber.
**Features:** Rear sight mounted on receiver, does not move with slide; wide, grooved trigger.
**Sights:** ⅛" blade front, micro click rear, adjustable for w. and e. Sight radius 9⅜" (with 6⅞" bbl.).
**Price:** Blued, either barrel length . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$71.50**
**Price:** Checkered walnut panels with left thumbrest . . . . . . . . . . . . . . **$75.85**

## SMITH & WESSON 22 AUTO PISTOL Model 41
**Caliber:** 22 LR or 22 S, 10-shot clip.
**Barrel:** 5" or 7⅜", sight radius 9⁹⁄₁₆" (7⅜" bbl.).
**Length:** 12", incl. detachable muzzle brake, (7⅜" bbl. only).
**Weight:** 43½ oz. (7⅜" bbl.).
**Stocks:** Checkered walnut with thumbrest, usable with either hand.
**Features:** ⅜" wide, grooved trigger with adj. stop; wgts. available to make pistol up to 59 oz.
**Sights:** Front, ⅛" Patridge undercut; micro click rear adj. for w. and e.
**Price:** S&W Bright Blue, satin matted bbl., either caliber . . . . . . . . . **$159.50**



## SMITH & WESSON 22 MATCH HEAVY BARREL M-41
**Caliber:** 22 LR, 10-shot clip.
**Barrel:** 5½" heavy, without muzzle brake. Sight radius, 8".
**Length:** 9". **Weight:** 44½ oz.
**Stocks:** Checkered walnut with modified thumbrest, usable with either hand.
**Features:** ⅜" wide, grooved trigger; adj. trigger stop.
**Sights:** ⅛" Patridge on ramp base. S&W micro click rear, adj. for w. and e.
**Price:** S&W Bright Blue, satin matted top area . . . . . . . . . . . . . . . . . . **$159.50**

## S & W 22 Auto Heavy Barrel EFS Model 41
Same as Model 41 Heavy Barrel but with extendible ⅛" front sight.
Without muzzle brake or weights. Blued . . . . . . . . . . . . . . . . . . . . . . . . **$176.00**

## Smith & Wesson Conversion Kit
Converts Models 41 and 46 from 22 Short to 22 LR and vice versa. Consists of barrel, slide, magazine, slide stop and recoil spring.
**Price,** parts only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$75.00**
**Price,** factory installed and tested . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$85.00**
**Price,** 5½" heavy bbl. only with sights for M41 or M46 . . . . . . . . . . **$43.00**

29TH EDITION, 1975    **309**

## U.S. HANDGUNS—TARGET AUTOLOADERS



### SMITH & WESSON 38 MASTER Model 52 AUTO
**Caliber:** 38 Special (for Mid-range W.C. with flush-seated bullet only). 5-shot magazine.
**Barrel:** 5″.
**Length:** 8⅝″. **Weight:** 41 oz. with empty magazine.
**Features:** Top sighting surfaces matte finished. Locked breech, moving barrel system; checked for 10-ring groups at 50 yards. Coin-adj. sight screws. Dry firing permissible if manual safety on.
**Stocks:** Checkered walnut.
**Sights:** ⅛″ Patridge front, S&W micro click rear adj. for w. and e.
**Price:** S&W Bright Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $247.50



### STERLING MODEL 283 TARGET
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4½″, 6″, and 8″.
**Length:** 9″ (4½″ bbl.). **Weight:** 36 oz. (4½″ bbl.).
**Stocks:** Checkered plastic.
**Features:** Adjustable trigger and balance weights; sear lock safety.
**Sights:** ⅛″ blade front; Click adj. square notch rear.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $109.95

## U.S. HANDGUNS — TARGET REVOLVERS



### COLT DIAMONDBACK REVOLVER
**Caliber:** 22 S, L or LR, or 38 Special, 6 shot.
**Barrel:** 2½″ or 4″, with ventilated rib.
**Length:** 9″ (4″ bbl.). **Weight:** 24 oz. (2½″ bbl.), 28½ oz. (4″ bbl.).
**Stocks:** Checkered walnut, target type, square butt.
**Features:** Ventilated rib; grooved, crisp trigger; swing-out cylinder; wide hammer spur.
**Sights:** Ramp front, adj. notch rear.
**Price:** Colt Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $151.00
**Price:** Nickel finish (38 Spl. only) . . . . . . . . . . . . . . . . . . . . . . . . . $161.50

### SMITH & WESSON 22 CENTER FIRE MAGNUM M-53
**Caliber:** Rem. 22 Jet and 22 S, L, LR with inserts. 6 shot.
**Barrel:** 4″, 6″ and 8⅜″.
**Length:** 11¼″ (6″ bbl.). **Weight:** 40 oz.
**Stocks:** Checkered walnut, target.
**Features:** Grooved tangs and trigger, swing-out cylinder revolver.
**Sights:** ⅛″ Baughman Quick Draw front, micro click rear, adjustable for w. and e.
**Price:** Blued, 4″, 6′ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $180.00
**Price:** 8⅜″ bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $186.50
**Price:** Extra cylinder for 22 RF (fitted) . . . . . . . . . . . . . . . . . . . . . . . $43.00

### COLT PYTHON REVOLVER
**Caliber:** 357 Magnum (handles all 38 Spec.), 6 shot.
**Barrel:** 2½″, 4″ or 6″, with ventilated rib.
**Length:** 9¼″ (4″ bbl.). **Weight:** 38 oz. (4″ bbl.).
**Stocks:** Checkered walnut, target type, square butt.
**Features:** Ventilated rib; grooved, crisp trigger; swing-out cylinder; target hammer.
**Sights:** ⅛″ ramp front, adj. notch rear.
**Price:** Colt Royal Blue . . . . . $217.00  Nickeled . . . . . . . . . . . . . . . $242.00



### SMITH & WESSON MASTERPIECE TARGET MODELS
| Model: K-22 (M17). | K-22 (M48). |
|---|---|
| **Caliber:** 22 LR, 6 shot. | 22 RF Magnum, 6 shot. |
| **Barrel:** 6″, 8⅜″. | 4″, 6″ or 8⅜″ |
| **Length:** 11⅛″ (6″ bbl.). | 11⅛″ (6″ bbl.). |
| **Weight:** 38½ oz. (6″ bbl.). | 39 oz.(6″ bbl.). |
| **Model:** K-32 (M16). (Illus.) | K-38 (M14). |
| **Caliber:** 32 S&W Long, 6 shot. | 38 S&W Special, 6 shot. |
| **Barrel:** 6 inches. | 6″, 8⅜″. |
| **Length:** 11⅛ inches. | 11⅛ inches. (6″ bbl.) |
| **Weight:** 38½ oz. (Loaded). | 38½ oz. (6″, loaded). |

**Features:** All Masterpiece models have: checkered walnut, Magna stocks; grooved tang and trigger; ⅛″ Patridge front sight, micro. adj. rear sights. Swing out cylinder revolver.
**Price:** Blued, all calibers M-17 and M-48, 6″ bbl. . . . . . . . . . . . . . . $130.00
**Price:** 8⅜″ bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $136.50

### SMITH & WESSON 1955 Model 25, 45 TARGET
**Caliber:** 45 ACP and 45 AR, 6 shot.
**Barrel:** 6½″ (heavy target type).
**Length:** 11⅜ inches. **Weight:** 45 oz.
**Stocks:** Checkered walnut target.
**Features:** Tangs and trigger grooved; target trigger and hammer standard, checkered target hammer. Swing-out cylinder revolver.
**Sights:** ⅛″ Patridge front, micro click rear, adjustable for w. and e.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $175.00

### Smith & Wesson Accessories
Target hammers with low, broad, deeply-checkered spur, and wide-swaged, grooved target trigger. For all frame sizes, $5.75 (target hammers not available for small frames). Target stocks: for large-frame guns, $12.25 to $14.00; for med.-frame guns, $9.50 to $12.25; for small-frame guns, $8.00 to $11.75. These prices applicable only when specified on original order. As separately-ordered parts: target hammers and triggers, $9.25, stocks, $10.75–$17.00.

## U.S. HANDGUNS—TARGET REVOLVERS

### SMITH & WESSON COMBAT MASTERPIECE
**Caliber:** 38 Special (M15) or 22 LR (M18), 6 shot.
**Barrel:** 2" (M15) 4" (M18)
**Length:** 9⅛" (4" bbl.). **Weight:** Loaded, 22 36½ oz, 38 30 oz.
**Stocks:** Checkered walnut, Magna. Grooved tangs and trigger.
**Sights:** Front, ⅛" Baugham Quick Draw on ramp, micro click rear, adjustable for w. and e.
**Price:** Blued, M-15 and M-18 ............................... **$125.00**
**Price:** Nickel M-15 ......................................... **$135.00**



## U.S. HANDGUNS — SERVICE & SPORT

### AUTO MAG AUTO. PISTOL
**Caliber:** 44 Auto Mag or 357 Auto Mag, 7-shot.
**Barrel:** 6½".
**Weight:** 57 oz. (44), 54 oz. (357). **Length:** 11½" over-all.
**Stocks:** Checkered polyurethane.
**Sights:** Target-type ramp front, fully adj. rear.
**Features:** Short recoil, rotary bolt system. Made of stainless steel. Conversion unit available to change caliber using same frame. Comes in plastic carrying case with extra magazine, wrenches, lubricant and manual. From High Standard.
**Price:** 44 AMP or 357 AMP ................................ **$298.00**
**Price:** Conversion unit ...................................... **$150.00**
**Price:** Engraved models from ............................... **$565.00**



### BAUER 25 AUTOMATIC PISTOL
**Caliber:** 25 ACP, 6-shot.
**Barrel:** 2⅛".
**Length:** 4". **Weight:** 10 oz.
**Stocks:** Plastic pearl or checkered walnut.
**Sights:** Recessed, fixed.
**Features:** Stainless steel construction, positive manual safety, magazine safety. With padded zipper case.
**Price:** Satin stainless steel ................................. **$79.95**



### BROWNING HI-POWER 9mm AUTOMATIC PISTOL
**Caliber:** 9mm Parabellum (Luger), 13-shot magazine.
**Barrel:** 4²¹/₃₂ inches.
**Length:** 7¾" over-all. **Weight:** 32 oz.
**Stocks:** Walnut, hand checkered.
**Sights:** Fixed front; rear adj. for w.
**Features:** External hammer with half-cock safety, thumb and magazine safeties. A blow on the hammer cannot discharge a cartridge; cannot be fired with magazine removed. Fixed rear sight model available.
**Price:** Fixed sight model ..................................... **$174.50**
**Price:** 9mm with rear sight adj. for w. and e. .................. **$184.50**



### Browning Renaissance Hi-Power 9mm Auto
Same as Browning Hi-Power 9mm Auto except: fully engraved, chrome plated, polyester pearl grips ................................ **$449.50**

### BROWNING 380
**Caliber:** 380 ACP.
**Barrel:** 4⁷/₁₆".
**Length:** 7¹/₁₆". **Weight:** 23 oz.
**Stock:** Novadur plastic w/thumb rest.
**Sights:** Front, ⁷/₁₀" fixed blade. Rear, adjustable for w. & e.
**Features:** Fixed barrel, non-glare rear sight, magazine safety, loaded chamber indicator.
**Price:** Blue ................................................. **$119.50**
**Price:** Renaissance Grade, engraved & chrome plated .......... **$339.50**





### BUDISCHOWSKY TP-70 AUTO PISTOL
**Caliber:** 25 ACP, 6-shot.
**Barrel:** 2.6".
**Length:** 4⅔". **Weight:** 12⅓ oz.
**Stocks:** Checkered ABS plastic.
**Sights:** Fixed. Full length serrated rib.
**Features:** Double action, exposed hammer, manual and magazine safeties. Slide stop, action hold-open after last shot. All stainless steel construction. Available in 22 LR—late 1974 ($120.00). Norton Armament Corp., manufacturer.
**Price:** ................................................... **$110.00**

## U.S. HANDGUNS—SERVICE & SPORT

**COLT COMMANDER AUTO PISTOL**
**Caliber:** 45 ACP, 7 shot; 38 Super Auto, 9 shot; 9mm Luger, 9 shot.
**Barrel:** 4¼".
**Length:** 8". **Weight:** 27 oz.
**Stocks:** Sandblasted walnut.
**Features:** Grooved trigger and hammer spur; arched housing; grip and thumb safeties.
**Sights:** Fixed, glare-proofed blade front, square notch rear.
**Price:** Blued ............................................... **$149.50**

**Colt Combat Commander**
Same as Commander except steel frame, wood panel grips, weight 36½ oz. (9mm and 38 Super).
**Price:** Blue or satin nickel ................................ **$149.50**

**COLT GOV'T MODEL MK IV/SERIES 70**
**Caliber:** 9mm, 38 Super, 45 ACP, 7-shot.
**Barrel:** 5".
**Weight:** 40 oz. **Length:** 5" over-all.
**Stocks:** Sandblasted walnut panels.
**Sights:** Ramp front, fixed square notch rear.
**Features:** Grip and thumb safeties, grooved trigger. Accurizor barrel and bushing. Blue finish or nickel in 45 only.
**Price:** Blue ................................................ **$149.50**
**Price:** Nickel .............................................. **$164.50**



**COLT HUNTSMAN AUTO PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4", 6".
**Length:** 8⅝" (4" bbl.). **Weight:** 29½ oz. (4" bbl.), 31 oz. (6" bbl.).
**Stocks:** Checkered walnut. Wide trigger.
**Sights:** Fixed ramp front, square notch rear, non-adjustable.
**Price:** Colt Blue ............................................ **$74.95**

**CLERKE TARGET AUTOMATIC**
**Caliber:** 22 LR, 380 ACP (9-shots 22, 6-shots 380).
**Barrel:** 4¼".
**Length:** 8" over-all. **Weight:** 30 oz.
**Stocks:** Checkered plastic or simulated rosewood.
**Sights:** Blade front, fixed rear.
**Features:** Adj. trigger, target sights available at extra cost, grip safety, blue finish.
**Price:** 22 LR with standard sights ........................... **$42.75**
**Price:** 22 LR with target sights ............................. **$50.00**
**Price:** 380 ACP with standard sights ......................... **$55.00**
**Price:** 380 ACP with target sights ........................... **$62.00**

**Colt Conversion Unit**
Permits the 45 and 38 Super Automatic pistols to use the economical 22 LR cartridge. No tools needed. Adjustable rear sight; 10-shot magazine. Designed to give recoil effect of the larger calibers. Not adaptable to Commander models. Blue finish .................................... **$80.50**



**F.I. MODEL D AUTO PISTOL**
**Caliber:** 380 ACP, 6-shot.
**Barrel:** 3⅛".
**Weight:** 20 oz. **Length:** 6⅛" over-all.
**Stocks:** Checkered walnut.
**Sights:** Blade front, rear adj. for w.
**Features:** Loaded chamber indicator, all steel construction. Thumb safety locks hammer. No magazine safety. Lanyard ring. Made by Firearms International Industries. From Garcia/F.I.
**Price:** Approx. ............................................ **$137.60**

**HIGH STANDARD SPORT-KING AUTO PISTOL**
**Caliber:** 22 LR, 9-shot.
**Barrel:** 4½" or 6¾".
**Weight:** 39 oz. (4½" bbl.). **Length:** 9" over-all (4½" bbl.).
**Stocks:** Black checkered plastic.
**Sights:** Blade front, fixed rear.
**Features:** Takedown barrel. Blue or nickel finish.
**Price:** Either bbl. length, blue finish .......................... **$79.95**
**Price:** Nickel finish ......................................... **$89.95**



**HI-STANDARD MODEL D-100 AND DM-101 DERRINGER**
**Caliber:** 22 S, L or LR; 22 Rimfire Magnum. 2 shot.
**Barrel:** 3½", over and under, rifled.
**Length:** 5" over-all. **Weight:** 11 oz.
**Stocks:** Smooth plastic.
**Features:** Hammerless, integral safety hammerblock, all steel unit is encased in a black, anodized alloy housing. Recessed chamber. Dual extraction. Top break, double action.
**Sights:** Fixed, open.
**Price:** Blued ............ **$55.25**   Nickel .................... **$67.00**
**Price:** 22 WMR, Blued .... **$57.50**   Nickel .................... **$69.25**

**F.I.E. E27 TITAN PISTOL**
**Caliber:** 25, 6-shot magazine
**Barrel:** 2⁷/₁₆".
**Length:** 4⅝" over-all. **Weight:** 12 oz.
**Stocks:** Checkered plastic.
**Features:** Visible hammer; fast simple takedown.
**Sights:** Fixed.
**Price:** Blued ............. **$40.95**   Chromed: .............. **$43.95**

## U.S. HANDGUNS—SERVICE & SPORT

**HI-STANDARD SHARPSHOOTER AUTO PISTOL**
**Caliber:** 22 LR, 9-shot magazine.
**Barrel:** 5½".
**Length:** 9" over-all. **Weight:** 45 oz.
**Stocks:** Checkered laminated plastic.
**Features:** Wide, scored trigger; new hammer-sear design. Slide lock, push-button take down.
**Sights:** Fixed, ramp front, square notch rear adj. for w. & e.
**Price:** Blued ............................................................. **$109.95**

**PLAINFIELD MODEL 71**
**Caliber:** 22 LR (10-shot) and 25 ACP (8-shot).
**Barrel:** 1".
**Length:** 5⅛" over-all. **Weight:** 25 oz.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Easily converts from 22 cal. to 25 cal. by changing bolt, bbl. and magazine. Stainless steel frame and slide.
**Price:** With conversion kit . . **$87.00**     M71 in 22 cal. only ........ **$66.00**
**Price:** M71 in 25 cal. only ...................................... **$66.00**



**STERLING MODEL 286 TRAPPER**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4½" or 6".
**Length:** 9" (4½" bbl.). **Weight:** 36 oz. (4½" bbl.).
**Stocks:** Checkered plastic.
**Sights:** Fixed ramp (6" bbl.) or blade (4½" bbl.) front. Square notch rear.
**Features:** Interchangeable safety (4½" bbl.).
**Price:** Blued (M286) 4½" or 6" tapered ........................ **$89.95**

**STERLING MODEL 300**
**Caliber:** 25 ACP, 6-shot.
**Barrel:** 2½".
**Length:** 4½" overall. **Weight:** 13 oz.
**Stocks:** Cycolac, black or white.
**Sights:** Fixed.
**Features:** All steel construction.
**Price:** Blued ............. **$49.95**     Satin nickel ............... **$54.95**

**STERLING MODEL 400 DOUBLE ACTION**
**Caliber:** 380 ACP, 7-shot.
**Barrel:** 3¾".
**Length:** 6½" over-all. **Weight:** 24 oz.
**Stocks:** Checkered walnut.
**Features:** All steel construction. Double action.
**Price:** Blued ............. **$89.95**     Satin nickel ............... **$94.95**

**STERLING MODEL 402 DOUBLE ACTION**
**Caliber:** 22 LR, 8-shot.
**Barrel:** 3¾".
**Length:** 6½" over-all. **Weight:** 24 oz.
**Stocks:** Checkered walnut.
**Features:** Double action, all steel construction.
**Price:** Blued ............. **$89.95**     Satin nickel ............... **$94.95**

**STERLING MODEL 302**
**Caliber:** 22 LR, 6-shot.
**Barrel:** 2½".
**Length:** 4½" overall. **Weight:** 13 oz.
**Stocks:** Cycolac, black or white.
**Sights:** Fixed.
**Features:** All steel construction.
**Price:** Blue ................................................ **$56.95**
**Price:** Satin nickel ........................................ **$62.95**

**INDIAN ARMS STAINLESS DOUBLE ACTION AUTO**
**Caliber:** 380 ACP, 6-shot magazine.
**Barrel:** 3¼".
**Weight:** 20 oz. **Length:** 6¹/₁₆".
**Stocks:** Checkered walnut.
**Sights:** Fixed blade front, drift-adj. rear.
**Features:** All stainless steel, natural or blued finish. Double action, stays open after last shot. Optional lock with key to lock safety is integral with slide. From Indian Arms.
**Price:** With or without safety lock, either finish .................. **$135.00**

**Plainfield Model 72**
Same as Model 71 except: has 3½" bbl. and aluminum slide.
**Price:** Model 72 & conversion kit ............................... **$95.95**
**Price:** 22 cal. only ........................................... **$75.95**
**Price:** 25 cal. only ........................................... **$75.95**

**RUGER STANDARD MODEL AUTO PISTOL**
**Caliber:** 22 LR, 9-shot magazine.
**Barrel:** 4¾" or 6".
**Length:** 8¾" (4¾" bbl.). **Weight:** 36 oz. (4¾" bbl.).
**Stocks:** Checkered hard rubber.
**Sights:** Fixed, wide blade front, square notch rear.
**Price:** Blued ................................................. **$51.50**
**Price:** With checkered walnut grips ............................ **$55.75**

**SMITH & WESSON 9mm MODEL 39 AUTO PISTOL**
**Caliber:** 9mm Luger, 8-shot clip
**Barrel:** 4".
**Length:** 7⁷/₁₆". **Weight:** 26½ oz., without magazine.
**Stocks:** Checkered walnut.
**Features:** Magazine disconnector, positive firing pin lock and hammer-release safety; alloy frame with lanyard loop; locked-breech, short-recoil double action; slide locks open on last shot.
**Sights:** ⅛" serrated ramp front, adjustable rear.
**Price:** Blued ............. **$137.50**     Nickeled ................ **$152.50**

# U.S. HANDGUNS—SERVICE & SPORT



**STOEGER LUGER 22 AUTO PISTOL**
**Caliber:** 22 LR, 12-shot (11 in magazine, 1 in chamber).
**Barrel:** 4½" or 5½".
**Weight:** 30 oz.
**Stocks:** Checkered wood, identical to P-08.
**Features:** Action remains open after last shot and as magazine is removed. Grip and balance identical to P-08.
**Price:** Either bbl. length . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$89.95**

**SMITH & WESSON MODEL 59 DOUBLE ACTION**
**Caliber:** 9mm Luger, 14-shot clip.
**Barrel:** 4".
**Length:** 7⁷⁄₁₆" over-all. **Weight:** 27½ oz., without clip.
**Stocks:** Checkered high impact moulded nylon.
**Sights:** ⅛" serrated ramp front, square notch rear adj. for w.
**Features:** Double action automatic. Furnished with two magazines. Blue finish.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$165.00**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$180.00**



# U.S. HANDGUNS — REVOLVERS SERVICE & SPORT

**CHARTER ARMS BULLDOG**
**Caliber:** 44 Special, 5-shot.
**Barrel:** 3".
**Weight:** 19 oz.
**Stocks:** Checkered plastic.
**Sights:** Patridge type 9/64" front, square notch rear.
**Features:** Wide trigger and hammer, chrome-moly steel frame, unbreakable firing pin, transfer bar ignition.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$125.00**



**CHARTER ARMS "UNDERCOVER" REVOLVER**
**Caliber:** 38 Special, 5 shot.
**Barrel:** 2" or 3.
**Length:** 6¼" (round butt). **Weight:** 16 oz.
**Stocks:** Smooth walnut.
**Sights:** Fixed; matted ramp front, ⅛" wide blade.
**Features:** Wide trigger and hammer spur
**Price:** Polished Blue . . . . . . **$97.00**    Nickel . . . . . . . . . . . . . . . . **$108.00**
**Price:** With checkered, finger-rest Bulldog grips (blue) . . . . . . . . . . **$104.00**

**Charter Arms Pathfinder**
Same as Undercover but in 22 LR caliber, and has 3" bbl. Fitted with adjustable rear sight, ramp front. Weight 18½ oz.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$107.00**
**Price:** With checkered, finger-rest Bulldog grips . . . . . . . . . . . . . . . . **$114.00**

**Charter Arms Undercoverette**
Like the Undercover, but a 6-shot 32 S&W Long revolver available with 2" barrel only, and weighing 16½ oz.
**Price:** Polished blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$98.00**

**COLT DETECTIVE SPECIAL**
**Caliber:** 38 Special, 6-shot.
**Barrel:** 2".
**Length:** 6⅝" over-all. **Weight:** 22 oz.
**Stocks:** Full, checkered walnut, round butt.
**Sights:** Fixed, ramp front, square notch rear.
**Features:** Glare-proofed sights, smooth trigger. Nickel finish, hammer shroud available as options.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$117.50**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$128.50**



**COLT COBRA REVOLVER**
**Caliber:** 38 Special, 6 shot.
**Barrel:** 2".
**Length:** 6⅝" over-all. **Weight:** 16½ oz.
**Stocks:** Checkered walnut, round butt. Grooved trigger.
**Sights:** Fixed, glare-proofed ramp front, square notch rear.
**Price:** Blued . . . . . . . . . . . . . . . . **$123.00** Nickeled . . . . . . . . . . . . . . . . **$139.00**

**COLT AGENT REVOLVER**
**Caliber:** 38 Special, 6 shot.
**Barrel:** 2" (Twist, 1-16).
**Length:** 6⅝" over-all. **Weight:** 16 oz.
**Stocks:** Checkered walnut, round butt. Grooved trigger.
**Sights:** Fixed, glare-proofed ramp front, square notch rear.
**Price:** Blued . . . . . . . . **$120.50**   With a hammer shroud installed . . **$125.50**



## U.S. HANDGUNS — REVOLVERS SERVICE & SPORT

### COLT OFFICIAL POLICE Mk III REVOLVER
**Caliber:** 38 Special, 6 shot.
**Barrel:** 4".
**Weight:** 33 oz.
**Length:** 9⅜".
**Stocks:** Checkered walnut, service style.
**Sights:** Fixed, glare-proofed ramp front, square notch rear.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$126.00**

### Colt Lawman Mk III Revolver
Same as Official Police MK III but with 2" or 4" heavy barrel. Weight 35 oz. (4" bbl). 357 only.
**Price:** Blued . . . . . . . . . . . . **$128.50**   Nickeled . . . . . . . . . . . . . . . **$136.00**

### COLT TROOPER MK III REVOLVER
**Caliber:** 357 Magrum, 6-shot.
**Barrel:** 4" 6".
**Length:** 9½" (4" bbl.). **Weight:** 39 oz. (4" bbl.), 42 oz, (6" bbl.).
**Stock:** Checkered walnut, square butt. Grooved trigger.
**Sights:** Fixed ramp front with ⅛" blade, adj. notch rear.
**Price:** Blued with target hammer and target stocks . . . . . . . . . . . . . **$161.50**
**Price:** Nickeled . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$171.50**



### ESFAC "LITTLE ACE" DERRINGER
**Caliber:** 22 Short, single-shot.
**Barrel:** 2".
**Weight:** 2⅞ oz. **Length:** 3⅞" over-all.
**Stocks:** High impact black plastic.
**Sights:** None.
**Features:** Manganese bronze frame, color case hardened trigger and hammer, blued barrel. Spur trigger. Rifled barrel. From ESFAC.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$24.95**



### F.I.E. "38" MODEL F38 REVOLVER
**Caliber:** 38 Special.
**Barrel:** 2" or 4".
**Length:** 6¼" over-all. (2" bbl.). **Weight:** 27 oz.
**Stocks:** Plastic Bulldog.
**Sights:** Fixed.
**Features:** Swing-out cylinder.
**Price:** Blued 2" . . . . . . . . . . **$59.95**   4" bbl. . . . . . . . . . . . . . . . . **$63.95**

### Colt Hammer Shroud
Facilitates quick draw from holster or pocket. Hammer spur projects just enough to allow for cocking for single action firing. Fits only Colt Detective Special, Cobra and Agent revolvers. Factory installed on new guns, **$5**, or as a kit for installation. Blued only . . . . . . . . . . . . . . . . . . . . . . . . **$6.00**
Factory installed on your gun (listed above). Blued only . . . . . . . . . . **$7.50**



### ESFAC "POCKET PONY" REVOLVER
**Caliber:** 22 LR, 6-shot.
**Barrel:** 1¾".
**Weight:** 10½ oz. **Length:** 4¾" over-all.
**Stocks:** High impact black plastic.
**Sights:** Fixed.
**Features:** Single-action revolver. Manganese bronze frame, rifled, blued barrel. Trigger and hammer color case hardened. Non-fluted cylinder. From ESFAC.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$59.50**



### ESFAC "FOUR ACES" MODEL 1 DERRINGER
**Caliber:** 22 Short, 4-shot.
**Barrel:** 1¹¹⁄₁₆".
**Weight:** 5 oz. **Length:** 3⅜" over-all.
**Stocks:** High impact black plastc. Round butt.
**Sights:** Post front.
**Features:** Spur trigger, barrel selector on hammer. Manganese bronze frame. Rifled, blued steel barrels. From ESFAC.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$39.95**

### ESFAC "Four Aces" Model 2 Derringer
Same as Model 1 oxcept has squaro butt frame. Spur Trigger, 4-shot. Weight is 5¼ oz. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$43.95**

### ESFAC "Four Aces" Model 3 Derringer
Same as Model 4 except chambered for 22 LR cartridge. Over-all length is 3¾", barrel length is 2", weight 5¼ oz. . . . . . . . . . . . . . . . . . . . . **$45.95**

### ESFAC "Four Aces" Model 4 Derringer
Same as Model 2 except chambered for 22 LR, over-all length 4", barrel length 2", weight 5½ oz. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95**

### ESFAC "Four Aces" Cased Set
Contains one each of Pocket Pony, Model 1 and Model 4, with matching serial numbers, in fitted mahogany presentation case . . . . . . . . . . **$189.95**

### F.I.E. DERRINGER
**Caliber:** 38 Special.
**Barrel:** 3".
**Weight:** 14 oz.
**Stocks:** White plastic.
**Sights:** Fixed.
**Features:** Blue frame, chrome barrels. Spur trigger. Made in U.S.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$43.95**



## U.S. HANDGUNS — REVOLVERS SERVICE & SPORT



**HARRINGTON & RICHARDSON Model 925 "Defender"**
**Caliber:** 38 S&W 5 shot.
**Barrel:** 2½".
**Length:** 7½" over-all. **Weight:** 22 oz.
**Stocks:** Smooth walnut, birds-head style, one piece wrap-round.
**Sights:** Rear with windage adj.
**Features:** Top-break double action, push pin extractor.
**Price:** H&R Crown Luster Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$71.00**

**HARRINGTON & RICHARDSON Model 926 REVOLVER**
**Caliber:** 22 S, L or LR, 9-shot, 38 S&W 5-shot.
**Barrel:** 4". **Weight:** 31 oz.
**Stocks:** Checkered walnut.
**Sights:** Fixed front, read adj. for w.
**Features:** Top-break, double or single action
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$76.00**

**H&R Model 940 Ultra "Side-Kick" REVOLVER**
**Caliber:** 22 S, L or LH, 9 shot.
**Barrel:** 6" target weight with ventilated rib.
**Weight:** 33 oz.
**Stocks:** Checkered walnut with thumbrest.
**Sights:** Ramp front; rear adjustable for w. and e.
**Features:** Swing-out, safety rim cylinder; safety lock and key.
**Price:** H&R Crown-Luster Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$74.00**

**H&R Model 939 Ultra "Side-Kick" Revolver**
Like the Model 940 but with a flat-sided barrel.
**Price:** H&R Crown-Luster Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$76.00**

**HARRINGTON & RICHARDSON Model 732 Guardsman**
**Caliber:** 32 S&W or 32 S&W Long, 6 shot.
**Barrel:** 2½" or 4" round barrel.
**Weight:** 23½ oz. (2½" bbl.), 26 oz. (4" bbl.).
**Stocks:** Checkered, black Cycolac.
**Sights:** Blade front; adjustable rear on 4" model.
**Features:** Swing-out cylinder with auto. extractor return. Pat. safety rim cylinder. Grooved trigger.
**Price:** Blued . . . . . . . . **$58.00** Nickel (Model 733) 2½" bbl. only **$65.00**



**High Standard Long Horn Convertible**
Same as the Double-Nine convertible but with a 9½" bbl., fixed sights, blued only, Weight: 40 oz.
**Price:** 22 LR only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$102.00**
**Price:** With dual cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$107.00**

**HARRINGTON & RICHARDSON SPORTSMAN Model 999 REVOLVER**
**Caliber:** 22 S, L or LR, 9 shot.
**Barrel:** 6" top-break (16" twist), integral vent. rib.
**Length:** 10½". **Weight:** 30 oz.
**Stocks:** Checkered walnut, semi-thumbrest.
**Sights:** Front adjustable for elevation, rear for windage.
**Features:** Wide hammer spur; rest for second finger.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$82.00**

**HARRINGTON & RICHARDSON Model 929 "Side-Kick"**
**Caliber:** 22 S, L or LR, 9 shot.
**Barrel:** 2½", 4" or 6".
**Weight:** 26 oz. (4" bbl.).
**Stocks:** Checkered, black Cycolac.
**Sights:** Blade front; adjustable rear on 4" and 6" models.
**Features:** Swing-out cylinder with auto. extractor return. Pat. safety rim cylinder. Grooved trigger. Round-grip frame.
**Price:** Blued, 2½", 4" or 6" bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$58.00**
**Price:** Nickel (Model 930), 4" bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . **$65.00**



**HARRINGTON & RICHARDSON Model 622 REVOLVER**
**Caliber:** 22 S, L or LR, 6 shot.
**Barrel:** 2½", 4", round bbl.
**Weight:** 22 oz. (2½" bbl.).
**Stocks:** Checkered black Cycolac.
**Sights:** Fixed, blade front, square notch rear.
**Features:** Solid steel, Bantamweight frame; snap-out safety rim cylinder; non-glare finish on frame; coil springs.
**Price:** Blued, 2½", 4", bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$45.00**
**Price:** Model 632 (32 cal.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$47.00**

**HARRINGTON & RICHARDSON M-949 FORTY-NINER**
**Caliber:** 22 S, L or LR, 9 shot.
**Barrel:** 5½" round with ejector rod.
**Weight:** 31 oz.
**Stocks:** One-piece smooth walnut frontier style.
**Sights:** Round blade front, adj. rear.
**Features:** Contoured loading gate; wide hammer spur; single and double action. Western type ejector-housing.
**Price:** H&R Crown-Luster Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$56.00**
**Price:** Nickel (Model 950) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$62.00**

**HIGH STANDARD DOUBLE-NINE CONVERTIBLE**
**Caliber:** 22 S, L or LR, 9-shot (22 WRM with extra cylinder).
**Barrel:** 5½", dummy ejector rod fitted.
**Length:** 11" over-all. **Weight:** 32 oz.
**Stocks:** Smooth walnut, frontier style with medallion
**Sights:** Fixed blade front, notched rear.
**Features:** Western styling; rebounding hammer with auto safety block; spring-loaded ejection.
**Price:** Blued . . . . . . . . . . . . **$97.00** Nickeled . . . . . . . . . . . . . . . **$102.00**

## U.S. HANDGUNS — REVOLVERS SERVICE & SPORT

**HIGH STANDARD HIGH SIERRA DOUBLE ACTION**
**Caliber:** 22 LR and 22 LR/22 Mag., 9-shot.
**Barrel:** 7″ octagonal.
**Weight:** 36 oz. **Length:** 12½″ over-all.
**Stocks:** Smooth walnut.
**Sights:** Blade front, fixed or adj. rear.
**Features:** Gold plated backstrap and trigger guard. Comes with walnut pre-
    sentation case.
**Price:** Fixed sights, 22 LR cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $129.95
**Price:** Fixed sights, dual cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $134.00
**Price:** Adj. sights, dual cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $139.95



**HIGH STANDARD SENTINEL MK I AND MK IV RE-**
**VOLVERS**
**Caliber:** 22 LR (MK I), 22 Mag. (MK IV), 9-shot.
**Barrel:** 2″, 3″ or 4″.
**Weight:** 21½ oz. (2″). **Length:** 6⅞″ over-all (2″ bbl.).
**Stocks:** Smooth walnut.
**Sights:** Ramp front, fixed or adj. rear.
**Features:** Blue or nickel finish (add $10 for nickel).
**Price:** Fixed sights, blue finish, 22 LR . . . . . . . . . . . . . . . . . . . . . . . $89.95
**Price:** Adj. sights, blue finish, 22 LR . . . . . . . . . . . . . . . . . . . . . . . . $99.95
**Price:** Magnum, 2″ bbl., fixed sights . . . . . . . . . . . . . . . . . . . . . . . . $96.50
**Price:** Magnum, 3″ bbl., adj. sights . . . . . . . . . . . . . . . . . . . . . . . . . $106.50

**HI-STANDARD SENTINEL MKII, MKIII**
**Caliber:** 357 or 38 Spec.
**Barrel:** 2½″, 4″, 6″.
**Weight:** 38 oz. (4″ bbl.). **Length:** 9″ over-all (4″ bbl.).
**Stocks:** Walnut, service type or combat.
**Sights:** Fixed on MKII. MKIII has fully adj. rear.
**Features:** Cylinder latch located in front of cylinder. Fast lock time. Blue finish
    only.
**Price:** MKII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $92.95
**Price:** MKIII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $124.95

**High Standard Durango Revolver**
    A variation of the High Standard Double-Nine with a brass finished trigger
    guard and backstrap. 5½″ bbl., 10″ over-all, weight 25 oz. 22 S, L or LR
    only. Walnut grips.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $92.00
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $97.00
**Price:** Blue with adj. sights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $102.00



**IVER JOHNSON TARGET MODEL 57A REVOLVER**
**Caliber:** 22 S or LR, 8 shot, double action.
**Barrel:** 4½″, 6″.
**Length:** 10¾″ (6″ bbl.). **Weight:** 30½ oz. (6″ bbl.).
**Stocks:** Checkered thumbrest, Tenite.
**Sights:** Adjustable Patridge type.
**Features:** Flash Control cylinder, akj. mainspring.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $51.50

**Iver Johnson Target Model 55A Revolver**
    Same as Model 57A except without adjustable sights. Price . . . . . $47.95

**Iver Johnson Cadet Model 55SA**
    Same as Model 55 except with 2½″ barrel only, rounded tenite grips; weight
    24 oz. Price, blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $46.50
    Also available in 32 or 38 S&W caliber, 5 shot . . . . . . . . . . . . . . . $54.75
**Price:** 22 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $46.50

**IVER JOHNSON MODEL 50A SIDEWINDER REVOLVER**
**Caliber:** 22 S, L, LR, 8 shot.
**Barrel:** 6″.
**Length:** 11¼″. **Weight:** 31 oz.
**Stocks:** Plastic Stag Horn.
**Sights:** Fixed, blade front.
**Features:** Wide spur hammer, half-cock safety, scored trigger, Flash Control
    cylinder, recessed shell head, push rod ejector.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $51.50
**Price:** Model 50-B with dual cyl. (22 LR/22 Mag.) . . . . . . . . . . . . . . . $53.95
**Price:** Model 50-SD, dual cyl., adj. sights . . . . . . . . . . . . . . . . . . . . . $65.25



## U.S. HANDGUNS — REVOLVERS SERVICE & SPORT

### RUGER SECURITY-SIX Model 117
**Caliber:** 357 Mag. (also fires 38 Spec.), 6-shot.
**Barrel:** 2¾", 4" or 6".
**Weight:** 35 oz. (4" bbl.) **Length:** 9¼" (4" bbl.) over-all.
**Stocks:** Hand checkered American walnut, semi-target style.
**Sights:** Patridge-type front on ramp, rear adj. for w. and e.
**Features:** Music wire coil springs throughout. Hardened steel construction. Integral ejector rod shroud and sighting rib. Can be disassembled using only a coin.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $107.00

### RUGER SECURITY-SIX Models 107 and 108
**Caliber:** 357 (Model 107), 38 Spec. (Model 108), 6-shot.
**Barrel:** 2¾" or 4".
**Weight:** 33½ oz (4" bbl.) **Length:** 9¼" (4 bbl.) over-all.
**Stocks:** Checkered American walnut, semi-target style.
**Sights:** Patridge-type front, square notch rear.
**Features:** Solid frame with barrel, rib and ejector rod housing combined in one unit. All steel construction. Field strips without tools.
**Price:** Model 107 (357) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $102.00
**Price:** Model 108 (38) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $91.00

### RUGER SPEED-SIX Models 207 and 208
**Caliber:** Model 207—357 Mag. (also fires 38 Spec.); Model 208—38 Spec. only, 6-shot.
**Barrel:** 2¾".
**Weight:** 31½ oz. **Length:** 7½" over-all.
**Stocks:** Round butt design, diamond pattern checkered American walnut.
**Sights:** Patridge-type front, square-notch rear.
**Features:** Same basic mechanism as Security-Six. Hammer without spur available on special order. All steel construction. Music wire coil springs used throughout.
**Price:** Model 207 (357 Mag.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . $102.00
**Price:** Model 208 (38 Spec. only) . . . . . . . . . . . . . . . . . . . . . . . . . . $91.00

### SMITH & WESSON M&P Model 10 REVOLVER
**Caliber:** 38 Special, 6 shot.
**Barrel:** 2", 4", 5" or 6"
**Length:** 9¼" (4" bbl.). **Weight:** 30½ oz. (4" bbl.).
**Stocks:** Checkered walnut, Magna. Round or square butt.
**Sights:** Fixed, ⅛" ramp front, square notch rear.
**Price:** Blued . . . . . . . . . . . $102.00    Nickeled . . . . . . . . . . . . . . . $112.00
Smith & Wesson 38 M&P Heavy Barrel Model 10
Same as regular M&P except: 4" ribbed bbl. with ⅛" ramp front sight, square rear, square butt, wgt. 34 oz.
**Price:** Blued . . . . . . . . . . . $102.00    Nickeled . . . . . . . . . . . . . . . $112.00

### SMITH & WESSON 38 M&P AIRWEIGHT Model 12
**Caliber:** 38 Special, 6 shot.
**Barrel:** 2 or 4 inches.
**Length:** 6⅞" over-all. **Weight:** 18 oz. (2" bbl.)
**Stocks:** Checkered walnut, Magna. Round or square butt.
**Sights:** Fixed, ⅛" serrated ramp front, square notch rear.
**Price:** Blued . . . . . . . . . . . $108.00    Nickeled . . . . . . . . . . . . . . . $123.00

### SMITH & WESSON 357 COMBAT MAGNUM Model 19
**Caliber:** 357 Magnum and 38 Special, 6 shot.
**Barrel:** 2½", 4", 6".
**Length:** 9½" (4" bbl.). **Weight:** 35 oz.
**Stocks:** Checkered Goncala Alves, target. Grooved tangs and trigger.
**Sights:** Front, ⅛" Baughman Quick Draw on 2½" or 4" bbl., Patridge on 6" bbl., micro click rear adjustable for w. and e.
**Price:** S&W Bright Blue or Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . $160.00

### SMITH & WESSON 44 MAGNUM Model 29 REVOLVER
**Caliber:** 44 Magnum, 44 Special or 44 Russian, 6 shot.
**Barrel:** 4", 6½", 8⅜".
**Length:** 11⅞" (6½" bbl.). **Weight:** 47 oz. (6½" bbl.), 43 oz. (4" bbl.).
**Stocks:** Oversize target type, checkered Goncala Alves. Tangs and target trigger grooved, checkered target hammer.
**Sights:** ⅛" red ramp-front, micro. click rear, adjustable for w. and e.
**Price:** S&W Bright Blue or Nickel 4", 6½" . . . . . . . . . . . . . . . . . . . . . $228.00
**Price:** 8⅜" bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $234.50



### RUGER STAINLESS SECURITY-SIX Model 717
**Caliber:** 357 Mag. (also fires 38 Spec.), 6-shot.
**Barrel:** 2¾", 4" or 6".
**Weight:** 35 oz. (4 bbl.). **Length:** 9¼" (4" bbl.) over-all.
**Stocks:** Hand checkered American walnut.
**Sights:** Patridge-type front, fully adj. rear.
**Features:** All metal parts except sights made of stainless steel. Sights are black alloy for maximum visibility. Same mechanism and features found in regular Security-Six.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $132.50



### SMITH & WESSON HIGHWAY PATROLMAN Model 28
**Caliber:** 357 Magnum and 38 Special, 6 shot.
**Barrel:** 4", 6".
**Length:** 11¼" (6" bbl.). **Weight:** 44 oz. (6" bbl.).
**Stocks:** Checkered walnut, Magna. Grooved tangs and trigger.
**Sights:** Front, ⅛" Baughman Quick Draw, on plain ramp. micro click rear, adjustable for w. and e.
**Price:** S&W Satin Blue, sandblasted frame edging and barrel top . $135.00
**Price:** With target stocks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $142.00

## U.S. HANDGUNS — REVOLVERS SERVICE & SPORT

### SMITH & WESSON 357 MAGNUM M-27 REVOLVER
**Caliber:** 357 Magnum and 38 Special, 6 shot.
**Barrel:** 3½", 5", 6", 8⅜".
**Length:** 11¼" (6" bbl.). **Weight:** 44 oz. (6" bbl.).
**Stocks:** Checkered walnut, Magna. Grooved tangs and trigger.
**Sights:** Any S&W target front, micro click rear, adjustable for w. and e.
**Price:** S&W Bright Blue or Nickel, 3½", 5", 6" ................ $$190.00
**Price:** 8⅜" bbl. ................................................ $196.50

### SMITH & WESSON 1953 Model 34, 22/32 KIT GUN
**Caliber:** 22 LR, 6 shot.
**Barrel:** 2", 4".
**Length:** 8" (4" bbl. and round butt). **Weight:** 22½ oz. (4" bbl.).
**Stocks:** Checkered walnut, round or square butt.
**Sights:** Front, ¹⁄₁₀" serrated ramp, micro. click rear, adjustable for w. & e.
**Price:** Blued ............. $117.00    Nickeled ............. $127.00

### Smith & Wesson Model 51 22/32 Kit Gun
Same as Model 34 except chambered for 22 WRF Magnum; 3½" barrel; weight, 24 oz. Choice of round or square butt.
**Price:** Blued ..................................................... $130.00

### Smith & Wesson Kit Gun Airweight (Model 43, not illus.)
Same as M34 except 3½" barrel, square butt; weight 14¼ oz.
**Price:** Blued ..................................................... $130.00

### SMITH & WESSON 38 CHIEFS SPECIAL & AIRWEIGHT
**Caliber:** 38 Special, 5 shot.
**Barrel:** 2", 3".
**Length:** 6½" (2" bbl. and round butt). **Weight:** 19 oz. (2" bbl.; 14 oz. AIR-WEIGHT).
**Stocks:** Checkered walnut, Magna. Round or square butt.
**Sights:** Fixed, ¹⁄₁₀" serrated ramp front, square notch rear.
**Price:** Blued std. M-36 ... $104.00    Standard weight Nickel ... $114.00
**Price:** Blued AIR'W M-37 . $108.00    AIRWEIGHT Nickel ....... $123.00

### SMITH & WESSON 41 MAGNUM Model 57 REVOLVER
**Caliber:** 41 Magnum, 6 shot.
**Barrel:** 4", 6" or 8⅜".
**Length:** 11⅜" (6" bbl.). **Weight:** 48 oz. (6" bbl.).
**Stocks:** Oversize target type checkered Goncala Alves wood and target hammer. Tang and target trigger grooved.
**Sights:** ⅛" red ramp front, micro. click rear, adj. for w. and e.
**Price:** S&W Bright Blue or Nickel 4", 6" ...................... $228.00
**Price:** 8⅜" bbl. .............................................. $234.50

### SMITH & WESSON 41 M&P Model 58 REVOLVER
**Caliber:** 41 Magnum, 6 shot.
**Barrel:** 4".
**Length:** 9¼" over-all. **Weight:** 41 oz.
**Stocks:** Checkered walnut, Magna.
**Sights:** Fixed, ⅛" serrated ramp front, square notch rear.
**Price:** Blued ............. $125.00    Nickeled ............. $135.00

### SMITH & WESSON 32 REGULATION POLICE
**Caliber:** 32 S&W Long (M31), 6 shot.
**Barrel:** 2", 3", 4".
**Length:** 8½" (4" bbl.).
**Weight:** 18¾ oz. (4" bbl.).
**Stocks:** Checkered walnut, Magna.
**Sights:** Fixed, ¹⁄₁₀" serrated ramp front, square notch rear.
**Price:** Blued ............. $102.00    Nickeled ............. $112.00

### SMITH & WESSON 32 HAND EJECTOR Model 30
**Caliber:** 32 S&W Long, 6 shot.
**Barrel:** 2", 3", 4".
**Length:** 8 inches (4" bbl.). **Weight:** 18 oz. (4" bbl.).
**Stocks:** Checkered walnut, Magna.
**Sights:** Fixed, ¹⁄₁₀" serrated ramp front, square notch rear.
**Price:** Blued ............. $102.00    Nickeled ............. $112.00



### SMITH & WESSON K-38 MASTERPIECE
**Caliber:** 38 Spec., 6 shot.
**Barrel:** 6", 8⅜".
**Weight:** 38½ oz. (6" bbl.). **Length:** 11⅛" over-all (6" bbl.)
**Stock:** Checkered walnut, service.
**Sights:** ⅛" Patridge front, micro click rear adj. for w. and e.
**Price:** 6" bbl. .............................................. $125.00
**Price:** 8⅜" bbl. ............................................ $131.50

### Smith & Wesson 60 Chiefs Special Stainless
Same as Model 36 except: 2" bbl. and round butt only.
**Price:** Stainless steel .................................... $135.00



## U.S. HANDGUNS — REVOLVERS SERVICE & SPORT

### SMITH & WESSON MODEL 64 STAINLESS M&P
**Caliber:** 38 Special, 6-shot.
**Barrel:** 4".
**Length:** 9½" over-all. **Weight:** 30½ oz.
**Stocks:** Checkered walnut, service style.
**Sights:** Fixed, ⅛" serrated ramp front, square notch rear.
**Features:** Satin finished stainless steel, square butt.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$135.00**



### SMITH & WESSON MODEL 67 K-38 STAINLESS COMBAT MASTERPIECE
**Caliber:** 38 special, 6-shot.
**Barrel:** 4".
**Length:** 9⅛" over-all. **Weight:** 34 oz. (loaded).
**Stocks:** Checkered walnut, service style.
**Sights:** Front, ⅛" Baughman Quick Draw on ramp, micro click rear adj. for w. and e.
**Features:** Stainless steel. Square butt frame with grooved tangs, grooved trigger with adj. stop.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$152.00**

### Smith & Wesson Bodyguard Model 38 Revolver
**Caliber:** 38 Special; 5 shot, double action revolver.
**Barrel:** 2".
**Length:** 6⅜". **Weight:** 14½ oz.
**Features:** Alloy frame; integral hammer shroud.
**Stocks:** Checkered walnut, Magna.
**Sights:** Fixed ⅒" serrated ramp front, square notch rear.
**Price:** Blued . . . . . . . . . . . **$108.00**   Nickeled . . . . . . . . . . . . . . . **$123.00**

### Smith & Wesson Bodyguard Model 49 Revolver
Same as Model 38 except steel construction. Weight 20½ oz.
**Price:** Blued . . . . . . . . . . . . **$106.00**   Nickeled . . . . . . . . . . . . . . **$116.00**

### DAN WESSON MODEL 8 AND MODEL 14
**Caliber:** 38 Spec. (Model 8); 357 (Model 14), both 6-shot.
**Barrel:** 2¼", 3¾" and 5¾". "Quickshift" interchangeable barrels. Fixed barrels optionally available.
**Weight:** 36 oz. (3¾" bbl.) **Length:** 9" over-all (3¾" bbl.)
**Stocks:** "Quickshift" Powerwood Traditional checkered, walnut grain. Interchangeable with five other styles.
**Sights:** Fixed rear, ⅛" serrated ramp front.
**Features:** Interchangeable barrels, 6 interchangeable grips, few moving parts, easy disassembly.
**Price:** Satin Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$98.95**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.95**

### DAN WESSON MODEL 9 AND MODEL 15
**Caliber:** 38 Spec. (Model 9); 357 (Model 15), both 6-shot.
**Barrel:** 2¼", 3¾", 5¾" "Quickshift" interchangeable barrels. Fixed barrels optionally available.
**Weight:** 36 oz. (3¾" bbl.) **Length:** 9" over-all (3¾" bbl.)
**Stocks:** "Quickshift" Powerwood oversize target, checkered, walnut grain. Interchangeable with five other styles.
**Sights:** Rear adj. for w. & e., ⅛" serrated ramp front.
**Features:** Interchangeable barrels, 6 interchangeable grips, few moving parts, easy disassembly.
**Price:** Brite Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$130.35**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$141.35**

### RG MODEL 88 REVOLVER
**Caliber:** 38 Spec., 357 Mag.
**Barrel:** 4".
**Weight:** 33 oz. **Length:** 9" over-all.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Swing out cylinder, spring ejector. Wide spur hammer and trigger. Imported by RG Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.95**

### RMAC MINI REVOLVER
**Caliber:** 22 short, 5-shot.
**Barrel:** 1".
**Length:** 3¼" over-all.
**Stocks:** Polished walnut.
**Features:** Finished in hard chrome. Spur trigger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$69.95**

### SMITH & WESSON MODEL 66 STAINLESS COMBAT MAGNUM
**Caliber:** 357 Magnum and 38 Special, 6-shot.
**Barrel:** 4".
**Length:** 9½" over-all. **Weight:** 35 oz.
**Stocks:** Checkered Goncala Alves target.
**Sights:** Front, ⅛" Baughman Quick Draw on plain ramp, micro click rear adj. for w. and e.
**Features:** Satin finish stainless steel, grooved trigger with adj. stop.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$185.00**



### SMITH & WESSON CENTENNIAL Model 40 & AIRWEIGHT Model 42 REVOLVERS
**Caliber:** 38 Special, 5 shot.
**Barrel:** 2".
**Length:** 6½". **Weight:** 19 oz. (Standard weight), 13 oz. (AIRWEIGHT).
**Stocks:** Smooth walnut, Magna.
**Sights:** Fixed ⅒" serrated ramp front, square notch rear.
**Price:** Blued, standard wgt. **$110.00**   Nickeled, standard wgt. . . . **$120.00**
**Price:** Blued AIRWEIGHT . **$114.00**   Nickeled, AIRWEIGHT . . . . **$129.00**





## U.S. HANDGUNS—SINGLE ACTION REVOLVERS

### COLT SINGLE ACTION ARMY REVOLVER
**Caliber:** 357 Magnum or 45 Colt, 6 shot.
**Barrel:** 4¾", 5½" or 7½".
**Length:** 10⅞" (5½" bbl.). **Weight:** 37 oz. (5½" bbl.).
**Stocks:** Black composite rubber with eagle and shield crest.
**Sights:** Fixed. Grooved top strap, blade front.
**Price:** Blued and case hardened 4¾", 5½" bbl. . . . . . . . . . . . . . . . **$211.50**
**Price:** Nickel with walnut stocks . . . . . . . . . . . . . . . . . . . . . . . . . . . **$252.00**
**Price:** Buntline Spec., cal. 45 only. 12 bbl., wood stocks . . . . . . . . . **$252.00**
**Price:** With 7½" bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$217.00**



### Colt Single Action Army—New Frontier
Same specifications as standard Single Action Army except: flat-top frame; high polished finish, blue and case colored; ramp front sight and target rear adj. for windage and elevation; smooth walnut stocks with silver medallion.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$252.00**

### COLT FRONTIER SIX SHOOTER
**Caliber:** 44-40
**Barrel:** 7½"
**Stocks:** Black hard rubber with Colt insignia.
**Sights:** Fixed
**Features:** Accurate copy of the original. Bright nickel finish. 1873 flat top style hammer, original-type cylinder locking screw and ejector-rod head. Comes with presentation case covered with leather.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$300.00**



### COLT PEACEMAKER CENTENNIAL
**Caliber:** 45
**Barrel:** 7½".
**Stocks:** One piece black walnut with inspector's initials.
**Sights:** Fixed.
**Features:** Accurate-copy of the original. Blue finish with color hardened frame carrying two line patent dates and "U.S." Original-type cylinder locking screw and ejector-rod head, 1873 flat top style hammer. Comes with oiled walnut presentaton case.
**Price** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$300.000**



### COLT PEACEMAKER 22
**Caliber:** 22 LR/22 Magnum.
**Barrel:** 4⅜", 6" or 7½" (Buntline).
**Length:** 9⅝" (11¼" in 6", 12¾" for Buntline). **Weight:** 29½ oz. (31 oz. in 6", 33 oz. for Buntline).
**Stocks:** Black composite rubber with eagle and shield crest.
**Sights:** Fixed. Grooved top strap, blade front.
**Features:** Color case hardened frame, all steel construction, smooth trigger, knurled hammer spur.
**Price:** Blued, dual cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$85.50**
**Price:** Buntline, dual cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$91.00**



### F.I.E. E15 BUFFALO SCOUT REVOLVER
**Caliber:** 22 LR, 22 Mag., 6-shot.
**Barrel:** 4¾.
**Length:** 10" over-all. **Weight:** 30 oz.
**Stocks:** Black plastic.
**Features:** Slide spring ejector.
**Sights:** Fixed.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$34.95**
**Price:** Model E15MB with extra interchangeable 22 WMR Mag. cylinder, blue finish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$42.95**
**Price:** Chrome, single cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$41.95**
**Price:** Chrome, dual cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$47.95**

### COLT NEW FRONTIER 22
**Caliber:** 22 LR/22 Magnum.
**Barrel:** 4⅜", 6" or 7½" (Buntline).
**Length:** 9⅝" w/6" bbl. (11¼" w/6" bbl., 12¾" for Buntline). **Weight:** 28 oz. (30½ oz. w/6" bbl., 32 oz. for Buntline).
**Stocks:** Black composite rubber with eagle and shield crest.
**Sights:** Ramp front, adjustable rear.
**Features:** Blue finish, smooth trigger, knurled hammer spur.
**Price:** Dual cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$96.00**
**Price:** Buntline Dual cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$101.00**



### RMAC CASULL SUPER MAG
**Caliber:** 454 Casull Super Mag., 44 Casull Super Mag., 41 Casull Super Mag., 357 Casull Super Mag.
**Barrel:** 7½" standard.
**Weight:** 3 lbs.
**Stocks:** Highly polished one-piece.
**Sights:** Blade front, grooved top strap rear.
**Features:** Single action only, 4140 steel construction.
**Price:** 454, 44 and 41 . . . . **$295.00**    357 Casull Super Mag. . . . **$275.00**

Compendium_Klarevas
Page 178

## U.S. HANDGUNS — SINGLE ACTION REVOLVERS



**RUGER NEW MODEL SUPER BLACKHAWK**
**Caliber:** 44 Magnum, 6-shot. Also fires 44 Spec.
**Barrel:** 7½" (6-groove, 20" twist).
**Weight:** 48 oz. **Length:** 13⅜" over-all.
**Sights:** Genuine American walnut.
**Sights:** ⅛" ramp front, micro click rear adj. for w. and e.
**Features:** New Ruger interlocked mechanism, non-fluted cylinder, steel grip and cylinder frame, square back trigger guard, wide serrated trigger and wide spur hammer. Deep Ruger blue.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$135.00**



**RUGER NEW MODEL BLACKHAWK REVOLVER**
**Caliber:** 357 or 41 Mag., 6-shot.
**Barrel:** 4⅝" or 6½", either caliber.
**Weight:** 40 oz. (6½" bbl.). **Length:** 12¼" over-all (6½" bbl.).
**Stocks:** American walnut.
**Sights:** ⅛" ramp front, micro click rear adj. for w. and e.
**Features:** New Ruger interlocked mechanism, independent firing pin, hardened chrome-moly steel frame, music wire springs throughout.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.00**
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$140.00**



**RUGER NEW MODEL SUPER SINGLE-SIX**
**Caliber:** 22 S, L, LR, 6-shot. 22 WMR in extra cylinder.
**Barrel:** 4⅝", 5½", 6½" or 9½" (6-groove).
**Weight:** 32 oz. (6½" bbl.) **Length:** 11⅜" over-all (6½" bbl.).
**Stocks:** Smooth American walnut.
**Sights:** Improved patridge front on ramp, fully adj. rear protected by integral frame ribs.
**Features:** New Ruger "interlocked" mechanism, transfer bar ignition, gate-controlled loading, hardened chrome-moly steel frame, wide trigger, music wire springs throughout, independent firing pin.
**Price:** 4⅝", 5½", 6½" barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$87.50**
**Price:** 9½" barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$95.00**
**Price:** 4⅝", 5½", 6½" bbl., stainless steel . . . . . . . . . . . . . . . . . . . **$125.00**
**Price:** 9½" bbl., stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$135.00**

**Ruger New Model 357/9mm Blackhawk**
Same as the 357 Magnum except furnished with interchangeable cylinders for 9mm Parabellum and 357 Magnum cartridges . . . . . . . . . . . . **$119.00**
9mm cylinder, fitted to your 357 Blackhawk . . . . . . . . . . . . . . . . . . . **$16.00**



**RUGER NEW MODEL CONVERTIBLE BLACKHAWK**
**Caliber:** 45 Colt or 45 Colt/45 ACP (extra cylinder).
**Barrel:** 4⅝" or 7½" (6-groove, 16" twist).
**Weight:** 40 oz. (7½" bbl.). **Length:** 13⅜" (7½" bbl.).
**Stocks:** Smooth American walnut.
**Sights:** ⅛" ramp front, micro click rear adj. for w. and e.
**Features:** Similar to Super Blackhawk, Ruger interlocked mechanism. Convertible furnished with interchangeable cylinder for 45 ACP.
**Price:** Blued, 45 Colt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.00**
**Price:** Convertible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$119.00**

**Ruger New Model 30 Carbine Blackhawk**
Specifications similar to 45 Blackhawk. Fluted cylinder, round-back trigger guard. Weight 44 oz., length 13⅛" over-all, 7½" barrel only.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.00**

**SMITH & WESSON K-38 S.A. M-14**
**Caliber:** 38 Spec., 5-shot.
**Barrel:** 6", 8⅜".
**Length:** 11⅛" over-all (6" bbl.). **Weight:** 38½ oz. (6" bbl.).
**Stocks:** Checkered walnut, service type.
**Sights:** ⅛" Patridge front, micro click rear adj. for w. and e.
**Features:** Same as Model 14 except single action only, target hammer and trigger.
**Price:** 6" bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$145.00**
**Price:** 8⅜" bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$151.50**



Compendium_Klarevas
Page 179

# U.S. HANDGUNS—MISCELLANEOUS

**MBA GYROJET PISTOL**
**Caliber:** 12 mm, 6-shot magazine.
**Barrel:** 8¼″.
**Length:** 9¾″ over-all. **Weight:** 16 oz.
**Stocks:** Walnut, smooth.
**Sights:** Fixed. Post front, square notch rear.
**Features:** Semi-automatic, fires rocket projectile instead of conventional cartridge.
**Price:** ............................................................ **$99.00**



**MERRILL SPORTSMAN'S SINGLE SHOT**
**Caliber:** 22 S, L, LR, 22WMR, 22WRF, 22 Rem. Jet, 22 Hornet, K-Hornet, 357, 38 Spl., 256 Win. Mag., 45 Colt/410 (3″).
**Barrel:** 9″ hinged type break-open. Semi-octagon.
**Length:** 10½″. **Weight:** 54 oz.
**Stocks:** Smooth walnut with thumb & heel rest.
**Sights:** Front 125″ blade, square notch rear adj. for w. & e.
**Features:** 355″ rib on top, grooved for scope mounts, auto. safety, cocking indicator, hammerless.
**Price:** ............................................................. **$150.00**
**Price:** Extra bbls. ......... **$39.50**    Wrist rest attachment ...... **$12.50**

**THOMPSON-CENTER ARMS CONTENDER**
**Caliber:** 218 Bee, 221 Rem., 25-35 Win., 30-30 Win., 22 S, L, LR, 22 WMR, 22 Rem. Jet, 22 Hornet, 22 K Hornet, 256 Win., 9mm Parabellum, 38 Super, 357/44 B & D, 38 Spl., 357 Mag., also 222 Rem., 30 M1, 45 ACP, 44 Mag., 5mm Rem., 45 Long Colt.
**Barrel:** 8¾″, 10″, tapered octagon. Single shot.
**Length:** 13¼″ (10″ bbl.). **Weight:** 43 oz. (10″ bbl.).
**Stocks:** Select checkered walnut grip and fore-end, with thumb rest. Right or left hand.
**Sights:** Under cut blade ramp front, rear adj. for w. & e.
**Features:** Break open action with auto-safety. Single action only. Interchangeable bbls., both caliber (rim & center fire), and length. Drilled and tapped for scope. Engraved frame.
**Price:** Blued (rimfire cals.) ..................................... **$144.00**
**Price:** Blued (centerfire cals.) .................................. **$144.00**
**Price:** Extra bbls. ............................................. **$52.00**
**Price:** 30 cal. Herrett bull bbl. with fore-end, less sights ......... **$57.00**
**Price:** As above except with sights ............................. **$67.00**
**Price:** Bushnell Phantom scope base .......................... **$5.00**
**Price:** Fitted walnut case ...................................... **$39.50**



**UNIVERSAL ENFORCER MODEL 3000 AUTO CARBINE**
**Caliber:** 30 M1 Carbine, 30-shot magazine.
**Barrel:** 10¼″ with 12-groove rifling.
**Length:** 17¾″. **Weight:** 4½ lbs.
**Stocks:** American walnut with handguard.
**Features:** Uses surplus 5- or 15-shot magazine. 4½-6 lb. trigger pull.
**Sights:** Gold bead ramp front. Peep rear adj. for w. and e. 14″ sight radius.
**Price:** Blue finish ............................................ **$149.95**
**Price:** Nickel plated finish .................................... **$194.95**
**Price:** Gold plated finish ..................................... **$212.95**



**REMINGTON MODEL XP-100 Bolt Action Pistol**
**Caliber:** 221 Fireball, single shot.
**Barrel:** 10½ inches, ventilated rib.
**Length:** 16¾ inches. **Weight:** 60 oz.
**Stocks:** Brown nylon one-piece, checkered grip with white spacers.
**Features:** Fits left or right hand, is shaped to fit fingers and heel of hand. Grooved trigger. Rotating thumb safety, cavity in fore-end permits insertion of up to five 38 cal., 130-gr. metal jacketed bullets to adjust weight and balance. Included is a black vinyl, zippered case.
**Sights:** Fixed front, rear adj. for w. and e. Tapped for scope mount.
**Price:** Including case .......................................... **$119.95**

29TH EDITION, 1975    **323**

## U.S. CENTERFIRE RIFLES—LEVER ACTION



**BROWNING BLR LEVER ACTION RIFLE**
**Caliber:** 243 or 308 Win. 4-shot detachable mag.
**Barrel:** 20˝ round tapered.
**Weight:** 6 lbs. 15 oz. **Length:** 39¾˝ over-all.
**Stock:** Checkered straight grip and fore-end, oil finished walnut (13¾˝x1¾˝x2¾˝).
**Sights:** Square notch adj. rear, gold bead on hooded ramp front.
**Features:** Wide, grooved trigger half-cock hammer safety. Receiver tapped for scope mount. Recoil pad installed.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $199.50

**MARLIN 336C LEVER ACTION CARBINE**
**Caliber:** 30-30 or 6-shot tubular magazine
**Barrel:** 20˝ Micro-Groove
**Weight:** 7 lbs. **Length:** 38½˝
**Stock:** Select American walnut, capped p.g. with white line spacers.
**Sights:** Wide-Scan ramp front, semi-buckhorn rear adj. for w. & e.
**Features:** Gold plated trigger, receiver tapped for scope mount, offset hammer spur, top of receiver sand blasted to prevent glare.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $116.95

**Marlin 336T Lever Action Carbine**
Same as the 336C except: straight stock; cal. 30-30 only. Squared finger lever. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $116.95.

**Marlin 336A**
Same action as the 336C with 24˝ round barrel, ½-magazine tube with 5-shot capacity. Blued fore-end cap and sling swivels. Available in 30-30 Win. only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $121.95

**Marlin Glenfield 30A Lever Action Carbine**
Same as the Marlin 336C except: checkered walnut finished hardwood p.g. stock, 30-30 only, 6-shot. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $109.95

**MARLIN 444 LEVER ACTION SPORTER**
**Caliber:** 444 Marlin, 4-shot tubular magazine
**Barrel:** 22˝ Micro-Groove
**Weight:** 7½ lbs. **Length:** 40½˝
**Stock:** American walnut, capped p.g. with white line spacers, recoil pad.
**Sights:** Bead front, folding leaf rear adj. for w. & e.
**Features:** Gold plated trigger, receiver tapped for scope mount, offset hammer spur, leather sling with detachable swivels.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $145.00

**MARLIN 1894 LEVER ACTION CARBINE**
**Caliber:** 44 Magnum, 10 shot tubular magazine
**Barrel:** 20˝ Micro-Groove
**Weight:** 6 lbs. **Length:** 37½˝
**Stock:** American walnut, straight grip and fore-end.
**Sights:** Bead ramp front, semi-buckhorn rear adj. for w. & e.
**Features:** Gold plated trigger, receiver tapped for scope mount, offset hammer spur, solid top receiver sand blasted to prevent glare. Marlin scope extra . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $31.95.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $116.95

**MARLIN 1895 LEVER ACTION RIFLE**
**Caliber:** 45-70, 4-shot tubular magazine.
**Barrel:** 22˝ round.
**Weight:** 7 lbs. **Length:** 40½˝.
**Stock:** American walnut, straight grip.
**Sights:** Bead front semi-buckhorn rear adj. for w. and e.
**Features:** Solid receiver tapped for scope mounts or receiver sights, offset hammer spur.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $185.00

**MOSSBERG MODEL 472 LEVER ACTION**
**Caliber:** 30-30, 35 Rem., 6-shot magazine.
**Barrel:** 20˝. 35 Rem.
**Weight:** 7½ lbs. **Length:** 38½˝ over-all.
**Stock:** Walnut, fluted comb, p.g., rubber buttplate, white line spacers at p.g. cap and butt.
**Sights:** Ramp front, rear adj. for e.
**Features:** Trigger moves with lever on opening, hammer-block safety. Solid top receiver with side ejection. Also available with straight grip stock, either cal., same price
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $132.60
**Price:** "Brush Gun". 18˝ bbl., straight stock, 30-30 only . . . . . . . . . $132.60
**Price:** 472 PRA (24˝ bbl., hooded ramp front sight, ½ magazine tube)$133.30

Compendium_Klarevas
Page 181

# U.S. CENTERFIRE RIFLES—LEVER ACTION



**MOSSBERG 472 "ONE IN FIVE THOUSAND" CARBINE**
**Caliber:** 30-30
**Barrel:** 18″
**Stock:** Straight grip walnut.
**Sights:** Ramp front, rear adj. fore.
**Features:** Collector's series edition. Brass buttplate, brass saddle ring and barrel bands, gold trigger, and scenes etched on both sides of receiver.
**Price:** ............................................................ **$154.80**



**Savage 99A Lever Action Rifle**
Same as the 99E except: straight-grip walnut stock with schnabel fore-end, top tang safety. Folding leaf rear sight. Available in 250-3000 (250 Savage) 300 Savage, 243 or 308 Win. ............................... **$167.95**



**Savage 99C Lever Action Clip Rifle**
Similar to M99A except: Detachable staggered clip magazine with push-button ejection. Wgt. about 6¾ lbs., 41¾″ over-all with 22″ bbl. cals. 243, 308 ............................................................ **$173.20**

**SAVAGE 99E LEVER ACTION RIFLE**
**Caliber:** 300 Savage, 243 or 308 Win., 5-shot rotary magazine.
**Barrel:** 20″ Chrome-moly steel.
**Weight:** 7 lbs. **Length:** 39¾″ over-all.
**Stock:** Walnut finished with checkered p.g. and fore-end (13½x1½x2½).
**Sights:** Ramp front with step adj. sporting rear. Tapped for scope mounts.
**Features:** Grooved trigger, slide safety locks trigger and lever.
**Price:** ............................................................ **$146.95**



**Western Field Deluxe Model 72A**
Same as Standard Model except: Select walnut stock and fore-end, hand checkered p.g. and fore-end. Gold plated trigger and bbl. band. Gold filled "deer" scenes on receiver sides.
**Price:** ............................................................ **$136.00**

**WESTERN FIELD 72 LEVER ACTION CARBINE**
**Caliber:** 30-30, 6-shot magazine.
**Barrel:** 18″, 20″.
**Weight:** 7½ lbs. **Length:** 38½″ over-all.
**Stock:** Walnut, fluted comb, p.g., rubber buttplate and p.g. cap with white spacers.
**Sights:** Ramp front, rear adj. for e.
**Features:** Trigger moves with lever on opening, hammer-block safety. Gold plated trigger. Solid top receiver with side ejection.
**Price:** Standard Model ........................................ **$109.00**
**Price:** 18″ bbl., straight stock, steel buttplate ..................... **$98.00**



**Winchester 94 Antique Carbine**
Same as M94 except: color case-hardened and scroll-engraved receiver, brass-plated loading gate and saddle ring. 30-30 only ......... **$125.95**

**WINCHESTER 94 LEVER ACTION CARBINE**
**Caliber:** 30-30, (12″ twist), 32 Special (16″ twist) 6-shot tubular mag.
**Barrel:** 20″
**Weight:** 6½ lbs. **Length:** 37¾″ over-all
**Stock:** Walnut straight grip stock and fore-end (13″x1¾″x2½″).
**Sights:** Bead front sight on ramp with removable cover; open rear. Tapped for receiver sights.
**Features:** Solid frame, top ejection, half-cock hammer safety.
**Price:** ............................................................ **$115.95**

Compendium_Klarevas
Page 182

## U.S. CENTERFIRE RIFLES—AUTOLOADING



**ARMALITE AR-180 SPORTER CARBINE**
**Caliber:** 223 semi-automatic, gas operated carbine.
**Barrel:** 18¼" (12" twist).
**Weight:** 6½ lbs. **Length:** 38" over-all
**Stock:** Nylon folding stock, phenolic fiber-glass heat dissipating fore-end.
**Sight:** Flip-up "L" type sight adj. for w., post front adj. for e.
**Features:** Safety lever accessible from both sides. Flash hider slotted to prevent muzzle climb.
**Price:** ....................................................... **$294.30**
   3x (2.75 x 20mm) scope with detachable side-mount. .......... **$88.49**
   Extra 5-round magazine ...................................... **$5.75**



**BROWNING HIGH-POWER AUTO RIFLE**
**Caliber:** 243, 270, 30-06, 308.
**Barrel:** 22" round tapered.
**Weight:** 7⅜ lbs. **Length:** 43½" over-all.
**Stock:** French walnut p.g. stock (13⅝"x2"x1⅝") and fore-end, hand checkered.
**Sights:** Adj. folding-leaf rear, gold bead on hooded ramp front.
**Features:** Detachable 4-round magazine. Receiver tapped for scope mounts. Trigger pull 4 lbs.
**Price:** Grade I ............................................... **$289.50**
   Grade II. Same as Grade I except hand-rubbed selected French walnut stock, hand engraved receiver ................................. **$314.50**
   Other Grades and prices to .............................. **$1,200.00**

**Browning Magnum Auto Rifle**
   Same as the standard caliber model, except weighs 8½ lbs., 45¼" over-all
24" bbl., 3-round mag., Cals. 7mm Win. Mag. and 338 Mag.
Grade I ............... **$319.50**   Grade II .................. **$344.50**
   Other Grades and prices to ............................. **$1,200.00**



**COLT AR-15 SPORTER**
**Caliber:** 223 Rem.
**Barrel:** 20".
**Weight:** 7¼ lbs. **Length:** 38⅜" over-all.
**Stock:** Reinforced polycarbonate with buttstock stowage compartment.
**Sights:** Post front, rear adj. for w. and e.
**Features:** 5-round detachable box magazine recoil pad, flash suppressor, sling swivels.
**Price:** ............................................... **$252.00**




**HARRINGTON & RICHARDSON 360 ULTRA AUTO**
**Caliber:** 243, 308 Winchester. 3 round mag.
**Barrel:** 22" round, tapered.
**Weight:** 7½ lbs. **Length:** 43½" over-all.
**Stock:** One-piece American walnut Monte Carlo p.g. stock, roll-over cheek-piece.
**Sights:** Open adj. rear sight, gold bead ramp front.
**Features:** Sliding trigger guard safety. Manually operated bolt stop. Receiver tapped for scope mount.
**Price:** ............................................... **$199.00**



**M-1 TANKER GARAND**
**Caliber:** 30-06, 8-shot clip.
**Barrel:** 17½".
**Weight:** 8½ lbs.
**Stock:** Birch, walnut finish.
**Sights:** Blade front, peep rear adj. for w. & e.
**Features:** Gas-operated semi-automatic. Shortened version of M-1 Garand rifle. From National Ordnance.
**Price:** ............................................... **$199.95**

**M-1 GARAND AUTO RIFLE**
**Caliber:** 30-06, 8-shot clip.
**Barrel:** 24".
**Length:** 43½" over-all. **Weight:** 9½ lbs.
**Stock:** Birch, walnut finish.
**Sights:** Blade front, peep rear adj. for w. & e.
**Features:** Semi-automatic, gas operated, completely new manufacture. From National Ordnance.
**Price:** ............................................... **$199.95**

Compendium_Klarevas
Page 183

## U.S. CENTERFIRE RIFLES — AUTOLOADING



**NATIONAL ORDNANCE M-1 CARBINE**
**Caliber:** 30 Carbine, 15-shot magazine.
**Barrel:** 18".
**Weight:** 5½ lbs. **Length:** 35½" over-all.
**Stock:** Walnut.
**Sights:** Blade front, rear adj. for w. and e.
**Features:** Gas operated, cross lock safety, hammerless, military style.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$89.95**
    With scope base mounted . . . . . . . . . . . . . . . . . . . . **$99.95**
    With folding "paratrooper" stock and 30-shot magazine . . . . . . . . **$109.95**
    With scope base mounted . . . . . . . . . . . . . . . . . . . . **$119.95**

**PLAINFIELD MACHINE CO. CARBINE**
**Caliber:** 30 U.S. Carbine or 223 (5.7mm).
**Barrel:** 18" six-groove.
**Weight:** 6 lbs. **Length:** 35½" over-all.
**Stock:** Glossy finished hard wood.
**Sights:** Click adj. open rear, gold bead ramp front.
**Features:** Gas operated semi-auto carbine. 15-shot detachable magazine.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$114.00**
    Paratrooper. With telescoping wire stock, front vertical hand grip **$135.00**
    Plainfielder. With walnut Monte Carlo sporting p.g. stock . . . . . . . **$150.00**

**PJK M-68 CARBINE**
**Caliber:** 9mm Luger, 30-shot magazine.
**Barrel:** 16⁷⁄₁₆".
**Weight:** 7 lbs. **Length:** 27".
**Stock:** Black plastic.
**Sights:** Blade front, aperature rear.
**Features:** Straight blowback operation, cross-bolt safety, removeable flash hider. Semi-automatic only.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$179.00**

**REMINGTON 742 WOODMASTER AUTO RIFLE**
**Caliber:** 243 Win., 6mm Rem., 280 Rem., 308 Win. and 30-06.
**Barrel:** 22" round tapered.
**Weight:** 7½ lbs. **Length:** 42" over-all.
**Stock:** Walnut (13¾"x1⅝"x2¼") deluxe checkered p.g. and fore-end.
**Sights:** Gold bead front sight on ramp; step rear sight with windage adj.
**Features:** Positive cross-bolt safety. Receiver tapped for scope mount. 4-shot clip mag.

**Remington 742 Carbine**
Same as M742 except: 18½" bbl., 38½" over-all, wgt. 6¾ lbs. Cals: 30-06, 308 Win. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.00**

**Remington 742 BDL Woodsmaster**
Same as 742 except: "stepped" receiver, Monte Carlo with cheekpiece (right or left), whiteline spacers, basket-weave checkering on p.g. and fore-end, black fore-end tip, RKW finish (13⁵⁄₁₆"x1⅝"x1¹³⁄₁₆"x2½"). Cals. 30-06, 308 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$209.95**

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.95**
    Extra 4-shot clip magazine . . . . . . . . . . . . . . . . . . . . . . . **$5.25**
    Sling strap and swivels (installed) . . . . . . . . . . . . . . . . . . . **$9.10**
    Peerless (D) and Premier (F) grades . . . . . . . . . . **$660.00** and **$1,350.00**
    Premier with gold inlays . . . . . . . . . . . . . . . . . . . . **$2,100.00**

**RUGER MINI-14 223 CARBINE**
**Caliber:** 223 Rem., 5-shot detachable box magazine.
**Barrel:** 18½".
**Weight:** 6½ lbs. **Length:** 37¼" over-all.
**Stock:** Walnut, steel reinforced.
**Sights:** Gold bead front, fully adj. rear.
**Features:** Fixed piston gas-operated, positive primary extraction. 20-shot magazine available only to police departments. **Factory accepting police orders only for balance of 1974.**
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**

**RUGER 44 AUTOLOADING CARBINE**
**Caliber:** 44 Magnum, 4-shot tubular magazine.
**Barrel:** 18½" round tapered.
**Weight:** 5¾ lbs. **Length:** 36¾" over-all.
**Stock:** One-piece walnut p.g. stock (13⅜"x1⅝"x2¼").
**Sights:** ¹⁄₁₆" front, folding leaf rear sights.
**Features:** Wide, curved trigger. Sliding cross-bolt safety. Receiver tapped for scope mount, unloading button.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$119.00**

Compendium_Klarevas
Page 184

# U.S. CENTERFIRE RIFLES—AUTOLOADING



**RUGER 44 AUTOLOADING DELUXE CARBINE**
**Caliber:** 44 Magnum, 4-shot tubular magazine.
**Barrel:** 18½″ round tapered.
**Weight:** 5¾ lbs. **Length:** 36¾″ over-all.
**Stock:** One piece American walnut with sling swivels.
**Sights:** Gold bead front, Ruger adj. peep rear.
**Features:** Automatic bolt hold-open after last shot, magazine unloading button. Drilled and tapped for scope mount.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$122.00**



**UNIVERSAL 1003 AUTOLOADING CARBINE**
**Caliber:** 30 M1, 5-shot magazine.
**Barrel:** 18″
**Weight:** 5½ lbs. **Length:** 35½″ over-all.
**Stock:** Walnut stock inletted for ''issue'' sling and oiler.
**Sights:** Blade front aperture rear. With protective wings, adj.
**Features:** Gas operated, hammerless. Cross lock safety. Receiver tapped for scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$118.95**
**Price:** Model 1011 nickel plated . . . . . . . . . . . . . . . . . . . . . . . . . . **$131.95**
**Price:** Model 1016 gold plated . . . . . . . . . . . . . . . . . . . . . . . . . . . **$194.95**

**Universal Model 1002 Carbine**
Same as Model 1000 except: Military type with metal handguard. Blue
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$122.95**

# U.S. CENTERFIRE RIFLES—SLIDE ACTION



**REMINGTON 760 GAMEMASTER SLIDE ACTION**
**Caliber:** 6mm Rem., 243, 270, 308 Win., 30-06.
**Barrel:** 22″ round tapered.
**Weight:** 7½ lbs. **Length:** 42″ over-all.
**Stock:** Checkered walnut p.g. and fore-end (13¼″x1⅝″x2⅛″) RKW finish
**Sights:** Gold bead front sight or matted ramp, open step adj. sporting rear.
**Features:** Detachable 4-shot clip. Cross-bolt safety. Receiver tapped for scope mount.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$164.95**
Sling strap and swivels (installed) . . . . . . . . . . . . . . . . . . . . . . . . . . **$9.10**
Extra 4-shot clip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4.50**



**Remington 760 Gamemaster Carbine**
Same as M760 except has 18½″ barrel. Wgt. 7¼ lbs., 38½″ over-all. Cals:
308 Win. and 30-60 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$164.95**



**Remington 760 BDL Gamemaster**
Same as 760 except: ''stepped receiver,'' Monte Carlo stock with cheekpiece (right or left), whiteline spacer, basket-weave checkering on p.g. and fore-end, black fore-end tip, RKW finish. (13⅞₁₆″x1⅝″x1¹³⁄₁₆″x2½″). Cals. 270, 30-06, 308 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$184.95**
Also in Peerless (D) and Premier (F) grades . . . . . **$595.00** and **$1,350.00**
(F), with gold inlay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,100.00**



**SAVAGE MODEL 170 SLIDE ACTION**
**Caliber:** 30-30 only. 3-shot mag.
**Barrel:** 22″ round tapered.
**Weight:** 6¾ lbs. **Length:** 41½″ over-all.
**Stock:** Walnut (14″x1½″x2½″), with checkered p.g. Hard rubber buttplate.
**Sights:** Gold bead ramp front, folding-leaf rear.
**Features:** Hammerless, solid frame tapped for scope mount. Top tang safety.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$105.10**



**Savage Model 170-C Slide Action Rifle**
Same as Model 170 except has 18½″ barrel, no Monte Carlo on stock. Silent-Lok feature eliminates slide handle rattle. . . . . . . . . . . . . . **$105.10**

Compendium_Klarevas
Page 185

## U.S. CENTERFIRE RIFLES — BOLT ACTION



**BROWNING HIGH POWER RIFLE**
**Caliber:** 222, 222 Mag., 22-250, 284, 243, 308, 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 308 Norma, 338 Win. Mag. 375 H&H, 458 Win. Mag.
**Barrel:** 22″ standard, 24″ Magnum.
**Weight:** 6⅛ to 8¼ lbs. **Length:** 43″
**Stock:** Checkered walnut p.g. with Monte Carlo (13⅝″x1⅝″x2⅜″).
**Sights:** Hooded ramp front, removable adj. folding-leaf rear; except none on 458.
**Features:** 3-position side safety, hinged floorplate, receiver tapped for scope mount.
**Price:** Safari Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $410.00 to $460.00
Medallion Grade, except 222 . . . . . . . . . . . . . . . . . . . . . . . . . . . . $700.00
Olympian Grade, except 222 . . . . . . . . . . . . . . . . . . . . . . . . . $1,200.00

**BORTMESS BIG HORN RIFLE**
**Caliber:** All cals. from 22-250 thru 458 Win.
**Barrel:** 24″ or 25″ Douglas Premium.
**Weight:** 7¼ lbs. **Length:** 46″ over-all.
**Stock:** American walnut. Monte Carlo with rollover cheekpiece, half-curl p.g. with rosewood cap, tapering cut fore-end with cap.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Uses Ranger Arms action. Choice of Nidner steel or Pachmayr rubber recoil pad. High gloss stock finish. From Bortmess Gun Co.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $455.00



**BORTMESS OMEGA RIFLE**
**Caliber:** All cals. from 22-250 thru 358 Norma (no long magnums).
**Barrel:** 24″ and 25″ Douglas Premium.
**Weight:** 7¼ lbs. **Length:** 46″ over-all.
**Stock:** Two-piece American walnut. High gloss finish.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Built by Omega Arms, distributed by Bortmess Gun Co.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $500.00

**BORTMESS CLASSIC RIFLE**
**Caliber:** All cals. from 22-250 thru 458 Win.
**Barrel:** 24″ or 25″ Douglas Premium.
**Weight:** 7¼ lbs. **Length:** 46″ over-all.
**Stock:** American walnut and pull 13¾″. Plastic fore-end tip and p.g. cap. Pachmayr solid rubber recoil pad.
**Sights:** None furnished. Drilled and tapped for scope.
**Features:** Uses Ranger Arms action. Hand checkered p.g. and fore-end. High gloss finish. Exotic stock woods available at extra cost. From Bortmess Gun Co.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $455.00



**CHAMPLIN RIFLE**
**Caliber:** All std. chamberings, including 458 Win. and 460 Wea. Many wildcats on request.
**Barrel:** Any length up to 26″ for octagon. Choice of round, straight taper octagon, or octagon with integral quarter rib, front sight ramp and sling swivel stud.
**Length:** 45″ over-all. **Weight:** About 8 lbs.
**Stock:** Hand inletted, shaped and finished. Checkered to customer specs. Select French, Circassin or claro walnut. Steel p.g. cap, trap buttplate or recoil pad.
**Sights:** Bead on ramp front, 3-leaf folding rear.
**Features:** Right or left hand Champlin action, tang safety or optional shroud safety, Canjar acj. trigger, hinged floorplate.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,280.00

**COLT SAUER RIFLE**
**Caliber:** 25-06, 270, 30-06, (std.), 7mm Rem. Mag., 300 Win. Mag. (Magnum).
**Barrel:** 24″, round tapered.
**Length:** 43¾″ over-all. **Weight:** 8 lbs. (std.).
**Stock:** American walnut, cast-off M.C. design with cheekpiece. Fore-end tip and p.g. cap rosewood with white spacers. Hand checkering.
**Sights:** None furnished. Specially designed scope mounts for any popular make scope furnished.
**Features:** Unique barrel/receiver union, non-rotating bolt with cam-actuated locking lugs, tang-type safety locks sear. Detachable 3- and 4-shot magazines.
**Price:** Standard cals. . . . . . $450.00      Magnum cals. . . . . . . . . . . $460.00

**Colt Sauer Short Action Rifle**
Same as standard rifle except chambered for 22-250, 243 and 308 Win. 24″ bbl., 43″ over-all. Weighs 7½ lbs. 3-shot magazine. . . . . . . . . . . $450.00

Compendium_Klarevas
Page 186

# U.S. CENTERFIRE RIFLES — BOLT ACTION



**COLT SAUER GRAND AFRICAN**
**Caliber:** 458 Win. Mag.
**Barrel:** 24″, round tapered.
**Length:** 44½″ over-all. **Weight:** 10½ lbs.
**Stock:** Solid African bubinga wood, cast-off M.C. with cheekpiece, contrasting rosewood fore-end and p.g. caps with white spacers. Checkered fore-end and p.g.
**Sights:** Ivory bead hooded ramp front, adj. sliding rear.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$480.00**




**HARRINGTON & RICHARDSON 300 BOLT ACTION**
**Caliber:** 22-250, 243, 270, 308, 30-06 (5-shot), 7mm Rem. Mag., 300 Win. Mag. (3-shot)
**Barrel:** 22″ round, tapered.
**Weight:** 7¾ lbs. **Length:** 42½″ over-all.
**Stock:** American walnut; hand checkered p.g. and fore-end, Monte Carlo, roll-over cheekpiece.
**Sights:** Adjustable rear, gold bead front.
**Features:** Hinged floorplate; sliding side safety; sling swivels, recoil pad. Receiver tapped for scope mount. Sako action.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$237.00**

**HARRINGTON & RICHARDSON 301 ULTRA CARBINE**
Similar to M300, except: Mannlicher style stock (no roll-over cheek-piece) metal fore-end tip. 18″ bbl., 39″ over all, wgt. 7¼ lbs., not available in 22-250. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$252.00**



**HARRINGTON & RICHARDSON 317 ULTRA WILDCAT**
**Caliber:** 17 Rem., 222, 223 or 17/223 (handload) 6-shot magazine.
**Barrel:** 20″ round, tapered.
**Weight:** 5¼ lbs. **Length:** 38½″ over-all.
**Stock:** Walnut, hand polished, hand checkered capped p.g. and fore-end, with Monte Carlo.
**Sights:** None. Receiver dovetailed for integral scope mounts.
**Features:** Sliding side safety, adj. trigger. included. Sliding side safety, adj. trigger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$262.00**
Model 317P has better wood, basketweave checkering . . . . . . . **$474.00**



**HARRINGTON & RICHARDSON MODEL 333 RIFLE**
**Caliber:** 30-06 (5-shot), 7mm Rem. Mag. (3-shot).
**Barrel:** 22″.
**Weight:** 7¾ lbs. **Length:** 42½″ over-all.
**Stock:** Walnut finish hardwood.
**Sights:** None furnished.
**Features:** Barrel and action made by Sako of Finland. Adjustable trigger. Short throw action. Sliding thumb safety.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$169.00**

**Ithaca LSA-65 Bolt Action Rifle**
Same as the LSA-55 except in 25-06, 270 or 30-06 caliber (4-shot clip only).
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$209.95**
**Price:** LSA-65 Deluxe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$244.95**
**Price:** 222 cal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$244.95**



**ITHACA LSA-55 BOLT ACTION RIFLE**
**Caliber:** 243, 308, 22-250, 6mm Rem. 270 and 30-06.
**Barrel:** 23″ round tapered, full-floating.
**Weight:** About 6½ lbs. **Length:** 41½″ over-all
**Stock:** Hand checkered walnut, Monte Carlo with built-in swell on p.g.
**Sights:** Removable rear adj. for w. & e. ramp front.
**Features:** Detachable 3-shot magazine, adj. trigger, top tang safety. Receiver tapped for scope mounts.
**Price:** 243, 308, 22-250 & 6mm . . . . . . . . . . . . . . . . . . . . . . . . **$209.95**
**Price:** 270 & 30-06 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$209.95**
**Price:** 222 Standard, heavy bbl. . . . . . . . . . . . . . . . . . . . . . . . . **$269.95**
**Price:** Deluxe Heavy Bbl., 22-250 . . . . . . . . . . . . . . . . . . . . . . . **$269.95**

**Ithaca LSA-55 Deluxe Bolt Action**
Same as the std. except rollover cheekpiece, fore-end tip and pistol grip cap of rosewood with white spacers. Scope mount rings supplied. Sling swivels installed.
**Price:** 243, 308, 22-250 & 6mm . . . . . . . . . . . . . . . . . . . . . . . . **$244.95**
**Price:** 270 & 30-06 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$244.95**
**Price:** 222 cal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$209.95**



**MOSSBERG 810A BOLT ACTION RIFLE**
**Caliber:** 30-06, 270, 4-shot magazine, 338, 3-shot.
**Barrel:** 22″ AC-KRO-GRUV, straight taper.
**Weight:** 7½ to 8 lbs. **Length:** 42″ over-all.
**Stock:** Walnut Monte Carlo with checkered fore-end and capped p.g. recoil pad and sling swivels installed.
**Sights:** Gold bead on ramp front, folding-leaf rear.
**Features:** Receiver tapped for metallic sight or scope mounts. Top tang safety. Detachable box magazine.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$154.30**
**Price:** With 4x scope as 810 ASM . . . . . . . . . . . . . . . . . . . . . . . **$181.50**

**Mossberg 810B Bolt Action Rifle**
Same as 810A except in 7mm Rem. Mag. only, length is 33″ over-all **$170.30**
810 BSM with M 84 4x scope . . . . . . . . . . . . . . . . . . . . . . . . . . **$195.00**

Compendium_Klarevas
Page 187

## U.S. CENTERFIRE RIFLES—BOLT ACTION

**Mossberg 810C Bolt Action Rifle**
Same as 810A except in 270 Win. . . . . . . . . . . . . . . . . . . . . . . **$154.30**
With 4x scope as 810 CSM . . . . . . . . . . . . . . . . . . . . . . . . . . **$181.50**

**Mossberg 810D Bolt Action Rifle**
Same as 810A except in 338 Win. Mag. . . . . . . . . . . . . . . . . . **$170.30**
With 4x scope as 810 DSM . . . . . . . . . . . . . . . . . . . . . . . . . . **$197.90**

**MOSSBERG 800 BOLT ACTION RIFLE**
**Caliber:** 22-250, 243 and 308. 4-shot magazine.
**Barrel:** 22″ AC-KRO-GRUV round tapered.
**Weight:** 6½ lbs. **Length:** 42″ over-all.
**Stock:** Walnut, Monte Carlo, checkered p.g. and fore-end.
**Sights:** Gold bead ramp front, adj. folding-leaf rear.
**Features:** Top tang safety, hinged floorplate, 1″ sling swivels installed. Receiver tapped for scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$141.75**

**Mossberg 800SM Scoped Rifle**
Same as M800 except has Mossberg M84 4x scope, but no iron sights. Wgt. 7½ lbs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$166.85**

**Mossberg 800 V/T Varmint Target Rifle**
Model 800 with heavy 24″ bbl, target scope bases, no iron sights. Cals. 243 and 22-250 only. 44″ overall, wgt. about 9½ lbs. . . . . . . . . . . . **$155.55**

**OMEGA III BOLT ACTION RIFLE**
**Caliber:** 25-06, 270, 30-06, 7mm. Rem. Mag., 300 Win. Mag., 338 Win. Mag., 358 Norma Mag.
**Barrel:** 22″ or 24″.
**Length:** 42″ over-all (24″ bbl.). **Weight:** 7¼ lbs.
**Stock:** Choice of three styles: Monte Carlo, Cassic or Thumbhole Varminter in either Claro walnut, English walnut or laminated.
**Sights:** None furnished.
**Features:** Right or left hand action, octagonal bolt, square locking system with enclosed bolt face gives 50 degree lift. Rotary magazine holds five standard or four belted cartridges, dual safety, fully adj. trigger, interchangeable stock and fore-end. Omega Arms Co.
**Price:** Left or right-hand version . . . . . . . . . . . . . . . . . . . . . . . . **$397.50**
Extra set of stocks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$97.50**

**PEDERSEN 3000 BOLT ACTION RIFLE**
**Caliber:** 270, 30-06, 7mm Rem. Mag., 338 Win. Mag., 3-shot magazine.
**Barrel:** 22″ (270, 30-06), 24″ (7mm Rem. Mag., 338 Win. Mag.).
**Weight:** 7 lbs. **Length:** 42″ over-all.
**Stocks:** Walnut, roll-over cheekpiece, M.C., wrap-around checkering at p.g. and fore-end.
**Sights:** Drilled and tapped for scope mounts. Iron sight model available.
**Features:** Adjustable trigger, sling swivels, medium weight barrel, bull barrel on 338. Grades differ in extent of engraving and stock figure. Mossberg M800 action.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$800.00**
**Price:** Grade II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$650.00**
**Price:** Grade III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$550.00**

**RANGER ARMS BOLT ACTION RIFLE**
**Caliber:** All major calibers from 22-250 to 458 Win. Mag.
**Barrel:** Lengths up to 25½″, & contour desired.
**Length:** Varies with bbl. lengths. **Weight:** Varies with options.
**Stock:** Rollover, cheekpiece, thumbhole, Mannlicher. Available in claro walnut, laminated walnut & maple, fiddleback & quilt maple, with hand checkering, rosewood p.g. & fore-end cap. Recoil pad installed.
**Sights:** None furnished. Drilled and tapped for scope mount.
**Features:** Push-button safety, adj. trigger. Available in left or right hand models at same price.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$400.00** & up.

**Remington 700 BDL Bolt Action Rifle**
Same as 700-ADL, including 17 Rem., except: fleur-de-lis checkering; black fore-end tip and p.g. cap, white line spacers. Matted receiver top, quick release floorplate. Hooded ramp front sight. Q.D. swivels and 1″ sling.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.95**
Available also in 6.5 Rem. Mag., 350 Rem. Mag., 7mm Rem. Mag., 264 and 300 Win. Mag., caliber. 44½″ over-all, weight 7½ lbs. . . . . . . . **$204.95**
Peerless Grade . . . . . . . . . **$595.00**    Premier Grade . . . . . . . . . **$1295.00**

**REMINGTON 700 ADL BOLT ACTION RIFLE**
**Caliber:** 222, 22-250, 6mm Rem. 243, 25-06, 270, 7mm Rem. Mag., 308 and 30-06.
**Barrel:** 22″ or 24″ round tapered.
**Weight:** 7 lbs. **Length:** 41½″ to 43½″.
**Stock:** Walnut, RKW finished p.g. stock with impressed checkering, Monte Carlo (13¾″x1⅝″x2⅜″).
**Sights:** Gold bead ramp front; removable, step-adj. rear with windage screw.
**Features:** Side safety, receiver tapped for scope mounts.
**Price:** (except 7mm Rem. Mag.) . . . . . . . . . . . . . . . . . . . . . . . . **$164.95**
7mm Rem. Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$179.95**

Compendium_Klarevas
Page 188

# U.S. CENTERFIRE RIFLES—BOLT ACTION



**Remington 700 Safari**
Same as the 700 BDL except 375 H&H or 458 Win. Magnum calibers only. Hand checkered, oil finished stock with recoil pad installed. Delivery time is about five months. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$360.00**

**Remington 700BDL Left Hand**
Same as 700 BDL except: mirror-image left-hand action, stock. 270, 30-06 **$179.95;** 7mm Rem. Mag. **$194.95**

**Remington 700 C Custom Rifle**
Same as the 700 BDL except choice of 20", 22" or 24" bbl. with or without sights. Jewelled bolt, with or without hinged floor plate. Select American walnut stock is hand checkered, rosewood fore-end & grip cap. Hand lapped barrel. 16 weeks for delivery after placing order . . . . . . . . . . . . . **$360.00**
M700 C Custom Magnum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$372.00**
Optional extras: recoil pad **$12.00,** oil finish **$13.75,** left hand cheekpiece **$25.00.**

**Remington 700 BDL Varmint**
Same as 700 BDL, except: 24" heavy bbl., 43½" over-all, wgt. 9 lbs. Cals. 222, 223, 22-250, 6mm Rem., 243 and 25-06. No sights. . . . . . . . **$204.95**



**Remington 788 Left Hand Bolt Action**
—Same as 788 except cals. 6mm & 308 only and left hand stock and action.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.95**

**REMINGTON 788 BOLT ACTION RIFLE**
**Caliber:** 222 (5-shot), 22-250, 6mm Rem., 243, and 308 (4-shot).
**Barrel:** 22" round tapered (24" in 222 and 22-250).
**Weight:** 7-7½ lbs. **Length:** 41¾" over-all.
**Stock:** Walnut finished hardwood with Monte Carlo and p.g. (13¾"x1⅞"x2⅜").
**Sights:** Blade ramp front, open rear adj. for w. & e.
**Features:** Detachable box magazine, thumb safety, receiver tapped for scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$104.95**
Sling strap and swivels, installed . . . . . . . . . . . . . . . . . . . . . . . . . . **$5.40**
Model 788 with Universal Model UE 4x scope, mounts and rings in cals. 6mm Rem., 243 Win., 308 and 22-250 . . . . . . . . . . . . . . . . . . . **$124.95**



**Ruger Model 77 Magnum Round Top**
Same as Model 77 except: round top receiver, drilled and tapped for standard scope mounts. Open sights are standard equipment. Calibers 25-06, 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag.
**Price:** All cals. except 300 and 338 . . . . . . . . . . . . . . . . . . . . . . . . **$176.00**
**Price:** 300 and 338 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$186.00**

**RUGER 77 BOLT ACTION RIFLE**
**Caliber:** 22-250, 220 Swift, 243, 6mm. 250-3000, (5-shot).
**Barrel:** 22" round tapered, 26" in 220 Swift.
**Weight:** 6¾ lbs. **Length:** 42" over-all.
**Stock:** Hand checkered American walnut (13¾"x1⅜"x2⅛"), p.g. cap, sling swivel studs and recoil pad.
**Sights:** Optional gold bead ramp front, folding leaf adj. rear, or scope rings.
**Features:** Integral scope mount bases, diagonal bedding system, hinged floorplate, adj. trigger, tang safety. Scope optional.
**Price:** With Ruger steel scope rings . . . . . . . . . . . . . . . . . . . . . . . . **$176.00**
**Price:** With rings and open sights . . . . . . . . . . . . . . . . . . . . . . . . . **$190.00**



**Ruger Model 77 Magnum Rifle**
Similar to Ruger 77 except: magnum-size action. Calibers 25-06, 270, 7x57, 30-06 (5-shot), 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 458 Win. Mag. (3-shot). 270 and 30-06 have 22" bbl., all others have 24". Weight and length vary with caliber.
**Price:** With rings only, 300 Win. Mag. and 338 Win. Mag. . . . . . . . **$186.00**
**Price:** With rings only, all cals. except 458 . . . . . . . . . . . . . . . . . . **$176.00**
**Price:** With rings and sights, 300 and 338 . . . . . . . . . . . . . . . . . . **$200.00**
**Price:** With rings and sights, 458 . . . . . . . . . . . . . . . . . . . . . . . . . **$253.00**
**Price:** With rings and sights, other cals. . . . . . . . . . . . . . . . . . . . . **$190.00**

**RUGER MODEL 77 VARMINT**
**Caliber:** 22-250, 220 Swift, 243, 6mm, 25-06.
**Barrel:** 24" heavy straight tapered, 26" in 220 Swift.
**Weight:** Approx. 9 lbs. **Length:** Approx. 44" over-all.
**Stock:** American walnut, similar in style to Magnum Rifle.
**Sights:** Barrel drilled and tapped for target scope blocks. Integral scope mount bases in receiver.
**Features:** Ruger diagonal bedding system, Ruger steel 1" scope rings supplied. Fully adj. trigger. Barreled actions available in any of the standard calibers and barrel lengths.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$183.00**
**Price:** Barreled action only all cals. except 300, 338 . . . . . . . . . . . **$137.00**
**Price:** Bbld. action, 300, 338 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$144.00**
**Price:** Bbld. action, 458 Win. Mag. . . . . . . . . . . . . . . . . . . . . . . . . **$197.00**



**Savage 110C Bolt Action Rifle**
Same as the 110D except: Detachable box magazine. Cals. 270 and 30-06 (4-shot). Also in 7mm Rem. (3-shot) at $15 extra.
**Price:** Right hand std. cals. **$155.55**   Left hand (110 CL) std. cals. **$163.30**
**Price:** Right hand, magnum **$172.20**   Left hand, magnum . . . . . . **$176.30**

**SAVAGE 110E BOLT ACTION RIFLE**
**Caliber:** 30-06, 4-shot. Also 7mm Rem. Mag., 3-shot.
**Barrel:** 20" round tapered (7mm 24" stainless).
**Weight:** 6¾ lbs. (7mm-7¾ lbs.) **Length:** 40½" (20" bbl.)
**Stock:** Walnut finished hardwood with Monte Carlo, checkered p.g. and fore-end, hard rubber buttplate.
**Sights:** Gold bead removable ramp front, step adj. rear.
**Features:** Top tang safety, receiver, tapped for peep or scope sights. Right or left hand models available.
**Price:** Std. cals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$128.15**
**Price:** Magnum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$143.55**

Compendium_Klarevas
Page 189

## U.S. CENTERFIRE RIFLES—BOLT ACTION





**Savage 110D Bolt Action Rifle**
Same as 110E except; 22″ bbl. (24″ on Mag.); walnut stock, cheekpiece; recoil pad on mag.; folding-leaf rear sight; weight 6¾-8 lbs. Cals. 243, 270 and 30-06. Also available in 7mm Rem. at $15 extra.
**Price:** Right hand std. cals. **$155.55**    Left hand std. cals. . . . . . . . **$163.30**
**Price:** Right hand, magnum **$172.20**    Left hand, magnum . . . . . . . **$176.30**

**SAVAGE MODEL 111 CHIEFTAIN BOLT ACTION RIFLE**
**Caliber:** 30-06 (5-shot), 270 (5-shot), 7mm Rem. Mag. (4-shot).
**Barrel:** 22″ (standard cals.), 24″ (mag. cals.). Free floating.
**Weight:** 7½ lbs. (std.), 8¼ (mag.) **Length:** 43″ over-all.
**Stock:** Walnut, Monte Carlo, checkered fore-end and p.g., p.g. cap, white spacers.
**Sights:** Removeable hooded ramp front, open rear adj. for w. and e.
**Features:** Top tang safety, ejector clip magazine, teardrop design bolt handle. Electro-Cote stock finish. Stainless steel barrel in magnum calibers. Drilled and tapped for scope mounts.
**Price:** Standard calibers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$184.50**
**Price:** Magnum calibers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$194.50**

**SAVAGE 340 CLIP REPEATER**
**Caliber:** 222 Rem. (4-shot) and 30-30 (3-shot).
**Barrel:** 24″ and 22″ respectively.
**Weight:** About 6½ lbs. **Length:** 40″-42″
**Stock:** Walnut, Monte Carlo, checkered p.g. and fore-end white line spacers.
**Sights:** Gold bead ramp front, folding-leaf rear.
**Features:** Detachable clip magazine, sliding thumb safety, receiver tapped for scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$94.40**

**SPRINGFIELD MODEL 1903-A3**
**Caliber:** 30-06, 5-shot magazine.
**Barrel:** 24″.
**Length:** 43¼″ over-all. **Weight:** 8½ lbs.
**Stock:** Birch, walnut finish.
**Sights:** Military ramp front, peep rear adj. for w. & e.
**Features:** Bolt action. All parts, including receiver, are new manufacture. From National Ordnance.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$79.95**



**WEATHERBY MARK V BOLT ACTION RIFLE**
**Caliber:** All Weatherby Cals., 22-250 and 30-06.
**Barrel:** 24″ or 26″ round tapered.
**Weight:** 6½-10½ lbs. **Length:** 43¼″-46½″
**Stock:** Walnut, Monte Carlo with cheekpiece, high luster finish, checkered p.g. and fore-end, recoil pad.
**Sights:** Optional (extra).
**Features:** Cocking indicator, adj. trigger, hinged floorplate, thumb safety, quick detachable sling swivels
**Price:** Cals. 224 and 22-250, std. bbl. . . . . . . . . . . . . . . . . . . . . . . . **$369.50**
    With 26″ semi-target bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$379.50**
    Cals. 240, 257, 270, 7mm, 30-06 and 300 (24″ bbl.) . . . . . . . . . **$389.50**
    With 26″ No. 2 contour bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$389.50**
    Cal. 340 (26″ bbl.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.50**
    Cal. 378 (26″ bbl.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$495.00**
    Cal. 460 (26″ bbl.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$575.00**

**Weatherby Mark V Rifle Left Hand**
Available in all Weatherby calibers except 224 and 22-250 (and 26″ No. 2 contour 300WM)  Complete left handed action; stock with cheekpiece on right side. Prices are $10 higher than right hand models except the 378 and 460WM are unchanged.



**WEATHERBY VANGUARD BOLT ACTION RIFLE**
**Caliber:** 25-06, 243, 270, 30-06 and 308 (5-shot), 7mm Rem. and 300 Win. Mag. (3-shot).
**Barrel:** 24″ hammer forged.
**Weight:** 7⅞ lbs. **Length:** 44½″ over-all.
**Stock:** American walnut, p.g. cap and fore-end tip, hand inletted and checkered, 13½″ pull.
**Sights:** Optional, available at extra cost.
**Features:** Side safety, adj. trigger, hinged floorplate, receiver tapped for scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$229.50**



**WESTERN FIELD MODEL 732 BOLT ACTION RIFLE**
**Caliber:** 7mm (4-shot), 30-06 (5-shot).
**Barrel:** 22″.
**Weight:** 8½ lbs. (30-06). **Length:** 43½″ over-all.
**Stock:** Walnut. Monte Carlo cheekpiece, checkered p.g. and fore-end.
**Sights:** Gold bead front, adj. folding leaf rear.
**Features:** Adjustable trigger. Rubber recoil pad, p.g. cap. Receiver drilled and tapped for scope mounts. 1″ sling swivels. Top receiver safety.
**Price:** 7mm . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$139.00**
**Price:** 30-06 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$150.00**

Compendium_Klarevas
Page 190

## U.S. CENTERFIRE RIFLES—BOLT ACTION

**WESTERN FIELD 780 BOLT ACTION RIFLE**
**Caliber:** 243, 308, 5-shot mag.
**Barrel:** 22″ round tapered.
**Weight:** 6½ lbs. **Length:** 43″ over-all.
**Stock:** Walnut, Monte Carlo, checkered p.g. and fore-end.
**Sights:** Ramp, gold bead front; rear adj. for e.
**Features:** Recessed bolt head, top tang safety, hinged magazine floorplate, Receiver tapped for scope mount.
**Price:** .................................................... $125.00

**Winchester 70A Magnum Rifle**
Same as 70A except with black recoil pad and in these cals.: 264, 7mm Rem., 300 Win., 3-round mag. capacity. Wgt. 7¼ lbs. 24″ bbl., 44″ over-all. R. H. twist: 9″ in 264, 9½″ in 7mm Rem. 10″ in 300 Win. ....... $180.00

**WINCHESTER 70A BOLT ACTION RIFLE**
**Caliber:** 222, 22-250, 243, 25-06, 270, 30-06, 308.
**Barrel:** 22″ (25-06, has 24″).
**Weight:** 7⅛ to 7½ lbs. **Length:** 42½″ (22″ bbl.).
**Stock:** Monte Carlo, checkering at p.g. and fore-end.
**Sights:** Removeable hooded ramp front, adj. open rear.
**Features:** Sling swivels installed, three position safety, deep cut checkering.
**Price:** .................................................... $165.00

**Winchester 70 Target Rifle**
Same as M70 except: heavy 24″ barrel, contoured aluminum handstop that fits left and right hand shooter, high comb target stock. Tapped for micrometer sights, clip slot in receiver, cals. 308 and 30-06. ........... $295.00



**WINCHESTER 70 STANDARD RIFLE**
**Caliber:** 222, 22-250, 25-06, 243, 270, 308 and 30-06, 5-shot.
**Barrel:** 22″ swaged, floating, 10″ twist (222 & 22-250 have 14″ twist, 308 is 12″).
**Weight:** 7½ lbs. **Length:** 42½″ over-all.
**Stock:** Walnut, Monte Carlo, (13½″x1¾″x1½″x2⅛″) checkered p.g. and fore-end.
**Sights:** Removable hooded bead ramp front, adj. open rear.
**Features:** Sling swivels installed, steel p.g. cap, hinged floorplate, receiver tapped for scope mounts.
**Price:** .................................................... $195.00



**Winchester 70 Magnum Rifle**
Same as M70 Standard except with recoil pad and in these magnum cals.: 7 Rem., 264, 300, 338 Win., 375 H&H, 3-round mag. capacity. Wgt. 7¾ lbs. (8½ lbs. in 375), 24″ bbl., 44½″ over-all. R.H. twist: 9″ in 264, 9½″ in 7mm, 10″ in 300, 338. ............................................ $210.00
Cal. 375 H&H ........................................ $285.00



**Winchester 70 African**
Same as M70 Standard except 458 Win. Mag. only, 3-shot. 22″ non-floating heavy bbl. 14″ twist. Stock measures 13½″x1¾″x1¾″x2⅜″, has ebony fore-end tip and grip cap; wgt. 8½ lbs., recoil pad and special rear sight.
**Price:** .................................................... $375.00



**Winchester 70 Varmint Rifle**
Same as M70 Standard except: 222, 22-250, and 243 only, target scope blocks, no sights, 24″ heavy bbl., 14″ twist in 22-250, 10″ twist in 243. 44½″ over-all, 9¾ lbs. Stock measures 13½″x⁹⁄₁₆″x1⁹⁄₁₆″x⅝″ from bore line.
**Price:** .................................................... $210.00



**WINSLOW BOLT ACTION RIFLE**
**Caliber:** All standard cartridges (magnum add $10).
**Barrel:** 24″ Douglas premium. (Magnums 26″)
**Weight:** 7-7½ lbs. **Length:** 43″ over-all.
**Stock:** Hand rubbed black walnut, choice of two styles
**Sights:** None. Metallics available at extra cost.
**Features:** Receivers tapped for scope mounts, QD swivels and recoil pad installed. 4-shot blind mag.
**Price: Regal Grade** ........................................ $390.00
Regent, Regimental, Crown, Emperor and Imperial grades in ascending order of carving, engraving and inlaying, to .................. $3525.00
Regal grade Varmint in 17/222 (std or Mag.) or 17/223.
**Price: From** ........................................ $430.00

## U.S. CENTERFIRE RIFLES — SINGLE SHOT



**BROWNING MODEL '78 SINGLE-SHOT RIFLE**
**Caliber:** 30-06, 25-06, 6mm Rem. 22-250.
**Barrel:** 26", tapered octagon or medium round.
**Length:** 42" over-all. **Weight:** Oct. bbl. 7¾ lbs., round.
**Stock:** Select walnut, hand rubbed finish, hand checkered (13⅝"x1⅛"*x⁹/₃₂"*). Rubber recoil pad. *Bore measurement.
**Sights:** None. Furnished with scope mount and rings.
**Features:** Closely resembles M1885 High Wall rifle. Falling block action with exposed hammer., auto. ejector. Adj. trigger (3½ to 4½ lbs.) Half-cock safety.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$264.50**

**Clerke Deluxe Single-Shot Hi-Wall**
Same as standard model except: Adj. trigger, features half-octagon barrel, presentation grade walnut checkered p.g. stock with cheekpiece. Plain trigger. Double set trigger avail. for $35.00 extra. Without slot cut in bbl. for rear sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$240.00**

**CLERKE SINGLE-SHOT HI-WALL RIFLE**
**Caliber:** 222, 223, 22-250, 243, 6mm Rem., 250 Sav., 257 Rob., 25-06, 264 Win., 270, 7mm Rem. Mag., 30-30, 30-06, 300 Win., 375 H&H, 458 Win., 45-70.
**Barrel:** 26" medium weight.
**Stock:** Walnut p.g. stock and for-end,white line spacer with black buttplate.
**Sights:** None furnished. Drilled and tapped.
**Features:** Std. model: Exposed hammer, curved finger lever, Schnabel fore-end.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$190.00**



**Harrington & Richardson Model 155 "Shikari"**
**Caliber:** 44 Rem. Mag. or 45-70, single-shot.
**Barrel:** 24" or 28" 45-70, 24" (44 Mag.).
**Weight:** 7-7½ lbs. **Length:** 39" over-all (24" bbl.).
**Stock:** Walnut finished hardwood.
**Sights:** Blade front, adj. folding leaf rear.
**Features:** Blue-black finish with color case hardened frame. Exposed hammer. Solid brass cleaning rod with hardwood handle included.
**Price:** Either caliber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$73.00**

**HARRINGTON AND RICHARDSON 158 TOPPER RIFLE**
**Caliber:** 30-30 and 22 Hornet.
**Barrel:** 22" round tapered.
**Weight:** 5¼ lbs. **Length:** 37½"
**Stock:** Walnut finished stock and fore-end; recoil pad.
**Sights:** Lyman folding adj. rear and ramp front sights.
**Features:** Side lever break-open action with visible hammer. Easy takedown. Converts to 20 ga. Shotgun with accessory bbl. ($20 extra).
**Price:** 22 Hornet or 30-30 . . . . . . . . . . . . . . . . . . . . . . . . . **$53.00**
**Price:** Rifle/shotgun combo . . . . . . . . . . . . . . . . . . . . . . . . **$73.00**



**HARRINGTON & RICHARDSON CAVALRY MODEL CARBINE**
**Caliber:** 45-70, single shot.
**Barrel:** 22".
**Weight:** 7 lbs. **Length:** 41".
**Stock:** American walnut with saddle ring and bridle.
**Sights:** Blade front, barrel mounted leaf rear adj. for e.
**Features:** Replica of the 1871 Springfield Carbine. Blue-black finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$158.00**
Deluxe version shown shown has engraved breech block, side lock & hammer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$211.00**
Springfield Armory Museum silver plated carbine . . . . . . . . . . . . **$1,000.00**

**HARRINGTON & RICHARDSON OFFICERS MODEL 1873**
**Caliber:** 45-70, single shot
**Barrel:** 26" round.
**Weight:** About 8 lbs. **Length:** 44" over-all
**Stock:** Oil finished walnut, checkered at wrist and fore-end white metal tipped.
**Sights:** Blade front, vernier tang rear adj. for w. & e.
**Features:** Replica of the 1873 Springfield has engraved breech block, side lock and hammer. comes with commemorative plaque.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$250.00**

**HARRINGTON & RICHARDSON L.B.H. COMMEMORATIVE CARBINE**
**Caliber:** 45-70, single shot.
**Barrel:** 22".
**Weight:** 7 lbs., 4 oz. **Length:** 41".
**Stock:** American walnut with metal grip adapter.
**Sights:** Blade front, tang mounted aperature rear adj. for w. and e.
**Features:** Replica of the 1871 Springfield carbine. Engraved breech block, side lock and hammer. Action color case hardened. Each comes with book entitled "In the Valley of the Little Big Horn".
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$211.00**

Compendium_Klarevas
Page 192

## U.S. CENTERFIRE RIFLES—SINGLE SHOT



**HYPER-SINGLE RIFLE**
**Caliber:** All calibers, standard and wildcat.
**Barrel:** Choice of maker, weight, length (std. twist and contours).
**Length:** To customer specs. **Weight:** To customer specs.
**Stock:** To customer specs. AA fancy American black walnut is standard.
**Sights:** None furnished. Drilled and tapped for scope mounts.
**Features:** Falling block action. Striker rotates on bronze bearing and is powered by dual coil springs. Trigger adj. for weight, pull and travel. Tang safety. Octagon receiver on special order (same price).
**Price:** Complete Rifle ..... **$850.00**    Barreled action .......... **$525.00**
**Price:** Action only (blank extractor) ........................... **$400.00**
**Price:** Stainless steel barrel (extra) ........................... **$60.00**
**Price:** Fluted or octagon barrel (extra) ........................ **$75.00**

**RUGER NUMBER ONE SINGLE SHOT**
**Caliber:** 22-250, 243, 6mm Rem. 25-06, 270, 30-06, 7mm Rem. Mag., 300 Win., 45-70, 458 Win. Mag., 375 H&H Mag.
**Barrel:** 26" round tapered with quarter-rib (also 22" and 24", depending upon model).
**Weight:** 8 lbs. **Length:** 42" over-all.
**Stock:** Walnut, two-piece, checkered p.g. and fore-end (either semi-beavertail or Henry style).
**Sights:** None. 1" scope rings supplied for integral mounts. 3 models have open sights.
**Features:** Under lever, hammerless falling block design has auto ejector, top tang safety. Standard Rifle 1B illus.
**Price:** .................................................... **$265.00**
Available also as Light Sporter, Medium Sporter, Special Varminter or Tropical Rifle ................................................... **$265.00**

**RUGER NO. 3 CARBINE SINGLE SHOT**
**Caliber:** 22 Hornet, 30-40 Krag, 45-70.
**Barrel:** 22" round.
**Weight:** 6 lbs. **Length:** 38½".
**Stock:** American walnut, carbine-type.
**Sights:** Gold bead front, adj. folding leaf rear. 22 Hornet tapped for target scope mounts.
**Features:** Same action as No. 1 Rifle except different lever. Has auto ejector, top tang safety, adj. trigger.
**Price:** .................................................... **$165.00**

## U.S. RIMFIRE AUTOLOADING



**BROWNING AUTOLOADING RIFLE**
**Caliber:** 22 LR, 11-shot.
**Barrel:** 19¼ lbs.
**Weight:** 4¾ lbs. **Length:** 37" over-all.
**Stock:** Checkered select walnut (13¾"x1¹³/₁₆"x2⅝") with p.g. and semi-beavertail fore-end.
**Sights:** Gold bead front, folding leaf rear.
**Features:** Engraved receiver is grooved for tip-off scope mount; cross-bolt safety; tubular magazine in buttstock; easy take down for carrying or storage.
**Price:** Grade I ....... **$119.50** Grade II ...... **$179.50** Grade III **$349.50**
Also available in Grade I, 22 S (16-shot) ..................... **$119.50**

**CHARTER AR-7 EXPLORER CARBINE**
**Caliber:** 22 LR, 8-shot autoloading.
**Barrel:** 16" alloy (steel-lined).
**Weight:** 2¾ lbs. **Length:** 34½"/16½" stowed.
**Stock:** Moulded grey Cycloac, snap-on rubber butt pad.
**Features:** Take-down design stores bbl. and action in hollow stock. Light enough to float.
**Price:** .................................................... **$59.95**

## U.S. RIMFIRE—AUTOLOADING

**COLT COLTEER AUTOLOADING CARBINE**
**Caliber:** 22LR, 15-shot tubular mag.
**Barrel:** 19⅜".
**Weight:** 4¾ lbs. **Length:** 37" over-all
**Stock:** Straight grip black walnut stock (13¾"x1⅝"x2¼") beavertail fore-end.
**Sights:** Hooded gold bead front sight with notched rear adj. for w. and e.
**Features:** Full length magazine tube; Cross-bolt Safety. Receiver grooved for tip-off scope mount.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$65.50**

**Colt Courier Autoloading Rifle**
Same as the Colteer except; p.g. stock with tapered fore-end (no fore-end bbl. band).
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$65.50**

**Colt Stagecoach Autoloading Carbine**
Similar to Colteer except: 16" bbl., 33⅜" over-all. Scroll engraved receiver, with saddle ring. 22 LR only.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$75.50**

**HIGH STANDARD SPORT KING AUTO RIFLE**
**Caliber:** 22 S (21), L (17), LR (15). Tubular magazine.
**Barrel:** 22¼".
**Weight:** 5½ lbs. **Length:** 42¾" over-all.
**Stock:** Walnut. Monte Carlo cheekpiece, semi-beavertail fore-end.
**Sights:** Post front, "Rocky Mountain" rear adj. for e.
**Features:** Right-side thumb safety, side loading magazine. Checkered p.g. with cap. Receiver dove-tailed for scope mounting.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$74.95**

**MARLIN 49DL AUTOLOADING RIFLE**
**Caliber:** 22 LR, 18-shot tubular magazine
**Barrel:** 22" Micro-Groove
**Weight:** 5½ lbs. **Length:** 40½"
**Stock:** American walnut, Monte Carlo capped p.g., checkered fore-end and p.g..
**Sights:** Blade ramp front, step rear adj. for w. & e.
**Features:** Gold plated trigger, bolt hold-open for safety and cleaning, scroll-engraved receiver grooved for tip-off scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$65.95**

**MARLIN 99 M1 AUTOLOADING CARBINE**
**Caliber:** 22 LR, 9-shot tubular magazine
**Barrel:** 18" Micro-Groove
**Weight:** 4½ lbs. **Length:** 37"
**Stock:** Monte Carlo American walnut with p.g. and handguard. White buttplate spacer.
**Sights:** Blade on band type ramp front, removable flat-top mid-sight adj. for w. & e.
**Features:** Gold plated trigger, bolt hold-open, serrated receiver top is grooved for tip-off scope mount, sling swivels attached.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$58.95**

**Marlin 99C Autoloading Rifle**
Same as the Marlin 49DL except: one piece American walnut stock with checkered p.g. and fore-end.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$58.95**

**Marlin 989 M2 Autoloading Carbine**
Same as the Marlin 99 M1 carbine except 7-shot detachable clip magazine.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$58.95**

**MARLIN GLENFIELD 60 AUTOLOADER**
**Caliber:** 22 LR, 18-shot tubular mag.
**Barrel:** 22" round tapered.
**Weight:** About 5½ lbs. **Length:** 41" Over-all.
**Stock:** Walnut finished Monte Carlo, checkered p.g. and fore-end.
**Sights:** Blade ramp front, step adj. rear.
**Features:** Chrome plated trigger, matted receiver is grooved for tip-off mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$50.95**

**MOSSBERG MODEL 353 RIFLE**
**Caliber:** 22 LR, 7-shot clip.
**Barrel:** 18" "AC-KRO-GRUV".
**Weight:** 5 lbs. **Length:** 38" over-all.
**Stock:** Walnut, checkered at p.g. and fore-end. Black Tenite two-positions.
**Sights:** Open step adj. U-notch rear, bead front on ramp.
**Features:** Sling swivels and web strap on left of stock, extension fore-end folds down for steady firing from prone position. Receiver grooved for scope mounting.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$66.90**

Compendium_Klarevas
Page 194

# U.S. RIMFIRE—AUTOLOADING



**Remington Model 552BDL Auto Rifle**
Same as Model 552A except: Du Pont RKW finished checkered fore-end and capped p.g. stock. Blade ramp front and fully adj. rear sights.
**Price:** ...................................................... **$87.95**

**Remington 552C Autoloading Carbine**
Same as the Mocel 552A rifle except: 21″ bbl., weight 5½ lbs., 40″ over-all.
**Price:** ...................................................... **$77.95**

**REMINGTON 552A AUTOLOADING RIFLE**
**Caliber:** 22 S (20), L (17) or LR (15) tubular mag.
**Barrel:** 23″ round tapered.
**Weight:** about 5¾ lbs. **Length:** 42″ over-all.
**Stock:** Full-size, walnut with p.g.
**Sights:** Bead front, step adj. open rear.
**Features:** Positive cross-bolt safety, receiver grooved for tip-off mount.
**Price:** ...................................................... **$77.95**
**Price:** M552GS (22 Short only) ............................ **$89.95**



**Remington Nylon 66AB Auto Rifle**
Same as the Model 66MB except: Apache Black Nylon stock, chrome plated receiver.
**Price:** ...................................................... **$69.95**

**Remington Mowhawk 10C Auto Rifle**
Same as Nylon 66 rifle except: removable 10-shot 22 LR clip magazine.
**Price:** ...................................................... **$54.95**
Extra 5-shot clip .......... **$2.75**    Extra 10-shot clip .......... **$3.50**

**REMINGTON NYLON 66MB AUTO RIFLE**
**Caliber:** 22 LR, 14-shot tubular mag.
**Barrel:** 19¾″ round tapered.
**Weight:** 4 lbs. **Length:** 38½″ over-all.
**Stock:** Moulded Mohawk Brown Nylon, checkered p.g. and fore-end.
**Sights:** Blade ramp front, adj. open rear.
**Features:** Top tang safety, double extractors, receiver grooved for tip-off mounts.
**Price:** ...................................................... **$64.95**
**Price:** Model 66GS (22 Short only) ....................... **$74.95**
**Price:** With Universal UA 4x scope ....................... **$69.95**



**Ruger 10/22 Auto Sporter**
Same as 10/22 Carbine except: Hand checkered p.g. and fore-end with straight buttplate, no bbl., bands, sling swivels.
**Price:** ...................................................... **$74.50**

**RUGER 10/22 AUTOLOADING CARBINE**
**Caliber:** 22 LR, 10-shot rotary mag.
**Barrel:** 18½″ round tapered.
**Weight:** 5 lbs. **Length:** 37″ over-all.
**Stock:** American walnut with p.g. and bbl. band.
**Sights:** Gold bead front, fully adj. folding leaf rear.
**Features:** Detachable rotary magazine fits flush into stock, cross-bolt safety, receiver tapped and grooved for scope blocks or tip-off mount. Scope base adapter furnished with each rifle.
**Price:** ...................................................... **$59.75**

**WEATHERBY MARK XXII AUTO RIFLE, CLIP MODEL**
**Caliber:** 22 LR only, 5- or 10-shot clip loaded
**Barrel:** 24″ round contoured.
**Weight:** 6 lbs. **Length:** 42¼″ over-all.
**Stock:** Walnut, Monte Carlo comb and cheekpiece, rosewood p.g. cap and fore-end tip. Skip-line checkering.
**Sights:** Gold bead ramp front, 3-leaf folding rear.
**Features:** Thumb operated side safety also acts as single shot selector. Receiver grooved for tip-off scope mount. Single pin release for quick take-down.
**Price:** ...................................................... **$149.50**
Extra 5-shot clip .......... **$3.95**    Extra 10-shot clip .......... **$4.50**

**Weatherby Mark XXII Tubular Model**
Same as Mark XXII Clip Model except: 15-shot tubular magazine.**$149.50**

**WESTERN FIELD 894 AUTO RIFLE**
**Caliber:** 22 LR, 15-shot tubular mag.
**Barrel:** 20″ round.
**Weight:** 6¼ lbs. **Length:** 39″ over-all.
**Stock:** Walnut, checkered p.g. and fore-end, p.g. cap and butt plate with white line spacers.
**Sights:** Bead front on ramp, folding leaf rear.
**Features:** Top side safety, automatic bolt hold open after last shot.
**Price:** ...................................................... **$63.95**

**WESTERN FIELD 868 AUTO RIFLE**
**Caliber:** 22 LR, 15-shot tubular mag.
**Barrel:** 20″.
**Weight:** 6½ lbs. **Length:** 39½″ over-all.
**Stock:** Walnut finish p.g. and fore-end.
**Sights:** Ramp front, rear adj. for e.
**Features:** Sling swivels, plastic butt plate.
**Price:** ...................................................... **$52.95**

Compendium_Klarevas
Page 195

## U.S. RIMFIRE—AUTOLOADING



**Winchester 190 Auto Rifle**
Same as M290 except: No checkering, pistol grip cap or buttplate spacer.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$59.95**

**WINCHESTER 290 AUTOLOADING RIFLE**
**Caliber:** 22 L (17) or LR (15), tubular mag.
**Barrel:** 20½" round tapered (16" twist).
**Weight:** 5 lbs. **Length:** 39" over-all.
**Stock:** 2-piece walnut finished hardwood, checkered p.g. and fore-end, (13⅝"x1¾"x2¾").
**Sights:** Bead post front, step adj. rear.
**Features:** Cross-bolt safety, composition buttplate with white line spacer, receiver grooved for tip-off scope mount.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$72.95**



**WINCHESTER MODEL 490 AUTO RIFLE**
**Caliber:** 22 LR only, detachable 5-shot clip.
**Barrel:** 22".
**Weight:** 6 lbs. **Length:** 42" over-all.
**Stock:** Walnut, checkered p.g. and fore-end, p.g. cap.
**Sights:** Folding leaf rear, hooded ramp front.
**Features:** Receiver grooved for scope mounting, hold-open lock, cross bolt safety. Ten-shot clip available at extra cost.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$94.95**

## U.S. RIMFIRE—BOLT ACTION



**HARRINGTON & RICHARDSON 865 PLAINSMAN RIFLE**
**Caliber:** 22 S, L or LR. 5-shot clip mag.
**Barrel:** 22" round tapered.
**Weight:** 5 lbs. **Length:** 39" over-all.
**Stock:** Walnut finished hardwood with Monte Carlo and p.g.
**Sights:** Blade front, step adj. open rear.
**Features:** Cocking indicator, sliding side safety, receiver grooved for tip-off scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$51.00**



**MARLIN 780 BOLT ACTION RIFLE**
**Caliber:** 22 S, L, or LR; 7-shot clip magazine.
**Barrel:** 22" Micro-Groove.
**Weight:** 5½ lbs. **Length:** 41"
**Stock:** Monte Carlo American walnut with checkered p.g. White line spacer at buttplate.
**Sights:** "Wide-Scan" ramp front, folding semi-buckhorn rear adj. for w. & e.
**Features:** Gold plated trigger receiver anti-glare serrated and grooved for tip-off scope mount.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$54.95**

**Marlin 781 Bolt Action Rifle**
Same as the Marlin 780 except: tubular magazine holds 25 Shorts, 19 Longs or 17 Long Rifle cartridges. Weight 6 lbs. . . . . . . . . . . . . . . . . . . **$56.95**

**Marlin 782 Bolt Action Rifle**
Same as the Marlin 780 except: 22 Rimfire Magnum cal. only, weight about 6 lbs. Sling and swivels attached. . . . . . . . . . . . . . . . . . . . . . . . . . . **$59.95**

**Marlin 783 Bolt Action Rifle**
Same as Marlin 782 except: Tubular magazine holds 13 rounds of 22 Rimfire Magnum ammunition. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$61.95**

**Marlin Glenfield 20 Bolt Action Repeater**
Similar to Marlin 780, except: Walnut finished checkered p.g. stock, without Monte Carlo, conventional rifling. . . . . . . . . . . . . . . . . . . . . . . . . **$44.95**

**MOSSBERG MODEL 341 RIFLE**
**Caliber:** 22 S, L, LR; 7-shot clip.
**Barrel:** 24" "AG-KRO-GRUV".
**Weight:** 6⅛ lbs. **Length:** 43½" over-all.
**Stock:** Walnut, checkered p.g. and fore-end, Monte Carlo and cheek piece. Buttplate with white line spacer.
**Sights:** Open, U-rotch rear adj. for w. and e.
**Features:** Sliding side safety, 8 groove rifling, "Magic 3-way" clip adjusts to Short, Long or Long Rifle cartridges.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$58.70**

**MOSSBERG MODEL 340B RIFLE**
**Caliber:** 22 S, L, LR; 7-shot clip.
**Barrel:** 24" "AC-KRO-GRUV".
**Weight:** 6 lbs. **Length:** 43½" over-all.
**Stock:** Walnut finish with p.g., Monte Carlo and cheek piece, sling swivels.
**Sights:** Mossberg S331 receiver peep with ¼-minute adjustments for w. and e. S320 Mossberg hooded ramp front.
**Features:** Front sight offers choice of post or aperture elements. "Magic 3-Way" clip adjusts for Short, Long or Long Rifle cartridges. Receiver grooved for scope mount.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$63.50**

29TH EDITION, 1975   **339**

# U.S. RIMFIRE—BOLT ACTION





**MOSSBERG MODEL 640K CHUCKSTER**
**Caliber:** 22 WMR. 5-shot clip mag.
**Barrel:** 24″ AC-KRO-GRUV.
**Weight:** 6 lbs. **Length:** 44¾″ over-all.
**Stock:** Walnut, checkered p.g. and fore-end, Monte Carlo comb and cheek-piece.
**Sights:** Ramp front with bead, fully adj. leaf rear.
**Features:** Grooved trigger, sliding side safety, double extractors, receiver grooved for tip-off scope mounts and tapped for aperture rear sight.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$67.40**

**MOSSBERG MODEL 321K**
**Caliber:** 22 S, L, LR, single shot.
**Barrel:** 24″.
**Length:** 43½″ over-all. **Weight:** 6½ lbs.
**Stock:** Walnut finish, cheekpiece, checkered p.g. and fore-end.
**Sights:** Ramp front, adj. rear.
**Features:** Hammerless bolt action with drop-in loading platform and automatic safety, black buttplate. Model 321B has S330 peep sight with ¼-minute click adjustments.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$51.70**



**REMINGTON MODEL 541-S**
**Barrel:** 24″.
**Weight:** 5½ lbs. **Length:** 42⅝″.
**Stock:** Walnut, checkered p.g. and fore end.
**Sights:** None. Drilled and tapped for scope mounts or receiver sights.
**Features:** Clip repeater. Thumb safety. Receiver and trigger guard scroll engraved.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$134.95**
**Price:** Extra 10-shot clip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3.50**



**REMINGTON MODEL 581 RIFLE**
**Caliber:** 22 S, L or LR. 5-shot clip mag.
**Barrel:** 24″ round.
**Weight:** 4¾ lbs. **Length:** 42⅜″ over-all.
**Stock:** Walnut finished Monte Carlo with p.g.
**Sights:** Bead post front, screw adj. open rear.
**Features:** Sliding side safety, wide trigger, receiver grooved for tip-off scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$57.95**
**Price:** Left hand action and stock . . . . . . . . . . . . . . . . . . . . . . . . . . . **$62.95**

**Remington Model 582 Rifle**
Same as M581 except: tubular magazine under bbl. holds 20 S, 15 L or 14 LR cartridges. Wgt. 5½ lbs.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$64.95**



**SAVAGE/ANSCHUTZ 164 BOLT ACTION RIFLE**
**Caliber:** 22 LR. 5-shot clip mag.
**Barrel:** 24″ round tapered.
**Weight:** 6 lbs. **Length:** 40¾″ over-all
**Stock:** Walnut, hand checkered p.g. and fore-end, Monte Carlo comb and cheekpiece, schnabel fore-end.
**Sights:** Hooded ramp gold bead front, folding-leaf rear.
**Features:** Fully adj. single stage trigger, sliding side safety, receiver grooved for tip-off mount.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$146.00**
**Price:** Model 164M in 22 WRM (4-shot) . . . . . . . . . . . . . . . . . . . . . **$161.00**

**SAVAGE/ANSCHUTZ MODEL 54 SPORTER**
**Caliber:** 22 LR. 5-shot clip mag.
**Barrel:** 23″ round tapered.
**Weight:** 6¾ lbs. **Length:** 42″ over-all.
**Stock:** French walnut, checkered p.g. and fore-end. Monte Carlo roll-over comb, schnabel fore-end tip.
**Sights:** Hooded ramp gold bead front, folding-leaf rear.
**Features:** Adj. single stage trigger, wing safety, receiver grooved for tip-off mount, tapped for scope blocks.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$255.00**
**Price:** Model 54M (22 WRM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$270.00**

**Savage/Anschutz Model 1432 Sporter**
Same as Model 54 except chambered for 22 Hornet, 24″ barrel, 5-shot capacity, over-all length 43⅜″ . . . . . . . . . . . . . . . . . . . . . . . . . . **$298.50**

**SAVAGE/ANSCHUTZ MODEL 184 BOLT ACTION RIFLE**
**Caliber:** 22 LR, 5-shot clip.
**Barrel:** 21½″.
**Weight:** 4½ lbs. **Length:** 39½″.
**Stock:** Walnut, Monte Carlo comb, hand checkered p.g. and fore-end, schnabel fore-end.
**Sights:** Hooded ramp gold bead front, folding-leaf rear.
**Features:** Side safety, crisp factory-set trigger, receiver grooved for scope mounting.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$114.99**

## U.S. RIMFIRE — BOLT ACTION



**Savage/Stevens Model 34 Rifle**
Same as the Model 65-M except: 22 LR, walnut finished hardwood stock, bead post front sight.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$45.65**

**SAVAGE MODEL 65-M RIFLE**
**Caliber:** 22 WRM, 5-shot.
**Barrel:** 20" lightweight, free floating.
**Weight:** 5 lbs. **Length:** 39" over-all.
**Stock:** Walnut, Monte Carlo comb. checkered p.g. and fore-end.
**Sights:** Gold bead ramp front, step adj. open rear.
**Features:** Sliding side safety, double extractors, receiver grooved for tip-off scope mount.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$55.65**



**WESTERN FIELD 832 BOLT ACTION RIFLE**
**Caliber:** 22 S, L, LR; 7-shot clip.
**Barrel:** 24" round tapered.
**Length:** 43" over-all. **Weight:** 6½ lbs.
**Stock:** Walnut p.g. and fore-end, checkered p.g.
**Sights:** Ramp front, rear adj. for e.
**Features:** Thumb operated safety, sling swivels.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$50.00**
**Price:** Model 822 in 22 WRM . . . . . . . . . . . . . . . . . . . . **$60.00**



**WINCHESTER 320 BOLT ACTION REPEATER**
**Caliber:** 22 S, L, LR, 5-shot clip.
**Barrel:** 22" round tapered.
**Weight:** 5⅝ lbs. **Length:** 39½" over-all.
**Stock:** Walnut, Monte Carlo, checkered p.g. and fore-end. 13½" pull.
**Sights:** Bead on ramp front, step adj. rear.
**Features:** Wide serrated trigger, positive safety, matted receiver is tapped for scope and micrometer sights. Sling swivels installed.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$59.95**
Extra 5-shot clip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3.15**
Extra 10-shot clip . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3.95**

## U.S. RIMFIRE — LEVER ACTION



**BROWNING BL-22 LEVER ACTION RIFLE**
**Caliber:** 22 S(22), L(17) or LR(15). Tubular mag.
**Barrel:** 20" round tapered.
**Weight:** 5 lbs. **Length:** 36¾" over-all.
**Stock:** Walnut, 2-piece straight grip western style.
**Sights:** Bead post front, folding-leaf rear.
**Features:** Short throw lever, ½-cock safety, receiver grooved for tip-off scope mounts.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.50**
**Price:** Grade II, engraved receiver, checkered grip and fore-end . . **$116.50**



**Ithaca Model 72 De Luxe**
Same as standard Model 72 except has octagon barrel, engraved silver-finish frame, "semi-fancy" European walnut stock, steel buttplate **$149.95**

**ITHACA MODEL 72 SADDLEGUN**
**Caliber:** 22 LR, 15-shot magazine tube.
**Barrel:** 18½".
**Weight:** 5 lbs.
**Stock:** American walnut.
**Sights:** Hooded front, step-adj. rear.
**Features:** Half-cock safety, steel receiver grooved for scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.95**

**MARLIN GOLDEN 39A LEVER ACTION RIFLE**
**Caliber:** 22 S(26), L(21), LR(19); tubular magazine.
**Barrel:** 24" Micro-Groove.
**Weight:** 6¾ lbs. **Length:** 40".
**Stock:** American walnut with white line spacers at p.g. cap and buttplate.
**Sights:** Bead ramp front with detachable "Wide-Scan" hood, folding rear semi-buckhorn adj. for w. and e.
**Features:** Take-down action, receiver tapped for scope mount (supplied), gold plated trigger, sling swivels, offset hammer spur. Scope **$19.95** extra.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$111.95**

Compendium_Klarevas
Page 198

# U.S. RIMFIRE — LEVER ACTION



**MARLIN GOLDEN 39M CARBINE**
**Caliber:** 22 S(21), L(16), LR(15). tubular magazine.
**Barrel:** 20″ Micro-Groove.
**Weight:** 6 lbs. **Length:** 36″.
**Stock:** American walnut, straight grip, white line buttplate spacer.
**Sights:** "Wide-Scan" bead ramp front with hood, folding rear semi-buckhorn
    adj. for w. and e.
**Features:** Receiver tapped for scope mount (supplied) or receiver sight, gold
    plated trigger. offset hammer spur, sling swivels. take-down action.
**Price:** ............................................................ **$111.95**

**WINCHESTER 9422 LEVER ACTION RIFLE**
**Caliber:** 22 S(21), L(17), LR(15). Tubular mag.
**Barrel:** 20½″ (16″ twist).
**Length:** 37⅛″ over-all. **Weight:** 6½ lbs.
**Stock:** American walnut, 2-piece, straight grip (no p.g.).
**Sights:** Hooded ramp ront, adj. semi-byckhorn rear.
**Features:** Side ejection, receiver grooved for scope mounting, takedown ac-
    tion.
**Price:** ............................................................ **$124.95**

**Winchester 9422M Lever Action Rifle**
Same as the 9422 except chambered for 22 WMR cartridge, has 11-round
mag. capacity ................................................ **$129.95**

# U.S. RIMFIRE — SLIDE ACTION



**HIGH STANDARD FLITE-KING PUMP RIFLE**
**Caliber:** 22 S (24), L (19), LR (17). Tubular magazine.
**Barrel:** 24″.
**Weight:** 5½ lbs. **Length:** 41¾″ over-all.
**Stock:** Walnut. Monte Carlo cheekpiece, semi-beavertail fore-end.
**Sights:** Post front, "Rocky Mountain" read adj. for e.
**Features:** Checkered p.g., grooved slide handle, p.g. cap and buttplate with
    white line spacers. Side ejection. Receiver grooved for scope mount.
**Price:** ............................................................ **$79.95**



**REMINGTON 572 FIELDMASTER PUMP RIFLE**
**Caliber:** 22 S(20), L(17) or LR(14). Tubular mag.
**Barrel:** 24″ round tapered.
**Weight:** 5½ lbs. **Length:** 42″ over-all.
**Stock:** Genuine walnut with p.g. and grooved slide handle.
**Sights:** Bead post front, step adj. open rear.
**Features:** Cross-bolt safety, removing inner mag. tube converts rifle to single
    shot, receiver grooved for tip-off scope mount.
**Price:** ............................................................ **$79.95**

**Remington Model 572 SB**
Similar to the 572, but has smoothbore bbl. choked for 22 LR shot car-
tridges.
Sling and swivels installed. ...................................... **$7.50**
**Price:** ............................................................ **$89.95**

**Remington Model 572 BDL Deluxe**
Same as the 572 except: p.g. cap, RKW finish, checkered grip and fore-end,
ramp front and fully adj. rear sights.
**Price:** ............................................................ **$89.95**

# U.S. RIMFIRE — SINGLE SHOT



**GARCIA BRONCO 22 RIFLE**
**Caliber:** 22 S, L or LR. Single-shot.
**Barrel:** 16½″ round.
**Weight:** 3 lbs. **Length:** 32″ over-all.
**Stock:** Skeletonized crackle finished alloy casting.
**Sights:** Protected blade front, adj. rear.
**Features:** Cross-bolt safety, swing-out chamber, ultra lightweight for easy
    portability, instant takedown.
**Price:** ............................................................ **$25.00**



**HARRINGTON & RICHARDSON MODEL 750 PIONEER**
**Caliber:** 22 S, L or LR. Single-shot.
**Barrel:** 22″ round tapered.
**Weight:** 5 lbs. **Length:** 39″ over-all.
**Stock:** Walnut finished hardwood with Monte Carlo comb and p.g.
**Sights:** Blade front, step adj. open rear.
**Features:** Double extractors, feed platform, cocking indicator. sliding side
    safety, receiver grooved for tip-off scope mount, tapped for aperture sight.
**Price:** ............................................................ **$39.00**

Compendium_Klarevas
Page 199

## U.S. RIMFIRE—SINGLE SHOT



**Ithaca Model 49 Deluxe**
Same as the M49 except: figured walnut stock, better finish, gold plated trigger and hammer. Sling and swivels installed.
Price: .................................................... **$49.95**

**ITHACA MODEL 49 SADDLEGUN**
**Caliber:** 22 S, L or LR. Single-shot.
**Barrel:** 18" round.
**Weight:** About 5½ lbs. **Length:** 34½" over-all.
**Stock:** Two-piece walnut, checkered straight grip, fore-end has bbl. band.
**Sights:** Bead post front, step adj. open rear.
**Features:** Rebounding hammer safety, Martini-type lever action, rifle can be ordered with shorter (youth) stock at no extra cost.
**Price:** .................................................. **$39.95**
**Price:** Chambered for 22 WRM only ........................ **$49.95**

**MARLIN 101 SINGLE SHOT RIFLE**
**Caliber:** 22 S, L or LR; Single shot.
**Barrel:** 22" Micro-Groove
**Weight:** 4½ lbs. **Length:** 40"
**Stock:** Monte Carlo American walnut with p.g. and w'hite line spacer at butt-plate.
**Sights:** Ramp front with ''Wide-Scan'' hood, folding semi-buckhorn rear adj. for w. & e.
**Features:** Gold plated trigger, T-shaped cocking knob, non-jamming feed throat, receiver grooved for tip-off scope mount. Manual cocking action. Scope **$17.95** extra.
**Price:** .................................................. **$38.95**

**REMINGTON MODEL 580 SINGLE SHOT RIFLE**
**Caliber:** 22 S, L or LR. Single-shot.
**Barrel:** 24" round tapered.
**Weight:** 4¾ lbs. **Length:** 42⅜" over-all.
**Stock:** Walnut finished hardwood, Monte Carlo comb and p.g., black composi-tion buttplate.
**Sights:** Bead post front, screw-lock adj. rear.
**Features:** Single screw take-down, integral loading platform, sliding side safe-ty, receiver grooved for tip-off mount, can be had with 1" shorter (youth) stock.
**Price:** .................................................. **$47.95**
**Price:** M580 SB (smooth bore) ............................ **$52.95**

**SAVAGE STEVENS MODEL 73 SINGLE SHOT RIFLE**
**Caliber:** 22 S, L or LR. Single-shot.
**Barrel:** 20" round tapered.
**Weight:** 4¾ lbs. **Length:** 38½" over-all.
**Stock:** Walnut finished hardwood.
**Sights:** Bead post front, step adj. open rear.
**Features:** Cocks on opening, automatic safety, key locks trigger against unau-thorized use, may be had with 12½" pull stock (youth model) at same cost.
**Price:** .................................................. **$32.50**

**SAVAGE STEVENS MODEL 72 CRACKSHOT**
**Caliber:** 22 S, L, LR.
**Barrel:** 22" octagonal.
**Weight:** 4½ lbs. **Length:** 37".
**Stock:** Walnut, straight grip and fore-end.
**Sights:** Blade front, step adj. rear.
**Features:** Deluxe version of Model 74, color case hardened frame.
**Price:** .................................................. **$60.40**

**WINCHESTER MODEL 310 RIFLE**
**Caliber:** 22 S, L or LR. Single-shot.
**Barrel:** 22" round tapered (16" twist).
**Weight:** 5⅝ lbs. **Length:** 39½" over-all.
**Stock:** Walnut, fluted Monte Carlo comb, checkered p.g. and fore-end (13½" x 1⅝" x 2⁷⁄₁₆").
**Sights:** Bead post ramp front, step adj. open rear.
**Features:** Twin extractors, sliding side safety, wide serrated trigger, receiver grooved for tip-off scope mounts tapped for aperture rear sight.
**Price:** .................................................. **$53.95**

29TH EDITION, 1975   **343**

# U.S. TARGET RIFLES—CENTERFIRE AND RIMFIRE



### ANSCHUTZ 1411 MATCH 54 RIFLE

**Caliber:** 22 LR. Single shot.
**Barrel:** 27½ round (¹⁵/₁₆" dia.)
**Weight:** 11 lbs. **Length:** 46" over-all.
**Stock:** French walnut, American prone style with Monte Carlo, cast-off cheek-piece, checkered p.g., beavertail fore-end with swivel rail and adj. swivel, adj. rubber buttplate.
**Sights:** None. Receiver grooved for Anshutz sights (extra). Scope blocks.
**Features:** Single stage adj. trigger, wing safety, short firing pin travel. Available from Savage Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$307.75**
**Price:** Left hand stocked rifle, no sights . . . . . . . . . . . . . . . . . . . . . . **$331.75**

### Anschutz 1413 Super Match Rifle

Same as the model 1411 except: International type stock with adj. cheek-piece, adj. aluminum hook buttplate, weight 15½ lbs., 50" over-all. Available from Savage Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$554.75**
**Price:** Left hand stocked rifle, no sights . . . . . . . . . . . . . . . . . . . . . . **$579.75**

### Anschutz 1407 Match 54 Rifle

Same as the model 1411 except: 26" bbl. (⅞" dia.), weight 10 lbs., 44½" over-all to conform to ISU requrements and also suitable for NRA matches. Available from Savage Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$280.00**
**Price:** Left hand stocked rifle, no sights . . . . . . . . . . . . . . . . . . . . . . **$299.25**



### SAVAGE/ANSCHUTZ 64 MATCH RIFLE

**Caliber:** 22 LR only. Single shot.
**Barrel:** 26" round (¹¹/₁₆" dia.)
**Weight:** 7¾ lbs. **Length:** 44" over-all.
**Stock:** Walnut finished hardwood, cheekpiece, checkered p.g., beavertail fore-end, adj. buttplate.
**Sights:** None (extra). Scope blocks.
**Features:** Sliding side safety, adj. single stage trigger, receiver grooved for Anschutz sights.
**Price:** . . . . . . . **$129.95**        64L (Left hand) . . . . . . **$141.95**
As above but with Anschutz 6723 Match Sight Set.
**Price:** Model 64S (Right hand) . . . **$162.95** 64SL (Left hand) . . . . **$174.95**



### MOSSBERG MODEL 144 TARGET RIFLE

**Caliber:** 22 LR only. 7-shot clip.
**Barrel:** 26" round (¹⁵/₁₆" dia.)
**Weight:** About 8 lbs. **Length:** 43" over-all.
**Stock:** Walnut with high thick comb, cheekpiece, p.g., beavertail fore-end, adj. handstop and sling swivels.
**Sights:** Lyman 17A hooded front with inserts, Mossberg S331 receiver peep with ¼-minute clicks.
**Features:** Wide grooved trigger adj. for wgt. of pull, thumb safety, receiver grooved for scope mounting.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$91.20**



### REMINGTON 40-XC NAT'L MATCH COURSE RIFLE

**Caliber:** 7.62 NATO, 5-shot.
**Barrel:** 23¼", stainless steel.
**Weight:** 10 lbs. without sights. **Length:** 42½" over-all.
**Stock:** Walnut, position-style, with palm swell.
**Sights:** None furnished.
**Features:** Designed to meet the needs of competitive shooters firing the national match courses. Position-style stock, top loading clip slot magazine, anti-bind bolt and receiver, bright stainless steel barrel. Meets all I.S.U. Army Rifle specifications. Adjustable buttplate, adjustable trigger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$400.00**

### REMINGTON 40-XB RANGEMASTER TARGET Centerfire

**Caliber:** 222 Rem., 222 Rem. Mag., 223 Rem., 22-250, 6mm x 47, 6mm Int., 6mm Rem., 243, 25-06, 6.5mm Rem. Mag., 7mm Rem. Mag., 30-338, 30-7mm Rem. Mag., 300 Win. Mag., 7.62 NATO (308 Win.), 30-06. Single shot.
**Barrel:** 27¼" round (Stand. dia.-¾", Hvy. dia.-⅞")
**Weight:** Std.—9¼ lbs., Hvy—11¼ **Length:** 47"
**Stock:** American walnut with high comb and beavertail fore-end stop. Rubber non-slip buttplate.
**Sights:** None. Scope blocks installed.
**Features:** Adjustable trigger pull. Receiver drilled and tapped for sights.
**Price:** Standard ss., stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . . . **$279.95**
**Price:** Repeating model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.95**
**Price:** Extra for 2 oz. trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$40.00**

Compendium_Klarevas
Page 201

## U.S. TARGET RIFLES—CENTERFIRE AND RIMFIRE



### REMINGTON 40-XR RIMFIRE POSITION RIFLE
**Caliber:** 22 LR, single-shot.
**Barrel:** 24″, heavy target
**Weight:** 10 lbs. **Length:** 43″ over-all.
**Stock:** Position-style with front swivel block on fore-end guide rail.
**Sights:** Drilled and tapped. Furnished with scope blocks.
**Features:** Meets all I.S.U. specifications. Deep fore-end, buttplate vertically adjustable, wide adjustable trigger. Redfield Olympic front and rear sights available with 10 inserts for $47.95.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$240.00**



### REMINGTON MODEL 40XB-BR
**Caliber:** 222 Rem., 222 Rem. Mag., 223, 6mm x 47, 7.62 NATO (308 Win.).
**Barrel:** 20″ (light varmint class), 26″ (heavy varmint class).
**Length:** 38″ (20″ bbl.), 44″ (26″ bbl.). **Weight:** Light varmint class, 7¼ lbs., Heavy varmint class, 12 lbs.
**Stock:** Select walnut.
**Sights:** None. Supplied with scope blocks.
**Features:** Unblued stainless steel barrel, trigger adj. from 1½ lbs. to 3½ lbs. Special 2 oz. trigger at extra cost. Scope and mounts extra.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.95**



**Remington 540-XRJR Junior Rimfire Position Rifle**
Same as 540-XR except fitted with 1¾″ shorter stock to fit the junior shooter. Over-all length adjustable from 41¾″ to 45″. Length of pull adjustable from 11″ to 14¼″.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$124.95**

### REMINGTON 540-XR RIMFIRE POSITION RIFLE
**Caliber:** 22 LR, single-shot.
**Barrel:** 26″ medium weight targat. Countersunk at muzzle.
**Weight:** 8 lbs., 13 oz. **Length:** Adj. from 43½″ to 46¾″.
**Stock:** Position-style with Monte Carlo, cheekpiece and thumb groove. 5-way adj. buttplate and full length guide rail.
**Sights:** None furnished. Drilled and tapped for target scope blocks. Fitted with front sight base.
**Features:** Extra-fast lock time. Specially designed p.g. to eliminate wrist twisting. Adj. match trigger. Match-style sling with adj. swivel block ($6.95) and sight set ($29.95) available.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$124.95**



### WINCHESTER 52D BOLT ACTION TARGET RIFLE
**Caliber:** 22 LR only. Single shot.
**Barrel:** 28″, standard or heavy weight.
**Weight:** 9¾ lbs. Std. 11 lbs. Hvy. **Length:** 46″
**Stock:** Marksman stock of choice walnut with full length accessory channel and adj. bedding device and non-slip butt pad.
**Sights:** None. Barrel tapped for front sight bases.
**Features:** Adjustable trigger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$215.00**

### WINCHESTER 70 INT'L ARMY MATCH RIFLE
**Caliber:** 308 (7.62mm NATO) 5-shot.
**Barrel:** 24″ heavy-contour.
**Weight:** 11 lbs. **Length:** 43¼″ over-all.
**Stock:** Oil finished walnut, (12″ x 1¼″ x 1¼″) meets ISU requirements.
**Sights:** None. Receiver tapped for M70 sights (available at extra cost).
**Features:** Fore-end rail takes most std. accessories, vertically adj. buttplate, externally adj. trigger, glass bedded action.
**Price:** Match . . . . . . . . . . . . **$445.00**     Ultra Match . . . . . . . . . . . . **$395.00**

### WINCHESTER 52 INTERNATIONAL MATCH RIFLE
**Caliber:** 22 LR. Single shot.
**Barrel:** 28″ heavy bbl.
**Weight:** 13½ lbs. **Length:** 44½″
**Stock:** Laminated International-style, aluminum fore-end assembly, adj. palm rest.
**Sights:** Receiver tapped for sights and scope bases; scope blocks are included.
**Features:** Non-drag trigger. Lead-lapped barrel with Winchester muzzle counterbore.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$455.00**
With kenyon trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$500.00**
With ISU trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$500.00**

## U.S. SHOTGUNS—AUTOLOADING

**Browning Auto-5 Magnum 12**
Same as Std. Auto-5 except: chambered for 3″ magnum shells (also handles 2¾″ magnum and 2¾″ HV loads). 28″ Mod., Full; 30″ and 32″ (Full) bbls. 14″x1⅜″x2½″ stock. Recoil pad. Wgt. 8¾ lbs.
**Price:** ............... $299.50    With vent. rib. Wgt. 9 lbs. ....... $317.50

**Browning Auto-5 Magnum 20**
Same as Magnum 12 except barrels 28″ Full or Mod., or 26″ Full, Mod. or Imp. Cyl. 7 lbs. ............................................. $299.50
With ventilated rib, 7½ lbs. .................................. $317.50



**Browning Auto-5 Light 12, 16, 20, or 12 Buck Special**
Same as Std. Buck Special except: with gold trigger and of less weight. Wgt. 12 ga., 7 lbs.; 16 ga., 6⅜ lbs.; 20 ga., 6 lbs. 2 oz.; 3″ Mag. 12, 8¼ lbs.
**Price:** ............................................. $326.50
All Buck Specials are available with carrying sling, detachable swivels and swivel attachments for $9.00 extra.



**BROWNING AUTO-5 LIGHT 12, 20 and SWEET 16**
**Gauge:** 12, 20, 16 (5-shot; 3-shot plug furnished). 2¾″ chamber.
**Action:** Recoil operated autoloader; takedown.
**Barrel:** 26″ (Skeet boring in 12 & 20 ga., Cyl., Imp. Cyl., Mod. in 16 & 20 ga.); 28″ (Skeet in 12 ga., Full in 16 ga., Mod., Full); 30″ (Full in 12 ga.).
**Weight:** 12 ga. 7¼ lbs., 16 ga. 6¾ lbs., 20 ga. 6⅜ lbs.
**Stock:** French walnut, hand checkered half-p.g. and fore-end. 14¼″ x 1⅝″ x 2½″.
**Features:** Receiver hand engraved with scroll designs and border. Double extractors, extra bbls. interchangeable without factory fitting; mag. cut-off; cross-bolt safety.
**Price:** ............................................. $296.50
**Price:** Vent. rib ....................................... $314.50

**Browning Auto-5 Buck Special**
Same as A-5 Light model except: 24″ bbl. choked for slugs, gold bead front sight on contoured ramp, rear sight adj. for w.&e. Wgt. (12 ga.) 7⅜ lbs.
**Price:** ............................................. $317.50

**Browning Auto-5 Light Skeet**
Same as Light Standard except: 12 and 20 ga. only. 26″ or 28″ bbl. (Skeet). Wgt. 6¼-7¼ lbs. ....................................... $296.50
With vent. rib. Wgt. 6⅜-7½ lbs. ............................ $314.50



**BROWNING B/2000 GAS OPERATED AUTO SHOTGUN**
**Gauge:** 12 ga. only. (5-shot, 4-shot in Magnum).
**Barrel:** 26″, 28″ or 30″ in 2¾″ Field Models, plain or vent. rib; 28″, 30″ or 32″ in 3″ Magnum models, vent. rib only.
**Weight:** 7½ lbs. (26″ vent. rib) **Length:** 45⅜″ (26″ bbl.).
**Stock:** French walnut, hand checkered, full pistol grip, no recoil pad 14¼″x1⅝″x2½″.
**Sights:** Medium raised bead, German nickel silver.
**Features:** Internal self-cleaning gas system, soft recoil, speed loading/unloading, extra bbls. interchangeable without factory fitting. No adjustment necessary to gas system for varying loads.
**Price:** Vent. rib ....................................... $289.50
**Price:** Plain bbl. ...................................... $269.50
**Price:** Vent. rib, 3″ Mag. .............................. $289.50
**Price:** Buck Special .......................... To be announced
**Price:** Trap and/or Skeet Models ............... To be announced



**Hi-Standard Supermatic Skeet**
Same as Supermatic DeLuxe except: 26″ Skeet choke bbl.; all external parts high polished; internal parts super finished; better grade American walnut stock (no recoil pad) and fore-end with cabinet finish. weight about 7½ lbs. .................................. $209.95

**HI-STANDARD SUPERMATIC DELUXE AUTOS**
**Gauge:** 12 ga. (5-shot; 3-shot plug furnished). 20 ga. (3 shots only).
**Action:** Gas operated autoloader (12 ga. 2¾″, 20 ga. 3″ chambers).
**Barrel:** 12 gauge, 30″ (Full), 26″ (Imp. Cyl.), 12 and 20 gauge, 28″ (Mod. or Full). Plain Barrel.
**Stock:** 14″x1½″x2½″. Walnut, checkered p.g. and semi-beavertail fore-end. Recoil pad. 20 ga. guns have longer fore-end with sloped front.
**Weight:** 7½ lbs. (12 ga.) 4¾¾″ over-all (12, 28″).
**Features:** 12 ga. uses all 2¾″ shells, 20 ga. all 2¾″ or 3″ shells, including rifled slugs, manual adjustment, engraved receiver.
**Price:** Field, plain bbl., no rib ............................ $184.95
**Price:** Deluxe vent. rib, checkered stock, w/o adj. choke ........ $204.95
**Price:** Checkered stock, vent-rib, adj. choke ................. $204.95
**Price:** Duck, 3″ Magnum, 12 ga., 30″ full, recoil pad, with vent. rib bbl. $204.95

**Hi-Standard Supermatic Trap**
Same features as Supermatic Skeet except: 30″ full choke barrel; stock (14⅜″x1½″x1⅞″); recoil pad. Wgt. 8 lbs. 12 ga. only.
**Price:** .................. $208.95    With Monte Carlo stock ... $214.95

Compendium_Klarevas
Page 203

## U.S. SHOTGUNS — AUTOLOADING



**ITHACA MAG 10 GAS OPERATED SHOTGUN**
**Gauge:** 10, 3½" chamber, 3-shot.
**Barrel:** 32" only. Full choke.
**Weight:** 11¼ lbs.
**Stock:** American walnut, checkered p.g. and fore-end (14⅛"x2⅜"x1½"), p.g. cap, rubber recoil pad.
**Sights:** White Bradley.
**Features:** Counterecoil gas system. Piston, cylinder, bolt, charging lever, action release and carrier made of stainless steel. ⅜" vent. rib. Reversible cross-bolt safety. Low recoil force.
**Price:** ............................................ **$424.95**

**ITHACA MODEL 51 FEATHERLIGHT AUTOMATIC**
**Gauge:** 12 ga. 2¾" chamber.
**Action:** Gas-operated, rotary bolt has three locking lugs. Takedown. Self-compensating for high or low base loads.
**Barrel:** Roto-Forged, 30" (Full), 28" (Full, Mod., or Skeet), 26" (Imp. Cyl. or Skeet). Extra barrels available. Raybar front sight. Vent. rib $25.00 extra.
**Stock:** 14"x1⅝"x2½". Hand checkered walnut, white spacers on p.g. and under recoil pad.
**Weight:** About 7½ lbs.
**Features:** Hand fitted, engraved receiver, 3 shot capacity, safety is reversible for left hand shooter.
**Price:** Standard ...................................... **$194.95**

**Ithaca Model 51 Magnum**
Same as Standard Model 51 except has 3" chambers.
**Price:** Magnum Standard ................................. **$214.95**
**Price:** Magnum vent. rib ................................. **$239.95**

**Ithaca Model 51 Featherlight Automatic Trap**
Same gun as Model 51 with vent. rib, trap recoil pad, stock dimensions are 14¼"x1½"x1⅝".
**Price:** .................. **$249.95**   With Monte Carlo stock ... **$259.95**

**ITHACA MODEL 51 20 GAUGE**
**Gauge:** 20 only, 2¾" or 3" chamber.
**Action:** Gas-operated rotary bolt.
**Barrel:** Standard Grade, 26" (Imp. Cyl.), 28" (Full, Mod.), Target Grade, 26" (Skeet).
**Weight:** 7½ to 8½ lbs.
**Stock:** 14"x1½"x2¼", American walnut.
**Sights:** Raybar front sight.
**Features:** Quick take-down, reversible safety, interchangeable barrels. Easily field stripped without tools.
**Price:** Standard model ................................... **$194.95**
**Price:** Standard model with vent. rib ..................... **$219.95**
**Price:** Standard magnum ................................. **$214.95**
**Price:** Vent. magnum .................................... **$239.95**
**Price:** Standard Skeet .................................. **$219.95**
**Price:** Deluxe Skeet ..................................... **$254.95**

**Ithaca Model 51 Featherlight Automatic Skeet**
Same gun as Model 51 with vent. rib, skeet recoil pad, stock dimensions are 14"x1⅝"x2½".
**Price:** .................. **$219.95**   Deluxe Skeet ........... **$254.95**

**Ithaca Model 51 Featherlight Deluxe Skeet**
Same gun as Model 51 Skeet with fancy American walnut stock, 28" or 29" (Skeet) barrel.
**Price:** .......................................... **$254.95**

**ITHACA MODEL 51 DEERSLAYER**
**Gauge:** 12 or 20 ga., 2¾" chamber.
**Action:** Gas-operated, semi-automatic.
**Barrel:** 24", special bore.
**Weight:** 7½ lbs. (12 ga.), 7¼ lbs. (20 ga.)
**Stocks:** 14"x1½"x2¼", American walnut. Checkered p.g. and fore-end.
**Sights:** Raybar front, open rear adj. for w. and e.
**Features:** Sight base grooved for scope mounts. Easy takedown, reversible safety.
**Price:** ............................................ **$214.95**

**Ithaca Model 51 Featherlight Deluxe Trap**
Same gun as Model 51 Trap with fancy American walnut stock, 30" (Full or Imp. Cyl.) or 28" (Full or Imp. Mod.) barrel.
**Price:** .................. **$274.95**   With Monte Carlo stock ... **$284.95**

**ITHACA MODEL XL 900**
**Gauge:** 12 (2¾"), 20 (2¾", 3" chamber); 5 shot capacity.
**Action:** Gas-operated autoloader.
**Barrel:** 12 ga., Field Grade - 30" (Full), 28" (Full or Mod.), 26" (Imp. Cyl.); 20 ga., 28" (Full or Mod..) 26" (Imp. Cyl.), Trap - 30" (Full or Imp. Mod.), Skeet - 26" (Skeet).
**Weight:** 6¾ lbs. **Length:** 48" overall.
**Stock:** 1½"x2½"x14". Walnut finish.
**Sights:** Ventilated rib with Raybar front sight on field grades; Bradley-type on target grades.
**Features:** Self-compensating gas system, reversible safety, action release button.
**Price:** Ventilated rib ...... **$214.95**   Trap grade (12 ga. only) . **$229.95**
**Price:** Skeet grade .... **$229.95**   Slug gun .............. **$204.95**
**Price:** Trap Monte Carlo ..................................... **$239.95**

**ITHACA MODEL XL 300**
**Gauge:** 12 (2¾"), 20 (2¾" or 3" chamber).
**Action:** Gas-operated autoloader.
**Barrel:** 12 ga. Field Grade - 30" (Full), 28" (Full or Mod.), 26" (Imp. Cyl.) 20 ga. Field Grade - 28" (Full or Mod.) 26" (Imp. Cyl.). Trap Grade - 30" (Full or Mod.); Skeet-26" (Skeet).
**Weight:** 7½ lbs. **Length:** 48" over-all.
**Stock:** 1½"x2½"x14" (Field Grade). Walnut.
**Sights:** Raybar front sight on ventilated rib.
**Features:** Self-compensating gas system, reversible safety.
**Price:** Standard ......... **$189.95**   Ventilated rib ........... **$204.95**

# U.S. SHOTGUNS — AUTOLOADING



## Remington 1100 Magnum
Same as 1100 except: chambered for 3″ magnum loads. Available in 12 ga. (30″) or 20 ga. (28″) Mod. or Full, 14″x1½″x2½″ stock with recoil pad, Wgt. 7¾ lbs.
**Price:** With vent. rib . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$239.95**
**Price:** Left hand model with vent. rib . . . . . . . . . . . . . . . . . . . . . **$244.95**

## Remington 1100 SA Skeet
Same as the 1100 except: 26″ bbl., special skeet boring, vent. rib, ivory bead front and metal bead middle sights. 14″x1½″x2½″ stock. 20 and 12 ga. Wgt. 7½ lbs.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$229.95**
**Price:** 1100 SB (better grade walnut) . . . . . . . . . . . . . . . . . . . . . **$254.95**
For Cutts Comp add . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$25.00**
Left hand model with vent. rib . . . . . . . . . . . . . . . . . . . . . . . . . **$234.95**
28 & 410 ga., 25″ bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$239.95**

## Remington 1100D Tournament Auto
Same as 1100 Standard except: vent. rib, better wood, more extensive engraving . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$660.00**

## Remington 1100F Premier Auto
Same as 1100D except: select wood, better engraving . . . . . . **$1,350.00**
With gold inlay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,100.00**

## REMINGTON MODEL 1100 AUTO
**Gauge:** 12, 16, 20 (5-shot); 3-shot plug furnished.
**Action:** Gas-operated autoloader.
**Barrel:** 26″ (Imp. Cyl.), 28″ (Mod., Full), 30″ Full in 12 ga. only.
**Stock:** 14″x1½″x2½″ American Walnut, checkered p.g. and fore-end.
**Weight:** 12 ga. 7½ lbs., 16 ga. 7¾ lbs., 20 ga. 7¼ lbs.; 48″ over-all (28″ bbl.).
**Features:** Quickly interchangeable barrels within gauge. Matted receiver top with scroll work on both sides of receiver. Crossbolt safety.
**Price:** . . . . . . . . . . **$194.95**   With vent. rib . . . . . . . . . . **$219.95**
**Price:** Left hand model with vent. rib . . . . . . . . . . . . . . . . . . . . . **$224.95**

## Remington 1100 Small Gauge
Same as 1100 except: 28 ga. 2¾″ (5-shot) or 410, 3″ (except Skeet, 2½″ 4-shot). 45½″ over-all. Available in 25″ bbl. (Full, Mod., or Imp. Cyl.) only.
**Price:** Plain bbl. . . . . . . . . **$204.95**   With vent. rib . . . . . . . . . . **$229.95**

## Remington 1100 Deer Gun
Same as 1100 except: 12 ga. only, 22″ bbl. (Imp. Cyl.), rifle sights adjustable for w. and e.; recoil pad with white spacer. Weight 7¼ lbs. . . . . . . **$214.95**

## Remington 1100 TB Trap
Same as the 1100 except: better grade wood, recoil pad. 14⅜″x1⅜″x1¾″ stock. Wgt. 8¼ lbs. 12 ga. only. 30″ (Mod., Full) vent. rib bbl. Ivory bead front and white metal middle sight.
**Price:** . . . . . . . . . . **$264.95**   With Monte Carlo stock . . . . . . . **$274.95**
**Price:** 1100TB Trap, left hand . . . . . . . . . . . . . . . . . . . . . . . . . . **$269.95**
**Price:** With Monte Carlo stock . . . . . . . . . . . . . . . . . . . . . . . . . . **$279.95**
**Remington 1100** Extra bbls.: Plain **$49.95** (20, 28 & 410, **$52.95**). Vent. rib **$74.95** (20, 28 & 410, **$77.95**). Vent. rib Skeet **$79.95**. Vent. rib Trap **$79.95** Deer bbl. **$60.95**, Skeet, with cutts comp. **$104.95**. Available in the same gauges and chokes as shown on guns.

## Remington 1100 20 ga. Lightweight
Basically the same design as Model 1100, but with special weight-saving features that retain strength and dependability of the standard Model 1100.
**Barrel:** 28″ (Full, Mod.), 26″ (Imp. Cyl.).
**Weight:** 6½ lbs.
**Price:** . . . . . . . . . . . . . . . . . . **$204.95**   With vent. rib . . . . . . . . . . **$229.95**
**Price:** 20 ga. Lightweight magnum (28″ Full) . . . . . . . . . . . . . . . . **$224.95**
**Price:** With vent. rib . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.95**

## SMITH & WESSON MODEL 1000 AUTO
**Gauge:** 12 only, 2¾″ chamber, 4-shot.
**Action:** Gas-operated autoloader.
**Barrel:** 26″ (Skeet, Imp. Cyl.), 28″ (Imp. Mod., Mod., Full), 30″ (Full).
**Length:** 48″ over-all (28″ bbl.). **Weight:** 7½ lbs. (28″ bbl.).
**Stock:** 14″x1½″x2⅜″, American walnut.
**Features:** Interchangeable crossbolt safety, vent. rib with front and middle beads, engraved alloy receiver, pressure compensator and floating piston for light recoil.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$229.95**
**Price:** Extra barrels (as listed above) . . . . . . . . . . . . . . . . . . . . . **$84.95**

## WEATHERBY CENTURION AUTO
**Gauge:** 12 only, 2¾″ chamber.
**Action:** Gas operated autoloader with "Floating Piston."
**Barrel:** 26″ (Mod., Imp. Cyl, Skeet), 28″ (Imp. Mod.), 30″ (Full), Vent. Rib.
**Weight:** About 7½ lbs. **Length:** 48¼ (28″).
**Stock:** Walnut, hand checkered p.g. and fore-end, rubber recoil pad with white line spacer.
**Features:** Cross bolt safety, fluted bolt, gold plated trigger. Extra interchangeable bbls. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$89.95**
**Price:** Field or Skeet grade **$269.50**   Trap grade . . . . . . . . . . . . . **$299.50**



Compendium_Klarevas
Page 205

# U.S. SHOTGUNS—AUTOLOADING



**WINCHESTER 1400 AUTOMATIC MARK II**
**Gauge:** 12, and 20 (3-shot).
**Action:** Gas operated autoloader. Front-locking 4-lug rotating bolt locks in bbl. Alloy receiver. Push button action release.
**Barrel:** 26″ (Imp. Cyl.), 28″ (Mod.), 30″ (Full, 12 ga. only). Metal bead front sight.
**Stock:** 14″x1½″x2⅜″. American walnut, new-design checkered p.g. and fore-end; fluted comb, p.g. cap, recoil pad.
**Weight:** With 26″ bbl., 20 ga. 6½ lbs., 16, 12 ga. 6¾ lbs.; 46⅝″ over-all.
**Features:** Self-compensating valve adjusts for std. or magnum loads. Bbls. interchangeable without fitting. Crossbolt safety in front of trigger guard.
**Price:** . . . . . . . . . . . . . . . . . . **$164.95**    With vent. rib . . . . . . . . . . . **$184.95**



**Winchester Super-X Model 1 Trap and Skeet Models**
Same as Field model except: Trap has 30″ bbl., vent. rib (Mod. or Full) and regular or Monte Carlo stock. Engraved receiver, red bead front sight, black rubber recoil pad with white spacer—**$305.00.** for regular stock, **$310.00** for Monte Carlo. Skeet model has 26″ vent. rib barrel (Skeet), otherwise same as trap gun—**$305.00.**

**Winchester Super-X Model 1 Deer Gun**
Same as Field model except: 12 ga. only, 22″ barrel, Cylinder choke, iron sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$265.00**

**WINCHESTER SUPER-X MODEL 1 AUTO SHOTGUN**
**Gauge:** 12 or 20, 4-shot.
**Barrel:** 26″ (Imp. Cyl.), 28″ (Mod., Full), 30″ (Full).
**Length:** 46″ over-all (26″ bbl.)
**Stock:** American walnut with cut-checkered p.g. and fore-end, 14″x1½″x2½″ (Field).
**Sights:** Metal bead front.
**Features:** Receiver and all metal parts made of machined steel. Straight-line, 3-piece bolt, short-stroke gas system, all steel trigger assembly, steel shell carrier.
**Price:** Plain barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$255.00**
**Price:** Vent. rib . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$275.00**

# U.S. SHOTGUNS — SLIDE ACTION



**Hi-Standard Flite-King Trap**
Same features as Flite-King Skeet except: 30″ full choke; Monte Carlo stock with recoil pad. About 8¼ lbs. 12 ga. only . . . . . . . . . . . . . . . . . . **$179.95**

**Hi-Standard Flite-King Skeet**
Same as Flite-King DeLuxe except: Vent. rib, no recoil pad; 26″ Skeet choke bbl.; all external parts high polished; internal parts super finished; better grade American walnut stock (14″x1½″x2½″) and fore-end with cabinet finish. Wgt. 12 ga. 7½ lbs., 20, 6¼ lbs., 28 and 410 ga. 6¼ lbs. **$169.95**

**HI-STANDARD FLITE-KING DELUXE PUMP GUNS**
**Gauge:** 12, 20, 28, and 410 (6 shots; 3-shot plug furnished).
**Action:** "Free-falling" slide action.
**Barrel:** 12 ga., 30″ (Full); 12, 20 ga., 28″ (Mod. or Full), 26″ (Imp. Cyl.); 410, 26″ (Full). 12 ga. barrels interchangeable.
**Stock:** 14″x1½″x2½″. Walnut, checkered p.g. and fore-end. Recoil pad except: 410 & Skeet guns.
**Weight:** 12 ga. 7¾ lbs., 20, 410 ga. 6½ lbs.
**Features:** Side ejection.
**Price:** Field . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$134.95**
**Price:** 12 ga., with adj. choke, 27″ bbl . . . . . . . . . . . . . . . . . . . . **$159.95**
**Price:** De Luxe Rib, with vent. rib, w/o adj. choke . . . . . . . . . . . . . **$154.95**
**Price:** 12 and 20 ga., as above with adj. choke . . . . . . . . . . . . . . **$159.95**
**Price:** Brush, 12 ga. only with 20″ cyl. bbl., grooved fore-end, adj. rifle sights. Stock (14¼″x1½″x1⅞″) 39¾″ over-all . . . . . . . . . . . . . . . . **$154.95**



**Ithaca Model 37 De Luxe Featherlight**
Same as Model 37 except: checkered stock with p.g. cap; beavertail fore-end; recoil pad. Wgt. 12 ga. 6¾ lbs.
**Price:** . . . . . . . . . . . . . . . . **$149.95**    With vent. rib . . . . . . . . . . . **$174.95**

**Ithaca Model 37 Supreme**
Same as Model 37 except: hand checkered beavertail fore-end and p.g. stock, Ithaca recoil pad and vent. rib . . . . . . . . . . . . . . . . . . . . . . . **$274.95**
37 Supreme also with Skeet (14″x1½″x2½″) or Trap (14½″x1½″x1⅞″) stocks at no extra charge. Other options available at extra charge.

**ITHACA MODEL 37 FEATHERLIGHT**
**Gauge:** 12, 16, 20 (5-shot; 3-shot plug furnished).
**Action:** Slide; takedown; bottom ejection.
**Barrel:** 26″, 28″, 30″ in 12 ga. 26″ or 28″ in 16 or 20 ga. (Full, Mod. or Imp. Cyl.).
**Stock:** 14″x1½″x2⅜″. Checkered walnut capped p.g. stock and fore-end.
**Weight:** 12 ga. 6½ lbs., 16 ga. 6 lbs., 20 ga. 5¾ lbs.
**Features:** Ithaca Raybar front sight; decorated receiver; crossbolt safety; action release for removing shells.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$144.95**
**Price:** With vent. rib stock (14″x1½″x2½″) . . . . . . . . . . . . . . . . . **$169.95**

**Ithaca Model 37 Deerslayer**
Same as Model 37 except: 26″ or 20″ bbl. designed for rifled slugs; sporting rear sight, Raybar front sight; rear sight ramp grooved for Redfield long eye relief scope mount. 12, 16, or 20 gauge. With checkered stock, beavertail fore-end and recoil pad.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$159.95**
**Price:** As above with special select walnut stock . . . . . . . . . . . . . . **$179.95**

Compendium_Klarevas
Page 206

## U.S. SHOTGUNS — SLIDE ACTION



### Marlin 120 Trap Gun

Same as 120 Magnum except: Monte Carlo stock and full fore-end with hand-cut checkering. Stock dimensions are 14¼"x14"x14¾". Available with 30" Full choke barrel with vent. rib............................... **$234.95**

### MARLIN 120 MAGNUM PUMP GUN

**Gauge:** 12 ga. (2¾" or 3" chamber) 5-shot; 3-shot plug furnished.
**Action:** Hammerless, side ejecting, slide action.
**Barrel:** 26" (Imp. Cyl.), 28" (Mod.), 30" (Full), with vent. rib. or 40" MXR plain.
**Stock:** (14"x1½"x2⅜"). Checkered walnut, capped p.g., semi-beavertail checkered fore-end.
**Length:** 50½" over-all (30" bbl.) **Weight:** About 7¾ lbs.
**Features:** Interchangeable bbls., slide lock release; large button cross-bolt safety.
**Price:** ..................................................... **$158.95**
**Price:** Extra barrels .......................................... **$50.00**



### Mossberg Model 500 Super Grade

Similar to the Model 500 except: vent. rib bbls. in 12 ga. (2¾") or 20 ga. (3"); 26" (Skeet), 28" (Mod., Full), and 30" Full (12 ga. only) 2¾" or 3" mag. Checkered p.g. and fore-end stock with fluted comb and recoil pad (14"x1½"x2½").
**Price:** 12 or 20 ga............................................ **$143.25**
**Price:** 12 ga. 3" Magnum or C-Lect Choke 12 and 20 ga. ....... **$151.20**

### MOSSBERG MODEL 500 PUMP GUN

**Gauge:** 12, 16 (2¾"), 20; 3" (6-shot, 3-shot plug furnished).
**Action:** Slide, takedown; safety on top of receiver.
**Barrel:** 26" (Imp. Cyl or Mod.), 30" (Full), 12 ga. only. Also 12 ga. 18½" cylinder, for police only)
**Stock:** 14"x1½"x2½". Walnut p.g., extension fore-end. Recoil pad. 13 oz. steel plug furnished for use with Magnum barrel.
**Weight:** 12 ga. 6¾ lbs., 45¼" over-all (26" bbl.).
**Features:** Easy interchangeability of barrels; side ejection; disconnecting trigger makes doubles impossible; straight-line feed.
**Price:** Standard barrel ....................................... **$124.60**
**Price:** With C-Lect Choke, 3" Mag., or 24" Slugster bbls......... **$129.70**
**Price:** Extra barrel, 2¾" chamber ............................... **$35.60**
**Price:** Extra Magnum, C-Lect Choke or Slug. bbl................. **$35.60**



### Mossberg Model 500E

Similar to Model 500 except: 410 bore only, 26" bbl. (Full, Mod. or Imp. Cyl.); holds six 2¾" or five 3" shells. Walnut stock with smooth p.g. and grooved fore-end, fluted comb and recoil pad (14"x1¼"x2½").
**Weight:** About 5¾ lbs., length over-all 46".
**Price:** Standard barrels ...................................... **$124.60**
**Price:** C-Lect Choke barrel ................................... **$143.25**
**Price:** Super Grade, 26" Full, Mod., or Skeet bbl., vent. rib ...... **$174.95**



### Mossberg Model 500 APR Pigeon Grade

Similar to Model 500, but with vent. rib, rubber recoil pad, hand checkering, scroll engraving on action.
**Price:** ..................................................... **$174.95**
**Price:** 500 APTR trap gun 30" full choke barrel, M.C. stock, 14½"x1½"x2", additional barrels available. ................................. **$181.80**



### REMINGTON 870 ALL AMERICAN

**Gauge:** 12 only.
**Barrel:** 30" full choke.
**Weight:** 7 lbs.
**Stock:** Select walnut, fluted extension fore end, cut checkered.
**Features:** Receiver, trigger guard and breech fully engraved. Special "All American" shield fitted to left side of receiver. RK-W finished wood. Pistol grip cap has gold plate for initials. Supplied with luggage type, foam lined case.
**Price:** Standard or Monte Carlo stock .......................... **$555.00**

### REMINGTON 870 WINGMASTER PUMP GUN

**Gauge:** 12, 16, 20. (5-shot; 3-shot wood plug).
**Action:** Takedown, slide action.
**Barrel:** 12, 16, 20, 28", 26" (Imp. Cyl.), 28" (Mod. or Full); 12 ga., 30" (Full).
**Stock:** 14"x1⅝"x2½". Checkered walnut, p.g.; fluted extension fore-end; fitted rubber recoil pad.
**Weight:** 7 lbs., 12 ga. (7¾ lbs. with Vari-Weight plug); 6¾ lbs., 16 ga.; 6½ lbs., 20 ga. 48½" over-all (28" bbl.).
**Features:** Double action bars, crossbolt safety. Receiver machined from solid steel. Hand fitted action.
**Price:** Plain bbl. ........ **$138.95**      Vent. rib ................. **$164.95**
**Price:** Riot gun, 18" or 20" Riot bore, (12 ga. only) ............. **$124.95**
**Price:** Riot gun, 20" Imp. Cyl., rifle sights ....................... **$134.95**
**Price:** Left hand, vent. rib., 12 and 20 ga. ...................... **$169.95**

Compendium_Klarevas
Page 207

## U.S. SHOTGUNS—SLIDE ACTION



**Remington 870 Magnum**
Same as the M870 except 3″ chamber, 12 ga. 30″ bbl. (Mod. or Full), 20 ga. 28″ bbl. (Mod. or Full). Recoil pad installed. Wgt., 12 ga. 8 lbs., 20 ga. 7½ lbs.
**Price:** Plain bbl. .......... **$159.95**   Vent. rib bbl. ............. **$184.95**
**Price:** Left hand model, vent. rib. bbl. ............................. **$189.95**

**Remington Model 870 Brushmaster Deluxe**
Carbine version of the M870 with 20″ bbl. (Imp. Cyl.) for rifled slugs. 40½″ over-all, wgt. 6½ lbs. Recoil pad. Adj. rear, ramp front sights. 12 or 20 ga.
Deluxe ................................................... **$159.95**

**Remington 870D Tournament**
Same as 870 except: better walnut, hand checkering, Engraved reciver & bbl. Vent.-rib. Stock dimensions to order .................... **$660.00**

**Remington 870 Small Gauges**
Exact copies of the large ga. Model 870, except that guns are offered in 20, 28 and 410 ga. 25″ barrel (Full, Mod., Imp. Cyl.).
Plain barrel .............................................. **$149.95**
D and F grade prices same as large ga. M870 prices.
**Price:** With vent. rib barrel ................................... **$174.95**
**Price:** Lightweight Magnum, 20 ga. plain bbl. (5¾ lbs.) .......... **$169.95**
**Price:** Lightweight Magnum, 20 ga., vent. rib bbl. ............... **$194.95**

**Savage Model 30 Slug Gun**
Same as the Model 30 Field Grade but with 22″ bbl., 12 or 20 ga. only, with rifle sights ............................................. **$109.90**

**Savage Model 30 Field Grade**
Same as Model 30 except plain bbl. and receiver, hard rubber buttplate.
**Price:** ................................................... **$104.60**

**Remington 870 TB Trap**
Same as the M870 except: 12 ga. only, 30″ (Mod., Full) vent. rib. bbl., ivory front and white metal middle beads. Special sear, hammer and trigger assy. 14⅜″x1½″x1⅞″ stock with recoil pad. Hand fitted action and parts. Wgt. 8 lbs. ................................................... **$204.95**
**Price:** With Monte Carlo stock ................................ **$214.95**
**Price:** Add **$5.00** for left hand model

**Remington 870 SA Skeet**
Same as the M870 except: 26″ bbl. Skeet bored. Vent. rib with ivory front and white metal middle beads. 14″x1⅝″x2½″ stock with rubber recoil pad, 12 or ga. only ................................................ **$169.95**
**Price:** Add for Cutts comp. ................................... **$25.00**
**Price:** 28 and 410 ga., 25″ bbl., no recoil pad .................. **$179.95**

**Remington 870 Extra Barrels**
Plain **$39.95**. Vent. rib **$64.95**. Vent. rib Skeet **$69.95**. Vent. rib Trap **$69.95**. 34″ Trap **$74.95**. With rifle sights **$50.95**. Available in the same gauges and chokes as shown on guns.

**Remington 870F Premier**
Same as M870, except select walnut, better engraving ......**$1,350.00**

**SAVAGE MODEL 30-D PUMP GUN**
**Gauge:** 12, 20, and 410, 5-shot (410, 4-shot) 3-shot plug furnished. All gauges chambered for 3″ Magnum shells.
**Action:** Slide, hammerless, take-down; side ejection; top tang safety.
**Barrel:** Vent. rib. 12, 20 ga. 26″ (Imp. Cyl.); 28″ (Mod. or Full); 12 ga., 30″ (Full); 410, 26″ (Full).
**Stock:** 14″x1½″x2½″. Walnut, checkered p.g., grooved extension fore-end, recoil pad.
**Weight:** 7 lbs. (410, 6¼ lbs.). Over-all 49½″ (30″ bbl.).
**Features:** Decorated lightweight receiver; plated trigger.
**Price:** ................................................... **$125.55**

**SMITH & WESSON MODEL 916 EASTFIELD PUMP GUN**
**Gauge:** 12, 20 (3″), 16 (2¾″), 6-shot (3-shot plug furnished).
**Barrel:** 20″ (Cyl.), 26″ (Imp. Cyl.), 28″ (Mod., Full or adj. choke) 30″ (Full), plain. Vent. rib 26″, 28″, 30″.
**Weight:** 7¼ lbs. (28″ plain bbl.).
**Stock:** 14″x2½″x1⅝″, American walnut, fluted comb, finger-grooved fore-end.
**Features:** Vent. rib, vent. recoil pad, adj. choke available as options. Satin finish steel receiver with non-glare top.
**Price:** Plain bbl., no recoil pad ................................ **$104.95**
**Price:** Plain bbl. with recoil pad ............................... **$109.95**
**Price:** Vent. rib and recoil pad (illus.) ......................... **$125.95**

**WEATHERBY PATRICIAN PUMP**
**Gauge:** 12 only, 2¾″ chamber.
**Action:** Short stroke slide action.
**Barrel:** 26″ (Mod. Imp. Cyl, Skeet), 28″ (Full, Mod.), 30″ (Full) Vent. Rib.
**Weight:** About 7½ lbs. **Length:** 48⅛ (28″ bbl.)
**Stock:** Walnut hand checkered p.g. and fore-end, white line spacers at p.g. cap and recoil pad.
**Features:** Short stroke action, hidden magazine cap, crossbolt safety. Extra interchangeable bbls. ........................................ **$79.95**
**Price:** Field or Skeet grade **$229.50**    Trap grade ............. **$259.50**

Compendium_Klarevas
Page 208

## U.S. SHOTGUNS—SLIDE ACTION



### WESTERN FIELD 550 PUMP SHOTGUN
**Gauge:** 12, 20 and 410.
**Action:** Slide action, takedown; top tang safety.
**Barrel:** 12 ga., 30″ (Full), 28″ (Mod.), 20 ga., 28″ (Full or Mod.). 410, 26″ (Full).
**Stock:** Walnut finished p.g. stock, molded buttplate, serrated fore-end.
**Weight:** 8½ lbs.
**Features:** Straight-line feed, interchangeable bbls., trigger disconnector prevents doubling.

| Price: | $92.00 | 410 | $98.00 |
|---|---|---|---|
| As above, but with variable choke in 12, 16 or 20 ga. | | | $115.00 |
| Slug gun with 24 bbl. without choke | | | $115.00 |
| Magnum 12 ga., 30″ bbl. (Full Choke) | | | $102.99 |
| Vent. rib models available, fixed or variable choke | | | $130.00 |
| to | | | $138.00 |

### WINCHESTER 12 FIELD PUMP SHOTGUN
**Gauge:** 12 only, 6-shot (3-shot plug installed).
**Barrel:** 26″ (Imp. Cyl.), 28″ (Mod.), 30″ (Full), 2¾″ only.
**Length:** 45¾″ (26″ bbl.). **Weight:** 7¾ lbs.
**Stock:** 14″x1½″x2½″. Semi-fancy walnut, checkered p.g. and fore-end.
**Features:** Ventilated rib, hand checkered, engine turned bolt.
**Price:** .................................................... **$399.95**



### Winchester 12 Trap
Same as Model 12 except: 30″ full choke vent. rib bbl. only. 49¾″ overall.
14⅜″x1⅜″x1⅜″ stock w/recoil pad .................... **$424.95**
With Monte Carlo stock, 14⅜″x1½″x2⅛″ .................. **$434.95**

### Winchester 12 Skeet
Same as Model 12 except available only with 26″ Skeet bored bbl.
14″x1½″x2½″ stock with recoil pad ...................... **$424.95**



### WINCHESTER 1200 FIELD PUMP GUN
**Gauge:** 12 and 20 (5-shot; 3-shot plug installed).
**Action:** Slide; front locking 4-lug rotating bolt locks into bbl. Alloy receiver, cross-bolt safety in front of trigger guard. Take-down.
**Barrel:** 26″ (Imp. Cyl.), 28″ (Mod., Full) and 30″ Full (12 ga. only). Metal bead front sight.
**Stock:** 14″x1⅜″x2⅜″. American walnut with new-design checkered p.g. and fore-end, fluted comb, recoil pad. Steel p.g. cap.
**Weight:** 12 ga. 6½ lbs. with 26″ bbl. 46⅝″ over-all.
**Price:** ................. **$129.95**    With vent. rib ........... **$149.95**

### Winchester 1200 Deer Gun
Same as M1200 except: 12 ga. only, 22″ bbl. bored for rifled slugs; rifle-type sights, rear adj. for e. only ................................. **$138.95**
**Winchester 1200** Extra Barrels: Field w/o sights, 12, 20 ga. **$42.95.** Field with vent. rib, 12, 20 ga. **$62.95**
Winchester 1200 with interchangeable choke tubes which are screwed into the barrel and tightened with supplied wrench. Available in 12, 16, and 20 ga. (28″) Mod. tube. Price: Field **$129.95** vent. rib **$149.95.** Extra tubes in Full, Mod. or Imp. Cyl. **$4.95.** Wrench **$1.25.**

### Winchester 1200 Field 3″ Magnum
Same as 1200 except: 12 and 20 ga. only, 2¾″ or 3″ shells, 28² and 30″ full choke bbls., 3 lbs. with 38″ bbl., 48⅝″ over-all.
**Price:** ................. **$139.95**    With vent. rib ........... **$159.95**

## U.S. SHOTGUNS — DOUBLE BARREL



### BROWNING B-SS
**Gauge:** 12 (2¾″), 20 (3″).
**Action:** Top lever break-open action, top tang safety, single trigger.
**Barrel:** 26″ (Mod. and Full or Imp. Cyl. and Mod.), 28″ (Mod. and Full).
**Weight:** 6¾ lbs. (26″ bbl.); 7 lbs. (28″ bbl.).
**Stock:** 14¾″x1⅝″x2½″. Walnut, hand checkered. Full p.g., full beavertail fore-end.
**Features:** Automatic safety, automatic ejectors. Hand engraved receiver, mechanical trigger.
**Price:** .................................................... **$274.50**



### Ithaca SKB Model 150
Same as SKB 100 except: Beavertail fore-end and extensively etched scrollwork frame.
**Price:** .................................................... **$274.95**

### ITHACA SKB 100 FIELD GRADE DOUBLE
**Gauge:** 12 (2¾″ chambers) and 20 (3″).
**Action:** Top lever, hammerless, boxlock, automatic safety, single selective trigger, non-automatic extractor.
**Barrel:** 12 ga. 26″ (Imp. Cyl., Mod.) 28⅛ or 30″ (Mod., Full). 20 ga. 28″ (Mod., Full). 25″ (Imp. Cyl., Mod.).
**Stock:** 14″x1½″x2⅜″. Walnut, hand checkered p.g. and fore-end, p.g. cap, fluted comb.
**Weight:** 7 lbs. (12 ga.); 6 lbs. (20 ga.).
**Features:** Automatic safety. Chrome lined action and barrels, hand engraved receiver.
**Price:** .................................................... **$249.95**

# U.S. SHOTGUNS—DOUBLE BARREL



**Ithaca SKB 200E Field Grade Double**
Same as 100 Field Grade except: automatic selective ejectors, bead middle sight and scroll engraving on receiver, beavertail fore-end. White line spacers. Gold plated trigger and nameplate . . . . . . . . . . . . . . . . . . . . . **$329.95**

### Ithaca SKB 200E Skeet Grade
Same as 200E Deluxe Field Grade except: recoil pad, non-auto. safety. Bbls. 26″ 12 ga. or 25″ 20 ga. (Skeet, Skeet). Wgt. 7¼ and 6¼ lbs.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$339.95**



**Ithaca-SKB Model 280 Quail Double**
**Gauge:** 20 only, 3″ chambers.
**Barrel:** 25″ (I.C. & I.C.).
**Weight:** 6½ lbs.
**Stock:** 14″x1½″x2⅝″, English style.
**Features:** Designed for quail and upland game shooting. Straight stock, wrap-around checkering, scroll game scene on frame, semi-beavertail fore-end. Auto. selective ejectors, single trigger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$344.95**

### ITHACA SKB 280 ENGLISH DOUBLE
**Gauge:** 12 ga. (2¾″), 20 ga. (3″).
**Barrel:** 25″, 26″ (Mod. & I.C.), 28″ (Full & Mod.).
**Weight:** 6½ to 7⅛ lbs.
**Stock:** English style straight grip. 14″x1½″x2⅝″.
**Features:** Wrap-around checkering, semi-beavertail fore-end. Receiver hand engraved with quail and English scroll. Simulated oil finish stock.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$344.95**

**PEDERSEN 2000 SERIES DOUBLE, GRADE I**
**Gauge:** 12 or 20 ga.
**Action:** Boxlock.
**Weight:** To customer's specs. **Length:** To customer's specs.
**Stock:** Dimensions to customer's specs. Walnut, hand checkered p.g. and fore-end.
**Features:** Automatic selective ejectors, barrel selector/safety, gold filled engraving, automatic safety, single selective trigger. Gun is made entirely to customer specifications.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,800.00**

### Pedersen 2000 Series Double, Grade II
Same as Grade I except: standard stock dimensions (14″x2½″x1½″), different receiver engraving, less fancy wood.
**Price:** 12 or 20 ga . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,400.00**



**Pedersen 2500 Grade III Double**
Field gun version of Series 2000. No receiver engraving, standard stock dimensions. European walnut stock, hand checkered p.g. and beavertail fore-end.
**Price:** 12 or 20 ga . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$295.00**



**SAVAGE FOX MODEL B-SE Double**
**Gauge:** 12, 20, 410 (20, 2¾″ and 3″; 410, 2½″ and 3″ shells).
**Action:** Hammerless, takedown; non-selective single trigger; auto. safety. Automatic ejectors.
**Barrel:** 12, 20 ga. 26″ (Imp. Cyl., Mod.); 12 ga. (Mod., Full); 410, 26″ (Full, Full). Vent. rib on all.
**Stock:** 14″x1½″x2½″. Walnut, checkered p.g. and beavertail fore-end.
**Weight:** 12 ga. 7 lbs., 16 ga. 6¾ lbs., 20 ga. 6½ lbs., 410 ga. 6¼ lbs.
**Features:** Decorated, case-hardened frame; white bead front and middle sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$173.20**
Also available with double triggers, case hardened frame, without white line spacers and auto. ejectors as Model B . . . . . . . . . . . . . . . . . . . . **$146.95**



**SAVAGE/FOX B 24″ LIGHTWEIGHT**
**Gauge:** 12, 20, 2¾″ & 3″ chamber.
**Action:** Hammerless, top lever, double triggers.
**Barrel:** 24″, 12 & 20 ga. (Imp. Cyl. & Mod.), 26″ (Imp. Cyl. & Mod.), 28″ (Mod. & Full), 30″ (Mod. & Full, 12 ga. only), 26″, 410 ga. (Full & Full).
**Weight:** 7 to 8 lbs.
**Stocks:** 14″x1½″x2½″, select walnut. Checkered p.g. and fore-end.
**Features:** Color case-hardened frame, beavertail fore-end, vent. rib.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$146.95**

### SAVAGE-STEVENS MODEL 311 DOUBLE
**Gauge:** 12, 16, 20, 410 (12, 20 and 410, 3″ chambers).
**Action:** Top lever, hammerless; double triggers; auto top tang safety.
**Barrel:** 12, 16, 20 ga. 36″ (Imp. Cyl., Mod.); 12 ga. 28″ (Mod., Full); 12 ga. 30″ (Mod., Full); 410 ga. 26″ (Full, Full).
**Length:** 45¾″ over-all. **Weight:** 7-8 lbs. (30″ bbl.).
**Stock:** 14″x1½″x2½″. Walnut finish, p.g., fluted comb.
**Features:** Box type frame, case-hardened finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$115.45**

Compendium_Klarevas
Page 210

## U.S. SHOTGUNS — DOUBLE BARREL



**UNIVERSAL DOUBLE WING DOUBLE**
**Gauge:** 12, 20 and 410, 3" chambers
**Action:** Top break, boxlock.
**Barrel:** 26" (Imp. Cyl., Mod.); 28" or 30" (Mod., Full; Imp., Mod.; Full & Full).
**Stock:** Walnut p.g. and fore-end, checkered.
**Weight:** About 7 lbs.
**Features:** Double triggers; Recoil pad. Beavertail style fore-end.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.95**
**Price:** 10 ga. 3½" chamber 32" Full and Full (M2030) . . . . . . . . . **$205.95**



**WINCHESTER 21 CUSTOM DOUBLE GUN**
12, 16 or 20 ga. Almost any choke or bbl. length combination. Matted rib, 2¾" chambers, rounded frame, stock of AA-grade full fancy American walnut to customer's dimensions; straight or p.g., cheekpiece, Monte Carlo and/or offset; field. Skeet or trap fore-end.
Full fancy checkering, engine-turned receiver parts, gold plated trigger and gold oval name plate (optional) with three initials . . . . . . . . . . . . **$2,985.00**

**Winchester 21 Grand American**
Same as Custom and Pigeon grades except: style "B" stock carving, with style "6" engraving, all figures gold inlaid; extra pair of bbls. with beavertail fore-end, engraved and carved to match rest of gun; full leather trunk case or all, with canvas cover . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$5,900.00**

**Winchester 21 Pigeon grade**
Same as Custom grade except: 3" chambers, available in 12 and 20 ga.; matted or vent. rib, leather covered pad (optional); style "A" stock carving and style "6" engraving (see Win. catalog); gold inlaid p.g. cap, gold name-plate or 3 gold initials in guard . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,300.00**

## U.S. SHOTGUNS — OVER UNDER



**BROWNING CITORI O/U SHOTGUN**
**Gauge:** 12 and 20 ga.
**Barrel:** 26", 28" (Mod. & Full, Imp. Cyl. & Mod.), 30" (Mod. & Full, Full & Full) in 12 ga., 26" or 28" in 20 ga., same chokes.
**Weight:** 7½ lbs. (26", 12 ga.) 6¾ lbs. (26", 20 ga.)
**Length:** 43" over-all (26" bbl.).
**Stock:** Dense walnut, hand checkered, full pistol grip. Beavertail fore-end. Recoil pad on 12 ga. field guns and Trap and skeet models.
**Sights:** Medium raised sights, German nickel silver.
**Features:** Barrel selector integral with safety, auto. ejectors, three-piece take-down.
**Price:** Field Model (12 or 20 ga.) . . . . . . . . . . . . . . . . . . . . . . . . . **$325.00**
**Price:** Trap Model, 12 ga. only (30" bbl. only) . . . . . . . . . . . . . . . . **$335.00**
**Price:** Skeet Model, 12 ga. only (26" & 28" bbls.) . . . . . . . . . . . . . **$330.00**



**BROWNING SUPERPOSED SUPER-LIGHT**
**Gauge:** 12, & 20 2¾" chamber.
**Action:** Boxlock, top lever, single selective trigger. Bbl. selector combined with manual tang safety.
**Barrels:** 26½" (Mod. & Full, or Imp. Cyl. & Mod.)
**Stock:** Straight grip (14¼" x 1⅝" x 2½") hand checkered (fore-end and grip) select walnut.
**Weight:** 6⅜ lbs., average.
**Features:** Slender, tapered vent. rib. Hand rubbed finish, engraved receiver.
**Price:** Grade 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$820.00**
Pigeon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,220.00**
Diana . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,520.00**
Midas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2070.00**

**Browning Superposed Magnum 12**
Browning Superposed 3" chambers; 30" (Full and Full or Full and Mod.) barrels, Stock, 14¼"x1⅝"x2½" with factory fitted recoil pad. Weight 8 lbs. Grade 1, **$780.00**, Pigeon **$1,150.00**, Diana **$1,450.00**, Midas **$2,000.00**.

**Browning Superposed All-Gauge Skeet Set**
Consists of four matched sets of barrels in 12, 20, 28 and 410 ga. Available in either 26½" or 28" length. Each bbl. set has a ¼" wide vent. rib with two ivory sight beads. Grade 1 receiver is hand engraved and stock and fore-end are checkered. Weight 7 lbs., 10 oz. (26½" bbls.), 7 lbs., 12 oz. (28" bbls.). Grade 1 **$2,400.00**, Pigeon **$3,100.00**, Diana **$3,600.00**, Midas **$4,700.00**.

**Browning Superposed Lightning Skeet**
Same as Standard Skeet except: 12 and 20 ga. only. Wgt. 6½-7¾ lbs. Grade 1 **$800.00**, Pigeon **$1,170.00**, Diana **$1,470.00**, Midas **$2,020.00**.

**Browning Superposed Lightning Trap 12**
Same as Browning Lightning Superposed except: semi-beavertail fore-end and ivory sights; stock, 14⅜"x1⁷⁄₁₆"x1⅝". 7¾ lbs. 30" (Full & Full, Full & Imp. Mod. or Full and Mod.) Grade 1 **$800.00**, Pigeon **$1,170.00**, Diana **$1,470.00**, Midas **$2,020.00**.

**Browning Superposed Lightning**
7-7¾ lbs. in 12 ga. 6-6¾ lbs. in 20 ga. Grade 1 **$780.00**, Pigeon **$1,150.00**, Diana **$1,450.00**, Midas **$2,000.00**.

# U.S. SHOTGUNS—OVER-UNDER



### Superposed Broadway Trap 12
Same as Browning Lightning Superposed except: ⅝" wide vent. rib; stock, 14⅜"x1⁷/₁₆"x1⅜". 30" or 32" (Imp. Mod, Full, Mod., Full; Full, Full). 8 lbs. with 32" bbls. Grade 1 **$820.00,** Pigeon **$1,220.00,** Diana **$1,520.00,** Midas **$2,070.00.**

### Browning Superposed Combinations
Standard and Lightning models are available with these factory fitted extra barrels: 12 and 20 ga., same gauge bbls.; 12 ga., 20 ga. bbls.; 20 ga., extra sets 28 and/or 410 gauge; 28 ga., extra 410 bbls. Extra barrels may be had in Lightning weights with Standard models and vice versa. Prices range from **$1,250.00** (12, 20 ga., one set extra bbls. same gauge) for the Grade 1 Standard to about **$3,070.00** for the Midas grade in various combinations, all as cased sets.

### BROWNING "LIEGE" O/U
**Gauge:** 12 only (2¾" or 3" mag.).
**Action:** Boxlock, top lever, single selective trigger.
**Barrels:** 26½", 2¾" (Full & Full. Mod. & Full. or Imp. Cyl. & Mod.); 28" 2¾" (Full & Full, Mod. & Full, Imp. Cyl. & Mod.); 30", 3" Mag. (Full & Full or Mod. & Full).
**Stock:** 14¼"x1⅝"x2½". Select walnut, hand rubbed finish, hand checkered p.g. & fore-end.
**Weight:** 7¼ lbs. to 7¾ lbs..
**Features:** Mechanical trigger, manual safety with bbl. selector, 3-piece assembly, fore-end detaches for disassembly.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$497.50**



### ITHACA MIRAGE O/U
**Gauge:** 12 only (2¾" chambers).
**Action:** Boxlock type, interchangeable hammer-trigger group. Single selective trigger, specify choice of firing order.
**Barrel:** 28", 30", or 32" (Skeet and Skeet or Extra-Full and Mod.). Vent. rib.
**Weight:** 8¼ lbs. **Length:** 44" over-all.
**Stock:** Walnut, hand checkered with schnabel fore-end, 1½"x2⅜"x14". Rubber recoil pad.
**Price:** Trap model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,674.95**
**Price:** Skeet model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,674.95**

### ITHACA MX-8 TRAP GUN
**Gauge:** 12 only, 2¾" chambers.
**Action:** Boxlock type, single non-selective trigger; interchangeable trigger-hammer group offers choice of firing order.
**Barrel:** 30" or 32", especially bored for international clay target shooting. High concave vent rib has 5" ramp.
**Stock:** Custom, finely checkered (oiled or lacquer finish) European walnut, interchangeable with other models, 9 available including Monte Carlo.
**Weight:** About 8 lbs.
**Features:** Ventilated middle rib has additional vent ports for maximum heat dissipation, better balance and smoother swing.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,674.95**
Extra trigger-hammer group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75.00
Extra stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85.00

### Ithaca MX-8 Combination
Same as MX-8 Trap Gun except comes with interchangeable single barrel (32" or 34").
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,234.95**



### ITHACA COMPETITION I SKEET O/U
**Gauge:** 12 only, 2¾" chambers.
**Action:** Boxlock type, interchangeable hammer-trigger group. Single non-selective trigger.
**Barrel:** 26¾" (Skeet & Skeet). Vent rib has concave surface with deep cuts.
**Stock:** 14½"x1½"x2⅜", interchangeable walnut, custom stocks available.
**Weight:** About 7¾ lbs.
**Features:** Extra trigger-hammer groups to change firing order and/or weight of pull. Leather faced recoil pad has bevelled heel that will not catch. Extra stocks interchange for different style and dimension.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,114.95**
Extra trigger-hammer group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75.00

### Ithaca-SKB Model 680 English O/U
**Gauge:** 12 or 20 ga.
**Action:** Boxlock.
**Barrel:** 26" or 28" (Full & Mod., Mod. & I.C.).
**Weight:** 7 lbs.
**Stock:** 14"x1"x2⅝", straight grip, walnut, wrap-around checkering.
**Features:** Auto. selective ejectors, Bradley-type sights on target grades. Single selective trigger, chrome lined barrels with black chrome exteriors.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$419.95**

Compendium_Klarevas
Page 212

## U.S. SHOTGUNS—OVER-UNDER



### Ithaca SKB 600 Trap Grade O/U
Same as 500 Field Grade except 30″ bbl. (Imp. Mod., Full, or Full, Full), fine scroll engraved receiver; bead middle sight; Monte Carlo stock (14½″x1½″x11/8″x2″), p.g. white line spacer and recoil pad.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.95**
  Field Grade 600, on recoil pad or Monte Carlo . . . . . . . . . . . . . . . **$394.95**
  Trap Grade 700, features select walnut oil finished stock and band engraved receiver . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$499.95**

### ITHACA COMPETITION I TRAP O/U
**Gauge:** 12 only, 2¾″ chambers.
**Action:** Boxlock type, interchangeable hammer-trigger group. Single non-selective trigger, specify choice of firing order.
**Barrel:** 30″ or 32″, upper Full; lower, Imp.-Mod., vent rib has concave surface with deep cuts.
**Stock:** Interchangeable, 6 standard (13/16″ to 1½″ at comb x13/8″ to 17/8″ at heel) and 3 Monte Carlo (13/8″ to 19/16″x13/8″ to 17/16″) of walnut; all have 14½″ pull. Fore-end has slight taper and finger groove for firm grip.
**Weight:** About 7¾ lbs.
**Features:** Extra trigger-hammer groups are available to change firing sequence and/or trigger pull. Custom stocks also available.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,114.95**
  Extra trigger-hammer group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**75.00**
  Extra stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**85.00**

### ITHACA-SKB MODEL 880 CROWN GRADE O/U
**Gauge:** 12 or 20.
**Action:** Boxlock with sideplates.
**Barrel:** Trap 30″ or 32″ (Full & Imp. Mod.), Skeet 26″ (Skeet & Skeet), 20 ga. Skeet 28″ (Skeet & Skeet).
**Weight:** 7 lbs. (Skeet), 8 lbs. (Trap).
**Stock:** 14½″x1½″x11½″ Trap with M.C., 14″x2½″x1½″ Skeet. Full fancy French walnut.
**Sights:** Bradley-type.
**Features:** Hand-honed action, extensive engraving and checkering. Gold-inlaid ''crown'' on bottom of frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$999.95**

### ITHACA LIGHT GAME MODEL
**Gauge:** 12 only (2¾″ chambers).
**Action:** Boxlock type interchangeable hammer-trigger group. Offers choice of firing order. Single non-selective trigger.
**Barrel:** 275/8″ (Mod. and Full, Imp. Cyl. and Full, Imp. Cyl. and Mod.) Vent. rib.
**Weight:** 6¾ lbs. **Length:** 44½ overall.
**Stock:** French walnut. Hand checkered p.g., fore-end and butt, schnabel fore-end, 1½″x23/8″x14″.
**Features:** Hand engraved, case hardened frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,114.95**



### ITHACA SKB 500 FIELD GRADE O/U
**Gauge:** 12 (2¾″ or 3″ chambers), 20 (3″).
**Action:** Top lever, hammerless, boxlock; gold-plated single selective trigger; automatic ejectors, non-auto safety.
**Barrel:** 26″ vent. rib (Imp. Cyl., Mod.); 28″ (Imp. Cyl., Mod. or Mod., Full); 30″ (Mod., Full); 12 ga., 2¾″ chambers. 26″ (Imp. Cyl., Mod.); 28″ (Mod., Full); 20 ga., 3″ chambers.
**Stock:** 14″x1½″x2³/8″. Walnut, checkered p.g. and fore-end, p.g. cap, fluted comb.
**Weight:** 7½ lbs. (12); 6½ lbs. (20).
**Features:** Border scroll engraved receiver. Chrome lined bbls. and action. Raybar front sight.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$349.95**
**Price:** Magnum model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$359.95**

### Ithaca-SKB Model 600 Small Bore Skeet
Same as Model 600 Trap except: comes in 20, 28 (2¾″) and 410 (2½″) as a set (three barrels, one frame), choked Skeet & Skeet, 28″. Weight 7¼ lbs.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$409.95**

### ITHACA-SKB TRAP DOUBLES MODEL 600, 700 O/U
**Gauge:** 12, 2¾″.
**Barrel:** 30″ or 32″, special bore.
**Weight:** 8 lbs.
**Stocks:** 14″x1½″x17/8″, American walnut, hand fitted, hand checkered, curved trap pad. Available with M.C. stock.
**Sights:** Bradley-type.
**Features:** Double locking lugs, non-automatic safety. Built expressly for shooting doubles and Continental/International style trap. Model 700 has select wood, extra-wide rib, more detailed scroll work on frame.
**Price:** Model 600 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.95**
**Price:** Model 700 (deluxe version of 600) . . . . . . . . . . . . . . . . . . . . . **$499.95**

### Ithaca SKB 600 Skeet Grade O/U
Same as 600 Trap except: 26″ or 28″ bbls. (Skeet, Skeet), stock (14″x1½″x2³/8″), standard buttplate and whiteline spacer. Weight 7½ lbs.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.95**
  Skeet Grade 700, select walnut oil finished stock and band engraved receiver . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$499.95**



### ITHACA TURKEYGUN
**Caliber:** 12 ga./.222.
**Barrel:** 24½″ (Full).
**Weight:** 7½ lbs.
**Stock:** 14″x15/8″x17/8″x2¼″, walnut.
**Sights:** Ramp front, folding leaf rear.
**Features:** Detachable choke tubes (Full choke supplied, Mod., Imp. Cyl. available), rifle barrel, sling swivels, grooved for scope mounts. Imported by Ithaca.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$259.95**

## U.S. SHOTGUNS—OVER-UNDER



**PEDERSEN 1000 SERIES CUSTOM O/U**
**Gauge:** 12 or 20 ga.
**Action:** Boxlock.
**Barrel:** To customer specs.
**Weight:** To customer specs. **Length:** To customer specs.
**Stock:** Dimensions to customer specs..American walnut, hand checkered p.g. and fore-end, rubber recoil pad.
**Features:** Vent. rib, single selective trigger, automatic ejectors, gold filled, hand engraved receiver, gun made entirely to customer specifications.
**Price:** 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,800.00**
**Price:** Trap or Skeet models . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,800.00**

**Pedersen 1000 Series O/U, Grade II**
Same as Grade I except: standard stock dimensions (14″x2½″x1½″x2″), less fancy wood, different receiver engraving.
**Price:** 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,400.00**
**Price:** Trap model (with trap dimensions) . . . . . . . . . . . . . . . . . . . . .**$1,425.00**
**Price:** Skeet mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,410.00**

**Pedersen 1000 Series O/U, Grade III**
Same as Grade I except: stardard stock dimensions (14″x2½″x1½″x2″), no receiver engraving. Gold plated trigger and fore-end release.
**Price:** 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,200.00**
**Price:** Trap model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,225.00**
**Price:** Skeet model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,210.00**



**PEDERSEN 1500 O/U**
**Gauge:** 12 only.
**Action:** Boxlock.
**Barrel:** 26″ to 32″.
**Weight:** 7 to 7½ lbs. **Length:** 44″ over-all (26″ bbl.).
**Stock:** 14″x2½″x1½″x2″. European walnut, hand checkered p.g. and fore-end, rubber recoil pad.
**Features:** Field gun version of Series 1000. Automatic selective ejectors, vent. rib, choice of sights on target guns, Field model has Raybar type.
**Price:** 12 ga., Field . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$450.00**
**Price:** Trap (has M.C. stock and pad) . . . . . . . . . . . . . . . . . . . . . . . . .**$470.00**
**Price:** Skeet (skeet chokes) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$460.00**

**REMINGTON 3200 O/U**
**Gauge:** 12, 2¾″ chambers.
**Action:** Top lever, break open. Single selective trigger.
**Barrel:** 26″ (Imp. Cyl. & Mod., Skeet & Skeet), 28″ (Mod. & Full, Skeet & Skeet), 30″ (Mod. & Full, Full & Full, Imp. Mod. & Full). Vent. rib.
**Weight:** 7¾ lbs. (26″ bbl.).
**Stock:** 14″x1½″x2⅛″, American walnut. Checkered p.g. and fore-end. Modified beavertail fore-end on fie d model, full on trap and Skeet.
**Features:** Super-fast lock time, separated barrels, engraved receiver, unbreakable firing pins, combination barrel selector/safety, wide trigger, shield-covered breech.
**Price:** Field (illus.) . . . . . . . . . . . . . .**$485.00** Skeet . . . . . . . . . . . . . .**$530.00**
**Price:** Trap . . . . . . . . . . . . . . .**$550.00** Special Trap . . . . . . . . . . . . . .**$660.00**
**Price:** "One of 1,000" Skeet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$1,050.00**



**SAVAGE MODEL 24-C O/U**
**Caliber:** Top bbl. 22 S, L, LR; bottom bbl. 20 gauge cyl. bore.
**Action:** Take-down, low rebounding visible hammer. Single trigger, barrel selector spur on hammer.
**Barrel:** 20″ separate barrels.
**Weight:** 5¾ lbs. **Length:** 35″ (taken down 20″).
**Stock:** Walnut finished hardwood, straight grip.
**Sight:** Ramp front, rear open adj. for e.
**Features:** Trap door butt holds two shotshells and ten 22 cartridges, comes with special carrying case. Measures 5″x22″ when in case.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$78.70**

**Savage Model 24-D O/U**
**Caliber:** Top bbl. 22 S, L, LR or 22 Mag.; bottom bbl. 20 or 410 gauge.
**Action:** Two-way top lever opening, low rebounding visible hammer, single trigger, barrel selector spur on hammer, separate extractors, color case-hardened frame.
**Barrel:** 24″, separated barrels.
**Weight:** 6¾ lbs. **Length:** 40″.
**Stock:** Walnut, checkered p.g. and fore-end (14″x1½″x2½″).
**Sights:** Ramp front, rear open adj. for e.
**Features:** Receiver grooved for scope mounting.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**$83.95**

Compendium_Klarevas
Page 214

## U.S. SHOTGUNS—OVER-UNDER



**SAVAGE MODEL 24-F.G. O/U**
Same as Model 24-D except: color case hardened frame, stock is walnut finished hardwood, no checkering or M.C.
**Price:** .................................................................. **$70.25**

**Savage Model 24-V**
Same as Model 24-DL except: 222 Rem. or 30-30 and 20 ga. only; color case-hardened frame; barrel; band; folding leaf rear sight; rec. tapped for scope .................................................................. **$104.95**

**SAVAGE 333 O/U**
**Gauge:** 12, 20 (2¾" & 3" chambers).
**Action:** Top lever, break open.
**Barrel:** 26" (Skeet & Skeet or Imp. Cyl. & Mod.), 28" (Mod. & Full), 30" (Mod. & Full, 12 ga. only).
**Weight:** 6¼ to 7¼ lbs.
**Stock:** 14"x1½"x2½", French walnut. Fleur-de-lis checkering.
**Features:** Single selective trigger, auto. safety, ejectors, cocking indicators. Engraved steel receiver.
**Price:** .................................................................. **$339.50**

**Savage Model 330 O/U Set**
Identical to the Model 330 but with two sets of barrels, one in 12 ga. the other in 20 (Mod. & Full). Same fore-end fits both sets of bbls. Comes with padded case with pocket for extra bbl.
**Price:** Factory fitted .................................................................. **$368.50**

**SAVAGE MODEL 330 O/U**
**Gauge:** 12, 2¾" chambers, 20 ga. 3" chambers.
**Action:** Top lever, break open. Selective single trigger, auto top tang safety locks trigger, coil springs.
**Barrel:** 26" (Mod. & Imp. Cyl.), 28" or 30" (Mod. & Full).
**Stock:** 14"x1½"x2½". Walnut checkered p.g. and fore-end, hard rubber plate.
**Weight:** About 7 lbs., 46½" (30" bbl.) over-all.
**Features:** Monoblock locking rails are engaged by locking shield that snaps forward as gun is closed. This shield overlaps the breech for added strength.
**Price:** .................................................................. **$269.50**

**SAVAGE 333-T**
Same specifications as Model 330 except has trap specifications and features: 30" bbl. choked Imp. Mod. and Full, manually operated top tang safety (disconnects trigger from sears), stock measures 14½"x1½"x1½" at Monte Carlo, 2½" heel. Over-all length 47", taken down 30", weight 7¾ lbs. Has extra-wide ventilated rib, extractors, recoil pad.
**Price:** .................................................................. **$340.00**



**UNIVERSAL OVER WING O/U SHOTGUN**
**Gauge:** 12, 20. 3" chamber.
**Action:** Top lever, hammerless, box lock, double triggers.
**Barrel:** 26" vent. rib (Imp. Cyl., & Mod.); 28" or 30" (Mod. & Full). Front & middle sights.
**Stock:** 14"x1½"x2⅜". Walnut, checkered p.g. and fore-end. Recoil Pad.
**Weight:** 7½ lbs. (12); 6½ lbs. (20).
**Price:** .................................................................. **$289.95**



**WEATHERBY REGENCY O/U SHOTGUN**
**Gauge:** 12 ga. (2¾" chambers), 20 ga. (3" chambers).
**Action:** Boxlock (simulated side-lock) top lever break-open. Selective auto ejectors, single selective trigger (selector inside trigger guard).
**Barrel:** 28" with vent rib and bead front sight, Full & Mod., Mod. & Imp. Cyl. or Skeet & Skeet.
**Stock:** American walnut, checkered p.g. and fore-end (14¼"x1½"x2½").
**Weight:** 12 ga. 7⅜ lbs., 20 ga. 6⅞ lbs.
**Features:** Mechanically operated trigger. Top tang safety, Greener cross-bolt, fully engraved receiver, recoil pad installed.
**Price:** 12 or 20 ga. Field and Skeet ............................. **$599.00**
**Price:** 12 ga. Trap Model .................................................. **$649.50**

Compendium_Klarevas
Page 215

## U.S. SHOTGUNS—OVER-UNDER



### Winchester 101 Magnum Field Gun
Same as 101 Field Gun except: chambers 3″ Magnum shells; 12 & 20 ga. 30″ (Full & Full or Mod. & Full); hand-engraved receiver, select French walnut stock with fluted comb, hand-checkered pistol grip and beavertail fore-end with recoil pad . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $435.00

### WINCHESTER 101 OVER/UNDER Field Gun
**Gauge:** 12 and 28, 2¾″, 20 and 410, 3″.
**Action:** Top lever, break open. Manual safety combined with bbl. selector at top of receiver tang.
**Barrel:** Vent. rib 26″ 12, 26½″, 20 and 410 (Imp. Cyl., Mod.), 28″ (Mod & Full), 30″ 12 only (Mod. & Full). Metal bead front sight. Chrome plated chambers and bores.
**Stock:** 14″x1½″x2½″. Checkered walnut p.g. and fore-end; fluted comb.
**Weight:** 12 ga. 7¾ lbs. Others 6¼ lbs. **Length:** 44¾″ over-all (28″ bbls.).
**Features:** Single selective trigger, auto ejectors. Hand engraved receiver.
**Price:** 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $425.00
**Price:** 28 or 410 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $455.00



### Winchester 101 Skeet
Same as M-101 except: 12 ga., 26″ bbls., 20, 26½″, 28 & 410, 28″. Bored Skeet and Skeet only, 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . $465.00
M101 in 28 or 410 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $495.00

### Winchester 101 Combination Skeet Set
Same as 101 20 ga. Skeet except: Includes Skeet bbls. in 410 & 28 ga. Vent. ribs match 20 ga. frame. With fitted trunk case . . . . . . . . . . . . . $1,080.00

### Winchester Model 101 Pigeon Grade Trap Gun
Same as Model 101 Field except: new-design vent. rib with bead front and middle sights, hand-engraved satin finish receiver, knurled, non-slip trigger. Stock and fore-end of fancy French walnut, hand checkered p.g. and fore-end. 12 ga. only, 2¾″ chambers, 30″ or 32″ (I.M. & Full). Stock measures 14⅜″x1⅜″x1⅞″. Weighs 8¼ lbs.
**Price:** Standard trap stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $665.00
**Price:** Monte Carlo stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $675.00

## U.S. SHOTGUNS—SINGLE BARREL



### CLERKE FALLING BLOCK SHOTGUN
**Gauge:** 12, 20, 410 (2¾″ or 3″ magnums).
**Weight:** 6¼ lbs. (²2 ga.) **Length:** 42″ to 52″ (12 ga.).
**Stock:** Walnut finish stock and fore-end. Full pistol grip.
**Features:** Exposed rebounding hammer, falling block side lever action, color case hardened frame. Vent. rib, trap grade stock and rubber recoil pad available as options.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $49.95

### BROWNING BT-99 SINGLE BARREL TRAP
**Gauge:** 2¾″ 12 gauge only.
**Action:** Top lever break-open hammerless, engraved.
**Barrel:** 32″ or 34″ (Mod., Imp. Mod. or Full) with ¹¹/₃₂″ wide, high post floating vent rib.
**Stock:** French walnut, hand checkered full p.g. and beavertail fore-end, factory fitted recoil pad (14⅜″x1⁷/₁₆″x1⅝″).
**Weight:** 8 lbs. (32″ bbl.), 8⅛ lbs. (34″ bbl.).
**Features:** Automatic ejector, gold plated trigger has about 3½ lb. pull, no safety.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $350.00



### GARCIA BRONCO 410 SHOTGUN
Lightweight single shot (3″ chamber), featuring swing-out chamber, skeletonized 1-pc. receiver and p.g. stock, push-button safety, 3½ lbs., instant take-down.
**Price:** Approx. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $40.00



### H & R HARRICH NO. 1
**Gauge:** 12 gauge only. (2¾″).
**Barrel:** 32″ or 34″
**Weight:** 8½ lbs.
**Stock:** Select walnut, checkered p.g. and beavertail fore-end 14¾″x1¼″x1¼″x2″.
**Features:** Anson & Deeley type locking system with Kersten top locks and double under-locking lugs. Full length high line vent. rib. Hand engraved side locks.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,600.00

Compendium_Klarevas
Page 216

# U.S. SHOTGUNS — SINGLE BARREL



**H & R Topper Jr. Model 490**
Like M158 except ideally proportioned stock for the smaller shooter. Can be cheaply changed to full size. 20 ga. (Mod.) or 410 (Full) 26″ bbl. Weight 5 lbs., 40½″ over-all .............................................. **$49.00**

**H & R Topper Buck Model 162**
Same as M158 except 12 ga. 24″ cyl. bored bbl., adj. Lyman peep rear sight, blade front, 5½ lbs.; over-all 40″. Cross bolt safety: push-button action release .............................................. **$53.00**

**H & R TOPPER MODELS 58 and 98**
**Gauge:** 12, 20 and 410. (2¾″ cr 3″ chamber), 16 (2¾″ only).
**Action:** Takedown. Side lever opening. External hammer, auto ejection. Case hardened frame.
**Barrel:** 12 ga., 28″, 30″, 32″, 36″; 20 and 410 ga., 28″. (Full choke). 12, 16, 20 ga. available 28″ (Mod.).
**Stock:** Walnut finished hardwood; p.g., (14″x1¾″x2½″).
**Weight:** 5 to 6½ lbs., according to gauge and bbl. length.
**Features:** Self-adj. bbl. lock; coil springs throughout; auto. rebound hammer.
**Price:** M58 .............................................. **$46.00**
  **Model 98,** Topper Deluxe Chrome frame, ebony finished stock. 20 ga. and 410, 28″ bbl. .............................................. **$52.00**



**Ithaca 5E Grade Single Barrel Trap**
Same as 4E except: Vent. rib bbl., better wood, more extensive engraving, and gold inlaid figures. Custom made: ..................... **$3,000.00**

**ITHACA-SKB CENTURY SINGLE BARREL TRAP**
**Gauge:** 12 only, 2¾″.
**Barrel:** 32″ or 34″ (Full).
**Weight:** 8 lbs.
**Stock:** 14½″x1½″x1⅜″ (Trap). French walnut, hand checkered, curved pad, full beavertail fore-end. M.C. stock available.
**Sights:** Bradley-type front, middle bead.
**Features:** Scroll-engraved silver-finish frame, chrome lined barrel, semi-wide vent. rib, auto. ejector.
**Price:** .............................................. **$454.95**
**Price:** Monte Carlo stock .............................................. **$464.95**

**ITHACA 4E GRADE SINGLE BARREL TRAP GUN**
**Gauge:** 12 only.
**Action:** Top lever break open hammerless, dual locking lugs.
**Barrel:** 32″ or 34″, ramless rib.
**Stock:** (14½″x1½″x1⅞″). Select walnut, checkered p.g. and beavertail fore-end, p.g. cap, recoil pad, Monte Carlo comb, cheekpiece, Cast-on, cast-off or extreme deviation from standard stock dimensions $100 extra. Reasonable deviation allowed without extra charge.
**Features:** Frame, top lever and trigger guard engraved. Gold name plate in stock.
**Price:** Custom made: .............................................. **$2,250.00**

**ITHACA PERAZZI SINGLE BARREL**
**Gauge:** 12 (2¾″ chamber)
**Action:** Top lever, break open, top tang safety.
**Barrel:** 32″ or 34″; custom choking; ventilated rib.
**Stock:** Custom fitted European walnut in lacquered or oil finish.
**Weight:** About 8½ lbs.
**Features:** Hand-engraved receiver; interchangeable stocks available with some fitting.
**Price:** .............................................. **$995.00**



**Ithaca Model 66 Supersingle Youth**
Same as the 66 Standard except: 20 (26″ Bbl., Mod.) and 410 ga. (26″ Bbl., Full) shorter stock with recoil pad .............................................. **$54.95**
With vent. rib, 20 ga. only .............................................. **$64.95**

**ITHACA MODEL 66 SUPERSINGLE**
**Gauge:** 12, 20, 410 (3″ chamber).
**Action:** Non-takedown; under lever opening.
**Barrel:** 12, 20 ga. 28″ (Mod., Full); 12 ga., 30″ (Full), 410, 26″ (Full).
**Stock:** Straight grip walnut-finish stock and fore-end.
**Weight:** About 7 lbs.
**Features:** Rebounding hammer independent of the lever.
**Price:** .............................................. **$49.95**
  With vent. rib, 20 ga. only .............................................. **$59.95**

**Ithaca Model 66 RS Supersingle Buckbuster**
Same as the Model 66 Standard except: 12 and 20 ga. only, 22″ bbl. with rifle sights, designed to shoot slugs .............................................. **$59.95**
Heavy bbl. (12 ga.) only .............................................. **$59.95**



**IVER JOHNSON CHAMPION**
**Gauge:** 12, 20 or 410 (3″ chamber).
**Barrel:** 12 gauge, 28″ or 30″; 20 gauge, 28″; 410, 26″; full choke.
**Stock:** Walnut finish, trap style fore-end.
**Features:** Takedown action, automatic ejection.
**Price:** Either gauge .............................................. **$44.95**



**Stevens M94-Y Youth's Gun**
Same as Model 940 except: 26″ bbl., 20 ga. Mod. or 410 Full, 12½″ stock with recoil pad. Wgt. about 5½ lbs. 40½″ over-all. ............ **$46.95**

**SAVAGE-STEVENS MODEL 94-C Single Barrel Gun**
**Gauge:** 12, 16, 20, 410 (12, 20 and 410, 3″ chambers).
**Action:** Top lever break open; hammer; auto. ejector.
**Barrel:** 12 ga. 28″, 30″, 32″, 36″; 16, 20 ga. 28″; 410 ga. 26″. Full choke only.
**Stock:** 14″x1½″x2½″. Walnut finish, checkered p.g. and fore-end.
**Weight:** About 6 lbs. Over-all 42″ (26″ bbl.).
**Features:** Color case-hardened frame; low rebounding hammer.
**Price:** 26″ to 32″ bbls. .... **$45.55**   36″ bbl. ................. **$46.95**

Compendium_Klarevas
Page 217

# U.S. SHOTGUNS — SINGLE BARREL



**WINCHESTER 37A SINGLE SHOT**
**Gauge:** 12, 20, 410 (3″ chamber), 16, 28 (2¾″ chamber).
**Action:** Top lever break-open, exposed hammer.
**Barrel:** 26″, 410 ga. (Full), 28″, 20 & 28 ga. (Full), 30″, 16 ga. (Full), 30″, 32″ 36″, 12 ga. (Full).
**Length:** 42¼″ over-all (26″ bbl.). **Weight:** 5½ to 6¼ lbs.
**Stock:** 14″x1⅜″x2⅜″, walnut finish.
**Sights:** Metal bead front.
**Features:** Checkered p.g. and fore-end bottom, gold plated trigger, engraved receiver, concave hammer spur. Grip cap and buttplate have white spacers. Auto. ejector. Top lever opens right or left.
**Price:** Standard Model, 12 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$53.45**
**Price:** 16, 20, 28 410 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$52.45**

**Winchester 37A Youth Model**
Same as std. 37A except: shorter 26″ bbl., youth-size stock (12½″ pull), 40¾″ over-all length. Rubber recoil pad. Available only in 20 ga. (Imp. Mod.) or 410 (Full). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$53.45**



**WESTERN FIELD 100 Single Barrel Gun**
**Gauge:** 12, 16, 20, 410 (410, 3″ chamber).
**Action:** Hammerless; thumb slide break open.
**Barrel:** 12 ga., 30″; 16, 20 ga., 28″; 410 ga., 26″. All Full choke.
**Stock:** Walnut finished, p.g., recoil pad.
**Weight:** 6¼ to 7 lbs.
**Features:** Automatic safety, auto ejector.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$48.99**
Also available as Youth's Model. 26″ barrel, 20 or 410 gauge. Wgt. 6 lbs., 41″ over-all . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.99**

# U.S. SHOTGUNS — BOLT ACTION



**MARLIN GOOSE GUN BOLT ACTION**
**Gauge:** 12 only, 2-shot (3″ mag. or 2¾″).
**Action:** Bolt action, thumb safety, detachable clip.
**Barrel:** 36″, Full choke.
**Stock:** Walnut, p.g., recoil pad, leather strap & swivels.
**Weight:** 7¼ lbs., 57″ over-all.
**Features:** Tapped for receiver sights. Swivels and leather carrying strap. Gold-plated trigger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$69.95**

**Marlin 55S Slug Gun**
Same as Goose Gun except 24″ barrel, iron sights (rear adj.), drilled and tapped for scope mounting. Comes with carrying strap and swivels. Weight is 7 lbs., over-all length 45″. . . . . . . . . . . . . . . . . . . . . . . . . . . . **$74.95**



**MOSSBERG MODEL 183K BOLT ACTION**
**Gauge:** 410, 3-shot (3″ chamber).
**Action:** Bolt; top-loading mag.; thumb safety.
**Barrel:** 25″ with C-Lect-Choke.
**Stock:** Walnut finish, p.g., Monte Carlo comb., rubber recoil pad w/spacer.
**Weight:** 6¾ lbs. **Length:** 43½″ over-all.
**Features:** Moulded trigger guard with finger grooves, gold bead front sight.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$61.40**
**Price:** As 183T without choke . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$57.35**

**MOSSBERG MODEL 395K BOLT ACTION**
**Gauge:** 12, 3-shot (3″ chamber).
**Action:** Bolt; takedown; detachable clip.
**Barrel:** 28″ with C-Lect-Choke.
**Stock:** Walnut finish, p.g. Monte Carlo comb; recoil pad.
**Weight:** 6¾ lbs. 47½″ over-all.
**Features:** Streamlined action; top safety; grooved rear sight.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$73.25**
Also available in 20 ga. 3″ chamber 28″ bbl. 6¼ lbs., as M385K, **$68.10**, and in 16 ga. 28″ bbl., 6¾ lbs., as M390K . . . . . . . . . . . . . . . . . . . . **$71.65**

**Mossberg Model 395S Bolt Action**
Same as Model 395K except 24″ barrel with adjustable folding leaf rear sight and ramp front, for use with slugs. Sling supplied . . . . . . . . . . **$63.60**



**SAVAGE-STEVENS 58 BOLT ACTION SHOTGUN**
**Gauge:** 410 ga., 2½″ and 3″ chambers, 3-shot clip.
**Action:** Self-cocking bolt; double extractors; thumb safety.
**Barrel:** 24″, Full choke.
**Stock:** Walnut finish, checkered fore-end and p.g., recoil pad.
**Weight:** 5½ lbs. **Length:** 43″ over-all.
**Features:** Crisp trigger pull, Electro-Cote stock finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$50.95**

**WESTERN FIELD 172 BOLT ACTION SHOTGUN**
**Gauge:** 12 (3″ chamber).
**Action:** Self-cocking bolt. Thumb safety, double locking lugs, detachable clip.
**Barrel:** 28″ adj. choke, shoots rifled slugs.
**Stock:** Walnut, Monte Carlo design, p.g., recoil pad.
**Features:** Quick removable bolt with double extractors, grooved rear sight.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$60.00**
**M175** Similar to above except 20 ga., **$59.00**. Without recoil pad and adj. choke (M160) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$55.00**

**WESTERN FIELD 150C BOLT ACTION SHOTGUN**
**Gauge:** 410 (3″ chamber).
**Action:** Self cocking, bolt action. Thumb safety. 3-shot magazine.
**Barrel:** 24″, full choke.
**Weight:** 5½ lbs. **Length:** 44½″ over-all.
**Stock:** Hardwood, Monte Carlo design.
**Features:** Top loading.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$50.00**

## IMPORTED HANDGUNS—AUTOLOADERS

**ASTRA CONSTABLE AUTO PISTOL**
**Caliber:** 22 LR, 10-shot; 32 ACP, 8-shot; and 380 ACP, 7-shot.
**Barrel:** 3½".
**Weight:** 26 oz.
**Stocks:** Moulded plastic.
**Sights:** Adj. rear.
**Features:** Double action, quick no-tool takedown, non-glare rib on slide. 380
   available in blue or chrome finish. Imported from Spain by Garcia.
**Price:** .................................................. **$125.00**



**BERETTA MODEL 70T AUTO PISTOL**
**Caliber:** 32 ACP, 9-shot magazine.
**Barrel:** 6".
**Weight:** 19 oz. **Length:** 9½".
**Stocks:** Checkered plastic wrap-around.
**Sights:** Fixed front, adj. rear.
**Features:** External hammer, target-length bbl., slide stays open after last shot.
   Imported from Italy by Garcia.
**Price:** .................................................. **$149.00**

**BERETTA MODEL 101 AUTO PISTOL**
   Same as Model 70T except 22 LR, 10-round magazine. Imported from Italy
   by Garcia.
**Price:** .................................................. **$149.00**



**BERETTA MODEL 76 AUTO PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 6".
**Weight:** 35 oz. **Length:** 9½".
**Stocks:** Checkered plastic wrap-around.
**Sights:** Interchangeable blade front, adj. rear.
**Features:** Competition-type, non-glare ribbed heavy bbl., external hammer.
   Imported from Italy by Garcia.
**Price:** .................................................. **$155.00**



**BERETTA MODEL 70S AUTO PISTOL**
**Caliber:** 380 ACP, 7-shot magazine.
**Barrel:** 3⅜".
**Weight:** 23¼ oz. **Length:** 6¼".
**Stocks:** Checkered plastic wrap-around.
**Sights:** Fixed front and rear.
**Features:** External hammer. Imported from Italy by Garcia.
**Price:** .................................................. **$125.00**

**BERETTA MODEL 90 AUTO PISTOL**
**Caliber:** 32 ACP, 8-shot magazine.
**Barrel:** 3⅜".
**Weight:** 19½ oz. **Length:** 6¾".
**Stocks:** Moulded plastic wrap-around.
**Sights:** Fixed.
**Features:** Double action, chamber loaded indicator, sighting rib on slide, exter-
   nal hammer, stainless steel bbl. Imported from Italy by Garcia.
**Price:** .................................................. **$185.00**



**BERETTA MODEL 951 AUTO PISTOL**
**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 4½".
**Weight:** 31 oz. **Length:** 8".
**Stocks:** Moulded plastic.
**Sights:** Fixed.
**Features:** Crossbolt safety, external hammer, slide stays open after last shot.
   Imported from Italy by Garcia.
**Price:** .................................................. **$199.00**

Compendium_Klarevas
Page 219

# IMPORTED HANDGUNS — AUTOLOADERS

**BERNARDELLI MODEL 60 AUTO PISTOL**
**Caliber:** 22 LR, 10-shot; 32 ACP, 8-shot; and 380, 7-shot.
**Barrel:** 3½".
**Weight:** 26 oz. **Length:** 6⅛".
**Stocks:** Checkered plastic.
**Sights:** Post front, click adj. rear.
**Features:** Manual and magazine safeties. Optional thumb rest grips, $10.00.
Imported from Italy by Kleingunther's, Liberty.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$90.00**



**ERMA KGP 68 AUTO PISTOL**
**Caliber:** 32 ACP, 6-shot; 380 ACP, 5-shot.
**Barrel:** 3½".
**Weight:** 22½ oz. **Length:** 6¾".
**Stocks:** Checkered walnut.
**Sights:** Fixed rear, adj. blade front.
**Features:** Sidelock manual safety. Imported from Germany by R. G. Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$83.95**

**ERMA KGP 69 AUTO PISTOL**
**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 4".
**Weight:** 29 oz. **Length:** 7⁹⁄₁₆".
**Stocks:** Checkered walnut.
**Sights:** Fixed rear, adj. front.
**Features:** Stays open after last shot. Imported from Germany by R. G. Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$81.95**



**HAMMERLI STANDARD, MODELS 208 & 211**
**Caliber:** 22 LR.
**Barrel:** 5.9", 6-groove.
**Weight:** 37.6 oz. (45 oz. with extra heavy barrel weight). **Length:** 10".
**Stocks:** Walnut. Adj. palm rest (208), 211 has thumbrest grip.
**Sights:** Match sights, fully adj. for w. and e. (click adj.). Interchangeable front and rear blades.
**Features:** Semi-automatic, recoil operated. 8-shot clip. Slide stop. Fully adj. trigger (2¼ lbs. and 3 lbs.). Extra barrel weight available. Gil Hebard, importer.
**Price:** Model 208, approx. **$320.00**    Model 211 approx. . . . . . . . **$395.00**

**HAMMERLI MODEL 230 RAPID FIRE PISTOL**
**Caliber:** 22 S.
**Barrel:** 6.3", 6-groove.
**Weight:** 43.8 oz. **Length:** 11.6".
**Stocks:** Walnut. Standard grip w/o thumbrest (230-1), 230-2 has adj. grip.
**Sights:** Match type sights. Sight radius 9.9". Micro rear, click adj. Interchangeable front sight blade.
**Features:** Semi-automatic. Recoil-operated, 6-shot clip. Gas escape in front of chamber to eliminate muzzle jump. Fully adj. trigger from 5¼ oz. to 10½ oz. with three different lengths available. Designed for International 25 meter Silhouette Program. Gil Hebard, importer.
**Price:** Model 230-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$425.00**
**Price:** Model 230-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$450.00**





**LLAMA MODELS VIII, IXA AUTO PISTOLS**
**Caliber:** Super 38 (M. VIII), 45 ACP (M. IXA).
**Barrel:** 5".
**Weight:** 30 oz. **Length:** 8½".
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Grip and manual safeties, ventilated rib. Engraved, chrome engraved or gold damascened finish available at extra cost. Imported from Spain by Stoeger Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$129.95**

**LLAMA XI AUTO PISTOL**
**Caliber:** 9mm Para.
**Barrel:** 5".
**Weight:** 38 oz. **Length:** 8½".
**Stocks:** Moulded plastic.
**Sights:** Fixed front, adj. rear.
**Features:** Also available with engraved, chrome engraved or gold damascened finish at extra cost. Imported from Spain by Stoeger Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$129.95**

**The product prices mentioned in these catalog pages were correct at presstime, but may be higher when you read this.**

## IMPORTED HANDGUNS—AUTOLOADERS

### LLAMA MODELS XV, XA, IIIA AUTO PISTOLS
**Caliber:** 22 LR, 32 ACP and 380.
**Barrel:** 3¹¹/₁₆".
**Weight:** 23 oz. **Length:** 6½".
**Stocks:** Checkered plastic, thumb rest.
**Sights:** Fixed front, adj. notch rear.
**Features:** Ventilated rib, manual and grip safeties. Model XV is 22 LR, Model XA is 32 ACP, and Model IIIA is 380. Models XA and IIIA have loaded indicator; IIIA is locked breech. Imported from Spain by Stoeger Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.95**



### MAUSER PARABELLUM P-08
**Caliber:** 30 Luger, 9mm Parabellum, 8-shot clip.
**Barrel:** 6" in 30 Luger, 4" and 6" in 9mm Parabellum
**Weight:** 32 oz. **Length:** 4" bbl—8.66"; 6" bbl—10.63".
**Stocks:** Checkered Walnut.
**Sights:** Fixed.
**Features:** Differs from current '06 with classic '08 details, including different take-down lever, trigger, safety and curved front strap. Limited production marked with American eagle over chamber and Mauser banner on the toggle. Imported by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$350.00**

### MAUSER PARABELLUM AUTO PISTOL
**Caliber:** 30 Luger, 9mm Para., 8-shot.
**Barrel:** 4" (9mm), 4" and 6" (30 Luger).
**Weight:** 32 oz. **Length:** 8⁷/₈" (4" bbl.).
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Manual and grip safeties, American eagle over chamber. Imported from Germany by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.00**

### MAUSER HSc AUTO PISTOL
**Caliber:** 32 ACP, 380 ACP, 7-shot.
**Barrel:** 3⅜".
**Weight:** 23 oz. **Length:** 6.05".
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Double action, manual and magazine safeties. Imported from Germany by Interarms.
**Price:** . . . . . . . . . . . . . **$136.00**   Nickel plated . . . . . . . . . . . **$152.00**

### MKE MODEL TPK AUTO PISTOL
**Caliber:** 32 ACP, 8-shot; 380, 7-shot.
**Barrel:** 4".
**Weight:** 23 oz. **Length:** 6½".
**Stocks:** Checkered black plastic.
**Sights:** Fixed front, adj. notch rear.
**Features:** Double action with exposed hammer; safety blocks firing pin and drops hammer. Chamber loaded indicator pin. Imported from Turkey by Firearms Center.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$120.00**
**Price:** With Armaloy finish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$150.00**



### STAR MODEL FM AUTO PISTOL
**Caliber:** 22 LR, 10-shot magazine
**Barrel:** 4¼".
**Weight:** 30 oz.
**Stocks:** Checkered plastic.
**Sights:** Fixed front, adj. rear.
**Features:** Blue or chrome finish. External hammer, manual safety. Imported from Spain by Garcia.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$94.00**
**Price:** Chrome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.00**

### STAR BKS STARLIGHT AUTO PISTOL
**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 4¼".
**Weight:** 25 oz.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Blue or chrome finish. Magazine and manual safeties, external hammer. Imported from Spain by Garcia.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$140.00**
**Price:** Chrome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$150.00**

### STAR FRS AUTO PISTOL
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 6".
**Weight:** 30 oz.
**Stocks:** Checkered plastic.
**Sights:** Fixed front, adj. rear.
**Features:** External hammer, manual safety. Available in blue or chrome (Model FRS-C). Alloy frame. Imported from Spain by Garcia.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$94.00**
**Price:** Chrome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.00**



# IMPORTED HANDGUNS—AUTOLOADERS



## STAR MODELS A, B AND P AUTO PISTOLS
**Caliber:** 38 Super (Model A), 9-shot; 9mm Para. (Model B), 9-shot; and 45 ACP (Model P), 7-shot.
**Barrel:** 5″.
**Weight:** 37½ oz. **Length:** 8½″.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Blue or chrome finish. Magazine and manual safeties, wide-spur hammer. Imported from Spain by Garcia.
**Price:** Models A and B, blue . . . . . . . . . . . . . . . . . . . . . . . . . . **$140.00**
Chrome . . . . . . . . . . . . . . . . . **$150.00**
**Price:** Model P, blue . . . . . **$155.00**    Chrome . . . . . . . . . . . . . . . . . **$165.00**

## STAR SUPER SM
**Caliber:** 380 ACP, 10-shot.
**Barrel:** 4″.
**Weight:** 22 oz. **Length:** 6⅝″ over-all.
**Stocks:** Plastic, checkered.
**Sights:** Blade front, adj. rear.
**Features:** Blue or chrome finish. Loaded chamber indicator, thumb safety. Imported from Spain by Garcia.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$130.00**
**Price:** Chrome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$140.00**



## WALTHER GSP MATCH PISTOL
**Caliber:** 22 LR, 32 S&W wadcutter (GSP-C), 5-shot.
**Barrel:** 4½″.
**Weight:** 44.8 oz. (22 LR), 49.4 oz. (32). **Length:** 11.8″ over-all.
**Stock:** Walnut, special hand-fitting design.
**Sights:** Fixed front, rear adj. for w. & e.
**Features:** Available with either 2.2 lb. (1000 gm) or 3 lb. (1360 gm) trigger. Spare mag., bbl. weight, tools supplied in Match Pistol Kit. Imported from Germany by Interarms.
**Price:** GSP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$379.00**
**Price:** GSP-C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$439.00**
**Price:** 22 cal. conversion unit for GSP-C . . . . . . . . . . . . . . . . . . . . . . **$209.00**

## WALTHER OSP RAPID-FIRE PISTOL
Similar to Model GSP except 22 Short only, stock has adj. free-style hand rest.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$379.00**



## WALTHER PP AUTO PISTOL
**Caliber:** 22 LR, 32 ACP, 8-shot; 380 ACP, 7-shot.
**Barrel:** 3.86″.
**Weight:** 23½ oz. **Length:** 6.7″.
**Stocks:** Checkered plastic.
**Sights:** Fixed, white markings.
**Features:** Double action, manual safety blocks firing pin and drops hammer, chamber loaded indicator on 32 and 380, finger rest extra magazine provided. Imported from Germany by Interarms.
**Price:** (22 LR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$179.00**
**Price:** (32 and 380) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$169.00**
**Price:** Engraved models start at . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$470.00**

## Walther PPK/S Auto Pistol
Same as PP except bbl. 3.27″, length 6.1″ o.a.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$169.00**
**Price:** Engraved models start at . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$470.00**

## WALTHER P-38 AUTO PISTOL
**Caliber:** 22 LR, 30 Luger or 9mm Luger, 8-shot.
**Barrel:** 4¹⁵/₁₆″ (9mm and 30), 5¹/₁₆″ (22 LR).
**Weight:** 28 oz. **Length:** 8½″.
**Stock:** Checkered plastic.
**Sights:** Fixed.
**Features:** Double action, safety blocks firing pin and drops hammer, chamber loaded indicator. Matte finish standard, polished blue, engraving and/or plating available. Imported from Germany by Interarms.
**Price:** (9mm) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$219.00**
**Price:** (22 LR, 30 Luger) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.00**
**Price:** 9mm polished blue finish . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$229.00**
**Price:** Engraved models start at . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$590.00**

Compendium_Klarevas
Page 222

# IMPORTED HANDGUNS—REVOLVERS

## ARMINIUS REVOLVERS
**Caliber:** 38 Special, 32 S&W Long (6-shot), 22 Magnum, 22 LR (8-shot).
**Barrel:** 4″ (38 Spec., 32 S&W, 22 LR), 6″ (38 Spec., 22 LR); 9½″ (22 Mag. only).
**Weight:** 35 oz. (6″ bbl.). **Length:** 11″ (6″ bbl. 38).
**Stocks:** Checkered plastic.
**Sights:** Ramp front, fixed rear on standard models, w. & e. adj. on target models.
**Features:** Ventilated rib, solid frame, swing-out cylinder. Interchangeable 22 Mag. cylinder available with 22 cal versions. Imported from West Germany by Firearms Import & Export.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$52.95** to **$94.95**



## ASTRA 357 MAGNUM REVOLVER
**Caliber:** 357 Magnum, 6-shot.
**Barrel:** 3″, 4″, 6″.
**Weight:** 40 oz. (6″ bbl.). **Length:** 11¼″ (6″ bbl.).
**Stocks:** Checkered walnut. Magna-style on 3″, target-type on 4″ and 6″.
**Sights:** Fixed front, rear adj. for w. and e.
**Features:** Swing-out cylinder with countersunk chambers, floating firing pin. Imported from Spain by Garcia.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$140.00**



## BISON SINGLE ACTION REVOLVER
**Caliber:** 22 LR.
**Barrel:** 4¾″.
**Weight:** 20 oz.
**Stocks:** Imitation stag.
**Sights:** Fixed front, adj. rear.
**Features:** 22 WRM cylinder also available ($5.00 additional). Imported from Germany by Jana.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$40.00**

## APACHE REVOLVERS
**Caliber:** 22 LR, 8 shot; 32 S&W, 7 shot; 38 Special, 6 shot.
**Barrel:** 4″, 3″ (available in 38 Special only).
**Stocks:** Checkered plastic.
**Sights:** Fixed front, rear adj. for w. & e.
**Features:** Ventilated rib on bbl. Imported from Germany by Jana.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$65.00**

## DAKOTA SINGLE ACTION REVOLVER
**Caliber:** 22 S, L, LR, 22 Mag., 357 Mag., 44-40, 45 Colt.
**Barrel:** 4⅝″, 5½″, 7½″.
**Weight:** 40 oz. (357 w/5½″ bbl.). **Length:** 10¼″ (4⅝″ bbl.) over-all.
**Stocks:** One-piece walnut.
**Sights:** Blade front, notch rear.
**Features:** Blued barrel and cylinder, case hardened frame, brass trigger guard and backstrap. Imported by Intercontinental Arms.
**Price:** . . . . . . . . . . . . . . . . . $99.75     Engraved model  . . . . . . . . . $175.00



## SUPER DAKOTA REVOLVER
**Caliber:** 41 Mag., 44 Mag.
**Barrel:** 5½″, 7½″.
**Weight:** 44 oz. **Length:** 11½″ (5½″ bbl.) over-all.
**Stock:** Walnut, one-piece.
**Sights:** Ramp front with matted and ribbed blade, integral ramp rear open notch adj. for w. & e.
**Features:** Flat-top single action. Brass trigger guard and backstrap, rest blued. Imported by Intercontinental Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$117.50**



## F.I.E. SHERIFF SINGLE ACTION REVOLVER
**Caliber:** 22 LR/22 Mag., 357 Mag., 44 Mag., 6-shot.
**Barrel:** 5½″.
**Weight:** 42 oz. (357).
**Stocks:** Smooth walnut.
**Sights:** Fixed.
**Features:** Positive hammer block system. Brass backstrap and trigger guard. Case hardened frame. Imported from Argentina by F.I.E.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$95.00**



Compendium_Klarevas
Page 223

# IMPORTED HANDGUNS—REVOLVERS



### Hawes Texas Marshal Revolver
Similar to Western Marshal except full nickel finish and black or white Pearlite grips.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $114.95

### HAWES SILVER CITY MARSHAL REVOLVER
**Caliber:** 22 LR, 22 LR/22 WRM, 357, 44 Mag., 45 L.C.
**Barrel:** 6" (357, 44, 45), 5½" (22 cal.).
**Weight:** 44 oz. **Length:** 11¾" over-all.
**Stock:** White Pearlite.
**Sights:** Fixed.
**Features:** Nickel plated frame, brass backstrap and trigger guard, blue barrel and cylinder. Imported by Hawes Firearms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $105.95 to $165.85



### HAWES FEDERAL MARSHAL REVOLVER
**Caliber:** 357, 44 Mag., 45 LC.
**Barrel:** 6".
**Weight:** 44 oz. **Length:** 11¾" over-all.
**Stock:** Smooth walnut.
**Sights:** Blade front, fixed rear.
**Features:** Color case hardened frame, brass backstrap and trigger guard. Imported by Hawes Firearms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $156.95

### IVER JOHNSON CATTLEMAN MAGNUM
**Caliber:** 357, 44 Mag., 45 LC, 6-shot.
**Barrel:** 4¾", 5½" or 7½". 44 Mag. avail. with 6", 6¼" or 7½".
**Weight:** 2½ lbs.
**Stocks:** Smooth walnut.
**Sights:** Fixed.
**Features:** Case-hardened frame, single action, blued barrel, brass backstrap and trigger guard. Imported by Iver Johnson.
**Price:** 357, 45 LC . . . . . . . . $99.95    44 Mag. . . . . . . . . . . . . . . . . $115.95



### HAWES WESTERN MARSHAL REVOLVERS
**Caliber:** 357 Magnum, 44 Magnum, 45 Long Colt, 22 Magnum, 22 LR, 6-shot.
**Barrel:** 6" (357 Mag., 44 Mag., 45) and 5½" (22 Mag., 22 LR).
**Weight:** 44 oz. (big bore), 40 oz. (small bore). **Length:** 11¾" and 11¼".
**Stocks:** Rosewood (big bore), moulded stag (small bore).
**Sight:** Blade front.
**Features:** Single action. Interchangeable cyclinders available for 22 caliber guns: 22 LR with 22 Mag. Imported from West Germany by Hawes.
**Price:** 357 Mag., 44 Mag., 45 LC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $129.95
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $84.95
**Price:** 22 LR with 22 Mag. cylinder . . . . . . . . . . . . . . . . . . . . . . . . . . $104.95

### Hawes Montana Marshal Revolver
Same as Western Marshal except with solid brass back strap and trigger guard.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $99.95 to $157.45



### HAWES DEPUTY MARSHAL REVOLVER
**Caliber:** 22 LR, 22 LR/22 WRM.
**Barrel:** 5½".
**Weight:** 34 oz. **Length:** 11" over-all.
**Stock:** Black, white or wood.
**Sights:** Fixed.
**Features:** Available in std. blue finish with black grips, with brass backstrap and trigger guard and wood grips, with completely chromed finish and white grips, or with chrome frame, brass backstrap and trigger guard, blue cylinder and barrel and white grips. Imported by Hawes Firearms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $49.95 to $68.95

### HAWES CHIEF MARSHAL REVOLVER
**Caliber:** 357 Magnum, 44 Magnum, 45 Long Colt; 6-shot.
**Barrel:** 6".
**Weight:** 48 oz. **Length:** 11¾".
**Stocks:** Extra large smooth rosewood.
**Sights:** Ramp target front, rear adj. for w. & e.
**Features:** Single action. Extra heavy frame. Imported from West Germany by Hawes.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $156.95



### IVER JOHNSON CATTLEMAN TRAILBLAZER
**Caliber:** 22 S, L, LR, 22 Mag.
**Barrel:** 5½" or 6½".
**Weight:** 2½ lbs.
**Stocks:** Smooth walnut.
**Sights:** Ramp front, rear adj. for w. and e.
**Features:** Comes with interchangeable magnum cylinder. Single action. Case-hardened frame, brass backstrap and trigger guard. Imported by Iver Johnson.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $104.35

29TH EDITION, 1975    **367**

# IMPORTED HANDGUNS—REVOLVERS

## I. J. CATTLEMAN BUCKHORN MAGNUM
**Caliber:** 357, 38 Spec., 44 Mag., 45 LC.
**Barrel:** 6½", 7½" (44 Mag.), 5¾" or 7½" (357, 38, 45).
**Weight:** 2¾ lbs.
**Stocks:** Smooth walnut.
**Sights:** Ramp front, rear adj. for w. and e.
**Features:** Single action. Blued barrel, case-hardened frame, brass backstrap and trigger guard. Imported by Iver Johnson.
**Price:** 357, 45 LC ............................................. **$131.95**
**Price:** 44 Mag. .................................................. **$151.15**

## LIBERTY MUSTANG
**Caliber:** 22 LR, 22 Mag. or combination, 8-shot.
**Barrel:** 5".
**Weight:** 34 oz. **Length:** 10¼" over-all.
**Stocks:** Smooth rosewood.
**Sights:** Blade front, adj. rear.
**Features:** Single action, slide ejector rod. Imported by Liberty.
**Price:** With one cylinder ....................................... **$36.95**
**Price:** With two cylinders ..................................... **$44.95**

## LIBERTY KODIAK REVOLVER
**Caliber:** 22 LR, 22 MWR (8-shot), 32 S&W, 38 Spec. (6-shot).
**Barrel:** 24", 4".
**Weight:** 27 oz. (2" bbl.). **Length:** 6¾" (2" bbl.).
**Stocks:** Smooth wood.
**Sights:** Fixed.
**Features:** Swing-out cylinder. Blue finish (22 and 32 cals.), blue or chrome (38 cal.). Imported by Liberty.
**Price:** 22 cal. ..................................................... **$39.95**
**Price:** 32 cal. ..................................................... **$44.95**
**Price:** 38 cal. ..................................................... **$49.95**

## LLAMA "MARTIAL" REVOLVERS
**Caliber:** 22 LR, 22 RFM, 38 Special.
**Barrel:** 6", 4" (except 22 LR).
**Weight:** 22 LR 24 oz., 38 Special 31 oz. **Length:** 9¼" (4" bbl.).
**Stocks:** Checkered walnut.
**Sights:** Fixed blade front, rear adj. for w. & e.
**Features:** Ventilated rib, wide spur hammer. Chrome plating, engraved finishes available. Imported from Spain by Stoeger Arms.
**Price:** ...................................................... **$119.95**

## RG 38S REVOLVER
**Caliber:** 38 Special, 6-shot.
**Barrel:** 3" and 4".
**Weight:** 3", 31 oz.; 4", 34 oz. **Length:** 3", 8½"; 4", 9¼".
**Stocks:** Checkered plastic.
**Sights:** Fixed front, rear adj. for w.
**Features:** Swing out cylinder with spring ejector, choice of blue or nickel finish. Imported from Germany by R. G. Industries.
**Price:** Blue .......................................................... **$53.95**
**Price:** Nickel ....................................................... **$64.95**

## RG30 REVOLVER
**Caliber:** 22 LR and 32, 6-shot.
**Barrel:** 4".
**Weight:** 30 oz. **Length:** 9".
**Stocks:** Checkered plastic.
**Sights:** Fixed front, rear adj. for w.
**Features:** Swing-out cylinder, choice of blue or nickel ($8.00 additional) finish. Imported from Germany by R. G. Industries.
**Price:** (22) .............. **$47.95**    (32) ..................... **$47.95**

## RG 57 REVOLVER
**Caliber:** 357 Magnum.
**Barrel:** 4".
**Weight:** 44 oz. **Length:** 9½".
**Stocks:** Checkered plastic.
**Sights:** Fixed rear.
**Features:** Swing out cylinder, spring ejector, steel frame. Imported from Germany by R. G. Industries.
**Price:** .......................................................... **$97.95**

## IVER JOHNSON CATTLEMAN BUNTLINE BUCKHORN MAGNUM
**Caliber:** 357, 38 Spec., 44 Mag., 45 LC, 6-shot.
**Barrel:** 18".
**Weight:** 3½ lbs.
**Stocks:** Smooth walnut.
**Sights:** Ramp front, rear adj. for w. and e.
**Features:** Single action. Blued barrel, case-hardened frame, brass trigger guard and backstrap. Comes with detachable shoulder stock. Imported by Iver Johnson
**Price:** 357, 45 LC ....... **$252.00**    44 Mag. ................ **$264.00**





# IMPORTED HANDGUNS—REVOLVERS

**RG63 WESTERN STYLE REVOLVER**
**Caliber:** 22 LR & 22 Mag., 8-shot; 32 S&W & 38 Spec., 6-shot.
**Barrel:** 5".
**Weight:** 34-36 ozs. **Length:** 10¼".
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Slide ejector rod, choice of blue or nickel. Model 63M is combo set with both 22 LR and 22 Mag. cylinders. Imported from Germany by R. G. Industries.
**Price:** Blue (22) ..............**$39.95** (22M, 38) ...............**$47.95**



**RG 66 SUPER SINGLE ACTION REVOLVER**
**Caliber:** 22 LR, 22 Mag., 6-shot.
**Barrel:** 4¾".
**Weight:** 32 oz. **Length:** 10".
**Stocks:** Checkered plastic.
**Sights:** Fixed front, rear adj.
**Features:** Slide ejector rod, choice of blue or nickel finish. Model 66M is combo set with both 22 LR and 22 mag. cylinders. Imported from Germany by R. G. Industries.
**Price:** Blue .............................**$39.95**; (Model 66M) **$45.95**
**Price:** Nickel ...........................**$43.95**; (Model 66M) **$53.95**
**Price:** Blue (6") ..............................**$42.95**; Magnum **$48.95**
**Price:** Blue (9") ..............................**$43.95**; Magnum **$49.95**



**ROSSI REVOLVERS**
**Caliber:** 22 LR, 22 Mag., 32 S&W Long (6-shot), 38 Spec. (5-shot).
**Barrel:** 3", 6" (22 Mag. only).
**Weight:** 22 oz.
**Stocks:** Smooth wood.
**Sights:** Ramp front, adj. rear.
**Features:** Full length barrel rib. Blue or nickel finish. Imported by Garcia.
**Price:** 3" bbl., blue ............................................ **$75.00**
**Price:** 3" bbl., nickel .......................................... **$80.00**
**Price:** 6" bbl., blue ............................................ **$80.00**



**TAURUS MODEL 74 SPORT REVOLVER**
**Caliber:** 32 S&W Long, 6-shot.
**Barrel:** 3".
**Weight:** 22 oz. **Length:** 8¼" over-all.
**Stocks:** Oversize target-type, checkered Brazilian walnut.
**Sights:** Serrated ramp front, rear adj. for w. and e.
**Features:** Imported from Brazil by International Distributers.
**Price:** Blue ................................................... **$70.00**
**Price:** Nickel ................................................. **$72.00**



**TAURUS MODEL 80 STANDARD REVOLVER**
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 3" or 4".
**Weight:** 31 oz. (4" bbl.). **Length:** 9¼" over-all (4" bbl.).
**Stocks:** Checkered Brazilian walnut.
**Sights:** Serrated ramp front, square notch rear.
**Features:** Imported from Brazil by International Distributors.
**Price:** Blue ................................................... **$63.00**
**Price:** Nickel ................................................. **$65.00**



**TAURUS MODEL 82 HEAVY BARREL REVOLVER**
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 3" or 4", heavy.
**Weight:** 33 oz. (4" bbl.). **Length:** 9¼" over-all (4" bbl.).
**Stocks:** Checkered Brazilian walnut.
**Sights:** Serrated ramp front, square notch rear.
**Features:** Imported from Brazil by International Distributors.
**Price:** Blue ................................................... **$65.00**
**Price:** Nickel ................................................. **$68.00**

Compendium_Klarevas
Page 226

## IMPORTED HANDGUNS — REVOLVERS

**TAURUS MODEL 86 TARGET MASTER REVOLVER**
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 6" only.
**Weight:** 41 oz. **Length:** 11¼" over-all.
**Stocks:** Over size target-type, checkered Brazilian walnut.
**Sights:** Patridge front, micro. click rear adj. for w. and e.
**Features:** Blue finish with non-reflective finish on barrel. Imported from Brazil by International Distributors.
**Price:** ............................................... **$105.00**
**Price:** Model 96 Scout Master, same except in 22 cal .......... **$105.00**



**TAURUS MODEL 94 SPORT REVOLVER**
**Caliber:** 22, 6-shot.
**Barrel:** 4".
**Weight:** 23 oz. **Length:** 9¼" over-all.
**Stocks:** Oversize target-type, checkered Brazilian walnut.
**Sights:** Serrated ramp front, rear adj. for w. and e.
**Features:** Imported from Brazil by International Distributors.
**Price:** Blue ................................................. **$70.00**
**Price:** Nickel ................................................. **$72.00**

**TAURUS MODEL 84 SPORT REVOLVER**
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 4".
**Weight:** 30 oz. **Length:** 9¼" over-all.
**Stocks:** Checkered Brazilian walnut.
**Sights:** Serrated ramp front, rear adj. for w. and e.
**Features:** Imported from Brazil by International Distributors.
**Price:** Blue ................................................. **$70.00**
**Price:** Nickel ................................................. **$72.00**

**THE VIRGINIAN SINGLE ACTION REVOLVER**
**Caliber:** 357 Mag. 45 Colt, 6-shot.
**Barrel:** 4⅝", 5½" 7½".
**Weight:** 2½ lbs. (357 w/5½" bbl.). **Length:** 11" over-all (5½" bbl.).
**Stocks:** One-piece walnut.
**Sights:** Blade front, fixed notch rear.
**Features:** Chromed trigger guard and back strap, blue barrel, color case-hardened frame. unique safety system. Made by Hammerli. Imported by Interarms.
**Price:** ................................................ **$199.00**



## IMPORTED HANDGUNS — SINGLE SHOT

**HAMMERLI MODEL 120 TARGET PISTOL**
**Caliber:** 22 LR.
**Barrel:** 10", 6-groove.
**Weight:** 44.1 oz. **Length:** 14.8".
**Stocks:** Walnut. Standard grip with thumb rest (120-1), adjustable grip on 120-2.
**Sights:** Fully adj. micro click rear (match type), sight radius is 9.9" or 14.6". Interchangeable front sight blade.
**Features:** Single shot with new action operated by lateral lever. Bolt fully encloses cartridge rim. Target trigger adj. from 1.8 oz. to 12 oz. Trigger position adj. Gil Hebard, importer.
**Price:** Model 120-1 ........................................ **$200.00**
**Price:** Model 120-2 ........................................ **$225.00**
**Price:** Model 120-2 Heavy Barrel (5.7", 41 oz.) .................. **$225.00**

**HAMMERLI MODEL 150 FREE PISTOL**
**Caliber:** 22 LR.
**Barrel:** 11.4", 6-groove. Free floating.
**Weight:** 42.4 oz. Up to 49.4 oz. with weights. **Length:** 15.4".
**Stocks:** Walnut. Special anatomical design with adj. palm shelf.
**Sights:** Match sights. Sight radius 14.6". Micro-click rear with interchangeable blade.
**Features:** Single shot Martini-type action operated by a lateral lever. Straight line hammerless ignition is vibration-free with an ignition time of 0.0016 sec. New set-trigger design fully adj. Low barrel and sight line. Extra weights availabe. Gil Hebard, importer.
**Price:** Including fitted case ................................... **$570.00**

**ROLLING BLOCK SINGLE SHOT PISTOL**
**Caliber:** 22 LR, 22 WRM, 5mm Rem. Mag., 357 mag.
**Barrel:** 8".
**Weight:** 2 lbs. **Length:** 12".
**Stock:** Walnut.
**Sights:** Front adj. for w., buckhorn adj. for e.
**Features:** Polishec brass trigger guard. Supplied with wooden display box. Imported by Navy Arms.
**Price:** ................................................ **$125.00**

**HAWES FAVORITE SINGLE SHOT PISTOL**
**Caliber:** 22 S, L, LR.
**Barrel:** 8".
**Weight:** 20 oz. **Length:** 12".
**Stocks:** Laminatec wood or plastic.
**Sights:** Fixed front, adj. rear.
**Features:** Tilt up action, blued bbl., chromed frame. Imported by Hawes Fire-arms.
**Price:** ................................................. **$52.95**

> **The product prices mentioned in these catalog pages were correct at presstime, but may be higher when you read this.**

## IMPORTED CENTERFIRE RIFLES — AUTOLOADING & LEVER ACTION



**NAVY ARMS "1873" MODEL RIFLE**
**Caliber:** 357 Mag., 44-40.
**Barrel:** 24″ (rifle, octagon); 20″ (carbine, round), 16½″ (trapper).
**Weight:** 9 lbs. (rifle); 7½ lbs. (carbine).
**Stock:** Walnut.
**Sights:** Blade front, step adj. rear.
**Features:** Available in blue, case-hardened or nickel (44-40 only) finish. Sliding dust cover, lever latch. Imported by Navy/Replica.
**Price:** Rifle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $210.00
**Price:** Carbine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $210.00
**Price:** Trapper . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $210.00
**Price:** Model 1001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,000.00

**CLASSIC 1873 LEVER ACTION RIFLE**
**Caliber:** 357 Magnum, 44-40.
**Barrel:** 20″.
**Weight:** 7 lbs. **Length:** 39″.
**Stock:** Walnut, straight grip, carbine buttplate.
**Sights:** Fixed front, adj. rear.
**Features:** Exact copy of 1873 Winchester, with full length tubular mag., center hammer, top ejection. Imported from Italy by Jana.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $225.00



**SAKO MODEL 73 LEVER ACTION RIFLE**
**Caliber:** 243, 308.
**Barrel:** 23″.
**Weight:** 6¾ lbs. **Length:** 42½″
**Stock:** Hand-checkered European walnut, Monte Carlo, one-piece.
**Sights:** Hooded front, dovetail blocks rear for tip-off scope mount or iron sights.
**Features:** Hammerless, short-throw lever, solid top, side ejection, 3-shot detachable mag. Imported from Finland by Garcia.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $260.00



**VALMET M-62/S RIFLE**
**Caliber:** 7.62x39mm, 15- and 30-shot detachable box magazines.
**Barrel:** 16⅝″.
**Weight:** 8¾ lbs. **Length:** 36⅝″ over-all.
**Stock:** Fixed metal tube. Walnut optional.
**Sights:** Hooded post front adj. for w., tangent peep rear adj. for e.
**Features:** Finnish semi-automatic version of the AK-47. Basic Kalashnikov design (gas piston operating a rotating bolt assy.). Imported by Interarms.
**Price:** Metal stock version . . . . . . . . . . . . . . . . . . . . . . . . . . $289.00
**Price:** Wood stock version . . . . . . . . . . . . . . . . . . . . . . . . . . $299.00

**VALMET M-72S**
**Caliber:** 223, 15- and 30-shot detachable magazines.
**Barrel:** 16⅝″.
**Weight:** 8¾ lbs. **Length:** 36⅝″ over-all.
**Stock:** Wood or reinforced resin (ABS).
**Sights:** Open tangent rear sight adjustable for elevation. Post front sight with protectors, adjustable for windage.
**Features:** Finnish semi-automatic version of AK-47. Imported by Interarms.
**Price:** ABS Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $309.00
**Price:** Wood Stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $319.00



**NAVY ARMS MODEL 66 LEVER ACTION RIFLE**
**Caliber:** 22 LR, 38 Special, 44-40.
**Barrel:** 16½″, 19″, 24″.
**Weight:** 9¼ lbs. **Length:** 39½″.
**Stock:** Walnut.
**Sights:** Fixed front, folding rear.
**Features:** Replica of Winchester Model 1866 "Yellowboy." Available with three grades of engraving, selected stock and fore-end at additional cost. 22 LR also available with 16″ bbl. (Trapper's Model). Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $185.00
**Price:** 24″ octagon bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $210.00

## IMPORTED CENTERFIRE RIFLES — BOLT ACTION

**BSA MONARCH BOLT ACTION RIFLE**
**Caliber:** 22-250, 222 Rem., 243 Win., 270 Win., 308 Win., 30-06, 7mm Rem. Mag., 300 Win. Mag.
**Barrel:** 22″.
**Weight:** 7 lbs.
**Stock:** Hand checkered European walnut, Monte Carlo, white line spacers on p.g. cap, fore-end tip and recoil pad.
**Sights:** Hooded ramp front, flip up rear.
**Features:** Adj. trigger, hinged mag. floor plate, silent sliding safety locks bolt and trigger. Imported from England by Galef.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $198.20

Compendium_Klarevas
Page 228

## IMPORTED CENTERFIRE RIFLES — BOLT ACTION



**BSA/KASSNAR CF-2 RIFLE**
**Caliber:** 222, 22-250, 243, 7x57, 7x64, 7mm Rem. Mag., 308, 30-06, 300 Win. Mag.
**Barrel:** 23½".
**Weight:** 7¼ lbs.
**Stock:** Hand checkered walnut. Roll over Monte Carlo cheekpiece. Rosewood fore-end tip and p.g. cap. Rubber recoil pad.
**Sights:** Williams hooded front, rear adj. for w. and e.
**Features:** Adjustable trigger, side safety. Enclosed bolt face. Drilled and tapped for scope mounts. Hinged floorplate. Imported by Kassnar Imports.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$210.00**

**CHURCHILL "ONE OF ONE THOUSAND"**
**Caliber:** 270, 308, 30-06, 7mm Rem. Mag., 300 Win. Mag., 375 H&H, 458 Win.
**Barrel:** 24" (average).
**Weight:** 8 lbs. (30-06). **Length:** 44" (24" bbl.).
**Stock:** Select European walnut.
**Sights:** Hooded gold bead ramp front, 3-leaf folding rear.
**Features:** Commercial Mauser action, adj. trigger, hinged floorplate swivel-mounted rubber recoil pad with cartridge trap, p.g. cap recess holds extra front sight, bbl. mounted sling swivel. Lifetime guarantee. Only 1,000 rifles being produced. Fitted leather case available. By Churchill (Gunmakers) Ltd., imported by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,000.00**

**DUMOULIN BOLT ACTION RIFLE**
**Caliber:** All commercial calibers.
**Barrel:** 25".
**Weight:** 7 lbs. **Length:** 43".
**Stock:** French walnut with rosewood p.g. cap and fore-end tip, standard or skip line checkering, recoil pad.
**Sights:** Optional, available at extra cost.
**Features:** Made to customer requirements using Sako or FN action, with or without engraving (3 grades available). Imported from Belgium by Firearms Center.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . from **$575.00**

**FN MAUSER BOLT ACTION RIFLE**
**Caliber:** 243, 7x57mm, 270, 308, 30-06, 264 Mag., 7mm Mag., 300 Win. Mag.
**Barrel:** 24".
**Weight:** 8½ lbs.
**Stock:** Hand-checkered European walnut, Monte Carlo.
**Sights:** Hooded front, adj. peep rear.
**Features:** Adj. grooved trigger, hinged floorplate, sliding safety. Also available as actions or barrelled actions. Imported from Belgium by Garcia.
**Price:** Standard calibers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$430.00**
**Price:** Magnums . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$445.00**

**CARL GUSTAV GRADE II**
**Caliber:** 22-250, 243 Win., 25-06, 6.5x55, 270, 30-06, 308, 5-shot.
**Barrel:** 23½".
**Weight:** 7⅛ lbs. **Length:** 44" over-all.
**Stock:** European walnut, hand checkered.
**Sights:** Hooded ramp front, folding leaf rear.
**Features:** Externally adj. trigger, silent safety, 80° bolt lift, enclosed bolt face, hinged floor plate. Also available in left hand version. Imported from Sweden by Stoeger Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.95**

**Carl Gustav Grade II Magnum**
Same as Grade II except: has rubber recoil pad. Available in 7mm Rem., 300 Win.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.95**

**CARL GUSTAV GRADE III**
**Caliber:** 22-250, 243 Win., 25-06, 6.5x55, 270, 30-06, 308, 5-shot.
**Barrel:** 23½".
**Weight:** 7⅛ lbs. **Length:** 44" over-all.
**Stock:** French walnut, hand checkered.
**Sights:** None furnished.
**Features:** Engraved floor plate, detachable swivels, jeweled bolt. Also available in left-hand version. Imported from Sweden by Stoeger Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.95**
**Price:** Left-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$349.95**

**Carl Gustav Grade III Magnum**
Same as Grade III except: has recoil pad and internal modifications to handle magnum calibers. Also available in left-hand version.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.95**
**Price:** Left-hand, all std. cals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$349.95**

## IMPORTED CENTERFIRE RIFLES — BOLT ACTION



**CARL GUSTAV V-T**
**Caliber:** 222 Rem., 6.5x55.
**Barrel:** 27". Bbl. diameter .850".
**Weight:** 9½ lbs. **Length:** 47½" over-all.
**Stock:** European walnut.
**Sights:** None furnished. Drilled and tapped for scope mounts.
**Features:** Wundhammer p.g., full-floating barrel, externally adj. trigger, large bolt handle. Imported from Sweden by Stoeger Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$309.95**



**CARL GUSTAV "Swede"**
Can be had in standard or deluxe versions utilizing the Grade II or Grade III barreled actions. Choice of either Monte Carlo design or sloping comb with schnabel fore-end. Same calibers as Grade II.
**Price:** Standard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$279.95**
**Price:** Deluxe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$329.95**



**HERTER'S MARK J9 RIFLE**
**Caliber:** 22-250, 25-06, 243, 6mm, 270, 308, 264, 7mm mag., 300 Win. Mag.
**Barrel:** 23½".
**Weight:** 8 lbs. **Length:** 42½".
**Stock:** Black walnut, rollover cheek piece, ebonite p.g. cap and butt plate.
**Sights:** Ramp front; rear adj. for w. and e.
**Features:** Also available w/o sights, with Mannlicher or beavertail style stocks. Three grades (Hunter's, Supreme, Presentation) differ stock finish, style. Also available as actions or barreled actions. Imported from Yugoslavia by Herter's.
**Price:** Hunter's Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$93.80**
**Price:** Supreme Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$104.70**
**Price:** Presentation Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$118.70**

**HERTER'S MARK U9 RIFLE**
**Caliber:** 222, 222 mag., 223, 22-250, 25-06, 243, 6mm, 284, 308, 270, 30-06, 264, 7mm mag., 300 Win.
**Barrel:** 23½".
**Weight:** 6¼ lbs. **Length:** 42½".
**Stock:** American walnut, Monte Carlo, p.g.
**Sights:** Ramp front, rear adj. for w. and e.
**Features:** Also available less sights, with Mannlicher style stock, Douglas barrels (338 and 458 mag. plus above cals.). Three grades (Hunter's, Supreme, Presentation) differ in stock finish, style. Also available as actions or bbld. actions, bench rest, target or varmint versions. Imported from England by Herter's.
**Price:** Hunter's Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$120.90**
**Price:** Supreme Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$129.70**
**Price:** Presentation Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$144.70**



**KLEINGUENTHER K-14 INSTA-FIRE RIFLE**
**Caliber:** 243, 25-06, 270, 7x57, 7mm Rem. Mag., 30-06, 300 Win. Mag., 308 Win., 308 Norma, 375 H&H.
**Barrel:** 24", 26".
**Weight:** 7½ lbs. **Length:** 43½" over-all.
**Stock:** Available in light, medium or dark walnut. Monte Carlo, hand checkered, cheekpiece, rosewood fore-end tip, rosewood p.g. cap with diamond inlay.
**Sights:** None furnished. Drilled and tapped for scope mounts.
**Features:** Ultra fast lock/ignition time. Rubber recoil pad, hidden clip, external trigger adj., recessed bolt face, 60° bolt lift. Imported from Germany by Kleinguenther's.
**Price:** Std. cals. . . . . . . . . . **$335.00**      Mag. cals. . . . . . . . . . . . . . . **$335.00**



**MARK X RIFLE**
**Caliber:** 22-250; 243; 270, 308 Win.; 30-06; 25-06; 7 mm Rem. Mag; 300 Win. Mag.
**Barrel:** 24".
**Weight:** 7½ lbs. **Length:** 44".
**Stock:** Hand checkered walnut, Monte Carlo, white line spacers on p.g. cap, buttplate and fore-end tip.
**Sights:** Ramp front with removable hood, open rear adj. for w. and e.
**Features:** Sliding safety, quick detachable sling swivels, hinged floorplate. Adj. trigger available ($10.00 additional). Also available as actions or bbld. actions. Imported from Europe by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . **$198.00**      With adj. trigger . . . . . . . . . **$208.00**

**MARK X CAVALIER RIFLE**
**Caliber:** 22-250; 243; 25-06; 270; 7mm Rem. Mag.; 308 Win.; 30-06; 300 Win. Mag.
**Barrel:** 24".
**Weight:** 7½ lbs. **Length:** 44".
**Stock:** Checkered Walnut with Rosewood fore-end tip and pistol grip cap. Monte Carlo cheek piece and recoil pad.
**Sights:** Ramp front with removable hood, open rear adjustable for windage and elevation.
**Features:** Contemporary-styled stock with sculptured accents; roll over cheek piece and flat bottom fore-end. Adjustable trigger with quick detachable sling swivels, standard. Receiver drilled and tapped for receiver sights and scope mounts. Also available without sights. Imported by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$256.00**

Compendium_Klarevas
Page 230

## IMPORTED CENTERFIRE RIFLES — BOLT ACTION



**MARK X VISCOUNT RIFLE**
**Caliber:** 22-250; 243; 25-06; 270; 7mm Rem. Mag.; 308 Win.; 30-06; 300 Win. Mag.
**Barrel:** 24˝.
**Weight:** 7½ lbs. **Length:** 44˝.
**Stock:** Genuine Walnut stock, hand checkered with 1˝ sling swivels.
**Sights:** Ramp front with removable hood, open rear sight ajustable for windage and elevation.
**Features:** One piece trigger guard with hinged floor plate, drilled and tapped for scope mounts and receiver sight, hammer-forged chrome vanadium steel barrel. Imported by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $185.00

**MANNLICHER-SCHOENAUER M-72 MODEL L/M**
**Caliber:** 22-250, 5.6x57, 6mm Rem. 243, 6.5x57, 270, 7x57, 7x64, 30-06, 308 Win.
**Barrel:** 20˝ (full stock), 23½˝ (half stock).
**Weight:** 7¼ lbs. (full stock). **Length:** 40˝ over-all (full stock).
**Stock:** Full Mannlicher or standard half stock, oil or varnish finish. Rubber recoil pad, hand checkered walnut, Monte Carlo cheekpiece.
**Sights:** Ramp front, open U-notch rear.
**Features:** 6 forward locking lugs. 60° bolt throw, wing-type safety. Choice of interchangeable single or double set triggers. Drilled and tapped for scope mounting. Imported by L.E.S.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $525.00

**MANNLICHER-SCHOENAUER M-72 MODEL S**
**Caliber:** 6.5x68, 7mm Rem. Mag., 8x68S, 9.3x64, 375 H&H Mag.
**Barrel:** 25½˝.
**Weight:** 8½ lbs. **Length:** 46˝ over-all.
**Stock:** Walnut half-stock style, varnished or oil finish. Rubber recoil pad, hand checkered. Monte Carlo cheekpiece.
**Sights:** Hooded ramp front, U-notch open rear.
**Features:** 6 forward locking lugs. 60° bolt throw. Wing-type safety. Choice of interchangeable single or double set triggers. Drilled and tapped for scope mounts. Custom engraving and stock carving avail. Imported by L.E.S.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $600.00

**MANNLICHER-SCHOENAUER M-72 MODEL T**
Same as Model S except weighs 9¼ lbs., available in 9.3x64, 375 H&H Mag., and 458 Win. Mag. only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $650.00

**NAVY ARMS MODEL 1875 REVOLVING RIFLE**
**Caliber:** 38 Special, 44-40.
**Barrel:** 20˝.
**Weight:** 5 lbs. **Length:** 38˝.
**Stock:** Walnut, brass butt plate.
**Sights:** Front blade adj. for w., buckhorn rear adj. for e.
**Features:** Action resembles Remington Model 1875 revolver. Polished brass trigger guard. Imported by Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $175.00



**PARKER-HALE SUPER 1200 BOLT ACTION RIFLE**
**Caliber:** 22-250, 243 Win., 6mm Rem., 25-06, 270 Win., 30-06, 308 Win., 7mm Rem. Mag., 300 Win. Mag.
**Barrel:** 24˝.
**Weight:** 7¼ lbs. **Length:** 45˝.
**Stock:** 13.5˝ x 1.8˝ x 2.3˝. Hanc checkered walnut, rosewood p.g. and fore-end caps, fitted rubber recoil pad with white line spacers.
**Sights:** Bead front, folding adj. rear. Receiver tapped for scope mounts.
**Features:** 3-way side safety, single-stage adj. trigger, hinged mag. floorplate. Model 1200P has scroll engraved action, trigger guard and mag. floorplate, detachable swivels, no sights; avail. only in 243, 30-06. Varmint Model (1200V) has glass-bedded action, free-floating bbl., avail. in 22-250, 6mm Rem., 25-06, 243 Win., without sights. Imported from England by Jana.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $189.95 ($199.95, mag. cals.)
**Price:** 1200P . . . . . . . . . . . . $239.95    1200V . . . . . . . . . . . . . . . $199.95



**Sako Model 74 Deluxe Sporter**
Same action as M-74 except has select wood, Rosewood p.g. cap and fore-end tip. Fine checkering on top surfaces of integral dovetail bases, bolt sleeve, bolt handle root and bolt knob. Vent. recoil pad, skip-line checkering, mirror finish bluing.
**Price:** 222 or 223 cals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $385.00
**Price:** 22-250, 243 or 308 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $410.00
**Price:** 25-06, 270, 30-06 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $435.00
**Price:** 338 Mag., 7mm Rem. Mag. 375 H&H . . . . . . . . . . . . . . . . . . . . $440.00

**SAKO MODEL 74 SUPER SPORTER**
**Caliber:** 222, 223, (short action); 22-250, 243, 308, (medium action); 25-06, 270, 30-06, 7mm Mag., 300 Mag., 338 Mag., 375 H&H Mag. (long action).
**Barrel:** 23˝ (222, 223, 22-250, 243 and 308), 24˝ (other cals.).
**Weight:** 6½ lbs. (short); 6¾ lbs. (med.); 8 lbs. (long).
**Stock:** Hand-checkered European walnut.
**Sights:** None furnished.
**Features:** Adj. trigger, hinged floorplate. 222 and 223 have short action, 22-250, 243 and 308 medium action, others are long action. Imported from Finland by Garcia.
**Price:** Short action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $255.00
**Price:** Medium action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $265.00
**Price:** Long action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $275.00
**Price:** Magnum cals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $285.00

## IMPORTED CENTERFIRE RIFLES — BOLT ACTION

**Sako Heavy Barrel**
Same as std. Super Sporter except has beavertail fore-end; available in 222, 223 (short action), 22-250, 243, 308 (medium action), 25-06 (long action). Weight from 8¼ to 9 lbs. 5-shot magazine capacity.
**Price:** 222, 223 (short action) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$285.00**
**Price:** 22-250, 243, 308 (medium action) . . . . . . . . . . . . . . . . . . . . . . **$285.00**
**Price:** 25-06 (long action) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$285.00**

**Sako Golden Anniversary Model**
Same as std. M-74 except stocked with fancy grade wood, hand carved and checkered; gold oak leaf inlays on receiver, trigger guard and floor plate. Serially numbered 1 to 1,000. In 7mm Rem. Mag. only, 24″ bbl., 8 lbs.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$770.00**



**STEYR-MANNLICHER TARGET RIFLE—MODEL MATCH**
**Caliber:** 308 Win.
**Barrel:** 25½″.
**Weight:** 9½ lbs. **Length:** 44½″ over-all.
**Stock:** Walnut or synthetic.
**Sights:** Hooded blade front, folding leaf rear or Walther diopter match sight.
**Features:** Extra magazine included with rifle. 6 rear locking lugs, 60° bolt throw. Adj. trigger. Optional 10-shot magazine available. Imported by L.E.S.
**Price:** Synthetic stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$575.00**
**Price:** Walnut stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$600.00**



**STEYR-MANNLICHER MODEL SSG**
**Caliber:** 308 Win.
**Barrel:** 25½″.
**Weight:** 8½ lbs. **Length:** 44½″ over-all.
**Stock:** Walnut or synthetic.
**Sights:** Hooded blade front, folding leaf rear or Walther diopter match sight.
**Features:** Extra magazine included with rifle. 6 rear locking lugs, 60° bolt throw. Adj. trigger. Optional 10-shot magazine available. Imported by L.E.S.
**Price:** Synthetic stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$425.00**
**Price:** Walnut . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$475.00**



**STEYR-MANNLICHER MODEL SL**
**Caliber:** 222, 222 Rem. Mag., 223, 5.6x50 Mag.
**Barrel:** 20″ (full stock), 23½″ (half stock).
**Weight:** 5½ lbs. **Length:** 38¼″ over-all (20″ bbl.).
**Stock:** Hand checkered walnut with Monte Carlo cheekpiece. Either full Mannlicher or half stock.
**Sights:** Ramp front, open U-notch rear.
**Features:** Choice of interchangeable single or double set triggers. Extra magazine included. Detachable "Makrolon" rotary magazine. 6 rear locking lugs. Drilled and tapped for scope mounts. Custom hand engraving and stock carving avail. Imported by L.E.S.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$375.00**

**Steyr-Mannlicher Model S**
Same as Model SL except available in 6.5x68; 257 Weatherby Mag., 264 Win. Mag., 7mm Rem. Mag., 300 H&H, 308 Norma Mag., 8x68S, 338 Win. Mag., 9.3x64, 375 H&H Mag. Avail. only with half-stock. Extra magazine fits in buttstock recess . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$525.00**



**Steyr-Mannlicher Model S/T**
Same as Model S except available only in 9.3x64, 375 H&H, 458 Win. Mag., has 23½″ barrel (458 has 23½″). Choice of interchangeable single or double set triggers. Detachable 4-shot Makrolon rotary magazine. Extra magazine (included) fits in recess in buttstock . . . . . . . . . . . . . . . . **$550.00**

**STEYR-MANNLICHER MODEL M**
**Caliber:** 6.5x55, 270, 7x57, 7x64, 30-06, 8x57JS, 9.3x62, 5-shot.
**Barrel:** 20″ (full stock).
**Weight:** 6½ lbs. (full stock). **Length:** 39″ over-all (full stock).
**Stock:** Full Mannlicher or standard half stock. Rubber recoil pad, hand checkered walnut. Monte Carlo cheekpiece.
**Sights:** Ramp front, open U-notch rear.
**Features:** Extra magazine included. Choice of interchangeable double set or single trigger. Detachable 5-shot rotary magazine. 6 rear locking lugs. Drilled and tapped for scope mounting. Imported by L.E.S.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$450.00**



**Steyr-Mannlicher Model L**
Same as Model M except available in 22-250, 5.6x57, 6mm Rem., 243, 308 Win. Custom hand engraving and stock carving as well as heavy barrel varmint version available . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$400.00**



**TRADEWINDS HUSKY MODEL 5000 BOLT RIFLE**
**Caliber:** 270, 30-06, 308, 243, 22-250.
**Barrel:** 23¾″.
**Weight:** 6 lbs. 11 oz.
**Stock:** Hand checkered European walnut, Monte Carlo, white line spacers on p.g. cap, fore-end tip and butt plate.
**Sights:** Fixed hooded front, adj. rear.
**Features:** Removeable mag., fully recessed bolt head, adj. trigger. Imported by Tradewinds.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$295.00**

Compendium_Klarevas
Page 232

## IMPORTED CENTERFIRE RIFLES — BOLT ACTION



### WALTHER KKJ BOLT ACTION RIFLE
**Caliber:** 22 Hornet, 5 shot.
**Barrel:** 22½".
**Weight:** 5½ lbs. **Length:** 41½".
**Stock:** Hand checkered walnut, p.g., cheek piece.
**Sights:** Hooded ramp front, adj. rear; dove tailed for slide-on scope mounts.
**Features:** Double set triggers available. Imported from Germany by Interarms.
**Price:** . . . . . . . . . . . . . . . . **$299.00**   With dobule set trigger  . . . **$319.00**

### WHITWORTH EXPRESS RIFLE
**Caliber:** 375 H&H; 458 Win. Mag.
**Barrel:** 24".
**Weight:** 7½-8 lbs. **Length:** 44".
**Stock:** Classic English Express rifle design of hand checkered, select European Walnut.
**Sights:** Three leaf open sight calibrated for 100, 200, 300 yards, ramp front with removable hood.
**Features:** Solid rubber recoil pad, barrel mounted sling swivel, adjustable trigger, hinged floor plate, solid steel recoil cross bolt. Imported by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$360.00**



### TYROL CUSTOM CRAFTED RIFLE
**Caliber:** 243, 25-06, 308, 30-06, 7mm, 300 Win.
**Barrel:** 24".
**Weight:** 7 lbs. **Length:** 42½" over-all.
**Stock:** Hand checkered walnut, rosewood fore-end and p.g. cap, rubber recoil pad and detachable swivels.
**Sights:** Hooded ramp front, 100 and 200 yd. rear. Drilled and tapped for scope mounting.
**Features:** Shotgun-type tang safety, adj., trigger. Imported from Austria by Firearms Center, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$220.95**

## IMPORTED CENTERFIRE RIFLES — REPLICAS



### MARTINI TARGET RIFLES
**Caliber:** 45-70 or 444.
**Barrel:** 18", 26" or 30".
**Weight:** 9 lbs. **Length:** 35½" over-all (18" bbl.).
**Stock:** Walnut.
**Sights:** Blade front, U-notch middle, fully adj. vernier tang peep.
**Features:** Action color case hardened. Half-round half-octagon barrel, p.g. stock, schnabel fore-end, long cocking lever. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$195.00**

### NAVY ARMS ROLLING BLOCK RIFLE
**Caliber:** 45-70, 444 Marlin.
**Barrels:** 26½".
**Stock:** Walnut finished.
**Sights:** Fixed front, adj. rear.
**Features:** Reproduction of classic rolling block action. Available in Buffalo Rifle (octagonal bbl.) and Creedmore (half round, half octagonal bbl.) models. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$150.00**
**Price:** Creedmore Model  . . . . . . . . . . . . . . . . . . . . . . . . . . **$175.00**



### ROLLING BLOCK BABY CARBINE
**Caliber:** 22 LR, 357 Mag., 44-40.
**Barrel:** 20", octagon.
**Weight:** 4¾ lbs. **Length:** Approx. 35" over-all.
**Stock:** Walnut.
**Sights:** Blade front, rear adj. for e.
**Features:** Small rolling block action is color case hardened with blue barrel. Trigger guard and buttplate polished brass. Imported by Navy/Marietta Replica Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$135.00**

### STAR ROLLING BLOCK CARBINE
**Caliber:** 30-30, 357 Mag., 44 Mag.
**Barrel:** 20".
**Weight:** 6 lbs. **Length:** 35" over-all.
**Stock:** Walnut, straight grip.
**Sights:** Square bead ramp front, folding leaf rear.
**Features:** Color case-hardened receiver, crescent buttplate. Forged steel receiver. Imported by Garcia.
**Price:** Approx. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$150.00**

## IMPORTED RIMFIRE RIFLES — AUTOLOADING & LEVER ACTION



**AMERICAN 180 AUTO CARBINE**
**Caliber:** 22 LR, 177-round magazine.
**Barrel:** 16½".
**Weight:** 5¾ lbs. (empty), 10 lbs. (loaded). **Length:** 33¼" over-all.
**Stock:** High impact plastic stock and fore-end.
**Sights:** Blade front, peep rear adj. for w. and e.
**Features:** Available in selective fire version for law enforcement or semi-auto only for civilians. Laser-Lok laser beam sight available at extra cost. Imported from Austria by American International.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$295.00**
**Price:** Laser-Lok sight system . . . . . . . . . . . . . . . . . . . . . . . . . . . **$395.00**
**Price:** Extra magazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$35.00**





**AP-15 AUTO RIFLE**
**Caliber:** 22 LR, 32 ACP, 15 shot magazine.
**Barrel:** 20" including flash reducer.
**Weight:** 6½ lbs. **Length:** 38½" over-all.
**Stock:** Black plastic.
**Sights:** Ramp front, adj. peep rear.
**Features:** Pivotal take-down, easy disassembly. AR-15 look-alike. Sling and sling swivels included. Imported by Kassnar Imports.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.95**



**ERMA EG71 LEVER ACTION RIFLE**
**Caliber:** 22 LR, 15-shot.
**Barrel:** 18½".
**Weight:** 5 lbs., 5 ozs. **Length:** 35⅝".
**Stock:** Walnut.
**Sights:** Fixed front, adj. rear, receiver grooved for scope mts.
**Features:** Looks and operates like traditional 30-30. Imported from Germany by R. G. Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$82.95**

**ERMA EM1 22 AUTOLOADING CARBINE**
**Caliber:** 22 LR, 10-shot.
**Barrel:** 17¾".
**Weight:** 5¾ lbs. **Length:** 35⅜".
**Stock:** Walnut, semi p.g.
**Sights:** Fixed front, rear adj. for w. & e., grooved for scope mts. Looks and operates like U.S. M1 carbine. 15-shot mag. also available. Imported from Germany by R.G. Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$83.95**



**FRANCHI CENTENNIAL AUTO RIFLE**
**Caliber:** 22 LR. (11-shot).
**Barrel:** 21".
**Weight:** 5 lbs. 2 oz. **Length:** 39⅛".
**Stock:** Epoxy-finished walnut.
**Sights:** Gold bead front, adj. rear.
**Features:** Quick takedown, cross-bolt safety, receiver grooved for tip-off scope mounts. Available in standard and deluxe (engraved action) grades. Imported from Italy by Stoeger Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$165.95**



**SQUIRES BINGHAM M20D SEMI AUTO RIFLE**
**Caliber:** 22 LR, 15-shot clip.
**Barrel:** 19½".
**Weight:** 6 lbs. **Length:** 40½" over-all.
**Stock:** Pulong Dalaga wood with contrasting fore-end tip.
**Sights:** Blade front, V-notch rear adj. for e.
**Features:** Positive sliding thumb safety. Receiver grooved for tip-off scope mount. Flash suppressor/muzzle brake. Imported by American Import.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$66.95**

**SQUIRES BINGHAM M16 SEMI AUTO RIFLE**
**Caliber:** 22 LR, 15-shot clip.
**Barrel:** 16½".
**Weight:** 6 lbs. **Length:** 38½" over-all.
**Stock:** Black painted mahogany.
**Sights:** Post front, rear adj. for e.
**Features:** Box magazine, muzzle brake/flash suppressor. Imported by American Import.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$89.95**



**TRADEWINDS MODEL 260-A AUTO RIFLE**
**Caliber:** 22 LR, 5-shot (10-shot mag. avail.).
**Barrel:** 22½".
**Weight:** 5¾ lbs. **Length:!** 41¾".
**Stock:** Walnut, with hand checkered p.g. and fore-end.
**Sights:** Ramp front with hood, 2-leaf folding rear, receiver grooved for scope mt.
**Features:** Double extractors, sliding safety. Imported by Tradewinds.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$165.00**

Compendium_Klarevas
Page 234

# IMPORTED RIMFIRE RIFLES — BOLT ACTION



**KLEINGUNTHER K-10 BOLT ACTION RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 21¼".
**Weight:** 4.2 lbs. **Length:** 38¼".
**Stock:** Beechwood, walnut stained.
**Sights:** Hooded front, Mauser type tangent rear.
**Features:** Mauser type thumb safety locks firing pin. Imported from Europe by Kleingunther
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$39.00**



**KLEINGUNTHER K-12 BOLT ACTION RIFLE**
**Caliber:** 22 LR, 5-shot or 10-shot.
**Barrel:** 21¼".
**Weight:** 5.7 lbs. **Length:** 40".
**Stock:** Hand checkered walnut, p.g., rosewood fore-end tip.
**Sights:** Hooded front, 2 leaf folding rear. Receiver grooved for scope mts.
**Features:** Adj. trigger, thumb lever safety. Imported from Europe by Kleingunther
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$86.00**

**Kleingunther K-13 Bolt Action Rifle**
Same as K-12 except chambered for 22 WMR, weight 5.9 lbs.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$128.00**



**ROSSI GALLERY PUMP RIFLE**
**Caliber:** 22 S, L or LR (Standard), 22 RFM (Magnum).
**Barrel:** 22½".
**Weight:** 5¼ lbs.
**Stock:** Walnut, straight grip, grooved fore-end.
**Sights:** Fixed front, adj. rear.
**Features:** Capacity 20 Short, 16 Long or 14 Long Rifle. Quick takedown. Imported from Brazil by Garcia.
**Price:** Standard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$90.00**
**Price:** Magnum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$105.00**

**SQUIRES BINGHAM M14D BOLT ACTION RIFLE**
**Caliber:** 22 S, L, LR, 5-shot clip.
**Barrel:** 19½".
**Weight:** 6 lbs. **Length:** 41" over-all.
**Stock:** Pulong Dalaga wood with contrasting fore-end tip. Monte Carlo cheekpiece.
**Sights:** Hooded ramp front, V-notch rear adjustable for e.
**Features:** Positive sliding thumb safety, receiver grooved for tip-off scope mount. Also available in 22 mag. as model 15. Imported by American Import.
**Price:** Model 14D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$63.95**
**Price:** Model 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.95**



**TRADEWINDS MODEL 311-A BOLT ACTION RIFLE**
**Caliber:** 22 LR, 5-shot (10-shot mag. avail.).
**Barrel:** 22½".
**Weight:** 6 lbs. **Length:** 41¼".
**Stock:** Walnut, Monte Carlo with hand checkered p.g. and fore-end.
**Sights:** Ramp front with hood, folding leaf rear, receiver grooved for scope mt.
**Features:** Sliding safety locks trigger and bolt handle. Imported by Tradewinds.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$150.00**

**WALTHER KKJ RIMFIRE RIFLE**
**Caliber:** 22 LR, 5 or 8 shot; 22 WRM, 5 shot.
**Barrel:** 22½".
**Weight:** 5½ lbs. **Length:** 41½".
**Stock:** Hand checkered walnut, p.g., cheek piece.
**Sights:** Hooded ramp front, adj. rear; dove tailed for slide-on scope mounts.
**Features:** Double set triggers available. Imported from Germany by Interarms.
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$279.00**
**Price:** 22 WRM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**
**Price:** 22 LR with double set trigger . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**
**Price:** 22 WRM with double set trigger . . . . . . . . . . . . . . . . . . . . . . **$319.00**

**The product prices mentioned in these catalog pages were correct at presstime, but may be higher when you read this.**

**378**   THE GUN DIGEST

# IMPORTED TARGET RIFLES



**PARKER-HALE 1200 TX TARGET RIFLE**
**Caliber:** 7.62mm NATO (308), 30-06.
**Barrel:** 26″.
**Weight:** 10½ lbs. **Length:** 46¾″.
**Stock:** 13³⁄₁₆″ x 1¹¹⁄₁₆″ x 1¹⁵⁄₁₆″. Oil finish, full beavertail, p.g., vent. rubber butt pad.
**Sights:** Micro adj. ¼″ click rear, interchangeable element tubular front.
**Features:** Full floating bbl., epoxy bedded action, fully adj. trigger, selected bbl. Imported from England by Jana.
**Price:** ............................................... **$249.95**



**WALTHER KKM MATCH RIFLE**
**Caliber:** 22 LR.
**Barrel:** 28″.
**Weight:** 15½ lbs. **Length:** 46″.
**Stock:** Walnut, with fully adj. hook butt plate, hand shelf and selection of ball-type offset yoke palm rest.
**Sights:** Olympic front with post and aperture inserts, micrometer rear click adj. for w. & e.
**Features:** Fully adj. match trigger. Imported from Germany by Interarms.
**Price:** ............................................... **$469.00**



**Walther "Prone 400" Match Rifle**
Especially designed for prone shooting with split stock to allow cheekpiece adjustment. Caliber 22 LR with scope blocks.
**Price:** ............................................... **$379.00**



**WALTHER U.I.T. MATCH RIFLE**
**Caliber:** 22 LR.
**Barrel:** 25½″.
**Weight:** 10 lbs., 3 oz. **Length:** 44¾″.
**Stock:** Walnut, adj. for length and drop; fore-end guide rail for sling or palm rest.
**Sights:** Interchangeable post or aperture front, micro adj. rear.
**Features:** Conforms to both NRA and U.I.T. requirements. Fully adj. trigger. Left hand stock available on special order. Imported from Germany by Interarms.
**Price:** ............................................... **$339.00**



**WALTHER RUNNING BOAR MATCH RIFLE**
**Caliber:** 22 LR.
**Barrel:** 23.6″.
**Weight:** 8 lbs. 5 oz. **Length:** 42″ over-all.
**Stock:** Walnut thumb-hole type. Fore-end and p.g. stippled.
**Sights:** Globe front, micro adj. rear.
**Features:** Especially designed for running boar competition. Receiver grooved to accept dovetail scope mounts. Adjustable cheekpiece and butt plate. 1.1 lb. trigger pull. Imported by Interarms.
**Price:** ............................................... **$319.00**

Compendium_Klarevas
Page 236

# IMPORTED DRILLINGS, DOUBLE & COMBO RIFLES



**COLT SAUER DRILLING**
**Caliber:** 12 ga., 12 ga., over 30-06.
**Action:** Top lever, cross bolt, box lock.
**Barrel:** 25″ (Mod. & Full).
**Weight:** 8 lbs. **Length:** 41¾″ over-all.
**Stock:** American walnut, oil finish. Checkered p.g. and fore-end. Black p.g., cap, recoil pad. 14¼″x2″x1½″.
**Sights:** Blade front with brass bead, folding leaf rear.
**Features:** Cocking indicators, tang barrel selector, automatic sight positioner, set rifle trigger, side safety. Blue finish with bright receiver engraved with animal motifs and European-style scrollwork. Imported by Colt.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,650.00**



**FERLACH O/U TURKEY RIFLE/SHOTGUN**
**Gauge:** 12, 16, 20, and 22 Hornet, 222 Rem., 243, 257, 6.5x55, 270, 7x57, 30-06.
**Action:** Anson & Deeley boxlock.
**Barrel:** 22″ or 24″.
**Weight:** 6½ lbs.
**Stock:** Circassian walnut, hand checkered at p.g. and split fore-end, horn p.g. cap and buttplate.
**Features:** Double triggers, auto safety, engraved action. With or without cheekpiece, recoil pad. Imported from Austria by Flaig's.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$950.00**



**KRIEGHOFF TRUMPF DRILLING**
**Caliber:** 12 and 12 ga. (2¾″) and 30-06, 20 and 20 (3″) and 243 Win.
**Action:** Sidelock or boxlock.
**Barrel:** 25″, solid rib.
**Weight:** 7½ lbs. **Length:** 41″ over-all.
**Stock:** 14¼″x1¼″x2¼″, European walnut.
**Sights:** Sourdough front, express rear.
**Features:** Shot barrel locks cock on opening, rifle barrel cocked and rear sight raises by action of tang mounted slide. Split extractors. American scope can be mounted at factory with claw mounts. Imported by Unordco.
**Price:** Boxlock action with optional engraving coverage and special stock features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,560.00**
**Price:** Sidelock version (Neptun) . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,600.00**
**Price:** Deluxe Neptun (engraved) with hand-detachable locks . . . **$3,300.00**



**KRIEGHOFF "TECK" DOUBLE RIFLE**
**Caliber:** All standard rimless and rimmed American and metric calibers, including 375 H & H and 458 Win. Mag.
**Action:** Kersten double cross bolt, double under-lug locking system.
**Barrel:** 25″, separated, free-floating.
**Weight:** From 8 lbs. **Length:** 41″ over-all.
**Stock:** 14¼″x1¼″x2¼″, European walnut.
**Sights:** Sourdough front, express rear.
**Features:** Imported by Unordco.
**Price:** Std. cals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,680.00**
**Price:** Belted magnum cals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,920.00**
**Price:** Model Ulm (sidelocks) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,060.00**
**Price:** Model Ulm (engraved, hand-detachable sidelocks) . . . . . . . **$3,300.00**
**Price:** Interchangeable o/u shotgun barrel . . . . . . . . . . . . . . . . . . . . **$480.00**
**Price:** Interchangeable o/u rifle barrel . . . . . . . . . . . . . . . . . . . . . . . **$990.00**



**KRIEGHOFF RIFLE-SHOTGUN COMBO**
**Caliber Gauge:** Top-12, 16, 20 (2¾″), 20 ga. 3″; lower-all popular U.S. and metric cartridges, rimless and rimmed.
**Action:** Boxlock.
**Barrel:** 25″, solid rib.
**Weight:** 6¼ lbs. **Length:** 41″ over-all.
**Stock:** 14¼″x1¼″x2¼″, European walnut.
**Sights:** Sourdough front, express rear.
**Features:** Interchangeable rifle barrels in 22 Hornet, 222 Rem., 222 Rem. Mag. priced at $175.00. Scope optional. Imported by Unordco.
**Price:** 12 ga./30-06 or 222 Rem. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,440.00**
**Price:** Sidelock Ulm model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,200.00**
**Price:** Ulm Primus (deluxe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,800.00**
**Price:** 12 ga. double barrels (only) with ejectors . . . . . . . . . . . . . . . **$480.00**

Compendium_Klarevas
Page 237

## IMPORTED SHOTGUNS—PUMP & AUTOLOADING



### BENELLI AUTOLOADING SHOTGUN
**Gauge:** 12 only (5-shot).
**Barrel:** 26″ (Imp. Cyl., Mod.); 28″ (Full, Imp. Mod., Mod.). Vent. rib.
**Weight:** 6¾ lbs.
**Stock:** European walnut. 14″x1½″x2½″. Hand checkered p.g. and fore-end.
**Sights:** Metal bead front.
**Features:** Quick interchangeable barrels. Cross-bolt safety. Hand engraved on higher grades. Imported from Italy by Diana Import Co.
**Price:** Standard model ........................................ **$335.00**
**Price:** Engraved ................................................ **$475.00**

### CHARLES DALY AUTO SHOTGUN
**Gauge:** 12 (2¾″ chamber).
**Action:** Recoil-operated semi-auto.
**Barrel:** 26″ (I.C.), 28″ (Mod. or Full), 30″ (Full), vent. rib.
**Stock:** Hand-checkered walnut, p.g.
**Features:** Button safety, 5-shot capacity (3-shot plug furnished). Imported by Sloan's.
**Price:** .................. **$255.00**    Extra barrels ............. **$85.00**



### FRANCHI MAGNUM AUTO SHOTGUN
**Gauge:** 12 or 20, 3-inch shells.
**Action:** Recoil-operated automatic.
**Barrel:** 32″, 12 ga.; 28″, 20 ga., both Full.
**Weight:** 12 ga. 8¼ lbs., 20 ga. 6 lbs.
**Stock:** Epoxy-finished walnut with recoil pad.
**Features:** Chrome-lined bbl., easy takedown. Available with ventilated rib barrel. Imported from Italy by Stoeger Arms.
**Price:** ........................................................ **$314.95**





### BERETTA AL-2 AUTO SHOTGUNS
**Gauge:** 12 or 20 (4-shot, 3-shot plug furnished). 2¾″ or 3″ chambers.
**Action:** Gas-operated autoloader.
**Barrel:** 12 ga., 30″ or 28″ (Mod.), 26″ (Imp. Cyl.); 20 ga., 28″ (Full or Mod.), 26″ (Imp. Cyl.); 12 ga. Trap, 30″ (Full); 12 or 20 ga. Skeet, 26″ (Skeet); 12 ga., 3″ mag. 30″ (Full), 28″ (Mod.).
**Weight:** 12 ga. 7 lbs., 20 ga. 6½ lbs., Trap 7½ lbs.
**Stock:** Hand checkered European walnut, p.g. Monte Carlo on trap models.
**Features:** AL-2 has hand-engraved receiver and ventilated rib. Crossbolt safety. Imported from Italy by Garcia.
**Price:** AL-2 ..................................................... **$285.00**
**Price:** AL-2 Trap or Skeet ..................................... **$320.00**
**Price:** AL-2 3″ Magnum ........................................ **$305.00**

### FRANCHI STANDARD AUTO SHOTGUN
**Gauge:** 12, 20 or 28, 5-shot. 2¾″ or 3″ chamber.
**Action:** Recoil-operated automatic.
**Barrel:** 24″ (Imp. Cyl. or Cyl.); 26″ (Imp. Cyl. or Mod.); 28″ (Skeet, Mod. or Full); 30″, 32″. (Full).
**Weight:** 12 ga. 6¼ lbs., 20 ga. 5 lbs. 2 oz.
**Stock:** Epoxy-finished walnut.
**Features:** Chrome-lined bbl., easy takedown, 3-round plug provided. Available with plain round or ventilated rib barrel. Imported from Italy by Stoeger Arms.
**Price:** Plain bbl. 12 or 20 ga. ................................. **$229.95**
**Price:** Vent. rib 12 or 20 ga. .................................. **$274.95**
**Price:** Hunter model (engraved, 12 or 20) ..................... **$314.95**
**Price:** "EL Dorado" Model .................................... **$374.95**

### Franchi Slug Gun
Same as Standard automatic except 22″ cylinder bored bbl., adj. rear sight, sling swivels.
**Price:** ........................................................ **$274.95**

### TRADEWINDS H-170 AUTO SHOTGUN
**Gauge:** 12 only, 2¾″ chamber.
**Action:** Recoil-operated automatic.
**Barrel:** 26″, 28″ (Mod.) and 28″ (Full), chrome lined.
**Weight:** 7 lbs.
**Stock:** Select European walnut stock, p.g. and fore-end hand checkered.
**Features:** Light alloy receiver, 5-shot tubular magazine, ventilated rib. Imported by Tradewinds.
**Price:** ........................................................ **$259.50**

### HIGH STANDARD SHADOW AUTO SHOTGUN
**Gauge:** 12 or 20 (2¾″ and 3″ chambers).
**Action:** Gas operated
**Barrel:** 26″ (Imp., Skeet), 28″ (Imp. Mod., Mod., Full), 30″ (Full, Trap). Full airflow rib.
**Weight:** 7 lbs.
**Stock:** American walnut. Hand checkered p.g. and wide fore-end.
**Sights:** Metal bead front.
**Features:** Self-cleaning gas system. Highly polished octagonal bolt. Takedown, interchangeable barrels, p.g. cap on all models, recoil pad available on 3″ mag. models. Crossbolt safety. Imported by High Standard.
**Price:** ........................................................ **$264.00**

## IMPORTED SHOTGUNS — PUMP & AUTOLOADING



### SQUIRES BINGHAM M30/28 PUMP SHOTGUN
**Gauge:** 12 ga. (2¾″ chamber), 5-shot.
**Barrel:** 20″ (Cyl.), 28″ (Mod.), 30″ (Full).
**Weight:** 7 lbs. **Length:** 49¾″ over-all.
**Stock:** Pulong Dalaga wood.
**Sights:** Brass bead front.
**Features:** Blued frame and barrel. Cross-bolt safety. Damascene bolt. 5-shot capacity, plugged for 3. Imported from the Philippines by American Import.
**Price:** .................................................................. **$99.95**

### UNIVERSAL BAIKAL MC-21 AUTO SHOTGUN
**Gauge:** 12 ga., 2¾″ chamber. 5-shot.
**Barrel:** 26″ (Imp. Cyl.), 28″ (Mod.), 30″ (Full). Vent. rib.
**Weight:** 7½ lbs.
**Stock:** Hand checkered walnut with cheekpiece. White spacers at p.g. and buttplate. Hand rubbed finish.
**Features:** Chrome barrel and chamber. Reversible safety. Instant take-down including trigger housing. Interchangeable barrels. Target grade trigger. Magazine cut-off. Imported by Universal Sporting Goods.
**Price:** .................................................................. **$350.00**

## IMPORTED SHOTGUNS — DOUBLE BARREL



### AYA MODELS 56 & 53E DOUBLE BARREL SHOTGUNS
**Gauge:** 12, 20 (2¾″ chambers standard, 3″ on request).
**Action:** Heavy Competition sidelock frame, triple bolting.
**Barrel** Up to 30″ (length and choke customer specified).
**Stock:** Made to customer specifications.
**Features:** Auto safety and ejectors, loading indicators, matted rib, gas escape valves, folding front trigger, engraved frame. Made to customer requirements, 10-12 month delivery. Model 53-E same except has hand detachable locks, concave rib. Imported from Spain by JBL Arms.
**Price:** 56 .................................................... **$938.00**
**Price:** 53E .................................................... **$808.00**

### Aya XXV/SL Double Barrel Shotgun
Same as 56 except 12 ga., 2¾″ chamber only, narrow top rib, 25″ bbl.
**Price:** .................................................... **$771.00**

### Aya No. 1 Double Barrel Shotgun
Same as 56 except lightweight frame, concave rib, double bolting, 2¾″ chambers only.
No. 2 similar to No. 1 except without loading indicators or folding front trigger.
**Price:** No. 1 .................................................... **$938.00**
**Price:** No. 2 .................................................... **$671.00**



### BERETTA GR DOUBLE BARREL SHOTGUNS
**Gauge:** 12 (2¾″ chambers), 20 (3″ chambers).
**Action:** Improved Greener action.
**Barrel:** 12 ga. 30″ or 28″ (Mod., Full), 26″ (Imp. Cyl., Mod.) 20 ga. 28″ (Mod., Full), 26″ (Imp. Cyl., Mod.)
**Weight:** 12 ga. 7 lbs., 20 ga. 6½ lbs., 12 ga. Mag. 8 lbs.
**Stock:** 14″ x 1½″ x 2½″ hand checkered European walnut stock and semi-beavertail fore-end.
**Features:** Ventilated rib. Model GR-2 has double triggers; GR-3 has single selective trigger; GR-4 has single selective trigger, auto ejectors, engraved action and select wood. Imported from Italy by Garcia.
**Price:** ......................................... **$475.00**(GR-2) to **$650.00**(GR-4)



### CENTURY FOLDING DOUBLE BARREL SHOTGUN
**Gauge:** 410 (3″ chambers).
**Action:** Hammer, side lever to open action.
**Barrel:** 27¾″ (Full & Full).
**Weight:** 4¾ lbs.
**Stock:** Hand checkered walnut, semi p.g.
**Features:** Depressing button on frame allows gun to be folded for carrying or storage. Imported from Spain by Century Arms.
**Price:** .................................................... **$34.50**

### BERETTA SO DOUBLE BARREL SHOTGUNS
**Gauge:** 12 (2¾″ chambers).
**Action:** Heavy underlug locking. Single selective or double triggers, gold plated on SO-7.
**Barrel:** 28″ (Mod. and Full), 26″ (I.C. and Mod.); 30″ bbl. and different choke combos available.
**Weight:** 7 to 7¾ lbs.
**Stock:** Select European walnut, ʻ4⅛″ x 1½″ x 2½″ or custom fitted, p.g. or straight grip.
**Features:** Made to order to customer's specifications. SO-7 has more ornamentation. Auto safety on Field models, manual on Skeet and Trap. Imported from Italy by Garcia.
**Price:** SO-6, SO-7 ...................................... On request only.

# IMPORTED SHOTGUNS – DOUBLE BARREL



## DARNE SLIDING BREECH DOUBLE
**Gauge:** 12, 16, 20 or 28.
**Action:** Sliding breech.
**Barrel:** 25½" to 27½", choice of choking.
**Weight:** 5½ to 6½ lbs.
**Stock:** European walnut, hand checkered p.g., and fore-end. English style or semi-p.g.
**Features:** Double triggers, selective ejectors, plume or raised rib, case-hardened or engraved receiver. Available in 8 grades, stock or custom made. Imported from France by Firearms Center, Inc.
**Price:** from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$475.00**

## DIXIE HAMMER DOUBLE BARREL SHOTGUN
**Gauge:** 12, 28 ga. regular.
**Action:** Front and back action.
**Barrel:** 28" to 32" barrels.
**Stock:** Straight, semi-pistol or full pistol-grip halfstocks, some with checkered grip and fore-end, some smooth.
**Weight:** Varies.
**Features:** Proofed for heaviest smokeless powder loads. Case-hardened frames with modest engraving. Imported from Belgium by Dixie Gun Works.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$125.00 to $140.00**

## DAVIDSON MODEL 63B DOUBLE BARREL SHOTGUN
**Gauge:** 12, 16, 20, 28 (2¾" chambers); 410 (3" chambers).
**Action:** Anson & Deeley with crossbolt (no crossbolt on 28 and 410).
**Barrel:** 30" 12 (Mod. & Full); 26" (I.C. & Mod.) and 28" (Mod. & Full) all except 410; 410, 25" (Full & Full) only.
**Weight:** 12 ga., 7 lbs.; 16, 20, 28 ga., 6½ lbs.; 410 ga., 5 lbs. 11 oz.
**Stock:** Hand finished checkered European walnut, white line spacers on p.g. cap and butt plate.
**Features:** Auto safety, manual extractors, gold-plated double triggers, engraved nickel-plated frame. Imported by Davidson.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$169.95**



## DAVIDSON 63B MAGNUM DOUBLE SHOTGUN
**Gauge:** 10 (3½" chambers), 12 and 20 (3" chambers) magnum.
**Barrel:** 32" 10 (Full & Fyll), 30" 12 (Mod. & Full), 28" 20 (Mod. & Full).
**Weight:** 10 ga., 10 lbs. 10 oz.; 12 ga., 7½ lbs.; 20 ga. 6¾ lbs.
**Stock:** Hand finished checkered European walnut, beavertail fore-end, white line spacers on p.g. cap and recoil pad.
**Features:** Auto safety, manual extractors, gold-plated double triggers (front hinged), engraved nickel-plated action. Imported from Europe by Davidson.
**Price:** 12, 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.95**
**Price:** 10 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$209.95**



## FALCON GOOSE DOUBLE BARREL SHOTGUN
**Gauge:** 10 (3½-inch chambers).
**Action:** Anson & Deeley with Holland type extractors, double triggers.
**Barrel:** 32" (Full and Full).
**Weight:** 11 lbs.
**Stock:** Hand checkered walnut, plastic p.g. cap and rubber recoil pad with white spacers.
**Features:** Auto safety, rubber recoil pad, engraved action. Imported from Spain by American Import.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$239.00**



## F.I.E. DOUBLE BARREL SHOTGUN
**Gauge:** 12, 20, 410.
**Action:** Boxlock.
**Barrel:** 30" 12 only (Full & Full); 28" all exc. 410 (Mod.& Full); 26" all exc. 410 (I.C.& Mod.); 26" 410 (Mod.& Full or Full & Full).
**Stock:** Hand checkered walnut, beavertail fore-end, white line spacers on p.g. cap and butt plate.
**Features:** Raised matted rib, double triggers, engraved case hardened receiver. Imported from Brazil by Firearms Import & Export.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.95**



## KLEINGUENTHER'S BRESCIA SHOTGUN
**Gauge:** 12, 20 (2¾" chambers).
**Action:** Anson & Deeley.
**Barrel:** 28" (Full & Mod. or I.C. & Mod.), chrome lined.
**Weight:** 6½ lbs.
**Stock:** Hand checkered walnut, p.g. or straight, recoil pad.
**Features:** Double triggers, engraved action. Imported from Italy by Kleingunther.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$216.20**

## LOYOLA MAGNUM DOUBLE BARREL SHOTGUN
**Gauge:** 10 (3½ chambers); 12, 20 and 410 (all 3" chambers).
**Action:** Hammerless, double trigger, auto. safety.
**Barrel:** 12, 20 ga. 26" (Imp. Cyl., Mod.), 28" (Full, Mod.); 10, 12 ga. 30" (Full, Mod.); 10 ga. 32", 12 ga. 30" and 410 ga. 26" (Full, Full).
**Stock:** Checkered walnut, p.g., fitted rubber recoil pad.
**Features:** Available with solid or vent. rib. ($20.00 additional). Imported from Spain by Jana.
**Price:** . . . . . . . . . . . . . . . . . . **$140.00** (12, 20, 410 ga.), **$175.00** (10 ga.)

## IMPORTED SHOTGUNS — DOUBLE BARREL



**MERCURY MAGNUM DOUBLE BARREL SHOTGUN**
**Gauge:** 10 (3½″), 12 and 20 (3″) magnums.
**Action:** Triple-lock Anson & Deeley type.
**Barrel:** 28″ (Full & Mod.), 12 and 20 gauge; 32″ (Full & Full), 10 ga.
**Weight:** 7¼ lbs. (12 ga.); 6½ lbs (20 ga.); 10⅛ lbs. (10 ga.) **Length:** 45″ (28″ bbls.).
**Stock:** 14″ x 1⅜″ x 2¼″ walnut, checkered p.g. stock and beavertail fore-end, recoil pad.
**Features:** Double triggers, front hinged, auto safety, extractors; safety gas ports, engraved frame. Imported from Spain by Tradewinds.
**Price:** ............................................. **$198.50** (12, 20 ga.)
**Price:** ............................................. **$249.50** (10 ga.)



**GEBRUDER MERKEL 47S SIDE-BY-SIDE**
**Gauge:** 12, 16, 20, 3″ chambers on request.
**Action:** Sidelock with double hook bolting and Greener breech.
**Barrel:** To customer's specs., choice of chokes.
**Weight:** 6¼ to 6¾ lbs.
**Stock:** To customer's specs. Walnut with p.g. or English style.
**Features:** Double, single or single selective trigger. Cocking indicators. English arabesque engraving. Imported by Champlin Firearms.
**Price:** With double trigger ............................... **$825.00**



**GEBRUDER MERKEL 147S SIDE-BY-SIDE**
**Gauge:** 12, 16, 20 ga. with 3″ chambers on request.
**Action:** Sidelock with double hook bolting and Greener breech. Trigger catch bar.
**Barrel:** To customer's specs., choice of chokes.
**Weight:** 6½ to 6¾ lbs.
**Stock:** Walnut finish. English style or p.g., to customer's specs.
**Features:** 30% faster trigger than conventional lock design. Hunting scene engraving. Highest grade side-by-side Merkel. Double, single or single selective trigger. Imported by Champlin Firearms.
**Price:** With double trigger ...........................**$1,000.00**

**GEBRUDER MERKEL 147E SIDE-BY-SIDE**
**Gauge:** 12, 16, 20, 3″ chambers on request.
**Action:** Anson-Deeley with double hook bolting and Greener breech.
**Barrel:** To customer's specs, choice of chokes.
**Weight:** 6¼ to 6½ lbs.
**Stock:** Walnut. English style or p.g., to customer's specs.
**Features:** Hunting scene engraving. Double, single or single selective trigger. Imported by Champlin Firearms.
**Price:** With double triggers ............................ **$525.00**



**Premier Continental Double Hammer Shotgun**
  Same as Ambassador except outside hammers, not avail. in 410.
**Price:** ..................................................... **$190.40**

**PREMIER AMBASSADOR DOUBLE BARREL SHOTGUN**
**Gauge:** 12, 16 (2¾″); 20, 410 (3″).
**Action:** Triple Greener crossbolt, Purdey avail. on 410; side locks.
**Barrels:** 22″ exc. 410; 26″ all (Mod. & Full).
**Weight:** 7¼ lbs. (12) to 6¼ lbs. (410). **Length:** 44½″.
**Stock:** 14″ x 1⅜″ x 2½″ checkered walnut, p.g., beavertail fore-end.
**Features:** Cocking indicators, double triggers, auto safety. Imported from Europe by Premier.
**Price:** ..................................................... **$209.40**



**Premier Brush King Double Barrel Shotgun**
  Same as Regent except 12 and 20 ga. only, 22″ bbls. (I.C. & Mod.), weight 6¼ lbs. (12), 5¾ lbs. (20).
**Price:** ..................................................... **$165.75**

**PREMIER REGENT DOUBLE BARREL SHOTGUN**
**Gauge:** 12, 16, 28 (2¾″ chambers); 20, 410 (3″ chambers).
**Action:** Triple Greener crossbolt; Purdey optional on 28, 410.
**Barrels:** 26″ (I.C. & Mod.) exc. 28 and 410 only (Mod. & Full); 28″ (Mod. & Full); 30″ 12 only (Mod. & Full).
**Weight:** 7¼ lbs. (12) to 6⅛ lbs. (410). **Length:** 42½″ (26″ bbls.).
**Stock:** 14″ x 1⅜″ x 2½″ checkered walnut, p.g. and fore-end.
**Features:** Matted tapered rib, double triggers, auto safety. Extra bbl. sets avail. Imported from Europe by Premier.
**Price:** ..................................................... **$154.50**

**Premier Magnum Double Barrel Shotgun**
  Similar to Regent except 10 ga. (3½″ chambers) 32″ or 12 ga. (3″ chambers) 30″, both Full & Full. Recoil pad, beavertail fore-end.
**Price:** 12 ga. ............................................ **$173.60**
**Price:** 10 ga. ............................................ **198.00**

**SLOAN'S P-O-S DOUBLE BARREL SHOTGUN**
**Gauge:** 10, 12, 20 or 410 (3″ chambers except 10, 3½″; 28, 2¾″).
**Action:** Hammerless, double triggers.
**Barrel:** 32″ 10, 30″ 12 (Full & Full); 30″ 12, 28″ 12 or 20, 26″ 28 or 410 (Mod. & Full); 26″ 12 or 20 (I.C. & Mod.).
**Stock:** Checkered walnut, p.g. cap and buttplate with white line spacers.
**Features:** Imported from Spain by Charles Daly.
**Price:** 12, 20, 28, 410 ga. ................................. **$100.00**
**Price:** 10 ga. ........................................... **$150.00**



**Sloan's P-O-S Coach Gun**
  Similar to standard P-O-S except has exposed hammers, 12 or 20 ga. only with 20″ barrels .......................................... **$105.00**

Compendium_Klarevas
Page 241

# IMPORTED SHOTGUNS – DOUBLE BARREL



**ROSSI HAMMERLESS**
**Gauge:** 12, 20, 3″ chambers.
**Action:** Greener crossbolt, top lever, break-open.
**Barrel:** 12 and 20 ga. 28″ (Mod., Full).
**Weight:** 6 to 7¾ lbs.
**Stock:** Brazilian hardwood, walnut finish.
**Features:** Double triggers, raised matted rib with bead front, beavertail fore-end, extractors. Imported from Brazil by Garcia.
**Price:** .............................................. **$170.00**

**UGARTECHEA DOUBLE BARREL SHOTGUN**
**Gauge:** 12 (Model 1302), 20 (Model 1303), 28 (Model 1304), 410 (Model 1305). All 3-inch chambers except 28 ga.
**Action:** Anson & Deeley, gold plated double triggers.
**Barrel:** 30″ (Mod. and Full) 12 ga., 28″ (Mod. and Full) 12 and 20 ga., 26″ (Imp. Cyl. and Mod.) 12 and 20 ga., (Mod. and Full) 28 ga., (Full and Full) 410 ga.
**Stock:** Hand checkered walnut, ebonite p.g. cap and butt plate with white spacers, beavertail fore-end.
**Features:** Scroll engraving. Imported from Spain by American Import.
**Price:** .............................................. **$179.50**

**ROSSI OVERLAND DOUBLE BARREL SHOTGUN**
**Gauge:** 12, 20 (3-n. chambers).
**Action:** Sidelock with external hammers; Greener crossbolt.
**Barrel:** 12 ga., 20″ (Imp. Cyl., Mod.) 20 ga., 20″ (Mod., Full).
**Weight:** 6½ to 7 lbs.
**Stock:** Walnut p.g. with beavertail fore-end.
**Features:** Solid raised matted rib. Imported from Brazil by Garcia.
**Price:** .............................................. **$160.00**

**UNIVERSAL BAIKAL TOZ-66 SIDE-BY-SIDE**
**Gauge:** 12 ga. 2¾″ chambers.
**Barrel:** 20″ (Imp. Cyl. & Mod.), 28″ (Mod. & Full).
**Weight:** 6¼-6½ lbs.
**Stock:** Walnut. Hand checkered p.g. and beavertail fore-end.
**Features:** Exposed hammers. Chrome barrels and chambers. Fore-end center latch. Hand engraved receiver. Extractors. Imported by Universal Sporting Goods.
**Price:** .............................................. **$139.95**



**UNIVERSAL BAIKAL IJ-58M SIDE-BY-SIDE**
**Gauge:** 12 ga., 2¾″ chambers.
**Barrel:** 26″ (Imp. Cyl. & Mod.), 26″ (Mod. & Full).
**Weight:** 6¾ lbs.
**Stock:** Walnut. Hand checkered p.g. and beavertail fore-end.
**Features:** Hinged front double trigger. Chrome barrels and chambers. Fore-end center latch. Hand engraved receiver. Extractors. Imported by Universal Sporting Goods.
**Price:** .............................................. **$169.95**

**UNIVERSAL BAIKAL MC-10 SIDE-BY-SIDE**
**Gauge:** 12 or 20 ga., 2¾″ chambers.
**Barrel:** 12 ga. 28″ (Mod. & Full), 20 ga. 26″ (Imp. Cyl. & Mod.).
**Weight:** 6 lbs. (20 ga.), 6¾ lbs. (12 ga.)
**Stock:** Fancy walnut. Hand checkered p.g. and fore-end. Choice of full p.g. or straight stock. Semi-beavertail fore-end.
**Features:** Fully engraved receiver with animal and bird scenes. Engraved trigger guard and tang. Double trigger. Chrome barrels, chambers and internal parts. Raised solid rib. Extractors or selective ejectors. Auto. safety, sling swivels. Imported by Universal Sporting Goods.
**Price:** .............................................. **$700.00**

**UNIVERSAL BAIKAL MC-111 SIDE-BY-SIDE**
**Gauge:** 12 ga., 2¾″ chambers.
**Barrel:** To customer's specifications, choice of chokes.
**Weight:** 7 lbs.
**Stock:** Fancy walnut. Choice of p.g. or straight stock. Gold and silver inlays in butt. Semi-beavertail fore-end. Monte Carlo. To customer's specifications.
**Features:** Handmade sidelock shotgun. Removable sideplates. Chrome barrels, chambers and internal parts. Selective ejectors, single selective trigger, hammer interceptors, cocking indicators. Hand chiseled scenes on receiver to customer specs. Gold inlays as requested. Sling swivels on barrel and butt. Imported by Universal Sporting Goods.
**Price:** Special order only .............................. **$1,800.00**



**WEBLEY & SCOTT SIDE-BY-SIDE SHOTGUNS**
**Gauge:** 20 ga., 3″ chambers, 28 ga., 2¾″ chambers.
**Action:** Boxlock.
**Barrel:** 26″ (Imp. & Imp. Mod.), 28 ga., 25″ (Imp. & Imp. Mod.).
**Weight:** 6 lbs. (20 ga.), 5½ lbs. (28 ga.).
**Stock:** Walnut, straight grip. 14⅛″x1½″x2¼″.
**Features:** Engine-turned flat rib. Engraved action. Checkered p.g. and fore-end. Comes with fitted leather case, snap caps, complete cleaning equipment. Imported by Harrington & Richardson.
**Price:** Model 720 (20 ga.) ............................ **$1,400.00**
**Price:** Model 728 (28 ga.) ............................ **$1,400.00**

**ZABALA DOUBLE BARREL SHOTGUN**
**Gauge:** 10 (3½″); 12, 20, 410 (3″); 16, 20 (2¾″).
**Action:** Modified Anson & Deeley boxlock.
**Barrels:** 32″ 10, 12 only (Full & Full); 30″ 12 only (Mod.& Full); 28″ all exc. 410 (Mod.& Full); 26″ 12, 20, 28 (I.C.&Mod.); 26″ 410 only (Mod.& Full); 22″ 12 only (I.C.& I.C.).
**Weight:** 10½ lbs.(10), 7¾ lbs.(12) to 6 lbs.(410).
**Stock:** Hand checkered European walnut, p.g., beavertail fore-end, rubber recoil pad. Dimensions vary with gauge.
**Features:** Auto safety, plain extractors. Imported from Spain by Galef.
**Price:** 10 ga. ........... **$175.95**    12 - 410 ............... **$142.95**

Compendium_Klarevas
Page 242

# IMPORTED SHOTGUNS—OVER-UNDER



**BERETTA BL-2/S O/U SHOTGUN**
**Gauge:** 12 ga., 3″ chambers on magnum model.
**Barrel:** 26″ (I.C. & Mod.); 28″ (Mod. & Full); 30″ mag. (Mod. & Full). Vent. rib.
**Weight:** 7 to 7¼ lbs.
**Stock:** 14⅛″x1½″x2½″. Hand checkered, walnut finish.
**Sights:** Metal bead front.
**Features:** Selective ''Speed-Trigger''—pull top part of trigger for more open-choked (lower) barrel, bottom part for upper (tighter-choked) barrel, or reverse order.
Price: 3″ Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$395.00**
Price: Field, 28″ bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$380.00**
Price: Field, 26″ bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$380.00**



**BERETTA BL O/U SHOTGUNS**
**Gauge:** 12, 28 (2¾″ chambers); 12 mag., 20 (3″ chambers).
**Action:** Hammerless boxlock with gold-plated single-selective trigger. BL-6 has sideplates.
**Barrel:** 12 ga., 30″ or 28″ (Mod.,Full), 26″ (Imp. Cyl., Mod.); 20 ga., 28″ (Mod., Full), 26″ (Mod., Full); 28 ga., 28″ (Mod., Full), 26″ (Imp. Cyl, Mod.); 12 ga. Trap, 30″ (Imp. Mod., Full); 12 or 20 ga. Skeet, 26″ (Skeet, Skeet).
**Weight:** 7¼ lbs. (12 ga.), 6 lbs (20 and 28 ga.), 7½ lbs (Trap and 12 ga. Mag.).
**Stock:** 14⅛″x1½″x2½″ (Standard), 14⅜″x1⅜″x1¾″ (Trap), hand-checkered European walnut, p.g.
**Features:** Hand-engraved receivers, ventilated rib. BL-4 has more engraving and checkering than BL-3, is available with two sets of barrels. BL-6 has additional hand-engraved sideplates, specially selected wood. Imported from Italy by Garcia.
Price: . . . . . . . . . . . . . From $395.00 (BL-3) to **$840.00** (BL-6 Trap or Skeet)



**BERETTA SO SERIES O/U SHOTGUNS**
**Gauge:** 12 (2¾″ chambers).
**Action:** Sidelock, with modified Greener crossbolt, hand-detachable on SO-4 and 5. Single selective or double triggers, gold plated on SO-5 only.
**Barrel:** 28″ (Mod. and Full). 26″ (I.C. and Mod.). 30″ and different choke combos available.
**Weight:** 7 to 7¼ lbs.
**Stock:** Select European walnut, 14⅛″x1½″x2½″ or custom fitted, p.g. or straight grip.
**Features:** Made to order to customer's specifications. Ornamentation varies with grade, SO-2 through SC-5. Imported from Italy by Garcia.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . On request only.



**CHARLES DALY VENTURE GRADE O/U SHOTGUNS**
**Gauge:** 12 (2¾″ chambers), 20 (3″ chambers).
**Action:** Box lock, single selective inertia trigger.
**Barrel:** 26″ (I.C. and Mod., Skeet and Skeet), 28″ (Mod. and Full), 30″ (Imp. Mod. and Full) 12 only.
**Weight:** 12 ga., 7 lbs.; 20 ga., 6 lbs. 5 oz.
**Stock:** 14″x1″x2½″ checkered walnut, p.g.
**Features:** Ventilated rib, manual safety, auto ejectors. Imported from Japan by Sloan's.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$415.00**
Price: 30″, Monte Carlo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$420.00**

**CHARLES DALY FIELD GRADE O/U SHOTGUNS**
**Gauge:** 12, 20 (2¾″ chambers).
**Action:** Boxlock, single selective inertia trigger, auto safety (exc. Skeet).
**Barrel:** 30″ 12 (Full & Full); 28″ 12, 20 (Mod. & Full); 26″ 12, 20, (Skeet & Skeet, I.C. & Mod.).
**Weight:** 12 ga., 7 lbs.; others, about 6¼ lbs.
**Stock:** 14″x1½″x2½″ walnut, p.g. 12 Mag. has recoil pad.
**Features:** Ventilated rib, selective auto ejectors. Imported from Japan by Sloan's.
Price: 12 and 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$450.00**

**CHARLES DALY SUPERIOR GRADE O/U SHOTGUN**
**Gauge:** 12, 20 (2¾″ chambers except 20. Field models, 3″).
**Action:** Boxlock, single selective inertia trigger.
**Barrel:** Same as Field Grade plus 28″ 12, 20 (Skeet & Skeet).
**Weight:** 12 ga., 7¼ lbs., others, 6 lbs. 10 oz.
**Stock:** 14″x1½″x2½″ checkered walnut, p.g., beavertail fore-end.
**Features:** Ventilated rib. ''Selexor'' permits shooter to select auto ejection or merely extraction. Imported from Japan by Sloan's.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$500.00** to **$525.00**
Price: Superior Grade Trap . . . . . . . . . . . . . . . . . . . . . . **$500.00** to **$595.00**
Price: Diamond Grade International . . . . . . . . . . . . . . . . . . . . . . . . . . . **$895.00**

Compendium_Klarevas
Page 243

# IMPORTED SHOTGUNS—OVER-UNDER



### FRANCHI FALCONET O/U SHOTGUN

**Gauge:** 12, 16, 20, 28 and 410.
**Action:** Hammerless with overhead-sear trigger and auto. safety.
**Barrel:** 24", 12 or 20 ga. (Cyl. & Imp. Cyl.); 26", all except 410 (Imp. Cyl. & Mod.), 410 (Mod. & Full); 28", all (Mod. & Full); 30", 12 ga. (Mod. & Full); 26", all except 16 ga. (Skeet 1-Skeet 2); 30" 12 ga. Trap (Mod. & Full).
**Weight:** 6 lbs. (approx.) except Skeet 7½ lbs. and Trap 8¼ lbs.
**Stock:** Epoxy finished walnut.
**Features:** Chrome-lined barrels, selective single trigger, auto ejectors. Available with "Buckskin" or "Ebony" (Blue) colored Frames. Skeet and Trap models have 10mm rib, middle sight, non-auto safety. Imported from Italy by Stoeger Arms.
**Price:** Ebony 12 & 20 ga. .......................................... **$419.95**
**Price:** Buckskin .................................................... **$419.95**
**Price:** Model 2002 Trap or Skeet ............................... **$949.95**
**Price:** Model 3003 Trap or Skeet ............................. **$1,800.00**
**Price:** Silver ...................................................... **$459.95**
**Price:** Super Falconet, Ebony, Buckskin ...................... **$549.95**
**Price:** Super Silver ............................................. **$629.95**



### HIGH STANDARD SHADOW SEVEN O/U SHOTGUN

**Gauge:** 12 (2¾" chambers).
**Action:** Boxlock.
**Barrel:** 27½" (Skeet & Skeet, Mod. & Imp., Full & Mod.); 29¾" (Full & Full, Imp. Mod. & Ful.).
**Weight:** 8 lbs. (29¾" bbl.).
**Stock:** American walnut. Hand checkered p.g. and fore-end. Field & Skeet: 14"x1⅜"x1⅞"; Trap: 14⅜"x1⅜"x1⅞".
**Sights:** Metal bead front.
**Features:** Solid frame. Single selective gold-plated trigger, automatic selective ejectors. Manual safety. Vent. rib. Imported by High Standard.
**Price:** ................................................................ **$499.95**

### HIGH STANDARD SHADOW INDY O/U SHOTGUN

**Gauge:** 12 (2¾" chambers).
**Action:** Boxlock with 4 locks.
**Barrel:** 27½" (Skeet & Skeet), 29¾" (Full & Full, Imp. Mod. & Full).
**Weight:** 8 lbs., 2 oz. (29¾" bbl.).
**Stock:** American walnut. Skip-line checkered p.g. and fore-end. Air ducting fore-end. Vent. rubber recoil pad. Field & Skeet: 14"x1½"x2½"; Trap: 14⅜"x1⅜"x1⅞".
**Sights:** Metal bead center and front.
**Features:** Wide aluminum airflow rib. Hand engraved frame. Single selective trigger, selective auto. ejectors. White spacers at p.g. and recoil pad. Chrome plated bores. Highly polished and damascened action. Imported by High Standard.
**Price:** ................................................................ **$595.00**



### KASSNAR/FIAS SK-1 O/U SHOTGUN

**Gauge:** 12 or 20 ça., 3" chambers.
**Action:** Top lever break open, box lock, Greener cross bolt.
**Barrel:** 26" (Imp. Cyl. & Mod.), 28" (Mod. & Full), 30" (Mod. & Full), 32" (Full & Full).
**Weight:** 6-6½ lbs.
**Stock:** Select European walnut. 14"x2¼"x1¼".
**Features:** Double triggers and non-automatic extractors. Checkered p.g. and fore-end. Imported by Kassnar Imports.
**Price:** ................................................................ **$249.95**

### IVER JOHNSON SILVER SHADOW O/U SHOTGUN

**Gauge:** 12 ga. only.
**Barrel:** 28" (Mod. & Full). Vent. rib.
**Weight:** 8¼ lbs.
**Stock:** Walnut. Checkered p.g. and fore-end.
**Sights:** Metal bead front.
**Features:** Single or double trigger. Imported from Italy by Iver Johnson.
**Price:** Single trigger ........................................... **$229.95**
**Price:** Double trigger .......................................... **$247.50**

### Kassnar/Fias SK-3 O/U Shotgun

Same as SK-1 except has single selective trigger ............. **$275.00**

### Kassnar/Fias SK-4D O/U Shotgun

Same as SK-4 except has deluxe receiver engraving, sideplates, better wood ............................................................... **$389.95**



### Kassnar/Fias SK-4 O/U Shotgun

Same as SK-3 except has selective automatic ejectors, select wood, beavertail fore-end. Trap model (SK-4T) has wide tapered rib ...... **$349.95**

### KLEINGUENTHER'S CONDOR O/U SHOTGUN

**Gauge:** 12, 20 (2¾" or 3" chambers).
**Action:** Purdey type double lock.
**Barrel:** 26" (I.C. & Mod., Skeet & Skeet); 28" (Full & Mod., I.M.& Mod.); 30" (Full & Full, Full & Mod.) 12 mag. only.
**Weight:** 6½ lbs. (26"20) to 7 lbs.3oz. (30"12).
**Stock:** 14"x1½"x2½" handcheckered walnut, p.g. and fore-end, recoil pad.
**Features:** Single selective trigger, auto ejectors, manual tang safety, vent. rib. Skeet Grade has extra wide rib. Imported from Italy by Kleingunther.
**Price:** Field grade ............................................. **$367.00**
**Price:** Skeet ................................................... **$387.83**



### Kleinguenther's Condor Trap O/U Shotgun

Same as Field Grade except wide rib, Monte Carlo stock, 12 ga. only, 28" (Full & Mod.), 30" or 32" (I.M.& Full, Full & Full), weight 7 lbs.7oz.
**Price:** ................................................................ **$397.40**

## IMPORTED SHOTGUNS—OVER-UNDER



### KRIEGHOFF "TECK" O/U SHOTGUN
**Gauge:** 12, 16, 20 (2¾"), 20 (3").
**Action:** Boxlock.
**Barrel:** 28½" (Full & Mod.), vent. rib.
**Weight:** 7 lbs. **Length:** 44" over-all.
**Stock:** 14¼"x1⅛"x2⅛", European walnut.
**Features:** Kersten double crossbolt system. Interchangeable barrels. Imported from Germany by Unordco.
**Price:** With ejectors .......................................... **$1,440.00**
**Price:** Interchangeable double rifle barrels up to 7mm Rem. Mag. **$990.00**
**Price:** Double rifle barrels, 7mm, 375, 458 Win. Mag. ........... **$1,200.00**
**Price:** Interchangeable shotgun-rifle barrel combination ......... **$660.00**
**Price:** Model Ulm with sidelocks ............................. **$2,160.00**
**Price:** Model Ulm with hand-detachable engraved sidelocks .... **$2,820.00**

### LAURONA MODEL 71-G O/U SHOTGUN
**Gauge:** 12 (3" chambers).
**Action:** Hammerless, gold-plated double selectable triggers, auto. safety.
**Barrel:** 26" (Imp. Cyl. & Mod.); 28" (Full & Mod.); 30" (Full & Full), 30" (Full & Mod.), vent. rib.
**Stock:** Hand-checkered walnut, p.g., vent. rubber recoil pad.
**Feature:** Chromed bores, vent. rib. Imported from Spain by Jana.
**Price:** .......................................................... **$250.00**

### LAMES FIELD MODEL O/U
**Gauge:** 12 only, 3" chambers.
**Barrel:** 26" (Imp. Cyl. & Mod.), 28" (Mod. & Full), 30" (Mod. & Full or Full & Full).
**Weight:** 8½ lbs.
**Stock:** Walnut, checkered p.g. and fore-end, rubber recoil pad.
**Features:** Vent. rib with front bead, engraved receiver, auto. ejectors, single selective trigger. Imported from Italy by Jana.
**Price:** .......................................................... **$310.00**

### Lames California Trap
Same as Standard Trap except: double vent. ribs, M.C. stock, luminous front and center sights.
**Price:** .......................................................... **$675.00**

### KRIEGHOFF MODEL 32 O/U SHOTGUN
**Gauge:** 12, 20, 28 & 410.
**Action:** Boxlock.
**Barrel:** 28", 30", 32", 34".
**Stock:** Hand checkered walnut, p.g., beavertail fore-end.
**Features:** Three-way safety (manual, auto or inoperative). Selective single trigger, ejectors and ventilated rib. Other barrel lengths, chokes to order. Available with fancier walnut and relief engraving and silver and gold inlays. Extra barrels available. Imported from Germany by Krieghoff Gun Co.
**Price:** ......................................... **$1,295.00** to **$11,000.00**

### Laurona Model 71-G-EX O/U Shotgun
Same as Model 67-G except supplied with both 12 and 20 ga. bbls., 28" (Full & Mod.).
**Price:** .......................................................... **$400.00**

### Lames Double Vent. Rib Model
Same as Field Model except: has conventional top vent. rib plus ventilated separation between barrels. Imported from Italy by Jana.
**Price:** .......................................................... **$350.00**

### Lames Std. Trap "Monte Carlo"
Same as Field Model except: M.C. type stock, checkered semi-beavertail fore-end, wide vent. rib, front and center bead sights. 2¾" chambers. 30" (Full & Full or Imp. Mod. & Full).
**Price:** .................... **$400.00**   With standard stock design **$380.00**

### Lames Skeet Model
Same as Field Model except: semi-beavertail fore-end with wrap-around checkering, stock with Skeet dimensions, double vent. ribs, 2¾" chambers, 26" (Skeet & Skeet).
**Price:** .......................................................... **$370.00**



### GEBRUDER MERKEL 201E O/U
**Gauge:** 12, 16, 20, 28, 3" chambers on request.
**Action:** Kersten double crossbolt.
**Barrel:** To customer's specs with choice of chokes.
**Weight:** 6¾ lbs.
**Stock:** To customer's specs. Walnut with p.g. or English style.
**Features:** Double, single or single selective trigger, cocking indicators. Fine hunting scene engraving. Imported by Champlin Firearms.
**Price:** With single selective trigger ........................... **$1,200.00**

### Gebruder Merkel 200E O/U
Similar to 201E except: English arabesque engraving and color case-hardening.
**Price:** With single non-selective trigger ........................ **$960.00**

### GEBRUDER MERKEL MODEL 203E O/U
**Gauge:** 12, 16, 20, 28, 3" chambers on request.
**Action:** Merkel H&H hand-detachable side locks with double sears. Double crossbolt breech.
**Barrel:** To customer's specs, choice of chokes.
**Weight:** 7 lbs.
**Stock:** Deluxe walnut with p.g. or English style. To customer's specs.
**Features:** Double, single or single selective trigger. Cocking indicators. Choice of arabesque or fine hunting scene engraving. Imported by Champlin Firearms.
**Price:** With single selective trigger ........................... **$2,000.00**

### Gebruder Merkel Model 303E O/U
Similar to Model 203E except: double hook-bolting in conjunction with double crossbolt breech. Finer quality.
**Price:** .......................................................... **$3,000.00**



### Miida Model 2100 Skeet
Same as Model 612 except: 27" bbl. bored Skeet & Skeet, 50% engraving coverage, weighs 7¾ lbs., length is 43¾". White line spacers at buttplate and p.g. cap.
**Price:** .......................................................... **$445.00**

### MIIDA MODEL 612 O/U
**Gauge:** 12 only.
**Action:** Boxlock-type.
**Barrels:** 28" (Full & Mod.), 26" (Mod. & Imp. Cyl.). Vent. rib.
**Weight:** 6¾ lbs. **Length:** 42¾" (26" bbl.).
**Stock:** French walnut (14"x1½"x2½"), hand checkered. Black buttplate & p.g. cap.
**Features:** Automatic selective ejectors, single selective trigger, tang safety. Chrome-plated bores. Blued bbls., trigger guard and locking lever, silver, engraved receiver. Imported from Japan by Marubeni America Corp.
**Price:** Field Grade .............................................. **$395.00**

# IMPORTED SHOTGUNS—OVER-UNDER



**Miida Model 2200 Trap & Skeet**
Same as Model 612 except: white line spacers at buttplate and p.g. cap, bbls. 29¾″ (Full & Imp. Mod.) or 27″ (Skeet & Skeet), wide rib, 60% engraving coverage, gold plated trigger, Skeet or Trap stock dimensions. Trap model has Pachmayr pad.
**Price:** Trap .............. $510.00     Skeet ..................... $485.00

**MIIDA MODEL GRANDEE TRAP & SKEET**
**Gauge:** 12 only.
**Action:** Boxlock type.
**Barrel:** 29″ (Full & Full), 26″ (Skeet & Skeet).
**Weight:** 7¾ lbs. **Length:** 42¾″ over-all (Skeet).
**Stock:** 14⅜″x1⅜″x2⅛″x1⅝″ (Trap), 14″x1½″x2½″ (Skeet). Super fancy French walnut. Deep fluted comb. Trap model has Pachmayr pad. Semi-beavertail fore-end. Fine checkering.
**Features:** Ivory p.g. cap, outer surfaces of breech block, ejectors, and locking levers engine-turned, wide vent. rib. Frame, bbl. (breech end), trigger guard, locking lever fully hand engraved with gold inlays. Imported by Marubeni.
**Price:** Skeet or Trap .......................................$1,195.00





**Miida Model 2300 Trap & Skeet**
Same as Model 2200 except: 70% engraving coverage, fancy French walnut, semi-beavertail fore-end. Imported by Marubeni.
**Price:** Trap model ....... $550.00     Skeet model ............. $525.00

**UNIVERSAL BAIKAL IJ-25 O/U**
**Gauge:** 12 ga., 2¾″ chambers.
**Barrel:** 26″ (Skeet & Skeet), 28″ (Mod. & Full), 30″ (Imp. Mod. & Full).
**Weight:** 7¾-8⅛ lbs.
**Stock:** Hand checkered walnut, rubber recoil pad. Ventilated fore-end. White spacers at p.g. and recoil pad.
**Features:** Single non-selective trigger. Chrome barrels, chambers and internal parts. Hand-fitted vent. rib. Hand engraved and silver inlayed receiver, trigger guard and fore-end latch. Target grade trigger. Imported by Universal Sporting Goods.
**Price:** .................................................... $475.00



**Universal Baikal IJ-27 O/U**
Same as IJ-25 except has double triggers, auto safety, non-selective ejectors. From Universal ...................................... $269.95
IJ-27E is same as IJ-27 except has selective ejectors ......... $289.95

**UNIVERSAL BAIKAL MC-5 O/U**
**Gauge:** 20 ga., 2¾″ chambers.
**Barrel:** 26″ (Imp. Cyl. & Mod., Skeet & Skeet).
**Weight:** 5¾ lbs.
**Stock:** Fancy hand checkered walnut. Choice of p.g. or straight stock, with or without cheekpiece. Fore-end permanently attached to barrels.
**Features:** Fully engraved receiver. Double triggers, extractors. Chrome barrels, chambers and internal parts. Hand-fitted solid rib. Hammer interceptors. Imported by Universal Sporting Goods.
**Price:** MC-5 ................................................ $525.00
**Price:** MC-6 (as Skeet gun, single non-selective trigger, raised rib, weighs 7½ lbs.) ....................................................... $825.00

**UNIVERSAL BAIKAL MC-8 O/U**
**Gauge:** 12 ga., 2¾″ chambers.
**Barrel:** 26″ special parabolic Skeet, 28″ (Mod. & Full). Available in 2 bbl. sets.
**Weight:** 7¾ lbs.
**Stock:** Fancy walnut. Beavertail fore-end permanently attached to barrels. Hand checkered p.g. and fore-end. Monte Carlo.
**Features:** Handmade competition shotgun. Blued, engraved receiver. Double triggers, extractors. Chrome barrels, chambers and internal parts. Hand fitted vent. rib. Available with single selective trigger and selective ejectors at customer's request. Imported by Universal Sporting Goods.
**Price:** .................................................... $650.00



**UNIVERSAL BAIKAL MC-7 O/U**
**Gauge:** 12 or 20 ga., 2¾″ chambers.
**Barrel:** 12 ga. 28″ (Mod. & Full), 20 ga. 26″ (Imp. Cyl. & Mod.).
**Weight:** 7 lbs. (12 ga.), 6¾ lbs. (20 ga.)
**Stock:** Walnut. Hand checkered with or without p.g. and cheekpiece. Beavertail fore-end.
**Features:** Fully chiseled and engraved receiver. Chrome barrels, chambers and internal parts. Double trigger, selective ejectors. Solid raised rib. Single selective trigger available. Imported by Universal Sporting Goods.
**Price:** ...................................................$1,525.00

**UNIVERSAL BAIKAL MC-9-01 O/U**
**Gauge:** 12 ga., 2¾″ chambers.
**Barrel:** 28″ (Mod. & Full), 30″ (Imp. Mod. & Full). Special parabolic chokes.
**Weight:** 8 lbs.
**Stock:** Fancy walnut. Hand checkered p.g. with cheekpiece. Rubber recoil pad with white spacers. Monte Carlo. Ventilated fore-end.
**Features:** Handmade sidelock competition shotgun. Removable sideplates. Chrome barrels, chambers and internal parts. Single selective target trigger, selective ejectors, cocking indicators. Hand engraved receiver and trigger guard. Hand fitted vent. rib. Imported by Universal Sporting Goods.
**Price:** Special order only ....................................$1,160.00

**UNIVERSAL BAIKAL MC-109 O/U**
**Gauge:** 12 ga., 2¾″ chambers.
**Barrel:** To customer's specifications. Choice of chokes.
**Weight:** 7¼ lbs.
**Stock:** Fancy walnut. Choice of p.g. or straight stock, with or without cheekpiece. Beavertail fore-end. Hand carved and checkered to customer's specs.
**Features:** Handmade sidelock shotgun. Removable sideplates. Chrome barrels, chambers and internal parts. Single selective trigger, selective ejectors, cocking indicators, hammer interceptors. Hand chiseled scenes on receiver to customer specs. Gold inlays to customer specs. Imported by Universal Sporting Goods.
**Price:** Special order only ....................................$2,350.00

Compendium_Klarevas
Page 246

# IMPORTED SHOTGUNS—OVER-UNDER



**ZOLI GRAY EAGLE O/U SHOTGUN**
**Gauge:** 12 (Model 300) or 20 (Model 302), 3-inch chambers.
**Action:** Hammerless, with auto safety and top lever release.
**Barrel:** 28" (Mod. and Full), 26" (Imp. Cyl. and Mod.).
**Weight:** 6 lbs. 13 oz. (12); 6¼ lbs. (20).
**Stock:** Hand checkered selected walnut, p.g., ebonite butt plate with white spacer.
**Features:** Ventilated rib, chrome plated bore. Imported from Italy American Import.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$275.00**



**ZOLI SILVER SNIPE O/U SHOTGUN**
**Gauge:** 12, 20 (3" chambers).
**Action:** Purdey type double boxlock, crossbolt.
**Barrels:** 26" (I.C.& Mod.), 28" (Mod.&Full), 30", 12 only (Mod.& Full); 26" Skeet (Skeet & Skeet), 30" Trap (Full & Full).
**Weight:** 6½ lbs. (12 ga.).
**Stock:** Hand checkered European walnut, p.g. and fore-end.
**Features:** Auto safety (exc. Trap and Skeet), vent rib, single trigger, chrome bores. Imported from Italy by Galef.
**Price:** Field . . . . . . . . . . . . **$325.00**    Skeet and Trap . . . . . . . . . **$382.95**

**Zoli Golden Snipe O/U Shotgun**
Same as Silver Snipe except selective auto ejectors.
**Price:** Field . . . . . . . . . . . . **$375.65**    Skeet and Trap . . . . . . . . . **$448.20**

# IMPORTED SHOTGUNS—SINGLE BARREL



**BERETTA MARK II SINGLE BARREL TRAP SHOTGUN**
**Gauge:** 12 only; (2¾" chamber).
**Action:** BL type, full width hinge, top snap tip down.
**Barrel:** 32" or 34", (Full), matted high tapered vent. rib.
**Weight:** 8¼ lbs.
**Stock:** 14⅜" x 1⅜" x 1¾". Hand checkered European walnut, p.g.; rubber recoil pad, beavertail fore-end, Monte Carlo.
**Features:** Hand engraved receiver. Imported from Italy by Garcia.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$435.00**



**CHARLES DALY SUPERIOR GRADE SINGLE BARREL TRAP**
**Gauge:** 12 only, 2¾" chamber.
**Barrel:** 32" (Full), 34" (Full).
**Weight:** About 6¼ lbs.
**Stock:** Monte Carlo, walnut, checkered p.g. and fore-end. 14⅜"x1½"x2½"x1½".
**Features:** Special nickel-finish receiver, scroll engraving.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$450.00**

**F.I.E. SINGLE BARREL SHOTGUN**
**Gauge:** 12, 20, 410.
**Barrel:** 12 & 20 ga. 28" (Full); 410 ga. (Full).
**Weight:** 6½ lbs.
**Stock:** Walnut stained hardwood. Checkered p.g. and fore-end.
**Sights:** Metal bead front.
**Features:** Trigger guard is pulled to open action. Imported from Brazil by F.I.E.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$34.95**

## IMPORTED SHOTGUNS—OVER-UNDER



**GALEF COMPANION SINGLE BARREL SHOTGUN**
**Gauge:** 12, 20, 410 (3″), 16, 28 (2¾″).
**Action:** Folding boxlock.
**Barrel:** 28″ exc. 12 (30″) and 410 (26″), all Full.
**Weight:** 5½ lbs. (12) to 4½ lbs. (410).
**Stock:** 14″x1½″x2⅝″ hand checkered walnut, p.g.
**Features:** Non-auto safety, folds. Vent. rib $5.00 additional. Imported from Italy by Galef.
**Price:** Plain bbl. . . . . . . . . . . **$62.75**    Vent. rib . . . . . . . . . . . . . . . . . **$68.80**

**KLEINGUENTHER'S DAINO SINGLE BARREL SHOT-GUN**
**Gauge:** 12, 20.
**Action:** Folding, underlever.
**Barrel:** 27½″ (Full).
**Weight:** 5½ lbs. **Length:** 44½″.
**Stock:** Hand checkered walnut, semi p.g.
**Features:** Folds to 27½″, choice of plain or vent rib ($5.25 additional) barrel, engraved action. Imported by Kleingunther.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$68.50**

**KRIEGHOFF SINGLE BARREL TRAP SHOTGUN**
**Gauge:** 12.
**Action:** Boxlock, short hammer fall.
**Barrel:** 32″ or 34″ (Full).
**Weight:** About 8½ lbs.
**Stock:** Monte Carlo with checkered p.g. and grooved beavertail fore-end.
**Features:** Thumb safety, vent. rib. Extra bbls. available **$445.00**. Available with various grades of decoration, wood. Imported from Germany by Krieghoff Gun Co.
**Price:** Standard . . . . . . . . **$1,295.00**    San Remo . . . . . . . . . . . . . **$2,695.00**
Monte Carlo Grade . . . . . **$5,295.00**    Crown . . . . . . . . . . . . . . . . **$5,695.00**
Super Crown Grade . . . . **$6,695.00**

**KRIEGHOFF VANDALIA TRAP MODEL**
**Gauge:** 12 only.
**Action:** Boxlock.
**Barrel:** 30″, 32″, 34″. Available as either single or over/under.
**Stock:** Hand checkered walnut, p.g., beavertail fore-end.
**Weight:** About 9 lbs.
**Features:** Three-way safety (manual, auto or inoperative). Selective single trigger, ejectors and full length vent. rib. Other bbl. lengths, chokes to order. Available with fancier walnut and relief engraving and silver and gold inlays. Extra bbls. available. Imported from Germany by Krieghoff Gun Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,695.00** to **$6,995.00**

**MONTE CARLO SINGLE BARREL SHOTGUN**
**Gauge:** 12 (2¾″ chamber).
**Action:** Monte Carlo, bottom release.
**Barrel:** 32″ (Trap).
**Weight:** 8¼ lbs.
**Stock:** 14½″x1⅛″x1⅝″ hand checkered walnut, p.g., beavertail fore-end, recoil pad.
**Features:** Auto ejector, slide safety, gold plated trigger. Imported from Italy by Galef.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$169.95**

**PRIDE OF BRAZIL SINGLE BARREL SHOTGUN**
**Gauge:** 12, 20, 410.
**Barrel:** 12 & 20 ga. 28″ (Full); 410 ga. 26″ (Full).
**Weight:** 6½ lbs.
**Stock:** Walnut stained hardwood.
**Sights:** Metal bead front.
**Features:** Button on front of trigger guard opens action. Exposed hammer. Automatic extractor. Imported from Brazil by F.I.E.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$41.95**

**UNIVERSAL BAIKAL IJ-18 SINGLE BARREL**
**Gauge:** 12 or 20 ga., 2¾″ chambers.
**Barrel:** 12 ga. 28″ (Mod.), 30″ (Full), 20 ga. 26″ (Mod.).
**Weight:** 5¾ lbs.
**Stock:** Walnut. Hand checkered p.g. and fore-end. White spacers at p.g. and plastice buttplate.
**Features:** Chrome barrel and chamber. Cross-bolt safety in trigger guard. Cocking indicator. Extractor. Imported by Universal Sporting Goods.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95**



Compendium_Klarevas
Page 248

# BLACK POWDER GUNS

The following pages catalog the black powder arms currently available to U.S. shooters. These range from quite precise replicas of historically significant arms to totally new designs created expressly to give the black powder shooter the benefits of modern technology.

Most of the replicas are imported, and many are available from more than one source. Thus examples of a given model such as the 1860 Army revolver or Zouave rifle purchased from different importers may vary in price, finish and fitting. Most of them bear proof marks, indicating that they have been test fired in the proof house of their country of origin.

A list of the importers and the retail price range are included with the description for each model. Many local dealers handle more than one importer's products, giving the prospective buyer an opportunity to make his own judgment in selecting a black powder gun. Most importers have catalogs available free or at nominal cost, and some are well worth having for the useful information on black powder shooting they provide in addition to their detailed descriptions and specifications of the guns.

A number of special accessories are also available for the black powder shooter. These include replica powder flasks, bullet moulds, cappers and tools, as well as more modern devices to facilitate black powder cleaning and maintenance. Ornate presentation cases and even detachable shoulder stocks are also available for some black powder pistols from their importers. Again, dealers or the importers will have catalogs.

The black powder guns are arranged in four sections: Single Shot Pistols, Revolvers, Muskets & Rifles, and Shotguns. The guns within each section are arranged by date of the original, with the oldest first. Thus the 1847 Walker replica leads off the revolver section, and flintlocks precede precussion arms in the other sections.

## BLACK POWDER SINGLE SHOT PISTOLS—FLINT & PERCUSSION



**DIXIE FLORENTINE HOLSTER PISTOL**
**Caliber:** 50.
**Barrel:** 13", smoothbore.
**Weight:** 2¾ lbs. **Length:** 21" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Ornamental sideplate butt cap, lower thimble and trigger guard. All furniture except sideplate has antique silver plate finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$209.50**

**TOWER FLINTLOCK PISTOL**
**Caliber:** 45, 69.
**Barrel:** 8¼".
**Weight:** 40 oz. **Length:** 14" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Engraved lock, brass furniture. Specifications, including caliber, weight and length may vary with importers. Available as flint or percussion. Imported by The Armoury, F.I.E., Hawes, C.V.A., Centennial, Dixie, Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$23.00** to **$51.95.**



**HARPER'S FERRY 1806 PISTOL**
**Caliber:** 54.
**Barrel:** 10".
**Weight:** 40 oz. **Length:** 16" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Case hardened lock, brass mounted browned bbl. Replica of the first U.S. Gov't.-made flintlock pistol. Imported by Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$95.00**



**KENTUCKY FLINTLOCK PISTOL**
**Caliber:** 44, 45.
**Barrel:** 10⅛".
**Weight:** 32 oz. **Length:** 15½" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Case hardened lock, blued bbl.; available also as brass bbl. flint Model 1821 ($95.00, Navy). Imported by Navy/Replica, The Armoury, Centennial, F.I.E., Jana, Dixie, C.V.A.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$40.95** to **$89.95**
**Price:** In kit form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$39.75**

**KENTUCKY PERCUSSION PISTOL**
Similar to above but percussion lock. Imported by Centennial, The Armoury, Navy/Replica, F.I.E., Hawes, Jana, C.V.A.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$26.95** to **$85.00**
**Price:** In kit form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$35.95**

## BLACK POWDER SINGLE SHOT PISTOLS — FLINT & PERCUSSION



### HARPER'S FERRY MODEL 1855 PERCUSSION PISTOL
**Caliber:** 58.
**Barrel:** 11¾", rifled.
**Weight:** 56 oz. **Length:** 18" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Case hardened lock and hammer; brass furniture; blued bbl. Shoulder stock available, priced at $35.00. Imported by Navy/Replica.
**Price:** ................................................. **$95.00**
**Price:** With detachable shoulder stock ..................... **$125.00**

### KENTUCKY BELT PERCUSSION PISTOL
**Caliber:** 45.
**Barrel:** 7", rifled.
**Weight:** 29 oz. **Length:** 12" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Engraved lock, brass furniture, steel ramrod. Available as flint or percussion. Imported by The Armoury, C.V.A., Hawes.
**Price:** ......................................... **$22.95 to $33.95.**

### RIPOLL BOOT PISTOL
**Caliber:** 45.
**Barrel:** 4", rifled.
**Length:** 8¼" over-all. **Weight:** 7 oz.
**Stock:** Walnut.
**Features:** Miquelet lock, cold-forged barrel, proof tested. Imported by CVA.
**Price:** ................................................. **$79.95**



### KENTUCKIAN PISTOL
**Caliber:** 44.
**Barrel:** 9½".
**Weight:** 40 oz. **Length:** 15" over-all.
**Stock:** Select walnut.
**Sights:** Dovetailed brass blade front, open notch rear.
**Features:** Brass trigger guard, side plate, barrel cap. Case hardened action with engraved lockplate. Imported by Intercontinental Arms.
**Price:** Flint or Percussion ............................. **$59.95**
**Price:** Cased set (includes fitted case, flask, mould, wrench and tool) **$99.50**

### MOWREY KENTUCKY PISTOL
**Caliber:** 45 or 50.
**Barrel:** 8".
**Weight:** 3½ lbs. **Length:** 15" over-all.
**Stock:** Walnut.
**Sights:** Bead front.
**Features:** Percussion only. Brass stock furniture. Also available in kit form.
**Price:** Complete ......... **$120.45**    Kit ....................... **$97.85**

### RENEGADE PISTOL
**Caliber:** 44 or 36.
**Barrel:** 8¼".
**Weight:** Approx. 31 oz. **Length:** 13¼" over-all.
**Stock:** Walnut.
**Sights:** Bead front.
**Features:** Double barrel, double trigger percussion pistol with rifled barrels. Engraved side plates and hammers. Engraved brass trigger guard and butt cap. Steel ramrod with brass tip. Imported by Intercontinental Arms.
**Price:** Pistol only ........................................ **$49.95**
**Price:** Cased set (includes fitted case, pistol, powder flask, bullet mould, wrench, and tool) ............................................. **$89.50**

### ENGLISH BELT PISTOL
**Caliber:** 44 (.451" bore).
**Barrel:** 7", octagonal, rifled.
**Length:** 12" over-all.
**Stock:** Walnut.
**Features:** Case-hardened lock, brass furniture, fixed sights. Available in either flint or percussion. Imported by CVA.
**Price:** Percussion ........................................ **$32.95**
**Price:** Flint ............................................. **$36.45**
Also available in kit form, either flint or percussion. Stock 90% inletted.
**Price:** ......................................... **$19.95 to $25.95**





### DRAGOON REPLICA PERCUSSION PISTOL
**Caliber:** 58.
**Barrel:** 11¾".
**Weight:** 5½ lbs. **Length:** 29" over-all (with stock).
**Stock:** Walnut finish.
**Sights:** Dual folding leaf rear, post front.
**Features:** Comes complete with detachable extension stock. Sling swivels, brass fittings. Imported by American Import.
**Price:** ................................................. **$125.00**

### DIXIE OVERCOAT PISTOL
**Caliber:** 39.
**Barrel:** 4", smoothbore.
**Weight:** 13 oz. **Length:** 8" over-all.
**Stock:** Walnut-finish hardwood. Checkered p.g.
**Sights:** Fixed.
**Features:** Shoots .380" balls. Breech plug and engraved lock are burnished steel finish; barrel and trigger guard blued.
**Price:** Plain model ....................................... **$26.95**
**Price:** Engraved model ................................... **$34.50**

29TH EDITION, 1975   **393**

## BLACK POWDER SINGLE SHOT PISTOLS—FLINT & PERCUSSION



**RIPOLL BELT PISTOL**
**Caliber:** 61.
**Barrel:** 8¾" rifled.
**Length:** 15". **Weight:** 40 oz.
**Stock:** Walnut.
**Features:** Miquelet lock, cold-forged barrel, proof tested. Imported by CVA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$84.95**

**HOPKINS & ALLEN M-L BOOT PISTOL**
**Caliber:** 36 or 45, single shot percussion.
**Barrel:** 6 inch octagonal, regular or gain twist.
**Length:** 13". **Weight:** 34 oz.
**Stocks:** Smooth walnut, birdshead style.
**Sights:** Fixed blade front, adj. rear.
**Features:** Underhammer lockwork, match trigger. From High Standard.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$39.95**





**DIXIE DUELING PISTOL**
**Caliber:** 44 to 50 cal. (varies with each gun).
**Barrel:** 9", smoothbore, octagon.
**Weight:** 1¼ lbs. **Length:** 15¼" over-all.
**Stock:** Maple, checkered.
**Sights:** Fixed.
**Features:** Shoots round ball or shot.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$69.95**

**PHILADELPHIA DERRINGER PERCUSSION PISTOL**
**Caliber:** 41.
**Barrel:** 3⅛".
**Weight:** 14 oz. **Length:** 7" over-all.
**Stock:** Walnut, checkered grip.
**Sights:** Fixed.
**Features:** Engraved wedge holder and bbl. Also available in flintlock version
(Armoury, $29.95). Imported by C.V.A., Century, The Armoury, Hawes.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$18.37 to $27.95**

**DIXIE PHILADELPHIA DERRINGER**
**Caliber:** 41.
**Barrel:** 3½", octagon.
**Weight:** 8 oz. **Length:** 5½" over-all.
**Stock:** Walnut, checkered p.g.
**Sights:** Fixed.
**Features:** Barrel and lock are blued; brass furniture. From Dixie Gun Works.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$27.95**

**DIXIE BRASS FRAME DERRINGER**
**Caliber:** 41.
**Barrel:** 2½".
**Weight:** 7 oz. **Length:** 5½" over-all.
**Stock:** Walnut.
**Features:** Brass frame, color case hardened hammer and trigger. Shoots
.395" round ball. Engraved model available. From Dixie Gun Works.
**Price:** Plain model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$25.50**
**Price:** Engraved model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$32.50**



**BUCCANEER DOUBLE BARREL PISTOL**
**Caliber:** 36 or 44 cal.
**Barrel:** 9½".
**Weight:** 40 oz. **Length:** 15½" over-all.
**Stock:** Walnut, one piece.
**Sights:** Fixed.
**Features:** Case hardened and engraved lockplate, solid brass fittings. Percus-
sion or flintlock. Imported by Hawes Firearms, The Armoury.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$82.95 to $89.50**



**SINGLE SHOT PERCUSSION TARGET PISTOL**
**Caliber:** 44.
**Barrel:** 9" octagonal.
**Weight:** 42 oz.
**Stocks:** Walnut.
**Sights:** Bead front, rear adj. for w. and e.
**Features:** Engraved scenes on frame sides; brass backstrap and trigger
guard; case hardened frame and hammer. Imported by Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$64.95 to $70.00**

## BLACK POWDER SINGLE SHOT PISTOLS — FLINT & PERCUSSION



### DIXIE TROPHY WINNER 44
Similar to standard target pistol except has 10″ barrel. Interchangeable shotgun barrel available.
**Price:** .................................................... **$49.50**
**Price:** 28 ga. shotgun barrel ............................ **$12.95**

### TINGLE BLACK POWDER M1960 PISTOL
**Caliber:** 40, single shot, percussion.
**Barrel:** 8″, 9″, 10″, or 12″ octagon.
**Length:** 11¾ inches. **Weight:** 33 oz. (8″ bbl.).
**Stocks:** Walnut, one piece.
**Sights:** Fixed blade front, w. adj. rear.
**Features:** 6-groove bbl., easily removable for cleaning; 1-in-30 twist.
**Price:** ................................................... **$64.95**



### THOMPSON/CENTER PATRIOT PERCUSSION PISTOL
**Caliber:** 45.
**Barrel:** 9¼″.
**Weight:** 36 oz. **Length:** 16″ over-all.
**Stock:** Walnut.
**Sights:** Patridge-type. Rear adj. for w. and e.
**Features:** Hook breech system; ebony ramrod; double set triggers; coil mainspring. From Thompson/Center Arms.
**Price:** ................................................. **$125.00**
With accessory pack (bullet mould T/C patches, adj. powder measure, short starter, extra nipple and nipple wrench).
**Price:** ................................................. **$148.95**

## BLACK POWDER REVOLVERS



### DIXIE PATERSON REVOLVER
**Caliber:** 36, 5-shot.
**Barrel:** 9″, octagon.
**Weight:** 2¾ lbs. **Length:** 14¼″ over-all.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Uses .377″ ball. All metal parts blued.
**Price:** ................................................... **$99.50**

### WALKER 1847 PERCUSSION REVOLVER
**Caliber:** 44, 6-shot.
**Barrel:** 9″.
**Weight:** 72 oz. **Length:** 15½″ over-all.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Case hardened frame, loading lever and hammer; iron backstrap; brass trigger guard; engraved cylinder. Imported by Navy/Replica, Jana.
**Price:** ............................................**$100.00 to $115.00**

### SECOND MODEL DRAGOON 1848 REVOLVER
**Caliber:** 44, 6-shot.
**Barrel:** 7½″.
**Weight:** 64 oz. **Length:** 14″ over-all.
**Stocks:** One piece walnut.
**Sights:** Fixed.
**Features:** Case hardened frame, loading lever and hammer; engraved cylinder scene; safety notches on hammer, safety pin in cylinder. Imported by Navy/Replica. First and Third Models also available.
**Price:** ............................................**$90.00 to $110.00**



### COLT 3RD MODEL DRAGOON REVOLVER
**Caliber:** 44 (for .457″ round ball), 6-shot.
**Barrel:** 7½″.
**Weight:** 4 lbs., 2 oz. **Length:** 14″ over-all.
**Stock:** Oiled walnut, one piece.
**Sights:** Blade front, fixed V-notch rear.
**Features:** Brass backstrap and trigger guard. Color case hardened frame, hammer and loading lever. Blue barrel and cylinder engraved with original Ranger and Indian scene. Serial numbers resume at 20,901 where manufacture stopped in 1860. From Colt.
**Price:** ................................................. **$185.00**



# BLACK POWDER REVOLVERS

## BABY DRAGOON 1848 PERCUSSION REVOLVER
**Caliber:** 31, 5-shot.
**Barrel:** 4″, 5″, 6″.
**Weight:** 24 oz. (6″ bbl.). **Length:** 10½″ (6″ bbl.).
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Case hardened frame; safety notches on hammer and safety pin in cylinder; engraved cylinder scene; octagonal bbl. Imported by Navy/Replica, F.I.E., Jana.
**Price:** .................................................. **$38.15 to $76.25**

## 1849 WELLS FARGO PERCUSSION REVOLVER
**Caliber:** 31, 5-shot.
**Barrel:** 3″, 4″, 5″, 6″.
**Weight:** 22 oz.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** No loading lever; square-back trigger guard; case hardened frame and hammer; engraved cylinder; brass trigger guard and back-strap. Imported by Navy/Replica, Jana. Bbl. lengths may vary with importer.
**Price:** ................................................. **$60.00 to $75.00**

## COLT 1851 NAVY PERCUSSION REVOLVER
**Caliber:** 36, 6-shot.
**Barrel:** 7½″.
**Weight:** 40½ oz. **Length:** 13″ over-all.
**Stocks:** Black walnut.
**Sights:** Fixed.
**Features:** Color case hardened frame; barrel and cylinder blued. Silver plated trigger guard and backstrap. Naval Scene engraving by W. L. Ormsby on cylinder. From Colt.
**Price:** ....................................................... **$166.50**

## NAVY MODEL 1851 PERCUSSION REVOLVER
**Caliber:** 36 or 44, 6-shot.
**Barrel:** 7½″.
**Weight:** 42 oz. **Length:** 13″ over-all.
**Stocks:** Walnut finish.
**Sights:** Fixed.
**Features:** Brass backstrap and trigger guard; engraved cylinder with navy battle scene; case hardened frame, hammer, loading lever. Imported by Centennial, The Armoury, Navy/Replica, Hawes, Valor, Century, F.I.E., American Import, Jana, Dixie.
**Price:** Brass frame ................................... **$31.50 to $55.00**
**Price:** Steel frame .................................... **$40.95 to $95.00**

## 1851 NAVY-SHERIFF
Same as 1851 Sheriff model except: 4″ barrel, fluted cylinder, belt ring in butt. Imported by American Import, Replica/Navy, Hawes.
**Price:** .................................................. **$50.00 to $95.00**





## POCKET MODEL 1849 PERCUSSION REVOLVER
**Caliber:** 31, 5-shot.
**Barrel:** 4″, 6″.
**Weight:** 26 oz.
**Stocks:** Walnut finish.
**Sights:** Fixed.
**Features:** Round trigger guard; Colt stagecoach hold-up scene on cylinder. Imported by Navy/Replica.
**Price:** ....................................................... **$75.00**



## LYMAN 1851 NAVY
Same as standard model except has square-back trigger guard **$109.95** Gun and kit (includes single cavity round ball mould with handles, six spare nipples with wrench, Hodgdon's "Spit Ball" and Lyman's "Black Powder Basics" book). .................................................. **$119.95**

## 1851 SHERIFF MODEL PERCUSSION REVOLVER
**Caliber:** 36, 44, 6-shot.
**Barrel:** 5″.
**Weight:** 40 oz. **Length:** 10½″ over-all.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Brass back strap and trigger guard; engraved navy scene; case hardened frame, hammer, loading lever. Available with brass frame from some importers at slightly lower prices. Imported by Centennial, The Armoury, Navy/Replica, Hawes.
**Price:** Steel frame .................................. **$41.95 to $95.00**
**Price:** Brass frame .................................. **$34.95 to $54.95**

## ARMY 1851 PERCUSSION REVOLVER
**Caliber:** 44, 6-shot.
**Barrel:** 7½″.
**Weight:** 45 oz. **Length:** 13″ over-all.
**Stocks:** Walnut finish.
**Sights:** Fixed.
**Features:** 44 caliber version of the 1851 Navy. Imported by Valor, The Armoury, Jana.
**Price:** .................................................. **$33.50 to $65.00**

# BLACK POWDER REVOLVERS

## NEW MODEL 1858 ARMY PERCUSSION REVOLVER
**Caliber:** 36 or 44, 6-shot.
**Barrel:** 6½" or 8".
**Weight:** 40 oz. **Length:** 13½" over-all.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Replica of Remington Model 1858. Also available from some importers as Army Model Belt Revolver in 36 cal., shortened and lightened version of the 44. Target Model (Centennial, Navy/Replica) has fully adj. target rear sight, target front, 36 or 44 ($74.95-$125.00). Imported by Navy/Replica, Century, F.I.E., Hawes, C.V.A., Valor, American Import, Jana, The Armoury, Centennial.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95 to $95.00**



## LYMAN 36 NEW MODEL NAVY REVOLVER
**Caliber:** 36, 6-shot.
**Barrel:** 6½".
**Weight:** 42 oz. **Length:** 12¼" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Replica of 1860 Remington. Brass trigger guard. Solid frame with top strap. Heavy duty nipples. From Lyman Gunsight Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.95**

## LYMAN 44 NEW MODEL ARMY REVOLVER
**Caliber:** 44, 6-shot.
**Barrel:** 8".
**Weight:** 40 oz. **Length:** 13½" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Replica of 1858 Remington. Brass trigger guard. Solid frame with top strap. Heavy duty nipples. From Lyman Gunsight Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.95**

## 1860 ARMY PERCUSSION REVOLVER
**Caliber:** 44, 6-shot.
**Barrel:** 8".
**Weight:** 40 oz. **Length:** 13⅝" over-all.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Engraved navy scene on cylinder; brass trigger guard; case hardened frame, loading lever and hammer. Some importers supply pistol cut for detachable shoulder stock, have accessory stock available. Imported by Navy/Replica, Centennial, The Armoury, Hawes, Jana, Dixie, Lyman.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$44.95 to $114.95**
**1861 Navy:** Same as Army except 36 cal., 7½" bbl., wt. 41 oz., cut for stock; round cylinder (fluted avail.), from Navy/Replica . . . . . . . . . . . . . . . **$95.00**
Lyman 1860 Army gun and kit (includes single cavity round ball mould with handles, six spare nipples, nipple wrench, Hodgdon's "Spit Ball" and Lyman's "Black Powder Basics" book). . . . . . . . . . . . . . . . . . . . . . **$126.95**



## 1861 NAVY MODEL REVOLVER
**Caliber:** 36, 6-shot.
**Barrel:** 7½".
**Weight:** 2½ lbs. **Length:** 13" over-all.
**Stocks:** One piece smooth walnut.
**Sights:** Fixed.
**Features:** Shoots .380" ball. Case-hardened frame, loading lever and hammer. Cut for shoulder stock. Non-fluted cylinder. From Navy/Replica Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$95.00**
**Price:** With full fluted cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$95.00**





## 1862 POLICE MODEL PERCUSSION REVOLVER
**Caliber:** 36, 5-shot.
**Barrel:** 4½", 5½", 6½".
**Weight:** 26 oz. **Length:** 12" (6½" bbl.).
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Half-fluted and rebated cylinder; case hardened frame, loading lever and hammer; brass trigger guard and back strap. Imported by Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$95.00**
**Price:** Cased with accessories . . . . . . . . . . . . . . . . . . . . . . . . . . **$119.95**

## 1862 POCKET NAVY MODEL REVOLVER
**Caliber:** 36, 6-shot.
**Barrel:** 4½", 5½", 6½".
**Weight:** 26 oz. **Length:** 12" over-all (6½" bbl.).
**Stocks:** Smooth walnut.
**Sights:** Fixed.
**Features:** Shortened version of std. Navy model. Case hardened frame, hammer and loading lever; brass backstrap and trigger guard. Imported by Navy/Replica Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$95.00**

Compendium_Klarevas
Page 254

## BLACK POWDER REVOLVERS

**GRISWOLD & GUNNISON PERCUSSION REVOLVER**
**Caliber:** 36, 44, 6-shot.
**Barrel:** 7½".
**Weight:** 44 oz. (36 cal.). **Length:** 13" over-all.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Replica of famous Confederate pistol. Brass frame, backstrap and trigger guard; case hardened loading lever, rebated cylinder (44 cal. only). Imported by Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$55.00**





**DIXIE SPILLER & BURR REVOLVER**
**Caliber:** 36.
**Barrel:** 7", octagon.
**Weight:** 2½ lbs. **Length:** 12½" over-all.
**Stock:** Two-piece walnut.
**Sights:** Fixed.
**Features:** Reproduction of the C.S.A. revolver. Brass frame and trigger guard. Also available as a kit.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$69.95**
**Price:** Kit form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$39.95**

**HIGH STANDARD LEECH & RIGDON REVOLVER**
**Caliber:** 36, 6-shot.
**Barrel:** 7½".
**Weight:** Approx. 40 oz. **Length:** 13¼" over-all.
**Stocks:** Smooth walnut.
**Sights:** Fixed.
**Features:** Steel frame with satin nickel finish. Brass trigger guard and backstrap. Comes with deluxe walnut presentation case and reproduction Civil War belt buckle.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$139.00**



**HIGH STANDARD GRISWOLD & GUNNISON REVOLV-ER**
**Caliber:** 36, 6-shot.
**Barrel:** 7½".
**Weight:** Approx. 40 oz. **Length:** 13¼" over-all.
**Stocks:** Smooth walnut.
**Sights:** Fixed.
**Features:** Brass frame and trigger guard, rest blued. Reproduction of Confederate versions of Colt 1851 Navy. Comes with Georgia White Pine presentation case and brass plate depicting Georgia state seal.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$139.00**





**RUGER 44 OLD ARMY PERCUSSION REVOLVER**
**Caliber:** 44, 6-shot. Uses .457" dia. lead bullets.
**Barrel:** 7½" (6-groove, 16" twist).
**Weight:** 46 oz. **Length:** 13½" over-all.
**Stock:** Smooth walnut.
**Sights:** Ramp front, rear adj. for w. and e.
**Features:** Stainless steel standard size nipples, chrome-moly steel cylinder and frame, same lockwork as in original Super Blackhawk. Made in USA. From Sturm, Ruger & Co.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$115.00**
**Price:** With brass Dragoon-style grip frame and wide trigger . . . . . **$130.00**

## BLACK POWDER MUSKETS & RIFLES



**FLINTLOCK BLUNDERBUSS**
**Caliber:** 70.
**Barrel:** 15½".
**Weight:** 6¼ lbs. **Length:** 30".
**Stock:** Walnut finish, hand rubbed.
**Sights:** None.
**Features:** Brass barrel and fittings, steel lock from Navy; others have steel bbl., brass fittings. Imported by Navy/Replica, The Armoury, Dixie.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$37.95 to $135.00**

# BLACK POWDER MUSKETS & RIFLES



**DIXIE FLINT COACH GUARD BLUNDERBUSS**
**Caliber:** 95.
**Barrel:** 13⅝".
**Weight:** 5¼ lbs. **Length:** 27½" over-all.
**Stock:** Ebony-finish hardwood.
**Features:** Muzzle bell measures 1¹⁵⁄₁₆". Proofed in Belgium. Shoots shot or ball. Brass trigger guard, buttplate, thimbles. Steel barrel. From Dixie Gun Works.
**Price:** ........................................................ **$135.00**

**BROWN BESS FLINTLOCK MUSKET**
**Caliber:** 70, 75.
**Barrel:** 42".
**Weight:** 10½ lbs. **Length:** 59" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Replica of Revolutionary War period model. Replica bayonet ($12.00) available. Carbine version (30½" bbl., 7¾ lbs.) also available. Can be purchased as kit ($175.00). Imported by Navy/Replica, Lyman.
**Price:** ........................................................ **$295.00**

**DIXIE SECOND MODEL BROWN BESS**
**Caliber:** 75.
**Barrel:** 41¾" smoothbore.
**Weight:** 9½ lbs. **Length:** 57¾".
**Stock:** Walnut-finish hardwood.
**Sights:** Fixed.
**Features:** All metal finished bright. Brass furniture. Lock marked "Tower" and has a crown with "GR" underneath. From Dixie Gun Works.
**Price:** ........................................................ **$225.00**

**DIXIE PENNSYLVANIA PERCUSSION RIFLE**
**Caliber:** 45.
**Barrel:** 40", octagon.
**Weight:** 10 lbs. **Length:** 55".
**Stock:** Maple, Roman nose comb.
**Sights:** Fixed, Kentucky open-type.
**Features:** Brass patchbox, wide buttplate, color case hardened lock, blue barrel. From Dixie Gun Works.
**Price:** Flint or percussion .................................. **$209.95**

**PENNSYLVANIA LONG RIFLE**
**Caliber:** 36 or 45.
**Barrel:** 39" octagonal.
**Weight:** 10½ lbs. **Length:** 55" over-all.
**Stock:** Full-length tiger striped maple, traditional Pennsylvania form.
**Sights:** Brass blade front, open notch rear.
**Features:** Solid brass engraved furniture (crescent buttplate, patch box, fore-end cap, etc.) From High Standard.
**Price:** Flint or percussion form ............................. **$179.95**

**MOWREY PENNSYLVANIA RIFLE**
**Caliber:** 45.
**Barrel:** 42".
**Weight:** 7¾ lbs. **Length:** 56" over-all.
**Stock:** Maple.
**Sights:** Open, fixed.
**Features:** Available in either flint or percussion. 12-coat hand rubbed oil finish. Hand made by Mowrey Gun Works.
**Price:** Percussion ........ **$365.00**    Kit ...................... **$233.60**
**Price:** Flint .............. **$375.00**    Kit ...................... **$240.00**

**KENTUCKY FLINTLOCK RIFLE**
**Caliber:** 44.
**Barrel:** 35".
**Weight:** 7 lbs. **Length:** 50" over-all.
**Stock:** Walnut stained, brass fittings.
**Sights:** Fixed.
**Features:** Available in Carbine model also, 28" bbl. Some variations in detail, finish. Kits also available from some importers. Imported by Navy/Replica, Centennial, The Armoury, Intercontinental, Century, Dixie and Challenger.
**Price:** ............................................. **$72.50 to $165.00**

**Kentucky Percussion Rifle**
Similar to above except percussion lock. Finish and features vary with importer. Imported by Jana, Centennial, Navy/Replica, Firearms Import & Export, The Armoury, Century, Challenger, Dixie, Connecticut Valley, Valor.
**Price:** ............................................. **$65.00 to $229.95**

**CVA KENTUCKY RIFLE**
**Caliber:** 44 (.451" bore).
**Barrel:** 34½", rifled, octagon (⅞" flats).
**Length:** 50" over-all.
**Stock:** Dark polished walnut.
**Sights:** Brass Kentucky blade type front. dovetail open rear.
**Features:** Available in either flint or percussion. Nipple wrench included. Imported by CVA.
**Price:** Percussion .................................................. **$86.95**
**Price:** Flint ......................................................... **$89.95**

29TH EDITION, 1975    **399**

# BLACK POWDER MUSKETS & RIFLES



**KENTUCKIAN RIFLE & CARBINE**
**Caliber:** 44.
**Barrel:** 35″ (Rifle), 27½″ (Carbine).
**Weight:** 7 lbs. (Rifle), 5½ lbs. (Carbine). **Length:** 51″ (Rifle) over-all, carbine 43″.
**Stock:** Walnut stain.
**Sights:** Brass blade front, steel V-Ramp rear.
**Features:** Octagon bbl., case-hardened and engraved lock plate. Brass furniture. Imported by Intercontinental Arms, Dixie.
**Price:** Rifle (illus.) or carbine, flint or percussion  . . . . . **$135.00** to **$145.00**

**DIXIE STANDARD KENTUCKY RIFLE**
**Caliber:** 45.
**Barrel:** 40″, six land and grooves, 1 turn in 48″.
**Weight:** 10 lbs. **Length:** 56½″.
**Stock:** Chestnut colored maple.
**Sights:** Brass blade front, Kentucky-type rear.
**Features:** Trigger guard, buttplate, patchbox and thimbles are brass. Double set triggers available ($8.50 extra). Color case hardened lock. From Dixie Gun Works.
**Price:** Percussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$179.95**
**Price:** Flintlock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.95**

**HOPKINS AND ALLEN MINUTEMAN RIFLE**
**Caliber:** 36, 45, single-shot.
**Barrel:** 39″.
**Weight:** 9½ lbs. **Length:** 55″ over-all.
**Stock:** Maple.
**Sights:** Fixed.
**Features:** Brass furniture, patch box. Available in either flint or percussion. From High Standard.
**Price:** Either caliber, either ignition system . . . . . . . . . . . . . . . . . . . . . . **$179.95**

**REVOLVING PERCUSSION CARBINE**
**Caliber:** 44, 6-shot.
**Barrel:** 18″, 20″.
**Weight:** 5 lbs. **Length:** 38″ over-all.
**Stock:** Walnut, brass butt plate.
**Sights:** Blade front adj. for w., buckhorn rear adj. for e.
**Features:** Action based on 1858 Remington revolver. Brass trigger guard. Imported by Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$150.00**

**ENFIELD PATTERN 1858 NAVAL RIFLE**
**Caliber:** .577″.
**Barrel:** 33″.
**Weight:** 8½ lbs. **Length:** 48½″ over-all.
**Stock:** European walnut.
**Sights:** Blade front, step adj. rear.
**Features:** Two-band Enfield percussion rifle with heavy barrel. 5-groove progressive depth rifling, solid brass furniture. All parts made exactly to original patterns. Imported from England by Jana.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$225.00**

**ENFIELD MODEL 1861 PERCUSSION CARBINE**
**Caliber:** 577.
**Barrel:** 24″.
**Weight:** 7½ lbs. **Length:** 40¼″ over-all.
**Stock:** Walnut.
**Sights:** Fixed front, adj. rear.
**Features:** Percussion muzzle loader, made to original 1861 English patterns. Imported from England by Jana.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$225.00**

**CVA ZOUAVE RIFLE KIT**
**Caliber:** 58.
**Barrel:** 33¼″, rifled.
**Weight:** About 9½ lbs. **Length:** 49″ over-all.
**Stock:** Walnut.
**Sights:** Fixed front, rear adj. for e.
**Features:** Cold forged rifled bbl., authentic lock, solid brass hardware. Imported by CVA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$89.95**

**BUGGY RIFLE CASED SET**
**Caliber:** 45.
**Barrel:** 16″.
**Stock:** Detachable butt stock with brass furniture.
**Sights:** Tube sight with interchangeable apertures. Not a telescope.
**Features:** Cased set contains false muzzle, concentric bullet starter, ramrod, cleaning equpment, bullet mould and swage, powder flask and measure, funnel, nipple wrench, oil bottle, bullet and patch block. Rifle has brass frame and p.g. cap, blued octagon bbl. Imported by Intercontinental Arms.
**Price:** Cased set complete . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$500.00**

## BLACK POWDER MUSKETS & RIFLES





**MISSISSIPPI MODEL 1841 PERCUSSION RIFLE**
Similar to Zouave Rifle but patterned after U.S. Model 1841. Imported by Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$145.00**

**ZOUAVE PERCUSSION RIFLE**
**Caliber:** 58.
**Barrel:** 32½″.
**Weight:** 9½ lbs. **Length:** 48½″ over-all.
**Stock:** Walnut finish, brass patch box and butt plate.
**Sights:** Fixed front, rear adj. for e.
**Features:** Also available from Navy Arms as carbine, with 22″ bbl. Extra 20 ga. shotgun bbl. $45.00. Imported by Navy/Replica, Centennial, The Armoury, Lyman, F.I.E.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$88.95** to **$160.00**
Lyman rifle and kit (includes 58 minie ball mould and handles, spare nipple and wrench, Hodgdon's ''Minie Lube'' and Lyman's ''Black Powder Basics'' book). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$175.00**



**H & R DELUXE SPRINGFIELD STALKER**
Same as standard model except has hand checkered p.g. and fore-end, better wood, hand polished American walnut stock . . . . . . . . . . . **$250.00**

**H & R SPRINGFIELD STALKER**
**Caliber:** 45 or 58.
**Barrel:** 28″ round.
**Weight:** 8 lbs. (45 cal.), 7½ lbs. (58 cal.). **length:** 43″ over-all.
**Stock:** American walnut.
**Sights:** Blade front, rear open adj. for w. and e.
**Features:** Action similar to Civil War Springfield. Supplied with solid brass ramrod with hardwood handle and nipple wrench. Blue-black finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$175.00**



**DICKSON BUFFALO HUNTER RIFLE/SHOTGUN**
Similar to standard Buffalo Hunter except: over-all length 42″, no checkering, 26″ bbl, 58 caliber, imported by American Import.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$159.00**

**BUFFALO HUNTER PERCUSSION RIFLE**
**Caliber:** 58.
**Barrel:** 25½″.
**Weight:** 8 lbs. **Length:** 41½″ over-all.
**Stock:** Walnut finished, hand checkered, brass furniture.
**Sights:** Fixed.
**Features:** Designed for primitive weapons hunting. 20 ga. shotgun bbl. also available $45.00. Imported by Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$150.00**



**MOWREY ALLEN & THURBER REPLICA**
**Caliber:** 45, 50, 54 or 58.
**Barrel:** 32″, 8-groove rifling, octagon.
**Weight:** 10¼ lbs. **Length:** 48″ over-all.
**Stock:** Walnut with curved brass butt plate.
**Sights:** Open, adj. for w. & e.
**Features:** Polished brass furniture, brass fore-end, ramrod. Also available in kit form.
**Price:** Complete . . . . . . . . **$175.45**    Kit . . . . . . . . . . . . . . . . . . . . **$119.54**



**MOWREY HAWKEN FULL STOCK**
**Caliber:** 45, 50, 54, 58.
**Barrel:** 32″.
**Weight:** 7½ lbs. **Length:** 50″ over-all.
**Stock:** Select maple. Hand rubbed oil finish, brass furniture.
**Sights:** Blade front, step adj. rear.
**Features:** Hawken replica, fullstock design. Double set triggers. Also available in kit form.
**Price:** Percussion . . . . . . . . **$313.50**    Flint . . . . . . . . . . . . . . . . . . . . . **$324.50**

**MOWREY HAWKEN FULL STOCK CARBINE**
**Caliber:** 45, 50, 54, 58.
**Barrel:** 20″.
**Weight:** 7 lbs. **Length:** 38″ over-all.
**Stock:** Maple.
**Sights:** Open, adj.
**Features:** Shortened version of Hawken full stock. 10 coat hand rubbed stock finish. From Mowrey Gun Works.
**Price:** Percussion . . . . . . . . **$285.00**    Kit . . . . . . . . . . . . . . . . . . . . . **$182.40**
**Price:** Flint . . . . . . . . . . . . . . **$295.00**    Kit . . . . . . . . . . . . . . . . . . . . . **$188.80**

Compendium_Klarevas
Page 258

# BLACK POWDER MUSKETS & RIFLES



### MOWREY GEORGIA TREE GUN
**Caliber:** 45, 50, 54, 58.
**Barrel:** 22".
**Weight:** 7¼ lbs. **Length:** 38" over-all.
**Stock:** Walnut.
**Sights:** Blade front, step adj. rear.
**Features:** Shortened version of Allen & Thurber rifle especially suited for tree stand shooting.
**Price:** Complete gun . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $180.95
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $126.80

### MOWREY ALLEN & THURBER SPECIAL
**Caliber:** 45, 50, 54 or 58.
**Barrel:** 32" octagonal.
**Weight:** 10 lbs. **Length:** 48" over-all.
**Stock:** Walnut with curved brass buttplate, walnut fore-end.
**Sights:** Open, fully adj.
**Features:** Same design as A&T Replica except has walnut fore-end. Polished brass furniture. Also available in kit form.
**Price:** Complete . . . . . . . . . **$180.95**     Kit . . . . . . . . . . . . . . . . . . . . . . **$126.80**

### MOWREY HAWKEN HALF STOCK REPLICA
**Caliber:** 45, 50, 54 or 58.
**Barrel:** 27½".
**Weight:** 11 lbs. **Length:** 50" over-all.
**Stock:** Select maple with brass furniture. Hand rubbed oil finish.
**Sights:** Open, fully adj. for w. & e.
**Features:** Available in flint or percussion. Double set trigger. Built in limited quantities.
**Price:** Percussion . . . . . . . . **$275.00**     Kit . . . . . . . . . . . . . . . . . . . . . **$175.45**
**Price:** Flint . . . . . . . . . . . . . **$286.00**     Kit . . . . . . . . . . . . . . . . . . . . . **$181.50**

### MOWREY HAWK
**Caliber:** 45, 50 54 or 58.
**Barrel:** 32".
**Weight:** 9½ lbs. **Length:** 49" over-all.
**Stock:** Walnut, sporter-type with cheek-piece, walnut fore-end.
**Sights:** Open, fully adj. for w. and e.
**Features:** Hawkins-type buttplate and action housing of brass. Adj. trigger. Also available in kit form.
**Price:** Complete . . . . . . . . . **$191.95**     Kit . . . . . . . . . . . . . . . . . . . . . **$130.32**



### MOWREY "TEXAS CARBINE"
**Caliber:** 58, takes .575" mini-ball or round ball.
**Barrel:** 24" octagon, 4-groove.
**Weight:** 8 lbs. **Length:** 39" over-all.
**Stock:** Dark maple (walnut optional).
**Sights:** Adjustable front and rear.
**Features:** "1 of 100" inscribed on first 100, "1 of 1000" on remaining 1000. Saddle ring with leather thong and Texas seal imbedded in stock. Distributed by Trail Guns Armory.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $189.50



### HAWKEN HURRICANE
**Caliber:** 45 or 50.
**Barrel:** 28", octagon.
**Weight:** 6 lbs. **Length:** 44¾" over-all.
**Stock:** American walnut.
**Sights:** Blade front, open fixed rear.
**Features:** American made. Curved buttplate, brass stock furniture. From Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $175.00
**Price:** Hawken Hunter (58 cal.) . . . . . . . . . . . . . . . . . . . . . . . . . . $175.00



### THOMPSON/CENTER HAWKEN RIFLE
**Caliber:** 45 or 50.
**Barrel:** 28" octagon, hooked breech.
**Stock:** American walnut.
**Sights:** Blade front, rear adj. for w. & e.
**Features:** Solid brass furniture, double set triggers, button rifled barrel, coil-type main spring. From Thompson/Center Arms.
**Price:** Percussion Model . . **$195.00**     Flintlock Model . . . . . . . . . **$205.00**



### THOMPSON/CENTER SENECA RIFLE
**Caliber:** 36, 45.
**Barrel:** 27".
**Weight:** 6½ lbs.
**Stock:** American walnut.
**Sights:** Open hunting style, square notch rear fully adj. for w. and e.
**Features:** Coil spring lock, octagon bbl. measures $^{13}/_{16}$" across flats, brass stock furniture.
**Price:** Rifle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $195.00
**Price:** Rifle with accessory kit (includes bullet mould, patches, powder measure, short starter, extra nipple & nipple wrench) . . . . . . . . . . . . . . $218.95

# BLACK POWDER MUSKETS & RIFLES



**NAVY 1861 SPRINGFIELD RIFLE**
**Caliber:** 58.
**Barrel:** 40", rifled.
**Weight:** 8½ lbs. **Length:** 54¾" over-all.
**Stock:** American walnut.
**Sights:** Blade front, open step adj. rear.
**Features:** Full-size three-band musket reproduction. Imported by Navy/Re-
    plica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $200.00

**DIXIE PERCUSSION MUSKET**
**Caliber:** 66.
**Barrel:** 37", smoothbore.
**Weight:** 8 lbs. **Length:** 54" over-all.
**Stock:** Walnut-finish hardwood.
**Sights:** Fixed.
**Features:** Made from old original parts but with new Belgian-proofed barrels.
    Shoots shot or .650" ball. Also available as flintlock.
**Price:** Percussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $93.00
**Price:** Flintlock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $96.50

**DIXIE PLAINSMAN RIFLE**
**Caliber:** 45 or 50.
**Barrel:** 32", octagon.
**Weight:** 8 lbs. **Length:** 47½".
**Stock:** Cherry wood.
**Sights:** Brass blade front, buckhorn rear.
**Features:** Bolster-type breech plug with blow-out screw, brass stock furniture.
**Price:** 45 or 50 caliber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $145.95

**LYMAN PLAINS RIFLE**
**Caliber:** 45.
**Barrel:** 28".
**Weight:** 8¾ lbs. **Length:** 45" over-all.
**Stock:** European walnut.
**Sights:** Blade front, fully adj. rear.
**Features:** Double set trigger, hooked breech system, brass stock furniture,
    patch box. Imported from Italy by Lyman.
**Price:** Rifle only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $200.00
**Price:** Rifle and kit (includes single cavity round ball mould, handles, nipple
    wrench, ball starter, Hodgdon's "Spit Patch", patches and Lyman's
    manual). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $215.00

**RICHLAND YORKSHIRE RIFLE**
**Caliber:** 45.
**Barrel:** 36", rifled, ⅞ octagon.
**Weight:** 7½ lbs. **Length:** 51¾" over-all.
**Stock:** Select maple.
**Sights:** Blade front, open U-notch rear.
**Features:** Adj. double set triggers. Brass front and rear sights, trigger guard,
    patch box, buttplate and fore-end. Case hardened lock plate.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $129.50

**DIXIE ELEPHANT GUN**
**Caliber:** 6 gauge.
**Barrel:** 34", smoothbore.
**Weight:** 11 lbs. **Length:** 52" over-all.
**Stock:** Walnut stained birch.
**Sights:** Fixed.
**Features:** Takes up to 225 grans of black powder. Sling swivels, hooked
    buttplate.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $113.00

# BLACK POWDER MUSKETS & RIFLES



### Hopkins and Allen Heritage Model
Same as Deer Stalker except: 36 or 45 cal.; weight 8½ lbs.; hooded front sight with ring aperture, "Kentucky" open notched rear and H&A aperture target tang rear sights; brass crescent-shaped buttplate, cap box and trigger guard extension.
**Price:** Either caliber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.50**

### Hopkins And Allen Deluxe Buggy Rifle
Same as Deer Stalker Model except: 20" bbl.; 36 or 45 cal.; weight about 6½ lbs; over-all length 37"; fully adj. notch rear sight.
**Price:** Either caliber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$84.95**

### HOPKINS AND ALLEN DEER STALKER RIFLE
**Caliber:** 58 (.575").
**Barrel:** 32".
**Weight:** About 9½ lbs. **Length:** 49" over-all.
**Stock:** Walnut stock and fore-end.
**Sights:** Hooded front, open notch rear.
**Features:** Under-hammer action. Blue finish. From High Standard.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$87.95**

### Hopkins And Allen 45 Target Rifle
Same as Deer Stalker except: 45 cal., weight about 9½ lbs., long-range 3-aperture tang rear sight, no fore-end or ram rod ferrules. Barrel flats measure 1⅛" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$84.95**

### Hopkins And Allen Offhand Deluxe Rifle
Same as Deer Stalker except: 36 or 45 cal., weight 8½ lbs.
**Price:** Either caliber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$87.95**

### MORSE/NAVY RIFLE
**Caliber:** 45, 50 or 58.
**Barrel:** 26".
**Weight:** 6 lbs. (45 cal.). **Length:** 41½" over-all.
**Stock:** American walnut, full p.g.
**Sights:** Blade front, open fixed rear.
**Features:** Brass action, trigger guard, ramrod pipes. From Navy/Replica.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$80.00**
**Price:** 45 or 50 caliber, straight stock . . . . . . . . . . . . . . . . . . . . . . . **$80.00**

### ESOPUS TB-1 O/U PERCUSSION RIFLE
**Caliber:** 45, 2-shot.
**Barrels:** 28".
**Weight:** 8½ lbs. **Length:** 44½" over-all.
**Stock:** Black walnut stock and fore-end, brass fittings.
**Sights:** Brass blade front, open rear.
**Features:** Percussion turn-barrel design with one lock, trigger and hammer. From Esopus Gun Works.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$139.95**

### HOPKINS AND ALLEN TURNBARREL O/U RIFLE
**Caliber:** 45, 2-shot.
**Barrels:** 28".
**Weight:** About 8½ lbs. **Length:** 43" over-all.
**Stock:** Walnut.
**Sights:** Blade front, open notch fixed rear.
**Features:** Rotating barrels shoot to same point. Crescent buttplate. From High Standard.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$139.95**

### DIXIE FLINT SWIVEL BREECH RIFLE
**Caliber:** 45.
**Barrel:** 32", octagon.
**Weight:** 11½ lbs. **Length:** 48½" over-all.
**Stock:** Curly maple.
**Sights:** Fixed.
**Features:** Wood panelled barrels rotate for second shot. Single trigger. Brass furniture. From Dixie Gun Works.
**Price:** Flintlock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$450.00**
**Price:** Percussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$325.00**

## BLACK POWDER MUSKETS & RIFLES



**ROCKY MOUNTAIN ARMS BREECH LOADING PER-CUSSION RIFLE**
**Caliber:** 22, single-shot.
**Barrel:** 20″, 22½″, 28″.
**Weight:** 3 lbs. **Length:** 35¼″.
**Stock:** Walnut or Ash.
**Sights:** Blade front, open rear adj. for e.
**Features:** Percussion. Breech-turret loading action, half-cock safety. From Rocky Mountain Arms.
**Price:** 22 cal. with wood stock ................................. **$49.50**

**H & R HUNTSMAN PERCUSSION RIFLE**
**Caliber:** 45, 58, 12 gauge, single shot.
**Barrel:** 28″, 30″.
**Weight:** 6¼ lbs. (12 ga.), 7¼ lbs. (58 cal.), 8 lbs. (45 cal.) **Length:** 43″.
**Stock:** Walnut finished hardwooc.
**Sights:** Open, rear adj. for w. and e., blade front.
**Features:** Action similar to Model 158 Topper. Enclosed nipple (#11 size). Supplied with rifle are brass ramrod with wood handle and nipple wrench. Blue-black finish with color case hardened frame. From Harrington & Richardson.
**Price:** 12 ga. ........................................... **$75.00**
**Price:** 45 and 58 cals. ..................................... **$81.00**

**TINGLE M1962 MUZZLE LOADING RIFLE**
**Caliber:** 36 or 44.
**Barrel:** 32″ octagon, hook breech, 52″ twist.
**Weight:** 10 lbs. **Length:** 48″ over-all.
**Stock:** One-piece walnut with concave cheekpiece.
**Sights:** Blade front, step adj. V-notch rear.
**Features:** Solid brass furniture, double-set trigger with adj. pull, percussion lock.
**Price:** ................................................. **$139.95**

## BLACK POWDER SHOTGUNS



**CVA 20 GA. PERCUSSION SHOTGUN**
**Gauge:** 20 ga.
**Barrel:** 28″.
**Weight:** 5¾ lbs. **Length:** 43½″ over-all.
**Stock:** Oiled walnut. Checkered p.g.
**Features:** Blued barrels and locks. Brass tipped, hardwood ramrod. Double triggers. Imported by Connecticut Valley Arms.
**Price:** ................................................. **$71.50**

**DIXIE FLINT FOWLING PIECE**
**Gauge:** 14 ga.
**Barrel:** 37″.
**Weight:** 5½ lbs. **Length:** 52½″ over-all.
**Stock:** Walnut stained birch.
**Sights:** Fixed.
**Features:** Uses basic Harpers Ferry Pistol flintlock lock. Sling swivels. Bright-finished metal. From Dixie Gun Works.
**Price:** ................................................. **$96.50**

# BLACK POWDER SHOTGUNS



## DOUBLE BARREL PERCUSSION SHOTGUN
**Gauge:** 12.
**Barrel:** 30″ (I.C.& Mod.).
**Weight:** 6¼ lbs. **Length:** 45″ over-all.
**Stock:** Hand checkered walnut, 14″ pull.
**Features:** Double triggers, light hand engraving. Details vary with importer. Imported by Navy/Replica, The Armoury, Century, Dixie, C.V.A.
**Price:** .............................................. **$125.00 to $140.95**

## FRONTIER PERCUSSION SHOTGUN
**Gauge:** 12 ga.
**Barrels:** 30″. (Mod. & Imp. Cyl.). Patent breech with threaded breech plugs.
**Length:** 46½″ over-all
**Stock:** Walnut. Length of pull 14″.
**Features:** Patent breech for easy cleaning & disassembly. Front bead sight. Engraving on hardware. Brass patch box. Imported by CVA.
**Price:** .............................................. **$99.95**

## SINGLE BARREL FLINTLOCK SHOTGUN
**Gauge:** 28.
**Barrel:** 28″.
**Weight:** 4½ lbs. **Length:** 43″ over-all.
**Stock:** Walnut finish, choice of half or full stock. Imported by The Armoury.
**Price:** .............................................. **$37.95**



## MOWREY 12 GAUGE SHOTGUN
**Gauge:** 12 ga. only.
**Barrel:** 32″, half octagon, half round.
**Weight:** 7½ lbs. **Length:** 48″ over-all.
**Stock:** Maple, oil finish, brass furniture.
**Sights:** Bead front.
**Features:** Available in percussion only. Uses standard 12 ga. wadding. Also available in kit form.
**Price:** Complete ......... **$164.45**     Kit ..................... **$112.28**



## TINGLE PERCUSSION SINGLE BARREL SHOTGUN
**Gauge:** 12 only.
**Barrel:** 30″ straight bored, no choke.
**Weight:** 5 lbs.
**Stock:** Lacquered walnut.
**Features:** Mule ear side hammer lock, iron trigger guard, rubber recoil pad.
**Price:** Blued ................................................ **$99.75**



## MORSE/NAVY SINGLE BARREL SHOTGUN
**Gauge:** 12 ga.
**Barrel:** 26″.
**Weight:** 5 lbs. **Length:** 41½″ over-all.
**Stock:** American walnut, full p.g
**Sights:** Front bead.
**Features:** Brass receiver, black buttplate. From Navy/Replica.
**Price:** ................................................ **$80.00**



## SINGLE BARREL PERCUSSION SHOTGUN
**Gauge:** 12, 20, 28.
**Barrel:** 28″.
**Weight:** 4½ lbs. **Length:** 43″ over-all.
**Stock:** Walnut finish, choice of half or full stock.
**Features:** Finish and features vary with importer. Imported by Navy/Replica, The Armoury, Century, Dixie.
**Price:** ................................................ **$32.95 to $65.00**