1    ROB BONTA
     Attorney General of California
2    MARK R. BECKINGTON
     Supervising Deputy Attorney General
3    ROBERT L. MEYERHOFF
     Deputy Attorney General
4    State Bar No. 298196
       300 South Spring Street, Suite 1702
5      Los Angeles, CA  90013-1230
       Telephone:  (213) 269-6177
6      Fax:  (916) 731-2144
       E-mail:  Robert.Meyerhoff@doj.ca.gov
7    *Attorneys for Defendant Rob Bonta in his
     official capacity as Attorney General of the
8    State of California*

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11                                CIVIL DIVISION

12

13   **VIRGINIA DUNCAN, RICHARD**          Case No. 3:17-cv-01017-BEN-JLB
     **LEWIS, PATRICK LOVETTE,**
14   **DAVID MARGUGLIO,**
     **CHRISTOPHER WADDELL, and**          **COMPENDIUM OF WORKS**
15   **CALIFORNIA RIFLE & PISTOL**         **CITED IN SUPPLEMENTAL**
     **ASSOCIATION, INC., a California**   **DECLARATION OF LOUIS**
16   **corporation,**                      **KLAREVAS**

17                        Plaintiffs,      **VOLUME 3 OF 6**

18                                         Courtroom:    5A
            **v.**                         Judge:        Hon. Roger T. Benitez
19                                         Action Filed:  May 17, 2017

20   **ROB BONTA, in his official capacity**
     **as Attorney General of the State of**
21   **California; and DOES 1-10,**

22                        Defendants.

23

24

25

26

27

28                                   1

**INDEX**

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **BOOKS** | | |
| Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* 238-45, 348-50 (2016) | 6 n.9 | 002-009 |
| **LAW REVIEWS AND JOURNALS** | | |
| Philip J. Cook and John J. Donohue, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 J. of Am. Med. Ass'n 1191 (2022) | 6 n.9 | 011-012 |
| Charles DiMaggio, et al., *Changes in US Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban: Analysis of Open-Source Data*, 86 J. of Trauma & Acute Care Surgery 11 (2019) | 6 n.9 | 013-040 |
| Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017*, 109 Am. J. of Pub. Health 1754 (2019) | 3 n.4 | 041-048 |
| Lori Post, et al., *Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis*, 7 J. of Med. Internet Research: Public Health & Surveillance (2021) | 6 n.9 | 049-059 |
| **OTHER SOURCES** | | |
| *Gun Digest* (John T. Amber ed., 9th ed. 1954) | 7 n.11, 9 tl. 2 | 060-108 |
| *Gun Digest: 19th Anniversary 1965 Deluxe Edition* (John T. Amber ed., 19th ed. 1964) | 9 tl. 2 | 109-159 |
| *Gun Digest: 29th Anniversary 1975 Deluxe Edition* (John T. Amber ed., 1974) | 9 tl. 2 | 161-263 |
| *Gun Digest: 1985 39th Annual Edition* (Ken Warner ed., 39th ed. 1984) | 9 tl. 2 | 265-421 |

2

| | | |
|---|---|---|
| *Gun Digest: 1995 49th Annual Edition* (Ken Warner ed., 49th ed. 1994) | 8 n.12, 9 tl. 2 | 423-599 |

3

# OTHER SOURCES



THE WORLD'S GREATEST GUN BOOK

$14.95

# Gun Digest

## 1985/39th Annual Edition

**Edited by Ken Warner**

**ALL NEW:** Technical Articles by Qualified Experts; Field Tests and Evaluations by Shooters; History and Analysis for Students of the Gun.
**PLUS:** The most comprehensive and easy to use catalog of firearms and accessories available today.



## 39th Anniversary

## 1985 Annual Edition

## EDITED BY KEN WARNER

## DBI BOOKS, INC., NORTHFIELD, ILL.

Case 3:17-cv-01017-BEN-JLB   Document 127-2   Filed 11/11/22   PageID.14337   Page 7 of 82

## ABOUT OUR COVER



For 1985, the familiar Sturm, Ruger logo and superb cutaway art is found on the covers of this, the 39th Annual Edition of GUN DIGEST.

At the top you'll see a cutaway of the popular Ruger "Red Label" 12-gauge shotgun. In the center is a rendering of the Ruger Mark II, 22-caliber semi-auto pistol. The Mark II is the offspring of the tried and true Ruger Standard Auto, the gun that made the name "Ruger" one of the most recognized names in American gun-making history. At the bottom is the Ruger Redhawk, a double action, large-framed revolver that's available in 357, 41 or 44 Magnum.

Ruger products have graced the covers of a number of GUN DIGESTS over the past four decades. As most of you know, many of those Ruger covers have featured cutaway artwork. Because of the letters we've received over the past years, we thought you'd be happy to know that Ruger is finally offering reprints of some of the cutaway art so synonomous with that company's well-known line of products. Limited Edition sets of full-color or lithos by artist James Kritz are available directly from Sturm, Ruger. Each set contains four cutaway prints, one each of the M-77, the No. 1, the Mini-14 and the Red Label Over & Under.

## GUN DIGEST STAFF

EDITOR-IN-CHIEF
Ken Warner
ASSISTANT TO THE EDITOR
Lilo Anderson
SENIOR STAFF EDITOR
Harold A. Murtz
ASSOCIATE EDITOR
Robert S. L. Anderson
PRODUCTION MANAGER
Pamela J. Johnson
CONTRIBUTING EDITORS
Bob Bell
Dean A. Grennell
Rick Hacker
Edward A. Matunas
Layne Simpson
Larry S. Sterett
Hal Swiggett
Ralph T. Walker
D. A. Warner
J.B. Wood
EUROPEAN CORRESPONDENT
Raymond Caranta
EDITOR EMERITUS
John T. Amber
GRAPHIC DESIGN
Mary MacDonald
Jim Billy
PUBLISHER
Sheldon L. Factor

## DBI BOOKS INC.

PRESIDENT
Charles T. Hartigan
VICE PRESIDENT & PUBLISHER
Sheldon L. Factor
VICE PRESIDENT — SALES
John G. Strauss
TREASURER
Frank R. Serpone

Copyright © MCMLXXXIV by DBI Books, Inc., One Northfield Plaza, Northfield, Illinois 60093. All rights reserved. Printed in the United States of America.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

The views and opinions contained herein are those of the authors. The editor and publisher disclaim all responsibility for the accuracy or correctness of the authors' views.

Manuscripts, contributions and inquiries, including first class return postage, should be sent to the Gun Digest Editorial Offices, One Northfield Plaza, Northfield, IL 60093. All material received will receive reasonable care, but we will not be responsible for its safe return. Material accepted is subject to our requirements for editing and revisions. Author payment covers all rights and title to the accepted material, including photos, drawings and other illustrations. Payment is at our current rates.

CAUTION: Technical data presented here, particularly technical data on handloading and on firearm adjustment and alteration, inevitably reflects individual experience with particular equipment and components under specific circumstances the reader cannot duplicate exactly. Such data presentations therefore should be used for guidance only and with caution. DBI Books, Inc. accepts no responsibility for results obtained using this data.

Arms and Armour Press, London, G.B., exclusive licensees and distributors in Britain and Europe; Australia; Nigeria, South Africa and Zimbabwe; India and Pakistan; Singapore, Hong Kong and Japan.

eISBN-13: 978-0-89689-882-0    Library of Congress Catalog #44-3588

Compendium_Klarevas
Page 267

# GUNDEX®

## A listing of all the guns in the catalog, by name and model, alphabetically and numerically.

This feature of our catalog speeds up the chore of finding the basic facts on a given firearm for the experienced. And it may make the contents of the catalog far more available to the inexperienced.

That is our intention.

To use it, you need the manufacturer's name and model designation. That designation might be a number, as in Winchester Model 94, or it might be a name, as in Colt Python. And you need to know the alphabet.

The manufacturers are listed alphabetically and the entry un-

der each manufacturer is arranged in the quickest way—numbers are in numerical order, names are alphabetical.

It's all very straightforward. It is all pretty voluminous, as well. There are nearly 1400 entries (1397 to be exact). At 255 lines per page, what with headings and all, the GUNDEX® is nine pages long.

We have tried to make it easy to find, too—just look for the black GUNDEX® label along the edge of the page, flip to there, and get your page number in short order.

## A

AKM Auto Rifle, 316
AMT Back-up Pistol, 273
AMT Hardballer Long Slide, 273
AMT 45 Hardballer, 273
AMT Lightning Auto Pistol, 273
AP-74 Auto Rifle, 347
AYA No. 1 Shotgun, 385
AYA No. 2 Shotgun, 385
AYA No. 4 Deluxe Shotgun, 385
AYA Model 56 Shotgun, 385
AYA Model 117 Shotgun, 385
AYA Model XXV BL, SL Shotgun, 385
Advantage Arms 422 Derringer, 313
Air Match 500 Target Pistol, 291
Air Match Model 600 Pistol, 418
Alamo Long Rifle, 408
Allen Walker 1847 Revolver, 402
Allen Baby Dragoon Revolver, 403
Allen 1st Model Dragoon Revolver, 402

Allen 2nd Model Dragoon, 402
Allen 3rd Model Dragoon, 403
Allen London Model 1851 Navy
   Revolver, 403
Allen Navy Model 1851 Squareback
   Revolver, 403
Allen 1851 Sheriff Model Revolver, 404
Allen New Model 1858 Army
   Revolver, 404
Allen Model 1860 Army Revolver, 404
Allen Model 1861 Navy Revolver, 403
Allen Model 1861 Navy Revolver, 404
Allen 1862 Pocket Navy Revolver, 405
Allen Model 1862 Pocket Police
   Revolver, 405
Allen Griswold & Gunnison Revolver, 405
Alpha Custom Bolt Action Rifle, 328
Alpine Bolt Action Rifle, 328
American Arms Eagle 380 Pistol, 273
American Derringer 25 Auto, 274
American Derringer Model AD, 313

Anschutz Model 54.18 MS Silhouette, 359
Anschutz Model 64-MS Rifle, 359
Anschutz Model 335 Air Rifle, 424
Anschutz Model 380 Air Rifle, 424
Anschutz Deluxe Model 520/61 Auto, 347
Anschutz Model 1403D Match Rifle, 359
Anschutz Deluxe 1416/1516 Rifles, 354
Anschutz Deluxe 1418D/1518D Rifles, 354
Anschutz 1422D/1522D Custom Rifles, 354
Anschutz 1422D/1522D Classic
   Rifles, 354
Anschutz 1432D/1532D Custom, 328
Anschutz 1432D/1532D Classic, 328
Anschutz Model 1807 Match Rifle, 359
Anschutz Model 1808ED Super Running
   Target, 359
Anschutz Model 1810 Super Match II, 359
Anschutz Model 1811 Match Rifle, 359
Anschutz Model 1813 Super Match
   Rifle, 359
Anschutz Model 1827B Biathlon Rifle, 360

Compendium_Klarevas
Page 268

Anschutz Mark 2000 Target, 359
Arm Tech Derringer, 314
Arminex Trifire Pistol, 274
Arminius Revolvers, 299
Armoury Kentucky Flintlock Pistol, 398
Armoury Kentucky Percussion Pistol, 398
Armoury Philadelphia Derringer, 399
Armoury Army Model 1851 Revolver, 404
Armoury Sheriff Model 1851 Revolver, 404
Armoury Navy Model 1851 Revolver, 403
Armoury New Model 1858 Army
   Revolver, 404
Armoury Model 1860 Army Revolver, 404
Armoury Kentucky Flintlock Rifle, 408
Armoury Pennsylvania Half-Stock Plains
   Rifle, 407
Armoury Kentucky Percussion Rifle, 408
Armoury R140 Hawkin Rifle, 412
Armoury Double Barrel Shotgun, 417
Armsport Walker 1847 Revolver, 402
Armsport Kentucky Percussion Pistol, 398
Armsport Navy Model 1851 Revolver, 403
Armsport New Model 1858 Army
   Revolver, 404
Armsport Model 1860 Army Revolver, 404
Armsport Model 1861 Navy Revolver, 404
Armsport Kentucky Flintlock Rifle, 408
Armsport Kentucky Percussion Combo, 408
Armsport Hawken Rifle-Shotgun
   Combo, 412
Armsport Hawken Rifle, 412
Armsport Model 2500 Shotgun, 375
Armsport Western Double, 385
Armsport Goosegun Shotgun, 385
Armsport Emperor 4000 Double Rifle, 343
Armsport Emperor 4010 Double Rifle, 343
Army 1851 Revolver, 403
Army 1860 Percussion Revolver, 404
Astra Constable Auto, 274
Astra Model A-80 Auto, 274
Astra 357 Magnum Revolver, 299
Astra Models 41, 44, 45, 299
Astra Model 650 Shotgun, 375
Astra Model 750 Shotgun, 375
Auto-Ordnance Model 27 A-1, 316
Auto-Ordnance 1911A1 Pistol, 274
Auto-Ordnance 45 Cal. Model 1927 A-
   3, 316
Auto-Ordnance Model 1927 A-3
   Carbine, 347
Auto-Ordnance Model 1927 A-5, 316

## B

BSA Airsporter-S Air Rifle, 425
BSA Airsporter-S Commemorative Air
   Rifle, 425
BSA CF-2 Stutzen Rifle, 328
BSA CF-2 Rifle, 328
BSA CFT Target Rifle, 360
BSA Martini ISU Match Rifle, 360
BSA Mercury Air Rifle, 425
BSA Mercury-S Air Rifle, 425
BSA Meteor/Meteor Super Air Rifles, 425
BSA Scorpion Air Pistol, 418
BSF Model 35 Air Rifle, 426
BSF Model 55 Special Air Rifle, 425
BSF Model 55D Air Rifle, 425
BSF Model S70 Air Rifle, 426
BSF Model S80 Air Rifle, 426
Baby Dragoon 1848 Revolver, 403
Beeman Model R1 Air Rifle, 428
Beeman Model R7 Air Rifle, 428
Beeman Model R8 Air Rifle, 428
Beeman Carbine Model C1, 428

Beeman Hege-Siber Pistol, 400
Beeman P8 Aristocrat Pistol, 400
Beeman/Agner Model 80 Target
   Pistol, 292
Beeman/Erma EG722 Rifle, 352
Beeman/Fabarm Over-Under
   Shotgun, 375
Beeman/FAS 601 Match Pistol, 292
Beeman/FAS 602 Match Pistol, 292
Beeman/FAS 604 Air Pistol, 418
Beeman Falcon 1 Air Rifle, 428
Beeman Falcon 2 Air Rifle, 428
Beeman/Feinwerkbau Model 2 $CO^2$
   Pistol, 419
Beeman/Feinwerkbau FWB-65 Air
   Pistol, 419
Beeman/Feinwerkbau 124/127 Magnum Air
   Rifle, 426
Beeman/Feinwerkbau 300-S Universal
   Match Air Rifle, 426
Beeman/Feinwerkbau F300-S Running
   Boar (TH) Air Rifle, 427
Beeman/Feinwerkbau 300-S Series Match
   Air Rifle, 426
Beeman/Feinwerkbau 300-S Mini-
   Match, 427
Beeman/Feinwerkbau 600 Air Rifle, 427
Beeman/Feinwerkbau Model 90 Air
   Pistol, 419
Beeman/Feinwerkbau 2000 Target, 360
Beeman/Feinwerkbau Mini-Match 2000
   Target Rifle, 360
Beeman/Feinwerkbau Ultra Match 22 Free
   Rifle, 361
Beeman HW 35L/35EB Air Rifles, 427
Beeman HW 55 Target Air Rifles, 427
Beeman/HW77 Air Rifle, 428
Beeman/Korth Revolver, 299
Beeman SP-1 Standard Pistol, 275
Beeman/Unique D.E.S. 69 Target
   Pistol, 292
Beeman/Unique Model 823-U Match
   Pistol, 292
Beeman/Webley Vulcan II Deluxe Air
   Rifle, 427
Beeman/Webley Hurricane Air Pistol, 418
Beeman/Webley Tempest Air Pistol, 418
Beeman/Weihrauch HW-60 Target, 360
Beeman/Weihrauch HW-70 Air Pistol, 419
Beeman/Wischo S-20 Standard Air
   Pistol, 419
Beeman/Wischo CM Air Pistol, 419
Benelli Model SL-121V Auto Shotgun, 366
Benelli Model SL-123V Shotgun, 366
Benelli Model 121-M1 Police
   Shotgun, 394
Benelli Model SL-201 Shotgun, 366
Benjamin Super S.S. Series 130 Target
   Pistol, 419
Benjamin 232/237 Air Pistols, 420
Benjamin Series 340 Air Rifles, 428
Benjamin Series 3100 Super Air
   Rifles, 428
Beretta Model 70 S Pistol, 275
Beretta Model 76, 293
Beretta Model 81, 82, 85 Pistols, 275
Beretta Model 92 SB, 92 SB
   Compact, 275
Beretta Model 950 BS Auto Pistol, 275
Beretta AR70 Rifle, 316
Beretta 500, 501, 502 Rifles, 329
Beretta Express Double Rifle, 343
Beretta Model SO-3 Shotgun, 376
Beretta Model SO-4 Target Shotgun, 376
Beretta Model A-302 Shotgun, 366
Beretta Series 680 Shotgun, 376
Beretta Model 680 Mono Shotgun, 392
Beretta Model 424 Shotgun, 386

Beretta Model 426 Shotgun, 386
Beretta Model 1000 Percussion
   Shotgun, 416
Bernardelli Las Palomas Shotgun, 386
Bernardelli Series S. Uberto
   Shotguns, 385
Bernardelli Series Roma Shotguns, 385
Bernardelli System Holland Shotguns, 386
Bernardelli Model 100, 292
Bernardelli Model 80, 90 Pistols, 275
Bersa Model 225, 226 Pistols, 276
Bersa Model 383, 223 Pistols, 276
Bighorn Bolt Action Rifle, 329
Bingham AK-22 Carbine, 347
Bingham PP5-50 Carbine, 342
Bingham Bantam Rifle, 354
Black Watch Scotch Pistol, 397
Bren Ten Standard Model Pistol, 276
Bren Ten Dual-Master Pistol, 276
Bren Ten Pocket Model Pistol, 276
Bren Ten Military & Police Pistol, 276
Bren Ten Special Forces Model
   Pistol, 276
British Dragoon Flint Pistol, 399
Browning Auto-5 Classic, Gold Classic
   Shotguns, 366
Browning Auto-5 Magnum 12
   Shotgun, 366
Browning Auto-5 Magnum 20
   Shotgun, 366
Browning Auto-5 Light 12, 20
   Shotguns, 366
Browning Auto-5 Light 12, 20, Buck
   Special, 366
Browning Autoloading Rifle, 347
Browning B-80 Shotgun, 367
Browning BAR-22 Auto Rifle, 348
Browning Magnum Auto Rifle (BAR), 322
Browning Commemorative BAR, 322
Browning High-Power Auto Rifle
   (BAR), 322
Browning BBR Rifle, 329
Browning BBR Limited Edition Rifle, 329
Browning Short Action BBR, 329
Browning BDA-380 Pistol, 276
Browning B-92 Lever Action, 324
Browning BL-22 Lever Rifle, 352
Browning BLR Lever Action, 324
Browning BPS Shotgun, 371
Browning Model B-SS Shotgun, 386
Browning Model B-SS Sporter, 386
Browning Model B-SS Sidelock
   Shotgun, 386
Browning BT-99 Competition Trap
   Special, 392
Browning Challenger III Sporter
   Pistol, 277
Browning Challenger III Auto Pistol, 277
Browning Citori Shotgun, 376
Browning Citori Trap, 376
Browning Citori Skeet, 376
Browning Citori Superlight, 376
Browning Express Rifle, 343
Browning Hi-Power Pistol, 277
Browning Hi-Power, Gold Classic
   Pistol, 277
Browning Louis XVI Hi-Power, 277
Browning High Power 88 Pistol, 277
Browning Model 1895 Lever Action, 324
Browning Superposed Continental, 343
Browning Presentation Broadway Trap
   12, 377
Browning Presentation Superposed
   Combinations, 377
Browning Superposed Super-Light, 377
Browning Presentation Superposed
   Magnum 12, 377

G
U
N
D
E
X

Browning Presentation Superposed
Lightning Skeet, 377
Browning Presentation Superposed
Lightning Trap 12, 377
Browning Presentation Superposed All-
Gauge Skeet Set, 377
Browning Limited Edition Waterfowl
Superposed, 377
Browning Superposed Classic, Gold Classic
Shotguns, 377
Buffalo Hunter Rifle, 411
Bushmaster Auto Pistol, 277
Bushmaster Auto Rifle, 316

# C

C.O.P. 357 Magnum, 314
CVA Tower Pistol, 397
CVA Colonial Pistol, 398
CVA Kentucky Percussion Pistol, 398
CVA Kentucky Flintlock Pistol, 398
CVA Hawken Pistol, 399
CVA Mountain Pistol, 399
CVA Pioneer Percussion Pistol, 399
CVA Prospector Percussion Pistol, 402
CVA Philadelphia Derringer, 399
CVA Navy Model 1851 Revolver, 403
CVA Model 1858 Remington Army
Revolver, 404
CVA Brass Frame 1858 Army
Revolver, 404
CVA New Model Pocket Remington
Revolver, 404
CVA Model 1860 Army Revolver, 404
CVA Model 1861 Navy Revolver, 404
CVA Blunderbuss, 406
CVA Frontier Rifle, 408
CVA Squirrel Rifle, 407
CVA Kentucky Rifle, 407
CVA Pennsylvania Long Rifle, 410
CVA Mountain Rifle, 406
CVA Big Bore Mountain Rifle, 406
CVA Kentucky Percussion Rifle, 408
CVA Kentucky Flintlock Rifle, 408
CVA Hawken Rifle, 412
CVA Percussion Shotgun, 416
Cabanas Espronceda IV Rifle, 354
Cabanas Leyre Rifle, 355
Cabanas Master Rifle, 354
Caprinus Sweden Shotgun, 377
Champlin Bolt Action Rifle, 329
Charleville Flintlock Pistols, 397
Charter Explorer II & SII Pistols, 278
Charter Arms Model 40 Auto Pistol, 278
Charter Arms Model 79K Auto Pistol, 278
Charter Arms Bulldog, 300
Charter Arms Police Bulldog, 300
Charter Arms Bulldog Tracker, 300
Charter Arms Undercover, 299
Charter Arms Off-Duty Revolver, 299
Charter Arms Pathfinder, 299
Charter Arms 32 H&R Mag. Revolver, 299
Charter AR-7 Explorer Carbine, 348
Chipmunk Rifle, 355
Classic Arms Elgin Cutlass Pistol, 401
Clayco Model 4 Rifle, 355
Clayco Model 6 Shotgun, 377
Clayco SKS Carbine, 316
Colt Gold Cup National Match, 293
Colt Government Model Mk IV, Series
80, 278
Colt 380 Government Model, 278
Colt Combat Grade Government
Model, 279
Colt Conversion Unit, 278

Colt Service Model Ace, 279
Colt Combat Commander Pistol, 279
Colt Lightweight Commander Pistol, 279
Colt Agent, 300
Colt Commando Special, 300
Colt Detective Special, 300
Colt Diamondback, 300
Colt Lawman Mark V, 301
Colt Python, 301
Colt Trooper Mark V, 301
Colt New Frontier 22, 310
Colt AR-15 Sporter, 317
Colt AR-15 Collapsible Stock Model, 317
Colt Sauer Rifle, 330
Colt Sauer Short Action, 329
Colt Sauer Grand African, 329
Colt Sauer Drilling, 343
Commando Arms Carbine, 316
Cook & Brother Confederate Carbine, 414
Coonan 357 Magnum Pistol, 279
Crosman Model 1 Air Rifle, 429
Crosman Mark II Target Pistol, 420
Crosman Model 66 Powermaster Air
Rifle, 429
Crosman Model 84 $CO_2$ Match Rifle, 429
Crosman Model 357 Air Pistol, 420
Crosman Model 760 Pumpmaster Air
Rifle, 430
Crosman Model 781 Air Rifle, 429
Crosman Model 788 BB Scout Air
Rifle, 429
Crosman Model 1600 BB Pistol, 420
Crosman Model 1322 Air Pistol, 420
Crosman Model 2100 Classic Air
Rifle, 430
Crosman Model 2200 Magnum Air
Rifle, 429
Crosman Model 6100 Challenger Air
Rifle, 429
Crucelegui Hermanos Model 150
Shotgun, 386

# D

Daisy Model 95 Air Rifle, 430
Daisy Model 105 Air Rifle, 430
Daisy Model 111 Air Rifle, 430
Daisy Model 179 Six Gun, 420
Daisy Model 188 BB/Pellet Pistol, 421
Daisy Model 840 Air Rifle, 430
Daisy Model 850/851 Air Rifle, 430
Daisy Model 1894 Spittin' Image Air
Rifle, 430
Daisy 1938 Red Ryder Commemorative Air
Rifle, 431
Dakota Single Action, 310
Charles Daly Field Auto Shotgun, 367
Charles Daly Diamond Grade Over-Under
Shotgun, 378
Charles Daly Diamond Skeet
Shotgun, 378
Charles Daly Diamond Trap Shotgun, 378
Charles Daly Presentation Grade
Shotgun, 378
Charles Daly Superior II Over-Under, 378
Charles Daly Field III Over-Under, 378
Charles Daly Hawken Rifle, 411
Demro TAC-1M Carbine, 317
Demro XF-7 Wasp Carbine, 317
Desert Eagle 357 Magnum Pistol, 280
Detonics Scoremaster, 293
Detonics MK V Pistol, 279
Detonics MK VI Pistol, 279
Detonics MK VII Pistol, 279
Detonics MC1 Pistol, 279

Detonics MC2 Pistol, 279
Detonics OM-3 Pistol, 279
Detonics Pocket 9 DA Pistol, 280
Dixie Queen Anne Pistol, 397
Dixie Pennsylvania Pistol, 398
Dixie Philadelphia Derringer, 399
Dixie Lincoln Derringer, 399
Dixie Brass Frame Derringer, 400
Dixie Overcoat Pistol, 399
Dixie Moore & Patrick Flint Dueling
Pistol, 400
Dixie Abilene Derringer, 400
Dixie Screw Barrel Pistol, 400
Dixie W. Parker Percussion Pistol, 401
Dixie Walker 1847 Revolver, 402
Dixie Baby Dragoon 1848 Revolver, 403
Dixie 3rd Model Dragoon Revolver, 403
Dixie Navy Model 1851 Revolver, 403
Dixie Harper's Ferry 1806 Pistol, 397
Dixie Harper's Ferry Model 1855
Pistol, 398
Dixie New Model 1858 Army
Revolver, 404
Dixie Model 1860 Army Revolver, 404
Dixie Rogers & Spencer Revolver, 404
Dixie Spiller & Burr Revolver, 405
Dixie Wyatt Earp Revolver, 405
Dixie Tornado Target Pistol, 402
Dixie Second Model Brown Bess
Musket, 406
Dixie Indian Gun Musket, 406
Dixie Northwest Trade Gun, 408
Dixie Tennessee Mountain Rifle, 407
Dixie York County Rifle, 409
Dixie Kentuckian Rifle, Carbine, 409
Dixie Tryon Rifle, 407
Dixie Buffalo Hunter Rifle, 411
Dixie Hawken Rifle, 412
Dixie Mississippi Model 1841 Rifle, 415
Dixie Zouave Rifle, 415
Dixie Wesson Rifle, 412
Dixie London Armory 3-Band Musket, 413
Dixie Model 1863 Springfield Musket, 414
Dixie Sharps Rifle, 414
Dixie Sanftl Schutzen Target Rifle, 416
Dixie Double Barrel Shotgun, 417
Dixie Model 1873 Rifle, 324
DuBiel Bolt Action Rifle, 330

# E

El Gamo 126 Super Match Air Rifle, 431
Erma ELG 10 Air Rifle, 431
Erma ESG 22 Carbine, 348
Erma EM-1 Carbine, 348
Erma KGP 22 Pistol, 280
Erma KGP 38 Pistol, 280
Erma EG 73 Lever Carbine, 352
Erma EG 712 Lever Carbine, 353
Erma EG 712L Lever Carbine, 353
Erma-Excam RX 22 Pistol, 280
Erma-Excam Gallager Carbine, 414
Euroarms Navy Model 1851 Revolver, 403
Euroarms Navy Model 1851 Squareback
Revolver, 403
Euroarms Navy-Sheriff 1851 Revolver, 403
Euroarms Model 1860 Army Revolver, 404
Euroarms Model 1861 Navy Revolver, 404
Euroarms Model 1862 Pocket Police
Revolver, 404
Euroarms U.S. Model 1862 Remington
Contract Rifle, 414
Euroarms Rogers & Spencer Revolver, 404
Euroarms London Armory 3-Band
Musket, 413

Compendium_Klarevas
Page 270

Euroarms Cook & Brother Confederate Carbine, 414
Euroarms Double Barrel Shotgun, 417
Exel Model 201, 202, 203 Shotguns, 386
Exel Model 204, 205, 206 Shotguns, 386
Exel Model 207, 208, 209, 210 Shotguns, 386
Exel Model 211, 212, 213 Shotguns, 386
Exel Series 300 Over-Under Shotguns, 378

## F

F.I.E. Titan II Pistol, 281
F.I.E. Super Titan II Pistol, 280
F.I.E. Titan 25 Pistol, 281
F.I.E. The Best A27B Pistol, 280
F.I.E. Model D-38 Derringer, 314
F.I.E. N38 Titan Tiger, 301
F.I.E. TZ-75 DA Pistol, 280
F.I.E. E15 Buffalo Scout, 311
F.I.E. Hombre Single Action, 311
F.I.E. Texas Ranger, 310
F.I.E. GR-8 Black Beauty Rifle, 348
F.I.E. S.O.B. Shotgun, 392
F.I.E. C.B.C. Shotgun, 392
F.I.E. SPAS 12 Pump/Auto Shotgun, 394
F.I.E. Kentucky Percussion Pistol, 398
F.I.E. Kentucky Flintlock Rifle, 408
F.I.E. Kentucky Percussion Rifle, 408
FN 308 Model 50-63 Rifle, 317
FNC Auto Rifle, 318
FN-LAR Competition Auto, 317
FN-LAR Heavy Barrel 308 Match, 318
FN-LAR Paratrooper 308 Match, 317
FTL Auto-Nine Pistol, 281
Armi Famars Field Over-Under, 378
Federal XC-450, XC-900, XC-220 Rifles, 318
Feinwerkbau Model 2 CO² Pistol, 419
Feinwerkbau FWB-65 Mk. II Air Pistol, 419
Feinwerkbau Model 90 Air Pistol, 419
Feinwerkbau 124/127 Magnum Air Rifle, 426
Feinwerkbau 300-S Universal Match Air Rifle, 426
Feinwerkbau F300-S Running Boar (TH) Air Rifle, 427
Feinwerkbau Model 300-S Mini-Match Air Rifle, 427
Feinwerkbau Model 600 Air Rifle, 427
Feinwerkbau Mini-Match 2000 Rifle, 360
Ferlib Model F VII Shotgun, 387
Finnish Lion Standard Target, 361
Franchi Model 48/AL Shotgun, 367
Franchi Model 48/AL Slug Gun, 367
Franchi Diamond Grade Shotgun, 378
Franchi Falconet Super, 378
Franchi Alcione Super Deluxe, 378
Fraser Automatic Pistol, 281
Freedom Arms 454 Casull, 311
Freedom Arms Mini Revolver, 311
Freedom Arms Boot Gun, 311
Freedom Arms Percussion Mini Revolver, 405

## G

GIB 10 Gauge Magnum Shotgun, 387
Galil 308 Auto Rifle, 318
Garbi Model 51 Shotgun, 387
Garbi Model 51B Shotgun, 387

Garbi Model 60 Shotgun, 387
Garbi Model 62 Shotgun, 387
Garbi Model 62B Shotgun, 387
Garbi Model 71 Shotgun, 388
Garbi Model 100 Shotgun, 387
Garbi Model 101 Shotgun, 387
Garbi Model 102 Shotgun, 388
Garbi Model 103A Shotgun, 387
Garbi Model 103B Shotgun, 387
Garbi Model 200 Shotgun, 388
Garbi Model Special Shotgun, 387
Griswold & Gunnison Revolver, 405
Guardian-SS Auto Pistol, 281

## H

Hammerli Master CO² Pistol, 421
Hammerli Models 120-1, 120-2, 293
Hammerli Models 150,152, 293
Hammerli Models 208,211,215, 294
Hammerli Model 212 Pistol, 281
Hammerli Model 232, 294
Harrington & Richardson Model 058 Combo, 341
Harrington & Richardson Model 088, 392
Harrington & Richardson Model 158, 341
Harrington & Richardson Model 162, 393
Harrington & Richardson Model 171 Carbine, 341
Harrington & Richardson Model 176 Magnum, 393
Harrington & Richardson Model 176 Slug Gun, 393
Harrington & Richardson Model 258 Handy Gun II, 343
Harrington & Richardson Model 504 H&R Mag. Revolver, 302
Harrington & Richardson Model 532 H&R Mag. Revolver, 302
Harrington & Richardson Model 586 H&R Mag. Revolver, 301
Harrington & Richardson Model 622, 302
Harrington & Richardson Model 649, 301
Harrington & Richardson Model 686, 301
Harrington & Richardson Model 700 Rifle, 348
Harrington & Richardson Model 700 Deluxe, 348
Harrington & Richardson Model 732, 302
Harrington & Richardson Model 733, 302
Harrington & Richardson Model 750, 355
Harrington & Richardson Model 865, 355
Harrington & Richardson Model 904, 302
Harrington & Richardson Model 905, 302
Harrington & Richardson Model 929, 302
Harrington & Richardson Model 930, 302
Harrington & Richardson Model 949, 302
Harrington & Richardson Model 999, 302
Harrington & Richardson Model 5200 Match, 361
Harper's Ferry Model 1806 Pistol, 397
Harper's Ferry Model 1855 Pistol, 398
Hatfield Squirrel Rifle, 409
Hawken Rifle, 412
J&S Hawken Percussion Pistol, 398
Heckler & Koch HK-4 Pistol, 282
Heckler & Koch P7 Pistol, 282
Heckler & Koch P9S Competition, 294
Heckler & Koch P9S Pistol, 282
Heckler & Koch P9S Sports-Competition Pistol, 282
Heckler & Koch P9S Combat Model, 282
Heckler & Koch P9S Target Pistol, 282
Heckler & Koch SL6 Rifle, 323
Heckler & Koch SL7 Rifle, 323

Heckler & Koch VP 70Z DA Pistol, 282
Heckler & Koch HK-91 Rifle, 318
Heckler & Koch HK-93 Rifle, 318
Heckler & Koch HK-94 Carbine, 318
Heckler & Koch HK-270 Rifle, 348
Heckler & Koch HK-300 Rifle, 348
Heckler & Koch HK-630 Rifle, 323
Heckler & Koch HK-770 Rifle, 323
Heckler & Koch HK-940 Rifle, 323
Hege-Siber Percussion Pistol, 400
Heym SR-20 Rifle, 330
Heym SR-20, SR-40 Left Hand Rifles, 330
Heym SR-40 Rifle, 330
Heym Model 22S Safety Combo, 344
Heym Model 33 Boxlock Drilling, 344
Heym Model 37 Sidelock Drilling, 344
Heym Model 37B Double Rifle Drilling, 344
Heym Model 55/77 Shotgun, 379
Heym Model 55B/77B Double Rifle, 344
Heym Model 55BF/77BF Combo Gun, 344
Heym Model 55F, 77F, 379
Heym Model 55FSS, 77FSS, 379
Heym Model 88B Double Rifle, 344
Heym-Ruger Model HR-30N Rifle, 341
Heym-Ruger HR 30/38 Rifle, 341
Heym-Ruger HR-30G Rifle, 341
Heym-Ruger HR-30L Rifle, 341
High Standard Supermatic Trophy Military, 294
High Standard Supermatic Citation II Military, 294
High Standard Victor, 294
High Standard X Series Custom 10-X, 294
High Standard Sport-King Pistol, 282
High Standard Camp Gun, 303
High Standard Double-Nine, 303
High Standard High Sierra, 303
High Standard Long Horn, 303
High Standard Sentinel, 303
High Standard Model 9193 Derringer, 314
High Standard Model 9194 Derringer, 314
High Standard Model 9420 Derringer, 314
Hopkins & Allen 1810 English Dueling Pistol, 401
Hopkins & Allen Kentucky Flintlock Pistol, 398
Hopkins & Allen Kentucky Percussion Pistol, 398
Hopkins & Allen English Flint Target Pistol, 401
Hopkins & Allen Boot Pistol, 401
Hopkins & Allen Navy Model 1851 Revolver, 403
Hopkins & Allen Model 1860 Army Revolver, 404
Hopkins & Allen Kentucky Flintlock Rifle, 408
Hopkins & Allen Kentucky Percussion Rifle, 408
Hopkins & Allen Plainsman Rifle, 407
Hopkins & Allen Pennsylvania Hawken Rifle, 408
Hopkins & Allen Brush Rifle, 409
Hopkins & Allen Buggy Rifle, 409
Hopkins & Allen Hawken Rifle, 412
Hopkins & Allen Sanftl Schutzen Target Rifle, 416
Hopkins & Allen Double Barrel Shotgun, 417

## I

IGA Coach Gun Shotgun, 388
IGA Side-By-Side Shotgun, 388

GUNDEX

Compendium_Klarevas
Page 271

**G U N D E X**

IGA Over-Under Shotgun, 379
Interarms Mark X Alaskan Magnum, 332
Interarms Mark X Marquis Mannlicher-Style Carbine, 332
Interdynamic KG-99 Pistol, 283
Interdynamic KG-99K Pistol, 283
Ithaca Mag-10 Auto Shotgun, 368
Ithaca Mag-10 Deerslayer, 368
Ithaca Mag-10 Roadblocker Shotgun, 394
Ithaca 5E Grade Trap Gun, 393
Ithaca Model 37 DSPS Shotgun, 395
Ithaca Model 37 Deerslayer, 371
Ithaca Model 37 English Ultralite, 372
Ithaca Model 37 Field Grade, 371
Ithaca Model 37 Field Grade Magnum Shotgun, 377
Ithaca Model 37 LAPD Shotgun, 394
Ithaca Model 37 Magnum Shotgun, 372
Ithaca Model 37 M & P Shotgun, 394
Ithaca Model 37 M&P Handgrip Shotgun, 394
Ithaca Model 37 Supreme, 371
Ithaca Model 37 Ultralite, 372
Ithaca Model 51A Shotgun, 367
Ithaca Model 51A Supreme Skeet Shotgun, 367
Ithaca Model 51A Supreme Trap Shotgun, 367
Ithaca Model 51A Waterfowler, 367
Ithaca-Navy Hawken Rifle, 412
Iver Johnson TP22B, TP25B Pistols, 283
Iver Johnson PP30 Super Enforcer Pistol, 283
Iver Johnson PM30HB Carbine, 319
Iver Johnson PO300 Pony Pistol, 283
Iver Johnson Survival Carbine, 319
Iver JohnsonTrailsman Pistol, 283
Iver Johnson Trailblazer Rifle, 349
Iver Johnson Model 1860 Army Revolver, 404

**J**

Jennings J-22 Auto Pistol, 283

**K**

K.F.C. Model FG Shotgun, 379
K.F.C. Model OT-Skeet Shotgun, 379
K.F.C. Model OT-Trap-E1, 379
K.F.C. Model OT-Trap-E2, 379
Kassnar Concorde Special Revolver, 303
Kassnar Concorde Model M-16 Rifle, 349
Kassnar Concorde Model 20P/S Rifle, 349
Kassnar Concorde Model 2000 Rifle, 349
Kassnar Concorde Model-14 P/S Rifle, 355
Kassnar Concorde M-1400 Rifle, 355
Kassnar/Churchill Gas Auto Shotgun, 368
Kassnar/Churchill Pump Shotgun, 372
Kassnar/Churchill Windsor Shotguns, 379
Kassnar/Churchill Regent Over- Under, 379
Kassnar/Churchill Regent Trap, Skeet, 379
Kassnar/Churchill Windsor Side-by-Side Shotgun, 388
Kassnar/Churchill Regent Side-by-Side Shotgun, 388
Kassnar/Omega Shotgun, 372
Kassnar/Omega Pump Shotguns, 372

Kassnar/Omega Over-Under Shotgun, 380
Kassnar/Omega Side-by-Side Shotgun, 388
Kassnar/Omega Folding Shotgun, 393
Kassnar/Omega Riot Pump Shotgun, 395
Kassnar Hawken Rifle, 412
Kawaguchiya K.F.C. Model 250 Shotgun, 368
Kentucky Flintlock Pistol, 398
Kentucky Percussion Pistol, 398
Kentucky Flintlock Rifle, 408
Kentucky Percussion Rifle, 408
Kentuckian Rifle, 409
Kentuckian Carbine, 409
Kimber Model 82 Rimfire Rifle, 356
Kimber Models 82, 84 Rimfire Super America, 356
Kimber Model 82 Hornet Sporter, 330
Kimber Model 82, 84 Super America, 331
Kimber Model 84 223 Sporter Rifle, 331
Kleinguenther K-15 Insta-Fire, 331
Kleinguenther K-22 Bolt Action Rifle, 356
Kodiak Percussion Double Rifle, 414
Krico Model 120M Military Trainer, 356
Krico Model 302 Rifle, 356
Krico Model 304 Rifle, 356
Krico Model 330S Match Rifle, 354
Krico Model 340S (MS) Silhouette, 353
Krico Model 340 Mini Sniper Rifle, 362
Krico Model 400 Rifle, 331
Krico Model 420 Rifle, 331
Krico Model 440S Match Sporter Rifle, 361
Krico Model 600/700 Rifle, 331
Krico Model 600/700L Deluxe Rifle, 331
Krico Model 620/720 Rifle, 332
Krico Model 640 Varmint Rifle, 331
Krico Model 640S Match Sporter, 361
Krico Model 650SS Sniper Rifle, 362

**L**

L.A.R.Grizzly Win. Mag. Pistol, 284
Lanber Model 844 Shotgun, 380
Lanber Model 2004 Shotgun, 380
Lanber Model 2008 Shotgun, 380
Lanber Model 2009 Shotgun, 380
Lebeau-Courally Boxlock Double Rifle, 345
Lebeau-Courally Sidelock Double Rifle, 345
Lebeau-Courally Boss Model Shotgun, 380
Lebeau-Courally Boxlock Shotgun, 389
Lebeau-Courally Sidelock Shotgun, 389
Ljutic LJ II Pistol, 314
Ljutic Recoiless Space Pistol, 314
Ljutic Recoiless Space Rifle, 341
Ljutic Mono Gun Shotgun, 393
Ljutic Recoiless Space Gun Shotgun, 393
Ljutic Bi-Gun Shotgun, 380
Ljutic LTX Mono Gun Shotgun, 393
Llama Omni DA Pistol, 284
Llama Large Frame Auto Pistols, 284
Llama Small Frame Auto Pistols, 284
Llama Comanche Revolver, 303
Llama Super Comanche, 303
London Armory 3-Band Musket, 413
Lyman Plains Pistol, 398
Lyman Navy Model 1851 Squareback Revolver, 403
Lyman Great Plains Rifle, 407
Lyman Trade Rifle, 408

**M**

MAB Model P-15 Pistol, 284
MAC Wolverine Rifle, 415
MKE Auto Pistol, 285
M-S Safari Arms Model 81, 81L, 295
M-S Safari Arms Model 81BP, 295
M-S Safari Arms Model 81NM, 295
M-S Safari Arms Enforcer, 295
M-S Safari Arms Matchmaster, 295
M-S Safari Arms 1000 Yd. Match Rifle, 362
M-S Safari Arms Silhouette Rifle, 362
M-S Safari Arms Varmint Rifle, 332
John Manton Match Pistol, 401
Manufrance Model 979 Falcor Competition Trap Shotgun, 380
Manufrance Model 1977 Falcor Pheasant Shotgun, 381
Manufrance Model 1985 Falcor Trap Shotgun, 380
Manufrance Model 222 Robust Field Shotgun, 389
Manufrance Model 254 Robust Shotgun, 389
Manufrance Model RG-860 Shotgun, 395
Manurhin PP Auto Pistol, 285
Manurhin PPK/S Auto Pistol, 285
Manurhin MR 32 Match Revolver, 295
Manurhin MR 73 Sport Revolver, 304
Manurhin MR 73 Silhouette Revolver, 296
Marathon Sportsman Rifle, 332
Marathon 22 L.R. Bolt Action Rifle, 357
Marathon Model 100 Air Rifle, 431
Marathon Model 200 Air Rifle, 431
Mark X Alaskan Magnum Rifle, 332
Mark X Marquis Mannlicher-Style Carbine, 332
Marksman Ensign EN-1 Air Rifle, 431
Marksman Model 1010 Air Pistol, 421
Marksman Plainsman Model 1049 CO² Pistol, 421
Marksman Model 1740 Air Rifle, 432
Marksman Model 1770 Air Rifle, 431
Marlin Model 15 Rifle, 357
Marlin Model 15Y Little Buckaroo Rifle, 357
Marlin Model 25 Rifle, 357
Marlin Model 25M Rifle, 357
Marlin Model 30AS Carbine, 325
Marlin Golden 39A Rifle, 353
Marlin Golden 39M Carbine, 353
Marlin Model 55 Goose Gun, 391
Marlin Model 60 Rifle, 350
Marlin Model 70 Rifle, 349
Marlin Model 75C Rifle, 349
Marlin Model 120 Magnum Shotgun, 372
Marlin Model 336 Extra-Range Carbine, 325
Marlin Model 336CS Carbine, 325
Marlin Model 336TS Carbine, 325
Marlin Model 444SS Sporter, 325
Marlin Model 780 Rifle, 357
Marlin Model 781 Rifle, 357
Marlin Model 782 Rifle, 357
Marlin Model 783 Rifle, 357
Marlin Model 990 Rifle, 349
Marlin Model 995 Rifle, 350
Marlin Model 1894C Carbine, 325
Marlin Model 1894CS Carbine, 324
Marlin Model 1894M Carbine, 353
Marlin Model 1894S Carbine, 324
Marlin Model 1895SS Rifle, 325
Marlin Supergoose 10 Model 5510, 392
Marocchi Model America Shotgun, 381
Marocchi Model Contrast Shotgun, 381
Marocchi Over-Under Shotgun, 381

Compendium_Klarevas
Page 272

Maximum Single Shot Pistol, 314
Mercury Magnum Shotgun, 389
Merrill Sportsman's Pistol, 315
Michigan Arms Wolverine Rifle, 415
Mississippi Model 1841 Rifle, 415
Moore & Patrick Flint Dueling Pistol, 400
Morse/Navy Rifle, 415
Morse/Navy Single Barrel Shotgun, 417
Mossberg Model 144 Target, 363
Mossberg Model 183K Shotgun, 392
Mossberg Model 341 Rifle, 357
Mossberg Model 353 Rifle, 350
Mossberg Model 377 Plinkster Rifle, 350
Mossberg Model 380 Rifle, 350
Mossberg Model 479 PCA Rifle, 326
Mossberg Model 500 AGVD, CGVD
   Shotgun, 372
Mossberg Model 500 AHT/AHTD
   Shotgun, 373
Mossberg Model 500 ASG Slugster, 373
Mossberg Model 500 EGV Shotgun, 373
Mossberg Model 500 Security
   Shotgun, 395
Mossberg Model 500 US Shotgun, 395
Mossberg Model 500 ATP Shotgun, 395
Mossberg Model 595/585 Shotguns, 392
Mossberg Model 595 AP5 Shotgun, 395
Mossberg Model 640K Chuckster, 358
Mossberg Model 5500 Shotgun, 368
Mossberg 5500 AP5 Guardian
   Shotgun, 396
Mossberg Cruiser Persuader
   Shotgun, 395
Mowrey Ethan Allen Plains Rifle, 410
Mowrey Ethan Allen Squirrel Rifle, 410
Mowrey Allen & Thurber Shotgun, 417
J.P. Murray Artillery Carbine, 414

## N

Navy Arms Grand Prix Silhouette
   Pistol, 296
Navy Arms Model 84 Over-Under
   Shotgun, 381
Navy Arms Harper's Ferry 1806
   Pistol, 397
Navy Arms Kentucky Flintlock Pistol, 398
Navy Arms Kentucky Percussion
   Pistol, 398
Navy Arms Philadelphia Derringer, 399
Navy Arms British Dragoon Flint
   Pistol, 399
Navy Arms J&S Hawken Percussion
   Pistol, 398
Navy Arms Le Page Dueling Pistol, 401
Navy Arms Moore & Patrick Flint Dueling
   Pistol, 400
Navy Arms Hege-Siber Pistol, 400
Navy Arms F. Rochatte Percussion
   Pistol, 401
Navy Arms John Manton Match
   Pistol, 401
Navy Arms W. Parker Percussion
   Pistol, 401
Navy Arms Walker 1847 Revolver, 402
Navy Arms Navy Model 1851
   Revolver, 403
Navy Arms Harper's Ferry Model 1855
   Pistol, 398
Navy Arms New Model 1858 Army
   Revolver, 404
Navy Arms Model 1860 Army
   Revolver, 404
Navy Arms Model 1861 Navy
   Revolver, 404

Navy Arms Model 1862 Pocket Police
   Revolver, 405
Navy Arms Model 1862 Leech & Rigdon
   Revolver, 405
Navy Arms Spiller & Burr Revolver, 405
Navy Arms Griswold & Gunnison
   Revolver, 405
Navy Arms Rogers & Spencer
   Revolver, 404
Navy Arms Charleville Musket, 406
Navy Arms Brown Bess Musket, 406
Navy Arms Kentucky Flintlock Rifle, 408
Navy Arms Kentucky Percussion
   Rifle, 408
Navy Arms Buffalo Hunter Rifle, 411
Navy Arms Mark 1 Hawken Rifle, 412
Navy Arms Mississippi Model 1841
   Rifle, 415
Navy Arms Zouave Rifle, 415
Navy Arms Model 1863 Springfield
   Musket, 414
Navy Arms J.P. Murray Artillery
   Carbine, 414
Navy Arms 3-Band 1853 Enfield, 413
Navy Arms 2-Band Enfield 1858
   Musket, 413
Navy Arms Rolling Block Rifle, 342
Navy Arms Creedmoor Target Rifle, 342
Navy Arms Henry Carbine, 325
Navy Arms Mule Ear Squirrel Rifle, 415
Navy Arms Morse/Navy Rifle, 415
Navy Arms Swiss Federal Target
   Rifle, 416
Navy Arms Cub 45 Youth Rifle, 416
Navy Arms Morse Single Barrel
   Shotgun, 417
Navy Arms Classic Percussion
   Shotgun, 417
Navy Model 1851 Percussion
   Revolver, 403
Navy-Sheriff 1851 Revolver, 403
Navy 1861 Percussion Revolver, 404
New Model 1858 Army Revolver, 404
Norica Black Widow Air Pistol, 421
Norica Black Widow Air Rifle, 432
Norica Model 73 Air Rifle, 432
Norica Model 80G Air Rifle, 432

## O

O.D.I. Viking Combat DA Pistol, 285
Ozark Mountain Taney County Rifle, 410
Ozark Mountain Muskrat Rifle, 410
Ozark Mountain Hawken Rifle, 411

## P

Parker DHE Side-by-Side Shotgun, 389
Parker-Hale Model 81 Classic Rifle, 333
Parker-Hale Model 1000 Rifle, 333
Parker-Hale Model 1100M African Magnum
   Rifle, 333
Parker-Hale Model 1100 Lightweight
   Rifle, 333
Parker-Hale 1200 Super Rifle, 333
Parker-Hale Model 1200 Super Clip
   Rifle, 333
Parker-Hale Model 2100 Rifle, 332
Parker-Hale Enfield 1853 Musket, 413
Parker-Hale Enfield Pattern 1858 Naval
   Rifle, 413
Parker-Hale Enfield 1861 Carbine, 413

Parker-Hale Volunteer Rifle, 413
Parker-Hale Whitworth Rifle, 413
W. Parker Percussion Pistol, 401
Pecos Valley Half-Stock Pennsylvania
   Rifle, 409
Pennsylvania Half-Stock Plains Rifle, 407
Perugini-Visini Boxlock Double Rifle, 345
Perugini-Visini O/U Double Rifle, 345
Perugini-Visini Double Rifle, 345
Philadelphia Derringer, 399
Piotti King No. 1 Shotgun, 389
Piotti Model King EELL Shotgun, 389
Piotti Model Lunik Shotgun, 390
Piotti Model Piuma Shotgun, 390
Power Line Model 120 Cadet Air Rifle, 432
Power Line Model 717 Pellet Pistol, 422
Power Line Match 777 Pellet Pistol, 422
Power Line Model 790 Air Pistol, 422
Power Line Model 880 Air Rifle, 432
Power Line Model 881 Air Rifle, 432
Power Line Model 917/922 Air Rifle, 432
Power Line Model 1200 Custom Target
   Pistol, 422
Power Line Model 1207 CO$^2$ Pistol, 421
Precise/RO-72 Bullseye Air Pistol, 422
Precise Minuteman Micron Air Pistol, 421
Precise Minuteman Magnum Air Rifle, 433
Precise Minuteman Medalist Air Rifle, 433
Precise Minuteman Middleweight Air
   Rifle, 433

## R

RG Model 14S Revolver, 304
RG Model 23 Revolver, 304
RG Model 26 Auto Pistol, 285
RG Model 38S Revolver, 304
RG Model 39 Revolver, 304
RWS Model 5G Air Pistol, 422
RWS Model 5GS Air Pistol, 422
RWS Model 6M Match Air Pistol, 422
RWS Model 10 Match Air Pistol, 423
RWS Model 25 Air Rifle, 433
RWS Model 27 Air Rifle, 433
RWS Model 35 Air Rifle, 433
RWS Model 45 Air Rifle, 434
RWS Model 45S Air Rifle, 434
RWS Model 50T 01 Air Rifle, 433
RWS Model 75T 01 Match Air Rifle, 433
RWS Model 75KT 01 Running Boar Air
   Rifle, 433
Randall Curtis LeMay Four Star
   Pistol, 286
Randall Raider Auto Pistol, 286
Randall Service Model Pistol, 285
Raven Model P-25 Pistol, 286
Record Model 3 Air Pistol, 423
Record Model 68 Air Pistol, 423
Record Jumbo Deluxe Air Pistol, 423
Remington XP-100 Silhouette Pistol, 296
Remington Model XP-100, 315
Remington Model Four Rifle, 323
Remington Model Six Rifle, 326
Remington Model Seven Rifle, 334
Remington Model 40-XB
   Rangemaster, 363
Remington Model 40-XB-BR Rifle, 363
Remington Model 40-XC National Match
   Rifle, 363
Remington Model 40-XR Rimfire Position
   Rifle, 363
Remington Nylon 66BD Rifle, 350
Remington Nylon 66MB Rifle, 350
Remington Model 74 Sportsman Rifle, 323
Remington Model 76 Sportsman Rifle, 376

G
U
N
D
E
X

Compendium_Klarevas
Page 273

Remington Model 78 Sportsman Rifle, 334
Remington Model 552A Rifle, 351
Remington Model 552BDL Rifle, 351
Remington Model 572 Fieldmaster, 353
Remington Model 572BDL Deluxe, 353
Remington Model 700 ADL Rifle, 334
Remington Model 700BDL Rifle, 334
Remington Model 700 BVDL Left-
 Hand, 334
Remington Model 700 Classic, 333
Remington Model 700 Safari, 334
Remington Model 700 BDL Varmint, 334
Remington Model 870 Wingmaster
 Shotgun, 373
Remington Model 870 Special Field
 Shotgun, 373
Remington Model 870 Brushmaster
 Deluxe, 374
Remington Model 870 20 Ga. Lt. Wt., 373
Remington Model 870 Small Gauge, 373
Remington Model 870 Magnum, 373
Remington Model 870D Tournament, 373
Remington Model 870 Competition
 Trap, 373
Remington Model 870F Premier, 373
Remington Model 870 TA Trap, 373
Remington Model 870P Police
 Shotgun, 396
Remington Model 1100 Shotgun, 369
Remington Model 1100 Special Field, 369
Remington Model 1100 LT-20, 369
Remington Model 1100 Magnum, 369
Remington Model 1100 Small Gauge, 369
Remington Model 1100 Deer Gun, 369
Remington Model 1100F Premier, 369
Remington Model 1100 SA Skeet, 369
Remington Model 1100 TA Trap, 369
Remington Model 1100D
 Tournament, 369
Remington Model 7400 Rifle, 323
Remington Model 7600 Rifle, 326
Remington Sportsman 12 Shotgun, 374
F. Rochatte Percussion Pistol, 401
Rogers & Spencer Revolver, 404
Rossi Model 62 SA Pump, 353
Rossi Model 62 SAC Carbine, 353
Rossi Model 68 Revolver, 304
Rossi Model 69 Revolver, 304
Rossi Model 70 Revolver, 304
Rossi Model 88 Stainless, 304
Rossi Saddle Ring Carbine, 326
Rossi Squire Shotgun, 390
Rossi Overland Shotgun, 390
Rottweil Field Supreme, 382
Rottweil Live Pigeon Model, 382
Rottweil Model AAT Trap, 382
Rottweil American Trap Combo, 382
Rottweil Montreal Trap Shotgun, 381
Rottweil Olympia '72 Skeet Shotgun, 381
Rottweil Model 72 American Skeet, 381
Ruger Mark II Standard Pistol, 286
Ruger Mark II Target Model Pistol, 296
Ruger Police Service-Six Model 107, 305
Ruger Police Service-Six Model 108, 305
Ruger Police Service-Six Model 109, 305
Ruger Security-Six Model 117, 305
Ruger Speed-Six Model 207, 305
Ruger Speed-Six Model 208, 305
Ruger Speed-Six Model 209, 305
Ruger Police Service-Six Model 707, 305
Ruger Police Service-Six Model 708, 305
Ruger Security-Six Model 717, 305
Ruger Speed-Six Model 737, 305
Ruger Speed-Six Model 738, 305
Ruger Speed-Six Model 739, 305
Ruger Redhawk, 305
Ruger N.M. Super Single-Six, 312
Ruger New Model Blackhawk. 312

Ruger N.M. Blackhawk Convertible, 312
Ruger N.M. 30 Carbine Blackhawk, 311
Ruger N.M. Super Blackhawk KS
 411N, 312
Ruger N.M. Blackhawk 357
 Maximum, 312
Ruger N.M. Super Blackhawk
 Stainless, 311
Ruger Mini-14 Ranch Rifle, 319
Ruger Mini-14 Folding Stock Rifle, 319
Ruger 44 Auto Carbine, 323
Ruger No. 1-B Rifle, 341
Ruger No. 1-RSI International Rifle, 342
Ruger No. 1-A Light Sporter Rifle, 342
Ruger No. 1-S Medium Sporter Rifle, 342
Ruger No. 1-H Tropical Rifle, 342
Ruger No. 1-V Special Varminter
 Rifle, 342
Ruger No. 3 Carbine, 342
Ruger Model 77 Rifle, 335
Ruger Model 77 Ultra Light, 335
Ruger Model 77 Magnum, 335
Ruger Model 77 Magnum Round Top, 335
Ruger Model 77 International, 335
Ruger Model 77 Varmint, 334
Ruger 10/22 Carbine, 351
Ruger 10/22 Sporter, 351
Ruger Bolt Action 77/22 Rifle, 358
Ruger Red Label Shotgun, 382
Ruger 44 Old Army Revolver, 405

S

Sako Heavy Barrel Rifle, 336
Sako Finnsport 2700 Sporter, 335
Sako Super Deluxe Sporter, 335
Sako Carbine, 336
Sako Safari Grade Rifle, 335
Sako Classic Sporter, 335
Sako Deluxe Sporter, 336
Sako Standard Sporter, 335
SIG P-210-1 Pistol, 286
SIG P-210-6 Pistol, 287
SIG-Sauer P-220 DA Pistol, 287
SIG-Sauer P-225 DA Pistol, 287
SIG-Sauer P-230 DA Pistol, 287
SIG PE-57 Auto Rifle, 319
SIG-StG 57 Auto Rifle, 320
SIG-AMT Auto Rifle, 319
SIG/Hammerli P-240 Target Pistol, 296
SIG/Hammerli Model 401, 403 Air
 Rifles, 434
SIG/Hammerli Model 420 Military Look Air
 Rifle, 434
Sanftl Schuetzen Target Rifle, 416
Savage Model 24-C Combo, 346
Savage Model 24-V Combo, 346
Savage Model 24-VS Camper/
 Survival, 346
Savage Model 24-D Combo, 345
Savage Model 24-F.G. Combo, 345
Savage-Stevens Model 72 Crackshot, 358
Savage Model 69-R/69-RXL Shotgun, 396
Savage-Stevens Model 89 Carbine, 358
Savage-Stevens Model 94 Shotgun, 393
Savage Model 99C Rifle, 327
Savage Model 99E Rifle, 326
Savage Model 110C Rifle, 336
Savage Model 110CL Rifle, 336
Savage Model 110E Rifle, 336
Savage Model 110S Silhouette, 364
Savage Model 110V Varmint, 336
Savage-Stevens Model 311 Shotgun, 390

Savage Model 340 Rifle, 336
Savage Fox Model B-SE Shotgun, 390
W&C Scott Kinmount Game Gun, 390
W&C Scott Bowood Deluxe Game
 Gun, 390
W&C Scott Chatsworth Grande Luxe
 Shotgun, 390
Seecamp II Stainless Auto Pistol, 286
Semmerling Model LM-4, 315
Seville Silhouette Single Action Pistol, 296
Seville Stainless Super Mag, 312
Seville Single Action, 312
Sharp Model Ace Air Rifle, 434
Sharp-Innova Air Rifle, 434
Sharps Old Reliable Rifle, 342
Sharps Sporter Rifle, 342
Sharps Military Carbine, 342
Sharps Sporter Carbine, 342
C. Sharps Arms 1874 Sporting Rifle
 No. 1, 415
C. Sharps Arms Sporting Rifle No. 3, 415
C. Sharps Arms New Model 1863 Sharps
 Rifle, 414
C. Sharps Arms New Model 1863 Sharps
 Carbine, 414
C. Sharps Arms 1874 Express Rifle, 415
C. Sharps Arms 1874 Business Rifle, 415
C. Sharps Arms 1874 Carbine, 415
C. Sharps Arms 1874 Sharps Military
 Rifle, 415
Sheridan Model EB $CO^2$ Pistol, 424
Sheridan Model HB Pneumatic Pistol, 423
Sheridan Blue Streak Air Rifle, 435
Sheridan Silver Streak Air Rifle, 435
Sheridan $CO^2$ Blue Streak Air Rifle, 434
Sheridan $CO^2$ Silver Streak Air Rifle, 434
Sheriff Model 1851 Revolver, 404
Shilen DGA Rifles, 336
Shilen DGA Benchrest Rifle, 363
Shiloh New Model 1863 Sharps
 Carbine, 414
Shiloh New Model 1863 Sharps Rifle, 414
Shiloh Sharps Model 1874 Military
 Rifle, 415
Shore Navy Model 1851 Revolver, 403
Shore New Model 1858 Army
 Revolver, 404
Shore Model 1860 Army Revolver, 404
Shore Kentucky Flintlock Rifle, 408
Shore Kentucky Percussion Rifle, 408
Shore Hawken Rifle, 412
Sile-Benelli B-76 Pistol, 287
Sile-Seecamp II DA Pistol, 286
Sile Kentucky Flintlock Pistol, 398
Sile Kentucky Percussion Pistol, 398
Sile Philadelphia Derringer, 399
Sile Walker 1847 Revolver, 402
Sile Army Model 1851 Revolver, 403
Sile Sheriff Model 1851 Revolver, 403
Sile Navy-Sheriff 1851 Revolver, 403
Sile Navy Model 1851 Revolver, 403
Sile New Model 1858 Army Revolver, 404
Sile Model 1860 Army Revolver, 404
Sile Griswold & Gunnison Revolver, 405
Sile Rogers & Spencer Revolver, 404
Sile Kentucky Flintlock Rifle, 408
Sile Kentucky Percussion Rifle, 408
Sile Hawken Rifle, 412
Sile Hawken Hunter Carbine, 412
Sile Deluxe Percussion Shotgun, 417
Sile Sky Stalker Folding Shotgun, 382
Sile TP8 Police/Survival Shotgun, 396
Smith & Wesson Model 10, 306
Smith & Wesson Model 10 H.B., 306
Smith & Wesson Model 12, 306
Smith & Wesson Model 13, 306
Smith & Wesson Model 15, 306
Smith & Wesson Model 17 K-22, 306

Smith & Wesson Model 18, 306
Smith & Wesson Model 19, 306
Smith & Wesson Model 44 Special Model
    24, 306
Smith & Wesson Model 25, 307
Smith & Wesson Model 27, 307
Smith & Wesson Model 28, 307
Smith & Wesson Model 29, 307
Smith & Wesson Model 29 Silhouette, 297
Smith & Wesson Model 31, 307
Smith & Wesson 1953 Model 34, 307
Smith & Wesson Chiefs Special Model
    36, 307
Smith & Wesson Airweight Model 37, 307
Smith & Wesson Bodyguard Model
    38, 308
Smith & Wesson Model 41 Auto, 297
Smith & Wesson 22 Match H.B. Model
    41, 297
Smith & Wesson Bodyguard Model
    49, 308
Smith & Wesson 38 Master Model 52, 297
Smith & Wesson Model 57, 308
Smith & Wesson Chiefs Special Model
    60, 307
Smith & Wesson Model 64, 308
Smith & Wesson Model 65, 306
Smith & Wesson Model 66, 308
Smith & Wesson Model 67, 308
Smith & Wesson Model 439 Pistol, 287
Smith & Wesson Model 459 Pistol, 288
Smith & Wesson Model 547, 308
Smith & Wesson Model 581, 308
Smith & Wesson Model 586, 308
Smith & Wesson Model 629, 307
Smith & Wesson Model 650, 307
Smith & Wesson Model 651, 307
Smith & Wesson Model 659 Pistol, 288
Smith & Wesson Model 681, 308
Smith & Wesson Model 686, 308
Smith & Wesson Model 1000
    Shotgun, 370
Smith & Wesson Model 1000 20 Ga., 370
Smith & Wesson Model 1000 Trap, 370
Smith & Wesson Model 1000
    Waterfowler, 370
Smith & Wesson Model 1000 Super 12
    Shotgun, 370
Smith & Wesson Model 1000S Super
    Skeet, 370
Smith & Wesson Model 1500 Deluxe, 337
Smith & Wesson Model 1500
    Mountaineer, 337
Smith & Wesson Model 1500 Varmint
    Deluxe, 337
Smith & Wesson Model 1700 LS Classic
    Hunter, 337
Smith & Wesson Model 3000
    Shotgun, 374
Smith & Wesson Model 3000
    Waterfowler, 374
Snake Charmer II Shotgun, 394
Spiller & Burr Percussion Revolver, 405
Springfield Armory M-1 Garand Rifle, 320
Springfield Armory M1A Rifle, 320
Springfield Armory M6 Survival Rifle, 358
Springfield Armory BM-59 Rifle, 320
Star Model 28 DA Pistol, 288
Star BM, BKM Pistols, 288
Star Model PD Pistol, 288
Sterling MK-7 Para Pistol, 288
Sterling Mark 6 Carbine, 320
Sterling Model HR-81 Air Rifle, 435
Stevens Model 35 Rifle, 358
Stevens Model 67 Shotgun, 374
Stevens Model 94-Y Youth Shotgun, 393
Stevens Model 110-ES Rifle, 337

Stevens Model 311-R Guardian
    Shotgun, 396
Stevens Model 987T Auto Rifle, 351
Stevens Model 9478 Shotgun, 394
Steyr GB DA Pistol, 289
Steyr A.U.G. Auto Rifle, 320
Steyr-Mannlicher Models S&ST, 337
Steyr-Mannlicher Varmint Models
    SL&L, 337
Steyr-Mannlicher SSG Marksman, 364
Steyr-Mannlicher SSG Match, 364
Steyr-Mannlicher Model M, 338
Steyr-Mannlicher ML79 Luxus, 338
Steyr-Mannlicher Models SL&L, 337
Steyr-Mannlicher Match UIT Rifle, 364
Stoeger Luger Pistol, 289
Swiss K-31 Target Rifle, 364


## T

Tanarmi Model TA76, 312
Tanarmi TA22S LM, 312
Tanarmi O/U Derringer, 315
Tanner Standard UIT Rifle, 365
Tanner 50 Meter Free Rifle, 365
Tanner 300 Meter Free Rifle, 364
Targa Model GT27 Pistol, 289
Targa GT32, GT380 Pistols, 289
Targa GT380XE, GT32XE Pistols, 289
Taurus Model 65, 309
Taurus Model 66 Revolver, 309
Taurus Model 73, 309
Taurus Model 80, 309
Taurus Model 82, 309
Taurus Model 83, 309
Taurus Model 85, 309
Taurus Model 86 Master, 297
Taurus PT-22 DA Pistol, 289
Taurus PT-92 Pistol, 290
Taurus PT-99 Pistol, 289
Techni-Mec Model SPL 640 Folding
    Shotgun, 382
Techni-Mec Model SR 692 Over-Under
    Shotgun, 382
Thompson-Center Contender, 315
Thompson-Center Super 14
    Contender, 297
Thompson-Center T.C.R. 83 Rifle, 342
Thompson-Center Patriot Pistol, 402
Thompson-Center Cherokee Rifle, 410
Thompson-Center Hawken Cougar
    Rifle, 410
Thompson-Center Hawken Rifle, 410
Thompson-Center Renegade Rifle, 411
Thompson-Center Seneca Rifle, 411
Tikka Model 55 Deluxe Rifle, 338
Tikka Model 65 Wild Boar Rifle, 365
Toledo Armas Kentucky Percussion
    Pistol, 398
Toledo Armas Philadelphia Derringer, 399
Toledo Armas Hawken Rifle, 412
Tradewinds Model H-170 Shotgun, 370
Tradewinds Model 260-A Rifle, 351
Tradewinds Husky Model 5000 Rifle, 338
Trail Guns Armory Liege Derringer, 400
Trail Guns Armory Alamo Long Rifle, 408
Trail Guns Armory Tryon Rifle, 407
Trail Guns Armory Kodiak Double
    Rifle, 415
Trail Guns Armory 10 Gauge Double
    Shotgun, 417
Tryon Rifle, 407


## U

U.S. Model 1862 Remington Contract
    Rifle, 414
Unique D.E.S. 69 Target Auto, 292
Unique Model 823-U Match Pistol, 292
Universal Model 1003 Carbine, 321
Universal Model 1005 SB Carbine, 321
Universal Model 1006 Carbine, 321
Universal Model 1010N Carbine, 321
Universal Model 1015G Carbine, 321
Universal Model 1020TB, 1030
    Carbine, 321
Universal Model 1256 Ferret Carbine, 321
Universal Model 1981 Commemorative
    Carbine, 321
Universal 2200 Leatherneck Carbine, 351
Universal Model 3000 Enforcer Pistol, 290
Universal Model 5000PT Carbine, 321
Universal Model 5006 Carbine, 321
Universal Model 5016 Carbine, 321
UZI Pistol, 290
UZI Carbine, 321


## V

Valmet Model 76 Carbine, 322
Valmet Model 78 Standard Rifle, 321
Valmet Model 78 (NATO) Rifle, 321
Valmet Model 412K Double Rifle, 346
Valmet Model 412KE Combo, 346
Valmet Model 412K Shotgun, 383
Valmet Model 412KE Target Series, 383
Valmet Model 412S American Series
    Shotgun, 383
Ventura Model 51 Shotgun, 391
Ventura Model 53/53 XXV-BL
    Shotgun, 391
Ventura Model 66/66 XXV-SL
    Shotgun, 391
Virginian Dragoon Stainless
    Silhouette, 298
Virginian 22 Convertible Revolver, 313
Virginian Dragoon Deputy Model, 313
Virginian Dragoon Revolver, 313
Voere Model 1007/1013 Rifles, 358
Voere Model 2115 Auto Rifle, 352
Voere Model 2155, 2165 Rifles, 338


## W

Walker 1847 Percussion Revolver, 402
Walther Free Pistol, 298
Walther GSP Match Pistol, 298
Walther OSP Rapid-Fire Match, 298
Walther PP DA Pistol, 290
Walther American PPK/s Pistol, 290
Walther P-38 Pistol, 290
Walther P-38 IV Pistol, 291
Walther P-5 DA Pistol, 291
Walther GX-1 Match, 365
Walther U.I.T. Match Rifle, 365
Walther U.I.T. Special, 365
Walther U.I.T.-E Match Rifle, 365
Walther Running Boar Match, 365
Walther Model CP-2 CO2 Pistol, 424
Walther Model LP-3 Air Pistol, 424
Walther Model LGR Air Rifle, 435
Walther LGR Match Air Rifle, 435
Walther LGR Universal Match Air
    Rifle, 435
Walther LGV Special Air Rifle, 435

G
U
N
D
E
X

Compendium_Klarevas
Page 275

Weatherby Mark V Rifle,  339
Weatherby Fibermark Rifle,  339
Weatherby Lazer Mark V Rifle,  339
Weatherby Mark V Left Hand,  339
Weatherby Vanguard VGX VGS Rifle,  338
Weatherby Vanguard VGL Rifle,  338
Weatherby Mark XXII Clip Rifle,  352
Weatherby Mark XXII Tube Rifle,  352
Weatherby Model Eighty-Two
    Shotgun,  371
Weatherby Ninety-Two Shotgun,  374
Weatherby Athena Shotgun,  383
Weatherby Orion Shotgun,  383
Weaver Arms Nighthawk,  322
Webley Hurricane Air Pistol,  418
Webley Tempest Air Pistol,  418
Webley Vulcan II Deluxe Air Rifle,  427
Weihrauch Model HW-70 Air Pistol,  419
Weihrauch Model 80 Air Rifle,  435
Dan Wesson Model 8-2,  309
Dan Wesson Model 9-2,  310
Dan Wesson Model 14-2,  309
Dan Wesson Model 15-2,  310
Dan Wesson Model 22,  310
Dan Wesson Model 41V,  309
Dan Wesson Model 44V,  309
Whitworth Express Rifle,  339
Wichita Mk-40 Silhouette Pistol,  298
Wichita Classic Pistol,  298
Wichita Hunter International Pistol,  298
Wichita Silhouette Pistol,  298
Wichita Classic Rifle,  339
Wichita Magnum Stainless Rifle,  340
Wichita Varmint Rifle,  339
Wichita Silhouette Rifle,  365
Wildey Auto Pistol,  291
Wilkinson Linda Pistol,  291
Wilkinson Terry Carbine,  322

Winchester Model 23 Pigeon Grade
    Winchoke,  391
Winchester Model 23 Pigeon Grade
    Shotgun,  391
Winchester Model 23 XTR
    Lightweight,  391
Winchester Model 23 Heavy Duck,  391
Winchester Model 70 Lightweight
    Carbine,  340
Winchester Model 70 XTR Sporter,  340
Winchester Model 70 XTR Sporter
    Varmint,  340
Winchester Model 70 XTR Sporter
    Magnum,  340
Winchester Model 70 XTR Super Express
    Magnum,  340
Winchester Model 70 XTR
    Featherweight,  340
Winchester Model 94 Angle Eject
    Carbine,  327
Winchester Model 94 XTR Angle Eject
    Carbine,  327
Winchester Model 94 Angle Eject
    Rifle,  327
Winchester Model 94 Trapper,  327
Winchester Model 94 Wrangler II,  327
Winchester Model 94 Crazy Horse
    Commemorative,  327
Winchester Model 101 Winchoke
    Field,  384
Winchester Model 101 Diamond Grade
    Target,  383
Winchester Model 101 Waterfowl
    Winchoke,  383
Winchester Model 101 Pigeon Grade,  384
Winchester Model 501 Grand
    European,  383

Winchester Model 1300 Featherweight
    Shotgun,  375
Winchester Model 9422 XTR Rifle,  354
Winchester Model 9422M XTR Rifle,  354
Winchester Double Express Rifle,  346
Winchester Super Grade O/U Combo,  346
Winchester Ranger Shotgun,  371
Winchester Ranger Pump Shotgun,  374
Winchester Ranger Youth Shotgun,  375
Winchester Ranger Combination,  375
Winchester Defender Shotgun,  396
Winchester Pistol Grip Pump Security
    Shotgun,  396
Winchester Stainless Police Shotgun,  396
Winchester Stainless Marine
    Shotgun,  396
Wischo BSF S-20 Air Pistol,  424

## Y

York County Rifle,  409

## Z

Pietro Zanoletti Model 2000 Shotgun,  384
Zouave Percussion Rifle,  415
A. Zoli Model Angel Field Grade
    Shotgun,  384
A. Zoli Rifle-Shotgun Combo,  346
A. Zoli Delfino S.P. Shotgun,  384
Zoli Golden Snipe Shotgun,  384
Zoli Silver Snipe Shotgun,  384

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

**AMT LIGHTNING AUTO PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** Tapered — 6½", 8½", 10½", 12½"; Bull — 5", 6½", 8½", 10½", 12½".
**Weight:** 45 oz. (6½" barrel). **Length:** 10¾" over-all (6½" barrel).
**Stocks:** Checkered wrap-around rubber.
**Sights:** Blade front, fixed rear; adjustable rear available at extra cost.
**Features:** Made of stainless steel. Uses Clark trigger with adjustable stops; receiver grooved for scope mounting; trigger guard spur for two-hand hold; interchangeable barrels. Introduced 1984. From AMT.
**Price:** 5" bull, 6½" tapered or bull, fixed sight . . . . . . . . . . . . . . . . . . . . . **$230.00**
**Price:** 8½", tapered or bull, fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . . **$240.00**
**Price:** 12½", tapered or bull, fixed sight . . . . . . . . . . . . . . . . . . . . . . . . . **$250.00**
**Price:** For adjustable rear sight add . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$21.00**



AMT Lightning

**AMT "BACKUP" AUTO PISTOL**
**Caliber:** 22 LR, 8-shot magazine; 380 ACP, 5-shot magazine
**Barrel:** 2½"
**Weight:** 18 oz. **Length:** 4.25" over-all.
**Stocks:** Checkered nylon.
**Sights:** Fixed, open, recessed.
**Features:** Concealed hammer, blowback operation; manual and grip safeties. All stainless steel construction. Smallest domestically-produced pistol in 380. From AMT.
**Price:** 22 LR or 380 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$250.00**



AMT Backup

**AMT 45 ACP HARDBALLER LONG SLIDE**
**Caliber:** 45 ACP.
**Barrel:** 7".
**Length:** 10½" over-all.
**Stocks:** Wrap-around rubber.
**Sights:** Fully adjustable rear sight.
**Features:** Slide and barrel are 2" longer than the standard 45, giving less recoil, added velocity, longer sight radius. Has extended combat safety, serrated matte rib, loaded chamber indicator, wide adjustable trigger. From AMT.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$625.00**



AMT Long Slide

**AMT 45 ACP HARDBALLER**
**Caliber:** 45 ACP.
**Barrel:** 5"
**Weight:** 39 oz. **Length:** 8½" over-all.
**Stocks:** Wrap-around rubber.
**Sights:** Adjustable.
**Features:** Extended combat safety, serrated matte slide rib, loaded chamber indicator, long grip safety, beveled magazine well, adjustable target trigger. All stainless steel. From AMT.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$550.00**
**Price:** Government combat (as above except no rib, fixed sights) . . . **$500.00**

**AMERICAN ARMS EAGLE 380**
**Caliber:** 380 ACP, 6-shot magazine.
**Barrel:** 2½".
**Weight:** 20 oz. **Length:** 6¼" over-all.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Double action, stainless steel construction, firing pin lock safety. Comes with fitted carrying case, belt buckle and one magazine. Introduced 1984. From Wilkerson Firearms Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$289.00**
**Price:** As above, except with black rubber grips . . . . . . . . . . . . . . . . . . **$298.00**
**Price:** With black rubber grips, black Teflon finish . . . . . . . . . . . . . . . . **$319.00**



American Arms Eagle

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 277

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

### AMERICAN DERRINGER 25 AUTO
**Caliber:** 25 ACP or 250 Magnum; 7-shot magazine.
**Barrel:** 2.1".
**Weight:** 15½ oz. **Length:** 4.4" over-all.
**Stocks:** Smooth rosewood.
**Sights:** Fixed.
**Features:** Stainless or ordnance steel. Magazines have finger extension. Introduced 1980. From American Derringer Corp.
**Price:** Stainless, 25 ACP .................................... $212.00
**Price:** Blue, matte finish, 25 ACP ........................... $200.00
**Price:** 250 Mag., stainless ................................. $212.00
**Price:** 250 Mag., blued .................................... $200.00



American Derringer 25 Auto

### ARMINEX TRIFIRE AUTO PISTOL
**Caliber:** 9mm. Para. (9-shot), 38 Super. (9-shot), 45 ACP (7-shot).
**Barrel:** 5", 6", 7".
**Weight:** 38 oz. **Length:** 8" over-all.
**Stocks:** Contoured smooth walnut.
**Sights:** Interchangeable post front, rear adjustable for windage and elevation.
**Features:** Single action. Slide mounted firing pin block safety. Specially contoured one-piece backstrap. Convertible by changing barrel, magazine, recoil spring. Introduced 1982. Made in U.S. by Arminex Ltd.
**Price:** Blue............................................... $396.00
**Price:** With wood presentation case......................... $452.00
**Price:** Target model, 6" barrel .............................. $424.00
**Price:** For 7" barrel, add .................................. $12.00



Arminex Trifire

### ASTRA A-80 DOUBLE-ACTION AUTO PISTOL
**Caliber:** 9mm Para., 38 Super (15-shot), 45 ACP (9-shot).
**Barrel:** 3.75".
**Weight:** 40 oz. **Length:** 7" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Square blade front, square notch rear drift-adjustable for windage.
**Features:** Double or single action; loaded chamber indicator; combat-style trigger guard; optional right-side slide release (for left-handed shooters); automatic internal safety; decocking lever. Introduced 1982. Imported from Spain by Interarms.
**Price:** Blue................................................ $425.00
**Price:** Chrome ............................................ $465.00



Astra A-80 Pistol

### ASTRA CONSTABLE AUTO PISTOL
**Caliber:** 22 LR, 10-shot, 380 ACP, 7-shot.
**Barrel:** 3½"
**Weight:** 26 oz.
**Stocks:** Moulded plastic
**Sights:** Adj. rear.
**Features:** Double action, quick no-tool takedown, non-glare rib on slide. 380 available in blue or chrome finish. Engraved guns also available—contact the importer. Imported from Spain by Interarms.
**Price:** Blue, 22 ............................................ $299.00
**Price:** Chrome, 22 ........................................ $324.00
**Price:** Blue, 380 .......................................... $279.00
**Price:** Chrome, 380 ....................................... $309.00

### AUTO-ORDNANCE 1911A1 AUTOMATIC PISTOL
**Caliber:** 9mm Para., 38 Super, 9-shot, 45 ACP, 7-shot magazine.
**Barrel:** 5".
**Weight:** 39 oz. **Length:** 8½" over-all.
**Stocks:** Checkered plastic with medallion.
**Sights:** Blade front, rear adj. for windage.
**Features:** Same specs as 1911A1 military guns—parts interchangeable. Frame and slide blued; each radius has non-glare finish. Made in U.S. by Auto-Ordnance Corp.
**Price:** Approximately....................................... $324.95



Auto-Ordnance 1911A1

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 278

# HANDGUNS—AUTOLOADERS, SERVICE & SPORT



Beeman SP-1 Standard

## BEEMAN SP-1 STANDARD PISTOL
**Caliber:** 22 LR, single shot.
**Barrel:** 8", 10", 11.2", 15".
**Weight:** 50 oz. **Length:** 18" over-all.
**Stocks:** European walnut, anatomically-shaped with adjustable palm rest.
**Sights:** Blade front, notch rear adjustable for windage and elevation.
**Features:** Two-stage trigger; loaded chamber indicator; grooved for scope mount. Detachable fore-end and barrel weight optional. Imported from Beeman. Introduced 1984.
**Price:** Right or left-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.50**
**Price:** Deluxe (with fore-end), illus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.50**

## BERNARDELLI MODEL 80 AUTO PISTOL
**Caliber:** 22 LR (10-shot); 380 ACP (7-shot).
**Barrel:** 3½".
**Weight:** 26½ oz. **Length:** 6½" over-all.
**Stocks:** Checkered plastic with thumbrest.
**Sights:** Ramp front, white outline rear adj. for w. & e
**Features:** Hammer block safety; loaded chamber indicator; dual recoil buffer springs; serrated trigger; inertia type firing pin. Imported from Italy by Interarms.
**Price:** Model 80, 22 or 380 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$235.00**
**Price:** Model 90 (22 or 32, 6" bbl.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$275.00**



Bernardelli Model 80

## BERETTA MODEL 81/85 DA PISTOLS
**Caliber:** 32 ACP (12-shot magazine), 380 ACP (13-shot magazine).
**Barrel:** 3¾"
**Weight:** About 23 oz. **Length:** 6½" over-all.
**Stocks:** Smooth black plastic (wood optional at extra cost).
**Sights:** Fixed front and rear.
**Features:** Double action, quick take-down, convenient magazine release. Introduced 1977. Imported from Italy by Beretta USA.
**Price:** M-81 (32 ACP) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$408.00**
**Price:** M-84 (380 ACP) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$408.00**
**Price:** Either model with wood grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$425.00**
**Price:** M-82W, 32 ACP wood grips, nickel, 9-shot mag. . . . . . . . . . . . **$495.00**
**Price:** M-85W, 380 ACP wood grips, 9-shot mag . . . . . . . . . . . . . . . . . **$495.00**

## BERETTA MODEL 950 BS AUTO PISTOL
**Caliber:** 22 Short, 25 ACP
**Barrel:** 2½".
**Weight:** 8 oz. (22 Short, 10 oz.). **Length:** 4½" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Fixed.
**Features:** Thumb safety and half-cock safety; barrel hinged at front to pop up for single loading or cleaning. From Beretta U.S.A.
**Price:** Blue, 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**
**Price:** Blue, 25 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$190.00**
**Price:** Nickel, 22 or 25 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$208.00**
**Price:** Blue with gold highlights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$220.00**

## BERETTA MODEL 92 SB, 92 SB COMPACT
**Caliber:** 9mm Parabellum (15-shot magazine, 14-shot on Compact).
**Barrel:** 4.92"
**Weight:** 33½ oz. **Length:** 8.54" over-all.
**Stocks:** Smooth black plastic; wood optional at extra cost.
**Sights:** Blade front, rear adj. for w.
**Features:** Double-action. Extractor acts as chamber loaded indicator, inertia firing pin. Finished in blue-black. Introduced 1977. Imported from Italy by Beretta USA.
**Price:** With plastic grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$600.00**
**Price:** With wood grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$620.00**
**Price:** Compact, plastic grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$620.00**
**Price:** Compact, wood grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$635.00**



Beretta Model 92 SB Compact

## BERETTA MODEL 70S PISTOL
**Caliber:** 22 LR, 380 ACP.
**Barrel:** 3.5".
**Weight:** 23 oz. (Steel) **Length:** 6.5" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Fixed front and rear.
**Features:** Polished blue finish. Safety lever blocks hammer. Slide lever indicates empty magazine. Magazine capacity is 8 rounds for both calibers. Introduced 1977. Imported from Italy by Beretta USA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$274.00**



Beretta Model 70S Pistol

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 279

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

**BERSA MODEL 225 AUTO PISTOL**
**Caliber:** 22 LR, 11-shot.
**Barrel:** 5".
**Weight:** 26 oz.
**Stocks:** Target-type checkered nylon with thumbrest.
**Sights:** Blade front, square notch rear adjustable for windage.
**Features:** Blow-back action; combat-type trigger guard; magazine safety; blue finish. Imported from Argentina by Outdoor Sports Headquarters. Introduced 1984.
**Price:** Model 225 .............................................. **$169.95**
**Price:** Model 226 (6" barrel).................................... **$169.95**

**BERSA MODEL 383 AUTO PISTOL**
**Caliber:** 380 ACP, 9-shot.
**Barrel:** 3½".
**Weight:** 25 oz.
**Stocks:** Target-type checkered black nylon.
**Sights:** Blade front, square notch rear adjustable for windage.
**Features:** Blow-back action; magazine safety; combat-type trigger guard; blue finish. Imported from Argentina by Outdoor Sports Headquarters. Introduced 1984.
**Price:** Model 383 .............................................. **$205.00**
**Price:** Model 223 (as above except 22 LR) ...................... **$165.00**


Bersa 225

Bersa 383


Bren Ten Standard


Bren Ten Special Forces


Browning BDA-380 Pistol

**BREN TEN STANDARD MODEL**
**Caliber:** 10mm Auto, 11-shot magazine.
**Barrel:** 5".
**Weight:** 39 oz. **Length:** 8.37" over-all.
**Stocks:** Textured black nylon (Hogue Combat).
**Sights:** Adjustable; replaceable, 3-dot combat-type.
**Features:** Full-size combat pistol, with selective double or single action. Has reversible thumb safety and firing pin block. Blued slide, natural stainless frame. Introduced 1983. From Dornaus & Dixon Enterprises, Inc.
**Price:** Standard model .......................................... **$500.00**
**Price:** Military & Police (matte black finish) ..................... **$550.00**
**Price:** Dual-Master (same as Standard except comes with extra 45 ACP slide and barrel, better finish, engraving, wood grips, wood case) ...... **$800.00**
**Price:** Jeff Cooper Commemorative (same as Standard except has extra fine finish, 22K gold-filled engraving, details, cartridges, laser engraved Herrett's grips and wood case) ........................................ **$2,000.00**
**Price:** 45 ACP conversion kit (4" or 5" bbl.) ...................... **$125.00**
**Price:** 22 LR conversion kit (5" bbl., 13-shot) ..................... **$250.00**

**Bren Ten Pocket Model**
Similar to the Standard Bren Ten except smaller. Has 4" barrel giving 7.37" over-all length, and weighs 28 oz. Fires full load 10mm Auto cartridge with 9 round capacity. Has hard chrome slide, stainless frame.
**Price:** ................................................... **$600.00**

**Bren Ten Special Forces Model**
Similar to the Pocket Model except has standard size grip frame with 11-shot capacity; weight is 33 oz. with 4" barrel. Available in either all black or natural light finish. Introduced 1984.
**Price:** Black finish ............................................ **$600.00**
**Price:** Light finish ............................................ **$650.00**

**BROWNING BDA-380 D/A AUTO PISTOL**
**Caliber:** 380 ACP, 13-shot magazine.
**Barrel:** 3¹³⁄₁₆".
**Weight:** 23 oz. **Length:** 6¾" over-all.
**Stocks:** Smooth walnut with inset Browning medallion.
**Sights:** Blade front, rear drift-adj. for w.
**Features:** Combination safety and de-cocking lever will automatically lower a cocked hammer to half-cock and can be operated by right or left-hand shooters. Inertia firing pin. Introduced 1978. Imported from Italy by Browning.
**Price:** Blue............................................... **$410.00**
**Price:** Nickel .............................................. **$455.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 280

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT



Browning Hi-Power Auto

### Browning Hi-Power Classic & Gold Classic

Same as standard fixed sight Hi-Power except both editions have game scenes of a bald eagle protecting her young from a lynx on satin grey slide and frame, as well as a profile of John M. Browning. The Gold Classic has the main subjects in contrasting gold inlay. Grips are finely checkered walnut with double border and floral designs. Classic series limited to 5,000, Gold Classic to 500, each with its unique serial number, "1 of 500," and so on. Each gun comes in a velvet lined walnut case.

| | |
|---|---|
| Price: Hi-Power Classic | $1,325.00 |
| Price: Hi-Power Gold Classic | $2,800.00 |



Browning Challenger III Sporter



Browning Challenger III Pistol

### BUSHMASTER AUTO PISTOL
Caliber: 223; 30-shot magazine.
Barrel: 11½" (1-10" twist).
Weight: 5¼ lbs. Length: 20½" over-all.
Stocks: Synthetic rotating grip swivel assembly.
Sights: Post front, adjustable open "y" rear
Features: Steel alloy upper receiver with welded barrel assembly, AK-47-type gas system, aluminum lower receiver, one-piece welded steel alloy bolt carrier assembly. From Bushmaster Firearms.

| | |
|---|---|
| Price: | $439.95 |
| Price: With matte electroless nickel finish | $479.95 |

### BROWNING HI-POWER 9mm AUTOMATIC PISTOL
Caliber: 9mm Parabellum (Luger), 13-shot magazine.
Barrel: 4¹¹⁄₃₂".
Weight: 32 oz. Length: 7¾" over-all.
Stocks: Walnut, hand checkered.
Sights: ⅛" blade front; rear screw-adj. for w. and e. Also available with fixed rear (drift-adj for w.).
Features: External hammer with half-cock and thumb safeties. A blow on the hammer cannot discharge a cartridge; cannot be fired with magazine removed. Fixed rear sight model available. Imported from Belgium by Browning.

| | |
|---|---|
| Price: Fixed sight model | $535.00 |
| Price: 9mm with rear sight adj. for w. and e. | $585.00 |
| Price: Nickel, fixed sight | $610.00 |
| Price: Nickel, adj. sight | $655.00 |
| Price: Silver chrome, adj. sight | $610.00 |

### Browning Louis XVI Hi-Power 9mm Auto
Same as Browning Hi-Power 9mm Auto except: fully engraved, silver-gray frame and slide, gold plated trigger, finely checkered walnut grips, with deluxe walnut case.

| | |
|---|---|
| Price: With adj. sights and walnut case | $1,530.00 |
| Price: With fixed sights | $1,460.00 |

### Hi-Power 88 Auto Pistol II
Similar to the standard Browning Hi-Power except available only with fixed rear sight, military parkerized finish, black checkered polyamid grips, single-action only. Comes with extra magazine. Introduced 1982. Imported from Belgium by Howco Distributors, Inc.

| | |
|---|---|
| Price: With extra magazine | $499.50 |

### BROWNING CHALLENGER III SPORTER
Caliber: 22 LR, 10-shot magazine.
Barrel: 6¾".
Weight: 29 oz. Length: 10⅞" over-all.
Stocks: Smooth impregnated hardwood.
Sights: ⅛" blade front on ramp, rear screw adj. for e., drift adj. for w.
Features: All steel, blue finish. Wedge locking system prevents action from loosening. Wide gold-plated trigger; action hold-open. Standard grade only. Made in U.S. From Browning.

| | |
|---|---|
| Price: | $239.95 |

### Browning Challenger III Auto Pistol
Similar to the Challenger III except has a 5½" heavy bull barrel, new lightweight alloy frame and new sights. Over-all length is 9½", weight is 35 oz. Introduced 1982.

| | |
|---|---|
| Price: | $239.95 |



Bushmaster Auto Pistol

CAUTION: PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 281

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

### CHARTER ARMS MODEL 79K DA AUTO PISTOL
**Caliber:** 32 ACP, 380 ACP, 7-shot magazine.
**Barrel:** 3.6".
**Weight:** 24½ oz. **Length:** 6.5" over-all.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Double action with hammer block, firing pin and magazine safeties. Stainless steel finish. Introduced 1984. Imported from West Germany by Charter Arms.
**Price:** 32 or 380 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$375.00**


Charter Model 79K

### Charter Arms Model 40 DA Auto Pistol
Similar to the Model 79K except chambered for 22 Long Rifle, 3.3" barrel, 6.3" over-all length, and 21½-oz. weight. Stainless steel finish. Introduced 1984. Imported from West Germany by Charter Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**

Charter Model 40

### CHARTER EXPLORER II & SII PISTOL
**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 8".
**Weight:** 28 oz. **Length:** 15½" over-all.
**Stocks:** Serrated simulated walnut.
**Sights:** Blade front, open rear adj. for elevation.
**Features:** Action adapted from the semi-auto Explorer carbine. Introduced 1980. From Charter Arms.
**Price:** Black or satin finish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$102.00**
**Price:** Extra 6", 8" or 10" barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$24.95**


Charter Explorer SII Pistol

### COLT 380 GOVERNMENT MODEL
**Caliber:** 380 ACP, 7-shot magazine.
**Barrel:** 3.29".
**Weight:** 21.8 oz. **Length:** 6.15" over-all.
**Stocks:** Checkered composition.
**Sights:** Ramp front, square notch rear, fixed.
**Features:** Scaled down version of the 1911A1 Colt G.M. Has thumb and internal firing pin safeties. Blue finish only. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.95**

### COLT GOV'T MODEL MK IV/SERIES 80
**Caliber:** 9mm, 38 Super, 45 ACP, 7-shot.
**Barrel:** 5".
**Weight:** 38 oz. **Length:** 8⅜" over-all.
**Stocks:** Checkered walnut.
**Sights:** Ramp front, fixed square notch rear.
**Features:** Grip and thumb safeties, and internal firing pin safety, grooved trigger. Accurizor barrel and bushing. Blue finish or nickel in 45 only.
**Price:** Blue, 45 cal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$459.50**
**Price:** Nickel, 45 cal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$489.95**
**Price:** 45, Satin nickel w/blue, Pachmayr grips. . . . . . . . . . . . . . . . . . . . **$488.50**
**Price:** 9mm, blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$456.95**
**Price:** 38 Super, blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$464.50**


Colt 380 Government

Consult our Directory pages for
the location of firms mentioned.

### Colt Conversion Unit
Permits the 45 and 38 Super Automatic pistols to use the economical 22 LR cartridge. No tools needed. Adjustable rear sight; 10-shot magazine. Designed to give recoil effect of the larger calibers. Not adaptable to Commander models. Blue finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$254.95**
**Price:** Fixed sight version . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$244.50**
**Price:** 9mm Series 80 Conversion Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . **$265.50**


Colt Gov't Series 80

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 282

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT



**Colt Combat Government Model Series 80**
Same as the standard Government Model except has a higher undercut front sight, white outline rear, Colt/Pachmayr wrap-around grips, flat mainspring housing, longer trigger, beveled magazine well, and an angled ejection port. Has internal firing pin safety. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$551.95**

**Colt Combat Government**

### COLT SERVICE MODEL ACE
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5″
**Weight:** 42 oz. **Length:** 8⅜″ over-all.
**Stocks:** Checkered walnut.
**Sights:** Blade front, fully adjustable rear.
**Features:** The 22-cal. version of the Government Model auto. Based on the Service Model Ace last produced in 1945. Patented floating chamber. Original Ace Markings rolled on left side of slide. Introduced 1978.
**Price:** Blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$485.95**



**Colt Service Model Ace**

### COLT COMBAT COMMANDER AUTO PISTOL
**Caliber:** 45 ACP, 7-shot; 38 Super Auto, 9-shot; 9mm Luger, 9-shot.
**Barrel:** 4¼″.
**Weight:** 36 oz. **Length:** 8″ over-all.
**Stocks:** Sandblasted walnut.
**Sights:** Fixed, glare-proofed blade front, square notch rear.
**Features:** Grooved trigger and hammer spur; arched housing; grip and thumb safeties.
**Price:** Blue, 9mm . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$456.95**
**Price:** Blue, 45, Series 80. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$459.95**
**Price:** Blue, 38 super. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$448.95**
**Price:** Satin nickel, 45, Series 80 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$481.50**

### COLT LIGHTWEIGHT COMMANDER MARK IV SERIES 80
Same as Commander except high strength aluminum alloy frame, wood panel grips, weight 27 oz. 45 ACP only.
**Price:** Blue. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$459.50**



**Colt Combat Commander**

### COONAN 357 MAGNUM PISTOL
**Caliber:** 357 Mag., 7-shot magazine.
**Barrel:** 5″.
**Weight:** 42 oz. **Length:** 8.3″ over-all.
**Stocks:** Smooth walnut.
**Sights:** Open, adjustable.
**Features:** Unique barrel hood improves accuracy and reliability. Many parts interchange with Colt autos. Has grip, hammer, half-cock safeties. From Coonan Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$595.00**

### DETONICS 45 PISTOL
**Caliber:** 45 ACP, 451 Detonics Magnum, 6-shot clip; 9mm Para., 38 Super, 7-shot clip.
**Barrel:** 3¼″.
**Weight:** 29 oz. (empty); MK VII is 26 oz. **Length:** 6¾″ over-all, 4½″ high.
**Stocks:** Checkered walnut.
**Sights:** Combat type, fixed; adj. sights avail.
**Features:** Has a self-adjusting cone barrel centering system, beveled magazine inlet, "full clip" indicator in base of magazine; standard 7-shot (or more) clip can be used in the 45. Throated barrel and polished feed ramp. Mark V, VI, VII available in 9mm and 38 Super; MC1 available in 9mm Para. Introduced 1977. From Detonics.
**Price:** MK. V, matte stainless, fixed sights. . . . . . . . . . . . . . . . . . . . . . . **$626.00**
**Price:** MK. VI, polished stainless, adj sights . . . . . . . . . . . . . . . . . . . . . **$635.00**
**Price:** MK. VII, matte stainless, no sights . . . . . . . . . . . . . . . . . . . . . . . **$635.00**
**Price:** Combat Master MC1, non-glare combat stainless, fixed sights **$560.00**
**Price:** MC2, as above with fixed sights, wallet, Pachmayr grips, cleaning kit, extra magazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$621.50**
**Price:** OM-3, non-glare finish, fixed sights, polished slide flats . . . . . . **$575.00**



**Detonics Auto Pistol**

Compendium_Klarevas
Page 283

# HANDGUNS—AUTOLOADERS, SERVICE & SPORT

## DETONICS POCKET 9 DOUBLE ACTION AUTO
**Caliber:** 9mm Para., 6-shot clip.
**Barrel:** 3".
**Weight:** 26 oz. **Length:** 5.7" over-all, 4" high.
**Stocks:** Black micarta.
**Sights:** Fixed.
**Features:** Stainless steel construction; ambidextrous firing pin safety; trigger guard hook for two-hand shooting; double and single action trigger mechanism; snag-free hammer; captive recoil spring; "Chamber Lok" breech system.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$425.00**



Desert Eagle 357

## ERMA KGP22 AUTO PISTOL
**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 4".
**Weight:** 29 oz. **Length:** 7¾" over-all.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Has toggle action similar to original "Luger" pistol. Slide stays open after last shot. Imported from West Germany by Excam. Introduced 1978.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$216.00**

## ERMA KGP38 AUTO PISTOL
**Caliber:** 380 ACP (5-shot).
**Barrel:** 4".
**Weight:** 22½ oz. **Length:** 7⅜" over-all.
**Stocks:** Checkered plastic. Wood optional.
**Sights:** Rear adjustable for windage.
**Features:** Toggle action similar to original "Luger" pistol. Slide stays open after last shot. Has magazine and sear disconnect safety systems. Imported from West Germany by Excam. Introduced 1978.
**Price:** Plastic grips. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$216.00**

## F.I.E. "THE BEST" A27B PISTOL
**Caliber:** 25 ACP, 6-shot magazine.
**Barrel:** 2½".
**Weight:** 13 oz. **Length:** 4⅝" over-all.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** All steel construction. Has thumb and magazine safeties, exposed hammer. Blue finish only. Introduced 1978. Made in U.S. by F.I.E. Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$154.95**

## F.I.E. TZ-75 DA AUTO PISTOL
**Caliber:** 9mm Parabellum, 15-shot magazine.
**Barrel:** 4.72".
**Weight:** 35.33 oz. **Length:** 8.25" over-all.
**Stocks:** Smooth European walnut.
**Sights:** Undercut blade front, open rear adjustable for windage.
**Features:** Double action trigger system; squared-off trigger guard; rotating slide-mounted safety. Introduced 1983. Imported from Italy by F.I.E.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$349.95**

## F.I.E. "SUPER TITAN II" PISTOLS
**Caliber:** 32 ACP, 380 ACP.
**Barrel:** 3⅞".
**Weight:** 28 oz. **Length:** 6¾" over-all.
**Stocks:** Smooth, polished walnut.
**Sights:** Adjustable.
**Features:** Blue finish only. 12 shot (32 ACP), 11 shot (380 ACP). Introduced 1981. Imported from Italy by F.I.E. Corp.
**Price:** 32 ACP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.95**
**Price:** 380 ACP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$219.95**



Detonics Pocket 9

## DESERT EAGLE 357 MAGNUM PISTOL
**Caliber:** 357 Magnum, 9-shot clip.
**Barrel:** 6", 8", 10", 14" interchangeable.
**Weight:** 52 oz. **Length:** 10¼" over-all (6" bbl.).
**Stocks:** Wrap-around soft rubber.
**Sights:** Blade on ramp front, combat-style rear.
**Features:** Rotating three lug bolt, ambidextrous safety, combat-style trigger guard, adjustable trigger (optional). Military epoxy finish. Contact importer for extra barrel prices. Announced 1982. Imported from Israel by Magnum Research Inc.
**Price:** 6" barrel, standard pistol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$699.00**



Erma KGP22 Pistol

## ERMA-EXCAM RX 22 AUTO PISTOL
**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 3¼".
**Weight:** 21 oz. **Length:** 5.58" over-all.
**Stocks:** Plastic wrap-around.
**Sights:** Fixed
**Features:** Polished blue finish. Double action. Patented ignition safety system. Thumb safety. Assembled in U.S. Introduced 1980. From Excam.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$159.00**



F.I.E. TZ-75

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 284

# HANDGUNS—AUTOLOADERS, SERVICE & SPORT

## F.I.E. TITAN II PISTOLS
**Caliber:** 32 ACP, 380 ACP, 6-shot magazine; 22 LR, 10-shot magazine.
**Barrel:** 3⅞".
**Weight:** 25¾ oz. **Length:** 6¾" over-all.
**Stocks:** Checkered nylon, thumbrest-type; checkered walnut optional.
**Sights:** Adjustable.
**Features:** Magazine disconnector, firing pin block. Standard slide safety. Available in blue or chrome. Introduced 1978. Imported from Italy by F.I.E. Corp.

| | |
|---|---|
| **Price:** 32, blue | $136.95 |
| **Price:** 32, chrome | $144.95 |
| **Price:** 380, blue | $169.95 |
| **Price:** 380, chrome | $179.95 |
| **Price:** 22 LR, blue | $129.95 |



F.I.E. Titan II Pistol

## F.I.E. "TITAN 25" PISTOL
**Caliber:** 25 ACP, 6-shot magazine.
**Barrel:** 2⅞".
**Weight:** 12 oz. **Length:** 4⅝" over-all.
**Stocks:** Smooth nylon.
**Sights:** Fixed.
**Features:** External hammer; fast simple takedown. Made in U.S.A. by F.I.E. Corp.

| | |
|---|---|
| **Price:** Blue | $64.95 |
| **Price:** Dyna-Chrome | $74.95 |
| **Price:** Blue, walnut grips | $79.95 |
| **Price:** Dyna-Chrome, walnut grips | $89.95 |

## FTL AUTO-NINE PISTOL
**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 2¼", 6-groove rifling.
**Weight:** 10 oz. **Length:** 4¾" over-all.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** New design internal hammer. All ordnance steel construction with brushed blue finish. Made in U.S. by Auto-Nine Corp. Available from FTL Marketing.

**Price** ................................................. **NA**



Fraser Auto

## FRASER AUTOMATIC PISTOL
**Caliber:** 25 ACP, 6-shot.
**Barrel:** 2¼".
**Weight:** 10 oz. **Length:** 4" over-all.
**Stocks:** Plastic pearl or checkered walnut.
**Sights:** Recessed, fixed.
**Features:** Stainless steel construction. Has positive manual safety as well as magazine safety. From Fraser Firearms Corp.

| | |
|---|---|
| **Price:** Satin stainless steel, 25 ACP | $129.50 |
| **Price:** Gold plated, with book-type case | $247.50 |
| **Price:** With black Q.P.Q. finish | $149.50 |

## GUARDIAN-SS AUTO PISTOL
**Caliber:** 380 ACP, 6-shot magazine.
**Barrel:** 3.25"
**Weight:** 20 oz. **Length:** 6" over-all.
**Stocks:** Checkered walnut.
**Sights:** Ramp front, combat-type rear adjustable for windage.
**Features:** Double action, made of stainless steel. Custom Guardian has narrow polished trigger, Paehmayr grips, blue slide, hand-fitted barrel, polished feed ramp, funneled magazine well. Introduced 1982. From Michigan Armament, Inc.

| | |
|---|---|
| **Price:** Standard model | $330.00 |
| **Price:** Custom Guardian | $395.00 |



Guardian-SS Stainless Pistol

Consult our Directory pages for
the location of firms mentioned.

## HAMMERLI MODEL 212 HUNTER'S PISTOL
**Caliber:** 22 LR.
**Barrel:** 4.9".
**Weight:** 31 oz. **Length:** 8.5" over-all.
**Stocks:** Checkered walnut.
**Sights:** White dot front adjustable for elevation, rear adjustable for elevation.
**Features:** Semi-automatic based on the Model 208, intended for field use. Uses target trigger system which is fully adjustable. Comes with tool kit. Imported from Switzerland by Osborne's Supplies. Introduced 1984.
**Price:** ................................................. **$1,180.00**



Hammerli 212

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

### HECKLER & KOCH P9S DOUBLE ACTION AUTO
**Caliber:** 9mm Para., 9-shot magazine; 45 ACP, 7-shot magazine.
**Barrel:** 4".
**Weight:** 31 oz. **Length:** 7.6" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Open combat type.
**Features:** Double action; polygonal rifling; delayed roller-locked action with stationary barrel. Loaded chamber and cocking indicators; cocking/decocking lever. Imported from West Germany by Heckler & Koch, Inc.
**Price:** P-9S Combat Model.................................... **$550.00**
**Price:** P-9S Target Model..................................... **$630.00**
**Price:** Walnut wrap-around competition grips................. **$135.00**
**Price:** Sports competition model with 4" and 5½" barrels, 2 slides ... **$990.00**



Heckler & Koch P9S Pistol

### HECKLER & KOCH HK-4 DOUBLE ACTION PISTOL
**Caliber:** 22 LR, 25 ACP, 32 ACP, 380 ACP, 8-shot magazine (7 in 380).
**Barrel:** 3¹¹⁄₃₂".
**Weight:** 16½ oz. **Length:** 6³⁄₁₆" over-all.
**Stocks:** Black checkered plastic.
**Sights:** Fixed blade front, rear notched drift-adj. for w.
**Features:** Gun comes with all parts to shoot above four calibers; polygonal (hexagon) rifling; matte black finish. Imported from West Germany by Heckler & Koch, Inc.
**Price:** HK-4 380 with 22 conversion kit ....................... **$480.00**
**Price:** HK-4 in 380 only...................................... **$430.00**
**Price:** HK-4 in four cals..................................... **$590.00**
**Price:** Conversion units 22, 25 or 32 cal., each .............. **$101.00**



### HECKLER & KOCH P7 AUTO PISTOL
**Caliber:** 9mm Parabellum, 8-shot magazine.
**Barrel:** 4.13".
**Weight:** 29 oz. **Length:** 6.54" over-all.
**Stocks:** Stippled black plastic.
**Sights:** Fixed, combat-type.
**Features:** Unique "squeeze cocker" in front strap cocks the action. Squared combat-type trigger guard. Blue finish. Compact size. Imported from West Germany by Heckler & Koch, Inc.
**Price:** ............................................... **$599.00**
**Price:** Extra magazine..................................... **$26.00**

Heckler & Koch VP 70Z Pistol

### HECKLER & KOCH VP 70Z DOUBLE ACTION AUTO
**Caliber:** 9mm Para., 18-shot magazine.
**Barrel:** 4½".
**Weight:** 32½ oz. **Length:** 8" over-all.
**Stocks:** Black stippled plastic.
**Sights:** Ramp front, channeled slide rear.
**Features:** Recoil operated, double action. Only 4 moving parts. Double column magazine. Imported from West Germany by Heckler & Koch, Inc.
**Price:** ............................................... **$399.00**
**Price:** Extra magazine..................................... **$27.00**



Heckler & Koch HK-4

### HIGH STANDARD SPORT-KING AUTO PISTOL
**Caliber:** 22 LR, 10-shot.
**Barrel:** 4½" or 6¾".
**Weight:** 39 oz. (4½" bbl.). **Length:** 9" over-all (4½" bbl.).
**Stocks:** Checkered walnut.
**Sights:** Blade front, fixed rear.
**Features:** Takedown barrel. Blue only. Military frame.
**Price:** 4½" barrel, blue finish .................................. **$250.00**
**Price:** 4½" or 6¾", electroless nickel ........................... **$265.00**



Heckler & Koch P7 (PSP) Pistol

### High Standard Survival Pack
Includes the High Standard Citation pistol (see Competition Handguns) finished in electroless nickel, extra magazine, and a padded canvas carrying case with three interior pockets for carrying the extra magazine, knife, compass, etc. Introduced 1982.
**Price:** ............................................... **$385.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 286

# HANDGUNS—AUTOLOADERS, SERVICE & SPORT

**INTERDYNAMIC KG-99 PISTOL**
**Caliber:** 9mm Parabellum; 36 shot magazine.
**Barrel:** 5".
**Weight:** 46 oz. **Length:** 12½" over-all.
**Stocks:** High-impact nylon.
**Sights:** Blade front; fixed, open rear.
**Features:** Semi-auto only. Straight blowback action fires from closed bolt. Entire frame is high-impact black nylon. Introduced 1982.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$449.95**
**Price:** Extra magazine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$32.95**

**Interdynamic KG-99K Pistol**
Similar to the KG-99 except has 3" barrel, over-all length of 10", and weighs 44 oz. Standard magazine is 25-shot, with 36-shot optional. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.95**



Iver Johnson PO 300

**IVER JOHNSON MODEL PO300 PONY**
**Caliber:** 380 ACP, 6-shot magazine.
**Barrel:** 3".
**Weight:** 20 oz. **Length:** 6" over-all.
**Stocks:** Checkered walnut.
**Sights:** Blade front, rear adj. for w.
**Features:** All steel construction. Inertia firing pin. Thumb safety locks hammer. No magazine safety. Lanyard ring. Made in U.S., available from Iver Johnson's.
**Price:** Blue. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$260.00**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$270.00**
**Price:** Military (matte finish) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$260.00**

**IVER JOHNSON TRAILSMAN PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4½" or 6".
**Weight:** 46 oz. (4½" bbl.) **Length:** 8¾" (4½" bbl.).
**Stocks:** Checkered composition.
**Sights:** Fixed, tagret type.
**Features:** Slide hold-open latch, positive sear block safety, push button magazine release. Introduced 1984.
**Price:** Blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$160.00**



Iver Johnson Trailsman

**IVER JOHNSON TP22B, TP25B AUTO PISTOL**
**Caliber:** 22 LR, 25 ACP, 7-shot magazine.
**Barrel:** 2.85".
**Weight:** 14½ oz. **Length:** 5.39" over-all.
**Stocks:** Black checkered plastic.
**Sights:** Fixed.
**Features:** Double action; 7-shot magazine. Introduced 1981. From Iver Johnson's.
**Price:** Either caliber, blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$140.00**
**Price:** TP22N (22 cal., nickel) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$156.00**



Iver Johnson TP22B

**IVER JOHNSON PP30 "SUPER ENFORCER" PISTOL**
**Caliber:** 30 U.S. Carbine.
**Barrel:** 9½".
**Weight:** 4 lbs. **Length:** 17" over-all.
**Stocks:** American walnut.
**Sights:** Blade front; click adjustable peep rear.
**Features:** Shortened version of the M1 Carbine. Uses 15 or 30-shot magazines. From Iver Johnson's.
**Price:** Blue finish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$250.00**
**Price:** Stainless steel. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$281.00**



Iver Johnson Super Enforcer

**JENNINGS J-22 AUTO PISTOL**
**Caliber:** 22 LR, 6-shot magazine.
**Barrel:** 2½".
**Weight:** 13 oz. **Length:** 4¹⁵⁄₁₆" over-all.
**Stocks:** Walnut on chrome or nickel models; checkered black Cycolac on Teflon model.
**Sights:** Fixed.
**Features:** Choice of bright chrome, satin nickel or black Teflon finish. Introduced 1981. From Jennings Firearms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$69.95**

Jennings J-22 Pistol

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 287

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT



L.A.R. Grizzly Mag

### LLAMA OMNI DOUBLE-ACTION AUTO
**Caliber:** 9mm (13-shot), 45 ACP (7-shot).
**Barrel:** 4¼".
**Weight:** 40 oz. **Length:** 9mm—8", 45–7¾" over-all.
**Stocks:** Checkered plastic.
**Sights:** Ramped blade front, rear adjustable for windage and elevation (45), drift-adjustable for windage (9mm).
**Features:** New DA pistol has ball-bearing action, double sear bars, articulated firing pin, buttressed locking lug and low-friction rifling. Introduced 1982. Imported from Spain by Stoeger Industries.
**Price:** 45 ACP................................................... **$466.95**
**Price:** 9mm.......................................................... **$434.95**



Llama Large Frame Auto



Llama Small Frame Auto



MAB Model P-15

### L.A.R. GRIZZLY WIN MAG PISTOL
**Caliber:** 45 Win. Mag., 7-shot magazine.
**Barrel:** 6½".
**Weight:** 51 oz. **Length:** 10½" over-all.
**Stocks:** Checkered rubber, non-slip combat-type.
**Sights:** Ramped blade front, fully adjustable rear.
**Features:** Uses basic Browning/Colt 1911-A1 design; interchangeable calibers; beveled magazine well; combat-type flat, checkered rubber mainspring housing; lowered and back-chamfered ejection port; polished feed ramp; throated barrel; solid barrel bushings. Announced 1983. From L.A.R. Mfg. Co.
**Price:** ................................................................. **$749.95**
**Price:** Conversion units (9mm Win. Mag., 45 ACP, 357 Mag., 30 Mauser, 38 Super, 38 Spec., 9mm Steyr, 9mm Browning Long, 9mm Luger)..... **$169.95**



Llama Omni D.A. Pistol

### LLAMA LARGE FRAME AUTO PISTOLS
**Caliber:** 9mm Para., 45 ACP.
**Barrel:** 5".
**Weight:** 40 oz. **Length:** 8½" over-all.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Grip and manual safeties, ventilated rib. Engraved, chrome engraved or gold damascened finish available at extra cost. Imported from Spain by Stoeger Industries.
**Price:** Blue.............................................................. **$249.95**
**Price:** Satin chrome, 45 only ..................................... **$334.95**

### LLAMA SMALL FRAME AUTO PISTOLS
**Caliber:** 22 LR, 380.
**Barrel:** 3¹¹⁄₁₆".
**Weight:** 23 oz. **Length:** 6½" over-all.
**Stocks:** Checkered plastic, thumb rest.
**Sights:** Fixed front, adj. notch rear.
**Features:** Ventilated rib, manual and grip safeties. Model XV is 22 LR, Model IIIA is 380. Both models have loaded indicator; IIIA is locked breech. Imported from Spain by Stoeger Industries.
**Price:** Blue, 380 ...................................................... **$216.95**
**Price:** Blue, 22 LR.................................................... **$200.95**
**Price:** Satin chrome, 380 .......................................... **$249.95**
**Price:** Satin chrome, 22 LR ....................................... **$249.95**

### MAB MODEL P-15 AUTO PISTOL
**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4½".
**Weight:** 41 oz. **Length:** 8⅛" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Fixed.
**Features:** Rotating barrel-type locking system; thumb safety, magazine disconnector. Blue finish. Introduced 1982. Imported from France by Howco Distr., Inc.
**Price:** ................................................................. **$375.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 288

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT



Turkish MKE Pistol

**MANURHIN PP AUTO PISTOL**
**Caliber:** 22 LR, 10-shot; 32 ACP, 8-shot; 380 ACP, 7-shot.
**Barrel:** 3.87".
**Weight:** 23 oz. (22 LR). **Length:** 6.7" over-all.
**Stocks:** Checkered composition.
**Sights:** White outline front and rear.
**Features:** Double action; hammer drop safety; all steel construction; high-polish blue finish. Each gun supplied with two magazines. Imported from France by Manurhin International.
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$340.00**
**Price:** 32 and 380. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$335.00**

**Manurhin PPK/S Auto Pistol**
Similar to the Model PP except has 3.25" barrel and over-all length of 6.12".
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$340.00**
**Price:** 32 and 380. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$335.00**



O.D.I. Viking D.A. Pistol

**RANDALL SERVICE MODEL AUTO PISTOL**
**Caliber:** 9mm, 38 Super, 45 ACP.
**Barrel:** 5".
**Weight:** 38 ozs. **Length:** 8½" over-all.
**Stocks:** Checkered walnut.
**Sights:** Blade front, fixed or adjustable rear.
**Features:** All stainless steel construction, including springs and pins. Standard with ten grooved barrel, patented long recoil spring guide rod, long trigger, extended slide stop and thumb safety, ported slide, beveled magazine well, checkered walnut grips. Available with round-top slide and fixed sights or ribbed-top slide with adjustable slide and fixed sights. Also available left-handed. Made in U.S.A. by Randall Firearms.
**Price:** With fixed sights, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$455.00**
**Price:** Left-handed, with fixed sights, about. . . . . . . . . . . . . . . . . . . . . . . **$485.00**
**Price:** Combat version (9mm, 38 Super, 45 ACP), about . . . . . . . . . . **$540.00**
**Price:** Left-handed Combat version, about . . . . . . . . . . . . . . . . . . . . . . . **$570.00**
**Price:** With adjustable sights, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$540.00**
**Price:** Left-handed, with adjustable sights, about. . . . . . . . . . . . . . . . . . **$570.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

**MKE AUTO PISTOL**
**Caliber:** 380 ACP; 7-shot magazine.
**Barrel:** 4".
**Weight:** 23 oz. **Length:** 6½" over-all.
**Stocks:** Hard rubber.
**Sights:** Fixed front, rear adjustable for windage.
**Features:** Double action with exposed hammer; chamber loaded indicator. Imported from Turkey by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$350.00**



Manurhin PPK/S

**O.D.I. VIKING COMBAT D.A. AUTO PISTOL**
**Caliber:** 9mm, 45 ACP.
**Barrel:** 5".
**Weight:** 39 oz.
**Stocks:** Smooth teakwood standard; other materials available.
**Sights:** Fixed. Blade front, notched rear.
**Features:** Made entirely of stainless steel, brushed satin, natural finish. Features the Seecamp double action system. Spur-type hammer. Magazine holds 7 rounds in 45 ACP, 9 in 9mm. Made in U.S.A. From O.D.I.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$579.95**

**O.D.I. Viking Combat D.A. Auto Pistols**
Similar to the standard Viking pistol except 4¼" barrel, weight of 36 ozs. The Viking II Combat has a slide-mounted thumb-activated firing pin safety.
**Price:** Combat I, 9mm only. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$579.00**
**Price:** Combat II, 45 ACP only. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$639.00**

**RG 26 AUTO PISTOL**
**Caliber:** 25 ACP, 6-shot magazine.
**Barrel:** 2½".
**Weight:** 12 oz. **Length:** 4¾" over-all.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Blue finish. Thumb safety. Imported by RG Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$64.00**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$71.00**



Randall Service Model

39TH EDITION, 1985  **285**

# HANDGUNS—AUTOLOADERS, SERVICE & SPORT



Randall Raider

## Randall Raider Auto Pistol

Same as the Service Model except has a 4½" barrel, 7¾" over-all length, and weighs 36 oz. Same standard features and options. Introduced 1984.

**Price:** With fixed sights, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $455.00
**Price:** Left-handed, with fixed sights, about . . . . . . . . . . . . . . . . . . . . . . . $485.00
**Price:** Right-handed. with adjustable sights, about . . . . . . . . . . . . . . . . $540.00
**Price:** Left-handed, with adjustable sights, about . . . . . . . . . . . . . . . . . . $570.00

## Randall Curtis E. LeMay Four Star

Similar to the Service Model except has a 4½" barrel, 7¾" over-all length, 6-shot magazine capacity, and weighs 35 oz. Squared trigger guard, extended magazine baseplate. Same standard features and options. Introduced 1984.

**Price:** With fixed sights, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $520.00
**Price:** With adjustable sights, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $610.00
**Price:** Left-handed, fixed sights, about . . . . . . . . . . . . . . . . . . . . . . . . . . . $555.00
**Price:** Left-handed, adjustable sights, about . . . . . . . . . . . . . . . . . . . . . . $645.00

## RAVEN P-25 AUTO PISTOL

**Caliber:** 25 ACP, 6-shot magazine.
**Barrel:** 2⁷⁄₁₆".
**Weight:** 15 oz. **Length:** 4¾" over-all.
**Stocks:** Smooth walnut.
**Sights:** Ramped front, fixed rear.
**Features:** Available in blue, nickel or chrome finish. Made in U.S., available from EMF Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $59.95



Raven P-25 Pistol



Ruger Mark II Stainless

## RUGER MARK II STANDARD AUTO PISTOL

**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4¾" or 6".
**Weight:** 36 oz. (4¾" bbl.). **Length:** 8⁵⁄₁₆" (4¾" bbl.).
**Stocks:** Checkered hard rubber.
**Sights:** Fixed, wide blade front, square notch rear adj. for w.
**Features:** Updated design of the original Standard Auto. Has new bolt hold-open device, 10-shot magazine, magazine catch, safety, trigger and new receiver contours. Introduced 1982.

**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $168.00
**Price:** In stainless steel. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $225.00

## SEECAMP II STAINLESS DA AUTO

**Caliber:** 25 ACP,8-shot magazine.
**Barrel:** 2", integral with frame.
**Weight:** About 10 oz. **Length:** 4⅛" over-all.
**Stocks:** Black plastic.
**Sights:** Smooth, no-snag, contoured slide and barrel top.
**Features:** Aircraft quality 17-4 PH stainless steel. Inertia operated firing pin. Hammer fired double action only. Hammer automatically follows slide down to safety rest position after each shot—no manual safety needed. Magazine safety disconnector. Introduced 1980. From Sile Distributors.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $199.95



Seecamp II Stainless



SIG P-210-1 Pistol

## SIG P-210-1 AUTO PISTOL

**Caliber:** 7.65mm or 9mm Para., 8-shot magazine.
**Barrel:** 4¾".
**Weight:** 31¾ oz. (9mm) **Length:** 8½" over-all.
**Stocks:** Checkered walnut, with lacquer finish.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Lanyard loop; polished finish. Conversion unit for 22 LR available. Imported from Switzerland by Osborne's Supplies and Mandall Shooting Supplies.

**Price:** P-210-1 about (Mandall) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,500.00
**Price:** P-210-2 Service Pistol (Mandall) . . . . . . . . . . . . . . . . . . . . . . . $1,600.00
**Price:** 22 Cal. Conversion unit (Mandall) . . . . . . . . . . . . . . . . . . . . . . . $850.00
**Price:** P-210-1 (Osborne's) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,850.00
**Price:** P-210-2 (Osborne's). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,275.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 290

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

### SIG P-210-6 AUTO PISTOL
**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 4¾".
**Weight:** 36.2 oz. **Length:** 8½" over-all.
**Stocks:** Checkered black plastic. Walnut optional.
**Sights:** Blade front, micro. adj. rear for w. & e.
**Features:** Adjustable trigger stop; target trigger; ribbed front strap; sandblasted finish. Conversion unit for 22 LR consists of barrel, recoil spring, slide and magazine. Imported from Switzerland by Osborne's Supplies and Mandall Shooting Supplies.
**Price:** P-210-6, about (Mandall) .............................. **$1,750.00**
**Price:** 22 Cal. Conversion unit (Mandall) ........................ **$850.00**
**Price:** P-210-6 (Osborne's) ................................... **$1,580.00**



SIGk P-210-6



SIG-Sauer P-220 Pistol



SIG-Sauer P-230 D.A. Pistol

### SIG-SAUER P-220 D.A. AUTO PISTOL
**Caliber:** 9mm, 38 Super; 45 ACP. (9-shot in 9mm and 38 Super, 7 in 45).
**Barrel:** 4⅜".
**Weight:** 28¼ oz. (9mm). **Length:** 7¾" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Blade front, drift adj. rear for w.
**Features:** Double action. De-cocking lever permits lowering hammer onto locked firing pin. Squared combat-type trigger guard. Slide stays open after last shot. Imported from West Germany by Interarms.
**Price:** ......................................................... **$585.00**

### SIG-SAUER P-225 D.A. AUTO PISTOL
**Caliber:** 9mm Parabellum, 8-shot magazine.
**Barrel:** 3.8".
**Weight:** 26 oz. **Length:** 7³⁄₃₂" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Double action. De-cocking lever permits lowering hammer onto locked firing pin. Squared combat-type trigger guard. Shortened, lightened version of P-220. Imported from West Germany by Interarms.
**Price:** ......................................................... **$615.00**

> Consult our Directory pages for the location of firms mentioned.

### SIG-SAUER P-230 D.A. AUTO PISTOL
**Caliber:** 380 ACP (7 shot).
**Barrel:** 3¾".
**Weight:** 16 oz. **Length:** 6½" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Blade front, rear adj. for w.
**Features:** Double action. Same basic action design as P-220. Blowback operation, stationary barrel. Introduced 1977. Imported from West Germany by Interarms.
**Price:** ......................................................... **$445.00**
**Price:** In stainless steel ...................................... **$495.00**

### SILE-BENELLI B-76 DA AUTO PISTOL
**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 4¼", 6-groove. Chrome-lined bore.
**Weight:** 34 oz. (empty). **Length:** 8¹⁄₁₆" over-all.
**Stocks:** Walnut with cut checkering and high gloss finish.
**Sights:** Blade front with white face, rear adjustable for windage with white bars for increased visibility.
**Features:** Fixed barrel, locked breech. Exposed hammer can be locked in non-firing mode in either single or double action. Stainless steel inertia firing pin and loaded chamber indicator. All external parts blued, internal parts hard-chrome plated. All steel construction. Introduced 1979. From Sile Dist.
**Price:** ......................................................... **$349.95**

### SMITH & WESSON MODEL 439 DOUBLE ACTION
**Caliber:** 9mm Luger, 8-shot clip.
**Barrel:** 4".
**Weight:** 27 oz. **Length:** 7⁷⁄₁₆" over-all.
**Stocks:** Checkered walnut.
**Sights:** ⅛" square serrated ramp front, square notch rear is fully adj. for w. & e. Also available with fixed sights.
**Features:** Rear sight has protective shields on both sides of the sight blade. Frame is alloy. New trigger actuated firing pin lock in addition to the regular rotating safety. Magazine disconnector. New extractor design. Comes with two magazines. Ambidextrous safety an extra-cost option. Introduced 1980.
**Price:** Blue, from .............................................. **$388.00**
**Price:** Nickel, from ........................................... **$419.00**
**Price:** Model 639 (stainless), from ............................ **$433.00**



Sile-Benelli B-76

Compendium_Klarevas
Page 291

# HANDGUNS—AUTOLOADERS, SERVICE & SPORT

## SMITH & WESSON MODEL 459 DOUBLE ACTION
**Caliber:** 9mm Luger, 14-shot clip.
**Barrel:** 4".
**Weight:** 28 oz. **Length:** 7⅟₁₆" over-all.
**Stocks:** Checkered high-impact nylon.
**Sights:** ⅛" square serrated ramp front, square notch rear is fully adj. for w. & e. Also available with fixed sights.
**Features:** Alloy frame. Rear sight has protective shields on both sides of blade. New trigger actuated firing pin lock in addition to the regular safety. Magazine disconnector; new extractor design. Comes with two magazines. Ambidextrous safety an extra-cost option. Introduced 1980.
**Price:** Blue, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$442.00**
**Price:** Nickel, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$474.50**
**Price:** Model 659 (stainless), from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$449.00**



Smith & Wesson Model 659

## Smith & Wesson Model 469 Mini-Gun
Basically a cut-down version of the Model 459 pistol. Gun has a 3½" barrel, 12-round magazine, over-all length of 6⅞", and weighs 26 oz. Also accepts the 14-shot Model 459 magazine. Cross-hatch knurling on the recurved-front trigger guard and backstrap; magazine has a curved finger extension; bobbed hammer; sandblast blue finish with pebble-grain grips. Ambidextrous safety an extra cost option. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.00**



Star Model 28 DA

## STAR MODEL PD AUTO PISTOL
**Caliber:** 45 ACP, 6-shot magazine.
**Barrel:** 3.94".
**Weight:** 28 oz. **Length:** 7⅟₁₆" over-all.
**Stocks:** Checkered walnut.
**Sights:** Ramp front, fully adjustable rear.
**Features:** Rear sight milled into slide; thumb safety; grooved non-slip front strap; nylon recoil buffer; inertia firing pin; no grip or magazine safeties. Imported from Spain by Interarms.
**Price:** Blue. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$339.00**

## STAR BM, BKM AUTO PISTOLS
**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 3.9".
**Weight:** 25 oz.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Blue or chrome finish. Magazine and manual safeties, external hammer. Imported from Spain by Interarms.
**Price:** Blue, BM and BKM. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$284.00**
**Price:** Chrome, BM only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**

## STERLING MK-7 PARA PISTOL
**Caliber:** 9mm Parabellum, 10-shot magazine.
**Barrel:** 4" standard, 8" available.
**Weight:** 3.6 lbs. **Length:** 14" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Post front, peep rear.
**Features:** Helical, self-cleaning bolt; two-stage recoil assembly allows wide range of ammunition to be used. Comes with 10-shot magazine (34-shot optional), sling and manual. Five year warranty. Imported from England by Lanchester U.S.A. Introduced 1984.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$525.00**



Smith & Wesson Model 469

## STAR MODEL 28 DOUBLE-ACTION PISTOL
**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4.25".
**Weight:** 40 oz. **Length:** 8" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Square blade front, square notch rear click-adjustable for windage and elevation.
**Features:** Double or single action; grooved front and backstraps and trigger guard face; ambidextrous safety cams firing pin forward; removable backstrap houses the firing mechanism. Introduced 1983. Imported from Spain by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$414.00**



Star Model PD Pistol

Star Model BM, BKM Pistol

**CAUTION:**   PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 292

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT



Steyr GB

### STOEGER LUGER 22 AUTO PISTOL
**Caliber:** 22 LR, 10-shot.
**Barrel:** 4½".
**Weight:** 30 oz. **Length:** 8⅞" over-all.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** All steel construction. Action remains open after last shot and as magazine is removed. Grip and balance identical to P-08.
**Price:** .................................................... **$199.95**
**Price:** Kit includes extra clip, charger, holster ................... **$241.95**
**Price:** Combo (includes extra clip, holster, charger and carrying case) **$249.95**

### TARGA MODEL GT27 AUTO PISTOL
**Caliber:** 25 ACP, 6-shot magazine.
**Barrel:** 2⁷/₁₆".
**Weight:** 12 oz. **Length:** 4⅝" over-all.
**Stocks:** Checkered nylon.
**Sights:** Fixed.
**Features:** Safety lever take-down; external hammer with half-cock. Assembled in U.S. by Excam, Inc.
**Price:** Blue ............................................... **$58.50**
**Price:** Chrome ............................................ **$64.00**

### TARGA GT380XE GT32XE PISTOLS
**Caliber:** 32 ACP or 380 ACP, 12-shot magazine.
**Barrel:** 3.88".
**Weight:** 28 oz. **Length:** 7.38" over-all.
**Stocks:** Smooth hardwood.
**Sights:** Adj. for windage.
**Features:** Blue or satin nickel. Ordnance steel. Magazine disconnector, firing pin and thumb safeties. Introduced 1980. Imported by Excam.
**Price:** 32 cal., blue .......................................... **$189.00**
**Price:** 380 cal., blue ......................................... **$205.00**

### TAURUS PT-22 DOUBLE ACTION PISTOL
**Caliber:** 22 Long Rifle or 25 ACP
**Barrel:** 2.75".
**Weight:** 18 oz.
**Stocks:** Smooth Brazilian walnut.
**Sights:** Serrated front, fixed square notch rear.
**Features:** Pop-up barrel, blue finish. Introduced 1983. Made in U.S. by Taurus International Mfg. Inc.
**Price:** Blue only, about ...................................... **$160.00**

### Taurus PT-99 Auto Pistol
Similar to the PT-92 except has fully adjustable rear sight, smooth Brazilian walnut stocks and is available in polished or satin blue. Introduced 1983.
**Price:** Polished blue, about .................................. **$385.00**
**Price:** Satin blue, about...................................... **$400.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

### STEYR GB DOUBLE ACTION AUTO PISTOL
**Caliber:** 9mm Parabellum; 18-shot magazine.
**Barrel:** 5.39".
**Weight:** 33 oz. **Length:** 8.4" over-all.
**Stocks:** Checkered walnut.
**Sights:** Post front, fixed rear.
**Features:** Gas-operated, delayed blowback action. Measures 5.7" high, 1.3" wide. Introduced 1981. Imported by Gun South, Inc.
**Price:** ................................................ **$595.00**



Stoeger Luger 22 Auto

### TARGA MODELS GT32, GT380 AUTO PISTOLS
**Caliber:** 32 ACP or 380 ACP, 6-shot magazine.
**Barrel:** 4⅛".
**Weight:** 26 oz. **Length:** 7⅜" over-all.
**Stocks:** Checkered nylon with thumb rest. Walnut optional.
**Sights:** Fixed blade front; rear drift-adj. for w.
**Features:** Chrome or blue finish; magazine, thumb, and firing pin safeties; external hammer; safety lever take-down. Imported from Italy by Excam, Inc.
**Price:** 32 cal., blue........................................... **$133.00**
**Price:** 32 cal., chrome ....................................... **$143.00**
**Price:** 380 cal., blue.......................................... **$159.00**
**Price:** 380 cal., chrome....................................... **$167.00**
**Price:** 380 cal., chrome, engraved, wooden grips ................ **$214.00**
**Price:** 380 cal., blue, engraved, wooden grips .................. **$205.00**



Taurus PT-22 Pistol



Taurus PT-99 Pistol

Compendium_Klarevas
Page 293

# HANDGUNS—AUTOLOADERS, SERVICE & SPORT

## TAURUS MODEL PT-92 AUTO PISTOL
**Caliber:** 9mm P., 15-shot magazine.
**Barrel:** 4.92".
**Weight:** 34 oz. **Length:** 8.54" over-all.
**Stocks:** Black plastic.
**Sights:** Fixed notch rear.
**Features:** Double action, exposed hammer, chamber loaded indicator. Inertia firing pin. Blue finish. Imported by Taurus International.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$340.00**



Universal Enforcer Model 3000



UZI Pistol

## WALTHER PP AUTO PISTOL
**Caliber:** 22 LR, 8-shot; 32 ACP, 380 ACP, 7-shot.
**Barrel:** 3.86".
**Weight:** 23½ oz. **Length:** 6.7" over-all.
**Stocks:** Checkered plastic.
**Sights:** Fixed, white markings.
**Features:** Double action, manual safety blocks firing pin and drops hammer, chamber loaded indicator on 32 and 380, extra finger rest magazine provided. Imported from Germany by Interarms.
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$520.00**
**Price:** 32 and 380. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$500.00**
**Price:** Engraved models . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **On Request**

## Walther American PPK/S Auto Pistol
Similar to Walther PP except made entirely in the United States. Has 3.27" barrel with 6.1" length over-all. Introduced 1980.
**Price:** 380 ACP only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$459.00**
**Price:** As above, stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$499.00**

## WALTHER P-38 AUTO PISTOL
**Caliber:** 22 LR, 30 Luger or 9mm Luger, 8-shot.
**Barrel:** 4¹⁵⁄₁₆" (9mm and 30), 5¹⁄₁₆" (22 LR).
**Weight:** 28 oz. **Length:** 8½" over-all.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Double action, safety blocks firing pin and drops hammer, chamber loaded indicator. Matte finish standard, polished blue, engraving and/or plating available. Imported from Germany by Interarms.
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$690.00**
**Price:** 9mm or 30 Luger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$650.00**
**Price:** Engraved models . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **On Request**

## UNIVERSAL ENFORCER MODEL 3000 AUTO
**Caliber:** 30 M1 Carbine, 5-shot magazine.
**Barrel:** 10¼" with 12-groove rifling.
**Weight:** 4½ lbs. **Length:** 17¾" over-all.
**Stocks:** American walnut with handguard.
**Sights:** Gold bead ramp front. Peep rear.
**Features:** Accepts 15 or 30-shot magazines. 4½-6 lb. trigger pull.
**Price:** Blue finish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$256.00**
**Price:** Nickel plated finish (Model 3010N) . . . . . . . . . . . . . . . . . . . . . . . **$272.00**
**Price:** Gold plated finish (Model 3015G) . . . . . . . . . . . . . . . . . . . . . . . . **$309.50**
**Price:** Black, gray or olive Teflon-S finish . . . . . . . . . . . . . . . . . . . . . . . **$278.00**

## UZI PISTOL
**Caliber:** 9mm Parabellum.
**Barrel:** 4.5".
**Weight:** 3.8 lbs. **Length:** 9.45" over-all.
**Stocks:** Black plastic.
**Sights:** Post front, open rear adjustable for windage and elevation.
**Features:** Semi-auto blow-back action; fires from closed bolt; floating firing pin. Comes in a molded plastic case with 20-round magazine; 25 and 32-round magazines available. Imported from Israel by Action Arms. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$550.00**



Walther PP Auto Pistol



Walther PPK/S American



Walther P-38 Auto Pistol

**CAUTION:**  PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 294

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

**Walther P-5 Auto Pistol**
Latest Walther design that uses the basic P-38 double-action mechanism.
Caliber 9mm Luger, barrel length 3½"; weight 28 oz., over-all length 7".
**Price:** ............................................................. **$790.00**

**Walther P-38IV Auto Pistol**
Same as P-38 except has longer barrel (4½"); over-all length is 8", weight is
29 oz. Sights are non-adjustable. Introduced 1977. Imported by Interarms.
**Price:** ............................................................. **$625.00**

**WILDEY AUTO PISTOL**
**Caliber:** 45 Win. Mag. (8 shots).
**Barrel:** 5", 6", 7", 8", or 10" interchangeable; vent. rib.
**Weight:** About 51 oz. (6" bbl.).
**Stock:** Select hardwood, target style optional.
**Sights:** Blade front, rear adjustable for windage and elevation.
**Features:** Interchangeable barrels; patented gas operation; selective single or
autoloading capability; 5-lug rotary bolt; fixed barrel; stainless steel construc-
tion; double-action trigger mechanism. Has positive hammer block and mag-
azine safety. From Wildey Firearms.
**Price:** All barrel lengths ..................................... **$1,295.00**



Walther P-5 Pistol

Consult our Directory pages for
the location of firms mentioned.



Wilkinson "Linda" Auto Pistol

**WILKINSON "LINDA" PISTOL**
**Caliber:** 9mm Para., 31-shot magazine.
**Barrel:** 8⁵⁄₁₆".
**Weight:** 4 lbs., 13 oz. **Length:** 12¼" over-all.
**Stocks:** Checkered black plastic pistol grip, maple fore-end.
**Sights:** Protected blade front, Williams adjustable rear.
**Features:** Fires from closed bolt. Semi-auto only. Straight blowback action.
Cross-bolt safety. Removable barrel. From Wilkinson Arms.
**Price:** ............................................................. **$463.00**

## COMPETITION HANDGUNS



Air Match 500

**AIR MATCH 500 TARGET PISTOL**
**Caliber:** 22 LR, single shot.
**Barrel:** 10.4".
**Weight:** 28 oz.
**Stocks:** Anatomically shaped match grip of stippled hardwood. Right or left
hand.
**Sights:** Match post front, fully adjustable match rear.
**Features:** Sight radius adjustable from 14.1" to 16.1"; easy disassembly for
cleaning or adjustment. Comes with case, tools, spare front and rear sight
blades. Imported from Italy by Kendall International Arms. Introduced 1964.
**Price:** ............................................................. **$450.00**

Compendium_Klarevas
Page 295

# COMPETITION HANDGUNS

## BEEMAN/AGNER MODEL 80 TARGET PISTOL
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 5.9".
**Weight:** 36 oz. **Length:** 9½" overall.
**Stocks:** French walnut briar; anatomically shaped, adjustable.
**Sights:** Fixed blade front, rear adjustable for windage and elevation; 8¾" radius.
**Features:** Security "key" locks trigger, magazine and slide. Design minimizes gun movement; dry-fire button allows trigger practice. Imported from Denmark by Beeman. Introduced 1984.
**Price:** Right-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,295.00**
**Price:** Left-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,395.00**


Beeman/Agner 80


Beeman/FAS 601

## BEEMAN/FAS 602 MATCH PISTOL
**Caliber:** 22 LR, 5-shot.
**Barrel:** 5.6".
**Weight:** 37 oz. **Length:** 11" over-all.
**Stocks:** Walnut wrap-around; sizes small, medium or large, or adjustable.
**Sights:** Match. Blade front, open notch rear fully adj. for w. and e. Sight radius is 8.66".
**Features:** Line of sight is only 1½2" above centerline of bore; magazine is inserted from top; adjustable and removable trigger mechanism; single lever takedown. Full 5 year warranty. Imported from Italy by Beeman Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,060.00** to **$1,140.00**

## Beeman/FAS 601 Match Pistol
Similar to SP 602 except has different match stocks with adj. palm, shelf, 22 Short only for rapid fire shooting; weighs 40 oz., 5.6" bbl., has gas ports through top of barrel and slide to reduce recoil, slightly different trigger and sear mechanisms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$995.00** to **$1,045.00**

## BEEMAN/UNIQUE D.E.S. 69 TARGET PISTOL
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 5.91".
**Weight:** 35.3 oz. **Length:** 10.5" over-all.
**Stocks:** French walnut target style with thumbrest and adjustable shelf; hand checkered panels.
**Sights:** Ramp front, micro. adj. rear mounted on frame; 8.66" sight radius.
**Features:** Meets U.I.T. standards. Comes with 260 gram barrel weight; 100, 150, 350 gram weights available. Fully adjustable match trigger; dry firing safety device. Imported from France by Beeman.
**Price:** Right-hand. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$799.00**
**Price:** Left-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$849.00**


Beeman/Unique 69

## BEEMAN/UNIQUE MODEL 823-U MATCH PISTOL
**Caliber:** 22 Short, 5-shot magazine.
**Barrel:** 5.9".
**Weight:** 43 oz. **Length:** 11.3" over-all.
**Stocks:** Anatomically shaped, adjustable, stippled French walnut.
**Sights:** Blade front, fully adjustable rear; 9.7" sight radius.
**Features:** Light alloy frame, steel slide and shock absorber; five barrel vents reduce recoil, three of which can be blocked; trigger adjustable for position and pull weight. Can be dry fired. Comes with 340 gram weight housing, 160 gram available. Imported from France by Beeman. Introduced 1984.
**Price:** Right-hand. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$945.00**
**Price:** Left-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$998.00**


Beeman/Unique 823-U


Bernardelli Model 100

## BERNARDELLI MODEL 100 PISTOL
**Caliber:** 22 LR only, 10-shot magazine.
**Barrel:** 5.9".
**Weight:** 37¾ oz. **Length:** 9" over-all.
**Stocks:** Checkered walnut with thumbrest.
**Sights:** Fixed front, rear adj. for w. and e.
**Features:** Target barrel weight included. Heavy sighting rib with interchangeable front sight. Accessories include cleaning equipment and assembly tools, case. Imported from Italy by Interarms.
**Price:** With case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$425.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 296

# COMPETITION HANDGUNS



Beretta Model 76

**BERETTA MODEL 76 PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 6".
**Weight:** 33 ozs. (empty). **Length:** 8.8" over-all.
**Stocks:** Checkered plastic.
**Sights:** Interchangeable blade front (3 widths), rear is fully adj. for w. and e.
**Features:** Built-in, fixed counterweight, raised, matted slide rib, factory adjusted trigger pull from 3 lbs. 5 ozs. to 3 lbs. 12 ozs. Thumb safety. Blue-black finish. Wood grips available at extra cost. Introduced 1977. Imported from Italy by Beretta Arms Co.
**Price:** With plastic grips ..................................... **$370.00**
**Price:** With wood grips ...................................... **$415.00**



Colt Gold Cup Series 80

**COLT GOLD CUP NAT'L MATCH MK IV Series 80**
**Caliber:** 45 ACP, 7-shot magazine.
**Barrel:** 5", with new design bushing.
**Weight:** 38½ oz. **Length:** 8⅜"
**Stocks:** Checkered walnut, gold plated medallion.
**Sights:** Ramp-style front, Colt-Elliason rear adj. for w. and e., sight radius 6¾".
**Features:** Arched or flat housing; wide, grooved trigger with adj. stop; ribbed-top slide, hand fitted, with improved ejection port.
**Price:** Colt Royal Blue........................................ **$599.95**

**DETONICS SCOREMASTER TARGET PISTOL**
**Caliber:** 45 ACP, 451 Detonics Magnum, 7-shot clip.
**Barrel:** 5" heavy match barrel with recessed muzzle; 6" optional.
**Weight:** 41 oz. **Length:** 8¾" over-all.
**Stocks:** Pachmayr checkered with matching mainspring housing.
**Sights:** Blade front, Low-Base Bomar rear.
**Features:** Stainless steel; self-centering barrel system; patented Detonics recoil system; combat tuned, ambidextrous safety; extended grip safety; National Match tolerances; extended magazine release. Comes with two spare magazines, three interchangeable front sights, and carrying case. Introduced 1983. From Detonics.
**Price:** 45 ACP or 451 Mag., 6" barrel ........................... **$995.00**
**Price:** As above, 5" barrel..................................... **$985.00**



Detonics Scoremaster

**HAMMERLI MODEL 120-1 FREE PISTOL**
**Caliber:** 22 LR.
**Barrel:** 9.9".
**Weight:** 44 oz. **Length:** 14¾" over-all.
**Stocks:** Contoured right-hand (only) thumbrest.
**Sights:** Fully adjustable rear, blade front. Choice of 14.56" or 9.84" sight radius.
**Features:** Trigger adjustable for single- or two-stage pull from 1.8 to 12 oz. Adjustable for length of pull. Guaranteed accuracy of .98", 10 shots at 50 meters. Imported from Switzerland by Mandall Shooting Supplies.
**Price:** Model 120-1 ............................................. **$995.00**
**Price:** Model 120-2 (same as above except has walnut target grips with adjustable palm-rest RH or LH)................................... **$1,195.00**



Hammerli Model 150

**HAMMERLI MODEL 150 FREE PISTOL**
**Caliber:** 22 LR. Single shot.
**Barrel:** 11.3"
**Weight:** 43 ozs. **Length:** 15.35" over-all.
**Stocks:** Walnut with adjustable palm shelf.
**Sights:** Sight radius of 14.6". Micro rear sight adj. for w. and e.
**Features:** Single shot Martini action. Cocking lever on left side of action with vertical operation. Set trigger adjustable for length and angle. Trigger pull weight adjustable between 5 and 100 grams. Guaranteed accuracy of .78", 10 shots from machine rest. Imported from Switzerland by Osborne's Supplies and Mandall Shooting Supplies.
**Price:** About (Mandall)........................................ **$1,500.00**
**Price:** With electric trigger (Model 152), about (Mandall). ........ **$1,650.00**
**Price:** Model 150 (Osborne's)................................... **$1,620.00**
**Price:** Model 152 (Osborne's)................................... **$1,720.00**

Compendium_Klarevas
Page 297

# COMPETITION HANDGUNS



Hammerli 208



Hammerli 232

## HAMMERLI STANDARD, MODELS 208 & 211
**Caliber:** 22 LR.
**Barrel:** 5.9", 6-groove.
**Weight:** 37.6 oz. (45 oz. with extra heavy barrel weight). **Length:** 10".
**Stocks:** Walnut. Adj. palm rest (208), 211 has thumbrest grip.
**Sights:** Match sights, fully adj. for w. and e. (click adj.). Interchangeable front and rear blades.
**Features:** Semi-automatic, recoil operated. 8-shot clip. Slide stop. Fully adj. trigger (2¼ lbs. and 3 lbs.). Extra barrel weight available. Imported from Switzerland by Osborne's Supplies and Mandall Shooting Supplies.
**Price:** Model 208, approx. (Mandall) .......................... **$1,295.00**
**Price:** Model 211, approx. (Mandall) .......................... **$1,195.00**
**Price:** Model 215, approx. (Mandall) .......................... **$1,195.00**
**Price:** Model 208 (Osborne's)................................. **$1,180.00**
**Price:** Model 211 (Osborne's)................................. **$1,230.00**
**Price:** Model 215 (Osborne's) ................................ **$995.00**

## HAMMERLI MODEL 232 RAPID FIRE PISTOL
**Caliber:** 22 Short, 6-shot.
**Barrel:** 5", with six exhaust ports.
**Weight:** 44 oz. **Length:** 10.4" over-all.
**Stocks:** Stippled walnut; wraparound on Model 232-2, adjustable on 232-1.
**Sights:** Interchangeable front and rear blades, fully adjustable micrometer rear.
**Features:** Recoil operated semi-automatic; nearly recoilless design; trigger adjustable from 8.4 to 10.6 oz. with three lengths offered. Wraparound grips available in small, medium and large sizes. Imported from Switzerland by Osborne's Supplies. Introduced 1984.
**Price:** Model 232-1, about.................................... **$1,085.00**
**Price:** Model 232-2, about.................................... **$1,155.00**

## HECKLER & KOCH P9S COMPETITION PISTOL
**Caliber:** 9mm Para.
**Barrel:** 5.5".
**Weight:** 32 oz. **Length:** 9.1" over-all.
**Stocks:** Stippled walnut, target-type.
**Sights:** Blade front, fully adjustable rear.
**Features:** Comes with extra standard 4" barrel, slide and grips, as well as the target gun parts and tools and is fully convertible. Imported from West Germany by Heckler & Koch.
**Price:**.................................................... **$990.00**



H&K P9S Competition

Consult our Directory pages for the location of firms mentioned.

## HIGH STANDARD X SERIES CUSTOM 10-X
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5½" bull.
**Weight:** 44½ oz. **Length:** 9¾" over-all.
**Stocks:** Checkered walnut.
**Sights:** Undercut ramp front; frame mounted fully adj. rear.
**Features:** Completely custom made and fitted for best performance. Fully adjustable target trigger, stippled front- and backstraps, slide lock, non-reflective blue finish. Comes with two extra magazines. Unique service policy. Each gun signed by maker.
**Price:**.................................................... **$714.00**



High Standard X Series Custom 10-X

## HIGH STANDARD SUPERMATIC TROPHY MILITARY
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5½" bull, 7¼" fluted.
**Weight:** 44½ oz. **Length:** 9¾" (5½" bbl.)
**Stocks:** Checkered walnut with thumbrest.
**Sights:** Undercut ramp front; frame mounted rear, click adj.
**Features:** Grip duplicates feel of military 45; positive action mag. latch; front- and backstraps stippled. Trigger adj. for pull, over-travel.
**Price:** 5½" or 7¼" barrel.................................... **$380.00**

## HIGH STANDARD VICTOR
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5½".
**Weight:** 47 oz. **Length:** 9⅝" over-all.
**Stocks:** Checkered walnut with thumb rest.
**Sights:** Undercut ramp front, rib mounted click adj. rear.
**Features:** Vent. rib, interchangeable barrel, 2 - 2¼ lb. trigger pull, blue finish, back and front straps stippled.
**Price:** ................................................... **$405.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 298

# COMPETITION HANDGUNS



High Standard Citation II

## HIGH STANDARD SUPERMATIC CITATION II MILITARY
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5½", 7¼" slabbed.
**Weight:** 46 oz. **Length:** 9¾" (5½" bbl.)
**Stocks:** Checkered walnut with thumbrest.
**Sights:** Undercut ramp front; slide mounted rear, click adj.
**Features:** Adjustable trigger pull; over-travel trigger adjustment; double acting safety; rebounding firing pin; military style grip; stippled front- and back-straps; positive magazine latch.
**Price:** 5½" or 7½" barrel .................................... **$350.00**



M-S Safari Arms Matchmaster Pistol

## M-S SAFARI ARMS MATCHMASTER PISTOL
**Caliber:** 45 ACP, 7-shot magazine.
**Barrel:** 5".
**Weight:** 45 oz. **Length:** 8.7" overall.
**Stocks:** Combat rubber or checkered walnut.
**Sights:** Combat adjustable.
**Features:** Beavertail grip safety, ambidextrous extended safety, extended slide release, combat hammer, threaded barrel bushing; throated, ported, tuned. Finishes: blue, Armaloy, Parkerize, electroless nickel. Also available in a lightweight version (30 oz.) and stainless steel. Made by M-S Safari Arms.
**Price:** ...................................................... **$681.80**

## M-S Safari Arms Model 81 Pistol
Similar to Matchmaster except chambered for 45 or 38 Spec. mid-range wadcutter; available with fixed or adjustable walnut target match grips; Aristocrat rib with extended front sight is optional. Other features are the same. From M-S Safari Arms.
**Price:** ...................................................... **$868.00**
**Price:** Model 81L long slide ................................. **$995.00**

## M-S Safari Arms Model 81BP
Similar to the Matchmaster except designed for shooting the bowling pin matches. Extended slide gives 6" sight radius but also fast slide cycle time. Combat adjustable sights, magazine chute, plus same features as Matchmaster.
**Price:** ...................................................... **$956.00**

## M-S Safari Arms Model 81NM Pistol
Similar to the Matchmaster except weighs 28 oz., is 8.2" over-all, has Ron Power match sights. Meets all requirements for National Match Service Pistols. Throated, ported, tuned and has threaded barrel bushing. Available in blue, Armaloy, Parkerize, stainless steel and electroless nickel. From M-S Safari Arms.
**Price:** ...................................................... **$868.00**



M-S Safari Arms Model 81 BP Pistol

## M-S SAFARI ARMS UNLIMITED SILHOUETTE PISTOL
**Caliber:** Any caliber with 308 head size or smaller.
**Barrel:** 14¹⁵⁄₁₆" tapered
**Weight:** 72 oz. **Length:** 21½" over-all.
**Stocks:** Fiberglass, custom painted to customer specs.
**Sights:** Open iron.
**Features:** Electronic trigger, bolt action single shot. Made by M-S Safari Arms.
**Price:** ...................................................... **$945.00**
**Price:** Ultimate model, heavy fluted barrel, shorter action .......... **$945.00**

## M-S Safari Arms Enforcer Pistol
Shortened version of the Matchmaster. Has 3.8" barrel, over-all length of 7.7", and weighs 40 oz. (standard weight), 27 oz. in lightweight version. Other features are the same. From M-S Safari Arms.
**Price:** ...................................................... **$681.80**

## MANURHIN MR. 32 MATCH REVOLVER
**Caliber:** 32 S&W Long, 6-shot.
**Barrel:** 6".
**Weight:** 42 oz. **Length:** 11¾" over-all.
**Stocks:** Anatomically shaped grip for target shooting; supplied shaped but not finished; small, medium and large sizes.
**Sights:** Interchangeable blade front, adjustable underlying micrometer rear.
**Features:** Target/match 6-shot revolver. Trigger is externally adjustable for weight of pull, and comes with shoe. Imported from France by Manurhin International, Inc. Introduced 1984.
**Price:** ...................................................... **$750.00**
**Price:** Model MR. 38—same as MR. 32 except chambered for 38 Special, 5¾" barrel ........................................................ **$750.00**



Manurhin MR.32

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 299

# COMPETITION HANDGUNS

## MANURHIN MR 73 LONG RANGE/SILHOUETTE REVOLVER
**Caliber:** 357 Magnum; 6-shot.
**Barrel:** 9" (Long Range), 10¾" (Silhouette).
**Weight:** 45 oz. (9" bbl.); 50 oz. (10¾" bbl.) **Length:** 14" over-all (9"); 16¾" (10¾").
**Stocks:** Checkered walnut.
**Sights:** Interchangeable blade front, adjustable micrometer rear.
**Features:** Trigger externally adjustable for backlash and weight of pull. Single action only. Comes with trigger shoe. Imported from France by Manurhin International, Inc. Introduced 1984.
**Price:** .................................................... $750.00


Manurhin MR 73


Navy Grand Prix Silhouette

## NAVY GRAND PRIX SILHOUETTE PISTOL
**Caliber:** 44 Mag., 30-30, 7mm Special, 45-70; single shot.
**Barrel:** 13¾".
**Weight:** 4 lbs.
**Stocks:** Walnut fore-end and thumb-rest grip.
**Sights:** Adjustable target-type.
**Features:** Uses rolling block action. Has adjustable aluminum barrel rib; matte blue finish. Made in U.S. by Navy Arms.
**Price:** .................................................... $375.00


Remington XP-100 Silhouette

## REMINGTON XP-100 SILHOUETTE PISTOL
**Caliber:** 7mm BR Remington, single-shot.
**Barrel:** 14¾".
**Weight:** 4⅛ lbs. **Length:** 21¼" over-all.
**Stocks:** Brown nylon, one piece, checkered grip.
**Sights:** None furnished. Drilled and tapped for scope mounts.
**Features:** Universal grip fits right or left hand; match-type grooved trigger, two-position thumb safety.
**Price:** .................................................... $393.00



## RUGER MARK II TARGET MODEL AUTO PISTOL
**Caliber:** 22 LR only, 10-shot magazine.
**Barrel:** 6⅞", 5½" or 10" bull barrel (6-groove, 14" twist).
**Weight:** 42 oz. with 6⅞" bbl. **Length:** 10⅞" (6⅞" bbl.)
**Stocks:** Checkered hard rubber.
**Sights:** ⅛" blade front, micro click rear, adjustable for w. and e. Sight radius 9⅜" (with 6⅞" bbl.). Introduced 1982.
**Price:** Blued, 5½" or 10" .................................... $196.00
**Price:** Stainless, tapered 6⅞" barrel............................ $255.00

## SEVILLE "SILHOUETTE" SINGLE ACTION
**Caliber:** 357, 41, 44, 45 Win. Mag.
**Barrel:** 10½".
**Weight:** About 55 oz.
**Stocks:** Smooth walnut thumbrest, or Pachmayr.
**Sights:** Undercut Patridge-style front, adjustable rear.
**Features:** Available in stainless steel or blue. Six-shot cylinder. From United Sporting Arms.
**Price:** Stainless ........................................... $400.00
**Price:** Blue............................................... $325.00


Ruger Mark II Target Model

## SIG/HAMMERLI P-240 TARGET PISTOL
**Caliber:** 32 S&W Long wadcutter, 5-shot.
**Barrel:** 5.9".
**Weight:** 49 oz. **Length:** 10" over-all.
**Stocks:** Walnut, target style with thumbrest. Adjustable palm rest optional.
**Sights:** Match sights; ⅛" undercut front, ⅛" notch micro rear click adj. for w. and e.
**Features:** Semi-automatic, recoil operated; meets I.S.U. and N.R.A. specs for Center Fire Pistol competition; double pull trigger adj. from 2 lbs., 15 ozs. to 3 lbs., 9 ozs.; trigger stop. Comes with training kit, test targets. Imported from Switzerland by Osborne's Supplies and Mandall Shooting Supplies.
**Price:** About (Mandall)..................................... $1,500.00
**Price:** 22 cal. conversion unit (Mandall)....................... $750.00
**Price:** With standard grips (Osborne's)........................ $1,425.00
**Price:** With adjustable grips (Osborne's) ...................... $1,495.00


SIG/Hammerli P-240

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 300

# COMPETITION HANDGUNS



Smith & Wesson 29 Silhouette

## SMITH & WESSON MODEL 29 SILHOUETTE
**Caliber:** 44 Magnum, 6-shot.
**Barrel:** 10⅝".
**Weight:** 58 oz. **Length:** 16⅛" over-all.
**Stocks:** Over-size target-type, checkered Goncalo Alves.
**Sights:** Four-position front to match the four distances of silhouette targets; micro-click rear adjustable for windage and elevation.
**Features:** Designed specifically for silhouette shooting. Front sight has click stops for the four pre-set ranges. Introduced 1983.
**Price:** Without presentation case ............................... **$423.50**
**Price:** With presentation case .................................. **$469.50**

## SMITH & WESSON 22 AUTO PISTOL Model 41
**Caliber:** 22 LR, 10-shot clip.
**Barrel:** 7⅜", sight radius 9⅝/₁₆".
**Weight:** 43½ oz. **Length:** 12" over-all.
**Stocks:** Checkered walnut with thumbrest, usable with either hand.
**Sights:** Front, ⅛" Patridge undercut; micro click rear adj. for w. and e.
**Features:** ⅜" wide, grooved trigger with adj. stop; wgts. available to make pistol up to 59 oz.
**Price:** S&W Bright Blue, satin matted bbl. ....................... **$390.00**



Smith & Wesson Model 41

## SMITH & WESSON 22 MATCH HEAVY BARREL M-41
**Caliber:** 22 LR, 10-shot clip.
**Barrel:** 5½" heavy. Sight radius, 8".
**Weight:** 44½ oz. **Length:** 9".
**Stocks:** Checkered walnut with modified thumbrest, usable with either hand.
**Sights:** ⅛" Patridge on ramp base. S&W micro click rear adj. for w. and e.
**Features:** ⅜" wide, grooved trigger; adj. trigger stop.
**Price:** S&W Bright Blue, satin matted top area .................... **$390.00**

## SMITH & WESSON 38 MASTER Model 52 AUTO
**Caliber:** 38 Special (for Mid-range W.C. with flush-seated bullet only). 5-shot magazine.
**Barrel:** 5".
**Weight:** 41 oz. with empty magazine. **Length:** 8⅝"
**Stocks:** Checkered walnut.
**Sights:** ⅛" Patridge front, S&W micro click rear adj. for w. and e.
**Features:** Top sighting surfaces matte finished. Locked breech, moving barrel system; checked for 10-ring groups at 50 yards. Coin-adj. sight screws. Dry firing permissible if manual safety on.
**Price:** S&W Bright Blue. ....................................... **$573.50**



Smith & Wesson Model 52

## TAURUS MODEL 86 MASTER REVOLVER
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 6" only.
**Weight:** 34 oz. **Length:** 11¼" over-all.
**Stocks:** Over size target-type, checkered Brazilian walnut.
**Sights:** Patridge front, micro. click rear adj. for w. and e.
**Features:** Blue finish with non-reflective finish on barrel. Imported from Brazil by Taurus International.
**Price:** About. ................................................ **$187.00**
**Price:** Model 96 Scout Master, same except in 22 cal., about. ....... **$187.00**



Taurus Model 86 Master



Thompson-Center Super 14 Contender

## THOMPSON-CENTER SUPER 14 CONTENDER
**Caliber:** 22 LR, 222 Rem., 223 Rem., 6.5 TCU, 7mm TCU, 30 Herrett, 357 Herrett, 30-30 Win., 35 Rem., 357 Rem. Maximum, 41 and 44 Mag., 45 Win. Mag. Single shot.
**Barrel:** 14".
**Weight:** 45 oz. **Length:** 17¼" over-all.
**Stocks:** Select walnut grip and fore-end.
**Sights:** Fully adjustable target-type.
**Features:** Break-open action with auto safety. Interchangeable barrels for both rimfire and centerfire calibers. Introduced 1978.
**Price:** ..................................................... **$285.00**
**Price:** Extra barrels .......................................... **$125.00**

Compendium_Klarevas
Page 301

## COMPETITION HANDGUNS

**VIRGINIAN DRAGOON STAINLESS SILHOUETTE**
**Caliber:** 357 Mag., 44 Mag.
**Barrel:** 7½", 8⅜", 10½", heavy.
**Weight:** 51 oz. (7½" bbl.) **Length:** 11½" over-all (7½" bbl.).
**Stocks:** Smooth walnut; also comes with Pachmayr rubber grips.
**Sights:** Undercut blade front, special fully adjustable square notch rear.
**Features:** Designed to comply with IHMSA rules. Made of stainless steel; comes with two sets of stocks. Introduced 1982. Made in the U.S. by Interarms.
**Price:** Either barrel, caliber.................................... **$425.00**

**WALTHER GSP MATCH PISTOL**
**Caliber:** 22 LR, 32 S&W wadcutter (GSP-C), 5-shot.
**Barrel:** 5¾".
**Weight:** 44.8 oz. (22 LR), 49.4 oz. (32). **Length:** 11.8" over-all.
**Stocks:** Walnut, special hand-fitting design.
**Sights:** Fixed front, rear adj. for w. & e.
**Features:** Available with either 2.2 lb. (1000 gm) or 3 lb. (1360 gm) trigger. Spare mag., bbl. weight, tools supplied in Match Pistol Kit. Imported from Germany by Interarms.
**Price:** GSP .................................................. **$925.00**
**Price:** GSP-C................................................ **$1,050.00**
**Price:** 22 LR conversion unit for GSP-C ........................ **$600.00**
**Price:** 22 Short conversion unit for GSP-C ...................... **$650.00**

**Walther OSP Rapid-Fire Pistol**
Similar to Model GSP except 22 Short only, stock has adj. free-style hand rest.
**Price:**..................................................... **$925.00**

**WICHITA MK-40 SILHOUETTE PISTOL**
**Caliber:** 7mm IHMSA, 308 Win. F.L. Other calibers available on special order. Single shot.
**Barrel:** 13", non-glare blue; .700" dia. muzzle.
**Weight:** 4½ lbs. **Length:** 19⅜" over-all.
**Stocks:** Metallic gray fiberthane glass.
**Sights:** Wichita Multi-Range sighting system.
**Features:** Aluminum receiver with steel insert locking lugs, measures 1.360" O.D.; 3 locking lug bolts, 3 gas ports; flat bolt handle; completely adjustable Wichita trigger. Introduced 1981. From Wichita Arms.
**Price:**..................................................... **$640.00**

**WICHITA SILHOUETTE PISTOL**
**Caliber:** 7mm IHMSA, 308, 7mm x 308. Other calibers available on special order. Single shot.
**Barrel:** 14¹⁵⁄₁₆" or 10¾".
**Weight:** 4½ lbs. **Length:** 21⅜" over-all.
**Stocks:** American walnut with oil finish, or fiberglass (yellow or black). Glass bedded.
**Sights:** Wichita Multi-Range sight system.
**Features:** Comes with either right- or left-hand action with right-hand grip. Fluted bolt, flat bolt handle. Action drilled and tapped for Burris scope mounts. Non-glare satin blue finish. Wichita adjustable trigger. Introduced 1979. From Wichita Arms.
**Price:** Center grip stock ..................................... **$750.00**
**Price:** As above except with Rear Position Stock and target-type Lightpull trigger. (Not illus.) ......................................... **$820.00**

**WICHITA CLASSIC PISTOL**
**Caliber:** Any, up to and including 308 Win.
**Barrel:** 11¼", octagon.
**Weight:** About 5 lbs.
**Stock:** Exhibition grade American black walnut. Checkered 20 lpi. Other woods available on special order.
**Sights:** Micro open sights standard. Receiver drilled and tapped for scope mount.
**Features:** Receiver and barrel octagonally shaped, finished in non-glare blue. Bolt has three locking lugs and three gas escape ports. Completely adjustable Wichita trigger. Introduced 1980. From Wichita Arms.
**Price:**................................................... **$1,615.00**
**Price:** Engraved, in walnut presentation case .................. **$3,500.00**

**WALTHER FREE PISTOL**
**Caliber:** 22 LR, single shot.
**Barrel:** 11.7".
**Weight:** 48 ozs. **Length:** 17.2" over-all.
**Stocks:** Walnut, special hand-fitting design.
**Sights:** Fully adjustable match sights.
**Features:** Special electronic trigger. Matte finish blue. Introduced 1980. Imported from Germany by Interarms.
**Price:** ................................................. **$1,325.00**



Walther GSP Match



Wichita MK-40 Silhouette



Wichita Silhouette



Wichita Hunter International

**WICHITA HUNTER, INTERNATIONAL PISTOL**
**Caliber:** 7mm INT-R, 30-30 Win., 357 Mag., 357 Super Mag., single shot.
**Barrel:** 10½".
**Weight:** International — 3 lbs., 13 oz.; Hunter — 3 lbs., 14 oz.
**Stock:** Walnut grip and fore-end.
**Sights:** International — target front, adjustable rear; Hunter has scope mount only.
**Features:** Made of 17-4PH stainless steel. Break-open action. Grip dimensions same as Colt 45 auto. Safety supplied only on Hunter model. Extra barrels are factory fitted. Introduced 1983. Available from The Silhouette.
**Price:** International .......................................... **$595.00**
**Price:** Hunter............................................... **$595.00**
**Price:** Extra barrels ......................................... **$225.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 302

# HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

## ARMINIUS REVOLVERS
**Caliber:** 38 Special, 357 Magnum, 32 S&W, 22 Magnum, 22 LR.
**Barrel:** 2", 4", 6".
**Weight:** 35 oz. (6" bbl.). **Length:** 11" (6" bbl. 38).
**Stocks:** Checkered plastic; walnut optional for $14.95.
**Sights:** Ramp front, fixed rear on standard models, w. & e. adj. on target models.
**Features:** Thumb-release, swing-out cylinder. Ventilated rib, solid frame, swing-out cylinder. Interchangeable 22 Mag. cylinder available with 22 cal. versions. Imported from West Germany by F.I.E. Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$112.95 to $214.95**



Arminius Revolver

## ASTRA 357 MAGNUM REVOLVER
**Caliber:** 357 Magnum, 6-shot.
**Barrel:** 3", 4", 6", 8½".
**Weight:** 40 oz. (6" bbl.). **Length:** 11¼" (6" bbl.).
**Stocks:** Checkered walnut.
**Sights:** Fixed front, rear adj. for w. and e.
**Features:** Swing-out cylinder with countersunk chambers, floating firing pin. Target-type hammer and trigger. Imported from Spain by Interarms.
**Price:** 3", 4", 6" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$275.00**
**Price:** 8½" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$285.00**
**Price:** 4", stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$315.00**

## Astra Model 41, 44, 45 Double Action Revolver
Similar to the 357 Mag. except chambered for the 41 Mag., 44 Mag. or 45 Colt. Barrel length of 6" only, giving over-all length of 11⅜". Weight is 2¾ lbs. Introduced 1980.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**
**Price:** 8½" bbl. (44 Mag. only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$309.00**
**Price:** 6", stainless, 44 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$329.00**

## BEEMAN/KORTH REVOLVER
**Caliber:** 22 LR, 22 Mag., 357 Mag., 9mm Parabellum.
**Barrel:** 3", 4", 6".
**Weight:** 33 to 38 oz. **Length:** 8" to 11" over-all.
**Stocks:** Checkered walnut, sport or combat.
**Sights:** Blade front, rear adjustable for windage and elevation.
**Features:** Four interchangeable cylinders available. Major parts machined from hammer-forged steel; cylinder gap of .002". High polish blue finish. Presentation models have gold trim. Imported from Germany by Beeman.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,595.00 to $2,995.00**



Beeman/Korth Revolver

Charter Arms Undercover

## CHARTER ARMS UNDERCOVER REVOLVER
**Caliber:** 38 Special, 5 shot; 32 S & W Long, 6 shot.
**Barrel:** 2", 3".
**Weight:** 16 oz. (2"). **Length:** 6¼" (2").
**Stocks:** Smooth walnut or checkered square butt.
**Sights:** Patridge-type ramp front, notched rear.
**Features:** Wide trigger and hammer spur. Steel frame. Police Undercover, 2" bbl. (for 38 Spec. + P loads) carry same prices as regular 38 Spec. guns.
**Price:** Polished Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$190.00**
**Price:** 32 S & W Long, blue, 2" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$190.00**
**Price:** Stainless, 38 Spec., 2" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$245.00**
**Price:** "P" model, blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$193.00**
**Price:** "P" model, stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.00**

## Charter Arms Off-Duty Revolver
Similar to the Undercover except 38 Special only, 2" barrel, Mat-Black non-glare finish. This all-steel gun comes with Red-Dot front sight and choice of smooth or checkered walnut or neoprene grips. Also available in stainless steel. Introduced 1984.
**Price:** Mat-Black finish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.00**
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.00**



Charter Arms Off-Duty

## Charter Arms 32 H&R Magnum Police Undercover
Similar to the standard Undercover except chambered for the 32 H&R Magnum (6-shot). Patridge-type front with fixed square notch rear on the 2" barrel, adjustable rear on the 4" version. Blue finish only, checkered walnut grips. Also available with Pocket Hammer. Introduced 1984.
**Price:** 2" barrel, standard hammer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$192.00**
**Price:** 2" barrel, Pocket Hammer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$195.00**
**Price:** 4" barrel, standard hammer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$202.00**

## Charter Arms Pathfinder
Same as Undercover but in 22 LR or 22 Mag., and has 2", 3" or 6" bbl. Fitted with adjustable rear sight, ramp front. Weight 18½ oz.
**Price:** 22 LR, blue, 3" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**
**Price:** 22 LR, square butt, 6" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$215.00**
**Price:** Stainless, 22 LR, 3" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$250.00**
**Price:** 2", either caliber, blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 303

## HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

### CHARTER ARMS BULLDOG
**Caliber:** 44 Special, 5-shot.
**Barrel:** 2½", 3".
**Weight:** 19 oz. **Length:** 7¾" over-all.
**Stocks:** Checkered walnut, Bulldog.
**Sights:** Patridge-type front, square-notch rear.
**Features:** Wide trigger and hammer; beryllium copper firing pin.
**Price:** Service Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$260.00**
**Price:** Service blue, 2½" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$203.00**
**Price:** Stainless steel, 3", neoprene grips . . . . . . . . . . . . . . . . . . . . . . . **$264.00**


Charter Arms Bulldog

### Charter Arms Bulldog Tracker
Similar to the standard Bulldog except has adjustable rear sight, 2½", 4" or 6"
bull barrel, ramp front sight, square butt checkered walnut grips on 4" and 6";
Bulldog-style grips on 2½". Available in blue finish only.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$210.00**

### CHARTER ARMS POLICE BULLDOG
**Caliber:** 32 H&R Mag., 38 Special, 6-shot.
**Barrel:** 4", 4" straight taper bull.
**Weight:** 21 oz. **Length:** 9" over-all.
**Stocks:** Hand checkered American walnut; square butt.
**Sights:** Patridge-type ramp front, notched rear.
**Features:** Accepts both regular and high velocity ammunition; enclosed ejector
rod; full length ejection of fired cases.
**Price:** Blue. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$195.00**
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$255.00**


Charter Arms Police Bulldog

### COLT AGENT
**Caliber:** 38 Special, 6-shot.
**Barrel:** 2".
**Weight:** 16¾ ozs. **Length:** 6⅞" over-all.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** A no-frills, lightweight version of the Detective Special. Parkerized-
type finish. Name re-introduced 1982.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$209.95**


Colt Agent

### COLT DETECTIVE SPECIAL
**Caliber:** 38 Special, 6 shot.
**Barrel:** 2" or 3".
**Weight:** 22 oz. **Length:** 6⅝" over-all (2" bbl.).
**Stocks:** Full, checkered walnut, round butt.
**Sights:** Fixed, ramp front, square notch rear.
**Features:** Glare-proofed sights, smooth trigger. Nickel finish, hammer shroud
available as options.
**Price:** Blue, 2" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$377.50**
**Price:** Nickel, 2" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$414.95**
**Price:** Blue, 3" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$385.50**
**Price:** Nickel, 3" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$422.95**


Colt Commando

### Colt Commando Special
Same gun as the Detective Special except comes with rubber grips and com-
bat-grade finish. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.95**

### COLT DIAMONDBACK REVOLVER
**Caliber:** 22 LR or 38 Special, 6 shot.
**Barrel:** 4" or 6" with ventilated rib.
**Weight:** 24 oz. (2½" bbl.), 28½ oz. (4" bbl.). **Length:** 9" (4" bbl.)
**Stocks:** Checkered walnut, target type, square butt.
**Sights:** Ramp front, adj. notch rear.
**Features:** Ventilated rib; grooved, crisp trigger; swing-out cylinder; wide ham-
mer spur.
**Price:** Blue, 4" bbl. 38 Spec. or 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$396.95**
**Price:** Blue, 6" bbl., 22 or 38. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$405.95**
**Price:** Nickel, 4", 22 LR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$433.50**
**Price:** Nickel, 6", 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$439.50**

Colt Diamondback

**CAUTION:**   PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 304

## HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

**COLT PYTHON REVOLVER**
**Caliber:** 357 Magnum (handles all 38 Spec.), 6 shot.
**Barrel:** 2½", 4", 6" or 8", with ventilated rib.
**Weight:** 38 oz. (4" bbl.). **Length:** 9¼" (4" bbl.).
**Stocks:** Checkered walnut, target type.
**Sights:** ⅛" ramp front, adj. notch rear.
**Features:** Ventilated rib; grooved, crisp trigger; swing-out cylinder; target hammer.

| | |
|---|---|
| **Price:** Colt Blue, 2½" | $577.50 |
| **Price:** 4" | $589.50 |
| **Price:** 6" | $599.95 |
| **Price:** 8" | $611.50 |
| **Price:** Nickeled, 4" | $625.95 |
| **Price:** Nickeled, 6" | $628.50 |
| **Price:** Nickeled, 8" | $641.50 |
| **Price:** Stainless, 4" | $661.50 |
| **Price:** Stainless, 6" | $671.50 |


Colt Python 357

**COLT TROOPER MK V REVOLVER**
**Caliber:** 357 Magnum, 6-shot.
**Barrel:** 4", 6".
**Weight:** 38 oz. (4"). **Length:** 9⅛" over-all (4").
**Stocks:** Checkered walnut target-style.
**Sights:** Orange insert ramp front, adjustable white outline rear.
**Features:** Vent. rib and shrouded ejector rod. Re-designed action results in short hammer throw, lightened trigger pull and faster lock time. Also has re-designed grip frame. Introduced 1982.

| | |
|---|---|
| **Price:** 4" blue | $318.95 |
| **Price:** 4" nickel | $338.50 |
| **Price:** 6", blue | $319.95 |
| **Price:** 6", nickel | $344.50 |


Colt Mark V

**Colt Lawman MK V Revolver**
Same as the Trooper MK V except has plain bull barrel, fixed sights and is available only with 2" or 4" barrel. Blue or nickel finish. Introduced 1982.

| | |
|---|---|
| **Price:** 2", blue | $287.95 |
| **Price:** 2", nickel | $306.50 |
| **Price:** 4", blue | $287.95 |


Colt Lawman MK V

**F.I.E. MODEL N38 "Titan Tiger" REVOLVER**
**Caliber:** 38 Special, 357 Magnum.
**Barrel:** 2" or 4".
**Weight:** 27 oz. **Length:** 6¼" over-all. (2" bbl.)
**Stocks:** Checkered plastic, Bulldog style. Walnut optional ($15.95).
**Sights:** Fixed.
**Features:** Thumb-release swing-out cylinder, one stroke ejection. Made in U.S.A. by F.I.E. Corp.

| | |
|---|---|
| **Price:** Blue, 38 Special | $129.95 |
| **Price:** Chrome, 38 Special | $144.95 |
| **Price:** 357 Magnum | $214.95 |


H&R Model 686

**HARRINGTON & RICHARDSON M686 REVOLVER**
**Caliber:** 22 LR/22 WMRF, 6-shot.
**Barrel:** 4½", 5½", 7½", 10" or 12".
**Weight:** 31 oz. (4½"), 41 oz. (12").
**Stocks:** Two piece, smooth walnut-finished hardwood.
**Sights:** Western type blade front, adj. rear.
**Features:** Blue barrel and cylinder, "antique" color case-hardened frame, ejector tube and trigger. Comes with extra cylinder.

| | |
|---|---|
| **Price:** 4½", 5½", 7½", 10" bbl. | $176.50 |
| **Price:** 12" bbl. | $195.50 |


H&R Model 586

**Harrington & Richardson Model 586 H&R Magnum**
Similar to the Model 686 except chambered for 32 H&R Magnum. Redesigned action, 5-shot cylinder, available with 4½", 5½", 7½" and 10" barrel. Color case-hardened frame. Introduced 1984.

| | |
|---|---|
| **Price:** | $195.00 |

**Harrington & Richardson Model 649 Revolver**
Similar to model 686 except has 5½" or 7½" barrel, two piece walnut-finished hardwood grips, western-type blade front sight, adjustable rear. Loads and ejects from side. Weighs 32 oz.

| | |
|---|---|
| **Price:** | $152.50 |
| **Price:** Model 650—as above except nickel finish, 5½" only | $162.50 |

Compendium_Klarevas
Page 305

# HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

**HARRINGTON & RICHARDSON M622 REVOLVER**
**Caliber:** 22 S, L or LR, 6 shot.
**Barrel:** 2½", 4", round bbl.
**Weight:** 20 oz. (2½" bbl.).
**Stocks:** Checkered black Cycolac.
**Sights:** Fixed, blade front, square notch rear.
**Features:** Solid steel, Bantamweight frame; patented safety rim cylinder; non-glare finish on frame; coil springs.
**Price:** Blued, 2½", 4" bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $103.50
**Price:** Model 632 (32 cal.), 2½" bbl. only . . . . . . . . . . . . . . . . . . . . . . . . $103.50



H&R Model 532

**Harrington & Richardson Model 532 H&R Magnum**
Similar to the Model 622/632 except redesigned to accept the 32 H&R Magnum cartridge with 5-shot cylinder. Solid frame design. Available with 2½" barrel (round butt), 4" barrel (round butt); blue finish, wood grips. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $115.00

**HARRINGTON & RICHARDSON M732**
**Caliber:** 32 S&W or 32 S&W Long, 6 shot.
**Barrel:** 2½" or 4" round barrel.
**Weight:** 23½ oz. (2½" bbl.), 26 oz. (4" bbl.).
**Stocks:** Checkered, black Cycolac or walnut.
**Sights:** Blade front; fixed notch rear.
**Features:** Swing-out cylinder with auto. extractor return.
**Price:** Blued, 2½" or 4" bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $126.50
**Price:** Nickel, 2½" bbl. (Model 733) . . . . . . . . . . . . . . . . . . . . . . . . . . . . $136.50



H&R Model 732

**HARRINGTON & RICHARDSON MODELS 904, 905**
**Caliber:** 22 LR, 9-shot (M904, 905).
**Barrel:** 4" (M904 only), 6" target bull.
**Weight:** 32 oz.
**Stocks:** Smooth walnut.
**Sights:** Blade front, fully adjustable "Wind-Elv" rear.
**Features:** Swing-out cylinder design with coil spring construction. Single stroke ejection. Target-style bull barrel has raised solid rib giving a 7¾" sight radius.
**Price:** 904 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $167.50
**Price:** M905, 4", H&R "Hard-Guard" nickel finish. . . . . . . . . . . . . . . . . . $179.50

**Harrington & Richardson Model 504 H&R Magnum**
Similar to the Model 904 swing-out except has redesigned action for the 32 H&R Magnum; 5-shot cylinder, wood grips. Available in 3" with round butt, 4" round or square butt, 6" square butt. Blue finish. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $185.00

**HARRINGTON & RICHARDSON M949**
**Caliber:** 22 S, L or LR, 9 shot.
**Barrel:** 5½" round with ejector rod.
**Weight:** 31 oz.
**Stocks:** Two-piece, smooth frontier style wrap-around, walnut-finished hardwood.
**Sights:** Western-type blade front, rear adj. for w.
**Features:** Contoured loading gate; wide hammer spur; single and double action. Western type ejector-housing.
**Price:** H&R Crown Luster Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $126.50
**Price:** Nickel (Model 950) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $136.50

**H&R SPORTSMAN MODEL 999 REVOLVER**
**Caliber:** 22 S, L or LR, 9 shot.
**Barrel:** 4", 6" top-break (16" twist), integral fluted vent. rib.
**Weight:** 34 oz. (6"). **Length:** 10½".
**Stocks:** Checkered walnut.
**Sights:** Front adjustable for elevation, rear for windage.
**Features:** Simultaneous automatic ejection, trigger guard extension. H&R Crown Lustre Blue.
**Price:** Blued, 4". . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $215.00
**Price:** Blued, 6" engraved. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $525.00

**HARRINGTON & RICHARDSON M929**
**Caliber:** 22 S, L or LR, 9 shot.
**Barrel:** 2½", 4" or 6".
**Weight:** 26 oz. (4" bbl.).
**Stocks:** Checkered, black Cycolac or walnut.
**Sights:** Blade front; adjustable rear on 4" and 6" models.
**Features:** Swing-out cylinder with auto. extractor return. Round-grip frame on 2½" only.
**Price:** Blued, 2½", 4" or 6" bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $126.50
**Price:** Nickel (Model 930), 2½" or 4" bbl. . . . . . . . . . . . . . . . . . . . . . . . . $136.50



H&R Model 504



H&R Model 999

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 306

# HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

**HIGH STANDARD SENTINEL**
**Caliber:** 22 LR and 22 Mag. with extra cylinder.
**Barrel:** 2″ or 4″.
**Weight:** 22 oz. (2″ barrel). **Length:** 7⅛″ over-all (2″ barrel).
**Stocks:** Checkered walnut.
**Sights:** ⅛″ serrated ramp front, square notched rear.
**Features:** Double action, dual swing-out cylinders; steel frame; blue finish; combat-style grips. From High Standard.
**Price:** Model 9390 (fixed sights) ............................. **$250.00**
**Price:** Model 9392 (adj. sights) ............................... **$250.00**
**Price:** Model 9360 (2″, 4″, 22 Mag., fixed or adj. sights) ........... **$235.00**


High Standard Sentinel

**HIGH STANDARD DOUBLE-NINE CONVERTIBLE**
**Caliber:** 22 S, L or LR, 9-shot (22 Mag. with extra cylinder).
**Barrel:** 5½″, dummy ejector rod fitted.
**Weight:** 32 oz. **Length:** 11″ over-all.
**Stocks:** Smooth walnut, frontier style.
**Sights:** Fixed blade front, rear adj. for w. & e.
**Features:** Double-action, Western styling, rounding hammer with auto safety block; spring-loaded ejection. Swing-out cylinder.
**Price:** Blued ................................................... **$250.00**
**Price:** Blued, 22 LR, fixed sights ................................ **$235.00**

**High Standard Long Horn Convertible**
Same as the Double-Nine convertible but with a 9½″ bbl., adjustable sights, blued only. Weight: 38 oz.
**Price:** With adjustable sights ................................... **$250.00**

**HIGH STANDARD CAMP GUN**
**Caliber:** 22 LR and 22 Mag., 9-shot.
**Barrel:** 6″.
**Weight:** 28 oz. **Length:** 11⅛″ over-all.
**Stocks:** Checkered walnut.
**Sights:** ⅛″ serrated ramp front, rear adjustable for windage and elevation.
**Features:** Double-action; comes with two cylinders; blue finish; combat-style wrap around grips. From High Standard.
**Price:** Model 9393 ............................................. **$250.00**


High Standard Camp Gun

**HIGH STANDARD HIGH SIERRA DOUBLE ACTION**
**Caliber:** 22 LR and 22 LR/22 Mag., 9-shot.
**Barrel:** 7″ octagonal.
**Weight:** 36 oz. **Length:** 12½″ over-all.
**Stocks:** Smooth walnut.
**Sights:** Blade front, adj. rear.
**Features:** Gold plated backstrap and trigger guard. Swing-out cylinder.
**Price:** Adj. sights, dual cyl....................................... **$250.00**

**KASSNAR-CONCORDE SPECIAL REVOLVER**
**Caliber:** 22 LR, 22 Mag., 38 Special.
**Barrel:** 3″, 4″, 6″.
**Weight:** 24 oz. **Length:** 9½″ (4″ bbl.).
**Stocks:** Target-type of hand checkered exotic wood.
**Sights:** Ramp front, fully adjustable rear.
**Features:** Heavy barrel with ventilated rib, full ejector rod shroud. Imported from the Philippines by Kassnar.
**Price:** With vent. rib.......................................... **$199.00**
**Price:** Model Concorde, solid rib................................ **$189.00**


Kassnar/Concorde


Llama Super Comanche

**LLAMA COMANCHE II REVOLVERS**
**Caliber:** 357 Mag.
**Barrel:** 6″, 4″.
**Weight:** 28 oz. **Length:** 9¼″ (4″ bbl.).
**Stocks:** Checkered walnut.
**Sights:** Fixed blade front, rear adj. for w. & e.
**Features:** Ventilated rib, wide spur hammer. Chrome plating, engraved finishes available. Imported from Spain by Stoeger Industries.
**Price:** Blue finish .............................................. **$234.95**
**Price:** Satin chrome............................................ **$309.95**

**Llama Super Comanche V Revolver**
Similar to the Comanche except; large frame, 357 or 44 Mag., 4″, 6″ or 8½″ barrel only; 6-shot cylinder; smooth, extra wide trigger; wide spur hammer; over-size walnut, target-style grips. Weight is 3 lbs., 2 ozs., over-all length is 11¾″. Blue finish only.
**Price:** 44 Mag. .............................................. **$334.95**
**Price:** 357 Mag. ............................................. **$299.95**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 307

## HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

**MANURHIN MR 73 SPORT REVOLVER**
**Caliber:** 357 Magnum, 6-shot.
**Barrel:** 5.25".
**Weight:** 37 oz. **Length:** 10.4" over-all.
**Stocks:** Checkered walnut.
**Sights:** Blade front, fully adjustable rear.
**Features:** Double action with adjustable trigger. High-polish blue finish, "Straw' colored hammer and trigger. Comes with sight adjusting tool. Imported from France by Manurhin International, Inc. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$730.00**

**RG MODEL 23 REVOLVER**
**Caliber:** 22 LR, 6 shot.
**Barrel:** 1¾" or 3⅜".
**Weight:** 16 oz. **Length:** 5⅛" over-all.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Swing out cylinder with central ejector. From RG Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$75.95**

**RG MODEL 38S REVOLVER**
**Caliber:** 38 Special, 6-shot.
**Barrel:** 3" or 4".
**Weight:** 32 oz. (3" bbl.). **Length:** 8¼" over-all.
**Stocks:** Checkered walnut or plastic.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Swing out cylinder with spring ejector. From RG Industries.
**Price:** With plastic grips. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$124.95**
**Price:** With wood grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$131.95**

**RG MODEL 39 REVOLVER**
**Caliber:** 32 S&W (6-shot) or 38 Special (5-shot).
**Barrel:** 2".
**Weight:** 21 oz. **Length:** 7" over-all.
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Swing out cylinder with ejector spring. Blue finish. From RG Industries.
**Price:** 32 S&W . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$124.95**
**Price:** 38 Special . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$127.95**

**ROSSI MODEL 88 STAINLESS REVOLVER**
**Caliber:** 38 Spec., 5-shot.
**Barrel:** 3".
**Weight:** 32 oz. **Length:** 8¾" over-all.
**Stocks:** Checkered wood, service-style.
**Sights:** Ramp front, square notch rear drift adjustable for windage.
**Features:** All metal parts except springs are of 440 stainless steel; matte finish; small frame for concealability. Introduced 1983. Imported from Brazil by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$179.00**

**ROSSI MODELS 68, 69 & 70 DA REVOLVERS**
**Caliber:** 22 LR (M 70), 32 S & W (M 69), 38 Spec. (M 68).
**Barrel:** 3".
**Weight:** 22 oz.
**Stocks:** Checkered wood.
**Sights:** Ramp front, low profile adj. rear.
**Features:** All-steel frame. Thumb latch operated swing-out cylinder. Introduced 1978. Imported from Brazil by Interarms.
**Price:** 22, 32, or 38, blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$139.00**
**Price:** As above, 38 Spec. only with 4" bbl. as M 31 . . . . . . . . . . . . . . **$139.00**
**Price:** Model 51 (6" bbl., 22 cal.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.00**
**Price:** M68, M69, M70 in nickel. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$144.00**

**RG MODEL 14S REVOLVER**
**Caliber:** 22 LR, 6-shot.
**Barrel:** 1¾" or 3".
**Weight:** 15 oz. **Length:** 5½" over-all.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Pull-pin swing out cylinder. From RG Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$58.00**

Consult our Directory pages for the location of firms mentioned.



RG 38S

RG 39



Rossi Model 88 Stainless



Rossi Model 68

**CAUTION:**   PRICES CHANGE. CHECK AT GUNSHOP.

## HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

**RUGER SECURITY-SIX Model 117**
**Caliber:** 357 Mag. (also fires 38 Spec.), 6-shot.
**Barrel:** 2¾", 6", or 4" heavy barrel.
**Weight:** 33½ oz. (4" bbl.) **Length:** 9¼" (4" bbl.) over-all.
**Stocks:** Hand checkered American walnut, semi-target style. Also available with over-size target-type or rubber grips.
**Sights:** Patridge-type front on ramp, white outline rear adj. for w. and e.
**Features:** Music wire coil springs throughout. Hardened steel construction. Integral ejector rod shroud and sighting rib. Can be disassembled using only a coin.
**Price:** 2¾", 6" and 4" heavy barrel ............................. **$247.00**
**Price:** 4" HB, 6" with target grips, white outline rear sight, red ramp front................................................. **$266.00**

**RUGER POLICE SERVICE-SIX 107, 108, 109, 707, 708**
**Caliber:** 357 (Model 107, 707), 38 Spec. (Model 108, 708), 9mm (Model 109), 6-shot.
**Barrel:** 2¾" or 4".
**Weight:** 33½ oz. (4" bbl.). **Length:** 9¼" (4 bbl.) over-all.
**Stocks:** Checkered American walnut, semi-target style; rubber available.
**Sights:** Fixed, non-adjustable.
**Features:** Solid frame; barrel, rib and ejector rod housing combined in one unit. All steel construction Field strips without tools.
**Price:** Model 107 (357) 2¾" and 4"............................ **$217.50**
**Price:** Model 108 (38) 4"................................... **$217.50**
**Price:** Model 109 (9mm) 4"................................. **$236.50**
**Price:** Mod. 707 (357), Stainless, 4", walnut or rubber grips ........ **$239.50**
**Price:** Mod. 708 (38), Stainless, 4", walnut or rubber grips........ **$239.50**

**RUGER SPEED-SIX Models 207, 208, 209, 737, 738, 739**
**Caliber:** 357 (Model 207), 38 Spec. (Model 208), 9mm P (Model 209) 6-shot.
**Barrel:** 2¾" or 4".
**Weight:** 31 oz. (2¾" bbl.). **Length:** 7¾" over-all (2¾" bbl.).
**Stocks:** Checkered walnut or checkered rubber with finger grooves.
**Sights:** Fixed, non-adjustable.
**Features:** Same basic mechanism as Security-Six. Hammer without spur available on special order. All steel construction. Music wire coil springs used throughout.
**Price:** Model 207 (357 Mag., 2¾", 4", walnut or rubber grips) ....... **$221.50**
**Price:** Model 208 (38 Spec. only, 2¾", walnut grips) .............. **$221.50**
**Price:** Model 209 (9mm P, 2¾", 4", walnut grips).................. **$240.50**
**Price:** Mod. 737 (357 Mag., stainless, 2¾", 4", walnut or rubber grips) **$246.00**
**Price:** Mod. 738 (38 Spec. only, stainless, 2¾", walnut grips) ....... **$246.00**
**Price:** Model 739 (9mm P., stainless, 2¾", walnut grips) .......... **$261.00**

**RUGER STAINLESS SECURITY-SIX Model 717**
**Caliber:** 357 Mag. (also fires 38 Spec.), 6-shot.
**Barrel:** 2¾", 4" or 6".
**Weight:** 33 oz. (4 bbl.). **Length:** 9¼" (4" bbl.) over-all.
**Stocks:** Hand checkered American walnut or checkered rubber.
**Sights:** Patridge-type front, fully adj. rear.
**Features:** All metal parts except sights made of stainless steel. Sights are black alloy for maximum visibility. Same mechanism and features found in regular Security-Six.
**Price:** 2¾", 6" and 4" heavy barrel ............................ **$270.50**
**Price:** 4" HB, 6" with checkered rubber grips, red ramp front, white outline rear sight ................................................. **$290.00**




Ruger Security-Six


Ruger Police Service-Six


Ruger Speed-Six


Ruger Security-Six 717


Ruger Redhawk

**RUGER REDHAWK**
**Caliber:** 357 Mag., 41 Mag., 44 Rem. Mag., 6-shot.
**Barrel:** 5½", 7½".
**Weight:** About 54 oz. (7½" bbl.). **Length:** 13" over-all.
**Stocks:** Square butt. American walnut.
**Sights:** Interchangeable Patridge-type front, rear adj. for w. & e.
**Features:** Stainless steel, brushed satin finish. Has a 9½" sight radius. Introduced 1979.
**Price:** ................................................. **$381.00**
**Price:** With Ruger stainless scope rings (44 Mag. only) ............ **$408.50**

Compendium_Klarevas
Page 309

## HANDGUNS—DOUBLE ACTION REVOLVERS. SERVICE & SPORT

### SMITH & WESSON M&P Model 10 REVOLVER
**Caliber:** 38 Special, 6 shot.
**Barrel:** 2", 4", 5" or 6".
**Weight:** 30½ oz. (4" bbl.). **Length:** 9¼" (4" bbl.).
**Stocks:** Checkered walnut, Magna. Round or square butt.
**Sights:** Fixed, ⅛" ramp front, square notch rear.
**Price:** Blued .................................................. **$226.50**
**Price:** Nickeled ............................................... **$245.00**

### Smith & Wesson 38 M&P Heavy Barrel Model 10
Same as regular M&P except: 3" or 4" ribbed bbl. with ⅛" ramp front sight, square rear, square butt, wgt. 34 oz.
**Price:** Blued .................................................. **$226.50**
**Price:** Nickeled ............................................... **$245.00**

### SMITH & WESSON 38 M&P AIRWEIGHT Model 12
**Caliber:** 38 Special, 6 shot.
**Barrel:** 2" or 4".
**Weight:** 18 oz. (2" bbl.). **Length:** 6⅞" over-all.
**Stocks:** Checkered walnut, Magna. Round or square butt.
**Sights:** Fixed, ⅛" serrated ramp front, square notch rear.
**Price:** Blued .................................................. **$299.50**
**Price:** Nickeled ............................................... **$339.50**

### SMITH & WESSON Model 13 H.B. M&P
**Caliber:** 357 and 38 Special, 6 shot.
**Barrel:** 3" or 4".
**Weight:** 34 oz. **Length:** 9¼" over-all (4" bbl.).
**Stocks:** Checkered walnut, service.
**Sights:** ⅛" serrated ramp front, fixed square notch rear.
**Features:** Heavy barrel, K-frame, square butt.
**Price:** Blue, M-13 ............................................ **$228.50**
**Price:** Nickel ................................................. **$249.50**
**Price:** Model 65, as above in stainless steel ..................... **$259.00**

### SMITH & WESSON COMBAT MASTERPIECE
**Caliber:** 38 Special (M15) or 22 LR (M18), 6 shot.
**Barrel:** 2" or 4" (M15) 4" (M18).
**Weight:** Loaded, 22 36½ oz., 38 34 oz. **Length:** 9⅛" (4" bbl.).
**Stocks:** Checkered walnut, Magna. Grooved tangs and trigger.
**Sights:** Front, ⅛" Baughman Quick Draw on ramp, micro click rear, adjustable for w. and e.
**Price:** Blued, M-15, 2" or 4" .................................. **$266.50**
**Price:** Nickel M-15, 2" or 4" .................................. **$287.00**
**Price:** Blued, M-18, 4" (sq. butt, adj. sights) .................... **$326.00**

### SMITH & WESSON MODEL 17 K-22 MASTERPIECE
**Caliber:** 22 LR, 6-shot.
**Barrel:** 6", 8⅜".
**Weight:** 38½ oz. (6" bbl). **Length:** 11⅛" over-all.
**Stocks:** Checkered walnut, service.
**Sights:** Patridge front, S&W micro. click rear adjustable for windage and elevation.
**Features:** Grooved tang and trigger. Polished blue finish.
**Price:** 6" ................................................... **$337.00**
**Price:** 8¾" bbl. .............................................. **$351.50**
**Price:** Model 48, as above in 22 Mag., 4" or 6" .................. **$346.50**
**Price:** 8⅜" bbl. .............................................. **$363.00**

### SMITH & WESSON 357 COMBAT MAGNUM Model 19
**Caliber:** 357 Magnum and 38 Special, 6 shot.
**Barrel:** 2½", 4", 6".
**Weight:** 35 oz. **Length:** 9½" (4" bbl.).
**Stocks:** Checkered Goncalo Alves, target. Grooved tangs and trigger.
**Sights:** Front, ⅛" Baughman Quick Draw on 2½" or 4" bbl., Patridge on 6" bbl., micro click rear adjustable for w. and e.
**Price:** S&W Bright Blue or Nickel, adj. sights .................... **$285.50**



S&W Model 10-H.B.



S&W Model 13



S&W Model 19



S&W Model 17

### SMITH & WESSON MODEL 24 44 SPECIAL
**Caliber:** 44 Special, 6-shot.
**Barrel:** 4" or 6½".
**Weight:** 41½ oz. (4" bbl.). **Length:** 9½" over-all (4" bbl.).
**Stocks:** Checkered Goncalo Alves target-type.
**Sights:** Ramp front on 4", Patridge front on 6½"; fully adjustable micrometer click rear.
**Features:** Limited production of 7,500 pieces. Built to the original specifications. Available only in S&W bright blue with grooved top strap and barrel rib. Reintroduced 1983.
**Price:** 4" barrel ............................................. **$358.50**
**Price:** 6½" barrel ........................................... **$387.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 310

## HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

### SMITH & WESSON MODEL 25 REVOLVER
**Caliber:** 45 Colt, 6-shot.
**Barrel:** 4", 6", 8⅜".
**Weight:** About 45 oz. **Length:** 11⅞" over-all (6" bbl.).
**Stocks:** Checkered Goncalo Alves, target-type.
**Sights:** ⅛" S&W red ramp front, S&W micrometer click rear with white outline.
**Features:** Available in Bright Blue or nickel finish; target trigger, target hammer. Contact S&W for complete price list.
**Price:** 4", 6", blue or nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$347.00**
**Price:** 8⅜", blue or nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$359.50**


S&W Model 25

### SMITH & WESSON 357 MAGNUM M-27 REVOLVER
**Caliber:** 357 Magnum and 38 Special, 6 shot.
**Barrel:** 4", 6", 8⅜".
**Weight:** 44 oz. (6" bbl.). **Length:** 11¼" (6" bbl.).
**Stocks:** Checkered walnut, Magna. Grooved tangs and trigger.
**Sights:** Any S&W target front, micro click rear, adjustable for w. and e.
**Price:** S&W Bright Blue or Nickel, 4", 6" . . . . . . . . . . . . . . . . . . . . . . . . **$327.00**
**Price:** 8⅜" bbl., sq. butt, target hammer, trigger, stocks . . . . . . . . . . . **$351.00**

### SMITH & WESSON HIGHWAY PATROLMAN Model 28
**Caliber:** 357 Magnum and 38 Special, 6 shot.
**Barrel:** 4", 6".
**Weight:** 44 oz. (6" bbl.). **Length:** 11¼" (6" bbl.).
**Stocks:** Checkered walnut, Magna. Grooved tangs and trigger.
**Sights:** Front, ⅛" Baughman Quick Draw, on plain ramp, micro click rear, adjustable for w. and e.
**Price:** S&W Satin Blue, sandblasted frame edging and barrel top . . . **$305.50**
**Price:** With target stocks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$327.00**


S&W Model 29

### SMITH & WESSON 44 MAGNUM Model 29 REVOLVER
**Caliber:** 44 Magnum, 44 Special or 44 Russian, 6 shot.
**Barrel:** 4", 6", 8⅜", 10⅝".
**Weight:** 47 oz. (6" bbl.), 43 oz. (4" bbl.). **Length:** 11⅞" (6½" bbl.).
**Stocks:** Oversize target type, checkered Goncalo Alves. Tangs and target trigger grooved, checkered target hammer.
**Sights:** ⅛" red ramp front, micro click rear, adjustable for w. and e.
**Features:** Includes presentation case.
**Price:** S&W Bright Blue or Nickel 4", 6" . . . . . . . . . . . . . . . . . . . . . . . . . . **$409.00**
**Price:** 8½" bbl., blue or nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$423.50**
**Price:** 10⅝", blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$423.50**
**Price:** Model 629 (stainless steel), 4", 6" . . . . . . . . . . . . . . . . . . . . . . . . . . **$472.50**
**Price:** Model 629, 8⅜" barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$488.50**


S&W Model 31

### SMITH & WESSON 32 REGULATION POLICE Model 31
**Caliber:** 32 S&W Long, 6 shot.
**Barrel:** 2", 3".
**Weight:** 18¾ oz. (3" bbl.). **Length:** 7½" (3" bbl.).
**Stocks:** Checkered walnut, Magna.
**Sights:** Fixed, ⅒" serrated ramp front, square notch rear.
**Features:** Blued
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$276.00**

### SMITH & WESSON 1953 Model 34, 22/32 KIT GUN
**Caliber:** 22 LR, 6 shot.
**Barrel:** 2", 4".
**Weight:** 22½ oz. (4" bbl.). **Length:** 8" (4" bbl. and round butt).
**Stocks:** Checkered walnut, round or square butt.
**Sights:** Front, ⅒" serrated ramp, micro. click rear, adjustable for w. & e.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$271.00**
**Price:** Nickeled . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$294.50**
**Price:** Model 63, as above in stainless, 4" . . . . . . . . . . . . . . . . . . . . . . . . . **$307.00**


S&W Model 651

### Smith & Wesson Model 650/651 Magnum Kit Gun
Similar to the Models 34 and 63 except chambered for the 22 WMR. Model 650 has 3" barrel, round butt and fixed sights; Model 651 has 4" barrel, square butt and adjustable sights. Both guns made of stainless steel. Introduced 1983.
**Price:** Model 650 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$279.50**
**Price:** Model 651 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$307.00**

### SMITH & WESSON 38 CHIEFS SPECIAL & AIRWEIGHT
**Caliber:** 38 Special, 5 shot.
**Barrel:** 2", 3".
**Weight:** 19 oz. (2" bbl.); 14 oz. (AIRWEIGHT). **Length:** 6½" (2" bbl. and round butt).
**Stocks:** Checkered walnut, Magna. Round or square butt.
**Sights:** Fixed, ⅒" serrated ramp front, square notch rear.
**Price:** Price: Blued, standard Model 36 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$242.00**
**Price:** As above, nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$262.00**
**Price:** Blued, Airweight Model 37 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$274.50**
**Price:** As above, nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$310.50**

### Smith & Wesson 60 Chiefs Special Stainless
Same as Model 36 except: 2" bbl. and round butt only.
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$304.00**

Compendium_Klarevas
Page 311

## HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

### SMITH & WESSON BODYGUARD MODEL 38
**Caliber:** 38 Special; 5 shot, double action revolver.
**Barrel:** 2".
**Weight:** 14½ oz. **Length:** 6⅜".
**Stocks:** Checkered walnut, Magna.
**Sights:** Fixed ⅒" serrated ramp front, square notch rear.
**Features:** Alloy frame; integral hammer shroud.
**Price:** Blued .................................................... **$288.50**
**Price:** Nickeled ................................................ **$326.00**



S&W Model 38

### Smith & Wesson Bodyguard Model 49 Revolver
Same as Model 38 except steel construction, weight 20½ oz.
**Price:** Blued ...................................................... **$257.00**
**Price:** Nickeled ................................................... **$280.00**

### SMITH & WESSON 41 MAGNUM Model 57 REVOLVER
**Caliber:** 41 Magnum, 6 shot.
**Barrel:** 4", 6" or 8⅜".
**Weight:** 48 oz. (6" bbl.). **Length:** 11⅜" (6" bbl.).
**Stocks:** Oversize target type checkered Goncalo Alves.
**Sights:** ⅛" red ramp front, micro. click rear, adj. for w. and e.
**Features:** Includes presentation case.
**Price:** S&W Bright Blue or Nickel 4", 6" ......................... **$347.00**
**Price:** 8⅜" bbl. ................................................. **$359.50**



S&W Model 57

### SMITH & WESSON MODEL 64 STAINLESS M&P
**Caliber:** 38 Special, 6-shot.
**Barrel:** 4".
**Weight:** 30½ oz. **Length:** 9½" over-all.
**Stocks:** Checkered walnut, service style.
**Sights:** Fixed, ⅛" serrated ramp front, square notch rear.
**Features:** Satin finished stainless steel, square butt.
**Price:** .......................................................... **$251.00**

### SMITH & WESSON MODEL 66 STAINLESS COMBAT MAGNUM
**Caliber:** 357 Magnum and 38 Special, 6-shot.
**Barrel:** 2½", 4", 6".
**Weight:** 35 oz. **Length:** 9½" over-all.
**Stocks:** Checkered Goncalo Alves target.
**Sights:** Front, ⅛" Baughman Quick Draw on plain ramp, micro clock rear adj. for w. and e.
**Features:** Satin finish stainless steel, grooved trigger with adj. stop.
**Price:** .......................................................... **$319.50**



S&W Model 64-H.B.

### SMITH & WESSON MODEL 67 K-38 STAINLESS COMBAT MASTERPIECE
**Caliber:** 38 Special, 6-shot.
**Barrel:** 4".
**Weight:** 34 oz. (loaded). **Length:** 9⅛" over-all.
**Stocks:** Checkered walnut, service style.
**Sights:** Front, ⅛" Baughman Quick Draw on ramp, micro click rear adj. for w. and e.
**Features:** Stainless steel. Square butt frame with grooved tangs, grooved trigger with adj. stop.
**Price:** .......................................................... **$313.00**

### SMITH & WESSON MODEL 586 Distinguished Combat Magnum
**Caliber:** 357 Magnum.
**Barrel:** 4", 6", both heavy.
**Weight:** 46 oz. (6"), 42 oz. (4").
**Stocks:** Goncalo Alves target-type with speed loader cutaway.
**Sights:** Baughman red ramp front, S&W micrometer click rear (or fixed).
**Features:** Uses new L-frame, but takes all K-frame grips. Full length ejector rod shroud. Smooth combat-type trigger, semi-target type hammer. Trigger stop on 6" models; 4" models factory fitted with target hammer and trigger will have trigger stop. Also available in stainless as Model 686. Introduced 1981.
**Price:** Model 586 (blue only) .................................... **$303.50**
**Price:** Model 586, nickel ....................................... **$303.50**
**Price:** Model 686 (stainless) .................................... **$330.50**
**Price:** Model 581 (fixed sight, blue), 4" ......................... **$239.00**
**Price:** Model 581, nickel ....................................... **$262.00**
**Price:** Model 681 (fixed sight, stainless) ........................ **$276.00**



S&W Model 586

### SMITH & WESSON MODEL 547
**Caliber:** 9mm Parabellum
**Barrel:** 3" or 4" heavy.
**Weight:** 34 oz. (4" barrel). **Length:** 9⅛" over-all (4" barrel).
**Stocks:** Checkered square butt Magna Service (4"), checkered walnut target, round butt (3").
**Sights:** ⅛" Serrated ramp front, fixed ⅛" square notch rear.
**Features:** K-frame revolver uses special extractor system—no clips required. Has ¼" half-spur hammer. Introduced 1981.
**Price:** Blue only ................................................ **$304.50**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 312

## HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

### TAURUS MODEL 66 REVOLVER
**Caliber:** 357 Magnum, 6-shot.
**Barrel:** 3", 4", 6".
**Weight:** 35 ozs.
**Stocks:** Checkered walnut, target-type. Standard stocks on 3".
**Sights:** Serrated ramp front, micro click rear adjustable for w. and e.
**Features:** Wide target-type hammer spur, floating firing pin, heavy barrel with shrouded ejector rod. Introduced 1978. From Taurus International.
**Price:** Blue, about ............................................... **$226.00**
**Price:** Satin blue, about ............................................ **$226.00**
**Price:** Model 65 (similar to M66 except has a fixed rear sight and ramp front), blue, about ................................................... **$177.00**
**Price:** Model 65, satin blue, about ................................ **$188.00**



Taurus Model 66

### TAURUS MODEL 73 SPORT REVOLVER
**Caliber:** 32 S&W Long, 6-shot.
**Barrel:** 3", heavy.
**Weight:** 22 oz. **Length:** 8¼" over-all.
**Stocks:** Oversize target-type, checkered Brazilian walnut.
**Sights:** Ramp front, notch rear.
**Features:** Imported from Brazil by Taurus International.
**Price:** Blue, about ............................................... **$186.00**
**Price:** Satin blue, about ........................................... **$198.00**

### TAURUS MODEL 80 STANDARD REVOLVER
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 3" or 4".
**Weight:** 31 oz. (4" bbl.). **Length:** 9¼" over-all (4" bbl.).
**Stocks:** Checkered Brazilian walnut.
**Sights:** Serrated ramp front, square notch rear.
**Features:** Imported from Brazil by Taurus International.
**Price:** Blue, about ............................................... **$170.00**
**Price:** Satin blue, about ........................................... **$182.00**



Taurus Model 82

### TAURUS MODEL 82 HEAVY BARREL REVOLVER
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 3" or 4", heavy.
**Weight:** 33 oz. (4" bbl.). **Length:** 9¼" over-all (4" bbl.).
**Stocks:** Checkered Brazilian walnut.
**Sights:** Serrated ramp front, square notch rear.
**Features:** Imported from Brazil by Taurus International.
**Price:** Blue, about ............................................... **$170.00**
**Price:** Satin blue, about ........................................... **$182.00**

### TAURUS MODEL 83 REVOLVER
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 4" only, heavy.
**Weight:** 34½ oz.
**Stocks:** Over-size checkered walnut.
**Sights:** Ramp front, micro. click rear adj. for w. & e.
**Features:** Blue or nickel finish. Introduced 1977. Imported from Brazil by Taurus International.
**Price:** Blue, about ............................................... **$186.00**
**Price:** Satin blue, about ........................................... **$198.00**

### TAURUS MODEL 85 REVOLVER
**Caliber:** 38 Spec., 5-shot.
**Barrel:** 3".
**Weight:** 21 oz.
**Stocks:** Smooth walnut.
**Sights:** Ramp front, square notch rear.
**Features:** Blue or satin blue finish. Introduced 1980. Imported from Brazil by Taurus International.
**Price:** Blue, about ............................................... **$188.00**
**Price:** Satin blue, about ........................................... **$201.00**



Dan Wesson 44 Magnum

### DAN WESSON MODEL 41V & MODEL 44V
**Caliber:** 41 Mag., 44 Mag., six-shot.
**Barrel:** 4", 6", 8", 10"; interchangeable.
**Weight:** 48 oz. (4"). **Length:** 12" over-all (6" bbl.).
**Stocks:** Smooth.
**Sights:** ⅛" serrated front, white outline rear adjustable for windage and elevation.
**Features:** Available in blue or stainless steel. Smooth, wide trigger with adjustable over-travel; wide hammer spur. Available in Pistol Pac set also.
**Price:** 41 Mag., 4", blue........................................... **$373.40**
**Price:** As above except in stainless ............................... **$416.05**
**Price:** 44 Mag., 4", blue........................................... **$373.40**
**Price:** As above except in stainless ............................... **$416.05**

### DAN WESSON MODEL 8-2 & MODEL 14-2
**Caliber:** 38 Special (Model 8-2); 357 (14-2), both 6-shot.
**Barrel:** 2½", 4", 6", 8"; interchangeable.
**Weight:** 30 oz. (2½"). **Length:** 9¼" over-all (4" bbl.).
**Stocks:** Checkered, interchangeable.
**Sights:** ⅛" serrated front, fixed rear.
**Features:** Interchangeable barrels and grips; smooth, wide trigger; wide hammer spur with short double action travel. Available in stainless or brite blue. Contact Dan Wesson for complete price list.
**Price:** Model 8-2, 2½", blue ...................................... **$220.75**
**Price:** As above except in stainless ............................... **$253.65**
**Price:** Model 14-2, 4", blue........................................ **$227.15**
**Price:** As above except in stainless ............................... **$259.20**
**Price:** Model 714-2 Pistol Pac, stainless ......................... **$430.65**

Compendium_Klarevas
Page 313

## HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

### Dan Wesson 9-2 & 15-2 Revolvers

Same as Models 8-2 and 14-2 except they have adjustable sight. Model 9-2 chambered for 38 Special, Model 15-2 for 357 Magnum. Available in blue or stainless. Contact Dan Wesson for complete price list.

| | |
|---|---|
| **Price:** Model 9-2 or 15-2, 2½", blue | **$272.50** |
| **Price:** As above except in stainless | **$306.55** |
| **Price:** Model 15-2, 8", blue | **$297.90** |
| **Price:** As above, with 15" barrel, blue | **$365.25** |



Dan Wesson Model 15-2

### DAN WESSON MODEL 22 REVOLVER

**Caliber:** 22 LR, 22 Mag., six-shot.
**Barrel:** 2½", 4", 6", 8", 10"; interchangeable.
**Weight:** 36 oz. (2½"), 44 oz. (6"). **Length:** 9¼" over-all (4" barrel).
**Stocks:** Checkered; undercover, service or over-size target.
**Sights:** ⅛" serrated, interchangeable front, white outline rear adjustable for windage and elevation.
**Features:** Built on the same frame as the Dan Wesson 357; smooth, wide trigger with over-travel adjustment, wide spur hammer, with short double-action travel. Available in brite blue or stainless steel. Contact Dan Wesson for complete price list.

| | |
|---|---|
| **Price:** 2½" bbl., blue | **$272.50** |
| **Price:** As above, stainless | **$306.55** |
| **Price:** With 4", vent. rib, blue | **$300.85** |
| **Price:** As above, stainless | **$335.15** |
| **Price:** Stainless Pistol Pac, 22 LR | **$525.95** |



Dan Wesson 22

## HANDGUNS—SINGLE ACTION REVOLVERS



EMF Dakota SA

### COLT NEW FRONTIER 22

**Caliber:** 22 LR, 6-shot.
**Barrel:** 4¾", 6", 7½".
**Weight:** 29½ oz. (4¾" bbl.). **Length:** 9⅝" over-all.
**Stocks:** Black composite rubber.
**Sights:** Ramp-style front, fully adjustable rear.
**Features:** Cross-bolt safety. Color case-hardened frame. Available in blue only. Re-introduced 1982.

| | |
|---|---|
| **Price:** 4¾", blue | **$283.50** |
| **Price:** 6", blue | **$285.50** |
| **Price:** 7½", blue | **$287.50** |

### DAKOTA SINGLE ACTION REVOLVERS

**Caliber:** 22 LR, 22 Mag., 357 Mag., 30 Carbine, 44-40, 45 Colt.
**Barrel:** 3½", 4⅝", 5½", 7½", 12", 16¼".
**Weight:** 45 oz. **Length:** 13" over-all (7½" bbl.).
**Stocks:** Smooth walnut.
**Sights:** Blade front, fixed rear.
**Features:** Colt-type hammer with firing pin, color case-hardened frame, blue barrel and cylinder, brass grip frame and trigger guard. Available in blue or nickel plated, plain or engraved. Imported by E.M.F.

| | |
|---|---|
| **Price:** 22 LR, 30 Car., 357, 44-40, 45 L.C., 4⅝", 5½", 7½" | **$295.00** |
| **Price:** 22 LR/22 Mag. Combo, 5½", 7½" | **$330.00** |
| **Price:** 357, 44-40, 45, 12" | **$330.00** |
| **Price:** 357, 44-40, 45, 3½" | **$325.00** |

### F.I.E. TEXAS RANGER REVOLVER

**Caliber:** 22 LR, 22 Mag.
**Barrel:** 4¾", 7", 9",.
**Weight:** 31 oz. (4¾" bbl.). **Length:** 10" over-all.
**Stocks:** Stained hardwood.
**Sights:** Blade front, notch rear.
**Features:** Single-action, blue/black finish. Introduced 1983. Made in the U.S. by F.I.E.

| | |
|---|---|
| **Price:** 22 LR, 4¾" | **$69.95** |
| **Price:** As above, combo (22 LR/22 Mag.) | **$84.95** |
| **Price:** 22 LR, 7" | **$77.95** |
| **Price:** As above, combo (22 LR/22 Mag.) | **$92.95** |
| **Price:** 22 LR, 9" | **$84.95** |
| **Price:** As above, combo (22 LR/22 Mag.) | **$99.95** |



F.I.E. Texas Ranger

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 314

## HANDGUNS—SINGLE ACTION REVOLVERS

**F.I.E.''HOMBRE'' SINGLE ACTION REVOLVER**
**Caliber:** 357 Mag., 44 Mag., 45 LC.
**Barrel:** 5½" or 7½".
**Weight:** 45 oz. (5½" bbl.).
**Stocks:** Smooth walnut with medallion.
**Sights:** Blade front, grooved topstrap (fixed) rear.
**Features:** Color case hardened frame. Bright blue finish. Super-smooth action. Introduced 1979. Imported from West Germany by F.I.E. Corp.
**Price:** 357, 45 Colt.......................................... **$179.95**
**Price:** 44 Mag. .................................................. **$199.95**


F.I.E. Hombre

**F.I.E. E15 BUFFALO SCOUT REVOLVER**
**Caliber:** 22 LR/22 Mag., 6-shot.
**Barrel:** 4¾".
**Weight:** 32 oz. **Length:** 10" over-all.
**Stocks:** Black checkered nylon, walnut optional.
**Sights:** Blade front, fixed rear.
**Features:** Slide spring ejector. Blue, chrome, gold or blue with gold backstrap and trigger guard models available.
**Price:** Blued, 22 LR, 4¾" ...................................... **$59.95**
**Price:** Blue, 22 combo, 4¾" ...................................... **$74.95**
**Price:** Chrome or blue/gold, 22 LR, 4¾" .......................... **$74.95**
**Price:** Chrome or blue/gold, combo, 4¾"........................... **$89.95**
**Price:** Gold, 22 combo, 4¾"...................................... **$124.95**


Freedom Arms 454 Casull

**FREEDOM ARMS 454 CASULL**
**Caliber:** 454 Casull, 5-shot.
**Barrel:** 4¾", 7½", 10", 12".
**Weight:** 50 oz. **Length:** 14" over-all (7½" bbl.).
**Stocks:** Impregnated hardwood.
**Sights:** Blade front, notch or adjustable rear.
**Features:** All stainless steel construction; sliding bar safety system. Made in U.S.A.
**Price:** Fixed sight............................................ **$695.00**
**Price:** Adjustable sight ...................................... **$795.00**

**FREEDOM ARMS MINI REVOLVER**
**Caliber:** 22 Short, Long, Long Rifle, 5-shot, 22 Mag., 4-shot.
**Barrel:** 1", 1¾", 3".
**Weight:** 4 oz. **Length:** 4" over-all.
**Stocks:** Black ebonite.
**Sights:** Blade front, notch rear.
**Features:** Made of stainless steel, simple take down; half-cock safety; floating firing pin; cartridge rims recessed in cylinder. Comes in gun rug. Lifetime warranty. Also available in percussion — see black powder section. From Freedom Arms.
**Price:** 22 LR, 1" barrel........................................ **$105.35**
**Price:** 22 LR, 1¾" barrel...................................... **$105.35**
**Price:** 22 LR, 3" barrel....................................... **$118.70**
**Price:** 22 Mag., 1" barrel..................................... **$124.00**
**Price:** 22 Mag., 1¾" barrel.................................... **$124.00**
**Price:** 22 Mag., 3" barrel..................................... **$137.35**


Freedom Arms Mini Revolver

**Freedom Arms Boot Gun**
Similar to the Mini Revolver except has 3" barrel, weighs 5 oz. and is 5⅞" over-all. Has over-size grips, floating firing pin. Made of stainless steel. Lifetime warranty. Comes in rectangular gun rug. Introduced 1982. From Freedom Arms.
**Price:** 22 LR ................................................. **$118.70**
**Price:** 22 Mag. ............................................... **$137.35**


Freedom Arms Boot Gun

**RUGER NEW MODEL SUPER BLACKHAWK STAINLESS**
**Caliber:** 44 Magnum, 6-shot. Also fires 44 Spec.
**Barrel:** 7½" (6-groove, 20" twist), 10½".
**Weight:** 48 oz. (7½" bbl.) 51 oz. (10½" bbl.). **Length:** 13⅜" over-all (7½" bbl.).
**Stocks:** Genuine American walnut.
**Sights:** ⅛" ramp front, micro click rear adj. for w. and e.
**Features:** New Ruger interlocked mechanism, non-fluted cylinder, steel grip and cylinder frame, square back trigger guard, wide serrated trigger and wide spur hammer.
**Price:**...................................................... **$325.00**

**Ruger New Model 30 Carbine Blackhawk**
Specifications similar to 44 Blackhawk. Fluted cylinder, round-back trigger guard. Weight 44 oz., length 13⅛" over-all, 7½" barrel only.
**Price:**...................................................... **$237.50**


Ruger New Model Blackhawk

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 315

## HANDGUNS—SINGLE ACTION REVOLVERS



Ruger Super Blackhawk KS 411 N



Ruger 357 Maximum



Ruger Super Single-Six

### SEVILLE SINGLE ACTION REVOLVER
**Caliber:** 357 Mag., 357 Max./Super Mag., 375 USA Super Mag., 41 Mag., 44 Mag., 45 Colt, 454 Mag.
**Barrel:** 2½", 3½", 4⅝", 5½", 6½", 7½", 10½".
**Weight:** 52 oz. (4⅝", loaded)
**Stocks:** Smooth walnut, thumbrest, or Pachmayr.
**Sights:** Ramp front with red insert, fully adj. rear.
**Features:** Available in blue or stainless steel. Six-shot cylinder. From United Sporting Arms Inc.
**Price:** Blue.................................................... **$325.00**
**Price:** Blue with brass backstrap............................ **$320.00**
**Price:** Stainless, all cals.................................... **$375.00**

### Seville Stainless Super Mag
Similar to the standard Seville revolver except chambered for 357 Rem. Maximum, or 454 Magnum; 5½" or 7½" barrel only; grips of smooth walnut or Pachmayr rubber. Available only in stainless steel. Super Mag. and 454 Mag. in 7½" barrel only. Introduced 1983.
**Price:** 357 Maximum........................................ **$400.00**
**Price:** 454 Magnum......................................... **$500.00**

### TANARMI S.A. REVOLVER MODEL TA22S LM
**Caliber:** 22 LR, 22 Mag., 6-shot.
**Barrel:** 4¾".
**Weight:** 32 oz. **Length:** 10" over-all.
**Stocks:** Walnut.
**Sights:** Blade front, rear adj. for w. & e.
**Features:** Manual hammer block safety; color hardened steel frame; brass backstrap and trigger guard. Imported from Italy by Excam.
**Price:** 22 LR/22 Mag. ....................................... **$103.00**

### Ruger New Model Super Blackhawk KS 411 N
Similar to the standard N.M. Super Blackhawk except has 10½" untapered bull barrel to provide extra weight; ejector rod and housing have been lengthened one inch to provide full-length ejection. Chambered only for 44 Mag.; target-type front and rear sights; smooth American walnut grips; weight is 54 oz. Introduced 1983.
**Price:** .................................................... **$325.00**

### RUGER NEW MODEL BLACKHAWK REVOLVER
**Caliber:** 357 or 41 Mag., 6-shot.
**Barrel:** 4⅝" or 6½", either caliber.
**Weight:** 42 oz. (6½" bbl.). **Length:** 12¼" over-all (6½" bbl.).
**Stocks:** American walnut.
**Sights:** ⅛" ramp front, micro click rear adj. for w. and e.
**Features:** New Ruger interlocked mechanism, independent firing pin, hardened chrome-moly steel frame, music wire springs throughout.
**Price:** Blue, 357.......................................... **$237.50**
**Price:** Stainless steel (357) ............................... **$307.50**

### Ruger New Model Blackhawk 357 Maximum
Similar to the standard N.M. Blackhawk except chambered for the 357 Maximum cartridge; available with either 7½" or 10½" bull barrel; weight with 7½" is 53 oz., with 10½" 55 oz.; over-all length with 10½" barrel is 16⅞". Introduced 1983. Anticipated engineering changes should be completed by mid-1984.
**Price:** ................................................... **$340.00**

### Ruger New Model 357/9mm Blackhawk
Same as the 357 Magnum except furnished with interchangeable cylinders for 9mm Parabellum and 357 Magnum cartridges.
**Price:** ................................................... **$260.00**

### RUGER NEW MODEL SUPER SINGLE-SIX CONVERTIBLE REVOLVER
**Caliber:** 22 S, L, LR, 6-shot. 22 Mag. in extra cylinder.
**Barrel:** 4⅝", 5½", 6½" or 9½" (6-groove).
**Weight:** 34½ oz. (6½" bbl.). **Length:** 11¹³⁄₁₆" over-all (6½" bbl.).
**Stocks:** Smooth American walnut.
**Sights:** Improved Patridge front on ramp, fully adj. rear protected by integral frame ribs.
**Features:** New Ruger "interlocked" mechanism, transfer bar ignition, gate-controlled loading, hardened chrome-moly steel frame, wide trigger, music wire springs throughout, independent firing pin.
**Price:** 4⅝", 5½", 6½", 9½" barrel .......................... **$195.00**
**Price:** 5½", 6½" bbl., stainless steel........................ **$265.00**



Seville Single Action

### TANARMI SINGLE ACTION MODEL TA76
Same as TA22 models except blue backstrap and trigger guard.
**Price:** 22 LR, blue .......................................... **$59.00**
**Price:** Combo, blue ......................................... **$75.50**
**Price:** 22 LR, chrome........................................ **$75.00**
**Price:** Combo, chrome ...................................... **$89.00**

# HANDGUNS—SINGLE ACTION REVOLVERS

## THE VIRGINIAN DRAGOON REVOLVER
**Caliber:** 44 Mag.
**Barrel:** 6", 7½", 8⅜".
**Weight:** 50 oz. (6" barrel). **Length:** 10" over-all (6" barrel).
**Stocks:** Smooth walnut.
**Sights:** Ramp-type Patridge front blade, micro. adj. target rear.
**Features:** Color case-hardened frame, spring-loaded floating firing pin, coil main spring. Firing pin is lock-fitted with a steel bushing. Introduced 1977. Made in the U.S. by Interarms Industries, Inc.
**Price:** 6", 7½", 8⅜", blue. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$295.00**
**Price:** 44 Mag., 6", 7½", 8⅜", stainless . . . . . . . . . . . . . . . . . . . . . . . . . **$295.00**
**Price:** 44 Mag., 7½", 8⅜", 10½" Sil. model . . . . . . . . . . . . . . . . . . . . . . **$425.00**


Virginian Dragoon

### Virginian Dragoon Engraved Models
Same gun as the standard Dragoon except offered only in 44 Mag. 6" or 7½" barrel; choice of fluted or unfluted cylinder, stainless or blued. Hand-engraved frame, cylinder and barrel. Each gun comes in a felt-lined walnut presentation case. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$625.00**

### Virginian Dragoon "Deputy" Model
Similar to the standard Dragoon except comes with traditional fixed sights, blue or stainless, in 357 (5" barrel), 44 Mag. (6" barrel). Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$285.00**

## VIRGINIAN 22 CONVERTIBLE REVOLVERS
**Caliber:** 22 LR, 22 Mag.
**Barrel:** 5½".
**Weight:** 38 oz. **Length:** 10¾" over-all.
**Stocks:** Smooth walnut.
**Sights:** Ramp-type Patridge front, open fully adjustable rear.
**Features:** Smaller version of the big-bore Dragoon revolvers; comes with both Long Rifle and Magnum cylinders, the latter unfluted; color case-hardened frame, rest blued. Introduced 1983. Made by Uberti; imported from Italy by Interarms.
**Price:** Blue, with two cylinders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$219.00**
**Price:** Stainless with two cylinders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.00**


Virginian 22 Convertible

# HANDGUNS—MISCELLANEOUS

## ADVANTAGE ARMS 422 DERRINGER
**Caliber:** 22 LR, 22 Mag., 4-shot.
**Barrel:** 2½".
**Weight:** 15 oz. **Length:** 4½" over-all.
**Stocks:** Smooth walnut.
**Sights:** Fixed.
**Features:** Top break design with four barrels, double action trigger and rotating firing pin, spring loaded extractors. Nickel, blue or Q.P.Q. black finish. Introduced 1983. From Advantage Arms USA, Inc.
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.95**
**Price:** 22 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$159.95**


Advantage Arms 422


American Derringer AD

## AMERICAN DERRINGER MODEL AD
**Caliber:** 22 LR, 22 Mag., 22 Hornet, 223 Rem., 30 Luger, 30-30 Win., 32 ACP, 38 Super, 380 ACP, 38 Spec., 9 × 18, 9mm Para., 357 Mag., 41 Mag., 44-40 Win., 44 Spec., 44 Mag., 45 Colt, 45 ACP.
**Barrel:** 3".
**Weight:** 15½ oz. (38 Spec.). **Length:** 4.82" over-all.
**Stocks:** Rosewood, Zebra wood.
**Sights:** Blade front.
**Features:** Made of stainless steel with high-polish or satin finish. Two shot capacity. Manual hammer block safety. Introduced 1980. Contact the factory for complete list of available calibers and prices. From American Derringer Corp.
**Price:** 22 LR or Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$212.00**
**Price:** 223 Rem. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$369.00**
**Price:** 38 Spec. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$212.00**
**Price:** 357 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$225.00**
**Price:** 9mm, 380, 38 Super . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.00**
**Price:** 44 Spec. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$275.00**
**Price:** 44-40 Win., 45 ACP, 45 Colt . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$275.00**
**Price:** 41, 44 Mags. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$369.00**
**Price:** Lightweight (7½ oz.) model, 38 Spec. only . . . . . . . . . . . . . . . . . **$212.00**
**Price:** 223 Rem., single-shot (wgt. 18 oz.), rosewood grips . . . . . . . . . **$275.00**
**Price:** 45-70 (as above) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$369.00**

Compendium_Klarevas
Page 317

# HANDGUNS—MISCELLANEOUS

## ARM TECH. DERRINGER
**Caliber:** 22 LR, 22 Mag., 4-shot.
**Barrel:** 2.6".
**Weight:** 19 ozs. **Length:** 4.6" over-all.
**Stocks:** Hard rubber or walnut, checkered or smooth.
**Sights:** Fixed, non-snagging.
**Features:** Four barrels with 90° rotating-indexing firing pin system. All stainless steel parts. Double-action only. Blued model available. Introduced 1983. From Armament Technologies Inc.
**Price:** Stainless, 22 LR, rubber grips . . . . . . . . . . . . . . . . . . . . . . . . . . . $184.50
**Price:** As above, 22 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $189.00
**Price:** Blued, 22 LR, walnut grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $174.50
**Price:** As above, 22 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $179.00

## HIGH STANDARD DERRINGER
**Caliber:** 22 LR, 22 Mag., 2 shot.
**Barrel:** 3½", over and under, rifled.
**Weight:** 11 oz. **Length:** 5" over-all.
**Stocks:** Smooth plastic.
**Sights:** Fixed, open.
**Features:** Hammerless, integral safety hammerblock, all steel unit is encased in a black, anodized alloy housing. Recessed chamber. Dual extraction. Top break, double action.
**Price:** Blue (M9194). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $135.00
**Price:** Blue (M9193), 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $135.00
**Price:** Electroless nickel (M9420), 22 Mag. . . . . . . . . . . . . . . . . . . . . . . $175.00

## LJUTIC LJ II PISTOL
**Caliber:** 22 Magnum.
**Barrel:** 2¾".
**Stocks:** Checkered walnut.
**Sights:** Fixed.
**Features:** Stainless steel; double action; ventilated rib; side-by-side barrels; positive on/off safety. Introduced 1981. From Ljutic Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $699.00

## F.I.E. MODEL D-38 DERRINGER
**Caliber:** 38 Special.
**Barrel:** 3".
**Weight:** 14 oz.
**Stocks:** Checkered white nylon, walnut optional.
**Sights:** Fixed.
**Features:** Dyna-Chrome finish. Spur trigger. Tip-up barrel, extractors. Made in U.S. by F.I.E. Corp.
**Price:** With nylon grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $81.95
**Price:** With walnut grips . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $98.95

## C. O. P. 357 MAGNUM
**Caliber:** 38/357 Mag., 4 shots.
**Barrel:** 3¼".
**Weight:** 28 oz. **Length:** 5.5" over-all.
**Stocks:** Checkered composition.
**Sights:** Open, fixed.
**Features:** Double-action, 4 barrels, made of stainless steel. Width is only one inch, height 4.1". From M & N Distributors.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00
**Price:** In 22 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00
**Price:** In 22 LR (blued, aluminum frame) . . . . . . . . . . . . . . . . . . . . . . . $229.95


High Standard Derringer


Ljutic LJ II Pistol

## LJUTIC RECOILESS SPACE PISTOL
**Caliber:** 22 Mag., 357 Mag., 44 Mag., 308 Win.; single shot.
**Barrel:** 13½".
**Weight:** 5 lbs. (with scope).
**Stocks:** Walnut grip and fore-end.
**Sights:** Scope mounts furnished.
**Features:** Twist-bolt action; button trigger. From Ljutic Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $995.00


Ljutic Space Pistol

## MAXIMUM SINGLE SHOT PISTOL
**Caliber:** 22 Hornet, 223 Rem., 22-250, 6mm BR, 6mm-223, 243, 250 Savage, 6.5mm-35, 7mm TCU, 7mm BR, 7mm-35, 7mm INT-R, 7mm-08, 30 Herrett, 308 Win., 357 Mag., 358 Win., 44 Mag.
**Barrel:** 10½", 14".
**Weight:** 61 oz. (10½" bbl.), 78 oz. (14" bbl.). **Length:** 15", 18½" over-all (with 10½" and 14" bbl., respectively).
**Stocks:** Smooth walnut stocks and fore-end.
**Sights:** Ramp front, fully adjustable open rear.
**Features:** Falling block action; drilled and tapped for most popular scope mounts; integral grip frame/receiver; adjustable trigger; Douglas barrel (interchangeable); Armoloy finish. Introduced 1983. Made in U.S. by M.O.A. Corp.
**Price:** Either barrel length. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $499.00
**Price:** Extra barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $129.00
**Price:** Scope mount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $39.00


Maximum Single Shot

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 318

## HANDGUNS—MISCELLANEOUS

### MERRILL SPORTSMAN'S SINGLE SHOT PISTOL
**Caliber:** 22 LR Sil., 22 Mag., 22 Hornet, 225 Win., 256 Win. Mag., 357 Mag., 357/44 B & D, 30-30 Win., 30 Herrett, 357 Herrett, 41 Mag., 44 Mag., 7mm Merrill, 30 Merrill, 7mm Rocket, 45-70.
**Barrel:** 9" or 10¾", semi-octagonal; .450" wide vent. rib, matted to prevent glare; 14" barrel in all except 22 cals.
**Weight:** About 54 oz. **Length:** 10½" over-all (9" bbl.)
**Stocks:** Smooth walnut with thumb and heel rest.
**Sights:** Front .125" blade (.080" blade optional); rear adj. for w. and e.
**Features:** Polished blue finish, hard chrome optional. Barrel is drilled and tapped for scope mounting. Cocking indicator visible from rear of gun. Has spring-loaded barrel lock, positive thumb safety. Trigger adjustable for weight of pull and over-travel. For complete price list contact Rock Pistol Mfg.
**Price:** 9" barrel, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $575.00
**Price:** 10¾", 22 Sil., about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $575.00
**Price:** 10¾" barrel, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $575.00
**Price:** 14" barrel, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $675.00
**Price:** Extra barrel, 9", 10¾", about . . . . . . . . . . . . . . . . . . . . . . . . . . . . $185.00
**Price:** Extra 14" bbl., about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00


Merrill Sportsman's Single Shot


Remington XP-100

### REMINGTON MODEL XP-100 Bolt Action Pistol
**Caliber:** 221 Fireball, single shot.
**Barrel:** 10½", ventilated rib.
**Weight:** 60 oz. **Length:** 16¾".
**Stock:** Brown nylon one-piece, checkered grip with white spacers.
**Sights:** Fixed front, rear adj. for w. and e. Tapped for scope mount.
**Features:** Fits left or right hand, is shaped to fit fingers and heel of hand. Grooved trigger. Rotating thumb safety, cavity in fore-end permits insertion of up to five 38 cal., 130-gr. metal jacketed bullets to adjust weight and balance. Included is a black vinyl, zippered case.
**Price:** Including case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $349.00


Semmerling LM-4

### SEMMERLING LM-4 PISTOL
**Caliber:** 45 ACP.
**Barrel:** 3½".
**Weight:** 24 oz. **Length:** 5.2" over-all.
**Stocks:** Checkered black plastic.
**Sights:** Ramp front, fixed rear.
**Features:** Manually operated repeater. Over-all dimensions are 5.2" x 3.7" x 1". Has a four-shot magazine capacity. Comes with manual, leather carrying case, spare stock screw and wrench. From Semmerling Corp.
**Price:** Complete . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $894.00
**Price:** Thin Version (blue sideplate instead of grips) . . . . . . . . . . . . . . $894.00

### TANARMI O/U DERRINGER
**Caliber:** 38 Special.
**Barrel:** 3".
**Weight:** 14 oz. **Length:** 4¾" over-all.
**Stocks:** Checkered white nylon.
**Sights:** Fixed.
**Features:** Blue finish; tip-up barrel. Assembled in U.S. by Excam, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $75.00


Thompson-Center Contender

### THOMPSON-CENTER ARMS CONTENDER
**Caliber:** 221 Rem., 7mm T.C.U., 30-30 Win., 22 S, L, LR, 22 Hornet, 256 Win., 6.5 T.C.U., 223 Rem., 30 & 357 Herrett, 357 Rem. Max., also 222 Rem., 41 Mag., 44 Mag., 45 Long Colt, 45 Win. Mag., single shot.
**Barrel:** 10", tapered octagon, bull barrel and vent. rib.
**Weight:** 43 oz. (10" bbl.). **Length:** 13¼" (10" bbl.).
**Stocks:** Select walnut grip and fore-end, with thumb rest. Right or left hand.
**Sights:** Under cut blade ramp front, rear adj. for w. & e.
**Features:** Break open action with auto-safety. Single action only. Interchangeable bbls., both caliber (rim & centerfire), and length. Drilled and tapped for scope. Engraved frame. See T/C catalog for exact barrel/caliber availability.
**Price:** Blued (rimfire cals.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $265.00
**Price:** Blued (centerfire cals.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $265.00
**Price:** Extra bbls. (standard octagon) . . . . . . . . . . . . . . . . . . . . . . . . . . . $110.00
**Price:** Bushnell Phantom scope base . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $8.75
**Price:** 357 and 44 Mag. vent. rib, internal choke bbl. . . . . . . . . . . . . . . $125.00

Compendium_Klarevas
Page 319

## CENTERFIRE RIFLES—MILITARY STYLE AUTOLOADERS



AKM Auto Rifle

**AKM AUTO RIFLE**
**Caliber:** 7.62x39, 30-shot magazine.
**Barrel:** 16.33".
**Weight:** 6.4lbs. **Length:** 34.65" over-all.
**Stock:** Laminated hardwood. Checkered composition pistol grip.
**Sights:** Protected post front, U-notch rear adjustable for elevation.
**Features:** Semi-auto only. Detachable box magazine. Cleaning kit, bayonet and scabbard, and sling available. Introduced to U.S. market 1982. Imported from Egypt by Gun South, Inc.
**Price:** Standard rifle. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $995.00



Auto Ordnance 27 A-1

**AUTO-ORDNANCE MODEL 27 A-1 THOMPSON**
**Caliber:** 45 ACP, 30-shot magazine.
**Barrel:** 16".
**Weight:** 11½ lbs. **Length:** About 42" over-all (Deluxe).
**Stock:** Walnut stock and vertical fore-end.
**Sights:** Blade front, open rear adj. for w.
**Features:** Re-creation of Thompson Model 1927. Semi-auto only. Deluxe model has finned barrel, adj. rear sight and compensator; Standard model has plain barrel and military sight. From Auto-Ordnance Corp.
**Price:** Deluxe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $595.00
**Price:** Standard (horizontal fore-end). . . . . . . . . . . . . . . . . . . . . . . . . . . $575.00
**Price:** 1927A5 Pistol (M27A1 without stock; wgt. 7 lbs.) . . . . . . . . . . . . $556.00
**Price:** Lightweight model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $469.95

**Auto-Ordnance 1927A-3 Thompson**
A semi-auto only 22 caliber version of the 27A-1. Exact look-alike with alloy receiver. Weight is about 7 lbs., 16" finned barrel, 10-, 30- and 50-shot magazines and drum. Introduced 1977. From Auto-Ordnance Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $519.95

**BERETTA AR70 RIFLE**
**Caliber:** 223, 30-shot magazine.
**Barrel:** 17¾".
**Weight:** 8¼ lbs. **Length:** NA
**Stock:** Black high-impact plastic.
**Sights:** Blade front, diopter rear adjustable for windage and elevation.
**Features:** Matte black epoxy finish; easy take-down. Imported from Italy by Beretta U.S.A. Corp. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $749.00

> Consult our Directory pages for the location of firms mentioned.

**BUSHMASTER AUTO RIFLE**
**Caliber:** 223; 30-shot magazine
**Barrel:** 18½".
**Weight:** 6¼ lbs. **Length:** 37.5" over-all.
**Stock:** Rock maple
**Sights:** Protected post front adj. for elevation, protected quick-flip rear peep adj. for windage; short and long range.
**Features:** Steel alloy upper receiver with welded barrel assembly, AK-47-type gas system, aluminum lower receiver; silent sling and swivels; bayonet lug; one-piece welded steel alloy bolt carrier assembly. From Bushmaster Firearms.
**Price:** With maple stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $484.95
**Price:** With nylon-coated folding stock. . . . . . . . . . . . . . . . . . . . . . . . . . . $494.95
**Price:** Matte electroless finish, maple stock . . . . . . . . . . . . . . . . . . . . . . $524.95
**Price:** As above, folding stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $534.95



Bushmaster Auto Rifle



Clayco SKS

**CLAYCO SKS CARBINE**
**Caliber:** 7.62mm (M1943).
**Barrel:** 20.47".
**Weight:** 8.84 lbs. **Length:** 40.16" over-all.
**Stock:** Chinese Catalpa wood.
**Sights:** Hooded post front, tangent leaf rear.
**Features:** Chinese-made version of the Soviet SKS carbine. Has fixed, 10-round, double-row magazine. Comes with cleaning kit. Imported from China by Clayco Sports.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $399.00

**CAUTION:**  PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 320

# CENTERFIRE RIFLES—MILITARY STYLE AUTOLOADERS



**COLT AR-15**
**Caliber:** 223 Rem.
**Barrel:** 20".
**Weight:** 7½ lbs. **Length:** 38⅜" over-all.
**Stock:** Reinforced polycarbonate with buttstock stowage compartment.
**Sights:** Post front, rear adj. for w. and e.
**Features:** 5-round detachable box magazine, recoil pad, flash suppressor, sling swivels.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$599.95**

Colt AR-15 Sporter



Colt AR-15 Collapsible

**Colt AR-15 Collapsible Stock Model**
Same as standard AR-15 except has telescoping nylon-coated aluminum buttstock and redesigned fore-end. Over-all length collapsed is 32", extended 39". Barrel length is 16", weight is 5.8 lbs. Has 14½" sight radius. Introduced 1978.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$659.95**

**COMMANDO ARMS CARBINE**
**Caliber:** 45 ACP.
**Barrel:** 16½".
**Weight:** 8 lbs. **Length:** 37" over-all.
**Stock:** Walnut buttstock.
**Sights:** Blade front, peep rear.
**Features:** Semi-auto only. Cocking handle on left side. Choice of magazines—
5, 20, 30 or 90 shot. From Commando Arms.
**Price:** Mark 9 or Mark 45, blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$219.00**
**Price:** Nickel plated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$254.00**



**DEMRO TAC-1M CARBINE**
**Caliber:** 9mm (32-shot magazine), 45 ACP (30-shot magazine).
**Barrel:** 16⅞".
**Weight:** 16⅞ lbs. **Length:** 35¾" over-all.
**Stock:** American walnut, removable.
**Sights:** Removable blade front, open rear adjustable for w. & e.
**Features:** Fires from open bolt. Thumb safety, integral muzzle brake. From Demro Products.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$523.25**
**Price:** With fitted attache case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$575.40**

Demro TAC-1M

**Demro XF-7 Wasp Carbine**
Similar to the TAC-1 Carbine except has collapsible buttstock, high impact synthetic fore-end and pistol grip. Has 5, 15 or 30-shot magazine (45 ACP) or 32-shot magazine (9mm).
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$619.20**
**Price:** With fitted attache case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$685.60**

**FN-LAR Paratrooper 308 Match 50-64**
Similar to FN-LAR competition except with folding skeleton stock, shorter barrel, modified rear sight. Imported by Gun South, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$1,822.27**





FN-LAR Competition

**FN-LAR COMPETITION AUTO**
**Caliber:** 308 Win., 20-shot magazine.
**Barrel:** 21" (24" with flash hider).
**Weight:** 9 lbs., 7 oz. **Length:** 44½" over-all.
**Stock:** Black composition butt, fore-end and pistol grip.
**Sights:** Post front, aperture rear adj. for elevation, 200 to 600 meters.
**Features:** Has sling swivels, carrying handle, rubber recoil pad. Consecutively numbered pairs available at additional cost. Imported by Gun South, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$1,744.31**

**FN 308 Model 50-63**
Similar to the FN-LAR except has 18" barrel, skeleton-type folding buttstock, folding cocking handle. Introduced 1982. Imported from Belgium by Gun South, Inc. Distr., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$2,016.79**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 321

# CENTERFIRE RIFLES—MILITARY STYLE AUTOLOADERS



FNC Auto Rifle

**FNC AUTO RIFLE**
**Caliber:** 223 Rem.
**Barrel:** 18".
**Weight:** 9.61 lbs.
**Stock:** Synthetic stock.
**Sights:** Post front; flip-over aperture rear adj. for elevation.
**Features:** Updated version of FN-FAL in shortened carbine form. Has 30-shot box magazine, synthetic pistol grip, fore-end. Introduced 1981. Imported by Gun South, Inc.
**Price:** Standard model.................................................. **$1,243.75**
**Price:** Paratrooper, with folding stock........................... **$1,438.50**

**FN-LAR Heavy Barrel 308 Match**
Similar to FN-LAR competition except has wooden stock and fore-end, heavy barrel, folding metal bipod. Imported by Gun South, Inc.
**Price:** With wooden, stock.................................... **$2,310.77**
**Price:** With synthetic stock .................................. **$2,132.65**



Federal XC-450

**FEDERAL XC-450 AUTO**
**Caliber:** 45 ACP, 30-shot magazine.
**Barrel:** 16½".
**Weight:** 8½ lbs. **Length:** 34½" over-all.
**Stock:** Tubular steel.
**Sights:** Globe front, peep rear.
**Features:** Semi-automatic only; fires from closed bolt. All machined steel; Parkerized finish; quick take-down. Introduced 1984. From Wilkerson Firearms.
**Price:** ......................................................... **$586.98**
**Price:** XC-900 (9mm Para., 32-shot magazine, wgt. 8 lbs.) ......... **$534.33**
**Price:** XC-220 (22 LR, 28-shot magazine, wgt. 7½ lbs.), illus........ **$349.95**



Galil Auto Rifle

**GALIL 308 SEMI-AUTO RIFLE**
**Caliber:** 308 Win., 20-shot magazine.
**Barrel:** 21".
**Weight:** 8.7 lbs. **Length:** 41.3" over-all (stock extended).
**Stock:** Tube-type metal folding stock.
**Sights:** Post-type front, flip-type "L" rear.
**Features:** Gas operated, rotating bolt. Cocking handle, safety and magazine catch can be operated from either side. Introduced 1982. Imported from Israel by Magnum Research Inc.
**Price:** ....................................................... **$1,099.00**
**Price:** As above in 223 (18.1" bbl., 38.6" o.a.l.).................... **$999.00**



Heckler & Koch HK-91

**HECKLER & KOCH HK-91 AUTO RIFLE**
**Caliber:** 308 Win., 5- or 20-shot magazine.
**Barrel:** 17.71".
**Weight:** 9½ lbs. **Length:** 40¼" over-all.
**Stock:** Black high-impact plastic.
**Sights:** Post front, aperture rear adj. for w. and e.
**Features:** Delayed roller lock action. Sporting version of West German service rifle. Takes special H&K clamp scope mount. Imported from West Germany by Heckler & Koch, Inc.
**Price:** HK-91 A-2 with plastic stock............................. **$640.00**
**Price:** HK-91 A-3 with retractable metal stock .................. **$699.00**
**Price:** HK-91 scope mount....................................... **$180.00**

**Heckler & Koch HK-93 Auto Rifle**
Similar to HK-91 except in 223 cal., 16.13" barrel, over-all length of 35½", weighs 7¾ lbs. Same stock, fore-end.
**Price:** HK-93 A-2 with plastic stock............................. **$640.00**
**Price:** HK-93 A-3 with retractable metal stock ................... **$699.00**

**HECKLER & KOCH HK-94 AUTO CARBINE**
**Caliber:** 9mm Parabellum, 15-shot magazine.
**Barrel:** 16".
**Weight:** 6½ lbs. (fixed stock). **Length:** 34¾" over-all.
**Stock:** High-impact plastic butt and fore-end or retractable metal stock.
**Sights:** Hooded post front, aperture rear adjustable for windage and elevation.
**Features:** Delayed roller-locked action; accepts H&K quick-detachable scope mount. Introduced 1983. Imported from West Germany by Heckler & Koch.
**Price:** HK94-A2 (fixed stock) .................................... **$650.00**
**Price:** HK94-A3 (retractable metal stock) ....................... **$720.00**
**Price:** 30-shot magazine......................................... **$25.00**
**Price:** Clamp to hold two magazines ............................. **$29.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 322

# CENTERFIRE RIFLES—MILITARY STYLE AUTOLOADERS



**IVER JOHNSON PM30HB CARBINE**
**Caliber:** 30 U.S. Carbine, 5.7 MMJ.
**Barrel:** 18" four-groove.
**Weight:** 6½ lbs. **Length:** 35½" over-all.
**Stock:** Glossy-finished hardwood or walnut.
**Sights:** Click adj. peep rear.
**Features:** Gas operated semi-auto carbine. 15-shot detachable magazine.
**Price:** Blue finish, hardwood stock .......................... **$203.00**
**Price:** Stainless steel, walnut stock........................ **$253.00**
**Price:** Blue finish, walnut stock .............................. **$211.00**

Iver Johnson PM 30HB

**Iver Johnson Survival Carbine**
  Similar to the stainless steel military carbine except has one-piece muzzle brake/flash hider, black DuPont Zytel stock with vertical pistol grip. Introduced 1983.
**Price:** ................................................ **$253.00**
**Price:** With folding stock ................................. **$297.00**
**Price:** In blue steel ...................................... **$211.00**
**Price:** As above with folding stock ...................... **$250.00**

Iver Johnson Survival Carbine

Ruger Mini-14

**RUGER MINI-14 RANCH RIFLE**
**Caliber:** 222, 223 Rem., 5-shot detachable box magazine.
**Barrel:** 18½".
**Weight:** 6.4 lbs. **Length:** 37¼" over-all.
**Stock:** American hardwood, steel reinforced.
**Sights:** Ramp front, fully adj. rear.
**Features:** Fixed piston gas-operated, positive primary extraction. Ruger S100R scope rings included. 20-shot magazines available from Ruger dealers, 30-shot magazine available only to police departments and government agencies.
**Price:** ...................................................... **$362.50**
**Price:** As above except in stainless steel, 223-cal. only, no rings .... **$375.00**

Ruger Mini-4 Folding Stock

**Ruger Mini-14 Folding Stock**
  Same as the Ranch Rifle except available only in 223 and has a folding stock, checkered high impact plastic verticle pistol grip. Over-all length with stock open is 37¾", length closed is 27½". Weight is about 7¾ lbs.
**Price:** Blued ordnance steel.................................. **$409.50**
**Price:** Stainless ............................................. **$454.00**

SIG-AMT

**SIG-AMT AUTO RIFLE**
**Caliber:** 308 Win. (7.62mm NATO), 20-shot magazine.
**Barrel:** 18¾".
**Weight:** 9½ lbs. **Length:** 39" over-all.
**Stock:** Walnut butt and fore-end, black grooved synthetic pistol grip.
**Sights:** Adjustable post front, adjustable aperture rear.
**Features:** Roller-locked breech system with gas-assisted action; right-side cocking lever; loaded chamber indicator. No tools needed for take-down. Comes with bipod and winter trigger. Spare 5- and 10-shot magazines available. Imported from Switzerland by Osborne's Supplies. Introduced 1984.
**Price:** About................................................. **$2,500.00**

**SIG PE-57 AUTO RIFLE**
**Caliber:** 7.5mm Swiss, 24-round box magazine.
**Barrel:** 23.8", with flash suppressor.
**Weight:** 12.6 lbs. **Length:** 43.6" over-all.
**Stock:** Black high-impact synthetic butt and pistol grip.
**Sights:** Folding hooded post front, folding click-adjustable aperture rear.
**Features:** Semi-automatic, gas-assisted delayed roller-lock action; bayonet lug, bipod, winter trigger, leather sling, maintenance kit, and 6-round magazine included; quick detachable scope mount optional. Imported from Switzerland by Osborne's Supplies. Introduced 1984.
**Price:** About............................................... **$2,500.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 323

## CENTERFIRE RIFLES—MILITARY STYLE AUTOLOADERS

**SIG-StG 57 AUTO RIFLE**
**Caliber:** 308 Win., 20-shot detachable box magazine.
**Barrel:** 18¾".
**Weight:** 9½ lbs. **Length:** 39" over-all.
**Stock:** Walnut stock and fore-end, composition vertical p.g.
**Sights:** Adj. post front, adj. aperture rear.
**Features:** Roller-lock breech, gas-assisted action; right-side cocking handle; loaded chamber indicator; no-tool take-down. Winter trigger (optional) allows firing with mittens. Spare parts, magazine, etc. available. From Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,000.00**

**SPRINGFIELD ARMORY M1 GARAND RIFLE**
**Caliber:** 30-06, 8-shot clip.
**Barrel:** 24".
**Weight:** 9½ lbs. **Length:** 43½" over-all.
**Stock:** Walnut, military.
**Sights:** Military square blade front, click adjustable peep rear.
**Features:** Commercially-made M-1 Garand duplicates the original service rifle. Introduced 1979. From Springfield Armory.
**Price:** Standard, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$560.00**
**Price:** National Match, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$670.00**
**Price:** Ultra Match, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$760.00**



Springfield Armory M1A

**SPRINGFIELD ARMORY M1A RIFLE**
**Caliber:** 7.62mm Nato (308), 5-, 10- or 20-round box magazine.
**Barrel:** 25¹⁄₁₆" with flash suppressor, 22" without suppressor.
**Weight:** 8¾ lbs. **Length:** 44¼" over-all.
**Stock:** American walnut or birch with walnut colored heat-resistant fiberglass handguard. Matching walnut handguard available.

**Sights:** Military, square blade front, full click-adjustable aperture rear.
**Features:** Commercial equivalent of the U.S. M-14 service rifle with no provision for automatic firing. From Springfield Armory. Military accessories available including 3x-9x2 ART scope and mount.
**Price:** Standard M1A Rifle, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$650.00**
**Price:** Match Grade, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$795.00**
**Price:** Super Match (heavy Premium barrel), about . . . . . . . . . . . . . . . **$895.50**
**Price:** M1A-A1 Assault Rifle, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$775.00**



Springfield Armory BM-59

**SPRINGFIELD ARMORY BM-59**
**Caliber:** 7.62mm NATO (308 Win.); 20-round box magazine.
**Barrel:** 17.5".
**Weight:** 9¼ lbs. **Length:** 38.5" over-all.

**Stock:** Walnut, with trapped rubber butt pad.
**Sights:** Military square blade front, click adj. peep rear.
**Features:** Full military-dress Italian service rifle. Available in selective fire or semi-auto only. Refined version of the M-1 Garand. Accessories available include: folding alpine stock, muzzle brake/flash suppressor/grenade launcher combo, bipod, winter trigger, grenade launcher sights, bayonet, oiler. Extremely limited quantities. Introduced 1981.
**Price:** Standard Italian model, about . . . . . . . . . . . . . . . . . . . . . . . . . . . **$780.00**
**Price:** Ital-Alpine model, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$940.00**
**Price:** Alpine Paratrooper model, about . . . . . . . . . . . . . . . . . . . . . . . . **$1,100.00**
**Price:** Nigerian Mark IV model, about . . . . . . . . . . . . . . . . . . . . . . . . . . . **$875.00**

**STERLING MARK 6 CARBINE**
**Caliber:** 9mm Parabellum, 34-shot magazine.
**Barrel:** 16.1".
**Weight:** 7½ lbs. **Length:** 35" over-all (stock extended), 27" folded.
**Stock:** Folding, metal skeleton.
**Sights:** Post front, flip-type peep rear.
**Features:** Semi-auto version of Sterling submachine gun. Comes with extra 8" display barrel. Black wrinkle finish paint on exterior. Blowback operation with floating firing pin. Imported from England by Lanchester U.S.A. Introduced 1983.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$595.00**



Sterling Mark 6 Carbine

**STEYR A.U.G. AUTOLOADING RIFLE**
**Caliber:** 223 Rem.
**Barrel:** 16", 20", 24", interchangeable.
**Weight:** 7.2 lbs. (16" bbl.). **Length:** 27" over-all (16" bbl.).
**Stock:** Synthetic, green. One-piece moulding houses receiver group, hammer mechanism and magazine.
**Sights:** 1.5x scope only; scope and mount form the carrying handle.
**Features:** Semi-automatic, gas-operated action; can be converted to suit right or left-handed shooters, including ejection port. Transparent 30- or 40-shot magazines. Folding vertical front grip. Introduced 1983. Imported from Austria by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,160.00**



Steyr A.U.G. Rifle

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 324

# CENTERFIRE RIFLES—MILITARY STYLE AUTOLOADERS



Universal 1006 Carbine

**Universal Commemorative Model 1981 Carbine**
Same basic specs as Model 1003 Carbine except comes with 5-, 15- and 30-shot magazines, Weaver scope and mount, bayonet and scabbard, brass belt buckle—all in a foam-fitted case. Stock is of select black walnut with inletted medallion. Metal parts are Parkerized. Introduced 1981.
**Price:** Complete . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$650.00**

**UNIVERSAL 1003 AUTOLOADING CARBINE**
**Caliber:** 30 M1, 5-shot magazine.
**Barrel:** 16", 18".
**Weight:** 5½ lbs. **Length:** 35½" over-all.
**Stock:** American hardwood stock inletted for "issue" sling and oiler, blued metal handguard.
**Sights:** Blade front with protective wings, adj. rear.
**Features:** Gas operated, cross lock safety. Receiver tapped for scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$196.00**
**Price:** Model 1256 "Ferret" in 256 Win. . . . . . . . . . . . . . . . . . . . . . . . . . **$219.00**

**Universal Model 1006 Stainless Steel Carbine**
Similar to the Model 1003 Carbine except made of stainless steel. Barrel length 16" or 18". Weighs 6 lbs., birch stock with satin finish walnut optional. Introduced 1982.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$235.00**



Universal 5000 Carbine

**Universal Model 1005 SB Carbine**
Same as Model 1003 except has "Super-Mirrored" blue finish, walnut Monte Carlo stock, deluxe barrel band. Also available finished in nickel (Model 1010N), 18K gold (Model 1015G), Raven Black Du Pont Teflon-S (Model 1020TB) or Camouflage Olive Teflon-S (Model 1025TCO).
**Price:** Model 1005SB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$218.50**
**Price:** Model 1010N . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$272.00**
**Price:** Model 1015G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$304.50**
**Price:** Model 1020TB 1030 Teflon gray . . . . . . . . . . . . . . . . . . . . . . . . . . **$264.00**

**Universal Model 5000PT Carbine**
Same as standard Model 1003 except comes with "Schmeisser-type paratrooper" folding stock. Barrel length 18". Over-all length open 36"; folded 26".
**Price:** Blue. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$235.00**
**Price:** As above with 16" bbl. (Model 5016). . . . . . . . . . . . . . . . . . . . . . **$235.00**
**Price:** As above, stainless steel (Model 5006) . . . . . . . . . . . . . . . . . . . **$281.00**

> Consult our Directory pages for
> the location of firms mentioned.



UZI Carbine

**Valmet M78 (NATO) Semi-Auto Rifle**
Similar to M78 Standard rifle except is chambered for 7.62 x 51 NATO (308 Win.). Has straight 20-round box magazine, rubber recoil pad, folding carrying handle. Introduced 1981. Imported by Odin International. Also available as M78HV chambered for 223. Same price.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$725.00**

**UZI CARBINE**
**Caliber:** 9mm Parabellum, 25-round magazine.
**Barrel:** 16.1".
**Weight:** 8½ lbs. **Length:** 24.2" (stock folded).
**Stock:** Folding metal stock.
**Sights:** Post-type front, "L" flip-type rear adj. for 100 meters and 200 meters.
**Features:** Adapted by Col. Uzi Gal to meet BATF regulations, this semi-auto has the same qualities as the famous submachine gun. Made by Israel Military Industries. Comes in molded Styrofoam case with sling, magazine and a short "display only" barrel. Exclusively imported from Israel by Action Arms Ltd. Introduced 1980.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$627.00**



Valmet M78 Rifle

**VALMET M78 STANDARD RIFLE**
**Caliber:** 7.62 x 39.
**Barrel:** 24".
**Weight:** 10.5 lbs. **Length:** 43" over-all.
**Stock:** Birch buttstock, composition fore-end and pistol grip.
**Sights:** Hooded post front, open fully adj. rear with "night sight" blade.
**Features:** Semi-automatic only. Uses basic Kalishnikov action. Introduced 1982. Imported by Odin International.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$725.00**

Compendium_Klarevas
Page 325

## CENTERFIRE RIFLES—MILITARY STYLE AUTOLOADERS



Valmet M-76

**VALMET M-76 CARBINE**
**Caliber:** 223, 15 or 30-shot magazine.
**Barrel:** 18".
**Weight:** About 8½ lbs. **Length:** 37¾" over-all.
**Stock:** Wood or folding metal type; composition fore-end.
**Sights:** Hooded adjustable post front, peep rear with luminous night sight.
**Features:** Semi-automatic only. Has sling swivels, flash supressor. Bayonet, cleaning kit, 30-shot magazine, scope adaptor cover optional. Imported from Finland by Valmet, Inc.
**Price:** Wood stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$686.00**
**Price:** Folding stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$873.00**

Weaver Nighthawk

**WEAVER ARMS NIGHTHAWK**
**Caliber:** 9mm Para., 25-shot magazine.
**Barrel:** 16.1".
**Weight:** 7 lbs. **Length:** 16½" (stock retracted).
**Stock:** Retractable metal frame.
**Sights:** Hooded blade front, adjustable peep V rear.
**Features:** Semi-auto fire only; fires from a closed bolt. Has 21" sight radius. Black nylon pistol grip and finger-groove front grip. Matte black finish. Introduced 1983. From Weaver Arms Corp.
**Price:** With black web sling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$525.00**

Wilkinson "Terry"

**WILKINSON "TERRY" CARBINE**
**Caliber:** 9mm Para., 30-shot magazine.
**Barrel:** 16⅜".
**Weight:** 7 lbs. 2 oz. **Length:** 28½" over-all.
**Stock:** Maple stock and fore-end, grip is PVC plastic.
**Sights:** Williams adjustable.
**Features:** Closed breech, blow-back action. Bolt-type safety and magazine catch. Ejection port has spring operated cover. Receiver dovetailed for scope mount. Semi-auto only. Introduced 1977. From Wilkinson Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$488.00**

## CENTERFIRE RIFLES—SPORTING AUTOLOADERS



Browning Auto Rifle

**Browning Magnum Auto Rifle**
Same as the standard caliber model, except weighs 8⅜ lbs., 45" over-all, 24" bbl., 3-round mag. Cals. 7mm Mag., 300 Win. Mag.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$547.95**
**Price:** Grade III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,160.00**
**Price:** Grade IV . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,150.00**

**Browning Commemorative BAR**
Similar to the standard BAR except has silver grey receiver with engraved and gold inlaid whitetail deer on the right side, a mule deer on the left; a gold-edged scroll banner frames "One of Six Hundred" on the left side, the numerical edition number replaces "One" on the right. Chambered only in 30-06. Fancy, highly figured walnut stock and fore-end. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,550.00**

**BROWNING HIGH-POWER AUTO RIFLE**
**Caliber:** 243, 270, 30-06, 308.
**Barrel:** 22" round tapered.
**Weight:** 7⅜ lbs. **Length:** 43" over-all.
**Stock:** French walnut p.g. stock (13⅝"x2"x1⅝") and fore-end, hand checkered.
**Sights:** Adj. folding-leaf rear, gold bead on hooded ramp front.
**Features:** Detachable 4-round magazine. Receiver tapped for scope mounts. Trigger pull 3½ lbs. Gold plated trigger on Grade IV. Imported from Belgium by Browning.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$524.95**
**Price:** Grade III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,100.00**
**Price:** Grade IV . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,090.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 326

# CENTERFIRE RIFLES—SPORTING AUTOLOADERS



**HECKLER & KOCH HK770 AUTO RIFLE**
**Caliber:** 308 Win., 3-shot magazine.
**Barrel:** 19.6".
**Weight:** 7½ lbs. **Length:** 42.8" over-all.
**Stock:** European walnut. Checkered p.g. and fore-end.
**Sights:** Vertically adjustable blade front, open, fold-down rear adj. for w.
**Features:** Has the delayed roller-locked system and polygonal rifling. Magazine catch located at front of trigger guard. Receiver top is dovetailed to accept clamp-type scope mount. Imported from West Germany by Heckler & Koch, Inc.

Heckler & Koch HK770

| | |
|---|---:|
| **Price:** | $560.00 |
| **Price:** HK630, 223 Rem. | $560.00 |
| **Price:** HK940, 30-06 | $580.00 |
| **Price:** Scope mount with 1" rings | $113.00 |



Heckler & Koch SL7

**HECKLER & KOCH SL7 AUTO RIFLE**
**Caliber:** 308 Win., 3-shot magazine.
**Barrel:** 17".
**Weight:** 8 lbs. **Length:** 39¾" over-all.

**Stock:** European walnut, oil finished.
**Sights:** Hooded post front, adjustable aperture rear.
**Features:** Delayed roller-locked action; polygon rifling; receiver is dovetailed for H&K quick-detachable scope mount. Introduced 1983. Imported from West Germany by Heckler & Koch.

| | |
|---|---:|
| **Price:** | $500.00 |
| **Price:** Model SL6 (as above except in 223 Rem.) | $500.00 |
| **Price:** Quick-detachable scope mount | $113.00 |
| **Price:** 10-shot magazine | $24.00 |



Remington Model Four

**REMINGTON MODEL FOUR AUTO RIFLE**
**Caliber:** 243 Win., 6mm Rem., 270 Win., 7mm Exp. Rem., 308 Win. and 30-06.
**Barrel:** 22" round tapered.
**Weight:** 7½ lbs. **Length:** 42" over-all.
**Stock:** Walnut, deluxe cut checkered p.g. and fore-end. Full cheekpiece, Monte Carlo.
**Sights:** Gold bead front sight on ramp; step rear sight with windage adj.
**Features:** Redesigned and improved version of the Model 742. Positive cross-bolt safety. Receiver tapped for scope mount. 4-shot clip mag. Has cartridge head medallion denoting caliber on bottom of receiver. Introduced 1981.

**Remington Model 7400 Auto Rifle**
Similar to Model Four except does not have full cheekpiece Monte Carlo stock, has slightly different fore-end design, impressed checkering, no cartridge head medallion. Introduced 1981.
**Price:** ............................................. $461.95

| | |
|---|---:|
| **Price:** | $510.00 |
| **Price:** Peerless Grade | $2,345.00 |
| **Price:** Premier Grade | $4,832.00 |
| **Price:** Premier Grade with gold inlays | $7,247.00 |



Remington Sportsman 74

**Remington "Sportsman" 74 Auto Rifle**
Similar to the Model Four rifle except available only in 30-06, 4-shot magazine, 22" barrel, walnut-finished hardwood stock and fore-end, open adjustable sights. Introduced 1984.
**Price:** ............................................. $355.00



Ruger 44 Carbine

**RUGER 44 AUTOLOADING CARBINE**
**Caliber:** 44 Magnum, 4-shot tubular magazine.
**Barrel:** 18½" round tapered.
**Weight:** 5¾ lbs. **Length:** 36¾" over-all.
**Stock:** One-piece walnut p.g. stock (13⅜"x1⅝"x2¼").
**Sights:** ⅛6" front, folding rear sight adj. for e.
**Features:** Wide, curved trigger. Sliding cross-bolt safety. Receiver tapped for scope mount, unloading button.
**Price:** ............................................. $332.00

Compendium_Klarevas
Page 327

# CENTERFIRE RIFLES—LEVER & SLIDE ACTIONS



Browning 1895

**BROWNING MODEL 1895 LEVER ACTION RIFLE**
**Caliber:** 30-06, 4-shot magazine.
**Barrel:** 24", round.
**Weight:** 8 lbs. **Length:** 42" over-all.
**Stock:** Straight grip walnut stock and fore-end with matte finish. High Grade has Grade III French walnut, fine checkering, high gloss finish.
**Sights:** Gold bead on elevated ramp front, buckhorn rear with elevator.
**Features:** Exact replica of John M. Browning's first successful box-magazine lever-action repeater. Top loading magazine, half-cock hammer safety. High Grade model has gold plated moose and grizzly on engraved and grey receiver. Introduced 1984.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $499.95
**Price:** High Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $750.00



Browning B-92

**BROWNING B-92 LEVER ACTION**
**Caliber:** 357 Mag., 44 Rem. Mag., 11-shot magazine.
**Barrel:** 20" round.
**Weight:** 5 lbs., 8 oz. **Length:** 37½" over-all.
**Stock:** Straight grip stock and classic fore-end in French walnut with high gloss finish. Steel, modified crescent buttplate. (12¾" x 2 " x 2⅞").
**Sights:** Post front, classic cloverleaf rear with notched elevation ramp. Sight radius 16⅝".
**Features:** Tubular magazine. Follows design of original Model 92 lever-action. Introduced 1979. Imported from Japan by Browning.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $324.95



Browning BLR

**BROWNING BLR LEVER ACTION RIFLE**
**Caliber:** 22-250, 243, 257 Roberts, 7mm-08, 308 Win. or 358 Win. 4-shot detachable mag.
**Barrel:** 20" round tapered.
**Weight:** 6 lbs. 15 oz. **Length:** 39¾" over-all.
**Stock:** Checkered straight grip and fore-end, oil finished walnut.
**Sights:** Gold bead on hooded ramp front; low profile square notch adj. rear.
**Features:** Wide, grooved trigger; half-cock hammer safety. Receiver tapped for scope mount. Recoil pad installed. Imported from Japan by Browning.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $394.95



Dixie Model 1873

**DIXIE ENGRAVED MODEL 1873 RIFLE**
**Caliber:** 44-40, 11-shot magazine.
**Barrel:** 20", round.
**Weight:** 7¾ lbs. **Length:** 39" over-all.
**Stock:** Walnut.
**Sights:** Blade front, adj. rear.
**Features:** Engraved and case hardened frame. Duplicate of Winchester 1873. Made in Italy. From Dixie Gun Works.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $550.00
**Price:** Plain, blued carbine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $495.00

Marlin 1894S

**Marlin Model 1894CS Carbine**
Similar to the standard Model 1894S except chambered for 38 Special/357 Magnum with 9-shot magazine, 18½" barrel, hammer block safety, brass bead front sight. Introduced 1983.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $280.95

**MARLIN 1894S LEVER ACTION CARBINE**
**Caliber:** 44 Magnum, 10-shot tubular magazine
**Barrel:** 20" Micro-Groove®.
**Weight:** 6 lbs. **Length:** 37½".
**Stock:** American black walnut, straight grip and fore-end. Mar-Shield® finish.
**Sights:** Wide-Scan™ hooded ramp front, semi-buckhorn folding rear adj. for w. & e.
**Features:** Hammer block safety. Receiver tapped for scope mount, offset hammer spur, solid top receiver sand blasted to prevent glare.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $280.95

**CAUTION:**   PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 328

# CENTERFIRE RIFLES—LEVER & SLIDE ACTIONS



Marlin 1895SS

**MARLIN 1895SS LEVER ACTION RIFLE**
**Caliber:** 45-70, 4-shot tubular magazine.
**Barrel:** 22" round.
**Weight:** 7½ lbs. **Length:** 40½".
**Stock:** American black walnut, full pistol grip. Mar-Shield® finish; rubber butt-pad; q-d. swivels; leather carrying strap.
**Sights:** Bead front with Wide-Scan hood, semi-buckhorn folding rear adj. for w. and e.
**Features:** Hammer block safety. Solid receiver tapped for scope mounts or receiver sights, offset hammer spur.
**Price:** .......................................................... **$302.95**

**Marlin 30AS Lever Action Carbine**
Same as the Marlin 336CS except: checkered walnut-finished hardwood p.g. stock, 30-30 only, 6-shot. Hammer block safety.
**Price:** .......................................................... **$240.95**

**MARLIN 1894C CARBINE 357**
**Caliber:** 357 Magnum, 9-shot tube magazine.
**Barrel:** 18½" Micro-Groove®.
**Weight:** 6 lbs. **Length:** 35½" over-all.
**Stock:** American black walnut, straight grip and fore-end.
**Sights:** Bead front, adjustable semi-buckhorn folding rear.
**Features:** Solid top receiver tapped for scope mount or receiver sight; offset hammer spur. Receiver top sandblasted to prevent glare.
**Price:** About .......................................................... **$272.95**

**MARLIN 336CS LEVER ACTION CARBINE**
**Caliber:** 30-30 or 35 Rem., 6-shot tubular magazine
**Barrel:** 20" Micro-Groove®.
**Weight:** 7 lbs. **Length:** 38½".
**Stock:** Select American black walnut, capped p.g. with white line spacers. Mar-Shield® finish.
**Sights:** Ramp front with Wide-Scan™ hood, semi-buckhorn folding rear adj. for w. & e.
**Features:** Hammer block safety. Receiver tapped for scope mount, offset hammer spur; top of receiver sand blasted to prevent glare.
**Price:** Less scope .......................................................... **$266.95**



Marlin 336 ER

**Marlin Model 336 Extra-Range Carbine**
Similar to the standard Model 336CS except chambered for 307 Win. or 356 Win.; has new hammer block safety, rubber butt pad, 5-shot magazine. Comes with detachable sling swivels and branded leather sling. Introduced 1983.
**Price:** .......................................................... **$302.95**



Marlin 336 TS

**Marlin 336TS Lever Action Carbine**
Same as the 336CS except: straight stock; cal. 30-30 only. Squared finger lever, 18½" barrel, weight 6¾ lbs. Hammer block safety.
**Price:** .......................................................... **$266.95**

**MARLIN 444SS LEVER ACTION SPORTER**
**Caliber:** 444 Marlin, 4-shot tubular magazine
**Barrel:** 22" Micro-Groove®.
**Weight:** 7½ lbs. **Length:** 40½".
**Stock:** American black walnut, capped p.g. with white line spacers, rubber rifle butt pad. Mar-Shield® finish; q.d. swivels, leather carrying strap.
**Sights:** Hooded ramp front, folding semi-buckhorn rear adj. for w. & e.
**Features:** Hammer block safety. Receiver tapped for scope mount, offset hammer spur, leather sling with detachable swivels.
**Price:** .......................................................... **$302.95**

Consult our directory pages for the location of firms mentioned.

**NAVY ARMS HENRY CARBINE**
**Caliber:** 44-40 or 44 rimfire.
**Barrel:** 21".
**Weight:** About 9 lbs. **Length:** About 39" over-all.
**Stock:** Oil stained American walnut.
**Sights:** Blade front, rear adj. for e.
**Features:** Reproduction of the original Henry carbine with brass frame and buttplate, rest blued. Will be produced in limited edition of 1,000 standard models, plus 50 engraved guns. Made in U.S. by Navy Arms.
**Price:** Standard .......................................................... **$500.00**
**Price:** Engraved .......................................................... **$1,500.00**



Navy Arms Henry

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 329

# CENTERFIRE RIFLES—LEVER & SLIDE ACTIONS



Mossberg 479 PCA

**MOSSBERG 479 PCA LEVER ACTION RIFLE**
**Caliber:** 30-30, 6-shot.
**Barrel:** 20".
**Weight:** About 7 lbs. **Length:** 38½" over-all.
**Stock:** Walnut-finish hardwood.
**Sights:** Bead on ramp front, adjustable open rear.
**Features:** Blue finish; hammer block safety and rebounding hammer. Trigger built into the cocking lever. Ejection port on right side of receiver. Re-introduced 1983.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $190.00

Remington Model Six

**REMINGTON MODEL SIX SLIDE ACTION**
**Caliber:** 6mm Rem., 243, 270, 308 Win., 30-06.
**Barrel:** 22" round tapered.
**Weight:** 7½ lbs. **Length:** 42" over-all.
**Stock:** Cut-checkered walnut p.g. and fore-end, Monte Carlo with full cheekpiece.
**Sights:** Gold bead front sight on matted ramp, open step adj. sporting rear.
**Features:** Redesigned and improved version of the Model 760. Has cartridge head medallion denoting caliber on bottom of receiver. Detachable 4-shot clip. Cross-bolt safety. Receiver tapped for scope mount. Introduced 1981.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $467.00

Remington Model 7600

**Remington Model 7600 Slide Action Rifle**
Similar to Model Six except does not have Monte Carlo stock or cheekpiece no cartridge head medallion. Slightly different fore-end design. Impressed checkering. Introduced 1981.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $418.00

Remington Sportsman 76

**Remington "Sportsman" 76 Pump Rifle**
Similar to the Model Six except available only in 30-06, 4-shot magazine, 22" barrel, walnut-finished hardwood stock and fore-end, open adjustable sights. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $320.00

Rossi Carbine

**ROSSI SADDLE-RING CARBINE**
**Caliber:** 38 Spec., 357 Mag., 44-40, 44 Mag., 10-shot magazine.
**Barrel:** 20".
**Weight:** 5¾ lbs. **Length:** 37" over-all.
**Stock:** Walnut.
**Sights:** Blade front, buckhorn rear.
**Features:** Re-creation of the famous lever-action carbine. Handles 38 and 357 interchangeably. Introduced 1978. Imported by Interarms.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $224.00
**Price:** Blue, engraved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $279.00
**Price:** 44-40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $234.00
**Price:** 44 Spec./44 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $239.00

Savage Model 99E

**SAVAGE 99E LEVER ACTION RIFLE**
**Caliber:** 250 Savage, 300 Savage, 243 or 308 Win., 5-shot rotary magazine.
**Barrel:** 22", chrome-moly steel.
**Weight:** 7 lbs. **Length:** 39¾" over-all.
**Stock:** Walnut finished with checkered p.g.
**Sights:** Ramp front, adjustable ramp rear sight. Tapped for scope mounts.
**Features:** Grooved trigger, slide safety locks trigger and lever.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $343.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 330

# CENTERFIRE RIFLES—LEVER & SLIDE ACTIONS



Savage Model 99C

**Savage 99C Lever Action Clip Rifle**
Similar to M99E except: detachable staggered clip magazine with push-button ejection. Cocking indicator. Drilled and tapped for scope mounting. Cut checkering on Monte Carlo stock and fore-end. Wgt. about 6¾ lbs., 41¾" over-all with 22" bbl. Available in cals. 243, 308, 7mm-08 Rem.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.95**



Winchester 94 XTR Angle Eject

**WINCHESTER MODEL 94 XTR ANGLE EJECT**
**Caliber:** 307 Win., 356 Win., 375 Win., 6-shot magazine.
**Barrel:** 20".
**Weight:** 7 lbs. **Length:** 38⅝" over-all.
**Stock:** Monte Carlo-style American walnut with fine cut checkering. Satin finish.
**Sights:** Hooded ramp front, semi-buckhorn rear adjustable for w. & e.
**Features:** All external metal parts have Winchester's deep blue high polish finish. Rifling twist 1 in 12". Rubber recoil pad fitted to buttstock. Introduced 1983. Made under license by U.S. Repeating Arms Co.
**Price:** With scope rings and bases . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$409.95**



Winchester 94 Angle Eject

**WINCHESTER MODEL 94 ANGLE EJECT CARBINE**
**Caliber:** 30-30, (12" twist). 444 Marlin (38" twist), 6-shot tubular magazine; 44 Rem. Mag./S&W Special, 45 Colt (38" twist), 11-shot magazine.
**Barrel:** 16", 20".
**Weight:** 6½ lbs. (30-30) **Length:** 37¾" over-all.
**Stock:** Straight grip walnut stock and fore-end.
**Sights:** Hooded blade front, semi-buckhorn rear. Drilled and tapped for receiver sight and scope mount.
**Features:** Solid frame, forged steel receiver; angle ejection, exposed rebounding hammer with automatic trigger-activated safety transfer bar. Introduced 1984.
**Price:** 30-30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$234.95**
**Price:** 444 Marlin, 44 Rem. Mag./44 Spec., 45 Colt. . . . . . . . . . . . . . . . **$249.95**
**Price:** Trapper model (16" bbl., 30-30) . . . . . . . . . . . . . . . . . . . . . . . . . . . **$234.95**

**Winchester Model 94 Angle Eject Rifle, 7x30 Waters**
Same as Model 94XTR Angle Eject except has 24" barrel, 7-shot magazine, over-all length of 41¾" and weight is 7 lbs. Barrel twist is 1-9½". Rubber butt pad instead of plastic. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$289.95**



Winchester 94 Crazy Horse

**Winchester Model 94 Chief Crazy Horse Commemorative**
Similar to the standard Model 94 except has Indian stock decorations of brass tacks and a medallion in the butt symbolizing the United Sioux Tribes. The names of the Sioux tribes are engraved on the color case-hardened receiver, along with a portrait and a buffalo hunting scene. Barrel is inscribed "Chief Crazy Horse." The crescent buttplate has a polished blue finish. All decorations are authenticated by the United Sioux Tribes of South Dakota, and the issue was approved by tribal chairmen of all eleven tribes. Royalties benefit the Sioux people. Limited edition of 19,999. Chambered for 38-55 Win. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$600.00**

**Winchester Model 94XTR Angle Eject Carbine**
Same as standard Model 94 except has high-grade finish on stock and fore-end with cut checkering on both. Metal has highly polished deep blue finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$269.95**

Winchester Wrangler II

**Winchester Model 94 Wrangler II Angle Eject**
Similar to the standard Model 94 except has a 16" barrel, hoop-type finger lever, roll-engraved Western scenes on receiver. Chambered for 38-55 Win. only. Weighs 6⅛ lbs. and is 33¾" o.a.l. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$269.95**

Compendium_Klarevas
Page 331

# CENTERFIRE RIFLES—BOLT ACTIONS



Alpha Custom

**ALPHA CUSTOM BOLT ACTION RIFLE**
**Caliber:** 243, 7mm-08, 308, 284, 25-284, 3-shot magazine.
**Barrel:** 21" (284 and 25-284), 20" all others.
**Weight:** About 6¼ lbs. **Length:** 39½" over-all (20" barrel).

**Stock:** Classic style California claro walnut, hand rubbed oil finish, hand checkering; rosewood fore-end tip, rosewood or Niedner-type checkered steel grip cap; solid butt pad; swivel studs.
**Sights:** None furnished. Receiver drilled and tapped for scope mounting.
**Features:** Medium-length action with three-lug locking system and 60° bolt rotation; side safety; cocking indicator; aluminum bedding block system; steel or aluminum trigger guard/floorplate assembly; medium luster or dull matte bluing. Introduced 1984. From Alpha Arms, Inc.
**Price:** With hard case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,275.00**



Alpine Custom Grade

**ALPINE BOLT ACTION RIFLE**
**Caliber:** 22-250, 243 Win., 264 Win., 270, 30-06, 308, 308 Norma Mag., 7mm Rem Mag., 8mm, 300 Win. Mag., 5-shot magazine (3 for magnum).
**Barrel:** 23" (std. cals.), 24" (mag.).

**Weight:** 7½ lbs.
**Stock:** European walnut. Full p.g. and Monte Carlo; checkered p.g. and fore-end; rubber recoil pad; white line spacers; sling swivels.
**Sights:** Ramp front, open rear adj. for w. and e.
**Features:** Made by Firearms Co. Ltd. in England. Imported by Mandall Shooting Supplies.
**Price:** Standard Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$375.00**
**Price:** Custom Grade (illus.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$395.00**



Anschutz 1432D/1532D

**ANSCHUTZ 1432D/1532D Custom Rifles**
Similar to the Classic models except have roll-over Monte Carlo cheekpiece, slim fore-end with Schnabel tip, Wundhammer palm swell on pistol grip, rosewood grip cap with white diamond insert. Skip-line checkering on grip and fore-end. Introduced 1982. Imported from Germany by PSI.
**Price:** 1432D (22 Hornet) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$650.00**
**Price:** 1532D (222 Rem.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$650.00**

**ANSCHUTZ 1432D/1532D CLASSIC RIFLES**
**Caliber:** 22 Hornet (1432D), 5-shot clip, 222 Rem. (1532D), 2-shot clip.
**Barrel:** 23½"; ¹³⁄₁₆" dia. heavy.
**Weight:** 7¾ lbs. **Length:** 42½" over-all.
**Stock:** Select European walnut with checkered pistol grip and fore-end.
**Sights:** None furnished, drilled and tapped for scope mounting.
**Features:** Adjustable single stage trigger. Receiver drilled and tapped for scope mounting. Introduced 1982. Imported from Germany by PSI.
**Price:** 1432D (22 Hornet) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$607.00**
**Price:** 1532D (222 Rem.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$607.00**



BSA CF-2 Rifle

**BSA CF-2 Stutzen Stock Rifle**
Similar to the standard CF-2 except has improved bolt guide rib circlip and precision-ground striker; 20.5" barrel; full-length Stutzen-style stock with constrasting Schnabel fore-end tip and grip cap. Available in 222, 6.5 x 55, 308 Win., 30-06, 270, 7 x 64. Measures 41.3" over-all, weighs 7½ lbs. Introduced 1982. From Precision Sports.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$600.00**
**Price:** Double set triggers, add . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**

**BSA CF-2 BOLT ACTION RIFLE**
**Caliber:** 222 Rem., 22-250, 243, 6.5x55, 7mm Mauser, 7x64, 270, 308, 30-06, 7mm Rem. Mag., 300 Win. Mag.
**Barrel:** 24".
**Weight:** 7¾ lbs. **Length:** 45" over-all.
**Stock:** European walnut with roll-over Monte Carlo, palm swell on right side of pistol grip, skip-line checkering. High gloss finish.
**Sights:** Open adjustable rear, hooded ramp front. Removable.
**Features:** Adjustable single trigger or optional double-set triggers, side safety, visible cocking indicator. Ventilated rubber recoil pad. North American-style stock has high gloss finish, European has oil finish. Introduced 1980. From Precision Sports.
**Price:** Standard calibers, North American style . . . . . . . . . . . . . . . . . . **$525.00**
**Price:** Magnum calibers, North American style. . . . . . . . . . . . . . . . . . . . **$550.00**
**Price:** Double-set triggers, extra . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**
**Price:** Heavy barrel, extra. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$82.50**
**Price:** Standard calibers, European style . . . . . . . . . . . . . . . . . . . . . . . . **$575.00**
**Price:** Magnum calibers, European style. . . . . . . . . . . . . . . . . . . . . . . . . **$600.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# CENTERFIRE RIFLES—BOLT ACTIONS



Bighorn Rifle

**BERETTA 500 SERIES BOLT ACTION RIFLE**
**Caliber:** 222, 223 (M500S); 243, 308 (M501SDL); 6.5x55, 270, 7x64, 7mm Rem. Mag., 30-06, 300 Win. Mag., 375 H&H (M502).
**Barrel:** 23.62" to 24.41".
**Weight:** 6.4 to 8.4 lbs. **Length:** NA
**Stock:** Walnut, with oil finish, hand checkering.
**Sights:** Hooded blade front, open adjustable rear; none furnished on 502 which is drilled and tapped for scope mounting.
**Features:** Model 500 — short action; 501 — medium action; 502 — long action. All models have rubber butt pad. Imported from Italy by Beretta U.S.A. Corp. Introduced 1984.
**Price:** Model 500, 501, from.................................... **$635.00**
**Price:** Model 502, from ......................................... **$666.00**

**BIGHORN BOLT ACTION RIFLE**
**Caliber:** To customer specs — 22-250 through all standard magnums.
**Barrel:** Two barrels supplied with rifle. Length and contour to customer specs.
**Weight:** About 6¾ lbs.
**Stock:** Standard grade has AA fancy claro walnut. Classic style.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Commercial Mauser action. Rifle comes with two easily interchangeable barrels, flush Pachmayr swivel sockets, black recoil pad. Available in several grades with many options. Introduced 1983. From Bighorn Rifles.
**Price:** With two barrels...................................... **$2,495.00**



Browning BBR Rifle

**Browning BBR Limited Edition**
Same as standard BBR except chambered only for 7mm Rem. Mag. Receiver is deeply engraved and highlighted with gold plated elk scenes. The high grade walnut stock has skip-line checkering with pearl borders and high gloss finish. Solid brass spacers are used at the recoil pad, grip cap and fore-end tip. Limited edition of 1,000 rifles. Introduced 1984.
**Price:** .................................................. **$1,395.00**

**BROWNING BBR BOLT ACTION RIFLE**
**Caliber:** 25-06, 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag.
**Barrel:** 22" medium sporter weight with recessed muzzle.
**Weight:** 8 lbs. **Length:** 44½" over-all.
**Stock:** Select American walnut cut to lines of Monte Carlo sporter; full p.g. and high cheekpiece; 18 l.p.i. checkering. Recoil pad is standard on magnum calibers.
**Features:** Short throw (60") bolt with fluted surface, 9 locking lugs, plunger-type ejector, adjustable trigger is grooved and gold plated. Hinged floorplate with detachable box magazine (4 rounds in standard cals, 3 in mags). Convenient slide safety on tang. Special anti-warp aluminum fore-end insert. Low profile swivel studs. Introduced 1978. Imported from Japan by Browning.
**Price:** .................................................. **$469.95**



Browning BBR Short Action

**Browning Short Action BBR**
Similar to the standard BBR except has short action for 22-250, 243, 257 Roberts (22" light barrel only), 7mm-08, 308 chamberings. Available with either 22" light barrel or 24" heavy barrel; weighs 7½ lbs. and 9½ lbs. respectively. Other specs essentially the same. Introduced 1983.
**Price:** Either barrel............................................ **$469.95**



**CHAMPLIN RIFLE**
**Caliber:** All std. chamberings, including 458 Win. and 460 Wea. Many wildcats on request.
**Barrel:** Any length up to 26" for octagon. Choice of round, straight taper octagon, or octagon with integral quarter rib, front sight ramp and sling swivel stud.
**Weight:** About 8 lbs. **Length:** 45" over-all.
**Stock:** Hand inletted, shaped and finished. Checkered to customer specs. Select French, Circassian or claro walnut. Steel p.g. cap, trap buttplate or recoil pad.
**Sights:** Bead on ramp front, 3-leaf folding rear.
**Features:** Right or left hand Champlin action, tang safety or optional shroud safety, Canjar adj. trigger, hinged floorplate.
**Price:** From ................................................ **$5,400.00**

Champlin

**COLT SAUER GRAND AFRICAN**
**Caliber:** 458 Win. Mag.
**Barrel:** 24", round tapered.
**Weight:** 10½ lbs. **Length:** 44½" over-all.
**Stock:** Solid African bubinga wood, cast-off M.C. with cheekpiece, contrasting rosewood fore-end and p.g. caps with white spacers. Checkered fore-end and p.g.
**Sights:** Ivory bead hooded ramp front, adj. sliding rear.
**Price:** .................................................. **$1,398.50**

**Colt Sauer Short Action Rifle**
Same as standard rifle except chambered for 22-250, 243 and 308 Win. 24" bbl., 43" over-all. Weighs 7½ lbs. 3-shot magazine
**Price:** .................................................. **$1,256.95**

Compendium_Klarevas
Page 333

## CENTERFIRE RIFLES—BOLT ACTIONS



Colt Sauer Rifle

**COLT SAUER RIFLE**
**Caliber:** 25-06, 270, 30-06, (std.), 7mm Rem. Mag., 300 Wea. Mag., 300 Win. Mag. (Magnum).
**Barrel:** 24", round tapered.
**Weight:** 8 lbs. (std.). **Length:** 43¾" over-all.

**Stock:** American walnut, cast-off M.C. design with cheekpiece. Fore-end tip and p.g. cap rosewood with white spacers. Hand checkering.
**Sights:** None furnished. Specially designed scope mounts for any popular make scope furnished.
**Features:** Unique barrel/receiver union, non-rotating bolt with cam-actuated locking lugs, tang-type safety locks sear. Detachable 3- and 4-shot magazines.
**Price:** Standard calibers ................................... $1,256.95
**Price:** Magnum calibers ................................... $1,299.50
**Price:** Grand Alaskan, 375 H&H ............................ $1,334.50



Du Biel Modern Classic

**Du BIEL ARMS BOLT ACTION RIFLES**
**Caliber:** Standard calibers 22-250 thru 458 Win. Mag. Selected wildcat calibers available.
**Barrel:** Selected weights and lengths. Douglas Premium
**Weight:** About 7½ lbs.
**Stock:** Five styles. Walnut, maple, laminates. Hand checkered.

**Sights:** None furnished. Receiver has integral milled bases.
**Features:** Basically a custom-made rifle. Left or right-hand models available. Five-lug locking mechanism; 36 degree bolt rotation; adjustable Canjar trigger; oil or epoxy stock finish; Presentation recoil pad; jeweled and chromed bolt body; sling swivel studs; lever latch or button floorplate release. All steel action and parts. Introduced 1978. From Du Biel Arms.
**Price:** Rollover Model, left or right-hand ..................... $2,500.00
**Price:** Thumbhole, left or right hand ......................... $2,500.00
**Price:** Classic, left or right hand ............................ $2,500.00
**Price:** Modern Classic, left or right hand ..................... $2,500.00
**Price:** Thumbhole Mannlicher, left or right hand ............... $2,500.00



Heym Model SR-20L

**Heym SR-40 Bolt Action Rifle**
Same as the SR-20 except has short action, chambered for 222 Rem., 223 Rem., 5.6x50 Mag. Over-all length of 44", weight about 6¼ lbs., 24" barrel. Carbine Mannlicher-style stock. Introduced 1984.
**Price:** .................................................... $765.00
**Price:** Single set trigger, add .. ........................... $65.00

**Heym SR-20, SR-40 Left Hand Rifles**
All Heym bolt action rifles are available with true left-hand action and stock, in all calibers listed for the right-hand version, for an additional $160.00.

**HEYM MODEL SR-20 BOLT ACTION RIFLES**
**Caliber:** 5.6x57, 243, 6.5x55, 6.5x57, 270, 7x57, 7x64, 308, 30-06 (SR-20L); 9.3x62 (SR-20N) plus SR-20L cals.; SR-20G—6.5x68, 7mm Rem. Mag., 300 Win. Mag., 8x68S, 375H&H.
**Barrel:** 20½" (SR-20L), 24" (SR-20N), 26" (SR-20G).
**Weight:** 7-8 lbs. depending upon model.
**Stock:** Dark European walnut, hand-checkered p.g. and fore-end. Oil finish. Recoil pad, rosewood grip cap. Monte Carlo-style. SR-20L has full Mannlicher-style stock, others have sporter-style with schnabel tip.
**Sights:** Silver bead ramp front, adj. folding leaf rear.
**Features:** Hinged floorplate, 3-position safety,. Receiver drilled and tapped for scope mounts. Adjustable trigger. Options available include double-set triggers, left-hand action and stock, Suhler claw mounts, deluxe engraving and stock carving. Imported from West Germany by Paul Jaeger, Inc.
**Price:** SR-20L .............................................. $945.00
**Price:** SR-20N .............................................. $835.00
**Price:** SR-20-G ............................................. $880.00
**Price:** Single set trigger .................................... $65.00



Kimber Hornet Sporter

**KIMBER MODEL 82 HORNET SPORTER**
**Caliber:** 22 Hornet; 3-shot flush-fitting magazine.
**Barrel:** 22½", 6 grooves, 1-in-14" twist.
**Weight:** About 6¼ lbs. **Length:** 42" over-all.
**Stock:** Three styles available. "Classic" is Claro walnut with plain, straight comb; "Cascade" has Monte Carlo comb with cheekpiece. "Custom Classic"

is of fancy select grade Claro walnut, ebony fore-end tip, Niedner-style buttplate. All have 18 lpi hand cut, borderless checkering, steel grip cap, checkered steel buttplate.
**Sights:** Hooded ramp front with bead, folding leaf rear (optional).
**Features:** All steel construction; twin rear horizontally opposed locking lugs; fully adjustable trigger; rocker-type safety. Receiver grooved for Kimber scope mounts. Introduced 1982.
**Price:** Classic stock, no sights ............................. $618.00
**Price:** Cascade stock, no sights ............................ $668.00
**Price:** Custom Classic, no sights ........................... $748.00
**Price:** Kimber scope mounts, from ........................... $45.00
**Price:** Open sights fitted (optional) ......................... $55.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# CENTERFIRE RIFLES—BOLT ACTIONS



Kimber Model 84

**Kimber Model 82,84 Super America**
Similar to the standard Model 82 except has the Classic stock only of special-ly selected, high-grade, California claro walnut, with Continental cheekpiece; borderless, full-coverage 22 lpi checkering; Niedner-type checkered steel buttplate; comes with quick-detachable, double lever scope mounts and bar-rel quarter-rib which has a folding leaf sight. Available in 22 Long Rifle, 22 Magnum, 22 Hornet, 223 Rem.

| | |
|---|---|
| Price: 22 Long Rifle, less 4x scope | $950.00 |
| Price: 22 Mag., less scope | $1,023.00 |
| Price: 22 Hornet, less scope | $1,073.00 |
| Price: Model 84, 223 Rem | $1,105.00 |

**KIMBER MODEL 84 223 SPORTER**
**Caliber:** 223 Rem.; 5-shot magazine.
**Barrel:** 22½", 6 grooves; 1-in-12" twist.
**Weight:** About 6¼ lbs. **Length:** 42" over-all.
**Stock:** Three styles available. "Classic" is Claro walnut with plain, straight comb; "Cascade" has Monte Carlo comb with cheekpiece. "Custom Classic" is of fancy select grade Claro walnut, ebony fore-end tip, Niedner-style butt-plate. All have 18 lpi hand cut, borderless checkering, steel grip cap, check-ered steel buttplate.
**Sights:** Hooded ramp front with bead, folding leaf rear (optional).
**Features:** All new Mauser-type head locking bolt action; steel trigger guard and hinged floorplate; Mauser-type extractor; fully adjustable trigger; chrome-moly barrel. Receiver grooved for scope mounting. Introduced 1984.

| | |
|---|---|
| Price: Classic stock, no sights | $650.00 |
| Price: Cascade stock, no sights | $700.00 |
| Price: Custom Classic stock, no sights | $780.00 |
| Price: Kimber scope mounts, from | $45.00 |
| Price: Open sights fitted (optional) | $55.00 |



Kleinguenther K-15 Insta-Fire

**KRICO MODEL 600/700 BOLT ACTION RIFLE**
**Caliber:** 308 Win. (Model 600), 30-06 (Model 700), 3-shot magazine.
**Barrel:** 23½".
**Weight:** 7 lbs. **Length:** 43½" over-all.
**Stock:** Select European walnut, European comb with cheekpiece; rosewood Schnabel fore-end tip; cut checkered grip and fore-end.
**Sights:** Blade on ramp front, open rear adjustable for windage.
**Features:** Butterknife bolt handle; single set trigger, optional match and double set available; engine-turned bolt; side safety; free floating barrel. Imported from West Germany by Krico North America.
**Price:** Model 600 or 700 ................................... $1,049.50

**KLEINGUENTHER K-15 INSTA-FIRE RIFLE**
**Caliber:** 243, 25-06, 270, 30-06, 308 Win., 7x57, 308 Norma Mag., 7mm Rem. Mag., 375 H&H, 257-270-300 Weath. Mag.
**Barrel:** 24" (Std.), 26" (Mag.).
**Weight:** 7 lbs., 12 oz. **Length:** 43½" over-all.
**Stock:** European walnut M.C. with 1" recoil pad. Left or right hand. Rosewood grip cap. Hand checkered. High luster or satin finish.
**Sights:** None furnished. Drilled and tapped for scope mounts. Iron sights op-tional.
**Features:** Ultra-fast lock/ignition time. Clip or feed from top of receiver. Guar-anteed ½" 100 yd. groups. Many optional stock features available. Imported from Germany, assembled and accurized by Kleinguenther's.
**Price:** All calibers, choice of European or American walnut with oil fin-ish ...................................................... $1,044.00



Krico 640 Varmint

**KRICO MODEL 640 VARMINT RIFLE**
**Caliber:** 222 Rem., 4-shot magazine.
**Barrel:** 23.75".
**Weight:** 9.6 lbs. **Length:** 43½" over-all.
**Stock:** Select European walnut with high Monte Carlo comb, Wundhammer palm swell, rosewood fore-end tip; cut checkered grip and fore-end.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Free floating heavy bull barrel; double set trigger with optional match trigger available. Imported from West Germany by Krico North America.
**Price:** .......................................................... $995.00

**KRICO MODEL 600/700L DELUXE BOLT ACTION**
**Caliber:** 17 Rem., 222, 223, 22-250, 243, 308, 7x57, 7x64, 270, 30-06, 9.3x62, 8x68S, 7mm Rem. Mag., 300 Win. Mag., 9.3x64.
**Barrel:** 24" (26" in magnum calibers).
**Weight:** 7.5 lbs. **Length:** 44" over-all (24" barrel).
**Stock:** Traditional European style, select fancy walnut with rosewood Schna-ble fore-end, Bavarian cheekpiece, 28 lpi checkering.
**Sights:** Hooded front ramp, rear adjustable for windage.
**Features:** Butterknife bolt handle; gold plated single-set trigger; front sling swivel attached to barrel with ring; silent safety. Introduced 1983. Made in West Germany. Imported by Krico North America.

| | |
|---|---|
| Price: Model 600, varmint calibers | $1,049.00 |
| Price: Model 600, standard calibers | $1,049.00 |
| Price: Model 700, magnum calibers | $1,049.00 |



Krico Model 400

**KRICO MODEL 400 BOLT ACTION RIFLE**
**Caliber:** 22 Hornet, 5-shot magazine.
**Barrel:** 23.5".
**Weight:** 6.8 lbs. **Length:** 43" over-all.

**Stock:** Select European walnut, curved European comb with cheekpiece; solid rubber butt pad; cut checkered grip and fore-end.
**Sights:** Blade front on ramp, open rear adjustable for windage.
**Features:** Detachable box magazine; action has rear locking lugs, twin extrac-tors. Available with single or optional match and double set trigger. Receiver grooved for scope mounts. Made in West Germany. Imported by Krico North America.

| | |
|---|---|
| Price: .......................................................... | $649.00 |
| Price: Model 420 (as above except 19.5" bbl., full-length Mannlicher-style stock, double set trigger) | $749.50 |

Compendium_Klarevas
Page 335

# CENTERFIRE RIFLES—BOLT ACTIONS



**Krico Model 620/720**

**M-S Safari Varmint**

**Mark X Marquis Carbine**

**Interarms Mark X Alaskan**

**Parker-Hale 2100**

**Krico Model 620/720 Bolt Action Rifle**
Similar to the Model 600/700 except has 20.75" barrel,. weighs 6.8 lbs., and has full-length Mannlicher-style stock with metal Schnabel fore-end tip; doubel set trigger with optional match trigger available. Receiver drilled and tapped for scope mounting. Imported from West Germany by Beeman; contact Beeman or Krico North America for information.
**Price:** Model 620 (308 Win.) .................................... **$992.00**
**Price:** Model 720 (270 Win.) .................................... **$899.00**
**Price:** Model 720 (30-06) ..................................... **$995.00**

**M-S SAFARI ARMS VARMINT RIFLE**
**Caliber:** Any standard centerfire; single shot.
**Barrel:** 24", stainless
**Weight:** To customer specs.
**Stock:** Fiberglass, custom painted. Thumbhole or pistol grip style.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Electronic trigger; high-speed lock time; stainless steel action. Custom built to customer specs. From M-S Safari Arms.
**Price:** From ................................................. **$1,145.00**

**MARATHON SPORTSMAN BUSH & FIELD RIFLE**
**Caliber:** 243, 308, 7x57, 30-06, 270, 7mm Rem. Mag., 300 Win. Mag.
**Barrel:** 24".
**Weight:** 7.9 lbs. **Length:** 45" over-all.
**Stock:** Select walnut with Monte Carlo and rubber recoil pad.
**Sights:** Bead front on ramp, open adjustable rear.
**Features:** Uses the Santa Barbara Mauser action. Triple thumb locking safety blocks trigger, firing pin and bolt. Blue finish. Also available as a kit requiring assembly, wood and metal finishing. Introduced 1984. Imported from Spain by Marathon Products.
**Price:** Finished ............................................... **$379.49**
**Price:** Kit .................................................... **$257.67**

**MARK X MARQUIS MANNLICHER-STYLE CARBINE**
**Caliber:** 270, 7x57, 30-06, 308 Win.
**Barrel:** 20".
**Weight:** 7½ lbs. **Length:** 40" over-all.
**Stock:** Hand checkered European walnut.
**Sights:** Ramp front with removable hood; open rear adj. for w. and e.
**Features:** Quick detachable sling swivels; fully adj. trigger; blue steel fore-end cap; white line spacers at p.g. cap and buttplate. Mark X Mauser action. Imported from Yugoslavia by Interarms.
**Price:** With adj. trigger and sights .............................. **$430.00**

**MARK X ALASKAN MAGNUM RIFLE**
**Caliber:** 375 H&H, 458 Win Mag.; 3-shot magazine.
**Barrel:** 24".
**Weight:** 8¼ lbs. **Length:** 44¾" over-all.
**Stock:** Select walnut with crossbolt; hand checkered p.g. and fore-end; Monte Carlo; sling swivels.
**Sights:** Hooded ramp front; open rear adj. for w. & e.
**Features:** Hinged floorplate; right-hand thumb (tang) safety; adj. trigger. Imported from Yugoslavia by Interarms.
**Price:** ..................................................... **$460.00**

**PARKER-HALE MODEL 2100 MIDLAND RIFLE**
**Caliber:** 22-250, 243, 6mm, 270, 6.5x55, 7x57, 7x64, 308, 30-06.
**Barrel:** 22".
**Weight:** About 7 lbs. **Length:** 43" over-all.
**Stock:** European walnut, cut-checkered pistol grip and fore-end; sling swivels.
**Sights:** Hooded post front, flip-up open rear.
**Features:** Mauser-type action has twin front locking lugs, rear safety lug, and claw extractor; hinged floorplate; adjustable single stage trigger; silent side safety. Imported from England by Precision Sports, Inc. Introduced 1984.
**Price:** ..................................................... **$299.00**
**Price:** Optional set trigger .................................... **$75.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

## CENTERFIRE RIFLES—BOLT ACTIONS



Parker-Hale 1200 Super

### Parker-Hale Model 1200 Super Clip Rifle

Same as the Model 1200 Super except has a detachable steel box magazine and steel trigger guard. Imported from England by Precision Sports, Inc. Introduced 1984.
**Price:** .................................................... **$495.00**
**Price:** Optional set trigger .................................. **$75.00**

### PARKER-HALE MODEL 1200 SUPER BOLT ACTION RIFLE

**Caliber:** 22-250, 243, 6mm, 270, 6.5x55, 7x57, 7x64, 308, 30-06.
**Barrel:** 24".
**Weight:** About 7½ lbs. **Length:** 44½" over-all.
**Stock:** European walnut, rosewood grip and fore-end tips, hand-cut checkering; roll-over cheekpiece; palm swell pistol grip; ventilated recoil pad; skipline checkering.
**Sights:** Hooded post front, open rear.
**Features:** Uses Mauser-style action with claw extractor; gold plated adjustable trigger; silent side safety locks trigger, sear and bolt; aluminum trigger guard. Imported from England by Precision Sports, Inc. Introduced 1984.
**Price:** .................................................... **$465.00**
**Price:** Optional set trigger .................................. **$75.00**



Parker-Hale 1000

### Parker-Hale Model 1000 Standard Rifle

Similar to the Model 1200 Super except has standard walnut Monte Carlo stock with satin varnish finish, no rosewood grip/fore-end caps; fitted with checkered buttplate, standard sling swivels. Imported from England by Precision Sports, Inc. Introduced 1984.
**Price:** .................................................... **$375.00**
**Price:** Optional set trigger .................................. **$75.00**

### Parker-Hale Model 1100M African Magnum

Similar to the Model 1000 Standard except has 24" barrel, 46" over-all length, weighs 9½ lbs., and is chambered for 375 H&H Magnum and 458 Win. Magnum. Has hooded post front sight, shallow V-notch rear, 180° flag safety (low 45° scope safety available). Specially lengthened steel magazine has hinged floorplate; heavily reinforced, glass bedded and weighted stock has a ventilated rubber recoil pad. Imported from England by Precision Sports, Inc. Introduced 1984.
**Price:** .................................................... **$695.00**
**Price:** Optional set trigger .................................. **$75.00**



Parker-Hale 81

### Parker-Hale Model 1100 Lightweight Rifle

Similar to the Model 81 Classic except has slim barrel profile, hollow bolt handle, alloy trigger guard/floorplate. The Monte Carlo stock has a Schnabel fore-end hand-cut checkering, swivel studs, palm swell pistol grip. Comes with hooded ramp front sight, open Williams rear adjustable for windage and elevation. Same calibers as Model 81. Over-all length is 43", weight 6½ lbs., with 22" barrel. Imported from England by Precision Sports, Inc. Introduced 1984.
**Price:** .................................................... **$450.00**
**Price:** Optional set trigger .................................. **$75.00**

### PARKER-HALE MODEL 81 CLASSIC RIFLE

**Caliber:** 22-250, 243, 6mm Rem., 270, 6.5x55, 7x57, 7x64, 308, 30-06, 300 Win. Mag., 7mm Rem. Mag., 4-shot magazine.
**Barrel:** 24".
**Weight:** About 7¾ lbs. **Length:** 44½" over-all.
**Stock:** European walnut in classic style with oil finish, hand-cut checkering; palm swell pistol grip, rosewood grip cap.
**Sights:** None furnished. Drilled and tapped for open sights and scope mounting.
**Features:** Uses Mauser-style action; one-piece steel, Oberndorf-style trigger guard with hinged floorplate; rubber butt pad; quick-detachable sling swivels. Imported from England by Precision Sports, Inc. Introduced 1984.
**Price:** .................................................... **$550.00**
**Price:** Optional set trigger .................................. **$75.00**



Remington 700 Classic

Consult our Directory pages for the location of firms mentioned.

### REMINGTON 700 "CLASSIC" RIFLE

**Caliber:** 22-250, 6mm Rem., 243, 250 Savage, 270, 30-06, 7mm Rem. Mag.
**Barrel:** 22" (6mm, 243, 270, 30-06), 24" (22-250, 250 Savage, 7mm Rem. Mag., 300 H&H).
**Weight:** About 7 lbs. **Length:** 43½" over-all (24" bbl.).
**Stock:** American walnut, 20 l.p.i. checkering on p.g. and fore-end. Classic styling. Satin finish.
**Sights:** No sights furnished. Receiver drilled and tapped for scope mounting.
**Features:** A "classic" version of the M700ADL with straight comb stock. Fitted with rubber butt pad on all but magnum caliber, which has a full recoil pad. Sling swivel studs installed.
**Price:** All cals. except 7mm Rem. Mag. ....................... **$421.00**
**Price:** 7mm Rem. Mag. ....................................... **$440.00**

Compendium_Klarevas
Page 337

## CENTERFIRE RIFLES—BOLT ACTIONS



Remington 700 ADL

**REMINGTON 700 ADL BOLT ACTION RIFLE**
**Caliber:** 222, 22-250, 6mm Rem., 243, 25-06, 270, 308 and 30-06.
**Barrel:** 22" or 24" round tapered.
**Weight:** 7 lbs. **Length:** 41½" to 43½".
**Stock:** Walnut, RKW finished p.g. stock with impressed checkering, Monte Carlo (13⅜"x1⅜"x2⅜").
**Sights:** Gold bead ramp front; removable, step-adj. rear with windage screw.
**Features:** Side safety, receiver tapped for scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$395.00**
**Price:** 7mm Rem. Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$413.00**

Remington Model Seven

**REMINGTON MODEL SEVEN BOLT ACTION RIFLE**
**Caliber:** 222 Rem., 223 Rem. (5-shot), 243, 7mm-08, 6mm, 308 (4-shot).
**Barrel:** 18½".
**Weight:** 6¼ lbs. **Length:** 37½" over-all.
**Stock:** Walnut, with modified Schnabel fore-end. Cut checkering.
**Sights:** Ramp front, adjustable open rear.
**Features:** New short action design; silent side safety; free-floated barrel except for single pressure point at fore-end tip. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$463.00**

Remington 700 BDL

**Remington 700 BDL Bolt Action Rifle**
Same as 700-ADL, except: also available in 223, 7mm-08 Rem.; skip-line checkering; black fore-end tip and p.g. cap, white line spacers. Matted receiver top, quick release floorplate. Hooded ramp front sight. Q.D. swivels and 1" sling.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$464.00**
Available also in 17 Rem., 7mm Rem. Mag. and 300 Win. Mag., 8mm Rem. Mag., calibers. 44½" over-all, weight 7½ lbs.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$482.00**
**Price:** Custom Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,158.00**
**Price:** Custom Grade II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,105.00**
**Price:** Custom Grade III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,257.00**
**Price:** Custom Grade IV . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,474.00**

**Remington 700 BDL Varmint Special**
Same as 700 BDL, except: 24" heavy bbl., 43½" over-all, wgt. 9 lbs. Cals. 222, 223, 22-250, 6mm Rem., 243, 25-06, 7mm-08 Rem. and 308. No sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$486.00**

**Remington 700 Safari**
Same as the 700 BDL except 375 H&H or 458 Win. Magnum calibers only. Hand checkered, oil finished stock with recoil pad installed. Delivery time is about five months.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$793.00**

**Remington 700BDL Left Hand**
Same as 700 BDL except: mirror-image left-hand action, stock. Available in 270, 30-06 only.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$501.00**
**Price:** 7mm Rem. Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$520.00**

Remington Sportsman 78

**Remington "Sportsman" 78 Bolt Action Rifle**
Similar to the Model 700 except available only in 270 Win. or 30-06, 4-shot magazine, 22" barrel, straight comb walnut-finished hardwood stock. Open adjustable sights; weight about 7 lbs. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$300.00**

Ruger 77 Varmint

**RUGER MODEL 77 VARMINT**
**Caliber:** 22-250, 220 Swift, 243, 6mm, 25-06, 308.
**Barrel:** 24" heavy straight tapered, 26" in 220 swift.
**Weight:** Approx. 9 lbs. **Length:** Approx. 44" over-all.
**Stock:** American walnut, similar in style to Magnum Rifle.
**Sights:** Barrel drilled and tapped for target scope blocks. Integral scope mount bases in receiver.
**Features:** Ruger diagonal bedding system, Ruger steel 1" scope rings supplied. Fully adj. trigger. Barreled actions available in any of the standard calibers and barrel lengths.
**Price:** (Model 77V) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$393.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# CENTERFIRE RIFLES—BOLT ACTIONS



Ruger International 77

## Ruger International Model 77 RSI Rifle
Same as the standard Model 77 except has 18½" barrel, full-length Mannlicher-style stock, with steel fore-end cap, loop-type sling swivel. Integral base receiver, open sights, Ruger 1" steel rings. Improved front sight. Available in 22-250, 250-3000, 243 or 308. Weighs 6 lbs., 4 oz. and uses the Ruger short action. Length over-all is 38½".
**Price:** ................................................. **$480.00**

## RUGER 77 BOLT ACTION RIFLE
**Caliber:** 22-250, 6mm, 243, 308, 220 Swift (Short Stroke action); 270, 7x57, 257 Roberts, 280 Rem., 30-06, 25-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. (Magnum action).
**Barrel:** 22" round tapered (24" in 220 Swift and magnum action calibers).
**Weight:** 6¾ lbs. **Length:** 42" over-all.
**Stock:** Hand checkered American walnut (13¾"x1⅝"x2⅛"), p.g. cap, sling swivel studs and recoil pad.
**Sights:** Optional gold bead ramp front, folding leaf adj. rear, or scope mount.
**Features:** Integral scope mount bases, diagonal bedding system, hinged floor plate, adj. trigger, tang safety. Scope optional.
**Price:** With Ruger steel scope rings, no sights (77R) ............... **$393.00**
**Price:** With rings and open sights (77RS) ....................... **$414.00**
**Price:** 458 Win. Mag. (77RS Tropical) ........................... **$496.50**
**Price:** Barreled action only all cals. except 458, open sights ........ **$339.00**
**Price:** Barreled action, all cals. except 458, no sights ............. **$319.00**
**Price:** Barreled action, 458, with open sights .................... **$433.50**



Ruger 77 Ultra Light

Ruger 77 Round Top

## Ruger Model 77 Ultra Light
Similar to the standard Model 77 except weighs only 6 lbs., chambered for 243, 270, 30-06, 257, 22-250, 250-3000 and 308; barrel tapped for target scope blocks; has 20" Ultra Light barrel. Ruger's steel 1" scope rings supplied. Introduced 1983.
**Price:** Model 77 RL ........................................... **$455.00**

## Ruger Model 77 Magnum Rifle
Similar to Ruger 77 except: magnum-size action. Calibers 270, 7x57, 30-06 (5-shot), 7mm Rem. Mag., 300 Win., Mag., 338 Win. Mag., 243, 308 with 24" barrel. Weight about 7 lbs.
**Price:** Model 77 RS .......................................... **$414.00**

## Ruger Model 77 Magnum Round Top
Same as Model 77 except: round top receiver, drilled and tapped for standard scope mounts. Open sights are standard equipment. Calibers 25-06, 270, 30-06 (22" barrel), 7mm Rem. Mag. (24" barrel).
**Price:** All cals. (Model 77ST) .................................. **$393.00**



Sako Classic Sporter

## Sako Safari Grade Bolt Action
Similar to the Standard Grade Sporter except available in long action, calibers 300 Win. Mag., 338 Win. Mag. or 375 H&H Mag. only. Stocked in French walnut, checkered 20 l.p.i., solid rubber butt pad; grip cap and fore-end tip; quarter-rib "express" rear sight, hooded ramp front. Front sling swivel band-mounted on barrel.
**Price:** ................................................. **$1,995.00**

## Sako Super Deluxe Sporter
Similar to Deluxe Sporter except has select European Walnut with high gloss finish and deep cut oak leaf carving. Metal has super high polish, deep blue finish.
**Price:** ................................................. **$1,995.00**

## Sako Finnsport 2700 Sporter
Similar to the Standard Sporter except has Monte Carlo stock design, different checkering, comes with scope mounts. Same calibers, actions as on Standard model. Weight, 6½ to 8 lbs. Introduced 1983.
**Price:** ................................................. **$866.95**

## SAKO STANDARD SPORTER
**Caliber:** 17 Rem., 222, 223 (short action); 22-250, 220 Swift, 243, 308 (medium action); 25-06, 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 375 H&H Mag. (long action).
**Weight:** 6¾ lbs. (short); 6¾ lbs. (med.); 8 lbs. (long).
**Stock:** Hand-checkered European walnut.
**Sights:** None furnished.
**Features:** Adj. trigger, hinged floorplate. 222 and 223 have short action, 243 and 22-250 have medium action, others are long action. Imported from Finland by Stoeger.
**Price:** Short action ............................................ **$725.00**
**Price:** Medium action........................................... **$725.00**
**Price:** Long action ............................................ **$741.95**
**Price:** Magnum cals............................................ **$758.95**
**Price:** 375 H&H .............................................. **$775.00**

## Sako Classic Sporter
Similar to the Standard Sporter except: available in 17 Rem., 222, 223 (short action), 243, 308 (medium action), 270, 30-06 and 7mm Rem. Mag. (long action) only; straight-comb "classic-style" stock with oil finish; solid rubber recoil lug. No sights furnished—receiver drilled and tapped for scope mounting. Introduced 1980.
**Price:** 17 Rem., 222, 223 ...................................... **$909.95**
**Price:** 243, 308............................................... **$909.95**
**Price:** 270, 30-06, 7mm Rem. Mag............................... **$959.95**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

39TH EDITION, 1985 **335**

Compendium_Klarevas
Page 339

# CENTERFIRE RIFLES—BOLT ACTIONS



Sako Carbine

## Sako Carbine
Same action as the Standard Sporter except has full "Mannlicher" style stock, 20" barrel, weighs 7½ lbs., chambered for 222 Rem., 243, 270 and 30-06 only. Introduced 1977. From Stoeger.
**Price:** 243, 270, 30-06 only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$825.00**

## Sako Heavy Barrel
Same as std. Super Sporter except has beavertail fore-end; available in 222, 223 (short action), 220 Swift, 22-250, 243, 308 (medium action). Weight from 8¼ to 8½ lbs. 5-shot magazine capacity.
**Price:** 222, 223 (short action). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$875.00**
**Price:** 22-250, 243, 308 (medium action). . . . . . . . . . . . . . . . . . . . . . . . **$875.00**

## Sako Deluxe Sporter
Same action as Standard Sporter except has select wood, rosewood p.g. cap and fore-end tip. Fine checkering on top surfaces of integral dovetail bases, bolt sleeve, bolt handle root and bolt knob. Vent. recoil pad, skip-line checkering, mirror finish bluing.
**Price:** 222 or 223 cals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$995.00**
**Price:** 22-250, 243, 308 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$995.00**
**Price:** 25-06, 270, 30-06. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$995.00**
**Price:** 7mm Rem. Mag., 300 Win. Mag., 338 Mag., 375 H&H. . . . . . **$1,020.00**

> Consult our Directory pages for the location of firms mentioned.

## Savage Model 110-V Varmint Rifle
Same as the Model 110-C except chambered only for 22-250, with heavy 26" barrel, special "varmint" stock. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$363.00**



Savage Model 110C

## SAVAGE 110C BOLT ACTION RIFLE
**Caliber:** 22-250, 243, 270, 308, 30-06, 4-shot detachable box magazine, 300 Win. Mag., 7mm Rem. Mag. (3-shot).
**Barrel:** 22"; 24" in magnum calibers.
**Weight:** 7lbs. **Length:** 43" over-all.

**Stock:** Select walnut with Monte Carlo, skip-line cut checkered p.g. and fore-end. Swivel studs.
**Sights:** Removable ramp front, open rear adj. for w. & e.
**Features:** Tapped for scope mounting, free floating barrel, top tang safety, detachable clip magazine, rubber recoil pad on all calibers. Model 110CL (left-hand) in calibers 243, 270, 30-06, 308, 7mm Rem. Mag. only.
**Price:** Right hand 110C. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.95**
**Price:** Left hand 110CL. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$419.95**
**Price:** Right hand, mag. cals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.95**
**Price:** Left hand, mag. cals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$419.95**



Savage 110E

## SAVAGE 110E BOLT ACTION RIFLE
**Caliber:** 270, 308, 30-06, 243, 7mm Rem. Mag., 4-shot.
**Barrel:** 22" round tapered.
**Weight:** 6¾ lbs. **Length:** 43" (22"barrel).
**Stock:** Walnut finished hardwood with Monte Carlo, checkered p.g. and fore-end, hard rubber buttplate.
**Sights:** Gold bead removable ramp front, step adj. rear.
**Features:** Top tang safety, receiver tapped for peep or scope sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$258.50**



Savage 340

## SAVAGE 340 CLIP REPEATER
**Caliber:** 22 Hornet, 222 Rem., 223 (4-shot) and 30-30 (3-shot).
**Barrel:** 24" and 22" respectively.

**Weight:** About 6½ lbs. **Length:** 40"-42".
**Stock:** Walnut, Monte Carlo, checkered p.g. and fore-end.
**Sights:** Hooded ramp front, folding-leaf rear.
**Features:** Detachable clip magazine, sliding thumb safety, receiver tapped for scope mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$236.00**



Shilen DGA Varmint

## SHILEN DGA RIFLES
**Caliber:** All calibers.
**Barrel:** 24" (Sporter, #2 weight), 25" (Varminter, #5 weight).

**Weight:** 7½ lbs. (Sporter), 9 lbs., (Varminter).
**Stock:** Selected Claro walnut. Barrel and action hand bedded to stock with free-floated barrel, bedded action. Swivel studs installed.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Shilen Model DGA action, fully adjustable trigger with side safety. Stock finish is satin sheen epoxy. Barrel and action non-glare blue-black. From Shilen Rifles, Inc.
**Price:** Sporter or Varminter rifle, from . . . . . . . . . . . . . . . . . . . . . . . . . **$1,400.00**

**CAUTION:**   PRICES CHANGE. CHECK AT GUNSHOP.

## CENTERFIRE RIFLES—BOLT ACTIONS



Smith & Wesson Mountaineer



**Smith & Wesson Model 1500 Deluxe Rifle**
Similar to Standard model except comes without sights, has engine-turned bolt; floorplate has decorative scroll. Stock has skip-line checkering, pistol grip cap with inset S&W seal, white spacers. Sling, swivels and swivel posts are included. Magnum models have vent, recoil pad.
Price: Deluxe, std. cals. .................................... $434.95
Price: Deluxe, magnum cals. ................................ $450.95

**SMITH & WESSON M1500 MOUNTAINEER RIFLE**
Caliber: 222, 223, 22-250, 243, 25-06, 270, 30-06, 308, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag.
Barrel: 22" (24" in magnum calibers.).
Weight: 7½-7¾ lbs. Length: 42" over-all (42½" for 270, 30-06, 7mm).
Stock: American walnut with Monte Carlo comb and cheekpiece; 18-line-per-inch checkering on p.g. and fore-end.
Sights: Hooded ramp gold bead front, open round-notch rear adj. for w. & e. Drilled and tapped for scope mounts.
Features: Trigger guard and magazine box are a single unit with a hinged floorplate. Comes with q.d. swivel studs. Composition non-slip buttplate with white spacer. Magnum models have rubber recoil pad. Introduced 1979.
Price: Standard cals., no sights. ............................. $361.95
Price: Magnum cals., no sights ............................. $377.95
Price: Standard cals., with sights ........................... $388.95
Price: Magnum cals., with sights.. .......................... $403.95



Smith & Wesson Varmint

**Smith & Wesson Model 1500 Varmint Deluxe Rifle**
Similar to the standard 1500 except has a 22" heavy barrel and fully adjustable trigger. Chambered for 222, 22-250 and 223. Weighs 9 lbs. 5 oz. Skipline checkering, q.d. swivels. Introduced 1982.
Price: Blue. .............................................. $456.95
Price: Parkerized, oil finished stock ......................... $469.95



Smith & Wesson Classic Hunter

**Smith & Wesson Model 1700LS "Classic Hunter"**
Similar to the standard Model 1500 except has classic-style stock with tapered fore-end and Schnabel tip, ribbon hand checkering, black rubber butt pad with black spacer; flush mounted sling swivels; removeable 5-shot magazine; jeweled bolt body with knurled bolt knob. Chambered only for 243, 270, 30-06. Introduced 1983.
Price: ................................................... $493.95



Stevens Model 110-ES

**STEVENS MODEL 110-ES BOLT ACTION RIFLE**
Caliber: 243, 308, 30-06; 5-shot magazine.
Barrel: 22".
Weight: 7 lbs. Length: 43" over-all.
Stock: Walnut-finished hardwood with Monte Carlo; checkered p.g. and foreend.
Sights: Removable ramp front, removable adjustable rear.
Features: Comes with 4x scope and mounts; hard rubber buttplate; top tang safety; free-floating barrel. Introduced 1981. From Savage Arms.
Price: Model 110-ES. ...................................... $323.00



Steyr-Mannlicher L

**Steyr-Mannlicher Varmint, Models SL and L**
Similar to standard SL and L except chambered only for: 222 Rem. (SL), 22-250, 243, 308 and optional 5.6x57 (L). Has 26" heavy barrel, no sights (drilled and tapped for scope mounts). Choice of single or double-set triggers. Five-shot detachable magazine.
Price: ................................................... $1,056.10
Price: Optional caliber, add ................................ $73.56
Price: Spare magazine ..................................... $25.00

**STEYR-MANNLICHER MODELS SL & L**
Caliber: SL—222, 222 Rem. Mag., 223; SL Varmint—222; L—22-250, 6mm, 243, 308 Win.; L Varmint—22-250, 243, 308 Win.; L optional cal.—5.6x57.
Barrel: 20" (full stock); 23.6" (half stock).
Weight: 6 lbs. (full stock). Length: 38¼" (full stock).
Stock: Hand checkered walnut. Full Mannlicher or standard half-stock with Monte Carlo.
Sights: Ramp front, open U-notch rear.
Features: Choice of interchangeable single or double set triggers. Five-shot detachable "Makrolon" rotary magazine, 6 rear locking lugs. Drilled and tapped for scope mounts. Imported by Gun South, Inc.
Price: Full Stock .......................................... $1,056.10
Price: Half-stock ......................................... $998.94
Price: Optional caliber, add ................................ $73.56

Compendium_Klarevas
Page 341

# CENTERFIRE RIFLES—BOLT ACTIONS



Steyr-Mannlicher Professional

## Steyr-Mannlicher ML79 "Luxus"

Similar to Steyr-Mannlicher models **L** and **M** except has single-set trigger and detachable 3-shot steel magazine; 6-shot magazine optional. Same calibers as **L** and **M**. Oil finish or high gloss lacquer on stock.

**Price:** Full stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,372.49**
**Price:** Half stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,298.41**
**Price:** Optional cals., add . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$68.77**
**Price:** Extra 3-shot magazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$52.39**

## STEYR-MANNLICHER MODEL M

**Caliber:** 7x64, 7x57, 25-06, 270, 30-06. Left-hand action cals.—7x64, 25-06, 270, 30-06. Optional cals.—6.5x57, 8x57JS, 9.3x62, 6.5x55, 7.5x55.
**Barrel:** 20" (full stock); 23.6" (half stock).
**Weight:** 6.8 lbs. to 7.5 lbs. **Length:** 39" (full stock); 43" (half stock).
**Stock:** Hand checkered walnut. Full Mannlicher or std. half stock with M.C. and rubber recoil pad.
**Sights:** Ramp front, open U-notch rear.
**Features:** Choice of interchangeable single or double set triggers. Detachable 5-shot rotary magazine. Drilled and tapped for scope mounting. Available as "Professional" model with parkerized finish and synthetic stock (right hand action only). Imported by Gun South, Inc.

**Price:** Full stock (carbine) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,056.10**
**Price:** Half stock (rifle) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$998.94**
**Price:** For left hand action add . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**
**Price:** Professional model with iron sights . . . . . . . . . . . . . . . . . . . . . . . . **$897.82**



Steyr-Mannlicher S

## TIKKA MODEL 55 DELUXE RIFLE

**Caliber:** 17 Rem., 222, 22-250, 6mm Rem., 243, 308
**Barrel:** 23".
**Weight:** About 6½ lbs. **Length:** 41½" over-all.
**Stock:** Hand checkered walnut with rosewood fore-end tip and grip cap.
**Sights:** Bead on ramp front, rear adjustable for windage and elevation.
**Features:** Detachable 3-shot magazine with 5- or 10-shot magazines available. Roll-over cheekpiece, palm swell in pistol grip. Adjustable trigger. Receiver dovetailed for scope mounting. Imported from Finland by Mandall and Armsport.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$650.00**
**Price:** QD scope mounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$89.95**

## TRADEWINDS HUSKY MODEL 5000 BOLT RIFLE

**Caliber:** 270, 30-06, 308, 243, 22-250.
**Barrel:** 23¾".
**Weight:** 6 lbs. 11 oz.
**Stock:** Hand checkered European walnut, Monte Carlo, white line spacers on p.g. cap, fore-end tip and butt plate.
**Sights:** Fixed hooded front, adj. rear.
**Features:** Removable mag., full recessed bolt head, adj. trigger. Imported by Tradewinds.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$395.00**

## STEYR-MANNLICHER MODELS S & S/T

**Caliber:** Model S—300 Win. Mag., 338 Win. Mag., 7mm Rem. Mag., 300 H&H Mag., 375 H&H Mag. (6.5x68, 8x68S, 9.3x64 optional); S/T—375 H&H Mag., 458 Win. Mag. (9.3x64 optional).
**Barrel:** 25.6".
**Weight:** 8.4 lbs. (Model S). **Length:** 45" over-all.
**Stock:** Half stock with M.C. and rubber recoil pad. Hand checkered walnut. Available with optional spare magazine inletted in butt.
**Sights:** Ramp front, U-notch rear.
**Features:** Choice of interchangeable single or double set triggers., detachable 4-shot magazine. Drilled and tapped for scope mounts. Imported by Gun South, Inc.

**Price:** Model S . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,258.20**
**Price:** Model ST 375 H&H, 458 Win. Mag. . . . . . . . . . . . . . . . . . . . . . . **$1,332.27**

## VOERE 2155, 2165 BOLT ACTION RIFLE

**Caliber:** 22-250, 270, 308, 243, 30-06, 7x64, 5.6x57, 6.5x55, 8x57 JRS, 7mm Rem. Mag., 300 Win. Mag., 8x68S, 9.3x62, 9.3x64, 6.5x68.
**Stock:** European walnut, hog-back style; checkered pistol grip and fore-end.
**Sights:** Ramp front, open adjustable rear.
**Features:** Mauser-type action with 5-shot detachable box magazine; double set or single trigger; drilled and tapped for scope mounting. Imported from Austria by L. Joseph Rahn. Introduced 1984.

**Price:** Standard calibers, single trigger . . . . . . . . . . . . . . . . . . . . . . . . . . **$423.00**
**Price:** As above, double set triggers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$445.00**
**Price:** Magnum calibers, single trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . **$456.00**
**Price:** As above, double set triggers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$475.00**
**Price:** Full-stock, single trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$551.00**
**Price:** As above, double set triggers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$570.00**



Weatherby Vanguard VGX

## Weatherby Vanguard VGL Rifle

Similar to the standard Vanguard except has a short action, chambered for 243 or 308 only, with 20" barrel. Barrel and action have a non-glare blue finish. Guaranteed to shoot a 1½" 3-shot group at 100 yards. Stock has a non-glare satin finish, hand checkering and a black butt pad with black spacer. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$389.00**

## WEATHERBY VANGUARD VGX, VGS RIFLES

**Caliber:** 22-250, 25-06, 243, 270, and 30-06 (5-shot), 7mm Rem. and 300 Win. Mag. (3-shot).
**Barrel:** 24" hammer forged.
**Weight:** 7⅞ lbs. **Length:** 44½" over-all.
**Stock:** American walnut, p.g. cap and fore-end tip, hand inletted and checkered. 1½" pull.
**Sights:** Optional, available at extra cost.
**Features:** Side safety, adj. trigger, hinged floorplate, receiver tapped for scope mounts. Imported from Japan by Weatherby.
**Price:** VGS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$389.95**
**Price:** VGX—deluxe wood, different checkering, ventilated recoil pad **$479.95**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 342