ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6177
  Fax:  (916) 731-2144
  E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendant Rob Bonta in his
official capacity as Attorney General of the
State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 3:17-cv-01017-BEN-JLB<br><br>**COMPENDIUM OF WORKS CITED IN SUPPLEMENTAL DECLARATION OF LOUIS KLAREVAS**<br><br>**VOLUME 4 OF 6**<br><br>Courtroom:     5A<br>Judge:          Hon. Roger T. Benitez<br>Action Filed:   May 17, 2017 |

1

**INDEX**

2

3

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **BOOKS** | | |
| Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* 238-45, 348-50 (2016) | 6 n.9 | 002-009 |
| **LAW REVIEWS AND JOURNALS** | | |
| Philip J. Cook and John J. Donohue, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 J. of Am. Med. Ass'n 1191 (2022) | 6 n.9 | 011-012 |
| Charles DiMaggio, et al., *Changes in US Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban: Analysis of Open-Source Data*, 86 J. of Trauma & Acute Care Surgery 11 (2019) | 6 n.9 | 013-040 |
| Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017*, 109 Am. J. of Pub. Health 1754 (2019) | 3 n.4 | 041-048 |
| Lori Post, et al., *Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis*, 7 J. of Med. Internet Research: Public Health & Surveillance (2021) | 6 n.9 | 049-059 |
| **OTHER SOURCES** | | |
| *Gun Digest* (John T. Amber ed., 9th ed. 1954) | 7 n.11, 9 tl. 2 | 060-108 |
| *Gun Digest: 19th Anniversary 1965 Deluxe Edition* (John T. Amber ed., 19th ed. 1964) | 9 tl. 2 | 109-159 |
| *Gun Digest: 29th Anniversary 1975 Deluxe Edition* (John T. Amber ed., 1974) | 9 tl. 2 | 161-263 |
| *Gun Digest: 1985 39th Annual Edition* (Ken Warner ed., 39th ed. 1984) | 9 tl. 2 | 265-421 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

| | | |
|---|---|---|
| *Gun Digest: 1995 49th Annual Edition* (Ken Warner ed., 49th ed. 1994) | 8 n.12, 9 tl. 2 | 423-599 |

3

## CENTERFIRE RIFLES—BOLT ACTIONS



Weatherby Mark V

### Weatherby Lazer Mark V Rifle

Same as standard Mark V except stock has extensive laser carving under cheekpiece, on butt, p.g. and fore-end. Introduced 1981.

Price: 22-250, 224 Wea., 24" bbl............................... **$874.95**
Price: As above, 26" bbl..................................... **$889.95**
Price: 240 Wea. thru 300 Wea., 24" bbl........................ **$894.95**
Price: As above, 26" bbl..................................... **$914.95**
Price: 340 Wea............................................... **$914.95**
Price: 378 Wea............................................. **$1,069.95**
Price: 460 Wea............................................. **$1,208.95**

### WEATHERBY MARK V BOLT ACTION RIFLE

Caliber: All Weatherby cals., 22-250 and 30-06
Barrel: 24" or 26" round tapered.
Weight: 6½-10½ lbs. Length: 43¼"-46½".
Stock: Walnut, Monte Carlo with cheekpiece, high luster finish, checkered p.g. and fore-end, recoil pad.
Sights: Optional (extra).
Features: Cocking indicator, adj. trigger, hinged floorplate, thumb safety, quick detachable sling swivels.

Price: Cals. 224 and 22-250, std. bbl........................ **$749.95**
Price: With 26" semi-target bbl.............................. **$764.95**
Price: Cals. 240, 257, 270, 7mm, 30-06 and 300 (4" bbl.) ....... **$769.95**
Price: With 26" No. 2 contour bbl............................ **$789.95**
Price: Cal. 340 (26" bbl.).................................. **$789.95**
Price: Cal. 378 (26" bbl.).................................. **$944.95**
Price: Cal. 460 (26" bbl.)................................ **$1,083.95**



Weatherby Fibermark Rifle

### Weatherby Mark V Rifle Left Hand

Available in all Weatherby calibers except 224 and 22-250 (and 26" No. 2 contour 300WM). Complete left handed action; stock with cheekpiece on right side. Prices are $15 higher than right hand models except the 378 and 460WM are unchanged.

### Weatherby Fibermark Rifle

Same as the standard Mark V except the stock is of fiberglass; finished with a non-glare black wrinkle finish and black recoil pad; receiver and floorplate have low luster blue finish; fluted bolt has a satin finish. Currently available in right-hand model only, 24" or 26" barrel, 240 Weatherby Mag. through 340 Weatherby Mag. calibers. Introduced 1983.

Price: 240 W.M. through 300 W.M., 24" bbl...................... **$869.95**
Price: 240 W.M. through 340 W.M., 26" bbl...................... **$889.95**



Whitworth Express Rifle

### WHITWORTH EXPRESS RIFLE

Caliber: 22-250, 243, 25-06, 270, 7x57, 308, 30-06, 300 Win. Mag., 7mm Rem. Mag., 375 H&H, 458 Win. Mag.
Barrel: 24".
Weight: 7½-8 lbs. Length: 44".

Stock: Classic English Express rifle design of hand checkered, select European Walnut.
Sights: Three leaf open sight calibrated for 100, 200, 300 yards on ¼-rib, ramp front with removable hood (375, 458 only); other calibers have standard open sights.
Features: Solid rubber recoil pad, barrel mounted sling swivel, adjustable trigger, hinged floor plate, solid steel recoil cross bolt. Imported by Interarms.

Price:.................................................... **$490.00**
Price: 375, 458, with express sights......................... **$590.00**
Price: Mannlicher-style carbine, cals. 243, 270, 308, 7x57, 30-06 only, 20" bbl. ........................................ **$650.00**



Wichita Varmint Rifle

### WICHITA CLASSIC RIFLE

Caliber: 17 Rem. thru 308 Win., including 22 and 6mm PPC.
Barrel: 21⅛".
Weight: 8 lbs. Length: 41" over-all.
Stock: AAA Fancy American walnut. Hand-rubbed and checkered (20 l.p.i.). Hand-inletter, glass bedded, steel grip cap. Pachmayr rubber recoil pad.
Sights: None. Drilled and tapped for scope mounting.
Features: Available as single shot or repeater. Octagonal barrel and Wichita action, right or left-hand. Checkered bolt handle. Bolt is hand-fitted, lapped and jewelled. Adjustable Canjar trigger is set at 2 lbs. Side thumb safety. Firing pin fall is ³⁄₁₆". Non-glare blue finish. Shipped in hard Protecto case. From Wichita Arms.

Price: Single shot......................................... **$1,725.00**
Price: With blind box magazine.............................. **$1,855.00**

### WICHITA VARMINT RIFLE

Caliber: 17 Rem. thru 308 Win., including 22 and 6mm PPC.
Barrel: 20⅛".
Weight: 9 lbs. Length: 40⅛" over-all.
Stock: AAA Fancy American walnut. Hand-rubbed finish, hand-checkered, 20 l.p.i. pattern. Hand-inletted, glass bedded steel grip cap, Pachmayr rubber recoil pad.
Sights: None. Drilled and tapped for scope mounts.
Features: Right or left-hand Wichita action with three locking lugs. Available as a single shot or repeater with 3-shot detachable magazine. Checkered bolt handle. Bolt is hand fitted, lapped and jeweled. Side thumb safety. Firing pin fall is ³⁄₁₆". Non-glare blue finish. Shipped in hard Protecto case. From Wichita Arms.

Price: Single shot......................................... **$1,075.00**
Price: With blind box magazine.............................. **$1,205.00**

Compendium_Klarevas
Page 343



Winchester 70 XTR Sporter

## WICHITA MAGNUM STAINLESS RIFLE

**Caliber:** From 270 Win. through 458 Win. Mag.
**Barrel:** 22" or 24".
**Weight:** 8½ lbs. **Length:** 44¾" over-all (24" barrel).
**Stock:** AAA fancy walnut; hand inletted; glass bedded; steel grip cap; Pachmayr rubber recoil pad.
**Sights:** None. Drilled and tapped for Burris scope mounts.
**Features:** Stainless steel barrel and action, round contour. Target grade barrel. Available as a single shot or with a blind magazine. Fully adj. trigger. Bolt is ⅞" in diameter with recessed face. Hand rubbed stock finish, checkered 20 l.p.i. Shipped in a hard case. Introduced 1980. From Wichita Arms.
**Price:** Single shot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,155.00
**Price:** With blind box magazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,285.00

### Winchester 70 XTR Sporter Varmint Rifle

Same as 70 XTR Sporter Magnum except: 223, 22-250 and 243 only, no sights, 24" heavy bbl., 44½" over-all, 9¾ lbs. American walnut Monte Carlo stock with cheekpiece, black serrated buttplate, black fore-end tip, high luster finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $479.95

## WINCHESTER 70 XTR SPORTER MAGNUM

**Caliber:** 264 Win. Mag., 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 3-shot magazine.
**Barrel:** 24".
**Weight:** 7¾ lbs. **Length:** 44½" over-all.
**Stock:** American walnut with Monte Carlo cheekpiece. XTR checkering and satin finish.
**Sights:** Hooded ramp front, adjustable folding leaf rear.
**Features:** Three-position safety, detachable sling swivels, stainless steel magazine follower, rubber butt pad, epoxy bedded receiver recoil lug. Made under license by U.S. Repeating Arms Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $479.95

### Winchester Model 70 XTR Sporter

Same as the Model 70 XTR Sporter Magnum except available only in 270 Win. and 30-06, 5-shot magazine.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $479.95



Winchester 70 XTR Express

## WINCHESTER 70 XTR SUPER EXPRESS MAGNUM

**Caliber:** 375 H&H Mag., 458 Win. Mag., 3-shot magazine.
**Barrel:** 24" (375), 22" (458).
**Weight:** 8½ lbs.
**Stock:** American walnut with Monte Carlo cheekpiece. XTR wrap-around checkering and finish.
**Sights:** Hooded ramp front, open rear.
**Features:** Two steel crossbolts in stock for added strength. Front sling swivel mounted on barrel. Contoured rubber butt pad. Made under license by U.S. Repeating Arms Co.
**Price:** 375 H&H . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $739.95
**Price:** 458 Win . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $769.95



Winchester 70 Lightweight

## WINCHESTER MODEL 70 LIGHTWEIGHT CARBINE

**Caliber:** 270, 30-06 (standard action); 22-250, 223, 243, 308 (short action), both 5-shot magazine.
**Barrel:** 20".
**Weight:** 6¼ lbs. (std.), 6 lbs. (short). **Length:** 40½" over-all (std.), 40" (short).
**Stock:** American walnut with satin finish, deep-cut checkering.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Three position safety; stainless steel magazine follower; hinged floorplate; sling swivel studs. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $349.95



Winchester 70 Featherweight

### Winchester Model 70 XTR Featherweight

Available with standard action in 257 Roberts, 270 Win., 7mm Mauser, 30-06, short action in 22-250, 223, 243, 308; 22" tapered Featherweight barrel; classic-style American walnut stock with Schnabel fore-end, wrap-around XTR checkering fashioned after early Model 70 custom rifle patterns. Red rubber butt pad with black spacer; sling swivel studs. Weighs 6¾ lbs. (standard action), 6½ lbs. (short action). Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $499.95

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 344



# CENTERFIRE RIFLES—SINGLE SHOTS

H&R Model 171

**HARRINGTON & RICHARDSON Model 171 Deluxe**
**Cavalry Model Carbine**
**Caliber:** 45-70 single shot.
**Barrel:** 22″.
**Weight:** 7 lbs. **Length:** 41″.
**Stock:** American walnut with saddle ring and bridle.
**Sights:** Blade front, barrel mounted leaf rear adj. for e.
**Features:** Replica of the 1873 Springfield Carbine. Blue-black finish. Deluxe version has engraved breech block, side lock & hammer.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$395.00**



H&R Model 158

**HARRINGTON AND RICHARDSON 158 RIFLE**
**Caliber:** 30-30, 22 Hornet, single shot.
**Barrel:** 22″ round tapered.
**Weight:** 6 lbs. **Length:** 37″.
**Stock:** Walnut finished hardwood stock and fore-end.
**Sights:** Blade front; folding adj. rear.
**Features:** Side lever break-open action with visible hammer. Easy takedown.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.50**

**Harrington & Richardson Model 058 Combo Gun**
Same as Model 158, except fitted with accessory 20-ga. barrel (26″, Mod.).
**Price:** 22 Hornet, or 30-30 Win., plus 20-ga. . . . . . . . . . . . . . . . . . . . . . **$134.50**
**Price:** Model 258 (as above except nickel finish) 22 Hornet, 30-30, 357 Mag., 357 Max., 44 Mag. (with case) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$184.50**



**HEYM-RUGER Model HR 30/38 RIFLE**
**Caliber:** 243, 6.5x57R, 7x64, 7x65R, 308, 30-06 (standard); 6.5x68R, 300 Win. Mag., 8x68S, 9.3x74R (magnum).
**Barrel:** 24″ (standard cals.), 26″ (magnum cals.).
**Weight:** 6½ to 7 lbs.
**Stock:** Dark European walnut, hand checkered p.g. and fore-end. Oil finish, recoil pad. Full Mannlicher-type or sporter-style with Schnabel fore-end, Bavarian cheekpiece.
**Sights:** Bead on ramp front, leaf rear.
**Features:** Ruger No. 1 action and safety, Canjar single-set trigger, hand-engraved animal motif. Options available include deluxe engraving and stock carving. Imported from West Germany by Paul Jaeger Inc.

Heym-Ruger HR 30/38

**Price:** HR-30N, round bbl., sporter stock, std. cals. . . . . . . . . . . . . . . **$1,995.00**
**Stock:** HR-30G, as above except in mag. cals. . . . . . . . . . . . . . . . . . . **$1,995.00**
**Price:** HR-30L, round bbl., full stock, std. cals. . . . . . . . . . . . . . . . . . . **$2,110.00**
**Price:** For octagon barrel, add . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$250.00**
**Price:** For sideplates with large hunting scenes, add . . . . . . . . . . . . . **$640.00**



Ljutic Space Rifle

**LJUTIC RECOILESS SPACE RIFLE**
**Caliber:** 22-250, 30-30, 30-06, 308; single-shot.
**Barrel:** 24″.
**Weight:** 8¾ lbs. **Length:** 44″ over-all.
**Stock:** Walnut stock and fore-end.
**Sights:** Iron sights or scope mounts.
**Features:** Revolutionary design has anti-recoil mechanism. Twist-bolt action uses six moving parts. Scope and mounts extra. Introduced 1981. From Ljutic Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,495.00**



Ruger No. 1B Rifle

**RUGER NO. 1B SINGLE SHOT**
**Caliber:** 220 Swift, 22-250, 223, 243, 6mm Rem., 25-06, 257 Roberts, 270, 280, 30-06, 7mm Rem. Mag., 300 Win., 338 Win. Mag., 45-70, 458 Win. Mag., 375 H&H Mag.

**Barrel:** 26″ round tapered with quarter-rib; barrel tapped for target scope block.
**Weight:** 8 lbs. **Length:** 42″ over-all.
**Stock:** Walnut, two-piece, checkered p.g. and semi-beavertail fore-end.
**Sights:** None, 1″ scope rings supplied for integral mounts.
**Features:** Under lever, hammerless falling block design has auto ejector, top tang safety. Standard Rifle 1B illus.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$405.00**
**Price:** Barreled action, blued only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$286.50**

Compendium_Klarevas
Page 345

# CENTERFIRE RIFLES—SINGLE SHOTS



Ruger No. 1 Light Sporter

**Ruger No. 1 Light Sporter**
Similar to the No. 1-B Standard Rifle except has lightweight 22" barrel, Alexander Henry style fore-end, adjustable folding leaf rear sight on quarter-rib, dovetailed ramp front with gold bead. Calibers 243, 30-06, 270 and 7x57. Weight about 7¼ lbs.
**Price:** No. 1-A. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$405.00**

**Ruger No. 1 Medium Sporter**
Similar to the No. 1B Standard Rifle except has Alexander Henry style fore-end, adjustable folding leaf rear sight on quarter-rib, ramp front sight base and dovetail-type gold bead front sight. Calibers 7mm Rem. Mag., 338 Win. Mag., 300 Win. Mag., and 45-70 with 22" barrel. Weight about 8 lbs.
**Price:** No. 1-S. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$405.00**



Ruger No. 1 International

**Ruger No. 1 International**
Similar to the No. 1-B Standard Rifle except has lightweight 20" barrel, full length Mannlicher-style fore-end with loop sling swivel, adjustable folding leaf rear sight on quarter rib, ramp front with gold bead. Calibers 243, 30-06, 270 and 7x57. Weight is about 7¼ lbs.
**Price:** No. 1-RSI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$425.00**

**Ruger No. 1 Tropical Rifle**
Similar to the No. 1-B Standard Rifle except has Alexander Henry fore-end, adjustable folding leaf rear sight on quarter-rib, ramp front with dovetail gold bead front, 24" heavy barrel. Calibers 375 H&H (weight about 8¼ lbs.) and 458 Win. Mag. (weight about 9 lbs.).
**Price:** No. 1-H. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$405.00**

**Ruger No. 1 Special Varminter**
Similar to the No. 1-B Standard Rifle except has 24" heavy barrel. Semi-beavertail fore-end, barrel tapped for target scope block, with 1" Ruger scope rings. Calibers 22-250, 220 Swift, 223, 243, 25-06, 6mm, and 280 Rem. Weight about 9 lbs.
**Price:** No. 1-V. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$405.00**



Ruger No. 3 Carbine

**RUGER NO. 3 CARBINE SINGLE SHOT**
**Caliber:** 223, 44 Magnum, 45-70.
**Barrel:** 22" round.
**Weight:** 7¼ lbs. **Length:** 38½".
**Stock:** American walnut, carbine-type.
**Sights:** Gold bead front, adj. folding leaf rear.
**Features:** Same action as No. 1 Rifle except different lever. Has auto ejector, top tang safety, adj. trigger. Drilled and tapped for Ruger bases and Ruger 1" rings.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$284.00**

**NAVY ARMS ROLLING BLOCK RIFLE**
**Caliber:** 45-70.
**Barrel:** 26½".
**Stock:** Walnut finished.
**Sights:** Fixed front, adj. rear.
**Features:** Reproduction of classic rolling block action. Available in Buffalo Rifle (octagonal bbl.) and Creedmore (half round, half octagonal bbl.) models. Made in U.S. by Navy Arms.
**Price:** 18", 26", 30" full octagon barrel . . . . . . . . . . . . . . . . . . . . . . . . . . **$374.00**
**Price:** Creedmore Model, 30" full octagon. . . . . . . . . . . . . . . . . . . . . . . . **$399.00**
**Price:** 30", half-round. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$379.00**
**Price:** 26", half-round. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$374.00**
**Price:** Half-round Creedmore. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.00**

**SHARPS "OLD RELIABLE" RIFLE**
**Caliber:** 45-70, 45-120-3¼" Sharps.
**Barrel:** 28", full octagon, polished blue.
**Weight:** 9½ lbs. **Length:** 45" over-all.
**Stock:** Walnut with deluxe checkering at p.g. and fore-end.
**Sights:** Sporting blade front, folding leaf rear. Globe front, vernier rear optional at extra cost.
**Features:** Falling block, lever action. Color case-hardened hammer, buttplate and action with automatic safety. Available with engraved action for **$97.25** extra. From Shore.
**Price:** Old Reliable. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$377.50**
**Price:** Sporter Rifle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$362.50**
**Price:** Military Carbine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$345.00**
**Price:** Sporter Carbine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$362.50**



Thompson/Center Single Shot

**THOMPSON/CENTER SINGLE SHOT RIFLE**
**Caliber:** 223 Rem., 22-250, 243 Win., 7mm Rem. Mag., 30-06.
**Barrel:** 23".
**Weight:** About 6¾ lbs. **Length:** 39½" over-all.
**Stock:** American black walnut, checkered p.g. and fore-end.
**Sights:** Blade on ramp front, open rear adj. for windage only.
**Features:** Break-open design with interchangeable barrels. Double-set or single-stage trigger function. Cross-bolt safety. Sights removable for scope mounting. Made in U.S. by T/C. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$425.00**
**Price:** Extra barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$140.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 346

## DRILLINGS, COMBINATION GUNS, DOUBLE RIFLES

### ARMSPORT "EMPEROR" 4000 DOUBLE RIFLE
**Caliber:** 243, 270, 284, 7.65, 308, 30-06, 7mm Rem. Mag., 9.3, 300 H&H, 375 H&H; Shotgun barrels in 12, 16 or 20-ga.
**Barrel:** Shotgun barrel length and chokes to customer specs.
**Stock:** Dimensions to customer specs. Stock and fore-end of root walnut.
**Sights:** Rifle barrels have blade front with bead, leaf rear adj. for w.
**Features:** Receiver and sideplates engraved. Gun comes with extra set of barrels fitted to action. Packaged in a hand-made, fitted luggage-type leather case lined with Scotch loden cloth. Introduced 1978. From Armsport.
**Price:** Complete . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$16,300.00**

Consult our Directory pages for the location of firms mentioned.

### ARMSPORT "EMPEROR" 4010 DOUBLE RIFLE
Side-by-side version of the Model 4000 over-under rifle. Available in 243, 270, 284, 7.65, 308, 30-06, 7mm Rem. Mag., 9.3, 300 H&H, 338 Win. and 375 H&H. Shotgun barrels in 16 or 20 ga., choice of length and choke. Comes in fitted luggage-type case.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$12,750.00**

### BERETTA EXPRESS S689 DOUBLE RIFLE
**Caliber:** 9.3x74R, 375 H&H, 458 win. Mag.
**Barrel:** 23″.
**Weight:** 7.7 lbs.
**Stock:** European walnut, checkered grip and fore-end.
**Sights:** Blade front on ramp, open V-notch rear.
**Features:** Boxlock action with silvered, engraved receiver; extractors on S689, ejectors on S689E; double triggers; solid butt pad. Imported from Italy by Beretta U.S.A. Corp. Introduced 1984.
**Price:** S689, 9.3x74R only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,750.00**
**Price:** SSO, 375 H&H, 458 Win. Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . **$7,500.00**



### BROWNING SUPERPOSED CONTINENTAL
**Caliber/Gauge:** 20 ga. x 20 ga. with extra 30-06x30-06 o/u barrel set.
**Barrel:** 20 ga.—26½″ (Mod. & Full, 3″ chambers), vent. rib, with medium raised German nickel silver sight bead. 30-06—24″.
**Weight:** 6 lbs. 14 oz. (rifle barrels), 5 lbs. 14 oz. (shotgun barrels)
**Stock:** Select high grade American walnut with oil finish. Straight grip stock and Schnabel fore-end with 26 lpi hand checkering.
**Sights:** Rifle barrels have flat face gold bead front on matted ramp, folding leaf rear.
**Features:** Action is based on a specially engineered Superposed 20-ga. frame. Single selective trigger works on inertia; let-off is about 4½ lbs. Automatic selective ejectors. Manual top tang safety incorporated with barrel selector. Furnished with fitted luggage-type case. Introduced 1979. Imported from Belgium by Browning.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$5,600.00**

Browning Continental

### BROWNING EXPRESS RIFLE
**Caliber:** 270 or 30-06.
**Barrel:** 24″.
**Weight:** About 6 lbs., 14 oz. **Length:** 41″ over-all.
**Stock:** Select walnut with oil finish; straight grip, Schnabel fore-end; hand checkered to 25 lpi.
**Sights:** Gold bead on ramp front, adjustable folding leaf rear.
**Features:** Specially engineered Superposed action with reinforced breech face. Receiver hand engraved. Single selective trigger, auto. selective ejectors, manual safety. Comes in fitted luggage case. Imported from Belgium by Browning.
**Price:** Either caliber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,925.00**



Colt Sauer Drilling

### COLT SAUER DRILLING
**Caliber/Gauge:** 12 ga., over 30-06, 12 ga. over 243.
**Action:** Top lever, cross bolt, box lock.
**Barrel:** 25″ (Mod. & Full).
**Weight:** 8 lbs. **Length:** 41¾″ over-all.
**Stock:** American walnut, oil finish. Checkered p.g. and fore-end. Black p.g. cap, recoil pad. 14¼″x2″x1½″.
**Sights:** Blade front with brass bead, folding leaf rear.
**Features:** Cocking indicators, tang barrel selector, automatic sight positioner, set rifle trigger, side safety. Blue finish with bright receiver engraved with animal motifs and European-style scrollwork. Imported from West Germany by Colt.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,227.95**



H&R 258 Handy Gun II

### HARRINGTON & RICHARDSON 258 HANDY GUN II
**Caliber/Gauge:** 22 Hornet, 30-30 Win., 357 Mag., 357 Maximum, 44 Mag. with interchangeable 20-ga. 3″ barrel.
**Barrel:** 22″ (rifle), 22″ (Mod.) shotgun.
**Weight:** About 6½ lbs. **Length:** 37″ over-all.
**Stock:** American hardwood with walnut finish.
**Sights:** Bead front on shotgun; ramped blade front, adjustable folding leaf rear on rifle barrel.
**Features:** Interchangeable barrels. All metal parts have H&R Hard-Gard electroless matte nickel finish. Comes with heavy duck case. Introduced 1982.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$184.50**

Compendium_Klarevas
Page 347

## DRILLINGS, COMBINATION GUNS, DOUBLE RIFLES



Heym 22S Combo

### HEYM MODEL 22S SAFETY COMBO GUN

**Caliber/Gauge:** 16 or 20 ga. (2¾", 3") over 22 Hornet, 22 WMR, 222 Rem., 222 Rem. Mag., 223, 243 Win., 5.6x50R, 6.5x57R, 7x57R, 8x57 JRS.
**Barrel:** 24", solid rib.
**Weight:** About 5½ lbs.
**Stock:** Dark European walnut, hand-checkered p.g. and fore-end. Oil finish.
**Sights:** Silver bead ramp front, folding leaf rear.
**Features:** Tang mounted cocking slide, separate barrel selector, single set trigger. Base supplied for quick-detachable scope mounts. Patented rocker-weight system automatically uncocks gun if accidentally dropped or bumped hard. Imported from West Germany. Contact Heym for more data.
**Price:** Model 22S ............................................. $1,390.00
**Price:** Model 22SZ takedown, add .............................. $190.00
**Price:** Scope mounts, add ...................................... $125.00

### Heym Model 37 Side Lock Drilling

Similar to Model 37 Double Rifle Drilling except has 12x12, 16x16 or 20x20 over 5.6x50R Mag., 5.6x57R, 6.5x57R, 7x57R, 7x65R, 8x57JRS, 9.3x74R, 222, 243, 270, 308 or 30-06. Rifle barrel is manually cocked and uncocked.
**Price:** Model 37 with border engraving ......................... $5,190.00
**Price:** As above with engraved hunting scenes ................ $6,170.00

### HEYM MODEL 37B DOUBLE RIFLE DRILLING

**Caliber/Gauge:** 7x65R, 30-06, 8x57JRS, 9.3x74R; 20 ga. (3").
**Barrel:** 25" (shotgun barrel choked Full or Mod.).
**Weight:** About 8½ lbs. **Length:** 42" over-all.
**Stock:** Dark European walnut, hand-checkered p.g. and fore-end. Oil finish.
**Sights:** Silver bead front, folding leaf rear. Available with scope and Suhler claw mounts.
**Features:** Full side-lock construction. Greener-type crossbolt, double under lugs, cocking indicators. Imported from West Germany by Paul Jaeger, Inc.
**Price:** Model 37 double rifle drilling .......................... $6,860.00
**Price:** Model 37 Deluxe (hunting scene engraving) from, ........ $7,840.00



Heym Model 33 Drilling

### HEYM MODEL 33 BOXLOCK DRILLING

**Caliber/Gauge:** 5.6x50R Mag., 5.6x57R, 6.5x57R, 7x57R, 7x65R, 8x57JRS, 9.3x74R, 222, 243, 270, 308, 30-06; 16x16 (2¾"), 20x20 (3").
**Barrel:** 25" (Full & Mod.).
**Weight:** About 6½ lbs. **Length:** 42" over-all.
**Stock:** Dark European walnut, checkered p.g. and fore-end; oil finish.
**Sights:** Silver bead front, folding leaf rear. Automatic sight positioner. Available with scope and Suhler claw mounts.
**Features:** Greener-type crossbolt and safety, double under-lugs. Double set triggers. Plastic or steel trigger guard. Engraving coverage varies with model. Imported from West Germany by Paul Jaeger Inc.
**Price:** Model 33, from .......................................... $3,350.00



Heym Model 88B Double

### HEYM MODEL 88B SIDE-BY-SIDE DOUBLE RIFLE

**Caliber:** 30-06, 8x57JRS, 300 Win. Mag., 9.3x74R, 375 H&H.
**Barrel:** 25".
**Weight:** 7½ lbs. (std. cals), 8½ lbs. (mag.) **Length:** 42" over-all.
**Stock:** Fancy French walnut, classic North American design.
**Sights:** Silver bead post on ramp front, fixed or 3-leaf express rear.
**Features:** Action has complete coverage hunting scene engraving. Available as boxlock or with q.d. sidelocks. Imported from West Germany by Paul Jaeger, Inc.
**Price:** Boxlock, from ........................................... $5,225.00
**Price:** Sidelock, Model 88B-SS, from ........................... $7,325.00
**Price:** Disengageable ejectors, add ............................ $190.00
**Price:** Interchangeable barrels, add ............................ $2,870.00



Heym 55B/77B O/U

### HEYM MODEL 55B/77B O/U DOUBLE RIFLE

**Caliber:** 7x65R, 308, 30-06, 8x57JRS, 9.3x74R; 375 H&H.
**Barrel:** 25".
**Weight:** About 8 lbs., depending upon caliber. **Length:** 42" over-all.
**Stock:** Dark European walnut, hand-checkered p.g. and fore-end. Oil finish.
**Sights:** Silver bead ramp front, open V-type rear.
**Features:** Boxlock or full sidelock; Kersten double crossbolt, cocking indicators; hand-engraved hunting scenes. Options available include interchangeable barrels, Zeiss scopes in claw mounts, deluxe engravings and stock carving, etc. Imported from West Germany by Paul Jaeger, Inc.
**Price:** Model 55B boxlock ...................................... $3,880.00
**Price:** Model 55BSS sidelock ................................... $6,160.00
**Price:** Interchangeable shotgun barrels ........................ $1,715.00

### Heym Model 55BF/77BF O/U Combo Gun

Similar to Model 55B/77B o/u rifle except chambered for 12, 16 or 20 ga. (2¾" or 3") over 5.6x50R, 222 Rem., 5.6x57R, 243, 6.5x57R, 270, 7x57R, 7x65R, 308, 30-06, 8x57JRS, 9.3x74R, or 375 H&H. Has solid rib barrel. Available as boxlock or sidelock, with interchangeable shotgun and rifle barrels.
**Price:** Model 55BF boxlock ..................................... $3,070.00
**Price:** Model 55BFSS sidelock ................................. $5,350.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 348

# DRILLINGS, COMBINATION GUNS, DOUBLE RIFLES

## LEBEAU-COURALLY SIDELOCK DOUBLE RIFLE
**Caliber:** 8x57 JRS, 9.3x74R, 375 H&H, 458 Win.
**Barrel:** 23½" to 26".
**Weight:** 7 lbs., 8 oz. to 9 lbs., 8 oz.
**Stock:** Dimensions to customer specs. Best quality French walnut selected for maximum strength, pistol grip with cheekpiece, splinter or beavertail fore-end; steel grip cap.
**Sights:** Bead on ramp front, express rear on ¼-rib.
**Features:** Holland & Holland pattern sidelock with ejectors, chopper lump barrels; reinforced action with classic pattern; choice of numerous engraving patterns; can be furnished with scope in fitted claw mounts. Imported from Belgium by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$17,900.00**

## LEBEAU-COURALLY BOXLOCK DOUBLE RIFLE
**Caliber:** 8x57 JRS, 9.3x74R, 375 H&H, 458 Win.
**Barrel:** 23½" to 26".
**Weight:** 7 lbs., 8 oz. to 9 lbs., 8 oz.
**Stock:** Dimension to customer specs. Select French walnut, hand rubbed oil finish, pistol grip stock with cheekpiece, splinter or beavertail fore-end.
**Sights:** Bead on ramp front, express rear on ¼-rib.
**Features:** Anson & Deeley boxlock with ejectors and Purdey-type third fastener; choice of classic or rounded action; choice of numerous engraving patterns; can be furnished with scope in fitted claw mounts. Imported from Belgium by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$9,000.00**



## PERUGINI-VISINI DOUBLE RIFLE
**Caliber:** 22 Hornet, 30-06, 7mm Rem. Mag., 7x65R, 9.3x74R, 270 Win., 300 H&H, 338 Win., 375 H&H, 458 Win. Mag., 470 Nitro.
**Barrel:** 22"-26".
**Weight:** 7¼ to 8½ lbs., depending upon caliber. **Length:** 39½" over-all (22" bbl.).
**Stock:** Oil-finished walnut; checkered grip and fore-end; cheekpiece.
**Sights:** Bead on ramp front, express rear on ¼-rib.

Perugini-Visini Double

**Features:** True sidelock action with ejectors; sideplates are hand detachable; comes with leather trunk case. Introduced 1983. Imported from Italy by Wm. Larkin Moore.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$11,000.00**



## PERUGINI-VISINI O/U DOUBLE RIFLE
**Caliber:** 7mm Rem. Mag., 7x65R, 9.3x74R, 270 Win., 338 Win. Mag., 375 H&H, 458 Win. Mag.
**Barrel:** 24".
**Weight:** 8 lbs. **Length:** 40½" over-all.
**Stock:** Oil-finished walnut; checkered grip and fore-end; cheekpiece; rubber recoil pad.
**Sights:** Bead on ramp front, express rear on ¼-rib; Swarovski scope and claw mounts optional.

Perugini-Visini O/U Double

**Features:** Boxlock action with ejectors; silvered receiver, rest blued; double triggers. Comes with trunk case. Deluxe engraving, better wood, etc. available. Introduced 1983. Imported from Italy by Wm. Larkin Moore.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,950.00**

## PERUGINI-VISINI BOXLOCK DOUBLE RIFLE
**Caliber:** 7x65R, 7x57, 308, 9.3x74R, 375 H&H, 444 Marlin, 458 Win. Mag.
**Barrel:** 25".
**Weight:** 8 lbs. **Length:** 41½" over-all.
**Stock:** Oil-finished walnut; checkered grip and fore-end; cheekpiece; rubber recoil pad.
**Sights:** Bead on ramp front, express rear on ¼-rib.
**Features:** Boxlock action with ejectors; color case-hardened receiver; double triggers. Comes with trunk case. Introduced 1983. Imported from Italy by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,950.00**

Perugini-Visini Boxlock Double



Savage Model 24-D

## SAVAGE MODEL 24-D O/U
**Caliber/Gauge:** Top bbl. 22 S, L, LR or 22 Mag.; bottom bbl. 20 or 410 gauge.
**Action:** Bottom opening lever, low rebounding visible hammer, single trigger, barrel selector spur on hammer, separate extractors, color case-hardened frame.
**Barrel:** 24", separated barrels.
**Weight:** 6¾ lbs. **Length:** 40".
**Stock:** Walnut, checkered p.g. (14"x11½"x2½").
**Sights:** Ramp front, rear open adj. for e.
**Features:** Receiver grooved for scope mounting.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$195.50**

### Savage Model 24-V
Similar to Model 24-D except: 22 Hornet, 222 Rem, or 30-30 and 20 ga., 223 or 357 Rem. Max. and 20 ga.; stronger receiver; color case-hardened frame; folding leaf rear sight; receiver tapped for scope.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$242.00**

### Savage Model 24-F.G. O/U
Same as Model 24-D except: color case hardened frame, stock is walnut finished hardwood, no checkering or M.C.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$169.50**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

39TH EDITION, 1985 **345**

# DRILLINGS, COMBINATION GUNS, DOUBLE RIFLES



Savage Model 24-VS

## Savage Model 24-VS Camper/Survival Shotgun
Similar to the standard Model 24-V except satin nickel finish, full-length, tung-oil finished stock and an accessory pistol grip stock. Chambered for 357 Rem. Max. over 20 gauge. Also available in 22 Long Rifle over 20 gauge as Model 24-CS. Introduced 1983.
**Price:** Model 24-VS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$266.50**
**Price:** Model 24-CS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$208.00**



Savage Model 24-C

### SAVAGE MODEL 24-C O/U
**Caliber/Gauge:** Top bbl. 22 S, L, LR; bottom bbl. 20 gauge cyl. bore.
**Action:** Take-down, low rebounding visible hammer. Single trigger, barrel selector spur on hammer.
**Barrel:** 20" separated barrels.
**Weight:** 5¾ lbs. **Length:** 35" (taken down 20").
**Stock:** Walnut finished hardwood, straight grip.
**Sights:** Ramp front, rear open adj. for e.
**Features:** Trap door butt holds one shotshell and ten 22 cartridges, comes with special carrying case. Measures 7"x22" when in case.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.50**

### Valmet 412S American Series
Similar to the 412K except better wood, finer checkering, palm swell on pistol grip, luminous sights, lighter weight, new fore-end latch spring mechanism and improved firing pin mechanism. Introduced 1984.
**Price:** 412S Combination Gun . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$879.00**
**Price:** 412S Double Rifle with extractors . . . . . . . . . . . . . . . . . . . . . . **$1,119.00**
**Price:** As above but with ejectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,169.00**



Valmet 412 K Double

### VALMET 412KE COMBINATION GUN
**Caliber/Gauge:** 12 over 222, 223, 243, 308, 30-06.
**Barrel:** 24" (Imp. & Mod.).
**Weight:** 7⅝ lbs.
**Stock:** American walnut, with recoil pad. Monte Carlo style. Standard measurements 14"x1⅜"x2"x2⅜".
**Sights:** Blade front, flip-up-type open rear.
**Features:** Barrel selector on trigger. Hand checkered stock and fore-end. Barrels are screw-adjustable to change bullet point of impact. Barrels are interchangeable. Introduced 1980. Imported from Finland by Valmet.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$834.00**
**Price:** Extra barrels, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$409.00**
**Price:** Engraved model with full scroll . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,579.00**
**Price:** Engraved with game scenes . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,329.00**

### VALMET 412K DOUBLE RIFLE
**Caliber:** 243, 308, 30-06, 375 Win., 9.3x74R.
**Barrel:** 24"
**Weight:** 8⅝ lbs.
**Stock:** American walnut with Monte Carlo style.
**Sights:** Ramp front, adjustable open rear.
**Features:** Barrel selector mounted in trigger. Cocking indicators in tang. Recoil pad. Valmet scope mounts available. Interchangeable barrels. Introduced 1980. Imported from Finland by Valmet.
**Price:** Extractors, 243, 308, 30-06 . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,069.00**
**Price:** With ejectors, 375 Win., 9.3x74R . . . . . . . . . . . . . . . . . . . . . . . . **$1,119.00**
**Price:** Extra barrels, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$409.00**
**Price:** Engraved model with full scroll . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,819.00**
**Price:** Engraved with game scenes . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,569.00**



Winchester Double Xpress

### WINCHESTER DOUBLE XPRESS O/U RIFLE
**Caliber:** 30-06/30-06, 9.3x74R/9.3x74R, 270/270, 257 Roberts/257 Roberts.
**Barrel:** 23½".
**Weight:** 8½ lbs. **Length:** 39⅝" over-all.
**Stock:** 2½"x1¹¹⁄₁₆"x14⅝". Fancy American walnut with hand checkered pistol grip and fore-end, solid rubber butt pad.
**Sights:** Bead on ramp front, folding leaf rear on quarter-rib.
**Features:** Integral scope bases; q.d. sling swivels. Uses Model 101 action; receiver silvered and engraved, barrels blued. Comes with hard case. Introduced 1982. Imported from Japan by Winchester Group, Olin Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,995.00**

### WINCHESTER SUPER GRADE O/U COMBO
**Caliber/Gauge:** 12 ga. over 30-06.
**Barrel:** 25". Shot barrel uses Winchoke system.
**Weight:** 8½ lbs. **Length:** 41¼" over-all.
**Stock:** 2½"x1¾"x14". Fancy American walnut with hand checkered pistol grip and fore-end; ventilated rubber recoil pad.
**Sights:** Bead front, folding leaf rear.
**Features:** Single selective mechanical trigger, combination barrel selector. Full length top barrel rib with integral scope bases. Uses Model 101 frame. Silvered and engraved receiver, blued barrels. Imported from Japan by Winchester Group, Olin Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,550.00**

### A. ZOLI RIFLE-SHOTGUN O/U COMBO
**Caliber/Gauge:** 12 ga./308 Win., 12 ga./222, 12 ga./30-06.
**Barrel:** Combo—24"; shotgun—28" (Mod. & Full).
**Weight:** About 8 lbs. **Length:** 41" over-all (24" bbl.).
**Stock:** European walnut.
**Sights:** Blade front, flip-up rear.
**Features:** Available with German claw scope mounts on rifle/shotgun barrels. Comes with set of 12/12 (Mod. & Full) barrels. Imported from Italy by Mandall Shooting Supplies.
**Price:** With two barrel sets, without claw mounts . . . . . . . . . . . . . . . **$1,495.00**
**Price:** With two barrel sets, scope and claw mounts . . . . . . . . . . . . . **$1,895.00**

CAUTION: PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 350

# RIMFIRE RIFLES—AUTOLOADERS



AP-74 Rifle

**AP-74 AUTO RIFLE**
**Caliber:** 22 LR, 32 ACP, 15 shot magazine.
**Barrel:** 20" including flash reducer.
**Weight:** 6½ lbs. **Length:** 38½" over-all.

**Stock:** Black plastic.
**Sights:** Ramp front, adj. peep rear.
**Features:** Pivotal take-down, easy disassembly. AR-15 look-alike. Sling and sling swivels included. Imported by EMF.
**Price:**........................................................... **$250.00**
**Price:** With walnut stock and fore-end ............................ **$275.00**
**Price:** 32 ACP.............................................. **$265.00**
**Price:** With wood stock and fore-end ............................ **$290.00**



Anschutz Model 520/61

**ANSCHUTZ DELUXE MODEL 520/61 AUTO**
**Caliber:** 22 LR, 10-shot clip.
**Barrel:** 24".
**Weight:** 6½ lbs. **Length:** 43" over-all.
**Stock:** European hardwood; checkered pistol grip, Monte Carlo comb, beaver-tail fore-end.
**Sights:** Hooded ramp front, folding leaf rear.
**Features:** Rotary safety, empty shell deflector, single stage trigger. Receiver grooved for scope mounting. Introduced 1982. Imported from Germany by PSI.
**Price:**................................................... **$234.00**



Auto-Ordnance 1927A-3

**AUTO-ORDNANCE MODEL 1927A-3**
**Caliber:** 22 LR, 10, 30 or 50-shot magazine.
**Barrel:** 16", finned.
**Weight:** About 7 lbs.
**Stock:** Walnut stock and fore-end.
**Sights:** Blade front, open rear adjustable for windage and elevation.
**Features:** Re-creation of the Thompson Model 1927, only in 22 Long Rifle. Alloy receiver, finned barrel.
**Price:**................................................... **$519.85**

**BINGHAM PPS-50 CARBINE**
**Caliber:** 22 LR, 50-shot drum.
**Barrel:** 16.1".
**Weight:** 6½ lbs. **Length:** 33¾" over-all.
**Stock:** Beechwood (standard), walnut optional.
**Sights:** Blade front, folding leaf rear.
**Features:** Semi-auto carbine with perforated barrel jacket. Standard model has blue finish with oil-finish wood. From Bingham Ltd.
**Price:** Standard .............................................. **$229.95**
**Price:** Deluxe (blue with walnut stock)............................ **$249.95**
**Price:** Duramil (chrome with walnut stock) .......................... **$259.95**

**BINGHAM AK-22 CARBINE**
**Caliber:** 22 LR, 15-shot magazine.
**Barrel:** 17¾".
**Weight:** 6 lbs., 1 oz. **Length:** 35½" over-all.
**Stock:** Beechwood (standard), walnut optional.
**Sights:** Hooded post front, open adjustable rear.
**Features:** Semi-auto rimfire version of the Soviet assault rifle. A 28-shot "Military Look-Alike" magazine optional. From Bingham Ltd.
**Price:** Standard .............................................. **$229.95**
**Price:** Deluxe (walnut stock) ................................... **$249.95**



Browning Auto Rifle

**BROWNING AUTOLOADING RIFLE**
**Caliber:** 22 LR, 11-shot.
**Barrel:** 19¼".
**Weight:** 4¾ lbs. **Length:** 37" over-all.
**Stock:** Checkered select walnut (13¾"x1¹³⁄₁₆"x2⅝") with p.g. and semi-beavertail fore-end.
**Sights:** Gold bead front, folding leaf rear.
**Features:** Engraved receiver is grooved for tip-off scope mount; cross-bolt safety; tubular magazine in buttstock; easy take down for carrying or storage. Imported from Japan by Browning.
**Price:** Grade I.............................................. **$267.95**
**Price:** Grade II .............................................. **$380.00**
**Price:** Grade III .............................................. **$815.00**
**Price:** Also available in Grade I, 22 S (16-shot) ................... **$267.95**

Compendium_Klarevas
Page 351

# RIMFIRE RIFLES—AUTOLOADERS



Browning BAR-22

**BROWNING BAR-22 AUTO RIFLE**
Caliber: 22 LR only, 15-shot tube magazine.
Barrel: 20¼".
Weight: About 6¼ lbs. Length: 38¼" over-all.

**Stock:** French walnut. Cut checkering at p.g. and fore-end.
**Sights:** Gold bead front, folding leaf rear. Receiver grooved for scope mounting.
**Features:** Magazine tube latch locks closed from any position. Cross bolt safety in rear of trigger guard. Trigger pull about 5 lbs. Introduced 1977. Imported from Japan by Browning.
Price: Grade I................................................................ $244.95
Price: Grade II............................................................... $349.95



Charter AR-7 Explorer

**CHARTER AR-7 EXPLORER CARBINE**
**Caliber:** 22 LR, 8-shot clip.
**Barrel:** 16" alloy (steel-lined).
**Weight:** 2½ lbs. **Length:** 34½"/16½" stowed.
**Stock:** Moulded grey Cycloac, snap-on rubber butt pad.
**Sights:** Square blade front, aperture rear adj. for e.
**Features:** Take-down design stores bbl. and action in hollow stock. Light enough to float.
Price: Black or Silvertone finish................................. $107.00



Erma EM-1 Carbine

**Erma EM-1 Carbine**
Similar to the ESG 22 except chambered for 22 LR, 15-shot magazine, 17¾" barrel, weight 5.9 lbs. and over-all length of 35¼", blowback action. Available from Excam, Beeman.
Price: EM-1 (Excam)........................................... $195.00
Price: EM-1 (Beeman) ........................................ $250.00

**ERMA ESG22 GAS-OPERATED CARBINE**
**Caliber:** 22 Mag., 12-shot magazine.
**Barrel:** 19⅜".
**Weight:** 6.8 lbs. **Length:** 37" over-all.
**Stock:** Walnut-stained beech.
**Sights:** Military post front, peep rear adj. for w. & e.
**Features:** Locked breech, gas-operated action. Styled after M-1 Carbine. Comes with web sling and sling bar. Also available as standard blowback action. Receiver grooved for scope mounting. Introduced 1978. From Excam, Beeman.
Price: Gas. 22 Mag. (Excam)................................... $295.00
Price: As above, from Beeman ................................. $375.00



F.I.E. Black Beauty

**F.I.E. GR-8 BLACK BEAUTY AUTO RIFLE**
**Caliber:** 22 LR, 14-shot tubular magazine.
**Barrel:** 19⅝".
**Weight:** 4 lbs. **Length:** 38½" over-all.
**Stock:** Moulded black nylon, checkered pistol grip and fore-end.
**Sights:** Blade on ramp front, adjustable open rear.
**Features:** Made mostly of moulded nylon; tube magazine housed in buttstock; top tang safety; receiver grooved for tip-off scope mounts. Imported from Brazil by F.I.E. Introduced 1984.
Price: ....................................................................... $89.95



H&R Model 700 Auto

**H&R Model 700 Deluxe Rifle**
Same as Model 700 except has select walnut stock with cheekpiece, checkered grip and fore-end, rubber rifle recoil pad. No iron sights; comes with H&R Model 432 4x, 1" tube scope, with base and rings.
Price: ................................................................... $325.00

**HARRINGTON & RICHARDSON Model 700 Auto Rifle**
**Caliber:** 22 Mag., 5-shot clip.
**Barrel:** 22".
**Weight:** 6½ lbs. **Length:** 43¼" over-all.
**Stock:** Walnut, Monte Carlo, full p.g., composition buttplate.
**Sights:** Blade front, folding leaf rear.
**Features:** Drilled and tapped for scope mounting. 10-shot clip available. Made in U.S. by H&R.
Price: ................................................................... $199.50

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# RIMFIRE RIFLES—AUTOLOADERS



H&K Model 270 Auto

## HECKLER & KOCH MODEL 300 AUTO RIFLE
**Caliber:** 22 Mag., 5-shot box mag.
**Barrel:** 19¾".
**Weight:** 5¾ lbs. **Length:** 39½" over-all.
**Stock:** European walnut, Monte Carlo with cheek rest; checkered p.g. and Schnabel fore-end.
**Sights:** Post front adj. for elevation, V-notch rear adj. for windage.
**Features:** Hexagon (polygonal) rifling, comes with sling swivels; straight blow-back inertia bolt action; single-stage trigger (3½-lb. pull). Clamp scope mount with 1" rings available at extra cost. Imported from West Germany by Heckler & Koch, Inc.
**Price:** HK300 .............................................. **$350.00**
**Price:** Scope mount with 1" rings ............................. **$113.00**
**Price:** 15-shot magazine ....................................... **$24.00**

## HECKLER & KOCH HK270 AUTO RIFLE
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 19¾".
**Weight:** 5.5 lbs. **Length:** 38.2" over-all.
**Stock:** European walnut.
**Sights:** Post front, diopter rear adjustable for windage and elevation.
**Features:** Straight blow-back action; 3½ lb. trigger pull. Extra 20-shot magazine available. Receiver grooved for scope mount. Introduced 1978. Imported from West Germany by Heckler & Koch.
**Price:** ...................................................... **$250.00**
**Price:** Scope mount, rings ..................................... **$65.10**
**Price:** 20-shot magazine ....................................... **$24.00**



## IVER JOHNSON TRAILBLAZER RIFLE
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 18½".
**Weight:** 5½ lbs. **Length:** 38" over-all.
**Stock:** American hardwood with checkered pistol grip and fore-end.
**Sights:** Bead front, open rear with elevator.
**Features:** Removable box magazine; receiver grooved for scope mounting. Stock is scaled for the junior shooter. Introduced 1984.
**Price:** ...................................................... **$129.95**

Iver Johnson Trailblazer

## KASSNAR CONCORDE MODEL M-16
**Caliber:** 22 LR, 15-shot magazine.
**Barrel:** 19½", including flash hider/muzzle brake.
**Weight:** 6 lbs. **Length:** 38" over-all.
**Stock:** Mahogany, painted black.
**Sights:** Post front adjustable for elevation, peep rear adjustable for windage.
**Features:** Replica of AR-15 rifle. Comes with carrying sling. Imported from the Philippines by Kassnar.
**Price:** ...................................................... **$139.00**
**Price:** With collapsible buttstock as M-16R ...................... **$149.00**



Kassnar Concorde 20 P/S

## KASSNAR CONCORDE MODEL 20 P/S RIFLE
**Caliber:** 22 Long Rifle, 15-shot magazine.
**Barrel:** 20".
**Weight:** 6 lbs. **Length:** 41" over-all.
**Stock:** Philippine mahogany with walnut finish.
**Sights:** Blade on ramp front, V-notch rear adjustable for elevation.
**Features:** Receiver grooved for scope mounting. Gun comes with 4x scope installed. Imported from the Philippines by Kassnar.
**Price:** ...................................................... **$99.00**
**Price:** Model 2000 (checkered stock, adj. rear sight) .............. **$109.00**



Marlin Model 990

Consult our Directory pages for
the location of firms mentioned.

## MARLIN MODEL 990 SEMI-AUTO RIFLE
**Caliber:** 22 LR, 18-shot tubular magazine.
**Barrel:** 22" Micro-Groove®.
**Weight:** About 5½ lbs. **Length:** 40¾" over-all.
**Stock:** American black walnut, Monte Carlo style with fluted comb and full pistol grip; checkered p.g. and fore-end; white buttplate spacer; Mar-Shield® finish.
**Sights:** Ramp bead front with Wide-Scan™ hood, adjustable folding semi-buckhorn rear.
**Features:** Receiver grooved for tip-off mount; bolt hold-open device; cross-bolt safety. Introduced 1979.
**Price:** ...................................................... **$130.95**

## MARLIN 70 AUTO
**Caliber:** 22 LR, 7-shot clip magazine.
**Barrel:** 18" (16-groove rifling).
**Weight:** 4½ lbs. **Length:** 36½" over-all.
**Stock:** Walnut-finished hardwood with Monte Carlo, full p.g.
**Sights:** Ramp front, adj. open rear. Receiver grooved for scope mount.
**Features:** Receiver top has serrated, non-glare finish; chrome plated trigger; cross-bolt safety; bolt hold-open; chrome plated magazine.
**Price:** Less scope ............................................ **$101.95**

## MARLIN MODEL 75C SEMI-AUTO RIFLE
**Caliber:** 22 LR, 14-shot tubular magazine.
**Barrel:** 18".
**Weight:** 5 lbs. **Length:** 36¾" over-all.
**Stock:** Walnut-finished hardwood; Monte Carlo with full p.g.
**Sights:** Ramp front, adj. open rear.
**Features:** Bolt hold-open device; cross-bolt safety; receiver grooved for scope mounting.
**Price:** ...................................................... **$97.95**

Compendium_Klarevas
Page 353

## RIMFIRE RIFLES—AUTOLOADERS



Marlin Model 995

**MARLIN MODEL 995 SEMI-AUTO RIFLE**
**Caliber:** 22 LR, 7-shot clip magazine
**Barrel:** 18" Micro-Grove®.
**Weight:** 5½ lbs. **Length:** 36¾" over-all.
**Stock:** American black walnut, Monte Carlo-style, with full pistol grip. Checkered p.g. and fore-end; white buttplate spacer; Mar-Shield® finish.
**Sights:** Ramp bead front with Wide-Scan hood; adjustable folding semi-buckhorn rear.
**Features:** Receiver grooved for tip-off scope mount; bolt hold-open device; cross-bolt safety. Introduced 1979.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $122.95

Marlin Model 60

**MARLIN 60 SEMI-AUTO RIFLE**
**Caliber:** 22 LR, 18-shot tubular mag.
**Barrel:** 22" round tapered.
**Weight:** About 5½ lbs. **Length:** 41" over-all.
**Stock:** Walnut finished Monte Carlo.
**Sights:** Ramp front, open adj. rear.
**Features:** Matted receiver is grooved for tip-off mounts. Has new tube magazine closure system.
**Price:** Less scope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $101.95

Mossberg 377 Plinkster

**MOSSBERG 377 PLINKSTER AUTO RIFLE**
**Caliber:** 22 LR, 15-shot tube magazine
**Barrel:** 20" AC-KRO-GRUV.
**Weight:** 6¼ lbs. **Length:** 40" over-all.
**Stock:** Straight line, moulded one-piece thumbhole.
**Sights:** No iron sights. Comes with 4x scope.
**Features:** Walnut texture stock finish, checkered fore-end. Tube magazine loads through port in buttstock. Has bolt hold-open.
**Price:** With 4x scope, about. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $103.00

Mossberg Model 353

**MOSSBERG MODEL 353 AUTO LOADING RIFLE**
**Caliber:** 22 LR, 7-shot clip.
**Barrel:** 18" AC-KRO-GRUV.
**Weight:** 5 lbs. **Length:** 38" over-all.
**Stock:** Walnut, checkered at p.g. and fore-end. Black Tenite two-position fold-down fore-end.
**Sights:** Open step adj. U-notch rear, bead front on ramp.
**Features:** Sling swivels and web strap on left of stock, extension fore-end folds down for steady firing from prone position. Receiver grooved for scope mounting.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $94.95

**MOSSBERG MODEL 380 AUTO RIFLE**
**Caliber:** 22 LR, 15-shot tube magazine.
**Barrel:** 20", tapered, with AC-KRO-GRUV.
**Weight:** About 5½ lbs. with scope.
**Stock:** Walnut-finished hardwood, with black non-slip buttplate.
**Sights:** Bead front, adj. open rear.
**Features:** Receiver grooved for scope mounting. Available with optional 4x scope, mount. Magazine feeds through buttstock. Introduced 1981.
**Price:** With open sights, about. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $91.00
**Price:** With 4x scope, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $95.00

Remington Nylon 66

**Remington Nylon 66BD Auto Rifle**
Same as the Model 66MB except has black stock, barrel, and receiver cover. Black diamond-shape inlay in fore-end. Introduced 1978.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $137.00

**REMINGTON NYLON 66MB AUTO RIFLE**
**Caliber:** 22 LR, 14-shot tubular mag.
**Barrel:** 19⅝" round tapered.
**Weight:** 4 lbs. **Length:** 38½" over-all.
**Stock:** Moulded Mohawk Brown Nylon, checkered p.g. and fore-end.
**Sights:** Blade ramp front, adj. open rear.
**Features:** Top tang safety, double extractors, receiver grooved for tip-off mounts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $137.00

**350** THE GUN DIGEST

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

## RIMFIRE RIFLES—AUTOLOADERS



Remington Model 552A

**REMINGTON 552A AUTOLOADING RIFLE**
**Caliber:** 22 S (20), L (17) or LR (15) tubular mag.
**Barrel:** 21" round tapered.
**Weight:** About 5¾ lbs. **Length:** 40" over-all.
**Stock:** Full-size, walnut-finished hardwood.
**Sights:** Bead front, step open rear adj. for w. & e.
**Features:** Positive cross-bolt safety, receiver grooved for tip-off mount.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $182.00

**Remington Model 552BDL Deluxe Auto Rifle**
Same as Model 552A except: Du Pont RKW finished walnut stock, checkered fore-end and capped p.g. stock. Blade ramp front and fully adj. rear sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $206.00



Ruger 10/22 Sporter

**RUGER 10/22 AUTOLOADING CARBINE**
**Caliber:** 22 LR, 10-shot rotary mag.
**Barrel:** 18½" round tapered.
**Weight:** 5 lbs., 12 oz. **Length:** 36¾" over-all.
**Stock:** Birch with p.g. and bbl. band.
**Sights:** Gold bead front, folding leaf rear adj. for e.
**Features:** Detachable rotary magazine fits flush into stock, cross-bolt safety, receiver tapped and grooved for scope blocks or tip-off mount. Scope base adapter furnished with each rifle.

**Ruger 10/22 Auto Sporter**
Same as 10/22 Carbine except: Walnut stock with hand checkered p.g. and fore-end with straight buttplate, no bbl. band, has sling swivels.
**Price:** Model 10/22 SP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $163.00
**Price:** Model 10/22 RB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $134.50



Stevens 987T

**STEVENS MODEL 987T AUTO RIFLE**
**Caliber:** 22 LR, 15-shot magazine.
**Barrel:** 20".
**Weight:** About 5½ lbs. **Length:** 40½" over-all.
**Stock:** Walnut finish with Monte Carlo; checkered pistol grip and fore-end.
**Sights:** Bead front, open adjustable rear.
**Features:** Top tang safety; metal parts blued. Comes with 4x scope and mount.
**Price:** Model 987T, with scope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $94.75
**Price:** Model 987, without scope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $92.75



Tradewinds Model 260-A

**TRADEWINDS MODEL 260-A AUTO RIFLE**
**Caliber:** 22 LR, 5-shot (10-shot mag. avail.).
**Barrel:** 22½".
**Weight:** 5¾ lbs. **Length:** 41½".
**Stock:** Walnut, with hand checkered p.g. and fore-end.
**Sights:** Ramp front with hood, 3-leaf folding rear, receiver grooved for scope mount.
**Features:** Double extractors, sliding safety. Imported by Tradewinds.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00



Universal Leatherneck

**UNIVERSAL 2200 LEATHERNECK CARBINE**
**Caliber:** 22 LR, 10-shot.
**Barrel:** 18".
**Weight:** 5½ lbs. **Length:** 35¾" over-all.
**Stock:** Birch hardwood with lacquer finish.
**Sights:** Blade front, peep rear adj. for w. & e.
**Features:** Look-alike to the G.I. Carbine except in rimfire. Recoil operated. Metal parts satin-polish blue. Flip-type safety. Optional 30-shot magazine available. Receiver drilled and tapped for scope mounting. Introduced 1979. From Universal Firearms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $227.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 355

## RIMFIRE RIFLES—AUTOLOADERS



**Voere 2115**

### VOERE MODEL 2115 AUTO RIFLE
**Caliber:** 22 LR, 8 or 15-shot magazine.
**Barrel:** 18.1".
**Weight:** 5.75 lbs. **Length:** 37.7" over-all.
**Stock:** Walnut-finished beechwood with cheekpiece; checkered pistol grip and fore-end.
**Sights:** Post front with hooded ramp, leaf rear.
**Features:** Clip-fed autoloader with single stage trigger, wing-type safety. Imported from Austria by L. Joseph Rahn. Introduced 1984.
**Price:** Model 2115 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$234.00**
**Price:** Model 2114S (as above except no cheekpiece, checkering or white line spacers at grip, buttplate) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$218.00**

**Weatherby Mark XXII**

### WEATHERBY MARK XXII AUTO RIFLE, CLIP MODEL
**Caliber:** 22 LR only, 5- or 10-shot clip.
**Barrel:** 24" round contoured.
**Weight:** 6 lbs. **Length:** 42¼" over-all.
**Stock:** Walnut, Monte Carlo comb and cheekpiece, rosewood p.g. cap and fore-end tip. Skip-line checkering.
**Sights:** Gold bead ramp front, 3-leaf folding rear.
**Features:** Thumb operated tang safety. Single shot or semi-automatic side lever selector. Receiver grooved for tip-off scope mount. Single pin release for quick takedown.

**Weatherby Mark XXII Tubular Model**
Same as Mark XXII Clip Model except: 15-shot tubular magazine.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$349.95**

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$339.95**
**Price:** Extra 5-shot clip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$8.00**
**Price:** Extra 10-shot clip . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$10.00**

## RIMFIRE RIFLES—LEVER & SLIDE ACTIONS



**Browning BL-22**

### BROWNING BL-22 LEVER ACTION RIFLE
**Caliber:** 22 S(22), L(17) or LR(15). Tubular mag.
**Barrel:** 20" round tapered.
**Weight:** 5 lbs. **Length:** 36¾" over-all.
**Stock:** Walnut, 2-piece straight grip Western style.
**Sights:** Bead post front, folding-leaf rear.
**Features:** Short throw lever, ½-cock safety, receiver grooved for tip-off scope mounts. Imported from Japan by Browning.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$239.95**
**Price:** Grade II, engraved receiver, checkered grip and fore-end . . . . **$274.95**



**Beeman/Erma EG722**

### ERMA EG73 LEVER ACTION CARBINE
**Caliber:** 22 Mag., 12-shot magazine.
**Barrel:** 19¼".
**Weight:** 6 lbs. **Length:** 37⅜" over-all.
**Stock:** Walnut-stained beech.
**Sights:** Hooded ramp front, buckhorn rear. Receiver grooved for scope mounting.
**Features:** Tubular magazine, side ejection. Introduced 1978. Imported by Excam.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$229.00**

### BEEMAN/ERMA EG722 RIFLE
**Caliber:** 22 Short, Long, Long Rifle, 21, 17, 15 rounds.
**Barrel:** 18½".
**Weight:** 5½ lbs. **Length:** 36½" over-all.
**Stock:** Walnut-stained beechwood, grooved fore-end.
**Sights:** Hooded blade front, leaf rear adjustable for elevation.
**Features:** Blue finish; tubular magazine under barrel. Receiver grooved for scope mounting. Imported by Beeman. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$275.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# RIMFIRE RIFLES—LEVER & SLIDE ACTIONS



Erma EG712

**Erma Lever Action Carbines**

Model EG712. Similar to Magnum model except chambered for 22 S, L, LR with magazine capacity of 21, 17 and 15 respectively. Barrel length is 18½", weight is 5½ lbs. Introduced 1978.

**Price:** From Excam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$204.00**
**Price:** From Beeman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$285.00**

Model EG712 L. As above except has European walnut stock, engraved nickel silver receiver, heavy octagonal barrel. Imported by Excam. Introduced 1978.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$300.00**

Marlin 1894M

**MARLIN MODEL 1894M CARBINE**
**Caliber:** 22 Mag., 11-shot magazine.
**Barrel:** 20" Micro-Groove®.

**Weight:** 6 lbs. **Length:** 37½" over-all.
**Stock:** Straight grip stock of American black walnut, Mar-Shield® finish.
**Sights:** Ramp front with brass bead, adjustable semi-buckhorn folding rear.
**Features:** Has new hammer block safety. Side-ejecting solid-top receiver tapped for scope mount or receiver sight; squared finger lever, reversible off-set hammer spur for scope use. Scope shown is optional. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$280.95**

Marlin Golden 39A

**MARLIN GOLDEN 39A LEVER ACTION RIFLE**
**Caliber:** 22 S(26), L(21), LR(19), tubular magazine.
**Barrel:** 24" Micro-Groove®.
**Weight:** 6½ lbs. **Length:** 40" over-all.
**Stock:** American black walnut with white line spacers at p.g. cap and buttplate; Mar-Shield® finish.
**Sights:** Bead ramp front with detachable "Wide-Scan"™ hood, folding rear semi-buckhorn adj. for w. and e.
**Features:** Take-down action, receiver tapped for scope mount (supplied), off-set hammer spur.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$252.95**

**MARLIN GOLDEN 39M CARBINE**
**Caliber:** 22 S(21), L(16), LR(15), tubular magazine.
**Barrel:** 20" Micro-Groove®.
**Weight:** 6 lbs. **Length:** 36" over-all.
**Stock:** American black walnut, straight grip, white line buttplate spacer. Mar-Shield® finish.
**Sights:** "Wide-Scan"™ ramp front with hood, folding rear semi-buckhorn adj. for w. and e.
**Features:** Squared finger lever. Receiver tapped for scope mount (supplied) or receiver sight, offset hammer spur, take-down action.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$252.95**



Remington Model 572

**REMINGTON 572 FIELDMASTER PUMP RIFLE**
**Caliber:** 22 S(20), L(17) or LR(14). Tubular mag.
**Barrel:** 21" round tapered.
**Weight:** 5½ lbs. **Length:** 42" over-all.
**Stock:** Walnut-finished hardwood with p.g. and grooved slide handle.
**Sights:** Blade ramp front; sliding ramp rear adj. for w. & e.
**Features:** Cross-bolt safety, removing inner mag. tube converts rifle to single shot, receiver grooved for tip-off scope mount.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.00**
**Price:** Sling and swivels installed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$21.05**

**Remington Model 572 BDL Deluxe**
Same as the 572 except: p.g. cap, walnut stock with RKW finish, checkered grip and fore-end, ramp front and fully adj. rear sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$213.00**
**Price:** Sling and swivels installed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$21.05**



Consult our Directory pages for the location of firms mentioned.

**ROSSI 62 SA PUMP RIFLE**
**Caliber:** 22 S, L or LR, 22 Mag.
**Barrel:** 23", round or octagon.
**Weight:** 5¾ lbs. **Length:** 39¼" over-all.
**Stock:** Walnut, straight grip, grooved fore-end.
**Sights:** Fixed front, adj. rear.
**Features:** Capacity 20 Short, 16 Long or 14 Long Rifle. Quick takedown. Imported from Brazil by Interarms.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.00**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$164.00**
**Price:** Blue, with octagon barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$174.00**
**Price:** 22 Mag., as Model 59 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$184.00**

**Rossi 62 SAC Carbine**
Same as standard model except has 16¼" barrel. Magazine holds slightly fewer cartridges.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.00**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$164.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 357

# RIMFIRE RIFLES—LEVER & SLIDE ACTIONS



Winchester 9422

**Winchester 9422M XTR Lever Action Rifle**
Same as the 9422 except chambered for 22 Mag. cartridge, has 11-round mag. capacity.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $309.95

**WINCHESTER 9422 XTR LEVER ACTION RIFLE**
**Caliber:** 22 S(21), L(17), LR(15). Tubular mag.
**Barrel:** 20½". (16" twist).
**Weight:** 6¼ lbs. **Length:** 37⅛" over-all.
**Stock:** American walnut, 2-piece, straight grip (no p.g.).
**Sights:** Hooded ramp front, adj. semi-buckhorn rear.
**Features:** Side ejection, receiver grooved for scope mounting, takedown action. Has XTR wood and metal finish. Made under license by U.S. Repeating Arms Co.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $309.95

# RIMFIRE RIFLES—BOLT ACTIONS & SINGLE SHOTS



Anschutz 1416/1516

**Anschutz 1418D/1518D Deluxe Rifles**
Similar to the 1416D/1516D rifles except has full length Mannlicher-style stock, shorter 19¾" barrel. Weighs 5½ lbs. Stock has buffalo horn Schnabel tip. Double set trigger available on special order. Model 1418D chambered for 22 LR, 1518D for 22 Mag. Imported from Germany by PSI.
Price: 1418D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $490.00
Price: 1518D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $499.00

**ANSCHUTZ DELUXE 1416/1516 RIFLES**
**Caliber:** 22 LR (1416D), 5-shot clip, 22 Mag. (1516D), 4-shot clip.
**Barrel:** 22½".
**Weight:** 6 lbs. **Length:** 41" over-all.
**Stock:** European walnut; Monte Carlo with cheekpiece, Schnabel fore-end, checkered pistol grip and fore-end.
**Sights:** Hooded ramp front, folding leaf rear.
**Features:** Uses Model 1403 target rifle action. Adjustable single stage trigger. Receiver grooved for scope mounting. Imported from Germany by PSI.
Price: 1416D, 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $350.00
Price: 1516D, 22 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $353.00



Anschutz 1422/1522

**Anschutz 1422D/1522D Custom Rifles**
Similar to the Classic models except have roll-over Monte Carlo cheekpiece, slim fore-end with Schnabel tip, Wundhammer palm swell on pistol grip, rosewood grip cap with white diamond insert. Skip-line checkering on grip and fore-end. Introduced 1982. Imported from Germany by PSI.
Price: 1422D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $598.00
Price: 1522D. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $598.00

**ANSCHUTZ 1422D/1522D CLASSIC RIFLES**
**Caliber:** 22 LR (1422D), 5-shot clip, 22 Mag. (1522D), 4-shot clip.
**Barrel:** 24".
**Weight:** 7¼ lbs. **Length:** 43" over-all.
**Stock:** Select European walnut; checkered pistol grip and fore-end.
**Sights:** Hooded ramp front, folding leaf rear.
**Features:** Uses Match 54 action. Adjustable single stage trigger. Receiver drilled and tapped for scope mounting. Introduced 1982. Imported from Germany by PSI.
Price: 1422D (22 LR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $564.00
Price: 1522D (22 Mag.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $564.00



Cabanas Varmint

**BINGHAM "BANTAM" BOLT ACTION**
**Caliber:** 22 LR or 22 Mag., single shot.
**Barrel:** 18½".
**Weight:** 3¼ lbs. **Length:** 34" over-all.
**Stock:** Walnut finished hardwood.
**Sights:** Hooded ramp front, open adjustable rear.
**Features:** Classic-style stock, visual safe/fire indicator, manually cocked action. From Bingham Ltd.
Price: 22 LR or 22 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $119.95

**CABANAS MASTER BOLT ACTION RIFLE**
**Caliber:** 177, round ball or pellet; single shot.
**Barrel:** 19½".
**Weight:** 8 lbs. **Length:** 45½" over-all.
**Stock:** Walnut target-type with Monte Carlo.
**Sights:** Blade front, fully adjustable rear.
**Features:** Fires round ball or pellet with 22-cal. blank cartridge. Bolt action. Imported from Mexico by Mandall Shooting Supplies. Introduced 1984.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $149.95
Price: Varmint model (21½" barrel, 4½ lbs., 41" o.a.l., varmint-type stock) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $109.95

**Cabanas Espronceda IV Bolt Action Rifle**
Similar to the Leyre model except has full sporter stock, 18¾" barrel, 40" over-all length, weighs 5½ lbs.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $119.95

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 358

## RIMFIRE RIFLES—BOLT ACTIONS & SINGLE SHOTS



Cabanas Master

**Cabanas Leyre Bolt Action Rifle**
Similar to Master model except 44" over-all, has sport/target stock.
**Price:** ............................................................... **$134.95**
**Price:** Model R83 (17" barrel, hardwood stock, 40" o.a.l.) ............ **$79.95**
**Price:** Mini 82 Youth (16½" barrel, 33" o.a.l., 3½ lbs.) .............. **$69.95**

Chipmunk Single Shot

**CHIPMUNK SINGLE SHOT RIFLE**
**Caliber:** 22, S, L, LR, or 22 Mag., single shot.
**Barrel:** 16⅛".
**Weight:** About 2½ lbs. **Length:** 30" over-all.
**Stock:** American walnut.
**Sights:** Post on ramp front, peep rear adj. for windage and elevation.
**Features:** Drilled and tapped for scope mounting using special Chipmunk base
   ($9.95). Made in U.S.A. Introduced 1982. From Chipmunk Mfg.
**Price:** ............................................................... **$119.95**
**Price:** Fully engraved Presentation Model with hand checkered fancy
   stock ............................................................... **$500.00**

Clayco Model 4

**CLAYCO MODEL 4 BOLT ACTION RIFLE**
**Caliber:** 22 LR, 5-shot clip.
**Barrel:** 24".
**Weight:** 5¾ lbs. **Length:** 42" over-all.
**Stock:** Hardwood with walnut finish.
**Sights:** Ramp front with bead, open rear adjustable for windage and elevation.
**Features:** Wing-type safety on rear of bolt. Receiver grooved for tip-off scope
   mount. Black composition buttplate and pistol grip cap. Introduced 1983. Im-
   ported from China by Clayco Sports Ltd.
**Price:** ............................................................... **$150.00**

H&R Model 865

**HARRINGTON & RICHARDSON MODEL 865 RIFLE**
**Caliber:** 22 S, L or LR. 5-shot clip mag.
**Barrel:** 22" round tapered.
**Weight:** 5 lbs. **Length:** 39" over-all.
**Stock:** Walnut finished hardwood with Monte Carlo and p.g.
**Sights:** Blade front, step adj. open rear.
**Features:** Cocking indicator, sliding side safety, receiver grooved for tip-off
   scope mounts.
**Price:** ............................................................... **$99.50**

**HARRINGTON & RICHARDSON MODEL 750**
**Caliber:** 22 S, L or LR, single shot.
**Barrel:** 22" round tapered.
**Weight:** 5 lbs. **Length:** 39" over-all.
**Stock:** Walnut finished hardwood with Monte Carlo comb and p.g.
**Sights:** Blade front, step adj. open rear.
**Features:** Double extractors, feed platform, cocking indicator, sliding side
   safety, receiver grooved for tip-off scope mount.
**Price:** ............................................................... **$89.50**

Kassnar Concorde 1400

**KASSNAR CONCORDE M-1400 RIFLE**
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 23".
**Weight:** 7 lbs. **Length:** 41½" over-all.
**Stock:** Philippine mahogany, hand checkered.
**Sights:** Blade on ramp front, open rear adjustable for windage and elevation.
**Features:** Blued metal; twin striking locks. Imported by Kassnar.
**Price:** ............................................................... **$129.00**
**Price:** Model 14 P/S (no checkering, 4x scope installed) ............ **$99.00**
**Price:** Model 1500 (22 Mag. version of M1400) .................. **$149.00**

# RIMFIRE RIFLES—BOLT ACTIONS & SINGLE SHOTS



Kimber Model 82

## KIMBER MODEL 82 BOLT ACTION RIFLE

**Caliber:** 22 LR, 22 Mag.; 5-shot detachable magazine (LR), 4-shot (Mag.).
**Barrel:** 22½"; 6-grooves; 1-in 16" twist.
**Weight:** About 6¼ lbs. **Length:** 42" over-all.
**Stock:** Three styles available. "Classic" is Claro walnut with plain, straight comb; "Cascade" has Monte Carlo comb with cheekpiece; "Custom Classic" is of fancy select grade Claro walnut, ebony fore-end tip, Niedner-style buttplate. All have 18 lpi hand cut, borderless checkering, steel grip cap, checkered steel buttplate.
**Sights:** Hooded ramp front with bead, folding leaf rear (optional).

**Features:** High quality, adult-sized, bolt action rifle. Barrel screwed into receiver; rocker-type silent safety; twin rear locking lugs. All steel construction. Fully adjustable trigger; receiver grooved for Kimber scope mounts. High polish blue. Barreled actions available. Made in U.S.A. Introduced 1979.
**Price:** 22 LR Classic stock, no sights .............................. $495.00
**Price:** As above, Cascade stock ................................. $545.00
**Price:** As above, Custom Classic .............................. $625.00
**Price:** 22 Mag Classic stock, no sights......................... $568.00
**Price:** As above, Cascade stock ................................. $618.00
**Price:** As above, Custom Classic stock ......................... $698.00
**Price:** Extra 22 LR 5-shot clip ................................. $12.00
**Price:** Extra 22 LR 10-shot clip ............................... $13.50
**Price:** Extra 22 Mag. 4-shot clip............................... $15.00
**Price:** Kimber scope mounts, from .............................. $45.00
**Price:** Optional open sights fitted............................. $55.00



## Kimber Model 82, 84 Super America

Similar to the standard Model 82 except has the Classic stock only of specially selected, high-grade, California claro walnut, with Continental cheekpiece; borderless, full-coverage 22 lpi checkering; Niedner-type checkered steel buttplate; comes with quick-detachable, double lever scope mounts and barrel quarter-rib which has a folding leaf sight. Available in 22 Long Rifle, 22 Magnum, 22 Hornet, 223 Rem.
**Price:** 22 Long Rifle, less 4x scope............................ $950.00
**Price:** 22 Mag., less scope .................................... $1,023.00
**Price:** 22 Hornet, less scope.................................. $1,073.00
**Price:** Model 84, 223 ........................................ $1,105.00

> Consult our Directory pages for
> the location of firms mentioned.

Kimber Super America

## KLEINGUENTHER K-22 BOLT ACTION RIFLE

**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 21½".
**Weight:** 6½ lbs. **Length:** 40" over-all.
**Stock:** Walnut-stained beechwood; Monte Carlo; hand-cut checkering; sling swivels.
**Sights:** None furnished, drilled and tapped for scope mounting. Iron sights optional.
**Features:** Action has two forward locking lugs, 60° bolt lift; adjustable trigger (optional double set); silent safety locks sear, trigger and trigger lever. Will shoot into ½" or less at 50 yds. Imported from West Germany and accurized by Kleinguenther. Introduced 1984.
**Price:** ............................................... $366.00
**Price:** For 22 Mag. add ..................................... $99.00
**Price:** Double set trigger.................................... $125.00



Krico 302

## KRICO MODEL 304 BOLT ACTION RIFLE

**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 19.5".
**Weight:** 6 lbs. **Length:** 38½" over-all.
**Stock:** Select European walnut; full length Mannlicher-style with curved European comb and cheekpiece; cut checkered grip and fore-end.
**Sights:** Blade front on ramp, open rear adjustable for windage.
**Features:** Single or double set trigger; blued steel fore-end cap; detachable box magazine. Imported from West Germany by Krico North America.
**Price:** .......................................... $549.50

## KRICO MODEL 302 BOLT ACTION RIFLE

**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 23.5".
**Weight:** 6.5 lbs. **Length:** 43" over-all.
**Stock:** European walnut with straight American-style comb; cut checkered grip and fore-end.
**Sights:** Hooded blade front on ramp, open rear adjustable for windage.
**Features:** Dual extractors; single, match or double set triggers available; detachable box magazine. Imported from West Germany by Krico North America.
**Price:** ........................................... $495.50



Krico 120M

## KRICO MODEL 120M MILITARY TRAINER

**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 19½".
**Weight:** 6 lbs. **Length:** 36" over-all.
**Stock:** European hardwood.
**Sights:** Hooded blade front, tangent rear adjustable for elevation.
**Features:** Receiver grooved for scope mounting; adjustable trigger; polished blued metal, oil finish wood. Imported from West Germany by Morris Lawing. Introduced 1984.
**Price:** ........................................... $249.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 360

## RIMFIRE RIFLES—BOLT ACTIONS & SINGLE SHOTS



Marlin Model 780

**MARATHON 22 LONG RIFLE BOLT ACTION**
**Caliber:** 22 LR, single shot.
**Barrel:** 24".
**Weight:** 4.9 lbs. **Length:** 41½" over-all.
**Stock:** Select hardwood.
**Sights:** Bead front, step-adjustable open rear.
**Features:** Blued metal parts; receiver grooved for scope mounting. Also available as a kit, requiring assembly and metal and wood finishing. Introduced 1984. Imported from Spain by Marathon.
**Price:** Finished .................................................. **$84.95**
**Price:** Kit ...................................................... **$59.95**

**MARLIN 780 BOLT ACTION RIFLE**
**Caliber:** 22 S, L, or LR; 7-shot clip magazine.
**Barrel:** 22" Micro-Groove.
**Weight:** 5½ lbs. **Length:** 41".
**Stock:** Monte Carlo American black walnut with checkered p.g. and fore-end. White line spacer at buttplate. Mar-Shield® finish.
**Sights:** "Wide-Scan"™ ramp front, folding semi-buckhorn rear adj. for w. & e.
**Features:** Gold plated trigger, receiver anti-glare serrated and grooved for tip-off scope mount.
**Price:** ................................................... **$124.95**

**Marlin 781 Bolt Action Rifle**
Same as the Marlin 780 except: tubular magazine holds 25 Shorts, 19 Longs or 17 Long Rifle cartridges. Weight 6 lbs.
**Price:** ................................................... **$129.95**



Marlin Model 783

**Marlin 782 Bolt Action Rifle**
Same as the Marlin 780 except: 22 Rimfire Magnum cal. only, weight about 6 lbs. Sling and swivels attached
**Price:** ................................................... **$138.95**

**Marlin 783 Bolt Action Rifle**
Same as Marlin 782 except: Tubular magazine holds 12 rounds of 22 Rimfire Magnum ammunition.
**Price:** ................................................... **$143.95**

**Marlin 25 Bolt Action Repeater**
Similar to Marlin 780, except: walnut finished p.g. stock, adjustable open rear sight, ramp front.
**Price:** ................................................... **$101.95**



Marlin Model 25

**Marlin Model 25M Bolt Action Rifle**
Similar to the Model 25 except chambered for 22 Mag. Has 7-shot clip magazine, 22" Micro-Groove® barrel, walnut-finished hardwood stock. Introduced 1983.
**Price:** ................................................... **$115.95**

Marlin 15Y Little Buckaroo

**Marlin Model 15Y "Little Buckaroo" Rifle**
Similar to the standard Model 15 rifle except is shorter and lighter. Buttstock, fore-end and barrel have been scaled down for young shooters. Barrel length is 16¼", over-all length is 33¼", and weight is 4¼ lbs. Comes with 4x15 scope and mount. Introduced 1984.
**Price:** With scope and mount................................... **$96.95**

**MARLIN MODEL 15 BOLT ACTION RIFLE**
**Caliber:** 22, S, L, LR, single shot.
**Barrel:** 22".
**Weight:** 5½ lbs. **Length:** 41" over-all.
**Stock:** Walnut-finished hardwood with Monte Carlo and full p.g.; Mar-Shield® finish.
**Sights:** Ramp front, adjustable open rear.
**Features:** Receiver grooved for tip-off scope mount; thumb safety; red cocking indicator.
**Price:** ................................................... **$96.95**



Mossberg Model 341

**MOSSBERG MODEL 341 RIFLE**
**Caliber:** 22 S, L, LR, 7-shot clip.
**Barrel:** 24" AC-KRO-GRUV.
**Weight:** 6½ lbs. **Length:** 43½" over-all.
**Stock:** Walnut, checkered p.g. and fore-end, Monte Carlo and cheekpiece. Buttplate with white line spacer.
**Sights:** Bead front, U-notch rear adj. for w. and e.
**Features:** Sliding side safety, 8 groove rifling.
**Price:** About ................................................. **$94.95**

# RIMFIRE RIFLES—BOLT ACTIONS & SINGLE SHOTS



Ruger 77/22

**MOSSBERG MODEL 640K CHUCKSTER**
**Caliber:** 22 Mag. 5-shot clip mag.
**Barrel:** 24" AC-KRO-GRUV.
**Weight:** 6¼ lbs. **Length:** 44¾" over-all.
**Stock:** Walnut, checkered p.g. and fore-end, Monte Carlo comb and cheek-piece.
**Sights:** Ramp front with bead, fully adj. leaf rear.
**Features:** Grooved trigger, sliding side safety, double extractors, receiver grooved for tip-off scope mounts and tapped for aperture rear sight.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$104.00**

**RUGER 77/22 RIMFIRE BOLT ACTION RIFLE**
**Caliber:** 22 Long Rifle, 10-shot magazine.
**Barrel:** 20".
**Weight:** About 5¾ lbs. **Length:** 39¼" over-all.
**Stock:** Straight-grained American walnut.
**Sights:** Gold bead front, adjustable folding leaf rear.
**Features:** Mauser-type action uses Ruger's 10-shot rotary magazine; 3-position safety; simplified bolt stop; patented bolt locking system. Uses the dual-screw barrel attachment system of the 10/22 rifle. Integral scope mounting system with 1" Ruger rings. Announced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$275.00**



Stevens Model 35

**STEVENS MODEL 35 BOLT ACTION RIFLE**
**Caliber:** 22 LR or 22 Mag. (Model 35-M); detachable 5-shot clip.
**Barrel:** 22".
**Weight:** 4¾ lbs. **Length:** 41" over-all.
**Stock:** Walnut-finished hardwood.
**Sights:** Ramp front, step-adjustable open rear.
**Features:** Checkered pistol grip and fore-end. Receiver grooved for scope mounting. Introduced 1982. From Savage Arms.
**Price:** Model 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$94.00**
**Price:** Model 35-M . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$97.50**
**Price:** Model 36 (22 LR, single shot). . . . . . . . . . . . . . . . . . . . . . . . . . . **$89.95**



Savage-Stevens 72

**SAVAGE-STEVENS MODEL 72 CRACKSHOT**
**Caliber:** 22 S, L, LR, single shot.
**Barrel:** 22" octagonal.
**Weight:** 4½ lbs. **Length:** 37" over-all.
**Stock:** Walnut, straight grip and fore-end.
**Sights:** Blade front, step adj. rear.
**Features:** Falling block action, color case hardened frame.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$131.00**

**SAVAGE-STEVENS MODEL 89**
**Caliber:** 22 LR, single shot.
**Barrel:** 18½".
**Weight:** 5 lbs. **Length:** 35" over-all.
**Stock:** Walnut finished hardwood.
**Sights:** Blade front, step adj. rear.
**Features:** Single-shot Martini-type breech block. Hammer must be cocked by hand independent of lever prior to firing. Automatic ejection. Satin black frame finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$80.50**



Springfield Armory M6

**SPRINGFIELD ARMORY M6 SURVIVAL RIFLE**
**Caliber:** 22 LR over 410 shotgun.
**Barrel:** 18".
**Weight:** 3½ lbs. **Length:** 31½" over-all.
**Stock:** Steel, folding, with magazine for nine 22 LR, four 410 cartridges.
**Sights:** Blade front, military aperture for 22; V-notch for 410.
**Features:** All metal construction. Designed for quick disassembly and minimum maintenance. Folds for compact storage. Introduced 1982. Made in U.S. by Springfield Armory.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$136.00**



Voere 1007

**VOERE MODEL 1007/1013 BOLT ACTION RIFLE**
**Caliber:** 22 LR (M1007 Biathlon), 22 Mag. (M1013).
**Barrel:** 18".
**Weight:** About 5½ lbs. (M1007)
**Stock:** Oil-finished beechwood.
**Sights:** Hooded front, open adjustable rear.
**Features:** Single-stage trigger (M1013 available with double set). Military-look stock; sling swivels. Convertible to single shot. Imported from Austria by L. Joseph Rahn. Introduced 1984.
**Price:** 1007 Biathlon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$203.00**
**Price:** 1013 22 Mag. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$301.00**

**CAUTION:**  PRICES CHANGE. CHECK AT GUNSHOP.

# COMPETITION RIFLES—CENTERFIRE & RIMFIRE



Anschutz Mark 2000

## ANSCHUTZ MODEL 1403D MATCH RIFLE
**Caliber:** 22 LR only. Single shot.
**Barrel:** 26" round (11/16" dia.)
**Weight:** 7¾ lbs. **Length:** 44" over-all.
**Stock:** Walnut finished hardwood, cheekpiece, checkered p.g., beavertail fore-end, adj. buttplate.
**Sights:** None furnished.
**Features:** Sliding side safety, adj. single stage trigger, receiver grooved for Anschutz sights. Imported from West Germany by PSI.
**Price:** Without sights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$379.00**
**Price:** 1403DL (left hand) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$401.00**
**Price:** Match sight set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$107.50**

## ANSCHUTZ MARK 2000 TARGET RIFLE
**Caliber:** 22 LR, single-shot.
**Barrel:** 26", heavy. 7/8" diameter.
**Weight:** 8 lbs. **Length:** 43" over-all.
**Stock:** Walnut finished hardwood.
**Sights:** Globe front (insert-type), micro-click peep rear.
**Features:** Action similar to the Anschutz Model 1403D. Stock has thumb groove, Wundhammer swell p.g., adjustable hand stop and sling swivel. Imported from West Germany by PSI.
**Price:** Without sights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$195.00**
**Price:** Sight set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$30.00**

## ANSCHUTZ MODEL 64-MS
**Caliber:** 22 LR, single shot.
**Barrel:** 21¾", medium heavy, 7/8" diameter.
**Weight:** 8 lbs. 1 oz. **Length:** 39½" over-all.
**Stock:** Walnut-finished hardwood, silhouette-type.
**Sights:** None furnished. Receiver drilled and tapped for scope mounting.
**Features:** Designed for metallic silhouette competition. Stock has stippled checkering, contoured thumb groove with Wundhammer swell. Two-stage trigger is adj. for weight of pull, take-up, and over-travel. Slide safety locks sear and bolt. Introduced 1980. Imported from West Germany by PSI.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$351.00**



Anschutz 1813 Super Match

## ANSCHUTZ 1811 MATCH RIFLE
**Caliber:** 22 LR. Single Shot.
**Barrel:** 27¼" round (1" dia.)
**Weight:** 11 lbs. **Length:** 46" over-all.
**Stock:** French walnut, American prone style with Monte Carlo, cast-off cheekpiece, checkered p.g., beavertail fore-end with swivel rail and adj. swivel, adj. rubber buttplate.
**Sights:** None. Receiver grooved for Anschutz sights (extra). Scope blocks.
**Features:** Single stage adj. trigger, wing safety, short firing pin travel. Imported from West Germany by PSI.
**Price:** Right hand, no sights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$792.00**
**Price:** M1811-L (true left-hand action and stock) . . . . . . . . . . . . . . . . . . **$872.00**
**Price:** Anschutz Int'l. sight set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.75**

## Anschutz 1813 Super Match Rifle
Same as the model 1811 except: International-type stock with adj. cheekpiece, adj. aluminum hook buttplate, weight 15½ lbs., 46" over-all. Imported from West Germany by PSI.
**Price:** Right hand, no sights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,165.00**
**Price:** M1813-L (left-hand action and stock) . . . . . . . . . . . . . . . . . . . . **$1,218.00**

## Anschutz Model 1810 Super Match II
Similar to the Super Match 1813 rifle except has a stock of European hardwood with tapered fore-end and deep receiver area. Hand and palm rests not included. Uses Match 54 action. Adjustable hook buttplate and cheekpiece. Sights not included. Introduced 1982. Imported from Germany by PSI.
**Price:** Right-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$987.00**
**Price:** Left-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,086.00**
**Price:** International sight set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.75**
**Price:** Match sight set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$107.50**



Anschutz 54.18 MS

## ANSCHUTZ 1808ED SUPER RUNNING TARGET
**Caliber:** 22 LR, single shot.
**Barrel:** 23½", 7/8" diameter.
**Weight:** 9¼ lbs. **Length:** 42" over-all.
**Stock:** European hardwood. Heavy beavertail fore-end, adjustable cheekpiece, buttplate, stippled pistol grip and fore-end.
**Sights:** None furnished. Receiver grooved for scope mounting.
**Features:** Uses Super Match 54 action. Adjustable trigger from 14 oz. to 3.5 lbs. Removable sectioned barrel weights. **Special Order Only.** Introduced 1982. Imported from Germany by PSI.
**Price:** Right-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$777.00**
**Price:** Left-hand, 1808EDL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$864.00**

## Anschutz Model 54.18 MS Silhouette Rifle
Same basic features as Anschutz 1813 Super Match but with special metallic silhouette stock and two-stage trigger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$660.00**
**Price:** Model 54.18 MSL (true left-hand version of above) . . . . . . . . . . **$727.00**

## Anschutz 1807 Match Rifle
Same as the model 1811 except 26" bbl. (7/8" dia.), weight 10 lbs. 44½" over-all to conform to ISU requirements and also suitable for NRA matches.
**Price:** Right hand, no sights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$693.00**
**Price:** M1807-L (true left-hand action and stock) . . . . . . . . . . . . . . . . . . **$762.00**
**Price:** Int'l sight set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.75**
**Price:** Match sight set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$107.50**

Compendium_Klarevas
Page 363

## COMPETITION RIFLES—CENTERFIRE & RIMFIRE



Anschutz 1827B Biathlon

**ANSCHUTZ 1827B BIATHLON RIFLE**
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 21½".
**Weight:** 9 lbs. with sights. **Length:** 42½" over-all.

**Stock:** Walnut-finished hardwood; cheekpiece, stippled pistol grip and fore-end.
**Sights:** Globe front specially designed for Biathlon shooting, micrometer rear with hinged snow cap.
**Features:** Uses Match 54 action and adjustable trigger; adjustable wooden buttplate, Biathlon butt hook, adjustable hand-stop rail. **Special Order Only.** Introduced 1982. Imported from Germany by PSI.
**Price:** Right-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$913.40**
**Price:** Left-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,041.70**



BSA CFT Target

**BSA CFT TARGET RIFLE**
**Caliber:** 308 Win. (7.62mm), single shot.
**Barrel:** 26.5".
**Weight:** 11 lbs. **Length:** 47.6" over-all.
**Stock:** Beechwood. Full target style with adjustable rubber buttplate, broad fore-end with full length hand-stop rail, rotating front sling swivel, palm swell pistol grip, and high cheekpiece.

**Sights:** Removable tunnel front with five elements; Parker aperture rear with choice of three base locations, fully adjustable for windage and elevation.
**Features:** Receiver bottom is flat for perfect bedding; top surface has a machined 19mm dovetail rail for scope mounting; fully adjustable trigger; full length guide rib on bolt, two locking lugs, recessed bolt face. Imported from England by Precision Sports, Inc. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$950.00**



**BSA MARTINI ISU MATCH RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 28".
**Weight:** 10¾ lbs. **Length:** 43-44" over-all.
**Stock:** Match type French walnut butt and fore-end; flat cheekpiece, full p.g.; spacers are fitted to allow length adjustment to suit each shooting position; adj. buttplate.
**Sights:** Modified PH-1 Parker-Hale tunnel front, PH-25 aperture rear with aperture variations from .080" to .030".
**Features:** Fastest lock time of any commercial target rifle; designed to meet I.S.U. specs. for the Standard Rifle. Fully adjustable trigger (less than ½ lb. to 3½ lbs.). Mark V has heavier barrel, weighs 12¼ lbs. Imported from England by Freelands Scope Stands.
**Price:** I.S.U., Standard weight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$950.00**
**Price:** Mark V heavy bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,000.00**

BSA Martini Match



**BEEMAN/FEINWERKBAU 2000 TARGET RIFLE**
**Caliber:** 22 LR.
**Barrel:** 26¼"; 22" for Mini-Match.
**Weight:** 9 lbs. 12 oz. **Length:** 43¾" over-all (26¼" bbl.).
**Stock:** Standard match. Walnut with stippled p.g. and fore-end; walnut-stained birch for the Mini-Match.
**Sights:** Globe front with interchangeable inserts; micrometer match aperture rear.
**Features:** Meets ISU standard rifle specifications. Shortest lock time of any small bore rifle. Electronic or mechanical trigger, fully adjustable for weight, release point, length, lateral position, etc. Available in Standard and Mini-Match models. Introduced 1979. Imported from West Germany by Beeman.
**Price:** Model 2000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$795.00 to $925.00**
**Price:** Mini-Match. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$765.00 to $868.00**

Beeman Mini-Match 2000

**CAUTION:**  PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 364

## COMPETITION RIFLES—CENTERFIRE & RIMFIRE



Beeman/FWB Free Rifle

### BEEMAN/FEINWERKBAU ULTRA MATCH 22 FREE RIFLE
**Caliber:** 22 LR, single shot.
**Barrel:** 26.4".
**Weight:** 17 lbs. (with accessories).
**Stock:** Anatomically correct thumbhole stock of laminated wood.
**Sights:** Globe front with interchangeable inserts, micrometer match aperture rear.
**Features:** Fully adjustable mechanical or new electronic trigger; accessory rails for moveable weights and adjustable palm rest; adjustable cheekpiece and hooked buttplate. Right or left hand. Introduced 1983. Imported by Beeman.
**Price:** Right hand, electronic trigger ........................... **$1,595.00**
**Price:** As above, mechanical trigger ........................... **$1,400.00**
**Price:** Left hand, electronic trigger........................... **$1,695.00**
**Price:** As above, mechanical trigger ........................... **$1,400.00**

### BEEMAN/WEIHRAUCH HW60 TARGET RIFLE
**Caliber:** 22 LR, single shot.
**Barrel:** 26.8".
**Weight:** 10.8 lbs. **Length:** 45.7" over-all.
**Stock:** Walnut with adjustable buttplate. Stippled p.g. and fore-end. Rail with adjustable swivel.
**Sights:** Hooded ramp front, match-type aperture rear.
**Features:** Adj. match trigger with push-button safety. Left-hand version also available. Introduced 1981. Imported from West Germany by Beeman.
**Price:** Right-hand............................................. **$495.00**
**Price:** Left-hand .............................................. **$545.00**



Finnish Lion Standard

### FINNISH LION STANDARD TARGET RIFLE
**Caliber:** 22 LR, single-shot.
**Barrel:** 27⅝".
**Weight:** 10½ lbs. **Length:** 44⁹⁄₁₆" over-all.

**Stock:** French walnut, target style.
**Sights:** None furnished. Globe front, International micrometer rear available.
**Features:** Optional accessories: palm rest, hook buttplate, fore-end stop and swivel assembly, buttplate extension, 5 front sight aperture inserts, 3 rear sight apertures, Allen wrench. Adjustable trigger. Imported from Finland by Mandall Shooting Supplies.
**Price:** ............................................................ **$500.00**
**Price:** Thumbhole stock model ................................. **$695.00**
**Price:** Heavy barrel model (either stock) ...................... **$535.00**
**Price:** Sight set (front and rear) ............................. **$100.00**



H&R 5200 Match

### HARRINGTON & RICHARDSON MODEL 5200 RIFLE
**Caliber:** 22 LR, single shot.
**Barrel:** 28" target-weight with recessed muzzle.
**Weight:** 11 lbs. **Length:** 46" over-all.
**Stock:** American walnut; target-style with full length accessory rail, rûbber butt pad. Comes with hand-stop.
**Sights:** None supplied. Receiver drilled and tapped for receiver sight, barrel for front sight.
**Features:** Fully adj. trigger (1.1 to 3.5 lbs.), heavy free-floating target weight barrel, "Fluid-Feed" loading platform, dual extractors. Polished blue-black metal finish. Introduced 1981. From Harrington & Richardson.
**Price:** ............................................................. **$350.00**

Consult our Directory pages for
the location of firms mentioned.



Krico 640S Match

### KRICO MODEL 640S MATCH SPORTER
**Caliber:** 17 Rem., 222, 223, 22-250, 243, 308.
**Barrel:** 20", semi-bull.
**Weight:** 7.5 lbs.
**Stock:** French walnut with ventilated fore-end.
**Sights:** None furnished.
**Features:** Five-shot repeater with detachable box magazine. Available with single or double-set trigger. Imported from West Germany by Krico North America.
**Price:** 17 Rem., 222, 223 cals ................................. **$995.00**
**Price:** 22-250, 243, 308 cals ................................. **$995.00**
**Price:** Model 440S, 22 Hornet ................................ **$715.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 365

## COMPETITION RIFLES—CENTERFIRE & RIMFIRE



Krico Model 650SS Sniper

### KRICO MODEL 340S (MS) SILHOUETTE RIFLE
**Caliber:** 22 Long Rifle, 5-shot clip.
**Barrel:** 21", match quality.
**Weight:** 7.5 lbs. **Length:** 39.5" over-all.
**Stock:** European walnut match-style designed for off-hand shooting. Suitable for right- or left-hand shooters. Stippled grip and fore-end.
**Sights:** None furnished. Receiver grooved for tip-off mounts.
**Features:** Free-floated heavy barrel; fully adjustable two-stage match trigger or double-set trigger. Meets NRA official MS rules. Introduced 1983. Imported by Krico North America.
**Price:** ............................................ **$649.00**

### KRICO MODEL 650SS SNIPER RIFLE
**Caliber:** 223, 308.
**Barrel:** 26". Specially designed match bull barrel, matte blue finish, with muzzle brake/flash hider.
**Weight:** 9.6 lbs. **Length:** 44¾" over-all.
**Stock:** Select walnut with oil finish. Spring-loaded, adj. cheekpiece, adjustable recoil pad. Standard model (640S) is without adjustable stock.
**Sights:** None furnished. Drilled and tapped for scope mounts.
**Features:** Match trigger with 10mm wide shoe; single standard or double set trigger available. All metal has matte blue finish. Bolt knob has 1¼" diameter. Scope mounts available for special night-sight devices. Imported from West Germany by Krico North America.
**Price:** Without scope, mount ............................ **$1,298.50**
**Price:** Model 640S, as above but without moveable cheekpiece ... **$1,049.50**



Krico 340 Mini-Sniper

### KRICO MODEL 340 MINI-SNIPER RIFLE
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 21".
**Weight:** 8 lbs. **Length:** 40" over-all.
**Stock:** Select European walnut with high comb; stippled grip with palm swell, stippled ventilated fore-end.
**Sights:** None furnished. Receiver grooved for scope mounting.
**Features:** Free floating bull barrel with muzzle brake; large bolt knob; match quality single trigger; barrel and receiver have sandblast finish. Scaled down version of big-bore 640/650 rifles. Imported from West Germany by Krico North America.
**Price:** ............................................ **$795.00**



M-S Safari Match

### M-S SAFARI ARMS 1000 YARD MATCH RIFLE
**Caliber:** 30-338, 300 Win. Mag.; single shot.
**Barrel:** 28", heavy.
**Weight:** 18½ lbs. with scope.
**Stock:** Fiberglass, custom painted to customer specs.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Sleeved stainless steel action, high-speed lock time. Fully adjustable prone stock. Electronic trigger. From M-S Safari Arms.
**Price:** ............................................ **$2,045.00**



M-S Silhouette Rifle

### M-S SAFARI ARMS SILHOUETTE RIFLE
**Caliber:** 22 LR or any standard centerfire cartridge; single shot.
**Barrel:** 23" (rimfire); 24" (centerfire). Fluted or smooth.
**Weight:** 10 lbs., 2 oz. (with scope).
**Stock:** Fiberglass, silhouette-design; custom painted.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Electronic trigger, stainless steel action, high-speed lock time. Custom built to customer specs. From M-S Safari Arms.
**Price:** 22 LR ............................................ **$1,145.00**
**Price:** Centerfire, from ............................................ **$1,145.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 366

# COMPETITION RIFLES—CENTERFIRE & RIMFIRE



Mossberg 144

## MOSSBERG MODEL 144 TARGET RIFLE
**Caliber:** 22 LR only. 7-shot clip.
**Barrel:** 27″ round (¹⁵⁄₁₆″ dia.)
**Weight:** About 8 lbs. **Length:** 43″ over-all.
**Stock:** Target-style walnut with high thick comb, cheekpiece, p.g., beavertail fore-end, adj. handstop and sling swivels.
**Sights:** Lyman 17A hooded front with inserts, Mossberg S331 receiver peep with ¼-minute clicks.
**Features:** Wide grooved trigger adj. for wgt. of pull, thumb safety, receiver grooved for scope mounting.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $175.00



Remington Model 40-XC

## REMINGTON 40-XR RIMFIRE POSITION RIFLE
**Caliber:** 22 LR, single-shot.
**Barrel:** 24″, heavy target.
**Weight:** 10 lbs. **Length:** 43″ over-all.
**Stock:** Position-style with front swivel block on fore-end guide rail.
**Sights:** Drilled and tapped. Furnished with scope blocks.
**Features:** Meets all I.S.U. specifications. Deep fore-end, buttplate vertically adjustable, wide adjustable trigger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $736.00

## REMINGTON 40-XC NAT'L MATCH COURSE RIFLE
**Caliber:** 7.62 NATO, 5-shot.
**Barrel:** 23¼″, stainless steel.
**Weight:** 10 lbs. without sights. **Length:** 42½″ over-all.
**Stock:** Walnut, position-style, with palm swell.
**Sights:** None furnished.
**Features:** Designed to meet the needs of competitive shooters firing the national match courses. Position-style stock, top loading clip slot magazine, anti-bolt bolt and receiver, bright stainless steel barrel. Meets all I.S.U. Army Rifle specifications. Adjustable buttplate, adjustable trigger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,113.00



Remington Model 40-XB

## REMINGTON 40-XB RANGEMASTER TARGET Centerfire
**Caliber:** 222 Rem., 22-250, 6mm Rem., 243, 25-06, 7mm Rem. Mag., 30-338 (30-7mm Rem. Mag.), 300 Win. Mag., 7.62 NATO (308 Win.), 30-06. Single shot.
**Barrel:** 27¼″ round (Stand. dia.—¾″, Hvy. dia.—⅞″)
**Weight:** Std.—9¼ lbs., Hvy.—11¼ lbs. **Length:** 47″.
**Stock:** American walnut with high comb and beavertail fore-end stop. Rubber non-slip buttplate.
**Sights:** None. Scope blocks installed.
**Features:** Adjustable trigger pull. Receiver drilled and tapped for sights.
**Price:** Standard s.s., stainless steel barrel . . . . . . . . . . . . . . . . . . . . . . . $937.00
**Price:** Repeating model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,003.00
**Price:** Extra for 2 oz. trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $110.00



Remington Model 40XB-BR

## SHILEN DGA BENCHREST SINGLE SHOT RIFLE
**Caliber:** 22, 22-250, 6x47, 308.
**Barrel:** Select/Match grade stainless. Choice of caliber, twist, chambering, contour or length shown in Shilen's catalog.
**Weight:** To customer specs.
**Stock:** Fiberglass. Choice of Classic or thumbhole pattern.
**Sights:** None furnished. Specify intended scope and mount.
**Features:** Fiberglass stocks are spray painted with acrylic enamel in choice of basic color. Comes with Benchrest trigger. Basically a custom-made rifle. From Shilen Rifles, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,400.00

## REMINGTON MODEL 40XB-BR
**Caliber:** 22 BR Rem., 222 Rem., 223, 6mm x47, 6mm BR Rem., 7.62 NATO (308 Win.).
**Barrel:** 20″ (light varmint class), 26″ (heavy varmint class).
**Weight:** Light varmint class, 7¼ lbs., Heavy varmint class, 12 lbs. **Length:** 38″ (20″ bbl.), 44″ (26″ bbl.).
**Stock:** Select walnut.
**Sights:** None. Supplied with scope blocks.
**Features:** Unblued stainless steel barrel, trigger adj. from 1½ lbs. to 3½ lbs. Special 2 oz. trigger at extra cost. Scope and mounts extra.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $988.00
**Price:** Extra for 2-oz. trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $110.00

Compendium_Klarevas
Page 367

# COMPETITION RIFLES—CENTERFIRE & RIMFIRE

## SAVAGE 110S, SILHOUETTE RIFLE
**Caliber:** 308 Win., 7mm-08 Rem., 5-shot.
**Barrel:** 22", heavy tapered.
**Weight:** 8 lbs., 10 oz. **Length:** 43" over-all.
**Stock:** Special Silhouette stock of select walnut. High fluted comb, Wundhammer swell, stippled p.g. and fore-end. Rubber recoil pad.
**Sights:** None. Receiver drilled and tapped for scope mounting.
**Features:** Receiver has satin blue finish to reduce glare. Barrel is free-floating. Top tang safety, internal magazine. Available in right-hand only. Introduced 1978.
**Price:** ....................................................... **$363.00**

## Steyr-Mannlicher SSG Match
Same as Model SSG Marksman except has heavy barrel, match bolt, Walther target peep sights and adj. rail in fore-end to adj. sling travel. Weight is 11 lbs.
**Price:** Synthetic half stock ............................................... **$1,334.00**
**Price:** Walnut half stock .................................................. **$1,495.00**



Steyr SSG Marksman

## STEYR-MANNLICHER SSG MARKSMAN
**Caliber:** 308 Win.
**Barrel:** 25.6".
**Weight:** 8.6 lbs. **Length:** 44.5" over-all.

**Stock:** Choice of ABS "Cycolac" synthetic half stock or walnut. Removable spacers in butt adjusts length of pull from 12¾" to 14".
**Sights:** Hooded blade front, folding leaf rear.
**Features:** Parkerized finish. Choice of interchangeable single or double set triggers. Detachable 5-shot rotary magazine (10-shot optional). Drilled and tapped for scope mounts. Imported from Austria by Gun South, Inc.
**Price:** Synthetic half stock ............................................... **$873.17**
**Price:** Walnut half stock .................................................. **$1,058.59**
**Price:** Optional 10-shot magazine ............................... **$74.46**



Steyr UIT

## STEYR-MANNLICHER MATCH UIT RIFLE
**Caliber:** 243 Win. or 308 Win., 10-shot magazine.
**Barrel:** 25.5".

**Weight:** 10.9 lbs. **Length:** 44.48" over-all.
**Stock:** Walnut with stippled grip and fore-end. Special UIT Match design.
**Sights:** Walther globe front, Walther peep rear.
**Features:** Double-pull trigger adjustable for let-off point, slack, weight of first-stage pull, release force and length; buttplate adjustable for height and length. Meets UIT specifications. Introduced 1984. Imported from Austria by Gun South, Inc.
**Price:** ....................................................... **$2,100.00**



Swiss K-31 Target

## SWISS K-31 TARGET RIFLE
**Caliber:** 308 Win., 6-shot magazine.
**Barrel:** 26".

**Weight:** 9½ lbs. **Length:** 44" over-all.
**Stock:** Walnut.
**Sights:** Protected blade front, ladder-type adjustable rear.
**Features:** Refined version of the Schmidt-Rubin straight-pull rifle. Comes with sling and muzzle cap. Imported from Switzerland by Mandall Shooting Supplies.
**Price:** ....................................................... **$1,000.00**



Tanner Free Rifle

## TANNER 300 METER FREE RIFLE
**Caliber:** 308 Win., 7.5 Swiss; single shot.
**Barrel:** 28.7".
**Weight:** 15 lbs. **Length:** 45.3" over-all.

**Stock:** Seasoned walnut, thumb-hole style, with accessory rail, palm rest, adjustable hook butt.
**Sights:** Globe front with interchangeable inserts, Tanner-design micrometer-diopter rear with adjustable aperture.
**Features:** Three-lug revolving-lock bolt design; adjustable set trigger; short firing pin travel; supplied with 300-meter test target. Imported from Switzerland by Osborne's Supplies. Introduced 1984.
**Price:** About ............................................... **$3,750.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# COMPETITION RIFLES—CENTERFIRE & RIMFIRE



Tanner UIT

Consult our Directory pages for
the location of firms mentioned.

## TIKKA MODEL 65 WILD BOAR RIFLE
**Caliber:** 7x64, 308, 30-06, 7mm Rem. Mag., 300 Win. Mag.; 5-shot detachable clip.
**Barrel:** 20½".
**Weight:** About 7½ lbs. **Length:** 41" over-all.
**Stock:** Hand checkered walnut; vent. rubber recoil pad.
**Sights:** Bead on post front, special ramp-type open rear.
**Features:** Adjustable trigger; palm swell in pistol grip. Sight system developed for low-light conditions. Imported from Finland by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$595.00**

## WALTHER RUNNING BOAR MATCH RIFLE
**Caliber:** 22 LR, single shot.
**Barrel:** 23.6".
**Weight:** 8 lbs. 5 oz. **Length:** 42" over-all.
**Stock:** Walnut thumb-hole type. Fore-end and p.g. stippled.
**Features:** Especially designed for running boar competition. Receiver grooved to accept dovetail scope mounts. Adjustable cheekpiece and butt plate. 1.1 lb. trigger pull. Left hand stock available on special order. Imported from Germany by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$750.00**

## Walther GX-1 Match Rifle
Same general specs as U.I.T. except has 25½" barrel, over-all length of 44½", weight of 15½ lbs. Stock is designed to provide every conceivable adjustment for individual preference and anatomical compatibility. Left-hand stock available on special order. Imported from Germany by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,150.00**

## TANNER STANDARD UIT RIFLE
**Caliber:** 308, 7.5mm Swiss, 10-shot.
**Barrel:** 25.8".
**Weight:** 10.5 lbs. **Length:** 40.6" over-all.
**Stock:** Match style of seasoned nutwood with accessory rail; coarsely stippled pistol grip; high cheekpiece; vented fore-end.
**Sights:** Globe front with interchangeable inserts, Tanner micrometer-diopter rear with adjustable aperture.
**Features:** Two locking lug revolving bolt encloses case head. Trigger adjustable from ½ to 6½ lbs.; match trigger optional. Comes with 300-meter test target. Imported from Switzerland by Osborne's. Introduced 1984.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,600.00**

## TANNER 50 METER FREE RIFLE
**Caliber:** 22 LR; single shot.
**Barrel:** 27.7".
**Weight:** 13.9 lbs. **Length:** 43.4" over-all.
**Stock:** Seasoned nutwood with palm rest, accessory rail, adjustable hook buttplate.
**Sights:** Globe front with interchangeable inserts, Tanner micrometer-diopter rear with adjustable aperture.
**Features:** Bolt action with externally adjustable set trigger. Supplied with 50-meter test target. Imported from Switzerland by Osborne's Supplies. Introduced 1984.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,125.00**

## WALTHER U.I.T. SPECIAL
**Caliber:** 22 LR, single shot.
**Barrel:** 25½".
**Weight:** 10 lbs., 3 oz. **Length:** 44¾".
**Stock:** Walnut, adj. for length and drop; fore-end guide rail for sling or palm rest.
**Sights:** Globe-type front, fully adj. aperture rear.
**Features:** Conforms to both NRA and U.I.T. requirements. Fully adj. trigger. Left hand stock available on special order. Imported from Germany by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$775.00**

## Walther Model U.I.T.-E Match Rifle
Similar to the U.I.T. Special model except has state-of-the-art electronic trigger. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,150.00**

## Walther U.I.T. Match
Same specifications and features as standard U.I.T. Super rifle but has scope mount bases. Fore-end had new tapered profile, fully stippled. Imported from Germany by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$850.00**



Wichita Silhouette

## WICHITA SILHOUETTE RIFLE
**Caliber:** All standard calibers with maximum over-all cartridge length of 2.800".
**Barrel:** 24" free-floated Matchgrade.
**Weight:** About 9 lbs.
**Stock:** Metallic gray fiberthane with ventilated rubber recoil pad.
**Sights:** None furnished. Drilled and tapped for scope mounts.
**Features:** Legal for all NRA competitions. Single shot action. Fluted bolt, 2-oz. Canjar trigger; glass-bedded stock. Comes with hard case. Introduced 1983. From Wichita Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,185.00**
**Price:** Left-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,285.00**

---

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 369

# SHOTGUNS—AUTOLOADERS



Benelli SL 123V

**BENELLI AUTOLOADING SHOTGUN**
**Gauge:** 12 ga. (5-shot, 3-shot plug furnished).
**Barrel:** 26" (Skeet, Imp. Cyl., Mod.); 28" (Full, Imp. Mod., Mod.). Vent. rib.
**Weight:** 6¾ lbs.

**Stock:** European walnut. 14"x1½"x2½". Hand checkered p.g. and fore-end.
**Sights:** Metal bead front.
**Features:** Quick interchangeable barrels. Cross-bolt safety. Hand engraved receiver on higher grades. Imported from Italy by Heckler & Koch, Inc.
**Price:** Standard model, SL 121V ................................ **$449.00**
**Price:** Engraved, SL 123V ................................... **$525.00**
**Price:** Slug gun, 121V ....................................... **$492.00**
**Price:** Model SL 201, 20 ga................................. **$453.00**
**Price:** Extra barrels .......................................... **$236.00**



Beretta Model A-302

**BERETTA A-302 AUTO SHOTGUN**
**Gauge:** 12 or 20, 2¾" or 3".
**Barrel:** 12 ga. — 22" (Slug); 26" (Imp. Cyl., Skeet); 28" (Mod., Full, Multi-choke); 30" (Full, Full Trap); 20 ga. — 26" (Imp. Cyl., Skeet); 28" (Mod., Full).
**Weight:** About 6½ lbs. (20 ga.).

**Stock:** European walnut; hand checkered grip and fore-end.
**Features:** Gas-operated action, alloy receiver with scroll engraving; magazine cut-off, push-button safety. Multi-choke models come with four interchangeable screw-in choke tubes. Introduced 1983. Imported from Italy by Beretta U.S.A.
**Price:** 12 or 20 ga., standard chokes .......................... **$565.00**
**Price:** Multi-choke, 12 ga. only .............................. **$650.00**
**Price:** 12 ga. trap with Monte Carlo stock ...................... **$590.00**
**Price:** 12 or 20 ga. Skeet ..................................... **$580.00**



Browning Auto-5

**BROWNING AUTO-5 LIGHT 12 and 20**
**Gauge:** 12, 20; 5-shot; 3-shot plug furnished; 2¾" chamber.
**Action:** Recoil operated autoloader; takedown.
**Barrel:** 26" (Skeet boring in 12 & 20 ga., Cyl., Imp. Cyl., Mod in 20 ga.); 28" (Skeet in 12 ga., Mod., Full); 30" (Full in 12 ga.); also available with 26", 28", 30" and 32" Invector (choke tube) barrel.

**Weight:** 12 ga. 7¼ lbs., 20 ga. 6⅜ lbs.
**Stock:** French walnut, hand checkered half-p.g. and fore-end. 14¼" x 1⅝" x 2½".
**Features:** Receiver hand engraved with scroll designs and border. Double extractors, extra bbls. interchangeable without factory fitting; mag. cut-off; cross-bolt safety. Imported from Japan by Browning.
**Price:** Vent. rib only........................................ **$559.95**
**Price:** Extra barrels, vent. rib only............................ **$175.00**
**Price:** Invector model ....................................... **$589.95**

**Browning Auto-5 Magnum 12**
Same as Std. Auto-5 except chambered for 3" magnum shells (also handles 2¾" magnum and 2¾" HV loads). 28" Mod., Full; 30" and 32" (Full) bbls. Also available with Invector choke tubes. 14"x1⅝"x2½" stock. Recoil pad. Wgt. 8¼ lbs.
**Price:** Vent. rib only......................................... **$569.95**
**Price:** Invector model ....................................... **$599.95**

**Browning Auto-5 Magnum 20**
Same as Magnum 12 except barrels 28" Full or Mod., or 26" Full, Mod., Imp. Cyl. or Invector. With ventilated rib, 7½ lbs.
**Price:** ................................................... **$569.95**
**Price:** Invector model ....................................... **$599.95**



Browning A-5 Buck Special

**Browning Auto-5 Light 12, 20 or 12 Buck Special**
Same as A-5 Light model except: 24" bbl. choked for slugs, gold bead front sight on contoured ramp, rear sight adj. for w.&e. Wgt. 12 ga., 7 lbs.; 20 ga., 6 lbs. 2 oz.; 3" Mag. 12, 8¼ lbs. All Buck Specials are available with carrying sling, detachable swivels and swivel attachments for $20.00 extra.
**Price:** ................................................... **$569.95**
**Price:** 12 or 20 ga. Magnum.................................. **$584.95**

**Browning Auto-5 Classic & Gold Classic**
Same as the standard Auto-5 Light 12 with 28" (Mod.) barrel. Classic edition has hunting and wildlife scenes engraved on the satin grey receiver, including a portrait of John M. Browning, and is limited to 5,000 guns. Also engraved is "Browning Classic. One of Five Thousand." The Gold Classic has a variation of the engraved scenes but with gold animals and portrait. Only 500 will be made, each numbered "1 of Five Hundred," etc. with "Browning Gold Classic."
Both editions have select, figured walnut, special checkering with carved border, and the semi-pistol grip stock. Scheduled for 1984 delivery. Introduced 1984.
**Price:** Auto-5 Classic ...................................... **$1,200.00**
**Price:** Auto-5 Gold Classic .................................. **$6,500.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 370

## SHOTGUNS—AUTOLOADERS



Browning B-80 Auto

### BROWNING B-80 AUTO SHOTGUN

**Gauge:** 12 (2¾" & 3"), 20 (2¾" & 3")
**Barrel:** 22" (Slug), 26" (Imp. Cyl., Cyl., Skeet, Full, Mod.), 28" (Full, Mod.), 30" (Full), 32" (Full). Invector barrels in 26", 28", 30", 12 ga. only.
**Weight:** About 6½ lbs. Superlight, about 6¼ lbs.
**Stock:** 14¼" x 1⅝" x 2½". Hand checkered French walnut. Solid black recoil pad.
**Features:** Vent. rib barrels have non-reflective rib; steel receiver with high-polish blue; cross-bolt safety; interchangeable barrels. Introduced 1981. Imported from Belgium by Browning.
**Price:** 12 or 20 ga., 2¾" or 3", vent. rib . . . . . . . . . . . . . . . . . . . . . . . . . . **$559.95**
**Price:** Buck Special, 12 or 20 ga., 2¾" or 3" . . . . . . . . . . . . . . . . . . . . . **$569.95**
**Price:** Buck Special, with accessories (carrying strap, swivels). . . . . . **$589.95**
**Price:** Extra barrels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$175.95**
**Price:** Invector 12 ga., vent. rib . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$589.95**
**Price:** Extra Invector barrels. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$205.00**

### COSMI AUTOMATIC SHOTGUN

**Gauge:** 12 or 20, 2¾" or 3" chamber.
**Barrel:** 22" to 35". Choke and length to customer specs.
**Weight:** 6¼ lbs. (20 ga.)
**Stock:** Length and style to customer specs. Exhibition grade walnut.
**Features:** Hand-made, essentially a custom gun. Recoil-operated auto with tip-up barrel. Made completely of stainless steel (lower receiver polished); magazine tube in buttstock holds 7 rounds. Comes with fitted leather case. Imported from Italy by Incor Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$6,200.00**



Charles Daly Field

### CHARLES DALY FIELD AUTO SHOTGUN

**Gauge:** 12, 2¾" or 3".
**Barrel:** 27" (Full, Mod., Imp. Cyl., Invector choke tubes), 30" (Extra Full, Full, Mod., Invector choke tubes).
**Weight:** About 7¼ lbs.
**Stock:** Walnut, with checkered pistol grip and fore-end, high gloss finish.
**Features:** Alloy receiver with bright chromed bolt; cross-bolt safety; stainless steel gas piston. Imported from Japan by Outdoor Sports Headquarters. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$374.95**



Franchi Model 48/AL

### FRANCHI 48/AL AUTO SHOTGUN

**Gauge:** 12 or 20, 5-shot. 2¾" or 3" chamber.
**Action:** Recoil-operated automatic.
**Barrel:** 24" (Imp. Cyl. or Cyl.); 26" (Imp. Cyl. or Mod); 28" (Skeet, Mod. or Full); 30", 32" (Full). Interchangeable barrels.
**Weight:** 12 ga. 6¼ lbs., 20 ga. 5 lbs. 2 oz.
**Stock:** Epoxy-finished walnut, with cut-checkered pistol grip and fore-end.
**Features:** Chrome-lined bbl., easy takedown, 3-round plug provided. Ventilated rib barrel. Imported from Italy by F.I.E.
**Price:** Vent. rib 12, 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$394.95**
**Price:** Hunter model (engraved) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$419.95**
**Price:** 12 ga. Magnum. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$419.95**
**Price:** Extra barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$154.95**

### Franchi Slug Gun

Same as Standard automatic except 22" Cylinder bored plain barrel, adj. rifle-type sights, sling swivels.
**Price:** 12 or 20 ga., standard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$394.95**
**Price:** As above, Hunter grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$419.95**
**Price:** Extra barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$154.95**



Ithaca Model 51A

### ITHACA MODEL 51A AUTOMATIC

**Gauge:** 12 or 20 ga., 2¾" chamber.
**Action:** Gas-operated, rotary bolt has three locking lugs. Takedown. Self-compensating for high or low base loads.
**Barrel:** Roto-Forged, 28" (Mod.). Extra barrels available. Raybar front sight.
**Weight:** About 7½ lbs.
**Stock:** 14"x1⅝"x2½". Hand checkered walnut, white spacers on p.g. and under recoil pad.
**Features:** Hand fitted, engraved receiver, 3 shot capacity, safety is reversible for left hand shooter.
**Price:** With vent. rib . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$477.00**
**Price:** Presentation Series . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,658.00**

### Ithaca Model 51A Waterfowler

Same Standard Model 51 except has 3" chamber, 30" barrel, matte finish, sling and swivels.
**Price:** With vent rib . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$477.00**
**Price:** As Turkey Gun, 26" barrel. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$477.00**

### Ithaca Model 51A Supreme Skeet

Same gun as Model 51 Skeet with fancy American walnut stock, 26" (Skeet) barrel, 12 or 20 ga..
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$614.00**

### Ithaca Model 51A Supreme Trap

Same gun as standard Model 51 with fancy American walnut trap stock, 30" (Full).
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$614.00**
**Price:** With Monte Carlo stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$650.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

39TH EDITION, 1985   **367**

## SHOTGUNS—AUTOLOADERS



**Ithaca Mag-10 Auto**

**ITHACA MAG-10 GAS OPERATED SHOTGUN**
**Gauge:** 10, 3½″ chamber, 3-shot.
**Barrel:** 26″, 28″ (Full, Mod.), 32″.
**Weight:** 11¼ lbs.

**Stock:** American walnut, checkered p.g. and fore-end (14⅛″x2⅜″x1½″), p.g. cap, rubber recoil pad.
**Sights:** White Bradley.
**Features:** "Countercoil" gas system. Piston, cylinder, bolt, charging lever, action release and carrier made of stainless steel. ⅜″ vent. rib. Reversible cross-bolt safety. Low recoil force. Supreme and Presentation models have full fancy claro American black walnut.
**Price:** Standard, plain barrel ................................... **$670.00**
**Price:** Deluxe, vent. rib ..................................... **$860.00**
**Price:** Standard, vent. rib .................................. **$730.00**
**Price:** Supreme, vent. rib ................................... **$995.00**
**Price:** Presentation Series ................................ **$1,727.00**



**Ithaca Mag-10 Deerslayer**

**Ithaca Mag-10 Deerslayer**
Similar to the standard Mag-10 except has 22″ barrel, rifle sights.
**Price:** Std., vent. rib, Parkerized finish ........................ **$730.00**
**Price:** Deluxe, blue finsih .................................... **$860.00**
**Price:** Supreme grade ...................................... **$995.00**



**K.F.C. Model 250**

**KAWAGUCHIYA K.F.C. M-250 AUTO SHOTGUN**
**Gauge:** 12, 2¾″.
**Barrel:** 26″ (Imp. Cyl.), 28″ (Mod.), 30″ (Full); or with Tru-Choke interchangeable choke tube system.
**Weight:** 7 lbs. **Length:** 48″ over-all (28″ barrel).

**Stock:** 14⅛″x1½″x2½″. American walnut, hand checkered p.g. and fore-end.
**Features:** Gas-operated, ventilated barrel rib. Has only 79 parts. Cross-bolt safety is reversible for left-handed shooters. Available with fixed or Tru-Choke interchangeable choke tube system. Introduced 1980. Imported from Japan by La Paloma Marketing.
**Price:** Standard Grade .................................... **$485.00**
**Price:** Deluxe Grade (silvered, etched receiver) .................. **$520.00**
**Price:** With Tru-Choke, Standard Grade ...................... **$565.00**
**Price:** As above, Deluxe Grade ............................. **$599.00**



**Kassnar/Churchill Auto**

**KASSNAR/CHURCHILL GAS AUTO SHOTGUNS**
**Gauge:** 12, 2¾″ or 3″.
**Barrel:** 20″ (Slug); 26″ (Imp. Cyl., Skeet); 28″ (Mod., Full); 30″ (Full); or with ICT choke tubes in 26″, 27″, 28″, 30″.
**Weight:** About 7½ lbs.

**Stock:** Select claro walnut with high gloss or matte finish, checkered pistol grip and fore-end; rosewood grip cap with white inlay.
**Features:** Stainless steel gas piston; cross-bolt safety; Standard model has anodized alloy receiver, Deluxe has etched and polished receiver. Imported from Japan by Kassnar. Introduced 1984.
**Price:** Standard, fixed chokes ............................... **$405.00**
**Price:** Deluxe, fixed chokes ................................ **$449.00**
**Price:** Standard, ICT choke tubes ........................... **$435.00**
**Price:** Deluxe, ICT choke tubes ............................. **$495.00**
**Price:** Deerfield slug gun ................................... **$419.00**

**Mossberg Model 5500**

**MOSSBERG 5500 AUTO SHOTGUN**
**Gauge:** 12 only, 2¾″ or 3″ chamber.
**Barrel:** 18½″ (Cyl.), 24″ (Slugster), 26″ (Imp. Cyl.), 28″ (Mod.), 30″ (Full, 2¾″ or 3″).
**Weight:** 7½ lbs. **Length:** 48″ over-all (with 28″ barrel).
**Stock:** 14″x1½″x2½″. Walnut-finished hardwood.
**Sights:** Bead front.
**Features:** Safety located on top of receiver. Interchangeable barrels and ACCU-CHOKE choke tubes. Introduced 1983.
**Price:** About ............................................. **$340.00**
**Price:** Slug gun, about.................................... **$291.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 372

# SHOTGUNS—AUTOLOADERS



Remington Model 1100

## Remington 1100 Magnum

Same as 1100 except: chambered for 3" magnum loads. Available in 12 ga. (30") or 20 ga. (28") Mod. or Full, 14"x1½"x2½" stock with recoil pad, Wgt. 7¾ lbs.

**Price:** With vent rib ....................................... **$553.00**
**Price:** Left hand model with vent. rib ..................... **$619.00**

## REMINGTON MODEL 1100 AUTO

**Gauge:** 12, 3-shot plug furnished.
**Action:** Gas-operated autoloader.
**Barrel:** 26" (Imp. Cyl.), 28" (Mod., Full), 30" Full in 12 ga. only.
**Weight:** 12 ga. 7½ lbs.
**Stock:** 14"x1½"x2½" American Walnut, checkered p.g. and fore-end.
**Features:** Quickly interchangeable barrels within gauge. Matted receiver top with scroll work on both sides of receiver. Cross-bolt safety.

**Price:** .................................................. **$463.00**
**Price:** With vent. rib .................................... **$507.00**
**Price:** Left hand model with vent. rib ................... **$571.00**



Remington 1100 Special Field

## Remington 1100 ''Special Field''

Similar to standard Model 1100 except comes with 21" barrel only, choked Imp. Cyl., Mod., Full; 12 ga. weighs 7¼ lbs., LT-20 version 6½ lbs.; has straight-grip stock, shorter fore-end, both with cut checkering. Comes with vent rib only; matte finish receiver without engraving. Introduced 1983.
**Price:** ................................................... **$535.00**

## Remington 1100 Small Gauge

Same as 1100 except: 28 ga. 2¾" (5-shot) or 410, 3" (except Skeet, 2½" 4-shot). 45½" over-all. Available in 25" bbl. (Full, Mod., or Imp. Cyl.) only.
**Price:** With vent. rib ................................... **$540.00**
**Price:** SA Skeet ......................................... **$568.00**
**Price:** Tournament Skeet ................................. **$671.00**

## Remington 1100D Tournament Auto

Same as 1100 Standard except: vent, rib, better wood, more extensive engraving.
**Price:** ................................................. **$2,345.00**

## Remington 1100F Premier Auto

Same as 1100D except: select wood, better engraving
**Price:** ................................................. **$4,832.00**
**Price:** With gold inlay ................................ **$7,247.00**

## Remington 1100 LT-20

Basically the same design as Model 1100, but with special weight-saving features that retain strength and dependability of the standard Model 1100.
**Barrel:** 28" (Full, Mod.), 26" (Imp. Cyl.).
**Weight:** 6½ lbs.

**Price:** .................................................. **$463.00**
**Price:** With vent. rib .................................... **$507.00**
**Price:** LT-20 magnum ...................................... **$553.00**
**Price:** LT-20 Deer Gun (20" bbl.) ......................... **$507.00**
**Price:** LT-20 Ltd. has 23" (Mod. or Imp. Cyl.) bbl., 1" shorter stock... **$507.00**

## Remington 1100 SA Skeet

Same as the 1100 except: 26" bbl., special Skeet boring, vent. rib (high rib on LT-20), ivory bead front and metal bead middle sights. 14"x1½"x2½" stock. 12, 20, 28, 410 ga. Wgt. 7½ lbs., cut checkering, walnut, new receiver scroll.
**Price:** 12 ga., Skeet SA .................................. **$555.00**
**Price:** 12 ga. Left hand model with vent. rib .............. **$588.00**
**Price:** 28 & 410 ga., 25" bbl.............................. **$568.00**
**Price:** 20 ga. LT-20 Skeet SA ............................. **$555.00**
**Price:** Tournament Skeet (28, 410)......................... **$671.00**
**Price:** Tournament Skeet (12 or 20) ....................... **$657.00**



Remington 1100 TA Trap

**Remington 1100** Extra bbls. 12 and 20 ga.: Plain **$105.26** (20, 28 & 410, **$114.00**). Vent., rib 12 and 20 **$151.00** (20, 28 & 410, **$161.00**). Vent. rib Skeet **$171.00.** Vent. rib Trap **$162.00.** Deer bbl. **$125.00.** Available in the same gauges and chokes as shown on guns. **Prices are approximate.**

## Remington 1100 TA Trap

Same as the standard 1100 except: recoil pad. 14⅜"x1⅜"x1¾" stock. Right-or left-hand models. Wgt. 8¼ lbs. 12 ga. only. 30" (Mod. Trap, Full) vent. rib bbl. Ivory bead front and white metal middle sight.
**Price:** .................................................. **$567.00**
**Price:** With Monte Carlo stock ............................ **$577.00**
**Price:** 1100TA Trap, left hand ............................ **$600.00**
**Price:** With Monte Carlo stock ............................ **$600.00**
**Price:** Tournament Trap ................................... **$670.00**
**Price:** Tournament Trap with M.C. stock, better grade wood, different checkering, cut checkering ...................................... **$680.00**



Remington 1100 Deer Gun

## Remington 1100 Deer Gun

Same as 1100 except: 12 ga. only, 22" bbl. (Imp. Cyl.), rifle sights adjustable for w. and e.; recoil pad with white spacer. Weight 7¼ lbs.
**Price:** .................................................. **$507.00**
**Price:** Left-hand Deer Gun................................ **$571.00**

Compendium_Klarevas
Page 373

## SHOTGUNS—AUTOLOADERS



S & W Model 1000 Auto

### Smith & Wesson Model 1000 20 Gauge & 20 Magnum

Similar to 12 ga. model except scaled down to weigh only 6½ lbs. Has self-cleaning gas system. Choice of four interchangeable barrels (26", Imp. Cyl. or Skeet, 28" Mod., Full) or Multi-Choke system which includes tubes for Imp. Cyl., Mod., Full.

| | |
|---|---|
| **Price:** | **$507.95** |
| **Price:** Extra barrels | **$151.95** |
| **Price:** With 3" chamber, (Mod., Full) | **$553.95** |
| **Price:** With Multi-Choke system, | **$534.95** |

### Smith & Wesson Model 1000 Waterfowler Auto

Similar to the standard Model 1000 except all exterior metal is Parkerized to reduce glare, bolt is black oxidized, stock has a dull oil finish. Comes with q.d. swivels and a padded, camouflaged sling. Available with 30" (Full) barrel with 3" chamber. Introduced 1982.

| | |
|---|---|
| **Price:** | **$580.95** |
| **Price:** Super 12 Waterfowler | **$625.95** |

### SMITH & WESSON MODEL 1000 AUTO

**Gauge:** 12, 2¾" or 3" chamber, 4-shot.
**Action:** Gas-operated autoloader.
**Barrel:** 26" (Skeet, Imp. Cyl.), 28" (Mod. Full). Also available with screw-in Multi-Choke tubes.
**Weight:** 7½ lbs. (28" bbl.). **Length:** 48" over-all (28" bbl.).
**Stock:** 14"x1½"x2⅜", American walnut.
**Features:** Interchangeable cross-bolt safety, vent. rib with front and middle beads, engraved alloy receiver, pressure compensator and floating piston for light recoil.

| | |
|---|---|
| **Price:** | **$507.00** |
| **Price:** Extra barrels (as listed above) | **$151.95** |
| **Price:** Extra 22" barrel (Cyl. bore) with rifle sights | **$125.95** |
| **Price:** With 3" chamber, 30" (Mod., Full) barrel | **$553.95** |
| **Price:** With Multi-Choke system | **$534.95** |
| **Price:** Extra Multi-Choke barrel | **$177.95** |

### Smith & Wesson Model 1000 Trap Shotgun

Similar to the standard Model 1000 except has Monte Carlo trap stock, medium width stepped rib with white middle bead, Bradley front; integral wire shell catcher; specially tuned trigger; 30" Multi-Choke barrel with Full, Mod. and Imp. Mod. tubes. Steel receiver. Introduced 1983.

| | |
|---|---|
| **Price:** | **$605.95** |



S & W Super 12

Consult our Directory pages for the location of firms mentioned.

### Smith & Wesson Model 1000 Super 12 Shotgun

Similar to the standard Model 1000 auto shotgun except has a new gas metering system to allow the gun to handle any shell from 3-inch mags to 1-oz. 2¾-inch field loads without changing the barrel. Super 12 barrels are not interchangeable with other Model 1000 guns, or vice versa. A longer magazine tube gives four-shot capability. In 12-gauge only, the Super 12 has a 3-inch chamber with choice of 26, 28 or 30-inch Multi-Choke barrel; also available in a Parkerized "Waterfowler" version with 28-inch Multi-Choke barrel.

| | |
|---|---|
| **Price:** Super 12 | **$598.95** |
| **Price:** Waterfowler | **$625.95** |
| **Price:** Extra slug barrel, blue or Parkerized | **$125.00** |



S & W Model 1000 S

### Smith & Wesson Model 1000S Super Skeet, 12 & 20

Similar to Model 1000 except has "recessed-type" Skeet choke with a compensator system to soften recoil and reduce muzzle jump. Stock has right-hand palm swell. Trigger is contoured (rounded) on right side; pull is 2½ to 3 lbs. Vent. rib has double sighting beads with a "Bright Point" fluorescent red front bead. Fore-end cap weights (included) of 1 and 2 oz. can be used to change balance. Select-grade walnut with oil finish. Barrel length is 25", weight 8¼ lbs., over-all length 45.7". Stock measures 14"x1½"x2½" with .08" cast-off at butt, .16" at toe.

| | |
|---|---|
| **Price:** 12 ga. | **$709.95** |
| **Price:** 20 ga. | **$578.95** |
| **Price:** Super Skeet interchangeable barrel | **$236.95** |



Tradewinds Model H-170

### TRADEWINDS H-170 AUTO SHOTGUN

**Gauge:** 12 only, 2¾" chamber.
**Action:** Recoil-operated automatic.
**Barrel:** 26", 28" (Mod.) and 28" (Full), chrome lined.
**Weight:** 7 lbs.
**Stock:** Select European walnut stock, p.g. and fore-end hand checkered.
**Features:** Light alloy receiver, 5-shot tubular magazine, ventilated rib. Imported from Italy by Tradewinds.

| | |
|---|---|
| **Price:** | **$395.00** |

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# SHOTGUNS—AUTOLOADERS



Weatherby Eighty-Two Auto

## WEATHERBY EIGHTY-TWO AUTO
**Gauge:** 12 only, 2¾" and 3" chamber.
**Barrel:** 22" Slug (with sights), 26", 28", 30" with IMC (Integral Multi-Choke) tubes; 26" available with Mod., Imp. Cyl., Skeet, others with Full, Mod., Imp. Cyl.

**Weight:** 7½ lbs. **Length:** 48½" (28" bbl.).
**Stock:** Walnut, hand checkered p.g. and fore-end, rubber recoil pad.
**Features:** Gas operated autoloader with "Floating Piston." Cross-bolt safety, fluted bolt, gold plated trigger. Each gun comes with three flush fitting IMC choke tubes. Imported from Japan by Weatherby. Introduced 1982.
**Price:** ............................................................. $429.00
**Price:** Extra interchangeable barrel ............................... $186.00
**Price:** Extra IMC choke tubes .................................... $12.50



Winchester Ranger

## WINCHESTER RANGER AUTO SHOTGUN
**Gauge:** 12 and 20, 2¾" chamber.
**Barrel:** 28" vent. rib with Winchoke tubes (Imp. Cyl., Mod., Full), or 28" plain barrel (Mod.).
**Weight:** 7 to 7¼ lbs. **Length:** 48⅝" over-all.

**Stock:** Walnut-finished hardwood, finger-grooved fore-end with deep cut checkering.
**Sights:** Metal bead front.
**Features:** Cross-bolt safety, front-locking rotating bolt, black serrated butt-plate, gas-operated action. Made under license by U.S. Repeating Arms. Co.
**Price:** Vent. rib with Winchoke.................................... $289.95
**Price:** Plain barrel ........................................... $264.95
**Price:** Deer barrel combo ...................................... $319.95
**Price:** Deer gun ............................................... $284.95

# SHOTGUNS—SLIDE ACTIONS



Browning BPS Pump

## BROWNING BPS PUMP SHOTGUN
**Gauge:** 12 or 20 gauge, 3" chamber (2¾" in target guns), 5-shot magazine.
**Barrel:** 22", 24", 26", 28", 30", 32" (Imp. Cyl., Mod. or Full). Also available with Invector choke tubes, 12 or 20 ga.; Upland Special has 22" barrel with Invector tubes.
**Weight:** 7 lbs. 12 oz. (28" barrel). **Length:** 48¾" over-all (28" barrel).
**Stock:** 14¼"x1½"x2½". Select walnut, semi-beavertail fore-end, full p.g. stock.

**Features:** Bottom feeding and ejection, receiver top safety, high post vent. rib. Double action bars eliminate binding. Vent. rib barrels only. Introduced 1977. Imported from Japan by Browning. Prices shown for 12 and 20 gauge guns.
**Price:** Grade I, Hunting ....................................... $374.95
**Price:** As above with Invector chokes and Upland Special ......... $404.95
**Price:** Grade I, Trap.......................................... $394.95
**Price:** Invector Trap, vent. rib................................ $424.95
**Price:** Extra Trap barrel...................................... $139.95
**Price:** As above, Invector chokes .............................. $169.95
**Price:** Extra hunting barrel ................................... $129.95
**Price:** As above, Invector chokes .............................. $159.95
**Price:** BPS, Buck Special, no accessories ...................... $399.95
**Price:** As above with accessories .............................. $419.95



Ithaca Model 37

## ITHACA MODEL 37 FIELD GRADE
**Gauge:** 12, 20 (5-shot; 3-shot plug furnished).
**Action:** Slide; takedown; bottom ejection.
**Barrel:** 26", 28", 30" in 12 ga.; 26" or 28" in 20 ga. (Full, Mod. or Imp. Cyl.)
**Weight:** 12 ga. 6½ lbs., 20 ga. 5¾ lbs.
**Stock:** 14"x1⅜"x2½". Checkered hardwood p.g. stock and ring-tail fore-end.
**Features:** Ithaca Raybar front sight; decorated receiver, cross-bolt safety; action release for removing shells.
**Price:** Standard ............................................... $292.00
**Price:** Standard Vent Rib ...................................... $333.00
**Price:** Presentation Series .................................... $1,658.00

### Ithaca Model 37 Deerslayer
Same as Model 37 except: 26" or 20" bbl. designed for rifled slugs; sporting rear sight, Raybar front sight: rear sight ramp grooved for Redfield long eye relief scope mount. 12, or 20 gauge. With checkered stock, beavertail fore-end and recoil pad.
**Price:** ............................................................. $385.00
**Price:** Super Deluxe model ..................................... $435.00

### Ithaca Model 37 Supreme
Same as Model 37 except: hand checkered fore-end and p.g. stock, Ithaca recoil pad and vent, rib. Model 37 Supreme also with Skeet (14"x11½"x2¼") or Trap (14½"x1½"x1¼") stocks available at no extra charge. Other options available at extra charge.
**Price:** ............................................................. $650.00

Compendium_Klarevas
Page 375

# SHOTGUNS—SLIDE ACTIONS



Ithaca Model 37 Field Grade

## Ithaca Model 37 Field Grade Magnum

Similar to the standard Model 37 Field Grade pump except has American hardwood stock, traditional "ring-tail" fore-end. Plain or vent. rib, 12 or 20 gauge, 3" chamber only, interchangeable choke tubes. Raybar front sight. Introduced 1984.
Price: Vent. rib . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$367.00**

## Ithaca Model 37 Ultralite

Weighs five pounds. Same as standard Model 37 except 20 ga. comes only with 25" vent. rib barrel choked Full, Mod. or Imp. Cyl.; 12 ga., 26" barrel with same chokes as 20 ga. Has recoil pad, gold plated trigger, Sid Bell-designed grip cap. Also available as Ultra-Deerslayer with 20" barrel, 20 ga. only.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$435.00**
Price: Deerslayer model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$414.00**

## Ithaca Model 37 Magnum

Same as standard Model 37 except chambered for 3" shells with resulting longer receiver. Stock dimensions are 14"x1⅜"x1½". Grip cap has a Sid Bell-designed flying mallard on it. Has a recoil pad, vent. rib barrel with Raybar front sight. Available in 12 or 20 ga. with 30" (Full), 28" (Mod.) and 26" (Imp. Cyl.) barrel. Weight about 7¼ lbs. Introduced 1978.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$414.00**



Ithaca 37 English Ultra

## Ithaca Model 37 English Ultralite

Similar to the standard Model 37 Ultralite except vent. rib barrel has straight-grip stock with better wood, cut-checkered pump handle, grip area and butt, oil finished wood. Introduced 1981.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$496.00**

## KASSNAR/CHURCHILL PUMP SHOTGUNS

**Gauge:** 12, 2¾" or 3" chamber.
**Barrel:** 20" (Slug), 26" (Imp. Cyl., Skeet), 28" (Mod.), 30" (Full), fixed chokes; 26", 27", 28", 30" for ICT choke tubes.
**Weight:** About 7½ lbs.
**Stock:** Select claro walnut with matte or high gloss finish, checkered pistol grip and fore-end, rosewood grip cap with inlay.
**Features:** Short stroke action with twin action bars; anodized aluminum receiver. Imported from Japan by Kassnar.
Price: With fixed chokes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$389.00**
Price: Deerfield slug gun . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$405.00**
Price: With ICT choke tubes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$419.00**

## KASSNAR OMEGA SHOTGUN

**Gauge:** 12 only, 2¾" chamber.
**Barrel:** 20" (Imp. Cyl., Slug); 24" (Slug); 26" (Imp. Cyl.); 28" (Mod.); 30" (Full).
**Weight:** 7 lbs. **Length:** 48" over-all (30" bbl.).
**Stock:** Philippine mahogany.
**Features:** Checkered grip and fore-end; slug guns have ramp front, open rear sights. Imported from the Philippines by Kassnar.
Price: Riot or slug model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.00**
Price: Field model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.00**

## KASSNAR/OMEGA PUMP SHOTGUNS

**Gauge:** 12, 2¾" chamber.
**Barrel:** 20", 26" (Imp. Cyl.); 28" (Mod.); 30" (Full).
**Weight:** 6¾ lbs. (Slug) to 7½ lbs.
**Stock:** Stained hardwood.
**Sights:** Bead front; rifle-type on Deerfield Slug.
**Features:** Blued receiver; Damascened bolt; cross-bolt safety. Imported from the Philippines by Kassnar. Introduced 1984.
Price: Field . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.00**
Price: Deerfield Slug . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.00**

> Consult our Directory pages for the location of firms mentioned.



Marlin Model 120

## MARLIN 120 MAGNUM PUMP GUN

**Gauge:** 12 ga. (2¾" or 3" chamber) 5-shot; 3-shot plug furnished.
**Action:** Hammerless, side ejecting, slide action.

**Barrel:** 20" slug, 26" (Imp. Cyl.), 28" (Mod.), 30" (Full), with vent. rib. or 38" MXR plain.
**Weight:** 8 lbs. **Length:** 50½" over-all (30" bbl.).
**Stock:** 14"x1½"x2⅜". Hand-checkered walnut, capped p.g., semi-beavertail fore-end. Mar-Shield® finish.
**Features:** Interchangeable bbls., slide lock release; large button cross-bolt safety.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$369.95**
Price: Extra barrels, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$107.95**



Mossberg Model 500

## MOSSBERG MODEL 500 AGVD, CGVD

**Gauge:** 12, 20, 3".
**Action:** Takedown.

**Barrel:** 28" ACCU-CHOKE (interchangeable tubes for Imp. Cyl., Mod., Full). Vent. rib only.
**Weight:** 6¾ lbs. (20-ga.), 7¼ lbs. (12-ga.) **Length:** 48" over-all.
**Stock:** Walnut-finished hardwood; checkered p.g. and fore-end; recoil pad. (14"x1½"x2½").
**Features:** Side ejection; top tang safety; trigger disconnector prevents doubles. Easily interchangeable barrels with gauge.
Price: Vent rib, either gauge, about . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$206.00**
Price: Extra barrels, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$24.95**
Price: Youth model, 20 ga., 13" buttstock, 25" (Mod.), about . . . . . . . . **$180.00**

CAUTION: PRICES CHANGE. CHECK AT GUNSHOP.

# SHOTGUNS—SLIDE ACTIONS



Mossberg 500 AHT/AHTD

**Mossberg Model 500AHT/AHTD**
Same as Model 500 except 12 ga. only with extra-high Simmons Olympic-style free floating rib and built-up Monte Carlo trap-style stock. 30" barrel (Full), 28" ACCU-CHOKE with 3 interchangeable choke tubes (Mod., Imp. Mod., Full).
Price: With 30" barrel, fixed choke ................................... **NA**
Price: With ACCU-CHOKE barrel, 28" or 30" ........................ **NA**

**Mossberg Model 500EGV**
Similar to Mossberg Model 500 except: 410 bore only, 26" bbl. (Full); 2½", 3" shells; holds six 2¾" or five 3" shells. Walnut-finished stock with checkered p.g. and fore-end, fluted comb and recoil pad (14"x1¼"x2½"). Weight about 6 lbs., length over-all 45¾".
Price: With vent. rib barrel ...................................... **N.A.**

**Mossberg Model 500ASG Slugster**
Same as standard Mossberg Model 500 except has Slugster barrel with ramp front sight, open adj. folding-leaf rear, running deer scene etched on receiver. 12 ga.—18½", 24", 20-ga.—24" bbl.
Price: ............................................................... **N.A.**



Remington Model 870

**REMINGTON 870 WINGMASTER PUMP GUN**
Gauge: 12, 20, (5-shot; 3-shot wood plug).
Action: Takedown, slide action
Barrel: 12, 20, ga., 26" (Imp. Cyl.); 28" (Mod. or Full); 12 ga., 30" (Full).

Weight: 7 lbs., 12 ga. (7¾ lbs. with Vari-Weight plug); 6½ lbs., 20 ga.
Length: 48½" over-all (28" bbl.).
Stock: 14"x1⅝"x2½". Checkered walnut, p.g.; fluted extension fore-end; fitted rubber recoil pad.
Features: Double action bars, crossbolt safety. Receiver machined from solid steel. Hand fitted action.
Price: Plain bbl. ................................................... **$355.00**
Price: With vent. rib ............................................... **$400.00**
Price: Left hand, vent. rib., 12 ga. only............................. **$446.00**
Price: Youth Gun, 21" vent. rib, Imp. Cyl., Mod .................... **$400.00**



Remington 870 Special Field

**Remington Model 870 "Special Field"**
Similar to the standard Model 870 except comes with 21" barrel only, 3" chamber, choked Imp. Cyl., Mod., Full; 12 ga. weighs 6¾ lbs., Ltwt. 20 weighs 6 lbs.; has straight-grip stock, shorter fore-end, both with cut checkering. Vent. rib barrel only. Introduced 1984.
Price: ............................................................... **$428.00**

**Remington 870 Magnum**
Same as the M870 except 3" chamber, 12 ga. 30" bbl. (Mod. or Full), 20 ga. 28" bbl. (Mod. or Full). Recoil pad installed. Wgt., 12 ga. 8 lbs., 20 ga. 7½ lbs.
Price: With vent. rib ............................................... **$400.00**
Price: Left hand model, vent rib. bbl............................... **$475.00**

**Remington 870 Small Gauges**
Exact copies of the large ga. Model 870, except that guns are offered in 28 and 410 ga. 25" barrel (Full, Mod., Imp. Cyl.). D and F grade prices same as large ga. M870 prices.
Price: With vent. rib barrel ....................................... **$422.37**

**Remington Model 870 20 Ga. Lt. Wt.**
Same as standard Model 870 except weighs 6 lbs.; 26" (Imp. Cyl.), 28" (Full, Mod.), 30" (Full).
Price: Vent. rib barrel ............................................. **$400.00**
Price: Magnum, vent. rib barrel ................................... **$400.00**

**Remington 870F Premier**
Same as M870, except select walnut, better engraving
Price: ............................................................. **$4,8320.00**
Price: With gold inlay.............................................. **$7,247.00**



Remington 870 TA Trap

**Remington Model 870 Competition Trap**
Same as standard 870 except single shot, gas reduction system, select wood. Has 30" (Full choke) vent. rib barrel
Price: ............................................................. **$675.00**

**Remington 870 Extra Barrels**
Plain **$89.47**; Vent. rib **$135.53**; Vent. rib Skeet **$146.05**; Vent. rib Trap **$146.05**; 34" Trap **$146.05**. With rifle sights **$117.11**. Available in the same gauges and chokes as shown on guns. **Prices are approximate.**

**Remington 870 TA Trap**
Same as the M870 except: 12 ga. only, 30" (Mod., Full) vent. rib. bbl., ivory front and white metal middle beads. Special sear, hammer and trigger assy. 14⅜"x1½"x1⅞" stock with recoil pad. Hand fitted action and parts. Wgt. 8 lbs.
Price: Model 870TA Trap .......................................... **$429.00**
Price: TA Trap with Monte Carlo stock............................. **$440.00**

**Remington 870D Tournament**
Same as 870 except: better walnut, hand checkering. Engraved receiver and bbl. Vent. rib. Stock dimensions to order.
Price: ............................................................. **$2,345.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 377

## SHOTGUNS—SLIDE ACTIONS



Remington Sportsman 12

### Remington Model 870 Brushmaster Deluxe
Carbine version of the M870 with 20" bbl. (Imp. Cyl.) for rifled slugs. 40½" over-all, wgt. 6½ lbs. Recoil pad. Adj. rear, ramp front sights, 12 or 20 ga. De-luxe.
Price: ................................................. $378.00
Price: Left-hand model .............................. $422.00

### Remington "Sportsman" 12 Pump Shotgun
Similar to the Model 870 except in 12 ga. only with 3" chamber, 28" (Mod.) or 30" (Full) barrels. Stock and fore-end are walnut-stained hardwood, checkered. Weight about 7½ lbs. Introduced 1984.
Price: ................................................. $218.00



S & W Model 3000

### Smith & Wesson Model 3000 Waterfowler Pump
Similar to the standard Model 3000 except all exterior metal is Parkerized to reduce glare, bolt is black oxidized, stock has a dull oil finish. Comes with q.d. swivels and a padded, camouflaged sling. Available with 30" (Full) barrel with 3" chamber. Introduced 1982.
Price: ................................................. $426.95
Price: With Multi-Choke barrel ...................... $452.95
Price: Slug gun ...................................... $360.95

### SMITH & WESSON MODEL 3000 PUMP
Gauge: 12 or 20 ga., 3" chamber.
Barrel: 22" (Cyl.) with rifle sights, 26" (Imp. Cyl.), 28" (Mod.), 30" (Full), vent. rib or plain. Also available with Multi-Choke system.
Weight: About 7½ lbs. Length: 48½" over-all (28" bbl.).
Stock: 14"x1⅜"x2¼". American walnut
Features: Dual action bars for smooth functioning. Rubber recoil pad, steel receiver, chrome plated bolt. Cross-bolt safety reversible for left-handed shooters. Introduced 1980.
Price: With vent. rib barrel ......................... $400.95
Price: Extra vent. rib barrel ........................ $135.95
Price: Slug barrel with rifle sights ................. $110.95
Price: With Multi-Choke system ...................... $426.95
Price: Extra Multi-Choke barrel ..................... $161.95



Stevens 67VR

### STEVENS MODEL 67 PUMP SHOTGUN
Gauge: 12, 20 (2¾" & 3"), 410 (2½" & 3").
Barrel: 26" (Full, 410 ga.), 28" (Mod., Full), 30" (Full, 12 ga.), or interchangeable choke tubes.

Weight: 7 lbs. Length: 49½" over-all (30" bbl.).
Stock: Walnut-finished hardwood; checkered p.g. and slide handle. 14"x1½"x2½".
Sights: Metal bead front.
Features: Grooved slide handle, top tang safety, steel receiver. From Savage Arms. Introduced 1981.
Price: Model 67 .................................... $181.50
Price: Model 67VR (vent. rib) ....................... $191.50
Price: Model 67 Slug Gun (21" barrel, rifle sights) ... $185.50
Price: Model 67-T (with 3 choke tubes) .............. $189.50
Price: Model 67-VRT (as above with vent. rib) ....... $211.50



Weatherby Ninety-Two

### WEATHERBY NINETY-TWO PUMP
Gauge: 12 only, 3" chamber.
Action: Short stroke slide action.
Barrel: 22" Slug (with sights), 26", 28", 30" with IMC (Integral Multi-Choke) tubes; 26" with Mod., Imp. Cyl., Skeet, others with Full, Mod., Imp. Cyl.

Weight: About 7½ lbs. Length: 48⅛" (28" bbl.)
Stock: Walnut, hand checkered p.g. and fore-end, white line spacers at p.g. cap and recoil pad.
Features: Short stroke action, cross-bolt safety. Comes with three flush-fitting IMC choke tubes. Introduced 1982. Imported from Japan by Weatherby.
Price: ................................................. $339.95
Price: Extra interchangeable bbls. .................. $149.00
Price: Extra IMC choke tubes ........................ $12.50



Winchester Ranger

### WINCHESTER RANGER PUMP GUN
Gauge: 12 or 20, 3" chamber, 4-shot magazine.
Barrel: 28" vent rib or plain with Full, Mod., Imp. Cyl. Winchoke tubes, or 30" plain.

Weight: 7 to 7¼ lbs. Length: 48⅝" to 50⅝" over-all.
Stock: Walnut finished hardwood with ribbed fore-end.
Sights: Metal bead front.
Features: Cross-bolt safety, black rubber butt pad, twin action slide bars, front-locking rotating bolt. Made under license by U.S. Repeating Arms Co.
Price: Plain barrel ................................. $189.95
Price: Vent. rib barrel, Winchoke ................... $219.95
Price: Vent. rib. Mod. choke ........................ $204.95

CAUTION: PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 378

# SHOTGUNS—SLIDE ACTIONS



Winchester Ranger Combination

### Winchester Ranger Pump Gun Combination
Similar to the standard Ranger except comes with two barrels: 24⅛" (Cyl.) deer barrel with rifle-type sights and an interchangeable 28" vent. rib Winchoke barrel with Full, Mod. and Imp. Cyl. choke tubes. Available in 12 and 20 gauge 3" only, with recoil pad. Introduced 1983.
**Price:** With two barrels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.95**



Winchester 1300

### Winchester Ranger Youth Pump Gun
Similar to the standard Ranger except chambered only for 3" 20 ga., 22" plain barrel with Winchoke tubes (Full, Mod., Imp. Cyl.) or 22" plain barrel with fixed Mod. choke. Weighs 6½ lbs., measures 41⅝" o.a.l. Stock has 13" pull length and gun comes with discount certificate for full-size stock. Introduced 1983. Made under license by U.S. Repeating Arms Co.
**Price:** Plain barrel, Winchoke. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$204.95**
**Price:** Plain barrel, Mod. choke . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.95**

### WINCHESTER MODEL 1300 FEATHERWEIGHT PUMP
**Gauge:** 12 and 20, 3" chamber, 5-shot capacity.
**Barrel:** 22", vent. rib, with Full, Mod., Imp. Cyl. Winchoke tubes.
**Weight:** 6⅜ lbs. **Length:** 42⅝" over-all.
**Stock:** American walnut, with deep cut checkering on pistol grip, traditional ribbed fore-end; high luster finish.
**Sights:** Metal bead front.
**Features:** Twin action slide bars; front-locking rotating bolt; roll-engraved receiver; blued, highly polished metal; cross-bolt safety with red indicator. Introduced 1984.
**Price:** 12 or 20 gauge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.95**

# SHOTGUNS—OVER-UNDERS



Astra Model 750

### Astra Model 650 O/U Shotgun
Same as Model 750 except has double triggers.
**Price:** With extractors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$495.00**
**Price:** With ejectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$630.00**

### ASTRA MODEL 750 O/U SHOTGUN
**Gauge:** 12 ga., (2¾").
**Barrel:** 28" (Mod. & Full or Skeet & Skeet), 30" Trap (Mod. & Full).
**Weight:** 6½ lbs.
**Stock:** European walnut, hand-checkered p.g. and fore-end.
**Features:** Single selective trigger, scroll-engraved receiver, selective auto ejectors; vent. rib. Introduced 1980. From L. Joseph Rahn, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$735.00**
**Price:** With extractors only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$600.00**
**Price:** Trap or Skeet (M.C. stock and recoil pad.). . . . . . . . . . . . . . . . . **$850.00**

### ARMSPORT MODEL 2500 O/U
**Gauge:** 12 or 20 ga.
**Barrel:** 26" (Imp. Cyl. & Mod.); 28" (Mod. & Full); vent. rib.
**Weight:** 8 lbs.
**Stock:** European walnut, hand checkered p.g. and fore-end.
**Features:** Single selective trigger, automatic ejectors, engraved receiver. Imported by Armsport.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$695.00**
**Price:** With extractors only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$595.00**

Consult our Directory pages for the location of firms mentioned.



Beeman/Fabarm

### BEEMAN/FABARM OVER-UNDER SHOTGUN
**Gauge:** 12, 2¾" chambers.
**Barrel:** 26½" (Skeet & Skeet), 29" (Full & Mod.).
**Weight:** About 7½ lbs. **Length:** 46" over-all.
**Stock:** Select walnut with cut-checkered grip and fore-end; Schnabel fore-end.
**Sights:** Luminous red bead front, white bead middle.
**Features:** Boxlock action with single selective trigger, automatic ejectors; chrome lined bores and chambers; silvered, engraved receiver. Skeet/Trap combo version has interchangeable barrels and comes with case. Imported from Italy by Beeman. Introduced 1984.
**Price:** Field . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$695.00**
**Price:** Trap or Skeet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$795.00**
**Price:** Skeet/Trap Combo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,195.00**

# SHOTGUNS—OVER-UNDERS



Beretta Model 686

## BERETTA SO-3 O/U SHOTGUN
**Gauge:** 12 ga. (2¾" chambers).
**Action:** Back-action sidelock.
**Barrel:** 26", 27", 28", 29" or 30", chokes to customer specs.
**Stock:** Standard measurements—14⅛"x1⅛"x2⅜". Straight "English" or p.g.-style. Hand checkered European walnut.
**Features:** SO-3—"English scroll" floral engraving on action body, sideplates and trigger guard. Stocked in select walnut. SO-3EL—as above, with full engraving coverage. Hand-detachable sideplates. SO-3EELL—as above with deluxe finish and finest full coverage engraving. Internal parts gold plated. Top lever is pierced and carved in relief with gold inlaid crown. Introduced 1977. Imported from Italy by Beretta U.S.A. Corp.
**Price:** SO-3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6,245.00
**Price:** SO-3EL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7,440.00
**Price:** SO-3EELL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10,000.00

## BERETTA SERIES 680 OVER-UNDER
**Gauge:** 12 (2¾").
**Barrel:** 29½" (Imp. Mod. & Full, Trap), 28" (Skeet & Skeet).
**Weight:** About 8 lbs.
**Stock:** Trap—14⅜"x1¼"x2⅛"; Skeet—14⅜"x1⅜"x2⁷⁄₁₆". European walnut with hand checkering.
**Sights:** Luminous front sight and center bead.
**Features:** Trap Monte Carlo stock has deluxe trap recoil pad, Skeet has smooth pad. Imported from Italy by Beretta U.S.A. Corp.
**Price:** Skeet or Trap gun . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,580.00
**Price:** As above with fitted case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,580.00
**Price:** M686 Field gun (illus.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $980.00
**Price:** M685 Field gun . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $820.00
**Price:** M687EL, Field . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,212.00
**Price:** M680 Single bbl. Trap, 32" or 34" . . . . . . . . . . . . . . . . . . . . . . $1,580.00
**Price:** M680 Combo Trap O/U, with single bbl . . . . . . . . . . . . . . . . . . $2,200.00



Beretta Model SO-4

## Beretta SO-4 Target Shotguns
Target guns derived from Model SO-3EL. Light engraving coverage. Single trigger. Skeet gun has 28" (Skeet & Skeet) barrels, 10mm rib, p.g. stock (14⅛"x2⁵⁄₁₆"x1⅜"), fluted beavertail fore-end. "Skeet" is inlaid in gold into trigger guard. Weight is about 7 lbs. 10 ozs. Trap guns have 30" (Imp. Mod. & Full or Mod. & Full) barrels, trap stock dimensions, fitted recoil pad, fluted beavertail fore-end. Weight is about 7 lbs. 12 ozs. "Trap" is inlaid in gold into trigger guard. Special dimensions and features, within limits, may be ordered. Introduced 1977.
**Price:** Skeet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7,285.00
**Price:** Trap . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7,285.00



Browning Citori Field

## BROWNING CITORI O/U SHOTGUN
**Gauge:** 12, 20, 28 and 410.
**Barrel:** 26", 28" (Mod. & Full, Imp. Cyl. & Mod.), in all gauges, 30" (Mod. & Full, Full & Full) in 12 ga. only. Also offered with Invector choke tubes.
**Weight:** 6 lbs. 8 oz. (26" 410) to 7 lbs. 13 oz. (30" 12-ga.).
**Length:** 43" over-all (26" bbl.).

**Stock:** Dense walnut, hand checkered, full p.g., beavertail fore-end. Field-type recoil pad on 12 ga. field guns and trap and Skeet models.
**Sights:** Medium raised beads, German nickel silver.
**Features:** Barrel selector integral with safety, auto ejectors, three-piece takedown. Imported from Japan by Browning.
**Price:** Grade I, 12 and 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $775.00
**Price:** Grade I, 28 and 410 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $800.00
**Price:** Grade V, 12 and 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,960.00
**Price:** Grade V, 28 and 410 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,960.00
**Price:** Grade VI, 12 and 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,050.00
**Price:** Grade VI, 28 and 410, high post rib . . . . . . . . . . . . . . . . . . . . . . $2,050.00
**Price:** Grade I. Invector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $802.00



Browning Citori Superlight

## Browning Superlight Citori Over-Under
Similar to the standard Citori except availiable in 12, 20, 28 or 410 with 24", 26" barrels choked Imp. Cyl. & Mod. or 28" choked Mod. & Full. Has straight grip stock, Schnabel fore-end tip. Superlight 12 weighs 6 lbs., 9 oz. (26" barrels); Superlight 20, 5 lbs., 12 oz. (26" barrels). Introduced 1982.
**Price:** Grade I only, 12, 20, 28 or 410 . . . . . . . . . . . . . . . . . . . . . . . . . . $800.00
**Price:** Grade VI . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,050.00
**Price:** Grade I Invector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $835.00
**Price:** Grade I Invector, Upland Special (24" bbls.) . . . . . . . . . . . . . . . $835.00

## Browning Citori O/U Skeet Models
Similar to standard Citori except: 26", 28" (Skeet & Skeet) only; stock dimensions of 14⅜"x1½"x2", fitted with Skeet-style recoil pad; conventional target rib and high post target rib.
**Price:** Grade I Invector (high post rib) . . . . . . . . . . . . . . . . . . . . . . . . . . . $895.00
**Price:** Grade I, 12 & 20 (high post rib) . . . . . . . . . . . . . . . . . . . . . . . . . . . $865.00
**Price:** Grade I, 28 & 410 (high post rib) . . . . . . . . . . . . . . . . . . . . . . . . . . $900.00
**Price:** Grade V, all gauges (high post rib) . . . . . . . . . . . . . . . . . . . . . . . . $2,095.00
**Price:** Grade VI, all gauges, (high post rib) . . . . . . . . . . . . . . . . . . . . . . . $2,150.00
**Price:** Four barrel Skeet set — 12, 20, 28, 410 barrels, with case, Grade I only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,900.00

## Browning Citori O/U Trap Models
Similar to standard Citori except: 12 gauge only; 30", 32" (Full & Full, Imp. Mod. & Full, Mod. & Full), 34" single barrel in Combo Set (Full, Imp. Mod., Mod.), or Invector model; Monte Carlo cheekpiece (14⅜"x1⅜"x1⅜"x2"); fitted with trap-style recoil pad; conventional target rib and high post target rib.
**Price:** Grade I Invector (high post target rib) . . . . . . . . . . . . . . . . . . . . . . $900.00
**Price:** Grade V Invector (high post target rib) . . . . . . . . . . . . . . . . . . . . . $2,130.00
**Price:** Grade V (high post rib) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,095.00
**Price:** Grade VI Invector (high post target rib) . . . . . . . . . . . . . . . . . . . . . $2,185.00
**Price:** Grade VI (high post target rib) . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,150.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 380

## SHOTGUNS—OVER-UNDERS



Browning Presentation One

### Browning Limited Edition Waterfowl Superposed
Same specs as the Lightning Superposed. Available in 12 ga. only, 28" (Mod. & Full). Limited to 500 guns, the edition number of each gun is inscribed in gold on the bottom of the receiver with "Black Duck" and its scientific name. Sides of receiver have two gold inlayed black ducks, bottom has two, and one on the trigger guard. Receiver is completely engraved and grayed. Stock and fore-end are highly figured dark French walnut with 24 lpi checkering, hand-oiled finish, checkered butt. Comes with form fitted, velvet-lined, black walnut case. Introduced 1983.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$8,000.00**
**Price:** Similar treatment as above except for the Pintail Duck Issue **\$7,700.00**

### Browning Presentation Superposed Magnum 12
Browning Superposed 3" chambers; 30" (Full & Full or Full & Mod.) barrels. Stock, 14¼"x1⅝"x2½" with factory fitted recoil pad. Weight 8 lbs.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$4,500.00**

### Browning Superposed Classic & Gold Classic
Same as the standard Superposed 20-ga. with 26" (Imp. Cyl. & Mod.) barrels except has an upland setting of bird dogs, pheasant and quail on the satin grey receiver. Gold Classic has the animals in inlaid gold. Straight grip stock and Schnabel fore-end are of select American walnut. Classic has pearl borders around the checkering and high gloss finish; Gold Classic has fine checkering and decorative carving with oil finish. Delivery scheduled for 1986. Introduced 1984.
**Price:** Superposed Classic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$2,500.00**
**Price:** Superposed Gold Classic . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$8,800.00**

### Browning Presentation Superposed Combinations
Standard and Lightning models are available with these factory fitted extra barrels: 12 and 20 ga., same gauge bbls.; 12 ga. , 20 ga. bbls.; 20 ga., extra sets 28 and/or 410 gauge; 28 ga., extra 410 bbls. Extra barrels may be had in Lightning weights with Standard models and vice versa. Prices range from **\$6,275.00** (12, 20 ga., one set extra bbls. same gauge) for the Presentation I Standard to about **\$18,800.00** for the Presentation 4 grade in a 4-barrel matched set (12, 20, 28 and 410 gauges).

### BROWNING SUPERPOSED SUPERLIGHT Presentation Series
**Gauge:** 12 & 20, 2¾" chamber.
**Action:** Boxlock, top lever, single selective trigger. Bbl. selector combined with manual tang safety.
**Barrel:** 26½" (Mod. & Full, or Imp. Cyl. & Mod.)
**Weight:** 6⅜ lbs., average
**Stock:** Straight grip (14¼"x1⅝"x2½") hand checkered (fore-end and grip) select walnut.
**Features:** The Presentation Series is available in four grades and covers the Superposed line. Basically this gives the buyer a wide choice of engraving styles and designs and mechanical options which would place the gun in a "custom" bracket. Options are too numerous to list here and the reader is urged to obtain a copy of the latest Browning catalog for the complete listing. Series introduced 1977. Imported from Belgium by Browning.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$4,560.00**

### Browning Presentation Superposed Lightning Skeet
Same as Standard Superposed except: Special Skeet stock, fore-end; center and front ivory bead sights. Wgt. 6½-7¾ lbs.
**Price:** All gauges, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$4,570.00**

### Browning Presentation Superposed Lightning Trap 12
Same as Browning Lightning Superposed except: semi-beavertail fore-end and ivory sights; stock, 14⅜"x1⁷⁄₁₆"x1⅝". 7¾ lbs. 30" (Full & Full, Full & Imp. Mod. or Full & Mod.)
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$4,570.00**

### Superposed Presentation Broadway Trap 12
Same as Browning Lightning Superposed except: ⅝" wide vent. rib; stock, 14⅜"x1⁷⁄₁₆"x1⅝". 30" or 32" (Imp. Mod., Full; Mod., Full; Full, Full). 8 lbs. with 32" bbls.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$4,680.00**

### Browning Presentation Superposed All-Gauge Skeet Set
Consists of four matched sets of barrels in 12, 20, 28 and 410 ga. Available in either 26½" or 28" length. Each bbl. set has a ¼" wide vent. rib with two ivory sight beads. Grade I receiver is hand engraved and stock and fore-end are checkered. Weight 7 lbs., 10 oz. (26½" bbls.), 7 lbs., 12 oz. (28" bbls.). **Contact Browning for prices.**



### CAPRINUS SWEDEN OVER-UNDER SHOTGUN
**Gauge:** 12 only, 2¾" chambers.
**Barrel:** 28", 30" (interchangeable choke tubes—Cyl., Skeet, Imp. Cyl., Mod., Imp. Mod. and Full)
**Weight:** 6.8 lbs. (Game model).
**Stock:** 14"x1¾"x2⅛" (Game model). High-grade walnut with rubber pad or checkered butt. Monte Carlo optional. Tru-oil or linseed oil finish.
**Features:** Made completely of stainless steel. Single selective trigger; barrel selector in front of the trigger; gas pressure activated auto. ejectors; firing pins set by top lever action; double safety system. Six standard choke tubes,

Caprinus Sweden



plus optional tubes to change point of impact. Imported from Sweden by Caprinus U.S.A. Introduced 1982.
**Price:** Skeet Special, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$5,500.00**
**Price:** Skeet Game, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$5,800.00**
**Price:** Game, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$5,800.00**
**Price:** Trap, from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$5,840.00**



Clayco Model 6

### CLAYCO MODEL 6 OVER-UNDER SHOTGUN
**Gauge:** 12, 2¾" chambers.
**Barrel:** 26" (Imp. Cyl. & Mod.), 28" (Mod. & Full).

**Weight:** 7 lbs. 15 oz. (26" bbls.). **Length:** 43" over-all (26" bbls.).
**Stock:** 14¼" x 1⅝" x 2½". Walnut finished hardwood. Checkered pistol grip and fore-end.
**Features:** Mechanical single trigger, automatic safety; ventilated rubber recoil pad. Scroll-engraved blued receiver. Ventilated top rib. Introduced 1983. Imported from China by Clayco Sports Ltd.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **\$295.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 381

## SHOTGUNS—OVER-UNDERS



Daly Diamond Grade

**Charles Daly Diamond Trap Over-Under**
Similar to the Diamond Grade except has competition vent. top and middle ribs, target trigger; oil-finished Monte Carlo stock. Available in 12 gauge, 30″ (Full & Imp. Mod.).
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,030.00**

**CHARLES DALY DIAMOND GRADE OVER-UNDER**
**Gauge:** 12 and 20.
**Barrel:** 27″ (Full, Mod., Imp. Cyl. choke tubes); three tubes included.
**Weight:** 7 lbs.
**Stock:** Select extra-fancy European walnut, oil finish.
**Features:** Boxlock action with single selective competition trigger; silvered and engraved receiver; selective automatic ejectors; 22 lpi checkering on grip and fore-end. Imported from Italy by Outdoor Sports Headquarters. Introduced 1984.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$895.00**



Daly Diamond Trap

**Charles Daly Presentation Grade Over-Under**
Similar to the Diamond Grade except has extensive scene, better wood, finish, and extensive game scene engraving on the silvered receiver and sideplates.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,165.00**

**Charles Daly Diamond Skeet Over-Under**
Similar to the standard Diamond Grade except has oil-finished Skeet stock, competition vent. rib, target trigger. Available in 12 gauge only, 26″ (Skeet & Skeet).
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,030.00**

**Charles Daly Superior II Over-Under**
Similar to the Field II model except better wood, silvered receiver, more and better engraving. Same barrel lengths and chokes.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$674.00**



Daly Field III

**CHARLES DALY FIELD III OVER-UNDER**
**Gauge:** 12 or 20.
**Barrel:** 26″ (Imp. Cyl. & Mod.), 28″, 30″ (Full & Mod.); vent. rib.
**Weight:** About 6¾ lbs.
**Stock:** Select European walnut, checkered pistol grip and fore-end.
**Features:** Single selective trigger; extractors only; blued and engraved frame; chrome lined bores. Imported from Italy by Outdoor Sports Headquarters. Introduced 1984.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$569.95**

**ARMI FAMARS FIELD OVER-UNDER**
**Gauge:** 12 (2¾″), 20 (3″).
**Barrel:** 26″, 28″, 30″ (Mod. & Full).
**Weight:** 6½ to 6¾ lbs.
**Stock:** 14½″ x 1½″ x 2½″. European walnut.
**Sights:** Gold bead front.
**Features:** Boxlock action with single selective trigger; automatic selective trigger. Color case-hardened receiver with engraving. Imported from Italy by Mandall Shooting Supplies.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$750.00**

**FRANCHI DIAMOND GRADE OVER-UNDER**
**Gauge:** 12 ga. only, 2¾″ chambers.
**Barrel:** 28″ (Mod. & Full).
**Weight:** 6 lbs. 13 oz.
**Stock:** French walnut with cut checkered pistol grip and fore-end.
**Features:** Top tang safety, automatic ejectors, single selective trigger. Chrome plated bores. Decorative scroll on silvered receiver. Introduced 1982. Imported from Italy by F.I.E. Corp.
Price: Diamond Grade . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$850.00**

**EXEL SERIES 300 OVER-UNDER SHOTGUNS**
**Gauge:** 12, 2¾″ or 3″ chambers.
**Barrel:** 28″ (Full & Mod.), 29″ (Full & Mod. or Full & Imp. Mod.).
**Weight:** 6½ to 8 lbs.
**Stock:** 14⅜″ x 1⅜″ x 2½″ (Field), 14⅜″ x 1½″ x 1⅝″ (Monte Carlo). European walnut with checkered grip and fore-end.
**Features:** Boxlock action with silvered and engraved finish; ventilated rib; full pistol grip stock; automatic selective ejectors. Made in Spain by Laurona; imported by Exel Arms of America. Introduced 1984.
Price: Model 301, 302. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$566.50**
Price: Model 303, 304. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$628.30**
Price: Model 305, 306. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$695.00**
Price: Model 307, 308. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$674.65**
Price: Model 309, 310. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$766.66**

**Franchi Alcione SL Super Deluxe**
Similar to the Falconet Super except has best quality hand engraved, silvered receiver, 24K gold plated trigger, elephant ivory bead front sight. Comes with luggage-type fitted case. Has 14K gold inlay on receiver. Same barrel and chokes as on Falconet Super. Introduced 1982.
Price: Alcione Super Deluxe. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,595.00**



Franchi Falconet Super

**Franchi Falconet Super**
Similar to the Diamond Grade except has a lightweight alloy receiver, single selective mechanical trigger with the barrel selector button on the trigger, and a rubber butt pad. Higher quality hand engraved receiver. Available in 12 ga. only, 27″ (Imp. Cyl. & Mod.) or 28″ (Mod. & Full) barrels. Translucent front sight bead. Introduced 1982.
Price: Falconet Super . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,015.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 382

# SHOTGUNS—OVER-UNDERS



IGA Over-Under

## IGA OVER-UNDER SHOTGUN

**Gauge:** 12, 20, 28 (2¾"), 410 (3").
**Barrel:** 26" (Full & Full, 410 only, Imp. Cyl. & Mod.), 28" (Mod. & Full).
**Weight:** 6¾ to 7 lbs.
**Stock:** 14½" x 1½" x 2½". Oil finished hardwood with checkered pistol grip and fore-end.
**Features:** Manual safety, double triggers, extractors only, ventilated top rib. Introduced 1983. Imported from Brazil by Stoeger Industries.
**Price:** Double triggers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$417.00**
**Price:** Single trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$499.95**

## K.F.C. "FG" OVER-UNDER SHOTGUN

**Gauge:** 12 only (2¾").
**Barrel:** 26", 28" (Imp. Cyl. & Imp. Mod.); vent. rib.
**Weight:** About 6.8 lbs.
**Stock:** 14"x1½"x2¾". High grade French walnut.
**Sights:** Sterling silver front bead.
**Features:** Selective single trigger, selective auto ejectors, non-automatic safety; chrome lined bores, chrome trigger. Introduced 1981. Imported from Japan by La Paloma Marketing.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$748.00**

## HEYM MODEL 55/77 O/U SHOTGUN

**Gauge:** 12, 16, 20 ga. (2¾" or 3").
**Barrel:** 28" (Full & Mod.) standard; other lengths and chokes to customer specs.
**Weight:** 6¾-7½ lbs.
**Stock:** European walnut, hand-checkered p.g. and fore-end.
**Features:** Boxlock or full sidelock action; Kersten double cross bolt, double under lugs; cocking indicators. Arabesque or hunting engraving. Options include interchangeable barrels, front trigger that functions as a single non-selective trigger, deluxe engraving and stock carving. Imported from West Germany by Paul Jaeger, Inc.
**Price:** Model 55F or 77F boxlock . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,070.00**
**Price:** Model 55FSS or 77FSS sidelock . . . . . . . . . . . . . . . . . . . . . . . . **$5,350.00**
**Price:** Interchangeable o/u rifle barrels . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,570.00**
**Price:** Interchangeable rifle-shotgun barrels . . . . . . . . . . . . . . . . . . . . . **$1,715.00**

## K.F.C. OT-Skeet Shotguns

Skeet versions of FG model. Model E-1 has 26" or 28" (Skeet & Skeet) barrels with 13mm vent. rib, middle and front bead sights, gold colored wide trigger. Stock dimensions are 14"x1½"x2½". Plastic buttplate, push-button fore-end release. Weight is about 7½ lbs.
**Price:** E-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,070.00**
**Price:** E-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,660.00**



K.F.C. "FG" Standard

## K.F.C. OT-Trap-E2 Shotgun

Same as E-1 model except chromed receiver has high grade scroll engraving, super deluxe French walnut stock and fore-end.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,660.00**

## K.F.C. OT-Trap-E1 Shotgun

Trap version of FG over-under. Has 30" (Imp. Mod. & Full) barrels, 13mm vent. rib, bone white middle and front beads, scroll-engraved, fixture wide gold-colored trigger. Stock dimensions are 14"x1¼"x1½"x2"; high grade French walnut; rubber recoil pad; oil finish. Weight is about 7.9 lbs. Introduced 1981. From La Paloma Marketing.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,070.00**



Kassnar/Churchill Windsor IV

## Kassnar/Churchill Regent Over-Under Shotguns

Similar to the Windsor Grade except better wood with oil finish, better engraving; available only in 12 or 20 gauge (2¾" chambers), 27" barrels, with ICT interchangeable choke tubes (Imp. Cyl., Mod., Full). Regent V has standard boxlock action, Regent VII has dummy sideplates. Introduced 1984.
**Price:** Regent V, 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$945.00**
**Price:** Regent VII, 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,049.00**

## KASSNAR/CHURCHILL WINDSOR OVER-UNDER SHOTGUNS

**Gauge:** 12, 20, 410, 3" chambers.
**Barrel:** 26" (Skeet & Skeet, Imp. Cyl. & Mod.), 28" (Mod. & Full), Full & Full), 12 ga.; 26" (Skeet & Skeet, Imp. Cyl. & Mod.), 28" (Mod. & Full) 20 ga.; 24", 26" (Full & Full), 410 ga.; or 27", 30" ICT choke tubes.
**Stock:** European walnut, checkered pistol grip.
**Features:** Boxlock action with silvered, engraved finish; single selective trigger; automatic ejectors on Windsor IV, extractors only on Windsor III. Imported from Italy by Kassnar. Introduced 1984.
**Price:** Windsor III, fixed chokes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$629.00**
**Price:** 12 or 20 ga. ICT choke tubes . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$689.00**
**Price:** Windsor IV, fixed chokes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$705.00**
**Price:** 12 or 20 ga., ICT choke tubes . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$765.00**



Kassnar/Churchill Regent Skeet

## Kassnar/Churchill Regent Trap & Skeet

Similar to the Regent V except Trap has ventilated side rib, Monte Carlo stock, ventilated recoil pad. Oil finished wood, fine checkering, chrome bores. Weight is 8 lbs. Regent Skeet available in 12 or 20 ga., 26" (Skeet & Skeet); oil finished stock measures 14½", 1½" x 2⅜". Both guns have silvered and engraved receivers. Introduced 1984.
**Price:** Regent Trap (30" Imp. Mod. & Full) . . . . . . . . . . . . . . . . . . . . . . . **$975.00**
**Price:** Regent Skeet, 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$975.00**

Compendium_Klarevas
Page 383

# SHOTGUNS—OVER-UNDERS

## KASSNAR/OMEGA OVER-UNDER SHOTGUN
**Gauge:** 410, 3".
**Barrel:** 24" (Full & Full).
**Weight:** 5½ lbs.
**Stock:** Checkered European walnut.
**Features:** Single trigger; automatic safety; ventilated rib. Imported from Italy by Kassnar. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**

## LEBEAU-COURALLY BOSS MODEL O-U SHOTGUN
**Gauge:** 12 or 20 (std.), 28 (optional).
**Barrel:** 26" to 30"; choked to customer specs.
**Weight:** 5 lbs., 4 oz. (28-ga.) to 8 lbs. 4 oz. (12-ga.).
**Stock:** Dimensions to customer specs. Finest quality French walnut with very fine checkering with lace borders; straight or pistol grip stock, classic or splinter fore-end.
**Features:** Boss pattern sidelock ejector with low profile action; classic Boss sculpturing; double or single trigger; barrels normally furnished with ventilated rib. Imported from Belgium by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$27,500.00**



Lanber Model 844

## Lanber Model 2004 Over-Under
Same basic specifications as Model 844 except fitted with LanberChoke interchangeable choke tube system. Available in trap, Skeet, pigeon and field models; ejectors only; single selective trigger; no middle rib on target guns (2008, 2009). Imported from Spain by Lanber Arms of America and Exel Arms of America.
**Price:** Model 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$698.00**
**Price:** Model 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$859.00**
**Price:** Model 2009 (30" bbl., illus.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$859.00**

## LANBER MODEL 844 OVER-UNDER
**Gauge:** 12, 2¾" or 3".
**Barrel:** 28" (Imp. Cyl. & Imp. Mod.), 30" (Mod. & Full).
**Weight:** About 7 lbs. **Length:** 44⅜" (28" bbl.).
**Stock:** 14¼" x 1⅜" x 2½". European walnut; checkered grip and fore-end.
**Features:** Single non-selective or selective trigger, double triggers on magnum model. Available with or without ejectors. Imported from Spain by Lanber Arms of America, and Exel Arms of America. Introduced 1981.
**Price:** Field, with selective trigger, extractors . . . . . . . . . . . . . . . . . . . . . **$475.00**
**Price:** As above, 3" Mag., 844 MST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$499.00**



Ljutic Bi-Gun

## LJUTIC BI-GUN O/U SHOTGUN
**Gauge:** 12 ga only.
**Barrel:** 28" to 34"; choked to customer specs.
**Weight:** To customers specs.
**Stock:** To customer specs. Oil finish, hand checkered.
**Features:** Custom-made gun. Hollow-milled rib, choice of pull or release trigger, pushbutton opener in front of trigger guard. From Ljutic Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$7,995.00**
**Price:** Bi-Gun Combo (interchangeable single barrel, two trigger guards, one for single trigger, one for doubles) . . . . . . . . . . . . . . . . . . . . . . . . . **$12,995.00**
**Price:** Extra barrels with screw-in chokes or O/U barrel sets . . . . . . **$3,500.00**

## Ljutic Four Barrel Skeet Set
Similar to Bi-Gun except comes with matched set of four 28" barrels in 12, 20, 28 and 410. Ljutic Paternator chokes and barrel are integral. Stock is to customer specs, of American or French walnut with fancy checkering.
**Price:** Four barrel set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$16,000.00**



Manufrance 979 Falcor

## MANUFRANCE 979 FALCOR COMPETITION TRAP
**Gauge:** 12, 2¾" chambers.
**Barrel:** 30" (Imp. Mod. & Full, Special Trap), chrome lined bores.
**Weight:** About 8¼ lbs. **Length:** 48" over-all.
**Stock:** Choice French walnut, hand checkered, hand-rubbed oil finish; smooth beavertail fore-end.
**Sights:** Ivory front bead in metal sleeve, middle ivory bead.
**Features:** Boxlock action with inertia-type trigger, top tang safety/barrel selector, special heavy-duty automatic ejectors, coil springs. Light alloy, ⁵⁄₁₆" wide, high-post rib. Each gun adjusted for point of impact. Imported from France by Armsource, Inc. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,860.00**



Manufrance 1985 Trap

## Manufrance 1985 Falcor Trap Over-Under
Similar to the Competition Trap model except has standard vent. rib, middle rib, checkered grip and fore-end, luminous yellow front bead in metal sleeve, middle metal bead. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,000.00**
**Price:** Model 1987 Skeet, as above but with 27½" (Skeet & Skeet) barrels, smooth Skeet butt pad . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$970.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# SHOTGUNS—OVER-UNDERS



Manufrance 1977 Falcor

**MANUFRANCE 1977 FALCOR PHEASANT GUN**
**Gauge:** 12, 2¾″ chambers.
**Barrel:** 27½″ (Mod. & Full), chrome-lined bores.

**Weight:** About 7¼ lbs. **Length:** 44¼″ over-all.
**Stock:** Choice French walnut, hand checkered grip and fore-end.
**Sights:** Metal bead front.
**Features:** Boxlock action with single trigger, top tang safety/barrel selector, automatic ejectors. Silver-gray finish and scroll engraving on receiver, top lever, trigger guard. Imported from France by Armsource, Inc. Introduced 1984.
**Price:**.................................................. **$940.00**



Marocchi America

**MAROCCHI AMERICA TARGET SHOTGUN**
**Gauge:** 12 or 20, 2¾″ chambers.
**Barrel:** 26″ to 29″ (Skeet), 27″ to 32″ (trap), 32″ (trap mono, choice of top single or high rib under), 30″ (over-under with extra 32″ single).

**Weight:** 7¼ to 8 lbs.
**Stock:** Hand checkered select walnut with left or right-hand palm swell; choice of beavertail or Schnabel fore-end.
**Features:** Designed specifically for American target sports. Frame has medium engraving coverage with choice of three finishes. No extra charge for special stock dimensions or stock finish. Comes with fitted hard shell case. Custom engraving and inlays available. Introduced 1983. Imported from Italy by Marocchi U.S.A.
**Price:** From ................................................ **$2,000.00**



Marocchi Contrast Cup

**MAROCCINI O/U SHOTGUN**
**Gauge:** 12 or 20 ga., 3″.
**Barrel:** 28″ (Mod. & Full); vent. top and middle ribs.
**Weight:** 7¾ lbs.
**Stock:** Walnut, hand checkered.
**Features:** Auto. safety; extractors; double triggers; engraved antique silver receiver. Imported from Italy by F.I.E.
**Price:**.................................................. **$369.95**

**MAROCCHI CONTRAST TARGET SHOTGUN**
**Gauge:** 12 or 20 ga., 2¾″ chambers.
**Barrel:** 26″ to 29″ (Skeet), 27″ to 32″ trap.
**Weight:** 7¼ to 8 lbs.
**Stock:** Select walnut with hand rubbed wax finish; hand checkered p.g. and fore-end; beavertail or Schnabel fore-end; grip has right or left palm swell.
**Features:** Lightly engraved frame on standard grade, or can be ordered with custom engraving and inlays in choice of three finishes. Optional different buttstock available. Gun comes with fitted hard shell case. Introduced 1983. Imported from Italy by Marocchi U.S.A.
**Price:** From ................................................ **$2,000.00**



Navy Bird Hunter

**NAVY ARMS MODEL 84 BIRD HUNTER O-U**
**Gauge:** 12, 20; 3″ chambers.
**Barrel:** 28″ (Imp. Cyl. & Mod., Mod. & Full).
**Weight:** About 7½ lbs.
**Stock:** European walnut, checkered grip and fore-end.
**Sights:** Metal bead front.
**Features:** Boxlock action with double triggers; extractors only; silvered, engraved receiver; vented top and middle ribs. Imported from Italy by Navy Arms. Introduced 1984.
**Price:** About ................................................ **$295.00**



Rottweil Olympia '72

**ROTTWEIL OLYMPIA '72 SKEET SHOTGUN**
**Gauge:** 12 ga. only.
**Action:** Boxlock.
**Barrel:** 27″ (special Skeet choke), vent. rib. Chromed lined bores, flared chokes.
**Weight:** 7¼ lbs. **Length:** 44½″ over-all.
**Stock:** French walnut, hand checkered, modified beavertail fore-end. Oil finish.
**Sights:** Metal bead front.
**Features:** Inertia-type trigger, interchangeable for any system. Frame and lock milled from steel block. Retracting firing pins are spring mounted. All coil springs. Selective single trigger. Action engraved. Extra barrels are available. Introduced 1976. Imported from West Germany by Dynamit Nobel.
**Price:** .................................................. **$2,295.00**
**Price:** Trap model (Montreal) is similar to above except has 30″ (Imp. Mod. & Full) bbl., weighs 8 lbs., 48½″ over-all...................... **$2,295.00**

**ROTTWEIL 72 AMERICAN SKEET**
**Gauge:** 12, 2¾″.
**Barrel:** 26¾″ (Skeet & Skeet).
**Weight:** About 7½ lbs.
**Stock:** 14½″ x 1⅜″ x 1⅜″ x ¼″. Select French walnut with satin oil finish; hand checkered grip and fore-end; double ventilated recoil pad.
**Sights:** Plastic front in metal sleeve, center bead.
**Features:** Interchangeable trigger groups with coil springs; interchangeable buttstocks; special .433″ ventilated rib; matte finish silvered receiver with light engraving. Introduced 1978. Imported from West Germany by Dynamit Nobel.
**Price:** .................................................. **$2,295.00**

Compendium_Klarevas
Page 385

## SHOTGUNS—OVER-UNDERS



### ROTTWEIL AMERICAN TRAP COMBO

**Gauge:** 12 ga. only.
**Action:** Boxlock
**Barrel:** Separated o/u, 32" (Imp. Mod. & Full); single is 34" (Full), both with high vent. rib.
**Weight:** 8½ lbs. (o/u and single)
**Stock:** Monte Carlo style, walnut, hand checkered and rubbed. Unfinished stocks available. Double vent. recoil pad. Choice of two dimensions.
**Sights:** Plastic front in metal sleeve, center bead.
**Features:** Interchangeable inertia-type trigger groups. Trigger groups available: single selective; double triggers;, release/pull; release/release selective. Receiver milled from block steel. Chokes are hand honed, test fired and reworked for flawless patterns. All coil springs, engraved action. Introduced 1977. Imported from West Germany by Dynamit Nobel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,850.00
**Price:** American Trap O/U (as above except only with o/u bbls.) . . . $2,295.00

Rottweil American Trap

### ROTTWEIL AAT TRAP GUN

**Gauge:** 12, 2¾".
**Barrel:** 32" (Imp. Mod. & Full).
**Weight:** About 8 lbs.
**Stock:** 14½"x1⅜"x1⅜"x1⅞". Monte Carlo style of selected French walnut with oil finish. Checkered fore-end and p.g.
**Features:** Has infinitely variable point of impact via special muzzle collar. Extra single lower barrels available—32" (Imp. Mod.) or 34" (Full). Special trigger groups—release/release or release/pull—also available. Introduced 1979. From Dynamit Nobel.
**Price:** With single lower barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,295.00
**Price:** Combo (single and o/u barrels) . . . . . . . . . . . . . . . . . . . . . . . $2,295.00
**Price:** Interchangeable trap trigger group . . . . . . . . . . . . . . . . . . . . . . . $345.00



### ROTTWEIL FIELD SUPREME O/U SHOTGUN

**Gauge:** 12 only.
**Action:** Boxlock.
**Barrel:** 28" (Mod. & Full, Imp. Cyl. & Imp. Mod.), vent. rib.
**Weight:** 7¼ lbs. **Length:** 47" over-all.
**Stock:** Select French walnut, hand checkered and rubbed. Checkered p.g. and fore-end, plastic buttplate. Unfinished stocks available.
**Sights:** Metal bead front.
**Features:** Removable single trigger assembly with button selector (same trigger options as on American Trap Combo); retracting spring mounted firing

Rottweil Field Supreme

pins; engraved action. Extra barrels available. Imported from West Germany by Dynamit Nobel.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,295.00
**Price:** Live Pigeon (28" Mod. & Full) . . . . . . . . . . . . . . . . . . . . . . . . . $2,295.00



### RUGER "RED LABEL" O/U SHOTGUN

**Gauge:** 20, 3" chambers, 12, 2¾" and 3" chambers.
**Barrel:** 26", (Skeet & Skeet, Imp. Cyl. & Mod., Full & Mod.) 12 and 20 ga.; 28" (20 ga. only, Skeet & Skeet, Imp. Cyl. & Mod., Full & Mod.).
**Weight:** About 7 lbs. **Length:** 43" (26" barrels).
**Stock:** 14"x1½"x2½". Straight grain American walnut. Checkered p.g. and fore-end, rubber recoil pad.
**Features:** Automatic safety/barrel selector, stainless steel trigger. Patented barrel side spacers may be removed if desired. 20 ga. introduced 1977; 12 ga. introduced 1982.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $798.00

Ruger Red Label



### SILE SKY STALKER FOLDING SHOTGUN

**Gauge:** 410, 3" chambers.
**Barrel:** 26" (Full & Full or Mod. & Full), with vent. rib.
**Weight:** About 6 lbs.
**Stock:** Walnut with cut checkering and Schnabel fore-end.
**Features:** Gun folds in half for storage or carrying. Chrome lined bores; matte finished hard chrome finish on receiver. Introduced 1984. Imported by Sile.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $199.95

Sile Sky Stalker

### TECHNI-MEC MODEL SPL 640 FOLDING O-U

**Gauge:** 12, 16, 20, 28, (2¾") 410 (3").
**Barrel:** 26" (Mod. & Full).
**Weight:** 5½ lbs.
**Stock:** European walnut.
**Features:** Gun folds in half for storage, transportation. Chrome lined barrels; ventilated rib; photo-engraved silvered receiver. Imported from Italy by L. Joseph Rahn. Introduced 1984.
**Price:** Double triggers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $240.00
**Price:** Single trigger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $256.00

### TECHNI-MEC MODEL SR 692 EM OVER-UNDER

**Gauge:** 12, 16, 20, 2¾" or 3".
**Barrel:** 26", 28", 30" (Mod., Full, Imp. Cyl., Cyl.).
**Weight:** 6½ lbs.
**Stock:** 14½" x 1½" x 2½". European walnut with checkered grip and fore-end.
**Features:** Boxlock action with dummy sideplates, fine game scene engraving; single selective trigger; automatic ejectors available. Imported from Italy by L. Joseph Rahn. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $550.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 386

# SHOTGUNS—OVER-UNDERS

## VALMET MODEL 412K OVER-UNDER

**Gauge:** 12 or 20 ga. (2¾" or 3").

**Barrel:** 26" (Imp. Cyl. & Mod.), 28" (Mod. & Full), 30" (Mod. & Full); vent. rib.

**Weight:** About 7½ lbs.

**Stock:** American walnut. Standard dimensions-13⅝"x11½"x2⅝". Checkered p.g. and fore-end.

**Features:** Model 412K is extractor (basic) model. Free interchangeability of barrels, stocks and fore-ends into KE (auto. ejector) model, double rifle model, combination gun, etc. Barrel selector in trigger; auto. top tang safety; barrel cocking indicators. Double triggers optional. Introduced 1980. Imported from Finland by Valmet.

**Price:** Model 412K (extractors), from .......................... **$749.00**

**Price:** Extra barrels from............................................ **$409.00**

**Price:** Engraved model with full scroll.......................... **$1,499.00**

**Price:** Engraved model with game scenes....................... **$2,249.00**

## Valmet 412KE Target Series

Trap and Skeet versions of 412 gun. Auto. ejectors only; 12 ga., 2¾", 3" chambers, 30" barrels (Imp. & Full.—Trap, Skeet & Skeet—Skeet). 20 ga., 3" chambers. Trap stock measures 14⅜₀"x1⅝"x1⅜"x2½"; Skeet stock measures 13⅝₀"x1⅝"x2⅝"x1⅝". Trap weight 7⅞ lbs.: Skeet weight 7½ lbs. Non-automatic safety. Introduced 1980. Imported from Finland by Valmet.

**Price:** Trap .................................................... **$749.00**

**Price:** Skeet ................................................... **$749.00**

## Valmet 412S American Series

Similar to the 412K except better wood, finer checkering, palm swell on pistol grip, luminous sights, lighter weight, new fore-end latch spring mechanism and improved firing pin mechandism. Introduced 1984.

**Price:** 412S with ejectors field, trap or Skeet .................... **$799.00**



Weatherby Orion

## WEATHERBY ORION O/U SHOTGUN

**Gauge:** 12 or 20 ga. (3" chambers; 2¾" on Trap gun).

**Action:** Boxlock (simulated side-lock).

**Barrel:** 12 ga. 30" (Full & Mod.), 28" (Full & Mod., Mod. & Imp. Cyl.), 26" (Mod. & Imp. Cyl., Skeet & Skeet); 20 ga. 28" (Full & Mod., Mod. & Imp. Cyl.), 26" (Mod. & Imp. Cyl., Skeet & Skeet).

**Weight:** 7 lbs., 8 oz. (12 ga. 26").

**Stock:** American walnut, checkered p.g. and fore-end. Rubber recoil pad. Dimensions for field and Skeet models, 20 ga. 14"x11½"x2½".

**Features:** Selective auto ejectors, single selective mechanical trigger. Top tang safety, Greener cross-bolt. Introduced 1982. Imported from Japan by Weatherby.

**Price:** 12 ga. Field, fixed choke................................. **$769.95**

**Price:** Skeet, fixed choke ...................................... **$809.00**

**Price:** 12 ga. Trap, fixed choke ................................ **$819.00**

**Price:** IMC Multi-Choke Field, 12 ga. .......................... **$799.00**

**Price:** IMC Multi-Choke Trap .................................. **$849.00**

**Price:** Extra IMC choke tubes .................................. **$12.50**



Weatherby Athena

## WEATHERBY ATHENA O/U SHOTGUN

**Gauge:** 12 or 20 ga. (3" chambers; 2¾" on Trap gun).

**Action:** Boxlock (simulated side-lock) top lever break-open. Selective auto ejectors, single selective trigger (selector inside trigger guard).

**Barrel:** Fixed choke, 12 or 20 ga. — 26" (Mod. & Imp. Cyl., Skeet & Skeet), 28" (Mod. & Imp. Cyl., Full & Mod.), 30" (Full & Mod., Full & Imp. Mod.), 32" Trap (Full & Imp. Mod.). IMC Multi-Choke, 12 ga. only — 26" (Mod., Imp. Cyl., Skeet), 28" (Full, Mod., Imp. Cyl.), 30" (Full, Mod., Imp. Mod.).

**Weight:** 12 ga. 7⅞ lbs., 20 ga. 6⅞ lbs.

**Stock:** American walnut, checkered p.g. and fore-end (14¼"x1½"x2½").

**Features:** Mechanically operated trigger. Top tang safety, Greener cross-bolt, fully engraved receiver, recoil pad installed. IMC models furnished with three interchangeable flush-fitting choke tubes. Imported from Japan by Weatherby. Introduced 1982.

**Price:** 12 or 20 ga. Field, fixed choke ......................... **$1,149.95**

**Price:** Skeet...................................................... **$1,159.00**

**Price:** 12 ga. Trap Model........................................ **$1,169.00**

**Price:** IMC Multi-Choke Field, 12 ga. .......................... **$1,179.00**

**Price:** IMC Multi-Choke Trap ................................... **$1,199.00**

**Price:** Extra IMC Choke tubes .................................. **$12.50**



Winchester 501 Grand European

## Winchester 101 Diamond Grade Target Guns

Similar to the Model 101 except designed for trap and Skeet competition, with tapered and elevated rib, anatomically contoured trigger and internationally-dimensioned stock. Receiver has deep-etched diamond-pattern engraving. Skeet guns available in 12, 20, 28 and 410 with ventilated muzzles to reduce recoil. Trap guns in 12 ga. only; over-under, combination and single-barrel configurations in a variety of barrel lengths with Winchoke system. Straight or Monte Carlo stocks available. Introduced 1982. Imported from Japan by Winchester Group, Olin Corp.

**Price:** Trap, o/u, standard and Monte Carlo, 30", 32"........... **$1,730.00**

**Price:** Trap, single barrel, 32" or 34".......................... **$1,840.00**

**Price:** Trap, o/u-single bbl. combo sets ....................... **$2,800.00**

**Price:** Skeet, 12 and 20....................................... **$1,730.00**

**Price:** Skeet, 28 and 410..................................... **$1,730.00**

## WINCHESTER MODEL 501 GRAND EUROPEAN O-U

**Gauge:** 12 ga. (Trap), 12 and 20 ga. (Skeet). 2¾" chambers.

**Barrel:** 27" (Skeet & Skeet), 30" (Imp. Mod. & Full), 32" (Imp. Mod. & Full). **Weight:** 7½ lbs. (Skeet), 8½ lbs. (Trap) **Length:** 47⅛" over-all (30" barrel).

**Stock:** 14⅛"x1½"x2½" (Skeet). Full fancy walnut, hand-rubbed oil finish.

**Features:** Silvered, engraved receiver; engine-turned breech interior. Slide-button selector/safety, selective auto. ejectors. Chrome bores, tapered vent. rib. Trap gun has Monte Carlo or regular stock, recoil pad; Skeet gun has rosewood buttplate. Introduced 1981. Imported from Japan by Winchester Group, Olin Corp.

**Price:** Trap or Skeet......................................... **$2,060.00**

## Winchester Model 101 Waterfowl Winchoke

Same as Model 101 Field Grade except in 12 ga. only, 3" chambers, 32" barrels. Comes with four Winchoke tubes: Mod., Imp. Mod., Full, Extra-Full. Blued receiver with hand etching and engraving. Introduced 1981. Imported from Japan by Winchester Group, Olin Corp.

**Price:** ..................................................... **$1,355.00**

Compendium_Klarevas
Page 387

## SHOTGUNS—OVER-UNDERS



Winchester 101 Lightweight

### WINCHESTER 101 WINCHOKE O/U FIELD GUN
**Gauge:** 12, or 20, 3" chambers.
**Action:** Top lever, break open. Manual safety combined with bbl. selector at top of receiver tang.
**Barrel:** 27", Winchoke interchangeable choke tubes.
**Stock:** 12 ga. 7 lbs. Others 6½ lbs. **Length:** 44¾" over-all.
**Stock:** 14"x1½"x2½". Checkered walnut p.g. and fore-end; fluted comb.
**Features:** Single selective trigger, auto ejectors. Hand engraved satin gray receiver. Comes with hard gun case. Imported from Japan by Winchester Group, Olin Corp.
**Price:** .................................................... **$1,355.00**

Winchester 101 Pigeon Grade

### Winchester Model 101 Pigeon Grade
Similar to the Model 101 Field except comes in three styles: Lightweight (12 or 28 ga., Mod. & Full, Mod. & Imp. Cyl., 28"), Lightweight-Winchoke (12 or 20 ga., six choke tubes for 12 ga., four for 20 ga., 27"), Featherweight (12 or 20 ga., Imp. Cyl. & Mod., 25½"), all with 3" chambers. Vent. rib barrel with middle bead, fancy American walnut. Featherweight has English-style stock. Hard case included. Introduced 1983. Imported from Japan by Winchester Group, Olin Corp.
**Price:** Lightweight and Featherweight. ....................... **$1,575.00**
**Price:** Lightweight-Winchoke ............................... **$1,665.00**

Zanoletti 2000 Field

### PIETRO ZANOLETTI MODEL 2000 FIELD O-U
**Gauge:** 12 only.
**Barrel:** 28" (Mod. & Full).
**Weight:** 7 lbs.
**Stock:** European walnut, checkered grip and fore-end.
**Sights:** Gold bead front.
**Features:** Boxlock action with auto ejectors, double triggers; engraved receiver. Imported from Italy by Mandall Shooting Supplies. Introduced 1984.
**Price:** .................................................... **$695.00**

Zoli Angel

### A. ZOLI MODEL ANGEL FIELD GRADE O-U
**Gauge:** 12, 20.
**Barrel:** 26", 28", 30" (Mod. & Full).
**Weight:** About 7½ lbs.
**Stock:** Straight grained walnut with checkered grip and fore-end.
**Sights:** Gold bead front.
**Features:** Boxlock action with single selective trigger, auto ejectors; extra-wide vent. top rib. Imported from Italy by Mandall Shooting Supplies.
**Price:** .................................................... **$895.00**
**Price:** Condor model ........................................ **$895.00**

Zoli Silver Snipe

### ZOLI SILVER SNIPE O/U SHOTGUN
**Gauge:** 12, 20 (3" chambers).
**Action:** Purdey-type double boxlock, crossbolt.
**Barrel:** 26" (Imp. Cyl. & Mod.), 28" (Mod. & Full), 30", 12 only (Mod. & Full); 26" Skeet (Skeet & Skeet), 30" Trap (Full & Full).
**Weight:** 6½ lbs. (12 ga.).
**Stock:** Hand checkered p.g. and fore-end, European walnut.
**Features:** Auto. safety (exc. Trap and Skeet), vent rib, single trigger, chrome bores. Imported from Italy by Mandall Shooting Supplies.
**Price:** Field .................................................... **$795.00**

### A. ZOLI DELFINO S.P. O/U
**Gauge:** 12 or 20 (3" chambers).
**Barrel:** 28" (Mod. & Full); vent. rib.
**Weight:** 5½ lbs.
**Stock:** Walnut. Hand checkered p.g. and fore-end; cheekpiece.
**Features:** Color case hardened receiver with light engraving; chrome lined barrels; automatic sliding safety; double triggers; ejectors. From Mandall Shooting Supplies.
**Price:** .................................................... **$795.00**

### Zoli Golden Snipe O/U Shotgun
Same as Silver Snipe except selective auto. ejectors.
**Price:** Field .................................................... **$895.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 388

## SHOTGUNS—SIDE-BY-SIDES



AyA Model XXVSL

### AYA MODEL XXV BL, SL DOUBLE
**Gauge:** 12, 20, 28, 410.
**Barrel:** 25", chokes as specified.
**Weight:** 5 lbs., 2 oz. to 6 lbs., 8 oz.
**Stock:** 14½"x2¼"x1½". European walnut. Straight grip stock with classic pistol grip, checkered butt.
**Features:** Boxlock (Model BL), sidelock (Model SL). Churchill rib, auto ejectors, double triggers (single available), color case-hardened action (coin-finish available). Imported from Spain by Wm. Larkin Moore & Co. and Precision Sports, Inc.

| | |
|---|---|
| **Price:** BL, 12 ga., about | $1,995.00 |
| **Price:** BL, 20 ga., about | $1,995.00 |
| **Price:** SL, 12 ga., about | $3,295.00 |
| **Price:** SL, 20 ga., about | $3,295.00 |
| **Price:** SL, 28 or 410, about | $3,395.00 |

### ARMSPORT WESTERN DOUBLE
**Gauge:** 12 only (3" chambers).
**Barrel:** 20".
**Weight:** 6½ lbs.
**Stock:** European walnut, checkered p.g. and beavertail fore-end.
**Sights:** Metal front bead on matted solid rib.
**Features:** Exposed hammers. Imported by Armsport.
**Price:** .......................................................... $500.00

### ARMSPORT GOOSEGUN SIDE-BY-SIDE
**Gauge:** 10 ga. (3½" chambers).
**Barrel:** 32" (Full & Full). Solid matted rib.
**Weight:** 11 lbs.
**Stock:** European walnut, checkered p.g. and fore-end.
**Features:** Double triggers, vent. rubber recoil pad with white spacer. Imported by Armsport.
**Price:** .......................................................... $595.00

### AYA MODEL 117 DOUBLE BARREL SHOTGUN
**Gauge:** 12 (2¾"), 20 (3").
**Action:** Holland & Holland sidelock, Purdey treble bolting.
**Barrel:** 26" (Imp. Cyl. & Mod.) 28" (Mod. & Full).
**Stock:** 14½"x2⅜"x1½". Select European walnut, hand checkered p.g. and beavertail fore-end.
**Features:** Single selective trigger, automatic ejectors, cocking indicators; concave barrel rib; hand-detachable lockplates; hand engraved action. Imported from Spain by Precision Sports, Inc.
**Price:** .......................................................... $1,650.00



AyA Model No. 2

### AYA No. 1 Side-by-Side
Similar to the No. 2 except barrel lengths to customer specifications. Barrels are of chrome-nickel steel. Imported from Spain by Wm. Larkin Moore & Co. and Precision Sports, Inc.

| | |
|---|---|
| **Price:** 12, 16, 20 ga., from | $4,895.00 |
| **Price:** 28 ga., from | $5,495.00 |
| **Price:** 410 ga., from | $5,495.00 |

### AYA No. 2 SIDE-BY-SIDE
**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** 26", 27", 28", choked to customer specs.
**Weight:** 5 lbs. 2 oz. to 7½ lbs.
**Stock:** 14½"x2¼"x1½". European walnut. Straight grip stock, checkered butt, classic fore-end. Can be made to custom dimensions.
**Features:** Sidelock action with auto. ejectors, double triggers standard, single trigger optional. Hand-detachable locks. Color case-hardened action. Imported from Spain by Wm. Larkin Moore & Co. and Precision Sports, Inc.

| | |
|---|---|
| **Price:** 12, 16, 20 ga., from | $2,175.00 |
| **Price:** 28 ga., from | $2,365.00 |
| **Price:** 410 ga., from | $2,365.00 |

### AYA No. 4 DELUXE SIDE-BY-SIDE
**Gauge:** 12, 20, 28 & 410.
**Barrel:** 26", 27", 28" (Imp. Cyl. & Mod. or Mod. & Full).
**Weight:** 5 lbs. 2 oz. to 6½ lbs.
**Stock:** 14½"x2¼"x1½". European walnut. Straight grip with checkered butt, classic fore-end.
**Features:** Boxlock action, color case-hardened, automatic ejectors, double triggers (single trigger available). Imported from Spain by William Larkin Moore & Co. and Precision Sports, Inc.

| | |
|---|---|
| **Price:** 12, 16 ga., about | $2,195.00 |
| **Price:** 20 ga., about | $2,195.00 |
| **Price:** 28, 410 ga., about | $2,255.00 |

AyA No. 4 Deluxe

### AYA Model 56 Side-By-Side
Similar to the No. 1 except in 12, 16 or 20 ga. only, third fastener and side-clips; heavier weight in 12-ga.; available with raised, level or vent rib. Does not have hand-detachable locks. Imported from Spain by Wm. Larkin Moore & Co. and Precision Sports, Inc.
**Price:** About .......................................................... $5,250.00

Consult our Directory pages for the location of firms mentioned.

### BERNARDELLI SERIES S. UBERTO DOUBLES
**Gauge:** 12, 16, 20, 28; 2½", 2¾", or 3" chambers.
**Barrel:** 25⅝", 26¾", 28", 29⅛" (Mod. & Full).
**Weight:** 6 to 6½ lbs.
**Stock:** 14⅛" x 2⅝" x 1⅜6" standard dimensions. Select walnut with hand checkering.
**Features:** Anson & Deeley boxlock action with Purdey locks, choice of extractors or ejectors. Uberto 1 has color case hardened receiver, Uberto 2 and F.S. silvered and differ in amount and quality of engraving. Custom options available. Imported from Italy by Armes De Chasse and Quality Arms.

| | |
|---|---|
| **Price:** S. Uberto 1 | $860.00 |
| **Price:** As above with ejectors | $970.00 |
| **Price:** S. Uberto 2 | $901.00 |
| **Price:** As above with ejectors | $1,010.00 |
| **Price:** S. Uberto F.S. | $1,054.00 |
| **Price:** As above with ejectors | $1,164.00 |

### Bernardelli Series Roma Shotguns
Similar to the Series S. Uberto models except with dummy sideplates to simulate sidelock action. Same gauges and specifications apply.

| | |
|---|---|
| **Price:** Roma 3 | $944.00 |
| **Price:** As above with ejectors | $1,054.00 |
| **Price:** Roma 4 | $1,079.00 |
| **Price:** As above with ejectors | $1,188.00 |
| **Price:** Roma 6 | $1,316.00 |
| **Price:** As above with ejectors | $1,426.00 |

Compendium_Klarevas
Page 389

## SHOTGUNS—SIDE-BY-SIDES

**BERNARDELLI LAS PALOMAS SIDE-BY-SIDE**
**Gauge:** 12, 2¾″.
**Barrel:** 28″ (Mod. & Full), specially bored for pigeon shooting.
**Weight:** 7½ lbs.
**Stock:** 14½″ x 1¼″ x 1½″, cast-off right ⅛″ x ⅝″. Select walnut.
**Features:** Reinforced Anson & Deeley action; single trigger with back position and special trigger guard; manual safety (auto. safety optional); beavertail fore-end, Australian pistol grip with shaped heel and palm swell; vent. recoil pad. Many optional features available. Imported from Italy by Armes De Chasse and Quality Arms. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,153.00**

**Bernardelli System Holland H. Side-by-Side**
Similar to the Las Palomas model with true sidelock action. Available in 12 gauge only, reinforced breech, three round Purdey locks, automatic ejectors, folding right trigger. Model VB Liscio has color case hardened receiver and sideplates with light engraving, VB and VB Tipo Lusso are silvered and engraved.
**Price:** VB Liscio. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,743.00**
**Price:** VB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$5,496.00**
**Price:** VB Tipo Lusso . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$6,432.00**



Beretta Model 424

**BERETTA M-424 SIDE-BY-SIDE**
**Gauge:** 12 (2¾″), 20 (3″).
**Action:** Beretta patent boxlock; double underlugs and bolts.
**Barrel:** 12 ga.—26″ (Imp. Cyl. & Mod.), 28″ (Mod. & Full); 20 ga.—26″ (Imp. Cyl. & Mod.), 28″ (Mod. & Full).
**Weight:** 6 lbs. 14 oz. (20 ga.).
**Stock:** 14⅛″x1⅞⅛″x2⅝″. "English" straight-type, hand checkered European walnut.
**Features:** Coil springs throughout action; double triggers (front is hinged); automatic safety; extractors. Concave matted barrel rib. Introduced 1977. Imported by Beretta U.S.A. Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$900.00**

**Beretta M-426 Side-By-Side**
Same as M-424 except action body is engraved; pistol grip stock; a silver pigeon is inlaid into top lever; single selective trigger; selective automatic ejectors. Introduced 1977. Imported by Beretta U.S.A. Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,115.00**



Browning B-SS

**BROWNING B-SS**
**Gauge:** 12, 20 (3″).
**Action:** Top lever break-open action, top tang safety, single trigger.
**Barrel:** 26″ (Mod. and Full or Imp. Cyl. and Mod.), 28″ (Mod. and Full), 30″ (Full & Full or Mod. & Full).
**Weight:** 6¾ lbs. (26″ bbl., 20 ga.); 7½ lbs. (30″ bbl., 12 ga.).
**Stock:** 14¼″x1⅜″x2½″. French walnut, hand checkered. Full p.g., full beavertail fore-end.
**Features:** Automatic safety, automatic ejectors. Hand engraved receiver, mechanical single selective trigger with barrel selector in rear of trigger guard. Imported from Japan by Browning.
**Price:** Grade I, 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$760.00**

**Browning B-SS Sidelock**
Similar to the B-SS Sporter except gun is a true sidelock. Receiver, fore-end iron, trigger guard, top lever, and tang are all satin grey with rosettes and scroll work. Straight grip stock with checkered butt of French walnut. Double triggers, automatic safety and cocking indicator. Introduced 1984.
**Price:** 12 or 20 gauge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,500.00**



Browning B-SS Sporter

**Browning B-SS Sporter**
Similar to standard B-SS except has straight-grip stock and full beavertail fore-end with traditional oil finish. Introduced 1977.
**Price:** Grade I, 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$760.00**



Hermanos Model 150

**EXEL MODELS 201, 202, 203 DOUBLES**
**Gauge:** 12, 2¾″ chambers (M201, 202); 20, 3″ chambers (M203).
**Barrel:** Model 201 — 28″ (Full & Mod.); Model 202 — 26″ (Imp. Cyl. & Mod.); Model 203 — 27″ (Full & Mod.).
**Weight:** 6½–7 lbs.
**Stock:** 14⅜″ x 1½″ x 2½″. Walnut, straight or full pistol grip.
**Sights:** Metal bead front.
**Features:** Boxlock action with color case hardened finish; double triggers; extractors only; high matted rib; hand checkered stock and fore-end. Made in Spain by Ugartechea; imported by Exel Arms of America.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$398.62**

**CRUCELEGUI HERMANOS MODEL 150 DOUBLE**
**Gauge:** 12 or 20 (2¾″ chambers).
**Action:** Greener triple crossbolt.
**Barrel:** 20″, 26″, 28″, 30″, 32″ (Cyl. & Cyl., Full & Full, Mod. & Full, Mod. & Imp. Cyl., Imp. Cyl. & Full, Mod. & Mod.).
**Weight:** 5 to 7¼ lbs.
**Stock:** Hand checkered walnut, beavertail fore-end.
**Features:** Exposed hammers; double triggers; color case hardened receiver; sling swivels; chrome lined bores. Imported from Spain by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$349.95**
**Price:** Model 225 (hammerless version) . . . . . . . . . . . . . . . . . . . . . . **$349.95**

**Exel Models 204, 205, 206 Doubles**
Similar to Models 201, 202, 203 except with silvered and engraved receiver, automatic selective ejectors, single or double triggers. Others specs are the same.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$608.14**

**Exel Models 207, 208, 209, 210 Doubles**
Similar to the Models 201, 202, 203 except full sidelock action. Models 207, 208, 209 in 12 ga., 2¾″ chambers; 28″ (Mod. & Full) for 207 and 208, 26″ (Imp. Cyl. & Mod.) for 209, 20 ga., 3″, 27″ (Mod. & Full) for 210. Selective ejectors, trigger, stock and frame finish to customer specs.
**Price:** Model 207 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$593.66**
**Price:** Model 208, 209, 210 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$651.58**
**Price:** Models 211, 212, 213 (similar to above but with better wood, engraving). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,100.00**



**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# SHOTGUNS—SIDE-BY-SIDES



Ferlib Model FVII

**FERLIB MODEL F VII DOUBLE SHOTGUN**
**Gauge:** 12, 20, 28, 410.
**Barrel:** 25" to 28".
**Weight:** 5½ lbs. (20 ga.).

**Stock:** Oil-finished walnut, checkered straight grip and fore-end.
**Features:** Boxlock action with fine scroll engraved, silvered receiver. Double triggers standard. Introduced 1983. Imported from Italy by Wm. Larkin Moore.
**Price:** 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,300.00
**Price:** 28 or 410 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,600.00
**Price:** Extra for single trigger, beavertail fore-end . . . . . . . . . . . . . . . . $300.00



GIB Magnum

**GIB 10 GAUGE MAGNUM SHOTGUN**
**Gauge:** 10 ga. (3½" chambers).
**Action:** Boxlock.
**Barrel:** 32" (Full).

**Weight:** 10 lbs.
**Stock:** 14½"x1½"x2⅝". European walnut, checkered at p.g. and fore-end.
**Features:** Double triggers; color hardened action, rest blued. Front and center metal beads on matted rib; ventilated rubber recoil pad. Fore-end release has positive Purdey-type mechanism. Imported from Spain by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $500.00

**GARBI MODEL 51 SIDE-BY-SIDE**
**Gauge:** 12, 16, 20 (2¾" chambers).
**Barrel:** 28" (Mod. & Full).
**Weight:** 5½ to 6½ lbs.
**Stock:** Walnut, to customer specs.
**Features:** Boxlock action; hand-engraved receiver; hand-checkered stock and fore-end; double triggers; extractors. Introduced 1980. Imported from Spain by L. Joseph Rahn, Inc.
**Price:** Model 51A, 12 ga., extractors . . . . . . . . . . . . . . . . . . . . . . . . . $515.00
**Price:** Model 51B, 12, 16, 20 ga., ejectors. . . . . . . . . . . . . . . . . . . . . . $890.00



Garbi Model 51



Garbi Model 60

**Garbi Model 62**
Similar to Model 60 except choked Mod. & Full, plain receiver with engraved border, demi-bloc barrels, gas exhaust valves, jointed triggers, extractors. Imported from Spain by L. Joseph Rahn.
**Price:** Model 62A, 12 ga., only. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $830.00
**Price:** Model 62B, 12, 16, 20 ga., ejectors . . . . . . . . . . . . . . . . . . . . . $1,115.00

**GARBI MODEL 60 SIDE-BY-SIDE**
**Gauge:** 12, 16, 20 (2¾" chambers).
**Barrel:** 26", 28", 30"; choked to customers specs.
**Weight:** 5½ to 6½ lbs.
**Stock:** Select walnut. Dimensions to customer specs.
**Features:** Sidelock action. Scroll engraving on receiver. Hand checkered stock. Double triggers. Extractors. Imported from Spain by L. Joseph Rahn, Inc.
**Price:** Model 60A, 12 ga. only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $830.00
**Price:** With demi-bloc barrels and ejectors, 12, 16, 20 ga. . . . . . . . . $1,139.00

**GARBI MODEL 100 DOUBLE**
**Gauge:** 12, 16, 20.
**Barrel:** 26", 28", choked to customer specs.
**Weight:** 5½ to 7½ lbs.
**Stock:** 14½x2¼"x1½". European walnut. Straight grip, checkered butt, classic fore-end.
**Features:** Sidelock action, automatic ejectors, double triggers standard. Color case-hardened action, coin finish optional. Single trigger; beavertail fore-end, etc. optional. Five other models are available. Imported from Spain by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,150.00

**Garbi Model Special Side-by-Side**
Similar to the Garbi Model 100 except has best quality wood and metal work. Special game scene engraving with or without gold inlays, fancy figured walnut stock. Imported from Spain by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,200.00

**Garbi Model 103A, B Side-by-Side**
Similar to the Garbi Model 100 except has Purdey-type fine scroll and rosette engraving. Better over-all quality than the Model 101. Model 103B has nickel-chrome steel barrels, H&H-type easy opening mechanism; other mechanical details remain the same. Imported from Spain by Wm. Larkin Moore.
**Price:** Model 103A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,000.00
**Price:** Model 103B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,900.00

**Garbi Model 101 Side-by-Side**
Similar to the Garbi Model 100 except is available with optional level, file-cut, Churchill or ventilated top rib, and in a 12-ga. pigeon or wildfowl gun. Has Continental-style floral and scroll engraving, select walnut stock. Better overall quality than the Model 100. Imported from Spain by Wm. Larkin Moore.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,000.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 391

# SHOTGUNS—SIDE-BY-SIDES

**Garbi Model 200 Side-by-Side**
Similar to the Garbi Model 100 except has barrels of nickel-chrome steel, heavy duty locks, magnum proofed. Very fine continental-style floral and scroll engraving, well figured walnut stock. Other mechanical features remain the same. Imported from Spain by Wm. Larkin Moore.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,500.00



Garbi Model 200



Garbi Model 71

**GARBI MODEL 102 SHOTGUN**
Gauge: 12, 16, 20.
Barrel: 12 ga.-25" to 30"; 16 & 20 ga.-25" to 28". Chokes as specified.
Weight: 20 ga.-5 lbs., 15 oz. to 6 lbs., 4 oz.
Stock: 14½"x2¼x1½"; select walnut.
Features: Holland pattern sidelock ejector with chopper lump barrels, Holland-type large scroll engraving. Double triggers (hinged front) std., non-selective single trigger available. Many options available. Imported from Spain by Wm. Larkin Moore.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,000.00

**GARBI MODEL 71 DOUBLE**
Gauge: 12, 16, 20.
Barrel: 26", 28", choked to customer specs.
Weight: 5 lbs., 15 oz. (20 ga.).
Stock: 14½"x2¼"x1½". European walnut. Straight grip, checkered butt, classic fore-end.
Features: Sidelock action, automatic ejectors, double triggers standard. Color case-hardened action, coin finish optional. Five other models are available. Imported from Spain by L. Joseph Rahn.
Price: Model 71, from. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,528.00



IGA Side-by-Side

**IGA SIDE-BY-SIDE SHOTGUN**
Gauge: 12, 20, 28 (2¾"), 410 (3").
Barrel: 26" (Full & Full, 410 only, Imp. Cyl. & Mod.), 28" (Mod. & Full).

Weight: 6¾ to 7 lbs.
Stock: 14½" x 1½" x 2½". Oil-finished hardwood. Checkered pistol grip and fore-end.
Features: Automatic safety, extractors only, solid matted barrel rib. Double triggers only. Introduced 1983. Imported from Brazil by Stoeger Industries.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $325.00
Price: Coach Gun, 12 or 20 ga., 20" bbls. . . . . . . . . . . . . . . . . . . . . . . . . $283.95



Kassnar/Churchill Windsor

**KASSNAR/CHURCHILL WINDSOR SIDE-BY-SIDE SHOTGUNS**
Gauge: 10 (3½"), 12, 16, 20, 28, 410 (2¾" 16 ga., 3" others).

Barrel: 24" (Mod. & Full), 410 and 20 ga.; 26" (Imp. Cyl. & Mod., Mod. & Full); 28" (Mod. & Full, Skeet & Skeet — 28 ga.); 30" (Full & Full, Mod. & Full); 32" (Full & Full — 10 ga.).
Weight: About 7½ lbs. (12 ga.)
Stock: Hand checkered European walnut with rubber butt pad.
Features: Anson & Deeley boxlock action with silvered and engraved finish; automatic top tang safety; double triggers; beavertail fore-end. Windsor I with extractors only; Windsor II has selective automatic ejectors. Imported from Spain by Kassnar. Introduced 1984.
Price: Windsor I, 10 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $479.00
Price: Windsor I, 12 through 410 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . $375.00
Price: Windsor II, 12 or 20 ga. only. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $495.00



Kassnar/Churchill Regent

**KASSNAR/OMEGA SIDE-BY-SIDE SHOTGUNS**
Gauge: 410, 3".
Barrel: 24" (Full & Full).
Weight: 5½ lbs.
Stock: Standard has checkered beechwood, Deluxe has walnut; both have semi-pistol grip.
Features: Blued barrels and receiver; top tang safety. Imported from Spain by Kassnar. Introduced 1984.
Price: Standard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $179.00
Price: Deluxe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $199.00

**Kassnar/Churchill Regent Side-by-Side Shotguns**
Similar to the Windsor Grade except fancy walnut, better checkering and engraving; tapered Churchill rib; 25" (Imp. Cyl. & Mod.) or 28" (Mod. & Full) barrels only; 12 or 20 ga., 2¾" only. Regent IV is boxlock; Regent VI is full sidelock, both with double triggers, automatic selective ejectors, straight English-style stock and splinter fore-end. Introduced 1984.
Price: Regent IV. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $555.00
Price: Regent IV, left-hand model. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $645.00
Price: Regent VI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $855.00

CAUTION: PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 392

# SHOTGUNS—SIDE-BY-SIDES



Lebeau-Courally Sidelock

## LEBEAU-COURALLY SIDELOCK SHOTGUN

**Gauge:** 12, 16, 20 (standard), 28 (optional).
**Barrel:** 26" to 30", choked to customer specs.
**Weight:** 6 lbs., 6 oz. to 8 lbs., 4 oz. (12 ga.)
**Stock:** Dimensions to customer specs. Best quality French walnut with hand rubbed oil finish, straight grip stock and checkered butt (std.), classic splinter fore-end.
**Features:** Holland & Holland pattern sidelock ejector double with chopper lump barrels; choice of classic or rounded action; concave or level rib, file cut or smooth; choice of numerous engraving patterns. Can be furnished with H&H type self-opening mechanism. Imported from Belgium by Wm. Larkin Moore.
**Price:** From ............................................... **$16,200.00**

## LEBEAU-COURALLY BOXLOCK SHOTGUN

**Gauge:** 12, 16, 20, 28.
**Barrel:** 26" to 30", choked to customer specs.
**Weight:** 6 lbs., 6 oz. to 8 lbs., 4 oz. (12 ga.).
**Stock:** Dimensions to customer specs. Select French walnut with hand rubbed oil finish, straight grip (p.g. optional), splinter fore-end (beavertail optional).
**Features:** Anson & Deeley boxlock with ejectors, Purdey-type fastener; choice of rounded action, with or without sideplates; choice of level rib, file cut or smooth; choice of numerous engraving patterns. Imported from Belgium by Wm. Larkin Moore.
**Price:** ................................................. **$7,500.00**
**Price:** With sideplates ...................................... **$8,100.00**



Manufrance 254 Robust

## MANUFRANCE 254 ROBUST DELUXE DOUBLE

**Gauge:** 12, 2¾" chambers.
**Barrel:** 27½" (Mod. & Full), chrome-lined bores.
**Weight:** About 6½ lbs. **Length:** 44¼" over-all.
**Stock:** Choice, dense French walnut with 21 lpi checkering; beavertail fore-end.
**Features:** Boxlock action with double triggers, automatic ejectors, top tang safety. Silver-gray finish and fine scroll engraving on receiver, top lever and trigger guard. Retractable sling in butt optional. Imported from France by Armsource, Inc. Introduced 1984.
**Price:** ................................................. **$760.00**

## Manufrance 222 Robust Field Side-by-Side

Same as the Robust Deluxe model except has plain color case-hardened receiver. Available with 27½" (Mod. & Full) or 20½" (Imp. Cyl. & Imp. Cyl.), extractors only. Introduced 1984.
**Price:** ................................................. **$560.00**



Mercury Magnum

## MERCURY MAGNUM DOUBLE BARREL SHOTGUN

**Gauge:** 10 (3½"), 12 or 20 (3") magnums.
**Action:** Triple-lock Anson & Deeley type.
**Barrel:** 28" (Full & Mod.), 12 and 20 ga.; 32" (Full & Full), 10 ga.
**Weight:** 7¼ lbs. (12 ga.); 6½ lbs. (20 ga.); 10⅛ lbs. (10 ga.). **Length:** 45" (28" bbls.).
**Stock:** 14"x1⅝"x2¼" walnut, checkered p.g. stock and beavertail fore-end, recoil pad.
**Features:** Double triggers, front hinged, auto safety, extractors; safety gas ports, engraved frame. Imported from Spain by Tradewinds.
**Price:** (12, 20 ga.) ............................................ **$295.00**
**Price:** (10 ga.) ................................................ **$480.00**

## PARKER DHE SIDE-BY-SIDE SHOTGUN

**Gauge:** 20, 2¾" or 3" chambers.
**Barrel:** 26" (Imp. Cyl. & Mod.), 28" (Mod. & Full, 3" chambers only).
**Weight:** About 6½ lbs.
**Stock:** American walnut, checkered grip and fore-end. Straight or pistol grip style.
**Sights:** Metal bead front.
**Features:** Reproduction of the original Parker DHE — all parts interterchangeable with original. Double or single trigger; skeleton or hard rubber buttplate. Reproduced by Winchester in Japan, imported by Parker Gun. Introduced 1984.
**Price** ................................................. **NA**

## Piotti Model Monte Carlo Side-by-Side

Similar to the Piotti King No. 1 except has Purdey-style scroll and rosette engraving, no gold inlays, over-all workmanship not as finely detailed. Other mechanical specifications remain the same. Imported from Italy by Wm. Larkin Moore.
**Price:** ................................................. **$9,200.00**



Piotti King No. 1

## PIOTTI KING NO. 1 SIDE-BY-SIDE

**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** 25" to 30" (12 ga.), 25" to 28" (16, 20, 28, 410). To customer specs. Chokes as specified.
**Weight:** 6½ lbs. to 8 lbs. (12 ga., to customer specs.)
**Stock:** Dimensions to customer specs. Finely figured walnut; straight grip with checkered butt with classic splinter fore-end and hand-rubbed oil finish standard. Pistol grip, beavertail fore-end, satin luster finish optional.
**Features:** Holland & Holland pattern sidelock action, auto. ejectors. Double trigger with front trigger hinged standard; non-selective single trigger optional. Coin finish standard; color case-hardened optional. Top rib: level, file cut standard; concave, ventilated optional. Very fine, full coverage scroll engraving with small floral bouquets, gold crown in top lever, name in gold, and gold crest in fore-end. Imported from Italy by Wm. Larkin Moore.
**Price:** ................................................. **$11,000.00**

## Piotti Model King EELL Side-by-Side

Similar to the Piotti King No. 1 except highest quality wood and metal work. Choice of either bulino game scene engraving or game scene engraving with gold inlays. Engraved and signed by a master engraver. Exhibition grade wood. Other mechanical specifications remain the same. Imported from Italy by Wm. Larkin Moore.
**Price:** ................................................. **$16,000.00**

Compendium_Klarevas
Page 393

# SHOTGUNS—SIDE-BY-SIDES



## PIOTTI MODEL PIUMA SIDE-BY-SIDE
**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** 25" to 30" (12 ga.), 25" to 28" (16, 20, 28, 410).
**Weight:** 5½ to 6¼ lbs. (20 ga.).
**Stock:** Dimensions to customer specs. Straight grip stock with checkered butt, classic splinter fore-end, hand rubbed oil finish are standard; pistol grip, beavertail fore-end, satin luster finish optional.
**Features:** Anson & Deeley boxlock double with chopper lump barrels. Level, file-cut rib, light scroll and rosette engraving, scalloped frame. Double triggers with hinged front standard, single non-selective optional. Coin finish standard, color case hardened optional. Imported from Italy by Wm. Larkin Moore.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,700.00**

Piotti Model Lunik

## Piotti Model Lunik Side-by-Side
Similar to the Piotti King No. 1 except better over-all quality. Has Renaissance-style large scroll engraving in relief, gold crown in top lever, gold name, and gold crest in fore-end. Best quality Holland & Holland-pattern sidelock ejector double with chopper lump (demi-bloc) barrels. Other mechanical specifications remain the same. Imported from Italy by Wm. Larkin Moore.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$11,500.00**

## ROSSI "SQUIRE" DOUBLE BARREL
**Gauge:** 12, 20, 410 (3" chambers).
**Barrel:** 12 — 28" (Mod. & Full); 20 ga.—26" (Imp. Cyl. & Mod.), 28" (Mod. & Full); 410—26" (Full & Full).
**Weight:** About 7½ lbs.
**Stock:** Walnut finished hardwood.
**Features:** Double triggers, raised matted rib, beavertail fore-end. Massive twin underlugs mesh with synchronized sliding bolts. Introduced 1978. Imported by Interarms.
**Price:** 12 or 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$274.00**
**Price:** 410 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$281.00**

## ROSSI OVERLAND DOUBLE BARREL
**Gauge:** 12, 20, 410 (3" chambers).
**Action:** Sidelock with external hammers; Greener crossbolt.
**Barrel:** 12 ga., 20" (Imp. Cyl., Mod.) 28" (Mod. & Full), 20 ga., 20", 26" (Imp. Cyl. & Mod.), 410 ga., 26" (Full & Full).
**Weight:** 6½ to 7 lbs.
**Stock:** Walnut p.g. with beavertail fore-end.
**Features:** Solid raised matted rib. Exposed hammers. Imported by Interarms.
**Price:** 12 or 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$249.00**
**Price:** 410 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$256.00**



Savage Fox B-SE

## SAVAGE FOX MODEL B-SE DOUBLE
**Gauge:** 12, 20, 410 (20, 2¾" and 3"; 410, 2½" and 3" shells).
**Action:** Hammerless, takedown; non-selective single trigger; auto. safety. Automatic ejectors.
**Barrel:** 12, 20 ga., 26" (Imp. Cyl., Mod.); 12 ga. (Mod., Full); 410, 26" (Full, Full). Vent. rib on all.
**Weight:** 12 ga. 7 lbs., 16 ga. 6¾ lbs., 20 ga. 6½ lbs., 410 ga. 6¼ lbs.
**Stock:** 14"x1½"x2½". Walnut, checkered p.g. and beavertail fore-end.
**Features:** Decorated, case-hardened frame; white bead front and middle sights.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.95**

Savage-Stevens 311

## SAVAGE-STEVENS MODEL 311 DOUBLE
**Gauge:** 12, 20, 410 (12, 20 and 410, 3" chambers).
**Action:** Top lever, hammerless; double triggers, auto. top tang safety.
**Barrel:** 12, 20 ga. 26" (Imp. Cyl., Mod.); 12 ga. 28" (Mod., Full); 12 ga. 30" (Mod., Full); 410 ga. 26" (Full, Full).
**Weight:** 7-8 lbs. (30" bbl.). **Length:** 45¾" over-all.
**Stock:** 14"x1½"x2½". Walnut finish, p.g., fluted comb.
**Features:** Box type frame, case-hardened finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$262.50**

## W&C SCOTT CHATSWORTH GRANDE LUXE DOUBLE
**Gauge:** 12, 16, 20, 28.
**Barrel:** 25", 26", 27", 28", 30" (Imp. Cyl. & Mod., or to order); concave rib standard, Churchill or flat rib optional.
**Weight:** About 6½ lbs. (12 ga.).
**Stock:** 14¾" x 1½" x 2¼", or made to customer specs. French walnut with 32 lpi checkering.
**Features:** Entirely hand fitted; boxlock action (sideplates optional); English scroll engraving; gold name plate shield in stock. Imported from England by L. Joseph Rahn and British Guns.
**Price:** 12 or 16 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$7,346.00**
**Price:** 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$8,431.00**
**Price:** 28 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$8,846.00**

W&C Scott Chatsworth



## W&C Scott Kinmount Game Gun
Similar to the Bowood DeLuxe Game Gun except less ornate engraving and wood work; checkered 20 lpi; other details essentially the same. Imported from England by L. Joseph Rahn and British Guns.
**Price:** 12 or 16 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,602.00**
**Price:** 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,128.00**
**Price:** 28 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,307.00**

## W&C Scott Bowood DeLuxe Game Gun
Similar to the Chatsworth Grande Luxe except less ornate metal and wood work; checkered 24 lpi at fore-end and pistol grip. Imported from England by L. Joseph Rahn and British Guns.
**Price:** 12 or 16 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$5,020.00**
**Price:** 20 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$5,755.00**
**Price:** 28 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$6,035.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# SHOTGUNS—SIDE-BY-SIDES

## VENTURA 66/66 XXV-SL DOUBLES

**Gauge:** 12 ga. (2¾"), 20 ga. (3"), 28 ga. (2¾"), 410 (3")..
**Action:** H&H sidelock with double underlugs.
**Barrel:** 25", 27½", 30" (12 ga. only), with chokes according to use.
**Weight:** 12 ga.—6½ lbs.; 28 ga.—5¾ lbs.
**Stock:** Select French walnut, hand checkered. Straight English or pistol grip stock, slender beavertail fore-end.
**Features:** Single selective or double triggers, auto. ejectors, gas escape valves, and intercepting safeties. Extensive hand engraving and finishing. Can be made to customer specs. Accessories, extra barrels also available. Imported by Ventura Imports.
**Price:** From .................................... **$1,100.00 to 1,396.00**



Ventura 66/66 XXV-SL

## VENTURA 53/53XXV-BL DOUBLES

**Gauge:** 12 ga. (2¾"), 20 ga. (3"), 28 ga. (2¾"), 410 ga. (3").
**Action:** Anson & Deeley with double underlugs.
**Barrel:** 25", 27½", 30" (12 ga. only), with chokes according to use.
**Weight:** 12 ga.—6½ lbs.; 28 ga.—5½ lbs.
**Stock:** Select French walnut, hand checkered. Straight English or pistol grip stock with slender beavertail fore-end.
**Features:** Single selective or double triggers, auto ejectors, hand-engraved scalloped frames. Accessories also available. Imported by Ventura Imports.
**Price:** From......................................... **$736.00 to 996.00**

## VENTURA MODEL 51 DOUBLE

**Gauge:** 12 ga. (2¾"), 20 ga. (3").
**Action:** Anson & Deeley with double underlugs.
**Barrel:** 27½", 30" (12 ga. only) with chokes according to use.
**Weight:** 6 to 6½ lbs.
**Stock:** Select French walnut, hand checkered pistol grip stock with slender beavertail fore-end.
**Features:** Single selective trigger, auto ejectors, hand-engraved action. Leather trunk cases, wood cleaning rods and brass snap caps available. Imported by Ventura Imports.
**Price:** From...................................... **$696.00**

Ventura Model 51



Winchester Model 23

## Winchester Model 23 XTR Lightweight

Similar to standard Pigeon Grade except has 25½" barrels, English-style straight grip stock, thinner semi-beavertail fore-end. Available in 12 or 20 gauge (Imp. Cyl. & Mod.). Silver-gray frame has engraved bird scenes. Comes with hard case. Introduced 1981. Imported from Japan by Winchester Group, Olin Corp.
**Price:** ...................................... **$1,435.00**

## Winchester Model 23 Heavy Duck

Same basic features as the standard Model 23 Pigeon Grade except has plain, blued receiver, 30" barrels choked Full and Extra Full, 3" chambers. Comes with hard case. Introduced 1983.
**Price:** ...................................... **$1,580.00**

## WINCHESTER MODEL 23 PIGEON GRADE DOUBLE

**Gauge:** 12, 20, 3" chambers.
**Barrel:** 26", (Imp. Cyl. & Mod.), 28" (Mod. & Full). Vent. rib.
**Weight:** 7 lbs. (12 ga.); 6½ lbs. (20 ga.). **Length:** 46¾" over-all (28" bbls.).
**Stock:** 14"x1½"x2½" High grade American walnut, beavertail fore-end. Hand cut checkering.
**Features:** Mechanical trigger; tapered ventilated rib; selective ejectors. Receiver, top lever and trigger guard have silver gray satin finish and fine line scroll engraving. Introduced 1978. Imported from Japan by Winchester Group, Olin Corp.
**Price:** .................................................... **$1,345.00**

## Winchester Model 23 Pigeon Grade Winchoke

Same features as standard Model 23 Pigeon Grade except has 25½" barrels with interchangeable Winchoke tubes. Six are supplied with 12 ga. (Skeet, Imp. Cyl., Mod., Imp. Mod., Full, Extra Full), four with 20 ga. (Skeet, Imp. Cyl., Mod., Full). Comes with hard case. Introduced 1983.
**Price:** .................................................... **$1,475.00**

# SHOTGUNS—BOLT ACTIONS



Marlin Model 55

## MARLIN MODEL 55 GOOSE GUN BOLT ACTION

**Gauge:** 12 only, (3" mag. or 2¾").
**Action:** Bolt action, thumb safety, detachable 2-shot clip. Red cocking indicator.
**Barrel:** 36", Full choke.
**Weight:** 8 lbs. **Length:** 57" over-all.
**Stock:** Walnut-finished hardwood, p.g., ventilated recoil pad, leather strap & swivels. Mar-Shield® finish.
**Features:** Tapped for receiver sights. Swivels and leather carrying strap. Brass bead front sight, U-groove rear sight.
**Price:** .................................................... **$160.95**

Compendium_Klarevas
Page 395

# SHOTGUNS—BOLT ACTIONS



Mossberg 595/585

## MOSSBERG 595/585 BOLT ACTION
**Gauge:** 12, 2¾" or 3" (M595), 12 or 20 ga., 2¾" or 3" (M585).
**Barrel:** 28" (C-LECT-CHOKE), 38" (Full, fixed, M595).
**Weight:** 7½ lbs. (12 ga.).
**Stock:** Walnut-finished hardwood, vent. recoil pad.
**Sights:** Bead front.
**Features:** Rotary safety at rear of bolt blocks trigger; 2-shot magazine. Introduced 1984.
**Price:** .......................................................... **NA**

## MARLIN SUPERGOOSE 10 M5510
**Gauge:** 10, 3½" Magnum or 2⅞" regular, 2-shot clip.
**Barrel:** 34" (Full), bead front sight, U-groove rear sight.
**Weight:** About 10½ lbs. **Length:** 55½" over-all.
**Stock:** Extra long walnut-finished hardwood with p.g., Pachmayr vent. pad., white butt spacer; Mar-Shield® finish.
**Features:** Bolt action, removable 2-shot clip magazine. Positive thumb safety, red cocking indicator. Comes with quick-detachable swivels and leather carrying strap.
**Price:** ............................................ **$263.95**

## MOSSBERG MODEL 183K BOLT ACTION
**Gauge:** 410, 3-shot (3" chamber).
**Action:** Bolt; top-loading mag.; thumb safety.
**Barrel:** 25" with C-Lect-Choke.
**Weight:** 5¾ lbs. **Length:** 45¼" over-all.
**Stock:** Walnut finish, p.g., Monte Carlo comb., rubber recoil pad w/spacer.
**Features:** Moulded trigger guard with finger grooves, gold bead front sight.
**Price:** About ................................... **$102.00**

# SHOTGUNS—SINGLE SHOTS



Beretta Model 680

## FIE "C.B.C" SINGLE BARREL SHOTGUN
**Gauge:** 12, 20, 410 (3").
**Barrel:** 12 ga. & 20 ga. 28" (Full); 410 ga. (Full).
**Weight:** 6½ lbs.
**Stock:** Walnut stained hardwood, beavertail fore-end.
**Sights:** Metal bead front.
**Features:** Trigger guard button is pushed to open action. Exposed hammer, auto ejector, three-piece takedown. Imported from Brazil by F.I.E. Corp.
**Price:** ............................................ **$74.95**
**Price:** Youth model ............................... **$79.95**

## BERETTA 680 MONO SINGLE BARREL
**Gauge:** 12 only (2¾").
**Barrel:** 32", 34" (Full).
**Weight:** About 8 lbs.
**Stock:** 14⅜"x1⅜"x1⅝". Premium walnut with Monte Carlo, checkered p.g. and fore-end.
**Features:** Low profile boxlock action, auto ejector, manual safety. High rib, two sight beads, chrome lined bores. Ventilated recoil pad. Comes with fitted case. Imported from Italy by Beretta U.S.A. Corp.
**Price:** ......................................... **$1,580.00**



Browning BT-99

## FIE "S.O.B." SINGLE BARREL
**Gauge:** 12, 20, 410 (3").
**Action:** Button-break on trigger guard.
**Barrel:** 18½" (Cyl.).
**Weight:** 6½ lbs.
**Stock:** Walnut finished hardwood, full beavertail fore-end.
**Features:** Exposed hammer. Automatic ejector. Imported from Brazil by F.I.E. Corp.
**Price:** ............................................ **$99.95**

## BROWNING BT-99 COMPETITION TRAP SPECIAL
**Gauge:** 12 gauge only (2¾").
**Action:** Top lever break-open, hammerless.
**Barrel:** 32" or 34" (Mod., Imp. Mod. or Full) with ¹¹⁄₃₂" wide high post floating vent. rib. Also comes with Invector choke tubes.
**Weight:** 8 lbs. (32" bbl.).
**Stock:** French walnut; hand checkered, full pistol grip, full beavertail fore-end; recoil pad. Trap dimensions with M.C. 14⅜"x1⅜"x1⅜"x2".
**Sights:** Ivory front and middle beads.
**Features:** Gold plated trigger with 3½-lb. pull, deluxe trap-style recoil pad, auto ejector, no safety. Also available in engraved Pigeon Grade. Imported from Japan by Browning.
**Price:** Grade I Competition..................................... **$724.95**
**Price:** Grade I Invector .................................... **$754.95**



H&R Model 088

## HARRINGTON & RICHARDSON MODEL 088 DELUXE
**Gauge:** 12, 16, 20, 410 (3" chamber); 16 (2¾").
**Barrel:** 12 ga. 28" (Full, Mod.); 16 ga. 28" (Mod.); 20 ga. 26" (Full, Mod.); 410 ga. 25" (Full).
**Weight:** About 5½ lbs. **Length:** 43" over-all (28" barrel).
**Stock:** Semi-pistol grip walnut finished hardwood; semi-beavertail fore-end. 13¾"x1½"x2½".
**Sights:** Bead front.
**Features:** Color case-hardened frame, blued barrel.
**Price:** ............................................ **$88.50**
**Price:** 12 ga., 20", 32" (Full) ............................... **$89.50**
**Price:** 12 ga., 36" (Full) .................................. **$92.50**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# SHOTGUNS—SINGLE SHOTS



H&R Model 176

## H & R Model 176 Magnum
Similar to the Model 088 except in 10 gauge (3½″ chamber) only with 36″ (Full) barrel. Also available with 32″ (Full) barrel. All barrels specially designed for steel shot use. Special long fore-end and recoil pad.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$116.50**

## H & R Model 176 10 Ga. Slug Gun
Similar to standard Model 176 magnums except chambered for 10 ga. slugs. Ramp front sight, adjustable folding leaf rear sight, recoil pad, sling swivels. Has 28″ barrel (Cyl.), 3½″ chamber. Extra length magnum-type fore-end. Weighs 9¼ lbs. Introduced 1982.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$134.50**

## H & R Model 162
Same as the 088 except 12 or 20 ga., 24″ Cyl. bored bbl., adj. folding leaf rear sight, blade front, 5½ lbs.; over-all 40″. Cross bolt safety; push-button action release.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.50**

## ITHACA 5E GRADE SINGLE BARREL TRAP GUN
**Gauge:** 12 only.
**Action:** Top lever break open hammerless, dual locking lugs.
**Barrel:** 32″ or 34″, rampless vent. rib.
**Stock:** (14½″x1½″x1⅞″). Select walnut, checkered p.g. and beavertail fore-end, p.g. cap, recoil pad, Monte Carlo comb, cheekpiece. Cast-on, cast-off or extreme deviation from standard stock dimensions $100 extra. Reasonable deviation allowed without extra charge.
**Features:** Frame, top lever and trigger guard extensively engraved and gold inlaid. Gold name plate in stock.
**Price:** Custom made . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$7,000.00**
**Price:** Dollar Grade. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$9,700.00**

## KASSNAR/OMEGA FOLDING SHOTGUN
**Gauge:** 12, 16, 20, 28, 410, 2¾″, 3″ chamber.
**Barrel:** 410 — 26″ (Full); 12, 16, 20, 28 — 28″ (Full); 12 — 30″ (Full).
**Stock:** Standard has checkered beechwood, Deluxe has checkered walnut.
**Sights:** Metal bead front.
**Features:** Standard model has matte chrome receiver, bottom opening lever; Deluxe has blued receiver, top lever, vent. rib. Both guns fold for storage and transport. Imported from Italy by Kassnar. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **NA**



Ljutic LTX Mono

## Ljutic LTX Mono Gun
Similar to the standard Mono Gun except has exhibition quality wood, extra-fancy checkering pattern in 24 lpi, double recessed choking. Weight is about 8 lbs., extra light 33″ barrel; medium-height Olympic rib. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,995.00**
**Price:** With four screw-in choke tubes. . . . . . . . . . . . . . . . . . . . . . . . . . **$5,595.00**

## LJUTIC MONO GUN SINGLE BARREL
**Gauge:** 12 ga. only.
**Barrel:** 34″, choked to customer specs; hollow-milled rib, 35½″ sight plane.
**Weight:** Approx. 9 lbs.
**Stock:** To customer specs. Oil finish, hand checkered.
**Features:** Totally custom made. Pull or release trigger; removable trigger guard contains trigger and hammer mechanism; Ljutic pushbutton opener on front of trigger guard. From Ljutic Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,495.00**
**Price:** With Olympic Rib, custom 32″ barrel . . . . . . . . . . . . . . . . . . . **$3,695.00**
**Price:** As above with screw-in chokes. . . . . . . . . . . . . . . . . . . . . . . . . . **$3,895.00**



Ljutic Space Gun

## LJUTIC RECOILLESS SPACE GUN SHOTGUN
**Gauge:** 12 only, 2¾″ chamber.
**Barrel:** 30″ (Full).
**Weight:** 8½ lbs.
**Stock:** 14½″ to 15″ pull length; universal comb; medium or large p.g.
**Sights:** Choice of front sight or vent. rib model.
**Features:** Choice of pull or release button trigger; anti-recoil mechanism. Revolutionary new design. Introduced 1981. From Ljutic Industries.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,495.00**



Savage-Stevens Model 94

## SAVAGE-STEVENS MODEL 94 Single Barrel Gun
**Gauge:** 12, 16, 20, 410 (12, 20 and 410, 3″ chambers).
**Action:** Top lever break open; hammer; auto. ejector.
**Barrel:** 12 ga. 28″, 30″, 32″, 36″; 16, 20 ga. 28″; 410 ga. 26″. Full choke only.
**Weight:** About 6 lbs. **Length:** 42″ over-all (26″ bbl.).
**Stock:** 14″x1½″x2½″. Walnut finish.
**Features:** Color case-hardened frame, low rebounding hammer.
**Price:** 26″ to 32″ bbls. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$88.50**
**Price:** With 36″ bbl. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$95.00**

## Stevens M94-Y Youth's Gun
Same as Model 94-C except: 26″ bbl., 20 ga. Mod. or 410 Full, 12½″ stock with recoil pad. Wgt. about 5½ lbs. 40½″ over-all.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$95.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 397

## SHOTGUNS—SINGLE SHOTS



Snake Charmer II

**SNAKE CHARMER II SHOTGUN**
**Gauge:** 410, 3" chamber.
**Barrel:** 18⅛" (Cyl.).
**Weight:** 3½ lbs. **Length:** 28⅛" over-all.
**Stock:** Moulded high impact plastic, thumbhole type.
**Sights:** None.
**Features:** Redesigned positive safety mechanism. Measures 19" when taken apart. All stainless steel construction. Storage compartment in buttstock holds four spare rounds of 410. Reintroduced 1984. From Sporting Arms, Inc.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $115.00



Stevens 9478 Single

**STEVENS 9478 SINGLE BARREL**
**Gauge:** 10, 12, 20 or 410.
**Barrel:** 28" (Full), 30" (Full), 32" (Full), 36" (Full).
**Weight:** 6¼ lbs. (9½ lbs. for 10 ga.) **Length:** 42" to 52" over-all.
**Stock:** Walnut finished hardwood. 14"x1½"x2½".
**Features:** Bottom opening action "lever", manually cocked hammer, auto. ejection. Color case-hardened frame.
**Price:** 9478 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $84.95
**Price:** 10 ga., 36" (Full) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $123.00

## SHOTGUNS—MILITARY & POLICE



Benelli Model 121-M1

**BENELLI MODEL 121-MI POLICE SHOTGUN**
**Gauge:** 12, 2¾" chamber.
**Barrel:** 20" (Cyl.).
**Weight:** About 7½ lbs.
**Stock:** Oil-finished Beech.
**Sights:** Post front, buckhorn-type rear.
**Features:** All metal parts black Parkerized, including bolt; smooth, non-checkered stock, swivel stud on butt. Imported by Heckler & Koch.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $499.00



FIE SPAS 12

**FIE SPAS 12 PUMP/AUTO ASSAULT SHOTGUN**
**Gauge:** 12, 2¾".
**Barrel:** 21½". Barrel threaded for SPAS choke tubes.
**Weight:** 9.6 lbs. **Length:** 31¾" (stock folded).
**Stock:** Folding, metal.
**Sights:** Blade front, aperture rear.
**Features:** Functions as pump or gas-operated auto. Has 9-shot magazine. Parkerized alloy receiver, chrome lined bore, resin pistol grip and pump handle. Made in Italy by Franchi. Introduced 1983. Imported by FIE Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $599.95
**Price:** Mod. or Full choke tube . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $24.95

**ITHACA MODEL 37 M & P SHOTGUN**
**Gauge:** 12, 2¾" chamber, 5-shot magazine.
**Barrel:** 18" (Cyl.), 20" (Cyl. or Full).
**Weight:** 6½ lbs.
**Stock:** Oil-finished walnut with grooved walnut pump handle.
**Sights:** Bead front.
**Features:** Metal parts are Parkerized or matte chrome. Available with vertical hand grip instead of full butt.
**Price:** 5-shot, Parkerized . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $328.00
**Price:** 8-shot, Parkerized . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $343.00
**Price:** 8-shot, chrome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $383.00
**Price:** Handgrip stock, 5-shot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $351.00
**Price:** Handgrip stock, 8-shot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $366.00
**Price:** M&P II, Handgrip with buttstock . . . . . . . . . . . . . . . . . . . . . . . . . . . . $345.00



Ithaca 37 Handgrip

**Ithaca Model 37 M&P Handgrip**
Compact, handgrip version of the 12 gauge Model 37 M&P. Choice of 5-shot, 18½" (Cyl.), or 8-shot 20" (Cyl.) barrel. Comes with sling and swivels. Introduced 1983.
**Price:** Blued, 5-shot, 18½" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $315.00
**Price:** Parkerized, 5-shot, 18½" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $351.00
**Price:** Parkerized, 8-shot, 20" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $366.00
**Price:** Chrome, 8-shot, 20" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $406.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

## SHOTGUNS—MILITARY & POLICE



Ithaca 37 DSPS

**Ithaca Model 37 DSPS Shotgun**
Law enforcement version of the Model 37 Deerslayer. Designed primarily for shooting rifled slugs but equally effective with buckshot. Available in either 5- or 8-shot models in blue, Parkerized or matte chrome finishes. Has 20" barrel with Full choke, oil-finished stock, adjustable rifle-type sights.

| | |
|---|---|
| Price: Parkerized, 5-shot | **$363.00** |
| Price: Blue, 5-shot | **$363.00** |
| Price: Matte chrome, 8-shot | **$418.00** |
| Price: Parkerized or blue, 8-shot | **$378.00** |
| Price: With Handgrip and buttstock | **$380.00** |

**Ithaca Model 37 LAPD**
Similar to the Model 37 DSPS except comes with sling swivels, sling, rubber recoil pad. Rifle-type sights, checkered pistol grip stock, 5-shot magazine.
Price: .......................................... **$405.00**



Ithaca Mag-10 Roadblocker

**ITHACA MAG-10 ROADBLOCKER**
**Gauge:** 10, 3½" chamber.
**Barrel:** 22" (Cyl.).
**Weight:** 10¾ lbs.
**Stock:** Walnut stock and fore-end, oil finish.
**Sights:** Bead front.
**Features:** Non-glare finish on metal parts. Uses Ithaca's Countercoil gas system. Rubber recoil pad. Vent. rib or plain barrel.
Price: Plain barrel .......................................... **$696.00**
Price: Vent rib barrel .......................................... **$725.00**

**KASSNAR/OMEGA RIOT PUMP SHOTGUN**
**Gauge:** 12, 2¾" chamber.
**Barrel:** 20" (Imp. Cyl.).
**Weight:** 7½ lbs.
**Stock:** European hardwood.
**Sights:** Metal bead front.
**Features:** Blued receiver, Damascened bolt; cross-bolt safety. Imported from the Philippines by Kassnar. Introduced 1984.
Price: .......................................... **$199.00**



Manufrance RG-860

**MANUFRANCE RG-860 POLICE SHOTGUN**
**Gauge:** 12, 2¾" chamber.
**Barrel:** 20" (Cyl.).
**Weight:** 6⅛ lbs. **Length:** 41" over-all.
**Stock:** Walnut, with low-gloss finish, recoil pad.
**Sights:** Hooded ramp front, open rear.
**Features:** Matte black light alloy receiver; 7-shot magazine; interchangeable barrel; fitted with sling swivels. Imported from France by Armsource, Inc. Introduced 1984.
Price: .......................................... **$445.00**



Mossberg 500

**Mossberg Cruiser Persuader Shotgun**
Similar to the Model 500 Security guns except fitted with the "Cruiser" pistol grip. Grip and fore-end are solid black. Available in either blue or electroless nickel; 12 gauge only with 18½" (6-shot) or 20" (8-shot) barrel. Folding stock. Muzzle cut with "Muzzle Brake" slots to reduce recoil. Comes with extra long black web sling. Weight is 5¾ lb. (18½"), 6 lb. (20"). Over-all length is 28" with 18½" barrel.

| | |
|---|---|
| Price: 6-shot, 18½", blue, about | **$200.00** |
| Price: As above, nickel, about | **$240.00** |
| Price: 8-shot, 20", blue, about | **$215.00** |
| Price: As above, nickel, about | **$240.00** |

**MOSSBERG MODEL 500 SECURITY SHOTGUNS**
**Gauge:** 12, 20 (2¾"), 410 (3").
**Barrel:** 18½", 20" (Cyl.).
**Weight:** 5½ lbs. (410), 7 lbs. (12 ga.).
**Stock:** Walnut-finished hardwood.
**Sights:** Rifle-type front and rear or metal bead front.
**Features:** Available in 6- or 8-shot models. Top-mounted safety, double action slide bars, sling swivels, rubber recoil pad. Blue, Parkerized or electroless nickel finishes. Price list not complete—contact Mossberg for full list.

| | |
|---|---|
| Price: 12 ga., 6-shot, 18½", blue, bead sight, about | **$178.95** |
| Price: As above, Parkerized, about | **$215.00** |
| Price: As above, nickel, about | **$240.00** |
| Price: 12 ga., 8-shot, 20" Parkerized, rifle sights, about | **$218.00** |
| Price: 20 ga., 6-shot, 18½", blue, bead sight, about | **$202.00** |
| Price: Model 500 US, Parkerized finish, handguard, about | **$220.00** |
| Price: Model 500 ATP, blued, bayonet lug, sling, about | **$245.00** |

**MOSSBERG 595 AP5 BOLT ACTION SHOTGUN**
**Gauge:** 12 ga., 2¾" chamber.
**Barrel:** 18½".
**Weight:** 7½ lbs. **Length:** 38½" over-all.
**Stock:** Hardwood.
**Sights:** Bead front, open rear.
**Features:** Detachable 5-shot box magazine, rubber recoil pad, grooved fore-end. Comes with sling swivel studs. Introduced 1983.
Price: .......................................... **NA**

Mossberg 595 AP5

## SHOTGUNS—MILITARY & POLICE



Mossberg 5500 AP5

**MOSSBERG 5500 AP5 GUARDIAN SHOTGUN**
**Gauge:** 12, 2¾" chamber.
**Barrel:** 18½" (Cyl.).
**Weight:** 7½ lbs. **Length:** 38½" over-all.
**Stock:** Hardwood.
**Sights:** Bead front.
**Features:** Matte blue finish, grooved fore-end. Also available with Cruiser pistol grip. Introduced 1983.
**Price:** .................................................. **NA**



Remington 870 Police

**REMINGTON MODEL 870P POLICE SHOTGUN**
**Gauge:** 12, 2¾" chamber.
**Barrel:** 18", 20" (Police Cyl.), 20" (Imp. Cyl.).
**Weight:** About 7 lbs.
**Stock:** Lacquer-finished hardwood or folding stock.
**Sights:** Metal bead front or rifle sights.
**Features:** Solid steel receiver, double-action slide bars.
**Price:** Wood stock, 18" or 20", bead sight .......................... **$332.00**
**Price:** Wood stock, 20", rifle sights .............................. **$357.00**

**SILE TP8 POLICE/SURVIVAL SHOTGUN**
**Gauge:** 12, 2¾" chamber, 7-shot magazine.
**Barrel:** 19¾".
**Weight:** 6¾ lbs. **Length:** 39½" over-all with stock, 29½" without.
**Stock:** Hollow, plastic coated, steel tube, plastic fore-end.
**Sights:** Bead on ramp front, open bar rear.
**Features:** Dual action bars, non-reflective electroless nickel finish. Stock holds spare ammunition or survival equipment. Rotating sling swivels. Hard chrome lined barrel. Introduced 1982. Imported from Italy by Sile.
**Price:** .................................................. **$255.00**



Savage 69-R/69-RXL



**SAVAGE MODEL 69-R/69-RXL PUMP SHOTGUN**
**Gauge:** 12 only, 3" chamber.
**Barrel:** M69-R — 18¼" (Cyl.), M69-RXL — 20" (Cyl.).
**Weight:** 6½ lbs. **Length:** 38" over-all.
**Stock:** Hardwood, tung-oil finish.
**Sights:** Bead front.
**Features:** Top tang safety, 5-shot (69-R) or 7-shot (69-RXL). Stock has fluted comb and full pistol grip, ventilated rubber pad. QD swivel studs. Introduced 1982.
**Price:** Either model .................................... **$185.50**
**Price:** Model 69-N (satin nickel finish) ................ **$258.00**

**STEVENS MODEL 311-R GUARD GUN DOUBLE**
**Gauge:** 12 or 20 ga.
**Barrel:** 18¼" (Cyl. & Cyl.).
**Weight:** 6¾ lbs. **Length:** 35¼" over-all.
**Stock:** Hardwood, tung-oil finish.
**Sights:** Bead front.
**Features:** Top tang safety, double triggers, color case-hardened frame, blue barrels. Ventilated rubber recoil pad. Introduced 1982.
**Price:** .................................................. **$262.50**



Winchester Defender

**Winchester Stainless Police Pump Gun**
Same as the Defender except has satin chrome finish, 7-shot capacity, stainless steel barrel, detachable sling swivels. Metal bead front sight or rifle-type front and rear sights.
**Price:** With bead front sight ............................... **$349.95**
**Price:** With rifle-type sights............................... **$364.95**

**WINCHESTER DEFENDER PUMP GUN**
**Gauge:** 12, 20, 3" chamber, 7-shot capacity.
**Barrel:** 18" (Cyl.).
**Weight:** 6¾ lbs. **Length:** 38⅝" over-all.
**Stock:** Walnut finished hardwood stock and ribbed fore-end.
**Sights:** Metal bead front.
**Features:** Cross-bolt safety, front-locking rotating bolt, twin action slide bars. Black rubber butt pad. Made under license by U.S. Repeating Arms Co.
**Price:** .................................................. **$209.95**

**Winchester "Stainless Marine" Pump Gun**
Same as the Defender except has bright chrome finish, stainless-steel barrel, rifle-type sights only. Has special fore-end cap for easy cleaning and inspection.
**Price:** .................................................. **$364.95**



Winchester Pistol Grip

**Winchester Pistol Grip Pump Security Shotguns**
Same as regular Security Series but with pistol grip and fore-end of high-impact resistant ABS plastic with non-glare black finish. Introduced 1984.
**Price:** Pistol Grip Defender (12 and 20 ga.) ...................... **$209.95**
**Price:** Pistol Grip Stainless Police Bead Sight .................... **$309.95**
**Price:** As above with rifle sights.................................. **$319.95**
**Price:** Pistol Grip Stainless Marine.............................. **$319.95**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 400

## BLACK POWDER GUNS

The following pages catalog the black powder arms currently available to U.S. shooters. These range from quite precise replicas of historically significant arms to totally new designs created expressly to give the black powder shooter the benefits of modern technology.

Most of the replicas are imported, and many are available from more than one source. Thus examples of a given model such as the 1860 Army revolver or Zouave rifle purchased from different importers may vary in price, finish and fitting. Most of them bear proof marks, indicating that they have been test fired in the proof house of their country of origin.

A list of the importers and the retail price range are included with the description for each model. Many local dealers handle more than one importer's products, giving the prospective buyer an opportunity to make his own judgment in selecting a black powder gun. Most importers have catalogs available free or at nominal cost, and some

are well worth having for the useful information on black powder shooting they provide in addition to their detailed descriptions and specifications of the guns.

A number of special accessories are also available for the black powder shooter. These include replica powder flasks, bullet moulds, cappers and tools, as well as more modern devices to facilitate black powder cleaning and maintenance. Ornate presentation cases and even detachable shoulder stocks are also available for some black powder pistols from their importers. Again, dealers or the importers will have catalogs.

The black powder guns are arranged in four sections: Single Shot Pistols, Revolvers, Muskets & Rifles, and Shotguns. The guns within each section are arranged roughly by date of the original, with the oldest first. Thus the 1847 Walker replica leads off the revolver section, and flintlocks precede percussion arms in the other sections.

## BLACK POWDER SINGLE SHOT PISTOLS—FLINT & PERCUSSION



Scottish Black Watch



Dixie Charleville

**BLACK WATCH SCOTCH PISTOL**
**Caliber:** 577 (.550" round ball).
**Barrel:** 7", smoothbore.
**Weight:** 1½ lbs. **Length:** 12" over-all.
**Stock:** Brass.
**Sights:** None.
**Features:** Faithful reproduction of this military flintlock. From Dixie.
**Price:** ..................................................... **$135.00**

**CHARLEVILLE FLINTLOCK PISTOL**
**Caliber:** 69, (.680" round ball).
**Barrel:** 7½".
**Weight:** 48 oz. **Length:** 13½" over-all.
**Stock:** Walnut.
**Sights:** None.
**Features:** Brass frame, polished steel barrel, iron belt hook, brass buttcap and backstrap. Replica of original 1777 pistol. Imported by Dixie.
**Price:** ..................................................... **$135.00**

**CVA TOWER PISTOL**
**Caliber:** 45.
**Barrel:** 9", octagon at breech, tapering to round at muzzle. Rifled.
**Weight:** 36 oz. **Length:** 15¼" over-all.
**Stock:** Selected hardwood.
**Sights:** None.
**Features:** Color case-hardened and engraved lock plate; early-style brass trigger; brass trigger guard, nose cap, thimbles, grip cap; blued barrel and ramrod. Introduced 1981.
**Price:** Complete, percussion ................................ **$104.95**
**Price:** Kit form, percussion ................................ **$73.95**
**Price:** Kit form, flintlock ................................... **$83.95**

**HARPER'S FERRY 1806 PISTOL**
**Caliber:** 54.
**Barrel:** 10".
**Weight:** 40 oz. **Length:** 16" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Case hardened lock, brass mounted browned bbl. Replica of the first U.S. Gov't.-made flintlock pistol. Imported by Navy Arms, Dixie.
**Price:** ........................................ **$135.00 to $165.00**

Dixie Queen Anne

**DIXIE QUEEN ANNE FLINTLOCK PISTOL**
**Caliber:** 50.
**Barrel:** 7½", smoothbore.
**Stock:** Walnut.
**Sights:** None.
**Features:** Browned steel barrel, fluted brass trigger guard, brass mask on butt. Lockplate left in the white. Made by Pedersoli in Italy. Introduced 1983. Imported by Dixie Gun Works.
**Price:** ..................................................... **$99.95**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 401

## BLACK POWDER SINGLE SHOT PISTOLS—FLINT & PERCUSSION



Dixie Pennsylvania Pistol



Lyman Plains Pistol



Kentucky Flintlock Pistol

**Kentucky Percussion Pistol**

Similar to flint version but percussion lock. Imported by The Armoury, Navy Arms, F.I.E., CVA, Armsport, Sile, Hopkins & Allen, Toledo Armas.

**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$120.00**
**Price:** Brass barrel (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . **$136.75**
**Price:** In kit form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$35.95 to $102.00**
**Price:** Single cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . **$208.00**
**Price:** Double cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . **$335.00**
**Price:** Brass bbl. single cased set (Navy Arms) . . . . . . . . . . . . . . . **$225.00**
**Price:** Brass bbl., double cased set (Navy Arms) . . . . . . . . . . . . . . **$370.00**



Harper's Ferry 1855



J & S Hawken Pistol

**DIXIE PENNSYLVANIA PISTOL**
**Caliber:** 44 (.430" round ball).
**Barrel:** 10" (⅞" octagon).
**Weight:** 2½ lbs.
**Stock:** Walnut-stained hardwood.
**Sights:** Blade front, open rear drift-adj. for windage; brass.
**Features:** Available in flint or percussion. Brass trigger guard, thimbles, nose-cap, wedgeplates; high-lustre blue barrel. Imported from Italy by Dixie Gun Works.
**Price:** Flint, finished. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$119.95**
**Price:** Percussion, finished. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$105.00**
**Price:** Flint, kit. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$85.00**
**Price:** Percussion, kit. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$72.50**

**LYMAN PLAINS PISTOL**
**Caliber:** 50 or 54.
**Barrel:** 8", 1-in-30" twist, both calibers.
**Weight:** 50 oz. **Length:** 15" over-all.
**Stock:** Walnut half-stock.
**Sights:** Blade front, square notch rear adj. for windage.
**Features:** Polished brass trigger guard and ramrod tip, color case-hardened coil spring lock, spring-loaded trigger, stainless steel nipple, blackened iron furniture. Hooked patent breech, detachable belt hook. Introduced 1981. From Lyman Products.
**Price:** Finished . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$129.95**
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.95**

**KENTUCKY FLINTLOCK PISTOL**
**Caliber:** 44, 45.
**Barrel:** 10⅛".
**Weight:** 32 oz. **Length:** 15½" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Specifications, including caliber, weight and length may vary with importer. Case hardened lock, blued bbl.; available also as brass bbl. flint Model 1821 ($136.75, Navy). Imported by Navy Arms, The Armoury, CVA (kit only), Hopkins & Allen, Sile.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$40.95 to $142.00**
**Price:** In kit form, from . . . . . . . . . . . . . . . . . . . . . . . . **$90.00 to $112.00**
**Price:** Brass barrel (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . **$153.00**
**Price:** Single cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . **$225.00**
**Price:** Double cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . **$370.00**
**Price:** Brass bbl., single cased set (Navy Arms). . . . . . . . . . . . . . . **$240.00**
**Price:** Brass bbl., double cased set (Navy Arms). . . . . . . . . . . . . . . **$400.00**

**CVA COLONIAL PISTOL**
**Caliber:** 45.
**Barrel:** 6¾", octagonal, rifled.
**Length:** 12¾" over-all.
**Stocks:** Selected hardwood.
**Features:** Case hardened lock, brass furniture, fixed sights. Steel ramrod. Available in either flint or percussion. Imported by CVA.
**Price:** Percussion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$73.95**
Also available in kit form, either flint or percussion. Stock 95% inletted.
**Price:** Flint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$62.95**
**Price:** Percussion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95**

**HARPER'S FERRY MODEL 1855 PERCUSSION PISTOL**
**Caliber:** 58.
**Barrel:** 11¾", rifled.
**Weight:** 56 oz. **Length:** 18" over-all.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Case hardened lock and hammer; brass furniture; blued bbl. Shoulder stock available, priced at $35.00. Imported by Navy Arms and Dixie.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$218.50**
**Price:** From Dixie . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$135.00**
**Price:** With detachable shoulder stock . . . . . . . . . . . . . . . . . . . . . . **$263.50**

**J&S HAWKEN PERCUSSION PISTOL**
**Caliber:** 50, uses 50-cal. mini; 54, uses 54-cal. mini.
**Barrel:** 9".
**Weight:** 41 oz. **Length:** 14" over-all.
**Stock:** European walnut with checkered grip.
**Sights:** Fixed.
**Features:** Blued steel barrel with swivel-type rammer, three-quarter stocked, adj. single set trigger, German silver furniture, scroll engraved lock. From Navy Arms.
**Price:** Finished, either cal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# BLACK POWDER SINGLE SHOT PISTOLS—FLINT & PERCUSSION



CVA Hawken Pistol



CVA Pioneer Pistol



Dixie Overcoat Pistol

## CVA HAWKEN PISTOL
**Caliber:** 50.
**Barrel:** 9¾", octagonal, 1" flats; rifled.
**Weight:** 50 oz. **Length:** 16½" over-all.
**Stock:** Select walnut.
**Sights:** Beaded blade front, fully adjustable rear.
**Features:** Hooked breech, early-style brass trigger. Color case-hardened lock plate; brass wedge plate, nose cap, ramrod thimbles, trigger guard, grip cap; blue barrel and sights.
**Price:** Finished, percussion .................................... $111.95
**Price:** Finished, flintlock ...................................... $121.95
**Price:** Kit, percussion.......................................... $73.95
**Price:** Kit, flintlock............................................. $83.95

## CVA PIONEER PERCUSSION PISTOL
**Caliber:** 32.
**Barrel:** 7½" octagonal, ⅞" across flats.
**Weight:** 14 oz. **Length:** 13" over-all.
**Stock:** Hardwood.
**Sights:** Dovetailed brass blade front, fixed open rear.
**Features:** Color case-hardened and engraved lock plate, screw-adjustable sear engagement, V-type mainspring, brass trigger guard, thimble and ramrod tip, rest blued. Introduced 1984.
**Price:** Finished ................................................ $69.95
**Price:** Kit ...................................................... $59.95

## DIXIE OVERCOAT PISTOL
**Caliber:** 39.
**Barrel:** 4", smoothbore.
**Weight:** 13 oz. **Length:** 8" over-all.
**Stock:** Walnut-finished hardwood. Checkered p.g.
**Sights:** Bead front.
**Features:** Shoots .380" balls. Breech plug and engraved lock are burnished steel finish; barrel and trigger guard blued.
**Price:** Engraved model ....................................... $34.50

## BRITISH DRAGOON FLINT PISTOL
**Caliber:** .615".
**Barrel:** 12", polished steel.
**Weight:** 3 lbs., 2 oz. **Length:** 19" over-all.
**Stock:** Walnut, brass furniture.
**Features:** Lockplate marked "Willets 1761." Brass trigger guard and butt cap. Made in U.S. by Navy Arms.
**Price:** ................................................... $475.00
**Price:** Kit ................................................. $295.00

## PHILADELPHIA DERRINGER PERCUSSION PISTOL
**Caliber:** 45.
**Barrel:** 3½".
**Weight:** 14 oz. **Length:** 7" over-all.
**Stock:** Walnut, checkered grip.
**Sights:** Fixed.
**Features:** Engraved wedge holder and bbl. Also available in flintlock version (Armoury, $29.95). Imported by Sile (45-cal. only), CVA (45-cal. only), Navy Arms, Toledo Armas.
**Price:** ........................................ $18.37 to $131.00
**Price:** Kit form (CVA, Navy Arms) ............................. $98.50

## CVA MOUNTAIN PISTOL
**Caliber:** 45 or 50 cal.
**Barrel:** 9", octagon. ¹⁵⁄₁₆" across flats.
**Weight:** 40 oz. **Length:** 14" over-all.
**Stock:** Select hardwood.
**Sights:** German silver blade front, fixed primitive rear.
**Features:** Engraved color case-hardened lock. Adjustable sear engagement. Fly and bridle. Hooked breech. Browned steel on finished pistol. German silver wedge plates. Stainless steel nipples. Hardwood ramrod. Belt hook optional. Introduced 1978. From CVA.
**Price:** 50-cal. only in finished form ........................... $131.95
**Price:** Kit form, percussion...................................... $115.95
**Price:** Kit form, flintlock........................................ $115.95

## DIXIE LINCOLN DERRINGER
**Caliber:** 41.
**Barrel:** 2", 8 lands, 3 grooves.
**Weight:** 7 oz. **Length:** 5½" over-all.
**Stock:** Walnut finish, checkered.
**Sights:** Fixed.
**Features:** Authentic copy of the "Lincoln Derringer." Shoots .400" patched ball. German silver furniture includes trigger guard with pineapple finial, wedge plates, nose, wrist, side and teardrop inlays. All furniture, lockplate, hammer, and breech plug engraved. Imported from Italy by Dixie Gun Works.
**Price:** With wooden case ..................................... $159.95
**Price:** Kit (not engraved)...................................... $59.95



Dixie Philadelphia

## DIXIE PHILADELPHIA DERRINGER
**Caliber:** 41.
**Barrel:** 3½", octagon.
**Weight:** 8 oz. **Length:** 5½" over-all.
**Stock:** Walnut, checkered p.g.
**Sights:** Fixed.
**Features:** Barrel and lock are blued; brass furniture. From Dixie Gun Works.
**Price:** ................................................... $45.00

Compendium_Klarevas
Page 403

# BLACK POWDER SINGLE SHOT PISTOLS—FLINT & PERCUSSION



Dixie Brass Frame

Classic Southern Derringer

### DIXIE BRASS FRAME DERRINGER
**Caliber:** 41.
**Barrel:** 2½".
**Weight:** 7 oz. **Length:** 5½" over-all.
**Stocks:** Walnut.
**Features:** Brass frame, color case hardened hammer and trigger. Shoots .395" round ball. Engraved model available. From Dixie Gun Works.
**Price:** Plain model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$49.95**
**Price:** Engraved model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$59.95**
**Price:** Kit form, plain model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$37.50**

### CLASSIC ARMS SOUTHERN DERRINGER
**Caliber:** 44.
**Barrel:** 2½".
**Weight:** 12 oz. **Length:** 5" over-all.
**Stock:** White plastic.
**Sights:** Blade front.
**Features:** Percussion, uses .440" round ball. Brass frame, steel barrel. Introduced 1982. Made in U.S. by Classic Arms Ltd.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$84.95**
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$54.00**

### DIXIE ABILENE DERRINGER
**Caliber:** 41.
**Barrel:** 2½", 6-groove rifling.
**Weight:** 8 oz. **Length:** 6½" over-all.
**Stocks:** Walnut.
**Features:** All steel version of Dixie's brass-framed derringers. Blued barrel, color case hardened frame and hammer. Shoots .395" patched ball. Comes with wood presentation case.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$54.95**
**Price:** Kit form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$45.00**

### T.G.A. LIEGE DERRINGER
**Caliber:** .451".
**Barrel:** 2⅜".
**Weight:** 7 oz. **Length:** 6½" over-all.
**Stock:** Walnut.
**Sights:** None.
**Features:** Removable round, rifled barrel. All metal parts case-hardened. Folding trigger. Introduced 1980. From Trail Guns Armory.
**Price:** Deluxe engraved model with case and flask . . . . . . . . . . . . . . . . . **$99.00**

### DIXIE SCREW BARREL PISTOL
**Caliber:** .445".
**Barrel:** 2½".
**Weight:** 8 oz. **Length:** 6½" over-all.
**Stocks:** Walnut.
**Features:** Trigger folds down when hammer is cocked. Close copy of the originals once made in Belgium. Uses No. 11 percussion caps.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$79.95**



Dixie Screw Barrel



Hege-Siber Pistol

### HEGE-SIBER PISTOL
**Caliber:** 33, 44.
**Barrel:** 10".
**Weight:** 34 oz. **Length:** 15½" over-all.
**Stock:** French walnut, cut-checkered grip.
**Sights:** Barleycorn front, micro adjustable rear.
**Features:** Reproduction of pistol made by Swiss watchmaker Jean Siber in the 1800s. Precise lock and set trigger give fast lock time. French Deluxe version (illus.) is engraved, has gold trim on blued barrel; English/British version has less ornate engraving, plum browned barrel, trigger guard. Imported by Beeman, 33-cal. only, Navy Arms, 33, 44 cals. Introduced 1984.
**Price:** French (Beeman) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,495.00**
**Price:** French, matched pair (Beeman) . . . . . . . . . . . . . . . . . . . . . . . . . **$2,750.00**
**Price:** English (Beeman). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$795.00**
**Price:** French (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,120.00**
**Price:** British (Navy Arms, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$735.00**
**Price:** French, matched pair (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . **$2,260.00**



Beeman Aristocrat

### BEEMAN PB "ARISTOCRAT" PISTOL
**Caliber:** 36 or 44.
**Barrel:** 9".
**Weight:** 38 oz. **Length:** 15¼" over-all.
**Stock:** Select walnut with grooved grip.
**Sights:** Fixed post front.
**Features:** Set trigger; grip cap; plum brown barrel. Imported by Beeman. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$360.00**



Moore & Patrick Flint

### MOORE & PATRICK FLINT DUELING PISTOL
**Caliber:** 45.
**Barrel:** 10", rifled.
**Weight:** 32 oz. **Length:** 14½" over-all.
**Stock:** European walnut, checkered.
**Sights:** Fixed.
**Features:** Engraved, silvered lock plate, blue barrel. German silver furniture. Imported from Italy by Dixie and Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00 to $225.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# BLACK POWDER SINGLE SHOT PISTOLS—FLINT & PERCUSSION



Le Page Dueling Pistol



F. Rochatte Pistol



John Manton Pistol



W. Parker Pistol

### H & A ENGLISH FLINTLOCK TARGET PISTOL
**Caliber:** 45.
**Barrel:** 10".
**Weight:** 2 lbs. 4 oz. **Length:** 15" over-all.
**Stock:** English walnut with checkered grip.
**Sights:** Fixed.
**Features:** Engraved lock in white, browned barrel, German silver furniture. Special roller bearing frizzen spring. Also available in percussion lock. From Hopkins & Allen.
**Price:** ............................................................. $254.30



H & A Target Boot

### CLASSIC ARMS ELGIN CUTLASS PISTOL
**Caliber:** 44 (.440").
**Barrel:** 4¼".
**Weight:** 21 oz. **Length:** 12" over-all.
**Stock:** Walnut.
**Sights:** None.
**Features:** Replica of the pistol used by the U.S. Navy as a boarding weapon. Smoothbore barrel. Available as a kit or finished. Made in U.S. by Navy Arms.
**Price:** Kit ...................................................... $78.50
**Price:** Finished ............................................... $104.95

### NAVY ARMS LE PAGE DUELING PISTOL
**Caliber:** 44.
**Barrel:** 9", octagon.
**Weight:** 34 oz. **Length:** 15" over-all.
**Stock:** European walnut.
**Sights:** Adjustable rear.
**Features:** Single set trigger. Silvered metal finish. From Navy Arms.
**Price:** .............................................................. $275.00
**Price:** Single cased set ...................................... $440.00
**Price:** Double cased set ..................................... $725.00

### F. ROCHATTE PERCUSSION PISTOL
**Caliber:** 45, uses .440" round ball.
**Barrel:** 10".
**Weight:** 32 oz. **Length:** 16½" over-all.
**Stock:** European walnut.
**Sights:** Dovetailed front and rear, adj. for windage.
**Features:** Single adj. trigger, highly polished lock and round barrel with top flat; all steel furniture. French-style finial on butt. From Navy Arms.
**Price:** Finished gun ........................................... $250.00

### JOHN MANTON MATCH PISTOL
**Caliber:** 45, uses .440" round ball.
**Barrel:** 10", rifled.
**Weight:** 36 oz. **Length:** 15½" over-all.
**Stock:** European walnut; checkered grip.
**Sights:** Bead front.
**Features:** Highly polished steel barrel and lock, brass furniture. From Navy Arms.
**Price:** Finished gun ........................................... $225.00

### W. PARKER PERCUSSION PISTOL
**Caliber:** 45, uses .440" round ball.
**Barrel:** 10", rifled.
**Weight:** 40 oz. **Length:** 16" over-all.
**Stock:** European walnut; checkered grip.
**Sights:** Dovetailed front and rear, adj.for windage.
**Features:** Fully adj. double set triggers, German silver furniture; lock engraved "London." From Navy Arms.
**Price:** Finished gun ........................................... $250.00
**Price:** As above from Dixie, 11" bbl. ..................... $250.00

### H&A 1810 ENGLISH DUELING PISTOL
**Caliber:** 45.
**Barrel:** 11".
**Weight:** 2 lbs., 5 oz. **Length:** 15" over-all.
**Stock:** European walnut, checkered, with German silver inlays.
**Sights:** Fixed.
**Features:** Double set triggers, precision "match" barrel, silver plated furniture, browned barrel. Percussion lock only. From Hopkins & Allen.
**Price:** .............................................................. $265.30

### HOPKINS & ALLEN BOOT PISTOL
**Caliber:** 36 or 45.
**Barrel:** 6".
**Weight:** 42 oz. **Length:** 13" over-all.
**Stock:** Walnut.
**Sights:** Silver blade front; rear adj. for e.
**Features:** Under-hammer design. From Hopkins & Allen.
**Price:** ............................................................... $71.50
**Price:** Kit form ................................................. $55.20
**Price:** Target version with wood fore-end, ramrod, hood front sight, elevator rear ...................................................... $89.80



Elgin Cutlass Pistol

Compendium_Klarevas
Page 405

# BLACK POWDER SINGLE SHOT PISTOLS—FLINT & PERCUSSION



Thompson/Center Patriot



Dixie Tornado Target



CVA Prospector

## THOMPSON/CENTER PATRIOT PERCUSSION PISTOL
**Caliber:** 36, 45.
**Barrel:** 9¼".
**Weight:** 36 oz. **Length:** 16" over-all.
**Stock:** Walnut.
**Sights:** Patridge-type. Rear adj. for w. and e.
**Features:** Hook breech system; double set triggers; coil mainspring. From Thompson/Center Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $185.00

## DIXIE TORNADO TARGET PISTOL
**Caliber:** 44 (.430" round ball).
**Barrel:** 10", octagonal, 1-in-22" twist.
**Stock:** Walnut, target-style. Left unfinished for custom fitting. Walnut fore-end.
**Sights:** Blade on ramp front, micro-type open rear adjustable for windage and elevation.
**Features:** Grip frame style of 1860 Colt revolver. Improved model of the Tingle and B.W. Southgate pistol. Trigger adjustable for pull. Frame, barrel, hammer and sights in the white, brass trigger guard. Comes with solid brass, walnut-handled cleaning rod with jag and nylon muzzle protector. Introduced 1983. From Dixie Gun Works.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $145.00

## CVA PROSPECTOR SINGLE SHOT PERCUSSION PISTOL
**Caliber:** 44.
**Barrel:** 8½", octagonal.
**Weight:** 42 oz. **Length:** 12¾" over-all.
**Stocks:** One-piece walnut.
**Sights:** Blade front, hammer notch rear.
**Features:** Brass backstrap and trigger guard, rest blued. Frame engraved with two different scenes. Introduced 1984.
**Price:** Finished . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $81.95
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $62.95

# BLACK POWDER REVOLVERS

## WALKER 1847 PERCUSSION REVOLVER
**Caliber:** 44, 6-shot.
**Barrel:** 9".
**Weight:** 72 oz. **Length:** 15½" over-all.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Case hardened frame, loading lever and hammer; iron backstrap; brass trigger guard; engraved cylinder. Imported by Sile, Navy Arms, Dixie, Armsport, Allen Fire Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $125.00 to $249.00
**Price:** Single cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . . . $264.00



Walker 1847



Allen 1st Dragoon



Allen 2nd Dragoon

## ALLEN 1st MODEL DRAGOON
**Caliber:** 44.
**Barrel:** 7½", part round, part octagon.
**Weight:** 66 oz.
**Stocks:** One-piece walnut.
**Sights:** German silver blade front, hammer notch rear.
**Features:** First model has oval bolt cuts in cylinder, square-back flared trigger guard, V-type mainspring, short trigger. Ranger and Indian scene on cylinder. Color cased frame, loading lever and hammer; blue barrel, cylinder, trigger and wedge. Polished brass backstrap and trigger guard. From Allen Fire Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $229.00

## Allen 2nd Model Dragoon Revolver
Similar to the 1st Model except this model is distinguished by its rectangular bolt cuts in the cylinder, straight square-back trigger guard, short trigger and flat mainspring with roller in hammer.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $229.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 406

# BLACK POWDER REVOLVERS



Dixie Third Dragoon

**Allen 3rd Model Dragoon Revolver**
Similar to the 1st Model except has oval trigger guard, long trigger, flat mainspring and rectangular bolt cuts.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$225.00**
**Price:** With silver plated guard and backstrap or as Confederate Tucker & Sherrard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$239.00**



Dixie Baby Dragoon



Allen London 1851



Dixie 1851 Navy

**1851 NAVY-SHERIFF**
Same as 1851 Sheriff model except: 4" barrel, fluted cylinder, belt ring in butt. Imported by Sile, Euroarms of America.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$50.00 to $114.95**

**Allen 1861 Navy Percussion Revolver**
Similar to 1851 Navy except has round 7½" barrel, rounded trigger guard, German silver blade front sight, "creeping" loading lever.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$215.00**

**ARMY 1851 PERCUSSION REVOLVER**
**Caliber:** 44, 6-shot.
**Barrel:** 7½".
**Weight:** 45 oz. **Length:** 13" over-all.
**Stocks:** Walnut finish.
**Sights:** Fixed.
**Features:** 44 caliber version of the 1851 Navy. Imported by Sile, The Armoury.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$33.50 to $138.00**

**DIXIE THIRD MODEL DRAGOON**
**Caliber:** 44 (.454" round ball).
**Barrel:** 7⅜".
**Weight:** 4 lbs., 2½ oz.
**Stocks:** One-piece walnut.
**Sights:** Brass pin front, hammer notch rear, or adjustable folding leaf rear.
**Features:** Cylinder engraved with Indian fight scene; steel backstrap with polished brass backstrap; color case-hardened steel frame, blue-black barrel. Imported by Dixie Gun Works.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$140.00**

**ALLEN BABY DRAGOON REVOLVER**
**Caliber:** 31.
**Barrel:** 3", 4", 5"; 7 groove, RH twist.
**Weight:** About 21 oz.
**Stocks:** Varnished walnut.
**Sights:** Brass pin front, hammer notch rear.
**Features:** Unfluted cylinder with Ranger and Indian scene; cupped cylinder pin; no grease grooves; one safety pin on cylinder and slot in hammer face; straight (flat) mainspring. Silver backstrap and trigger guard. From Allen Fire Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.00**

**BABY DRAGOON 1848 PERCUSSION REVOLVER**
**Caliber:** 31, 5-shot.
**Barrel:** 4", 5", 6".
**Weight:** 24 oz. (6" bbl.). **Length:** 10½" (6" bbl.).
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Case hardened frame; safety notches on hammer and safety pin in cylinder; engraved cylinder scene; octagonal bbl. Imported by Dixie (5" only), Allen.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.00**

**ALLEN LONDON MODEL 1851 NAVY REVOLVER**
**Caliber:** 36.
**Barrel:** 7½", octagonal, 7 groove, LH twist.
**Weight:** 42 oz.
**Stocks:** One-piece varnished walnut.
**Sights:** Brass pin front, hammer notch rear.
**Features:** Faithful reproduction of the original gun. Color cased frame, loading lever, plunger, hammer and latch. Blue cylinder, trigger, barrel, screws, wedge. Silver plated brass backstrap and square-back trigger guard. Accessories available. From Allen Fire Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$219.00**

**1851 Squareback Navy 36**
Same as standard Colt model except 36 cal. only, has earlier square-back trigger guard, nickel plated backstrap, color case hardened frame. From Lyman, Euroarms, Allen.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$209.00**
**Price:** Kit form. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$119.95**
**Price:** Stainless steel (Allen) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$239.00**

**NAVY MODEL 1851 PERCUSSION REVOLVER**
**Caliber:** 36 or 44, 6-shot.
**Barrel:** 7½".
**Weight:** 44 oz. **Length:** 13" over-all.
**Stocks:** Walnut finish.
**Sights:** Post front, hammer notch rear.
**Features:** Brass backstrap and trigger guard; some have engraved cylinder with navy battle scene; case hardened frame, hammer, loading lever. Imported by Shore, (36 cal. only), The Armoury, Navy Arms, Allen, Dixie, (illus.) Euroarms of America, Sile, Armsport, Hopkins & Allen, CVA.
**Price:** Brass frame . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$31.50 to $209.00**
**Price:** Steel frame . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$40.95 to $140.95**
**Price:** Kit form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$30.95 to $93.00**
**Price:** Engraved model (Dixie) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$97.50**
**Price:** Also as "Hartford Pistol," Kit (Richard) . . . . . . **$59.95 Complete $79.95**
**Price:** Also as "Hartford Dragoon Buntline" (Hopkins & Allen) . . . . . . **$166.95**
**Price:** Navy-Civilian model (Navy Arms) . . . . . . . . . . . . . . . . . . . . . **$124.50**
**Price:** Single cased set, steel frame (Navy Arms) . . . . . . . . . . . . . . . . **$207.00**
**Price:** Double cased set, steel frame (Navy Arms) . . . . . . . . . . . . . . . **$339.75**
**Price:** As above, civilian model (Navy Arms) . . . . . . . . . . . . . . . . . . . **$212.00**
**Price:** Double cased set, civilian model (Navy Arms) . . . . . . . . . . . . . **$350.00**
**Price:** Shoulder stock (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . **$45.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 407

# BLACK POWDER REVOLVERS



CVA 1858 Army

## 1851 SHERIFF MODEL PERCUSSION REVOLVER
**Caliber:** 36, 44, 6-shot.
**Barrel:** 5".
**Weight:** 40 oz. **Length:** 10½" over-all.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Brass backstrap and trigger guard; engraved navy scene; case hardened frame, hammer, loading lever. Available with brass frame from some importers at slightly lower prices. Imported by Allen, Sile, The Armoury.
**Price:** Steel frame . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $41.95 to $110.00
**Price:** Brass frame . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $34.95 to $209.00
**Price:** Kit, brass or steel frame (Sile) . . . . . . . . . . . . . . . . . . . . . . . . $66.15



CVA New Pocket Remington



Dixie 1860 Army

## CVA 1860 ARMY REVOLVER
**Caliber:** 44, 6-shot.
**Barrel:** 8" round.
**Weight:** 44 oz. **Length:** 13½" over-all.
**Stocks:** One-piece walnut.
**Sights:** Blade front, hammer-notch rear.
**Features:** Engraved cylinder, creeping-style loading lever, solid brass trigger guard, blued barrel. Introduced 1982. From CVA.
**Price:** Finished . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $157.95
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $121.95

## 1861 NAVY MODEL REVOLVER
**Caliber:** 36, 44, 6-shot.
**Barrel:** 7½".
**Weight:** 2½ lbs. **Length:** 13" over-all.
**Stocks:** One piece smooth walnut.
**Sights:** Blade front, hammer notch rear.
**Features:** Shoots .380" ball. Case hardened frame, loading lever and hammer. Cut for shoulder stock. Non-fluted cylinder. From CVA (brass frame, 44-cal.), Navy Arms, Armsport, Euroarms of America, Allen.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100.00 to $215.00
**Price:** Blued steel backstrap, trigger guard (Navy Arms) . . . . . . . . . . . $142.00
**Price:** With full fluted cyl. . . . . . . . . . . . . . . . . . . . . . . . . . . $100.00 to $142.00
**Price:** Single cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $230.00
**Price:** Double cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $386.50
**Price:** Kit form (CVA), steel frame . . . . . . . . . . . . . . . . . . . . . . . . . . . $114.95
**Price:** Finished, 36 cal., steel frame (CVA) . . . . . . . . . . . . . . . . . . . . . . $155.95
**Price:** 44 cal. (CVA), brass frame . . . . . . . . . . . . . . . . . . . . . . . . . . . . $99.95
**Price:** 44 cal. kit (CVA), brass frame . . . . . . . . . . . . . . . . . . . . . . . . . . $79.95
**Price:** Stainless steel (Allen) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $245.00

## NEW MODEL 1858 ARMY PERCUSSION REVOLVER
**Caliber:** 36 or 44, 6-shot.
**Barrel:** 6½" or 8".
**Weight:** 40 oz. **Length:** 13½" over-all.
**Stocks:** Walnut.
**Sights:** Blade front, groove-in-frame rear.
**Features:** Replica of Remington Model 1858. Also available from some importers as Army Model Belt Revolver in 36 cal., shortened and lightened version of the 44. Target Model (Iver Johnson, Navy) has fully adj. target rear sight, target front, 36 or 44 ($74.95-$209.00). Imported by CVA, (as 1858 Remington Army), Dixie, Navy Arms, Hopkins & Allen, Iver Johnson, The Armoury, Shore (44 cal., 8" bbl. only), Euroarms of America (engraved, stainless and plain), Armsport, Sile, Allen.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $49.95 to $215.00
**Price:** Single cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $225.00
**Price:** Double cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $375.00
**Price:** Kit form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $66.95 to $123.95
**Price:** Nickel finish (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . . . $152.75
**Price:** Single cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $240.00
**Price:** Double cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $400.00
**Price:** Stainless steel (Euroarms, Navy Arms, Sile, Allen) $140.00 to $259.00
**Price:** Target model (Sile, Euroarms, Navy Arms, Allen) . . $95.95 to $185.00

## CVA Brass Frame 1858 Remington Army
Similar to the New Model 1858 Army except in 44 caliber only, 8" barrel, brass frame with blued trigger, cylinder, trigger guard, and barrel, color case-hardened hammer. Weighs 38 oz., 13" over-all. Introduced 1984.
**Price:** Finished . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $119.95
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $99.95

## CVA NEW MODEL POCKET REMINGTON
**Caliber:** 31.
**Barrel:** 4", octagonal.
**Weight:** 15½ oz. **Length:** 7½" over-all.
**Stocks:** Two-piece walnut.
**Sights:** Post front, grooved top-strap rear.
**Features:** Spur trigger, brass frame with blued barrel and cylinder. Available finished or in kit form. Introduced 1984.
**Price:** Finished . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $80.95
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $66.95

## 1860 ARMY PERCUSSION REVOLVER
**Caliber:** 44, 6-shot.
**Barrel:** 8".
**Weight:** 40 oz. **Length:** 13⅝" over-all.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Engraved navy scene on cylinder; brass trigger guard; case hardened frame, loading lever and hammer. Some importers supply pistol cut for detachable shoulder stock, have accessory stock available. Imported by Navy Arms, Shore, The Armoury, Dixie (half-fluted cylinder, not roll engraved), Iver Johnson, Euroarms of America (engraved, stainless steel or burnished steel model), Armsport, Sile, Hopkins & Allen, Allen.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $44.95 to $219.00
**Price:** Single cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $220.00
**Price:** Double cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $365.00
**Price:** 1861 Navy: Same as Army except 36 cal., 7½" bbl., wt. 41 oz., cut for stock; round cylinder (fluted avail.), from Navy . . . . . . . . . . . . . . . . . . . $142.00
**Price:** Single cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $230.00
**Price:** Double cased set (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $386.50
**Price:** Kit (Sile) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $134.95
**Price:** Stainless steel (Euroarms, Allen) . . . . . . . . . . . . . . . $200.00 to $245.00
**Price:** Brass frame (Allen) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $125.00

## ROGERS & SPENCER PERCUSSION REVOLVER
**Caliber:** 44.
**Barrel:** 7½".
**Weight:** 47 oz. **Length:** 13¾" over-all.
**Stocks:** Walnut.
**Sights:** Cone front, integral groove in frame for rear.
**Features:** Accurate reproduction of a Civil War design. Solid frame; extra large nipple cut-out on rear of cylinder; loading lever and cylinder easily removed for cleaning. Comes with six spare nipples and wrench/screwdriver. From Euroarms of America (engraved, burnished, target models), Navy Arms, Dixie, Sile.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $120.00 to $169.00
**Price:** Nickel plated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $120.00
**Price:** Kit version . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $95.00
**Price:** Target version . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $200.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# BLACK POWDER REVOLVERS



Allen 1862 Pocket Navy

## NAVY ARMS 1862 LEECH & RIGDON REVOLVER
**Caliber:** .375".
**Barrel:** 7½".
**Weight:** 2 lbs., 10 oz. **Length:** 13½" over-all.
**Stocks:** Smooth walnut.
**Sights:** Fixed.
**Features:** Modern version of the famous Civil War revolver. Brass backstrap and trigger guard. Color case hardened frame. Copy of the Colt Navy but with round barrel. From Navy Arms.
**Price:** ...................................................... $136.50



Dixie Spiller & Burr

## DIXIE "WYATT EARP" REVOLVER
**Caliber:** 44.
**Barrel:** 12" octagon.
**Weight:** 46 oz. **Length:** 18" over-all.
**Stocks:** Two piece walnut.
**Sights:** Fixed.
**Features:** Highly polished brass frame, backstrap and trigger guard; blued barrel and cylinder; case hardened hammer, trigger and loading lever. Navy-size shoulder stock ($45.00) will fit with minor fitting. From Dixie Gun Works.
**Price:** ...................................................... $99.95



Freedom Mini Percussion



Ruger Old Army

## ALLEN 1862 POCKET NAVY PERCUSSION REVOLVER
**Caliber:** 36.
**Barrel:** 5½", octagonal, 7 groove, LH twist.
**Weight:** 27 oz.
**Stocks:** One piece varnished walnut.
**Sights:** Brass pin front, hammer notch rear.
**Features:** Rebated cylinder, hinged loading lever, silver plated backstrap and trigger guard, color cased frame, hammer, loading lever, plunger and latch, rest blued. Has original-type markings. From Allen Fire Arms.
**Price:** ...................................................... $209.00

## 1862 POCKET POLICE PERCUSSION REVOLVER
**Caliber:** 36, 5-shot.
**Barrel:** 5½", 7½".
**Weight:** 26 oz. **Length:** 12" (6½" bbl.).
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Half-fluted and rebated cylinder; case hardened frame, loading lever and hammer; silver trigger guard and backstrap. Imported by Navy Arms (5½" only), Euroarms of America, Allen.
**Price:** ........................... $198.00 to $209.00
**Price:** Cased with accessories (Navy Arms) ..................... $250.00
**Price:** Stainless steel (Allen) ................................. $235.00

## SPILLER & BURR REVOLVER
**Caliber:** 36 (.375" round ball).
**Barrel:** 7", octagon.
**Weight:** 2½ lbs. **Length:** 12½" over-all.
**Stocks:** Two-piece walnut.
**Sights:** Fixed.
**Features:** Reproduction of the C.S.A. revolver. Brass frame and trigger guard. Also available as a kit. From Dixie, Navy Arms.
**Price:** ........................... $69.95 to $109.00
**Price:** Kit form ............................... $39.95 to $65.00

## FREEDOM ARMS PERCUSSION MINI REVOLVER
**Caliber:** 22, 5-shot.
**Barrel:** 1", 1¾", 3".
**Weight:** 4¾ oz. (1" bbl.).
**Stocks:** Simulated ebony, or rosewood (optional).
**Sights:** Fixed.
**Features:** Percussion version of the 22 RF gun. All stainless steel; spur trigger. Gun comes with leather carrying pouch, bullet setting tool, powder measure, 20 29-gr. bullets. Introduced 1983. From Freedom Arms.
**Price:** 1" barrel ........................................... $130.00
**Price:** 1¾" barrel .......................................... $130.00
**Price:** 3" barrel ........................................... $142.70

## GRISWOLD & GUNNISON PERCUSSION REVOLVER
**Caliber:** 36, 44, 6-shot.
**Barrel:** 7½".
**Weight:** 44 oz. (36 cal.). **Length:** 13" over-all.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Replica of famous Confederate pistol. Brass frame, backstrap and trigger guard; case hardened loading lever; rebated cylinder (44 cal. only). Imported by Navy Arms, Sile, Allen.
**Price:** ................................................... $169.00
**Price:** As above from Sile (1851 Confederate) ..................... $75.90
**Price:** Kit (Navy Arms) ........................................ $76.75
**Price:** Single cased set (Navy Arms) ............................ $180.00
**Price:** Double cased set (Navy Arms) ............................ $288.00
**Price:** Shoulder stock (Navy Arms) ............................... $60.00

## RUGER 44 OLD ARMY PERCUSSION REVOLVER
**Caliber:** 44, 6-shot. Uses .457" dia. lead bullets.
**Barrel:** 7½" (6-groove, 16" twist).
**Weight:** 46 oz. **Length:** 13½" over-all.
**Stocks:** Smooth walnut.
**Sights:** Ramp front, rear adj. for w. and e.
**Features:** Stainless steel standard size nipples, chrome-moly steel cylinder and frame, same lockwork as in original Super Blackhawk. Also available in stainless steel in very limited quantities. Made in USA. From Sturm, Ruger & Co.
**Price:** Stainless steel (Model KBP-7) ........................... $285.00
**Price:** Blued steel (Model BP-7) ................................ $216.50

Compendium_Klarevas
Page 409

# BLACK POWDER MUSKETS & RIFLES



Dixie Brown Bess

**DIXIE SECOND MODEL BROWN BESS**
Caliber: 74.
Barrel: 41¾" smoothbore.
Weight: 9½ lbs. Length: 57¾".
Stock: Walnut-finished hardwood.
Sights: Fixed.
Features: All metal finished bright. Brass furniture. Lock marked "Tower" and has a crown with "GR" underneath. From Dixie Gun Works.
Price: ............................................................. $275.00
Price: Kit form............................................................ $245.00

**NAVY ARMS CHARLEVILLE MUSKET**
Caliber: 69
Barrel: 44⅝".
Weight: 8¾ lbs. Length: 59⅜" over-all.
Stock: Walnut.
Sights: Blade front.
Features: Replica of Revolutionary War 1763 musket. Bright metal, walnut stock. From Navy Arms.
Price: Finished ....................................................... $400.00
Price: Kit ............................................................. $310.00




Navy Brown Bess

Weight: 9½ lbs. Length: 59" over-all.
Stock: Walnut.
Sights: Fixed.
Features: Polished barrel and lock with brass trigger guard and buttplate. Bayonet and scabbard available. From Navy Arms.
Price: Finished ....................................................... $450.00
Price: Kit ............................................................. $342.00
Price: Finished gun with maple stock............................... $295.00

**NAVY ARMS BROWN BESS MUSKET**
Caliber: 75, uses .735" round ball.
Barrel: 42", smoothbore.

CVA Blunderbuss

Sights: None.
Features: Styled after 1700s British guns. Historically correct oval-shaped barrel. Engraved, color case hardened flintlock with screw-adjustable sear engagement and authentic V-type mainspring. Solid brass buttplate, ramrod thimbles, trigger, trigger guard, barrel and engraved sideplate. Introduced 1984.
Price: Finished ....................................................... $249.95
Price: Kit ............................................................. $209.95

**CVA BLUNDERBUSS**
Caliber: 69.
Barrel: 16", brass, tapered to flared muzzle.
Weight: 5 lbs., 5 oz. Length: 31½ oz.
Stock: Hardwood.



Dixie Indian Gun

**DIXIE INDIAN GUN**
Caliber: 75.
Barrel: 31", round tapered.
Weight: About 9 lbs. Length: 47" over-all.
Stock: Hardwood.
Sights: Blade front.
Features: Modified Brown Bess musket; brass furniture, browned lock and barrel. Lock is marked "GRICE 1762" with crown over "GR." Serpent-style sideplate. Introduced 1983.
Price: Complete ...................................................... $375.00
Price: As above, in kit form ......................................... $360.00



**CVA MOUNTAIN RIFLE**
Caliber: 50.
Barrel: 32", octagon; ¹⁵/₁₆" across flats; 1-66" twist.
Weight: 7 lbs., 14 oz. Length: 48" over-all.
Stock: Select hardwood with cheekpiece.
Sights: German silver blade front, screw-adj. rear.
Features: Available in percussion or flintlock. Engraved lock with adj. sear engagement; hooked breech with two barrel tenons; rifled 1-in-66"; double set triggers; German silver patch box, tenon plates, pewter-type nosecap; browned iron furniture. From CVA.
Price: Kit, percussion ................................................ $189.95
Price: Kit, flintlock .................................................. $199.95
Price: Finished rifle, percussion .................................... $299.95
Price: Finished rifle, flintlock ...................................... $299.95

**CVA Big Bore Mountain Rifle**
Similar to the standard Mountain Rifle except comes in 54 or 58 cal. only. Barrel flats measure 1" across. Stock does not have a patch box. Introduced 1980.
Price: 54 cal., percussion, complete rifle........................... $309.95
Price: 54 cal., percussion, kit....................................... $220.95
Price: 58 cal. percussion, 1-72" twist, kit only..................... $220.95

CAUTION: PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 410

# BLACK POWDER MUSKETS & RIFLES



### CVA SQUIRREL RIFLE
**Caliber:** 32.
**Barrel:** 25", octagonal; ¹¹/₁₆" flats.
**Weight:** 5 lbs., 12 oz. **Length:** 40¾" over-all.
**Stock:** Hardwood.
**Sights:** Beaded blade front, fully adjustable hunting-style rear.
**Features:** Available in right or left-hand versions. Color case-hardened lock plate, brass buttplate, trigger guard, wedge plates, thimbles; double-set triggers; hooked breech; authentic V-type mainspring. Introduced 1983. From CVA.
**Price:** Finished, percussion, right hand .......................... $189.95
**Price:** Finished, left hand .................................... $199.95
**Price:** Finished, flintlock ................................... $199.95
**Price:** Kit, percussion, right hand ............................ $134.95
**Price:** Kit, left hand ....................................... $144.95
**Price:** Kit, flintlock ....................................... $144.95

CVA Squirrel Rifle

### CVA KENTUCKY RIFLE
**Caliber:** 45 (.451" bore).
**Barrel:** 33½", rifled, octagon (⅞" flats).
**Length:** 48" over-all.
**Stock:** Select hardwood.
**Sights:** Brass Kentucky blade front, dovetail open rear.
**Features:** Available in either flint or percussion. Stainless steel nipple included. From CVA.
**Price:** Percussion............................................. $184.95
**Price:** Flint................................................. $194.95
**Price:** Percussion Kit........................................ $109.95
**Price:** Flint Kit............................................. $117.95



H&A Plainsman Rifle

### HOPKINS & ALLEN PLAINSMAN RIFLE
**Caliber:** 45.
**Barrel:** 37".
**Weight:** 7½ lbs. **Length:** 53" over-all.
**Stock:** Walnut.
**Sights:** Blade front, rear adjustable for w. & e.
**Features:** Double set triggers, blued barrel has ¹³/₁₆" flats, solid brass barrel rib, engraved percussion lockplate. From Hopkins & Allen.
**Price:** ......................................................... $292.60



Lyman Great Plains

### TRYON RIFLE
**Caliber:** 50, 54 cal.
**Barrel:** 34", octagon; 1-63" twist.
**Weight:** 9 lbs. **Length:** 49" over-all.
**Stock:** European walnut with steel furniture.
**Sights:** Blade front, fixed rear.
**Features:** Reproduction of an American plains rifle with double set triggers and back-action lock. Imported from Italy by Trail Guns Armory and Dixie.
**Price:** Percussion only ......................................... $350.00
**Price:** From Dixie Gun Works .................................. $299.00
**Price:** Kit (Dixie)............................................ $249.00

### LYMAN GREAT PLAINS RIFLE
**Caliber:** 50 or 54 cal.
**Barrel:** 32", 1-66" twist.
**Weight:** 9 lbs.
**Stock:** Walnut.
**Sights:** Steel blade front, buckhorn rear adj. for w. & e. and fixed notch primitive sight included.
**Features:** Blued steel furniture. Stainless steel nipple. Coil spring lock, Hawken-style trigger guard and double set triggers. Round thimbles recessed and sweated into rib. Steel wedge plates and toe plate. Introduced 1980. From Lyman.
**Price:** Percussion............................................. $284.95
**Price:** Flintlock ............................................. $294.95
**Price:** Percussion Kit........................................ $199.95



Dixie Tennessee Rifle

### PENNSYLVANIA HALF-STOCK PLAINS RIFLE
**Caliber:** 45 or 50.
**Barrel:** 32" rifled, ¹⁵/₁₆" dia.
**Weight:** 8½ lbs.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Available in flint or percussion. Blued lock and barrel, brass furniture. Offered complete or in kit form. From The Armoury.
**Price:** Flint.................................................. $235.00
**Price:** Percussion............................................. $210.00

### DIXIE TENNESSEE MOUNTAIN RIFLE
**Caliber:** 32 or 50.
**Barrel:** 41½", 6-groove rifling, brown finish.
**Length:** 56" over-all.
**Stock:** Walnut, oil finish; Kentucky-style.
**Sights:** Silver blade front, open buckhorn rear.
**Features:** Re-creation of the original mountain rifles. Early Schultz lock, interchangeable flint or percussion with vent plug or drum and nipple. Tumbler has fly. Double-set triggers. All metal parts browned. From Dixie.
**Price:** Flint or Percussion, finished rifle, 50 cal. .................. $250.00
**Price:** Kit, 50 cal. ........................................... $195.00
**Price:** Left-hand model, flint or perc........................... $250.00
**Price:** Left-hand kit, flint or perc., 50 cal. ...................... $225.00
**Price:** Squirrel Rifle (as above except in 32 cal. with ¹³/₁₆" barrel), flint or percussion ....................................... $295.00
**Price:** Kit, 32 cal., flint or percussion .......................... $255.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 411

# BLACK POWDER MUSKETS & RIFLES



Dixie Trade Gun

**DIXIE NORTHWEST TRADE GUN**
**Caliber/Gauge:** 20 (.600″ round ball or 1 oz. #6 shot).
**Barrel:** 36″, smoothbore.
**Weight:** 7½ lbs. **Length:** 53½″ over-all.
**Stock:** Walnut, 13½″ pull.
**Sights:** Brass blade front only.
**Features:** Flintlock. Brass buttplate, serpentine sideplate; browned barrel,
   Wheeler flint lock, triggerguard; hickory ramrod with brass tip. From Dixie
   Gun Works.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $450.00

**ALAMO LONG RIFLE**
**Caliber:** 38, 45, 50 cal.
**Barrel:** 35″.
**Weight:** 7½ lbs. **Length:** 51″ over-all.
**Stock:** European walnut.
**Sights:** Blade front, fixed rear.
**Features:** Double set trigger. Blued octagon barrel, bright lock, brass trigger
   guard, patch box, buttplate, thimbles. Has Alamo battle scene engraved on
   patch box. Imported from Italy by Trail Guns Armory.
**Price:** Percussion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $265.00
**Price:** Flintlock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $275.00



Lyman Trade Rifle

**Weight:** 8¾ lbs. **Length:** 45″ over-all.
**Stock:** European walnut.
**Sights:** Blade front, open rear adj. for w. or optional fixed sights.
**Features:** Polished brass furniture with blue steel parts, stainless steel nipple.
   Hook breech, single trigger, coil spring percussion lock. Steel barrel rib and
   ramrod ferrules. Introduced 1979. From Lyman.
**Price:** Percussion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $199.95
**Price:** Kit, percussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $149.95
**Price:** Flintlock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $209.95

**LYMAN TRADE RIFLE**
**Caliber:** 50 or 54.
**Barrel:** 28″ octagon, 1-48″ twist.





CVA Frontier

**CVA FRONTIER RIFLE**
**Caliber:** 45, 50.
**Barrel:** 28″, octagon; ¹⁵/₁₆″ flats, 1-66″ twist.
**Weight:** 6 lbs., 14 oz. **Length:** 44″ over-all.
**Stock:** American hardwood.
**Sights:** Brass blade front, fully adjustable hunting-style rear.
**Features:** Available in flint or percussion. Solid brass nosecap, trigger guard,
   buttplate, thimbles and wedge plates; blued barrel; color case-hardened lock
   and hammer. Double set triggers, patented breech plug bolster, V-type main-
   spring. Hooked breech. Introduced 1980.

**Price:** 50 cal., percussion, complete rifle . . . . . . . . . . . . . . . . . . . . . . . . . $204.95
**Price:** Finished, left hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $225.95
**Price:** 50-Cal. flint, complete rifle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $214.95
**Price:** 50 cal., percussion, kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $149.95
**Price:** Percussion kit, left hand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $167.95
**Price:** 50-cal. flint, kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $159.95
**Price:** 45-cal. percussion kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $157.95



H&A Pa. Hawken

**HOPKINS & ALLEN PA. HAWKEN RIFLE**
**Caliber:** 50.
**Barrel:** 29″.

**Weight:** 7½ lbs. **Length:** 44″ over-all.
**Stock:** Walnut.
**Sights:** Blade front, open rear adjustable for windage.
**Features:** Single trigger, dual barrel wedges. Convertible ignition system.
   Brass patch box.
**Price:** With percussion lock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $199.50
**Price:** Conversion kit (percussion to flint). . . . . . . . . . . . . . . . . . . . . . . . . . $39.95

**KENTUCKY FLINTLOCK RIFLE**
**Caliber:** 44 or 45.
**Barrel:** 35 ″.
**Weight:** 7lbs. **Length:** 50″ over-all.
**Stock:** Walnut stained, brass fittings.
**Sights:** Fixed.
**Features:** Available in Carbine model also, 28″ bbl. Some variations in detail,
   finish. Kits also available from some importers. Imported by Navy Arms, The
   Armoury, F.I.E., CVA, Armsport, Hopkins & Allen, Sile, Shore (45-cal. only).
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $59.95 to $273.75
**Price:** Kit form (CVA, Numrich, F.I.E., Sile) . . . . . . . . . . . . . $72.95 to 189.95
**Price:** Deluxe model, flint or percussion (Navy Arms, Sile), about . . . $400.00
**Price:** As above, 50-cal. (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . $273.75

**Kentucky Percussion Rifle**
   Similar to flintlock except percussion lock. Finish and features vary with im-
porter. Imported by Navy Arms, The Armoury, CVA, Hopkins & Allen, Arm-
sport (rifle-shotgun combo), Shore, Sile.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $54.95 to 250.00
**Price:** Kit form (Sile) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $169.95
**Price:** Armsport combo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $295.00
**Price:** Deluxe model (Navy Arms). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $375.00
**Price:** 50 cal. (Navy Arms) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $246.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# BLACK POWDER MUSKETS & RIFLES



**H&A Brush Rifle**

**Weight:** 7 lbs.
**Stock:** Hardwood.
**Sights:** Silver blade front, notch rear.
**Features:** Convertible ignition system. Brass furniture. Introduced 1983.
**Price:** Percussion............................................ **$189.00**
**Price:** Flint.................................................. **$200.10**
**Price:** Pre-assembled kit, percussion............................ **$129.00**
**Price:** As above, flint........................................ **$140.10**
**Price:** Kit, percussion........................................ **$99.50**
**Price:** Kit, flint............................................. **$110.60**

**HOPKINS & ALLEN BRUSH RIFLE**
**Caliber:** 36 or 45.
**Barrel:** 25", octagon, ¹⁵⁄₁₆" flats.



**H&A Heritage**

**Weight:** 6½ lbs. **Length:** 37" over-all.
**Stock:** American walnut.
**Features:** A short under-hammer rifle. Blued barrel and receiver, black plastic
buttplate. All models available with straight or pistol grip stock.
**Price:** 45-cal. 20" or 25" bbl.................................... **$208.47**
**Price:** Heritage, 36, 45, 50-cal. 32" bbl......................... **$223.47**
**Price:** Deerstalker, 58-cal., 28" bbl............................. **$239.30**
**Price:** Target, 45-cal., 32" or 42" bbl........................... **$229.60**

**HOPKINS & ALLEN BUGGY RIFLES**
**Caliber:** 45.
**Barrel:** 20", 25" or 32", octagonal.



**Kentuckian Rifle**

**Weight:** 7 lbs. (Rifle), 5½ lbs. (Carbine). **Length:** 51" (Rifle) over-all, Carbine
43".
**Stock:** Walnut stain.
**Sights:** Brass blade front, steel V-Ramp rear.
**Features:** Octagon bbl., case hardened and engraved lock plate. Brass furni-
ture. Imported by Dixie.
**Price:** Rifle or carbine, flint.................................... **$185.00**
**Price:** As above, percussion ................................... **$175.00**

**KENTUCKIAN RIFLE & CARBINE**
**Caliber:** 44.
**Barrel:** 35" (Rifle), 27½" (Carbine).



**Dixie York County**

**Weight:** 7½ lbs. **Length:** 51½" over-all.
**Stock:** Maple, one piece.
**Sights:** Blade front, V-notch rear, brass.
**Features:** Adjustable double-set triggers. Brass trigger guard, patchbox, butt-
plate, nosecap and sideplate. Case-hardened lockplate. From Dixie Gun
Works.
**Price:** Percussion............................................ **$210.00**
**Price:** Flint................................................. **$215.00**
**Price:** Percussion Kit........................................ **$149.00**
**Price:** Flint Kit.............................................. **$160.00**

**YORK COUNTY RIFLE**
**Caliber:** 45 (.445" round ball).
**Barrel:** 36", rifled, ⅞" octagon, blue.







**HATFIELD SQUIRREL RIFLE**
**Caliber:** 32, 36, 45, 50
**Barrel:** 39½", octagon, 32" on half-stock.
**Weight:** 8 lbs. (32 cal.).
**Stock:** American fancy maple fullstock.
**Sights:** Silver blade front, buckhorn rear
**Features:** Recreation of the traditional squirrel rifle. Available in flint or percus-
sion with browned steel or brass trigger guard and buttplate. From Hatfield
Rifle Works. Introduced 1983.
**Price:** Full-stock, flint........................................ **$699.95**
**Price:** Full-stock, percussion ................................. **$599.95**
**Price:** Full-stock kit ......................................... **$499.95**

Hatfield Squirrel Rifle

**PECOS VALLEY HALF STOCK PENNSYLVANIA RIFLE**
**Caliber:** 36, 45.
**Barrel:** 35½"; 1-in-48" twist (36-cal.), 1-in-72" twist (45-cal.).
**Weight:** About 6½ lbs. **Length:** 50½" over-all.
**Stock:** Select grade maple with satin finish, 13½" length of pull.
**Sights:** Silver blade, buckhorn rear.
**Features:** Durrs Egg percussion lock by L&R; Davis double set trigger; brass
furniture. Made in U.S. by Pecos Valley Armory. Introduced 1984.
**Price:**.................................................... **$399.00**

Compendium_Klarevas
Page 413

# BLACK POWDER MUSKETS & RIFLES



CVA Pennsylvania

**CVA PENNSYLVANIA LONG RIFLE**
Caliber: 50.
Barrel: 40", octagonal; ⅞" flats.

Weight: 8 lbs., 3 ozs. Length: 55¾" over-all.
Stock: Select walnut.
Sights: Brass blade front, fixed semi-buckhorn rear.
Features: Color case-hardened lock plate, brass buttplate, toe plate, patch-box, trigger guard, thimbles, nosecap; blued barrel, double-set triggers; authentic V-type mainspring. Introduced 1983. From CVA:
Price: Finished, percussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $289.95
Price: Finished, flintlock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $299.95
Price: Kit, percussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $249.95
Price: Kit, flintlock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $259.95



Ozark Taney County

**Ozark Mountain Muskrat Rifle**
Same as the Taney County rifle except has maple half-stock. Available in right or left hand, flint or percussion.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $525.00

**OZARK MOUNTAIN TANEY COUNTY RIFLE**
Caliber: 32, 36, 40.
Barrel: 36".
Weight: 7½ lbs. Length: 53" over-all.
Stock: American maple, fullstock design.
Sights: German silver blade front, full buckhorn rear.
Features: Available in flint or percussion, right or left hand; double set trigger.
Price: From . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $585.00

**MOWREY ETHAN ALLEN SQUIRREL RIFLE**
Caliber: 32, 36, or 45.
Barrel: 28", 8-groove rifling, octagon, 1:60 twist.
Weight: 7½ lbs. Length: 43" over-all.
Stock: Curly maple.
Sights: Open, fully adj.
Features: Box-lock action, cut-rifled barrel, hand-rubbed oil finish. Available with either brass or browned steel furniture, action. Made in U.S.
Price: Complete . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $328.00
Price: Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $237.00

**Mowrey Ethan Allen Plains Rifle**
Similar to Squirrel Rifle except in 50 or 54 caliber, 32" barrel, weighs 9½ lbs.
Price: Complete . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $328.00
Price: Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $237.00



Thompson/Center Hawken

**Thompson/Center Hawken Cougar**
Similar to the standard T/C Hawken except stock is of highly figured walnut; all furniture—lock plate, hammer, triggers, trigger plate, trigger guard, fore-end cap, thimbles escutcheons, etc. are of stainless steel with matte finish. Replacing the patch box is a stainless steel medallion cast in deep relief depicting a crouching cougar. Internal parts, breech plug, tang, barrel, sights and under rib are ordnance steel. Barrel, sights and under rib are blued. Buttplate is solid brass, hard chromed to match the stainless parts. Limited production. Introduced 1982. From Thompson/Center Arms.
Price: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $350.00

**THOMPSON/CENTER HAWKEN RIFLE**
Caliber: 45, 50 or 54.
Barrel: 28" octagon, hooked breech.
Stock: American walnut.
Sights: Blade front, rear adj. for w. & e.
Features: Solid brass furniture, double set triggers, button rifled barrel, coil-type main spring. From Thompson/Center Arms.
Price: Percussion Model (45, 50 or 54 cal.) . . . . . . . . . . . . . . . . . . . . . . $270.00
Price: Flintlock model (45, 50, or 54 cal.) . . . . . . . . . . . . . . . . . . . . . . . . $282.50
Price: Percussion kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $195.00
Price: Flintlock kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $207.50



Thompson/Center Cherokee

Consult our Directory pages for the location of firms mentioned.

**THOMPSON/CENTER CHEROKEE RIFLE**
Caliber: 32 or 45.
Barrel: 24"; ¹³⁄₁₆" across flats.
Weight: About 6 lbs.
Stock: American walnut. Same as Seneca except minus patch box, toe plate, fore-end cap.
Sights: Open hunting style; square notch rear fully adjustable for w. and e.
Features: Interchangeable barrels. Uses T/C Seneca breech, lock, triggers, sights and stock. Brass buttplate, trigger guard, fore-end escutcheons and lock plate screw bushing. Introduced 1984.
Price: 32 or 45 caliber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $225.00
Price: Interchangeable 32 or 45-cal. barrel . . . . . . . . . . . . . . . . . . . . . . . $105.00

CAUTION: PRICES CHANGE. CHECK AT GUNSHOP.

## BLACK POWDER MUSKETS & RIFLES



T/C Renegade

**THOMPSON/CENTER RENEGADE RIFLE**
**Caliber:** 50 and 54 plus 56 cal., smoothbore.
**Barrel:** 26", 1" across the flats.
**Weight:** 8 lbs.
**Stock:** American walnut.
**Sights:** Open hunting (Patridge) style, fully adjustable for w. and e.
**Features:** Coil spring lock, double set triggers, blued steel trim.
**Price:** Percussion model.................................... $225.00
**Price:** Flintlock model, 50 and 54 cal. only ............... $237.50
**Price:** Percussion kit..................................... $175.00
**Price:** Flintlock kit...................................... $187.50

T/C Seneca

**THOMPSON/CENTER SENECA RIFLE**
**Caliber:** 36, 45.
**Barrel:** 27".
**Weight:** 6½ lbs.
**Stock:** American walnut.
**Sights:** Open hunting style, square notch rear fully adj. for w. and e.
**Features:** Coil spring lock, octagon bbl. measures ¹³/₁₆" across flats, brass
stock furniture.
**Price:**.................................................... $270.00

Buffalo Hunter Rifle

**BUFFALO HUNTER PERCUSSION RIFLE**
**Caliber:** 58.
**Barrel:** 25½".
**Weight:** 8 lbs. **Length:** 41½" over-all.
**Stock:** Walnut finished, hand checkered, brass furniture.
**Sights:** Fixed.
**Features:** Designed for primitive weapons hunting. 20 ga. shotgun bbl. also
available $90.00. Imported by Navy Arms, Dixie.
**Price:**.......................................... $215.00 to $264.00

Ozark Hawken Rifle

**OZARK MOUNTAIN HAWKEN RIFLE**
**Caliber:** 50, 52, 54, 58.
**Barrel:** 34".
**Weight:** About 9½ lbs. **Length:** 50¼" over-all.
**Stock:** American maple; full and half-stock designs available.
**Sights:** Blade front, semi-buckhorn rear.
**Features:** Flint or percussion, right or left hand models (except in flintlock —
right-hand only); browned steel furniture.
**Price:** From................................................ $675.00

Charles Daly Hawken

**CHARLES DALY HAWKEN RIFLE**
**Caliber:** 45, 50.
**Barrel:** 28" octagonal, ⅞" flats.
**Weight:** 7½ lbs. **Length:** 45½" over-all.
**Stock:** European hardwood.
**Sights:** Blade front, open fully adjustable rear.
**Features:** Color case-hardened lock uses coil springs; trigger guard, buttplate,
fore-end cap, ferrules and ramrod fittings are polished brass. Left-hand mod-
el available in 50-cal. only. Imported by Outdoor Sports Headquarters. Intro-
duced 1984.
**Price:** Right-hand, percussion................................ $299.95
**Price:** Left-hand, percussion (50-cal. only)................... $245.00
**Price:** Right-hand, flintlock................................. $239.95
**Price:** Left-hand, flintlock (50-cal. only).................... $278.95

Compendium_Klarevas
Page 415

# BLACK POWDER MUSKETS & RIFLES

## SILE HAWKEN HUNTER CARBINE

**Caliber:** 45, 50, 54.

**Barrel:** 22", full octagon with hooked breech and hard chrome rifled or smooth bore.

**Weight:** 7 lbs. **Length:** 38" over-all.

**Stock:** Walnut with checkered p.g. and fore-end, rubber recoil pad.

**Sights:** Blade front, fully adjustable open rear.

**Features:** Black oxidized brass hardware, engraved case hardened lock plate, sear fly and coil spring mechanism. Stainless steel nipple. Adjustable double set triggers. From Sile Dist.

**Price:** Percussion, rifle or carbine ................................ **$261.00**
**Price:** Flintlock ................................................ **$271.80**

## ARMOURY R140 HAWKIN RIFLE

**Caliber:** 45, 50 or 54.

**Barrel:** 29".

**Weight:** 8¾ to 9 lbs. **Length:** 45¾" over-all.

**Stock:** Walnut, with cheekpiece.

**Sights:** Dovetail front, fully adjustable rear.

**Features:** Octagon barrel, removable breech plug; double set triggers; blued barrel, brass stock fittings, color case hardened percussion lock. From Armsport, The Armoury, Sile (hard chrome bore).

**Price:** ........................................ **$175.00 to $282.00**
**Price:** Kit ..................................... **$205.70 to $210.00**


Navy Hawken Mark I

## NAVY ARMS MARK I HAWKEN RIFLE

**Caliber:** 50 and 54.

**Barrel:** 26".

**Weight:** 9 lbs. **Length:** 43" over-all.

**Stock:** American walnut with cheek rest.

**Sights:** Blade front, adjustable Williams rear.

**Features:** Designed specifically for maxi-ball shooting. Double set triggers, blued barrel, polished brass furniture. Stainless steel chamber insert. Flint or percussion. Made in U.S. by Navy Arms.

**Price:** Finished, percussion, 50 or 54 ......................... **$263.00**
**Price:** As above, kit ........................................... **$175.95**
**Price:** Finished, flintlock, 50 or 54 ........................... **$275.00**
**Price:** As above, kit ........................................... **$186.00**

## HAWKEN RIFLE

**Caliber:** 45, 50, 54 or 58.

**Barrel:** 28", blued, 6-groove rifling.

**Weight:** 8¾ lbs. **Length:** 44" over-all.

**Stock:** Walnut with cheekpiece.

**Sights:** Blade front, fully adj. rear.

**Features:** Coil mainspring, double set triggers, polished brass furniture. Also available with chrome plated bore or in flintlock model from Sile. Introduced 1977. From Kassnar, Sile, Dixie (45 or 50 only, walnut stock), Armsport, Toledo Armas, Shore and Hopkins & Allen, 50-cal. only.

**Price:** ................................... **$175.00 to $252.95**
**Price:** Hard chrome bore, Sile, about ......................... **$238.95**
**Price:** True left-hand rifle, percussion (Kassnar) ............ **$339.00**


Kassnar Hawken

## Armsport Hawken Rifle-Shotgun Combo

Similar to Hawken above except 50-cal. only, with 20 gauge shotgun barrel. From Armsport.

**Price:** ................................................. **$250.00**

## CVA HAWKEN RIFLE

**Caliber:** 50 or 54.

**Barrel:** 28", octagon; 1" across flats; 1-66" twist.

**Weight:** 7 lbs. 15 oz. **Length:** 44" over-all.

**Stock:** Select walnut.

**Sights:** Beaded blade front, fully adj. open rear.

**Features:** Fully adj. double set triggers; brass patch box, wedge plates, nose cap, thimbles, trigger guard and buttplate; blued barrel; color case-hardened, engraved lockplate. Percussion or flintlock. Hooked breech. Introduced 1981.

**Price:** Finished rifle, percussion ............................. **$262.95**
**Price:** Finished rifle, flintlock ............................... **$272.95**
**Price:** Kit, percussion ....................................... **$169.95**
**Price:** Kit, flintlock ......................................... **$179.95**

## ITHACA-NAVY HAWKEN RIFLE

**Caliber:** 50 and 54.

**Barrel:** 32" octagonal, 1-inch dia.

**Weight:** About 9 lbs.

**Stock:** Black walnut.

**Sights:** Blade front, rear adj. for w.

**Features:** Completely made in U.S. Hooked breech, 1⅞" throw percussion lock. Attached twin thimbles and under-rib. German silver barrel key inlays, Hawken-style toe and buttplates, lock bolt inlays, barrel wedges, entry thimble, trigger guard, ramrod and cleaning jag, nipple and nipple wrench. American made. Introduced 1977. Made in U.S. by Navy Arms.

**Price:** Complete, percussion .................................. **$460.00**
**Price:** Kit, percussion ....................................... **$320.00**
**Price:** Complete, flint ....................................... **$525.00**
**Price:** Kit, flint ............................................. **$410.00**


Dixie Wesson Rifle

## DIXIE PERCUSSION WESSON RIFLE

**Caliber:** 50.

**Barrel:** 28"; 1⅛" octagon, with false muzzle.

**Length:** 45" over-all.

**Stock:** Hand checkered walnut.

**Sights:** Blade front, rear adj. for e.

**Features:** Adjustable double set triggers, color case hardened frame. Comes with loading rod and loading accessories. From Dixie Gun Works.

**Price:** With false muzzle ..................................... **$325.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 416

# BLACK POWDER MUSKETS & RIFLES



Parker-Hale Whitworth

## PARKER-HALE WHITWORTH MILITARY TARGET RIFLE
**Caliber:** .45.
**Barrel:** 36".
**Weight:** 9¼ lbs. **Length:** 52½" over-all.
**Stock:** Walnut. Checkered at wrist and fore-end.
**Sights:** Hooded post front, open step-adjustable rear.
**Features:** Faithful reproduction of the Whitworth rifle, only bored for 45-cal. Trigger has a detented lock, capable of being adjusted very finely without risk of the sear nose catching on the half-cock bent and damaging both parts. Introduced 1978. Imported from England by Navy Arms.
**Price:** ............................................. **$575.00**

Parker-Hale 1853

## PARKER-HALE ENFIELD 1853 MUSKET
**Caliber:** .577.
**Barrel:** 39", 3-groove cold-forged rifling.
**Weight:** About 9 lbs. **Length:** 55" over-all.
**Stock:** Seasoned walnut.
**Sights:** Fixed front, rear step adj. for elevation.
**Features:** Three band musket made to original specs from original gauges. Solid brass stock furniture, color hardened lock plate, hammer; blued barrel, trigger. Imported from England by Navy Arms.
**Price:** ............................................. **$475.00**

Parker-Hale 1861

## PARKER-HALE ENFIELD 1861 CARBINE
**Caliber:** .577.
**Barrel:** 24".
**Weight:** 7½ lbs. **Length:** 40¼" over-all.
**Stock:** Walnut.
**Sights:** Fixed front, adj. rear.
**Features:** Percussion muzzle loader, made to original 1861 English patterns. Imported from England by Navy Arms.
**Price:** ............................................. **$335.00**

## PARKER-HALE VOLUNTEER RIFLE
**Caliber:** .451".
**Barrel:** 32".
**Weight:** 9½ lbs. **Length:** 49" over-all.
**Stock:** Walnut, checkered wrist and fore-end.
**Sights:** Globe front, adjustable ladder-type rear.
**Features:** Recreation of the type of gun issued to volunteer regiments during the 1860's. Rigby-pattern rifling, patent breech, detented lock. Stock is glass bedded for accuracy. Comes with comprehensive accessory/shooting kit. From Navy Arms.
**Price:** ............................................. **$575.00**

## NAVY ARMS 2-BAND ENFIELD 1858
**Caliber:** .577" Minie, .575" round ball.
**Barrel:** 33".
**Weight:** 10 lbs. **Length:** 49" over-all.
**Stock:** Walnut.
**Sights:** Folding leaf rear adjustable for elevation.
**Features:** Blued barrel, color case-hardened lock and hammer, polished brass buttplate, trigger guard, nose cap. From Navy Arms, Euroarms of America.
**Price:** ............................................. **$360.00**

## PARKER-HALE ENFIELD PATTERN 1858 NAVAL RIFLE
**Caliber:** .577".
**Barrel:** 33".
**Weight:** 8½ lbs. **Length:** 48½" over-all.
**Stock:** European walnut.
**Sights:** Blade front, step adj. rear.
**Features:** Two-band Enfield percussion rifle with heavy barrel. 5-groove progressive depth rifling, solid brass furniture. All parts made exactly to original patterns. Imported from England by Navy Arms.
**Price:** ............................................. **$435.00**

## NAVY ARMS 3-BAND MUSKET
Faithful reproduction of the Confederate-used rifle. Blued barrel, brass buttplate, trigger guard, nose cap. From Navy Arms.
**Price:** ............................................. **$385.00**

London Armory 3-Band Enfield

## LONDON ARMORY 3-BAND 1853 ENFIELD
**Caliber:** 58 (.577" Minie, .575" round ball, .580" maxi ball).
**Barrel:** 39".
**Weight:** 9½ lbs. **Length:** 54" over-all.
**Stock:** European walnut.
**Sights:** Inverted "V" front, traditional Enfield folding ladder rear.
**Features:** Re-creation of the famed London Armory Company Pattern 1862 Enfield Musket. One-piece walnut stock, brass buttplate, trigger guard and nosecap. Lockplate marked "London Armoury Co." and with a British crown. Blued Baddeley barrel bands. From Dixie, Euroarms of America.
**Price:** ............................................. **$285.00 to $315.00**

Compendium_Klarevas
Page 417

# BLACK POWDER MUSKETS & RIFLES



J. P. Murray Carbine

## J.P. MURRAY ARTILLERY CARBINE
**Caliber:** 58 (.577" Minie).
**Barrel:** 23½".
**Weight:** 7 lbs., 9 oz. **Length:** 39" over-all.
**Stock:** Walnut.
**Sights:** Blade front, rear drift adj. for windage.
**Features:** Browned barrel, color case-hardened lock, blued swivel and band springs, polished brass buttplate, trigger guard, barrel bands. From Navy Arms.
**Price:** ............................................................ $263.00

## ERMA-EXCAM GALLAGER CARBINE
**Caliber:** 54 (.540" ball).
**Barrel:** 22½".
**Weight:** 7¼ lbs. **Length:** 39" over-all.
**Stock:** European walnut.
**Sights:** Post front, rear adjustable for w. & e.
**Features:** Faithful reproduction of the 1860 breech-loading carbine. Made in West Germany. Imported by Excam. Introduced 1978.
**Price:** ............................................................ $325.00

## COOK & BROTHER CONFEDERATE CARBINE
**Caliber:** 58.
**Barrel:** 24".
**Weight:** 7½ lbs. **Length:** 40½" over-all.
**Stock:** Select walnut.
**Features:** Re-creation of the 1861 New Orleans-made artillery carbine. Color case-hardened lock, browned barrel. Buttplate, trigger guard, barrel bands, sling swivels and nosecap of polished brass. From Euroarms of America.
**Price:** ............................................................ $190.00

## Shiloh New Model 1863 Sharps Carbine
Shortened, carbine version of the 1863 rifle. Caliber 54. Has 22" barrel, black walnut stock without patch box, single barrel band. Weighs 8 lbs., 12 oz., over-all length is 39⅛". Made in U.S. by C. Sharps Arms Co.
**Price:** ............................................................ $515.00

## U.S. M-1862 REMINGTON CONTRACT RIFLE
**Caliber:** 58.
**Barrel:** 33".
**Weight:** 9½ lbs. **Length:** 48½" over-all.
**Stock:** Walnut, brass furniture.
**Sights:** Blade front, folding 3-leaf rear.
**Features:** Re-creation of the 1862 military rifle. Each rifle furnished with two stainless steel nipples. From Euroarms of America.
**Price:** About ...................................................... $200.00

## SHILOH NEW MODEL 1863 SHARPS RIFLE
**Caliber:** 54.
**Barrel:** 30", 1-in-48".
**Weight:** 8¾ lbs. **Length:** 47" over-all.
**Stock:** Black walnut, oil finish.
**Sights:** Blade front, rear leaf adj. for e.
**Features:** Duplicate of original percussion rifle. Receiver, sideplate, hammer, buttplate, patch box color hardened; barrel is blue-black. Twelve different models of the Sharps now available in many original chamberings. Made in U.S. by C. Sharps Arms Co.
**Price:** Sporting Rifle.............................................. $630.00
**Price:** Military Rifle.............................................. $650.00




Dixie Sharps Rifle

### Dixie Sharps Rifle
Similar to the Shiloh Sharps except has 28½" barrel, checkered half-stock fore-end and stock wrist, flat lockplate. Carbine-style case hardened buttplate. Imported from Italy by Dixie Gun Works.
**Price:** ............................................................ $349.95
**Price:** Military Carbine (22" barrel) .............................. $329.95



Dixie 1863 Musket

## DIXIE 1863 SPRINGFIELD MUSKET
**Caliber:** 58 (.570" patched ball or .575" Minie).
**Barrel:** 50", rifled.
**Stock:** Walnut stained.
**Sights:** Blade front, adjustable ladder-type rear.
**Features:** Bright-finish lock, barrel, furniture. Reproduction of the last of the regulation muzzle loaders. Imported from Japan by Dixie Gun Works.
**Price:** Finished................................................... $265.00
**Price:** Kit ....................................................... $225.00



Navy 1863 Springfield

## NAVY ARMS 1863 SPRINGFIELD
**Caliber:** 58, uses .575" mini-ball.
**Barrel:** 40", rifled.
**Weight:** 9½ lbs. **Length:** 56" over-all.
**Stock:** Walnut.
**Sights:** Open rear adj. for elevation.
**Features:** Full-size 3-band musket. Polished bright metal, including lock. From Navy Arms.
**Price:** Finished rifle ............................................ $400.00
**Price:** Kit ....................................................... $310.00

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

# BLACK POWDER MUSKETS & RIFLES



Dixie Zouave Rifle

**Mississippi Model 1841 Percussion Rifle**
Similar to Zouave Rifle but patterned after U.S. Model 1841. Imported by Navy Arms, Dixie.
**Price:** .................................................... **$225.00** to **$275.00**

**KODIAK DOUBLE RIFLE**
**Caliber:** 58x58, 50x50 and 58-cal./12 ga. optional.
**Barrel:** 28", 5 grooves, 1-in-48" twist.
**Weight:** 9½ lbs. **Length:** 43¼" over-all.
**Stock:** Czechoslovakian walnut, hand checkered.
**Sights:** Adjustable bead front, adjustable open rear.
**Features:** Hooked breech allows interchangeability of barrels. Comes with sling and swivels, adjustable powder measure, bullet mould and bullet starter. Engraved lock plates, top tang and trigger guard. Locks and top tang polished, rest blued. Imported from Italy by Trail Guns Armory, Inc.
**Price:** 58 cal. SxS ............................................... **$495.00**
**Price:** 50 cal. SxS ............................................... **$495.00**
**Price:** 50 cal. x 12 ga., 58x12 ...................................... **$495.00**
**Price:** Spare barrels, 58 cal. SxS, 50 cal. SxS .................... **$294.25**
**Price:** Spare barrels, 58x12 ga. .................................. **$294.25**
**Price:** Spare barrels, 12 ga. x 12 ga. ............................ **$160.00**

**ZOUAVE PERCUSSION RIFLE**
**Caliber:** 58, 59.
**Barrel:** 32½".
**Weight:** 9½ lbs. **Length:** 48½" over-all.
**Stock:** Walnut finish, brass patch box and buttplate.
**Sights:** Fixed front, rear adj. for e.
**Features:** Some small details may vary with importers. Also available from Navy Arms as carbine, with 22" bbl. Extra 20 ga. shotgun bbl. $45.00. Imported by Navy Arms, Dixie.
**Price:** ..................................................... **$87.95** to **$265.00**
**Price:** Deluxe Model (Navy Arms) ................................. **$400.00**

**SHILOH SHARPS 1874 MILITARY RIFLE**
**Caliber:** 45-70, 50-70.
**Barrel:** 30", Round.
**Weight:** 8¾ lbs.
**Stock:** American walnut.
**Sights:** Blade front, Lawrence-style open rear.
**Features:** Military-style fore-end with three barrel bands and 1¼" sling swivels. Color case-hardened receiver, buttplate and barrel bands, blued barrel. Recreation of the original Sharps rifles. Five other models in many original chamberings available. From C. Sharps Arms Co.
**Price:** 1874 Military Rifle ....................................... **$650.00**
**Price:** 1874 Carbine ............................................ **$515.00**
**Price:** 1874 Business Rifle ...................................... **$590.00**
**Price:** 1874 Sporting Rifle No. 1 ................................ **$735.00**
**Price:** 1874 Sporting Rifle No. 3 ................................ **$630.00**
**Price:** 1874 Long Range Express Sporting Rifle ................... **$790.00**



Navy Mule Ear

**NAVY ARMS MULE EAR SQUIRREL RIFLE**
**Caliber:** 32, 36, 45.
**Barrel:** 26".
**Weight:** 5½ lbs.
**Stock:** Pennsylvania black walnut with satin finish.
**Sights:** Blade front, open adjustable rear.
**Features:** Mule ear action gives fast ignition; brass buttplate, trigger guard, fore-end cap, ramrod tip; color case-hardened lock. Made in U.S.A. by Navy Arms. Introduced 1984.
**Price:** Finished ................................................. **$185.00**
**Price:** Kit ..................................................... **$134.00**



MAC Wolverine

**MAC WOLVERINE RIFLE**
**Caliber:** 45, 50, 54.
**Barrel:** 26", octagon, 1" flats.
**Weight:** 7¾ lbs.
**Stock:** Choice of walnut, cherry or maple; soft recoil pad.

**Sights:** Brass-bead front, adjustable folding leaf rear.
**Features:** New design uses straight-line ignition with #209 shotshell primer. Fires from an open bolt; has positive safety notch. Fully adjustable trigger. Introduced 1983. Made in U.S. by Michigan Arms Corp.
**Price:** Blue ordnance steel ...................................... **$398.00**
**Price:** As above except in stainless steel ....................... **$595.00**
**Price:** Friendship Special (select barrel, Lyman globe front, Williams target peep rear, adjustable recoil pad, custom stock, special breech block) ................................................... **$599.00**



Morse/Navy Rifle

**MORSE/NAVY RIFLE**
**Caliber:** 45, 50 or 58.
**Barrel:** 26", octagonal.
**Weight:** 6 lbs. (45 cal.). **Length:** 41½" over-all.
**Stock:** American walnut, full p.g.
**Sights:** Blade front, open fixed rear.
**Features:** Brass action, trigger guard, ramrod pipes. Made in U.S. by Navy Arms.
**Price:** ................................................... **$167.00**
**Price:** Kit ..................................................... **$100.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

39TH EDITION, 1985 **415**

# BLACK POWDER MUSKETS & RIFLES



**SANFTL SCHUETZEN PERCUSSION TARGET RIFLE**
Sanftl Schuetzen Rifle
**Caliber:** 45 (.445" round ball).
**Barrel:** 29", ⅞" octagon.
**Weight:** 9 lbs. **Length:** 43" over-all.
**Stock:** Walnut, Schuetzen-style.
**Sights:** Open tunnel front post, peep rear adjustable for windage & elevation.
**Features:** True back-action lock with "backward" hammer; screw-in breech plug; buttplate, trigger guard and stock inlays are polished brass. Imported from Italy by Dixie Gun Works, Hopkins & Allen.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$595.00**

**NAVY SWISS FEDERAL TARGET RIFLE**
Navy Federal Target
**Caliber:** 45.
**Barrel:** 32".
**Weight:** 13¼ lbs. **Length:** 49½" over-all.
**Stock:** European walnut with hook buttplate, Schuetzen-style trigger guard.
**Sights:** Tunnel front, aperture rear adjustable for windage and elevation.
**Features:** Hand-built reproduction of 1800s target rifle; quick detachable, five-lever, double-set trigger, adjustable to 4 oz. Color case-hardened furniture. Imported from Italy by Navy Arms. Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$795.00**
**Price:** Swiss-style palm rest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$35.00**

**NAVY ARMS CUB 45 YOUTH RIFLE**
Navy Arms Cub
**Caliber:** 45.
**Barrel:** 22" octagonal.
**Weight:** 4½ lbs. **Length:** 37" over-all.
**Stock:** American walnut with satin finish.
**Sights:** Blade front, open adjustable rear.
**Features:** Made for young or small shooters. Color case-hardened lock, polished brass furniture. Made in U.S.A. by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$119.00**

# BLACK POWDER SHOTGUNS



**BERETTA MODEL 1000 MUZZLE LOADING O-U SHOTGUN**
Beretta O-U Shotgun
**Gauge:** 12 only.
**Barrel:** 30".
**Weight:** About 7 lbs. **Length:** 46½" over-all.
**Stock:** Walnut; English-style with checkpiece.
**Features:** Special limited production replica of an early Beretta over-under. Silvered, engraved lockplates, trigger guard, hammers, barrel bands. Ramrod fits on right side of blued barrels. Introduced 1981. Imported from Italy by Beretta U.S.A. Corp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$840.00**

**CVA PERCUSSION SHOTGUN**
CVA Shotgun
**Gauge:** 12.
**Barrel:** 28".
**Weight:** 6 lbs., 10 oz. **Length:** 44½"over-all.
**Stock:** Select hardwood; checkered pistol grip and fore-end.
**Sights:** Brass bead front.
**Features:** Hooked breech system. Blued barrels and thimbles, polished steel wedge plates, trigger guard, triggers, tang, lock and hammers; engraved lock, hammers, tang and trigger guard. Introduced 1983. From CVA.
**Price:** Finished . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$259.95**
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.95**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

Compendium_Klarevas
Page 420

# BLACK POWDER SHOTGUNS





Mowrey A & T Shotgun

**MOWREY A. & T. 12 GAUGE SHOTGUN**
**Gauge:** 12 ga. only.
**Barrel:** 32", octagon.
**Weight:** 8 lbs. **Length:** 48" over-all.
**Stock:** Curly maple, oil finish, brass furniture.
**Sights:** Bead front.
**Features:** Available in percussion only. Steel or brass action. Uses standard 12 ga. wadding. Made by Mowrey.
**Price:** Complete . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$328.00**
**Price:** Kit form. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$237.00**



**SILE DELUXE DOUBLE BARREL SHOTGUN**
**Gauge:** 12.
**Barrel:** 28" (Cyl. & Cyl.); hooked breech, hard chrome lining.
**Weight:** 6 lbs. **Length:** 44½" over-all.
**Stock:** Walnut, with checkered grip.
**Features:** Engraved, polished blue and color case-hardened hardware; locks are color case-hardened and engraved. Steel buttplate; brass bead front sight. From Sile.

Sile Confederate Cavalry

**Price:** Percussion only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**
**Price:** Confederate Cavalry Model (shortened version of above model with 14" bbl. 30½" o.a.l., checkered stock, swivels, brass ramrod). . . . . . . . . **$299.00**

Navy Classic Double

**NAVY CLASSIC DOUBLE BARREL SHOTGUN**
**Gauge:** 10, 12.
**Barrel:** 28".
**Weight:** 7 lbs., 12 ozs. **Length:** 45" over-all.
**Stock:** Walnut.
**Features:** Color case-hardened lock plates and hammers; hand checkered stock. Imported by Navy Arms.
**Price:** 12 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$342.00**
**Price:** 10 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$360.00**
**Price:** Kit, 12 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$265.00**
**Price:** Kit, 10 ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$280.00**

Morse/Navy Shotgun

**MORSE/NAVY SINGLE BARREL SHOTGUN**
**Gauge:** 12 ga.
**Barrel:** 26".
**Weight:** 5 lbs. **Length:** 41½" over-all.
**Stock:** American walnut, full p.g.
**Sights:** Front bead
**Features:** Brass receiver, black buttplate. Made in U.S. by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$167.00**
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$105.00**

**TRAIL GUNS KODIAK 10 GAUGE DOUBLE**
**Gauge:** 10.
**Barrel:** 20", 30¾" (Cyl. bore).
**Weight:** About 9 lbs. **Length:** 47⅛" over-all.
**Stock:** Walnut, with cheek rest. Checkered wrist and fore-end.
**Features:** Chrome plated bores; engraved lockplates, brass bead front and middle sights; sling swivels. Introduced 1980. Imported from Italy by Trail Guns Armory.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$379.95**

Dixie Double Barrel

**DOUBLE BARREL PERCUSSION SHOTGUN**
**Gauge:** 12.
**Barrel:** 30" (I.C.&Mod.).
**Weight:** 6¼ lbs. **Length:** 45" over-all.
**Stock:** Hand checkered walnut, 14" pull.
**Features:** Double triggers, light hand engraving. Details vary with importer. Imported by The Armoury, Dixie, Euroarms of America, Hopkins & Allen.
**Price:** Upland . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$125.00 to $299.85**
**Price:** 12 ga. kit (Dixie, magnum) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$235.00**
**Price:** 10 ga. (Dixie, magnum). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$335.00**
**Price:** 10 ga. kit (Dixie, magnum) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$285.00**

**CAUTION:** PRICES CHANGE. CHECK AT GUNSHOP.

39TH EDITION, 1985 **417**