ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6177
Fax: (916) 731-2144
E-mail: Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

**VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**

Plaintiffs,

**v.**

**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**

Defendants.

Case No. 3:17-cv-01017-BEN-JLB

**COMPENDIUM OF WORKS CITED IN SUPPLEMENTAL DECLARATION OF LOUIS KLAREVAS**

**VOLUME 5 OF 6**

Courtroom: 5A
Judge: Hon. Roger T. Benitez
Action Filed: May 17, 2017

**INDEX**

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **BOOKS** | | |
| Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* 238-45, 348-50 (2016) | 6 n.9 | 002-009 |
| **LAW REVIEWS AND JOURNALS** | | |
| Philip J. Cook and John J. Donohue, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 J. of Am. Med. Ass'n 1191 (2022) | 6 n.9 | 011-012 |
| Charles DiMaggio, et al., *Changes in US Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban: Analysis of Open-Source Data*, 86 J. of Trauma & Acute Care Surgery 11 (2019) | 6 n.9 | 013-040 |
| Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017*, 109 Am. J. of Pub. Health 1754 (2019) | 3 n.4 | 041-048 |
| Lori Post, et al., *Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis*, 7 J. of Med. Internet Research: Public Health & Surveillance (2021) | 6 n.9 | 049-059 |
| **OTHER SOURCES** | | |
| *Gun Digest* (John T. Amber ed., 9th ed. 1954) | 7 n.11, 9 tl. 2 | 060-108 |
| *Gun Digest: 19th Anniversary 1965 Deluxe Edition* (John T. Amber ed., 19th ed. 1964) | 9 tl. 2 | 109-159 |
| *Gun Digest: 29th Anniversary 1975 Deluxe Edition* (John T. Amber ed., 1974) | 9 tl. 2 | 161-263 |
| *Gun Digest: 1985 39th Annual Edition* (Ken Warner ed., 39th ed. 1984) | 9 tl. 2 | 265-421 |

| | | |
|---|---|---|
| *Gun Digest: 1995 49th Annual Edition* (Ken Warner ed., 49th ed. 1994) | 8 n.12, 9 tl. 2 | 423-599 |

# OTHER SOURCES

$21.95 U.S.
THE WORLD'S GREATEST GUN BOOK
Gun Digest
1995/49th Annual Edition
Edited by Ken Warner
The complete gun book, comprehensive and detailed, for all shooters—hunters, handgunners, collectors, handloaders and law enforcement officers.
M-4, ALASKAN SURVIVAL MODEL .45-70 GOV. .45 COLT
AMERICAN DERRINGER CORP. WACO, TEXAS



## 1995/49th Annual Edition

**EDITED BY KEN WARNER**

DBI BOOKS, INC.

# CONTENTS

FEATURES

**S&W's Massive M&P** by Gary M. Brown
Tailored to a tactical need, S&W's big police 41 missed the boat on police budgets .... 5
**Walkin' and Eatin' and Huntin'** by Howard McCord
A college professor takes his TEC-9 squirrel hunting and has other fun, too .... 8
**All Those Other 30-30s** by John Malloy
Amazing how many non-lever-action 30-30s there have been, and Malloy tells all .... 13
**The Joys of the Nostalgic Hunt** by Robert J. Robel
Eventually, Robel says, the nostalgia outweighs all else, and here he tells about it .... 24
**Darra Is Still There...And Still Makes Guns** by Ray Rose
The legendary gun-building town near Khyber Pass is doing well, letting tourists shoot rockets .... 30
**The First Practical British Hammerless** by Jack Bartlett
Murcott was the name and quick off the mark was the game; some of the guns are still shooting .... 33
**Ashley Haines: An Appreciation** by Jim Foral
They had gun writers ninety years ago, and this one nearly designed the job for the rest .... 38
**From Tommy Gun to Grease Gun** by Konrad F. Schreier, Jr.
Most U.S. submachine gun history was over in 30 years, but the choppers are still shooting in some places .... 52
**A New Look at the Brush Gun Mystique** by Don Zutz
Long, with forward balance, is ideal in a shotgun; scopes and high velocity are best in the rifle role .... 60
**Boutique Cartridges Are Here** by Holt Bodinson
Put your own name in the headstamp? Sure can, and easy .... 65
**Early Auto Pistol Cartridges** by John Malloy
Most of the first ones made the grade, and they're still with us, which makes interesting history .... 72
**Joseph Szecsei's Fabulous Repeating Doubles** by Holt Bodinson
This you have to see—bolt-action double rifles, real ones, right here .... 93
**A Modern Trail Gun** by C.E. Harris
Harris likes the 32 H&R Magnum outdoors and happily shoots his in a Ruger Single-Six .... 97
**Sitting in Charlie's Chair** by Sidney DuBroff
The *idea* of a proof house is one thing here, and quite another in England and on the Continent .... 102
**Johnny Reb & His Guns** by Edward R. Crews
Johnny started with none; at Lee's surrender, his men were all armed, carrying 75 rounds each .... 114
**The 22 Rifles of World War II** by Konrad F. Schreier, Jr.
Everybody shot them—cadets, basic trainees, even artillery students. And a lot are still around .... 124
**Make Noise to Kill Deer** by Francis E. Sell
The old hand tells how to move in the woods when it's too noisy to move in the woods .... 129
**A $600 Scope on a $200 Rifle?** by Rob Lucas
It's upside-down thinking, but sound, cheap rifles can hit targets big-ticket scopes can see .... 132
**Elmer Keith—The Man and His Books** by Gene Brown
The late Elmer Keith would have enjoyed watching the prices of his books soar above the rest .... 138
**Poor Man's Deer Rifle** by Len McDougall
It's the SKS, of course, that is China's gift to practical deer hunters all across the 48 states .... 144
**Shooting The Arisaka Match Rifle** by John Malloy
Trapped into shooting a WWII relic in public, Malloy discovered he wasn't too badly handicapped .... 161
**Frontier Justice** by Joan Wenner, J.D.
Little tidbits from the past reveal making laws about guns started some time ago .... 175
**Handguns and the Physically Challenged** by W.E. Sprague
There are gun-handling tricks that can serve the most unlikely shooters-to-be .... 177
**Roving with Kephart** by John Ross
An early gun writer, Kephart gave us the Smoky Mountain National Park and some good thinking .... 182
**Cartridge Cases on the Trail** by Sam Fadala
When he sees 'em, he picks 'em up—and almost always learns something .... 186
**Use a Big Rifle** by Ray Ordorica
He means *big*, and he practices his preaching—a 470 on caribou, for instance .... 193
**Custom Guns**
Is the trend toward diversity, again? .... 204
**Coming to Terms with a 25-20** by Francis Sell
For woodsmen of experience, lever guns in 25-20 have really special uses .... 208
**Art of the Engraver**
Some are restrained; a lot are gaudy .... 211

## DEPARTMENTS

**Expert Reports '95**
- **Shotgun Review** by Don Zutz ... 68
- **Handguns Today: Sixguns and Others** by Hal Swiggett ... 82
- **Handguns Today: Autoloaders** by J.B. Wood ... 89
- **Rifle Review** by Layne Simpson ... 108
- **Blackpowder Review** by Doc Carlson ... 120
- **Scopes and Mounts** by Bob Bell ... 188
- **Handloading Update** by Larry S. Sterett ... 200
- **Ammunition, Ballistics and Components** by Edward A. Matunas ... 214
- **Ballistic Tables '95** ... 219

**One Good Gun**
- **A Workhorse Trapline 22** by Bob Noonan ... 147
- **A Real 28-Gauge** by Dick Eades ... 150
- **A Very Good Mossberg** by Larry S. Sterett ... 151
- **A Hard-Working Browning** by Ted Stephens ... 153
- **Colt's Conversion Unit** by Lee Arten ... 154
- **My Low-Cost Ruger 44** by Tracy A. Sanders ... 157
- **An Un-British Hunting Rifle** by Brian Purdy ... 158

**Testfire**
- **The East German Makarov** by C. Rodney James ... 164
- **NCP's Mach One Trap Gun** by Larry S. Sterett ... 166
- **Ruger's Old Army** by C.E. Harris ... 168
- **Bernardelli's P.One** by Ken Warner ... 171
- **S&W's Sigma** by Ken Warner ... 173
  - *The Importance of Being Glock* by Ken Warner ... 173

**Shooter's Marketplace** ... 225

## CATALOG

**GUNDEX®** ... 262

**Handguns**
- Autoloaders ... 271
- Competition ... 301
- Double-Action Revolvers ... 308
- Single-Action Revolvers ... 318
- Miscellaneous ... 324

**Rifles—Centerfire**
- Autoloaders ... 328
- Lever & Slide Action ... 332
- Bolt Actions ... 337
- Single Shots ... 355
- Drillings, Combination Guns, Double Rifles ... 359

**Rifles—Rimfire**
- Autoloaders ... 361
- Lever & Slide Action ... 366
- Bolt Actions & Single Shots ... 367
- Competition Centerfires & Rimfires ... 373

**Shotguns**
- Autoloaders ... 381
- Slide Actions ... 385
- Over/Unders ... 390
- Side-by-Sides ... 401
- Bolt Actions & Single Shots ... 405
- Military & Police ... 409

**Blackpowder Guns**
- Single Shot Pistols ... 412
- Revolvers ... 416
- Muskets & Rifles ... 420
- Shotguns ... 433

**Air Guns**
- Handguns ... 435
- Long Guns ... 440

**Warranty Service Center Directory** 451

**Metallic Sights** ... 463
**Chokes & Brakes** ... 466
**Scopes & Mounts** ... 467
**Spotting Scopes** ... 480
**Periodical Publications** ... 482
**Arms Library** ... 484
**Arms Associations** ... 503

**Directory of the Arms Trade**
- Product Directory ... 506
- Manufacturers' Directory ... 521

# GUNDEX®

**A**

A-Square Caesar Bolt-Action Rifle, 337
A-Square Hannibal Bolt-Action Rifle, 338
A. Zoli Rifle-Shotgun O/U Combo, 361
A.H. Fox CE Grade Side-by-Side Shotgun, 403
A.H. Fox DE Grade Side-by-Side Shotgun, 403
A.H. Fox FE Grade Side-by-Side Shotgun, 403
A.H. Fox XE Grade Side-by-Side Shotgun, 403
AAO Model 2000 50-Caliber Rifle, 337
Accu-Tek AT-9 Pistol, 271
Accu-Tek AT-25SS Pistol, 271
Accu-Tek AT-25SSB Pistol, 271
Accu-Tek AT-32SS Pistol, 271
Accu-Tek AT-32SSB Pistol, 271
Accu-Tek AT-40 Pistol, 271
Accu-Tek AT-40B Pistol, 271
Accu-Tek AT-380SS Pistol, 271
Accu-Tek AT-380SSB Pistol, 271
Accu-Tek HC-380SS Pistol, 271
Airrow Model 6A Air Pistol, 435
Airrow Model 85RB Stealth Air Gun, 441
Airrow Model 851P Stealth Air Gun, 440
Alpine Bolt-Action Rifle, 337
Alpine Custom Grade Bolt-Action Rifle, 337
Alpine Supreme Grade Bolt-Action Rifle, 337
American Arms Brittany Shotgun, 401
American Arms Buckhorn Single Action Revolver, 318
American Arms Buckhorn Target Single Action Revolver, 318
American Arms CX-22 Pistol, 271
American Arms Derby Side-by-Side Shotgun, 401
American Arms Gentry Double Shotgun, 401
American Arms Grulla #2 Double Shotgun, 401
American Arms P-98 Pistol, 272
American Arms PK22 Pistol, 271
American Arms PX-22 Pistol, 272
American Arms Regulator DLX Single Action Revolver, 318
American Arms Regulator Single Action Revolvers, 318
American Arms Silver I Over/Under Shotgun, 390
American Arms Silver II Lite Over/Under Shotgun, 390
American Arms Silver II Over/Under Shotgun, 390
American Arms Silver Sporting Over/Under Shotgun, 390
American Arms TS/SS 10 Double Shotgun, 401
American Arms TS/SS 12 Side-by-Side Shotgun, 401
American Arms WS/OU 12, TS/OU Shotguns, 390
American Arms WT/OU 10 Over/Under Shotgun, 390
American Arms/Franch Black Magic 48/AL Auto Shotgun, 381
American Arms/Franchi LAW-12 Shotgun, 409
American Arms/Franchi SPAS-12 Shotgun, 409
American Derringer 125th Anniversary Model, 324
American Derringer Alaskan Survival Model, 324
American Derringer COP 357, 325
American Derringer DA 38 Model, 324
American Derringer Lady Derringer, 324
American Derringer Mini COP Derringer, 325
American Derringer Model 1, 324
American Derringer Model 4, 324
American Derringer Model 6, 324
American Derringer Model 7 Ultra Lightweight, 324
American Derringer Model 10 Lightweight, 324
American Derringer Model 11 Lightweight, 324
American Derringer Semmerling LM-4, 324
American Derringer Texas Commemorative, 324
AMT 45 ACP Hardballer Long Slide Pistol, 273
AMT 45 ACP Hardballer Pistol, 273
AMT Automag II Pistol, 272
AMT Automag III Pistol, 272
AMT Automag IV Pistol, 272
AMT Automag V Pistol, 272
AMT Backup II DAO Pistol, 272
AMT Backup II Pistol, 272
AMT Government Model Pistol, 273
AMT Magnum Hunter Auto Rifle, 361
AMT On Duty DA Pistol, 273
Anschutz 54.18MS REP Deluxe Silhouette Rifle, 374
Anschutz 54.18MS REP Standard Silhouette Rifle, 374
Anschutz 54.18MS Silhouette Rifle, 374
Anschutz 54.18MSL Silhouette Rifle, 374
Anschutz 64-MS, 64-MS Left Silhouette Rifle, 373
Anschutz 525 Deluxe Auto Rifle, 361
Anschutz 1416D Classic Left-Hand Rifle, 367
Anschutz 1416D/1516D Classic Rifles, 367
Anschutz 1416D/1516D Custom Rifles, 367
Anschutz 1418D/1518D Mannlicher Rifles, 367
Anschutz 1700 Custom Meistergrade Rifle, 367
Anschutz 1700D Bavarian Bolt-Action Rifle, 337
Anschutz 1700D Bavarian Meistergrade Bolt-Action Rifle, 337
Anschutz 1700D Classic Meistergrade Bolt-Action Rifle, 337
Anschutz 1700D Classic Rifles, 337
Anschutz 1700D Custom Meistergrade Bolt-Action Rifle, 337
Anschutz 1700D Custom Rifles, 337
Anschutz 1700 FWT Bolt-Action Rifle, 367
Anschutz 1700D Bavarian Bolt-Action Rifle, 367
Anschutz 1700D Classic Meistergrade Rifle, 367
Anschutz 1700D Classic Rifles, 367
Anschutz 1700D Custom Rifle, 367
Anschutz 1700D Graphite Custom Rifle, 367
Anschutz 1733D Mannlicher Rifle, 337
Anschutz 1808D RT Super Match 54 Target Rifle, 373
Anschutz 1827B Biathlon Rifle, 373
Anschutz 1903D Match Rifle, 373
Anschutz 1907 ISU Standard Match Rifle, 374
Anschutz 1907-L ISU Standard Match Rifle, 374
Anschutz 1910 Super Match II Rifle, 374
Anschutz 1911 Prone Match Rifle, 374
Anschutz 1913 Super Match Left-Hand Rifle, 374
Anschutz 1913 Super Match Rifle, 374
Anschutz 2002 Match Air Rifle, 441
Anschutz 2002D RT Air Rifle, 441
Anschutz Achiever Bolt-Action Rifle, 367
Anschutz Achiever ST-Super Target Rifle, 373
Anschutz BR-50 Benchrest Rifle, 373
Anschutz Exemplar Bolt-Action Pistol, 325
Anschutz Super Match 54 Target Model 2007 Left-Hand Rifle, 374
Anschutz Super Match 54 Target Model 2007 Rifle, 374
Anschutz Super Match 54 Target Model 2013 Left-Hand Rifle, 374
Anschutz Super Match 54 Target Model 2013 Rifle, 374
Argentine Hi-Power 9mm Pistol, 273
Argentine Hi-Power Detective Model Pistol, 273
Arietta Model 557 Double Shotgun, 402
Arietta Model 570 Double Shotgun, 402
Arietta Model 578 Double Shotgun, 402
Arietta Model 600 Imperial Double Shotgun, 402
Arietta Model 601 Imperial Tiro Double Shotgun, 402
Arietta Model 801 Double Shotgun, 402
Arietta Model 802 Double Shotgun, 402
Arietta Model 803 Double Shotgun, 402
Arietta Model 871 Double Shotgun, 402
Arietta Model 872 Double Shotgun, 402
Arietta Model 873 Double Shotgun, 402
Arietta Model 874 Double Shotgun, 402
Arietta Model 875 Double Shotgun, 402
Arietta Model 931 Double Shotgun, 402
Arietta Sidelock Double Shotguns, 402
Arizaga Model 31 Double Shotgun, 401
Armoury R140 Hawken Rifle, 420
Armscor Model 14D Deluxe Bolt-Action Rifle, 368
Armscor Model 14P Bolt-Action Rifle, 368
Armscor Model 20C Auto Rifle, 362
Armscor Model 20P Auto Rifle, 362
Armscor Model 50S Auto Rifle, 362
Armscor Model 1500 Rifle, 368
Armscor Model 1600 Auto Rifle, 361
Armscor Model 2000SC Auto Rifle, 362
Armscor Model AK22 Auto Rifle, 362
Armsport 1050 Series Double Shotguns, 401
Armsport 1863 Sharps Carbine, 420
Armsport 1863 Sharps Rifle, 420
Armsport 1866 Sharps Rifle, Carbine, 355
Armsport 2700 O/U Goose Gun, 391
Armsport 2700 Series Over/Under Shotguns, 391
Armsport 2900 Tri-Barrel Shotgun, 391
Armsport M2705 Over/Under Shotgun, 391
Armsport M2730/2731 Over/Under Shotguns, 391
Armsport M2733/2735 Over/Under Shotguns, 391
Armsport M2741 Over/Under Shotgun, 391
Armsport M2742 Sporting Clays Over/Under Shotgun, 391
Armsport M2744 Sporting Clays Over/Under Shotgun, 391
Armsport M2750 Sporting Clays Over/Under Shotgun, 391
Armsport M2751 Sporting Clays Over/Under Shotgun, 391
Armsport Single Barrel Shotgun, 405
Army 1851 Percussion Revolver, 416
Army 1860 Percussion Revolver, 416
ARS/AR6 Air Rifle, 441
ARS/Farco $CO_2$ Air Shotgun, 441
ARS/Farco $CO_2$ Stainless Steel Air Rifle, 441
ARS/Farco FP Survival Air Rifle, 441
ARS/Hunting Muster 900 Air Rifle, 441
ARS/King Hunting Muster Air Rifle, 441
ARS/Magnum 6 Air Rifle, 441
ARS/QB77 Deluxe Air Rifle, 441
Astra A-70 Pistol, 273
Astra A-75 Pistol, 273
Astra A-100 Pistol, 273
Auguste Francotte Bolt-Action Rifles, 341
Auguste Francotte Boxlock Double Rifle, 359
Auguste Francotte Boxlock Mountain Rifle, 359
Auguste Francotte Boxlock Shotgun, 403
Auguste Francotte Sidelock Double Rifles, 360
Auguste Francotte Sidelock Mountain Rifle, 359
Auguste Francotte Sidelock Shotgun, 403
Auto-Ordnance 27A-1 Thompson, 328
Auto-Ordnance 45 ACP General Model Pistol, 274
Auto-Ordnance 1911A1 Competition Model Pistol, 301
Auto-Ordnance 1911A1 Pistol, 274
Auto-Ordnance 1927A-3 Auto Rifle, 362
Auto-Ordnance Competition Model 1911A1 Pistol, 274
Auto-Ordnance Thompson M1, 328
Auto-Ordnance ZG-51 Pit Bull Pistol, 274
AyA Boxlock Shotguns, 402
AyA Model 1 Double Shotgun, 402
AyA Model 2 Double Shotgun, 402
AyA Model 4 Deluxe Double Shotgun, 402
AyA Model 53 Double Shotgun, 402
AyA Model 56 Double Shotgun, 402
AyA Model XXV Double Shotgun, 402
AyA Sidelock Double Shotguns, 402

**B**

Baby Bretton Model Fairplay Over/Under Shotgun, 391
Baby Bretton Over/Under Shotgun, 391
Baby Bretton Sprint Deluxe Over/Under Shotgun, 391
Baby Bretton Sprint Standard Over/Under Shotgun, 391
Baby Dragoon 1848, 1849 Pocket, Wells Fargo Revolvers, 416
Baby Eagle Auto Pistol, 274
Baikal IJ-18M Shotgun, 405
Baikal IJ-27 EIC Over/Under Shotgun, 391
Baikal IJ-27 Over/Under Shotgun, 391
Baikal IJ-43 Double Shotgun, 402
Baikal IJ-70 Pistol, 274
Barrett Light-Fifty Model 82 A1 Auto, 329
Barrett Model 90 Bolt-Action Rifle, 338
Beeman Carbine Model C1, 442
Beeman Crow Magnum Air Rifle, 442
Beeman HW70A Air Pistol, 436
Beeman Kodiak Air Rifle, 442
Beeman P1 Magnum Air Pistol, 435
Beeman P2 Match Air Pistol, 435
Beeman R1 Air Rifle, 442
Beeman R1 Carbine, 442
Beeman R1 Laser Air Rifle, 442
Beeman R7 Air Rifle, 443
Beeman R8 Air Rifle, 443
Beeman R10 Air Rifle, 443
Beeman R11 Air Rifle, 443
Beeman RX-1 Gas-Spring Magnum Air Rifle, 443
Beeman Super 7 Air Rifle, 443
Beeman/Feinwerkbau 65 MKI Air Pistol, 435
Beeman/Feinwerkbau 65 MKII Air Pistol, 435
Beeman/Feinwerkbau 102 Air Pistol, 435
Beeman/Feinwerkbau 300-S Mini-Match Air Rifle, 443
Beeman/Feinwerkbau 300-S Series Match Air Rifle, 443
Beeman/Feinwerkbau C25 $CO_2$ Pistol, 435
Beeman/Feinwerkbau C25 Mini $CO_2$ Pistol, 435
Beeman/Feinwerkbau C60 $CO_2$ Rifle, 443
Beeman/Feinwerkbau Mini C60 $CO_2$ Rifle, 443
Beeman/Feinwerkbau Model 601 Air Rifle, 443
Beeman/Feinwerkbau Model 601 Running Target Air Rifle, 443
Beeman/Feinwerkbou C20 $CO_2$ Pistol, 435
Beeman/FWB C55 $CO_2$ Rapid Fire Pistol, 436
Beeman/HW30 Air Rifle, 443
Beeman/HW 97 Air Rifle, 442
Benelli Black Eagle Competition Auto Shotgun, 381
Benelli M1 Sporting Special Auto Shotgun, 381
Benelli M1 Super 90 Field Auto Shotgun, 381
Benelli M1 Super 90 Shotgun, 410
Benelli M1 Super 90 Tactical Shotgun, 410
Benelli M3 Super 90 Pump/Auto Shotgun, 410
Benelli Montefeltro Super 90 20-Gauge Shotgun, 381
Benelli Montefeltro Super 90 Auto Shotgun, 381

Compendium_Klarevas
Page 427

Benelli MP 95SE Match Pistol, 301
Benelli Super Black Eagle Auto Shotgun, 381
Benelli Super Black Eagle Slug Gun, 381
Benjamin Sheridan $CO_2$ Air Rifles, 444
Benjamin Sheridan $CO_2$ Pellet Pistols, 436
Benjamin Sheridan E17 Pellet Pistol, 436
Benjamin Sheridan E20 Pellet Pistol, 436
Benjamin Sheridan E22 Pellet Pistol, 436
Benjamin Sheridan EB17 Pellet Pistol, 436
Benjamin Sheridan EB20 Pellet Pistol, 436
Benjamin Sheridan EB22 Pellet Pistol, 436
Benjamin Sheridan H17 Pellet Pistol, 436
Benjamin Sheridan H20 Pellet Pistol, 436
Benjamin Sheridan H22 Pellet Pistol, 436
Benjamin Sheridan HB17 Pellet Pistol, 436
Benjamin Sheridan HB20 Pellet Pistol, 436
Benjamin Sheridan HB22 Pellet Pistol, 436
Benjamin Sheridan Model 392 Air Rifle, 444
Benjamin Sheridan Model 397 Air Rifle, 444
Benjamin Sheridan Model F9 Air Rifle, 444
Benjamin Sheridan Model FB9 Air Rifle, 444
Benjamin Sheridan Model G392 Air Rifle, 444
Benjamin Sheridan Model G397 Air Rifle, 444
Benjamin Sheridan Model GS392 Air Rifle, 444
Benjamin Sheridan Model GS397 Air Rifle, 444
Benjamin Sheridan Model S392 Air Rifle, 444
Benjamin Sheridan Model S397 Air Rifle, 444
Benjamin Sheridan Pneumatic (Pump-Up) Air Rifles, 444
Benjamin Sheridan Pneumatic Pellet Pistols, 436
Beretta 390 Gold Mallard Auto Shotgun, 382
Beretta 390 Silver Mallard Auto Shotgun, 382
Beretta 390 Super Skeet Auto Shotgun, 382
Beretta 390 Super Trap Auto Shotgun, 382
Beretta 390 Waterfowl/Turkey Auto Shotgun, 382
Beretta 627 EL Double Shotgun, 402
Beretta 627EELL Double Shotgun, 402
Beretta 682 Pigeon Silver Over/Under Shotgun, 393
Beretta 682 Skeet Over/Under Shotgun, 393
Beretta 682 Sporting Combo Over/Under Shotgun, 392
Beretta 682 Sporting Over/Under Shotgun, 392
Beretta 682 Super Diamond Skeet Over/Under Shotgun, 393
Beretta 682 Super Sporting Over/Under Shotgun, 392
Beretta 682 Super Trap Over/Under Shotgun, 393
Beretta 682 Trap Combo Over/Under Shotguns, 393
Beretta 682 Trap Mono Shotgun, 393
Beretta 682 Trap Over/Under Shotgun, 393
Beretta 682 Trap Top Single Shotgun, 393
Beretta 686 Continental Course Sporting Over/Under Shotgun, 392
Beretta 686 Onyx Over/Under Shotgun, 392
Beretta 686 Onyx Sporting Over/Under Shotgun, 392
Beretta 686 Silver Perdiz Over/Under Shotgun, 392
Beretta 686 Silver Perdiz Skeet Over/Under Shotgun, 393
Beretta 686 Silver Perdiz Sporting Combo Over/Under Shotgun, 392
Beretta 686 Silver Perdiz Sporting Over/Under Shotgun, 392
Beretta 686 Silver Perdiz Trap Over/Under Shotgun, 393
Beretta 686EL Gold Perdiz Over/Under Shotgun, 392
Beretta 686L Silver Perdiz Over/Under Shotgun, 392
Beretta 687 Diamond Pigeon EELL Sporter Over/Under Shotgun, 392
Beretta 687 Silver Perdiz Sporting Over/Under Shotgun, 392
Beretta 687 Silver Pigeon Sporting Combo Over/Under Shotgun, 392
Beretta 687 Silver Pigeon Sporting Over/Under Shotgun, 392
Beretta 687EELL Diamond Pigeon Combo Over/Under Shotgun, 392
Beretta 687EELL Diamond Pigeon Over/Under Shotgun, 392
Beretta 687EELL Diamond Pigeon Skeet Over/Under Shotgun, 393
Beretta 687EELL Diamond Pigeon Trap Over/Under Shotgun, 393
Beretta 687EL Gold Pigeon Over/Under Shotgun, 392
Beretta 687EL Gold Pigeon Sporting Over/Under Shotgun, 392
Beretta 687EL Pigeon Sporting Over/Under Shotgun, 392
Beretta 687L Silver Perdiz Over/Under Shotgun, 392
Beretta 687L Silver Pigeon Over/Under Shotgun, 392
Beretta A-303 Auto Shotgun, 382
Beretta A-303 Sporting Clays Auto Shotgun, 382
Beretta A-303 Upland Model Auto Shotgun, 382
Beretta A-303 Youth Gun Shotgun, 382
Beretta ASE 90 Competition Over/Under Shotguns, 391
Beretta ASE 90 Gold Sporting Clays Over/Under Shotgun, 392
Beretta Express SSO O/U Double Rifle, 359
Beretta Express SSO6 Double Rifle, 359
Beretta Express SSO6 Gold Double Rifle, 359
Beretta Model 21 Bobcat Pistol, 275
Beretta Model 80 Cheetah Series DA Pistols, 274
Beretta Model 84 Cheetah Pistol, 274
Beretta Model 85 Cheetah Pistol, 274
Beretta Model 86 Cheetah Pistol, 274
Beretta Model 87 Cheetah Pistol, 274
Beretta Model 89 Wood Sport Gold Standard Pistol, 302
Beretta Model 92 FS Centurion Pistol, 275
Beretta Model 92 FS Pistol, 275
Beretta Model 92D Pistol, 275
Beretta Model 92F Stainless Pistol, 275
Beretta Model 92F-EL Stainless Pistol, 275
Beretta Model 96 Centurion Pistol, 275
Beretta Model 96D Centurion Pistol, 275
Beretta Model 96D Pistol, 275
Beretta Model 96F Pistol, 275
Beretta Model 452 Sidelock Shotgun, 402
Beretta Model 452EELL Sidelock Shotgun, 402
Beretta Model 455 SxS Express Rifle, 359
Beretta Model 686 Essential Over/Under Shotgun, 391
Beretta Model 686 Ultralight Onyx Over/Under Shotgun, 392
Beretta Model 950BS Jetfire Pistol, 275
Beretta Model 1201FP Auto Shotgun, 410
Beretta Model 8000 Cougar Pistol, 275
Beretta Model 8040 Cougar Pistol, 275
Beretta Model SO5 Combo Over/Under Shotgun, 393
Beretta Model SO5 Skeet Over/Under Shotgun, 393
Beretta Model SO5 Sporting Over/Under Shotgun, 393
Beretta Model SO5 Trap Over/Under Shotgun, 393
Beretta Model SO6 EELL Field Over/Under Shotgun, 393
Beretta Model SO6 Skeet Over/Under Shotgun, 393
Beretta Model SO6 Sporting Over/Under Shotgun, 393
Beretta Model SO6 Trap Over/Under Shotgun, 393
Beretta Model SO9 Over/Under Shotgun, 393
Beretta Onyx Sporting Over/Under Shotgun, 392
Beretta Over/Under Field Shotguns, 392
Beretta Pintail Auto Shotgun, 382
Beretta Series 682 Competition Over/Unders, 393
Beretta Side-by-Side Field Shotguns, 402
Beretta Sporting Clays Shotguns, 392
Bernardelli F.S. Model Double Shotgun, 403
Bernardelli Hemingway Lightweight Double Shotguns, 402
Bernardelli Las Palomas Double Shotgun, 403
Bernardelli Model 69 Target, 301
Bernardelli Model 115 Over/Under Shotgun, 391
Bernardelli Model 115 S Over/Under Shotgun, 391
Bernardelli Model 115 S Trap/Skeet Over/Under Shotguns, 391
Bernardelli Model 192 MS Sporting Clays Over/Under Shotgun, 391
Bernardelli Model 192 MS-MC Over/Under Shotgun, 391
Bernardelli Model 192 Waterfowler Over/Under Shotgun, 391
Bernardelli Model 220 MS Over/Under Shotgun, 391
Bernardelli Model 220 Over/Under Shotgun, 391
Bernardelli Model AMR Pistol, 276
Bernardelli Model USA Pistol, 276
Bernardelli P018 Compact Pistol, 276
Bernardelli P018 Pistol, 276
Bernardelli P. One DA Pistol, 276
Bernardelli P. One Practical VB Pistol, 276
Bernardelli Roma 3 Double Shotgun, 403
Bernardelli Roma 4 Double Shotgun, 403
Bernardelli Roma 6 Double Shotgun, 403
Bernardelli Roma 7M Double Shotgun, 403
Bernardelli Roma 8M Double Shotgun, 403
Bernardelli Roma 9M Double Shotgun, 403
Bernardelli Series Roma Shotguns, 403
Bernardelli Series S. Uberto Double Shotguns, 403
Bersa Model 23 Pistol, 276
Bersa Model 83 Pistol, 276
Bersa Model 85 Pistol, 276
Bersa Model 86 Pistol, 276
Bersa Thunder 9 Pistol, 277
BF Single Shot Pistol, 301
BF Ultimate Silhouette Pistol, 301
Black Watch Scotch Pistol, 412
Blaser R84 Bolt-Action Rifle, 338
Blaser R93 Bolt-Action Rifle, 338
Blaser R93 Safari Bolt-Action Rifle, 338
Bostonian Percussion Rifle, 420
BRNO 537 Sporter Bolt-Action Rifle, 338
BRNO 630 Series Air Rifles, 444
BRNO 631 Deluxe Air Rifle, 444
BRNO Aeron-Tau $CO_2$ Air Pistol, 436
BRNO Aeron-Tau-2000 Air Rifle, 444
BRNO ZKB 527 Fox Bolt-Action Rifle, 338
BRNO ZKK 600 Bolt-Action Rifle, 338
BRNO ZKK 601 Bolt-Action Rifle, 338
BRNO ZKK 602 Bolt-Action Rifle, 338
BRNO ZKM-452 Deluxe Bolt-Action Rifle, 368
Brown Model One Single Shot Rifle, 355
Browning 325 Golden Clays Over/Under Shotgun, 394
Browning 325 Sporting Clays Over/Under Shotgun, 394
Browning A-Bolt 22 Bolt-Action Rifle, 36
Browning A-Bolt 22 Gold Medallion Bolt-Action Rifle, 368
Browning A-Bolt II Gold Medallion, 339
Browning A-Bolt II Hunter Rifle, 339
Browning A-Bolt II Left-Hand Rifle, 339
Browning A-Bolt II Medallion Rifle, 339
Browning A-Bolt II Micro Medallion, 339
Browning A-Bolt II Short Action Composite, 339
Browning A-Bolt II Short Action Hunter, 339
Browning A-Bolt II Short Action Medallion, 339
Browning A-Bolt II Short Action, 339
Browning A-Bolt II Stainless Stalker, 339
Browning A-Bolt II Varmint Rifle, 339
Browning Auto-5 Light 12 and 20 Shotgun, 383
Browning Auto-5 Light Stalker Shotgun, 383
Browning Auto-5 Magnum 12 Shotgun, 383
Browning Auto-5 Magnum 20 Shotgun, 383
Browning Auto-5 Magnum Stalker Shotgun, 383
Browning Auto 5 Stalker Shotgun, 383
Browning Auto-22 Grade IV Rifle, 362
Browning Auto-22 Rifle, 362
Browning BAR Mark II Safari Magnum Rifle, 329
Browning BAR Mark II Safari Semi-Auto Rifle, 329
Browning BDA-380 Pistol, 277
Browning BDM DA Pistol, 277
Browning BL-22 Grade II Lever-Action Rifle, 366
Browning BL-22 Lever-Action Rifle, 366
Browning BPS Buck Special Pump Shotgun, 385
Browning BPS Game Gun Deer Special Pump Shotgun, 386
Browning BPS Game Gun Turkey Special Pump Shotgun, 386
Browning BPS Ladies and Youth Model Pump Shotgun, 386
Browning BPS Pigeon Grade Pump Shotgun, 386
Browning BPS Pump Shotgun, 385
Browning BPS Stalker Pump Shotgun, 386
Browning BPS Upland Special Pump Shotgun, 385
Browning BT-99 Competition Signature Painted Shotgun, 406
Browning BT-99 Competition Trap Special Pigeon Grade Shotgun, 406
Browning BT-99 Competition Trap Special Shotgun, 406
Browning BT-99 Golden Clays Shotgun, 406
Browning BT-99 Plus Golden Clays Shotgun, 406
Browning BT-99 Plus Micro Golden Clays Shotgun, 406
Browning BT-99 Plus Micro Pigeon Grade Shotgun, 406
Browning BT-99 Plus Micro Shotgun, 406
Browning BT-99 Plus Micro Signature Painted Shotgun, 406
Browning BT-99 Plus Pigeon Grade Shotgun, 406
Browning BT-99 Plus Signature Painted Shotgun, 406
Browning BT-99 Plus Trap Gun Grade I, 406
Browning Buck Mark Field 5.5, 302
Browning Buck Mark Pistol, 278
Browning Buck Mark Plus Pistol, 278
Browning Buck Mark Silhouette, 302
Browning Buck Mark Target 5.5, 302
Browning Buck Mark Target 5.5 Gold, 302
Browning Buck Mark Target 5.5 Nickel, 302
Browning Buck Mark Unlimited Match, 302
Browning Buck Mark Varmit Pistol, 278
Browning Citori Grade I Hunting Over/Under Shotgun, 393
Browning Citori Grade I Lightning Over/Under Shotgun, 393
Browning Citori Grade III Hunting Over/Under Shotgun, 393
Browning Citori Grade III Lightning Over/Under Shotgun, 393
Browning Citori Grade VI Hunting Over/Under Shotgun, 393
Browning Citori Grade VI Lightning Over/Under Shotgun, 393
Browning Citori Gran Lightning, 393
Browning Citori GTI Golden Clays Over/Under Shotgun, 393
Browning Citori GTI Sporting Clays Over/Under Shotgun, 393
Browning Citori O/U Skeet Golden Clays Four Barrel Set, 394
Browning Citori O/U Skeet Golden Clays Over/Under Shotgun, 394
Browning Citori O/U Skeet Golden Clays Three Barrel Set, 394
Browning Citori O/U Skeet Grade I Four Barrel Skeet Set, 394
Browning Citori O/U Skeet Grade I Three Barrel Skeet Set, 394
Browning Citori O/U Skeet Grade III Four Barrel Skeet Set, 394
Browning Citori O/U Skeet Grade III Over/Under Shotgun, 394
Browning Citori O/U Skeet Grade III Three Barrel Skeet Set, 394
Browning Citori O/U Skeet Grade VI Four Barrel Skeet Set, 394
Browning Citori O/U Skeet Grade VI Over/Under Shotgun, 394
Browning Citori O/U Skeet Model Grade I Shotgun, 394
Browning Citori O/U Skeet Model Grade III Shotgun, 394
Browning Citori O/U Skeet Model Grade VI Shotgun, 394
Browning Citori O/U Skeet Model Shotguns, 394
Browning Citori O/U Trap Golden Clays Shotgun, 394
Browning Citori O/U Trap Grade I Shotgun, 394
Browning Citori O/U Trap Grade III Shotgun, 394

Browning Citori O/U Trap Grade IV Shotgun, 394
Browning Citori O/U Trap Model, 394
Browning Euro-Bolt II Rifle, 339
Browning Gold 10 Auto Shotgun, 382
Browning Gold 10 Stalker Auto Shotgun, 382
Browning Gold Auto Shotgun, 382
Browning Hi-Power 40 S & W Pistol, 277
Browning Hi-Power Capitan Pistol, 277
Browning Hi-Power HP-Practical Pistol, 277
Browning Hi-Power Mark III Pistol, 277
Browning Hi-Power Pistol, 277
Browning Lightning Sporting Clays Golden Clays Over/Under Shotgun, 393
Browning Lightning Sporting Clays Over/Under Shotgun, 393
Browning Lightning Sporting Clays Pigeon Grade Over/Under Shotgun, 393
Browning Micro Buck Mark Pistol, 278
Browning Micro Recoilless Trap Shotgun, 406
Browning Micro Recoilless Trap Signature Painted Shotgun, 406
Browning Model 81 BLR Lever-Action Rifle, 332
Browning Model 81 Long Action BLR Rifle, 332
Browning Model 1885 Single Shot Rifle, 355
Browning Recoilless Trap Shotgun, 406
Browning Recoilless Trap Signature Painted Shotgun, 406
Browning Special Sporting Clays Golden Clays Over/Under Shotgun, 393
Browning Special Sporting Clays Over/Under Shotgun, 393
Browning Superlight Citori Grade I Upland Special Over/Under Shotgun, 393
Browning Superlight Citori Grade I Over/Under Shotgun, 393
Browning Superlight Citori Grade III Over/Under Shotgun, 393
Browning Superlight Citori Grade VI Over/Under Shotgun, 393
Browning Superlight Citori Over/Under Shotgun, 393
Bryco Model 38 Pistol, 278
Bryco Model 48 Pistol, 278
Bryco Model 59 Pistol, 278

C

C. Sharps Arms 1874 Montana Roughrider Rifle, 358
C. Sharps Arms 1875 Classic Sharps Rifle, 358
C. Sharps Arms New Model 1874 Old Reliable Rifle, 358
C. Sharps Arms New Model 1875 Carbine, 358
C. Sharps Arms New Model 1875 Rifle, 358
C. Sharps Arms New Model 1875 Saddle Rifle 358
C. Sharps Arms New Model 1875 Sporting Rifle, 358
C. Sharps Arms New Model 1875 Target, Long Range Rifles, 358
C. Sharps Arms New Model Business Rifle, 358
C.S. Richmond 1863 Musket, 429
Cabanas Espronceda IV Bolt-Action Rifle, 368
Cabanas Leyre Bolt-Action Rifle, 368
Cabanas Master Bolt-Action Rifle, 368
Cabanas Master Varmint Model Rifle, 368
Cabanas Mini 82 Youth Bolt-Action Rifle, 368
Cabanas Model R83 Bolt-Action Rifle, 368
Cabanas Pony Youth Bolt-Action Rifle, 368
Cabanas Taser Rifle, 368
Cabela's Accura 9000 Muzzleloader, 420
Cabela's Blackpowder Shotguns, 433
Cabela's Blue Ridge Rifle, 420
Cabela's Paterson Percussion Revolver, 416
Cabela's Ranger Hawken Rifle, 421
Cabela's Rolling Block Muzzleloader Carbine, 420
Cabela's Rolling Block Muzzleloader, 420
Cabela's Sharps Sporting Rifle, 420
Cabela's Sporterized Hawken Hunter Carbine, 421
Cabela's Sporterized Hawken Hunter Rifle, 421
Cabela's Swivel-Barrel Rifle, 420
Cabela's Taos Rifle, 421
Cabela's Traditional Hawken Rifle, 421
Calico Model 110 Pistol, 278
Calico Model M-100 Carbine, 362
Calico Model M-105 Sporter Rifle, 362
Calico Model M-950 Pistol, 278
Calico Model M-951 Tactical Carbine, 329
Calico Model M-9515 Tactical Carbine, 329
Century Centurion 14 Sporter, 340
Century Centurion Over/Under Shotgun, 394
Century Custom Sporting Rifle, 340
Century Enfield Sporter #4, 340
Century FEG P9R Pistol, 278
Century FEG P9RK Pistol, 278
Century Gun Distributors Model 100 Single Action Revolver, 318
Century International FAL Sporter Rifle, 329
Century International M-14 Semi-Auto Rifle, 329
Century Mauser Deluxe Custom Sporter, 340
Century Swedish Sporter #38 Rifle, 340
Chapuis Over/Under Shotgun, 394
Charles Daly Deluxe Over/Under Shotgun, 395
Charles Daly Field Grade O/U Shotgun, 395
Charles Daly Sporting Clays O/U Shotgun, 395
Charleville Flintlock Pistol, 412
Charter Bulldog Pug Revolver, 308
Charter Off-Duty Revolver, 309
Charter Police Undercover Revolver, 309
Chipmunk Single Shot Rifle, 369
Churchill Turkey Auto Shotgun, 383
Cimarron 1860 Henry Replica, 332
Cimarron 1866 Winchester Replicas, 332
Cimarron 1873 30" Express Rifle, 333
Cimarron 1873 Frontier Six Shooter Single Action Revolver, 319
Cimarron 1873 Peacemaker Repro Single Action Revolver, 319
Cimarron 1873 Short Rifle, 333
Cimarron 1873 Single Action Army Single Action Revolver, 319
Cimarron 1873 Sporting Rifle, 333
Cimarron Artillery Model Single Action Revolver, 318
Cimarron New Thunderer Single Action Revolver, 319
Cimarron U.S. Cavalry Model Single Action Revolver, 318
Colt 10mm Delta Elite Pistol, 279
Colt 1847 Walker Percussion Revolver, 416
Colt 1849 Pocket Dragoon Revolver, 416
Colt 1851 Navy Percussion Revolver, 416
Colt 1860 Army Percussion Revolver, 417
Colt Anaconda Revolver, 309
Colt Army Police Percussion Revolver, 416
Colt Combat Commander Pistol, 279
Colt Combat Elite MK IV/Series 80 Pistol, 279
Colt Delta Gold Cup, 302
Colt Detective Special Revolver, 309
Colt Double Eagle Combat Comm. Pistol, 279
Colt Double Eagle MK II/Series 90 Pistol, 279
Colt Double Eagle Officer's ACP Pistol, 279
Colt Gold Cup National Match MK IV/Series 80, 302
Colt Government Model 380 Pistol, 279
Colt Government Model MK IV/Series 80 Pistol, 279
Colt King Cobra Revolver, 309
Colt Lightweight Commander MK IV/Series 80 Pistol, 279
Colt Model 1991 A1 Commander Pistol, 280
Colt Model 1991 A1 Compact Pistol, 280
Colt Model 1991 A1 Pistol, 280
Colt Mustang 380 Pistol, 280
Colt Mustang Plus II Pistol, 279
Colt Mustang Pocketlite Pistol, 280
Colt Officer's ACP MK IV/Series 80 Pistol, 280
Colt Pocketlite 380 Pistol, 279
Colt Python Revolver, 309
Colt Single Action Army Revolver, 319
Colt Sporter Competition HBAR Rifle, 375
Colt Sporter Competition Range Selected Rifle, 375
Colt Sporter Lightweight Rifle, 329
Colt Sporter Match HBAR Rifle, 375
Colt Sporter Target Model Rifle, 374
Colt's 22 Automatic Pistol, 279
Competitor Single Shot Pistol, 302
Confederate Navy Percussion Revolver, 418
Connecticut Valley Classics Classic Field Waterfowler O/U Shotgun, 394
Connecticut Valley Classics Classic Sporter O/U Shotgun, 394
Connecticut Valley Classics Classic Sporter Stainless O/U Shotgun, 394
Cook & Brother Confederate Carbine, 421
Cook & Brother Confederate Rifle, 421
Coonan 357 Magnum Pistol, 280
Coonan Compact 357 Magnum Cadet Pistol, 280
Cooper Arms Model 21 Custom Classic, 340
Cooper Arms Model 21 Varmint Extreme Rifle, 340
Cooper Arms Model 36CF Centerfire Sporter, 340
Cooper Arms Model 36CF Classic, 340
Cooper Arms Model 36CF Custom 70
Cooper Arms Model 36CF Custom Classic, 340
Cooper Arms Model 36RF Custom Classic Rifle, 369
Cooper Arms Model 36RF Custom Sporter Rifle, 369
Cooper Arms Model 36RF Featherweight Rifle, 369
Cooper Arms Model 36RF Sporter Rifle, 369
Cooper Arms Model BR-50 Rifle, 375
Cosmi Auto Shotgun, 383
Crosman Auto Air II Air Pistol, 436
Crosman Model 66 Powermaster Air Rifle, 444
Crosman Model 66RT Powermaster Air Rifle, 444
Crosman Model 357 Air Pistol, 436
Crosman Model 664 Powermaster Air Rifle, 444
Crosman Model 760 Pumpmaster Air Rifle, 445
Crosman Model 781 Single Pump Air Rifle, 445
Crosman Model 788 BB Scout Rifle, 445
Crosman Model 1008 Repeat Air Pistol, 437
Crosman Model 1077 Repeatair Rifle, 445
Crosman Model 1322 Air Pistol, 437
Crosman Model 1357 Air Pistol, 436
Crosman Model 1377 Air Pistol, 437
Crosman Model 1389 Backpacker Rifle, 445
Crosman Model 2100 Classic Air Rifle, 445
Crosman Model 2200 Magnum Air Rifle, 445
Crosman Model SSP 250 Pistol, 437
Crucelegui Hermanos Model 150 Double Shotgun, 404
Cumberland Mountain Blackpowder Rifle, 421
Cumberland Mountain Elk River Rifle, 355
Cumberland Mountain Plateau Silhouette Rifle, 355
CVA Apollo Carbelite Rifle, 421
CVA Apollo Classic Rifle, 421
CVA Apollo Shadow SS Rifle, 421
CVA Bison Percussion Revolver, 418
CVA Bushwacker Rifle, 421
CVA Classic Turkey Double Shotgun, 433
CVA Colt Sheriff's Model Revolver, 416
CVA Express Rifle, 422
CVA Frontier Carbine, 422
CVA Frontier Hunter Carbine LS, 422
CVA Grey Wolf Rifle, 422
CVA Hawken Pistol, 412
CVA Hawken Rifle, 422
CVA Kentucky Rifle, 422
CVA Lone Wolf Rifle, 422
CVA Panther Carbine, 422
CVA Pocket Percussion Revolver, 417
CVA St. Louis Hawken Rifle, 422
CVA Timber Wolf Rifle, 422
CVA Tracker Carbine LS, 422
CVA Trapper Percussion Shotgun, 433
CVA Trophy Carbine, 422
CVA Varmint Rifle, 422
CVA Vest Pocket Derringer, 413
CVA Wells Fargo Percussion Revolver, 417
CVA Wolf Series Rifles, 422
CVA Woodsman LS Rifle, 422
CZ 75 Compact Pistol, 280
CZ 75 Pistol, 280
CZ 75 Semi-Compact Pistol, 281
CZ 83 DA Pistol, 281
CZ 85 Auto Pistol, 281
CZ 85 Combat Pistol, 281
CZ Model 3 Air Pistol, 437

D

Daewoo DH 45 Pistol, 281
Daewoo DP51 Pistol, 281
Daewoo DP52 Pistol, 281
Daisy 1938 Red Ryder Classic Air Rifle, 446
Daisy Model 91 Match Pistol, 437
Daisy Model 225 American Legend Air Rifle, 445
Daisy Model 288 Air Pistol, 437
Daisy Model 500 Raven Air Pistol, 437
Daisy Model 840 Air Rifle, 446
Daisy Model 990 Dual-Power Air Rifle, 446
Daisy Model 1894C Commemorative Air Gun, 446
Daisy/Power Line 44 Revolver, 438
Daisy/Power Line 45 Air Pistol, 438
Daisy/Power Line 93 Air Pistol, 438
Daisy/Power Line 400 Air Pistol, 438
Daisy/Power Line 645 Air Pistol, 438
Daisy/Power Line 693 Air Pistol, 438
Daisy/Power Line 717 Pellet Pistol, 438
Daisy/Power Line 747 Pellet Pistol, 438
Daisy/Power Line 753 Target Air Rifle, 446
Daisy/Power Line 853 Air Rifle, 446
Daisy/Power Line 856 Pump-Up Air Gun, 446
Daisy/Power Line 880 Pump-Up Air Gun, 446
Daisy/Power Line 920 Air Rifle, 446
Daisy/Power Line 922 Air Rifle, 446
Daisy/Power Line 970 Air Rifle, 446
Daisy/Power Line 1700 Air Pistol, 439
Daisy/Power Line 2001 Air Rifle, 447
Daisy/Power Line $CO_2$ 1200 Pistol, 439
Daisy/Power Line Eagle 7856 Pump-Up Air Gun, 447
Daisy/Power Line Match 777 Pellet Pistol, 438
Daisy/Youth Line 95 Air Rifle, 447
Daisy/Youth Line 105 Air Rifle, 447
Daisy/Youth Line 111 Air Rifle, 447
Dakota 22 Sporter Bolt-Action Rifle, 369
Dakota 76 Classic Bolt-Action Rifle, 340

Dakota 76 Safari Bolt-Action Rifle, 341
Dakota 76 Short Action Rifle, 340
Dakota 76 Varmint Rifle, 341
Dakota 416 Rigby African Rifle, 341
Dakota Single Shot Rifle, 356
Davis D-38 Derringer, 325
Davis Derringers, 325
Davis P-32 Pistol, 281
Davis P-380 Pistol, 281
Desert Eagle Magnum Pistol, 282
Desert Industries Big Twenty Shotgun, 406
Desert Industries Double Deuce Pistol, 282
Desert Industries G-90 Single Shot Rifle, 356
Desert Industries Two Bit Special Pistol, 282
Desert Industries War Eagle Pistol, 282
Dixie 1863 Springfield Musket, 423
Dixie 1873 Carbine, 333
Dixie Delux Cub Rifle, 423
Dixie English Matchlock Musket, 423
Dixie Engraved 1873 Rifle, 333
Dixie Hawken Rifle, 423
Dixie Inline Carbine, 423
Dixie Lincoln Derringer, 413
Dixie Magnum Percussion Shotgun, 434
Dixie Pennsylvania Pistol, 413
Dixie Screw Barrel Pistol, 413
Dixie Tennessee Mountain Rifle, 423
Dixie Tennessee Squirrel Rifle, 423
Dixie Third Model Dragoon Percussion Revolver, 417
Dixie Tornado Target Pistol, 413
Dixie U.S. Model 1816 Flintlock Musket, 423
Dixie U.S. Model 1861 Springfield Rifle, 423
Dixie Wyatt Earp Percussion Revolver, 417

E

E.A.A. Big Bore Bounty Hunter Single Action Revolovers, 319
E.A.A. Bounty Hunter Single Action Revolver, 319
E.A.A. European 380/DA Pistol, 282
E.A.A. European Model Pistol, 282
E.A.A. Sabatti Sporting Clays Pro-Gold O/U Shotgun, 395
E.A.A. Standard Grade Revolvers, 309
E.A.A. Windicator Target Grade Revolver, 302
E.A.A. Witness DA Pistol, 282
E.A.A. Witness Gold Team Auto Pistol, 303
E.A.A. Witness Silver Team Auto Pistol, 303
E.A.A./Sabatti Model 1822 Auto Rifle, 362
E.A.A./Sabatti Model 1822 Heavy Rifle, 362
E.A.A./Sabatti Model 1822 Sporter Rifle, 362
E.A.A./Sabatti Model 1822 Thumbhole Heavy Rifle, 362
E.A.A./Weihrauch HW 60 Match Rifle, 375
E.A.A./Weihrauch HW 60 Target Rifle, 375
Eagle Arms EA-15 Action Master Auto Rifle, 330
Eagle Arms EA-15 Eagle Spirit Auto Rifle, 330
Eagle Arms EA-15E2 Carbine, 330
Eagle Arms EA-15E2 Golden Eagle Match Rifle, 375
Eagle Arms EA-15E2 H-BAR Auto Rifle, 330
Eagle Arms EA-15E2 H-BAR Golden Eagle Match Rifle, 330
Eagle Arms EA-15E2 H-BAR Rifle, 375
Eagle Arms Eagle Eye Match Rifle, 375
El Gamo 126 Super Match Target Air Rifle, 447
EMF 1860 Henry Rifle, 333
EMF 1866 Yellowboy Carbine, 333
EMF 1866 Yellowboy Rifle, 333
EMF Dakota 1875 Outlaw Single Action Revolver, 319
EMF Dakota 1890 Police Single Action Revolver, 319
EMF Dakota Artillery Single Action Revolver, 320
EMF Dakota Bisley Model Single Action Revolver, 320
EMF Dakota Cavalry Single Action Revolver, 320
EMF Dakota Hartford Single Action Revolver, 320
EMF Dakota New Model Single Action Revolver, 320
EMF Dakota Pinkerton Single Action Revolver, 320
EMF Model 73 Lever-Action Carbine, 333
EMF Model 73 Lever-Action Rifle, 333
Erma EM1 Carbine, 362
Erma ER Match Revolvers, 303
Erma ER-777 Sporting Revolver, 310
Erma ESP 85A Golden Target Pistol, 303
Erma ESP 85A Match Pistol, 303
Erma KGP 68 Pistol, 283
Euroarms 1861 Springfield Rifle, 424
Euroarms Buffalo Carbine, 423
Euroarms Volunteer Target Rifle, 424

F

Famas Semi-Auto Air Rifle, 447
FAS 601 Match Pistol, 303
FAS 602 Match Pistol, 303
FAS 603 Match Pistol, 303
Feather AT-9 Semi-Auto Carbine, 330
Feather AT-22 Semi-Auto Carbine, 362
Feather Guardian Angel, 325
Feather Model F9 Semi-Auto Carbine, 330
Federal Engineering XC222 Auto Carbine, 363
FEG B9R Pistol, 283
FEG FP9 Pistol, 283
FEG GKK-45 DA Pistol, 283
FEG P9R Pistol, 283
FEG PJK-9HP Pistol, 283
FEG SMC-22 DA Pistol, 283
FEG SMC-38 Pistol, 283
Finnish Lion Standard Taget Rifle, 375
Freedom Arms Casull Model 252 Silhouette Revolver, 303
Freedom Arms Casull Model 252 Varmint Revolver, 303
Freedom Arms Casull Model 353 Field Grade Single Action Revolver, 320
Freedom Arms Casull Model 353 Premier Grade Single Action Revolver, 320
Freedom Arms Casull Model 353 Single Action Revolver, 320
Freedom Arms Field Grade 454 Casull Single Action Revolver, 320
Freedom Arms Model 555 Field Grade Single Action Revolver, 320
Freedom Arms Model 555 Premier Grade Single Action Revolver, 320
Freedom Arms Premier 454 Casull Single Action Revolver, 320
French-Style Dueling Pistol, 413

G

Garbi Model 100 Double Shotgun, 403
Garbi Model 101 Double Shotgun, 403
Garbi Model 103A, B Side-by-Side Shotguns, 403
Garbi Model 200 Side-by-Side, 403
GAT Air Pistol, 439
GAT Air Rifle, 447
Gaucher GN1 Silhouette Pistol, 325
Gaucher GP Silhouette Pistol, 304
Glock 17 Pistol, 284
Glock 17L Competition Auto Pistol, 304
Glock 19 Pistol, 284
Glock 20 Pistol, 284
Glock 21 Pistol, 284
Glock 22 Pistol, 284
Glock 23 Pistol, 284
Glock 24 Competition Auto Pistol, 304
Gonic GA-87 M/L Rifle, 424
Gonic GA-93 Magnum M/L Rifle, 424
Grendel P-12 Pistol, 284
Grendel P-30 Pistol, 284
Grendel R-31 Auto Carbine, 363
Griswold & Gunnison Percussion Revolver, 417

H

Hammerli 480 Competition Air Pistol, 439
Hammerli Model 160/162 Free Pistols, 304
Hammerli Model 208s Pistol, 304
Hammerli Model 212 Pistol, 284
Hammerli Model 280 Target Pistol, 304
Hammerli Model 450 Match Air Rifle, 447
Harper's Ferry 1800 Pistol, 413
Harper's Ferry 1803 Flintlock Rifle, 424
Harrington & Richardson 949 Western Revolver, 310
Harrington & Richardson N.W.T.F Turkey Mag Shotgun, 407
Harrington & Richardson Sportsman 999 Revolver, 310
Harrington & Richardson Tamer Shotgun, 407
Harrington & Richardson Topper Classic Youth Shotgun, 406
Harrington & Richardson Topper Deluxe Model 098 Shotgun, 406
Harrington & Richardson Topper Junior 098 Shotgun, 406
Harrington & Richardson Topper Model 098 Shotgun, 406
Harrington & Richardson Ultra Varmint Rifle, 356
Harrington & Richardson Youth N.W.T.F. Turkey Shotgun, 407
Hatfield Mountain Rifle, 424
Hatfield Squirrel Rifle, 424
Hatfield Uplander Grade I Double Shotgun, 404
Hatfield Uplander Grade II Double Shotgun, 404
Hatfield Uplander Over/Under Shotgun, 395
Hawken Rifle, 424
Heckler & Koch P7K3 Pistol, 285
Heckler & Koch P7M8 Pistol, 285
Heckler & Koch P7M10 Pistol, 285
Heckler & Koch P7M13 Pistol, 285
Heckler & Koch PSG-1 Marksman Rifle, 375
Heckler & Koch USP Pistol, 285
Helwan Brigadier Pistol, 285
Heritage Model HA25 Pistol, 285
Heritage Rough Rider Revolver, 320
Heritage Sentry Double Action Revolver, 310
Heym Magnum Express Series Rifles, 341
Heym Model 55B O/U Double Rifles, 360
Heym Model 88B Safari Double Rifle, 360
Heym Model 88B SxS Double Rifles, 360
Hi-Point Firearms JS-9mm Compact Pistol, 285
Hi-Point Firearms JS-9mm Pistol, 286
Hi-Point Firearms JS-40 S&W Auto Pistol, 286
Hi-Point Firearms JS-45 Pistol, 285
High Standard Derringer, 325
HJS Antigua Derringer, 326
HJS Frontier Four Derringer, 326
HJS Lone Star Derringer, 325
Howa Lightning Bolt-Action Rifle, 341
Howa Realtree Camo Bolt-Action Rifle, 341
Hungarian T-58 Pistol, 286

I

IBUS M17S 223 Bullpup Rifle, 330
Interarms Mark X Viscount Bolt-Action Rifle, 342
Interarms Mark X Whitworth Bolt-Action Rifle, 342
Interarms Mini-Mark X Rifle, 342
Interarms Whitworth Express Rifle, 342
Intratec Category 9 Pistol, 286
Intratec Protec-22 Pistol, 286
Intratec Protec-25 Pistol, 286
Intratec TEC-DC9 Pistol, 286
Intratec TEC-DC9K Pistol, 286
Intratec TEC-DC9M Pistol, 286
Intratec TEC-DC9MK Pistol, 286
Intratec TEC-DC9MS Pistol, 286
Intratec TEC-DC9S Pistol, 286
Intratec TEK-22T Pistol, 286
Intratec TEK-22TK Pistol, 286
Ithaca Model 20 Single Shot Pistol, 326
Ithaca Model 87 Deerslayer Pump Shotgun, 386
Ithaca Model 87 Deluxe Pump Shotgun, 386
Ithaca Model 87 DSPS Shotguns, 410
Ithaca Model 87 Field Deerslayer Pump Shotgun, 386
Ithaca Model 87 Hand Grip Shotgun, 410
Ithaca Model 87 M&P Shotgun, 410
Ithaca Model 87 Smooth Bore Basic Shotgun, 386
Ithaca Model 87 Smooth Bore Deluxe Shotgun, 386
Ithaca Model 87 Supreme English Pump Shotgun, 386
Ithaca Model 87 Supreme Pump Shotgun, 386
Ithaca Model 87 Turkey Gun, 386
Ithaca-Navy Hawken Rifle, 425

J

J.P. Murray 1862-1864 Cavalry Carbine, 427
Jennings J-22 Pistol, 286
Jennings J-25 Pistol, 286

K

Kahr K9 DA Pistol, 286
Kareen Barak Pistol, 287
Kareen MK II Pistol, 287
KDF K15 Bolt-Action Rifle, 342
Kemen KM-4 Extra Gold Over/Under Shotgun, 395
Kemen KM-4 Extra Luxe-A Over/Under Shotgun, 395
Kemen KM-4 Extra Luxe-B Over/Under Shotgun, 395
Kemen KM-4 Luxe-A Over/Under Shotgun, 395
Kemen KM-4 Luxe-B Over/Under Shotgun, 395
Kemen KM-4 Standard Over/Under Shotgun, 395
Kemen KM-4 Super Luxe Over/Under Shotgun, 395
Kemen Over/Under Shotguns, 395
Kentuckian Carbine, 425
Kentuckian Rifle, 425
Kentucky Flintlock Pistol, 414
Kentucky Flintlock Rifle, 425
Kentucky Percussion Pistol, 414
Kentucky Percussion Rifle, 425
Kimber Model 82C Classic Bolt-Action Rifle, 369
Kimber Model 82C Custom Shop SuperAmerica Bolt-Action Rifle, 369
Kimber Model 82C SuperAmerica Bolt-Action Rifle, 369
Kimel AP9 Pistol, 287
Kimel Mini AP9 Pistol, 287
Kimel Target AP9 Pistol, 287
Knight BK-92 Black Knight Rifle, 425
Knight Hawkeye Pistol, 414
Knight LK-93 Legend Rifle, 426
Knight LK-93 Wolverine Rifle, 426
Knight MK-85 Grand American Rifle, 425
Knight MK-85 Hunter Rifle, 425
Knight MK-85 Knight Hawk Rifle, 425
Knight MK-85 Predator Rifle, 425
Knight MK-85 Stalker Rifle, 425
Knight MK-95 Magnum Elite Rifle, 425
Kodiak MK. III Double Rifle, 426
Krico Model 260 Auto Rifle, 363

Krico Model 300 Bolt-Action Rifle, 369
Krico Model 300 Deluxe Bolt-Action Rifle, 369
Krico Model 300 Stutzen Bolt-Action Rifle, 369
Krico Model 300SA Bolt-Action Rifle, 369
Krico Model 360 S2 Biathlon Rifle, 375
Krico Model 360S Biathlon Rifle, 376
Krico Model 400 Match Rifle, 376
Krico Model 500 Kricotronic Match Rifle, 376
Krico Model 600 Bolt-Action Rifle, 342
Krico Model 600 Match Rifle, 376
Krico Model 600 Sniper Rifle, 376
Krico Model 700 Bolt-Action Rifle, 342
Krico Model 700 Deluxe Bolt-Action Rifle, 342
Krico Model 700 Deluxe S Bolt-Action Rifle, 342
Krico Model 700 Stutzen Bolt-Action Rifle, 342
Krieghoff K-80 Combo Over/Under Shotgun, 395
Krieghoff K-80 Four-Barrel Skeet Set Shotgun, 395
Krieghoff K-80 International Skeet Over/Under Shotgun, 395
Krieghoff K-80 O/U Trap Shotgun, 395
Krieghoff K-80 Single Barrel Trap Gun, 407
Krieghoff K-80 Skeet Lightweight Shotgun, 395
Krieghoff K-80 Skeet Shotgun, 395
Krieghoff K-80 Skeet Special Shotgun, 395
Krieghoff K-80 Skeet Two-Barrel Set Shotgun, 395
Krieghoff K-80 Sporting Clays O/U Shotgun, 396
Krieghoff K-80 Unsingle Trap Shotgun, 395
Krieghoff K-80/RT Shotguns, 395
Krieghoff KS-5 Special Shotgun, 407
Krieghoff KS-5 Trap Gun, 407

L

L.A.R. Grizzly 44 Mag Mark IV Pistol, 287
L.A.R. Grizzly 50 Big Boar Rifle, 343
L.A.R. Grizzly 50 Mark V Pistol, 287
L.A.R. Grizzly Win Mag 8",2710" Pistol, 287
L.A.R. Grizzly Win Mag MK I Pistol, 287
Lakefield Arms Mark I Bolt-Action Rifle, 369
Lakefield Arms Mark I Left-Hand Rifle, 369
Lakefield Arms Mark II Bolt-Action Rifle, 369
Lakefield Arms Mark II Left-Hand Rifle, 369
Lakefield Arms Mark II-Y Youth Bolt-Action Rifle, 369
Lakefield Arms Mark II-Y Youth Left-Hand Rifle, 369
Lakefield Arms Mark IY Youth Left-Hand Rifle, 369
Lakefield Arms Mark IY Youth Rifle, 369
Lakefield Arms Model 64B Auto Rifle, 363
Lakefield Arms Model 90B Target Rifle, 376
Lakefield Arms Model 91T Target Rifle, 376
Lakefield Arms Model 92S Silhouette Rifle, 376
Lakefield Arms Model 93M Bolt-Action Rifle, 370
Lanber 82 Over/Under Shotgun, 396
Lanber 87 Deluxe Over/Under Shotgun, 396
Lanber 87 Sporting Clays Over/Under Shotgun, 396
Laseraim Arms Series I Pistol, 287
Laseraim Arms Series II Pistol, 287
Laseraim Arms Series III Pistol, 287
Laurona Model 83 MG Over/Under Shotgun, 396
Laurona Model 84 S Super Trap Over/Under Shotgun, 396
Laurona Model 85 MS Super Pigeon Over/Under Shotgun, 396
Laurona Model 85 MS Super Trap Over/Under Shotgun, 396
Laurona Model 85 S Super Skeet Over/Under Shotgun, 396
Laurona Model 85 Super Game Over/Under Shotgun, 396
Laurona Silhouette 300 Sporting Clays Over/Under Shotgun, 396
Laurona Silhouette 300 Trap Over/Under Shotgun, 396
Laurona Silhouette Ultra-Magnum Over/Under Shotgun, 396
Laurona Super Model Over/Unders, 396
LeMat 18th Georgia Percussion Revolver, 417
LeMat Army Model Percussion Revolver, 417
LeMat Beauregard Percussion Revolver, 417
LeMat Cavalry Model Percussion Revolver, 417
LeMat Naval-Style Percussion Revolver, 417
LeMat Percussion Revolver, 417
LePage Percussion Dueling Pistol, 414
Ljutic LM-6 Deluxe O/U Shotgun, 396
Ljutic LM-6 O/U Combo Shotgun, 396
Ljutic LTX Super Deluxe Mono Gun, 407
Ljutic Mono Gun Single Barrel Shotgun, 407
Ljutic Recoilless Space Gun Shotgun, 407
Llama Compact Frame Pistol, 288
Llama IX-A Pistol, 288
Llama IX-B Pistol, 288
Llama Large Frame Pistol, 288
Llama Max-I Pistol, 288
Llama New Generation Pistols, 288
Llama XV,III-A Small Frame Pistols, 288
London Armory 2-Band 1858 Enfield, 426
London Armory 3-Band 1853 Enfield, 426
London Armory 1861 Enfield Musketoon, 426
Lorcin L 9mm Pistol, 288
Lorcin L-22 Pistol, 288
Lorcin L-25, LT-25 Pistols, 288
Lorcin L-32, L-380 Pistols, 288
Lyman Deerstalker Custom Carbine, 426
Lyman Deerstalker Rifle, 426
Lyman Great Plains Rifle, 426
Lyman Plains Pistol, 414
Lyman Trade Rifle, 427

M

Magnum Research Lone Eagle Pistol, 326
Magtech Model 122.2 Bolt-Action Rifles, 370
Magtech Model 122.2R Bolt-Action Rifle, 370
Magtech Model 122.2S Bolt-Action Rifle, 370
Magtech Model 122.2T Bolt-Action Rifle, 370
Magtech Model 586 Pump Shotgun, 386
Magtech Model 586-S Pump Shotgun, 386
Magtech Model 586-VR Pump Shotgun, 386
Magtech MT 586P Pump Shotgun, 410
Mandall/Cabanas Pistol, 326
Marksman 28 International Air Rifle, 447
Marksman 40 International Air Rifle, 447
Marksman 55 Air Rifle, 448
Marksman 59T Air Rifle, 448
Marksman 70 Air Rifle, 448
Marksman 70T Air Rifle, 448
Marksman 71 Air Rifle, 448
Marksman 72 Air Rifle, 448
Marksman 1010 Repeater Air Pistol, 439
Marksman 1010X Repeater Air Pistol, 439
Marksman 1015 Special Edition Air Pistol, 439
Marksman 1710 Plainsman Air Rifle, 448
Marksman 1740 Air Rifle, 448
Marksman 1750 BB Biathlon Repeater Rifle, 448
Marksman 1780 Air Rifle, 448
Marksman 1790 Biathlon Trainer Air Rifle, 448
Marksman 1792 Competition Trainer Air Rifle, 448
Marksman Model 45 Air Rifle, 448
Marksman Model 60 Air Rifle, 448
Marlin Model 9 Camp Carbine, 330
Marlin Model 15YN "Little Buckaroo" Rifle, 370
Marlin Model 25MN Bolt-Action Rifle, 370
Marlin Model 25N Bolt-Action Rifle, 370
Marlin Model 30AS Lever-Action Carbine, 333
Marlin Model 39AS Golden Lever-Action Rifle, 366
Marlin Model 39TDS Lever-Action Rifle, 366
Marlin Model 45 Carbine, 330
Marlin Model 55 Goose Gun Bolt-Action Shotgun, 407
Marlin Model 60 Self-Loading Rifle, 363
Marlin Model 60SS Self-Loading Rifle, 363
Marlin Model 70HC Auto Rifle, 363
Marlin Model 70P Papoose Rifle, 364
Marlin Model 336CS Lever-Action Carbine, 333
Marlin Model 444SS Lever-Action Sporter, 333
Marlin Model 512 Slugmaster Shotgun, 407
Marlin Model 880 Bolt-Action Rifle, 370
Marlin Model 880SS Stainless Bolt-Action Rifle, 370
Marlin Model 881 Bolt-Action Rifle, 370
Marlin Model 882 Bolt-Action Rifle, 370
Marlin Model 882L Bolt-Action Rifle, 370
Marlin Model 883 Bolt-Action Rifle, 370
Marlin Model 883SS Bolt-Action Rifle, 370
Marlin Model 922 Magnum Self-Loading Rifle, 364
Marlin Model 990L Self-Loading Rifle, 363
Marlin Model 995 Self-Loading Rifle, 364
Marlin Model 1894 Century Limited Rifle, 334
Marlin Model 1894 Lever-Action Carbine, 334
Marlin Model 1894CS Lever-Action Carbine, 334
Marlin Model 1895SS Lever-Action Rifle, 334
Marlin Model 2000 Target Rifle, 376
Marlin Model 2000A Target Rifle, 376
Marocchi Avanza O/U Shotgun, 397
Marocchi Conquista Skeet Grade I Over/Under Shotgun, 397
Marocchi Conquista Skeet Grade II Over/Under Shotgun, 397
Marocchi Conquista Skeet Grade III Over/Under Shotgun, 397
Marocchi Conquista Sporting Clays Grade I O/U Shotgun, 396
Marocchi Conquista Sporting Clays Grade II O/U Shotgun, 396
Marocchi Conquista Sporting Clays Grade III O/U Shotgun, 396
Marocchi Conquista Trap Grade I Over/Under Shotgun, 397
Marocchi Conquista Trap Grade II Over/Under Shotgun, 397
Marocchi Conquista Trap Grade III Over/Under Shotgun, 397
Maverick Model 88 Bullpup Shotgun, 411
Maverick Model 88 Pump Security Shotgun, 410
Maverick Model 88 Pump Shotgun, 387
Maximum Single Shot Pistol, 326
McMillan 300 Phoenix Long Range Rifle, 377
McMillan Antietam Sharps Rifle, 356
McMillan Classic Stainless Sporter 73
McMillan Combo M-87/M-88 50-Caliber Rifle, 377
McMillan Combo M-87R 50-Caliber Rifle, 377
McMillan Long Range Rifle, 377
McMillan M-86 Sniper Rifle, 377
McMillan M-89 Sniper rifle, 377
McMillan National Match Rifle, 377
McMillan Signature Alaskan Rifle, 343
McMillan Signature Classic Sporter Rifle, 343
McMillan Signature Jr. Long Range Pistol, 304
McMillan Signature Super Varminter, 343
McMillan Signature Titanium Mountain Rifle, 343
McMillan Talon Safari Rifle, 343
McMillan Talon Sporter Rifle, 343
McMillan Wolverine Auto Pistol, 304
Merkel Drillings, 360
Merkel Model 8 Side-by-Side Shotgun, 404
Merkel Model 47E Side-by-Side Shotgun, 404
Merkel Model 47L SC Sporting Clays Double Shotgun, 404
Merkel Model 47S Side-by-Side Shotgun, 404
Merkel Model 90K Drilling, 360
Merkel Model 90S Drilling, 360
Merkel Model 95 Drilling, 360
Merkel Model 95K Drilling, 360
Merkel Model 95S Drilling, 360
Merkel Model 122 Side-by-Side Shotgun, 404
Merkel Model 147 Side-by-Side Shotgun, 404
Merkel Model 147S Side-by-Side Shotgun, 404
Merkel Model 160 SxS Double Rifle, 360
Merkel Model 200E O/U Shotgun, 397
Merkel Model 200E Skeet, Trap Over/Under Shotguns, 397
Merkel Model 200ES Over/Under Shotgun, 397
Merkel Model 200ET Over/Under Shotgun, 397
Merkel Model 201E O/U Shotgun, 397
Merkel Model 201ES Over/Under Shotgun, 397
Merkel Model 201ET Over/Under Shotgun, 397
Merkel Model 202E O/U Shotgun, 397
Merkel Model 203ES Over/Under Shotgun, 397
Merkel Model 203ET Over/Under Shotgun, 397
Merkel Model 220E Over/Under Double Rifle, 360
Merkel Model 221E Over/Under Double Rifle, 360
Merkel Model 223E Over/Under Double Rifle, 360
Merkel Model 247S Side-by-Side Shotgun, 404
Merkel Model 323E Over/Under Double Rifle, 360
Merkel Model 347S Side-by-Side Shotgun, 404
Merkel Model 447S Side-by-Side Shotgun, 404
Merkel Over/Under Double Rifles, 360
Midland 1500S Survivor Rifle, 343
Mississippi Model 1841 Percussion Rifle, 433
Mitchell 1858 Henry Replica, 334
Mitchell 1866 Winchester Replica, 334
Mitchell 1873 Winchester Replica, 334
Mitchell Arms American Eagle Pistol, 289
Mitchell Arms Citation II Pistol, 289
Mitchell Arms Sharpshooter II Pistol, 289
Mitchell Arms Sport-King II Pistol, 289
Mitchell Arms Trophy II Pistol, 289
Mitchell Bat Masterson Single Action Revolver, 320
Mitchell CAR-15/22 Semi-Auto Rifle, 364
Mitchell Cowboy Single Action Revolver, 320
Mitchell Galil/22 Auto rifle, 364
Mitchell High Standard 15/22 Rifles, 364
Mitchell High Standard 15/22D Rifle, 364
Mitchell High Standard 45 Signature Series Pistol, 289
Mitchell High Standard Model 9301 Bolt-Action Rifle, 371
Mitchell High Standard Model 9302 Bolt-Action Rifle, 371
Mitchell High Standard Model 9303 Bolt-Action Rifle, 371
Mitchell High Standard Model 9304 Bolt-Action Rifle, 371
Mitchell High Standard Pump Shotguns, 387
Mitchell M16A1/22 Rifle, 364
Mitchell MAS/22 Auto Rifle, 364
Mitchell Olympic II I.S.U. Pistol, 305
Mitchell PPS/50 Rifle, 365
Mitchell Single Action Revolvers, 320
Mitchell Victor II Pistol, 305
Model 1885 High Wall Rifle, 356
Moore & Patrick Flint Dueling Pistol, 414
Mossberg Model 500 Bantam Pump Shotgun, 387
Mossberg Model 500 Camo Combo Pump Shotgun, 387
Mossberg Model 500 Camo Pump Shotgun, 387
Mossberg Model 500 Ghost-Ring Shotgun, 411
Mossberg Model 500 Mariner Pump Shotgun, 411
Mossberg Model 500 Muzzloader Combo Pump Shotgun, 387
Mossberg Model 500 Persuader/Cruiser Security Shotguns, 411
Mossberg Model 500 Sporting Combo Pump Shotguns, 387
Mossberg Model 500 Sporting Pump Shotgun, 387

Mossberg Model 500 Trophy Slugster Pump Shotgun, 387
Mossberg Model 500 Turkey Pump Shotgun, 387
Mossberg Model 590 Ghost-Ring Shotgun, 411
Mossberg Model 590 Mariner Pump Shotgun, 411
Mossberg Model 590 Shotgun, 411
Mossberg Model 835 Combo Pump Shotgun, 387
Mossberg Model 835 Crown Grade Ulti-Mag Pump Shotgun, 387
Mossberg Model 835 Field Grade Pump Shotgun, 387
Mossberg Model 835 Mossy Oak Camo Turkey Pump Shotgun, 387
Mossberg Model 835 OFM Camo Combo Pump Shotgun, 387
Mossberg Model 835 OFM Camo Pump Shotgun, 387
Mossberg Model 835 Realtree Camo Combo Pump Shotgun, 387
Mossberg Model 835 Realtree Camo Turkey Pump Shotgun, 387
Mossberg Model 835 Trophy Slugster Pump Shotgun, 387
Mossberg Model 9200 Camo Auto Shotgun, 383
Mossberg Model 9200 Camo Turkey Auto Shotgun, 383
Mossberg Model 9200 Crown Grade Auto Shotgun, 383
Mossberg Model 9200 N.W.T.F. Edition Shotgun, 383
Mossberg Model 9200 Trophy Auto Shotgun, 383
Mossberg Model 9200 Turkey Auto Shotgun, 383
Mossberg Model 9200 USST Auto Shotgun, 383
Mossberg Model HS410 Shotgun, 411
Mountain Eagle Auto Pistol, 289
Mowrey 1 N 30 Conical Rifle, 427
Mowrey Percussion Shotgun, 434
Mowrey Plains Rifle, 427
Mowrey Rocky Mountain Hunter Rifle, 427
Mowrey Silhouette Rifle, 427
Mowrey Squirrel Rifle, 427

N

Navy 1861 Percussion Revolver, 416
Navy Arms 1777 Charleville Musket, 427
Navy Arms 1816 M.T. Wickham Musket, 427
Navy Arms 1859 Sharps Infantry Rifle, 427
Navy Arms 1862 C.S. Richmond Rifle, 428
Navy Arms 1863 Sharps Cavalry Carbine, 427
Navy Arms 1863 Springfield Rifle, 428
Navy Arms 1866 Yellowboy Carbine, 335
Navy Arms 1866 Yellowboy Rifle, 335
Navy Arms 1873 Single Action Revolver, 321
Navy Arms 1873 Sporting Rifle, 335
Navy Arms 1873 U.S. Cavalry Model Single Action Revolver, 321
Navy Arms 1873 Winchester-Style Carbine, 335
Navy Arms 1873 Winchester-Style Rifle, 335
Navy Arms 1874 Sharps Cavalry Carbine, 356
Navy Arms 1874 Sharps Rifle, 356
Navy Arms 1875 Schofield Single Action Revolver, 320
Navy Arms 1895 U.S. Cavalry Model Single Action Revolver, 321
Navy Arms #2 Creedmoor Rifle, 357
Navy Arms Bercan 1859 Sharps Rifle, 427
Navy Arms Deluxe 1858 Remington-Style Revolver, 418
Navy Arms EM-331 Sporting Rifle, 344
Navy Arms Fowler Shotgun, 434
Navy Arms Henry Carbine, 334
Navy Arms Henry Trapper, 334
Navy Arms Iron Frame Henry, 334
Navy Arms LePage Dueling Pistol, 414
Navy Arms Military Henry Rifle, 334
Navy Arms Mortimer Flintlock Rifle, 428
Navy Arms Mortimer Flintlock Shotgun, 434
Navy Arms Mortimer Match Rifle, 428
Navy Arms Pennsylvania Long Rifle, 428
Navy Arms Rolling Block Buffalo Rifle, 357
Navy Arms Smith Artillery Carbine, 428
Navy Arms Smith Carbine, 428
Navy Arms Smith Cavalry Carbine, 428
Navy Arms Steel Shot Magnum Shotgun, 434
Navy Arms T&T Percussion Shotgun, 434
Navy Arms Tryon Creedmoor Target Model Rifle, 432
Navy Arms TT-Olympia Pistol, 290
Navy Arms TU-33/40 Centerfire Carbine, 343
Navy Arms TU-33/40 Rimfire Carbine, 371
Navy Arms TU-KKW Sniper Trainer Rifle, 371
Navy Arms TU-KKW Training Rifle, 371
Navy Model 1851 Percussion Revolver, 418
New Advantage Arms Derringer, 326
New England Firearms Handi-Rifle, 357
New England Firearms Lady Ultra Revolver, 310
New England Firearms N.W.T.F. Shotgun, 408
New England Firearms Standard Pardner Shotgun, 408
New England Firearms Standard Revolvers, 310
New England Firearms Survivor Shotgun, 408
New England Firearms Tracker II Slug Gun, 408
New England Firearms Tracker Slug Gun, 408
New England Firearms Turkey and Goose Gun, 408
New England Firearms Turkey Special Shotgun, 408
New England Firearms Ultra Revolver, 310
New England Firearms Youth Pardner Shotgun, 408
New Generation Snake Charmer Shotgun, 409
New Model 1858 Army Percussion Revolver, 418
New Model 1858 Buffalo Model Percussion Revolver, 418
New Model 1858 Remington "Texas" Percussion Revolver, 418
New Model 1858 Target Model Percussion Revolver, 418
Norinco EM-331 Pump Rifle, 366
Norinco JW-15 Bolt-Action Rifle, 371
Norinco JW-27 Bolt-Action Rifle, 371
Norinco M93 Pistol, 290
Norinco M1911A1 Pistol, 290
Norinco MAK 90 Semi-Auto Rifle, 330
Norinco Model 22 ATD Rifle, 365
Norinco Model 59 Makarov Pistol, 290
Norinco Model 77B Pistol, 290
Norinco NP-15 Pistol, 290
Norinco Pioneer Lever-Action Rifle, 366
North American Black Widow, 321
North American Mini-Master, 321
North American Mini-Revolvers, 321
NS Firearms Model 522 Rifle, 371

O

Olympic Arms AR-15 Match Rifle, 378
Olympic Arms CAR-9 Carbine, 331
Olympic Arms CAR-15 Carbine, 331
Olympic Arms CAR-40 Carbine, 331
Olympic Arms CAR-41 Carbine, 331
Olympic Arms CAR-45 Carbine, 331
Olympic Arms CAR-310 Carbine, 331
Olympic Arms Intercontinental Match Rifle, 377
Olympic Arms Multimatch Rifles, 378
Olympic Arms Service Match Rifle, 378
Olympic Arms Ultramatch/International Match Rifles, 377

P

Para-Ordnance P12.45E Pistol, 290
Para-Ordnance P12.45R Pistol, 290
Para-Ordnance P13.45R Pistol, 290
Para-Ordnance P14.45 Pistol, 290
Para-Ordnance P14.45E Pistol, 290
Parker Reproductions A-1 Special Side-by-Side Shotgun, 404
Parker Reproductions D Grade Side-by-Side Shotgun, 404
Parker Reproductions Side-by-Side Shotgun, 404
Parker-Hale 1861 Musketoon, 429
Parker-Hale Dragon Field Target Air Rifle, 449
Parker-Hale Dragon Sporter Air Rifle, 449
Parker-Hale Enfield 1853 Musket, 428
Parker-Hale Enfield Pattern 1858 Naval Rifle, 428
Parker-Hale Limited Edition Whitworth Sniping Rifle, 429
Parker-Hale M-85 Sniper Rifle, 378
Parker-Hale M-87 Target Rifle, 378
Parker-Hale Midland Model 2700 Lightweight Rifle, 344
Parker-Hale Model 81 Classic African Rifle, 344
Parker-Hale Model 81 Classic Rifle, 344
Parker-Hale Model 1000 Clip rifle, 344
Parker-Hale Model 1000 Rifle, 344
Parker-Hale Model 1100 Lightweight Rifle 74
Parker-Hale Model 1100M African Magnum Rifle, 344
Parker-Hale Model 1200 Super Clip Rifle, 344
Parker-Hale Model 1200 Super Rifle, 344
Parker-Hale Model 1300C Scout Rifle, 345
Parker-Hale Model 2100 Midland Rifle, 344
Parker-Hale Model 2600 Midland Rifle, 344
Parker-Hale Model 2800 Midland Rifle, 344
Parker-Hale Three-Band Volunteer Rifle, 429
Parker-Hale Volunteer Rifle, 429
Parker-Hale Whitworth Target Rifle, 429
Pedersoli Mang Target Pistol, 415
Pennsylvania Full-Stock Rifle, 429
Perazzi Mirage Special Four-Gauge Skeet O/U Shotgun, 397
Perazzi Mirage Special Skeet Over/Under Shotgun, 397
Perazzi Mirage Special Sporting Over/Under Shotgun, 397
Perazzi MX7 Over/Under Shotgun 398
Perazzi MX8 Special Combo Shotgun, 397
Perazzi MX8 Special Single Shotgun, 397
Perazzi MX8/20 Over/Under Shotgun, 397
Perazzi MX8/MX8 Special Trap, Skeet Over/Unders, 397
Perazzi MX9 Over/Under Shotgun, 398
Perazzi MX10 Over/Under Shotgun, 398
Perazzi MX12 Over/Under Shotgun, 398
Perazzi MX12C Over/Under Shotgun, 398
Perazzi MX20 Over/Under Shotgun, 398
Perazzi MX20C Over/Under Shotgun, 398
Perazzi MX28 Game Over/Under Shotgun, 398
Perazzi MX410 Game Over/Under Shotgun, 398
Perazzi Sporting Classic Over/Under Shotgun, 397
Perazzi TM1 Special Single Trap Shotgun, 408
Perazzi TMX Special Single Shotgun, 408
Phelps Heritage I Eagle I, Grizzly Revolvers, 321
Phoenix Arms HP22, HP25 Pistols, 291
Phoenix Arms Model Raven Pistol, 290
Pietro Zanoletti Model 2000 Field O/U Shotgun, 400
Piotti Boss Over/Under Shotgun, 398
Piotti King Extra Side-by-Side Shotgun, 404
Piotti King No. 1 Side-by-Side Shotgun, 404
Piotti Lunik Side-by-Side Shotgun, 404
Piotti Piuma Side-by-Side Shotgun, 405
Pocket Police 1862 Percussion Revolver, 418
PSP-25 Automatic Pistol, 291

Q

Quality Parts E-2 Carbine Dissipator, 331
Quality Parts Shorty E-2 Carbine, 331
Quality Parts V Match Rifle, 378
Quality Parts XM-15-E2 Target Match Rifle, 378
Queen Anne Flintlock Pistol, 415

R

Ram-Line Ram-Tech Pistol, 291
Record Jumbo Deluxe Air Pistol, 439
Remington 11-87 Cantilever Premier Deer Shotgun, 384
Remington 11-87 Premier Shotgun, 384
Remington 11-87 Premier Skeet Shotgun, 384
Remington 11-87 Premier Trap Shotgun, 384
Remington 11-87 Special Purpose Deer Gun, 384
Remington 11-87 Special Purpose Magnum Shotgun, 384
Remington 11-87 Special Purpose Magnum SPS Shotgun, 384
Remington 11-87 Special Purpose Magnum-Turkey SPS-T Shotgun, 384
Remington 11-87 Special Purpose Synthetic Camo Shotgun, 384
Remington 11-87 Sporting Clays Shotgun, 384
Remington 11-87 SPS Cantilever Shotgun, 384
Remington 11-87 SPS-BG-Camo Deer/Turkey Shotgun, 385
Remington 11-87 SPS-Deer Shotgun, 385
Remington 11-87 SPS-T Camo Auto Shotgun, 384
Remington 40-XB KS Target Rifle, 378
Remington 40-XB Rangemaster Target Centerfire Rifle, 378
Remington 40-XBBR KS Rifle, 379
Remington 40-XC KS National Match Course Rifle, 379
Remington 40-XR KS Rimfire Position Rifle, 379
Remington 40-XR Rimfire Custom Sporter, 372
Remington 90-T Super Single Shotgun, 409
Remington 541-T Bolt-Action Rifle, 371
Remington 541-T HB Bolt-Action Rifle, 372
Remington 552 BDL Speedmaster Rifle, 365
Remington 572 BDL Fieldmaster Pump Rifle, 366
Remington 700 ADL Bolt-Action Rifle, 345
Remington 700 APR African Plains Rifle, 346
Remington 700 BDL Bolt-Action Rifle, 345
Remington 700 BDL Custom Grade Rifle, 345
Remington 700 BDL European Bolt-Action Rifle, 346
Remington 700 BDL Left-Hand Rifle, 346
Remington 700 BDL SS Bolt-Action Rifle, 346
Remington 700 BDL Varmint Special Rifle, 346
Remington 700 Camo Synthetic Rifle, 346
Remington 700 Classic Bolt-Action Rifle, 346
Remington 700 Custom KS Mountain Rifle, 346
Remington 700 Mountain Rifle, 346
Remington 700 Safari Bolt-Action Rifle, 346
Remington 700 Safari Custom KS Rifle, 346
Remington 700 Sendero Bolt-Action Rifle, 346
Remington 700 Varmint Synthetic Rifle, 346
Remington 700 VS SF Bolt-Action Rifle, 346
Remington 870 20-Ga. Deer Gun, 388
Remington 870 Express 20-Gauge Pump Shotgun, 388
Remington 870 Express Combo Pump Shotgun, 388
Remington 870 Express Pump Shotgun, 388
Remington 870 Express Rifle-Sighted Deer Gun, 388
Remington 870 Express Synthetic Pump Shotgun, 389
Remington 870 Express Turkey Pump Shotgun, 388
Remington 870 Express Youth Gun, 388
Remington 870 High Grades, 389
Remington 870 Marine Magnum Pump Shotgun, 388
Remington 870 Special Field Pump Shotgun, 388
Remington 870 Special Purpose Deer Gun, 388
Remington 870 Special Purpose Synthetic Camo Shotgun, 389

Remington 870 SPS Cantilever Shotgun, 388
Remington 870 SPS-BG-Camo Deer/Turkey Shotgun, 388
Remington 870 SPS-Deer Pump Shotgun, 388
Remington 870 SPS-T Camo Pump Shotgun, 389
Remington 870 SPS-T Special Purpose Magnum Shotgun, 389
Remington 870 TC Trap Pump Shotgun, 388
Remington 870 Wingmaster Deer Gun Pump Shotgun, 388
Remington 870 Wingmaster LW-20 Pump Shotgun, 388
Remington 870 Wingmaster Pump Shotgun, 388
Remington 870 Wingmaster Small Gauges, 388
Remington 870P Police Shotgun, 411
Remington 1100 20-Gauge Deer Gun, 385
Remington 1100 Cantilever 20-Gauge Deer Shotgun, 385
Remington 1100 LT-20 Auto Shotgun, 385
Remington 1100 LT-20 Tournament Skeet Shotgun, 385
Remington 1100 LT-20 Youth Shotgun, 385
Remington 1100 Special Field Auto Shotgun, 385
Remington 7600 Slide-Action Carbine, 335
Remington 7600 Slide-Action Rifle, 335
Remington 7600 Special Purpose Slide Action, 335
Remington Model 522 Viper Autoloading Rifle, 365
Remington Model 7400 Auto Carbine, 331
Remington Model 7400 Auto Rifle, 331
Remington Model 7400 Special Purpose Auto Rifle, 331
Remington Model Seven Bolt-Action Rifle, 345
Remington Model Seven Custom KS Bolt-Action Rifle, 345
Remington Model Seven Custom MS Bolt-Action Rifle, 345
Remington Model Seven SS Bolt-Aciton Rifle, 345
Remington Model Seven Youth Bolt-Action Rifle, 345
Remington Peerless Over/Under Shotgun, 398
Remington SP-10 Magnum Auto Shotgun, 383
Remington SP-10 Magnum Turkey Combo Shotgun, 383
Remington SP-10 Magnum-Camo Auto Shotgun, 384
Remington XP-100 Custom HB Long Range Pistol, 327
Remington XP-100 Hunter Pistol, 326
Remington XP-100 Silhouette Pistol, 305
Remington XP-100R KS Repeater Pistol, 327
Rizzini Boxlock Side-by-Side Shotgun, 405
Rizzini Sidelock Side-by-Side Shotgun, 405
Roberts 98 Mauser Muzzle Loader Rifle, 429
Rocky Mountain Arms Patriot Pistol, 291
Rogers & Spencer Percussion Revolver, 418
Rogers & Spencer Target Percussion Revolver, 418
Rossi M65 SRC Saddle-Ring Carbine, 335
Rossi M92 SRC Saddle-Ring Carbine, 335
Rossi M92 SRS Short Carbine, 335
Rossi Model 59 Pump Rifle, 366
Rossi Model 62 SA Pump Rifle, 366
Rossi Model 62 SAC Carbine, 366
Rossi Model 68 Revolver, 311
Rossi Model 68/2 Revolver, 311
Rossi Model 88 Revolver, 311
Rossi Model 88/2 Revolver, 311
Rossi Model 515, 27518 Revolvers, 311
Rossi Model 720 Revolver, 311
Rossi Model 851 Revolver, 311
Rossi Model 971 Comp Gun Revolver, 311
Rossi Model 971 Revolver, 311
RPM XL Single Shot Pistol, 327
Ruger 10/22 Autoloading Carbine, 365
Ruger 10/22 Deluxe Sporter, 365
Ruger 10/22 DSP Deluxe Sporter, 365
Ruger 10/22RB Autoloading Carbine, 365
Ruger 10/22 International Carbine, 365
Ruger 10/22RBI International Carbine, 365
Ruger 20-Gauge Sporting Clays O/U Shotgun, 398
Ruger 22/45 Mark II Pistol, 292
Ruger 77/22 Hornet Rifle, 347
Ruger 77/22 Rimfire Bolt-Action Rifle, 372
Ruger 77/22R Bolt-Action Rifle, 372
Ruger 77/22RH Rifle 347
Ruger 77/22RM Bolt-Action Rifle, 372
Ruger 77/22RS Bolt-Action Rifle, 372
Ruger 77/22RSH Rifle, 347
Ruger 77/22RSM Bolt-Action Rifle, 372
Ruger Bisley Single Action Revolver, 321
Ruger Bisley Small Frame Single-Action Revolver, 322
Ruger Blackhawk Revolver, 321
Ruger BN31 Revolver, 321
Ruger BN34 Revolver, 321
Ruger BN34X Revolver, 321
Ruger BN36 Revolver, 321
Ruger BN36X Revolver, 321
Ruger BN41 Revolver, 321
Ruger BN42 Revolver, 321
Ruger BN45 Revolver, 321
Ruger BNV44 Single-Action Revolver, 322
Ruger BNV45 Single-Action Revolver, 322
Ruger BNV445 Single-Action Revolver, 322
Ruger English Field Over/Under Shotgun, 398
Ruger GKBN36 Revolver, 321
Ruger GKBN44 Revolver, 321
Ruger GKBN45 Revolver, 321
Ruger GKBN34 Revolver, 321
Ruger GKS45N Single-Action Revolver, 322
Ruger GKS47N Single-Action Revolver, 322
Ruger GKS458N Single-Action Revolver, 322
Ruger GP-100 Revolvers, 311
Ruger GP-141 Revolver, 311
Ruger GP-160 Revolver, 311
Ruger GP-161 Revolver, 311
Ruger GPF-330 Revolver, 311
Ruger GPF-331 Revolver, 311
Ruger GPF-340 Revolver, 311
Ruger GPF-341 Revolver, 311
Ruger GPF-831 Revolver, 311
Ruger GPF-840 Revolver, 311
Ruger GPF-841 Revolver, 311
Ruger K10/22RB Autoloading Carbine, 365
Ruger K10/22RBI International Carbine, 365
Ruger K77/22 Varmint Rifle, 372
Ruger K77/22RMP Bolt-Action Rifle, 372
Ruger K77/22RP Bolt-Action Rifle, 372
Ruger K77/22RSMP Bolt-Action Rifle, 372
Ruger K77/22RSP Bolt-Action Rifle, 372
Ruger K-Mini-14/5R, 331
Ruger KBN34 Revolver, 321
Ruger KBN36 Revolver, 321
Ruger KBNV44 Single-Action Revolver, 322
Ruger KBNV45 Single-Action Revolver, 322
Ruger KBNV455 Single-Action Revolver, 322
Ruger KGP-141 Revolver, 311
Ruger KGP-160 Revolver, 311
Ruger KGP-161 Revolver, 311
Ruger KGPF-330 Revolver, 311
Ruger KGPF-331 Revolver, 311
Ruger KGPF-340 Revolver, 311
Ruger KGPF-341 Revolver, 311
Ruger KGPF-830 Revolver, 311
Ruger KGPF-831 Revolver, 311
Ruger KGPF-840 Revolver, 311
Ruger KGPF-841 Revolver, 311
Ruger KM77MKIIVT Rifle, 347
Ruger KMK 4, KMK 6 Pistols, 292
Ruger KMK-10 Bull Barrel Pistol, 305
Ruger KMK-512 Bull Barrel Pistol, 305
Ruger KMK-514, KMK-678 Target Model Pistols, 305
Ruger KMK-678G Government Target Model Pistol, 305
Ruger KMK-678GC Government Competition Model 22 Pistol, 305
Ruger KP4 Pistol, 292
Ruger KP89 Pistol, 291
Ruger KP89D Pistol, 291
Ruger KP89X Convertible Pistol, 291
Ruger KP90 Pistol, 292
Ruger KP91D Pistol, 292
Ruger KP91DAO Pistol, 292
Ruger KP93DAO Pistol, 291
Ruger KP94 Pistol, 292
Ruger KP94D Pistol, 292
Ruger KP94DAO Pistol, 292
Ruger KP512 Pistol, 292
Ruger KP514 Pistol, 292
Ruger KS45N Single-Action Revolver, 322
Ruger KS47N Single-Action Revolver, 322
Ruger KS47NH Hunter Single-Action Revolver, 322
Ruger KS411N Single-Action Revolver, 322
Ruger KSBC4 Single-Action Revolver, 322
Ruger KSP321XL Revolver, 312
Ruger KSP821L Revolver, 312
Ruger KSP-221 Revolver, 312
Ruger KSP-240 Revolver, 312
Ruger KSP-241 Revolver, 312
Ruger KSP-321 Revolver, 312
Ruger KSP-321XL Revolver, 312
Ruger KSP-331 Revolver, 312
Ruger KSP-821 Revolver, 312
Ruger KSP-821L Revolver, 312
Ruger KSP-831 Revolver, 312
Ruger KSP-921 Revolver, 312
Ruger KSP-931 Revolver, 312
Ruger KSP-3231 Revolver, 312
Ruger KSRH-7 Revolver, 312
Ruger KSRH-9 Revolver, 312
Ruger M77 Mark II All-Weather Stainless Rifle, 347
Ruger M77 Mark II Express Rifle, 347
Ruger M77 Mark II Magnum Rifle, 347
Ruger M77 Mark II Rifle, 347
Ruger M77EXPMKII Rifle, 347
Ruger M77MKIILR Rifle, 347
Ruger M77MKIIR Rifle, 347
Ruger M77MKIIRP Rifle, 347
Ruger M77MKIIRS Rifle, 347
Ruger M77MKIIRSM Rifle, 347
Ruger M77RL Ultra Light Rifle, 347
Ruger M77RSI International Carbine, 347
Ruger Mark II Bull Barrel Pistol, 305
Ruger Mark II Government Target Model Pistol, 305
Ruger Mark II Standard Pistol, 292
Ruger Mark II Target Model Pistol, 305
Ruger Mini Thirty Rifle, 331
Ruger Mini-14/5 Autoloading Rifle, 331
Ruger Mini-14/5R Ranch Rifle, 331
Ruger MK 4, MK 6 Pistols, 292
Ruger MK-10 Bull Barrel Pistol, 305
Ruger MK-512 Bull Barrel Pistol, 305
Ruger MK-514, MK-678 Target Model Pistols, 305
Ruger MK-678G Government Target Model Pistol, 305
Ruger New Super Bearcat Single-Action Revolver, 322
Ruger No. 1 RSI International Rifle, 357
Ruger No. 1A Light Sporter Rifle, 357
Ruger No. 1B Single Shot Rifle, 357
Ruger No. 1H Tropical Rifle, 357
Ruger No. 1S Medium Sporter Rifle, 357
Ruger No. 1V Special Varminter Rifle, 357
Ruger Old Army Percussion Revolver, 419
Ruger P89 Double Action Only Pistol, 291
Ruger P89 Pistol, 291
Ruger P89D Decocker Pistol, 291
Ruger P90 Decocker Pistol, 292
Ruger P90 Pistol, 292
Ruger P90D Pistol, 292
Ruger P91 Double Action Only Pistol, 292
Ruger P91 Pistol, 292
Ruger P93 Compact Pistol, 291
Ruger P94L Pistol, 292
Ruger Red Label Over/Under Shotgun, 398
Ruger Redhawk Revolver, 312
Ruger S45N Single-Action Revolver, 322
Ruger S47N Single-Action Revolver, 322
Ruger S411N Single-Action Revolver, 322
Ruger SBC4 Single-Action Revolver, 322
Ruger SP101 Double Action Only Revolver, 312
Ruger SP101 Revolvers, 312
Ruger Sporting Clays O/U Shotgun, 398
Ruger SSM Single-Six Single-Action Revolver, 322
Ruger Stainless Government Competition Model 22 Pistol, 305
Ruger Super Blackhawk Single-Action Revolver, 322
Ruger Super Redhawk Revolver, 312
Ruger Super Single-Six Single-Action Revolver, 322
Ruger Vaquero Single-Action Revolver, 322
RWS Gamo Delta Air Rifle, 450
RWS Gamo Hunter 440 Air Rifle, 450
RWS Gamo PR-45 Air Pistol, 440
RWS NJR 100 Air Rifle, 450
RWS SM 100 Air Rifle, 450
RWS TM 100 Air Rifle, 450
RWS XM 100 Air Rifle, 450
RWS/Diana Model 5G Air Pistol, 440
RWS/Diana Model 6G Air Pistol, 440
RWS/Diana Model 6M Match Air Pistol, 440
RWS/Diana Model 24 Air Rifle, 449
RWS/Diana Model 24C Carbine, 449
RWS/Diana Model 34 Air Rifle, 449
RWS/Diana Model 36 Air Rifle, 449
RWS/Diana Model 36 Carbine, 449
RWS/Diana Model 45 Air Rifle, 449
RWS/Diana Model 48 Air Rifle, 449
RWS/Diana Model 52 Air Rifle, 449
RWS/Diana Model 54 Air Rifle, 449
RWS/Diana Model 75 T01 Match Air Rifle, 449
RWS/Diana Model 75S T01 Air Rifle, 449
RWS/Diana Model 100 Match Air Rifle, 450

### S

Safari Arms Crest Series 4 Star Pistol, 292
Safari Arms Crest Series Pistol, 292
Safari Arms Enforcer Carrycomp II Pistol, 293
Safari Arms Enforcer Pistol, 293
Safari Arms G.I. Safari Pistol, 293
Safari Arms Matchmaster Carrycomp I Pistol, 305
Safari Arms Matchmaster Pistol, 305

Sako Classic Bolt-Action Rifle, 348
Sako Deluxe Lightweight Rifle, 348
Sako Fiberclass Rifle, 348
Sako Finnfire Bolt-Action Rifle, 372
Sako Hunter Left-Hand Deluxe Rifle, 348
Sako Hunter Left-Hand Rifle, 348
Sako Hunter LS Rifle, 348
Sako Hunter Rifle, 348
Sako Mannlicher-Style Carbine, 348
Sako Safari Grade Bolt-Action Rifle, 348
Sako Super Deluxe Sporter Rifle, 348
Sako TRG-21 Bolt-Action Rifle, 379
Sako TRG-S Bolt-Action Rifle, 349
Sako Varmint Heavy Barrel Rifle, 348
San Marco 10-Gauge Deluxe O/U Shotgun, 399
San Marco 10-Gauge O/U Shotgun, 399
San Marco 12-Gauge Wildfowler O/U Shotgun, 399
San Marco Field Special O/U Shotgun, 399
Sauer 90 Bolt-Action Rifle, 349
Sauer 90 Safari Model Bolt-Action Rifle, 349
Sauer 202 TR Target Rifle, 379
Sauer Drilling, 361
Sauer Model 202 Alaska Bolt-Action Rifle, 349
Sauer Model 202 Bolt-Action Rifle, 349
Sauer Model 202 Hunter-Match Rifle, 349
Sauer Model 202 Magnum Bolt-Action Rifle, 349
Sauer Model 202 Super Grade Magnum Rifle, 349
Sauer Model 202 Super Grade Standard Rifle, 349
Savage 24F Predator O/U Combination Gun, 360
Savage 24F-12T Turkey Gun, 360
Savage 99C Lever-Action Rifle, 335
Savage Model 111F Classic Hunter Rifle, 350
Savage Model 111FC Classic Hunter Rifle, 350
Savage Model 111FNS Classic Hunter Rifle, 350
Savage Model 111FXP3, 111FCXP3 Package Guns, 350
Savage Model 111G Classic Hunter Rifle, 350
Savage Model 111GC Classic Hunter Rifle, 350
Savage Model 111GNS Classic Hunter Rifle, 350
Savage Model 112BT Competition Grade Rifle, 379
Savage Model 112BVSS Varmint Rifle, 350
Savage Model 112BVSS-S Varmint Rifle, 350
Savage Model 112FV Varmint Rifle, 350
Savage Model 112FVSS Varmint Rifle, 350
Savage Model 112FVSS-S Varmint Rifle, 350
Savage Model 114CU Classic Ultra Rifle, 350
Savage Model 116FCS Weather Warrior Rifle, 350
Savage Model 116FCSAK Weather Warrior Rifle, 350
Savage Model 116FSAK Weather Warrior Rifle, 350
Savage Model 116FSK Weather Warrior Rifle, 350
Savage Model 116FSS Weather Warrior Rifle, 350
Savage Model 116SE Safari Express Rifle, 351
Second Model Brown Bess Carbine, 429
Second Model Brown Bess Musket, 429
Seecamp LWS 32 Pistol, 293
Sharp Model U-FP $CO_2$ Pistol, 440
Sharps 1874 Old Reliable Rifle, 358
Sheridan Blue Streak CB9 Air Rifle, 450
Sheridan Pneumatic (Pump-Up) Air Rifles, 450
Sheridan Silver Streak C9 Air Rifle, 450
Sheriff Model 1851 Percussion Revolver, 419
Shiloh Sharps 1874 Business Rifle, 358
Shiloh Sharps 1874 Hartford Model Rifle, 358
Shiloh Sharps 1874 Long Range Express Rifle, 358
Shiloh Sharps 1874 Saddle Rifle, 358
Shiloh Sharps 1874 Sporting Rifle No. 1, 358
Shiloh Sharps 1874 Sporting Rifle No. 3, 358
SIG P-210-2 Pistol, 293
SIG P-210-6 Pistol, 293
SIG Sauer P220 American Pistol, 293
SIG Sauer P225 Pistol, 293
SIG Sauer P226 Pistol, 293
SIG Sauer P228 Pistol, 294
SIG Sauer P229 Pistol, 294
SIG Sauer P230 Pistol, 294
SKB Model 585 Field Over/Under Shotgun, 399
SKB Model 585 Over/Under Shotgun, 399
SKB Model 585 Skeet Over/Under Shotgun, 399
SKB Model 585 Skeet Set Over/Under Shotgun, 399
SKB Model 585 Sporting Clays Over/Under Shotgun, 399
SKB Model 585 Trap Over/Under Shotgun, 399
SKB Model 585 Two-Barrel Field Set Over/Under Shotgun, 399
SKB Model 585 Two-Barrel Trap Combo Over/Under Shotgun, 399
SKB Model 585 Youth Model Shotgun, 399
SKB Model 685 Field Over/Under Shotgun, 399
SKB Model 685 Over/Under Shotgun, 399
SKB Model 685 Skeet Over/Under Shotgun, 399
SKB Model 685 Skeet Set Shotgun, 399
SKB Model 685 Sporting Clays Over/Under Shotgun, 399
SKB Model 685 Sporting Clays Two-Barrel Set Shotgun, 399
SKB Model 685 Trap Over/Under Shotgun, 399
SKB Model 685 Two-Barrel Field Set Shotgun, 399
SKB Model 685 Two-Barrel Trap Combo Over/Under Shotgun, 399
SKB Model 885 Field Over/Under Shotgun, 399
SKB Model 885 Field Set Over/Under Shotgun, 399
SKB Model 885 Over/Under Shotgun, 399
SKB Model 885 Skeet Set Over/Under Shotgun, 399
SKB Model 885 Sporting Clays Over/Under Shotgun, 399
SKB Model 885 Trap Combo Over/Under Shotgun, 399
SKB Model 885 Trap Over/Under Shotgun, 399
Smith & Wesson Model 10 M&P Heavy Barrel Revolver, 312
Smith & Wesson Model 10 M&P Revolver, 312
Smith & Wesson Model 13 H.B. M&P Revolver, 312
Smith & Wesson Model 14 Full Lug Revolver, 312
Smith & Wesson Model 15 Combat Masterpiece Revolver, 312
Smith & Wesson Model 19 Combat Magnum Revolver, 313
Smith & Wesson Model 27 Revolver, 313
Smith & Wesson Model 29, 629 Classic Revolvers, 313
Smith & Wesson Model 29, 629 Revolvers, 313
Smith & Wesson Model 36 Chiefs Special Revolver, 313
Smith & Wesson Model 36LS, 60LS LadySmith Revolvers, 313
Smith & Wesson Model 37 Airweight Revolver, 313
Smith & Wesson Model 38 Bodyguard Revolver, 314
Smith & Wesson Model 41 Target Pistol, 306
Smith & Wesson Model 49, 649 Bodyguard Revolvers, 314
Smith & Wesson Model 60 3" Full Lug Revolver, 313
Smith & Wesson Model 60 Chiefs Special Stainless Revolver, 313
Smith & Wesson Model 63 Kit Gun Revolver, 314
Smith & Wesson Model 64 Stainless M&P Revolver, 314
Smith & Wesson Model 65 Revolver, 312
Smith & Wesson Model 65LS LadySmith Revolver, 314
Smith & Wesson Model 66 Stainless Combat Magnum Revolver, 314
Smith & Wesson Model 67 Combat Masterpeice Revolver, 314
Smith & Wesson Model 411 Pistol, 295
Smith & Wesson Model 422, 27622 Pistols, 294
Smith & Wesson Model 442 Centennial Airweight Revolver, 315
Smith & Wesson Model 586, 686 Distinguished Combat Magnum Revolver, 314
Smith & Wesson Model 617 Full Lug Revolver, 314
Smith & Wesson Model 625 Revolver, 314
Smith & Wesson Model 629 Classic DX Revolver, 313
Smith & Wesson Model 640, 940 Centennial Revolvers, 315
Smith & Wesson Model 648 K-22 Masterpiece MRF Revolver, 314
Smith & Wesson Model 651 Revolver, 315
Smith & Wesson Model 657 Revolver, 315
Smith & Wesson Model 915 DA Pistol, 295
Smith & Wesson Model 2206 Auto Pistol, 294
Smith & Wesson Model 2206 Target Pistol, 294
Smith & Wesson Model 2214 Sportsman Pistol, 294
Smith & Wesson Model 3913 LadySmith Pistol, 295
Smith & Wesson Model 3913-NL Pistol, 295
Smith & Wesson Model 3913/3914 Pistols, 295
Smith & Wesson Model 3953 DA Pistol, 295
Smith & Wesson Model 4006 DA Pistol, 295
Smith & Wesson Model 4013/4053 Pistols, 295
Smith & Wesson Model 4046 DA Pistol, 295
Smith & Wesson Model 4500 Series Pistols, 295
Smith & Wesson Model 4506 Pistol, 295
Smith & Wesson Model 4516 Pistol, 295
Smith & Wesson Model 4566 Pistol, 295
Smith & Wesson Model 4586 Pistol, 295
Smith & Wesson Model 5900 Series Pistols, 296
Smith & Wesson Model 5903 Pistol, 296
Smith & Wesson Model 5904 Pistol, 296
Smith & Wesson Model 5906 Pistol, 296
Smith & Wesson Model 5946 Pistol, 296
Smith & Wesson Model 6904/6906 Pistols, 296
Smith & Wesson Model .356 TSW Compact Pistol, 294
Smith & Wesson Model .356 TSW Limited Pistol, 294
Smith & Wesson Model Sigma Series Pistols, 296
Smith & Wesson Model SW9F Pistol, 296
Smith & Wesson Model SW40F Pistol, 296
Snake Charmer II Shotgun, 409
Sphinx AT-380M Pistol, 296
Sphinx AT-2000C Comptetitor Pistol, 306
Sphinx AT-2000CS Competitor Pistol, 306
Sphinx AT-2000GM Grand Master Pistol, 306
Sphinx AT-2000GMS Grand Master Pistol, 306
Sphinx AT-2000H Pistol, 296
Sphinx AT-2000P Pistol, 296
Sphinx AT-2000PS Pistol, 296
Sphinx AT-2000S Pistol, 296
Spiller & Burr Percussion Revolver, 419
Sportarms Model HS21S Single-Action Revolver, 322
Sportarms Model HS38S Revolver, 315
Sportarms Tokarev Model 213 Pistol, 297
Springfield Inc. 1911A1 45 ACP Factory Comp Pistol, 297
Springfield Inc. 1911A1 Bullseye Wadcutter Pistol, 306
Springfield Inc. 1911A1 Champion Pistol, 297
Springfield Inc. 1911A1 Compact Pistol, 297
Springfield Inc. 1911A1 Custom Carry Gun Pistol, 297
Springfield Inc. 1911A1 High Capacity Pistol, 297
Springfield Inc. 1911A1 Mil-Spec Pistol, 297
Springfield Inc. 1911A1 N.M. Hardball Pistol, 306
Springfield Inc. 1911A1 Pistol, 297
Springfield Inc. 1911A1 Product Improved Defender Pistol, 297
Springfield Inc. Basic Competiton Pistol, 306
Springfield Inc. M1A-A1 Bush Rifle, 332
Springfield Inc. M-1A National Match Rifle, 332
Springfield Inc. M-1A Rifle, 332
Springfield Inc. M-1A Super Match Rifle, 379
Springfield Inc. M-1A Super Match, 332
Springfield Inc. Trophy Master Competition Pistol, 306
Springfield Inc. Trophy Master Distinguished Pistol, 306
Springfield Inc. Trophy Master Expert Ltd. Pistol, 306
Springfield Inc. Trophy Master Expert Pistol, 306
Springfield Inc. Trophy Match Pistol, 306
Springfield Inc. XM4 Champion Pistol, 297
Springfield Inc. XM4 Pistol, 297
Star Firestar M45 Pistol, 298
Star Firestar Pistol, 298
Star Firestar Plus Pistol, 298
Star Megastar 45 ACP Pistol, 298
Star Ultrastar DA Pistol, 298
Stery-Mannlicher Luxus Model L, M, S, 351
Steyr $CO_2$ Match 91 Pistol, 440
Steyr $CO_2$ Match Air Rifle Model 91, 450
Steyr $CO_2$ Running Target Model 91 Air Rifle, 450
Steyr LP5 Match Air Pistol, 440
Steyr-Mannlicher Match SPG-UIT Rifle, 379
Steyr-Mannlicher MIII Professional Rifle, 351
Steyr-Mannlicher SPG-CISM Rifle, 379
Steyr-Mannlicher SPG-T Rifle, 379
Steyr-Mannlicher Sporter Models SL, L, M, S, ST, 351
Steyr-Mannlicher SSG P-I Rifle, 380
Steyr-Mannlicher SSG-PII Rifle, 380
Steyr-Mannlicher SSP P-IV Rifle, 380
Stoeger American Eagle Luger, 298
Stoeger Reuna Single Barrel Shotgun, 409
Stoeger Reuna Youth Model Shotgun, 409
Stoeger/IGA Coach Gun Side-by-Side Shotgun, 405
Stoeger/IGA Condor I Over/Under Shotgun, 399
Stoeger/IGA Condor II Over/Under Shotgun, 399
Stoeger/IGA Condor Supreme Over/Under Shotgun, 399
Stoeger/IGA Uplander Side-by-Side Shotgun, 405
Stoner SR-25 Match Rifle, 380
Stoner SR-25 Standard Rifle, 332
Sundance BOA Pistol, 299
Sundance Model A-25 Pistol, 298
Sundance Point Blank O/U Derringer, 327
Survival Arms AR-7 Explorer Rifle, 365
Survival Arms AR-7 Sporter Rifle, 365
Survival Arms AR-7 Wildcat Rifle, 365

**T**

Tactical Response TR-870 Border Patrol Model Shotgun, 412
Tactical Response TR-870 FBI Model Shotgun, 412
Tactical Response TR-870 K-9 Model Shotgun, 412
Tactical Response TR-870 Military Model Shotgun, 412
Tactical Response TR-870 Patrol Model Shotgun, 412
Tactical Response TR-870 Shotgun, 412
Tactical Response TR-870 Urban Sniper Shotgun, 412
Tanner 50 Meter Free Rifle, 380
Tanner 300 Meter Free Rifle, 380
Tanner Standard UIT Rifle, 380
Tar-Hunt RSG-12 Rifled Slug Gun, 409
Taurus Model 44 Revolver, 315
Taurus Model 65 Revolver, 315
Taurus Model 66 Revolver, 315
Taurus Model 80 Standard Revolver, 315
Taurus Model 82 Heavy Barrel Revolver, 316
Taurus Model 83 Revolver, 316
Taurus Model 85 Revolver, 316

Taurus Model 85CH Revolver, 316
Taurus Model 86 Revolver, 316
Taurus Model 94 Revolver, 316
Taurus Model 96 Revolver, 316
Taurus Model 441/431 Revolvers, 316
Taurus Model 669 Revolver, 316
Taurus Model 689 Revolver, 316
Taurus Model 741 Revolver, 317
Taurus Model 761 Revolver, 316
Taurus Model 941 Revolver, 317
Taurus PT 22/PT 25 Pistols, 299
Taurus PT 58 Pistol, 299
Taurus PT 92AF Pistol, 299
Taurus PT 92AFC Pistol, 299
Taurus PT 99AF Pistol, 299
Taurus PT 100 Pistol, 299
Taurus PT 101 Pistol, 299
Taurus PT 908 Pistol, 299
Texas Arms Defender Derringer, 327
Texas Longhorn "The Jezebel" Pistol, 327
Texas Longhorn Arms Cased Set, 323
Texas Longhorn Arms Grover's Improved No. Five, 323
Texas Longhorn Arms Right-Hand Single-Action Revolver, 323
Texas Longhorn Arms Sesquicentennial Model, 323
Texas Longhorn Arms South Texas Army Limited Edition, 323
Texas Longhorn Arms Texas Border Special, 323
Texas Longhorn Arms West Texas Flat Top Target, 323
Texas Paterson 1836 Percussion Revolver, 419
Thompson/Center Big Boar Rifle, 429
Thompson/Center Contender Carbine Youth Model, 358
Thompson/Center Contender Carbine, 358
Thompson/Center Contender Hunter Package, 328
Thompson/Center Contender Pistol, 327
Thompson/Center Custom Shop TCR '87 Hunter Shotgun, 409
Thompson/Center Custom Shop TCR '87 Single Shot Rifle, 359
Thompson/Center Grey Hawk Percussion Rifle, 430
Thompson/Center Hawken Custom Rifle, 430
Thompson/Center Hawken Rifle, 430
Thompson/Center New Englander Rifle, 430
Thompson/Center New Englander Shotgun, 434
Thompson/Center Pennsylvania Hunter Carbine, 430
Thompson/Center Pennsylvania Hunter Rifle, 430
Thompson/Center Renegade Hunter Rifle, 430
Thompson/Center Renegade Rifle, 430
Thompson/Center Scout Pistol, 415
Thompson/Center Scout Rifle, 430
Thompson/Center Stainless Contender Carbine Youth Model, 359
Thompson/Center Stainless Contender Carbine, 359
Thompson/Center Stainless Contender, 328
Thompson/Center Stainless Super 14 Contender, 328
Thompson/Center Stainless Super 16 Contender, 328
Thompson/Center Super 14 Contender, 307
Thompson/Center Super 16 Contender, 307
Thompson/Center Thunder Hawk Rifle, 430
Thompson/Center White Mountain Carbine, 431
Thunder Five Revolver, 317
Thunder Five T-70 Revolver, 317
Tikka Bolt-Action Rifle, 351
Tikka Model 512S Combination Gun, 361
Tikka Model 512S Double Rifle, 361
Tikka Model 512S Field Grade Over/Under, 399
Tikka Model 512S Premier Grade Over/Under, 399
Tikka Model 512S Sporting Clays Over/Under, 399
Tikka Premium Grade Rifles, 351
Tikka Varmint/Continental Rifle, 351
Tikka Whitetail/Battue Rifle, 351
Traditions Buckskinner Carbine, 431
Traditions Buckskinner Pistol, 415
Traditions Deerhunter Rifle, 431
Traditions Frontier Carbine, 431
Traditions Frontier Rifle, 431
Traditions Frontier Scout Rifle, 431
Traditions Hawken Rifle, 431
Traditions Hawken Woodsman Rifle, 431
Traditions Pennsylvania Rifle, 431
Traditions Philadelphia Derringer Pistol, 415
Traditions Pioneer Carbine, 432
Traditions Pioneer Pistol, 415
Traditions Pioneer Rifle, 432
Traditions T93 Custom In-Line Carbine, 432
Traditions T93 Custom In-Line Rifle, 432
Traditions Trapper Pistol, 415
Traditions Vest Pocket Derringer, 415
Traditions Whitetail Series Rifles, 432
Traditions William Parker Pistol, 415
Tryon Trailblazer Rifle, 432

**U**

U.S. Cavalry Single Action Revolver, 320
Uberti 1st Model Dragoon Percussion Revolver, 419
Uberti 2nd Model Dragoon Percussion Revolver, 419
Uberti 3rd Model Dragoon Percussion Revolver, 419
Uberti 1861 Navy Percussion Revolver, 416
Uberti 1862 Pocket Navy Percussion Revolver, 419
Uberti 1866 Sporting Rifle, 336
Uberti 1866 Yellowboy Carbine, 336
Uberti 1873 Buckhorn Single-Action Revolver, 323
Uberti 1873 Carbine, 336
Uberti 1873 Cattleman Single-Action Revolvers, 323
Uberti 1873 Sporting Rifle, 336
Uberti 1875 SA Army Outlaw, 323
Uberti 1890 Army Outlaw Single-Action Revolver, 323
Uberti Henry Carbine, 336
Uberti Henry Rifle, 336
Uberti Henry Trapper, 336
Uberti Rolling Block Baby Carbine, 359
Uberti Rolling Block Target Pistol, 328
Uberti Santa Fe Hawken Rifle, 432
Ugartechea 10-Gauge Magnum Shotgun, 405
Ultimate Accuracy Model 5100A1 Long-Range Rifle, 351
Ultra Light Arms Model 20 REB Hunter's Pistol, 328
Ultra Light Arms Model 20 RF Bolt-Action Rifle, 372
Ultra Light Arms Model 20 Rifle, 352
Ultra Light Arms Model 24 Left Hand Rifle, 352
Ultra Light Arms Model 24 Rifle, 352
Ultra Light Arms Model 28, 40 Rifles, 352
Ultra Light Arms Model 90 Muzzleloader, 432
Unique D.E.S. 32U Rapid Fire Match Pistol, 307
Unique D.E.S. 69U Target Pistol, 307
Unique Model 2000-U Match Pistol, 307

**V**

Voere Model 2115 Auto Rifle, 365
Voere Model 2150 Bolt-Action Rifle, 352
Voere Model 2150M Bolt-Action Rifle, 352
Voere Model 2155 Bolt-Action Rifle, 352
Voere Model 2165 Bolt-Action Rifle, 352
Voere Model 2165M Bolt-Action Rifle, 352
Voere Model 2185 Semi-Auto Rifle, 332
Voere VEC 91 Lightning Bolt-Action Rifle, 352

**W**

W. Parker Flintlock Pistol, 414
Walker 1847 Percussion Revolver, 419
Walther P-5 Pistol, 300
Walther P-38 Pistol, 300
Walther P-88 Compact Pistol, 300
Walther PP Auto Pistol, 300
Walther PPK American Pistol, 300
Walther PPK/S Pistol, 300
Walther TPH Pistol, 300
Weatherby Athena Grade IV O/U Shotguns, 400
Weatherby Athena Grade VI Classic Field O/U Shotgun, 400
Weatherby Lazermark V Rifle, 353
Weatherby Mark V Crown Custom Rifles, 352
Weatherby Mark V Custom Bolt-Action Rifles, 353
Weatherby Mark V Deluxe Bolt-Action Rifles, 352
Weatherby Mark V Safari Grade Custom Rifles, 353
Weatherby Mark V Sporter Rifle, 353
Weatherby Orion I O/U Shotgun, 400
Weatherby Orion II Classic Field Over/Under, 400
Weatherby Orion II Classic Sporting Clays Over/Under, 400
Weatherby Orion II Sporting Clays Over/Under, 400
Weatherby Orion III Classic Field Over/Under, 400
Weatherby Orion III O/U Shotgun, 400
Weatherby Orion O/U Shotguns, 400
Weatherby Weathermark Alaskan Rifle, 353
Weatherby Weathermark Rifle, 353
Wells Fargo Single Action Revolver, 320
Wesson Firearms 41V, 44V, 45V Revolver, 318
Wesson Firearms 45 Pin Gun, 308
Wesson Firearms Compensated Open Hunter Revolver, 318
Wesson Firearms Compensated Scoped Hunter Revolver, 318
Wesson Firearms Hunter Series Revolver, 318
Wesson Firearms Model 8, 14 Revolvers, 317
Wesson Firearms Model 9, 15, 32M Revolvers, 317
Wesson Firearms Model 15 Gold Series Revolver, 317
Wesson Firearms Model 22 Revolver, 317
Wesson Firearms Model 22 Silhouette, 308
Wesson Firearms Model 40 Silhouette Revolver, 307
Wesson Firearms Model 322/732 Target Revolvers, 308
Wesson Firearms Model 445 Supermag Revolver, 307
Wesson Firearms Model 714-2 Pistol Pac Revolver, 317
Wesson Firearms Model 738P Revolver, 318
Wesson Firearms Model FB15, FB715 Revolvers, 317
Wesson Firearms Model FB44, FB744 Revolvers, 317
Wesson Firearms Open Hunter Revolver, 318
Wesson Firearms Scoped Hunter Revolver, 318
White Systems Bison Blackpowder Rifle, 432
White Systems Sporting Rifle, 432
White Systems Super 91 Blackpowder Rifle, 433
White Systems Super Safari Rifle, 433
White Systems Whitetail Rifle, 432
Wichita Classic Rifle, 353
Wichita Classic Silhouette Pistol, 308
Wichita International Pistol, 308
Wichita Master Pistol, 328
Wichita Silhouette Pistol, 308
Wichita Silhouette Rifle, 380
Wichita Varmint Rifle, 353
Wildey Automatic Pistol, 300
Wilkinson Linda Pistol, 301
Wilkinson Sherry Pistol, 301
Wilkinson Terry Carbine, 332
Winchester 8-Shot Pistol Grip Pump Security Shotguns, 412
Winchester Model 12 Grade IV Pump Shotgun, 389
Winchester Model 12 Pump Shotgun, 389
Winchester Model 52B Sporting Rifle, 373
Winchester Model 70 Classic Custom Sharpshooter Rifle, 354
Winchester Model 70 Classic Custom Sporting Sharpshooter, 354
Winchester Model 70 Classic SM Rifle, 354
Winchester Model 70 Classic Sporter Rifle, 354
Winchester Model 70 Classic Stainless Rifle, 354
Winchester Model 70 Classic Super Express Magnum Rifle, 354
Winchester Model 70 Classic Super Grade Rifle, 354
Winchester Model 70 DBM Rifle, 354
Winchester Model 70 DBM-S Rifle, 354
Winchester Model 70 Featherweight Classic Rifle, 354
Winchester Model 70 Featherweight Rifle, 355
Winchester Model 70 Heavy Varmint Rifle, 354
Winchester Model 70 Lightweight Rifle, 355
Winchester Model 70 Sporter Rifle, 353
Winchester Model 70 Stainless Rifle, 354
Winchester Model 70 Synthetic Heavy Varmint Rifle, 354
Winchester Model 94 Big Bore Side Eject Lever-Action Rifle, 336
Winchester Model 94 Custom Limited Edition Centennial Rifle, 336
Winchester Model 94 Limited Edition Grade I, 336
Winchester Model 94 Limited Edition High Grade Rifle, 336
Winchestnr Model 94 Ranger Side Eject Lever-Action Rifle, 336
Winchester Model 94 Side Eject Lever-Action Rifle, 336
Winchester Model 94 Trapper Side Eject, 336
Winchester Model 94 Wrangler Side Eject Lever-Action Rifle, 336
Winchester Model 1001 O/U Shotgun, 400
Winchester Model 1001 Sporting Clays O/U Shotgun, 400
Winchester Model 1300 Black Shadow Deer Gun, 389
Winchester Model 1300 Black Shadow Turkey Gun, 389
Winchester Model 1300 Defender Field Combo Shotgun, 412
Winchester Model 1300 Defender Pump Gun, 412
Winchester Model 1300 Ladies/Youth Pump Shotgun, 389
Winchester Model 1300 Ranger Deer Combo Shotgun, 390
Winchester Model 1300 Ranger Pump Gun Combo & Deer Gun, 390
Winchester Model 1300 Ranger Pump Shotgun, 390
Winchester Model 1300 Ranger Rifled Deer Combo Shotgun, 390
Winchester Model 1300 Realtree Turkey Gun, 389
Winchester Model 1300 Slug Hunter Deer Gun, 390
Winchester Model 1300 Stainless Marine Pump Gun, 412
Winchester Model 1300 Walnut Pump Shotgun, 389
Winchester Model 1400 Semi-Auto Shotgun, 385
Winchester Model 9422 Lever-Action Rifle, 367
Winchester Model 9422 Magnum Lever-Action Rifle, 367
Winchester Ranger Auto Shotgun, 385
Winchester Ranger Deer Auto Shotgun, 385
Winchester Ranger Ladies/Youth Rifle, 354
Winchester Ranger Rifle, 355

**Z**

Zouave Percussion Rifle, 433

Case 3:17-cv-01017-BEN-JLB Document 127-4 Filed 11/11/22 PageID.14512 Page 18 of 90

Includes models suitable for several forms of competition and other sporting purposes.

### ACCU-TEK MODEL AT-9 AUTO PISTOL

**Caliber:** 9mm Para., 7-shot magazine.
**Barrel:** 3.2".
**Weight:** 28 oz. **Length:** 6.25" overall.
**Stocks:** Black checkered nylon.
**Sights:** Blade front, rear adjustable for windage; three-dot system.
**Features:** Stainless steel construction. Double action only. Firing pin block with no external safeties. Lifetime warranty. Introduced 1992. Made in U.S. by Accu-Tek.
**Price:** Satin stainless . . . . . . . . . . . . . . . . . . . . . . . . . **$270.00**
**Price:** Black finish over stainless . . . . . . . . . . . . . . . . . . . **$275.00**

Accu-Tek AT-9

Accu-Tek HC-380SS

### Accu-Tek AT-40 Auto Pistol

Same as the Model AT-9 except chambered for 40 S&W. Introduced 1992.
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$270.00**
**Price:** Black finish over stainless (AT-40B) . . . . . . . . . . . . . **$275.00**

### ACCU-TEK MODEL HC-380SS AUTO PISTOL

**Caliber:** 380 ACP, 13-shot magazine.
**Barrel:** 2.75".
**Weight:** 28 oz. **Length:** 6" overall.
**Stocks:** Checkered black composition.
**Sights:** Blade front, rear adjustable for windage.
**Features:** External hammer; manual thumb safety with firing pin and trigger disconnect; bottom magazine release. Stainless finish. Introduced 1993. Made in U.S. by Accu-Tek.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$230.00**

### Accu-Tek Model AT-32SS Auto Pistol

Same as the AT-380SS except chambered for 32 ACP. Introduced 1990.
**Price:** Satin stainless . . . . . . . . . . . . . . . . . . . . . . . . . **$176.00**
**Price:** Black finish over stainless (AT-32SSB) . . . . . . . . . . . . **$181.00**

Accu-Tek AT-380SS

### ACCU-TEK MODEL AT-380SS AUTO PISTOL

**Caliber:** 380 ACP, 5-shot magazine.
**Barrel:** 2.75".
**Weight:** 20 oz. **Length:** 5.6" overall.
**Stocks:** Grooved black composition.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Stainless steel frame and slide. External hammer; manual thumb safety; firing pin block, trigger disconnect. Lifetime warranty. Introduced 1992. Made in U.S. by Accu-Tek.
**Price:** Satin stainless . . . . . . . . . . . . . . . . . . . . . . . . . **$182.00**
**Price:** Black finish over stainless (AT-380SSB) . . . . . . . . . . . **$187.00**

American Arms PK22

### Accu-Tek Model AT-25SS Auto Pistol

Similar to the AT-380SS except chambered for 25 ACP with 7-shot magazine. Also available with aluminum frame and slide with 11-oz. weight. Introduced 1991.
**Price:** Satin stainless . . . . . . . . . . . . . . . . . . . . . . . . . **$158.00**
**Price:** Black finish over stainless (AT-25SSB) . . . . . . . . . . . . **$163.00**

### AMERICAN ARMS MODEL CX-22 DA AUTO PISTOL

**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** $3\frac{1}{3}$".
**Weight:** 22 oz. **Length:** $6\frac{1}{3}$" overall.
**Stocks:** Checkered black polymer.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Double action with manual hammer-block safety, firing pin safety. Alloy frame. Has external appearance of Walther PPK. Blue/black finish. Introduced 1990. Made in U.S. by American Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$209.00**

### AMERICAN ARMS MODEL PK22 DA AUTO PISTOL

**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 3.3".
**Weight:** 22 oz. **Length:** 6.3" overall.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Double action. Polished blue finish. Slide-mounted safety. Made in the U.S. by American Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$209.00**

### AMERICAN ARMS MODEL P-98 AUTO PISTOL

**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 5".
**Weight:** 25 oz. **Length:** 8⅛" overall.
**Stocks:** Grooved black polymer.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Double action with hammer-block safety, magazine disconnect safety. Alloy frame. Has external appearance of the Walther P-38 pistol. Introduced 1989. Made in U.S. by American Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$219.00**

American Arms P-98

### AMERICAN ARMS MODEL PX-22 AUTO PISTOL

**Caliber:** 22 LR, 7-shot magazine.
**Barrel:** 2.85".
**Weight:** 15 oz. **Length:** 5.39" overall.
**Stocks:** Black checkered plastic.
**Sights:** Fixed.
**Features:** Double action; 7-shot magazine. Polished blue finish. Introduced 1989. Made in U.S. From American Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$198.00**

American Arms PX-22

### AMT AUTOMAG II AUTO PISTOL

**Caliber:** 22 WMR, 9-shot magazine (7-shot with 3⅜" barrel).
**Barrel:** 3⅜", 4½", 6".
**Weight:** About 23 oz. **Length:** 9⅜" overall.
**Stocks:** Grooved carbon fiber.
**Sights:** Blade front, adjustable rear.
**Features:** Made of stainless steel. Gas-assisted action. Exposed hammer. Slide flats have brushed finish, rest is sandblast. Squared trigger guard. Introduced 1986. From AMT.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$385.95**

### AMT AUTOMAG III PISTOL

**Caliber:** 30 Carbine, 9mm Win. Mag., 8-shot magazine.
**Barrel:** 6⅜".
**Weight:** 43 oz. **Length:** 10½" overall.
**Stocks:** Carbon fiber.
**Sights:** Blade front, adjustable rear.
**Features:** Stainless steel construction. Hammer-drop safety. Slide flats have brushed finish, rest is sandblasted. Introduced 1989. From AMT.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$459.99**

AMT Automag II

### AMT AUTOMAG IV PISTOL

**Caliber:** 10mm Magnum, 45 Winchester Magnum, 6-shot magazine.
**Barrel:** 6.5" (45), 8⅝" (10mm only).
**Weight:** 46 oz. **Length:** 10.5" overall with 6.5" barrel.
**Stocks:** Carbon fiber.
**Sights:** Blade front, adjustable rear.
**Features:** Made of stainless steel with brushed finish. Introduced 1990. Made in U.S. by AMT.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$679.99**
**Price:** Automag V (50 A.E.) . . . . . . . . . . . . . . . . . . . . . **$899.00**

AMT Automag III

### AMT BACKUP II AUTO PISTOL

**Caliber:** 380 ACP, 5-shot magazine.
**Barrel:** 2½".
**Weight:** 18 oz. **Length:** 5" overall.
**Stocks:** Carbon fiber.
**Sights:** Fixed, open, recessed.
**Features:** Concealed hammer, blowback operation; manual and grip safeties. All stainless steel construction. Smallest domestically-produced pistol in 380. From AMT.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$295.99**

Consult our Directory pages for the location of firms mentioned.

**AMT Backup II Double Action Only Pistol**

Similar to the standard Backup except has double-action-only mechanism, enlarged trigger guard, slide is rounded ar rear. Has 6-shot magazine. Introduced 1992. From AMT.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$309.99**

AMT Backup II DAO

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# HANDGUNS—AUTOLOADERS, SERVICE & SPORT

**AMT ON DUTY DA PISTOL**
**Caliber:** 9mm Para., 15-shot; 40 S&W, 11-shot; 45 ACP, 9-shot magazine.
**Barrel:** 4½".
**Weight:** 32 oz. **Length:** 7¾" overall.
**Stocks:** Smooth carbon fiber.
**Sights:** Blade front, rear adjustable for windage; three-dot system.
**Features:** Choice of DA with decocker or double action only. Inertia firing pin, trigger disconnector safety. Aluminum frame with steel recoil shoulder, stainless steel slide and barrel. Introduced 1991. Made in the U.S. by AMT.
**Price:** 9mm, 40 S&W . . . . . . . . . . $469.99
**Price:** 45 ACP . . . . . . . . . . $529.99

AMT On Duty

**AMT 45 ACP HARDBALLER**
**Caliber:** 45 ACP.
**Barrel:** 5".
**Weight:** 39 oz. **Length:** 8½" overall.
**Stocks:** Wrap-around rubber.
**Sights:** Adjustable.
**Features:** Extended combat safety, serrated matte slide rib, loaded chamber indicator, long grip safety, beveled magazine well, adjustable target trigger. All stainless steel. From AMT.
**Price:** . . . . . . . . . . $529.99
**Price:** Government model (as above except no rib, fixed sights) . . $475.95

Argentine Hi-Power

**AMT 45 ACP HARDBALLER LONG SLIDE**
**Caliber:** 45 ACP.
**Barrel:** 7". **Length:** 10½" overall.
**Stocks:** Wrap-around rubber.
**Sights:** Fully adjustable rear sight.
**Features:** Slide and barrel are 2" longer than the standard 45, giving less recoil, added velocity, longer sight radius. Has extended combat safety, serrated matte rib, loaded chamber indicator, wide adjustable trigger. From AMT.
**Price:** . . . . . . . . . . $575.95

**ARGENTINE HI-POWER 9MM AUTO PISTOL**
**Caliber:** 9mm Para., 13-shot magazine.
**Barrel:** 4 21/32".
**Weight:** 32 oz. **Length:** 7¾" overall.
**Stocks:** Checkered walnut.
**Sights:** Blade front, adjustable rear.
**Features:** Produced in Argentina under F.N. Browning license. Introduced 1990. Imported by Century International Arms, Inc.
**Price:** About . . . . . . . . . . $299.95

Astra A-75

**Argentine Hi-Power Detective Model**
Similar to the standard model except has 3.8" barrel, 6.9" overall length and weighs 33 oz. Grips are finger-groove, checkered soft rubber. Matte black finish. Introduced 1994. Imported by Century International Arms, Inc.
**Price:** About . . . . . . . . . . $310.00

**ASTRA A-100 AUTO PISTOL**
**Caliber:** 9mm Para., 17-shot; 40 S&W, 13-shot; 45 ACP, 9-shot magazine.
**Barrel:** 3.9".
**Weight:** 29 oz. **Length:** 7.1" overall.
**Stocks:** Checkered black plastic.
**Sights:** Blade front, interchangeable rear blades for elevation, screw adjustable for windage.
**Features:** Selective double action. Decocking lever permits lowering hammer onto locked firing pin. Automatic firing pin block. Side button magazine release. Introduced 1993. Imported from Spain by European American Armory.
**Price:** Blue, 9mm, 40 S&W, 45 ACP . . . . . . . . . . $425.00
**Price:** As above, nickel . . . . . . . . . . $450.00

Astra A-100

**ASTRA A-70 AUTO PISTOL**
**Caliber:** 9mm Para., 8-shot; 40 S&W, 7-shot magazine.
**Barrel:** 3.5".
**Weight:** 29.3 oz. **Length:** 6.5" overall.
**Stocks:** Checkered black plastic.
**Sights:** Blade front, rear adjustable for windage.
**Features:** All steel frame and slide. Checkered grip straps and trigger guard. Nickel or blue finish. Introduced 1992. Imported from Spain by European American Armory.
**Price:** Blue, 9mm Para. . . . . . . . . . . $350.00
**Price:** Blue, 40 S&W . . . . . . . . . . $350.00
**Price:** Nickel, 9mm Para. . . . . . . . . . . $375.00
**Price:** Nickel, 40 S&W . . . . . . . . . . $375.00
**Price:** Stainless steel, 9mm . . . . . . . . . . $425.00
**Price:** Stainless steel, 40 S&W . . . . . . . . . . $425.00

**Astra A-75 Decocker Auto Pistol**
Same as the A-70 except has decocker system, different trigger, contoured pebble-grain grips. Introduced 1993. Imported from Spain by European American Armory.
**Price:** Blue, 9mm or 40 S&W . . . . . . . . . . $395.00
**Price:** Nickel, 9mm or 40 S&W . . . . . . . . . . $425.00
**Price:** Blue, 45 ACP . . . . . . . . . . $425.00
**Price:** Nickel, 45 ACP . . . . . . . . . . $455.00
**Price:** Stainless steel, 9mm, 40 S&W . . . . . . . . . . $475.00
**Price:** Stainless steel, 45 ACP . . . . . . . . . . $505.00
**Price:** Airweight (23.5 oz.), 9mm, blue . . . . . . . . . . $425.00

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

**AUTO-ORDNANCE 1911A1 AUTOMATIC PISTOL**
**Caliber:** 9mm Para., 38 Super, 9-shot; 10mm, 45 ACP, 7-shot magazine.
**Barrel:** 5".
**Weight:** 39 oz. **Length:** 8½" overall.
**Stocks:** Checkered plastic with medallion.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Same specs as 1911A1 military guns—parts interchangeable. Frame and slide blued; each radius has non-glare finish. Made in U.S. by Auto-Ordnance Corp.
**Price:** 45 cal. . . . . **$388.95**
**Price:** 9mm, 38 Super . . . . **$415.00**
**Price:** 10mm (has three-dot combat sights, rubber wrap-around grips) **$420.95**
**Price:** 45 ACP General Model (Commander style) . . . . **$427.95**
**Price:** Duo Tone (nickel frame, blue slide, three-dot sight system, textured black wrap-around grips) . . . . **$405.00**

**Auto-Ordnance ZG-51 Pit Bull Auto**
Same as the 1911A1 except has 3½" barrel, weighs 36 oz. and has an over-all length of 7¼". Available in 45 ACP only; 7-shot magazine. Introduced 1989.
**Price:** . . . . **$420.95**

**Auto-Ordnance 1911A1 Competition Model**
Similar to the standard Model 19911A1 except has barrel compensator, Commander hammer, flat mainspring housing, three-dot sight system, low-profile magazine funnel, Hi-Ride beavertail grip safety, full-length recoil spring guide system, black-textured rubber, wrap-around grips, and extended slide stop, safety and magazine catch. Introduced 1994. Made in U.S. by Auto-Ordnance Corp.
**Price:** . . . . **$615.00**

Auto-Ordnance 1911A1

Baby Eagle FS

**BABY EAGLE AUTO PISTOL**
**Caliber:** 9mm Para., 40 S&W, 41 A.E.
**Barrel:** 4.37".
**Weight:** 35 oz. **Length:** 8.14" overall.
**Stocks:** High-impact black polymer.
**Sights:** Combat.
**Features:** Double-action mechanism; polygonal rifling; ambidextrous safety. Model 9mm F has frame-mounted safety on left side of pistol; Model 9mm FS has frame-mounted safety and 3.62" barrel. Introduced 1992. Imported by Magnum Research.
**Price:** 9mm Para., 40 S&W, 41 A.E., black finish . . . . **$569.00**
**Price:** Conversion kit, 9mm Para. to 41 A.E. . . . . **$239.00**
**Price:** Matte or brushed chrome, add . . . . **$149.00**

**BAIKAL IJ-70 AUTO PISTOL**
**Caliber:** 9x18mm Makarov, 380 ACP, 8-shot magazine.
**Barrel:** 4".
**Weight:** 25 oz. **Length:** 6.25" overall.
**Stocks:** Checkered composition.
**Sights:** Blade front, rear adjustable for windage and elevation.
**Features:** Double action; all-steel construction; frame-mounted safety with decocker. Comes with two magazines, cleaning rod, universal tool and leather holster. Introduced 1994. Imported from Russia by K.B.I., Inc.
**Price:** 9x18mm, blue . . . . **$199.00**
**Price:** 380 ACP, blue . . . . **$219.00**
**Price:** 380 ACP, nickel . . . . **$234.00**

Baikal IJ-70

CONSULT
SHOOTER'S MARKETPLACE
Page 225, This Issue

**BERETTA MODEL 80 CHEETAH SERIES DA PISTOLS**
**Caliber:** 380 ACP, 13-shot magazine (M84); 8-shot (M85); 22 LR, 7-shot (M87), 22 LR, 8-shot (M89).
**Barrel:** 3.82".
**Weight:** About 23 oz. (M84/85); 20.8 oz. (M87). **Length:** 6.8" overall.
**Stocks:** Glossy black plastic (wood optional at extra cost).
**Sights:** Fixed front, drift-adjustable rear.
**Features:** Double action, quick takedown, convenient magazine release. Introduced 1977. Imported from Italy by Beretta U.S.A.
**Price:** Model 84 Cheetah, plastic grips . . . . **$525.00**
**Price:** Model 84 Cheetah, wood grips . . . . **$555.00**
**Price:** Model 84 Cheetah, wood grips, nickel finish . . . . **$600.00**
**Price:** Model 85 Cheetah, plastic grips, 8-shot . . . . **$485.00**
**Price:** Model 85 Cheetah, wood grips, 8-shot . . . . **$510.00**
**Price:** Model 85 Cheetah, wood grips, nickel, 8-shot . . . . **$550.00**
**Price:** Model 87 Cheetah wood, 22 LR, 7-shot . . . . **$490.00**

**Beretta Model 86 Cheetah**
Similar to the 380-caliber Model 85 except has tip-up barrel for first-round loading. Barrel length is 4.33", overall length of 7.33". Has 8-shot magazine, walnut or plastic grips. Introduced 1989.
**Price:** . . . . **$510.00**

Beretta 84 Cheetah

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

**BERETTA MODEL 92FS PISTOL**
**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4.9".
**Weight:** 34 oz. **Length:** 8.5" overall.
**Stocks:** Checkered black plastic; wood optional at extra cost.
**Sights:** Blade front, rear adjustable for windage. Tritium night sights available.
**Features:** Double action. Extractor acts as chamber loaded indicator, squared trigger guard, grooved front- and backstraps, inertia firing pin. Matte finish. Introduced 1977. Made in U.S. and imported from Italy by Beretta U.S.A.
**Price:** With plastic grips . . . . . . . . . . . . . . . . . . . . . . . **$625.00**
**Price:** With wood grips . . . . . . . . . . . . . . . . . . . . . . . **$645.00**
**Price:** Tritium night sights, add . . . . . . . . . . . . . . . . . . . . **$85.00**

Beretta Model 92FS

**Beretta Models 92FS/96 Centurion Pistols**
Identical to the Model 92FS and 96F except uses shorter slide and barrel (4.3"). Trijicon or three-dot sight systems. Plastic or wood grips. Available in 9mm or 40 S&W. Also available in D Models (double action only). Introduced 1992.
**Price:** Model 92FS Centurion, three-dot sights, plastic grips . . . . **$625.00**
**Price:** Model 92FS Centurion, wood grips . . . . . . . . . . . . . . **$645.00**
**Price:** Model 96 Centurion, three-dot sights, plastic grips . . . . . . **$640.00**
**Price:** Model 92D Centurion . . . . . . . . . . . . . . . . . . . . **$585.00**
**Price:** Model 96D Centurion . . . . . . . . . . . . . . . . . . . . **$605.00**
**Price:** For Trijicon sights, add . . . . . . . . . . . . . . . . . . . . **$65.00**

Beretta Model 96

**Beretta Model 92F Stainless Pistol**
Same as the Model 92FS except has stainless steel barrel and slide, and frame of aluminum-zirconium alloy. Has three-dot sight system. Introduced 1992.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$755.00**
**Price:** Model 92F-EL Stainless (gold trim, engraved barrel, slide, frame, gold-finished safety-levers, trigger, magazine release, grip screws) . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,240.00**
**Price:** For Trijicon sights, add . . . . . . . . . . . . . . . . . . . . **$65.00**

**Beretta Model 96F Auto Pistol**
Same as the Model 92F except chambered for 40 S&W. Ambidextrous safety mechanism with passive firing pin catch, slide safety/decocking lever, trigger bar disconnect. Has 10-shot magazine. Available with Trijicon or three-dot sights. Introduced 1992.
**Price:** Model 96F, plastic grips . . . . . . . . . . . . . . . . . . . **$640.00**
**Price:** Model 96D, double action only, three-dot sights . . . . . . . **$605.00**
**Price:** For Trijicon sights, add . . . . . . . . . . . . . . . . **$80.00** to **$90.00**

Beretta 950BS Jetfire

**Beretta Model 92D Pistol**
Same as the Model 92FS except double action only and has bobbed hammer, no external safety. Introduced 1992.
**Price:** With plastic grips, three-dot sights . . . . . . . . . . . . . . **$585.00**
**Price:** As above with Trijicon sights . . . . . . . . . . . . . . . . . **$680.00**

**BERETTA MODEL 950BS JETFIRE AUTO PISTOL**
**Caliber:** 25 ACP, 8-shot.
**Barrel:** 2.5".
**Weight:** 9.9 oz. **Length:** 4.5" overall.
**Stocks:** Checkered black plastic or walnut.
**Sights:** Fixed.
**Features:** Single action, thumb safety; tip-up barrel for direct loading/unloading, cleaning. From Beretta U.S.A.
**Price:** Jetfire wood, blue . . . . . . . . . . . . . . . . . . . . . . . **$180.00**
**Price:** Jetfire wood, nickel . . . . . . . . . . . . . . . . . . . . . . **$210.00**
**Price:** Jetfire wood, engraved . . . . . . . . . . . . . . . . . . . . . **$260.00**
**Price:** Jetfire plastic, matte blue . . . . . . . . . . . . . . . . . . . **$150.00**

Beretta Model 8000 Cougar

**Beretta Model 21 Bobcat Pistol**
Similar to the Model 950 BS. Chambered for 22 LR or 25 ACP. Both double action. Has 2.5" barrel, 4.9" overall length; 7-round magazine on 22 cal.; available in nickel, matte, engraved or blue finish. Plastic or walnut grips. Introduced in 1985.
**Price:** Bobcat wood, 22-cal. . . . . . . . . . . . . . . . . . . . . . **$235.00**
**Price:** Bobcat wood, nickel, 22-cal. . . . . . . . . . . . . . . . . . . **$247.00**
**Price:** Bobcat wood, 25-cal. . . . . . . . . . . . . . . . . . . . . . **$235.00**
**Price:** Bobcat wood, nickel, 25-cal. . . . . . . . . . . . . . . . . . . **$247.00**
**Price:** Bobcat wood, engraved, 22 or 25 . . . . . . . . . . . . . . . **$285.00**
**Price:** Bobcat plastic matte, 22 or 25 . . . . . . . . . . . . . . . . **$185.00**

**BERETTA MODEL 8000/8040 COUGAR PISTOL**
**Caliber:** 9mm Para., 15-shot, 40 S&W, 11-shot magazine.
**Barrel:** 3.5".
**Weight:** 33.5 oz. **Length:** NA.
**Stocks:** Textured composition.
**Sights:** Blade front, rear drift adjustable for windage.
**Features:** Slide-mounted safety; exposed hammer. Matte black Bruniton finish. Announced 1994. Imported from Italy by Beretta U.S.A.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **NA**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

**BERNARDELLI PO18 DA AUTO PISTOL**
**Caliber:** 9mm Para., 16-shot magazine.
**Barrel:** 4.8".
**Weight:** 34.2 oz. **Length:** 8.23" overall.
**Stocks:** Checkered plastic; walnut optional.
**Sights:** Blade front, rear adjustable for windage and elevation; low profile, three-dot system.
**Features:** Manual thumb half-cock, magazine and auto-locking firing pin safeties. Thumb safety decocks hammer. Reversible magazine release. Imported from Italy by Armsport.
**Price:** Blue . . . . . . . . **$505.00**
**Price:** Chrome . . . . . . . . **$568.00**

**Bernardelli PO18 Compact DA Auto Pistol**
Similar to the PO18 except has 4" barrel, 7.44" overall length, 14-shot magazine. Weighs 31.7 oz. Imported from Italy by Armsport.
**Price:** Blue . . . . . . . . **$552.00**
**Price:** Chrome . . . . . . . . **$600.00**

**Bernardelli P. One Practical VB Pistol**
Similar to the P. One except chambered for 9x21mm, two- or four-port compensator, straight trigger, micro-adjustable rear sight. Introduced 1994. Imported from Italy by Armsport.
**Price:** Blue/black, two-port compensator . . . . . . . . **$1,425.00**
**Price:** As above, four-port compensator . . . . . . . . **$1,475.00**
**Price:** Chrome, two-port compensator . . . . . . . . **$1,498.00**
**Price:** As above, four-port compensator . . . . . . . . **$1,540.00**
**Price:** Customized VB, four-plus-two-port compensator . . . . . . **$2,150.00**
**Price:** As above, chrome . . . . . . . . **$2,200.00**

**BERNARDELLI MODEL USA AUTO PISTOL**
**Caliber:** 22 LR, 10-shot, 380 ACP, 7-shot magazine.
**Barrel:** 3.5".
**Weight:** 26.5 oz. **Length:** 6.5" overall.
**Stocks:** Checkered plastic with thumbrest.
**Sights:** Ramp front, white outline rear adjustable for windage and elevation.
**Features:** Hammer-block slide safety; loaded chamber indicator; dual recoil buffer springs; serrated trigger; inertia-type firing pin. Imported from Italy by Armsport.
**Price:** Blue, either caliber . . . . . . . . **$387.00**
**Price:** Chrome, either caliber . . . . . . . . **$412.00**
**Price:** Model AMR (6" barrel, target sights) . . . . . . . . **$440.00**

**BERSA MODEL 23 AUTO PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 3.5".
**Weight:** 24.5 oz. **Length:** 6.6" overall.
**Stocks:** Walnut with stippled panels.
**Sights:** Blade front, notch rear adjustable for windage; three-dot system.
**Features:** Double action; firing pin and magazine safeties. Available in blue or nickel. Introduced 1989. Distributed by Eagle Imports, Inc.
**Price:** Blue . . . . . . . . **$287.95**
**Price:** Nickel . . . . . . . . **$321.95**

**BERSA MODEL 83, 85 AUTO PISTOLS**
**Caliber:** 380 ACP, 7-shot (M83), 13-shot magazine (M85).
**Barrel:** 3.5".
**Weight:** 25.75 oz. **Length:** 6.6" overall.
**Stocks:** Walnut with stippled panels.
**Sights:** Blade front, notch rear adjustable for windage; three-dot system.
**Features:** Double action; firing pin and magazine safeties. Available in blue or nickel. Introduced 1989. Distributed by Eagle Imports, Inc.
**Price:** Model 85, blue . . . . . . . . **$339.95**
**Price:** Model 85, nickel . . . . . . . . **$386.95**
**Price:** Model 83 (as above, except 7-shot magazine), blue . . . . . **$287.95**
**Price:** Model 83, nickel . . . . . . . . **$321.95**

**BERSA MODEL 86 AUTO PISTOL**
**Caliber:** 380 ACP, 13-shot magazine.
**Barrel:** 3.5".
**Weight:** 22 oz. **Length:** 6.6" overall.
**Stocks:** Wraparound textured rubber.
**Sights:** Blade front, rear adjustable for windage; three-dot system.
**Features:** Double action; firing pin and magazine safeties; combat-style trigger guard. Matte blue or satin nickel. Introduced 1992. Distributed by Eagle Imports, Inc.
**Price:** Matte blue . . . . . . . . **$374.95**
**Price:** Satin nickel . . . . . . . . **$403.95**

Bernardelli PO 18

**BERNARDELLI P. ONE DA AUTO PISTOL**
**Caliber:** 9mm Para., 16-shot, 40 S&W, 12-shot magazine.
**Barrel:** 4.8".
**Weight:** 34 oz. **Length:** 8.35" overall.
**Stocks:** Checkered black plastic.
**Sights:** Blade front, rear adjustable for windage and elevation; three dot system.
**Features:** Forged steel frame and slide; full-length slide rails; reversible magazine release; thumb safety/decocker; squared trigger guard. Introduced 1994. Imported from Italy by Armsport.
**Price:** 9mm Para., blue/black . . . . . . . . **$530.00**
**Price:** 9mm Para., chrome . . . . . . . . **$580.00**
**Price:** 40 S&W, blue/black . . . . . . . . **$530.00**
**Price:** 40 S&W, chrome . . . . . . . . **$580.00**

Bernardelli Model USA

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

Bersa Model 85

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# HANDGUNS—AUTOLOADERS, SERVICE & SPORT

### BERSA THUNDER 9 AUTO PISTOL

**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4".
**Weight:** 30 oz. **Length:** 7⅜" overall.
**Stocks:** Checkered black polymer.
**Sights:** Blade front, rear adjustable for windage and elevation; three-dot system.
**Features:** Double action. Ambidextrous safety, decocking levers and slide release; internal automatic firing pin safety; reversible extended magazine release; adjustable trigger stop; alloy frame. Link-free locked breech design. Matte blue finish. Introduced 1993. Imported from Argentina by Eagle Imports, Inc.
**Price:** Blue only . . . . . . . . . . . . . . . . . . . . . . . . . . . **$414.95**

Bersa Thunder 9

Browning BDA-380

### BROWNING BDA-380 DA AUTO PISTOL

**Caliber:** 380 ACP, 13-shot magazine.
**Barrel:** 3$^{13}/_{16}$".
**Weight:** 23 oz. **Length:** 6¾" overall.
**Stocks:** Smooth walnut with inset Browning medallion.
**Sights:** Blade front, rear drift-adjustable for windage.
**Features:** Combination safety and de-cocking lever will automatically lower a cocked hammer to half-cock and can be operated by right- or left-hand shooters. Inertia firing pin. Introduced 1978. Imported from Italy by Browning.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$592.95**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$624.95**

### BROWNING BDM DA AUTO PISTOL

**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4.73"
**Weight:** 31 oz. **Length:** 7.85" overall.
**Stocks:** Moulded black composition; checkered, with thumbrest on both sides.
**Sights:** Low profile removable blade front, rear screw adjustable for windage.
**Features:** Mode selector allows switching from DA pistol to "revolver" mode via a switch on the slide. Decocking lever/safety on the frame. Two redundant, passive, internal safety systems. All steel frame; matte black finish. Introduced 1991. Made in the U.S. From Browning.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$573.95**

Browning BDM

Browning Hi-Power HP

### BROWNING HI-POWER 9mm AUTOMATIC PISTOL

**Caliber:** 9mm Para., 13-shot magazine.
**Barrel:** 4$^{21}/_{32}$".
**Weight:** 32 oz. **Length:** 7¾" overall.
**Stocks:** Walnut, hand checkered, or black Polyamide.
**Sights:** ⅛" blade front; rear screw-adjustable for windage and elevation. Also available with fixed rear (drift-adjustable for windage).
**Features:** External hammer with half-cock and thumb safeties. A blow on the hammer cannot discharge a cartridge; cannot be fired with magazine removed. Fixed rear sight model available. Ambidextrous safety available only with matte finish, moulded grips. Imported from Belgium by Browning.
**Price:** Fixed sight model, walnut grips . . . . . . . . . . . . . . . . **$537.95**
**Price:** 9mm with rear sight adj. for w. and e., walnut grips . . . . . . **$585.95**
**Price:** Mark III, standard matte black finish, fixed sight, moulded grips, ambidextrous safety . . . . . . . . . . . . . . . . . . . . . . . . . . . **$506.95**
**Price:** Silver chrome, adjustable sight, Pachmayr grips . . . . . . . **$596.95**

### Browning 40 S&W Hi-Power Pistol

Similar to the standard Hi-Power except chambered for 40 S&W, 10-shot magazine, weighs 35 oz., and has 4¾" barrel. Comes with matte blue finish, low profile front sight blade, drift-adjustable rear sight, ambidextrous safety, moulded polyamide grips with thumb rest. Introduced 1993. Imported from Belgium by Browning.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$506.95**

### Browning Capitan Hi-Power Pistol

Similar to the standard Hi-Power except has adjustable tangent rear sight authentic to the early-production model. Also has Commander-style hammer. Checkered walnut grips, polished blue finish. Reintroduced 1993. Imported from Belgium by Browning.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$634.95**

Consult our Directory pages for the location of firms mentioned.

### Browning Hi-Power HP-Practical Pistol

Similar to the standard Hi-Power except has silver-chromed frame with blued slide, wrap-around Pachmayr rubber grips, round-style serrated hammer and removable front sight, fixed rear (drift-adjustable for windage). Introduced 1991.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$579.95**
**Price:** With fully adjustable rear sight . . . . . . . . . . . . . . . . . **$627.95**

Browning Mico Buck Mark

Browning Buck Mark Varmint

**BRYCO MODEL 38 AUTO PISTOLS**
**Caliber:** 22 LR, 32 ACP, 380 ACP, 6-shot magazine.
**Barrel:** 2.8".
**Weight:** 15 oz. **Length:** 5.3" overall.
**Stocks:** Polished resin-impregnated wood.
**Sights:** Fixed.
**Features:** Safety locks sear and slide. Choice of satin nickel, bright chrome or black Teflon finishes. Introduced 1988. From Jennings Firearms.
**Price:** 22 LR, 32 ACP, about . . . . . . . . . . $109.95
**Price:** 380 ACP, about . . . . . . . . . . $129.95

**BRYCO MODEL 48 AUTO PISTOLS**
**Caliber:** 22 LR, 32 ACP, 380 ACP, 6-shot magazine.
**Barrel:** 4".
**Weight:** 19 oz. **Length:** 6.7" overall.
**Stocks:** Polished resin-impregnated wood.
**Sights:** Fixed.
**Features:** Safety locks sear and slide. Choice of satin nickel, bright chrome or black Teflon finishes. Announced 1988. From Jennings Firearms.
**Price:** 22 LR, 32 ACP, about . . . . . . . . . . $139.00
**Price:** 380 ACP, about . . . . . . . . . . $139.00

**CALICO MODEL 110 AUTO PISTOL**
**Caliber:** 22 LR, 100-shot magazine.
**Barrel:** 6".
**Weight:** 3.7 lbs. (loaded). **Length:** 17.9" overall.
**Stocks:** Moulded composition.
**Sights:** Adjustable post front, notch rear.
**Features:** Aluminum alloy frame; flash suppressor; pistol grip compartment; ambidextrous safety. Uses same helical-feed magazine as M-100 Carbine. Introduced 1986. Made in U.S. From Calico.
**Price:** . . . . . . . . . . $268.30

**CALICO MODEL M-950 AUTO PISTOL**
**Caliber:** 9mm Para., 50- or 100-shot magazine.
**Barrel:** 7.5".
**Weight:** 2.25 lbs. (empty). **Length:** 14" overall (50-shot magazine).
**Stocks:** Glass-filled polymer.
**Sights:** Post front adjustable for windage and elevation, fixed notch rear.
**Features:** Helical feed 50- or 100-shot magazine. Ambidextrous safety, static cocking handle. Retarded blowback action. Glass-filled polymer grip. Introduced 1989. From Calico.
**Price:** . . . . . . . . . . $518.80

**Century FEG P9RK Auto Pistol**
Similar to the P9R except has 4.12" barrel, 7.5" overall length and weighs 33.6 oz. Checkered walnut grips, fixed sights, 15-shot magazine. Introduced 1994. Imported from Hungary by Century International Arms, Inc.
**Price:** About . . . . . . . . . . $290.00

**BROWNING BUCK MARK 22 PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5½".
**Weight:** 32 oz. **Length:** 9½" overall.
**Stocks:** Black moulded composite with skip-line checkering.
**Sights:** Ramp front, Browning Pro Target rear adjustable for windage and elevation.
**Features:** All steel, matte blue finish or nickel, gold-colored trigger. Buck Mark Plus has laminated wood grips. Made in U.S. Introduced 1985. From Browning.
**Price:** Buck Mark, blue . . . . . . . . . . $241.95
**Price:** Buck Mark, nickel finish with contoured rubber stocks . . . . $282.95
**Price:** Buck Mark Plus . . . . . . . . . . $293.95

**Browning Micro Buck Mark**
Same as the standard Buck Mark and Buck Mark Plus except has 4" barrel. Available in blue or nickel. Has 16-click Pro Target rear sight. Introduced 1992.
**Price:** Blue . . . . . . . . . . $241.95
**Price:** Nickel . . . . . . . . . . $282.95
**Price:** Micro Buck Mark Plus . . . . . . . . . . $293.95

**Browning Buck Mark Varmint**
Same as the Buck Mark except has 9⅞" heavy barrel with .900" diameter and full-length scope base (no open sights); walnut grips with optional forend, or finger-groove walnut. Overall length is 14", weight is 48 oz. Introduced 1987.
**Price:** . . . . . . . . . . $365.95

Bryco Mdel 48

**BRYCO MODEL 59 AUTO PISTOL**
**Caliber:** 9mm Para., 13-shot magazine.
**Barrel:** 4".
**Weight:** 33 oz. **Length:** 6.5" overall.
**Stocks:** Black composition.
**Sights:** Blade front, fixed rear.
**Features:** Striker-fired action; manual thumb safety; polished blue finish. Comes with two magazines. Introduced 1994. From Jennings Firearms.
**Price:** About . . . . . . . . . . $169.00
**Price:** Model 58 (5.5" overall length, 30 oz.) . . . . . . . . . . $169.00

Calico M-950

**CENTURY FEG P9R PISTOL**
**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4.6".
**Weight:** 35 oz. **Length:** 8" overall.
**Stocks:** Checkered walnut.
**Sights:** Blade front, rear drift adjustable for windage.
**Features:** Double action with hammer-drop safety. Polished blue finish. Comes with spare magazine. Imported from Hungary by Century International Arms.
**Price:** About . . . . . . . . . . $263.00
**Price:** Chrome finish, about . . . . . . . . . . $375.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—AUTOLOADERS, SERVICE & SPORT

**COLT'S 22 AUTOMATIC PISTOL**
**Caliber:** 22 LR, 11-shot magazine.
**Barrel:** 4.5".
**Weight:** 33 oz. **Length:** 8.62" overall.
**Stocks:** Textured black polymer.
**Sights:** Blade front, rear drift adjustable for windage.
**Features:** Stainless steel construction; ventilated barrel rib; single action mechanism; cocked striker indicator; push-button safety. Introduced 1994. Made in U.S. by Colt.
**Price:** . . . . . . . . . . NA

Colt's 22 Automatic

**COLT COMBAT COMMANDER AUTO PISTOL**
**Caliber:** 38 Super, 9-shot; 45 ACP, 8-shot.
**Barrel:** 4¼".
**Weight:** 36 oz. **Length:** 7¾" overall.
**Stocks:** Rubber combat.
**Sights:** Fixed, glare-proofed blade front, square notch rear; three-dot system.
**Features:** Long trigger; arched housing; grip and thumb safeties.
**Price:** 45, blue . . . . . . . . . . $707.00
**Price:** 45, stainless . . . . . . . . . . $759.00
**Price:** 38 Super, stainless . . . . . . . . . . $759.00

**Colt Lightweight Commander MK IV/Series 80**
Same as Commander except high strength aluminum alloy frame, rubber combat grips, weight 27½ oz. 45 ACP only.
**Price:** Blue . . . . . . . . . . $707.00

Colt Double Eagle Combat

**COLT DOUBLE EAGLE MKII/SERIES 90 DA PISTOL**
**Caliber:** 45 ACP, 8-shot magazine.
**Barrel:** 4½", 5".
**Weight:** 39 ozs. **Length:** 8½" overall.
**Stocks:** Black checkered Xenoy thermoplastic.
**Sights:** Blade front, rear adjustable for windage. High profile three-dot system. Colt Accro adjustable sight optional.
**Features:** Made of stainless steel with matte finish. Checkered and curved extended trigger guard, wide steel trigger; decocking lever on left side; traditional magazine release; grooved frontstrap; bevelled magazine well; extended grip guard; rounded, serrated combat-style hammer. Announced 1989.
**Price:** . . . . . . . . . . $697.00
**Price:** Combat Comm., 45, 4½" bbl. . . . . . . . . . . $697.00

**Colt Double Eagle Officer's ACP**
Similar to the regular Double Eagle except 45 ACP only, 3½" barrel, 34 oz., 7¼" overall length. Has 5¼" sight radius. Also offered in Lightweight version weighing 25 oz. Introduced 1991.
**Price:** Standard or Lightweight . . . . . . . . . . $697.00

Colt Government Model

**COLT GOVERNMENT MODEL MK IV/SERIES 80**
**Caliber:** 38 Super, 9-shot; 45 ACP, 8-shot magazine.
**Barrel:** 5".
**Weight:** 38 oz. **Length:** 8½" overall.
**Stocks:** Rubber combat.
**Sights:** Ramp front, fixed square notch rear; three-dot system.
**Features:** Grip and thumb safeties and internal firing pin safety, long trigger.
**Price:** 45 ACP, blue . . . . . . . . . . $707.00
**Price:** 45 ACP, stainless . . . . . . . . . . $759.00
**Price:** 45 ACP, bright stainless . . . . . . . . . . $829.00
**Price:** 38 Super, blue . . . . . . . . . . $707.00
**Price:** 38 Super, stainless . . . . . . . . . . $759.00
**Price:** 38 Super, bright stainless . . . . . . . . . . $829.00

**Colt 10mm Delta Elite**
Similar to the Government Model except chambered for 10mm auto cartridge. Has three-dot high profile front and rear combat sights, rubber combat stocks with Delta medallion, internal firing pin safety, and new recoil spring/buffer system. Introduced 1987.
**Price:** Blue . . . . . . . . . . $774.00

**Colt Combat Elite MK IV/Series 80**
Similar to the Government Model except has stainless frame with ordnance steel slide and internal parts. High profile front, rear sights with three-dot system, extended grip safety, beveled magazine well, rubber combat stocks. Introduced 1986.
**Price:** 45 ACP, STS/B . . . . . . . . . . $860.00
**Price:** 38 Super, STS/B . . . . . . . . . . $860.00

Colt Government Model 380

**COLT GOVERNMENT MODEL 380**
**Caliber:** 380 ACP, 7-shot magazine.
**Barrel:** 3¼".
**Weight:** 21¾ oz. **Length:** 6" overall.
**Stocks:** Checkered composition.
**Sights:** Ramp front, square notch rear, fixed.
**Features:** Scaled-down version of the 1911A1 Colt G.M. Has thumb and internal firing pin safeties. Introduced 1983.
**Price:** Blue . . . . . . . . . . $443.00
**Price:** Nickel . . . . . . . . . . $504.00
**Price:** Stainless . . . . . . . . . . $473.00
**Price:** Pocketlite 380, blue . . . . . . . . . . $443.00

**Colt Mustang Plus II**
Similar to the 380 Government Model except has the shorter barrel and slide of the Mustang. Introduced 1988.
**Price:** Blue . . . . . . . . . . $443.00
**Price:** Stainless . . . . . . . . . . $473.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 279

Compendium_Klarevas
Page 444

**Colt Mustang 380, Mustang Pocketlite**

Similar to the standard 380 Government Model. Mustang has steel frame (18.5 oz.), Pocketlite has aluminum alloy (12.5 oz.). Both are ½" shorter than 380 G.M., have 2¾" barrel. Introduced 1987.

**Price:** Mustang 380, blue . . . . . $443.00
**Price:** As above, nickel . . . . . $504.00
**Price:** As above, stainless . . . . . $473.00
**Price:** Mustang Pocketlite, blue . . . . . $443.00
**Price:** Mustang Pocketlite STS/N . . . . . $473.00

Colt Mustang 380

**COLT MODEL 1991 A1 AUTO PISTOL**

**Caliber:** 45 ACP, 7-shot magazine.
**Barrel:** 5".
**Weight:** 38 oz. **Length:** 8.5" overall.
**Stocks:** Checkered black composition.
**Sights:** Ramped blade front, fixed square notch rear, high profile.
**Features:** Parkerized finish. Continuation of serial number range used on original G.I. 1911-A1 guns. Comes with one magazine and moulded carrying case. Introduced 1991.
**Price:** . . . . . $517.00

**Colt Model 1991 A1 Compact Auto Pistol**

Similar to the Model 1991 A1 except has 3½" barrel. Overall length is 7", and gun is ⅜" shorter in height. Comes with one 6-shot magazine, moulded case. Introduced 1993.

**Price:** . . . . . $517.00

**COLT OFFICER'S ACP MK IV/SERIES 80**

**Caliber:** 45 ACP, 6-shot magazine.
**Barrel:** 3½".
**Weight:** 34 oz. (steel frame); 24 oz. (alloy frame). **Length:** 7¼" overall.
**Stocks:** Rubber combat.
**Sights:** Ramp blade front with white dot, square notch rear with two white dots.
**Features:** Trigger safety lock (thumb safety), grip safety, firing pin safety; long trigger; flat mainspring housing. Also available with lightweight alloy frame and in stainless steel. Introduced 1985.

**Price:** Blue . . . . . $707.00
**Price:** L.W., blue finish . . . . . $707.00
**Price:** Stainless . . . . . $759.00
**Price:** Bright stainless . . . . . $829.00

**COONAN 357 MAGNUM PISTOL**

**Caliber:** 357 Mag., 7-shot magazine.
**Barrel:** 5".
**Weight:** 42 oz. **Length:** 8.3" overall.
**Stocks:** Smooth walnut.
**Sights:** Interchangeable ramp front, rear adjustable for windage.
**Features:** Stainless and alloy steel construction. Unique barrel hood improves accuracy and reliability. Linkless barrel. Many parts interchange with Colt autos. Has grip, hammer, half-cock safeties, extended slide latch. Made in U.S. by Coonan Arms, Inc.

**Price:** 5" barrel . . . . . $720.00
**Price:** 6" barrel . . . . . $755.00
**Price:** With 6" compensated barrel . . . . . $1,400.00

**Coonan Compact 357 Magnum Cadet Pistol**

Similar to the 357 Magnum full-size gun except has 3.9" barrel, shorter frame, 6-shot magazine. Weight is 39 oz., overall length 7.8". Linkless bull barrel, full-length recoil spring guide rod, extended slide latch. Introduced 1993. Made in U.S. by Coonan Arms, Inc.

**Price:** . . . . . $841.00

**CZ 75 AUTO PISTOL**

**Caliber:** 9mm Para., 40 S&W, 15-shot magazine.
**Barrel:** 4.7".
**Weight:** 34.3 oz. **Length:** 8.1" overall.
**Stocks:** High impact checkered plastic.
**Sights:** Square post front, rear adjustable for windage; three-dot system.
**Features:** Single action/double action design; choice of black polymer, matte or high-polish blue finishes. All-steel frame. Imported from the Czech Republic by Action Arms, Ltd.

**Price:** 9mm, black polymer finish . . . . . $479.00
Price: 40 S&W, SA/DA or DAO, black polymer finish . . . . . $519.00
**Price:** 9mm, matte blue . . . . . $499.00
Price: 40 S&W, SA/DA or DAO, matte blue . . . . . $539.00
**Price:** High-polish blue . . . . . $519.00
Price: 40 S&W, SA/DA or DAO, high-polish blue . . . . . $559.00

**Colt Model 1991 A1 Commander Auto Pistol**

Similar to the Model 1991 A1 except has 4¼" barrel. Parkerized finish. 7-shot magazine. Comes in moulded case. Introduced 1993.

**Price:** . . . . . $517.00

Colt 1991A1 Compact

Coonan 357 Magnum

CZ 75 Compact

**CZ 75 Compact Auto Pistol**

Similar to the CZ 75 except has 13-shot magazine, 3.9" barrel and weighs 32 oz. Has removable front sight, non-glare ribbed slide top. Trigger guard is squared and serrated; combat hammer. Introduced 1993. Imported from the Czech Republic by Action Arms, Ltd.

**Price:** Black polymer finish . . . . . $519.00
**Price:** Matte blue . . . . . $539.00
**Price:** High-polish blue . . . . . $559.00

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—AUTOLOADERS, SERVICE & SPORT

**CZ 75 Semi-Compact Auto Pistol**
Uses the shorter slide and barrel of the CZ 75 Compact with the full-size frame of the standard CZ 75. Has 15-shot magazine; 9mm Para. only. Introduced 1994. Imported from the Czech Republic by Action Arms Ltd.
**Price:** Black polymer finish . . . . . . . . . . . . . . . . . . . . . . $519.00
**Price:** Matte blue finish . . . . . . . . . . . . . . . . . . . . . . . $539.00
**Price:** High-polish blue finish . . . . . . . . . . . . . . . . . . . . $559.00

**CZ 85 Combat Auto Pistol**
Same as the CZ 85 except has walnut grips, round combat hammer, fully adjustable rear sight, extended magazine release. Trigger parts coated with friction-free beryllium copper. Introduced 1992. Imported from the Czech Republic by Action Arms, Ltd.
**Price:** Black polymer finish . . . . . . . . . . . . . . . . . . . . . . **$619.00**
**Price:** Matte blue . . . . . . . . . . . . . . . . . . . . . . . . . . **$645.00**
**Price:** High-polish blue . . . . . . . . . . . . . . . . . . . . . . . **$669.00**

CZ 83 DA

**CZ 85 Auto Pistol**
Same gun as the CZ 75 except has ambidextrous slide release and safety-levers; non-glare, ribbed slide top; squared, serrated trigger guard; trigger stop to prevent overtravel. Introduced 1986. Imported from the Czech Republic by Action Arms, Ltd.
**Price:** Black polymer finish . . . . . . . . . . . . . . . . . . . . . . **$515.00**
**Price:** Matte blue . . . . . . . . . . . . . . . . . . . . . . . . . . **$537.00**
**Price:** High-polish blue . . . . . . . . . . . . . . . . . . . . . . . **$559.00**

**CZ 83 DOUBLE-ACTION PISTOL**
**Caliber:** 32, 380 ACP, 12-shot magazine.
**Barrel:** 3.8".
**Weight:** 26.2 oz. **Length:** 6.8" overall.
**Stocks:** High impact checkered plastic.
**Sights:** Removable square post front, rear adjustable for windage; three-dot system.
**Features:** Single action/double action; ambidextrous magazine release and safety. Blue finish; non-glare ribbed slide top. Imported from the Czech Republic by Action Arms Ltd.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$389.00**

**DAEWOO DH45 HIGH CAPACITY PISTOL**
**Caliber:** 45 ACP, 13-shot magazine.
**Barrel:** 5".
**Weight:** 35 oz. **Length:** 8.1" overall.
**Stocks:** NA.
**Sights:** 1/8" blade front, rear drift adjustable for windage; three-dot system.
**Features:** Short-stroke double-action mechanism; hammerless striker design; ambidextrous external safety with internal firing pin lock. Announced 1994. Imported from Korea by Nationwide Sports Distributors.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$500.00**

**DAEWOO DP51 FASTFIRE AUTO PISTOL**
**Caliber:** 9mm Para., 13-shot magazine.
**Barrel:** 4.25".
**Weight:** 28.2 oz. **Length:** 7" overall.
**Stocks:** Checkered composition.
**Sights:** 1/8" blade front, square notch rear drift adjustable for windage. Three dot system.
**Features:** Patented Fastfire mechanism. Ambidextrous manual safety and magazine catch, automatic firing pin block. No magazine safety. Alloy frame, squared trigger guard. Matte black finish. Introduced 1991. Imported from Korea by Nationwide Sports Dist.
**Price:** DP51 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$390.00**
**Price:** DH40 (40 S&W, 12-shot magazine) . . . . . . . . . . . . . . **$420.00**

Daewoo DP51 Fastfire

**DAEWOO DP52 AUTO PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 3.8".
**Weight:** 23 oz. **Length:** 6.7" overall.
**Stocks:** NA.
**Sights:** 1/8" blade front, rear drift adjustable for windage; three-dot system.
**Features:** Polished blue finish. Comes with two magazines. Introduced 1994. Imported from Korea by Nationwide Sports Distributors.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$320.00**

Daewoo DP52

**DAVIS P-32 AUTO PISTOL**
**Caliber:** 32 ACP, 6-shot magazine.
**Barrel:** 2.8".
**Weight:** 22 oz. **Length:** 5.4" overall.
**Stocks:** Laminated wood.
**Sights:** Fixed.
**Features:** Choice of black Teflon or chrome finish. Announced 1986. Made in U.S. by Davis Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$87.50**

**DAVIS P-380 AUTO PISTOL**
**Caliber:** 380 ACP, 5-shot magazine.
**Barrel:** 2.8".
**Weight:** 22 oz. **Length:** 5.4" overall.
**Stocks:** Black composition.
**Sights:** Fixed.
**Features:** Choice of chrome or black Teflon finish. Introduced 1991. Made in U.S. by Davis Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$98.00**

Davis P-32

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

49th EDITION, 1995 **281**

Compendium_Klarevas
Page 446

Desert Eagle Magnum

Desert Industries War Eagle

Desert Industries Double Deuce

**E.A.A. European 380/DA Pistol**
Similar to the standard European except in 380 ACP only, with double-action trigger mechanism. Available in blue, chrome or blue/chrome finish. Introduced 1992. From European American Armory.
**Price:** Blue . . . . . . . . . . $185.00
**Price:** Chrome . . . . . . . . . . $199.00
**Price:** Blue/chrome . . . . . . . . . . $199.00

**E.A.A. WITNESS DA AUTO PISTOL**
**Caliber:** 9mm Para., 16-shot magazine; 10mm Auto, 10-shot magazine; 38 Super, 40 S&W, 12-shot magazine; 45 ACP, 10-shot magazine.
**Barrel:** 4.50".
**Weight:** 35.33 oz. **Length:** 8.10" overall.
**Stocks:** Checkered rubber.
**Sights:** Undercut blade front, open rear adjustable for windage.
**Features:** Double-action trigger system; round trigger guard; frame-mounted safety. Introduced 1991. Imported from Italy by European American Armory.
**Price:** 9mm, blue . . . . . . . . . . $399.00
**Price:** 9mm, satin chrome . . . . . . . . . . $425.00
**Price:** 9mm, blue slide, chrome frame . . . . . . . . . . $425.00
**Price:** 9mm Compact, blue, 13-shot . . . . . . . . . . $399.00
**Price:** As above, blue slide, chrome frame, or all-chrome . . . . . . $425.00
**Price:** 40 S&W, blue . . . . . . . . . . $425.00
**Price:** As above, blue slide, chrome frame, or all-chrome . . . . . . $450.00
**Price:** 40 S&W Compact, 8-shot, blue . . . . . . . . . . $425.00
**Price:** As above, blue slide, chrome frame, or all-chrome . . . . . . $450.00
**Price:** 45 ACP, blue . . . . . . . . . . $495.00
**Price:** As above, blue slide, chrome frame, or all-chrome . . . . . . $525.00
**Price:** 45 ACP Compact, 8-shot, blue . . . . . . . . . . $495.00
**Price:** As above, blue slide, chrome frame or all-chrome . . . . . . $525.00
**Price:** 9mm/40 S&W Combo, blue, compact or full size . . . . . . $560.00
**Price:** As above, blue/chrome, compact or full size . . . . . . $585.00
**Price:** 9mm or 40 S&W Carry Comp, blue . . . . . . $550.00
**Price:** As above, blue/chrome . . . . . . . . . . $575.00

**DESERT EAGLE MAGNUM PISTOL**
**Caliber:** 357 Mag., 9-shot; 41 Mag., 44 Mag., 8-shot; 50 Magnum, 7-shot.
**Barrel:** 6", 10", 14" interchangeable.
**Weight:** 357 Mag.—62 oz.; 41 Mag., 44 Mag.—69 oz.; 50 Mag.—72 oz.
**Length:** 10¼" overall (6" bbl.).
**Stocks:** Wraparound plastic.
**Sights:** Blade on ramp front, combat-style rear. Adjustable available.
**Features:** Rotating three-lug bolt; ambidextrous safety; combat-style trigger guard; adjustable trigger optional. Military epoxy finish. Satin, bright nickel, hard chrome, polished and blued finishes available. Imported from Israel by Magnum Research, Inc.
**Price:** 357, 6" bbl., standard pistol . . . . . . . . . . $789.00
**Price:** As above, stainless steel frame . . . . . . . . . . $839.00
**Price:** 41 Mag., 6", standard pistol . . . . . . . . . . $799.00
**Price:** 41 Mag., stainless steel frame . . . . . . . . . . $849.00
**Price:** 44 Mag., 6", standard pistol . . . . . . . . . . $899.00
**Price:** As above, stainless steel frame . . . . . . . . . . $949.00
**Price:** 50 Magnum, 6" bbl., standard pistol . . . . . . . . . . $1,249.00

**DESERT INDUSTRIES WAR EAGLE PISTOL**
**Caliber:** 380 ACP, 8- or 13-shot; 9mm Para., 14-shot; 10mm, 13-shot; 40 S&W, 14-shot; 45 ACP, 12-shot.
**Barrel:** 4".
**Weight:** 35.5 oz. **Length:** 7.5" overall.
**Stocks:** Rosewood.
**Sights:** Fixed.
**Features:** Double action; matte-finished stainless steel; slide mounted ambidextrous safety. Announced 1986. From Desert Industries, Inc.
**Price:** . . . . . . . . . . $795.00
**Price:** 380 ACP . . . . . . . . . . $725.00

**DESERT INDUSTRIES DOUBLE DEUCE, TWO BIT SPECIAL PISTOLS**
**Caliber:** 22 LR, 6-shot; 25 ACP, 5-shot.
**Barrel:** 2½".
**Weight:** 15 oz. **Length:** 5½" overall.
**Stocks:** Rosewood.
**Sights:** Special order.
**Features:** Double action; stainless steel construction with matte finish; ambidextrous slide-mounted safety. From Desert Industries, Inc.
**Price:** 22 . . . . . . . . . . $399.95
**Price:** 25 (Two-Bit Special) . . . . . . . . . . $399.95

**E.A.A. EUROPEAN MODEL AUTO PISTOLS**
**Caliber:** 32 ACP or 380 ACP, 7-shot magazine.
**Barrel:** 3.88".
**Weight:** 26 oz. **Length:** 7⅜" overall.
**Stocks:** European hardwood.
**Sights:** Fixed blade front, rear drift-adjustable for windage.
**Features:** Chrome or blue finish; magazine, thumb and firing pin safeties; external hammer; safety-lever takedown. Imported from Italy by European American Armory.
**Price:** Blue . . . . . . . . . . $150.00
**Price:** Blue/chrome . . . . . . . . . . $165.00
**Price:** Chrome . . . . . . . . . . $165.00
**Price:** Ladies Model . . . . . . . . . . $225.00

E.A.A. Witness

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

**ERMA KGP68 AUTO PISTOL**
**Caliber:** 32 ACP, 6-shot, 380 ACP, 5-shot.
**Barrel:** 4".
**Weight:** 22½ oz. **Length:** 7⅜" overall.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Toggle action similar to original "Luger" pistol. Action stays open after last shot. Has magazine and sear disconnect safety systems. Imported from Germany by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$795.00**

**FEG B9R AUTO PISTOL**
**Caliber:** 380 ACP, 15-shot magazine.
**Barrel:** 4".
**Weight:** 25 oz. **Length:** 7" overall.
**Stocks:** Hand-checkered walnut.
**Sights:** Blade front, drift-adjustable rear.
**Features:** Hammer-drop safety; grooved backstrap; squared trigger guard. Comes with spare magazine. Introduced 1993. Imported from Hungary by Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$312.00**

**FEG FP9 AUTO PISTOL**
**Caliber:** 9mm Para., 14-shot magazine.
**Barrel:** 5".
**Weight:** 35 oz. **Length:** 7.8" overall.
**Stocks:** Checkered walnut.
**Sights:** Blade front, windage-adjustable rear.
**Features:** Full-length ventilated rib. Polished blue finish. Comes with extra magazine. Introduced 1993. Imported from Hungary by Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$269.00**

**FEG GKK-45 DA AUTO PISTOL**
**Caliber:** 45 ACP, 8-shot magazine.
**Barrel:** 4.6".
**Weight:** 34 oz. **Length:** 8.06" overall.
**Stocks:** Hand-checkered walnut.
**Sights:** Blade front, rear adjustable for windage; three-dot system.
**Features:** Combat-type trigger guard. Polished blue or hard chrome finish. Comes with two magazines, cleaning rod. Introduced 1994. Imported from Hungary by K.B.I., Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$449.00**
**Price:** Hard chrome . . . . . . . . . . . . . . . . . . . . . . . . . **$499.00**

**FEG PJK-9HP AUTO PISTOL**
**Caliber:** 9mm Para., 13-shot magazine.
**Barrel:** 4.75".
**Weight:** 32 oz. **Length:** 8" overall.
**Stocks:** Hand-checkered walnut.
**Sights:** Blade front, rear adjustable for windage; three dot system.
**Features:** Single action; polished blue or hard chrome finish; rounded combat-style serrated hammer. Comes with two magazines and cleaning rod. Imported from Hungary by K.B.I., Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$349.00**
**Price:** Hard chrome . . . . . . . . . . . . . . . . . . . . . . . . . **$429.00**

**FEG P9R AUTO PISTOL**
**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4.6".
**Weight:** 35 oz. **Length:** 7.9" overall.
**Stocks:** Checkered walnut.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Double-action mechanism; slide-mounted safety. All-Steel construction with polished blue finish. Comes with extra magazine. Introduced 1993. Imported from Hungary by Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$262.00**

**FEG SMC-22 DA AUTO PISTOL**
**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 3.5".
**Weight:** 18.5 oz. **Length:** 6.12" overall.
**Stocks:** Checkered composition with thumbrest.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Patterned after the PPK pistol. Alloy frame, steel slide; blue finish. Comes with two magazines, cleaning rod. Introduced 1994. Imported from Hungary by K.B.I., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**

FEG GKK-45

FEG PJK-9HP

FEG P9R

FEG SMC-22

**FEG SMC-380 AUTO PISTOL**
**Caliber:** 380 ACP, 6-shot magazine.
**Barrel:** 3.5".
**Weight:** 18.5 oz. **Length:** 6.1" overall.
**Stocks:** Checkered composition with thumbrest.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Patterned after the PPK pistol. Alloy frame, steel slide; double action. Blue finish. Comes with two magazines, cleaning rod. Imported from Hungary by K.B.I.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$279.00**

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

Glock 19

Glock 21

### GLOCK 17 AUTO PISTOL

**Caliber:** 9mm Para., 17-shot magazine.
**Barrel:** 4.49".
**Weight:** 21.9 oz. (without magazine). **Length:** 7.28" overall.
**Stocks:** Black polymer.
**Sights:** Dot on front blade, white outline rear adjustable for windage.
**Features:** Polymer frame, steel slide; double-action trigger with "Safe Action" system; mechanical firing pin safety, drop safety; simple takedown without tools; locked breech, recoil operated action. Adopted by Austrian armed forces 1983. NATO approved 1984. Imported from Austria by Glock, Inc.
**Price:** With extra magazine, magazine loader, cleaning kit . . . . . . **$608.95**
**Price:** Model 17L (6" barrel) . . . . . . . . . . . . . . . . . . . . . **$806.67**

### Glock 19 Auto Pistol

Similar to the Glock 17 except has a 4" barrel, giving an overall length of 6.85" and weight of 20.99 oz. Magazine capacity is 15 rounds. Fixed or adjustable rear sight. Introduced 1988.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$608.95**

### Glock 20 10mm Auto Pistol

Similar to the Glock Model 17 except chambered for 10mm Automatic cartridge. Barrel length is 4.60", overall length is 7.59", and weight is 26.3 oz. (without magazine). Magazine capacity is 15 rounds. Fixed or adjustable rear sight. Comes with an extra magazine, magazine loader, cleaning rod and brush. Introduced 1990. Imported from Austria by Glock, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$670.41**

### Glock 21 Auto Pistol

Similar to the Glock 17 except chambered for 45 ACP, 13-shot magazine. Overall length is 7.59", weight is 25.2 oz. (without magazine). Fixed or adjustable rear sight. Introduced 1991.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$670.41**

### Glock 22 Auto Pistol

Similar to the Glock 17 except chambered for 40 S&W, 15-shot magazine. Overall length is 7.28", weight is 22.3 oz. (without magazine). Fixed or adjustable rear sight. Introduced 1990.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$670.41**

### Glock 23 Auto Pistol

Similar to the Glock 19 except chambered for 40 S&W, 13-shot magazine. Overall length is 6.85", weight is 20.6 oz. (without magazine). Fixed or adjustable rear sight. Introduced 1990.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$608.95**

### GRENDEL P-12 AUTO PISTOL

**Caliber:** 380 ACP, 11-shot magazine.
**Barrel:** 3".
**Weight:** 13 oz. **Length:** 5.3" overall.
**Stocks:** Checkered DuPont ST-800 polymer.
**Sights:** Fixed.
**Features:** Double action only with inertia safety hammer system. All steel frame; grip forms magazine well and trigger guard. Introduced 1992. Made in U.S. by Grendel, Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . **$175.00**
**Price:** Electroless nickel . . . . . . . . . . . . . . . . . . . . **$195.00**

Grendel P-12

Grendel P-30

### GRENDEL P-30 AUTO PISTOL

**Caliber:** 22 WMR, 30-shot magazine.
**Barrel:** 5", 8".
**Weight:** 21 oz. (5" barrel). **Length:** 8.5" overall (5" barrel).
**Stocks:** Checkered Zytel.
**Sights:** Blade front, fixed rear.
**Features:** Blowback action with fluted chamber; ambidextrous safety, reversible magazine catch. Scope mount available. Introduced 1990.
**Price:** With 5" barrel . . . . . . . . . . . . . . . . . . . . . **$225.00**
**Price:** With removable muzzlebrake (Model P-30M) . . . . . . . . . . **$235.00**
**Price:** With 8" barrel (Model P-30L) . . . . . . . . . . . . . . . . . **$280.00**

### HAMMERLI MODEL 212 AUTO PISTOL

**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 4.9".
**Weight:** 31 oz.
**Stocks:** Checkered walnut.
**Sights:** Blade front, rear adjustable for windage only.
**Features:** Polished blue finish. Imported from Switzerland by Mandall Shooting Supplies and Hammerli Pistols USA.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,395.00**

Hammerli Model 212

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—AUTOLOADERS, SERVICE & SPORT

Heckler & Koch P7M10

### HECKLER & KOCH P7M8 AUTO PISTOL

**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 4.13".
**Weight:** 29 oz. **Length:** 6.73" overall.
**Stocks:** Stippled black plastic.
**Sights:** Blade front, adjustable rear; three dot system.
**Features:** Unique "squeeze cocker" in frontstrap cocks the action. Gas-retarded action. Squared combat-type trigger guard. Blue finish. Compact size. Imported from Germany by Heckler & Koch, Inc.
**Price:** P7M8, blued . . . . . . . . . . . . . . . . . . . . . . . . **$1,100.00**
**Price:** P7M13 (13-shot capacity, ambidextrous magazine release, forged steel frame), blued . . . . . . . . . . . . . . . . . . . . . . . . **$1,330.00**
**Price:** P7M13, nickel . . . . . . . . . . . . . . . . . . . . . . . . **$1,330.00**

### Heckler & Koch P7M10 Auto Pistol

Similar to the P7M8 except chambered for 40 S&W with 10-shot magazine. Weighs 43 oz., overall length is 6.9". Introduced 1992. Imported from Germany by Heckler & Koch, Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,315.00**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,315.00**

### Heckler & Koch P7K3 Auto Pistol

Similar to the P7M8 and P7M13 except chambered for 22 LR or 380 ACP, 8-shot magazine. Uses an oil-filled buffer to decrease recoil. Introduced 1988.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,100.00**
**Price:** 22 LR conversion unit . . . . . . . . . . . . . . . . . . . . . **$525.00**
**Price:** 32 ACP conversion unit . . . . . . . . . . . . . . . . . . . . **$228.00**

Heckler & Koch USP

### HECKLER & KOCH USP AUTO PISTOL

**Caliber:** 9mm Para., 15-shot magazine, 40 S&W, 13-shot magazine.
**Barrel:** 4.25".
**Weight:** 28 oz. (USP40). **Length:** 6.9" overall.
**Stocks:** Non-slip stippled black polymer.
**Sights:** Blade front, rear adjustable for windage.
**Features:** New HK design with polymer frame, modified Browning action with recoil reduction system, single control lever. Special "hostile environment" finish on all metal parts. Available in SA/DA, DAO, left- and right-hand versions. Introduced 1993. Imported from Germany by Heckler & Koch, Inc.
**Price:** Right-hand . . . . . . . . . . . . . . . . . . . . . . . . . . **$635.00**
**Price:** Left-hand . . . . . . . . . . . . . . . . . . . . . . . . . . . **$655.00**

Heritage HA25

### HELWAN "BRIGADIER" AUTO PISTOL

**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 4.5".
**Weight:** 32 oz. **Length:** 8" overall.
**Stocks:** Grooved plastic.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Polished blue finish. Single-action design. Cross-bolt safety. Imported by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$260.00**

### HERITAGE MODEL HA25 AUTO PISTOL

**Caliber:** 25 ACP, 6-shot magazine.
**Barrel:** 2½".
**Weight:** 12 oz. **Length:** 4⅝" overall.
**Stocks:** Smooth or checkered walnut.
**Sights:** Fixed.
**Features:** Exposed hammer, manual safety; open-top slide. Polished blue or blue/gold finish. Introduced 1993. Made in U.S. by Heritage Mfg., Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$64.95**
**Price:** Blue/gold . . . . . . . . . . . . . . . . . . . . . . . . . . **$79.95**

Hi-Point JS-9MM

### HI-POINT FIREARMS MODEL JS-9MM COMPACT PISTOL

**Caliber:** 380 ACP, 9mm Para., 8-shot magazine.
**Barrel:** 3.5".
**Weight:** 35 oz. **Length:** 6.7" overall.
**Stocks:** Textured acetal plastic.
**Sights:** Combat-style fixed three-dot system; low profile.
**Features:** Single-action design; frame-mounted magazine release. Scratch-resistant matte finish. Introduced 1993. From MKS Supply, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$124.95**
**Price:** With polymer frame (32 oz.) . . . . . . . . . . . . . . . . . . **$132.95**
**Price:** 380 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . **NA**

### HI-POINT FIREARMS JS-45 CALIBER PISTOL

**Caliber:** 45 ACP, 7-shot magazine.
**Barrel:** 4.5".
**Weight:** 44 oz. **Length:** 7.95" overall.
**Stocks:** Checkered acetal resin.
**Sights:** Fixed; low profile.
**Features:** Internal drop-safe mechanism; all aluminum frame. Introduced 1991. From MKS Supply, Inc.
**Price:** Matte black . . . . . . . . . . . . . . . . . . . . . . . . . . **$148.95**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

49th EDITION, 1995 **285**

Compendium_Klarevas
Page 450

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

### HI-POINT FIREARMS JS-40 S&W AUTO

**Caliber:** 40 S&W, 8-shot magazine.
**Barrel:** 4.5".
**Weight:** 44 oz. **Length:** 7.95" overall.
**Stocks:** Checkered acetal resin.
**Sights:** Fixed; low profile.
**Features:** Internal drop-safe mechansim; all aluminum frame. Introduced 1991. From MKS Supply, Inc.
**Price:** Matte black . . . . . . . . . . . . . . . . . . . . . . . . . **$148.95**

### HI-POINT FIREARMS JS-9MM AUTO PISTOL

**Caliber:** 9mm Para., 9-shot magazine.
**Barrel:** 4.5".
**Weight:** 41 oz. **Length:** 7.72" overall.
**Stocks:** Textured acetal plastic.
**Sights:** Fixed, low profile.
**Features:** Single-action design. Scratch-resistant, non-glare blue finish. Introduced 1990. From MKS Supply, Inc.
**Price:** Matte black . . . . . . . . . . . . . . . . . . . . . . . . . **$139.95**

### HUNGARIAN T-58 AUTO PISTOL

**Caliber:** 7.62mm and 9mm Para., 8-shot magazine.
**Barrel:** 4.5".
**Weight:** 31 oz. **Length:** 7.68" overall.
**Stocks:** Grooved composition.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Comes with both barrels and magazines. Thumb safety locks hammer. Blue finish. Imported by Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$187.00**

### INTRATEC CATEGORY 9 AUTO PISTOL

**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 3".
**Weight:** 21 oz. **Length:** 5.5" overall.
**Stocks:** Textured black polymer.
**Sights:** Fixed channel.
**Features:** Black polymer frame. Announced 1993. Made in U.S. by Intratec.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$225.00**

Consult our Directory pages for the location of firms mentioned.

### Intratec TEC-DC9M Auto Pistol

Similar to the TEC-DC9 except smaller. Has 3" barrel, weighs 44 oz.; 20-shot magazine. Made in U.S. by Intratec.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$245.00**
**Price:** TEC-DC9MS (as above, stainless) . . . . . . . . . . . . . . **$339.00**
**Price:** TEC-DC9MK (finished with TEC-KOTE) . . . . . . . . . . . **$277.00**

Jennings J-25

### KAHR K9 DA AUTO PISTOL

**Caliber:** 9mm Para., 7-shot magazine.
**Barrel:** 3.5".
**Weight:** 24 oz. **Length:** 6" overall.
**Stocks:** Smooth wood; wrap-around design.
**Sights:** Blade front, rear drift adjustable for windage; bar-dot combat style.
**Features:** Trigger-cocking double-action mechanism with passive firing pin block. Made of 4140 ordnance steel with blue finish. Introduced 1994. Made in U.S. by Kahr Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$595.00**

Hi-Point JS-40

### INTRATEC PROTEC-22, 25 AUTO PISTOLS

**Caliber:** 22 LR, 10-shot; 25 ACP, 8-shot magazine.
**Barrel:** 2½".
**Weight:** 14 oz. **Length:** 5" overall.
**Stocks:** Wraparound composition in gray, black or driftwood color.
**Sights:** Fixed.
**Features:** Double-action only trigger mechanism. Choice of black, satin or TEC-KOTE finish. Announced 1991. Made in U.S. by Intratec.
**Price:** 22 or 25, black finish . . . . . . . . . . . . . . . . . . . . . **$102.00**
**Price:** 22 or 25, satin or TEC-KOTE finish . . . . . . . . . . . . . . **$107.95**

### INTRATEC TEC-DC9 AUTO PISTOL

**Caliber:** 9mm Para., 32-shot magazine.
**Barrel:** 5".
**Weight:** 50 oz. **Length:** 12½" overall.
**Stock:** Moulded composition.
**Sights:** Fixed.
**Features:** Semi-auto, fires from closed bolt; firing pin block safety; matte blue finish. Made in U.S. by Intratec.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$269.00**
**Price:** TEC-DC9S (as above, except stainless) . . . . . . . . . . . **$362.00**
**Price:** TEC-DC9K (finished with TEC-KOTE) . . . . . . . . . . . . . **$297.00**

### INTRATEC TEC-22T AUTO PISTOL

**Caliber:** 22 LR, 30-shot magazine.
**Barrel:** 4".
**Weight:** 30 oz. **Length:** 11$\frac{3}{16}$" overall.
**Stocks:** Moulded composition.
**Sights:** Protected post front, front and rear adjustable for windage and elevation.
**Features:** Ambidextrous cocking knobs and safety. Matte black finish. Accepts any 10/22-type magazine. Introduced 1988. Made in U.S. by Intratec.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$161.00**
**Price:** TEC-22TK (as above, TEC-KOTE finish) . . . . . . . . . . . **$183.50**

### JENNINGS J-22, J-25 AUTO PISTOLS

**Caliber:** 22 LR, 25 ACP, 6-shot magazine.
**Barrel:** 2½".
**Weight:** 13 oz. (J-22). **Length:** 4$\frac{15}{16}$" overall (J-22).
**Stocks:** Walnut on chrome or nickel models; grooved black Cycolac or resin-impregnated wood on Teflon model.
**Sights:** Fixed.
**Features:** Choice of bright chrome, satin nickel or black Teflon finish. Introduced 1981. From Jennings Firearms.
**Price:** J-22, about . . . . . . . . . . . . . . . . . . . . . . . . . . **$79.95**
**Price:** J-25, about . . . . . . . . . . . . . . . . . . . . . . . . . . **$79.95**

Kahr K9

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—AUTOLOADERS, SERVICE & SPORT

Kareen Mk II

**KIMEL AP9 AUTO PISTOL**
**Caliber:** 9mm Para., 20-shot magazine.
**Barrel:** 5".
**Weight:** 3.5 lbs. **Length:** 11.8" overall.
**Stocks:** Checkered plastic.
**Sights:** Adjustable post front in ring, fixed open rear.
**Features:** Matte blue/black or nickel finish. Lever safety blocks trigger and sear. Fires from closed bolt. Introduced 1988. Made in U.S. Available from Kimel Industries.
**Price:** Matte blue/black . . . . . . . . **$264.00**
**Price:** Nickel finish . . . . . . . . **$274.00**
**Price:** Mini AP9 (3" barrel) . . . . . . . . **$258.00**
**Price:** Nickel finish . . . . . . . . **$268.00**
**Price:** Target AP9 (12" bbl., grooved forend), blue . . . . . . . . **$279.00**

**L.A.R. GRIZZLY WIN MAG MK I PISTOL**
**Caliber:** 357 Mag., 357/45, 10mm, 44 Mag., 45 Win. Mag., 45 ACP, 7-shot magazine.
**Barrel:** 5.4", 6.5".
**Weight:** 51 oz. **Length:** 10½" overall.
**Stocks:** Checkered rubber, non-slip combat-type.
**Sights:** Ramped blade front, fully adjustable rear.
**Features:** Uses basic Browning/Colt 1911A1 design; interchangeable calibers; beveled magazine well; combat-type flat, checkered rubber mainspring housing; lowered and back-chamfered ejection port; polished feed ramp; throated barrel; solid barrel bushings. Available in satin hard chrome, matte blue, Parkerized finishes. Introduced 1983. From L.A.R. Mfg., Inc.
**Price:** 45 Win. Mag. . . . . . . . . **$920.00**
**Price:** 357 Mag. . . . . . . . . **$933.00**
**Price:** Conversion units (357 Mag.) . . . . . . . . **$228.00**
**Price:** As above, 45 ACP, 10mm, 45 Win. Mag., 357/45 Win. Mag. . . **$214.00**

Laseraim Arms Series III

**Laseraim Arms Series II Auto Pistol**
Similar to the Series I except without compensator, has matte stainless finish. Standard Series II has 5" barrel, weighs 43 oz., Compact has 3⅜" barrel, weighs 37 oz. Blade front sight, rear adjustable for windage or fixed. Introduced 1993. Made in U.S. by Emerging Technologies, Inc.
**Price:** Standard or Compact (3⅜" barrel), fixed sight . . . . . . . . **$399.95**
**Price:** Adjustable sight, 5" only . . . . . . . . **$429.95**
**Price:** Standard, fixed sight, Auto Illusion red dot sight . . . . . . . . **$499.95**
**Price:** Standard, fixed sight, Laseraim Laser . . . . . . . . **$499.95**

**KAREEN MK II AUTO PISTOL**
**Caliber:** 9mm Para., 13-shot magazine.
**Barrel:** 4.75".
**Weight:** 32 oz. **Length:** 8" overall.
**Stocks:** Textured composition.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Single-action mechanism; external hammer safety; magazine safety; combat trigger guard. Blue finish standard, optional two-tone or matte black. Optional Meprolight sights, improved rubberized grips. Introduced 1969. Imported from Israel by J.O. Arms & Ammunition.
**Price:** . . . . . . . . **$425.00** to **$575.00**
**Price:** Barak 9mm (3.25" barrel, 28 oz., 6.5" overall length) **$425.00** to **$575.00**

L.A.R. Grizzly Win Mag

**L.A.R. Grizzly Win Mag 8" & 10"**
Similar to the standard Grizzly Win Mag except has lengthened slide and either 8" or 10" barrel. Available in 45 Win. Mag., 45 ACP, 357/45 Grizzly Win. Mag., 10mm or 357 Magnum. Introduced 1987.
**Price:** 8", 45 ACP, 45 Win. Mag., 357/45 Grizzly Win. Mag. . . . . . **$1,313.00**
**Price:** As above, 10" . . . . . . . . **$1,375.00**
**Price:** 8", 357 Magnum . . . . . . . . **$1,337.50**
**Price:** As above, 10" . . . . . . . . **$1,400.00**

**L.A.R. Grizzly 50 Mark V Pistol**
Similar to the Grizzly Win Mag Mark I except chambered for 50 Action Express with 6-shot magazine. Weight, empty, is 56 oz., overall length 10⅝". Choice of 5.4" or 6.5" barrel. Has same features as Mark I, IV pistols. Introduced 1993. From L.A.R. Mfg., Inc.
**Price:** . . . . . . . . **$1,060.00**

**L.A.R. Grizzly 44 Mag MK IV**
Similar to the Win. Mag. Mk I except chambered for 44 Magnum, has beavertail grip safety. Matte blue finish only. Has 5.4" or 6.5" barrel. Introduced 1991. From L.A.R. Mfg., Inc.
**Price:** . . . . . . . . **$933.00**

**LASERAIM ARMS SERIES I AUTO PISTOL**
**Caliber:** 10mm Auto, 8-shot, 45 ACP, 7-shot magazine.
**Barrel:** 6", with compensator.
**Weight:** 46 oz. **Length:** 9.75" overall.
**Stocks:** Pebble-grained black composite.
**Sights:** Blade front, fully adjustable rear.
**Features:** Single action; barrel compensator; stainless steel construction; ambidextrous safety-levers; extended slide release; matte black Teflon finish; integral mount for laser sight. Introduced 1993. Made in U.S. by Emerging Technologies, Inc.
**Price:** Standard, fixed sight . . . . . . . . **$552.95**
**Price:** Standard, Compact (4⅜" barrel), fixed sight . . . . . . . . **$552.95**
**Price:** Adjustable sight . . . . . . . . **$579.95**
**Price:** Standard, fixed sight, Auto Illusion red dot sight system . . . **$649.95**
**Price:** Standard, fixed sight, Laseraim Laser with Hotdot . . . . . . **$694.95**

**Laseraim Arms Series III Auto Pistol**
Similar to the Series II except has 5" barrel only, with dual-port compensator; weighs 43 oz.; overall length is 7⅝". Choice of fixed or adjustable rear sight. Introduced 1994. Made in U.S. by Emerging Technologies, Inc.
**Price:** Fixed sight . . . . . . . . **$533.95**
**Price:** Adjustable sight . . . . . . . . **$559.95**
**Price:** Fixed sight Dream Team Laseraim laser sight . . . . . . . . **$629.95**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

49th EDITION, 1995 **287**

Compendium_Klarevas
Page 452

### LLAMA COMPACT FRAME AUTO PISTOL

**Caliber:** 45 ACP, 7-shot.
**Barrel:** 4$^{5}/_{16}$".
**Weight:** 37 oz.
**Stocks:** Checkered polymer.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Scaled-down version of the Large Frame gun. Locked breech mechanism; manual and grip safeties. Introduced 1985. Imported from Spain by SGS Importers Int'l., Inc.
**Price:** Model IX-B, blue . . . . . . . . . . **$299.95**
**Price:** As above, nickel . . . . . . . . . . **$363.95**

Llama Large Frame

### LLAMA LARGE FRAME AUTO PISTOL

**Caliber:** 45 ACP.
**Barrel:** 5".
**Weight:** 40 oz. **Length:** 8½" overall.
**Stocks:** Checkered polymer.
**Sights:** Fixed.
**Features:** Grip and manual safeties, ventilated rib. Imported from Spain by SGS Importers Int'l., Inc.
**Price:** Model IX-A, blue . . . . . . . . . . **$299.95**
**Price:** As above, nickel . . . . . . . . . . **$363.95**

Llama New Generation

### Llama New Generation Auto Pistols

Similar to the Large and Compact frame 45 automatics except has 13-shot magazine, anatomically designed rubber grips, three-dot combat sights, non-glare matte finish. Chambered only for 45 ACP. Introduced 1994. Imported from Spain by SGS Importers International, Inc.
**Price:** Compact or Large frame . . . . . . . . . . **$391.95**
**Price:** Max-I (7-shot magazine) . . . . . . . . . . **$324.95**

### LLAMA XV, III-A SMALL FRAME AUTO PISTOLS

**Caliber:** 22 LR, 380.
**Barrel:** 3$^{11}/_{16}$".
**Weight:** 23 oz. **Length:** 6½" overall.
**Stocks:** Checkered polymer, thumbrest.
**Sights:** Fixed front, adjustable notch rear.
**Features:** Ventilated rib, manual and grip safeties. Imported from Spain by SGS Importers International, Inc.
**Price:** Blue . . . . . . . . . . **$248.95**
**Price:** Satin Chrome . . . . . . . . . . **$341.95**

Llama Small Frame

### LORCIN L9MM AUTO PISTOL

**Caliber:** 9mm Para., 13-shot magazine.
**Barrel:** 4.5".
**Weight:** 31 oz. **Length:** 7.5" overall.
**Stocks:** Grooved black composition.
**Sights:** Fixed; three-dot system.
**Features:** Matte black finish; hooked trigger guard; grip safety. Introduced 1994. Made in U.S. by Lorcin Engineering.
**Price:** . . . . . . . . . . **$159.00**

### LORCIN L-22 AUTO PISTOL

**Caliber:** 22 LR, 9-shot magazine.
**Barrel:** 2.5".
**Weight:** 16 oz. **Length:** 5.25" overall.
**Stocks:** Black combat, or pink or pearl.
**Sights:** Fixed three-dot system.
**Features:** Available in chrome or black Teflon finish. Introduced 1989. From Lorcin Engineering.
**Price:** About . . . . . . . . . . **$89.00**

### LORCIN L-25, LT-25 AUTO PISTOLS

**Caliber:** 25 ACP, 7-shot magazine.
**Barrel:** 2.4".
**Weight:** 14.5 oz. **Length:** 4.8" overall.
**Stocks:** Smooth composition.
**Sights:** Fixed.
**Features:** Available in choice of finishes: chrome, black Teflon or camouflage. Introduced 1989. From Lorcin Engineering.
**Price:** L-25 . . . . . . . . . . **$69.00**
**Price:** LT-25 . . . . . . . . . . **$79.00**

### LORCIN L-32, L-380 AUTO PISTOLS

**Caliber:** 32 ACP, 380 ACP, 7-shot magazine.
**Barrel:** 3.5".
**Weight:** 27 oz. **Length:** 6.6" overall.
**Stocks:** Grooved composition.
**Sights:** Fixed.
**Features:** Black Teflon or chrome finish with black grips. Introduced 1992. From Lorcin Engineering.
**Price:** L-32 32 ACP . . . . . . . . . . **$89.00**
**Price:** L-380 380 ACP . . . . . . . . . . **$100.00**

Lorcin L9MM

Lorcin L-25

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—AUTOLOADERS, SERVICE & SPORT

Mitchell American Eagle

### MITCHELL ARMS AMERICAN EAGLE AUTO

**Caliber:** 9mm Para., 7-shot magazine.
**Barrel:** 4".
**Weight:** 29.6 oz. **Length:** 9.6" overall.
**Stocks:** Checkered walnut.
**Sights:** Blade front, fixed rear.
**Features:** Recreation of the American Eagle Parabellum pistol in stainless steel. Chamber loaded indicator. Made in U.S. From Mitchell Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$695.00**

### MITCHELL ARMS TROPHY II AUTO PISTOL

**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5.5" bull, 7.25" fluted.
**Weight:** 44.5 oz. (5.5" barrel). **Length:** 9.75" overall (5.5" barrel).
**Stocks:** Checkered walnut with thumbrest.
**Sights:** Undercut ramp front, click-adjustable frame-mounted rear.
**Features:** Grip duplicates feel of military 45; positive action magazine latch; front- and backstraps stippled. Trigger adjustable for pull, over-travel; gold-filled roll marks, gold-plated trigger, safety, magazine release; push-button barrel takedown. Available in stainless steel. Announced 1992. From Mitchell Arms, Inc.
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . **$494.00**

### Mitchell Arms Citation II Auto Pistol

Same as the Trophy II except has nickel-plated trigger, safety and magazine release, and has silver-filled roll marks. Available in stainless steel. Announced 1992. From Mitchell Arms, Inc.
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . **$468.00**

Mitchell Sport King II

### MITCHELL ARMS SPORT-KING II AUTO PISTOL

**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4.5", 6.75".
**Weight:** 39 oz. (4.5" barrel). **Length:** 9" overall (4.5" barrel).
**Stocks:** Checkered black plastic.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Military grip; standard trigger; push-button barrel takedown. All stainless steel. Announced 1992. From Mitchell Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$312.00**

### MITCHELL HIGH STANDARD 45 SIGNATURE SERIES

**Caliber:** 45 ACP, 8-shot magazine.
**Barrel:** 5".
**Weight:** NA. **Length:** 8.75" overall.
**Stocks:** Checkered American walnut.
**Sights:** Interchangeable blade front, drift adjustable combat rear or fully adjustable rear.
**Features:** Royal blue or stainless steel. Introduced 1994. Made in U.S. From Mitchell Arms, Inc.
**Price:** Blue, drift adjustable sight . . . . . . . . . . . . . . . . . . **$529.00**
**Price:** As above, stainless . . . . . . . . . . . . . . . . . . . . . . **$559.00**
**Price:** Blue, fully adjustable sight . . . . . . . . . . . . . . . . . . **$569.00**
**Price:** As above, stainless . . . . . . . . . . . . . . . . . . . . . . **$599.00**
**Price:** Blue, drift adjustable sight, 13-shot magazine . . . . . . . . **$679.00**
**Price:** As above, stainless . . . . . . . . . . . . . . . . . . . . . . **$709.00**
**Price:** Blue, fully adjustable sight, 13-shot magazine . . . . . . . . **$719.00**
**Price:** As above, stainless . . . . . . . . . . . . . . . . . . . . . . **$749.00**

Mitchell

Mitchell High Standard 45

### MITCHELL ARMS SHARPSHOOTER II AUTO PISTOL

**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5.5" bull.
**Weight:** 45 oz. **Length:** 10.25" overall.
**Stocks:** Checkered walnut with thumbrest.
**Sights:** Ramp front, slide-mounted square notch rear adjustable for windage and elevation.
**Features:** Military grip. Slide lock; smooth gripstraps; push-button takedown. Announced 1992. From Mitchell Arms, Inc.
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . **$379.00**

Mitchell Sharpshooter II

Mountain Eagle Target

### MOUNTAIN EAGLE AUTO PISTOL

**Caliber:** 22 LR, 15-shot magazine.
**Barrel:** 6.5", 8".
**Weight:** 21 oz., 23 oz. **Length:** 10.6" overall (with 6.5" barrel).
**Stocks:** One-piece impact-resistant polymer in "conventional contour"; checkered panels.
**Sights:** Serrated ramp front with interchangeable blades, rear adjustable for windage and elevation; interchangeable blades.
**Features:** Injection moulded grip frame, alloy receiver; hybrid composite barrel replicates shape of the Desert Eagle pistol. Flat, smooth trigger. Introduced 1992. From Magnum Research.
**Price:** Mountain Eagle Standard . . . . . . . . . . . . . . . . . . **$239.00**
**Price:** Mountain Eagle Target Edition (8" barrel) . . . . . . . . . . . **$279.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 289

Compendium_Klarevas
Page 454

**NAVY ARMS TT-OLYMPIA PISTOL**
**Caliber:** 22 LR.
**Barrel:** 4.6".
**Weight:** 28 oz. **Length:** 8" overall.
**Stocks:** Checkered hardwood.
**Sights:** Blade front, rear adjsutable for windage.
**Features:** Reproduction of the Walther Olympia pistol. Polished blue finish. Introduced 1992. Imported by Navy Arms.
**Price:** . . . . . . . . . . $290.00

Navy Arms TT-Olympia

**NORINCO MODEL 59 MAKAROV DA PISTOL**
**Caliber:** 9x18mm, 380 ACP, 8-shot magazine.
**Barrel:** 3.5".
**Weight:** 21 oz. **Length:** 6.3" overall.
**Stocks:** Checkered plastic.
**Sights:** Blade front, adjustable rear.
**Features:** Blue finish. Double action. Introduced 1990. Imported from China by China Sports, Inc.
**Price:** . . . . . . . . . . NA

**NORINCO NP-15 TOKAREV AUTO PISTOL**
**Caliber:** 7.62x25mm, 8-shot magazine.
**Barrel:** 4.5".
**Weight:** 29 oz. **Length:** 7.7" overall.
**Stocks:** Grooved black plastic.
**Sights:** Fixed.
**Features:** Matte blue finish. Imported from China by China Sports, Inc.
**Price:** . . . . . . . . . . NA

Norinco 77B

Para-Ordnance P14.45

**PHOENIX ARMS MODEL RAVEN AUTO PISTOL**
**Caliber:** 25 ACP, 6-shot magazine.
**Barrel:** 2$^{7}/_{16}$".
**Weight:** 15 oz. **Length:** 4$^{3}/_{4}$" overall.
**Stocks:** Ivory-colored or black slotted plastic.
**Sights:** Ramped front, fixed rear.
**Features:** Available in blue, nickel or chrome finish. Made in U.S. Available from Phoenix Arms.
**Price:** . . . . . . . . . . $69.95

**NORINCO MODEL 77B AUTO PISTOL**
**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 5".
**Weight:** 34 oz. **Length:** 7.5" overall.
**Stocks:** Checkered wood.
**Sights:** Blade front, adjustable rear.
**Features:** Uses trigger guard cocking, gas-retarded recoil action. Front of trigger guard can be used to cock the action with the trigger finger. Introduced 1989. Imported from China by China Sports, Inc.
**Price:** . . . . . . . . . . NA

**NORINCO M93 SPORTSMAN AUTO PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4.6".
**Weight:** 26 oz. **Length:** 8.6" overall.
**Stocks:** Checkered composition.
**Sights:** Blade front, rear adjustable for windage.
**Features:** All steel construction with blue finish, Introduced 1992. Imported from China by Interarms.
**Price:** . . . . . . . . . . NA

**NORINCO M1911A1 AUTO PISTOL**
**Caliber:** 45 ACP, 7-shot magazine.
**Barrel:** 5".
**Weight:** 39 oz. **Length:** 8.5" overall.
**Stocks:** Checkered wood.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Matte blue finish. Comes with two magazines. Imported from China by China Sports, Inc.
**Price:** . . . . . . . . . . NA

**PARA-ORDNANCE P14.45 AUTO PISTOL**
**Caliber:** 45 ACP, 14-shot magazine.
**Barrel:** 5".
**Weight:** 28 oz. (alloy frame). **Length:** 8.5" overall.
**Stocks:** Textured composition.
**Sights:** Blade front, rear adjustable for windage. High visibility three-dot system.
**Features:** Available with alloy, steel or stainless steel frame with black finish (silver or stainless gun). Steel and stainless steel frame guns weigh 38 oz. (P14.45), 35 oz. (P13.45), 33 oz. (P12.45). Grooved match trigger, rounded combat-style hammer. Double column, high-capacity magazine gives 15-shot total capacity (P14.45). Beveled magazine well. Manual thumb, grip and firing pin lock safeties. Solid barrel bushing. Introduced 1990. Made in Canada by Para-Ordnance.
**Price:** P14.45E (steel) . . . . . . . . . . $716.25
**Price:** P12.45R (12-shot magazine, 3$^{1}/_{2}$" bbl., 24 oz., alloy) . . . . . $650.00
**Price:** P13.45R (13-shot magazine, 4$^{1}/_{4}$" barrel, 28 oz., alloy) . . . . $650.00
**Price:** P14.45E steel frame . . . . . . . . . . $716.25
**Price:** P12.45E steel frame . . . . . . . . . . $708.75

Phoenix Arms Raven

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

**PHOENIX ARMS HP22, HP25 AUTO PISTOLS**
**Caliber:** 22 LR, 11-shot (HP22), 25 ACP, 10-shot (HP25).
**Barrel:** 3".
**Weight:** 20 oz. **Length:** 5½" overall.
**Stocks:** Checkered composition.
**Sights:** Blade front, adjustable rear.
**Features:** Single action, exposed hammer; manual hold-open; button magazine release. Available in satin nickel, polished blue finish. Introduced 1993. Made in U.S. by Phoenix Arms.
**Price:** . . . . . . . . . . **$99.95**

Phoenix Arms HP22

**PSP-25 AUTO PISTOL**
**Caliber:** 25 ACP, 6-shot magazine.
**Barrel:** 2⅛".
**Weight:** 9.5 oz. **Length:** 4⅛" overall.
**Stocks:** Checkered black plastic.
**Sights:** Fixed.
**Features:** All steel construction with polished finish. Introduced 1990. Made in the U.S. under F.N. license; distributed by K.B.I., Inc.
**Price:** Blue . . . . . . . . . . **$249.00**
**Price:** Hard chrome . . . . . . . . . . **$299.00**

Ram-Line Ram-Tech

**RAM-LINE RAM-TECH AUTO PISTOL**
**Caliber:** 22 LR, 15-shot magazine.
**Barrel:** 4.5".
**Weight:** 19.3 oz. **Length:** NA.
**Stocks:** One-piece injection moulded with checkered panels.
**Sights:** Ramp front, rear adjustable for windage.
**Features:** Compact frame; easy takedown. Injection moulded grip frame, alloy receiver; hybrid composite barrel. Constant force sear spring gives 3-lb. trigger pull. Comes with carrying case. Introduced 1994. Made in U.S. by Ram-Line, Inc.
**Price:** . . . . . . . . . . **$179.00**

**ROCKY MOUNTAIN ARMS PATRIOT PISTOL**
**Caliber:** 223, 5- , 20- , 30-shot magazine.
**Barrel:** 7", with Max Dynamic muzzle brake.
**Weight:** 5 lbs. **Length:** 20.5" overall.
**Stocks:** Black composition.
**Sights:** None furnished.
**Features:** Milled upper receiver with enhanced Weaver base; milled lower receiver from billet plate; machined aluminum National Match handguard. Finished in DuPont Teflon-S matte black or NATO green. Comes with black nylon case, one magazine. Introduced 1993. From Rocky Mountain Arms, Inc.
**Price:** . . . . . . . . . . **$1,995.00**

**RUGER P89 AUTOMATIC PISTOL**
**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4.50".
**Weight:** 32 oz. **Length:** 7.84" overall.
**Stocks:** Grooved black Xenoy composition.
**Sights:** Square post front, square notch rear adjustable for windage, both with white dot inserts.
**Features:** Double action with ambidextrous slide-mounted safety-levers. Slide is 4140 chrome moly steel or 400-series stainless steel, frame is a lightweight aluminum alloy. Ambidextrous magazine release. Blue or stainless steel. Introduced 1986; stainless introduced 1990.
**Price:** P89, blue, with extra magazine and magazine loading tool, plastic case . . . . . . . . . . **$410.00**
**Price:** KP89, stainless, with extra magazine and magazine loading tool, plastic case . . . . . . . . . . **$452.00**
**Price:** KP89X Convertible 30 Luger/9mm Para. . . . . . . . . . . **$497.00**

Ruger KP89D

**Ruger P89 Double-Action Only Automatic Pistol**
Same as the KP89 except operates only in the double-action mode. Has a bobbed, spurless hammer, gripping grooves on each side of the rear of the slide; no external safety or decocking lever. An internal safety prevents forward movement of the firing pin unless the trigger is pulled. Available in 9mm Para., stainless steel only. Introduced 1991.
**Price:** With lockable case, extra magazine, magazine loading tool . **$452.00**

**Ruger P89D Decocker Automatic Pistol**
Similar to the standard P89 except has ambidextrous decocking levers in place of the regular slide-mounted safety. The decocking levers move the firing pin inside the slide where the hammer can not reach it, while simultaneously blocking the firing pin from forward movement—allows shooter to decock a cocked pistol without manipulating the trigger. Conventional thumb decocking procedures are therefore unnecessary. Blue or stainless steel. Introduced 1990.
**Price:** P89D, blue with extra magazine and loader, plastic case . . . **$410.00**
**Price:** KP89D, stainless, with extra magazine, plastic case . . . . . **$452.00**

**Ruger P93 Compact Automatic Pistol**
Similar to the P89 except has 3.9" barrel, 7.3" overall length, and weighs 31 oz. The forward third of the slide is tapered and polished to the muzzle. Front of the slide is crowned with a convex curve. Slide has seven finger grooves. Trigger guard bow is higher for better grip. Square post front sight, square notch rear drift adjustable for windage, both with white dot inserts. Slide is 400-series stainless steel, black-finished alloy frame. Available as decocker-only or double action-only. Introduced 1993.
**Price:** KP93DAO (double action only), KP93 (decocker) . . . . . . **$452.00**

Ruger KP93DC

**RUGER P90 AUTOMATIC PISTOL**
**Caliber:** 45 ACP, 7-shot magazine.
**Barrel:** 4.50".
**Weight:** 33.5 oz. **Length:** 7.87" overall.
**Stocks:** Grooved black Xenoy composition.
**Sights:** Square post front, square notch rear adjustable for windage, both with white dot inserts.
**Features:** Double action with ambidextrous slide-mounted safety-levers which move the firing pin inside the slide where the hammer can not reach it, while simultaneously blocking the firing pin from forward movement. Stainless steel only. Introduced 1991.
**Price:** KP90 with lockable case, extra magazine . . . . . . . . . . . **$488.65**

**Ruger P90 Decocker Automatic Pistol**
Similar to the P90 except has a manual decocking system. The ambidextrous decocking levers move the firing pin inside the slide where the hammer can not reach it, while simultaneously blocking the firing pin from forward movement—allows shooter to decock a cocked pistol without manipulating the trigger. Available only in stainless steel. Overall length 7.87", weight 34 oz. Introduced 1991.
**Price:** P90D with lockable case, extra magazine, and magazine loading tool . . . . . . . . . . . . . . . . . . . . . . . . . . . **$488.65**

**RUGER P91 DECOCKER AUTOMATIC PISTOL**
**Caliber:** 40 S&W, 11-shot magazine.
**Barrel:** 4.50".
**Weight:** 33 oz. **Length:** 7.87" overall.
**Stocks:** Grooved black Xenoy composition.
**Sights:** Square post front, square notch rear adjustable for windage, both with white dot inserts.
**Features:** Ambidextrous slide-mounted decocking levers move the firing pin inside the slide where the hammer can not reach it while simultaneously blocking the firing pin from forward movement. Allows shooter to decock a cocked pistol without manipulating the trigger. Conventional thumb decocking procedures are therefore unnecessary. Stainless steel only. Introduced 1991.
**Price:** KP91D with lockable case, extra magazine, and magazine loading tool . . . . . . . . . . . . . . . . . . . . . . . . . . . **$488.65**

**Ruger KP94 Automatic Pistol**
Sized midway between the full-size P-Series and the compact P93. Has 4.25" barrel, 7.5" overall length and weighs about 33 oz. KP94 is manual safety model; KP94DAO is double-action-only (both 9mm Para., 15-shot magazine); KP94D is decocker-only in 40 S&W with 11-shot magazine. Slide gripping grooves roll over top of slide. KP94 has ambidextrous safety-levers; KP94DAO has no external safety, full-cock hammer position or decocking lever; KP94D has ambidextrous decocking levers. Matte finish stainless slide, barrel, alloy frame. Introduced 1994. Made in U.S. by Sturm, Ruger & Co.
**Price:** KP94 (9mm), KP944 (40 S&W) . . . . . . . . . . . . . . . . **$520.00**
**Price:** KP94DAO (9mm), KP944DAO (40 S&W) . . . . . . . . . . . **$520.00**
**Price:** KP94D (40 S&W) . . . . . . . . . . . . . . . . . . . . . . . **$520.00**

Ruger 22/45 Mark II

**SAFARI ARMS CREST SERIES PISTOLS**
**Caliber:** 9mm Para., 38 Super, 45 ACP, 7-shot magazine (standard), 6-shot (4-Star).
**Barrel:** 5" (standard), 4.5" (4-Star); 416 stainless steel.
**Weight:** 39 oz. (standard), 35.7 oz. (4-Star). **Length:** 8.5" overall (standard).
**Stocks:** Checkered walnut.
**Sights:** Ramped blade front, fully adjustable rear.
**Features:** Right- or left-hand models available. Long aluminum trigger, long recoil spring guide, extended safety and slide stop. Stainless steel. Introduced 1993. Made in U.S. by Safari Arms, Inc.
**Price:** Right-hand, standard . . . . . . . . . . . . . . . . . . . . **$740.00**
**Price:** Left-hand, standard . . . . . . . . . . . . . . . . . . . . . **$880.00**
**Price:** Right-hand, 4-Star . . . . . . . . . . . . . . . . . . . . . **$770.00**
**Price:** Left-hand, 4-Star . . . . . . . . . . . . . . . . . . . . . . **$910.00**

Ruger KP90C

**Ruger P91 Double-Action-Only Automatic Pistol**
Same as the KP91D except operates only in the double-action mode. Has a bobbed, spurless hammer, gripping grooves on each side at the rear of the slide, no external safety or decocking levers. An internal safety prevents forward movement of the firing pin unless the trigger is pulled. Available in 40 S&W, stainless steel only. Introduced 1992.
**Price:** KP91DAO with lockable case, extra magazine, and magazine loading tool . . . . . . . . . . . . . . . . . . . . . . . . . . . **$488.65**

Ruger KP94

**Ruger P94L Automatic Pistol**
Same as the KP94 except mounts a laser sight in a housing cast integrally with the frame. Allen-head screws control windage and elevation adjustments. Announced 1994. Made in U.S. by Sturm, Ruger & Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **NA**

Consult our Directory pages for the location of firms mentioned.

**RUGER MARK II STANDARD AUTO PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4¾" or 6".
**Weight:** 36 oz. (4¾" bbl.). **Length:** 8⁵⁄₁₆" (4¾" bbl.).
**Stocks:** Checkered plastic.
**Sights:** Fixed, wide blade front, square notch rear adjustable for windage.
**Features:** Updated design of the original Standard Auto. Has new bolt hold-open latch. 10-shot magazine, magazine catch, safety, trigger and new receiver contours. Introduced 1982.
**Price:** Blued (MK 4, MK 6) . . . . . . . . . . . . . . . . . . . . . **$252.00**
**Price:** In stainless steel (KMK 4, KMK 6) . . . . . . . . . . . . . **$330.25**

**Ruger 22/45 Mark II Pistol**
Similar to the other 22 Mark II autos except has grip frame of Zytel that matchs the angle and magazine latch of the Model 1911 45 ACP pistol. Available in 4¾" standard, 5¼" tapered and 5½" bull barrel. Introduced 1992.
**Price:** KP4 (4¾" barrel) . . . . . . . . . . . . . . . . . . . . . . **$280.00**
**Price:** KP514 (5¼" barrel) . . . . . . . . . . . . . . . . . . . . . **$330.00**
**Price:** KP512 (5½" bull barrel) . . . . . . . . . . . . . . . . . . **$330.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

SAFARI ARMS
Safari Arms Enforcer

**SEECAMP LWS 32 STAINLESS DA AUTO**
**Caliber:** 32 ACP Win. Silvertip, 6-shot magazine.
**Barrel:** 2", integral with frame.
**Weight:** 10.5 oz. **Length:** 4⅛" overall.
**Stocks:** Glass-filled nylon.
**Sights:** Smooth, no-snag, contoured slide and barrel top.
**Features:** Aircraft quality 17-4 PH stainless steel. Inertia-operated firing pin. Hammer fired double-action only. Hammer automatically follows slide down to safety rest position after each shot—no manual safety needed. Magazine safety disconnector. Polished stainless. Introduced 1985. From L.W. Seecamp.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$375.00**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**SIG P-210-6 AUTO PISTOL**
**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 4¾".
**Weight:** 36.2 oz. **Length:** 8½" overall.
**Stocks:** Checkered black plastic; walnut optional.
**Sights:** Blade front, micro. adjustable rear for windage and elevation.
**Features:** Adjustable trigger stop; target trigger; ribbed frontstrap; sandblasted finish. Conversion unit for 22 LR consists of barrel, recoil spring, slide and magazine. Imported from Switzerland by Mandall Shooting Supplies.
**Price:** P-210-6 . . . . . . . . . . . . . . . . . . . . . . **$3,500.00**
**Price:** P-210-5 Target . . . . . . . . . . . . . . . . . . . **$3,700.00**

**SIG SAUER P220 "AMERICAN" AUTO PISTOL**
**Caliber:** 38 Super, 45 ACP, (9-shot in 38 Super, 7 in 45).
**Barrel:** 4⅜".
**Weight:** 28¼ oz. (9mm). **Length:** 7¾" overall.
**Stocks:** Checkered black plastic.
**Sights:** Blade front, drift adjustable rear for windage.
**Features:** Double action. De-cocking lever permits lowering hammer onto locked firing pin. Squared combat-type trigger guard. Slide stays open after last shot. Imported from Germany by SIGARMS, Inc.
**Price:** "American," blue (side-button magazine release, 45 ACP only) **$805.00**
**Price:** 45 ACP, blue, Siglite night sights . . . . . . . . . . . . **$905.00**
**Price:** K-Kote finish . . . . . . . . . . . . . . . . . . . . . . **$850.00**
**Price:** K-Kote, Siglite night sights . . . . . . . . . . . . . . . **$950.00**

**SIG SAUER P225 DA AUTO PISTOL**
**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 3.8".
**Weight:** 26 oz. **Length:** 7³⁄₃₂" overall.
**Stocks:** Checkered black plastic.
**Sights:** Blade front, rear adjustable for windage. Optional Siglite night sights.
**Features:** Double action. De-cocking lever permits lowering hammer onto locked firing pin. Square combat-type trigger guard. Shortened, lightened version of P220. Imported from Germany by SIGARMS, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$780.00**
**Price:** With Siglite night sights . . . . . . . . . . . . . . . . **$880.00**
**Price:** K-Kote finish . . . . . . . . . . . . . . . . . . . . . . **$850.00**
**Price:** K-Kote with Siglite night sights . . . . . . . . . . . . . **$950.00**

**SAFARI ARMS ENFORCER PISTOL**
**Caliber:** 45 ACP, 6-shot magazine.
**Barrel:** 3.8".
**Weight:** 36 oz. **Length:** 7.5" overall.
**Stocks:** Smooth walnut with etched black widow spider logo.
**Sights:** Ramped blade front, rear adjustable for windage and elevation.
**Features:** Extended safety, extended slide release; Commander-style hammer; beavertail grip safety; throated, ported, tuned, with cone-shaped barrel, no bushing. Parkerized matte black or satin stainless steel. From Safari Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$690.00**

**Safari Arms Enforcer Carrycomp II Pistol**
Similar to the Enforcer except has Wil Schueman-designed hybrid compensator system. Introduced 1993. Made in U.S. by Safari Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,010.00**

**SAFARI ARMS G.I. SAFARI PISTOL**
**Caliber:** 45 ACP, 7-shot magazine.
**Barrel:** 5".
**Weight:** 39.9 oz. **Length:** 8.5" overall.
**Stocks:** Checkered walnut.
**Sights:** Blade front, fixed rear.
**Features:** Beavertail grip safety, extended safety and slide release, Commander-style hammer. Barrel is chrome-lined 4140 steel; National Match 416 stainless optional. Parkerized matte black finish. Introduced 1991. Made in U.S. by Safari Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$430.00**

**SIG P-210-2 AUTO PISTOL**
**Caliber:** 7.65mm or 9mm Para., 8-shot magazine.
**Barrel:** 4¾".
**Weight:** 31¾ oz. (9mm). **Length:** 8½" overall.
**Stocks:** Checkered black composition.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Lanyard loop; matte finish. Conversion unit for 22 LR available. Imported from Switzerland by Mandall Shooting Supplies.
**Price:** P-210-2 Service Pistol . . . . . . . . . . . . . . . . . **$3,500.00**

SIG Sauer P220 American

**SIG Sauer P226 DA Auto Pistol**
Similar to the P220 pistol except has 15-shot magazine, 4.4" barrel, and weighs 26½ oz. 9mm only. Imported from Germany by SIGARMS, Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . **$825.00**
**Price:** With Siglite night sights . . . . . . . . . . . . . . . . **$930.00**
**Price:** Blue, double-action only . . . . . . . . . . . . . . . . **$825.00**
**Price:** Blue, double-action only, Siglite night sights . . . . . . **$930.00**
**Price:** K-Kote finish . . . . . . . . . . . . . . . . . . . . . . **$875.00**
**Price:** K-Kote, Siglite night sights . . . . . . . . . . . . . . . **$975.00**
**Price:** K-Kote, double-action only . . . . . . . . . . . . . . . . **$875.00**
**Price:** K-Kote, double-action only, Siglite night sights . . . . **$975.00**

SIG Sauer P228

**SIG SAUER P230 DA AUTO PISTOL**
**Caliber:** 380 ACP, 7-shot.
**Barrel:** 3¾".
**Weight:** 16 oz. **Length:** 6½" overall.
**Stocks:** Checkered black plastic.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Double action. Same basic action design as P220. Blowback operation, stationary barrel. Introduced 1977. Imported from Germany by SIGARMS, Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . **$510.00**
**Price:** In stainless steel (P230 SL) . . . . . . . . . . . . **$595.00**

Smith & Wesson .356 TSW Compact

**SMITH & WESSON MODEL 422, 622 AUTO**
**Caliber:** 22 LR, 12-shot magazine.
**Barrel:** 4½", 6".
**Weight:** 22 oz. (4½" bbl.). **Length:** 7½" overall (4½" bbl.).
**Stocks:** Checkered simulated woodgrain polymer.
**Sights:** Field—serrated ramp front, fixed rear; Target— serrated ramp front, adjustable rear.
**Features:** Aluminum frame, steel slide, brushed stainless steel or blue finish; internal hammer. Introduced 1987. Model 2206 introduced 1990.
**Price:** Blue, 4½", 6", fixed sight . . . . . . . . . . . . **$235.00**
**Price:** As above, adjustable sight . . . . . . . . . . . . **$290.00**
**Price:** Stainless (Model 622), 4½", 6", fixed sight . . . . . . **$284.00**
**Price:** As above, adjustable sight . . . . . . . . . . . . **$337.00**

**Smith & Wesson Model 2214 Sportsman Auto**
Similar to the Model 422 except has 3" barrel, 8-shot magazine; dovetail Patridge front sight with white dot, fixed rear with two white dots; matte blue finish, black composition grips with checkered panels. Overall length 6⅛", weight 18 oz. Introduced 1990.
**Price:** . . . . . . . . . . . . . . . . . . . . **$269.00**
Price: Model 2213 (stainless steel) . . . . . . . . . . . . **$314.00**

**Smith & Wesson Model 2206 Target Auto**
Same as the Model 2206 except 6" barrel only; Millett Series 100 fully adjustable sight system; Patridge front sight; smooth contoured Herrett walnut target grips with thumbrest; serrated trigger with adjustable stop. Frame is bead-blasted along sighting plane, drilled and tapped for optics mount. Introduced 1994. Made in U.S. by Smith & Wesson.
**Price:** . . . . . . . . . . . . . . . . . . . . **$433.00**

**SIG Sauer P228 DA Auto Pistol**
Similar to the P226 except has 3.86" barrel, with 7.08" overall length and 3.35" height. Chambered for 9mm Para. only, 13-shot magazine. Weight is 29.1 oz. with empty magazine. Introduced 1989. Imported from Germany by SIGARMS, Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . **$825.00**
**Price:** Blue, with Siglite night sights . . . . . . . . . . **$930.00**
**Price:** Blue, double-action only . . . . . . . . . . . . **$825.00**
**Price:** Blue, double-action only, Siglite night sights . . . . . **$930.00**
**Price:** K-Kote finish . . . . . . . . . . . . . . . . . **$875.00**
**Price:** K-Kote, Siglite night sights . . . . . . . . . . . **$975.00**
**Price:** K-Kote, double-action only . . . . . . . . . . . **$875.00**
**Price:** K-Kote, double-action only, Siglite night sights . . . . **$975.00**

**SIG Sauer P229 DA Auto Pistol**
Similar to the P228 except chambered for 9mm Para., 40 S&W with 12-shot magazine. Has 3.86" barrel, 7.08" overall length and 3.35" height. Weight is 30.5 oz. Introduced 1991. Frame made in Germany, stainless steel slide assembly made in U.S.; pistol assembled in U.S. From SIGARMS, Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . **$875.00**
**Price:** Blue, double-action only . . . . . . . . . . . . **$875.00**
Price: With Siglite night sights . . . . . . . . . . . . . **$975.00**

Sig Sauer P230

**SMITH & WESSON MODEL .356 TSW LIMITED PISTOL**
**Caliber:** 356 TSW, 15-shot magazine.
**Barrel:** 5".
**Weight:** 44 oz. **Length:** 8.5" overall.
**Stocks:** Checkered black composition.
**Sights:** Blade front drift adjustable for windage, fully adjustable Bo-Mar rear.
**Features:** Single action trigger. Stainless steel frame and slide, hand-fitted titanium-coated stainless steel bushing, match grade barrel. Extended magazine well and oversize release; magazine pads; extended safety. Checkered front strap. Introduced 1993. Available from Lew Horton Dist.
**Price:** About . . . . . . . . . . . . . . . . . . . . **$1,349.00**

**Smith & Wesson Model .356 TSW Compact Pistol**
Similar to the .356 TSW Limited except has 3½" barrel, 12-shot magazine, Novak LoMount combat sights. Overall length 7", weight 37 oz. Introduced 1993. Available from Lew Horton Dist.
**Price:** . . . . . . . . . . . . . . . . . . . . **$999.00**

24D
Smith & Wesson Model 2214

**Smith & Wesson Model 2206 Auto**
Similar to the Model 422/622 except made entirely of stainless steel with non-reflective finish. Weight is 35 oz. with 4½" barrel, 39 oz. with 6" barrel. Introduced 1990.
**Price:** With fixed sight . . . . . . . . . . . . . . . . **$327.00**
**Price:** With adjustable sight . . . . . . . . . . . . . . **$385.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—AUTOLOADERS, SERVICE & SPORT

**SMITH & WESSON MODEL 915 DA AUTO PISTOL**
**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4".
**Weight:** 28.5 oz. **Length:** 7.5" overall.
**Stocks:** One-piece Xenoy, wraparound with straight backstrap.
**Sights:** Post front with white dot, fixed rear.
**Features:** Alloy frame, blue carbon steel slide. Slide-mounted decocking lever. Introduced 1992.
**Price:** . . . . . . . . . . **$467.00**

**Smith & Wesson Model 411 DA Auto Pistol**
Same as the Model 915 except chambered for 40 S&W, 11-shot magazine. Alloy frame, blue carbon steel slide. Introduced 1994. Made in U.S. by Smith & Wesson.
**Price:** . . . . . . . . . . **$525.00**

**SMITH & WESSON MODEL 3913/3914 DOUBLE ACTIONS**
**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** $3\frac{1}{2}$".
**Weight:** 26 oz. **Length:** $6\frac{13}{16}$" overall.
**Stocks:** One-piece Delrin wraparound, textured surface.
**Sights:** Post front with white dot, Novak LoMount Carry with two dots, adjustable for windage.
**Features:** Aluminum alloy frame, stainless slide (M3913) or blue steel slide (M3914). Bobbed hammer with no half-cock notch; smooth .304" trigger with rounded edges. Straight backstrap. Extra magazine included. Introduced 1989.
**Price:** Model 3913 . . . . . . . . . . **$622.00**
**Price:** Model 3914 . . . . . . . . . . **$562.00**

**Smith & Wesson Model 3953DA Pistol**
Same as the Models 3913/3914 except double-action only. Model 3953 has stainless slide with alloy frame. Overall length 7"; weight 25.5 oz. Extra magazine included. Introduced 1990.
**Price:** . . . . . . . . . . **$622.00**

**Smith & Wesson Model 3913-NL Pistol**
Same as the 3913/3914 LadySmith autos except without the LadySmith logo and it has a slightly modified frame design. Right-hand safety only. Has stainless slide on alloy frame; extra magazine included. Introduced 1990.
**Price:** . . . . . . . . . . **$622.00**

**SMITH & WESSON MODEL 4013, 4053 AUTOS**
**Caliber:** 40 S&W, 8-shot magazine.
**Barrel:** $3\frac{1}{2}$".
**Weight:** 26 oz. **Length:** 7" overall.
**Stocks:** One-piece Xenoy wraparound with straight backstrap.
**Sights:** Post front with white dot, fixed Novak LoMount Carry rear with two white dots.
**Features:** Model 4013 is traditional double action; Model 4053 is double-action only; stainless slide on alloy frame. Introduced 1991.
**Price:** Model 4013 . . . . . . . . . . **$722.00**
**Price:** Model 4053 . . . . . . . . . . **$722.00**

**SMITH & WESSON MODEL 4006 DA AUTO**
**Caliber:** 40 S&W, 11-shot magazine.
**Barrel:** 4".
**Weight:** 38.5 oz. **Length:** $7\frac{7}{8}$" overall.
**Stocks:** Xenoy wraparound with checkered panels.
**Sights:** Replaceable post front with white dot, Novak LoMount Carry fixed rear with two white dots, or micro. click adjustable rear with two white dots.
**Features:** Stainless steel construction with non-reflective finish. Straight backstrap. Extra magazine included. Introduced 1990.
**Price:** With adjustable sights . . . . . . . . . . **$775.00**
**Price:** With fixed sight . . . . . . . . . . **$745.00**
**Price:** With fixed night sights . . . . . . . . . . **$855.00**

**Smith & Wesson Model 4046 DA Pistol**
Similar to the Model 4006 except is double-action only. Has a semi-bobbed hammer, smooth trigger, 4" barrel; Novak LoMount Carry rear sight, post front with white dot. Overall length is $7\frac{1}{2}$", weight 28 oz. Extra magazine included. Introduced 1991.
**Price:** . . . . . . . . . . **$745.00**
**Price:** With fixed night sights . . . . . . . . . . **$855.00**

SMITH & WESSON
Smith & Wesson Model 915

Smith & Wesson 3913 LadySmith

**Smith & Wesson Model 3913 LadySmith Auto**
Similar to the standard Model 3913/3914 except has frame that is upswept at the front, rounded trigger guard. Comes in frosted stainless steel with matching gray grips. Grips are ergonomically correct for a woman's hand. Novak LoMount Carry rear sight adjustable for windage, smooth edges for snag resistance. Extra magazine included. Introduced 1990.
**Price:** . . . . . . . . . . **$640.00**

Smith & Wesson Model 4506

**SMITH & WESSON MODEL 4500 SERIES AUTOS**
**Caliber:** 45 ACP, 7-shot (M4516), 8-shot magazine for M4506, 4566/4586.
**Barrel:** $3\frac{3}{4}$" (M4516), 5" (M4506).
**Weight:** 41 oz. (4506). **Length:** $7\frac{1}{8}$" overall (4516).
**Stocks:** Xenoy one-piece wraparound, arched or straight backstrap on M4506, straight only on M4516.
**Sights:** Post front with white dot, adjustable or fixed Novak LoMount Carry on M4506.
**Features:** M4506 has serrated hammer spur. Extra magazine included. Contact Smith & Wesson for complete data. Introduced 1989.
**Price:** Model 4506, fixed sight . . . . . . . . . . **$774.00**
**Price:** Model 4506, adjustable sight . . . . . . . . . . **$806.00**
**Price:** Model 4516, fixed sight . . . . . . . . . . **$774.00**
**Price:** Model 4566 (stainless, $4\frac{1}{4}$", traditional DA, ambidextrous safety, fixed sight) . . . . . . . . . . **$774.00**
**Price:** Model 4586 (stainless, $4\frac{1}{4}$", DA only) . . . . . . . . . . **$774.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 **295**

Compendium_Klarevas
Page 460

# HANDGUNS—AUTOLOADERS, SERVICE & SPORT

### SMITH & WESSON MODEL 5900 SERIES AUTO PISTOLS

**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4".
**Weight:** 28½ to 37½ oz. (fixed sight); 38 oz. (adj. sight). **Length:** 7½" overall.
**Stocks:** Xenoy wraparound with curved backstrap.
**Sights:** Post front with white dot, fixed or fully adjustable with two white dots.
**Features:** All stainless, stainless and alloy or carbon steel and alloy construction. Smooth .304" trigger, .260" serrated hammer. Extra magazine included. Introduced 1989.
**Price:** Model 5903 (stainless, alloy frame, traditional DA, fixed sight, ambidextrous safety) . . . . **$690.00**
**Price:** Model 5904 (blue, alloy frame, traditional DA, adjustable sight, ambidextrous safety) . . . . **$642.00**
**Price:** Model 5906 (stainless, traditional DA, adjustable sight, ambidextrous safety) . . . . **$742.00**
**Price:** As above, fixed sight . . . . **$707.00**
**Price:** With fixed night sights . . . . **$817.00**
**Price:** Model 5946 (as above, stainless frame and slide) . . . . **$707.00**

Smith & Wesson Model 6904

### Smith & Wesson Model 6904/6906 Double-Action Autos

Similar to the Models 5904/5906 except with 3½" barrel, 12-shot magazine (20-shot available), fixed rear sight, .260" bobbed hammer. Extra magazine included. Introduced 1989.
**Price:** Model 6904, blue . . . . **$614.00**
**Price:** Model 6906, stainless . . . . **$677.00**
**Price:** Model 6906 with fixed night sights . . . . **$788.00**
**Price:** Model 6946 (stainless, DA only, fixed sights) . . . . **$677.00**

Smith & Wesson Sigma

### SMITH & WESSON SIGMA SERIES PISTOLS

**Caliber:** 9mm Para., 17-shot, 40 S&W, 15-shot magazine.
**Barrel:** 4.5".
**Weight:** 26 oz. **Length:** 7.4" overall.
**Stocks:** Integral.
**Sights:** White dot front, fixed rear; three-dot system. Tritium night sights available.
**Features:** Ergonomic polymer frame; low barrel centerline; internal striker firing system; corrosion-resistant slide; Teflon-filled, electroless-nickel coated magazine. Introduced 1994. Made in U.S. by Smith & Wesson.
**Price:** Model SW9F (9mm Para.) . . . . **$593.00**
**Price:** Model SW40F (40 S&W) . . . . **$593.00**

Sphinx AT-380M

### SPHINX AT-380M AUTO PISTOL

**Caliber:** 380 ACP, 10-shot magazine.
**Barrel:** 3.27".
**Weight:** 25 oz. **Length:** 6.03" overall.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Double-action-only mechanism, Chamber loaded indicator; ambidextrous magazine release and slide latch. Blued slide, bright Palladium frame, or bright Palladium overall. Introduced 1993. Imported from Switzerland by Sile Distributors, Inc.
**Price:** Two-tone . . . . **$499.95**
**Price:** Palladium finish . . . . **$594.95**

Sphinx AT-2000S

### SPHINX AT-2000S DOUBLE-ACTION PISTOL

**Caliber:** 9mm Para., 9x21mm, 15-shot, 40 S&W, 11-shot magazine.
**Barrel:** 4.53".
**Weight:** 36.3 oz. **Length:** 8.03" overall.
**Stocks:** Checkered neoprene.
**Sights:** Fixed, three-dot system.
**Features:** Double-action mechanism changeable to double-action-only. Stainless frame, blued slide. Ambidextrous safety, magazine release, slide latch. Introduced 1993. Imported from Switzerland by Sile Distributors, Inc.
**Price:** 9mm, two-tone . . . . **$902.95**
**Price:** 9mm, Palladium finish . . . . **$989.95**
**Price:** 40 S&W, two-tone . . . . **$911.95**
**Price:** 40 S&W, Palladium finish . . . . **$998.95**

### Sphinx AT-2000P, AT-2000PS Auto Pistols

Same as the AT-2000S except AT-2000P has shortened frame (13-shot magazine), 3.74" barrel, 7.25" overall length, and weighs 34 oz. Model AT-2000PS has full-size frame. Both have stainless frame with blued slide or bright Palladium finish. Introduced 1993. Imported from Switzerland by Sile Distributors, Inc.
**Price:** 9mm, two-tone . . . . **$858.95**
**Price:** 9mm, Palladium finish . . . . **$945.95**
**Price:** 40 S&W, two-tone . . . . **$867.95**
**Price:** 40 S&W, Palladium finish . . . . **$954.95**

### Sphinx AT-2000H Auto Pistol

Similar to the AT-2000P except has shorter slide with 3.54" barrel, shorter frame, 10-shot magazine, with 7" overall length. Weight is 32.2 oz. Stainless frame with blued slide, or overall bright Palladium finish. Introduced 1993. Imported from Switzerland by Sile Distributors, Inc.
**Price:** 9mm, two-tone . . . . **$858.95**
**Price:** 9mm, Palladium finish . . . . **$945.95**
**Price:** 40 S&W, two-tone . . . . **$867.95**
**Price:** 40 S&W, Palladium . . . . **$954.95**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Springfield XM4

**Springfield Inc. XM4 Champion Auto Pistol**
Similar to the XM4 except has 4.25" barrel, weighs 26 oz.; overall length 7.75". Has 18-shot magazine in 9mm, 13-shot in 45 ACP. Introduced 1994. From Springfield, Inc.
**Price:** . . . . . . . . . . $699.00

Springfield 1911A1 Mil-Spec

**Springfield Inc. 1911A1 Custom Carry Gun**
Similar to the standard 1911A1 except has fixed three-dot low profile sights, Videki speed trigger, match barrel and bushing; extended thumb safety, beavertail grip safety; beveled, polished magazine well, polished feed ramp and throated barrel; match Commander hammer and sear, tuned extractor; lowered and flared ejection port; recoil buffer system, full-length spring guide rod; walnut grips. Comes with two magazines with slam pads, plastic carrying case. Available in all popular calibers. Introduced 1992. From Springfield Inc.
**Price:** . . . . . . . . . . P.O.R.

Springfield 1911A1 Factory Comp

Springfield 1911A1 Champion

**SPORTARMS TOKAREV MODEL 213**
**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 4.5".
**Weight:** 31 oz. **Length:** 7.6" overall.
**Stocks:** Grooved plastic.
**Sights:** Fixed.
**Features:** Blue finish, hard chrome optional. 9mm version of the famous Russian Tokarev pistol. Made in China by Norinco. Imported by Sportarms of Florida. Introduced 1988.
**Price:** Blue, about . . . . . . . . . . $150.00
**Price:** Hard chrome, about . . . . . . . . . . $179.00

**SPRINGFIELD INC. XM4 AUTO PISTOL**
**Caliber:** 9mm Para., 18-shot magazine, 45 ACP, 13-shot magazine.
**Barrel:** 5".
**Weight:** 29.25 oz. **Length:** 8.75" overall.
**Stocks:** Xanex.
**Sights:** Three-dot combat style.
**Features:** Frame made of Xanex synthetic polymer; slide machined from stainless steel. Hammer-forged rifling; serrated top rib; lowered and flared ejection port; heavy duty extractor; recessed hammer beavertail grip safety; combat-style trigger tuned to 5-6 lbs.; extended combat-style slide stop. Introduced 1994. From Springfield, Inc.
**Price:** . . . . . . . . . . $689.00

**SPRINGFIELD INC. 1911A1 AUTO PISTOL**
**Caliber:** 9mm Para., 9-shot; 38 Super, 10-shot; 45 ACP, 8-shot.
**Barrel:** 5".
**Weight:** 35.06 oz. **Length:** 8.59" overall.
**Stocks:** Checkered plastic.
**Sights:** Fixed low-profile combat-style.
**Features:** Beveled magazine well. All forged parts, including frame, barrel, slide. All new production. Introduced 1990. From Springfield Inc.
**Price:** Basic, 45 ACP, Parkerized . . . . . . . . . . $449.00
**Price:** Standard, 45 ACP, blued . . . . . . . . . . $489.00
**Price:** Basic, 45 ACP, stainless . . . . . . . . . . $532.00
**Price:** Mil-spec (Parkerized), 38 Super . . . . . . . . . . $489.00

**Springfield Inc. 1911A1 High Capacity Pistol**
Similar to the Standard 1911A1 except available in 45 ACP and 9x21mm with 10-shot magazine (45 ACP), 16-shot magazine (9x21mm). Has Commander-style hammer, walnut grips, ambidextrous thumb safety, beveled magazine well, plastic carrying case. Blue finish only. Introduced 1993. From Springfield, Inc.
**Price:** 45 ACP . . . . . . . . . . $999.00
**Price:** 9x21mm . . . . . . . . . . $1,099.00
**Price:** 45 ACP Factory Comp . . . . . . . . . . $1,225.00

**Springfield Inc. 1911A1 Factory Comp**
Similar to the standard 1911A1 except comes with bushing-type dual-port compensator, adjustable rear sight, extended thumb safety, Videki speed trigger, and beveled magazine well. Checkered walnut grips standard. Available in 38 Super or 45 ACP, blue only. Introduced 1992.
**Price:** 38 Super . . . . . . . . . . $929.00
**Price:** 45 ACP . . . . . . . . . . $869.00

**Springfield Inc. 1911A1 Champion Pistol**
Similar to the standard 1911A1 except slide is 4.25". Has low-profile three-dot sight system. Comes with Commander hammer and walnut stocks. Available in 45 ACP only; blue or stainless. Introduced 1989.
**Price:** Blue . . . . . . . . . . $529.00
**Price:** Stainless . . . . . . . . . . $558.00
**Price:** Blue, comp . . . . . . . . . . $829.00
**Price:** Mil-Spec . . . . . . . . . . $449.00

**Springfield Inc. Product Improved 1911A1 Defender Pistol**
Similar to the 1911A1 Champion except has tapered cone dual-port compensator system, rubberized grips. Has reverse recoil plug, full-length recoil spring guide, serrated frontstrap, extended thumb safety, Commander-style hammer with modified grip safety to match and a Videki speed trigger. Bi-Tone finish. Introduced 1991.
**Price:** 45 ACP . . . . . . . . . . $959.00

**Springfield Inc. 1911A1 Compact Pistol**
Similar to the Champion model except has a shortened slide with 4.025" barrel, 7.75" overall length. Magazine capacity is 7 shots. Has Commander hammer, checkered walnut grips. Available in 45 ACP only. Introduced 1989.
**Price:** Blued . . . . . . . . . . $529.00
**Price:** Bi-Tone Comp (blue slide, stainless frame) . . . . . . . . . . $829.00
**Price:** Stainless . . . . . . . . . . $558.00
**Price:** Compact Lightweight . . . . . . . . . . $499.00

**STAR FIRESTAR AUTO PISTOL**
**Caliber:** 9mm Para., 7-shot; 40 S&W, 6-shot.
**Barrel:** 3.39".
**Weight:** 30.35 oz. **Length:** 6.5" overall.
**Stocks:** Checkered rubber.
**Sights:** Blade front, fully adjustable rear; three-dot system.
**Features:** Low-profile, combat-style sights; ambidextrous safety. Available in blue or weather-resistant Starvel finish. Introduced 1990. Imported from Spain by Interarms.
**Price:** Blue, 9mm . . . . . **$453.00**
**Price:** Starvel finish 9mm . . . . . **$480.00**
**Price:** Blue, 40 S&W . . . . . **$471.00**
**Price:** Starvel finish, 40 S&W . . . . . **$497.00**

Star Firestar

Star Firestar Plus

**Star Firestar Plus Auto Pistol**
Same as the standard Firestar except has 13-shot magazine in 9mm. Also available in 40 S&W and 45 ACP. Introduced 1994. Imported from Spain by Interarms.
**Price:** Blue . . . . . **$494.00**
**Price:** Starvel . . . . . **$521.00**

**Star Firestar M45 Auto Pistol**
Similar to the standard Firestar except chambered for 45 ACP with 6-shot magazine. Has 3.6" barrel, weighs 35 oz., 6.85" overall length. Reverse-taper Acculine barrel. Introduced 1992. Imported from Spain by Interarms.
**Price:** Blue . . . . . **$494.00**
**Price:** Starvel finish . . . . . **$521.00**

**STAR MEGASTAR 45 ACP AUTO PISTOL**
**Caliber:** 10mm, 14-shot, 45 ACP, 12-shot magazine.
**Barrel:** 4.6".
**Weight:** 47.6 oz. **Length:** 8.44" overall.
**Stocks:** Checkered composition.
**Sights:** Blade front, adjustable rear.
**Features:** Double-action mechanism; steel frame and slide; reverse-taper Acculine barrel. Introduced 1992. Imported from Spain by Interarms.
**Price:** Blue, 10mm . . . . . **$653.00**
**Price:** Starvel finish, 10mm . . . . . **$682.00**
**Price:** Blue, 45 ACP . . . . . **$653.00**
**Price:** Starvel finish, 45 ACP . . . . . **$682.00**

Star Megastar

Star Ultrastar

**STAR ULTRASTAR DOUBLE-ACTION PISTOL**
**Caliber:** 9mm Para., 9-shot magazine.
**Barrel:** 3.57".
**Weight:** 26 oz. **Length:** 7" overall.
**Stocks:** Checkered black polymer.
**Sights:** Blade front, rear adjustable for windage; three-dot system.
**Features:** Polymer frame with inside steel slide rails; ambidextrous two-position safety (Safe and Decock). Introduced 1994. Imported from Spain by Interarms.
**Price:** . . . . . **$504.00**

Stoeger American Eagle Luger

**STOEGER AMERICAN EAGLE LUGER**
**Caliber:** 9mm Para., 7-shot magazine.
**Barrel:** 4", 6".
**Weight:** 32 oz. **Length:** 9.6" overall.
**Stocks:** Checkered walnut.
**Sights:** Blade front, fixed rear.
**Features:** Recreation of the American Eagle Luger pistol in stainless steel. Chamber loaded indicator. Introduced 1994. From Stoeger Industries.
**Price:** . . . . . **$695.00**
**Price:** Navy Model, 6" barrel . . . . . **$695.00**

**SUNDANCE MODEL A-25 AUTO PISTOL**
**Caliber:** 25 ACP, 7-shot magazine.
**Barrel:** 2.5".
**Weight:** 16 oz. **Length:** 4⅞" overall.
**Stocks:** Grooved black ABS or simulated smooth pearl; optional pink.
**Sights:** Fixed.
**Features:** Manual rotary safety; button magazine release. Bright chrome or black Teflon finish. Introduced 1989. Made in U.S. by Sundance Industries, Inc.
**Price:** . . . . . **$79.95**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—AUTOLOADERS, SERVICE & SPORT

Sundance BOA

### TAURUS MODEL PT58 AUTO PISTOL

**Caliber:** 380 ACP, 12-shot magazine.
**Barrel:** 4.01".
**Weight:** 30 oz. **Length:** 7.2" overall.
**Stocks:** Brazilian hardwood.
**Sights:** Integral blade on slide front, notch rear adjustable for windage. Three-dot system.
**Features:** Double action with exposed hammer; inertia firing pin. Introduced 1988. Imported by Taurus International.
**Price:** Blue . . . . . . . . . . $445.00
**Price:** Satin nickel . . . . . . . . . . $477.00
**Price:** Stainless steel . . . . . . . . . . $506.00

### Taurus PT 92AFC Compact Pistol

Similar to the PT-92 except has 4.25" barrel, 13-shot magazine, weighs 31 oz. and is 7.5" overall. Available in stainless steel, blue or satin nickel. Introduced 1991. Imported by Taurus International.
**Price:** Blue . . . . . . . . . . $492.00
**Price:** Blue, Deluxe Shooter's Pak (extra magazine, case) . . . . . $521.00
**Price:** Stainless steel . . . . . . . . . . $559.00
**Price:** Stainless, Deluxe Shooter's Pak (extra magazine and case) . $587.00

### TAURUS PT 100 AUTO PISTOL

**Caliber:** 40 S&W, 11-shot magazine.
**Barrel:** 5".
**Weight:** 34 oz.
**Stocks:** Smooth Brazilian hardwood.
**Sights:** Fixed front, drift-adjustable rear. Three-dot combat.
**Features:** Double action, exposed hammer. Ambidextrous hammer-drop safety; inertia firing pin; chamber loaded indicator. Introduced 1991. Imported by Taurus International.
**Price:** Blue . . . . . . . . . . $502.00
**Price:** Blue, Deluxe Shooter's Pak (extra magazine, case) . . . . . $530.00
**Price:** Nickel . . . . . . . . . . $542.00
**Price:** Nickel, Deluxe Shooter's Pak (extra magazine, case) . . . . $570.00
**Price:** Stainless . . . . . . . . . . $569.00
**Price:** Stainless, Deluxe Shooter's Pak (extra magazine, case) . . . $595.00

### Taurus PT 101 Auto Pistol

Same as the PT 100 except has micro-click rear sight adjustable for windage and elevation, three-dot combat-style. Introduced 1991.
**Price:** Blue . . . . . . . . . . $542.00
**Price:** Blue, Deluxe Shooter's Pak (extra magazine, case) . . . . . $571.00
**Price:** Nickel . . . . . . . . . . $587.00
**Price:** Nickel, Deluxe Shooter's Pak (extra magazine, case) . . . . $615.00
**Price:** Stainless . . . . . . . . . . $619.00
**Price:** Stainless, Deluxe Shooter's Pak (extra magazine, case) . . . $648.00

Consult our Directory pages for the location of firms mentioned.

### TAURUS MODEL PT-908 AUTO PISTOL

**Caliber:** 9mm Para., 8-shot magazine.
**Barrel:** 3.8".
**Weight:** 30 oz. **Length:** 7.05" overall.
**Stocks:** Checkered black composition.
**Sights:** Drift-adjustable front and rear; three-dot combat.
**Features:** Double action, exposed hammer; manual ambidextrous hammer-drop; inertia firing pin; chamber loaded indicator. Introduced 1993. Imported by Taurus International.
**Price:** Blue . . . . . . . . . . $492.00
**Price:** Stainless steel . . . . . . . . . . $559.00

### SUNDANCE BOA AUTO PISTOL

**Caliber:** 25 ACP, 7-shot magazine.
**Barrel:** 2½".
**Weight:** 16 oz. **Length:** 4⅞".
**Stocks:** Grooved ABS or smooth simulated pearl; optional pink.
**Sights:** Fixed.
**Features:** Patented grip safety, manual rotary safety; button magazine release; lifetime warranty. Bright chrome or black Teflon finish. Introduced 1991. Made in the U.S. by Sundance Industries, Inc.
**Price:** . . . . . . . . . . $95.00

### TAURUS MODEL PT 22/PT 25 AUTO PISTOLS

**Caliber:** 22 LR, 9-shot (PT 22); 25 ACP, 8-shot (PT 25).
**Barrel:** 2.75".
**Weight:** 12.3 oz. **Length:** 5.25" overall.
**Stocks:** Smooth Brazilian hardwood.
**Sights:** Blade front, fixed rear.
**Features:** Double action. Tip-up barrel for loading, cleaning. Blue only. Introduced 1992. Made in U.S. by Taurus International.
**Price:** 22 LR or 25 ACP . . . . . . . . . . $193.00

### TAURUS MODEL PT 92AF AUTO PISTOL

**Caliber:** 9mm Para., 15-shot magazine.
**Barrel:** 4.92".
**Weight:** 34 oz. **Length:** 8.54" overall.
**Stocks:** Brazilian hardwood.
**Sights:** Fixed notch rear. Three-dot sight system.
**Features:** Double action, exposed hammer, chamber loaded indicator. Inertia firing pin. Imported by Taurus International.
**Price:** Blue . . . . . . . . . . $492.00
**Price:** Blue, Deluxe Shooter's Pak (extra magazine, case) . . . . . . $521.00
**Price:** Nickel . . . . . . . . . . $532.00
**Price:** Nickel, Deluxe Shooter's Pak (extra magazine, case) . . . . . $561.00
**Price:** Stainless steel . . . . . . . . . . $559.00
**Price:** Stainless, Deluxe Shooter's Pak (extra magazine, case) . . . $587.00

### Taurus PT 99AF Auto Pistol

Similar to the PT-92 except has fully adjustable rear sight, smooth Brazilian walnut stocks and is available in stainless steel, polished blue or satin nickel. Introduced 1983.
**Price:** Blue . . . . . . . . . . $532.00
**Price:** Blue, Deluxe Shooter's Pak (extra magazine, case) . . . . . . $562.00
**Price:** Nickel . . . . . . . . . . $577.00
**Price:** Nickel, Deluxe Shooter's Pak (extra magazine, case) . . . . . $606.00
**Price:** Stainless steel . . . . . . . . . . $606.00
**Price:** Stainless, Deluxe Shooter's Pak (extra magazine, case) . . . $633.00

Taurus PT92C

Taurus PT-908

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 299

Compendium_Klarevas
Page 464

## HANDGUNS—AUTOLOADERS, SERVICE & SPORT

### WALTHER PP AUTO PISTOL

**Caliber:** 22 LR, 15-shot; 32 ACP, 380 ACP, 7-shot magazine.
**Barrel:** 3.86".
**Weight:** 23½ oz. **Length:** 6.7" overall.
**Stocks:** Checkered plastic.
**Sights:** Fixed, white markings.
**Features:** Double action; manual safety blocks firing pin and drops hammer; chamber loaded indicator on 32 and 380; extra finger rest magazine provided. Imported from Germany by Interarms.
**Price:** 22 LR . . . . . **$783.00**
**Price:** 32 . . . . . **$1,206.00**
**Price:** 380 . . . . . **$1,206.00**
**Price:** Engraved models . . . . . **On Request**

Walther PPK/S American

### Walther PPK/S American Auto Pistol

Similar to Walther PP except made entirely in the United States. Has 3.27" barrel with 6.1" length overall. Introduced 1980.
**Price:** 380 ACP only, blue . . . . . **$610.00**
**Price:** As above, stainless . . . . . **$610.00**

### Walther PPK American Auto Pistol

Similar to Walther PPK/S except weighs 21 oz., has 6-shot capacity. Made in the U.S. Introduced 1986.
**Price:** Stainless, 380 ACP only . . . . . **$610.00**
**Price:** Blue, 380 ACP only . . . . . **$610.00**

### WALTHER P-38 AUTO PISTOL

**Caliber:** 9mm Para., 8-shot.
**Barrel:** 4$^{15}/_{16}$".
**Weight:** 28 oz. **Length:** 8½" overall.
**Stocks:** Checkered plastic.
**Sights:** Fixed.
**Features:** Double action; safety blocks firing pin and drops hammer. Matte finish standard, polished blue, engraving and/or plating available. Imported from Germany by Interarms.
**Price:** . . . . . **$824.00**
**Price:** Engraved models . . . . . **On Request**

Walther P-38

### Walther P-5 Auto Pistol

Latest Walther design that uses the basic P-38 double-action mechanism. Caliber 9mm Para., barrel length 3½"; weight 28 oz., overall length 7".
**Price:** . . . . . **$1,096.00**
**Price:** P-5 Compact . . . . . **$1,096.00**

Walther P-88 Compact

### WALTHER P-88 COMPACT AUTO PISTOL

**Caliber:** 9mm Para., 14-shot magazine.
**Barrel:** 4".
**Weight:** 31½ oz. **Length:** 7⅜" overall.
**Stocks:** Checkered black composition.
**Sights:** Blade front, rear adjustable for windage and elevation.
**Features:** Double action with ambidextrous decocking lever and magazine release; alloy frame; loaded chamber indicator; matte finish. Imported from Germany by Interarms.
**Price:** . . . . . **$1,725.00**

Walther TPH

### WALTHER MODEL TPH AUTO PISTOL

**Caliber:** 22 LR, 25 ACP, 6-shot magazine.
**Barrel:** 2¼".
**Weight:** 14 oz. **Length:** 5⅜" overall.
**Stocks:** Checkered black composition.
**Sights:** Blade front, rear drift-adjustable for windage.
**Features:** Made of stainless steel. Scaled-down version of the Walther PP/PPK series. Made in U.S. Introduced 1987. From Interarms.
**Price:** Blue or stainless steel, 22 or 25 . . . . . **$458.00**

Wildey Auto

### WILDEY AUTOMATIC PISTOL

**Caliber:** 10mm Wildey Mag., 11mm Wildey Mag., 30 Wildey Mag., 357 Peterbuilt, 45 Win. Mag., 475 Wildey Mag., 7-shot magazine.
**Barrel:** 5", 6", 7", 8", 10", 12", 14" (45 Win. Mag.); 8", 10", 12", 14" (all other cals.). Interchangeable.
**Weight:** 64 oz. (5" barrel). **Length:** 11" overall (7" barrel).
**Stocks:** Hardwood.
**Sights:** Ramp front (interchangeable blades optional), fully adjustable rear. Scope base available.
**Features:** Gas-operated action. Made of stainless steel. Has three-lug rotary bolt. Double or single action. Polished and matte finish. Made in U.S. by Wildey, Inc.
**Price:** . . . . . **$1,175.00 to $1,495.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—AUTOLOADERS, SERVICE & SPORT

Wilkinson Sherry

**WILKINSON "SHERRY" AUTO PISTOL**
**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 2⅛".
**Weight:** 9¼ oz. **Length:** 4⅜" overall.
**Stocks:** Checkered black plastic.
**Sights:** Fixed, groove.
**Features:** Cross-bolt safety locks the sear into the hammer. Available in all blue finish or blue slide and trigger with gold frame. Introduced 1985.
**Price:** . . . . . . . . . . $179.95

**WILKINSON "LINDA" AUTO PISTOL**
**Caliber:** 9mm Para., 31-shot magazine.
**Barrel:** 8$\frac{5}{16}$".
**Weight:** 4 lbs., 13 oz. **Length:** 12¼" overall.
**Stocks:** Checkered black plastic pistol grip, maple forend.
**Sights:** Protected blade front, aperture rear.
**Features:** Fires from closed bolt. Semi-auto only. Straight blowback action. Cross-bolt safety. Removable barrel. From Wilkinson Arms.
**Price:** . . . . . . . . . . $484.84

## HANDGUNS—COMPETITION HANDGUNS

Includes models suitable for several forms of competition and other sporting purposes.

**AUTO-ORDNANCE 1911A1 COMPETITION MODEL**
**Caliber:** 45 ACP.
**Barrel:** 5".
**Weight:** NA. **Length:** NA.
**Stocks:** Black textured rubber wrap-around.
**Sights:** Blade front, rear adjustable for windage; three-dot system.
**Features:** Machined compensator, combat Commander hammer; flat mainspring housing; low profile magazine funnel; metal form magazine bumper; high-ride beavertail grip safety; full-length recoil spring guide system; extended slide stop, safety and magazine catch; Videcki adjustable speed trigger; extended combat ejector. Introduced 1994. Made in U.S. by Auto-Ordnance Corp.
**Price:** . . . . . . . . . . $615.00

Auto-Ordnance competition Model

Benelli MP95SE

**BENELLI MP95SE MATCH PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4.33".
**Weight:** 38.8 oz. **Length:** 11.81" overall.
**Stocks:** Stippled walnut match type; anatomically shaped.
**Sights:** Match type. Blade front, click-adjustable rear for windage and elevation.
**Features:** Fully adjustable trigger for pull and position, and is removable. Special internal weight box on sub-frame below barrel. Cut for scope rails. Introduced 1993. Imported from Italy by European American Armory.
**Price:** Blue . . . . . . . . . . $550.00
**Price:** Chrome . . . . . . . . . . $625.00

**BERNARDELLI MODEL 69 TARGET PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5.9".
**Weight:** 38 oz. **Length:** 9" overall.
**Stocks:** Wrap-around, hand-checkered walnut with thumbrest.
**Sights:** Fully adjustable and interchangeable target type.
**Features:** Conforms to U.I.T. regulations. Has 7.1" sight radius, .27" wide grooved trigger. Manual thumb safety and magazine safety. Introduced 1987. Imported from Italy by Armsport.
**Price:** . . . . . . . . . . $612.00

BF Single Shot

**BF SINGLE SHOT PISTOL**
**Caliber:** 22 LR, 357 Mag., 44 Mag., 7-30 Waters, 30-30 Win., 375 Win., 45-70; custom chamberings from 17 Rem. through 45-cal.
**Barrel:** 10", 10.75", 12", 15+".
**Weight:** 52 oz. **Length:** NA.
**Stocks:** Custom Herrett finger-groove grip and forend.
**Sights:** Undercut Patridge front, ½-MOA match-quality fully adjustable RPM Iron Sight rear; barrel or receiver mounting. Drilled and tapped for scope mounting.
**Features:** Rigid barrel/receiver; falling block action with short lock time; automatic ejection; air-gauged match barrels by Wilson or Douglas; matte black oxide finish standard, electroless nickel optional. Barrel has 11-degree recessed target crown. Introduced 1988. Made in U.S. by E.A. Brown Mfg.
**Price:** 10", no sights . . . . . . . . . . $499.95
**Price:** 10", RPM sights . . . . . . . . . . $564.95
**Price:** 10.75", no sights . . . . . . . . . . $529.95
**Price:** 10.75", RPM sights . . . . . . . . . . $594.95
**Price:** 12", no sights . . . . . . . . . . $562.95
**Price:** 12", RPM sights . . . . . . . . . . $643.75
**Price:** 15", no sights . . . . . . . . . . $592.95
**Price:** 15", RPM sights . . . . . . . . . . $675.00
**Price:** 10.75" Ultimate Silhouette (heavy barrel, special forend, RPM rear sight with hooded front, gold-plated trigger) . . . . . . . . . . $687.95

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

49th EDITION, 1995 **301**

Compendium_Klarevas
Page 466

**BERETTA MODEL 89 WOOD SPORT GOLD STANDARD PISTOL**
**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 6"
**Weight:** 41 oz. **Length:** 9.5" overall.
**Stocks:** Target-type walnut with thumbrest.
**Sights:** Interchangeable blade front, fully adjustable rear.
**Features:** Single-action target pistol. Matte blue finish. Imported from Italy by Beretta U.S.A.
**Price:** . . . . . . . . . . $735.00

Beretta Model 89

**BROWNING BUCK MARK SILHOUETTE**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** $9\frac{7}{8}$".
**Weight:** 53 oz. **Length:** 14" overall.
**Stocks:** Smooth walnut stocks and forend, or finger-groove walnut.
**Sights:** Post-type hooded front adjustable for blade width and height; Pro Target rear fully adjustable for windage and elevation.
**Features:** Heavy barrel with .900" diameter; $12\frac{1}{2}$" sight radius. Special sighting plane forms scope base. Introduced 1987. Made in U.S. From Browning.
**Price:** . . . . . . . . . . $401.95

**Browning Buck Mark Unlimited Match**
Same as the Buck Mark Silhouette except has 14" heavy barrel. Conforms to IHMSA 15" maximum sight radius rule. Introduced 1991.
**Price:** . . . . . . . . . . $499.95

**Browning Buck Mark Target 5.5**
Same as the Buck Mark Silhouette except has a $5\frac{1}{2}$" barrel with .900" diameter. Has hooded sights mounted on a scope base that accepts an optical or reflex sight. Rear sight is a Browning fully adjustable Pro Target, front sight is an adjustable post that customizes to different widths, and can be adjusted for height. Contoured walnut grips with thumbrest, or finger-groove walnut. Matte blue finish. Overall length is $9\frac{5}{8}$", weight is $35\frac{1}{2}$ oz. Has 10-shot magazine. Introduced 1990. From Browning.
**Price:** . . . . . . . . . . $385.95
**Price:** Target 5.5 Gold (as above with gold anodized frame and top rib) . . . . . . . . . . $434.95
**Price:** Target 5.5 Nickel (as above with nickel frame and top rib) . . $434.95

Browning Buck Mark Target 5.5

**Browning Buck Mark Field 5.5**
Same as the Target 5.5 except has hoodless ramp-style front sight and low profile rear sight. Matte blue finish, contoured or finger-groove walnut stocks. Introduced 1991.
**Price:** . . . . . . . . . . $385.95

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**COLT GOLD CUP NATIONAL MATCH MK IV/SERIES 80**
**Caliber:** 45 ACP, 8-shot magazine.
**Barrel:** 5", with new design bushing.
**Weight:** 39 oz. **Length:** $8\frac{1}{2}$".
**Stocks:** Rubber combat with silver-plated medallion.
**Sights:** Patridge-style front, Colt-Elliason rear adjustable for windage and elevation, sight radius $6\frac{3}{4}$".
**Features:** Arched or flat housing; wide, grooved trigger with adjustable stop; ribbed-top slide, hand fitted, with improved ejection port.
**Price:** Blue . . . . . . . . . . $899.00
**Price:** Stainless . . . . . . . . . . $963.00
**Price:** Bright stainless . . . . . . . . . . $1,032.00
**Price:** Delta Gold Cup (10mm, stainless) . . . . . . . . . . $987.00

Colt Gold Cup National Match

Competitor Single Shot

**COMPETITOR SINGLE SHOT PISTOL**
**Caliber:** 22 LR through 50 Action Express, including belted magnums.
**Barrel:** 14" standard; 10.5" silhouette; 16" optional.
**Weight:** About 59 oz. (14" bbl.). **Length:** 15.12" overall.
**Stocks:** Ambidextrous; synthetic (standard) or laminated or natural wood.
**Sights:** Ramp front, adjustable rear.
**Features:** Rotary canon-type action cocks on opening; cammed ejector; interchangeable barrels, ejectors. Adjustable single stage trigger, sliding thumb safety and trigger safety. Matte blue finish. Introduced 1988. From Competitor Corp., Inc.
**Price:** 14", standard calibers, synthetic grip . . . . . . . . . . $379.90
**Price:** Extra barrels, from . . . . . . . . . . $132.95

**E.A.A. WINDICATOR TARGET GRADE REVOLVERS**
**Caliber:** 22 LR, 8-shot, 38 Special, 357 Mag., 6-shot.
**Barrel:** 6".
**Weight:** 50.2 oz. **Length:** 11.8" overall.
**Stocks:** Walnut, competition style.
**Sights:** Blade front with three interchangeable blades, fully adjustable rear.
**Features:** Adjustable trigger with trigger stop and trigger shoe; frame drilled and tapped for scope mount; target hammer. Comes with barrel weights, plastic carrying box. Introduced 1991. Imported from Germany by European American Armory.
**Price:** . . . . . . . . . . $299.00

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# HANDGUNS—COMPETITION HANDGUNS

### E.A.A. WITNESS GOLD TEAM AUTO

**Caliber:** 9mm Para., 9x21, 10mm Auto, 38 Super, 40 S&W, 45 ACP.
**Barrel:** 5.1".
**Weight:** 41.6 oz. **Length:** 9.6" overall.
**Stocks:** Checkered walnut, competition style.
**Sights:** Square post front, fully adjustable rear.
**Features:** Triple-chamber compensator; competition SA trigger; extended safety and magazine release; competition hammer; beveled magazine well; beavertail grip. Hand-fitted major components. Hard chrome finish. Match-grade barrel. From E.A.A. Custom Shop. Introduced 1992. From European American Armory.
**Price:** . . . . . . . . **$2,195.00**

E.A.A. Witness Gold Team

### E.A.A. Witness Silver Team Auto

Similar to the Wittness Gold Team except has double-chamber compensator, paddle magazine release, checkered walnut grips, double-dip blue finish. Comes with Super Sight or drilled and tapped for scope mount. Built for the intermediate competition shooter. Introduced 1992. From European American Armory Custom Shop.
**Price:** 9mm Para., 9x21, 10mm Auto, 38 Super, 40 S&W, 45 ACP . . . **$1,195.00**

Erma Golden Target

### ERMA ER MATCH REVOLVERS

**Caliber:** 22 LR, 32 S&W Long, 6-shot.
**Barrel:** 6".
**Weight:** 47.3 oz. **Length:** 11.2" overall.
**Stocks:** Stippled walnut, adjustable match-type.
**Sights:** Blade front, micrometer rear adjustable for windage and elevation.
**Features:** Polished blue finish. Introduced 1989. Imported from Germany by Precision Sales International.
**Price:** 22 LR or 32 S&W Long . . . . . . . . **$1,371.00**

### ERMA ESP 85A MATCH PISTOL

**Caliber:** 22 LR, 8-shot; 32 S&W, 5-shot magazine.
**Barrel:** 6".
**Weight:** 39 oz. **Length:** 10" overall.
**Stocks:** Match-type of stippled walnut; adjustable.
**Sights:** Interchangeable blade front, micrometer adjustable rear with interchangeable leaf.
**Features:** Five-way adjustable trigger; exposed hammer and separate firing pin block allow unlimited dry firing practice. Blue or matte chrome; right- or left-hand. Introduced 1988. Imported from Germany by Precision Sales International.
**Price:** 22 LR . . . . . . . . **$1,645.00**
**Price:** 22 LR, left-hand . . . . . . . . **$1,675.00**
**Price:** 22 LR, matte chrome . . . . . . . . **$1,753.00**
**Price:** 32 S&W . . . . . . . . **$1,714.00**
**Price:** 32 S&W, left-hand . . . . . . . . **$1,744.00**
**Price:** 32 S&W, matte chrome . . . . . . . . **$1,822.00**
**Price:** 32 S&W, matte chrome, left-hand . . . . . . . . **$1,852.00**

### FAS 602 MATCH PISTOL

**Caliber:** 22 LR, 5-shot.
**Barrel:** 5.6".
**Weight:** 37 oz. **Length:** 11" overall.
**Stocks:** Walnut wraparound; sizes small, medium or large, or adjustable.
**Sights:** Match. Blade front, open notch rear fully adjustable for windage and elevation. Sight radius is 8.66".
**Features:** Line of sight is only 11/32" above centerline of bore; magazine is inserted from top; adjustable and removable trigger mechanism; single lever takedown. Full 5-year warranty. Imported from Italy by Nygord Precision Products.
**Price:** . . . . . . . . **$995.00**

### FREEDOM ARMS CASULL MODEL 252 SILHOUETTE

**Caliber:** 22 LR, 5-shot cylinder.
**Barrel:** 9.95".
**Weight:** 63 oz. **Length:** NA
**Stocks:** Black micarta, western style.
**Sights:** 1/8" Patridge front, Iron Sight Gun Works silhouette rear, click adjustable for windage and elevation.
**Features:** Stainless steel. Built on the 454 Casull frame. Two-point firing pin, lightened hammer for fast lock time. Trigger pull is 3 to 5 lbs. with pre-set overtravel screw. Introduced 1991. From Freedom Arms.
**Price:** Silhouette Class . . . . . . . . **$1,350.00**
**Price:** Extra fitted 22 WMR cylinder . . . . . . . . **$233.00**

### Erma ESP 85A Golden Target Pistol

Similar to the ESP-85A Match except has high-polish gold finish on the slide, different adjustable match stocks with finger grooves. Comes with fully interchangeable 6" barrels for 22 LR and 32 S&W. Introduced 1994. Imported from Germany by Precision Sales International.
**Price:** . . . . . . . . **$2,100.00**

### FAS 601 Match Pistol

Similar to Model 602 except has different match stocks with adjustable palm shelf, 22 Short only for rapid fire shooting; weighs 40 oz., 5.6" bbl.; has gas ports through top of barrel and slide to reduce recoil; slightly different trigger and sear mechanisms. Imported from Italy by Nygord Precision Products.
**Price:** . . . . . . . . **$1,095.00**

### FAS 603 Match Pistol

Similar to the FAS 602 except chambered for 32 S&W with 5-shot magazine; 5.3" barrel; 8.66" sight radius; overall length 11.0"; weighs 42.3 oz. Imported from Italy by Nygord Precision Products.
**Price:** . . . . . . . . **$1,050.00**

Freedom Arms Casull 252 Varmint

### Freedom Arms Casull Model 252 Varmint

Similar to the Silhouette Class revolver except has 7.5" barrel, weighs 59 oz., has black and green laminated hardwood grips, and comes with brass bead front sight, express shallow V rear sight with windage and elevation adjustments. Introduced 1991. From Freedom Arms.
**Price:** Varmint Class . . . . . . . . **$1,295.00**
**Price:** Extra fitted 22 WMR cylinder . . . . . . . . **$233.00**

### GAUCHER GP SILHOUETTE PISTOL

**Caliber:** 22 LR, single shot.
**Barrel:** 10".
**Weight:** 42.3 oz. **Length:** 15.5" overall.
**Stocks:** Stained hardwood.
**Sights:** Hooded post on ramp front, open rear adjustable for windage and elevation.
**Features:** Matte chrome barrel, blued bolt and sights. Other barrel lengths available on special order. Introduced 1991. Imported by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$323.00**

### GLOCK 24 COMPETITION MODEL PISTOL

**Caliber:** 40 S&W, 15-shot magazine.
**Barrel:** 6.02".
**Weight:** 29.5 oz. **Length:** 8.85" overall.
**Stocks:** Black polymer.
**Sights:** Blade front with dot, white outline rear adjustable for windage.
**Features:** Long-slide competition model available as compensated or non-compensated gun. Factory-installed competition trigger; drop-free magazine. Introduced 1994. Imported from Austria by Glock, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$806.67**

Consult our Directory pages for the location of firms mentioned.

### HAMMERLI MODEL 160/162 FREE PISTOLS

**Caliber:** 22 LR, single shot.
**Barrel:** 11.30".
**Weight:** 46.94 oz. **Length:** 17.52" overall.
**Stocks:** Walnut; full match style with adjustable palm shelf. Stippled surfaces.
**Sights:** Changeable blade front, open, fully adjustable match rear.
**Features:** Model 160 has mechanical set trigger; Model 162 has electronic trigger; both fully adjustable with provisions for dry firing. Introduced 1993. Imported from Switzerland by Hammerli Pistols USA.
**Price:** Model 160, about . . . . . . . . . . . . . . . . . . . . . . **$1,910.00**
**Price:** Model 162, about . . . . . . . . . . . . . . . . . . . . . . **$2,095.00**

### HAMMERLI MODEL 208s PISTOL

**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 5.9".
**Weight:** 37.5 oz. **Length:** 10" overall.
**Stocks:** Walnut, target-type with thumbrest.
**Sights:** Blade front, open fully adjustable rear.
**Features:** Adjustable trigger, including length; interchangeable rear sight elements. Imported from Switzerland by Hammerli Pistols USA, Mandall Shooting Supplies.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,695.00**

Hammerli Model 280

### GLOCK 17L COMPETITION AUTO

**Caliber:** 9mm Para., 17-shot magazine.
**Barrel:** 6.02".
**Weight:** 23.3 oz. **Length:** 8.85" overall.
**Stocks:** Black polymer.
**Sights:** Blade front with white dot, fixed or adjustable rear.
**Features:** Polymer frame, steel slide; double-action trigger with "Safe Action" system; mechanical firing pin safety, drop safety; simple takedown without tools; locked breech, recoil operated action. Introduced 1989. Imported from Austria by Glock, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$806.67**

Glock 24 Competition

Hammerli Model 160

Hammerli Model 208s

### HAMMERLI MODEL 280 TARGET PISTOL

**Caliber:** 22 LR, 6-shot; 32 S&W Long WC, 5-shot.
**Barrel:** 4.5".
**Weight:** 39.1 oz. (32). **Length:** 11.8" overall.
**Stocks:** Walnut match-type with stippling, adjustable palm shelf.
**Sights:** Match sights, micrometer adjustable; interchangeable elements.
**Features:** Has carbon-reinforced synthetic frame and bolt/barrel housing. Trigger is adjustable for pull weight, take-up weight, let-off, and length, and is interchangeable. Interchangeable metal or carbon fiber counterweights. Sight radius of 8.8". Comes with barrel weights, spare magazine, loading tool, cleaning rods. Introduced 1990. Imported from Switzerland by Hammerli Pistols USA and Mandall Shooting Supplies.
**Price:** 22-cal., about . . . . . . . . . . . . . . . . . . . . . . . **$1,465.00**
**Price:** 32-cal., about . . . . . . . . . . . . . . . . . . . . . . . **$1,650.00**

### McMILLAN SIGNATURE JR. LONG RANGE PISTOL

**Caliber:** Any suitable caliber.
**Barrel:** To customer specs.
**Weight:** 5 lbs.
Stock: McMillan fiberglass.
**Sights:** None furnished; comes with scope rings.
**Features:** Right- or left-hand McMillan benchrest action of titanium or stainless steel; single shot or repeater. Comes with bipod. Introduced 1992. Made in U.S. by McMillan Gunworks, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,400.00**

### McMILLAN WOLVERINE AUTO PISTOL

**Caliber:** 9mm Para., 10mm Auto, 38 Wadcutter, 38 Super, 45 Italian, 45 ACP.
**Barrel:** 6".
**Weight:** 45 oz. **Length:** 9.5" overall.
**Stocks:** Pachmayr rubber.
**Sights:** Blade front, fully adjustable rear; low profile.
**Features:** Integral compensator; round burr-style hammer; extended grip safety; checkered backstrap; skeletonized aluminum match trigger. Many finish options. Announced 1992. Made in U.S. by McMillan Gunworks, Inc.
**Price:** Combat or Competition Match . . . . . . . . . . . . . . . . **$1,700.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

**MITCHELL ARMS OLYMPIC II I.S.U. AUTO PISTOL**
**Caliber:** 22 Short, 10-shot magazine.
**Barrel:** 6.75" round tapered, with stabilizer.
**Weight:** 40 oz. **Length:** 11.25" overall.
**Stocks:** Checkered walnut with thumbrest.
**Sights:** Undercut ramp front, frame-mounted click adjustable square notch rear.
**Features:** Integral stabilizer with two removable weights. Trigger adjustable for pull and over-travel; blue finish; stippled front and backstraps; push-button barrel takedown. Announced 1992. From Mitchell Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$599.00**

Mitchell Olympic II I.S.U.

**MITCHELL VICTOR II AUTO PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 4.5" vent rib, 5.5" vent, dovetail or Weaver ribs.
**Weight:** 44 oz. **Length:** 9.75" overall.
**Stocks:** Military-type checkered walnut with thumbrest.
**Sights:** Blade front, fully adjustable rear mounted on rib.
**Features:** Push-button takedown for barrel interchangeability. Bright stainless steel combo or royal blue finish. Introduced 1994. Made in U.S. From Mitchell Arms.
**Price:** Vent rib, 4.5" barrel . . . . . . . . . . . . . . . . . . . . . **$569.00**
**Price:** Dovetail rib, 5.5" barrel . . . . . . . . . . . . . . . . . . . **$599.00**
**Price:** Weaver rib, 5.5" barrel . . . . . . . . . . . . . . . . . . . **$648.00**

Mitchell Victor II

Remington XP-100 Silhouette

**REMINGTON XP-100 SILHOUETTE PISTOL**
**Caliber:** 7mm BR Rem., single shot.
**Barrel:** 10½".
**Weight:** 3⅞ lbs. **Length:** 17¼" overall.
Stock: American walnut.
**Sights:** Blade front, fully adjustable square notch rear.
**Features:** Mid-handle grip with scalloped contours for left- or right-handed shooters; match-type trigger; two-postion thumb safety. Matte blue finish.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$625.00**

**RUGER MARK II TARGET MODEL AUTO PISTOL**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 5¼", 6⅞".
**Weight:** 42 oz. **Length:** 11⅛" overall.
**Stocks:** Checkered hard plastic.
**Sights:** .125" blade front, micro-click rear, adjustable for windage and elevation. Sight radius 9⅜".
**Features:** Introduced 1982.
**Price:** Blued (MK-514, MK-678) . . . . . . . . . . . . . . . . . . . **$310.50**
**Price:** Stainless (KMK-514, KMK-678) . . . . . . . . . . . . . . . **$389.00**

Ruger Government Target

**Ruger Mark II Government Target Model**
Same gun as the Mark II Target Model except has 6⅞" barrel, higher sights and is roll marked "Government Target Model" on the right side of the receiver below the rear sight. Identical in all aspects to the military model used for training U.S. armed forces except for markings. Comes with factory test target. Introduced 1987.
**Price:** Blued (MK-678G) . . . . . . . . . . . . . . . . . . . . . . **$356.50**
**Price:** Stainless (KMK-678G) . . . . . . . . . . . . . . . . . . . . **$427.29**

**Ruger Mark II Bull Barrel**
Same gun as the Target Model except has 5½" or 10" heavy barrel (10" meets all IHMSA regulations). Weight with 5½" barrel is 42 oz., with 10" barrel, 52 oz.
**Price:** Blued (MK-512) . . . . . . . . . . . . . . . . . . . . . . . **$310.50**
**Price:** Blued (MK-10) . . . . . . . . . . . . . . . . . . . . . . . . **$294.50**
**Price:** Stainless (KMK-10) . . . . . . . . . . . . . . . . . . . . . **$373.00**
**Price:** Stainless (KMK-512) . . . . . . . . . . . . . . . . . . . . **$389.00**

**Ruger Stainless Government Competition Model 22 Pistol**
Similar to the Mark II Government Target Model stainless pistol except has 6⅞" slab-sided barrel; the receiver top is drilled and tapped for a Ruger scope base adaptor of blued, chromemoly steel; comes with Ruger 1" stainless scope rings with integral bases for mounting a variety of optical sights; has checkered laminated grip panels with right-hand thumbrest. Has blued open sights with 9¼" radius. Overall length is 11⅛", weight 44 oz. Introduced 1991.
**Price:** KMK-678GC . . . . . . . . . . . . . . . . . . . . . . . . . **$441.00**

Safari Arms Matchmaster

**SAFARI ARMS MATCHMASTER PISTOL**
**Caliber:** 45 ACP, 7-shot magazine.
**Barrel:** 5"; National Match, stainless steel.
**Weight:** 38 oz. **Length:** 8.5" overall.
**Stocks:** Smooth walnut with etched scorpion logo.
**Sights:** Ramped blade front, rear adjustable for windage and elevation.
**Features:** Beavertail grip safety, extended safety, extended slide release, Commander-style hammer; throated, ported, tuned. Finishes: Parkerized matte black, or satin stainless steel. Available from Safari Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$670.00**

**Safari Arms Matchmaster Carrycomp I Pistol**
Similar to the Matchmaster except has Wil Schueman-designed hybrid compensator system. Introduced 1993. Made in U.S. by Safari Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,010.00**

## HANDGUNS—COMPETITION HANDGUNS

### SMITH & WESSON MODEL 41 TARGET

**Caliber:** 22 LR, 12-shot clip.
**Barrel:** 5½", 7".
**Weight:** 44 oz. (5½" barrel). **Length:** 9" overall (5½" barrel).
**Stocks:** Checkered walnut with modified thumbrest, usable with either hand.
**Sights:** ⅛" Patridge on ramp base; micro-click rear adjustable for windage and elevation.
**Features:** ⅜" wide, grooved trigger; adjustable trigger stop.
**Price:** S&W Bright Blue, either barrel . . . . . . . . . . . . . . . . **$753.00**

### SPHINX AT-2000C COMPETITOR PISTOL

**Caliber:** 9mm Para., 9x21mm, 15-shot, 40 S&W, 11-shot.
**Barrel:** 5.31".
**Weight:** 40.56 oz. **Length:** 9.84" overall.
**Stocks:** Checkered neoprene.
**Sights:** Fully adjustable Bo-Mar or Tasco Pro-Point dot sight in Sphinx mount.
**Features:** Extended magazine release. Competition slide with dual-port compensated barrel. Two-tone finish only. Introduced 1993. Imported from Switzerland by Sile Distributors, Inc.
**Price:** With Bo-Mar sights (AT-2000CS) . . . . . . . . . . . . . . **$1,902.00**
**Price:** With Tasco Pro-Point and mount . . . . . . . . . . . . . . **$2,189.00**

### Sphinx AT-2000GM Grand Master Pistol

Similar to the AT-2000C except has single-action-only trigger mechanism, squared trigger guard, extended beavertail grip, safety and magazine release; notched competition slide for easier cocking. Two-tone finish only. Has dual-port compensated barrel. Available with fully adjustable Bo-Mar sights or Tasco Pro-Point and Sphinx mount. Introduced 1993. Imported from Switzerland by Sile Distributors, Inc.
**Price:** With Bo-Mar sights (AT-2000GMS) . . . . . . . . . . . . . **$2,893.00**
**Price:** With Tasco Pro-Point and mount (AT-2000GM) . . . . . . **$2,971.00**

### SPRINGFIELD INC. 1911A1 BULLSEYE WADCUTTER PISTOL

**Caliber:** 45 ACP.
**Barrel:** 5".
**Weight:** 45 oz. **Length:** 8.59" overall (5" barrel).
**Stocks:** Checkered walnut.
**Sights:** Bo-Mar rib with undercut blade front, fully adjustable rear.
**Features:** Built for wadcutter loads only. Has full-length recoil spring guide rod, fitted Videki speed trigger with 3.5-lb. pull; match Commander hammer and sear; beavertail grip safety; lowered and flared ejection port; tuned extractor; fitted slide to frame; recoil buffer system; beveled and polished magazine well; checkered front strap and steel mainspring housing (flat housing standard); polished and throated National Match barrel and bushing. Comes with two magazines with slam pads, plastic carrying case, test target. Introduced 1992. From Springfield Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **P.O.R.**

### Springfield Inc. 1911A1 N.M. Hardball Pistol

Has Bo-Mar adjustable rear sight with undercut front blade; fitted match Videki trigger with 4-lb. pull; fitted slide to frame; throated National Match barrel and bushing, polished feed ramp; recoil buffer system; tuned extractor; Herrett walnut grips. Comes with two magazines, plastic carrying case, test target. Introduced 1992. From Springfield Inc.
**Price:** 45 ACP, blue . . . . . . . . . . . . . . . . . . . . . . . . . **P.O.R.**

Springfield 1911A1 Trophy Match

### Springfield Inc. Trophy Master Distinguished Pistol

Has all the features of the 1911A1 Trophy Master Expert except is full-house pistol with Bo-Mar low-mounted adjustable rear sight; full-length recoil spring guide rod and recoil spring retainer; beveled and polished magazine well; walnut grips. Hard chrome finish. Comes with two magazines with slam pads, plastic carrying case. From Springfield Inc.
**Price:** 45 ACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **P.O.R.**
**Price:** Trophy Master Distinguished Limited . . . . . . . . . . . . . . **P.O.R.**

Sphinx AT 2000C Competitor

Sphinx AT 2000 GM Grand Master

### Springfield Inc. Basic Competition Pistol

Has low-mounted Bo-Mar adjustable rear sight, undercut blade front; match throated barrel and bushing; polished feed ramp; lowered and flared ejection port; fitted Videki speed trigger with tuned 3.5-lb. pull; fitted slide to frame; recoil buffer system; Pachmayr mainspring housing; Pachmayr grips. Comes with two magazines with slam pads, plastic carrying case. Introduced 1992. From Springfield Inc.
**Price:** 45 ACP, blue, 5" only . . . . . . . . . . . . . . . . . . . . . **P.O.R.**

### Springfield Inc. Trophy Master Expert Pistol

Similar to the 1911A1 Trophy Master Competition Pistol except has triple-chamber tapered cone compensator on match barrel with dovetailed front sight; lowered and flared ejection port; fully tuned for reliability. Comes with two magazines, plastic carrying case. Introduced 1992. From Springfield Inc.
**Price:** 45 ACP, Duotone finish . . . . . . . . . . . . . . . . . . . . . **P.O.R.**
**Price:** Trophy Master Expert Ltd. . . . . . . . . . . . . . . . . . . . . **P.O.R.**

### Springfield Inc. 1911A1 Trophy Match Pistol

Similar to the 1911A1 except factory accurized, has 4- to 5½-lb. trigger pull, click adjustable rear sight, match-grade barrel and bushing. Comes with checkered walnut grips. Introduced 1994. From Springfield, Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$899.00**
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . **$936.00**

### Springfield Inc. Trophy Master Competition Pistol

Similar to the 1911A1 Entry Level Wadcutter Pistol except has brazed, serrated improved ramp front sight; extended ambidextrous thumb safety; match Commander hammer and sear; serrated rear slide; Pachmay flat mainspring housing; extended magazine release; beavertail grip safety; full-length recoil spring guide; Pachmayr wrap-around grips. Comes with two magazines with slam pads, plastic carrying case. Introduced 1992. From Springfield Inc.
**Price:** 45 ACP, blue . . . . . . . . . . . . . . . . . . . . . . . . . . **P.O.R.**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—COMPETITION HANDGUNS

Thompson/Center Super 14 Contender

### UNIQUE D.E.S. 32U RAPID FIRE MATCH

**Caliber:** 32 S&W Long wadcutter.
**Barrel:** 5.9".
**Weight:** 40.2 oz.
**Stocks:** Anatomically shaped, adjustable stippled French walnut.
**Sights:** Blade front, micrometer click rear.
**Features:** Trigger adjustable for weight and position; dry firing mechanism; slide stop catch. Optional sleeve weights. Introduced 1990. Imported from France by Nygord Precision Products.
**Price:** Right-hand, about . . . . . **$1,295.00**
**Price:** Left-hand, about . . . . . **$1,345.00**

Unique D.E.S. 69U

Unique Model 2000-U

### WESSON FIREARMS MODEL 40 SILHOUETTE

**Caliber:** 357 Maximum, 6-shot.
**Barrel:** 4", 6", 8", 10".
**Weight:** 64 oz. (8" bbl.). **Length:** 14.3" overall (8" bbl.).
**Stocks:** Smooth walnut, target-style.
**Sights:** ⅛" serrated front, fully adjustable rear.
**Features:** Meets criteria for IHMSA competition with 8" slotted barrel. Blue or stainless steel. Made in U.S. by Wesson Firearms Co., Inc.
**Price:** Blue, 4" . . . . . **$488.00**
**Price:** Blue, 6" . . . . . **$508.00**
**Price:** Blue, 8" . . . . . **$550.94**
**Price:** Blue, 10" . . . . . **$579.20**
**Price:** Stainless, 4" . . . . . **$550.00**
**Price:** Stainless, 6" . . . . . **$569.00**
**Price:** Stainless, 8" slotted . . . . . **$625.83**
**Price:** Stainless, 10" . . . . . **$651.16**

### THOMPSON/CENTER SUPER 14 CONTENDER

**Caliber:** 22 LR, 222 Rem., 223 Rem., 7mm TCU, 7-30 Waters, 30-30 Win., 35 Rem., 357 Rem. Maximum, 44 Mag., 10mm Auto, 445 Super Mag., single shot.
**Barrel:** 14".
**Weight:** 45 oz. **Length:** 17¼" overall.
**Stocks:** T/C "Competitor Grip" (walnut and rubber).
**Sights:** Fully adjustable target-type.
**Features:** Break-open action with auto safety. Interchangeable barrels for both rimfire and centerfire calibers. Introduced 1978.
**Price:** . . . . . **$445.00**
**Price:** Extra barrels, blued . . . . . **$210.00**

### Thompson/Center Super 16 Contender

Same as the T/C Super 14 Contender except has 16¼" barrel. Rear sight can be mounted at mid-barrel position (10¾" radius) or moved to the rear (using scope mount position) for 14¾" radius. Overall length is 20¼". Comes with T/C Competitor Grip of walnut and rubber. Available in 22 LR, 22 WMR, 223 Rem., 7-30 Waters, 30-30 Win., 35 Rem., 44 Mag., 45-70 Gov't. Also available with 16" vent rib barrel with internal choke, caliber 45 Colt/410 shotshell.
**Price:** . . . . . **$450.00**
**Price:** 45-70 Gov't . . . . . **$455.00**
**Price:** Extra 16" barrels (blued) . . . . . **$215.00**
**Price:** As above, 45-70 . . . . . **$220.00**
**Price:** Super 16 Vent Rib (45-410) . . . . . **$490.00**
**Price:** Extra vent rib barrel . . . . . **$245.00**

### UNIQUE D.E.S. 69U TARGET PISTOL

**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 5.91".
**Weight:** 35.3 oz. **Length:** 10.5" overall.
**Stocks:** French walnut target-style with thumbrest and adjustable shelf; hand-checkered panels.
**Sights:** Ramp front, micro. adj. rear mounted on frame; 8.66" sight radius.
**Features:** Meets U.I.T. standards. Comes with 260-gram barrel weight; 100, 150, 350-gram weights available. Fully adjustable match trigger; dry-firing safety device. Imported from France by Nygord Precision Products.
**Price:** Right-hand, about . . . . . **$1,195.00**
**Price:** Left-hand, about . . . . . **$1,245.00**

### UNIQUE MODEL 2000-U MATCH PISTOL

**Caliber:** 22 Short, 5-shot magazine.
**Barrel:** 5.9".
**Weight:** 43 oz. **Length:** 11.3" overall.
**Stocks:** Anatomically shaped, adjustable, stippled French walnut.
**Sights:** Blade front, fully adjustable rear; 9.7" sight radius.
**Features:** Light alloy frame, steel slide and shock absorber; five barrel vents reduce recoil, three of which can be blocked; trigger adjustable for position and pull weight. Comes with 340-gram weight housing, 160-gram available. Introduced 1984. Imported from France by Nygord Precision Products.
**Price:** Right-hand, about . . . . . **$1,350.00**
**Price:** Left-hand, about . . . . . **$1,400.00**

Wesson Firearms Model 40

### Wesson Firearms Model 445 Supermag Revolver

Similar size and weight as the Model 40 revolvers. Chambered for the 445 Supermag cartridge, a longer version of the 44 Magnum. Barrel lengths of 4", 6", 8", 10". Contact maker for complete price list. Introduced 1989. From Wesson Firearms Co., Inc.
**Price:** 4", vent heavy, blue . . . . . **$539.00**
**Price:** As above, stainless . . . . . **$615.00**
**Price:** 8", vent heavy, blue . . . . . **$594.00**
**Price:** As above, stainless . . . . . **$662.00**
**Price:** 10", vent heavy, blue . . . . . **$615.00**
**Price:** As above, stainless . . . . . **$683.00**
**Price:** 8", vent slotted, blue . . . . . **$575.00**
**Price:** As above, stainless . . . . . **$632.00**
**Price:** 10", vent slotted, blue . . . . . **$597.00**
**Price:** As above, stainless . . . . . **$657.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

49th EDITION, 1995 307

Compendium_Klarevas
Page 472

## HANDGUNS—COMPETITION HANDGUNS

Wesson Pin Gun

### WESSON FIREARMS 45 PIN GUN

**Caliber:** 45 ACP, 6-shot.
**Barrel:** 5" with 1:14" twist; Taylor two-stage forcing cone; compensated shroud.
**Weight:** 54 oz. **Length:** 12.5" overall.
**Stocks:** Finger-groove Hogue Monogrip.
**Sights:** Pin front, fully adjustable rear. Has 8.375" sight radius.
**Features:** Based on 44 Magnum frame. Polished blue or brushed stainless steel. Uses half-moon clips with 45 ACP, or 45 Auto Rim ammunition. Introduced 1994. Made in U.S. by Wesson Firearms Co., Inc.
**Price:** Blue, regular vent . . . . . $654.00
**Price:** Blue, vent heavy . . . . . $663.00
**Price:** Stainless, regular vent . . . . . $713.00
**Price:** Stainless vent heavy . . . . . $762.00

### WICHITA SILHOUETTE PISTOL

**Caliber:** 308 Win. F.L., 7mm IHMSA, 7mm-308.
**Barrel:** 14$^{15}/_{16}$".
**Weight:** 4½ lbs. **Length:** 21⅜" overall.
Stock: American walnut with oil finish. Glass bedded.
**Sights:** Wichita Multi-Range sight system.
**Features:** Comes with left-hand action with right-hand grip. Round receiver and barrel. Fluted bolt, flat bolt handle. Wichita adjustable trigger. Introduced 1979. From Wichita Arms.
**Price:** Center grip stock . . . . . $1,207.00
**Price:** As above except with Rear Position Stock and target-type Lightpull trigger . . . . . $1,207.00

### WICHITA INTERNATIONAL PISTOL

**Caliber:** 22 LR, 22 WMR, 32 H&R Mag., 357 Super Mag., 357 Mag., 7R, 7mm Super Mag., 7-30 Waters, 30-30 Win., single shot.
**Barrel:** 10", 10½", 14".
**Weight:** 3 lbs. 2 oz. (with 10", 10½" barrels).
**Stocks:** Walnut grip and forend.
**Sights:** Patridge front, adjustable rear. Wichita Multi-Range sight system optional.
**Features:** Made of stainless steel. Break-open action. Grip dimensions same as Colt 45 Auto. Drilled and tapped for furnished see-thru rings. Extra barrels are factory fitted. Introduced 1983. Available from Wichita Arms.
**Price:** International 10" . . . . . $595.00
**Price:** International 14" . . . . . $645.00
**Price:** Extra barrels, 10" . . . . . $365.00
**Price:** Extra barrels, 14" . . . . . $395.00

### WESSON FIREARMS MODEL 22 SILHOUETTE REVOLVER

**Caliber:** 22 LR, 6-shot.
**Barrel:** 10", regular vent or vent heavy.
**Weight:** 53 oz.
**Stocks:** Combat style.
**Sights:** Patridge-style front, .080" narrow notch rear.
**Features:** Single action only. Available in blue or stainless. Introduced 1989. From Wesson Firearms Co., Inc.
**Price:** Blue, regular vent . . . . . $459.72
**Price:** Blue, vent heavy . . . . . $478.10
**Price:** Stainless, regular vent . . . . . $488.84
**Price:** Stainless, vent heavy . . . . . $516.40

### WESSON FIREARMS MODEL 322/7322 TARGET REVOLVER

**Caliber:** 32-20, 6-shot.
**Barrel:** 2.5", 4", 6", 8", standard, vent, vent heavy.
**Weight:** 43 oz. (6" VH). **Length:** 11.25" overall.
**Stocks:** Checkered walnut.
**Sights:** Red ramp interchangeable front, fully adjustable rear.
**Features:** Brigh blue or stainless. Introduced 1991. From Wesson Firearms Co., Inc.
**Price:** 6", blue . . . . . $355.00
**Price:** 6", stainless . . . . . $384.00
**Price:** 8", vent, blue . . . . . $404.55
**Price:** 8", stainless . . . . . $434.71
**Price:** 6", vent heavy, blue . . . . . $412.20
**Price:** 6", vent heavy, stainless . . . . . $441.32
**Price:** 8", vent heavy, blue . . . . . $422.94
**Price:** 8", vent heavy, stainless . . . . . $459.72

### WICHITA CLASSIC SILHOUETTE PISTOL

**Caliber:** All standard calibers with maximum overall length of 2.800".
**Barrel:** 11¼".
**Weight:** 3 lbs., 15 oz.
**Stocks:** AAA American walnut with oil finish, checkered grip.
**Sights:** Hooded post front, open adjustable rear.
**Features:** Three locking lug bolt, three gas ports; completely adjustable Wichita trigger. Introduced 1981. From Wichita Arms.
**Price:** . . . . . $2,950.00

Wichita Silhouette

## HANDGUNS—DOUBLE-ACTION REVOLVERS, SERVICE & SPORT

Includes models suitable for hunting and competitive courses for fire, both police and international.

### CHARTER BULLDOG PUG REVOLVER

**Caliber:** 44 Spec., 5-shot.
**Barrel:** 2½".
**Weight:** 19½ oz. **Length:** 7" overall.
**Stocks:** Checkered walnut Bulldog.
**Sights:** Ramp-style front, fixed rear.
**Features:** Blue or stainless steel construction. Fully shrouded barrel. Reintroduced 1993. Made in U.S. by Charco, Inc.
**Price:** Blue . . . . . $267.60
**Price:** Nickel . . . . . $289.51

Charter Pug

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# HANDGUNS—DOUBLE-ACTION REVOLVERS, SERVICE & SPORT

Charter Off-Duty

### CHARTER OFF-DUTY REVOLVER

**Caliber:** 22 LR, 22 WMR, 6-shot, 38 Spec., 5-shot.
**Barrel:** 2".
**Weight:** 17 oz. (38 Spec.). **Length:** $6^1/_4$" overall.
**Stocks:** Checkered walnut.
**Sights:** Ramp-style front, fixed rear.
**Features:** Available in blue, stainless or electroless nickel. Fully shrouded barrel. Introduced 1993. Made in U.S. by Charco, Inc.
**Price:** Blue, 22 or 38 Spec. . . . . . . . . . . **$199.00**
**Price:** Electroless nickel, 22 or 38 Spec. . . . . . . . **$239.68**
**Price:** Blue, DA only . . . . . . . . . . . **$207.98**
**Price:** Electroless nickel, DA only . . . . . . . . **$247.18**

### CHARTER POLICE UNDERCOVER REVOLVER

**Caliber:** 32 H&R Mag., 38 Spec., 6-shot.
**Barrel:** $2^1/_2$".
**Weight:** 16 oz. (38 Spec.). **Length:** $6^1/_4$" overall.
**Stocks:** Checkered walnut.
**Sights:** Ramp-style front, fixed rear.
**Features:** Blue or stainless steel. Fully shrouded barrel. Reintroduced 1993. Made in U.S. by Charco, Inc.
**Price:** Blue . . . . . . . . . . . . . . **$237.75**
**Price:** Electroless nickel . . . . . . . . . . **$252.00**

Colt Anaconda

### COLT ANACONDA REVOLVER

**Caliber:** 44 Rem. Magnum, 45 Colt, 6-shot.
**Barrel:** 4", 6", 8".
**Weight:** 53 oz. (6" barrel). **Length:** $11^5/_8$" overall.
**Stocks:** Combat-style black neoprene with finger grooves.
**Sights:** Red insert front, adjustable white outline rear.
**Features:** Stainless steel; full-length ejector rod housing; ventilated barrel rib; offset bolt notches in cylinder; wide spur hammer. Introduced 1990.
**Price:** . . . . . . . . . . . . . . . . **$587.00**
**Price:** 45 Colt, 6" barrel only . . . . . . . . . **$587.00**

Colt Detective Special

### COLT DETECTIVE SPECIAL REVOLVER

**Caliber:** 38 Special, 6-shot.
**Barrel:** 2".
**Weight:** 22 oz. **Length:** $6^5/_8$" overall.
**Stocks:** Black composition.
**Sights:** Fixed. Ramp front, square notch rear.
**Features:** Glare-proof sights, grooved trigger, shrouded ejector rod. Colt blue finish. Reintroduced 1993.
**Price:** . . . . . . . . . . . . . . . . **$384.00**

### COLT KING COBRA REVOLVER

**Caliber:** 357 Magnum, 6-shot.
**Barrel:** 4", 6".
**Weight:** 42 oz. (4" bbl.). **Length:** 9" overall (4" bbl.).
**Stocks:** Checkered rubber.
**Sights:** Red insert ramp front, adjustable white outline rear.
**Features:** Full-length contoured ejector rod housing, barrel rib. Introduced 1986.
**Price:** Stainless . . . . . . . . . . . . . **$437.00**

Colt Python

### COLT PYTHON REVOLVER

**Caliber:** 357 Magnum (handles all 38 Spec.), 6-shot.
**Barrel:** 4", 6" or 8", with ventilated rib.
**Weight:** 38 oz. (4" bbl.). **Length:** $9^1/_4$" (4" bbl.).
**Stocks:** Rubber wraparound.
**Sights:** $^1/_8$" ramp front, adjustable notch rear.
**Features:** Ventilated rib; grooved, crisp trigger; swing-out cylinder; target hammer.
**Price:** Royal blue, 4", 6", 8" . . . . . . . . . **$798.00**
**Price:** Stainless, 4", 6", 8" . . . . . . . . . **$885.00**
**Price:** Bright stainless, 4", 6", 8" . . . . . . . **$917.00**

E.A.A. Standard Grade

### E.A.A. STANDARD GRADE REVOLVERS

**Caliber:** 22 LR, 22 LR/22 WMR, 8-shot; 38 Special, 6-shot.
**Barrel:** 4", 6" (22 rimfire); 2", 4" (38 Special).
**Weight:** 38 oz. (22 rimfire, 4"). **Length:** 8.8" overall (4" bbl.).
**Stocks:** Rubber with finger grooves.
**Sights:** Blade front, fixed or adjustable on rimfires; fixed only on 32, 38.
**Features:** Swing-out cylinder; hammer block safety; blue finish. Introduced 1991. Imported from Germany by European American Armory.
**Price:** 38 Special 2" . . . . . . . . . . . . **$180.00**
**Price:** 38 Special, 4" . . . . . . . . . . . **$199.00**
**Price:** 22 LR, 6" . . . . . . . . . . . . . **$199.00**
**Price:** 22 LR/22 WMR combo, 4" . . . . . . . . **$200.00**
**Price:** As above, 6" . . . . . . . . . . . . **$200.00**

# HANDGUNS—DOUBLE ACTION REVOLVERS, SERVICE & SPORT

### ERMA ER-777 SPORTING REVOLVER

**Caliber:** 357 Mag., 6-shot.
**Barrel:** 5½".
**Weight:** 43.3 oz. **Length:** 9½" overall (4" barrel).
**Stocks:** Stippled walnut service-type.
**Sights:** Interchangeable blade front, micro-adjustable rear for windage and elevation.
**Features:** Polished blue finish. Adjustable trigger. Imported from Germany by Precision Sales Int'l. Introduced 1988.
**Price:** . . . . . . . . $1,420.00

Erma ER-777

Harrington & Richardson 949

### HARRINGTON & RICHARDSON 949 WESTERN REVOLVER

**Caliber:** 22 LR, 9-shot cylinder.
**Barrel:** 5½".
**Weight:** 36 oz. **Length:** NA.
**Stocks:** Walnut-stained hardwood.
**Sights:** Blade front, adjustable rear.
**Features:** Color case-hardened frame and backstrap, traditional loading gate and ejector rod. Introduced 1994. Made in U.S. by Harrington & Richardson.
**Price:** About . . . . . . . . $174.95

### HARRINGTON & RICHARDSON SPORTSMAN 999 REVOLVER

**Caliber:** 22 Short, Long, Long Rifle, 9-shot.
**Barrel:** 4", 6".
**Weight:** 30 oz. (4" barrel). **Length:** 8.5" overall.
**Stocks:** Walnut-finished hardwood.
**Sights:** Blade front adjustable for elevation, rear adjustable for windage.
**Features:** Top-break loading; polished blue finish; automatic shell ejection. Reintroduced 1992. From Harrington & Richardson.
**Price:** . . . . . . . . $279.95

Harrington & Richardson Sportsman 999

Heritage Sentry

### HERITAGE SENTRY DOUBLE-ACTION REVOLVERS

**Caliber:** 22 LR, 22 WMR, 32 H&R Mag., 9mm Para., 38 Spec., 6-shot.
**Barrel:** 2", 4".
**Weight:** 23 oz. (2" barrel). **Length:** 6¼" overall (2" barrel).
**Stocks:** Magnum-style round butt; checkered plastic.
**Sights:** Ramp front, fixed rear.
**Features:** Pill-pin-type ejection; serrated hammer and trigger. Polished blue or nickel finish. Introduced 1993. Made in U.S. by Heritage Mfg., Inc.
**Price:** . . . . . . . . $109.95 to $119.95

### NEW ENGLAND FIREARMS STANDARD REVOLVERS

**Caliber:** 22 LR, 9-shot; 32 H&R Mag., 5-shot.
**Barrel:** 2½", 4".
**Weight:** 26 oz. (22 LR, 2½"). **Length:** 8½" overall (4" bbl.).
**Stocks:** Walnut-finished American hardwood with NEF medallion.
**Sights:** Fixed.
**Features:** Choice of blue or nickel finish. Introduced 1988. From New England Firearms Co.
**Price:** 22 LR, 32 H&R Mag., blue . . . . . . . . $124.95
**Price:** 22 LR, 2½", 4", nickel, 32 H&R Mag. 2½" nickel . . . . . . . . $134.95

New England Standard

### NEW ENGLAND FIREARMS LADY ULTRA REVOLVER

**Caliber:** 32 H&R Mag., 5-shot.
**Barrel:** 3".
**Weight:** 31 oz. **Length:** 7.25" overall.
**Stocks:** Walnut-finished hardwood with NEF medallion.
**Sights:** Blade front, fully adjustable rear.
**Features:** Swing-out cylinder; polished blue finish. Comes with lockable storage case. Introduced 1992. From New England Firearms Co.
**Price:** . . . . . . . . $149.95

### NEW ENGLAND FIREARMS ULTRA REVOLVER

**Caliber:** 22 LR, 9-shot; 22 WMR, 6-shot.
**Barrel:** 4", 6".
**Weight:** 36 oz. **Length:** 10⅝" overall (6" barrel).
**Stocks:** Walnut-finished hardwood with NEF medallion.
**Sights:** Blade front, fully adjustable rear.
**Features:** Blue finish. Bull-style barrel with recessed muzzle, high "Lustre" blue/black finish. Introduced 1989. From New England Firearms.
**Price:** . . . . . . . . $149.95
**Price:** Ultra Mag 22 WMR . . . . . . . . $149.95

New England Lady Ultra

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—DOUBLE-ACTION REVOLVERS, SERVICE & SPORT

**ROSSI MODEL 68 REVOLVER**
**Caliber:** 38 Spec.
**Barrel:** 2", 3".
**Weight:** 22 oz.
**Stocks:** Checkered wood and rubber.
**Sights:** Ramp front, low profile adjustable rear.
**Features:** All-steel frame, thumb latch operated swing-out cylinder. Introduced 1978. Imported from Brazil by Interarms.
**Price:** 38, blue, 3", both wood and rubber grips . . . . . . . . . . . . **$218.00**
**Price:** M68/2 (2" barrel), wood and rubber grips . . . . . . . . . . . **$231.00**
**Price:** 3", nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$223.00**

**ROSSI MODEL 515, 518 REVOLVERS**
**Caliber:** 22 LR (Model 518), 22 WMR (Model 515), 6-shot.
**Barrel:** 4".
**Weight:** 30 oz. **Length:** 9" overall.
**Stocks:** Checkered wood and finger-groove wrap-around rubber.
**Sights:** Blade front with red insert, rear adjustable for windage and elevation.
**Features:** Small frame; stainless steel construction; solid integral barrel rib. Introduced 1994. Imported from Brazil by Interarms.
**Price:** Model 518, 22 LR . . . . . . . . . . . . . . . . . . . . . . **$275.00**
**Price:** Model 515, 22 WMR . . . . . . . . . . . . . . . . . . . . . **$290.00**

**ROSSI MODEL 720 REVOLVER**
**Caliber:** 44 Special, 5-shot.
**Barrel:** 3".
**Weight:** 27.5 oz. **Length:** 8" overall.
**Stocks:** Checkered rubber, combat style.
**Sights:** Red insert front on ramp, fully adjustable rear.
**Features:** All stainless steel construction; solid barrel rib; full ejector rod shroud. Introduced 1992. Imported from Brazil by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$312.00**
**Price:** Model 720C, spurless hammer, DA only . . . . . . . . . . . **$312.00**

**ROSSI MODEL 971 REVOLVER**
**Caliber:** 357 Mag., 6-shot.
**Barrel:** 2½", 4", 6", heavy.
**Weight:** 36 oz. **Length:** 9" overall.
**Stocks:** Checkered Brazilian hardwood. Stainless models have checkered, contoured rubber.
**Sights:** Blade front, fully adjustable rear.
**Features:** Full-length ejector rod shroud; matted sight rib; target-type trigger, wide checkered hammer spur. Introduced 1988. Imported from Brazil by Interarms.
**Price:** 4", stainless . . . . . . . . . . . . . . . . . . . . . . . . . **$301.00**
**Price:** 6", stainless . . . . . . . . . . . . . . . . . . . . . . . . . **$301.00**
**Price:** 4", blue . . . . . . . . . . . . . . . . . . . . . . . . . . . **$270.00**
**Price:** 2½", stainless . . . . . . . . . . . . . . . . . . . . . . . . **$301.00**

Rossi Model 971 Comp

**RUGER GP-100 REVOLVERS**
**Caliber:** 38 Special, 357 Magnum, 6-shot.
**Barrel:** 3", 3" heavy, 4", 4" heavy, 6", 6" heavy.
**Weight:** 3" barrel—35 oz., 3" heavy barrel—36 oz., 4" barrel—37 oz., 4" heavy barrel—38 oz.
**Sights:** Fixed; adjustable on 4" heavy, 6", 6" heavy barrels.
**Stocks:** Ruger Santoprene Cushioned Grip with Goncalo Alves inserts.
**Features:** Uses action and frame incorporating improvements and features of both the Security-Six and Redhawk revolvers. Full length and short ejector shroud. Satin blue and stainless steel. Introduced 1988.
**Price:** GP-141 (357, 4" heavy, adj. sights, blue) . . . . . . . . . . . **$413.50**
**Price:** GP-160 (357, 6", adj. sights, blue) . . . . . . . . . . . . . . **$413.50**
**Price:** GP-161 (357, 6" heavy, adj. sights, blue) . . . . . . . . . . . **$413.50**
**Price:** GPF-330 (357, 3"), GPF-830 (38 Spec.) . . . . . . . . . . . **$397.00**

**ROSSI MODEL 88 STAINLESS REVOLVER**
**Caliber:** 32 S&W, 38 Spec., 5-shot.
**Barrel:** 2", 3".
**Weight:** 22 oz. **Length:** 7.5" overall.
**Stocks:** Checkered wood, service-style, and rubber.
**Sights:** Ramp front, square notch rear drift adjustable for windage.
**Features:** All metal parts except springs are of 440 stainless steel; matte finish; small frame for concealability. Introduced 1983. Imported from Brazil by Interarms.
**Price:** 3" barrel, wood and rubber grips . . . . . . . . . . . . . . . . **$249.00**
**Price:** M88/2 (2" barrel), wood and rubber grips . . . . . . . . . . . **$265.00**

Rossi Model 518

Rossi Model 720C

**ROSSI MODEL 851 REVOLVER**
**Caliber:** 38 Special, 6-shot.
**Barrel:** 3" or 4".
**Weight:** 27.5 oz. (3" bbl.). **Length:** 8" overall (3" bbl.).
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Blade front with red insert, rear adjustable for windage.
**Features:** Medium-size frame; stainless steel construction; ventilated barrel rib. Introduced 1991. Imported from Brazil by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$270.00**

**Rossi Model 971 Comp Gun**
Same as the Model 971 stainless except has 3¼" barrel with integral compensator. Overall length is 9", weight 32 oz. Has red insert front sight, fully adjustable rear. Checkered, contoured rubber grips. Introduced 1993. Imported from Brazil by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$301.00**

Ruger GP-100

Price: GPF-331 (357, 3" heavy), GPF-831 (38 Spec.) . . . . . . . . . **$397.00**
**Price:** GPF-340 (357, 4"), GPF-840 (38 Spec.) . . . . . . . . . . . . **$397.00**
**Price:** GPF-341 (357, 4" heavy), GPF-841 (38 Spec.) . . . . . . . . . **$397.00**
**Price:** KGP-141 (357, 4" heavy, adj. sights, stainless) . . . . . . . . **$446.50**
**Price:** KGP-160 (357, 6", adj. sights, stainless) . . . . . . . . . . . **$446.50**
**Price:** KGP-161 (357, 6" heavy, adj. sights, stainless) . . . . . . . . **$446.50**
**Price:** KGPF-330 (357, 3", stainless), KGPF-830 (38 Spec.) . . . . . **$430.00**
**Price:** KGPF-331 (357, 3" heavy, stainless), KGPF-831 (38 Spec.) . **$430.00**
**Price:** KGPF-340 (357, 4", stainless), KGPF-840 (38 Spec.) . . . . . **$430.00**
**Price:** KGPF-341 (357, 4" heavy, stainless), KGPF-841 (38 Spec.) . **$430.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 **311**

Compendium_Klarevas
Page 476

## HANDGUNS—DOUBLE-ACTION REVOLVERS, SERVICE & SPORT

Ruger Redhawk

Ruger SP101 DAO

### Ruger SP101 Double-Action-Only Revolver

Similar to the standard SP101 except is double action only with no single-action sear notch. Has spurless hammer for snag-free handling, floating firing pin and Ruger's patented transfer bar safety system. Available with 2½" barrel in 38 Special +P and 357 Magnum only. Weight is 25½ oz., overall length 7.06". Natural brushed satin stainless steel. Introduced 1993.

**Price:** KSP821L (38 Spec.), KSP321XL (357 Mag.) . . . . . . . . . . $408.00

### SMITH & WESSON MODEL 10 M&P REVOLVER

**Caliber:** 38 Special, 6-shot.
**Barrel:** 2", 4".
**Weight:** 30 oz. **Length:** 9⁵⁄₁₆" overall.
**Stocks:** Soft rubber; round or square butt. Wood optional.
**Sights:** Fixed, ramp front, square notch rear.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $368.00
**Price:** With square butt grips . . . . . . . . . . . . . . . . . . . . . $375.00

### Smith & Wesson Model 10 38 M&P Heavy Barrel

Same as regular M&P except has heavy ribbed barrel with square butt grips. Weighs 33½ oz.

**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $375.00

### SMITH & WESSON MODEL 13 H.B. M&P

**Caliber:** 357 and 38 Special, 6-shot.
**Barrel:** 3" or 4".
**Weight:** 34 oz. **Length:** 9⁵⁄₁₆" overall (4" bbl.).
**Stocks:** Soft rubber; wood optional.
**Sights:** ⅛" serrated ramp front, fixed square notch rear.
**Features:** Heavy barrel, K-frame, square butt (4"), round butt (3").
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $386.00
**Price:** Model 65, as above in stainless steel . . . . . . . . . . . . . $423.00

### SMITH & WESSON MODEL 14 FULL LUG REVOLVER

**Caliber:** 38 Special, 6-shot.
**Barrel:** 6", full lug.
**Weight:** 47 oz. **Length:** 11⅛" overall.
**Stocks:** Soft rubber; wood optional.
**Sights:** Pinned Patridge front, adjustable micrometer click rear.
**Features:** Has .500" target hammer, .312" smooth combat trigger. Polished blue finish. Reintroduced 1991. Limited production.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $461.00

### RUGER REDHAWK

**Caliber:** 44 Rem. Mag., 6-shot.
**Barrel:** 5½", 7½".
**Weight:** About 54 oz. (7½" bbl.). **Length:** 13" overall (7½" barrel).
**Stocks:** Square butt Goncalo Alves.
**Sights:** Interchangeable Patridge-type front, rear adjustable for windage and elevation.
**Features:** Stainless steel, brushed satin finish, or blued ordnance steel. Has a 9½" sight radius. Introduced 1979.
**Price:** Blued, 44 Mag., 5½", 7½" . . . . . . . . . . . . . . . . . . $458.50
**Price:** Blued, 44 Mag., 7½", with scope mount, rings . . . . . . . . $496.50
**Price:** Stainless, 44 Mag., 5½", 7½" . . . . . . . . . . . . . . . . . $516.75
**Price:** Stainless, 44 Mag., 7½", with scope mount, rings . . . . . . . $557.25

### Ruger Super Redhawk Revolver

Similar to the standard Redhawk except has a heavy extended frame with the Ruger Integral Scope Mounting System on the wide topstrap. The wide hammer spur has been lowered for better scope clearance. Incorporates the mechanical design features and improvements of the GP-100. Choice of 7½" or 9½" barrel, both with ramp front sight base with Redhawk-style Interchangeable Insert sight blades, adjustable rear sight. Comes with Ruger "Cushioned Grip" panels of Santoprene with Goncalo Alves wood panels. Satin polished stainless steel, 44 Magnum only. Introduced 1987.

**Price:** KSRH-7 (7½"), KSRH-9 (9½") . . . . . . . . . . . . . . . . $557.25

### RUGER SP101 REVOLVERS

**Caliber:** 22 LR, 32 H&R Mag., 6-shot, 9mm Para., 38 Special +P, 357 Mag., 5-shot.
**Barrel:** 2¼", 3¹⁄₁₆", 4".
**Weight:** 2¼"—25 oz.; 3¹⁄₁₆"—27 oz.
**Sights:** Adjustable on 22, 32, fixed on others.
**Stocks:** Ruger Santoprene Cushioned Grip with Xenoy inserts.
**Features:** Incorporates improvements and features found in the GP-100 revolvers into a compact, small frame, double-action revolver. Full-length ejector shroud. Stainless steel only. Introduced 1988.
**Price:** KSP-821 (2½", 38 Spec.) . . . . . . . . . . . . . . . . . . . $408.00
**Price:** KSP-831 (3¹⁄₁₆", 38 Spec.) . . . . . . . . . . . . . . . . . . $408.00
**Price:** KSP-221 (2¼", 22 LR) . . . . . . . . . . . . . . . . . . . . $408.00
**Price:** KSP-240 (4", 22 LR) . . . . . . . . . . . . . . . . . . . . . $408.00
**Price:** KSP-241 (4" heavy bbl., 22 LR) . . . . . . . . . . . . . . . $408.00
**Price:** KSP-3231 (3¹⁄₁₆", 32 H&R) . . . . . . . . . . . . . . . . . $408.00
**Price:** KSP-921 (2¼", 9mm Para.) . . . . . . . . . . . . . . . . . . $408.00
**Price:** KSP-931 (3¹⁄₁₆", 9mm Para.) . . . . . . . . . . . . . . . . . $408.00
**Price:** KSP-321 (2¼", 357 Mag.) . . . . . . . . . . . . . . . . . . . $408.00
**Price:** KSP-331 (3¹⁄₁₆", 357 Mag.) . . . . . . . . . . . . . . . . . . $408.00

Smith & Wesson Model 65

Smith & Wesson Model 15

### SMITH & WESSON MODEL 15 COMBAT MASTERPIECE

**Caliber:** 38 Special, 6-shot.
**Barrel:** 4".
**Weight:** 32 oz. **Length:** 9⁵⁄₁₆" (4" bbl.).
**Stocks:** Soft rubber; wood optional.
**Sights:** Front, Baughman Quick Draw on ramp, micro-click rear, adjustable for windage and elevation.
**Price:** Blued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $407.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# HANDGUNS—DOUBLE-ACTION REVOLVERS, SERVICE & SPORT

**SMITH & WESSON MODEL 19 COMBAT MAGNUM**
**Caliber:** 357 Magnum and 38 Special, 6-shot.
**Barrel:** 2½", 4", 6".
**Weight:** 36 oz. **Length:** 9⁹⁄₁₆" (4" bbl.).
**Stocks:** Soft rubber; wood optional.
**Sights:** Serrated ramp front 2½" or 4" bbl., red ramp on 4", 6" bbl., micro-click rear adjustable for windage and elevation.
**Price:** S&W Bright Blue, adj. sights . . . . . . . . . . . . **$408.00** to **$443.00**

**SMITH & WESSON MODEL 29, 629 REVOLVERS**
**Caliber:** 44 Magnum, 6-shot.
**Barrel:** 6", 8⅜".
**Weight:** 47 oz. (6" bbl.). **Length:** 11⅜" overall (6" bbl.).
**Stocks:** Soft rubber; wood optional.
**Sights:** ⅛" red ramp front, micro-click rear, adjustable for windage and elevation.
**Price:** S&W Bright Blue, 6" . . . . . . . . . . . . . . . . . . . . . **$549.00**
**Price:** S&W Bright Blue, 8⅜" . . . . . . . . . . . . . . . . . . . . . **$560.00**
**Price:** Model 629 (stainless steel), 4" . . . . . . . . . . . . . . . . **$581.00**
**Price:** Model 629, 6" . . . . . . . . . . . . . . . . . . . . . . . . **$586.00**
**Price:** Model 629, 8⅜" barrel . . . . . . . . . . . . . . . . . . . **$600.00**

**Smith & Wesson Model 29, 629 Classic Revolvers**
Similar to the standard Model 29 and 629 except has full-lug 5", 6½" or 8⅜" barrel; chamfered front of cylinder; interchangable red ramp front sight with adjustable white outline rear; Hogue round butt Santoprene grips with S&W monogram; the frame is drilled and tapped for scope mounting. Factory accurizing and endurance packages. Overall length with 5" barrel is 10½"; weight is 51 oz. Introduced 1990.
**Price:** Model 29 Classic, 5", 6½" . . . . . . . . . . . . . . . . . . **$591.00**
**Price:** As above, 8⅜", (blue) . . . . . . . . . . . . . . . . . . . . **$603.00**
**Price:** Model 629 Classic (stainless), 5", 6½" . . . . . . . . . . . . **$623.00**
**Price:** As above, 8 ⅜" . . . . . . . . . . . . . . . . . . . . . . . **$643.00**

**Smith & Wesson Model 629 Classic DX Revolver**
Similar to the Classic Hunters except offered only with 6½" or 8⅜" full-lug barrel; comes with five front sights: 50-yard red ramp; 50-yard black Patridge; 100-yard black Patridge with gold bead; 50-yard black ramp; and 50-yard black Patridge with white dot. Comes with Hogue combat-style round butt grip. Introduced 1991.
**Price:** Model 629 Classic DX, 6½" . . . . . . . . . . . . . . . . . . **$803.00**
**Price:** As above, 8⅜" . . . . . . . . . . . . . . . . . . . . . . . . **$829.00**

Consult our Directory pages for the location of firms mentioned.

**SMITH & WESSON MODEL 36, 37 CHIEFS SPECIAL & AIRWEIGHT**
**Caliber:** 38 Special, 5-shot.
**Barrel:** 2", 3".
**Weight:** 19½ oz. (2" bbl.); 13½ oz. (Airweight). **Length:** 6½" (2" bbl. and round butt).
**Stocks:** Round butt soft rubber; wood optional.
**Sights:** Fixed, serrated ramp front, square notch rear.
**Price:** Blue, standard Model 36, 2" . . . . . . . . . . . . . . . . . . **$374.00**
**Price:** As above, 3" . . . . . . . . . . . . . . . . . . . . . . . . . **$374.00**
**Price:** Blue, Airweight Model 37, 2" only . . . . . . . . . . . . . . . **$408.00**
**Price:** As above, nickel, 2" only . . . . . . . . . . . . . . . . . . . **$424.00**

**Smith & Wesson Model 36LS, 60LS LadySmith**
Similar to the standard Model 36. Available with 2" barrel. Comes with smooth, contoured rosewood grips with the S&W monogram. Has a speedloader cutout. Comes in a fitted carry/storage case. Introduced 1989.
**Price:** Model 36LS . . . . . . . . . . . . . . . . . . . . . . . . . . **$404.00**
**Price:** Model 60LS (as above except in stainless) . . . . . . . . . . **$456.00**

**Smith & Wesson Model 60 3" Full-Lug Revolver**
Similar to the Model 60 Chief's Special except has 3" full-lug barrel, adjustable micrometer click black blade rear sight; rubber Uncle Mike's Custom Grade Boot Grip. Overall length 7½"; weight 24½ oz. Introduced 1991.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$453.00**

**Smith & Wesson Model 60 Chiefs Special Stainless**
Same as Model 36 except all stainless construction, 2" bbl. and round butt only.
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . **$427.00**

**SMITH & WESSON MODEL 27 REVOLVER**
**Caliber:** 357 Magnum and 38 Special, 6-shot.
**Barrel:** 6".
**Weight:** 45½ oz. **Length:** 11⁵⁄₁₆" overall.
**Stocks:** Soft rubber; wood optional. Grooved tangs and trigger.
**Sights:** Patridge front, micro-click rear adjustable for windage and elevation.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$486.00**

Smith & Wesson Model 19

Smith & Wesson Model 27

Smith & Wesson Model 629

Smith & Wesson Model 36LS LadySmith

Smith & Wesson Model 60 3"

**SMITH & WESSON MODEL 38 BODYGUARD**
**Caliber:** 38 Special, 5-shot.
**Barrel:** 2".
**Weight:** 14½ oz. **Length:** 6⁵⁄₁₆" overall.
**Stocks:** Soft rubber; wood optional.
**Sights:** Fixed serrated ramp front, square notch rear.
**Features:** Alloy frame; internal hammer.
**Price:** Blue . . . . . . . . . . . . **$440.00**
**Price:** Nickel . . . . . . . . . . . . **$455.00**

Smith & Wesson Model 49

**Smith & Wesson Model 49, 649 Bodyguard Revolvers**
Same as Model 38 except steel construction, weight 20½ oz.
**Price:** Blued, Model 49 . . . . . . . . . . . . **$405.00**
**Price:** Stainless, Model 649 . . . . . . . . . . . . **$464.00**

**SMITH & WESSON MODEL 63 KIT GUN**
**Caliber:** 22 LR, 6-shot.
**Barrel:** 2", 4".
**Weight:** 24 oz. (4" bbl.). **Length:** 8⅜" (4" bbl. and round butt).
**Stocks:** Round butt soft rubber; wood optional.
**Sights:** Red ramp front, micro-click rear adjustable for windage and elevation.
**Features:** Stainless steel construction.
**Price:** 2" . . . . . . . . . . . . **$453.00**
**Price:** 4" . . . . . . . . . . . . **$458.00**

Smith & Wesson Model 65LS

**SMITH & WESSON MODEL 65LS LADYSMITH**
**Caliber:** 357 Magnum, 6-shot.
**Barrel:** 3".
**Weight:** 31 oz. **Length:** 7.94" overall.
**Stocks:** Rosewood, round butt.
**Sights:** Serrated ramp front, fixed notch rear.
**Features:** Stainless steel with frosted finish. Smooth combat trigger, service hammer, shrouded ejector rod. Comes with soft case. Introduced 1992.
**Price:** . . . . . . . . . . . . **$456.00**

**SMITH & WESSON MODEL 64 STAINLESS M&P**
**Caliber:** 38 Special, 6-shot.
**Barrel:** 2", 3", 4".
**Weight:** 34 oz. **Length:** 9⁵⁄₁₆" overall.
**Stocks:** Soft rubber; wood optional.
**Sights:** Fixed, ⅛" serrated ramp front, square notch rear.
**Features:** Satin finished stainless steel, square butt.
**Price:** 2" . . . . . . . . . . . . **$411.00**
**Price:** 3", 4" . . . . . . . . . . . . **$419.00**

**SMITH & WESSON MODEL 67 COMBAT MASTERPIECE**
**Caliber:** 38 Special, 6-shot.
**Barrel:** 4".
**Weight:** 32 oz. **Length:** 9⁵⁄₁₆" overall.
**Stocks:** Soft rubber; wood optional.
**Sights:** Red ramp front, micro-click rear adjustable for windage and elevation.
**Features:** Stainless steel with satin finish. Smooth combat trigger, semi-target hammer. Introduced 1994.
**Price:** . . . . . . . . . . . . **$462.00**

**SMITH & WESSON MODEL 617 FULL LUG REVOLVER**
**Caliber:** 22 LR, 6-shot.
**Barrel:** 4", 6", 8⅜".
**Weight:** 42 oz. (4" barrel). **Length:** NA.
**Stocks:** Soft rubber; wood optional.
**Sights:** Patridge front, adjustable rear.
**Features:** Stainless steel with satin finish; 4" has .312" smooth trigger, .375" semi-target hammer; 6" has either .312" combat or .400" serrated trigger, .375" semi-target or .500" target hammer; 8⅜" with .400" serrated trigger, .500" target hammer. Introduced 1990.
**Price:** 4" . . . . . . . . . . . . **$455.00**
**Price:** 6", semi-target hammer, combat trigger . . . . . . **$460.00**
**Price:** 6", target hammer, target trigger . . . . . . **$485.00**
**Price:** 8⅜" . . . . . . . . . . . . **$496.00**

**SMITH & WESSON MODEL 625 REVOLVER**
**Caliber:** 45 ACP, 6-shot.
**Barrel:** 5".
**Weight:** 46 oz. **Length:** 11.375" overall.
**Stocks:** Soft rubber; wood optional.
**Sights:** Patridge front on ramp, S&W micrometer click rear adjustable for windage and elevation.
**Features:** Stainless steel construction with .400" semi-target hammer, .312" smooth combat trigger; full lug barrel. Introduced 1989.
**Price:** . . . . . . . . . . . . **$591.00**

**SMITH & WESSON MODEL 66 STAINLESS COMBAT MAGNUM**
**Caliber:** 357 Magnum and 38 Special, 6-shot.
**Barrel:** 2½", 4", 6".
**Weight:** 36 oz. (4" barrel). **Length:** 9⁹⁄₁₆" overall.
**Stocks:** Soft rubber; wood optional.
**Sights:** Red ramp front, micro-click rear adjustable for windage and elevation.
**Features:** Satin finish stainless steel.
**Price:** 2½" . . . . . . . . . . . . **$461.00**
**Price:** 4", 6" . . . . . . . . . . . . **$467.00**

**SMITH & WESSON MODEL 586, 686 DISTINGUISHED COMBAT MAGNUMS**
**Caliber:** 357 Magnum.
**Barrel:** 4", 6", full shroud.
**Weight:** 46 oz. (6"), 41 oz. (4").
**Stocks:** Soft rubber; wood optional.
**Sights:** Baughman red ramp front, four-position click-adjustable front, S&W micrometer click rear (or fixed).
**Features:** Uses new L-frame, but takes all K-frame grips. Full-length ejector rod shroud. Smooth combat-type trigger, semi-target type hammer. Trigger stop on 6" models. Also available in stainless as Model 686. Introduced 1981.
**Price:** Model 586, blue, 4", from . . . . . . **$457.00**
**Price:** Model 586, blue, 6" . . . . . . **$461.00**
**Price:** Model 686, 6", adjustable front sight . . . . . . **$525.00**
**Price:** Model 686, 8⅜" . . . . . . **$510.00**
**Price:** Model 686, 2½" . . . . . . **$476.00**

**Smith & Wesson Model 648 K-22 Masterpiece MRF**
Similar to the Model 617 except chambered for 22 WMR cartridge. Available with 6" full-lug barrel only, combat-style square butt grips, combat trigger and semi-target hammer. Introduced 1991.
**Price:** . . . . . . . . . . . . **$464.00**

Smith & Wesson Model 625

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—DOUBLE-ACTION REVOLVERS, SERVICE & SPORT

**SMITH & WESSON MODEL 640, 940 CENTENNIAL**
**Caliber:** 38 Special, 9mm Para., 5-shot.
**Barrel:** 2", 3".
**Weight:** 20 oz. **Length:** $6\frac{5}{16}$" overall.
**Stocks:** Soft rubber; wood optional.
**Sights:** Serrated ramp front, fixed notch rear.
**Features:** Stainless steel version of the original Model 40 but without the grip safety. Fully concealed hammer, snag-proof smooth edges. Model 640 introduced 1990; Model 940 introduced 1991.
**Price:** Model 640 (38 Special) . . . . . . . . . . **$464.00**
**Price:** Model 940 (9mm Para., rubber grips) . . . . . . . . **$470.00**

**Smith & Wesson Model 442 Centennial Airweight**
Similar to the Model 640 Centennial except has alloy frame giving weight of 15.8 oz. Chambered for 38 Special, 2" carbon steel barrel; carbon steel cylinder; concealed hammer; Uncle Mike's Custom Grade Santoprene grips. Fixed square notch rear sight, serrated ramp front. Introduced 1993.
**Price:** Blue . . . . . . . . . . **$423.00**
**Price:** Nickel . . . . . . . . . . **$438.00**

**SMITH & WESSON MODEL 651 REVOLVER**
**Caliber:** 22 WMR, 6-shot cylinder.
**Barrel:** 4".
**Weight:** $24\frac{1}{2}$ oz. **Length:** $8\frac{11}{16}$" overall.
**Stocks:** Soft rubber; wood optional.
**Sights:** Red ramp front, adjustable micrometer click rear.
**Features:** Stainless steel construction with semi-target hammer, smooth combat trigger. Reintroduced 1991. Limited production.
**Price:** . . . . . . . . . . **$455.00**

**SMITH & WESSON MODEL 657 REVOLVER**
**Caliber:** 41 Magnum, 6-shot.
**Barrel:** 6".
**Weight:** 48 oz. **Length:** $11\frac{3}{8}$" overall.
**Stocks:** Soft rubber; wood optional.
**Sights:** Pinned $\frac{1}{8}$" red ramp front, micro-click rear adjustable for windage and elevation.
Features: Stainless steel construction.
**Price:** . . . . . . . . . . **$523.00**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**SPORTARMS MODEL HS38S REVOLVER**
**Caliber:** 38 Special, 6-shot.
**Barrel:** 3", 4".
**Weight:** 31.3 oz. **Length:** 8" overall (3" barrel).
**Stocks:** Checkered hardwood; round butt on 3" model, target-style on 4".
**Sights:** Blade front, adjustable rear.
**Features:** Polished blue finish; ventilated rib on 4" barrel. Made in Germany by Herbert Schmidt; Imported by Sportarms of Florida.
**Price:** About . . . . . . . . . . **$150.00**

**TAURUS MODEL 66 REVOLVER**
**Caliber:** 357 Magnum, 6-shot.
**Barrel:** 2.5", 4", 6".
**Weight:** 35 oz.(4" barrel).
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Serrated ramp front, micro-click rear adjustable for windage and elevation. Red ramp front with white outline rear on stainlees models only.
**Features:** Wide target-type hammer spur, floating firing pin, heavy barrel with shrouded ejector rod. Introduced 1978. Imported by Taurus International.
**Price:** Blue, 2.5" . . . . . . . . . . **$313.00**
**Price:** Blue, 4", 6" . . . . . . . . . . **$313.00**
**Price:** Blue, 4", 6" compensated . . . . . . . . **$323.00**
**Price:** Stainless, 2.5" . . . . . . . . . . **$393.00**
**Price:** Stainless, 4", 6" . . . . . . . . . . **$393.00**
**Price:** Stainless, 4", 6" compensated . . . . . . . . **$463.00**

Smith & Wesson Model 640 Centennial

Smith & Wesson Model 651

**TAURUS MODEL 44 REVOLVER**
**Caliber:** 44 Magnum, 6-shot.
**Barrel:** 4", $6\frac{1}{2}$", $8\frac{3}{8}$".
**Weight:** $44\frac{3}{4}$ oz. (4" barrel). **Length:** NA.
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Serrated ramp front, micro-click rear adjustable for windage and elevation.
**Features:** Heavy solid rib on 4", vent rib on $6\frac{1}{2}$", $8\frac{3}{8}$". Compensated barrel. Blued model has color case-hardened hammer and trigger. Introduced 1994. Imported by Taurus International.
**Price:** Blue, 4" . . . . . . . . . . **$418.00**
**Price:** Blue, $6\frac{1}{2}$", $8\frac{3}{8}$" . . . . . . . . **$435.00**
**Price:** Stainless, 4" . . . . . . . . . . **$480.00**
**Price:** Stainless, $6\frac{1}{2}$", $8\frac{3}{8}$" . . . . . . . . **$500.00**

Taurus Model 66

**Taurus Model 65 Revolver**
Same as the Model 66 except has fixed rear sight and ramp front. Available with 2.5" or 4" barrel only, round butt grip. Imported by Taurus International.
**Price:** Blue, 2.5", 4" . . . . . . . . . . **$285.00**
**Price:** Stainless, 2.5", 4" . . . . . . . . . . **$355.00**

**TAURUS MODEL 80 STANDARD REVOLVER**
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 3" or 4".
**Weight:** 30 oz. (4" bbl.). **Length:** $9\frac{1}{4}$" overall (4" bbl.).
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Serrated ramp front, square notch rear.
**Features:** Imported by Taurus International.
**Price:** Blue . . . . . . . . . . **$248.00**
**Price:** Stainless . . . . . . . . . . **$299.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

49th EDITION, 1995 **315**

Compendium_Klarevas
Page 480

**TAURUS MODEL 82 HEAVY BARREL REVOLVER**
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 3" or 4", heavy.
**Weight:** 34 oz. (4" bbl.). **Length:** 9¼" overall (4" bbl.).
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Serrated ramp front, square notch rear.
**Features:** Imported by Taurus International.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$248.00**
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**

**TAURUS MODEL 83 REVOLVER**
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 4" only, heavy.
**Weight:** 34 oz.
**Stocks:** Oversize checkered Brazilian hardwood.
**Sights:** Ramp front, micro-click rear adjustable for windage and elevation.
**Features:** Blue or nickel finish. Introduced 1977. Imported by Taurus International.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$260.00**
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$309.00**

**TAURUS MODEL 85 REVOLVER**
**Caliber:** 38 Spec., 5-shot.
**Barrel:** 2", 3".
**Weight:** 21 oz.
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Ramp front, square notch rear.
**Features:** Blue, satin nickel finish or stainless steel. Introduced 1980. Imported by Taurus International.
**Price:** Blue, 2", 3" . . . . . . . . . . . . . . . . . . . . . . . . . . . **$276.00**
**Price:** Stainless steel . . . . . . . . . . . . . . . . . . . . . . . . . . **$337.00**

**Taurus Model 85CH Revolver**
Same as the Model 85 except has 2" barrel only and concealed hammer. Smooth Brazilian hardwood stocks. Introduced 1991. Imported by Taurus International.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$276.00**
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$337.00**

**TAURUS MODEL 86 REVOLVER**
**Caliber:** 38 Spec., 6-shot.
**Barrel:** 6" only.
**Weight:** 34 oz. **Length:** 11¼" overall.
**Stocks:** Oversize target-type, checkered Brazilian hardwood.
**Sights:** Patridge front, micro-click rear adjustable for windage and elevation.
**Features:** Blue finish with non-reflective finish on barrel. Imported by Taurus International.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$352.00**

**TAURUS MODEL 96 REVOLVER**
**Caliber:** 22 LR, 6-shot.
**Barrel:** 6".
**Weight:** 34 oz. **Length:** NA.
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Patridge-type front, micrometer click rear adjustable for windage and elevation.
**Features:** Heavy solid barrel rib; target hammer; adjustable target trigger. Blue only. Imported by Taurus International.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$352.00**

**TAURUS MODEL 669 REVOLVER**
**Caliber:** 357 Mag., 6-shot.
**Barrel:** 4", 6".
**Weight:** 37 oz., (4" bbl.).
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Serrated ramp front, micro-click rear adjustable for windage and elevation.
**Features:** Wide target-type hammer, floating firing pin, full-length barrel shroud. Introduced 1988. Imported by Taurus International.
**Price:** Blue, 4", 6" . . . . . . . . . . . . . . . . . . . . . . . . . . . **$322.00**
**Price:** Blue, 4", 6" compensated . . . . . . . . . . . . . . . . . . . . **$340.00**
**Price:** Stainless, 4", 6" . . . . . . . . . . . . . . . . . . . . . . . . **$402.00**
**Price:** Stainless, 4", 6" compensated . . . . . . . . . . . . . . . . . **$421.00**

**Taurus Model 689 Revolver**
Same as the Model 669 except has full-length ventilated barrel rib. Available in blue or stainless steel. Introduced 1990. From Taurus International.
**Price:** Blue, 4" or 6" . . . . . . . . . . . . . . . . . . . . . . . . . . **$335.00**
**Price:** Stainless, 4" or 6" . . . . . . . . . . . . . . . . . . . . . . . **$416.00**

Taurus Model 82

Taurus Model 85CH

Taurus Model 86

**TAURUS MODEL 94 REVOLVER**
**Caliber:** 22 LR, 9-shot cylinder.
**Barrel:** 3", 4".
**Weight:** 25 oz.
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Serrated ramp front, click-adjustable rear for windage and elevation.
**Features:** Floating firing pin, color case-hardened hammer and trigger. Introduced 1989. Imported by Taurus International.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$288.00**
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$339.00**

**TAURUS MODEL 441/431 REVOLVERS**
**Caliber:** 44 Special, 5-shot.
**Barrel:** 3", 4", 6".
**Weight:** 40.4 oz. (6" barrel). **Length:** NA.
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Serrated ramp front, micrometer click rear adjustable for windage and elevation.
**Features:** Heavy barrel with solid rib and full-length ejector shroud. Introduced 1992. Imported by Taurus International.
**Price:** Blue, 3", 4", 6" . . . . . . . . . . . . . . . . . . . . . . . . . **$307.00**
**Price:** Stainless, 3", 4", 6" . . . . . . . . . . . . . . . . . . . . . . **$386.00**
**Price:** Model 431 (fixed sights), blue . . . . . . . . . . . . . . . . . **$281.00**
**Price:** Model 431 (fixed sights), stainless . . . . . . . . . . . . . . **$351.00**

**TAURUS MODEL 761 REVOLVER**
**Caliber:** 32 H&R Magnum, 6-shot.
**Barrel:** 6", heavy, solid rib.
**Weight:** 34 oz.
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Patridge-type front, micro-click rear adjustable for windage and elevation.
**Features:** Target hammer, adjustable target trigger. Blue only. Introduced 1991. Imported by Taurus International.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$326.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# HANDGUNS—DOUBLE-ACTION REVOLVERS, SERVICE & SPORT

**Taurus Model 741 Revolver**

Same as the Model 761 except with 3" or 4" heavy barrel only, serrated ramp front sight, micro click rear adjustable for windage and elevation. Introduced 1991. Imported by Taurus International.

**Price:** Blue, 3", 4" . . . . . . **$254.00**
**Price:** Stainless, 3", 4" . . . . . . **$342.00**

**TAURUS MODEL 941 REVOLVER**

**Caliber:** 22 WMR, 8-shot.
**Barrel:** 3", 4".
**Weight:** 27.5 oz. (4" barrel). **Length:** NA.
**Stocks:** Checkered Brazilian hardwood.
**Sights:** Serrated ramp front, rear adjustable for windage and elevation.
**Features:** Solid rib heavy barrel with full-length ejector rod shroud. Blue or stainless steel. Introduced 1992. Imported by Taurus International.
**Price:** Blue . . . . . . **$310.00**
**Price:** Stainless . . . . . . **$367.00**

**THUNDER FIVE REVOLVER**

**Caliber:** 45 Colt/410 shotshell, 2" and 3"; 5-shot cylinder.
**Barrel:** 2".
**Weight:** 48 oz. **Length:** 9" overall.
**Stocks:** Pachmayr checkered rubber.
**Sights:** Fixed.
**Features:** Double action with ambidextrous hammer-block safety; squared trigger guard; internal draw bar safety. Made of chrome moly steel, with matte blue finish. Announced 1991. From Holston Ent.
**Price:** . . . . . . **$549.00**
**Price:** Model T-70, 45-70 Gov't. (from Dragun Ent.) . . . . . . **$599.00**

**Wesson Firearms Model 9, 15 & 32M Revolvers**

Same as Models 8 and 14 except they have adjustable sight. Model 9 chambered for 38 Special, Model 15 for 357 Magnum. Model 32M is chambered for 32 H&R Mag. Same specs and prices as for Model 15 guns. Available in blue or stainless. Contact Wesson Firearms for complete price list.

**Price:** Model 9-2 or 15-2, 2½", blue . . . . . . **$338.00**
**Price:** As above except in stainless . . . . . . **$366.00**

**Wesson Firearms Model 15 Gold Series**

Similar to the Model 15 except has smoother action to reduce DA pull to 8-10 lbs.; comes with either 6" or 8" vent heavy slotted barrel shroud with bright blue barrel. Shroud is stamped "Gold Series" with the Wesson signature engraved and gold filled. Hammer and trigger are polished bright; rosewood grips. New sights with orange dot Patridge front, white triangle on rear blade. Introduced 1989.

**Price:** 6" . . . . . . **NA**
**Price:** 8" . . . . . . **NA**

**WESSON FIREARMS FB44, FB744 REVOLVERS**

**Caliber:** 44 Magnum, 6-shot.
**Barrel:** 4", 5", 6", 8".
**Weight:** 50 oz. (4" barrel). **Length:** 9¾" overall (4" barrel).
**Stocks:** Hogue finger-groove rubber.
**Sights:** Interchangeable blade front, fully adjustable rear.
**Features:** Fixed, non-vented heavy barrel shrouds, but other features same as other Wesson revolvers. Brushed stainless or polished blue finish. Introduced 1994. Made in U.S. by Wesson Firearms Co., Inc.
**Price:** FB44-4 (4", blue) . . . . . . **$400.00**
**Price:** As above, stainless (FB744-4) . . . . . . **$442.00**
**Price:** FB44-5 (5", blue) . . . . . . **$403.00**
**Price:** As above, stainless (FB744-5) . . . . . . **$444.00**
**Price:** FB44-6 (6", blue) . . . . . . **$407.00**
**Price:** As above, stainless (FB744-6) . . . . . . **$448.00**
**Price:** FB44-8 (8", blue) . . . . . . **$414.00**
**Price:** As above, stainless (FB744-8) . . . . . . **$455.00**

Wesson FB15

Taurus Model 741

**WESSON FIREARMS MODEL 8 & MODEL 14**

**Caliber:** 38 Special (Model 8); 357 (Model 14), both 6-shot.
**Barrel:** 2½", 4", 6"; interchangeable.
**Weight:** 30 oz. (2½"). **Length:** 9¼" overall (4" bbl.).
**Stocks:** Checkered, interchangeable.
**Sights:** ⅛" serrated front, fixed rear.
**Features:** Interchangeable barrels and grips; smooth, wide trigger; wide hammer spur with short double-action travel. Available in stainless or Brite blue. Contact Wesson Firearms for complete price list.
**Price:** Model 8-2, 2½", blue . . . . . . **$267.00**
**Price:** As above except in stainless . . . . . . **$311.00**
**Price:** Model 714-2 Pistol Pac, stainless . . . . . . **$522.00**

Wesson Model 32M

**WESSON FIREARMS MODEL 22 REVOLVER**

**Caliber:** 22 LR, 22 WMR, 6-shot.
**Barrel:** 2½", 4", 6", 8"; interchangeable.
**Weight:** 36 oz. (2½"), 44 oz. (6"). **Length:** 9¼" overall (4" barrel).
**Stocks:** Checkered; undercover, service or over-size target.
**Sights:** ⅛" serrated, interchangeable front, white outline rear adjustable for windage and elevation.
**Features:** Built on the same frame as the Wesson 357; smooth, wide trigger with over-travel adjustment, wide spur hammer, with short double-action travel. Available in Brite blue or stainless steel. Contact Wesson Firearms for complete price list.
**Price:** 2½" bbl., blue . . . . . . **$349.00**
**Price:** As above, stainless . . . . . . **$391.00**
**Price:** With 4", vent. rib, blue . . . . . . **$381.00**
**Price:** As above, stainless . . . . . . **$423.00**
**Price:** Blue Pistol Pac, 22 LR . . . . . . **$637.00**

**WESSON FIREARMS FB15, FB715 REVOLVERS**

**Caliber:** 357 Magnum, 6-shot.
**Barrel:** 2½", 4" (Service models), 3", 4", 5", 6" (target models).
**Weight:** 40 oz. (4" barrel). **Length:** 9¾" overall (4" barrel).
**Stocks:** Service style or Hogue rubber.
**Sights:** Blade front, adjustable rear (Target); fixed rear on Service.
**Features:** Fixed barrels, but other features same as other Wesson revolvers. Service models in brushed stainless, satin blue, Target in brushed stainless or polished blue. Introduced 1993. Made in U.S. by Wesson Firearms Co., Inc.
**Price:** FB14-2 (Service, 2½", blue) . . . . . . **$249.00**
**Price:** As above, 4" . . . . . . **$254.00**
**Price:** FB714-2 (Service, 2½", stainless) . . . . . . **$268.00**
**Price:** As above, 4" . . . . . . **$274.00**
**Price:** FB15-3 (Target, 3", blue) . . . . . . **$259.00**
**Price:** As above, 5" . . . . . . **$272.00**
**Price:** FB715 (Target, 4", stainless) . . . . . . **$284.00**
**Price:** As above, 6" . . . . . . **$298.00**

## HANDGUNS—DOUBLE-ACTION REVOLVERS, SERVICE & SPORT

### WESSON FIREARMS HUNTER SERIES REVOLVERS

**Caliber:** 357 Supermag, 41 Mag., 44 Mag., 445 Supermag, 6-shot.
**Barrel:** 6", 7½", depending upon model.
**Weight:** About 64 oz. **Length:** 14" overall.
**Stocks:** Hogue finger-groove rubber, wood presentation.
**Sights:** Blade front, dovetailed Iron Sight Gunworks rear.
**Features:** Fixed barrel revolvers. Barrels have 1:18.75" twist, Alan Taylor two-stage forcing cone; non-fluted cylinder; bright blue or satin stainless. Introduced 1994. Made in U.S. by Wesson Firearms Co., Inc.
**Price:** Open Hunter (open sights, 7½" barrel), blue . . . . . . . . . . **$804.94**
**Price:** As above, stainless . . . . . . . . . . **$848.63**
**Price:** Compensated Open Hunter (6" compensated barrel, 7" shroud), blue . . . . . . . . . . **$836.98**
**Price:** As above, stainless . . . . . . . . . . **$880.65**
**Price:** Scoped Hunter (7½" barrel, no sights, comes with scope rings on shroud), blue . . . . . . . . . . **$837.97**
**Price:** As above, stainless . . . . . . . . . . **$880.96**
**Price:** Compensated Scoped Hunter (6" barrel, 7" shroud, scope rings on shroud), blue . . . . . . . . . . **$870.73**
**Price:** As above, stainless . . . . . . . . . . **$913.72**

### WESSON FIREARMS MODEL 738P REVOLVER

**Caliber:** 38 Special +P, 5-shot.
**Barrel:** 2".
**Weight:** 24.6 oz. **Length:** 6.5" overall.
**Stocks:** Pauferro wood or rubber.
**Sights:** Blade front, fixed notch rear.
**Features:** Designed for +P ammunition. Stainless steel construction. Introduced 1992. Made in U.S. by Wesson Firearms Co., Inc.
**Price:** . . . . . . . . . . **$285.00**

### WESSON FIREARMS MODEL 41V, 44V, 45V REVOLVERS

**Caliber:** 41 Mag., 44 Mag., 45 Colt, 6-shot.
**Barrel:** 4", 6", 8", 10"; interchangeable.
**Weight:** 48 oz. (4"). **Length:** 12" overall (6" bbl.).
**Stocks:** Smooth.
**Sights:** ⅛" serrated front, white outline rear adjustable for windage and elevation.
**Features:** Available in blue or stainless steel. Smooth, wide trigger with adjustable over-travel; wide hammer spur. Available in Pistol Pac set also. Contact Wesson Firearms for complete price list.
**Price:** 41 Mag., 4", vent . . . . . . . . . . **$433.55**
**Price:** As above except in stainless . . . . . . . . . . **$508.30**
**Price:** 44 Mag., 4", blue . . . . . . . . . . **$433.55**
**Price:** As above except in stainless . . . . . . . . . . **$508.30**
**Price:** 45 Colt, 4", vent . . . . . . . . . . **$433.55**
**Price:** As above except in stainless . . . . . . . . . . **$508.30**

Wesson Model 738P

## HANDGUNS—SINGLE-ACTION REVOLVERS

Both classic six-shooters and modern adaptations for hunting and sport.

### AMERICAN ARMS REGULATOR SINGLE ACTIONS

**Caliber:** 357 Mag. 44-40, 45 Colt.
**Barrel:** 4¾", 5½", 7½".
**Weight:** 32 oz. (4¾" barrel) **Length:** 8⅙" overall (4¾" barrel).
**Stocks:** Smooth walnut.
**Sights:** Blade front, groove rear.
**Features:** Blued barrel and cylinder, brass trigger guard and backstrap. Introduced 1992. Imported from Italy by American Arms, Inc.
**Price:** Regulator, single cylinder . . . . . . . . . . **$305.00**
**Price:** Regulator, dual cylinder (44-40/44 Spec. or 45 Colt/45 ACP) . **$349.00**
**Price:** Regulator DLX (all steel) . . . . . . . . . . **$349.00**

American Arms Regulator

### American Arms Buckhorn Single Action

Similar to the Regulator single action except chambered for 44 Magnum. Available with 4¾", 6" or 7½" barrel. Overall length 11¾", weight is 44 oz. with 6" barrel. Introduced 1993. Imported from Italy by American Arms, Inc.
**Price:** . . . . . . . . . . **$339.00**
**Price:** Buckhorn Target (with target sights) . . . . . . . . . . **$349.00**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

### CENTURY GUN DIST. MODEL 100 SINGLE ACTION

**Caliber:** 30-30, 375 Win., 444 Marlin, 45-70, 50-70.
**Barrel:** 6½" (standard), 8", 10", 12".
**Weight:** 6 lbs. (loaded). **Length:** 15" overall (8" bbl.).
**Stocks:** Smooth walnut.
**Sights:** Ramp front, Millett adjustable square notch rear.
**Features:** Highly polished high tensile strength manganese bronze frame, blue cylinder and barrel; coil spring trigger mechanism. Calibers other than 45-70 start at $2,000.00. Contact maker for full price information. Introduced 1975. Made in U.S. From Century Gun Dist., Inc.
**Price:** 6½" barrel, 45-70 . . . . . . . . . . **$1,250.00**

Century Model 100

### CIMARRON U.S. CAVALRY MODEL SINGLE ACTION

**Caliber:** 45 Colt
**Barrel:** 7½".
**Weight:** 42 oz. **Length:** 13½" overall.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Has "A.P. Casey" markings; "U.S." plus patent dates on frame, serial number on backstrap, trigger guard, frame and cylinder, "APC" cartouche on left grip; color case-hardened frame and hammer, rest charcoal blue. Exact copy of the original. Imported by Cimarron Arms.
**Price:** . . . . . . . . . . **$459.00.**

### Cimarron Artillery Model Single Action

Similar to the U.S. Cavalry model except has 5½" barrel, weighs 39 oz., and is 11½" overall. U.S. markings and cartouche, case-hardened frame and hammer; 45 Colt only.
**Price:** . . . . . . . . . . **$459.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—SINGLE-ACTION REVOLVERS

**CIMARRON 1873 PEACEMAKER REPRO**
**Caliber:** 38 WCF, 357 Mag., 44 WCF, 44 Spec., 45 Colt.
**Barrel:** 4¾", 5½", 7½".
**Weight:** 39 oz. **Length:** 10" overall (4" barrel).
**Stocks:** Walnut.
**Sights:** Blade front, fixed or adjustable rear.
**Features:** Uses "old model" blackpowder frame with "Bullseye" ejector or New Model frame. Imported by Cimarron Arms.
**Price:** Peacemaker, 4¾" barrel . . . . . . . . . . . . . . . . . . . **$429.95**
**Price:** Frontier Six Shooter, 5½" barrel . . . . . . . . . . . . . . . **$429.95**
**Price:** Single Action Army, 7½" barrel . . . . . . . . . . . . . . . . **$429.95**

Cimarron Peacemaker

Cimarron New Thunderer

**CIMARRON NEW THUNDERER REVOLVER**
**Caliber:** 357 Mag., 44 WCF, 44 Spec., 45 Colt, 6-shot.
**Barrel:** 3½", 4¾", with ejector.
**Weight:** 38 oz. (3½" barrel). **Length:** NA.
**Stocks:** Hand-checkered walnut.
**Sights:** Blade front, notch rear.
**Features:** Thunderer grip; color case-hardened frame with balance blued, or nickel finish. Introduced 1993. Imported by Cimarron Arms.
**Price:** Color case-hardened . . . . . . . . . . . . . . . . . . . . . **$429.95**
**Price:** Nickeled . . . . . . . . . . . . . . . . . . . . . . . . . . **$529.95**

**COLT SINGLE ACTION ARMY REVOLVER**
**Caliber:** 44-40, 45 Colt, 6-shot.
**Barrel:** 4¾", 5½", 7½".
**Weight:** 40 oz. (4¾" barrel). **Length:** 10¼" overall (4¾" barrel).
**Stocks:** American walnut.
**Sights:** Blade front, notch rear.
**Features:** Available in full nickel finish with nickel grip medallions, or Royal Blue with color case-hardened frame, gold grip medallions. Reintroduced 1992.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,213.00**

Colt Single Action Army

E.A.A. Big Bore Bounty Hunter

**E.A.A. BIG BORE BOUNTY HUNTER SA REVOLVERS**
**Caliber:** 357 Mag., 41 Mag., 44-40, 44 Mag., 45 Colt, 6-shot.
**Barrel:** 4⅝", 7½".
**Weight:** 2.5 lbs. **Length:** 11" overall (4⅝" barrel).
**Stocks:** Smooth walnut.
**Sights:** Blade front, grooved topstrap rear.
**Features:** Transfer bar safety; three position hammer; hammer forged barrel. Introduced 1992. Imported by European American Armory.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**
**Price:** Color case-hardened frame . . . . . . . . . . . . . . . . . . **$310.00**
**Price:** Chrome-plated . . . . . . . . . . . . . . . . . . . . . . . **$350.00**

E.A.A. Bounty Hunter

**E.A.A. BOUNTY HUNTER REVOLVER**
**Caliber:** 22 LR, 22 WMR, 6-shot cylinder.
**Barrel:** 4¾", 6", 9".
**Weight:** 32 oz. **Length:** 10" overall (4¾" barrel).
**Stocks:** European hardwood.
**Sights:** Blade front, adjustable rear.
**Features:** Available in blue finish only. Introduced 1991. From European American Armory Corp.
**Price:** 4¾", blue . . . . . . . . . . . . . . . . . . . . . . . . . . **$80.00**
**Price:** 4¾", blue, 22 LR/22 WMR combo . . . . . . . . . . . . . . . **$99.00**
**Price:** 6", blue, 22 LR/22 WMR combo . . . . . . . . . . . . . . . . **$125.00**
**Price:** 9", blue, 22 LR/22 WMR combo . . . . . . . . . . . . . . . . **$110.00**

**EMF Dakota 1890 Police Revolver**
Similar to the 1875 Outlaw except has 5½" barrel, weighs 40 oz., with 12½" overall length. Has lanyard ring in butt. No web under barrel. Calibers 357, 44-40, 45 Colt. Imported by E.M.F.
**Price:** All calibers . . . . . . . . . . . . . . . . . . . . . . . . . **$470.00**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$560.00**
**Price:** Engraved . . . . . . . . . . . . . . . . . . . . . . . . . . **$620.00**
**Price:** Engraved nickel . . . . . . . . . . . . . . . . . . . . . . . **$725.00**

**EMF DAKOTA 1875 OUTLAW REVOLVER**
**Caliber:** 357, 44-40, 45 Colt.
**Barrel:** 7½".
**Weight:** 46 oz. **Length:** 13½" overall.
**Stocks:** Smooth walnut.
**Sights:** Blade front, fixed groove rear.
**Features:** Authentic copy of 1875 Remington with firing pin in hammer; color case-hardened frame, blue cylinder, barrel, steel backstrap and brass trigger guard. Also available in nickel, factory engraved. Imported by E.M.F.
**Price:** All calibers . . . . . . . . . . . . . . . . . . . . . . . . . **$465.00**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$550.00**
**Price:** Engraved . . . . . . . . . . . . . . . . . . . . . . . . . . **$600.00**
**Price:** Engraved Nickel . . . . . . . . . . . . . . . . . . . . . . . **$710.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 **319**

Compendium_Klarevas
Page 484

# HANDGUNS—SINGLE-ACTION REVOLVERS

### EMF DAKOTA HARTFORD SINGLE-ACTION REVOLVERS

**Caliber:** 22 LR, 357 Mag., 32-20, 38-40, 44-40, 44 Spec., 45 Colt.
**Barrel:** 4¾", 5½", 7½".
**Weight:** 45 oz. **Length:** 13" overall (7½" barrel).
**Stocks:** Smooth walnut.
**Sights:** Blade front, fixed rear.
**Features:** Identical to the origianl Colts with inspector cartouche on left grip, original patent dates and U.S. markings. All major parts serial numbered using original Colt-style lettering, numbering. Bullseye ejector head and color case-hardening on frame and hammer. Introduced 1990. From E.M.F.
**Price:** . . . . . . . . . . **$600.00**
**Price:** Cavalry or Artillery . . . . . . . . **$655.00**
**Price:** Nickel plated . . . . . . . . **$725.00**
**Price:** Pinkerton (bird's-head grip), 45 Colt, 4" barrel . . . . . **$680.00**
**Price:** Bisley Model (45 Colt) . . . . . . . **$680.00**
**Price:** Nickel plated . . . . . . . . **$805.00**

### EMF Dakota New Model Single-Action Revolvers

Similar to the standard Dakota except has color case-hardened forged steel frame, black nickel backstrap and trigger guard. Calibers 357 Mag., 44-40, 45 Colt only.
**Price:** . . . . . . . . . . **$460.00**
**Price:** Nickel . . . . . . . . . **$585.00**

### Freedom Arms Casull Model 353 Revolver

Similar to the Premier 454 Casull except chambered for 357 Magnum with 5-shot cylinder; 4¾", 6", 7½" or 9" barrel. Weighs 59 oz. with 7½" barrel. Standard model has adjustable sights, matte finish, Pachmayr grips, 7½" or 9" barrel; Silhouette has 9" barrel, Patridge front sight, Iron Sight Gun Works Silhouette adjustable rear, Pachmayr grips, trigger over-travel adjustment screw. All stainless steel. Introduced 1992.
**Price:** Field Grade . . . . . . . . **$1,175.00**
**Price:** Premier Grade (brushed finish, impregnated hardwood grips, Premier Grade sights) . . . . . . . . **$1,480.00**
**Price:** Silhouette . . . . . . . . **$1,267.05**

### HERITAGE ROUGH RIDER REVOLVER

**Caliber:** 22 LR, 22 LR/22 WMR combo, 6-shot.
**Barrel:** 3", 4¾", 6½", 9".
**Weight:** 31 to 38 oz. **Length:** NA
**Stocks:** Goncolo Alves.
**Sights:** Blade front, fixed rear.
**Features:** Hammer block safety. High polish blue finish, gold-tone screws, polished hammer. Introduced 1993. Made in U.S. by Heritage Mfg., Inc.
**Price:** . . . . . . . . **$89.95** to **$129.95**

### MITCHELL SINGLE-ACTION ARMY REVOLVERS

**Caliber:** 357 Mag., 45 ACP, 45 Colt, 6-shot.
**Barrel:** 4¾", 5½", 7½".
**Weight:** NA. **Length:** NA.
**Stocks:** One-piece walnut.
**Sights:** Serrated ramp front, fixed or adjustable rear.
**Features:** Color case-hardened frame, brass or steel backstrap/trigger guard; hammer-block safety. Bright nickel-plated model and dual cylinder models available. Contact importer for complete price list. Imported by Mitchell Arms, Inc.
**Price:** Cowboy, 4¾", Army 5½", Cavalry 7½", blue, 357, 45 Colt, 45 ACP . . . . . . . . **$399.00**
**Price:** As above, nickel . . . . . . . . **$439.00**
**Price:** 45 Colt/45 ACP dual cyl., blue . . . . . . . **$549.00**
**Price:** As above, nickel . . . . . . . . **$588.00**
**Price:** Bat Masterson model, 45 Colt, 4¾", nickel . . . . . . **$439.00**

Navy Arms Schofield

Freedom 454 Field Grade

### FREEDOM ARMS PREMIER 454 CASULL

**Caliber:** 44 Mag., 454 Casull with 45 Colt, 45 ACP, 45 Win. Mag. optional cylinders, 5-shot.
**Barrel:** 4¾", 6", 7½", 10".
**Weight:** 50 oz. **Length:** 14" overall (7½" bbl.).
**Stocks:** Impregnated hardwood.
**Sights:** Blade front, notch or adjustable rear.
**Features:** All stainless steel construction; sliding bar safety system. Lifetime warranty. Made in U.S. by Freedom Arms, Inc.
**Price:** Field Grade (matte finish, Pachmayr grips), adjustable sights, 4¾", 6", 7½", 10" . . . . . . . . **$1,175.00**
**Price:** Field Grade, fixed sights, 4¾" only . . . . . . **$1,119.00**
**Price:** Field Grade, 44 Rem. Mag., adjustable sights, all lengths . . **$1,175.00**
**Price:** Premier Grade (brush finish, impregnated hardwood grips) adjustable sights, 4¾", 6", 7½", 10" . . . . . . . **$1,480.00**
**Price:** Premier Grade, fixed sights, 7½" only . . . . . . **$1,396.00**
**Price:** Premier Grade, 44 Rem. Mag., adjustable sights, all lengths . **$1,480.00**
**Price:** Fitted 45 ACP or 45 Colt cylinder, add . . . . . . **$233.00**

### Freedom Arms Model 555 Revolver

Same as the 454 Casull except chambered for the 50 A.E. (Action Express) cartridge. Offered in Premier and Field Grades with adjustable sights, 4¾", 6", 7½" or 10" barrel. Introduced 1994. Made in U.S. by Freedom Arms, Inc.
**Price:** Premier Grade . . . . . . . . **$1,480.00**
**Price:** Field Grade . . . . . . . . **$1,175.00**

Heritage Rough Rider

Mitchell Single Action

### NAVY ARMS 1875 SCHOFIELD REVOLVER

**Caliber:** 44-40, 45 Colt, 6-shot cylinder.
**Barrel:** 5", 7".
**Weight:** 39 oz. **Length:** 10¾" overall (5" barrel).
**Stocks:** Smooth walnut.
**Sights:** Blade front, notch rear.
**Features:** Replica of Smith & Wesson Model 3 Schofield. Single-action, top-break with automatic ejection. Polished blue finish. Introduced 1994. Imported by Navy Arms.
**Price:** Wells Fargo (5" barrel, Wells Fargo markings) . . . . . **$795.00**
**Price:** U.S. Cavalry model (7" barrel, military markings . . . . . **$795.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Navy Arms 1873

### NAVY ARMS 1873 SINGLE-ACTION REVOLVER

**Caliber:** 44-40, 45 Colt, 6-shot cylinder.
**Barrel:** 3", 4¾", 5½", 7½".
**Weight:** 36 oz. **Length:** 10¾" overall (5½" barrel).
**Stocks:** Smooth walnut.
**Sights:** Blade front, groove in topstrap rear.
**Features:** Blue with color case-hardened frame, or nickel. Introduced 1991. Imported by Navy Arms.
**Price:** Blue . . . . . . . . . . $390.00
**Price:** Nickel . . . . . . . . . . $455.00
**Price:** Economy model with brass backstrap and trigger guard . . . $340.00
**Price:** 1873 U.S. Cavalry Model (7½", 45 Colt, arsenal markings) . . $480.00
**Price:** 1895 U.S. Artillery Model (as above, 5½" barrel) . . . . . . . $480.00

North American Mini

### NORTH AMERICAN MINI-REVOLVERS

**Caliber:** 22 LR, 22 WMR, 5-shot.
**Barrel:** 1⅛", 1⅝".
**Weight:** 4 to 6.6 oz. **Length:** 3⅝" to 6⅛" overall.
**Stocks:** Laminated wood.
**Sights:** Blade front, notch fixed rear.
**Features:** All stainless steel construction. Polished satin and matte finish. Engraved models available. From North American Arms.
**Price:** 22 LR, 1⅛" bbl. . . . . . . . . . . $157.00
**Price:** 22 LR, 1⅝" bbl. . . . . . . . . . . $157.00
**Price:** 22 WMR, 1⅝" bbl. . . . . . . . . . . $178.00
**Price:** 22 WMR, 1⅛" or 1⅝" bbl. with extra 22 LR cylinder . . . . . $210.00

North American Mini-Master

### NORTH AMERICAN MINI-MASTER

**Caliber:** 22 LR, 22 WMR, 5-shot cylinder.
**Barrel:** 4".
**Weight:** 10.7 oz. **Length:** 7.75" overall.
**Stocks:** Checkered hard black rubber.
**Sights:** Blade front, white outline rear adjustable for elevation, or fixed.
**Features:** Heavy vent barrel; full-size grips. Non-fluted cylinder. Introduced 1989.
**Price:** Adjustable sight, 22 WMR or 22 LR . . . . . . . . . . $279.00
**Price:** As above with extra WMR/LR cylinder . . . . . . . . . . $317.00
**Price:** Fixed sight, 22 WMR or 22 LR . . . . . . . . . . $264.00
**Price:** As above with extra WMR/LR cylinder . . . . . . . . . . $302.00

#### North American Black Widow Revolver

Similar to the Mini-Master except has 2" Heavy Vent barrel. Built on the 22 WMR frame. Non-fluted cylinder, black rubber grips. Available with either Millett Low Profile fixed sights or Millett sight adjustable for elevation only. Overall length 5⅞", weight 8.8 oz. From North American Arms.
**Price:** Adjustable sight, 22 LR or 22 WMR . . . . . . . . . . $249.00
**Price:** As above with extra WMR/LR cylinder . . . . . . . . . . $285.00
**Price:** Fixed sight, 22 LR or 22 WMR . . . . . . . . . . $235.00
**Price:** As above with extra WMR/LR cylinder . . . . . . . . . . $270.00

Phelps Heritage I

### PHELPS HERITAGE I, EAGLE I, GRIZZLY REVOLVERS

**Caliber:** 444 Marlin, 45-70, 50-70, 6-shot.
**Barrel:** 8", 12", 16" (45-70).
**Weight:** 5½ lbs. **Length:** 19½" overall (12" bbl.).
**Stocks:** Smooth walnut.
**Sights:** Ramp front, adjustable rear.
**Features:** Single action; polished blue finish; safety bar. From Phelps Mfg. Co.
**Price:** 8", 45-70 or 444 Marlin, about . . . . . . . . . . $1,185.00
**Price:** 12", 45-70 or 444 Marlin, about . . . . . . . . . . $1,265.00
**Price:** 8", 50-70, about . . . . . . . . . . $1,550.00

Ruger Blackhawk

### RUGER BLACKHAWK REVOLVER

**Caliber:** 30 Carbine, 357 Mag./38 Spec., 41 Mag., 45 Colt, 6-shot.
**Barrel:** 4⅝" or 6½", either caliber; 7½" (30 Carbine, 45 Colt only).
**Weight:** 42 oz. (6½" bbl.). **Length:** 12¼" overall (6½" bbl.).
**Stocks:** American walnut.
**Sights:** ⅛" ramp front, micro-click rear adjustable for windage and elevation.
**Features:** Ruger interlock mechanism, independent firing pin, hardened chrome moly steel frame, music wire springs throughout.
**Price:** Blue, 30 Carbine (7½" bbl.), BN31 . . . . . . . . . . $328.00
**Price:** Blue, 357 Mag. (4⅝", 6½"), BN34, BN36 . . . . . . . . . . $328.00
**Price:** Blue, 357/9mm Convertible (4⅝", 6½"), BN34X, BN36X . . . $343.50
**Price:** Blue, 41 Mag., 45 Colt (4⅝", 6½"), BN41, BN42, BN45 . . . $328.00
**Price:** Stainless, 357 Mag. (4⅝", 6½"), KBN34, KBN36 . . . . . . . $404.00
**Price:** High-gloss stainless, 357 Mag. (4⅝", 6½"), GKBN34, GKBN36 . . . . . . . . . . $404.00
**Price:** High-gloss stainless, 45 Colt (4⅝", 7½"), GKBN44, GKBN45 . . . . . . . . . . $404.00

#### Ruger Bisley Single-Action Revolver

Similar to standard Blackhawk except the hammer is lower with a smoothly curved, deeply checkered wide spur. The trigger is strongly curved with a wide smooth surface. Longer grip frame has a hand-filling shape. Adjustable rear sight, ramp-style front. Has an unfluted cylinder and roll engraving, adjustable sights. Chambered for 357, 41, 44 Mags. and 45 Colt; 7½" barrel; overall length of 13". Introduced 1985.
**Price:** . . . . . . . . . . $391.00

## HANDGUNS—SINGLE-ACTION REVOLVERS

Ruger Super Blackhawk Hunter

Ruger New Super Bearcat

Ruger SSM Single-Six

Ruger Bisley

Ruger Vaquero

**SPORTARMS MODEL HS21S SINGLE ACTION**
**Caliber:** 22 LR or 22 LR/22 WMR combo, 6-shot.
**Barrel:** $5\frac{1}{2}$".
**Weight:** 33.5 oz. **Length:** 11" overall.
**Stocks:** Smooth hardwood.
**Sights:** Blade front, rear drift adjustable for windage.
**Features:** Available in blue with imitation stag or wood stocks. Made in Germany by Herbert Schmidt; Imported by Sportarms of Florida.
**Price:** 22 LR, blue, "stag" grips, about . . . . . . . . . . . . . . . . . **$100.00**
**Price:** 22 LR/22 WMR combo, blue, wood stocks, about . . . . . . **$120.00**

**RUGER SUPER BLACKHAWK**
**Caliber:** 44 Magnum, 6-shot. Also fires 44 Spec.
**Barrel:** $4\frac{5}{8}$", $5\frac{1}{2}$", $7\frac{1}{2}$", $10\frac{1}{2}$".
**Weight:** 48 oz. ($7\frac{1}{2}$" bbl.), 51 oz. ($10\frac{1}{2}$" bbl.). **Length:** $13\frac{3}{8}$" overall ($7\frac{1}{2}$" bbl.).
**Stocks:** American walnut.
**Sights:** $\frac{1}{8}$" ramp front, micro-click rear adjustable for windage and elevation.
**Features:** Ruger interlock mechanism, non-fluted cylinder, steel grip and cylinder frame, square back trigger guard, wide serrated trigger and wide spur hammer.
**Price:** Blue (S45N, S47N, S411N) . . . . . . . . . . . . . . . . . **$378.50**
**Price:** Stainless (KS45N, KS47N, KS411N) . . . . . . . . . . . . . **$413.75**
**Price:** Stainless KS47NH Hunter with scope rings, $7\frac{1}{2}$" . . . . . . . **$479.50**
**Price:** High-gloss stainless ($4\frac{5}{8}$", $5\frac{1}{2}$", $7\frac{1}{2}$"), GKS458N, GKS45N, GKS47N . . . . . . . . . . . . . . . . . . . . . . . . . . **$413.75**

**RUGER NEW SUPER BEARCAT SINGLE ACTION**
**Caliber:** 22 LR/22 WMR, 6-shot.
**Barrel:** 4".
**Weight:** 23 oz. **Length:** $8\frac{7}{8}$" overall.
**Stocks:** Smooth rosewood with Ruger medallion.
**Sights:** Blade front, fixed notch rear.
**Features:** Reintroduction of the Ruger Super Bearcat with slightly lengthened frame, Ruger patented transfer bar safety system. Comes with two cylinders. Available in blue or stainless steel. Introduced 1993. From Sturm, Ruger & Co.
**Price:** SBC4, blue . . . . . . . . . . . . . . . . . . . . . . . . **$298.00**
**Price:** KSBC4, stainless . . . . . . . . . . . . . . . . . . . . . **$325.00**

**RUGER SUPER SINGLE-SIX CONVERTIBLE**
**Caliber:** 22 LR, 6-shot; 22 WMR in extra cylinder.
**Barrel:** $4\frac{5}{8}$", $5\frac{1}{2}$", $6\frac{1}{2}$", or $9\frac{1}{2}$" (6-groove).
**Weight:** $34\frac{1}{2}$ oz. ($6\frac{1}{2}$" bbl.). **Length:** $11\frac{13}{16}$" overall ($6\frac{1}{2}$" bbl.).
**Stocks:** Smooth American walnut.
**Sights:** Improved Patridge front on ramp, fully adjustable rear protected by integral frame ribs; or fixed sight.
**Features:** Ruger interlock mechanism, transfer bar ignition, gate-controlled loading, hardened chrome moly steel frame, wide trigger, music wire springs throughout, independent firing pin.
**Price:** $4\frac{5}{8}$", $5\frac{1}{2}$", $6\frac{1}{2}$", $9\frac{1}{2}$" barrel, blue, fixed or adjustable sight ($5\frac{1}{2}$", $6\frac{1}{2}$") . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$281.00**
**Price:** $5\frac{1}{2}$", $6\frac{1}{2}$" bbl. only, high-gloss stainless steel, fixed or adjustable sight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$354.00**

**Ruger SSM Single-Six Revolver**
Similar to the Super Single-Six revolver except chambered for 32 H&R Magnum (also handles 32 S&W and 32 S&W Long). Weight is about 34 oz. with $6\frac{1}{2}$" barrel. Barrel lengths: $4\frac{5}{8}$", $5\frac{1}{2}$", $6\frac{1}{2}$", $9\frac{1}{2}$". Introduced 1985.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$281.00**

**Ruger Bisley Small Frame Revolver**
Similar to the Single-Six except frame is styled after the classic Bisley "flat-top." Most mechanical parts are unchanged. Hammer is lower and smoothly curved with a deeply checkered spur. Trigger is strongly curved with a wide smooth surface. Longer grip frame designed with a hand-filling shape, and the trigger guard is a large oval. Adjustable dovetail rear sight; front sight base accepts interchangeable square blades of various heights and styles. Has an unfluted cylinder and roll engraving. Weight about 41 oz. Chambered for 22 LR and 32 H&R Mag., $6\frac{1}{2}$" barrel only. Introduced 1985.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$328.75**

Consult our Directory pages for the location of firms mentioned.

**RUGER VAQUERO SINGLE-ACTION REVOLVER**
**Caliber:** 44-40, 44 Magnum, 45 Colt, 6-shot.
**Barrel:** $4\frac{5}{8}$", $5\frac{1}{2}$", $7\frac{1}{2}$".
**Weight:** 41 oz. **Length:** $13\frac{3}{8}$" overall ($7\frac{1}{2}$" barrel).
**Stocks:** Smooth rosewood with Ruger medallion.
**Sights:** Blade front, fixed notch rear.
**Features:** Uses Ruger's patented transfer bar safety system and loading gate interlock with classic styling. Blued model has color case-hardened finish on the frame, the rest polished and blued. Stainless model is polished. Introduced 1993. From Sturm, Ruger & Co.
**Price:** BNV44 ($4\frac{5}{8}$"), BNV445 ($5\frac{1}{2}$"), BNV45 ($7\frac{1}{2}$"), blue . . . . . . **$394.00**
**Price:** KBNV44 ($4\frac{5}{8}$"), KBNV455 ($5\frac{1}{2}$"), KBNV45 ($7\frac{1}{2}$"), stainless . **$394.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

HANDGUNS—SINGLE-ACTION REVOLVERS

**TEXAS LONGHORN ARMS GROVER'S IMPROVED NO. FIVE**
**Caliber:** 44 Magnum, 6-shot.
**Barrel:** 5½".
**Weight:** 44 oz. **Length:** NA.
**Stocks:** Fancy AAA walnut.
**Sights:** Square blade front on ramp, fully adjustable rear.
**Features:** Music wire coil spring action with double locking bolt; polished blue finish. Handmade in limited 1,200-gun production. Grip contour, straps, oversized base pin, lever latch and lockwork identical copies of Elmer Keith design. Lifetime warranty to original owner. Introduced 1988.
**Price:** . . . . . . . . $985.00

Texas Longhorn Grover's No. Five

**TEXAS LONGHORN ARMS RIGHT-HAND SINGLE ACTION**
**Caliber:** All centerfire pistol calibers.
**Barrel:** 4¾".
**Weight:** NA. **Length:** NA.
**Stocks:** One-piece fancy walnut, or any fancy AAA wood.
**Sights:** Blade front, grooved topstrap rear.
**Features:** Loading gate and ejector housing on left side of gun. Cylinder rotates to the left. All steel construction; color case-hardened frame; high polish blue; music wire coil springs. Lifetime guarantee to original owner. Introduced 1984. From Texas Longhorn Arms.
**Price:** South Texas Army Limited Edition—handmade, only 1,000 to be produced; "One of One Thousand" engraved on barrel . . . . . . . $1,500.00

**Texas Longhorn Arms Texas Border Special**
Similar to the South Texas Army Limited Edition except has 3½" barrel, bird's-head style grip. Same special features. Introduced 1984.
**Price:** . . . . . . . . $1,500.00

Texas Longhorn Border Special

**Texas Longhorn Arms Sesquicentennial Model Revolver**
Similar to the South Texas Army Model except has ¾-coverage Nimschke-style engraving, antique golden nickel plate finish, one-piece elephant ivory grips. Comes with handmade solid walnut presentation case, factory letter to owner. Limited edition of 150 units. Introduced 1986.
**Price:** . . . . . . . . $2,500.00

**Texas Longhorn Arms West Texas Flat Top Target**
Similar to the South Texas Army Limited Edition except choice of barrel length from 7½" through 15"; flat-top style frame; ⅛" contoured ramp front sight, old model steel micro-click rear adjustable for windage and elevation. Same special features. Introduced 1984.
**Price:** . . . . . . . . $1,500.00

**Texas Longhorn Arms Cased Set**
Set contains one each of the Texas Longhorn Right-Hand Single Actions, all in the same caliber, same serial numbers (100, 200, 300, 400, 500, 600, 700, 800, 900). Ten sets to be made (#1000 donated to NRA museum). Comes in hand-tooled leather case. All other specs same as Limited Edition guns. Introduced 1984.
**Price:** . . . . . . . . $5,750.00
**Price:** With ¾-coverage "C-style" engraving . . . . . . . $7,650.00

**UBERTI 1873 CATTLEMAN SINGLE ACTIONS**
**Caliber:** 38 Spec., 357 Mag., 44 Spec., 44-40, 45 Colt/45 ACP, 6-shot.
**Barrel:** 4¾", 5½", 7½"; 44-40, 45 Colt also with 3".
**Weight:** 38 oz. (5½" bbl.). **Length:** 10¾" overall (5½" bbl.).
**Stocks:** One-piece smooth walnut.
**Sights:** Blade front, groove rear; fully adjustable rear available.
**Features:** Steel or brass backstrap, trigger guard; color case-hardened frame, blued barrel, cylinder. Imported from Italy by Uberti USA.
**Price:** Steel backstrap, trigger guard, fixed sights . . . . . . . $410.00
**Price:** Brass backstrap, trigger guard, fixed sights . . . . . . . $365.00

Uberti Cattleman

**Uberti 1873 Buckhorn Single Action**
A slightly larger version of the Cattleman revolver. Available in 44 Magnum or 44 Magnum/44-40 convertible, otherwise has same specs.
**Price:** Steel backstrap, trigger guard, fixed sights . . . . . . . $410.00
**Price:** Convertible (two cylinders) . . . . . . . $460.00

**UBERTI 1875 SA ARMY OUTLAW REVOLVER**
**Caliber:** 357 Mag., 44-40, 45 Colt, 6-shot.
**Barrel:** 7½".
**Weight:** 44 oz. **Length:** 13¾" overall.
**Stocks:** Smooth walnut.
**Sights:** Blade front, notch rear.
**Features:** Replica of the 1875 Remington S.A. Army revolver. Brass trigger guard, color case-hardened frame, rest blued. Imported by Uberti USA.
**Price:** . . . . . . . . $405.00
**Price:** 45 Colt/45 ACP convertible . . . . . . . $450.00

Uberti 1875 Army

**UBERTI 1890 ARMY OUTLAW REVOLVER**
**Caliber:** 357 Mag., 44-40, 45 Colt, 6-shot.
**Barrel:** 5½".
**Weight:** 37 oz. **Length:** 12½" overall.
**Stocks:** American walnut.
**Sights:** Blade front, groove rear.
**Features:** Replica of the 1890 Remington single action. Brass trigger guard, rest is blued. Imported by Uberti USA.
**Price:** . . . . . . . . $410.00
**Price:** 45 Colt/45 ACP convertible . . . . . . . $415.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 323

Compendium_Klarevas
Page 488

# HANDGUNS—MISCELLANEOUS

Specially adapted single-shot and multi-barrel arms.

American Derringer Model 1

**American Derringer Texas Commemorative**
A Model 1 Derringer with solid brass frame, stainless steel barrel and rosewood grips. Available in 38 Speical, 44-40 Win., or 45 Colt. Introduced 1987.
**Price:** 38 Spec. . . . . $225.00
**Price:** 44-40 or 45 Colt . . . . . $320.00

**American Derringer Model 4**
Similar to the Model 1 except has 4.1" barrel, overall length of 6", and weighs 16½ oz.; chambered for 3" 410-bore shotshells or 45 or 44 Magnum Colt. Can be had with 45-70 upper barrel and 3" 410-bore or 45 Colt bottom barrel. Made of stainless steel. Manual hammer block safety. Introduced 1985.
**Price:** 3" 410/45 Colt (either barrel) . . . . . $352.00
**Price:** 3" 410/45 Colt or 45-70 (Alaskan Survival model) . . . . . $387.50
**Price:** 44 Magnum with oversize grips . . . . . $422.00
**Price:** Alaskan Survival model (45-70 upper, 410-45 Colt lower) . . $387.50

American Derringer Model 6

American Derringer Semmerling

**AMERICAN DERRINGER DA 38 MODEL**
**Caliber:** 9mm Para., 38 Spec.
**Barrel:** 3".
**Weight:** 14.5 oz. **Length:** 4.8" overall.
**Stocks:** Rosewood, walnut or other hardwoods.
**Sights:** Fixed.
**Features:** Double-action only; two-shots. Manual safety. Made of satin-finished stainless steel and aluminum. Introduced 1989. From American Derringer Corp.
**Price:** 38 Spec. . . . . . $250.00
**Price:** 9mm Para. . . . . . $275.00

**AMERICAN DERRINGER MODEL 1**
**Caliber:** 22 LR, 22 WMR, 30 Luger, 30-30 Win., 32 ACP, 380 ACP, 38 Spec., 9mm Para., 357 Mag., 357 Maximum, 10mm, 40 S&W, 41 Mag., 38-40, 44-40 Win., 44 Spec., 44 Mag., 45 Colt, 45 ACP, 410-bore (2½").
**Barrel:** 3".
**Weight:** 15½ oz. (38 Spec.). **Length:** 4.82" overall.
**Stocks:** Rosewood, Zebra wood.
**Sights:** Blade front.
**Features:** Made of stainless steel with high-polish or satin finish. Two-shot capacity. Manual hammer block safety. Introduced 1980. Available in almost any pistol caliber. Contact the factory for complete list of available calibers and prices. From American Derringer Corp.
**Price:** 22 LR or WMR . . . . . $312.00 to $375.00
**Price:** 38 Spec. . . . . . $225.00
**Price:** 357 Maximum . . . . . $265.00
**Price:** 357 Mag. . . . . . $250.00
**Price:** 9mm, 380, . . . . . $224.00
**Price:** 10mm, 40 S&W . . . . . $257.00
**Price:** 44 Spec., . . . . . $320.00
**Price:** 44-40 Win., 45 Colt, 45 Auto Rim . . . . . $320.00
**Price:** 30-30, 41, 44 Mags., 45 Win. Mag. . . . . . $375.00
**Price:** 45-70, single shot . . . . . $312.00
**Price:** 45 Colt, 410, 2½" . . . . . $320.00
**Price:** 45 ACP, 10mm Auto . . . . . $257.00
**Price:** 125th Anniversary model (brass frame, stainless bbl., 44-40, 45 Colt, 38 Spec.) . . . . . $320.00

**American Derringer Lady Derringer**
Same as the Model 1 except has tuned action, is fitted with scrimshawed synthetic ivory grips; chambered for 32 H&R Mag. and 38 Spec.; 22 LR, 22 WMR, 380 ACP, 357 Mag., 9mm Para., 45 ACP, 45 Colt/410 shotshell available at extra cost. Deluxe Grade is highly polished; Deluxe Engraved is engraved in a pattern similar to that used on 1880s derringers. All come in a French fitted jewelry box. Introduced 1991.
**Price:** Deluxe Grade . . . . . $235.00
**Price:** Deluxe Engraved Grade . . . . . $750.00

**American Derringer Model 6**
Similar to the Model 1 except has 6" barrels chambered for 3" 410 shotshells or 45 Colt, rosewood stocks, 8.2" o.a.l. and weighs 21 oz. Shoots either round for each barrel. Manual hammer block safety. Introduced 1986.
**Price:** High polish or satin finish . . . . . $387.50
**Price:** Gray matte finish . . . . . $362.50

**American Derringer Model 7 Ultra Lightweight**
Similar to Model 1 except made of high strength aircraft aluminum. Weighs 7½ oz., 4.82" o.a.l., rosewood stocks. Available in 22 LR, 32 H&R Mag., 380 ACP, 38 Spec., 44 Spec. Introduced 1986.
**Price:** 22 LR . . . . . $220.00
**Price:** 38 Spec. . . . . . $220.00
**Price:** 380 ACP . . . . . $220.00
**Price:** 32 H&R Mag. . . . . . $220.00
**Price:** 44 Spec. . . . . . $500.00

**American Derringer Model 10 Lightweight**
Similar to the Model 1 except frame is of aluminum, giving weight of 10 oz. Available in 45 Colt or 45 ACP only. Matte gray finish. Introduced 1989.
**Price:** 45 Colt . . . . . $320.00
**Price:** 45 ACP . . . . . $257.00
**Price:** Model 11 (38 Spec., aluminum bbls., wgt. 11 oz.) . . . . . $205.00

**AMERICAN DERRINGER SEMMERLING LM-4**
**Caliber:** 9mm Para., 7-shot magazine; 45 ACP, 5-shot magazine.
**Barrel:** 3.625".
**Weight:** 24 oz. **Length:** 5.2" overall.
**Stocks:** Checkered plastic on blued guns, rosewood on stainless guns.
**Sights:** Open, fixed.
**Features:** Manually-operated repeater. Height is 3.7", width is 1". Comes with manual, leather carrying case, spare stock screws, wrench. From American Derringer Corp.
**Price:** Blued . . . . . $1,750.00
**Price:** Stainless steel . . . . . $1,875.00

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

**AMERICAN DERRINGER COP 357 DERRINGER**
**Caliber:** 38 Spec. or 357 Mag., 4-shot.
**Barrel:** 3.14".
**Weight:** 16 oz. **Length:** 5.53" overall.
**Stocks:** Rosewood.
**Sights:** Fixed.
**Features:** Double-action only. Four shots. Made of stainless steel. Introduced 1990. Made in U.S. by American Derringer Corp.
**Price:** . . . . . . . . . . **$375.00**

**American Derringer Mini COP Derringer**
Similar to the COP 357 except chambered for 22 WMR. Barrel length of 2.85", overall length of 4.95", weight is 16 oz. Double action with automatic hammer-block safety. Made of stainless steel. Grips of rosewood, walnut or other hardwoods. Introduced 1990. Made in U.S. by American Derringer Corp.
**Price:** . . . . . . . . . . **$312.50**

**ANSCHUTZ EXEMPLAR BOLT-ACTION PISTOL**
**Caliber:** 22 LR, 5-shot; 22 Hornet, 5-shot.
**Barrel:** 10", 14".
**Weight:** 3½ lbs. **Length:** 17" overall.
**Stock:** European walnut with stippled grip and forend.
**Sights:** Hooded front on ramp, open notch rear adjustable for windage and elevation.
**Features:** Uses Match 64 action with left-hand bolt; Anschutz #5091 two-stage trigger set at 9.85 oz. Receiver grooved for scope mounting; open sights easily removed. The 22 Hornet version uses Match 54 action with left-hand bolt, Anschutz #5099 two-stage trigger set at 19.6 oz. Introduced 1987. Imported from Germany by Precision Sales International.
**Price:** 22 LR . . . . . . . . . . **$499.50**
**Price:** 22 LR, left-hand . . . . . . . . . . **$499.50**
**Price:** 22 LR, 14" barrel . . . . . . . . . . **$522.00**
**Price:** 22 Hornet (no sights, 10" bbl.) . . . . . . . . . . **$899.00**

Davis D-38

Gaucher GN1 Silhouette

**HIGH STANDARD DERRINGER**
**Caliber:** 22 LR, 22 WMR, 2-shot.
**Barrel:** 3.5".
**Weight:** 11 oz. **Length:** 5.12" overall.
**Stocks:** Black composition.
**Sights:** Fixed.
**Features:** Double action, dual extraction. Hammer-block safety. Blue finish. Introduced 1990. Made in U.S. by American Derringer Corp.
**Price:** . . . . . . . . . . **$169.50**

**HJS LONE STAR DERRINGER**
**Caliber:** 380 ACP.
**Barrel:** 2".
**Weight:** 6 oz. **Length:** 3$^{15}/_{16}$" overall.
**Stocks:** Brown plastic.
**Sights:** Groove.
**Features:** Stainless steel Construction. Beryllium copper firing pin. Button-rifled barrel. Introduced 1993. Made in U.S. by HJS Arms, Inc.
**Price:** . . . . . . . . . . **$185.00**

Anschutz Exemplar

**DAVIS DERRINGERS**
**Caliber:** 22 LR, 22 WMR, 25 ACP, 32 ACP.
**Barrel:** 2.4".
**Weight:** 9.5 oz. **Length:** 4" overall.
**Stocks:** Laminated wood.
**Sights:** Blade front, fixed notch rear.
**Features:** Choice of black Teflon or chrome finish; spur trigger. Introduced 1986. Made in U.S. by Davis Industries.
**Price:** . . . . . . . . . . **$65.00**

**DAVIS D-38 DERRINGER**
**Caliber:** 32 H&R, 38 Special.
**Barrel:** 2.75".
**Weight:** 11.5 oz. **Length:** 4.65" overall.
**Stocks:** Textured black synthetic.
**Sights:** Blade front, fixed notch rear.
**Features:** Alloy frame, steel-lined barrels, steel breech block. Plunger-type safety with integral hammer block. Chrome or black Teflon finish. Introduced 1992. Made in U.S. by Davis Industries.
**Price:** . . . . . . . . . . **$98.00**

**FEATHER GUARDIAN ANGEL PISTOL**
**Caliber:** 22 LR/22 WMR.
**Barrel:** 2".
**Weight:** 12 oz. **Length:** 5" overall.
**Stocks:** Black composition.
**Sights:** Fixed.
**Features:** Uses a pre-loaded two-shot drop-in "magazine." Stainless steel construction; matte finish. From Feather Industries. Introduced 1988.
**Price:** . . . . . . . . . . **$119.95**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**GAUCHER GN1 SILHOUETTE PISTOL**
**Caliber:** 22 LR, single shot.
**Barrel:** 10".
**Weight:** 2.4 lbs. **Length:** 15.5" overall.
**Stock:** European hardwood.
**Sights:** Blade front, open adjustable rear.
**Features:** Bolt action, adjustable trigger. Introduced 1990. Imported from France by Mandall Shooting Supplies.
**Price:** About . . . . . . . . . . **$289.95**
**Price:** Model GP Silhouette . . . . . . . . . . **$259.95**

High Standard Derringer

# HANDGUNS—MISCELLANEOUS

### HJS FRONTIER FOUR DERRINGER

**Caliber:** 22 LR.
**Barrel:** 2".
**Weight:** 5½ oz. **Length:** 3$^{15}/_{16}$" overall.
**Stocks:** Brown plastic.
**Sights:** None.
**Features:** Four barrels fire with rotating firing pin. Stainless steel construction. Introduced 1993. Made in U.S. by HJS Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$165.00**

### HJS Antigua Derringer

Same as the Frontier Four except blued stainess barrel, brass frame, brass pivot pins. Brown plastic grips. Introduced 1994. Made in U.S. by HJS Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$180.00**

### ITHACA MODEL 20 SINGLE SHOT

**Caliber:** 22 LR, 44 Mag.
**Barrel:** 10", 12".
**Weight:** 3¼ lbs. **Length:** 15" overall (10" barrel).
**Stocks:** American walnut with satin finish.
**Sights:** Ithaca Gun Raybar Deerslayer sights or drilled and tapped for scope mounting.
**Features:** Single firing pin for RF/CF use. Comes with both barrels matched to one frame. Matte blue finish.
**Price:** 22 LR/44 Mag. combo, 10" and 12" barrels . . . . . . . . . . . **$348.65**

### MAGNUM RESEARCH LONE EAGLE SINGLE SHOT PISTOL

**Caliber:** 22 Hornet, 223, 22-250, 243, 7mm BR, 7mm-08, 30-30, 308, 30-06, 357 Max., 35 Rem., 358 Win., 44 Mag., 444 Marlin.
**Barrel:** 14", interchangable.
**Weight:** 4lbs., 3 oz. to 4 lbs., 7 oz. **Length:** 15" overall.
**Stocks:** Composition, with thumbrest.
**Sights:** None furnished; drilled and tapped for scope mounting and open sights. Open sights optional.
**Features:** Cannon-type rotating breech with spring-activated ejector. Ordnance steel with matte blue finish. Cross-bolt safety. External cocking lever on left side of gun. Introduced 1991. Available from Magnum Research, Inc.
**Price:** Complete pistol . . . . . . . . . . . . . . . . . . . . . . . **$344.00**
**Price:** Barreled action only . . . . . . . . . . . . . . . . . . . . . **$254.00**
**Price:** Scope base . . . . . . . . . . . . . . . . . . . . . . . . . **$14.00**
**Price:** Adjustable open sights . . . . . . . . . . . . . . . . . . . . **$35.00**

Maximum Single Shot

New Advantage Derringer

Remington XP-100 Hunter

HJS Fronteir Four

### MANDALL/CABANAS PISTOL

**Caliber:** 177, pellet or round ball; single shot.
**Barrel:** 9".
**Weight:** 51 oz. **Length:** 19" overall.
**Stock:** Smooth wood with thumbrest.
**Sights:** Blade front on ramp, open adjustable rear.
**Features:** Fires round ball or pellets with 22 blank cartridge. Automatic safety; muzzlebrake. Imported from Mexico by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$139.95**

Magnum Research Lone Eagle

### MAXIMUM SINGLE SHOT PISTOL

**Caliber:** 22 LR, 22 Hornet, 22 BR, 22 PPC, 223 Rem., 22-250, 6mm BR, 6mm PPC, 243, 250 Savage, 6.5mm-35M, 270 MAX, 270 Win., 7mm TCU, 7mm BR, 7mm-35, 7mm INT-R, 7mm-08, 7mm Rocket, 7mm Super Mag., 30 Herrett, 30 Carbine, 30-30, 308 Win., 30x39, 32-20, 357 Mag., 357 Maximum, 358 Win., 44 Mag., 454 Casull.
**Barrel:** 8¾", 10½", 14".
**Weight:** 61 oz. (10½" bbl.); 78 oz. (14" bbl.). **Length:** 15", 18½" overall (with 10½" and 14" bbl., respectively).
**Stocks:** Smooth walnut stocks and forend.
**Sights:** Ramp front, fully adjustable open rear.
**Features:** Falling block action; drilled and tapped for M.O.A. scope mounts; integral grip frame/receiver; adjustable trigger; Douglas barrel (interchangeable). Introduced 1983. Made in U.S. by M.O.A. Corp.
**Price:** Stainless receiver, blue barrel . . . . . . . . . . . . . . . . **$622.00**
**Price:** Stainless receiver, stainless barrel . . . . . . . . . . . . . . . **$677.00**
**Price:** Extra blued barrel . . . . . . . . . . . . . . . . . . . . . . **$164.00**
**Price:** Extra stainless barrel . . . . . . . . . . . . . . . . . . . . . **$222.00**
**Price:** Scope mount . . . . . . . . . . . . . . . . . . . . . . . . . **$52.00**

### NEW ADVANTAGE ARMS DERRINGER

**Caliber:** 22 LR, 22 WMR, 4-shot.
**Barrel:** 2½".
**Weight:** 15 oz. **Length:** 4½" overall.
**Stocks:** Smooth walnut.
**Sights:** Fixed.
**Features:** Double-action mechanism, four barrels, revolving firing pin. Rebounding hammer. Blue or stainless. Reintroduced 1989. From New Advantage Arms Corp.
**Price:** 22 LR, 22 WMR, blue, about . . . . . . . . . . . . . . . . . . **$199.00**
**Price:** As above, stainless, about . . . . . . . . . . . . . . . . . . . **$229.00**

### REMINGTON XP-100 HUNTER PISTOL

**Caliber:** 223 Rem., 7mm BR Rem., 7mm-08 Rem., 35 Rem., single shot.
**Barrel:** 14½".
**Weight:** 4½ lbs. **Length:** 21¼" overall.
**Stocks:** Laminated wood with contoured grip.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Mid-handle grip design with scalloped contours for right- or left-handed shooters; two-position safety. Matte blue finish. Introduced 1993.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$548.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Remington XP-100 KS

**Remington XP-100 Custom HB Long Range Pistol**

Chambered for 223 Rem., 22-250 Rem., 7mm-08 Rem., 35 Rem., 250 Savage, 6mm BR, 7mm BR, 308. Offered with standard 14½" barrel with adjustable rear leaf and front bead sights, or with heavy 15½" barrel without sights. Custom Shop 14½" barrel, Custom Shop English walnut stock in right- or left-hand configuration. Action tuned in Custom Shop. Weight is under 4½ lbs. (heavy barrel, 5½ lbs.). Introduced 1986.

**Price:** Right- or left-hand . . . . . . . . . . . . . . . . . . . . . . . **$945.00**

**RPM XL SINGLE SHOT PISTOL**

**Caliber:** 22 LR, 22 WMR, 225 Win., 25 Rocket, 6.5 Rocket, 32 H&R Mag., 357 Max., 357 Mag., 30-30 Win., 30 Herrett, 357 Herrett, 41 Mag., 44 Mag., 454 Casull, 375 Win., 7mm UR, 7mm Merrill, 30 Merrill, 7mm Rocket, 270 Ren, 270 Rocket, 270 Max., 45-70.
**Barrel:** 8" slab, 10¾", 12", 14" bull; .450" wide rib, matted to prevent glare.
**Weight:** About 60 oz. **Length:** 12¼" overall (10¾" bbl.).
**Stocks:** Smooth Goncalo with thumb and heel rest.
**Sights:** Front .100" blade, rear adjustable for windage and elevation. Hooded front with interchangeable post optional.
**Features:** Blue finish, hard chrome optional. Barrel is drilled and tapped for scope mounting. Cocking indicator visible from rear of gun. Has spring-loaded barrel lock, positive hammer block thumb safety. Trigger adjustable for weight of pull and over-travel. For complete price list contact RPM.
**Price:** Regular ¾" frame, right-hand action . . . . . . . . . . . . . **$807.50**
**Price:** As above, left-hand action . . . . . . . . . . . . . . . . . . **$832.50**
**Price:** Wide ⅞" frame, right-hand action . . . . . . . . . . . . . . . **$857.50**
**Price:** Extra barrel, 8", 10¾" . . . . . . . . . . . . . . . . . . . . . **$287.50**
**Price:** Extra barrel, 12", 14" . . . . . . . . . . . . . . . . . . . . . **$357.50**

**SUNDANCE POINT BLANK O/U DERRINGER**

**Caliber:** 22 LR, 2-shot.
**Barrel:** 3".
**Weight:** 8 oz. **Length:** 4.6" overall.
**Stocks:** Grooved composition.
**Sights:** Blade front, fixed notch rear.
**Features:** Double-action trigger, push-bar safety, automatic chamber selection. Fully enclosed hammer. Matte black finish. Introduced 1994. Made in U.S. by Sundance Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.00**

**TEXAS ARMS DEFENDER DERRINGER**

**Caliber:** 9mm Para., 357 Mag., 44 Mag., 45 ACP, 45 Colt/410.
**Barrel:** 3".
**Weight:** 21 oz. **Length:** 5" overall.
**Stocks:** Smooth wood.
**Sights:** Blade front, fixed rear.
**Features:** Interchangeable barrels; retracting firing pins; rebounding hammer; cross-bolt safety; removable trigger guard; automatic extractor. Blasted finish stainless steel. Introduced 1993. Made in U.S. by Texas Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$310.00**
**Price:** Extra barrel . . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**

T/C Contender

**Remington XP-100R KS Repeater Pistol**

Similar to the Custom Long Range Pistol except chambered for 223 Rem., 22-250, 7mm-08 Rem., 250 Savage, 308, 350 Rem. Mag., and 35 Rem., and has a blind magazine holding 5 rounds (7mm-08 and 35), or 6 (223 Rem.). Comes with a rear-handle, synthetic stock of Du Pont Kevlar to eliminate the transfer bar between the forward trigger and rear trigger assembly. Fitted with front and rear sling swivel studs. Has standard-weight 14½" barrel with adjustable leaf rear sight, bead front. The receiver is drilled and tapped for scope mounts. Weight is about 4½ lbs. Introduced 1990. From Remington Custom Shop.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$840.00**

RPM XL Pistol

Sundance Point Blank

Texas Arms Defender

**TEXAS LONGHORN "THE JEZEBEL" PISTOL**

**Caliber:** 22 Short, Long, Long Rifle, single shot.
**Barrel:** 6".
**Weight:** 15 oz. **Length:** 8" overall.
**Stocks:** One-piece fancy walnut grip (right- or left-hand), walnut forend.
**Sights:** Bead front, fixed rear.
**Features:** Handmade gun. Top-break action; all stainless steel; automatic hammer block safety; music wire coil springs. Barrel is half-round, half-octagon. Announced 1986. From Texas Longhorn Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$250.00**

**THOMPSON/CENTER CONTENDER**

**Caliber:** 7mm TCU, 30-30 Win., 22 LR, 22 WMR, 22 Hornet, 223 Rem., 270 Ren, 7-30 Waters, 32-20 Win., 357 Mag., 357 Rem. Max., 44 Mag., 10mm Auto, 445 Super Mag., 45/410, single shot.
**Barrel:** 10", tapered octagon, bull barrel and vent. rib.
**Weight:** 43 oz. (10" bbl.). **Length:** 13¼" (10" bbl.).
**Stocks:** T/C "Competitor Grip." Right or left hand.
**Sights:** Under-cut blade ramp front, rear adjustable for windage and elevation.
**Features:** Break-open action with automatic safety. Single-action only. Interchangeable bbls., both caliber (rim & centerfire), and length. Drilled and tapped for scope. Engraved frame. See T/C catalog for exact barrel/caliber availability.
**Price:** Blued (rimfire cals.) . . . . . . . . . . . . . . . . . . . . . . **$435.00**
**Price:** Blued (centerfire cals.) . . . . . . . . . . . . . . . . . . . . . **$435.00**
**Price:** Extra bbls. (standard octagon) . . . . . . . . . . . . . . . . . **$200.00**
**Price:** 45/410, internal choke bbl. . . . . . . . . . . . . . . . . . . . **$205.00**

T/C Stainless Super 14

**Thompson/Center Contender Hunter Package**

Package contains the Contender pistol in 223, 7-30 Waters, 30-30, 375 Win., 357 Rem. Maximum, 35 Rem., 44 Mag. or 45-70 with 14" barrel with T/C's Muzzle Tamer, a 2.5x Recoil Proof Long Eye Relief scope with lighted reticle, q.d. sling swivels with a nylon carrying sling. Comes with a suede leather case with foam padding and fleece lining. Introduced 1990. From Thompson/Center Arms.

**Price:** 14" barrel . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$740.00**

**UBERTI ROLLING BLOCK TARGET PISTOL**

**Caliber:** 22 LR, 22 WMR, 22 Hornet, 357 Mag., single shot.
**Barrel:** 9⅞", half-round, half-octagon.
**Weight:** 44 oz. **Length:** 14" overall.
**Stocks:** Walnut grip and forend.
**Sights:** Blade front, fully adjustable rear.
**Features:** Replica of the 1871 rolling block target pistol. Brass trigger guard, color case-hardened frame, blue barrel. Imported by Uberti USA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$380.00**

**ULTRA LIGHT ARMS MODEL 20 REB HUNTER'S PISTOL**

**Caliber:** 22-250 thru 308 Win. standard. Most silhouette calibers and others on request. 5-shot magazine.
**Barrel:** 14", Douglas No. 3.
**Weight:** 4 lbs.
**Stock:** Composite Kevlar, graphite reinforced. Du Pont Imron paint in green, brown, black and camo.
**Sights:** None furnished. Scope mount included.
**Features:** Timney adjustable trigger; two-position, three-function safety; benchrest quality action; matte or bright stock and metal finish; right- or left-hand action. Shipped in hard case. Introduced 1987. From Ultra Light Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,600.00**

**WICHITA MASTER PISTOL**

**Caliber:** 6mm BR, 7mm BR, 243, 7mm-08, 22-250, 308, 3-shot magazine.
**Barrel:** 13", 14.875".
**Weight:** 4.5 lbs. (13" barrel). **Length:** NA.
**Stock:** American walnut with oil finish; glass bedded.
**Sights:** Hooded post front, open adjustable rear.
**Features:** Comes with left-hand action with right-hand grip. round receiver and barrel. Wichita adjustable trigger. Introduced 1991. From Wichita Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,550.00**

**Thompson/Center Stainless Super 14, Super 16 Contender**

Same as the standard Super 14 and Super 16 except they are made of stainless steel with blued sights. Both models have black Rynite forend and finger-groove, ambidextrous grip with a built-in rubber recoil cushion that has a sealed-in air pocket. Receiver has a different cougar etching. Available in 22 LR, 22 LR Match, 22 Hornet, 223 Rem., 30-30 Win., 35 Rem. (Super 14), 45-70 (Super 16 only), 45 Colt/410. Introduced 1993.

**Price:** 14" bull barrel . . . . . . . . . . . . . . . . . . . . . . . . **$475.00**
**Price:** 16¼" bull barrel . . . . . . . . . . . . . . . . . . . . . . . . **$480.00**
**Price:** 45 Colt/410, 14" . . . . . . . . . . . . . . . . . . . . . . . . **$505.00**
**Price:** 45 Colt/410, 16" . . . . . . . . . . . . . . . . . . . . . . . . **$510.00**

**Thompson/Center Stainless Contender**

Same as the standard Contender except made of stainless steel with blued sights, black Rynite forend and ambidextrous finger-groove grip with a built-in rubber recoil cushion that has a sealed-in air pocket. Receiver has a different cougar etching. Available with 10" bull barrel in 22 LR, 22 LR Match, 22 Hornet, 223 Rem., 30-30 Win., 357 Mag., 44 Mag., 45 Colt/410. Introduced 1993.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$465.00**
**Price:** 45 Colt/410 . . . . . . . . . . . . . . . . . . . . . . . . . . **$470.00**

Uberti Rolling Block

Ultra Light Model 20

Wichita Master

## CENTERFIRE RIFLES—AUTOLOADERS

Both classic arms and recent designs in American-style repeaters for sport and field shooting.

Thompson M1

**Auto-Ordnance Thompson M1**

Similar to the Model 27 A-1 except is in the M-1 configuration with side cocking knob, horizontal forend, smooth unfinned barrel, sling swivels on butt and forend. Matte black finish. Introduced 1985.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$747.50**

**AUTO-ORDNANCE 27 A-1 THOMPSON**

**Caliber:** 45 ACP, 30-shot magazine.
**Barrel:** 16".
**Weight:** 11½ lbs. **Length:** About 42" overall (Deluxe).
**Stock:** Walnut stock and vertical forend.
**Sights:** Blade front, open rear adjustable for windage.
**Features:** Recreation of Thompson Model 1927. Semi-auto only. Deluxe model has finned barrel, adjustable rear sight and compensator; Standard model has plain barrel and military sight. From Auto-Ordnance Corp.
**Price:** Deluxe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$770.00**
**Price:** 1927A5 Pistol (M27A1 without stock; wgt. 7 lbs.) . . . . . . . **$740.00**
**Price:** 1927A1C Lightweight model . . . . . . . . . . . . . . . . . . **$742.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## CENTERFIRE RIFLES—AUTOLOADERS

Browning Mark II Safari

### BROWNING BAR MARK II SAFARI SEMI-AUTO RIFLE

**Caliber:** 243, 270, 30-06, 308.
**Barrel:** 22" round tapered.
**Weight:** $7\frac{3}{8}$ lbs. **Length:** 43" overall.
**Stock:** French walnut p.g. stock and forend, hand checkered.
**Sights:** Gold bead on hooded ramp front, click adjustable rear, or no sights.
**Features:** Has new bolt release lever; removable trigger assembly with larger trigger guard; redesigned gas and buffer systems. Detachable 4-round box magazine. Scroll-engraved receiver is tapped for scope mounting. BOSS barrel vibration modulator and muzzle brake system available only on models without sights. Mark II Safari introduced 1993. Imported from Belgium by Browning.
**Price:** Safari, with sights . . . . . . . . . . . . . . . . . . . . . . . **$681.95**
**Price:** Safari, no sights . . . . . . . . . . . . . . . . . . . . . . . **$664.95**
**Price:** Safari, no sights, BOSS . . . . . . . . . . . . . . . . . . . . **$794.95**

### Browning BAR Mark II Safari Magnum Rifle

Same as the standard caliber model, except weighs $8\frac{3}{8}$ lbs., 45" overall, 24" bbl., 3-round mag. Cals. 7mm Mag., 270 Wea. Mag., 300 Win. Mag., 338 Win. Mag. BOSS barrel vibration modulator and muzzle brake system available only on models without sights. Introduced 1993.
**Price:** Safari, with sights . . . . . . . . . . . . . . . . . . . . . . . **$731.95**
**Price:** Safari, no sights . . . . . . . . . . . . . . . . . . . . . . . **$714.95**
**Price:** Safari, no sights, BOSS . . . . . . . . . . . . . . . . . . . . **$794.95**

### BARRETT LIGHT-FIFTY MODEL 82 A-1 AUTO

**Caliber:** 50 BMG, 10-shot detachable box magazine.
**Barrel:** 29".
**Weight:** 28.5 lbs. **Length:** 57" overall.
**Stock:** Composition with Sorbothane recoil pad.
**Sights:** Open, iron; scope optional.
**Features:** Semi-automatic, recoil operated with recoiling barrel. Three-lug locking bolt; muzzlebrake. Self-leveling bipod. Fires same 50-cal. ammunition as the M2HB machinegun. Introduced 1985. From Barrett Firearms.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . **$6,750.00**

Consult our Directory pages for the location of firms mentioned.

Calico Model M-951

### CALICO MODEL M-951 TACTICAL CARBINE

**Caliber:** 9mm Para., 50- or 100-shot magazine.
**Barrel:** 16.1" (long compensator).
**Weight:** 3.7 lbs. (empty). **Length:** 28.75" overall (stock collapsed).
**Stock:** Sliding steel buttstock, adjustable forward grip.
**Sights:** Post front adjustable for windage and elevation, fixed notch rear.
**Feature:** Helical feed 50- or 100-shot magazine. Ambidextrous safety, static cocking handle. Retarded blowback action. Glass-filled polymer grip. Introduced 1989. From Calico.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$555.60**
**Price:** M-951S (fixed stock) . . . . . . . . . . . . . . . . . . . . **$566.90**

Century FAL Sporter

### CENTURY INTERNATIONAL FAL SPORTER RIFLE

**Caliber:** 308 Win.
**Barrel:** 20.75".
**Weight:** 9 lbs., 13 oz. **Length:** 41.125" overall.
**Stock:** Bell & Carlson thumbhole sporter.
**Sights:** Protected post front, adjustable aperture rear.
**Features:** Matte blue finish; rubber butt pad. From Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . **$625.00**

### CENTURY INTERNATIONAL M-14 SEMI-AUTO RIFLE

**Caliber:** 308 Win., 20-shot magazine.
**Barrel:** 22".
**Weight:** 8.25 lbs. **Length:** 40.8" overall.
**Stock:** Walnut with rubber recoil pad.
**Sights:** Protected blade front, fully adjustable aperture rear.
**Features:** Gas-operated; forged receiver; Parkerized finish. Imported from China by Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . **$468.95**

Colt Sporter Lightweight

### COLT SPORTER LIGHTWEIGHT RIFLE

**Caliber:** 9mm Para., 223 Rem., 7.62x39mm, 5-shot magazine.
**Barrel:** 16".
**Weight:** 6.7 lbs. (223); 7.1 lbs. (9mm Para.). **Length:** 34.5" overall extended.
**Stock:** Composition stock, grip, forend.
**Sights:** Post front, rear adjustable for windage and elevation.
**Features:** 5-round detachable box magazine, flash suppressor, sling swivels. Forward bolt assist included. Introduced 1991.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$939.00**
**Price:** 7.62x39mm . . . . . . . . . . . . . . . . . . . . . . . . . **$939.00**

# CENTERFIRE RIFLES—AUTOLOADERS

Eagle Arms EA-15

**EAGLE ARMS EA-15E2 H-BAR GOLDEN EAGLE MATCH RIFLE**
**Caliber:** 223 Rem., 30-shot magazine.
**Barrel:** 20", premium, extra-heavy NM; 1:8" twist.
**Weight:** About 12 lbs. **Length:** 39" overall.
**Stock:** Black composition; weighted.
**Sights:** Elevation-adjustable, extra-fine front, E-2-style NM rear with ½-MOA adjustments, NM aperture.
**Features:** Upper and lower receivers have push-type pivot pin for easy take-down. Receivers hard coat anodized. E2-style forward assist mechanism. Integral raised M-16A2-type fence around magazine release button. Introduced 1989. Made in U.S. by Eagle Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,075.00

**Eagle Arms EA-15 E2 H-BAR Auto Rifle**
Same as the EA-15 Golden Eagle except has 20" heavy match barrel with 1:9" twist. Weighs about 9 lbs. Introduced 1989. Made in U.S. by Eagle Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $895.00
**Price:** With NM sights . . . . . . . . . . . . . . . . . . . . . . $945.00

**Eagle Arms EA-15 E2 Carbine**
Collapsible carbine-type buttstock, 16" heavy carbine barrel. Weighs about 7 lbs., 3 oz. Introduced 1989. Made in U.S. by Eagle Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $895.00

**Eagle Arms EA-15 Action Master Auto Rifle**
One-piece international-style upper receiver for scope mounting, no front sight; solid aluminum handguard tube; free-floating 20" premium barrel; muzzle compensator; NM trigger group. Weighs about 8 lbs., 9 oz. Introduced 1991. Made in U.S. by Eagle Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,075.00
**Price:** Eagle Spirit (16" premium air-gauged barrel, weighs 8 lbs.) . $1,075.00

Feather Model F9

**FEATHER AT-9 SEMI-AUTO CARBINE**
**Caliber:** 9mm Para., 25-shot magazine.
**Barrel:** 17".
**Weight:** 5 lbs. **Length:** 35" overall (stock extended); 26½" (closed).
**Stock:** Telescoping wire, composition pistol grip.
**Sights:** Hooded post front, adjustable aperture rear.
**Features:** Semi-auto only. Matte black finish. From Feather Industries. Announced 1988.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $499.95
**Price:** Model F9 (fixed stock) . . . . . . . . . . . . . . . . . . . $534.95

IBUS M17S

**IBUS M17S 223 BULLPUP RIFLE**
**Caliber:** 223, 20-shot magazine.
**Barrel:** 22".
**Weight:** 8.8 lbs. **Length:** 31½" overall.
**Stock:** Zytel glass-filled nylon.
**Sights:** None furnished. Comes with scope mount for Weaver-type rings.
**Features:** Gas-operated, short-stroke piston system. Ambidextrous magazine release. Introduced 1993. Made in U.S. by Quality Parts Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $975.00

Marlin Model 45

**MARLIN MODEL 9 CAMP CARBINE**
**Caliber:** 9mm Para., 12-shot magazine.
**Barrel:** 16½", Micro-Groove® rifling.
**Weight:** 6¾ lbs. **Length:** 35½" overall.
**Stock:** Walnut-finished hardwood; rubber buttpad; Mar-Shield® finish; swivel studs.
**Sights:** Ramp front with orange post, cutaway Wide-Scan™ hood, adjustable open rear.
**Features:** Manual bolt hold-open; Garand-type safety, magazine safety; loaded chamber indicator; receiver drilled, tapped for scope mounting. Introduced 1985.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $384.95

**Marlin Model 45 Carbine**
Similar to the Model 9 except chambered for 45 ACP, 7-shot magazine. Introduced 1986.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $384.95

**NORINCO MAK 90 SEMI-AUTO RIFLE**
**Caliber:** 7.62x39, 5-shot magazine.
**Barrel:** 16.25".
**Weight:** 8 lbs., 3 oz. **Length:** 35.5" overall.
**Stock:** Walnut-finished thumbhole with recoil pad.
**Sights:** Adjustable post front, open adjustable rear.
**Features:** Chrome-lined barrel; forged receiver; black oxide finish. Comes with extra magazine, oil bottle, cleaning kit, sling. Imported from China by Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . $312.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Olympic CAR-310

### OLYMPIC ARMS CAR SERIES CARBINES

**Caliber:** 223, 20- or 30-shot; 9mm Para., 34-shot; 45 ACP, 16-shot; 10mm, 40 S&W, 41 A.E., 15-shot; 7.62x39mm, 5- or 30-shot.
**Barrel:** 16".
**Weight:** 7 lbs. **Length:** 34" overall (stock extended).
**Stock:** Telescoping butt.
**Sights:** Post front adjustable for elevation, rear adjustable for windage.
**Features:** *Based on the AR-15 rifle. Has A2 Stowaway pistol grip and stock.* Introduced 1982. Made in U.S. by Olympic Arms, Inc.
**Price:** CAR-15, 223 caliber . . . . . . **$650.00**
**Price:** CAR-9, 9mm Para. . . . . . . **$700.00**
**Price:** CAR-45, 45 ACP . . . . . . **$730.00**
**Price:** CAR-40, 40 S&W . . . . . . **$780.00**
**Price:** CAR-41, 41 A.E. . . . . . . **$780.00**
**Price:** CAR-310, 10mm . . . . . . **$850.00**
**Price:** 7.62x39mm . . . . . . **$700.00**

Quality Parts E-2 Dissipator

### QUALITY PARTS SHORTY E-2 CARBINE

**Caliber:** 223, 30-shot magazine.
**Barrel:** 16".
**Weight:** NA. **Length:** NA.
**Stock:** Telescoping buttstock.
**Sights:** Adjustable post front, adjustable aperture rear.
**Features:** Patterned after Colt M-16A2. Chrome-lined barrel with manganese phosphate finish. Has E-2 lower receiver with push-pin. From Quality Parts Co.
**Price:** . . . . . . **$850.00**
**Price:** E-2 Carbine Dissipator (M-16A2 handguard, E-2 sight, fixed or telescoping stock) . . . . . . **$895.00**
**Price:** As above with A-1 sight, fixed or telescoping stock . . . . . . **$875.00**

Remington 7400 Special Purpose

### REMINGTON MODEL 7400 AUTO RIFLE

**Caliber:** 243 Win., 270 Win., 280 Rem., 308 Win., 30-06, 35 Whelan, 4-shot magazine.
**Barrel:** 22" round tapered.
**Weight:** 7½ lbs. **Length:** 42" overall.
**Stock:** Walnut, deluxe cut checkered p.g. and forend. Satin or high-gloss finish.
**Sights:** Gold bead front sight on ramp; step rear sight with windage adjustable.
**Features:** Redesigned and improved version of the Model 742. Positive cross-bolt safety. Receiver tapped for scope mount. Comes with green Remington hard case. Introduced 1981.
**Price:** About . . . . . . **$524.00**
**Price:** Carbine (18½" bbl., 30-06 only) . . . . . . **$524.00**

#### Remington Model 7400 Special Purpose Auto Rifle

Similar to the standard Model 7400 except chambered only for 270 and 30-06, non-glare finish on the American walnut stock. All exposed metal has non-reflective matte black finish. Comes with quick-detachable sling swivels and camo-pattern Cordura carrying sling. Introduced 1993.
**Price:** . . . . . . **$524.00**

Ruger Mini-14/5R

### RUGER MINI-14/5 AUTOLOADING RIFLE

**Caliber:** 223 Rem., 5-shot detachable box magazine.
**Barrel:** 18½". Rifling twist 1:7".
**Weight:** 6.4 lbs. **Length:** 37¼" overall.
**Stock:** American hardwood, steel reinforced.
**Sights:** Ramp front, fully adjustable rear.
**Features:** Fixed piston gas-operated, positive primary extraction. New buffer system, redesigned ejector system. Ruger S100RH scope rings included. 20-, 30-shot magazine available to police departments and government agencies only.
**Price:** Mini-14/5R, Ranch Rifle, blued, scope rings . . . . . . **$530.00**
**Price:** K-Mini-14/5R, Ranch Rifle, stainless, scope rings . . . . . . **$580.00**
**Price:** Mini-14/5, blued, no scope rings . . . . . . **$491.50**
**Price:** K-Mini-14/5, stainless, no scope rings . . . . . . **$542.00**

#### Ruger Mini Thirty Rifle

Similar to the Mini-14 Ranch Rifle except modified to chamber the 7.62x39 Russian service round. Weight is about 7 lbs., 3 oz. Has 6-groove barrel with 1-10" twist, Ruger Integral Scope Mount bases and folding peep rear sight. Detachable 5-shot staggered box magazine. Blued finish. Introduced 1987.
**Price:** Blue . . . . . . **$530.00**
**Price:** Stainless . . . . . . **$580.00**

## CENTERFIRE RIFLES—AUTOLOADERS

Springfield M-1A

### SPRINGFIELD INC. M-1A RIFLE

**Caliber:** 7.62mm NATO (308), 5-, 10- or 20-shot box magazine.
**Barrel:** 25 1/16" with flash suppressor, 22" without suppressor.
**Weight:** 8 3/4 lbs. **Length:** 44 1/4" overall.
**Stock:** American walnut with walnut-colored heat-resistant fiberglass handguard. Matching walnut handguard available. Also available with fiberglass stock.
**Sights:** Military, square blade front, full click-adjustable aperture rear.
**Features:** Commercial equivalent of the U.S. M-14 service rifle with no provision for automatic firing. From Springfield Inc.
**Price:** Standard M-1A rifle, about . . . . . $1,269.00
**Price:** National Match, about . . . . . $1,598.00
**Price:** Super Match (heavy premium barrel), about . . . . . $1,929.00
**Price:** M1A-A1 Bush Rifle, walnut stock, about . . . . . $1,289.00

Stoner SR-25

### STONER SR-25 STANDARD RIFLE

**Caliber:** 7.62 NATO, 20-shot steel magazine, 5- and 10-shot optional.
**Barrel:** 20".
**Weight:** 8.8 lbs. **Length:** 40.75" overall.
**Stock:** Black synthetic AR-15A2 design, synthetic round forend.
**Sights:** AR-15-style front adjustable for elevation, rear is adjustable for windage.
**Features:** Merges designs of the AR-10 and AR-15 rifles. Upper and lower receivers made of lightweight aircraft aluminum alloy. Quick-detachable carrying handle/rear sight assembly. Introduced 1993. Made in U.S. by Knight's Mfg. Co.
**Price:** . . . . . $2,495.00

### VOERE MODEL 2185 SEMI-AUTO RIFLE

**Caliber:** 7x64, 308, 30-06, 2-shot detachable magazine.
**Barrel:** 20".
**Weight:** 7 3/4 lbs. **Length:** 43 1/2" overall.
**Stock:** European walnut with checkered grip and forend, ventilated rubber recoil pad. Oil finish.
**Sights:** Blade on ramp front, open adjustable rear. Receiver drilled and tapped for scope mounting.
**Features:** Gas-operated with three forward locking lugs; hammer-forged free-floating barrel; two-stage trigger; cocking indicator inside trigger guard. Imported from Austria by JagerSports, Ltd.
**Price:** About . . . . . $1,950.00
**Price:** With Mannlicher-style full stock, about . . . . . $2,015.00

### WILKINSON TERRY CARBINE

**Caliber:** 9mm Para., 31-shot magazine.
**Barrel:** 16 3/16".
**Weight:** 6 lbs., 3 oz. **Length:** 30" overall.
**Stock:** Maple stock and forend.
**Sights:** Protected post front, aperture rear.
**Features:** Semi-automatic blowback action fires from a closed breech. Bolt-type safety and magazine catch. Ejection port has automatic trap door. Receiver equipped with dovetail for scope mounting. Made in U.S. From Wilkinson Arms.
**Price:** . . . . . $578.43

## CENTERFIRE RIFLES—LEVER & SLIDE

Both classic arms and recent designs in American-style repeaters for sport and field shooting.

Browning Long Action BLR

### Browning Model 81 Long Action BLR

Similar to the standard Model 81 BLR except has long acton to accept 30-06, 270 and 7mm Rem. Mag. Barrel lengths are 22" for 30-06 and 270, 24" for 7mm Rem. Mag. Has six-lug rotary bolt; bolt and receiver are full-length fluted. Fold-down hammer at half-cock. Weight about 8 1/2 lbs., overall length 42 1/2" (22" barrel). Introduced 1991.
**Price:** . . . . . $561.95

### BROWNING MODEL 81 BLR LEVER-ACTION RIFLE

**Caliber:** 222, 223, 22-250, 243, 257 Roberts, 7mm-08, 308 Win. or 358 Win., 4-shot detachable magazine.
**Barrel:** 20" round tapered.
**Weight:** 6 lbs., 15 oz. **Length:** 39 3/4" overall.
**Stock:** Walnut. Checkered straight grip and forend, high-gloss finish.
**Sights:** Gold bead on hooded ramp front; low profile square notch adj. rear.
**Features:** Wide, grooved trigger; half-cock hammer safety; fold-down hammer. Receiver tapped for scope mount. Recoil pad installed. Imported from Japan by Browning.
**Price:** With sights . . . . . $529.95

### CIMARRON 1860 HENRY REPLICA

**Caliber:** 44 WCF, 13-shot magazine.
**Barrel:** 24 1/4" (rifle), 22" (carbine).
**Weight:** 9 1/2lbs. **Length:** 43" overall (rifle).
**Stock:** European walnut.
**Sights:** Bead front, open adjustable rear.
**Features:** Brass receiver amd buttplate. Uses original Henry loading system. Faithful to the original rifle. Introduced 1991. Imported by Cimarron Arms.
**Price:** . . . . . $799.95

### CIMARRON 1866 WINCHESTER REPLICAS

**Caliber:** 22 LR, 22 WMR, 38 Spec., 44 WCF.
**Barrel:** 24 1/4" (rifle), 19" (carbine).
**Weight:** 9 lbs. **Length:** 43" overall (rifle).
**Stock:** European walnut.
**Sights:** Bead front, open adjustable rear.
**Features:** Solid brass receiver, buttplate, forend cap. Octagonal barrel. Faithful to the original Winchester '66 rifle. Introduced 1991. Imported by Cimarron Arms.
**Price:** Rifle . . . . . $689.95

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# CENTERFIRE RIFLES—LEVER & SLIDE

Cimarron 1873 30"

**CIMARRON 1873 30" EXPRESS RIFLE**
**Caliber:** 22 LR, 22 WMR, 357 Mag., 38-40, 44-40, 45 Colt.
**Barrel:** 30", octagonal.
**Weight:** 8½ lbs. **Length:** 48" overall.
**Stock:** Walnut.
**Sights:** Blade front, semi-buckhorn ramp rear. Tang sight optional.
**Features:** Color case-hardened frame; choice of modern blue-black or charcoal blue for other parts. Barrel marked "Kings improvement." From Cimarron Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$819.95**

**CIMARRON 1873 SHORT RIFLE**
**Caliber:** 22 LR, 22 WMR, 357 Magnum, 44-40, 45 Colt.
**Barrel:** 20" tapered octagon.
**Weight:** 7.5 lbs. **Length:** 39" overall.
**Stock:** Walnut.
**Sights:** Bead front, adjustable semi-buckhorn rear.
**Features:** Has half "button" magazine. Original-type markings, including caliber, on barrel and elevator and "Kings" patent. From Cimarron Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$799.95**

**Cimarron 1873 Sporting Rifle**
Similar to the 1873 Express except has 24" barrel with half-magazine.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$799.95**
**Price:** 1873 Saddle Ring Carbine, 19" barrel . . . . . . . . . . . . . **$799.95**

Dixie 1873

**DIXIE ENGRAVED 1873 RIFLE**
**Caliber:** 44-40, 11-shot magazine.
**Barrel:** 20", round.
**Weight:** 7¾ lbs. **Length:** 39" overall.
**Stock:** Walnut.
**Sights:** Blade front, adjustable rear.
**Features:** Engraved and case-hardened frame. Duplicate of Winchester 1873. Made in Italy. From Dixie Gun Works.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,250.00**
**Price:** Plain, blued carbine . . . . . . . . . . . . . . . . . . . . **$895.00**

**E.M.F. 1860 HENRY RIFLE**
**Caliber:** 44-40 or 44 rimfire.
**Barrel:** 24.25".
**Weight:** About 9 lbs. **Length:** About 43.75" overall.
**Stock:** Oil-stained American walnut.
**Sights:** Blade front, rear adjustable for elevation.
**Features:** Reproduction of the original Henry rifle with brass frame and buttplate, rest blued. From E.M.F.
**Price:** Standard . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,100.00**

**E.M.F. 1866 YELLOWBOY LEVER ACTIONS**
**Caliber:** 38 Spec., 44-40.
**Barrel:** 19" (carbine), 24" (rifle).
**Weight:** 9 lbs. **Length:** 43" overall (rifle).
**Stock:** European walnut.
**Sights:** Bead front, open adjustable rear.
**Features:** Solid brass frame, blued barrel, lever, hammer, buttplate. Imported from Italy by E.M.F.
**Price:** Rifle . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$848.00**
**Price:** Carbine . . . . . . . . . . . . . . . . . . . . . . . . . . . **$825.00**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**E.M.F. MODEL 73 LEVER-ACTION RIFLE**
**Caliber:** 357 Mag., 44-40, 45 Colt.
**Barrel:** 24".
**Weight:** 8 lbs. **Length:** 43¼" overall.
**Stock:** European walnut.
**Sights:** Bead front, rear adjustable for windage and elevation.
**Features:** Color case-hardened frame (blue on carbine). Imported by E.M.F.
**Price:** Rifle . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,050.00**
**Price:** Carbine, 19" barrel . . . . . . . . . . . . . . . . . . . . . **$1,020.00**

Marlin Model 336CS

**MARLIN MODEL 444SS LEVER-ACTION SPORTER**
**Caliber:** 444 Marlin, 5-shot tubular magazine.
**Barrel:** 22" Micro-Groove®.
**Weight:** 7½ lbs. **Length:** 40½" overall.
**Stock:** Checkered American black walnut, capped p.g. with white line spacers, rubber rifle buttpad. Mar-Shield® finish; swivel studs.
**Sights:** Hooded ramp front, folding semi-buckhorn rear adjustable for windage and elevation.
**Features:** Hammer-block safety. Receiver tapped for scope mount; offset hammer spur.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$490.25**

**MARLIN MODEL 336CS LEVER-ACTION CARBINE**
**Caliber:** 30-30 or 35 Rem., 6-shot tubular magazine.
**Barrel:** 20" Micro-Groove®.
**Weight:** 7 lbs. **Length:** 38½" overall.
**Stock:** Checkered select American black walnut, capped p.g. with white line spacers. Mar-Shield® finish; rubber buttpad; swivel studs.
**Sights:** Ramp front with Wide-Scan™ hood, semi-buckhorn folding rear adjustable for windage and elevation.
**Features:** Hammer-block safety. Receiver tapped for scope mount, offset hammer spur; top of receiver sand blasted to prevent glare.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$416.00**

**Marlin Model 30AS Lever-Action Carbine**
Same as the Marlin 336CS except has walnut-finished hardwood p.g. stock, 30-30 only, 6-shot. Hammer-block safety. Adjustable rear sight, brass bead front.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$354.95**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## CENTERFIRE RIFLES—LEVER & SLIDE

Marlin Model 1894CS

**Marlin Model 1894CS Carbine**
Similar to the standard Model 1894S except chambered for 38 Special/357 Magnum with full-length 9-shot magazine, 18½" barrel, hammer-block safety, brass bead front sight. Introduced 1983.
**Price:** . . . . . . . . . . $454.85

**MARLIN MODEL 1894S LEVER-ACTION CARBINE**
**Caliber:** 44 Special/44 Magnum, 10-shot tubular magazine.
**Barrel:** 20" Micro-Groove®.
**Weight:** 6 lbs. **Length:** 37½" overall.
**Stock:** Checkered American black walnut, straight grip and forend. Mar-Shield® finish. Rubber rifle buttpad; swivel studs.
**Sights:** Wide-Scan™ hooded ramp front, semi-buckhorn folding rear adjustable for windage and elevation.
**Features:** Hammer-block safety. Receiver tapped for scope mount, offset hammer spur, solid top receiver sand blasted to prevent glare.
**Price:** . . . . . . . . . . $454.85

Marlin 1894 Century Limited

**MARLIN MODEL 1895SS LEVER-ACTION RIFLE**
**Caliber:** 45-70, 4-shot tubular magazine.
**Barrel:** 22" round.
**Weight:** 7½ lbs. **Length:** 40½" overall.
**Stock:** Checkered American black walnut, full pistol grip. Mar-Shield® finish; rubber buttpad; q.d. swivel studs.
**Sights:** Bead front with Wide-Scan™ hood, semi-buckhorn folding rear adjustable for windage and elevation.
**Features:** Hammer-block safety. Solid receiver tapped for scope mounts or receiver sights; offset hammer spur.
**Price:** . . . . . . . . . . $490.25

**MITCHELL 1866 WINCHESTER REPLICA**
**Caliber:** 44-40, 13-shot.
**Barrel:** 24¼".
**Weight:** 9 lbs. **Length:** 43" overall.
**Stock:** European walnut.
**Sights:** Bead front, open adjustable rear.
**Features:** Solid brass receiver, buttplate, forend cap. Octagonal barrel. Faithful to the original Winchester '66 rifle. Introduced 1990. Imported by Mitchell Arms, Inc.
**Price:** . . . . . . . . . . $829.00

**MARLIN MODEL 1894 CENTURY LIMITED RIFLE**
**Caliber:** 44-40, 12-shot magazine.
**Barrel:** 24", tapered octagon with conventional rifling.
**Weight:** 6½ lbs. **Length:** 40¾" overall.
**Stock:** Semi-fancy American black walnut with straight grip, brass crescent buttplate.
**Sights:** Carbine front, adjustable semi-buckhorn folding rear.
**Features:** Celebrates 100th anniversary of this model. Receiver, bolt and lever engraved by Giovanelli of Italy, and color case-hardened by the traditional bone and charcoal method. Wood is checkered in an authentic early Marlin pattern. Introduced 1994. Made in U.S. by Marlin Firearms Co.
**Price:** . . . . . . . . . . $1,087.90

**MITCHELL 1858 HENRY REPLICA**
**Caliber:** 44-40, 13-shot magazine.
**Barrel:** 24¼".
**Weight:** 9.5 lbs. **Length:** 43" overall.
**Stock:** European walnut.
**Sights:** Bead front, open adjustable rear.
**Features:** Brass receiver and buttplate. Uses original Henry loading system. Faithful to the original rifle. Introduced 1990. Imported by Mitchell Arms, Inc.
**Price:** . . . . . . . . . . $999.00

**MITCHELL 1873 WINCHESTER REPLICA**
**Caliber:** 45 Colt, 13-shot.
**Barrel:** 24¼".
**Weight:** 9.5 lbs. **Length:** 43" overall.
**Stock:** European walnut.
**Sights:** Bead front, open adjustable rear.
**Features:** Color case-hardened steel receiver. Faithful to the original Model 1873 rifle. Introduced 1990. Imported by Mitchell Arms, Inc.
**Price:** . . . . . . . . . . $950.00

Navy Arms Military Henry

**NAVY ARMS MILITARY HENRY RIFLE**
**Caliber:** 44-40, 12-shot magazine.
**Barrel:** 24¼".
**Weight:** 9 lbs., 4 oz.
**Stock:** European walnut.
**Sights:** Blade front, adjustable ladder-type rear.
**Features:** Brass frame, buttplate, rest blued. Recreation of the model used by cavalry units in the Civil War. Has full-length magazine tube, sling swivels; no forend. Introduced 1991. Imported from Italy by Navy Arms.
**Price:** . . . . . . . . . . $875.00

Consult our Directory pages for the location of firms mentioned.

**Navy Arms Iron Frame Henry**
Similar to the Military Henry Rifle except receiver is blued or color case-hardened steel. Introduced 1991. Imported by Navy Arms.
**Price:** . . . . . . . . . . $895.00

**Navy Arms Henry Carbine**
Similar to the Military Henry rifle except has 22" barrel, weighs 8 lbs., 12 oz., is 41" overall; no sling swivels. Caliber 44-40. Introduced 1992. Imported from Italy by Navy Arms.
**Price:** . . . . . . . . . . $875.00

**Navy Arms Henry Trapper**
Similar to the Military Henry Rifle except has 16½" barrel, weighs 7½ lbs. Brass frame and buttplate, rest blued. Introduced 1991. Imported from Italy by Navy Arms.
**Price:** . . . . . . . . . . $875.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Navy Arms 1866 Yellowboy

**NAVY ARMS 1866 YELLOWBOY RIFLE**
**Caliber:** 44-40, 12-shot magazine.
**Barrel:** 24", full octagon.
**Weight:** 8½ lbs. **Length:** 42½" overall.
**Stock:** European walnut.
**Sights:** Blade front, adjustable ladder-type rear.
**Features:** Brass frame, forend tip, buttplate, blued barrel, lever, hammer. Introduced 1991. Imported from Italy by Navy Arms.
**Price:** . . . . . . . . . . $695.00
**Price:** Carbine, 19" barrel . . . . . . . . . . $680.00

Navy Arms 1873 Sporting

**NAVY ARMS 1873 WINCHESTER-STYLE RIFLE**
**Caliber:** 44-40, 45 Colt, 12-shot magazine.
**Barrel:** 24".
**Weight:** 8¼ lbs. **Length:** 43" overall.
**Stock:** European walnut.
**Sights:** Blade front, buckhorn rear.
**Features:** Color case-hardened frame, rest blued. Full-octagon barrel. Introduced 1991. Imported by Navy Arms.
**Price:** . . . . . . . . . . $820.00
**Price:** Carbine, 19" barrel . . . . . . . . . . $795.00

**Navy Arms 1873 Sporting Rifle**
Similar to the 1873 Winchester-Style rifle except has checkered pistol grip stock, 30" octagonal barrel (24" available). Introduced 1992. Imported by Navy Arms.
**Price:** . . . . . . . . . . $895.00

Remington 7600 Special Purpose

**REMINGTON 7600 SLIDE ACTION**
**Caliber:** 243, 270, 280, 30-06, 308, 35 Whelen.
**Barrel:** 22" round tapered.
**Weight:** 7½ lbs. **Length:** 42" overall.
**Stock:** Cut-checkered walnut p.g. and forend, Monte Carlo with full cheekpiece. Satin or high-gloss finish.
**Sights:** Gold bead front sight on matted ramp, open step adjustable sporting rear.
**Features:** Redesigned and improved version of the Model 760. Detachable 4-shot clip. Cross-bolt safety. Receiver tapped for scope mount. Also available in high grade versions. Comes with green Remington hard case. Introduced 1981.
**Price:** About . . . . . . . . . . $496.00
**Price:** Carbine (18½" bbl., 30-06 only) . . . . . . . . . . $496.00

**Remington 7600 Special Purpose Slide Action**
Similar to the standard Model 7600 except chambered only for 270 and 30-06, non-glare finish on the American walnut stock. All exposed metal has non-reflective matte black finish. Comes with quick-detachable sling swivels and camo-pattern Cordura carrying sling. Introduced 1993.
**Price:** . . . . . . . . . . $496.00

Rossi SRC Carbine

**ROSSI M92 SRC SADDLE-RING CARBINE**
**Caliber:** 38 Spec./357 Mag., 44 Spec./44-40, 44 Mag., 10-shot magazine.
**Barrel:** 20".
**Weight:** 5¾ lbs. **Length:** 37" overall.
**Stock:** Walnut.
**Sights:** Blade front, buckhorn rear.
**Features:** Recreation of the famous lever-action carbine. Handles 38 and 357 interchangeably. Has high-relief puma medallion inlaid in the receiver. Introduced 1978. Imported by Interarms.
**Price:** . . . . . . . . . . $334.00
**Price:** 44 Spec./44 Mag. (Model 65) . . . . . . . . . . $350.00

**Rossi M92 SRS Short Carbine**
Similar to the standard M92 except has 16" barrel, overall length of 33", in 38/357 only. Puma medallion on side of receiver. Introduced 1986.
**Price:** . . . . . . . . . . $334.00

Savage 99C

**SAVAGE 99C LEVER-ACTION RIFLE**
**Caliber:** 243 or 308 Win., detachable 4-shot magazine.
**Barrel:** 22", chromemoly steel.
**Weight:** 7.75 lbs. **Length:** 42.75" overall.
**Stock:** Walnut with checkered p.g. and forend, Monte Carlo comb.
**Sights:** Hooded ramp front, adjustable ramp rear sight. Tapped for scope mounts.
**Features:** Grooved trigger, top tang slide safety locks trigger and lever. Brown rubber buttpad, q.d. swivel studs, push-button magazine release.
**Price:** . . . . . . . . . . $629.00

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# CENTERFIRE RIFLES—LEVER & SLIDE

**UBERTI HENRY RIFLE**
**Caliber:** 44-40.
**Barrel:** 24¼", half-octagon.
**Weight:** 9.2 lbs. **Length:** 43¾" overall.
**Stock:** American walnut.
**Sights:** Blade front, rear adjustable for elevation.
**Features:** Frame, elevator, magazine follower, buttplate are brass, balance blue (also available in polished steel). Imported by Uberti USA.
**Price:** . . . . . . . . . . $895.00
**Price:** Henry Carbine (22¼" bbl.) . . . . . . . . . . $900.00
**Price:** Henry Trapper (16", 18" bbl.) . . . . . . . . . . $900.00

**UBERTI 1866 SPORTING RIFLE**
**Caliber:** 22 LR, 22 WMR, 38 Spec., 44-40, 45 Colt.
**Barrel:** 24¼", octagonal.
**Weight:** 8.1 lbs. **Length:** 43¼" overall.
**Stock:** Walnut.
**Sights:** Blade front adjustable for windage, rear adjustable for elevation.
**Features:** Frame, buttplate, forend cap of polished brass, balance charcoal blued. Imported by Uberti USA.
**Price:** . . . . . . . . . . $780.00
**Price:** Yellowboy Carbine (19" round bbl.) . . . . . . . . . . $720.00

**UBERTI 1873 SPORTING RIFLE**
**Caliber:** 22 LR, 22 WMR, 38 Spec., 357 Mag., 44-40, 45 Colt.
**Barrel:** 24¼", 30", octagonal.
**Weight:** 8.1 lbs. **Length:** 43¼" overall.
**Stock:** Walnut.
**Sights:** Blade front adjustable for windage, open rear adjustable for elevation.
**Features:** Color case-hardened frame, blued barrel, hammer, lever, buttplate, brass elevator. Also available with pistol grip stock ($100.00 extra). Imported from Italy by Uberti USA.
**Price:** . . . . . . . . . . $900.00
**Price:** 1873 Carbine (19" round barrel) . . . . . . . . . . $890.00

Winchester 94 Side Eject

**WINCHESTER MODEL 94 SIDE EJECT LEVER-ACTION RIFLE**
**Caliber:** 30-30, 7x30 Waters, 32 Win. Spec., 6-shot tubular magazine.
**Barrel:** 20".
**Weight:** 6½ lbs. **Length:** 37¾" overall.
**Stock:** Straight grip walnut stock and forend.
**Sights:** Hooded blade front, semi-buckhorn rear. Drilled and tapped for scope mount. Post front sight on Trapper model.
**Features:** Solid frame, forged steel receiver; side ejection, exposed rebounding hammer with automatic trigger-activated transfer bar. Specially inscribed with "1894-1994" on the receiver. Introduced 1984.
**Price:** Checkered walnut . . . . . . . . . . $370.00
**Price:** No checkering, walnut . . . . . . . . . . $342.00
**Price:** With WinTuff laminated hardwood stock, 30-30 only . . . . . $381.00

**Winchester Model 94 Trapper Side Eject**
Same as the Model 94 except has 16" barrel, 5-shot magazine in 30-30, 9-shot in 44 Magnum/44 Special, 45 Colt. Has stainless steel claw extractor, saddle ring, hammer spur extension, walnut wood. Specially inscribed with "1894-1994" on the receiver.
**Price:** 30-30 . . . . . . . . . . $342.00
**Price:** 44 Mag./44 Spec., 45 Colt . . . . . . . . . . $361.00

Winchester 94 Limited Grade I

**Winchester Model 94 Limited Edition Grade I**
Similar to the Model 94 Limited Edition High Grade rifle except uses a close reproduction of the turn-of-the-century #9 factory engraving, diamond-style "H" checkering pattern on the pistol grip stock and forend. Engraving on receiver sides shows whitetail deer profiles. Top tang drilled and tapped for a tang sight. Has half-round/half-octagon barrel with half-magazine tube. Introduced 1994. From U.S. Repeating Arms Co., Inc.
**Price:** . . . . . . . . . . $811.00

**Winchester Model 94 Custom Limited Edition Centennial Rifle**
Similar to the 30-30 Model 94 Side Eject except has top ejection action; hand-engraved, grayed action with inking in the same #5 style as on early Model 94s. Within gold-inlaid ovals on each side are engraved game scenes: a pair of pronghorns on the right, caribou on the left. Has 26" half-round/half-octagon barrel with half-magazine tube, crescent buttplate, pistol grip stock, carved spade design checkering patterns. Tang rear sight with micrometer-like adjustment is a replica of the original Lyman No. 2. Introduced 1994. From U.S. Repeating Arms Co., Inc.
**Price:** . . . . . . . . . . $4,684.00

**Winchester Model 94 Ranger Side Eject Lever-Action Rifle**
Same as Model 94 Side Eject except has 5-shot magazine, American hardwood stock and forend, post front sight. Specially inscribed with "1894-1994" on the receiver. Introduced 1985.
**Price:** . . . . . . . . . . $302.00
**Price:** With 4x32 Bushnell scope, mounts . . . . . . . . . . $355.00

**Winchester Model 94 Limited Edition High Grade Rifle**
Similar to the Model 94 Custom Limited Edition except has blued receiver with gold inlays and #6-style engraving pattern showing a gold deer on the right, gold mountain sheep on the left. Has the replica Lyman No. 2 tang sight, spade-pattern checkering on pistol grip stock. Only 3,000 of this grade produced. Introduced 1994. From U.S. Repeating Arms Co., Inc.
**Price:** . . . . . . . . . . $1,272.00

**WINCHESTER MODEL 94 BIG BORE SIDE EJECT**
**Caliber:** 307 Win., 356 Win., 6-shot magazine.
**Barrel:** 20".
**Weight:** 7 lbs. **Length:** 38⅝" overall.
**Stock:** American walnut. Satin finish.
**Sights:** Hooded ramp front, semi-buckhorn rear adjustable for windage and elevation.
**Features:** All external metal parts have Winchester's deep blue finish. Rifling twist 1:12". Rubber recoil pad fitted to buttstock. Specially inscribed with "1894-1994" on the receiver. Introduced 1983. From U.S. Repeating Arms Co.
**Price:** . . . . . . . . . . $381.00

Winchester 94 Wrangler

**Winchester Model 94 Wrangler Side Eject**
Same as the Model 94 except has 16" barrel and large loop lever for large and/or gloved hands. Has 9-shot capacity (5-shot for 30-30), stainless steel claw extractor. Available in 30-30, 44 Magnum/44 Special. Specially inscribed with "1894-1994" on the receiver. Reintroduced 1992.
**Price:** 30-30 . . . . . . . . . . $361.00
**Price:** 44 Magnum/44 Special . . . . . . . . . . $381.00

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# CENTERFIRE RIFLES—BOLT ACTION

Includes models for a wide variety of sporting and competitive purposes and uses.

AAO Model 2000

**AAO MODEL 2000 50-CALIBER RIFLE**

**Caliber:** 50 BMG, 5-shot magazine.
**Barrel:** 30"; 1:15" twist; muzzle brake.
**Weight:** 28 lbs. **Length:** NA.
**Stock:** Fiberglass with steel reinforcing plates, Kick-Ease recoil pad.
**Sights:** None furnished. Drilled and tapped for scope base.
**Features:** Controlled feeding via rotating enclosed claw extractor; 90-degree bolt rotation; cone bolt face and barrel; trigger-mounted safety blocks sear; fully adjustable, detachable tripod. Introduced 1994. From Ithaca Acquisition Corp.
**Price:** . . . . . . . . . . . . **$4,595.00**

Alpine Rifle

**ALPINE BOLT-ACTION RIFLE**

**Caliber:** 22-250, 243 Win., 270, 30-06, 308, 7mm Rem. Mag., 8mm, 5-shot magazine (3 for magnum).
**Barrel:** 23" (std. cals.), 24" (mag.).
**Weight:** 7½ lbs.
**Stock:** European walnut. Full p.g. and Monte Carlo; checkered p.g. and forend; rubber recoil pad; white line spacers; sling swivels.
**Sights:** Ramp front, open rear adjustable for windage and elevation.
**Features:** Made by Firearms Co. Ltd. in England. Imported by Mandall Shooting Supplies.
**Price:** Custom Grade . . . . . . . . . . . . **$395.00**
**Price:** Supreme Grade . . . . . . . . . . . . **$425.00**

Anschutz 1700D Classic

**ANSCHUTZ 1700D CLASSIC RIFLES**

**Caliber:** 22 Hornet, 5-shot clip; 222 Rem., 3-shot clip.
**Barrel:** 24", 13/16" dia. heavy.
**Weight:** 7¾ lbs. **Length:** 43" overall.
**Stock:** Select European walnut with checkered pistol grip and forend.
**Sights:** Hooded ramp front, folding leaf rear; drilled and tapped for scope mounting.
**Features:** Adjustable single stage trigger. Receiver drilled and tapped for scope mounting. Introduced 1988. Imported from Germany by Precision Sales International.
**Price:** . . . . . . . . . . . . **$1,395.00**
**Price:** Meistergrade (select stock, gold engraved trigger guard) . . **$1,594.00**

**Anschutz 1700D Custom Rifles**

Similar to the Classic models except have roll-over Monte Carlo cheekpiece, slim forend with Schnabel tip, Wundhammer palm swell on pistol grip, rosewood grip cap with white diamond insert. Skip-line checkering on grip and forend. Introduced 1988. Imported from Germany by PSI.
**Price:** . . . . . . . . . . . . **$1,426.00**
**Price:** Meistergrade (select stock, gold engraved trigger guard) . . **$1,625.00**

Anschutz 1733D

**ANSCHUTZ 1700D BAVARIAN BOLT-ACTION RIFLE**

**Caliber:** 22 Hornet, 222 Rem., detachable clip.
**Barrel:** 24".
**Weight:** 7¼ lbs. **Length:** 43" overall.
**Stock:** European walnut with Bavarian cheek rest. Checkered p.g. and forend.
**Sights:** Hooded ramp front, folding leaf rear.
**Features:** Uses the improved 1700 Match 54 action with adjustable trigger. Drilled and tapped for scope mounting. Introduced 1988. Imported from Germany by Precision Sales International.
**Price:** . . . . . . . . . . . . **$1,426.00**
**Price:** Meistergrade (select stock, gold engraved trigger guard) . . **$1,625.00**

**Anschutz 1733D Mannlicher Rifle**

Similar to the 1700D Bavarian except chambered only for 22 Hornet and has Mannlicher stock. Uses improved Match 54 action with #5096 single-stage trigger with 2.6 lb. adjustable pull weight. Has 19.75" barrel, overall length of 39". Comes with sling swivels, Lyman folding rear sight and hooded ramp front, 4-shot magazine. Introduced 1993. Imported from Germany by Precision Sales International.
**Price:** . . . . . . . . . . . . **$1,539.00**

**A-SQUARE CAESAR BOLT-ACTION RIFLE**

**Caliber:** 7mm Rem. Mag., 7mm STW, 30-06, 300 Win. Mag., 300 H&H, 300 Wea. Mag., 8mm Rem. Mag., 338 Win. Mag., 340 Wea. Mag., 338 A-Square, 9.3x62, 9.3x64, 375 Wea. Mag., 375 H&H, 375 JRS, 375 A-Square, 416 Hoffman, 416 Rem. Mag., 416 Taylor, 404 Jeffery, 425 Express, 458 Win. Mag., 458 Lott, 450 Ackley, 460 Short A-Square, 470 Capstick, 495 A-Square.
**Barrel:** 20" to 26" (no-cost customer option).
**Weight:** 8½ to 11 lbs.
**Stock:** Claro walnut with hand-rubbed oil finish; classic style with A-Square Coil-Chek® features for reduced recoil; flush detachable swivels. Customer choice of length of pull.
**Sights:** Choice of three-leaf express, forward or normal-mount scope, or combination (at extra cost).
**Features:** Matte non-reflective blue, double cross-bolts, steel and fiberglass reinforcement of wood from tang to forend tip; three-position positive safety; three-way adjustable trigger; expanded magazine capacity. Right- or left-hand. Introduced 1984. Made in U.S. by A-Square Co., Inc.
**Price:** Walnut stock . . . . . . . . . . . . **$2,550.00**
**Price:** Synthetic stock . . . . . . . . . . . . **$2,800.00**

A-Square Hannibal

**A-SQUARE HANNIBAL BOLT-ACTION RIFLE**

**Caliber:** 7mm Rem. Mag., 7mm STW, 30-06, 300 Win. Mag., 300 H&H, 300 Wea. Mag., 8mm Rem. Mag., 338 Win. Mag., 340 Wea. Mag., 338 A-Square Mag., 9.3x62, 9.3x64, 375 H&H, 375 Wea. Mag., 375 JRS, 375 A-Square Mag., 378 Wea. Mag., 416 Taylor, 416 Rem. Mag., 416 Hoffman, 416 Rigby, 416 Wea. Mag., 404 Jeffery, 425 Express, 458 Win. Mag., 458 Lott, 450 Ackley, 460 Short A-Square Mag., 460 Wea. Mag., 470 Capstick, 495 A-Square Mag., 500 A-Square Mag.
**Barrel:** 20" to 26" (no-cost customer option).
**Weight:** 9 to 11¾ lbs.
**Stock:** Claro walnut with hand-rubbed oil finish; classic style with A-Square Coil-Chek® features for reduced recoil; flush detachable swivels. Customer choice of length of pull. Available with synthetic stock.
**Sights:** Choice of three-leaf express, forward or normal-mount scope, or combination (at extra cost).
**Features:** Matte non-reflective blue, double cross-bolts, steel and fiberglass reinforcement of wood from tang to forend tip; Mauser-style claw extractor; expanded magazine capacity; two-position safety; three-way target trigger. Right-hand only. Introduced 1983. Made in U.S. by A-Square Co., Inc.
**Price:** Walnut stock . . . . . . . . **$2,495.00**
**Price:** Synthetic stock . . . . . . . . **$2,645.00**

**BARRETT MODEL 90 BOLT-ACTION RIFLE**

**Caliber:** 50 BMG, 5-shot magazine.
**Barrel:** 29".
**Weight:** 22 lbs. **Length:** 45" overall.
**Stock:** Sorbothane recoil pad.
**Sights:** Scope optional.
**Features:** Bolt-action, bullpup design. Disassembles without tools; extendable bipod legs; match-grade barrel; high efficiency muzzlebrake. Introduced 1990. From Barrett Firearms Mfg., Inc.
**Price:** From . . . . . . . . **$3,650.00**

Blaser R93

**BLASER R93 BOLT-ACTION RIFLE**

**Caliber:** 222, 243, 6.5x55, 270, 7x57, 308, 30-06, 7mm Rem. Mag., 300 Win. Mag., 300 Wea. Mag., 338 Win. Mag., 375 H&H, 416 Rem. Mag., 3-shot magazine.
**Barrel:** 22" (standard calibers), 24" (magnum calibers).
**Weight:** 6.5 to 7.5 lbs. **Length:** 40" overall (22" barrel).
**Stock:** Two-piece European walnut.
**Sights:** Blade front on ramp, open rear, or no sights.
**Features:** Straight-pull bolt action with thumb-activated safety slide/cocking mechanism. Interchangeable barrels and bolt heads. Introduced 1994. Imported from Germany by Autumn Sales, Inc.
**Price:** Standard . . . . . . . . **$2,800.00**
**Price:** Safari, standard grade, 375 H&H, 416 Rem. Mag. . . . . **$3,200.00**

**BLASER R84 BOLT-ACTION RIFLE**

**Caliber:** Std. cals.—22-250, 243, 6mm Rem., 25-06, 270, 280, 30-06; magnum cals.—257 Wea., 264 Win. Mag., 7mm Rem. Mag., 300 Win. Mag., 300 Wea., 338 Win. Mag., 375 H&H.
**Barrel:** 23" (24" in magnum cals.).
**Weight:** 7-7¼ lbs. **Length:** Std. cals.—41" overall (23" barrel).
**Stock:** Two-piece Turkish walnut. Solid black buttpad.
**Sights:** None furnished. Comes with low-profile Blaser scope mountings.
**Features:** Interchangeable barrels (scope mountings on barrel), and magnum/standard caliber bolt assemblies. Left-hand models available in all calibers. Imported from Germany by Autumn Sales, Inc.
**Price:** Right-hand, standard or magnum calibers . . . . . **$2,300.00**
**Price:** Left-hand, standard or magnum calibers . . . . . **$2,350.00**
**Price:** Interchangeable barrels, standard or magnum calibers . . . . **$600.00**

BRNO ZKB 527 Fox

**BRNO ZKB 527 FOX BOLT-ACTION RIFLE**

**Caliber:** 22 Hornet, 222 Rem., 223 Rem., detachable 5-shot magazine.
**Barrel:** 23½"; standard or heavy barrel.
**Weight:** 6 lbs., 1 oz. **Length:** 42½" overall.
**Stock:** European walnut with Monte Carlo.
**Sights:** Hooded front, open adjustable rear.
**Features:** Improved mini-Mauser action with non-rotating claw extractor; grooved receiver. Imported from the Czech Republic by Action Arms Ltd.
**Price:** . . . . . . . . **$665.00**

**BRNO ZKK 600, 601, 602 BOLT-ACTION RIFLES**

**Caliber:** 7x57, 30-06, 270 (M600); 243, 308 (M601); 300 Win. Mag., 375 H&H, 458 Win. Mag. (M602), 5-shot magazine.
**Barrel:** 23½" (M600, 601); 25" (M602).
**Weight:** 7 lbs., 3 oz. to 9 lbs., 9 oz. Length: 43" overall (M601).
**Stock:** Classic-style checkered walnut.
**Sights:** Hooded ramp front, open folding leaf adjustable rear.
**Features:** Improved Mauser action with controlled feed, claw extractor; safety blocks trigger and locks bolt; sling swivels. Imported from the Czech Republic by Action Arms Ltd.
**Price:** Model 600, 601 . . . . . . . . **$609.00**
**Price:** Model 602 . . . . . . . . **$835.00**
**Price:** Model 602, synthetic stock (300 Win. Mag. 375 H&H, 458 Win. Mag.) . . . . . . . . **$745.00**

**BRNO 537 SPORTER BOLT-ACTION RIFLE**

**Caliber:** 243, 270, 30-06 (internal 5-shot magazine), 308 (detachable 5-shot magazine).
**Barrel:** 23.6".
**Weight:** 7 lbs., 9 oz. **Length:** 44.7" overall.
**Stock:** Checkered walnut.
**Sights:** Hooded ramp front, adjustable folding leaf rear.
**Features:** Improved standard size Mauser-style action with non-rotating claw extractor; externally adjustable trigger, American-style safety; streamlined bolt shroud with cocking indicator. Introduced 1992. Imported from the Czech Republic by Action Arms Ltd.
**Price:** . . . . . . . . **$669.00**
**Price:** Mountain Carbine (19" barrel with ring mounts, 243 Win.) . . **$669.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

CENTERFIRE RIFLES—BOLT ACTION

Browning A-Bolt II Medallion

**Browning A-Bolt II Stainless Stalker**

Similar to the Hunter model A-Bolt except receiver and barrel are made of stainless steel; the rest of the exposed metal surfaces are finished with a durable matte silver-gray. Graphite-fiberglass composite textured stock. No sights are furnished. Available in 270, 30-06, 7mm Rem. Mag., 375 H&H. BOSS barrel vibration modulator and muzzle brake system not available in 375 H&H. Introduced 1987.

**Price:** . . . . . **$726.95**
**Price:** With BOSS . . . . . **$806.95**
**Price:** Left-hand, no sights . . . . . **$749.95**
**Price:** With BOSS . . . . . **$829.95**
**Price:** 375 H&H, with sights . . . . . **$827.95**
**Price:** 375 H&H, left-hand, with sights . . . . . **$856.95**

**Browning A-Bolt II Composite Stalker**

Similar to the A-Bolt II Hunter except has black graphite-fiberglass stock with textured finish. Matte blue finish on all exposed metal surfaces. Available in 223, 22-250, 243, 7mm-08, 308, 30-06, 270, 280, 25-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. BOSS barrel vibration modulator and muzzle brake system offered in all calibers. Introduced 1994.

**Price:** No sights . . . . . **$576.95**
**Price:** No sights, BOSS . . . . . **$656.95**

**BROWNING A-BOLT II RIFLE**

**Caliber:** 25-06, 270, 30-06, 280, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 375 H&H Mag.
**Barrel:** 22" medium sporter weight with recessed muzzle; 26" on mag. cals.
**Weight:** 6½ to 7½ lbs. **Length:** 44¾" overall (magnum and standard); 41¾" (short action).
**Stock:** Classic style American walnut; recoil pad standard on magnum calibers.
**Features:** Short-throw (60°) fluted bolt, three locking lugs, plunger-type ejector; adjustable trigger is grooved and gold-plated. Hinged floorplate, detachable box magazine (4 rounds std. cals., 3 for magnums). Slide tang safety. Medallion has glossy stock finish, rosewood grip and forend caps, high polish blue. BOSS barrel vibration modulator and muzzle brake system not available in 375 H&H. Introduced 1985. Imported from Japan by Browning.

**Price:** Medallion, no sights . . . . . **$652.95**
**Price:** Hunter, no sights . . . . . **$559.95**
**Price:** Hunter, with sights . . . . . **$629.95**
**Price:** Medallion, 375 H&H Mag., with sights . . . . . **$756.95**
**Price:** For BOSS (except 375 H&H), add . . . . . **$80.00**

**Browning A-Bolt II Short Action**

Similar to the standard A-Bolt except has short action for 22 Hornet, 223, 22-250, 243, 257 Roberts, 7mm-08, 284 Win., 308 chamberings. Available in Hunter or Medallion grades. Weighs 6½ lbs. Other specs essentially the same. BOSS barrel vibration modulator and muzzle brake system optional. Introduced 1985.

**Price:** Medallion, no sights . . . . . **$652.95**
**Price:** Hunter, no sights . . . . . **$559.95**
**Price:** Hunter, with sights . . . . . **$629.95**
**Price:** Composite, no sights . . . . . **$576.95**
**Price:** For BOSS, add . . . . . **$80.00**

Browning A-Bolt II Varmint

**Browning A-Bolt II Varmint Rifle**

Same as the A-Bolt II Hunter except has heavy varmint/target barrel, laminated wood stock with special dimensions, flat forend and palm swell grip. Chambered only for 223, 22-250. Comes with BOSS barrel vibration modulator and muzzle brake system. Introduced 1994.

**Price:** With BOSS . . . . . **$856.95**

**Browning A-Bolt II Left Hand**

Same as the Medallion model A-Bolt except has left-hand action and is available only in 270, 30-06, 7mm Rem. Mag., 375 H&H. BOSS barrel vibration modulator and muzzle brake system not available in 375 H&H. Introduced 1987.

**Price:** . . . . . **$679.95**
**Price:** With BOSS . . . . . **$759.95**
**Price:** 375 H&H, with sights . . . . . **$782.95**

Browning Euro-Bolt

**Browning A-Bolt II Gold Medallion**

Similar to the standard A-Bolt except has select walnut stock with brass spacers between rubber recoil pad and between the rosewood grip cap and forend tip; gold-filled barrel inscription; palm-swell pistol grip, Monte Carlo comb, 22 lpi checkering with double borders; engraved receiver flats. In 270, 30-06, 7mm Rem. Mag. only. Introduced 1988.

**Price:** . . . . . **$876.95**
**Price:** For BOSS, add . . . . . **$80.00**

**Browning Euro-Bolt II Rifle**

Similar to the A-Bolt II Hunter except has satin-finished walnut stock with Continental-style cheekpiece, palm-swell grip and schnabel forend, rounded bolt shroud and Mannlicher-style flattened bolt handle. Available in 30-06 and 270 with 22" barrel, 7mm Rem. Mag. with 26" barrel. Weighs about 6 lbs., 11 oz. BOSS barrel vibration modulator and muzzle brake system optional. Introduced 1993.

**Price:** . . . . . **$762.95**
**Price:** For BOSS, add . . . . . **$80.00**

Browning Micro Medallion

**Browning A-Bolt II Micro Medallion**

Similar to the standard A-Bolt except is a scaled-down version. Comes with 20" barrel, shortened length of pull (13⁵⁄₁₆"); three-shot magazine capacity; weighs 6 lbs., 1 oz. Available in 243, 308, 7mm-08, 257 Roberts, 223, 22-250. BOSS feature not available for this model. Introduced 1988.

**Price:** No sights . . . . . **$652.95**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 339

Compendium_Klarevas
Page 504

# CENTERFIRE RIFLES—BOLT ACTION

Century Centurion 14

**CENTURY DELUXE CUSTOM SPORTER**
**Caliber:** 243, 270, 308, 30-06.
**Barrel:** 24".
**Weight:** NA. **Length:** 44" overall.
**Stock:** Black synthetic.
**Sights:** None furnished. Scope base installed.
**Features:** Mauser 98 action; bent bolt handle for scope use; low-swing safety; matte black finish; blind magazine. Introduced 1992. From Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$288.00**

Consult our Directory pages for the location of firms mentioned.

**CENTURY CENTURION 14 SPORTER**
**Caliber:** 7mm Rem. Mag., 300 Win. Mag., 5-shot magazine.
**Barrel:** 24".
**Weight:** NA. **Length:** 43.3" overall.
**Stock:** Walnut-finished European hardwood. Checkered p.g. and forend. Monte Carlo comb.
**Sights:** None furnished.
**Features:** Uses modified Pattern 14 Enfield action. Drilled and tapped; scope base mounted. Blue finish. From Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$275.00**

**CENTURY ENFIELD SPORTER #4**
**Caliber:** 303 British, 10-shot magazine.
**Barrel:** 25.2".
**Weight:** 8 lbs., 5 oz. **Length:** 44.5" overall.
**Stock:** Beechwood with checkered p.g. and forend, Monte Carlo comb.
**Sights:** Blade front, adjustable aperture rear.
**Features:** Uses Lee-Enfield action; blue finish. Trigger pinned to receiver. Introduced 1987. From Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$156.00**

Century Custom Sporting Rifle

**CENTURY CUSTOM SPORTING RIFLE**
**Caliber:** 308, 7.62x39mm.
**Barrel:** 22".
**Weight:** 6.7 lbs. **Length:** 43.75".
**Stock:** Walnut-finished hardwood.
**Sights:** None furnished; comes with two-piece Weaver-type base.
**Features:** Uses small ring Model 98 action; low-swing safety; blue finish. Introduced 1994. From Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$275.00**

**COOPER ARMS MODEL 21 VARMINT EXTREME RIFLE**
**Caliber:** 17 Rem., 17 Mach IV, 221 Fireball, 222, 223, 6x45, 6x47, single shot.
**Barrel:** 24"; stainless steel, with competition step crown; free-floated.
**Weight:** NA. **Length:** NA.
**Stock:** AAA Claro walnut with flared oval forend, ambidextrous palm swell, 22 lpi checkering, oil finish, Pachmayr buttpad.
**Sights:** None furnished; drilled and tapped for scope mounting.
**Features:** Action has three mid-bolt locking lugs; adjustable trigger; glass bedded; swivel studs. Introduced 1994. Made in U.S. by Cooper Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,295.00**
**Price:** Custom Classic (ebony forend tip, steel grip cap, beaded cheekpiece) . . . . . . . . . . . . . . . . . . . . **$1,350.00**

**CENTURY SWEDISH SPORTER #38**
**Caliber:** 6.5x55 Swede, 5-shot magazine.
**Barrel:** 24".
**Weight:** NA. **Length:** 44.1" overall.
**Stock:** Walnut-finished European hardwood with checkered p.g. and forend; Monte Carlo comb.
**Sights:** Blade front, adjustable rear.
**Features:** Uses M38 Swedish Mauser action; comes with Holden Ironsighter see-through scope mount. Introduced 1987. From Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$237.50**

**COOPER ARMS MODEL 36CF CENTERFIRE SPORTER**
**Caliber:** 17 CCM, 22 CCM, 22 Hornet, 5-shot magazine.
**Barrel:** 23".
**Weight:** 7 lbs. **Length:** 42½" overall.
**Stock:** AA Claro walnut with 22 lpi checkering, oil finish; Custom has AAA Claro or AA French walnut.
**Sights:** None furnished.
**Features:** Action has three mid-bolt locking lugs, 45-degree bolt rotation; fully adjustable trigger; swivel studs. Pachmayr butt pad. Introduced 1994. Made in U.S. by Cooper Arms.
**Price:** Standard . . . . . . . . . . . . . . . . . . . . . . . . **$1,125.00**
**Price:** Classic . . . . . . . . . . . . . . . . . . . . . . . . . **$1,350.00**
**Price:** Custom (AAA Claro walnut, Monte Carlo beaded cheekpiece, oil finish) . . . . . . . . . . . . . . . . . . . . **$1,250.00**
**Price:** Custom Classic (as above with ebony forend tip, steel grip cap, Brownell No. 1 checkering pattern) . . . . . . . . . . . . **$1,350.00**

Dakota 76 Classic

**Dakota 76 Short Action Rifles**
A scaled-down version of the standard Model 76. Standard chamberings are 22-250, 243, 6mm Rem., 250-3000, 7mm-08, 308, others on special order. Short Classic Grade has 21" barrel; Alpine Grade is lighter (6½ lbs.), has a blind magazine and slimmer stock. Introduced 1989.
**Price:** Short Classic . . . . . . . . . . . . . . . . . . . . . . **$2,300.00**

**DAKOTA 76 CLASSIC BOLT-ACTION RIFLE**
**Caliber:** 257 Roberts, 270, 280, 30-06, 7mm Rem. Mag., 338 Win. Mag., 300 Win. Mag., 375 H&H, 458 Win. Mag.
**Barrel:** 23".
**Weight:** 7½ lbs. **Length:** NA.
**Stock:** Medium fancy grade walnut in classic style. Checkered p.g. and forend; solid buttpad.
**Sights:** None furnished; drilled and tapped for scope mounts.
**Features:** Has many features of the original Model 70 Winchester. One-piece rail trigger guard assembly; steel grip cap. Adjustable trigger. Many options available. Left-hand rifle available at same price. Introduced 1988. From Dakota Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,300.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# CENTERFIRE RIFLES—BOLT ACTION

Dakota 416 Rigby

**Dakota 76 Varmint Rifle**

Similar to the Dakota 76 except is a single shot with heavy barrel contour and special stock dimensions for varmint shooting. Chambered for 17 Rem., 22 BR, 22 Hornet, 222 Rem., 22-250, 220 Swift, 223, 6mm BR, 6mm PPC. Introduced 1994. Made in U.S. by Dakota Arms, Inc.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,300.00**

**Dakota 416 Rigby African**

Similar to the 76 Safari except chambered for 404 Jeffery, 416 Rigby, 416 Dakota, 450 Dakota, 4-round magazine, select wood, two stock cross-bolts. Has 24" barrel, weight of 9-10 lbs. Ramp front sight, standing leaf rear. Introduced 1989.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,500.00**

Dakota 76 Safari

**DAKOTA 76 SAFARI BOLT-ACTION RIFLE**

**Caliber:** 338 Win. Mag., 300 Win. Mag., 375 H&H, 458 Win. Mag.
**Barrel:** 23".
**Weight:** 8½ lbs. **Length:** NA.
**Stock:** Fancy walnut with ebony forend tip; point-pattern with wraparound forend checkering.
**Sights:** Ramp front, standing leaf rear.
**Features:** Has many features of the original Model 70 Winchester. Barrel band front swivel, inletted rear. Cheekpiece with shadow line. Steel grip cap. Introduced 1988. From Dakota Arms, Inc.
**Price:** Wood stock . . . . . . . . . . . . . . . . . . . . . . . . **$3,000.00**

**AUGUSTE FRANCOTTE BOLT-ACTION RIFLES**

**Caliber:** 243, 270, 7x64, 30-06, 308, 300 Win. Mag., 338, 7mm Rem. Mag., 375 H&H, 458 Win. Mag.; others on request.
**Barrel:** 23½" to 26½".
**Weight:** 8 to 10 lbs.
**Stock:** Fancy European walnut. To customer specs.
**Sights:** To customer specs.
**Features:** Basically a custom gun, Francotte offers many options. Imported from Belgium by Armes de Chasse.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . **$6,000.00** to **$10,000.00**

Heym Express

**HEYM MAGNUM EXPRESS SERIES RIFLE**

**Caliber:** 338 Lapua Mag., 375 H&H, 378 Wea. Mag., 416 Rigby, 500 Nitro Express 3", 460 Wea. Mag., 500 A-Square, 450 Ackley, 600 N.E.
**Barrel:** 24".
**Weight:** About 9.9 lbs. **Length:** 45¼" overall.
**Stock:** Classic English design of AAA-grade European walnut with cheekpiece, solid rubber buttpad, steel grip cap.
**Sights:** Adjustable post front on ramp, three-leaf express rear.
**Features:** Modified magnum Mauser action, Timney single trigger; special hinged floorplate; barrel-mouted q.d. swivel, q.d. rear; vertical double recoil lug in rear of stock. Double square bridge, three-position safety and 5-shot magazine in 416 Rigby. Introduced 1989. Imported from Germany by Jager-Sport, Ltd.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$6,500.00**
**Price:** 600 Nitro Express . . . . . . . . . . . . . . . . . . . . **$11,350.00**

Howa Lightning

**HOWA LIGHTNING BOLT-ACTION RIFLE**

**Caliber:** 223, 22-250, 243, 270, 308, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag.
**Barrel:** 22", 24" magnum calibers.
**Weight:** 7½ lbs. **Length:** 42" overall (22" barrel).
**Stock:** Black Bell & Carlson Carbelite composite with Monte Carlo comb; checkered grip and forend.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Sliding thumb safety; hinged floorplate; polished blue/black finish. Introduced 1993. From Interarms.
**Price:** Standard calibers . . . . . . . . . . . . . . . . . . . . . **$498.00**
**Price:** Magnum calibers . . . . . . . . . . . . . . . . . . . . . **$517.00**

Howa Realtree

**HOWA REALTREE CAMO RIFLE**

**Caliber:** 270, 30-06, 5-shot magazine.
**Barrel:** 22".
**Weight:** 8 lbs. **Length:** 42¼" overall.
**Stock:** Bell & Carlson Carbelite composite. Straight comb; checkered grip and forend.
**Sights:** None furnished. Drilled and tapped for scope mouting.
**Features:** Completely covered with Realtree camo finish, except bolt. Sliding thumb safety, hinged floorplate; sling swivel studs, recoil pad. Introduced 1993. From Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$620.00**

Interarms Mark X Viscount

**Interarms Mini-Mark X Rifle**

Scaled-down version of the Mark X Viscount. Uses miniature M98 Mauser-system action, chambered for 223 Rem. and 7.62x39; 20" barrel. Overall length of 39¾", weight 6.35 lbs. Drilled and tapped for scope mounting. Checkered hardwood stock. Adjustable trigger. Introduced 1987. Imported from Yugoslavia by Interarms.

**Price:** Either caliber . . . . . . . . . . . . . . . . . . . . . . . . **$455.00**

**INTERARMS MARK X VISCOUNT BOLT-ACTION RIFLE**

**Caliber:** 22-250, 243, 25-06, 270, 7x57, 308, 30-06, 7mm Rem. Mag., 300 Win. Mag.
**Barrel:** 24".
**Weight:** 7 lbs. **Length:** 44" overall.
**Stock:** European hardwood with Monte Carlo comb, checkered grip and forend.
**Sights:** Blade on ramp front, open fully adjustable rear. Drilled and tapped for scope mounting.
**Features:** Polished blue finish. Uses Mauser system action with sliding thumb safety, hinged floorplate, adjustable trigger. Reintroduced 1987. Imported from Yugoslavia by Interarms.
**Price:** Standard calibers . . . . . . . . . . . . . . . . . . . . . . **$471.00**
**Price:** Magnum calibers . . . . . . . . . . . . . . . . . . . . . . **$486.00**

**INTERARMS MARK X WHITWORTH BOLT-ACTION RIFLE**

**Caliber:** 22-250, 243, 25-06, 270, 7x57, 308, 30-06, 7mm Rem. Mag., 300 Win. Mag., 5-shot magazine (3-shot for 300 Win. Mag.).
**Barrel:** 24".
**Weight:** 7 lbs. **Length:** 44" overall.
**Stock:** European walnut with checkered grip and forend, straight comb.
**Sights:** Hooded blade on ramp front, open fully adjustable rear.
**Features:** Uses Mauser system action with sliding thumb safety, hinged floorplate, adjustable trigger. Polished blue finish. Swivel studs. Imported from Yugoslavia by Interarms.
**Price:** Standard calibers . . . . . . . . . . . . . . . . . . . . . . **$565.00**
**Price:** Magnum calibers . . . . . . . . . . . . . . . . . . . . . . **$584.00**

Interarms Whitworth Express

**INTERARMS WHITWORTH EXPRESS RIFLE**

**Caliber:** 375 H&H, 458 Win. Mag.
**Barrel:** 24".
**Weight:** 7½-8 lbs. **Length:** 44".
**Stock**: Classic English Express rifle design of hand checkered, select European walnut.
**Sights:** Ramp front with removable hood, three-leaf open sight calibrated for 100, 200, 300 yards on ¼-rib.
**Features:** Solid rubber recoil pad, barrel-mounted sling swivel, adjustable trigger, hinged floorplate, solid steel recoil cross bolt. From Interarms.
**Price:** 375, 458, with express sights . . . . . . . . . . . . . . . . . **$703.00**

KDF K15

**KDF K15 BOLT-ACTION RIFLE**

**Caliber:** 25-06, 257 Wea. Mag., 270, 270 Wea. Mag., 7mm Rem. Mag., 30-06, 300 Win. Mag., 300 Wea. Mag., 338 Win. Mag., 340 Wea. Mag., 375 H&H, 411 KDF Mag., 416 Rem. Mag., 458 Win. Mag.; 4-shot magazine for standard calibers, 3-shot for magnums.
**Barrel:** 22" standard, 24" optional.
**Weight:** About 8 lbs. **Length:** 44" overall (24" barrel).
**Stock:** Laminated standard; Kevlar composite or AAA walnut in Monte Carlo, classic, schnabel or thumbhole styles optional.
**Sights:** None furnished; optional. Drilled and tapped for scope mounting.
**Features:** Three-lug locking design with 60° bolt lift; ultra-fast lock time; fully adjustable trigger. Options available. Introduced 1976. From KDF, Inc.
**Price:** Standard calibers . . . . . . . . . . . . . . . . . . . . . . **$1,950.00**
**Price:** Magnum calibers . . . . . . . . . . . . . . . . . . . . . . **$2,000.00**

CONSULT
SHOOTER'S MARKETPLACE
Page 225, This Issue

Krico Model 700

**KRICO MODEL 600 BOLT-ACTION RIFLE**

**Caliber:** 222, 223, 22-250, 243, 308, 5.6x50 Mag., 4-shot magazine.
**Barrel:** 23.6".
**Weight:** 7.9 lbs. **Length:** 43.7" overall.
**Stock:** European walnut with Monte Carlo comb.
**Sights:** None furnished; drilled and tapped for scope mounting.
**Features:** Rubber recoil pad, sling swivels, checkered grip and forend. Polished blue finish. Imported from Germany by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,295.00**

**KRICO MODEL 700 BOLT-ACTION RIFLES**

**Caliber:** 17 Rem., 222, 222 Rem. Mag., 223, 5.6x50 Mag., 243, 308, 5.6x57 RWS, 22-250, 6.5x55, 6.5x57, 7x57, 270, 7x64, 30-06, 9.3x62, 6.5x68, 7mm Rem. Mag., 300 Win. Mag., 8x68S, 7.5 Swiss, 9.3x64, 6x62 Freres.
**Barrel:** 23.6" (std. cals.); 25.5" (mag. cals.).
**Weight:** 7 lbs. **Length:** 43.3" overall (23.6" bbl.).
**Stock:** European walnut, Bavarian cheekpiece.
**Sights:** Blade on ramp front, open adjustable rear.
**Features:** Removable box magazine; sliding safety. Drilled and tapped for scope mounting. Imported from Germany by Mandall Shooting Supplies.
**Price:** Model 700 . . . . . . . . . . . . . . . . . . . . . . . . . **$995.00**
**Price:** Model 700 Deluxe S . . . . . . . . . . . . . . . . . . . . **$1,495.00**
**Price:** Model 700 Deluxe . . . . . . . . . . . . . . . . . . . . . **$1,025.00**
**Price:** Model 700 Stutzen (full stock) . . . . . . . . . . . . . . . **$1,249.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

CENTERFIRE RIFLES—BOLT ACTION

L.A.R. Grizzly 50

**L.A.R. GRIZZLY 50 BIG BOAR RIFLE**
**Caliber:** 50 BMG, single shot.
**Barrel:** 36".
**Weight:** 28.4 lbs. **Length:** 45.5" overall.
**Stock:** Integral. Ventilated rubber recoil pad.
**Sights:** None furnished; scope mount.
**Features:** Bolt-action bullpup design; thumb safety. All-steel construction. Introduced 1994. Made in U.S. by L.A.R. Mfg., Inc.
**Price:** . . . . . . . . . . $2,400.00

**McMILLAN SIGNATURE CLASSIC SPORTER**
**Caliber:** 22-250, 243, 6mm Rem., 7mm-08, 284, 308 (short action); 25-06, 270, 280 Rem., 30-06, 7mm Rem. Mag., 300 Win. Mag., 300 Wea. (long action); 338 Win. Mag., 340 Wea., 375 H&H (magnum action).
**Barrel:** 22", 24", 26".
**Weight:** 7 lbs. (short action).
**Stock:** McMillan fiberglass in green, beige, brown or black. Recoil pad and 1" swivels installed. Length of pull up to 14¼".
**Sights:** None furnished. Comes with 1" rings and bases.
**Features:** Uses McMillan right- or left-hand action with matte black finish. Trigger pull set at 3 lbs. Four-round magazine for standard calibers; three for magnums. Aluminum floorplate. Fibergrain and wood stocks optional. Introduced 1987. From McMillan Gunworks, Inc.
**Price:** . . . . . . . . . . $2,400.00

**McMillan Signature Super Varminter**
Similar to the Classic Sporter except has heavy contoured barrel, adjustable trigger, field bipod and special hand-bedded fiberglass stock (Fibergrain optional). Chambered for 223, 22-250, 220 Swift, 243, 6mm Rem., 25-06, 7mm-08 and 308. Comes with 1" rings and bases. Introduced 1989.
**Price:** . . . . . . . . . . $2,400.00

**McMillan Signature Titanium Mountain Rifle**
Similar to the Classic Sporter except action made of titanium alloy, barrel of chromemoly steel. Stock is of graphite reinforced fiberglass. Weight is 5½ lbs. Chambered for 270, 280 Rem., 30-06, 7mm Rem. Mag., 300 Win. Mag. Fibergrain stock optional. Introduced 1989.
**Price:** . . . . . . . . . . $3,000.00

McMillan Alaskan

**McMillan Signature Alaskan**
Similar to the Classic Sporter except has match-grade barrel with single leaf rear sight, barrel band front, 1" detachable rings and mounts, steel floorplate, electroless nickel finish. Has wood Monte Carlo stock with cheekpiece, palm-swell grip, solid buttpad. Chambered for 270, 280 Rem., 30-06, 7mm Rem. Mag., 300 Win. Mag., 300 Wea., 358 Win., 340 Wea., 375 H&H. Introduced 1989.
**Price:** . . . . . . . . . . $3,300.00

McMillan Classic Stainless

**McMillan Classic Stainless Sporter**
Similar to the Classic Sporter except barrel and action made of stainless steel. Same calibers, in addition to 416 Rem. Mag. Comes with fiberglass stock, right- or left-hand action in natural stainless, glass bead or black chrome sulfide finishes. Introduced 1990. From McMillan Gunworks, Inc.
**Price:** . . . . . . . . . . $2,500.00

**McMILLAN TALON SAFARI RIFLE**
**Caliber:** 300 Win. Mag., 300 Wea. Mag., 338 Win. Mag., 300 H&H, 340 Wea. Mag., 375 H&H, 404 Jeffery, 416 Rem. Mag., 458 Win. Mag. (Safari Magnum); 378 Wea. Mag., 416 Rigby, 416 Wea. Mag., 460 Wea. Mag. (Safari Super Magnum).
**Barrel:** 24".
**Weight:** About 9-10 lbs. **Length:** 43" overall.
**Stock:** McMillan fiberglass Safari.
**Sights:** Barrel band front ramp, multi-leaf express rear.
**Features:** Uses McMillan Safari action. Has q.d. 1" scope mounts, positive locking steel floorplate, barrel band sling swivel. Match-grade barrel. Matte black finish standard. Introduced 1989. From McMillan Gunworks, Inc.
**Price:** Talon Safari Magnum . . . . . . . . . . $3,600.00
**Price:** Talon Safari Super Magnum . . . . . . . . . . $4,200.00

**McMILLAN TALON SPORTER RIFLE**
**Caliber:** 25-06, 270, 280 Rem., 30-06 (Long Action); 7mm Rem. Mag., 300 Win. Mag., 300 Wea. Mag., 300 H&H, 338 Win. Mag., 340 Wea. Mag., 375 H&H, 416 Rem. Mag.
**Barrel:** 24" (standard).
**Weight:** About 7½ lbs. **Length:** NA.
**Stock:** Choice of walnut or McMillan fiberglass.
**Sights:** None furnished; comes with rings and bases. Open sights optional.
**Features:** Uses pre-'64 Model 70-type action with cone breech, controlled feed, claw extractor and three-position safety. Barrel and action are of stainless steel; chromemoly optional. Introduced 1991. From McMillan Gunworks, Inc.
**Price:** . . . . . . . . . . $2,600.00

**MIDLAND 1500S SURVIVOR RIFLE**
**Caliber:** 308, 5-shot magazine.
**Barrel:** 22".
**Weight:** 7 lbs. **Length:** 43" overall.
**Stock:** Black composite with recoil pad, Monte Carlo cheekpiece.
**Sights:** Hooded ramp front, open rear adjustable for windage.
**Features:** Stainless steel barreled action with satin chromed bolt. Introduced 1993. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $450.00
**Price:** Model 1500C clip model . . . . . . . . . . $480.00

**NAVY ARMS TU-33/40 CARBINE**
**Caliber:** 7.62x39mm, 4-shot magazine.
**Barrel:** 20.75".
**Weight:** 9 lbs. **Length:** NA.
**Stock:** Hardwood.
**Sights:** Hooded barleycorn front, military V-notch adjustable rear.
**Features:** Miniature Mauser-style action. Comes with leather sling. Introduced 1992. Imported by Navy Arms.
**Price:** . . . . . . . . . . NA

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 343

Compendium_Klarevas
Page 508