ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6177
Fax: (916) 731-2144
E-mail: Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **VIRGINIA DUNCAN, RICHARD LEWIS, PATRICK LOVETTE, DAVID MARGUGLIO, CHRISTOPHER WADDELL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., a California corporation,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,**<br><br>Defendants. | Case No. 3:17-cv-01017-BEN-JLB<br><br>**COMPENDIUM OF WORKS CITED IN SUPPLEMENTAL DECLARATION OF LOUIS KLAREVAS**<br><br>**VOLUME 6 OF 6**<br><br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br>Action Filed: May 17, 2017 |

**INDEX**

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **BOOKS** | | |
| Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* 238-45, 348-50 (2016) | 6 n.9 | 002-009 |
| **LAW REVIEWS AND JOURNALS** | | |
| Philip J. Cook and John J. Donohue, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 J. of Am. Med. Ass'n 1191 (2022) | 6 n.9 | 011-012 |
| Charles DiMaggio, et al., *Changes in US Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban: Analysis of Open-Source Data*, 86 J. of Trauma & Acute Care Surgery 11 (2019) | 6 n.9 | 013-040 |
| Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017*, 109 Am. J. of Pub. Health 1754 (2019) | 3 n.4 | 041-048 |
| Lori Post, et al., *Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis*, 7 J. of Med. Internet Research: Public Health & Surveillance (2021) | 6 n.9 | 049-059 |
| **OTHER SOURCES** | | |
| *Gun Digest* (John T. Amber ed., 9th ed. 1954) | 7 n.11, 9 tl. 2 | 060-108 |
| *Gun Digest: 19th Anniversary 1965 Deluxe Edition* (John T. Amber ed., 19th ed. 1964) | 9 tl. 2 | 109-159 |
| *Gun Digest: 29th Anniversary 1975 Deluxe Edition* (John T. Amber ed., 1974) | 9 tl. 2 | 161-263 |
| *Gun Digest: 1985 39th Annual Edition* (Ken Warner ed., 39th ed. 1984) | 9 tl. 2 | 265-421 |

| | | |
|---|---|---|
| *Gun Digest: 1995 49th Annual Edition* (Ken Warner ed., 49th ed. 1994) | 8 n.12, 9 tl. 2 | 423-599 |

Navy Arms EM-331

**NAVY ARMS EM-331 SPORTING RIFLE**
**Caliber:** 7.62x39mm, 5-shot detachable magazine.
**Barrel:** 21".
**Weight:** 7.5 lbs. **Length:** 42" overall.
**Stock:** Monte Carlo style with sling swivels, rubber recoil pad.
**Sights:** Hooded ramp front, open adjustable rear.
**Features:** Receiver dovetailed for scope rings. Polished blue finish. Contrasting forend tip. Introduced 1994. Imported by Navy Arms.
**Price:** . . . . . . . . . . $350.00

Parker-Hale 81 Classic

**PARKER-HALE MODEL 81 CLASSIC RIFLE**
**Caliber:** 22-250, 243, 6mm Rem., 270, 6.5x55, 7x57, 7x64, 308, 30-06, 300 Win. Mag., 7mm Rem. Mag., 4-shot magazine.
**Barrel:** 24".
**Weight:** About 7¾ lbs. **Length:** 44½" overall.
**Stock:** European walnut in classic style with oil finish, hand-cut checkering; palm-swell pistol grip, rosewood grip cap.
**Sights:** Drilled and tapped for open sights and scope mounting. Scope bases included.
**Features:** Uses Mauser-style action; one-piece steel, Oberndorf-style trigger guard with hinged floorplate; rubber buttpad; quick-detachable sling swivels. Introduced 1984. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $900.00

**Parker-Hale Model 81 Classic African Rifle**
Similar to the Model 81 Classic except chambered only for 375 H&H and 9.3x62. Has adjustable trigger, barrel band front swivel, African express rear sight, engraved receiver. Classic-style stock has a solid buttpad, checkered pistol grip and forend. Introduced 1986. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $1,050.00

**Parker-Hale Model 1000 Rifle**
Similar to the Model 81 Classic except has walnut Monte Carlo stock, 22" barrel (24" in 22-250), weighs 7.25 lbs. Not available in 300 Win. Mag. Introduced 1992. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $495.00
**Price:** Model 1000 Clip (detachable magazine) . . . . . $535.00

**PARKER-HALE MODEL 2100 MIDLAND RIFLE**
**Caliber:** 22-250, 243, 6mm, 270, 6.5x55, 7x57, 7x64, 308, 30-06, 300 Win. Mag., 7mm Rem. Mag.
**Barrel:** 22".
**Weight:** About 7 lbs. **Length:** 43" overall.
**Stock:** European walnut, cut-checkered pistol grip and forend; sling swivels.
**Sights:** Hooded post front, flip-up open rear.
**Features:** Mauser-type action has twin front locking lugs, rear safety lug, and claw extractor; hinged floorplate; adjustable single-stage trigger; silent side safety. Introduced 1984. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $390.00
**Price:** Model 2600 (hardwood stock, no white spacers) . . . . $375.00

**Parker-Hale Model 1100 Lightweight Rifle**
Similar to the Model 81 Classic except has slim barrel profile, hollow bolt handle, alloy trigger guard/floorplate. The Monte Carlo stock has a schnabel forend, hand-cut checkering, swivel studs, palm-swell pistol grip. Comes with hooded ramp front sight, open Williams rear adjustable for windage and elevation. Same calibers as Model 81. Overall length is 43", weight 6½ lbs., with 22" barrel. Introduced 1984. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $510.00

**Parker-Hale Midland Model 2700 Lightweight Rifle**
Similar to the Model 2100 Midland except has tapered lightweight barrel, aluminum trigger guard, lightened stock. Receiver drilled and tapped for scope mounting. Weighs 6.5 lbs. Not available in 300 Win. Mag. Introduced 1992. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $415.00

**Parker-Hale Model 2800 Midland Rifle**
Similar to the Model 2100 Midland except has Monte Carlo stock of laminated birch. Not available in 300 Win. Mag. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $405.00

Parker-Hale 1100M

**PARKER-HALE MODEL 1100M AFRICAN MAGNUM**
**Caliber:** 375 H&H, 458 Win. Mag.
**Barrel:** 24".
**Weight:** 9.5 lbs. **Length:** NA.
**Stock:** Checkered walnut with reinforcing lugs.
**Sights:** Hooded ramp front, shallow V open rear.
**Features:** Mauser-style 98 action with steel trigger guard, special lengthened steel magazine. Drilled and tapped for scope mounts. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $930.00

**PARKER-HALE MODEL 1200 SUPER RIFLE**
**Caliber:** 22-250, 243, 6mm, 25-06, 270, 6.5x55, 7x57, 7x64, 308, 30-06, 8mm Mauser (standard action); 7mm Rem. Mag., 300 Win. Mag. (1200M Super Magnum).
**Barrel:** 24".
**Weight:** About 7½ lbs. **Length:** 44½" overall.
**Stock:** European walnut, rosewood grip and forend tips, hand-cut checkering; roll-over cheekpiece; palm-swell pistol grip; ventilated recoil pad; wraparound checkering.
**Sights:** Hooded post front, open rear.
**Features:** Uses Mauser-style action with claw extractor; gold-plated adjustable trigger; silent side safety locks trigger, sear and bolt; aluminum trigger guard. Introduced 1984. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $595.00

**Parker-Hale Model 1200 Super Clip Rifle**
Same as the Model 1200 Super except has a detachable steel box magazine and steel trigger guard. Introduced 1984. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $640.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# CENTERFIRE RIFLES—BOLT ACTION

Parker-Hale 1300C

**PARKER-HALE MODEL 1300C SCOUT RIFLE**
**Caliber:** 243, 308, 10-shot magazine.
**Barrel:** 20".
**Weight:** 8.5 lbs. **Length:** 41" overall.
**Stock:** Checkered laminated birch.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Detachable magazine; muzzle brake; polished blue finish. Introduced 1992. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . . . . . . . **$525.00**
**Price:** With fixed 5-shot magazine . . . . . . . . **$495.00**

Remington Model Seven

**REMINGTON MODEL SEVEN BOLT-ACTION RIFLE**
**Caliber:** 17 Rem., 223 Rem. (5-shot); 243, 6mm Rem., 7mm-08, 6mm, 308 (4-shot).
**Barrel:** 18½".
**Weight:** 6¼ lbs. **Length:** 37½" overall.
**Stock:** Walnut, with modified schnabel forend. Cut checkering.
**Sights:** Ramp front, adjustable open rear.
**Features:** Short-action design; silent side safety; free-floated barrel except for single pressure point at forend tip. Introduced 1983.
**Price:** About . . . . . . . . . . . . . . . . **$532.00**
**Price:** 17 Rem., about . . . . . . . . . . . . **$559.00**

**Remington Model Seven Youth Rifle**
Similar to the Model Seven except has hardwood stock with 12$\frac{3}{16}$" length of pull and chambered for 6mm Rem., 243, 7mm-08. Introduced 1993.
**Price:** About . . . . . . . . . . . . . . . . **$439.00**

Remington Model Seven SS

**Remington Model Seven SS**
Similar to the Model Seven except has stainless steel barreled action and black synthetic stock, 20" barrel. Chambered for 243, 7mm-08, 308. Introduced 1994.
**Price:** . . . . . . . . . . . . . . . . **$585.00**

**Remington Model Seven Custom KS**
Similar to the standard Model Seven except has custom finished stock of lightweight Kevlar aramid fiber and chambered for 223 Rem., 7mm-08, 308, 35 Rem. and 350 Rem. Mag. Barrel length is 20", weight 5¾ lbs. Comes with iron sights and is drilled and tapped for scope mounting. Special order through Remington Custom Shop. Introduced 1987.
**Price:** . . . . . . . . . . . . . . . . **$1,017.00**

**Remington Model Seven Custom MS Rifle**
Similar to the Model Seven except has full-length Mannlicher-style stock of laminated wood with straight comb, solid black recoil pad, black steel forend tip, cut checkering, gloss finish. Barrel length 20", weight 6¾ lbs. Availabloe in 222 Rem., 223, 22-250, 243, 6mm Rem., 7mm-08 Rem., 308, 350 Rem. Mag. Calibers 250 Savage, 257 Roberts, 35 Rem. available on special order. Polished blue finish. Introduced 1993. From Remington Custom Shop.
**Price:** About . . . . . . . . . . . . . . . . **$999.00**

**REMINGTON 700 ADL BOLT-ACTION RIFLE**
**Caliber:** 243, 270, 308, 30-06 and 7mm Rem. Mag.
**Barrel:** 22" or 24" round tapered.
**Weight:** 7 lbs. **Length:** 41½" to 43½" overall.
**Stock:** Walnut. Satin-finished p.g. stock with fine-line cut checkering, Monte Carlo.
**Sights:** Gold bead ramp front; removable, step-adj. rear with windage screw.
**Features:** Side safety, receiver tapped for scope mounts.
**Price:** About . . . . . . . . . . . . . . . . **$452.00**
**Price:** 7mm Rem. Mag., about . . . . . . . . . . **$479.00**

Consult our Directory pages for the location of firms mentioned.

Remington 700 AWR

**Remington 700 AWR Alaskan Wilderness Rifle**
Similar to the Model 700 BDL except has stainless barreled action with satin blue finish; special 24" Custom Shop barrel profile; matte gray stock of fiberglass and graphite, reinforced with DuPont Kevlar, straight comb with raised cheekpiece, magnum-grade black rubber recoil pad. Chambered for 7mm Rem. Mag., 300 Win. Mag., 300 Wea. Mag., 338 Win. Mag., 375 H&H. Introduced 1994.
**Price:** . . . . . . . . . . . . . . . . **$1,232.00**

**Remington 700 BDL Bolt-Action Rifle**
Same as the 700 ADL except chambered for 222, 223 (short action, 24" barrel), 22-250, 25-06, 6mm Rem. (short action, 22" barrel), 243, 270, 7mm-08, 280, 300 Savage, 30-06, 308; skip-line checkering; black forend tip and grip cap with white line spacers. Matted receiver top, quick-release floorplate. Hooded ramp front sight; q.d. swivels.
**Price:** About . . . . . . . . . . . . . . . . **$532.00**
Also available in 17 Rem., 7mm Rem. Mag., 300 Win. Mag. (long action, 24" barrel), 338 Win. Mag., 35 Whelen (long action, 22" barrel). Overall length 44½", weight about 7½ lbs.
**Price:** About . . . . . . . . . . . . . . . . **$559.00**
**Price:** Custom Grade, about . . . . . . . . . . . **$2,341.00**

## CENTERFIRE RIFLES—BOLT ACTION

Remington 700 BDL SS

**Remington 700 APR African Plains Rifle**

Similar to the Model 700 BDL except has magnum receiver and specially contoured 26" Custom Shop barrel with satin finish, laminated wood stock with raised cheekpiece, satin finish, black buttpad, 20 lpi cut checkering. Chambered for 7mm Rem. Mag., 300 Win. Mag., 300 Wea. Mag., 338 Win. Mag., 375 H&H. Introduced 1994.

**Price:** . . . . . . . . . . . . . . . . . . . . **$1,475.00**

**Remington 700 BDL Varmint Special**

Same as 700 BDL, except 24" heavy bbl., 43½" overall, weighs 9 lbs. Cals. 222, 223, 22-250, 243, 6mm Rem., 7mm-08 Rem. and 308. No sights.

**Price:** About . . . . . . . . . . . . . . . . . . . . **$565.00**

**Remington 700 BDL SS Rifle**

Similar to the 700 Stainless Synthetic rifle except has hinged floorplate, 24" standard weight barrel in all calibers; magnum calibers have magnum-contour barrel. No sights supplied, but comes drilled and tapped. Has corrosion-resistant follower and fire control, stainless BDL-style barreled action with fine matte finish. Synthetic stock has straight comb and cheekpiece, textured finish, positive checkering, plated swivel studs. Short action calibers—223, 243, 6mm Rem., 7mm-08 Rem., 308; standard long action—25-06, 270, 280 Rem., 30-06; magnums—7mm Rem. Mag., 7mm Wea. Mag., 300 Win. Mag., 300 Wea. Mag., 338 Win. Mag. Weighs 6¾-7 lbs. Introduced 1993.

**Price:** Standard calibers, about . . . . . . . . . . . . **$585.00**

**Price:** Magnum calibers, about . . . . . . . . . . . . **$612.00**

**Remington 700 BDL European Bolt-Action Rifle**

Same as the 700 BDL except has oil-finished walnut stock and is chambered for 243, 270, 7mm-08, 280 Rem., 30-06 (22" barrel), 7mm Rem. Mag. (24" barrel). Introduced 1993.

**Price:** Standard calibers, about . . . . . . . . . . . . **$532.00**

**Price:** 7mm Rem. Mag., about . . . . . . . . . . . . **$559.00**

Remington 700 Varmint Synthetic

**Remington 700 BDL Left Hand**

Same as 700 BDL except mirror-image left-hand action, stock. Available in 22-250, 243, 308, 270, 30-06 only.

**Price:** About . . . . . . . . . . . . . . . . . . . . **$559.00**

**Price:** 7mm Rem. Mag., 338 Win. Mag., about . . . . . . **$585.00**

**Remington 700 VS SF Rifle**

Similar to the Model 700 Varmint Synthetic except has satin-finish stainless barreled action with 26" fluted barrel, spherical concave muzzle crown. Chambered for 223, 220 Swift, 22-250, 308. Introduced 1994.

**Price:** . . . . . . . . . . . . . . . . . . . . **$799.00**

**Remington 700 Varmint Synthetic Rifle**

Similar to the 700 BDL Varmint Special except has composite stock reinforced with DuPont Kevlar, fiberglass and graphite. Has aluminum bedding block that runs the full length of the receiver. Free-floating 26" barrel. Metal has black matte finish; stock has textured black and gray finish and swivel studs. Available in 220 Swift, 223, 22-250, 308. Introduced 1992.

**Price:** . . . . . . . . . . . . . . . . . . . . **$652.00**

**Remington 700 Safari**

Similar to the 700 BDL except custom finished and tuned. In 8mm Rem. Mag., 375 H&H, 416 Rem. Mag. or 458 Win. Magnum calibers only with heavy barrel. Hand checkered, oil-finished stock in classic or Monte Carlo style with recoil pad installed. Delivery time is about 5 months.

**Price:** About . . . . . . . . . . . . . . . . . . . . **$1,021.00**

**Price:** Classic stock, left-hand . . . . . . . . . . . . **$1,084.00**

**Price:** Safari Custom KS (Kevlar stock), right-hand . . . . **$1,176.00**

**Price:** As above, left-hand . . . . . . . . . . . . **$1,238.00**

Remington 700 Sendero

**REMINGTON 700 CLASSIC RIFLE**

**Caliber:** 6.5x55 Swedish only, 5-shot magazine.

**Barrel:** 24".

**Weight:** About 7¾ lbs. **Length:** 44½" overall.

**Stock:** American walnut, 20 lpi checkering on p.g. and forend. Classic styling. Satin finish.

**Sights:** None furnished. Receiver drilled and tapped for scope mounting.

**Features:** A "classic" version of the M700 ADL with straight comb stock. Fitted with rubber recoil pad. Sling swivel studs installed. Hinged floorplate. Limited production in 1994 only.

**Price:** About . . . . . . . . . . . . . . . . . . . . **$532.00**

**Remington 700 Mountain Rifle**

Similar to the 700 BDL except weighs 6¾ lbs., has a 22" tapered barrel. Redesigned pistol grip, straight comb, contoured cheekpiece, satin stock finish, fine checkering, hinged floorplate and magazine follower, two-position thumb safety. Chambered for 243, 257 Roberts, 270 Win., 7x57, 7mm-08, 25-06, 280 Rem., 30-06, 308, 4-shot magazine. Overall length is 42½". Introduced 1986.

**Price:** About . . . . . . . . . . . . . . . . . . . . **$532.00**

**Remington 700 Sendero Rifle**

Similar to the Model 700 Varmint Synthetic except has long action for magnum calibers. Has 26" heavy varmint barrel with spherical concave crown. Chambered for 25-06, 270, 7mm Rem. Mag., 300 Win. Mag. Introduced 1994.

**Price:** 25-06, 270 . . . . . . . . . . . . . . . . **$652.00**

**Price:** 7mm Rem. Mag., 300 Win. Mag. . . . . . . . . . **$679.00**

**Remington 700 Camo Synthetic Rifle**

Similar to the 700 BDL except has synthetic stock and the stock and metal (except bolt and sights) are fully camouflaged in Mossy Oak Bottomland camo. Comes with swivel studs, open adjustable sights. Available in 22-250, 243, 7mm-08, 270, 280, 30-06, 308, 7mm Rem. Mag., 300 Wea. Mag. Introduced 1992.

**Price:** Standard calibers . . . . . . . . . . . . . . **$581.00**

**Price:** Magnum calibers . . . . . . . . . . . . . . **$608.00**

**Remington 700 Custom KS Mountain Rifle**

Similar to the 700 "Mountain Rifle" except custom finished with Kevlar reinforced resin synthetic stock. Available in both left- and right-hand versions. Chambered for 270 Win., 280 Rem., 30-06, 7mm Rem. Mag., 300 Win. Mag., 300 Wea. Mag., 35 Whelen, 338 Win. Mag., 8mm Rem. Mag., 375 H&H, all with 24" barrel only. Weight is 6 lbs., 6 oz. Introduced 1986.

**Price:** Right-hand . . . . . . . . . . . . . . . . **$1,017.00**

**Price:** Left-hand . . . . . . . . . . . . . . . . **$1,080.00**

**Price:** Stainless . . . . . . . . . . . . . . . . **$1,160.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

**RUGER M77 MARK II MAGNUM RIFLE**
**Caliber:** 375 H&H, 404 Jeffery, 4-shot magazine; 416 Rigby, 458 Win. Mag., 3-shot magazine.
**Barrel:** 26", with integral steel rib.
**Weight:** 9.25 lbs. (375, 404); 10.25 lbs. (416, 458). **Length:** 40.5" overall.
**Stock:** Circassian walnut with hand-cut checkering, swivel studs, steel grip cap, rubber butt pad.
**Sights:** Ramp front, three leaf express on serrated integral steel rib. Rib also serves as base for front scope ring.
**Features:** Uses an enlarged Mark II action with three-position safety, stainless bolt, steel trigger guard and hinged steel floorplate. Controlled feed. Introduced 1989.
**Price:** M77MKIIRSM . . . . . . . . . . . . . . . . . . . . . . . . $1,550.00

Ruger 77/22 Hornet

**RUGER 77/22 HORNET BOLT-ACTION RIFLE**
**Caliber:** 22 Hornet, 6-shot rotary magazine.
**Barrel:** 20".
**Weight:** About 6 lbs. **Length:** 39¾" overall.
**Stock:** Checkered American walnut, black rubber buttpad.
**Sights:** Brass bead front, open adjustable rear; also available without sights.
**Features:** Same basic features as the rimfire model except has slightly lengthened receiver. Uses Ruger rotary magazine. Three-position safety. Comes with 1" Ruger scope rings. Introduced 1994.
**Price:** 77/22RH (rings only) . . . . . . . . . . . . . . . . . . . . . $452.00
**Price:** 77/22RSH (with sights) . . . . . . . . . . . . . . . . . . . $469.00

Ruger M77 All-Weather

**Ruger M77 Mark II All-Weather Stainless Rifle**
Similar to the wood-stock M77 Mark II except all metal parts are of stainless steel, and has an injection-moulded, glass-fiber-reinforced Du Pont Zytel stock. Chambered for 223, 243, 270, 308, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. Has the fixed-blade-type ejector, three-position safety, and new trigger guard with patented floorplate latch. Comes with integral Scope Base Receiver and 1" Ruger scope rings, built-in sling swivel loops. Introduced 1990.
**Price:** KM77MKIIRP . . . . . . . . . . . . . . . . . . . . . . . . $558.00

**RUGER M77 MARK II RIFLE**
**Caliber:** 223, 243, 6mm Rem., 257 Roberts, 25-06, 6.5x55 Swedish, 270, 280 Rem., 308, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 4-shot magazine.
**Barrel:** 20", 22"; 24" (magnums).
**Weight:** About 7 lbs. **Length:** 39¾" overall.
**Stock:** Hand-checkered American walnut; swivel studs, rubber butt pad.
**Sights:** None furnished. Receiver has Ruger integral scope mount base, comes with Ruger 1" rings. Some models have iron sights.
**Features:** Short action with new trigger and three-position safety. New trigger guard with redesigned floorplate latch. Left-hand model available. Introduced 1989.
**Price:** M77MKIIR (no sights . . . . . . . . . . . . . . . . . . . . . $558.00
**Price:** M77MKIIRS (open sights) . . . . . . . . . . . . . . . . . . . $617.00
**Price:** M77MKIILR (left-hand, 270, 30-06, 7mm Rem. Mag., 300 Win. Mag.) . . . . . . . . . . . . . . . . $558.00

Ruger M77RSI International

**Ruger M77RL Ultra Light**
Similar to the standard M77 except weighs only 6 lbs., chambered for 223, 243, 308, 270, 30-06, 257; barrel tapped for target scope blocks; has 20" Ultra Light barrel. Overall length 40". Ruger's steel 1" scope rings supplied. Introduced 1983.
**Price:** M77MKIIRL . . . . . . . . . . . . . . . . . . . . . . . . $592.50

**Ruger M77RSI International Carbine**
Same as the standard Model 77 except has 18½" barrel, full-length Mannlicher-style stock, with steel forend cap, loop-type steel sling swivels. Integral-base receiver, open sights, Ruger 1" steel rings. Improved front sight. Available in 243, 270, 308, 30-06. Weighs 7 lbs. Length overall is 38⅜".
**Price:** M77MKIIRSI . . . . . . . . . . . . . . . . . . . . . . . . $623.50

Ruger M77VT Target

**RUGER M77 MARK II EXPRESS RIFLE**
**Caliber:** 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 4-shot magazine.
**Barrel:** 22", with integral steel rib; barrel-mounted front swivel stud.
**Weight:** 7.5 lbs. **Length:** 42.125" overall.
**Stock:** Hand-checkered medium quality walnut with steel grip cap, black rubber butt pad, swivel studs.
**Sights:** Ramp front, open rear adjustable for windage and elevation mounted on rib.
**Features:** Mark II action with three-position safety, stainless steel bolt, steel trigger guard, hinged steel floorplate. Introduced 1991.
**Price:** M77EXPMKII . . . . . . . . . . . . . . . . . . . . . . . . $1,550.00

**RUGER M77VT TARGET RIFLE**
**Caliber:** 22 PPC, 22-250, 220 Swift, 223, 243,6mm PPC, 25-06, 308.
**Barrel:** 26" heavy stainless steel with matte finish.
**Weight:** Approx. 9.25 lbs. **Length:** Approx. 44" overall.
**Stock:** Laminated American hardwood with flat forend, steel swivel studs; no checkering or grip cap.
**Sights:** Integral scope mount bases in receiver.
**Features:** Ruger diagonal bedding system. Ruger steel 1" scope rings supplied. Fully adjustable trigger. Steel floorplate and trigger guard. New version introduced 1992.
**Price:** KM77MKIIVT . . . . . . . . . . . . . . . . . . . . . . . . $665.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.



# CENTERFIRE RIFLES—BOLT ACTION

Sako Hunter

**SAKO HUNTER RIFLE**

**Caliber:** 17 Rem., 222, 223 (short action); 22-250, 243, 7mm-08, 308 (medium action); 25-06, 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 375 H&H Mag., 300 Wea. Mag., 416 Rem. Mag. (long action).
**Barrel:** 22" to 24" depending on caliber.
**Weight:** 5¾ lbs. (short); 6¼ lbs. (med.); 7¼ lbs. (long).
**Stock:** Hand-checkered European walnut.
**Sights:** None furnished.
**Features:** Adj. trigger, hinged floorplate. Imported from Finland by Stoeger.
**Price:** 17 Rem., 222, 223 . . . . . **$1,000.00**
**Price:** 22-250, 243, 308, 7mm-08 . . . . . **$1,000.00**
**Price:** Long action cals. (except magnums) . . . . . **$1,025.00**
**Price:** Magnum cals. . . . . . **$1,055.00**
**Price:** 375 H&H, 416 Rem. Mag., from . . . . . **$1,070.00**
**Price:** 300 Wea. . . . . . **$1,070.00**

**Sako Hunter LS Rifle**

Same gun as the Sako Hunter except has laminated stock with dull finish. Chambered for same calibers. Also available in left-hand version. Introduced 1987.
**Price:** Medium action . . . . . **$1,195.00**
**Price:** Long action, from . . . . . **$1,210.00**
**Price:** Magnum cals., from . . . . . **$1,230.00**
**Price:** 375 H&H, 416 Rem. Mag., from . . . . . **$1,230.00**

Sako Fiberclass

**Sako Fiberclass Sporter**

Similar to the Hunter except has a black fiberglass stock in the classic style, with wrinkle finish, rubber buttpad. Barrel length is 23", weight 7 lbs., 2 oz. Introduced 1985.
**Price:** 25-06, 270, 280 Rem., 30-06 . . . . . **$1,355.00**
**Price:** 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. . . . . . **$1,370.00**
**Price:** 375 H&H, 416 Rem. Mag. . . . . . **$1,390.00**

Sako Safari Grade

**Sako Safari Grade Bolt Action**

Similar to the Hunter except available in long action, calibers 338 Win. Mag. or 375 H&H Mag. or 416 Rem. Mag. only. Stocked in French walnut, checkered 20 lpi, solid rubber buttpad; grip cap and forend tip; quarter-rib "express" rear sight, hooded ramp front. Front sling swivel band-mounted on barrel.
**Price:** . . . . . **$2,715.00**

**Sako Super Deluxe Sporter**

Similar to Hunter except has select European walnut with high- gloss finish and deep-cut oak leaf carving. Metal has super high polish, deep blue finish. Special order only.
**Price:** . . . . . **$2,895.00**

**Sako Hunter Left-Hand Rifle**

Same gun as the Sako Hunter except has left-hand action, stock with dull finish. Available in medium, long and magnum actions. Introduced 1987.
**Price:** Standard calibers, 22-250 to 7mm-08 . . . . . **$1,085.00**
**Price:** Magnum calibers . . . . . **$1,135.00**
**Price:** 375 H&H, 416 Rem. Mag. . . . . . **$1,150.00**
**Price:** Deluxe, standard calibers, 25-06, 30-06 . . . . . **$1,475.00**
**Price:** Deluxe, magnum calibers . . . . . **$1,490.00**
**Price:** Deluxe, 375 H&H, 416 Rem. Mag. . . . . . **$1,500.00**
**Price:** Long action, 25-06, 270, 280, 30-06 . . . . . **$1,120.00**

**Sako Classic Bolt Action**

Similar to the Hunter except has classic-style stock with straight comb. Has 21¾" barrel, weighs 6 lbs. Matte finish wood. Introduced 1993. Imported from Finland by Stoeger.
**Price:** 243 . . . . . **$1,000.00**
**Price:** 270, 30-06 . . . . . **$1,025.00**
**Price:** 7mm Rem. Mag. . . . . . **$1,055.00**
**Price:** Left-hand, 270 . . . . . **$1,120.00**
**Price:** Left-hand, 7mm Rem. Mag. . . . . . **$1,135.00**

Sako Deluxe Lightweight

**Sako Deluxe Lightweight**

Same action as Hunter except has select wood, rosewood p.g. cap and forend tip. Fine checkering on top surfaces of integral dovetail bases, bolt sleeve, bolt handle root and bolt knob. Vent. recoil pad, skip-line checkering, mirror finish bluing.
**Price:** 17 Rem., 222, 223, 22-250, 243, 308, 7mm-08 . . . . . **$1,325.00**
**Price:** 25-06, 270, 280 Rem., 30-06 . . . . . **$1,410.00**
**Price:** 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. . . . . . **$1,425.00**
**Price:** 300 Wea., 375 H&H, 416 Rem. Mag. . . . . . **$1,440.00**

**Sako Mannlicher-Style Carbine**

Same as the Hunter except has full "Mannlicher" style stock, 18½" barrel, weighs 7½ lbs., chambered for 243, 25-06, 270, 308 and 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 375 H&H. Introduced 1977. From Stoeger.
**Price:** 243, 308 . . . . . **$1,190.00**
**Price:** 270, 30-06 . . . . . **$1,225.00**
**Price:** 338 Win. Mag., 375 H&H . . . . . **$1,245.00**
**Price:** 375 H&H . . . . . **$1,260.00**

**Sako Varmint Heavy Barrel**

Same as std. Super Sporter except has beavertail forend; available in 17 Rem., 222, 223 (short action), 22 PPC, 6mm PPC (single shot), 22-250, 243, 308, 7mm-08 (medium action). Weight from 8¼ to 8½ lbs., 5-shot magazine capacity.
**Price:** 17 Rem., 222, 223 (short action) . . . . . **$1,155.00**
**Price:** 22-250, 243, 308 (medium action) . . . . . **$1,155.00**
**Price:** 22 PPC, 6mm PPC (single shot) . . . . . **$1,155.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# CENTERFIRE RIFLES—BOLT ACTION

Sako TRG-S

### SAKO TRG-S BOLT-ACTION RIFLE

**Caliber:** 243, 7mm-08, 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 375 H&H, 416 Rem. Mag., 5-shot magazine (4-shot for 375 H&H).
**Barrel:** 22", 24" (magnum calibers).
**Weight:** 7.75 lbs. **Length:** 45.5" overall.
**Stock:** Reinforced polyurethane with Monte Carlo comb.
**Sights:** None furnished.
**Features:** Resistance-free bolt with 60-degree lift. Recoil pad adjustable for length. Free-floating barrel, detachable magazine, fully adjustable trigger. Matte blue metal. Introduced 1993. Imported from Finland by Stoeger.
**Price:** 243, 7mm-08, 270, 30-06 . . . . . **$759.00**
**Price:** Magnum calibers . . . . . **$799.00**

### SAUER 90 BOLT-ACTION RIFLE

**Caliber:** Standard—222, 22-250, 243, 25-06, 6.5x55, 6.5x57, 270, 7x64, 308, 30-06, 9.3x62, 4-shot magazine; magnum—6.5x68, 7mm Rem. Mag., 300 Win. Mag., 300 Wea. Mag., 8x68S, 338 Win. Mag., 375 H&H, 458 Win. Mag., 3-shot magazine.
**Barrel:** 21" (Stutzen), 24" (standard calibers), 26" (magnum calibers).
**Weight:** 7.25 lbs. (standard and Stutzen). **Length:** 44" overall (24" barrel).
**Stock:** Monte Carlo style with sculptured cheekpiece, Wundhammar palm swell, hand-checkered grip and forend, rosewood grip cap and forend tip. Lux is French walnut with hand-rubbed oil finish, Supreme is fancy Claro walnut with high-gloss epoxy finish.
**Sights:** None furnished; drilled and tapped for scope mounting. Safari model has iron sights.
**Features:** Bolt has rear-cam activated locking lugs, 65-degree lift; fully adjustable gold-plated trigger; chamber loaded and cocking indicators; tang safety; push-button bolt release; hammer-forged barrel; detachable box magazine. Introduced 1986. Imported from Germany by Paul Co.
**Price:** Lux, Supreme or Stutzen . . . . . **$1,495.00**
**Price:** With Grade I engraving . . . . . **$2,495.00**
**Price:** With Grade II engraving . . . . . **$3,095.00**
**Price:** With Grade III engraving . . . . . **$3,495.00**
**Price:** With Grade IV engraving . . . . . **$3,995.00**
**Price:** Safari model, 458 Win. Mag. . . . . . **$1,995.00**

Sauer Model 202

### Sauer Model 202 Alaska Bolt-Action Rifle

Similar to the standard Model 202 except chambered for 300 Wea. Mag. or 300 Win. Mag. only, with 26" barrel; laminated brown stock; metal coated with "Ilaflon" for protection. Accepts any Model 202 magnum barrel. Weighs 8.4 lbs. Introduced 1994. Imported from Germany by Paul Co.
**Price:** . . . . . **$1,335.00**

### Sauer Model 202 Hunter-Match Rifle

Similar to the standard Model 202 except has 26" or 28.5" match-grade heavy barrel, chambered for 6.5x55 or 308 Win. French walnut, two-piece stock has a wide, flat target-type forend, target-type alloy rail for swivels or bipod; butt has Monte Carlo comb. Drilled and tapped for scope mounting. Accepts standard-caliber Model 202 interchangeable barrels, including 22 LR conversion unit. Weighs 10.1 lbs. Matte black metal finish. Introduced 1994. Imported from Germany by Paul Co.
**Price:** . . . . . **$1,495.00**

Consult our Directory pages for the location of firms mentioned.

### SAUER MODEL 202 BOLT-ACTION RIFLE

**Caliber:** Standard—22 LR, 243, 6.5x55, 6.5x57, 25-06, 270, 280, 7x64, 308, 30-06, 9,3x62; magnum—6.5x68, 8x68S, 7mm Rem. Mag., 300 Win. Mag., 300 Wea. Mag., 338 Win. Mag., 375 H&H.
**Barrel:** 24" (standard calibers), 26" (magnum calibers).
**Weight:** 7.5 lbs. (steel), 6.5 lbs. (alloy). **Length:** NA.
**Stock:** Standard—fancy Claro walnut, two-piece, with Monte Carlo comb, palm swell grip, semi-schnabel forend tip; Super Grade has extra-fancy Claro walnut with rosewood grip cap, forend tip, high-gloss epoxy finish. French walnut Eurostock available (oil finish).
**Sights:** Optional; drilled and tapped for scope mounting.
**Features:** Modular receiver accepts interchangeable barrels. Steel or alloy receiver; right- or left-hand bolt; tang safety; fully adjustable trigger; cocking indicator; detachable magazine. Introduced 1994. Imported from Germany by Paul Co.
**Price:** Standard . . . . . **$899.00**
**Price:** Magnum . . . . . **$949.00**
**Price:** Super Grade Standard . . . . . **$1,025.00**
**Price:** Super Grade Magnum . . . . . **$1,060.00**
**Price:** 375 H&H Magnum . . . . . **$1,075.00**
**Price:** 375 H&H Magnum Super Grade . . . . . **$1,185.00**
**Price:** Extra barrel, standard calibers . . . . . **$240.00**
**Price:** Extra barrel, magnum calibers . . . . . **$250.00**
**Price:** 22 LR conversion unit . . . . . **$585.00**

### SAVAGE MODEL 110FP TACTICAL RIFLE

**Caliber:** 223, 308, 4-shot magazine.
**Barrel:** 24", heavy; recessed target muzzle.
**Weight:** 8½ lbs. **Length:** 45.5" overall.
**Stock:** Black graphite/fiberglass composition; positive checkering.
**Sights:** None furnished. Receiver drilled and tapped for scope mounting.
**Features:** Black matte finish on all metal parts. Double swivel studs on the forend for sling and/or bipod mount. Introduced 1990. From Savage Arms.
**Price:** . . . . . **$409.00**

### SAVAGE MODEL 110CY LADIES/YOUTH RIFLE

**Caliber:** 223, 243, 270, 300 Sav., 308, 5-shot magazine.
**Barrel:** 22".
**Weight:** About 6.5 lbs. **Length:** 42.5" overall.
**Stock:** Walnut-stained hardwood with high comb, cut checkering.
**Sights:** Ramp front, fully adjustable rear.
**Features:** Length of pull is 12.5", with red rubber buttpad. Drilled and tapped for scope mounting. Uses standard Model 110 barreled action. Introduced 1991. Made in U.S. by Savage Arms, Inc.
**Price:** . . . . . **$362.00**

### SAVAGE MODEL 110GXP3, 110GCXP3 PACKAGE GUNS

**Caliber:** 223, 22-250, 243, 250 Savage, 25-06, 270, 300 Sav., 30-06, 308, 7mm Rem. Mag., 7mm-08, 300 Win. Mag. (Model 110GXP3); 270, 30-06, 7mm Rem. Mag., 300 Win. Mag. (Model 110GCXP3).
**Barrel:** 22" (standard calibers), 24" (magnum calibers).
**Weight:** 7.25-7.5 lbs. **Length:** 43.5" overall (22" barrel).
**Stock:** Monte Carlo-style hardwood with walnut finish, rubber buttpad, swivel studs.
**Sights:** None furnished.
**Features:** Model 110GXP3 has fixed, top-loading magazine, Model 110GCXP3 has detachable box magazine. Rifles come with a factory-mounted and bore-sighted 3-9x32 scope, rings and bases, quick-detachable swivels, sling. Left-hand models available in all calibers. Introduced 1991 (GXP3); 1994 (GCXP3). Made in U.S. by Savage Arms, Inc.
**Price:** Model 110GXP3, right- or left-hand . . . . . **$418.00**
**Price:** Model 110GCXP3, right- or left-hand . . . . . **$480.00**

# CENTERFIRE RIFLES—BOLT ACTION

Savage Model 111FCXP3

**Savage Model 111FXP3, 111FCXP3 Package Guns**
Similar to the Model 110 Series Package Guns except with lightweight, black graphite/fiberglass composite stock with non-glare finish, positive checkering. Same calibers as Model 110 rifles, plus 338 Win. Mag. Model 111FXP3 has fixed top-loading magazine; Model 111FCXP3 has detachable box. Both come with mounted 3-9x32 scope, quick-detachable swivels, sling. Introduced 1994. Made in U.S. by Savage Arms, Inc.
**Price:** Model 111FXP3, right- or left-hand . . . . . . . . . . . . . . . **$447.00**
**Price:** Model 111FCXP3, right- or left-hand . . . . . . . . . . . . . **$488.00**

Savage Model 111G

**SAVAGE MODEL 111 CLASSIC HUNTER RIFLES**
**Caliber:** 223, 22-250, 243, 250 Sav., 25-06, 270, 300 Sav., 30-06, 308, 7mm Rem. Mag., 7mm-08, 300 Win. Mag., 338 Win. Mag. (Models 111G, GL, GNS, F, FL, FNS); 270, 30-06, 7mm Rem. Mag., 300 Win. Mag. (Models 111GC, GLC, FC, FLC).
**Barrel:** 22", 24" (magnum calibers).
**Weight:** 6.3 to 7 lbs. **Length:** 43.5" overall (22" barrel).
**Stock:** Walnut-finished hardwood (M111G, GC); graphite/fiberglass filled composite.
**Sights:** Ramp front, open fully adjustable rear; drilled and tapped for scope mounting.
**Features:** Three-position top tang safety, double front locking lugs, free-floated button-rifled barrel. Comes with trigger lock, target, ear puffs. Introduced 1994. Made in U.S. by Savage Arms, Inc.
**Price:** Model 111FC (detachable magazine, composite stock, right- or left-hand) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$418.00**
**Price:** Model 111F (top-loading magazine, composite stock, right- or left-hand) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$376.00**
**Price:** Model 111FNS (as above, no sights, right-hand only) . . . . . **$372.00**
**Price:** Model 111G (wood stock, top-loading magazine, right- or left-hand) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$362.00**
**Price:** Model 111GC (as above, detachable magazine) . . . . . . . **$407.00**
**Price:** Model 111GNS (wood stock, top-loading magzine, no sights, right-hand only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$353.00**

**SAVAGE MODEL 112 VARMINT RIFLES**
**Caliber:** 220 Swift (single shot), 22-250, 223, 5-shot magazine.
**Barrel:** 26" heavy.
**Weight:** 8.8 lbs. **Length:** 47.5" overall.
**Stock:** Black graphite/fiberglass filled composite with positive checkering.
**Sights:** None furnished; drilled and tapped for scope mounting.
**Features:** Blued barrel with recessed target-style muzzle. Double front swivel studs for attaching bipod. Introduced 1991. Made in U.S. by Savage Arms, Inc.
**Price:** Model 112FV . . . . . . . . . . . . . . . . . . . . . . . . **$392.00**
**Price:** Model 112FVSS (stainless barrel, bolt handle, trigger guard) . **$495.00**
**Price:** Model 112FVSS-S (as above, single shot) . . . . . . . . . . **$495.00**
**Price:** Model 112BVSS (heavy-prone laminated stock with high comb, Wundhammer swell, stainless barrel, bolt handle, trigger guard) . . . . **$509.00**
**Price:** Model 112BVSS-S (as above, single shot) . . . . . . . . . . **$509.00**

Savage Model 114CU

**SAVAGE MODEL 114CU CLASSIC ULTRA RIFLE**
**Caliber:** 270, 30-06, 7mm Rem. Mag., 300 Win. Mag.
**Barrel:** 22", 24" (magnum calibers).
**Weight:** 7.1 lbs. **Length:** 43.5" overall (22" barrel).
**Stock:** Select grade walnut with oil finish; red rubber buttpad.
**Sights:** Ramp front, open fully adjustable rear; drilled and tapped for scope mounting.
**Features:** Barrel, receiver and bolt handle have high-lustre blue finish, bolt body has laser-etched Savage logo. Detachable box magazine. Introduced 1991. Made in U.S. by Savage Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$501.00**

Savage Model 116FCSAK

**SAVAGE MODEL 116 WEATHER WARRIORS**
**Caliber:** 223, 243, 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. (Model 116FSS); 270, 30-06, 7mm Rem. Mag., 300 Win. Mag. (Models 116FCSAK, 116FCS); 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. (Models 116FSAK, 116FSK).
**Barrel:** 22", 24" for 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. (M116FSS only).
**Weight:** 6.25 to 6.5 lbs. **Length:** 43.5" overall (22" barrel).
**Stock:** Graphite/fiberglass filled composite.
**Sights:** None furnished; drilled and tapped for scope mounting.
**Features:** Stainless steel with matte finish; free-floated barrel; quick-detachable swivel studs; laser-etched bolt; scope bases and rings. Left-hand models available in all models, calibers at same price. Models 116FCS, 116FSS introduced 1991; Model 116FSK introduced 1993; Model 116FCSAK, 116FSAK introduced 1994. Made in U.S. by Savage Arms, Inc.
**Price:** Model 116FSS (top-loading magazine) . . . . . . . . . . . . **$489.00**
**Price:** Model 116FCS (detachable box magazine) . . . . . . . . . . **$552.00**
**Price:** Model 116FCSAK (as above with Savage Adjustable Muzzle Brake system) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$644.00**
**Price:** Model 116FSAK (top-loading magazine, Savage Adjustable Muzzle Brake system) . . . . . . . . . . . . . . . . . . . . . . . . . . . **$581.00**
**Price:** Model 116FSK Kodiak (as above with 22" Shock -Suppressor barrel) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$552.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Savage Model 116SE

**SAVAGE MODEL 116SE SAFARI EXPRESS RIFLE**
**Caliber:** 300 Win. Mag., 338 Win. Mag., 458 Win. Mag.
**Barrel:** 24".
**Weight:** 8.5 lbs. **Length:** 45.5" overall.
**Stock:** Classic-style select walnut with ebony forend tip, deluxe cut checkering. Two cross bolts; internally vented recoil pad.
**Sights:** Bead on ramp front, three-leaf express rear.
**Features:** Controlled-round feed design; adjustable muzzle brake; one-piece barrel band stud. Satin-finished stainless steel barreled action. Introduced 1994. Made in U.S. by Savage Arms, Inc.
**Price:** . . . . . $893.00

Steyr Sporter Model M

**STEYR-MANNLICHER SPORTER MODELS SL, L, M, S, S/T**
**Caliber:** 222 Rem., 222 Rem. Mag., 223 Rem., 5.6x50 Mag. (Model SL); 5.6x57, 243, 308 (Model L); 6.5x57, 270, 7x64, 30-06, 9.3x62, 7.5 Swiss, 7x57, 8x57 JS (Model M); 6.5x68, 7mm Rem. Mag., 300 Win. Mag., 8x68S, 9.3x64, 375 H&H, 458 Win. Mag. (Model S).
**Barrel:** 20" (full-stock), 23.6" (half-stock), 26" (magnums).
**Weight:** 6.8 to 7.5 lbs. **Length:** 39" (full-stock), 43" (half-stock).
**Stock:** Hand-checkered European walnut. Full Mannlicher or standard half-stock with Monte Carlo comb and rubber recoil pad.
**Sights:** Ramp front, open adjustable rear.
**Features:** Choice of single- or double-set triggers. Detachable 5-shot rotary magazine. Drilled and tapped for scope mounting. Model M actions available in left-hand models; S (magnum) actions available in half-stock only. Imported by GSI, Inc.
**Price:** Models SL, L, M, half-stock . . . . . $2,023.00
**Price:** As above, full-stock, 20" barrel . . . . . $2,179.00
**Price:** Models SL, L Varmint, 26" heavy barrel . . . . . $2,179.00
**Price:** Model M left-hand, half-stock (270, 30-06, 7x64) . . . . . $2,179.00
**Price:** As above, full-stock (270, 7x57, 7x64, 30-06) . . . . . $2,335.00
**Price:** Model S Magnum . . . . . $2,179.00
**Price:** Model S/T, 26" heavy barrel (375 H&H, 9.3x64, 458 Win. Mag.) . . . . . $2,335.00

Steyr Luxus

**Steyr-Mannlicher MIII Professional Rifle**
Similar to the Sporter series except has black ABS Cycolac half-stock, 23.6" barrel, no sights. Available in 270, 30-06, 7x64, Single trigger or optional double-set. Weighs about 7 lbs., 5 oz. Introduced 1994. Imported by GSI, Inc.
**Price:** . . . . . $995.00
**Price:** With stipple-checkered walnut stock . . . . . $1,125.00

**Steyr-Mannlicher Luxus Model L, M, S**
Similar to the Sporter series except has single set trigger, detachable steel 3-shot, in-line magazine, rear tang slide safety. Calibers: 5.6x57, 243, 308 (Model L); 6.5x57, 270, 7x64, 30-06, 9.3x62, 7.5 Swiss (Model M); 6.5x68, 7mm Rem. Mag., 300 Win. Mag., 8x68S (Model S). S (magnum) calibers available in half-stock only. Imported by GSI, Inc.
**Price:** Model L, M, half-stock . . . . . $2,648.00
**Price:** As above, full-stock . . . . . $2,804.00
**Price:** Model S (magnum) . . . . . $2,804.00

Tikka Premium Grade

**Tikka Premium Grade Rifles**
Similar to the standard grade Tikka except has stock with roll-over cheekpiece, select walnut, rosewood grip and forend caps. Hand-checkered grip and forend. Highly polished and blued barrel. Introduced 1990. Imported from Finland by Stoeger.
**Price:** Standard calibers . . . . . $825.00
**Price:** Magnum calibers . . . . . $850.00

**Tikka Varmint/Continental Rifle**
Similar to the standard Tikka rifle except has heavy barrel, extra-wide forend. Chambered for 22-250, 223, 243, 308. Introduced 1991. Made in Finland by Sako. Imported by Stoeger.
**Price:** . . . . . $935.00

**Tikka Whitetail/Battue Rifle**
Similar to the standard Tikka rifle except has 20½" barrel with raised quarter-rib with wide V-shaped sight for rapid sighting. Chambered for 308, 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. Made in Finland by Sako. Introduced 1991. Imported by Stoeger.
**Price:** 308, 270, 30-06 . . . . . $715.00
**Price:** 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. . . . . . $740.00

**TIKKA BOLT-ACTION RIFLE**
**Caliber:** 22-250, 223, 243, 270, 308, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag.
**Barrel:** 22½" (std. cals.), 24½" (magnum cals.).
**Weight:** 7⅛ lbs. **Length:** 43" overall (std. cals.).
**Stock:** European walnut with Monte Carlo comb, rubber buttpad, checkered grip and forend.
**Sights:** None furnished.
**Features:** Detachable four-shot magazine (standard calibers), three-shot in magnums. Receiver dovetailed for scope mounting. Introduced 1988. Imported from Finland by Stoeger Industries.
**Price:** Standard calibers . . . . . $675.00
**Price:** Magnum calibers . . . . . $700.00

**ULTIMATE ACCURACY MODEL 5100A1 LONG-RANGE RIFLE**
**Caliber:** 50 BMG.
**Barrel:** 29", fully fluted, free-floating.
**Weight:** 36 lbs. **Length:** 51.5" overall.
**Stocks:** Composition. Adjustable drop and comb.
**Sights:** None furnished. Optional Leupold Ultra M1 16x scope.
**Features:** Bolt-action long-range rifle. Adjustable trigger. Rifle breaks down for transport, storage. From Ultimate Accuracy.
**Price:** . . . . . $3,250.00
**Price:** M5100A1 Improved Model (receiver drilled and tapped for scope mount, manual safety, one-piece muzzle brake) . . . . . $3,750.00

## CENTERFIRE RIFLES—BOLT ACTION

Ultra Light Model 20

**ULTRA LIGHT ARMS MODEL 20 RIFLE**
**Caliber:** 17 Rem., 22 Hornet, 222 Rem., 223 Rem. (Model 20S); 22-250, 6mm Rem., 243, 257 Roberts, 7x57, 7x57 Ackley, 7mm-08, 284 Win., 308 Savage. Improved and other calibers on request.
**Barrel:** 22" Douglas Premium No. 1 contour.
**Weight:** 4½ lbs. **Length:** 41½" overall.
**Stock:** Composite Kevlar, graphite reinforced. Du Pont imron paint colors—green, black, brown and camo options. Choice of length of pull.
**Sights:** None furnished. Scope mount included.
**Features:** Timney adjustable trigger; two-position three-function safety. Benchrest quality action. Matte or bright stock and metal finish. 3" magazine length. Shipped in a hard case. From Ultra Light Arms, Inc.
**Price:** Right-hand . . . . . . . . . . $2,400.00
**Price:** Model 20 Left Hand (left-hand action and stock) . . . . . . $2,500.00
**Price:** Model 24 (25-06, 270, 280 Rem., 30-06, 3⅜" magazine length) . . . . . . $2,500.00
**Price:** Model 24 Left Hand (left-hand action and stock) . . . . . . $2,600.00

**Ultra Light Arms Model 28, Model 40 Rifles**
Similar to the Model 20 except in 264, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. (Model 28), 300 Wea. Mag., 416 Rigby (Model 40). Both use 24" Douglas Premium No. 2 contour barrel. Weight 5½ lbs., 45" overall length. KDF or ULA recoil arrestor built in. Any custom feature available on any ULA product can be incorporated.
**Price:** Right-hand, Model 28 or 40 . . . . . . . . . . $2,900.00
**Price:** Left-hand, Model 28 or 40 . . . . . . . . . . $3,000.00

Voere VEC 91

**VOERE VEC 91 LIGHTNING BOLT-ACTION RIFLE**
**Caliber:** 5.7x26mm UCC (223-cal.) caseless, 5-shot magazine.
**Barrel:** 20".
**Weight:** 6 lbs. **Length:** 39'Overall.
**Stock:** European walnut with cheekpiece, checkered grip and schnabel forend.
**Sights:** Blade on ramp front, open adjustable rear.
**Features:** Fires caseless ammunition via electric ignition; two batteries housed in the pistol grip last for about 5000 shot. Trigger is adjustable from 5 oz. to 7 lbs. Bolt action has twin forward locking lugs. Top tang safety. Drilled and tapped for scope mounting. Ammunition available from importer. Introduced 1991. Imported from Austria by JagerSport, Ltd.
**Price:** About . . . . . . . . . . $2,730.00

**VOERE MODEL 2165 BOLT-ACTION RIFLE**
**Caliber:** 22-250, 243, 270, 7x57, 7x64, 308, 30-06 (standard), 7mm Rem. Mag., 300 Win. Mag., 9,3x64; 5-shot magazine for standard calibers, 3-shot for magnums.
**Barrel:** 22" (standard calibers), 24" (magnums).
**Weight:** 7-7½ lbs. **Length:** 44½" overall (22" barrel).
**Stock:** European walnut with Bavarian cheekpiece; schnabel forend tip; rosewood grip cap.
**Sights:** Ramp front, open adjustable rear.
**Features:** Built on Mauser 98-type action; tang safety; detachable box magazine. Comes with extra magazine. Imported from Austria by JagerSport, Ltd.
**Price:** Standard calibers, about . . . . . . . . . . $1,425.00
**Price:** Magnum calibers (Model 2165M), about . . . . . . . . . . $1,495.00

**Voere Model 2155 Bolt-Action Rifle**
Has conventional non-removable magazine, comes without sights (drilled and tapped); 22" barrel in standard calibers, 24" magnums. Imported from Austria by JagerSport, Ltd.
**Price:** Standard calibers—243, 270, 30-06, about . . . . . . . . . . $910.00

**Weatherby Mark V Crown Custom Rifles**
Uses hand-honed, engraved Mark V barreled action with fully-checkered bolt knob, damascened bolt and follower. Floorplate is engraved "Weatherby Custom." Super fancy walnut stock with inlays and stock carving. Gold monogram with name or initials. Right-hand only. Available in 240, 257, 270, 7mm, 300 Wea. Mag. or 30-06. Introduced 1989.
**Price:** From . . . . . . . . . . $4,933.00
**Price:** For 340 Wea. Mag., add . . . . . . . . . . $20.00

**Voere Model 2150 Bolt-Action Rifle**
Uses K-98 Mauser action with hinged floorplate; adjustable open rear sight, ramp front. Deluxe walnut stock with hand-rubbed oil finish, hand-checkered grip and forend; barrel-mounted front sling swivel. Standard calibers with 22" barrel, magnums have 24". Calibers 22-250, 243, 270, 7x57, 7x64, 308, 30-06 (standard); 7mm Rem. Mag., 300 Win. Mag., 9.3x64, 338 Win. Mag. (magnum). Available in 375 H&H, 458 Win. Mag. on special order. Imported from Austria by JagerSport, Ltd.
**Price:** Model 2150 (standard calibers) . . . . . . . . . . $1,795.00
**Price:** Model 2150M (magnum calibers) . . . . . . . . . . $1,845.00

Weatherby Mark V

**WEATHERBY MARK V DELUXE BOLT-ACTION RIFLE**
**Caliber:** All Weatherby cals., plus 22-250, 270, 30-06, 7mm Rem. Mag., 375 H&H, 460 Wea. Mag.
**Barrel:** 24" or 26" round tapered.
**Weight:** 6½-10½ lbs. **Length:** 43¼"-46½" overall.
**Stock:** Walnut, Monte Carlo with cheekpiece, high luster finish, checkered p.g. and forend, recoil pad.
**Sights:** Optional (extra).
**Features:** Cocking indicator, adjustable trigger, hinged floorplate, thumb safety, quick detachable sling swivels.
**Price:** 22-250, 26" . . . . . . . . . . $1,245.00
**Price:** 240, 257, 270, 7mm, 300 Wea. Mag., 30-06, right-hand, left-hand available, 24" . . . . . . . . . . $1,275.00
**Price:** 240, 257, 270, 7mm Wea. Mag., 30-06, right-hand, 26" . . . $1,289.00
**Price:** 300 Wea. Mag., left-hand available, 340 Wea. Mag., right-hand, 26" . . . . . . . . . . $1,322.00
**Price:** 378 Wea. Mag., right-hand, 26" . . . . . . . . . . $1,358.00
**Price:** 416 Wea. Mag., right-hand, 26" . . . . . . . . . . $1,401.00
**Price:** 460 Wea. Mag., right-hand, 26", left-hand, 24" . . . . . . . $1,727.00

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

CENTERFIRE RIFLES—BOLT ACTION

Weatherby Mark V Sporter

**Weatherby Lazermark V Rifle**

Same as standard Mark V except stock has extensive laser carving under cheekpiece on butt, p.g. and forend. Introduced 1981.

**Price:** 240, 257, 270, right-hand, 7mm, 300 Wea. Mag., right- or left-hand, 24" . . . . **$1,395.00**
**Price:** 240, 257, 270, 7mm Wea. Mag., 30-06, right-hand, 26" . . **$1,409.00**
**Price:** 300 Wea. Mag., 340 Wea. Mag., right- or left-hand, 26" . . **$1,445.00**
**Price:** 378 Wea. Mag., right-hand, 26" . . . . **$1,486.00**
**Price:** 416 Wea. Mag., right-hand, 26" . . . . **$1,533.00**
**Price:** 460 Wea. Mag., right-hand, 26" . . . . **$1,899.00**

**Weatherby Mark V Custom Bolt-Action Rifle**

Similar to the Mark V Deluxe except has super-fancy walnut stock with buttstock inlay, two forend inlays, gold monogram inlay engraved with name or initials, and stock carving with stained background. Fully checkered bolt knob, damascened bolt and follower, hand-honed action, floorplate engraved "Weatherby Custom."

**Price:** 240, 257, 270, 7mm, 300 Wea. Mags., 30-06, right-hand, 24" **$3,533.00**
**Price:** For 340 Wea. Mag., 26", add . . . . **$20.00**

**Weatherby Weathermark Rifle**

Similar to the Mark V rifle except has impregnated-color black composite stock with raised point checkering. Uses the Mark V action. Weighs 7.5 lbs. Right-hand only. Introduced 1992.

**Price:** 257, 270, 7mm, 300 Wea. Mag., 7mm Rem. Mag., 300 Win. Mag., 300 Win. Mag., right-hand, 24" . . . . **$675.00**
**Price:** 257, 270, 7mm Wea. Mag., right-hand, 26" . . . . **$705.00**
**Price:** 375 H&H, right-hand, 24" . . . . **$802.00**
**Price:** 270 Win., 30-06, right-hand, 22" . . . . **$675.00**
**Price:** 300, 340 Wea. Mag., right-hand, 26" . . . . **$705.00**

**WICHITA VARMINT RIFLE**

**Caliber:** 222 Rem., 222 Rem. Mag., 223 Rem., 22 PPC, 6mm PPC, 22-250, 243, 6mm Rem., 308 Win.; other calibers on special order.
**Barrel:** 20⅛".
**Weight:** 9 lbs. **Length:** 40⅛" overall.
**Stock:** AAA Fancy American walnut. Hand-rubbed finish, hand checkered, 20 lpi pattern. Hand-inletted, glass bedded, steel grip cap. Pachmayr rubber recoil pad.
**Sights:** None. Drilled and tapped for scope mounts.
**Features:** Right- or left-hand Wichita action with three locking lugs. Available as a single shot only. Checkered bolt handle. Bolt is hand fitted, lapped and jeweled. Side thumb safety. Firing pin fall is $\frac{3}{16}$". Non-glare blue finish. From Wichita Arms.
**Price:** Single shot . . . . **$2,275.00**

**Weatherby Mark V Sporter Rifle**

Same as the Mark V Deluxe without the embellishments. Metal has low-luster blue, Stock is Claro walnut with high-gloss epoxy finish, Monte Carlo comb, recoil pad. Introduced 1993.

**Price:** 257 270, 7mm, 300 Wea. Mag., 7mm Rem. Mag., 300, 338 Win. Mag., right-hand, 24" . . . . **$799.00**
**Price:** 375 H&H, right-hand, 24" . . . . **$909.00**
**Price:** 270 Win., 30-06, right-hand, 22" . . . . **$799.00**
**Price:** 300, 340 Wea. Mag., right-hand, 26" . . . . **$852.00**

**Weatherby Mark V Safari Grade Custom Rifles**

Uses the Mark V barreled action. Stock is of European walnut with satin oil finish, rounded ebony tip and cap, black presentation recoil pad, no white spacers, and pattern #16 fine-line checkering. Matte finish bluing, floorplate is engraved "Weatherby Safari Grade"; 24" barrel. Standard rear stock swivel, barrel band front swivel. Has quarter-rib rear sight with a stationary leaf and one folding shallow V leaf. Front sight is a hooded ramp with brass bead. Right- or left-hand. Allow 8-10 months delivery. Introduced 1985.

**Price:** 300 W.M. . . . . **$3,301.00**
**Price:** 340 W.M. . . . . **$3,321.00**
**Price:** 378 W.M. . . . . **$3,481.00**
**Price:** 416 W.M. . . . . **$3,534.00**
**Price:** 460 W.M. . . . . **$3,574.00**

**Weatherby Weathermark Alaskan Rifle**

Same as the Weathermark except all metal plated with electroless nickel. Available in right-hand only. Introduced 1992.

**Price:** 257, 270, 7mm, 300 Wea. Mag., 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag.,right-hand, 24" . . . . **$875.00**
**Price:** 257, 270, 7mm Wea. Mag., right-hand, 26" . . . . **$912.00**
**Price:** 375 H&H, right-hand, 24" . . . . **$1,039.00**
**Price:** 270 Win., 30-06, right-hand, 22" . . . . **$875.00**
**Price:** 300, 340 Wea. Mag., right-hand, 26" . . . . **$912.00**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**WICHITA CLASSIC RIFLE**

**Caliber:** 17-222, 17-222 Mag., 222 Rem., 222 Rem. Mag., 223 Rem., 6x47; other calibers on special order.
**Barrel:** 21⅛".
**Weight:** 8 lbs. **Length:** 41" overall.
**Stock:** AAA Fancy American walnut. Hand-rubbed and checkered (20 lpi). Hand-inletted, glass bedded, steel grip cap. Pachmayr rubber recoil pad.
**Sights:** None. Drilled and tapped for scope mounting.
**Features:** Available as single shot only. Octagonal barrel and Wichita action, right- or left-hand. Checkered bolt handle. Bolt is hand-fitted, lapped and jeweled. Adjustable trigger is set at 2 lbs. Side thumb safety. Firing pin fall is $\frac{3}{16}$". Non-glare blue finish. From Wichita Arms.
**Price:** Single shot . . . . **$2,975.00**

Winchester Model 70 Sporter

**WINCHESTER MODEL 70 SPORTER**

**Caliber:** 25-06, 270 Win., 270 Wea., 30-06, 264 Win. Mag., 7mm Rem. Mag., 300 Win. Mag., 300 Wea. Mag., 338 Win. Mag., 3-shot magazine.
**Barrel:** 24".
**Weight:** 7¾ lbs. **Length:** 44½" overall.
**Stock:** American walnut with Monte Carlo cheekpiece. Cut checkering and satin finish.
**Sights:** Optional hooded ramp front, adjustable folding leaf rear. Drilled and tapped for scope mounting.
**Features:** Three-position safety, stainless steel magazine follower; rubber buttpad; epoxy bedded receiver recoil lug. From U.S. Repeating Arms Co.
**Price:** With sights . . . . **$590.00**
**Price:** Without sights . . . . **$556.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 353

Compendium_Klarevas
Page 518

**WINCHESTER MODEL 70 CLASSIC SUPER EXPRESS MAGNUM**
**Caliber:** 375 H&H Mag., 416 Rem. Mag., 458 Win. Mag., 3-shot magazine.
**Barrel:** 24" (375); 22" (458).
**Weight:** 8½ lbs.
**Stock:** American walnut with Monte Carlo cheekpiece. Wraparound checkering and finish.
**Sights:** Hooded ramp front, open rear.
**Features:** Controlled round feeding. Two steel cross bolts in stock for added strength. Front sling swivel stud mounted on barrel. Contoured rubber buttpad. From U.S. Repeating Arms Co.
**Price:** . . . . . . . . . . **$816.00**

**WINCHESTER MODEL 70 CLASSIC CUSTOM SHARPSHOOTER**
**Caliber:** 223, 22-250, 308 Win., 300 Win. Mag.
**Barrel:** 24" (308), 26" (223, 22-250, 300 Win. Mag.).
**Weight:** 11 lbs. **Length:** 44.5" overall (24" barrel).
**Stock:** McMillan A-2 target style; glass bedded; recoil pad, swivel studs.
**Sights:** None furnished; comes with bases and rings.
**Features:** Hand-honed and fitted action, Schneider barrel. Matte blue finish. Introduced 1992. From U.S. Repeating Arms Co.
**Price:** . . . . . . . . . . **$1,747.00**
**Price:** With standard push-feed action, 220 Swift . . . . . . . . . . **$1,711.00**

**WINCHESTER MODEL 70 CLASSIC SUPER GRADE**
**Caliber:** 270, 30-06, 5-shot magazine; 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 3-shot magazine.
**Barrel:** 24".
**Weight:** About 7¾ lbs. **Length:** 44½" overall.
**Stock:** Walnut with straight comb, sculptured cheekpiece, wraparound cut checkering, tapered forend, solid rubber buttpad.
**Sights:** None furnished; comes with scope bases and rings.
**Features:** Controlled round feeding with stainless steel claw extractor, bolt guide rail, three-position safety; all steel bottom metal, hinged floorplate, stainless magazine follower. Introduced 1994. From U.S. Repeating Arms Co.
**Price:** . . . . . . . . . . **$792.00**

**Winchester Model 70 Classic Custom Sporting Sharpshooter**
Similar to the Custom Sharpshooter except has pre-64-style action with controlled round feed, McMillan sporter-style, gray-finished composite stock, stainless steel Schneider barrel with natural matte finish, blued receiver. Available in 270, (24"), 7mm STW and 300 Win. Mag. (26"). Comes with rings and bases. Introduced 1994.
**Price:** . . . . . . . . . . **$1,685.00**
**Price:** 220 Swift . . . . . . . . . . **$1,654.00**
**Price:** With standard push-feed action, 220 Swift . . . . . . . . . . **$1,654.00**

Winchester Model 70 Classic SM

**Winchester Model 70 Classic SM**
Same as the Model 70 Sporter except has pre-64 controlled feed action, black composite, graphite-impregnated stock and matte-finished metal. Available in 270, 308, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 375 H&H. Weighs about 7.8 lbs. Introduced 1994.
**Price:** . . . . . . . . . . **$585.00**
**Price:** 375 H&H, with sights . . . . . . . . . . **$634.00**

**Winchester Model 70 DBM Rifle**
Same as the Model 70 Sporter except has detachable box magazine. Available in 243, 270, 30-06, 7mm Rem. Mag., 300 Win. Mag. with 24" barrel. Introduced 1992.
**Price:** With sights . . . . . . . . . . **$634.00**
**Price:** Model 70 Classic DBM without sights (as above except has pre-64-style action with controlled round feed, same calibers as above, but also 22-250, 284 Win., 308; introduced 1994) . . . . . . . . . . **$619.00**
**Price:** As above, with sights . . . . . . . . . . **$671.00**

**Winchester Model 70 Classic DBM-S Rifle**
Same as the Model 70 DBM except has pre-64-type controlled round action, fiberglass/graphite composite stock. Available in 270, 30-06, 7mm Rem. Mag., 300 Win. Mag. Detachable box magazine, 24" barrel. Introduced 1994.
**Price:** . . . . . . . . . . **$619.00**

**Winchester Model 70 Classic Sporter**
Similar to the Model 70 Sporter except uses pre-64-type action with controlled round feeding. Has classic-style stock with straight comb. Introduced 1994. From U.S. Repeating Arms Co.
**Price:** Without sights . . . . . . . . . . **$577.00**
**Price:** With sights . . . . . . . . . . **$613.00**

**Winchester Model 70 Stainless Rifle**
Same as the Model 70 Sporter except has stainless steel barrel and action with matte gray finish, black composite stock impregnated with fiberglass and graphite, contoured rubber recoil pad. Available in 270, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag. (24" barrel), 3- or 5-shot magazine. Weighs 6.75 lbs. Introduced 1992.
**Price:** . . . . . . . . . . **$616.00**
**Price:** Model 70 Classic Stainless (as above except has pre-64-style action with controlled round feeding; introduced 1994) . . . . . . . . . . **$634.00**

Winchester Model 70 Heavy Varmint

**Winchester Model 70 Synthetic Heavy Varmint Rifle**
Similar to the Model 70 Varmint except has fiberglass/graphite stock, 26" heavy stainless steel barrel, blued receiver. Weighs about 10¾ lbs. Available in 220 Swift, 223, 22-250, 243, 308. Uses full-length Pillar Plus Accu Block bedding system. Introduced 1993.
**Price:** . . . . . . . . . . **$720.00**

**Winchester Model 70 Heavy Varmint**
Similar to the Model 70 Sporter except has heavy 26" stainless barrel with counter-bored muzzle. Available in 220 Swift, 22-250, 223, 243 and 308. Receiver bedded in special stock with full-length Pillar Plus Accu Block; beavertail forend. Has rubber buttpad. Receiver drilled and tapped for scope mounting. Weight about 10¾ lbs., overall length 46". Introduced 1989.
**Price:** . . . . . . . . . . **$720.00**

Winchester Model 70 Featherweight Classic

**Winchester Model 70 Featherweight Classic**
Same as the Model 70 Featherweight except has claw controlled-round feeding system; action is bedded in a standard-grade walnut stock. Available in 223, 22-250, 243, 308, 7mm-08. Drilled and tapped for scope mounts. Weighs 7.25 lbs. Introduced 1992.
**Price:** . . . . . . . . . . **$585.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## CENTERFIRE RIFLES—BOLT ACTION

Winchester Model 70 Featherweight

**WINCHESTER MODEL 70 LIGHTWEIGHT RIFLE**
**Caliber:** 270, 280, 30-06 (standard action); 22-250, 223, 243, 308 (short action), both 5-shot magazine, except 6-shot in 223.
**Barrel:** 22".
**Weight:** 6¼ lbs. **Length:** 40½" overall (std.), 40" (short).
**Stock:** American walnut with satin finish, deep-cut checkering.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Three position safety; stainless steel magazine follower; hinged floorplate; sling swivel studs. Introduced 1984.
**Price:** Walnut . . . . . . . . . . . . . . . . . . . . . . . . . . . **$498.00**

**Winchester Model 70 Featherweight**
Available with standard action in 270 Win., 280 Rem., 30-06, 7mm Rem. Mag., 300 Win. Mag., short action in 22-250, 223, 243, 6.5x55, 7mm-08, 308; 22" tapered. Featherweight barrel; classic-style American walnut stock with Schnabel forend, wraparound checkering fashioned after early Model 70 custom rifle patterns. Red rubber buttpad, sling swivel studs. Weighs 6¾ lbs. (standard action), 6½ lbs. (short action). Introduced 1984.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$562.00**

**Winchester Ranger Rifle**
Similar to Model 70 Lightweight except chambered only for 223, 243, 270, 30-06, with 22" barrel. American hardwood stock, no checkering, composition butt-plate. Metal has matte blue finish. Introduced 1985.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$455.00**
**Price:** Ranger Ladies/Youth, 243, 308 only, scaled-down stock . . . **$455.00**

## CENTERFIRE RIFLES—SINGLE SHOT

Classic and modern designs for sporting and competitive use.

Armsport 1866 Sharps

**ARMSPORT 1866 SHARPS RIFLE, CARBINE**
Caliber: 45-70.
**Barrel:** 28", round or octagonal.
**Weight:** 8.10 lbs. **Length:** 46" overall.
**Stock:** Walnut.
**Sights:** Blade front, folding adjustable rear. Tang sight set optionally available.
**Features:** Replica of the 1866 Sharps. Color case-hardened frame, rest blued. Imported by Armsport.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$860.00**
**Price:** With octagonal barrel . . . . . . . . . . . . . . . . . . . . **$880.00**
**Price:** Carbine, 22" round barrel . . . . . . . . . . . . . . . . . . **$830.00**

Brown Model One

**BROWN MODEL ONE SINGLE SHOT RIFLE**
**Caliber:** 22 LR, 357 Mag., 44 Mag., 7-30 Waters, 30-30 Win., 375 Win., 45-70; custom chamberings from 17 Rem. through 45-caliber available.
**Barrel:** 22" or custom, bull or tapered.
**Weight:** 6 lbs. **Length:** NA.
**Stock:** Smooth walnut; custom takedown design by Woodsmith. Palm swell for right- or left-hand; rubber butt pad.
**Sights:** Optional. Drilled and tapped for scope mounting.
**Features:** Rigid barrel/receiver; falling block action with short lock time, automatic case ejection; air-gauged barrels by Wilson and Douglas. Muzzle has 11-degree target crown. Matte black oxide finish standard, polished and electroless nickel optional. Introduced 1988. Made in U.S. by E.A. Brown Mfg.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$750.00**

Browning Model 1885

**BROWNING MODEL 1885 SINGLE SHOT RIFLE**
**Caliber:** 223, 22-250, 30-06, 270, 7mm Rem. Mag., 45-70.
**Barrel:** 28".
**Weight:** About 8½ lbs. **Length:** 43½" overall.
**Stock:** Walnut with straight grip, schnabel forend.
**Sights:** None furnished; drilled and tapped for scope mounting.
**Features:** Replica of J.M. Browning's high-wall falling block rifle. Octagon barrel with recessed muzzle. Imported from Japan by Browning. Introduced 1985.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$853.95**

**CUMBERLAND MOUNTAIN ELK RIVER RIFLE**
**Caliber:** 22 through 300 Win. Mag.; 32-40, 40-65, 45-70.
**Barrel:** 24", 26", 28", round or octagon.
**Weight:** 6.25 lbs. **Length:** 44" overall (28" barrel).
**Stock:** American walnut.
**Sights:** Marble's bead front, Marble's adjustable open rear.
**Features:** Falling block action with underlever. Blued barrel and receiver. Introduced 1993. Made in U.S. by Cumberland Mountain Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$925.00**

**Cumberland Mountain Plateau Silhouette Rifle**
Similar to the Elk River rifle except has heavy barrel in 32-40, 40-65 or 45-70; up to 34" octagon, 28" for round style. Stock dimensioned for silhouette shooting; has Neidner-style buttplate. Weight about 11.5 lbs. Furnished with or without Lyman tang sight ($70). Introduced 1993. Made in U.S. by Cumberland Mountain Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,015.00**

Dakota Single Shot

**DAKOTA SINGLE SHOT RIFLE**
**Caliber:** Most rimmed and rimless commercial calibers.
**Barrel:** 23".
**Weight:** 6 lbs. **Length:** 39½" overall.
**Stock:** Medium fancy grade walnut in classic style. Checkered grip and forend.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Falling block action with under-lever. Top tang safety. Removable trigger plate for conversion to single set trigger. Introduced 1990. Made in U.S. by Dakota Arms.
**Price:** . . . . . . . . $2,500.00
**Price:** Barreled action . . . . . . . . $1,650.00
**Price:** Action only . . . . . . . . $1,400.00

**DESERT INDUSTRIES G-90 SINGLE SHOT RIFLE**
**Caliber:** 22-250, 220 Swift, 223, 6mm, 243, 25-06, 257 Roberts, 270 Win., 270 Wea. Mag., 280, 7x57, 7mm Rem. Mag., 30-06, 300 Win. Mag., 300 Wea. Mag., 338 Win. Mag., 375 H&H, 45-70, 458 Win. Mag.
**Barrel:** 20", 22", 24", 26"; light, medium, heavy.
**Weight:** About 7.5 lbs.
**Stock:** Walnut.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Cylindrical falling block action. All steel construction. Blue finish. Announced 1990. From Desert Industries, Inc.
**Price:** . . . . . . . . $795.00

Consult our Directory pages for the location of firms mentioned.

H&R Ultra Varmint

**HARRINGTON & RICHARDSON ULTRA VARMINT RIFLE**
**Caliber:** 223, 22-250.
**Barrel:** 22", heavy.
**Weight:** About 7.5 lbs. **Length:** NA.
**Stock:** Hand-checkered curly maple with Monte Carlo comb.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Break-open action with side-lever release, positive ejection. Comes with scope mount. Blued receiver and barrel. Swivel studs. Introduced 1993. From H&R 1971, Inc.
**Price:** . . . . . . . . $249.95

McMillan Antietam Sharps

**McMILLAN ANTIETAM SHARPS RIFLE**
**Caliber:** 40-65, 45-75.
**Barrel:** 30", 32", octagon or round, hand-lapped stainless or chrome moly.
**Weight:** 11.25 lbs. **Length:** 47" overall.
**Stock:** Choice of straight grip, pistol grip or Creedmoor with schnabel forend; pewter tip optional. Standard wood is A Fancy; higher grades available.
**Sights:** Montana Vintage Arms #111 Low Profile Spirit Level front, #108 mid-range tang rear with windage adjustments.
**Features:** Recreation of the 1874 Sharps sidehammer. Action is color case-hardened, barrel satin black. Chrome moly barrel optionally blued. Optional sights include #112 Spirit Level Globe front with windage, #107 Long Range rear with windage. Introduced 1994. Made in U.S. by McMillan Gunworks.
**Price:** . . . . . . . . $1,800.00

**MODEL 1885 HIGH WALL RIFLE**
**Caliber:** 30-40 Krag, 32-40, 38-55, 40-65 WCF, 45-70.
**Barrel:** 26" (30-40), 28" all others. Douglas Premium #3 tapered octagon.
**Weight:** NA. **Length:** NA.
**Stock:** Premium American black walnut.
**Sights:** Marble's standard ivory bead front, #66 long blade top rear with reversible notch and elevator.
**Features:** Recreation of early octagon top, thick-wall High Wall with Coil spring action. Tand drilled, tapped for High Wall tand sight. Receiver, lever, hammer and breechblock color case-hardened. Introduced 1991. Avaiable from Montana Armory, Inc.
**Price:** . . . . . . . . $1,095.00

Navy Arms 1874 Sharps

**NAVY ARMS 1874 SHARPS CAVALRY CARBINE**
**Caliber:** 45-70.
**Barrel:** 22".
**Weight:** 7lbs., 12 oz. Length: 39" overall.
**Stock:** Walnut.
**Sights:** Blade front, military ladder-type rear.
**Features:** Replica of the 1874 Sharps miltary carbine. Color case-hardened receiver, patchbox and furniture. Introduced 1991. Imported by Navy Arms.
**Price** . . . . . . . . $775.00

**NAVY ARMS 1874 SHARPS SNIPER RIFLE**
Similar to the Navy Arms Sharps Carbine except has 30" barrel, double-set triggers; weighs 8 lbs., 8 oz., overall length 46¾". Introduced 1984. Imported by Navy Arms.
**Price:** . . . . . . . . $920.00
**Price:** 1874 Sharps Infantry Rifle (three-band) . . . . . . . . $875.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## CENTERFIRE RIFLES—SINGLE SHOT

Navy Arms Creedmoor

**Navy Arms #2 Creedmoor Rifle**
Similar to the Navy Arms Buffalo Rifle except has 30" tapered octagon barrel, checkered full-pistol grip stock, blade front sight, open adjustable rear sight and Creedmoor tang sight. Introduced 1991. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$775.00**

**NAVY ARMS ROLLING BLOCK BUFFALO RIFLE**
**Caliber:** 45-70.
**Barrel:** 26", 30".
**Stocks:** Walnut.
**Sights:** Blade front, adjustable rear.
**Features:** Reproduction of classic rolling block action. Available with full-octagon or half-octagon-half-round barrel. Color case-hardened action. From Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$530.00**

NEF Handi-Rifle

**NEW ENGLAND FIREARMS HANDI-RIFLE**
**Caliber:** 22 Hornet, 22-250, 223, 243, 30-30, 270, 30-06, 45-70.
**Barrel:** 22".
**Weight:** 7 lbs.
**Stock:** Walnut-finished hardwood.
**Sights:** Ramp front, folding rear. Drilled and tapped for scope mount; 22-250, 223, 243, 270, 30-06 have no open sights, come with scope mounts.
**Features:** Break-open action with side-lever release. The 243, 270 and 30-06 have recoil pad and Monte Carlo stock for shooting with scope. Swivel studs on all models. Blue finish. Introduced 1989. From New England Firearms.
**Price:** 22-250, 243, 270, 30-06 . . . . . . . . . . . . . . . . . . . . **$199.95**
**Price:** 22 Hornet, 223, 30-30, 45-70 . . . . . . . . . . . . . . . . . **$199.95**

Ruger No.1B

**RUGER NO. 1B SINGLE SHOT**
**Caliber:** 218 Bee, 22 Hornet, 220 Swift, 22-250, 223, 243, 6mm Rem., 25-06, 257 Roberts, 270, 280, 30-06, 7mm Rem. Mag., 300 Win. Mag., 338 Win. Mag., 270 Wea., 300 Wea.
**Barrel:** 26" round tapered with quarter-rib; with Ruger 1" rings.
**Weight:** 8 lbs. **Length:** 43⅜" overall.
**Stock:** Walnut, two-piece, checkered p.g. and semi-beavertail forend.
**Sights:** None, 1" scope rings supplied for integral mounts.
**Features:** Under-lever, hammerless falling block design has auto ejector, top tang safety.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$634.00**
**Price:** Barreled action . . . . . . . . . . . . . . . . . . . . . . . . . **$429.50**

**Ruger No. 1A Light Sporter**
Similar to the No. 1B Standard Rifle except has lightweight 22" barrel, Alexander Henry-style forend, adjustable folding leaf rear sight on quarter-rib, dovetailed ramp front with gold bead. Calibers 243, 30-06, 270 and 7x57. Weight about 7¼ lbs.
**Price:** No. 1A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$634.00**
**Price:** Barreled action . . . . . . . . . . . . . . . . . . . . . . . . **$429.50**

**Ruger No. 1H Tropical Rifle**
Similar to the No. 1B Standard Rifle except has Alexander Henry forend, adjustable folding leaf rear sight on quarter-rib, ramp front with dovetail gold bead, 24" heavy barrel. Calibers 375 H&H, 404 Jeffery, 416 Rem. Mag. (weight about 8¼ lbs.), 416 Rigby, and 458 Win. Mag. (weight about 9 lbs.).
**Price:** No. 1H . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$634.00**
**Price:** Barreled action . . . . . . . . . . . . . . . . . . . . . . . . **$429.50**

**Ruger No. 1S Medium Sporter**
Similar to the No. 1B Standard Rifle except has Alexander Henry-style forend, adjustable folding leaf rear sight on quarter-rib, ramp front sight base and dovetail-type gold bead front sight. Calibers 218 Bee, 7mm Rem. Mag., 338 Win. Mag., 300 Win. Mag. with 26" barrel, 45-70 with 22" barrel. Weight about 7½ lbs. In 45-70.
**Price:** No. 1S . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$634.00**
**Price:** Barreled action . . . . . . . . . . . . . . . . . . . . . . . . **$429.50**

Ruger No.1 RSI International

**Ruger No. 1V Special Varminter**
Similar to the No. 1B Standard Rifle except has 24" heavy barrel. Semi-beavertail forend, barrel tapped for target scope block, with 1" Ruger scope rings. Calibers 22 PPC, 22-250, 220 Swift, 223, 6mm PPC, 25-06. Weight about 9 lbs.
**Price:** No. 1V . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$634.00**
**Price:** Barreled action . . . . . . . . . . . . . . . . . . . . . . . . **$429.50**

**Ruger No. 1 RSI International**
Similar to the No. 1B Standard Rifle except has lightweight 20" barrel, full-length Mannlicher-style forend with loop sling swivel, adjustable folding leaf rear sight on quarter-rib, ramp front with gold bead. Calibers 243, 30-06, 270 and 7x57. Weight is about 7¼ lbs.
**Price:** No. 1 RSI . . . . . . . . . . . . . . . . . . . . . . . . . . . **$656.00**
**Price:** Barreled action . . . . . . . . . . . . . . . . . . . . . . . . **$429.50**

# CENTERFIRE RIFLES—SINGLE SHOT

### SHARPS 1874 OLD RELIABLE

**Caliber:** 45-70.
**Barrel:** 28", octagonal.
**Weight:** 9¼ lbs. **Length:** 46" overall.
**Stock:** Checkered walnut.
**Sights:** Blade front, adjustable rear.
**Features:** Double set triggers on rifle. Color case-hardened receiver and buttplate, blued barrel. Imported from Italy by E.M.F.
**Price:** Rifle or carbine . . . . . . . . . . . . . . . . . . . . . . **$950.00**
**Price:** Military rifle, carbine . . . . . . . . . . . . . . . . . . . . . . **$860.00**
**Price:** Sporting rifle . . . . . . . . . . . . . . . . . . . . . . **$860.00**

### C. SHARPS ARMS NEW MODEL 1874 OLD RELIABLE

**Caliber:** 40-50, 40-70, 40-90, 45-70, 45-90, 45-100, 45-110, 45-120, 50-70, 50-90, 50-140.
**Barrel:** 26", 28", 30" tapered octagon.
**Weight:** About 10 lbs. **Length:** NA.
**Stock:** American black walnut; shotgun butt with checkered steel buttplate; straight grip, heavy forend with schnabel tip.
**Sights:** Blade front, buckhorn rear. Drilled and tapped for tang sight.
**Features:** Recreation of the Model 1874 Old Reliable Sharps Sporting Rifle. Double set triggers. Reintroduced 1991. Made in U.S. by C. Sharps Arms. Available from Montana Armory, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$995.00**

C. Sharps 1875 Sporting

### C. SHARPS ARMS NEW MODEL 1875 RIFLE

**Caliber:** 22LR, 32-40 & 38-55 Ballard, 38-56 WCF, 40-65 WCF, 40-90 3¼", 40-90 2⅝", 40-70 2¹⁄₁₀", 40-70 2¼", 40-70 2½", 40-50 1¹¹⁄₁₆", 40-50 1⅞", 45-90, 45-70, 45-100, 45-110, 45-120. Also available on special order only in 50-70, 50-90, 50-140.
**Barrel:** 24", 26", 30" (standard); 32", 34" optional.
**Weight:** 8-12 lbs.
**Stocks:** Walnut, straight grip, shotgun butt with checkered steel buttplate.
**Sights:** Silver blade front, Rocky Mountain buckhorn rear.
**Features:** Recreation of the 1875 Sharps rifle. Production guns will have case colored receiver. Available in Custom Sporting and Target versions upon request. Announced 1986. From C. Sharps Arms Co. and Montana Armory, Inc.
**Price:** 1875 Carbine (24" tapered round bbl.) . . . . . . . . . . . . **$725.00**
**Price:** 1875 Saddle Rifle (26" tapered oct. bbl.) . . . . . . . . . . **$825.00**
**Price:** 1875 Sporting Rifle (30" tapered oct. bbl.) . . . . . . . . . . **$850.00**
**Price:** 1875 Business Rifle (28" tapered round bbl.) . . . . . . . . . **$775.00**

### Shiloh Sharps 1874 Montana Roughrider

Similar to the No. 1 Sporting Rifle except available with half-octagon or full-octagon barrel in 24", 26", 28", 30", 34" lengths; standard supreme or semi-fancy wood, shotgun, pistol grip or military-style butt. Weight about 8½ lbs. Calibers 30-40, 30-30, 40-50x1¹¹⁄₁₆" BN, 40-70x2¹⁄₁₀" BN, 45-70x2¹⁄₁₀" ST. Globe front and tang sight optional.
**Price:** Standard supreme . . . . . . . . . . . . . . . . . . . . . . **$904.00**
**Price:** Semi-fancy . . . . . . . . . . . . . . . . . . . . . . **$988.00**

### C. Sharps Arms New Model 1875 Target & Long Range

Similar to the New Model 1875 except available in all listed calibers except 22 LR; 34" tapered octagon barrel; globe with post front sight, Long Range Vernier tang sight with windage adjustments. Pistol grip stock with cheek rest; checkered steel buttplate. Introduced 1991. From C. Sharps Arms Co. and Montana Armory, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,165.00**

### C. Sharps Arms 1875 Classic Sharps

Similar to the New Model 1875 Sporting Rifle except has 26", 28" or 30" full octagon barrel, crescent buttplate with toe plate, Hartford-style forend with cast German silver nose cap. Blade front sight, Rocky Mountain buckhorn rear. Weight is 10 lbs. Introduced 1987. From C. Sharps Arms Co. and Montana Armory, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,075.00**

Shiloh Long Range Express

### SHILOH SHARPS 1874 LONG RANGE EXPRESS

**Caliber:** 40-50 BN, 40-70 BN, 40-90 BN, 45-70 ST, 45-90 ST, 45-110 ST, 50-70 ST, 50-90 ST, 50-110 ST, 32-40, 38-55, 40-70 ST, 40-90 ST.
**Barrel:** 34" tapered octagon.
**Weight:** 10½ lbs. **Length:** 51" overall.
**Stock:** Oil-finished semi-fancy walnut with pistol grip, shotgun-style butt, traditional cheek rest and accent line. Schnabel forend.
**Sights:** Globe front, sporting tang rear.
**Features:** Recreation of the Model 1874 Sharps rifle. Double set triggers. Made in U.S. by Shiloh Rifle Mfg. Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,034.00**
**Price:** Sporting Rifle No. 1 (similar to above except with 30" bbl., blade front, buckhorn rear sight) . . . . . . . . . . . . . . . . . . . . . . **$1,008.00**
**Price:** Sporting Rifle No. 3 (similar to No. 1 except straight-grip stock, standard wood) . . . . . . . . . . . . . . . . . . . . . . . . . . **$904.00**
**Price:** 1874 Hartford model . . . . . . . . . . . . . . . . . . . . **$1,074.00**

### Shiloh Sharps 1874 Business Rifle

Similar to No. 3 Rifle except has 28" heavy round barrel, military-style buttstock and steel buttplate. Weight about 9½ lbs. Calibers 40-50 BN, 40-70 BN, 40-90 BN, 45-70 ST, 45-90 ST, 50-70 ST, 50-100 ST, 32-40, 38-55, 40-70 ST, 40-90 ST.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$910.00**
**Price:** 1874 Saddle Rifle (similar to Carbine except has 26" octagon barrel, semi-fancy shotgun butt) . . . . . . . . . . . . . . . . . . . . . . **$962.00**

### THOMPSON/CENTER CONTENDER CARBINE

**Caliber:** 22 LR, 22 Hornet, 223 Rem., 7mm T.C.U., 7x30 Waters, 30-30 Win., 357 Rem. Maximum, 35 Rem., 44 Mag., 410, single shot.
**Barrel:** 21".
**Weight:** 5 lbs., 2 oz. **Length:** 35" overall.
**Stock:** Checkered American walnut with rubber buttpad. Also with Rynite stock and forend.
**Sights:** Blade front, open adjustable rear.
**Features:** Uses the T/C Contender action. Eleven interchangeable barrels available, all with sights, drilled and tapped for scope mounting. Introduced 1985. Offered as a complete Carbine only.
**Price:** Rifle calibers . . . . . . . . . . . . . . . . . . . . . . **$485.00**
**Price:** Extra barrels, rifle calibers, each . . . . . . . . . . . . . . **$220.00**
**Price:** 410 shotgun . . . . . . . . . . . . . . . . . . . . . . **$505.00**
**Price:** Extra 410 barrel . . . . . . . . . . . . . . . . . . . . . . **$245.00**

### Thompson/Center Contender Carbine Youth Model

Same as the standard Contender Carbine except has 16¼" barrel, shorter buttstock with 12" length of pull. Comes with fully adjustable open sights. Overall length is 29", weight about 4 lbs., 9 oz. Available in 22 LR, 22 WMR, 223 Rem., 7x30 Waters, 30-30, 35 Rem., 44 Mag. Also available with 16¼", rifled vent. rib barrel chambered for 45/410.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$450.00**
**Price:** With 45/410 barrel . . . . . . . . . . . . . . . . . . . . **$480.00**
**Price:** Extra barrels . . . . . . . . . . . . . . . . . . . . . . **$215.00**
**Price:** Extra 45/410 barrel . . . . . . . . . . . . . . . . . . . . **$245.00**
**Price:** Extra 45-70 barrel . . . . . . . . . . . . . . . . . . . . **$220.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## CENTERFIRE RIFLES—SINGLE SHOT

Thompson/Center Stainless

Thompson/Center TCR '87

**Thompson/Center Stainless Contender Carbine**
Same as the blued Contender Carbine except made of stainless steel with blued sights. Available with walnut or Rynite stock and forend. Chambered for 22 LR, 22 Hornet, 223 Rem., 7-30 Waters, 30-30 Win., 410-bore. Youth model has walnut buttstock with 12" pull length. Introduced 1993.
**Price:** Rynite stock, forend . . . . . . . . **$480.00**
**Price:** Youth model (walnut stock only) . . . . . . . . **$450.00**

**UBERTI ROLLING BLOCK BABY CARBINE**
**Caliber:** 22 LR, 22 WMR, 22 Hornet, 357 Mag., single shot.
**Barrel:** 22".
**Weight:** 4.8 lbs. **Length:** 35½" overall.
**Stock:** Walnut stock and forend.
**Sights:** Blade front, fully adjustable open rear.
**Features:** Resembles Remington New Model No. 4 carbine. Brass trigger guard and buttplate; color case-hardened frame, blued barrel. Imported by Uberti USA.
**Price:** . . . . . . . . **$460.00**

**THOMPSON/CENTER CUSTOM SHOP TCR '87 SINGLE SHOT**
**Caliber:** 22 Hornet, 222 Rem., 223 Rem., 22-250, 243 Win., 270, 308, 7mm-08, 30-06, 32-40 Win., 12-ga. slug. Also 10-ga. and 12-ga. field barrels.
**Barrel:** 23" (standard), 25⅞" (heavy).
**Weight:** About 6¾ lbs. **Length:** 39½" overall.
**Stock:** American black walnut, checkered p.g. and forend.
**Sights:** None furnished.
**Features:** Break-open design with interchangeable barrels. Single-stage trigger. Cross-bolt safety. Introduced 1983. Made in U.S. by T/C. Available only through the T/C custom shop.
**Price:** With Medium Sporter barrel (223, 22-250, 7mm-08, 308, 32-40 Win.), about . . . . . . . . **$540.00**
**Price:** With Light Sporter barrel (22 Hornet, 222, 223, 22-250, 243, 270, 7mm-08, 308, 30-06), about . . . . . . . . **$540.00**
**Price:** 12-ga. slug barrel, about . . . . . . . . **$220.00**
**Price:** Extra Medium or Light Sporter barrel, about . . . . . . . . **$220.00**
**Price:** 10-, 12-ga. field barrels . . . . . . . . **$220.00**

## DRILLINGS, COMBINATION GUNS, DOUBLE RIFLES

Designs for sporting and utility purposes worldwide.

Beretta 455EELL Express

**BERETTA EXPRESS SSO O/U DOUBLE RIFLES**
**Caliber:** 375 H&H, 458 Win. Mag., 9.3x74R.
**Barrel:** 25.5".
**Weight:** 11 lbs.
**Stock:** European walnut with hand-checkered grip and forend.
**Sights:** Blade front on ramp, open V-notch rear.
**Features:** Sidelock action with color case-hardened receiver (gold inlays on SSO6 Gold). Ejectors, double triggers, recoil pad. Introduced 1990. Imported from Italy by Beretta U.S.A.
**Price:** SSO6 . . . . . . . . **$22,500.00**
**Price:** SSO6 Gold . . . . . . . . **$24,600.00**

**AUGUSTE FRANCOTTE BOXLOCK MOUNTAIN RIFLE**
**Caliber:** 5.6x57R, 5.6x65R, 6.5x57R, 7x57R, 7x65R.
**Barrel:** 24.5".
**Weight:** NA. **Length:** NA.
**Stock:** Deluxe walnut to customer specifications.
**Sights:** Ramp front, quarter-rib fixed rear.
**Features:** Anson & Deeley boxlock action; many options available. Made to customer specifications. Imported from Belgium by Armes de Chasse.
**Price:** From about . . . . . . . . **$10,000.00**

**AUGUSTE FRANCOTTE SIDELOCK MOUNTAIN RIFLE**
**Caliber:** Rimmed calibers from 5mm to 9mm.
**Barrel:** 23" to 26"; chopper lump.
**Weight:** NA. **Length:** NA.
**Stock:** Deluxe walnut to customer specifications.
**Sights:** Ramp front, quarter-rib fixed rear.
**Features:** True Holland & Holland system; many options available. Made to customer specifications. Imported from Belgium by Armes de Chasse.
**Price:** *From about* . . . . . . . . ***$20,000.00***

**BERETTA MODEL 455 SxS EXPRESS RIFLE**
**Caliber:** 375 H&H, 458 Win. Mag., 470 NE, 500 NE 3", 416 Rigby.
**Barrel:** 23½" or 25½".
**Weight:** 11 lbs.
**Stock:** European walnut with hand-checkered grip and forend.
**Sights:** Blade front, folding leaf V-notch rear.
**Features:** Sidelock action with easily removable sideplates; color case-hardened finish (455), custom big game or floral motif engraving (455EELL). Double triggers, recoil pad. Introduced 1990. Imported from Italy by Beretta U.S.A.
**Price:** Model 455 . . . . . . . . **$38,500.00**
**Price:** Model 455EELL . . . . . . . . **$50,800.00**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**AUGUSTE FRANCOTTE BOXLOCK DOUBLE RIFLE**
**Caliber:** 243, 270, 30-06, 7x64, 7x65R, 8x57JRS, 9.3x74R, 375 H&H, 470 N.E.; *other calibers on request.*
**Barrel:** 23.5" to 26".
**Weight:** NA. **Length:** NA.
**Stock:** Deluxe European walnut to customer specs; pistol grip or straight grip with Francotte cheekpiece; checkered butt; oil finish.
**Sights:** Bead front on long ramp, quarter-rib with fixed V rear.
**Features:** Side-by-side barrels; Anson & Deeley boxlock action with double triggers (front hinged), manual safety, floating firing pins and gas vent safety screws. Splinter or beavertail forend. English scroll engraving; coin finish or color case-hardening. Many options available. Made to customer specs. Imported from Belgium by Armes de Chasse.
**Price:** *From about* . . . . . . . . **$20,000.00** to **$25,000.00**

# DRILLINGS, COMBINATION GUNS, DOUBLE RIFLES

### AUGUSTE FRANCOTTE SIDELOCK DOUBLE RIFLES

**Caliber:** 243, 7x64, 7x65R, 8x57JRS, 270, 30-06, 9.3x74R, 375 H&H, 470 N.E.; others on request.
**Barrel:** 23½" to 26".
**Weight:** 7.61 lbs. (medium calibers), 11.1 lbs. (mag. calibers).
**Stock:** Fancy European walnut; dimensions to customer specs. Straight or pistol grip style. Checkered butt, oil finish.
**Sights:** Bead on ramp front, leaf rear on quarter-rib; to customer specs.
**Features:** Custom made to customer's specs. Special extractor for rimless cartridges; back-action sidelocks; double trigger with hinged front trigger. Automatic or free safety. Wide range of options available. Imported from Belgium by Armes de Chasse.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . **$30,000.00** to **$36,000**

### HEYM MODEL 55B O/U DOUBLE RIFLE

**Caliber:** 7x65R, 308, 30-06, 8x57JRS, 8x75 RS, 9.3x74R, 375 H&H, 458 Win. Mag., 470 N.E.
**Barrel:** 25".
**Weight:** About 8 lbs., depending upon caliber. **Length:** 42" overall.
**Stock:** Dark European walnut, hand-checkered p.g. and forend. Oil finish.
**Sights:** Silver bead ramp front, open V-type rear.
**Features:** Boxlock or full sidelock; Kersten double cross bolt, cocking indicators; hand-engraved hunting scenes. Options available include interchangeable barrels, Swarovski scopes in claw mounts, deluxe engravings and stock carving, etc. Imported from Germany by JagerSport, Ltd.
**Price:** Model 55B boxlock . . . . . . . . . . . . . . . . . . . . **$10,800.00**

Heym 88B Safari

### HEYM MODEL 88B SIDE-BY-SIDE DOUBLE RIFLE

**Caliber:** 30-06, 8x57JRS, 9.3x74R, 375 H&H.
**Barrel:** 25".
**Weight:** 7½ lbs. (std. cals.), 8½ lbs. (mag.). **Length:** 42" overall.
**Stock:** Fancy French walnut, classic North American design.
**Sights:** Silver bead post on ramp front, fixed or three-leaf express rear.
**Features:** Action has complete coverage hunting scene engraving. Available as boxlock or with q.d. sidelocks. Imported from Germany by JagerSport, Ltd.
**Price:** Boxlock . . . . . . . . . . . . . . . . . . . **$12,500.00** to **$18,950.00**
**Price:** Sidelock, Model 88B-SS, from . . . . . . . . . . . . . . . **$16,600.00**
**Price:** Model 88B Safari (boxlock with ejectors, large frame, weighs about 10 lbs.; 375 H&H, 458 Win. Mag., 470 NE, 500 NE) . . . . . . . . **$16,400.00**

### MERKEL OVER/UNDER COMBINATION GUNS

**Caliber/Gauge:** 12, 16, 20 (2¾" chamber) over 22 Hornet, 5.6x50R, 5.6x52R, 222 Rem., 243 Win., 6.5x55, 6.5x57R, 7x57R, 7x65R, 308 Win., 30-06, 8x57JRS, 9.3x74R, 375 H&H.
**Barrel:** 25.6".
**Weight:** About 7.6 lbs. **Length:** NA.
**Stock:** Oil-finished walnut; pistol grip, cheekpiece.
**Sights:** Bead front, fixed rear.
**Features:** Kersten double cross-bolt lock; scroll-engraved, color case-hardened receiver; Blitz action; double triggers. Imported from Germany by GSI.
**Price:** Model 210E . . . . . . . . . . . . . . . . . . . . . . . **$6,195.00**
**Price:** Model 211E (silver-grayed receivcer, fine hunting scene engraving) . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$7,895.00**
**Price:** Model 213E (sidelock action, English-style, large scroll Arabesque engraving) . . . . . . . . . . . . . . . . . . . . . . . . . . **$14,695.00**
**Price:** Model 313E (as above, medium-scroll engraving) . . . . . **$23,395.00**

### MERKEL MODEL 160 SIDE-BY-SIDE DOUBLE RIFLE

**Caliber:** 22 Hornet, 5.6x50R Mag., 5.6x52R, 222 Rem., 243 Win., 6.5x55, 6.5x57R, 7x57R, 7x65R, 308, 30-06, 8x57JRS, 9.3x74R, 375 H&H.
**Barrel:** 25.6".
**Weight:** About 7.7 lbs, depending upon caliber. **Length:** NA.
**Stock:** Oil-finished walnut with pistol grip, cheekpiece.
**Sights:** Blade front on ramp, fixed rear.
**Features:** Sidelock action. Double barrel locking lug with Greener cross-bolt; fine engraved hunting scenes on sideplates; Holland & Holland ejectors; double triggers. Imported from Germany by GSI.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . **$10,995.00**

### MERKEL DRILLINGS

**Caliber/Gauge:** 12, 20, 3" chambers, 16, 2¾" chambers; 22 Hornet, 5.6x50R Mag., 5.6x52R, 222 Rem., 243 Win., 6.5x55, 6.5x57R, 7x57R, 7x65R, 308, 30-06, 8x57JRS, 9.3x74R, 375 H&H.
**Barrel:** 25.6".
**Weight:** 7.9 to 8.4 lbs. depending upon caliber. **Length:** NA.
**Stock:** Oil-finished walnut with pistol grip; cheekpiece on 12-, 16-gauge.
**Sights:** Blade front, fixed rear.
**Features:** Double barrel locking lug with Greener cross-bolt; scroll-engraved, case-hardened receiver; automatic trigger safety; Blitz action; double triggers. Imported from Germany by GSI.
**Price:** Model 90 . . . . . . . . . . . . . . . . . . . . . . . . . **$6,895.00**
**Price:** Model 90S (as above except has selective sear safety) . . . **$7,195.00**
**Price:** Model 90K (manually cocked rifle system) . . . . . . . . **$7,595.00**
**Price:** Model 95 (silver-grayed receiver with fine hunting scene engraving) . . . . . . . . . . . . . . . . . . . . . . . . . . . **$7,895.00**
**Price:** Model 95S (selective sear safety) . . . . . . . . . . . . . **$8,195.00**
**Price:** Model 95K (manually cocked rifle system) . . . . . . . . **$8,595.00**

### MERKEL OVER/UNDER DOUBLE RIFLES

**Caliber:** 22 Hornet, 5.6x50R Mag., 5.6x52R, 222 Rem., 243 Win., 6.5x55, 6.5x57R, 7x57R, 7x65R, 308, 30-06, 8x57JRS, 9.3x74R, 375 H&H.
**Barrel:** 25.6".
**Weight:** About 7.7 lbs, depending upon caliber. **Length:** NA.
**Stock:** Oil-finished walnut with pistol grip, cheekpiece.
**Sights:** Blade front, fixed rear.
**Features:** Kersten double cross-bolt lock; scroll-engraved, case-hardened receiver; Blitz action with double triggers. Imported from Germany by GSI.
**Price:** Model 220E . . . . . . . . . . . . . . . . . . . . . . . **$10,795.00**
**Price:** Model 221 E (silver-grayed receiver finish, hunting scene engraving) . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$12,295.00**
**Price:** Model 223E (sidelock action, English-style large-scroll Arabesque engraving) . . . . . . . . . . . . . . . . . . . . . . . . . . **$18,395.00**
**Price:** Model 323E (as above with medium-scroll engraving) . . **$27,595.00**

### Savage 24F-12T Turkey Gun

Savage 24F-12T

Similar to Model 24F except has camouflage Rynite stock. Available only in 22 Hornet (fixed Full) or 223 over 12-gauge (Mod., Imp. Cyl. choke tubes) with 3" chamber. Introduced 1989.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$414.00**

### SAVAGE 24F PREDATOR O/U COMBINATION GUN

**Caliber/Gauge:** 22 Hornet, 223, 30-30 over 12 (24F-12) or 22 LR, 22 Hornet, 223, 30-30 over 20-ga. (24F-20); 3" chambers.
**Action:** Takedown, low rebounding visible hammer. Single trigger, barrel selector spur on hammer.
**Barrel:** 24" separated barrels; 12-ga. has Full, Mod., Imp. Cyl. choke tubes, 20-ga. has fixed Mod. choke.
**Weight:** 8 lbs. **Length:** 40½" overall.
**Stock:** Black Rynite composition.
**Sights:** Ramp front, rear open adjustable for elevation. Grooved for tip-off scope mount.
**Features:** Removable butt cap for storage and accessories. Introduced 1989.
**Price:** 24F-12 . . . . . . . . . . . . . . . . . . . . . . . . . . . **$400.00**
**Price:** 24F-20 . . . . . . . . . . . . . . . . . . . . . . . . . . . **$400.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# DRILLINGS, COMBINATION GUNS, DOUBLE RIFLES

### SAUER DRILLING

**Caliber/Gauge:** 12, 2¾" chambers/243, 6.5x57R, 7x57R, 7x65R, 30-06, 9.3x74R; 16, 2¾" chambers/6.5x57R, 7x57R, 7x65R, 30-06.
**Barrel:** 25".
**Weight:** 7.5 lbs. **Length:** 46" overall.
**Stock:** Fancy French walnut with checkered grip and forend, hog-back comb, sculptured cheekpiece, hand-rubbed oil finish.
**Sights:** Bead front, automatic pop-up rifle rear.
**Features:** Greener boxlock cross-bolt action with double underlugs, Greener side safety; separate rifle cartridge extractor. Side-by-side shotgun barrels over rifle barrel. Nitride-coated, hand-engraved receiver available with English Arabesque or relief game animal scene engraving. Lux has profuse relief-engraved game scenes, extra-fancy stump wood. Imported from Germany by Paul Co.
**Price:** Standard . . . . . . . . . . . . **$4,600.00**
**Price:** Lux . . . . . . . . . . . . **$6,100.00**

### TIKKA MODEL 512S COMBINATION GUN

**Caliber/Gauge:** 12 over 222, 308.
**Barrel:** 24" (Imp. Mod.).
**Weight:** 7⅝ lbs.
**Stock:** American walnut, with recoil pad. Monte Carlo style. Standard measurements 14"x1⅗"x2"x2⅗".
**Sights:** Blade front, flip-up-type open rear.
**Features:** Barrel selector on trigger. Hand-checkered stock and forend. Barrels are screw-adjustable to change bullet point of impact. Barrels are interchangeable. Introduced 1980. Imported from Italy by Stoeger.
**Price:** . . . . . . . . . . . . **$1,350.00**
**Price:** Extra barrels, from . . . . . . . . . . . . **$725.00**

Tikka 512S Double Rifle

### TIKKA MODEL 512S DOUBLE RIFLE

**Caliber:** 9.3x74R.
**Barrel:** 24".
**Weight:** 8⅝ lbs.
**Stock:** American walnut with Monte Carlo style.
**Sights:** Ramp front, adjustable open rear.
**Features:** Barrel selector mounted in trigger. Cocking indicators in tang. Recoil pad. Valmet scope mounts available. Introduced 1980. Imported from Italy by Stoeger.
**Price:** With ejectors . . . . . . . . . . . . **$1,525.00**

### A. ZOLI RIFLE-SHOTGUN O/U COMBO

**Caliber/Gauge:** 12-ga. over 222, 308 or 30-06.
**Barrel:** Combo—24"; shotgun—28" (Mod. & Full).
**Weight:** About 8 lbs. **Length:** 41" overall (24" bbl.).
**Stock:** European walnut.
**Sights:** Blade front, flip-up rear.
**Features:** Available with German claw scope mounts on rifle/shotgun barrels. Comes with set of 12/12 (Mod. & Full) barrels. Imported from Italy by Mandall Shooting Supplies.
**Price:** With two barrel sets . . . . . . . . . . . . **$1,695.00**
**Price:** As above with claw mounts, scope**$2,495.00**

# RIMFIRE RIFLES—AUTOLOADERS

Designs for hunting, utility and sporting purposes, including training for competition.

AMT Magnum

### AMT MAGNUM HUNTER AUTO RIFLE

**Caliber:** 22 WMR, 10-shot rotary magazine.
**Barrel:** 22".
**Weight:** 6 lbs. **Length:** 40½" overall.
**Stock:** Black fiberglass-filled nylon; checkered grip and forend.
**Sights:** None furnished; grooved for scope mounting.
**Features:** Stainless steel construction. Free-floating target-weight barrel. Removable recoil pad for storage of ammo, knife, etc. Introduced 1993. Made in U.S. by AMT.
**Price:** . . . . . . . . . . . . **$459.99**

Consult our Directory pages for the location of firms mentioned.

Anschutz 525

### ANSCHUTZ 525 DELUXE AUTO

**Caliber:** 22 LR, 10-shot clip.
**Barrel:** 24".
**Weight:** 6½ lbs. **Length:** 43" overall.
**Stock:** European hardwood; checkered pistol grip, Monte Carlo comb, beavertail forend.
**Sights:** Hooded ramp front, folding leaf rear.
**Features:** Rotary safety, empty shell deflector, single stage trigger. Receiver grooved for scope mounting. Introduced 1982. Imported from Germany by Precision Sales International.
**Price:** . . . . . . . . . . . . **$508.00**

### ARMSCOR MODEL 1600 AUTO RIFLE

**Caliber:** 22 LR, 15-shot magazine.
**Barrel:** 19.5".
**Weight:** 6 lbs. **Length:** 38" overall.
**Stock:** Mahogany.
**Sights:** Post front, aperture rear.
**Features:** Resembles Colt AR-15. Matte black finish. Introduced 1987. Imported from the Philippines by Ruko Products.
**Price:** About . . . . . . . . . . . . **$199.00**
**Price:** M1600R (as above except has retractable buttstock, ventilated forend), about . . . . . . . . . . . . **$199.00**

# RIMFIRE RIFLES—AUTOLOADERS

Armscor Model 2000SC

**ARMSCOR MODEL AK22 AUTO RIFLE**
**Caliber:** 22 LR, 15- and 30-shot magazine.
**Barrel:** 18.5".
**Weight:** 7 lbs. **Length:** 36" overall.
**Stock:** Plain mahogany.
**Sights:** Post front, open rear adjustable for windage and elevation.
**Features:** Resembles the AK-47. Matte black finish. Introduced 1987. Imported from the Philippines by Ruko Products.
**Price:** About . . . . . **$269.00**
**Price:** With folding steel stock, about . . . . . **$299.00**

**AUTO-ORDNANCE 1927A-3**
**Caliber:** 22 LR, 10-, 30- or 50-shot magazine.
**Barrel:** 16", finned.
**Weight:** About 7 lbs.
**Stock:** Walnut stock and forend.
**Sights:** Blade front, open rear adjustable for windage and elevation.
**Features:** Recreation of the Thompson Model 1927, only in 22 Long Rifle. Alloy receiver, finned barrel.
**Price:** . . . . . **$510.00**

**ARMSCOR MODEL 20P AUTO RIFLE**
**Caliber:** 22 LR, 15-shot magazine.
**Barrel:** 21".
**Weight:** 6.5 lbs. **Length:** 39.75" overall.
**Stock:** Walnut-finished mahogany.
**Sights:** Hooded front, rear adjustable for elevation.
**Features:** Receiver grooved for scope mounting. Blued finish. Introduced 1990. Imported from the Philippines by Ruko Products.
**Price:** About . . . . . **$129.00**
**Price:** With checkered stock . . . . . **$159.00**
**Price:** Model 20C (carbine-style stock, steel barrel band, buttplate) . **$149.00**
**Price:** Model 2000SC (as above except has checkered stock, fully adjustable sight, rubber buttpad, forend tip), about . . . . . **NA**
**Price:** Model 50S (similar to Model 20P except has ventilated barrel shroud, and 30-shot magazine) . . . . . **$209.00**

Browning Auto-22

**Browning Auto-22 Grade VI**
Same as the Grade I Auto-22 except available with either grayed or blued receiver with extensive engraving with gold-plated animals: right side pictures a fox and squirrel in a woodland scene; left side shows a beagle chasing a rabbit. On top is a portrait of the beagle. Stock and forend are of high-grade walnut with a double-bordered cut checkering design. Introduced 1987.
**Price:** Grade VI, blue or gray receiver . . . . . **$747.95**

**BROWNING AUTO-22 RIFLE**
**Caliber:** 22 LR, 11-shot.
**Barrel:** 19¼".
**Weight:** 4¾ lbs. **Length:** 37" overall.
**Stock:** Checkered select walnut with p.g. and semi-beavertail forend.
**Sights:** Gold bead front, folding leaf rear.
**Features:** Engraved receiver with polished blue finish; cross-bolt safety; tubular magazine in buttstock; easy takedown for carrying or storage. Imported from Japan by Browning.
**Price:** Grade I . . . . . **$363.95**

**CALICO MODEL M-100 CARBINE**
**Caliber:** 22 LR, 100-shot magazine.
**Barrel:** 16".
**Weight:** 5.7 lbs. (loaded). **Length:** 35.8" overall (stock extended).
**Stock:** Folding steel.
**Sights:** Post front adjustable for elevation, notch rear adjustable for windage.
**Features:** Uses alloy frame and helical-feed magazine; ambidextrous safety; removable barrel assembly; pistol grip compartment; flash suppressor; bolt stop. Made in U.S. From Calico.
**Price:** . . . . . **$308.30**

Calico M-105

**Calico Model M-105 Sporter**
Similar to the M-100 except has hand-rubbed wood buttstock and forend. Weight is 4¾ lbs. Introduced 1987.
**Price:** . . . . . **$335.00**

Consult our Directory pages for the location of firms mentioned.

**E.A.A./SABATTI MODEL 1822 AUTO RIFLE**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 18½" round tapered; bull barrel on Heavy and Thumbhole Heavy models.
**Weight:** 5¼ lbs. (Sporter). **Length:** 37" overall.
**Stock:** Stained hardwood; Thumbhole model has one-piece stock.
**Sights:** Bead front, folding leaf rear adjustable for elevation on Sporter model. Heavy and Thumbhole models only dovetailed for scope mount.
**Features:** Cross-bolt safety. Blue finish. Lifetime warranty. Introduced 1993. Imported from Italy by European American Armory.
**Price:** Sporter . . . . . **$190.00**
**Price:** Heavy . . . . . **$205.00**
**Price:** Thumbhole Heavy . . . . . **$350.00**

**ERMA EM1 CARBINE**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 18".
**Weight:** 5.6 lbs. **Length:** 35.5" overall.
**Stock:** Polished beech or oiled walnut.
**Sights:** Blade front, fully adjustable aperture rear.
**Features:** Blowback action. Receiver grooved for scope mounting. Imported from Germany by Mandall Shooting Supplies.
**Price:** . . . . . **$499.95**

**FEATHER AT-22 SEMI-AUTO CARBINE**
**Caliber:** 22 LR, 20-shot magazine.
**Barrel:** 17".
**Weight:** 3.25 lbs. **Length:** 35" overall (stock extended).
**Stock:** Telescoping wire; composition pistol grip.
**Sights:** Protected post front, adjustable aperture rear.
**Features:** Removable barrel. Length when folded is 26". Matte black finish. From Feather Industries. Introduced 1986.
**Price:** . . . . . **$249.95**
**Price:** Model F2 (fixed stock) . . . . . **$279.95**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## RIMFIRE RIFLES—AUTOLOADERS

**FEDERAL ENGINEERING XC222 AUTO CARBINE**
**Caliber:** 22 LR, 30-shot magazine.
**Barrel:** 16.5" (with flash hider).
**Weight:** 7.25 lbs. **Length:** 34.5" overall.
**Stock:** Quick-detachable tube steel.
**Sights:** Hooded post front, Williams adjustable rear; sight bridge grooved for scope mounting.
**Features:** Quick takedown; all-steel heli-arc welded construction; internal parts industrial hard chromed. Made in U.S. by Federal Engineering Corp.
**Price:** Includes receiver cap, sling, swivels . . . . . . . . . . . . . . **$459.00**

Federal XC222

Grendel R-31

**GRENDEL R-31 AUTO CARBINE**
**Caliber:** 22 WMR, 30-shot magazine.
**Barrel:** 16".
**Weight:** 4 lbs. **Length:** 23.5" overall (stock collapsed).
**Stock:**Telescoping tube, Zytel forend.
**Sights:** Post front adustable for windage and elevation, aperture rear.
**Features:** Blowback action with fluted chamber; ambidextrous safety. Steel receiver. Matte black finish. Muzzle brake. Scope mount optional. Introduced 1991. Made in U.S. by Grendel, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$385.00**

Krico Model 260

**KRICO MODEL 260 AUTO RIFLE**
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 19.6".
**Weight:** 6.6 lbs. **Length:** 38.9" overall.
**Stock:** Beech.
**Sights:** Blade on ramp front, open adjustable rear.
**Features:** Receiver grooved for scope mounting. Sliding safety. Imported from Germany by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$700.00**

Lakefield Arms Model 64B

**LAKEFIELD ARMS MODEL 64B AUTO RIFLE**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 20".
**Weight:** 5½ lbs. **Length:** 40" overall.
**Stock:** Walnut-finished hardwood with Monte Carlo-type comb, checkered grip and forend.
**Sights:** Bead front, open adjustable rear. Receiver grooved for scope mounting.
**Features:** Thumb-operated rotating safety. Blue finish. Side ejection, bolt hold-open device. Introduced 1990. Made in Canada by Lakefield Arms Ltd.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$138.45**

**MARLIN MODEL 60 SELF-LOADING RIFLE**
**Caliber:** 22 LR, 14-shot tubular magazine.
**Barrel:** 22" round tapered.
**Weight:** About 5½ lbs. **Length:** 40½" overall.
**Stock:** Walnut-finished Monte Carlo, full pistol grip; Mar-Shield® finish.
**Sights:** Ramp front, open adjustable rear.
**Features:** Matted receiver is grooved for scope mount. Manual bolt hold-open; automatic last-shot bolt hold-open.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$153.05**

**Marlin Model 990L Self-Loading Rifle**
Similar to the Model 60 except has laminated hardwood stock with black rubber rifle butt pad and swivel studs, gold-plated steel trigger. Ramp front sight with brass bead and Wide-Scan hood, adjustable semi-buckhorn folding rear. Weighs 5.75 lbs. Introduced 1992. From Marlin.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$223.10**

Marlin Model 60SS

**Marlin Model 60SS Self-Loading Rifle**
Same as the Model 60 except breech bolt, barrel and outer magazine tube are made of stainless steel; most other parts are either nickel-plated or coated to match the stainless finish. Monte Carlo stock is of black/gray Main birch laminate, and has nickel-plated swivel studs, rubber butt pad. Introduced 1993.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$229.05**

**MARLIN MODEL 70 HC AUTO**
**Caliber:** 22 LR, 7-shot clip magazine.
**Barrel:** 18" (16-groove rifling).
**Weight:** 5 lbs. **Length:** 36¾" overall.
**Stock:** Walnut-finished hardwood with Monte Carlo, full p.g. Mar-Shield® finish.
**Sights:** Ramp front, adjustable open rear. Receiver grooved for scope mount.
**Features:** Receiver top has serrated, non-glare finish; cross-bolt safety; manual bolt hold-open. Comes with two magazines.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$161.70**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## RIMFIRE RIFLES—AUTOLOADERS

Marlin Model 70P Papoose

**Marlin Model 70P Papoose**

Similar to the Model 70 HC except is a takedown model with easily removable barrel—no tools needed. Has 16¼" Micro-Groove® barrel, walnut-finished hardwood stock, ramp front, adjustable open rear sights, cross-bolt safety. Takedown feature allows removal of barrel without tools. Overall length is 35¼", weight is 3¼ lbs. Receiver grooved for scope mounting. Comes with zippered case. Introduced 1986.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.15**

Marlin Model 922 Magnum

**MARLIN MODEL 995 SELF-LOADING RIFLE**

**Caliber:** 22 LR, 7-shot clip magazine.
**Barrel:** 18" Micro-Groove®.
**Weight:** 5 lbs. **Length:** 36¾" overall.
**Stock:** American black walnut, Monte Carlo-style, with full pistol grip. Checkered p.g. and forend; white buttplate spacer; Mar-Shield® finish.
**Sights:** Ramp bead front with Wide-Scan™ hood; adjustable folding semi-buckhorn rear.
**Features:** Receiver grooved for scope mount; bolt hold-open device; cross-bolt safety. Introduced 1979.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$205.75**

**MARLIN MODEL 922 MAGNUM SELF-LOADING RIFLE**

**Caliber:** 22 WMR, 7-shot magazine.
**Barrel:** 20.5".
**Weight:** 6.5 lbs. **Length:** 39.75" overall.
**Stock:** Checkered American black walnut with Monte Carlo comb, swivel studs, rubber buttpad.
**Sights:** Ramp front with bead and removable Wide-Scan® hood, adjustable folding semi-buckhorn rear.
**Features:** Action based on the centerfire Model 9 Carbine. Receiver drilled and tapped for scope mounting. Automatic last-shot bolt holdopen; magazine safety. Introduced 1993.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$377.95**

Mitchell AK-22

**MITCHELL GALIL/22 AUTO RIFLE**

**Caliber:** 22 LR, 20-shot magazine; 22 WMR, 10-shot magazine.
**Barrel:** 18".
**Weight:** 6.5 lbs. **Length:** 36" overall.
**Stock:** European walnut grip and forend with metal folding stock.
**Sights:** Post front adjustable for elevation, rear adjustable for windage.
**Features:** Replica of the Israeli Galil rifle. Introduced 1987. Imported by Mitchell Arms, Inc.
**Price:** 22 LR, fixed or folding stock . . . . . . . . . . . . . . . . . **$359.00**
**Price:** 22 WMR, fixed or folding stock . . . . . . . . . . . . . . . . **$359.00**

**MITCHELL AK-22 SEMI-AUTO RIFLE**

**Caliber:** 22 LR, 20-shot magazine; 22 WMR, 10-shot magazine.
**Barrel:** 18".
**Weight:** 6½ lbs. **Length:** 36" overall.
**Stock:** European walnut.
**Sights:** Post front, open adjustable rear.
**Features:** Replica of the AK-47 rifle. Wide magazine to maintain appearance. Imported from Italy by Mitchell Arms, Inc.
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$359.00**
**Price:** 22 WMR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$359.00**

Mitchell High Standard 15/22

**MITCHELL MAS/22 AUTO RIFLE**

**Caliber:** 22 LR, 20-shot magazine.
**Barrel:** 18".
**Weight:** 7½ lbs. **Length:** 28.5" overall.
**Stock:** Walnut butt, grip and forend.
**Sights:** Adjustable post front, flip-type aperture rear.
**Features:** Bullpup design resembles French armed forces rifle. Top cocking lever, flash hider. Introduced 1987. Imported by Mitchell Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$359.00**

**Mitchell CAR-15/22 Semi-Auto Rifle**

Similar to the M-16 A-1/22 rifle except has 16¾" barrel, telescoping butt, giving an overall length of 32" when collapsed. Adjustable post front sight, adjustable aperture rear. Scope mount available. Has 15-shot magazine. Replica of the CAR-15 rifle. Introduced 1990. Imported by Mitchell Arms, Inc.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$359.00**

**MITCHELL HIGH STANDARD 15/22 RIFLES**

**Caliber:** 22 LR, 15-shot magazine; 30-shot available.
**Barrel:** 20.5".
**Weight:** 6.25 lbs. **Length:** 37.5" overall.
**Stock:** American walnut.
**Sights:** Blade on ramp front, open adjustable rear.
**Features:** Polished blue finish; barrel band on forend. Introduced 1994. Imported from Philippines by Mitchell Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$159.95**
**Price:** Model 15/22D (fancy walnut stock with checkering, rosewood grip and forend caps) . . . . . . . . . . . . . . . . . . . . . . . . . **$199.95**

**MITCHELL M-16A-1/22 RIFLE**

**Caliber:** 22 LR, 15-shot magazine.
**Barrel:** 20.5".
**Weight:** 7 lbs. **Length:** 38.5" overall.
**Stock:** Black composition.
**Sights:** Adjustable post front, adjustable aperture rear.
**Features:** Replica of the AR-15 rifle. Full width magazine. Comes with military-type sling. Introduced 1990. Imported by Mitchell Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$359.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# RIMFIRE RIFLES—AUTOLOADERS

**MITCHELL PPS/50 RIFLE**
**Caliber:** 22 LR, 20-shot magazine (50-shot drum optional).
**Barrel:** 16½".
**Weight:** 5½ lbs. **Length:** 33½" overall.
**Stock:** Walnut.
**Sights:** Blade front, adjustable rear.
**Features:** Full-length perforated barrel shroud. Matte finish. Introduced 1989. Imported by Mitchell Arms, Inc.
**Price:** *With 20-shot "banana" magazine* . . . . . . . . . . . . . . . **$359.00**
**Price:** With 50-shot drum magazine . . . . . . . . . . . . . . . . . **$459.00**

Norinco Model 22 ATD

**NORINCO MODEL 22 ATD RIFLE**
**Caliber:** 22 LR, 11-shot magazine.
**Barrel:** 19.4".
**Weight:** 4.6 lbs. **Length:** 36.6" overall.
**Stock:** Checkered hardwood.
**Sights:** Blade front, open adjustable rear.
**Features:** Browning-design takedown action for storage, transport. Cross-bolt safety. Tube magazine loads through buttplate. Blue finish with engraved receiver. Introduced 1987. Imported from China by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$166.00**

Remington 522 Viper

**REMINGTON MODEL 522 VIPER AUTOLOADING RIFLE**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 20".
**Weight:** 4⅝ lbs. **Length:** 40" overall.
**Stock:** Black synthetic with positive checkering, beavertail forend.
**Sights:** Bead on ramp front, fully adjustable open rear. Integral grooved rail for scope mounting.
**Features:** Synthetic stock and receiver with overall matte black finish. Has magazine safety, cocking indicator; manual and last-shot hold-open; trigger mechanism has primary and secondary sears; integral ejection port shield. Introduced 1993.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$165.00**

**REMINGTON 552 BDL SPEEDMASTER RIFLE**
**Caliber:** 22 S (20), L (17) or LR (15) tubular mag.
**Barrel:** 21" round tapered.
**Weight:** About 5¾ lbs. **Length:** 40" overall.
**Stock:** Walnut. Checkered grip and forend.
**Sights:** Bead front, step open rear adjustable for windage and elevation.
**Features:** Positive cross-bolt safety, receiver grooved for tip-off mount.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$265.00**

Ruger 10/22 International

**RUGER 10/22 AUTOLOADING CARBINE**
**Caliber:** 22 LR, 10-shot rotary magazine.
**Barrel:** 18½" round tapered.
**Weight:** 5 lbs. **Length:** 37¼" overall.
**Stock:** American hardwood with p.g. and bbl. band.
**Sights:** *Brass bead front, folding leaf rear adjustable for elevation.*
**Features:** Detachable rotary magazine fits flush into stock, cross-bolt safety, receiver tapped and grooved for scope blocks or tip-off mount. Scope base adaptor furnished with each rifle.
**Price:** Model 10/22 RB (blue) . . . . . . . . . . . . . . . . . . . . . **$201.50**
**Price:** Model K10/22RB (bright finish stainless barrel) . . . . . . . . **$236.00**

**Ruger 10/22 International Carbine**
*Similar to the Ruger 10/22 Carbine except has full-length Mannlicher stock of* American hardwood, no checkering; comes with rubber buttpad, sling swivels. Reintroduced 1994.
**Price:** Blue (10/22RBI) . . . . . . . . . . . . . . . . . . . . . . . **$249.50**
**Price:** Stainless (K10/22RBI) . . . . . . . . . . . . . . . . . . . . . **$269.00**

**Ruger 10/22 Deluxe Sporter**
Same as 10/22 Carbine except walnut stock with hand checkered p.g. and forend; straight buttplate, no barrel band, has sling swivels.
**Price:** Model 10/22 DSP . . . . . . . . . . . . . . . . . . . . . . . **$254.50**

**SURVIVAL ARMS AR-7 EXPLORER RIFLE**
**Caliber:** 22 LR, 8-shot magazine.
**Barrel:** 16".
**Weight:** 2.5 lbs. **Length:** 34.5" overall; 16.5" stowed.
**Stock:** Moulded Cycolac; snap-on rubber butt cap.
**Sights:** Square blade front, aperture rear adjustable for elevation.
**Features:** Takedown design stores barrel and action in hollow stock. Light enough to float. Black, Silvertone or camouflage finish. Reintroduced 1992. From Survival Arms, Inc.
**Price:** Silver or camo . . . . . . . . . . . . . . . . . . . . . . . . **$150.00**
**Price:** Sporter (black finish with telescoping stock, 25-shot magazine) **$200.00**
**Price:** Wildcat (black finish with wood stock) . . . . . . . . . . . . . **$150.00**

Voere Model 2115

**VOERE MODEL 2115 AUTO RIFLE**
***Caliber:*** *22 LR, 10-shot magazine.*
**Barrel:** 18.1"; hammer forged.
**Weight: 5.75 lbs. Length:** 37.7" overall.
**Stock:** Walnut-finished beechwood with cheekpiece; checkered pistol grip and forend.
**Sights:** Post front with hooded ramp, leaf rear.
**Features:** Clip-fed autoloader with single stage trigger, wing-type safety. Introduced 1984. *Imported from Austria by JagerSport, Ltd.*
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$585.00**

# RIMFIRE RIFLES—LEVER & SLIDE ACTION

Classic and modern models for sport and utility, including training.

Browning BL 22

**BROWNING BL-22 LEVER-ACTION RIFLE**
**Caliber:** 22 S (22), L (17) or LR (15), tubular magazine.
**Barrel:** 20" round tapered.
**Weight:** 5 lbs. **Length:** 36¾" overall.
**Stock:** Walnut, two-piece straight grip Western style.
**Sights:** Bead post front, folding-leaf rear.
**Features:** Short throw lever, half-cock safety, receiver grooved for tip-off scope mounts. Imported from Japan by Browning.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$317.95**
**Price:** Grade II (engraved receiver, checkered grip and forend) . . . **$361.95**

Marlin Model 39AS

**MARLIN MODEL 39AS GOLDEN LEVER-ACTION RIFLE**
**Caliber:** 22 S (26), L (21), LR (19), tubular magazine.
**Barrel:** 24" Micro-Groove®.
**Weight:** 6½ lbs. **Length:** 40" overall.
**Stock:** Checkered American black walnut with white line spacers at p.g. cap and buttplate; Mar-Shield® finish. Swivel studs; rubber buttpad.
**Sights:** Bead ramp front with detachable Wide-Scan™ hood, folding rear semi-buckhorn adjustable for windage and elevation.
**Features:** Hammer-block safety; rebounding hammer. Takedown action, receiver tapped for scope mount (supplied), offset hammer spur; gold-plated steel trigger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$417.25**

**MARLIN 39TDS CARBINE**
**Caliber:** 22 S (16), 22 L (12), 22 LR (11).
**Barrel:** 16½" Micro-Groove®.
**Weight:** 5¼ lbs. **Length:** 32⅝" overall.
**Stock:** Checkered American black walnut with straight grip; short forend with blued tip. Mar-Shield® finish.
**Sights:** Ramp front with Wide-Scan™ hood, adjustable semi-buckhorn folding rear.
**Features:** Takedown style, comes with carrying case. Hammer-block safety, rebounding hammer; blued metal, gold-plated steel trigger. Intorduced 1988.
**Price:** With case . . . . . . . . . . . . . . . . . . . . . . . . **$430.25**

Norinco Pioneer

**NORINCO PIONEER LEVER-ACTION RIFLE**
**Caliber:** 22 LR, 15-shot magazine.
**Barrel:** 20.25".
**Weight:** 6.1 lbs. **Length:** 37.5" overall.
**Stock:** Checkered hardwood.
**Sights:** Bead front, rear drift adjustable for windage.
**Features:** Sliding tang safety; polished blue finish. Announced 1994. Imported from China by Interarms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **NA**

**REMINGTON 572 BDL FIELDMASTER PUMP RIFLE**
**Caliber:** 22 S (20), L (17) or LR (14), tubular magazine.
**Barrel:** 21" round tapered.
**Weight:** 5½ lbs. **Length:** 42" overall.
**Stock:** Walnut with checkered p.g. and slide handle.
**Sights:** Blade ramp front; sliding ramp rear adjustable for windage and elevation.
**Features:** Cross-bolt safety; removing inner magazine tube converts rifle to single shot; receiver grooved for tip-off scope mount.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . **$279.00**

**NORINCO EM-321 PUMP RIFLE**
**Caliber:** 22 LR, 9-shot magazine.
**Barrel:** 19.5".
**Weight:** 6 lbs. **Length:** 37" overall.
**Stock:** Hardwood.
**Sights:** Blade front, open folding rear.
**Features:** Blue finish; grooved slide handle. Imported from China by China Sports, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **NA**

Rossi Model 62 SAC

**ROSSI MODEL 62 SA PUMP RIFLE**
**Caliber:** 22 LR, 22 WMR.
**Barrel:** 23", round or octagonal.
**Weight:** 5¾ lbs. **Length:** 39¼" overall.
**Stock:** Walnut, straight grip, grooved forend.
**Sights:** Fixed front, adjustable rear.
**Features:** Capacity 20 Short, 16 Long or 14 Long Rifle. Quick takedown. Imported from Brazil by Interarms.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$218.00**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . **$235.00**
**Price:** Blue, with octagonal barrel . . . . . . . . . . . . . . . . **$243.00**
**Price:** 22 WMR, as Model 59 . . . . . . . . . . . . . . . . . . . **$267.00**

**Rossi Model 62 SAC Carbine**
Same as standard model except 22 LR only, has 16¼" barrel. Magazine holds slightly fewer cartridges.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$218.00**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . **$235.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## RIMFIRE RIFLES—LEVER & SLIDE ACTION

Winchester Model 9422

### WINCHESTER MODEL 9422 LEVER-ACTION RIFLE

**Caliber:** 22 S (21), L (17), LR (15), tubular magazine.
**Barrel:** 20½".
**Weight:** 6¼ lbs. **Length:** 37⅛" overall.
**Stock:** American walnut, two-piece, straight grip (no p.g.).
**Sights:** Hooded ramp front, adjustable semi-buckhorn rear.
**Features:** Side ejection, receiver grooved for scope mounting, takedown action. From U.S. Repeating Arms Co.
**Price:** Walnut . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$384.00**
**Price:** With WinTuff laminated stock . . . . . . . . . . . . . . . . . . **$384.00**

**Winchester Model 9422 Magnum Lever-Action Rifle**
Same as the 9422 except chambered for 22 WMR cartridge, has 11-round mag. capacity.
**Price:** Walnut . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$400.00**
**Price:** With WinCam green stock . . . . . . . . . . . . . . . . . . . **$400.00**
**Price:** With WinTuff brown laminated stock . . . . . . . . . . . . . **$400.00**

## RIMFIRE RIFLES—BOLT ACTIONS & SINGLE SHOTS

Includes models for a variety of sports, utility and competitive shooting.

### ANSCHUTZ ACHIEVER BOLT-ACTION RIFLE

**Caliber:** 22 LR, single shot adaptor.
**Barrel:** 19½".
**Weight:** 5 lbs. **Length:** 35½" to 36⅔" overall.
**Stock:** Walnut-finished hardwood with adjustable buttplate, vented forend, stippled pistol grip. Length of pull adjustable from 11⅞" to 13".
**Sights:** Hooded front, open rear adjustable for windage and elevation.
**Features:** Uses Mark 2000-type action with adjustable two-stage trigger. Receiver grooved for scope mounting. Designed for training in junior rifle clubs and for starting young shooters. Introduced 1987. Imported from Germany by Precision Sales International.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$395.00**
**Price:** Sight Set #1 . . . . . . . . . . . . . . . . . . . . . . . . . . **$70.00**

### ANSCHUTZ 1416D/1516D CLASSIC RIFLES

**Caliber:** 22 LR (1416D), 5-shot clip; 22 WMR (1516D), 4-shot clip.
**Barrel:** 22½".
**Weight:** 6 lbs. **Length:** 41" overall.
**Stock:** European walnut; Monte Carlo with cheekpiece, schnabel forend, checkered pistol grip and forend.
**Sights:** Hooded ramp front, folding leaf rear.
**Features:** Uses Model 1403 target rifle action. Adjustable single stage trigger. Receiver grooved for scope mounting. Imported from Germany by Precision Sales International.
**Price:** 1416D, 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . **$695.00**
**Price:** 1516D, 22 WMR . . . . . . . . . . . . . . . . . . . . . . . . **$708.00**
**Price:** 1416D Classic left-hand . . . . . . . . . . . . . . . . . . . . **$729.00**

Anschutz 1416D/1516D

**Anschutz 1416D/1516D Custom Rifles**
Similar to the Classic models except have roll-over Monte Carlo cheekpiece, slim forend with schnabel tip, Wundhammer swell on grip, rosewood grip cap with white diamond insert. Fine cut checkering on grip and forend. Introduced 1988. Imported from Germany by Precision Sales International.
**Price:** 1416D (22 LR) . . . . . . . . . . . . . . . . . . . . . . . . . **$730.00**
**Price:** 1516D (22 WMR) . . . . . . . . . . . . . . . . . . . . . . . . **$744.00**

**Anschutz 1418D/1518D Mannlicher Rifles**
Similar to the 1416D/1516D rifles except has full-length Mannlicher-style stock, shorter 19¾" barrel. Weighs 5½ lbs. Stock has mahogany schnabel tip. Model 1418D chambered for 22 LR, 1518D for 22 WMR. Imported from Germany by Precision Sales International.
**Price:** 1418D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,076.00**
**Price:** 1518D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,087.00**

**Anschutz 1700 FWT Bolt-Action Rifle**
Similar to the Anschutz Custom except has McMillan fiberglass stock with Monte Carlo, roll-over cheekpiece, Wundhammer swell, and checkering. Comes without sights but the receiver is drilled and tapped for scope mounting. Has 22" barrel, single stage #5095 trigger. Weighs 6.25 lbs. Introduced 1989.
**Price:** With fiberglass stock . . . . . . . . . . . . . . . . . . . . **$1,163.00**
**Price:** As above, with Fibergrain stock . . . . . . . . . . . . . . . **$1,392.00**

### ANSCHUTZ 1700D BAVARIAN BOLT-ACTION RIFLE

**Caliber:** 22 LR, 5-shot clip.
**Barrel:** 24".
**Weight:** 7¼ lbs. **Length:** 43" overall.
**Stock:** European walnut with Bavarian cheek rest. Checkered p.g. and forend.
**Sights:** Hooded ramp front, folding leaf rear.
**Features:** Uses the Improved 1700 Match 54 action with adjustable 5096 trigger. Drilled and tapped for scope mounting. Introduced in 1988. Imported from Germany by Precision Sales International.
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,267.00**
**Price:** Custom 1700D Meistergrade (select walnut, gold engraved trigger guard), add . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.00**

### ANSCHUTZ 1700D CLASSIC RIFLES

**Caliber:** 22 LR, 5-shot clip.
**Barrel:** 23½", 13/16" dia. heavy.
**Weight:** 7¾ lbs. **Length:** 42½" overall.
**Stock:** Select European walnut with checkered pistol grip and forend.
**Sights:** Hooded ramp front, folding leaf rear; drilled and tapped for scope mounting.
**Features:** Adjustable single stage trigger. Receiver drilled and tapped for scope mounting. Introduced 1988. Imported from Germany by Precision Sales International.
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,236.00**
**Price:** As above, Meistergrade (select walnut, gold engraved trigger guard), add . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.00**

**Anschutz 1700D Custom Rifles**
Similar to the Classic models except have roll-over Monte Carlo cheekpiece, slim forend with schnabel tip, Wundhammer palm swell on pistol grip, rosewood grip cap with white diamond insert. Skip-line checkering on grip and forend. Introduced 1988. Imported from Germany by Precision Sales International.
**Price:** 22 LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,267.00**
**Price:** Custom 1700 Meistergrade (select walnut, gold engraved trigger guard), add . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.00**

**Anschutz 1700D Graphite Custom Rifle**
Similar to the Model 1700D Custom except has McMillan graphite reinforced stock with roll-over cheekpiece. Has 22" barrel. No sights furnished, but drilled and tapped for scope mounting. Comes with embroidered sling, Michael's quick-detachable swivels. Introduced 1991.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,233.00**

# RIMFIRE RIFLES—BOLT ACTIONS & SINGLE SHOTS

Armscor Model 14D

**ARMSCOR MODEL 14P BOLT-ACTION RIFLE**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 23".
**Weight:** 7 lbs. **Length:** 41.5" overall.
**Stock:** Walnut-finished mahogany.
**Sights:** Bead front, rear adjustable for elevation.
**Features:** Receiver grooved for scope mounting. Blued finish. Introduced 1987. Imported from the Philippines by Ruko Products.
**Price:** About . . . . . . . . . . $129.00
**Price:** Model 14D Deluxe (checkered stock) . . . . . . $149.00

**Armscor Model 1500 Rifle**
Similar to the Model 14P except chambered for 22 WMR. Has 21.5" barrel, double lug bolt, checkered stock, weighs 6.5 lbs. Introduced 1987.
**Price:** About . . . . . . . . . . $199.00

BRNO ZKM 452 Deluxe

**BRNO ZKM-452 DELUXE BOLT-ACTION RIFLE**
**Caliber:** 22 LR, detachable 5-shot magazine.
**Barrel:** 23.6".
**Weight:** 6.9 lbs. **Length:** 43.5" overall.
**Stock:** Checkered walnut.
**Sights:** Hooded bead front, open rear adjustable for windage and elevation.
**Features:** Dual claw extractors, safety locks firing pin. Blue finish; grooved receiver; oiled stock; sling swivels. Introduced 1992. Imported from the Czech Republic by Action Arms Ltd.
**Price:** . . . . . . . . . . $349.00
**Price:** With beechwood stock . . . . . . . . . . $305.00

Browning A-Bolt 22

**BROWNING A-BOLT 22 BOLT-ACTION RIFLE**
**Caliber:** 22 LR, 22 WMR, 5-shot magazines standard.
**Barrel:** 22".
**Weight:** 5 lbs., 9 oz. **Length:** 40¼" overall.
**Stock:** Walnut with cut checkering, rosewood grip cap and forend tip.
**Sights:** Offered with or without open sights. Open sight model has ramp front and adjustable folding leaf rear.
**Features:** Short 60-degree bolt throw. Top tang safety. Grooved for 22 scope mount. Drilled and tapped for full-size scope mounts. Detachable magazines. Gold-colored trigger preset at about 4 lbs. Imported from Japan by Browning. Introduced 1986.
**Price:** A-Bolt 22, no sights . . . . . . . . . . $393.95
**Price:** A-Bolt 22, with open sights . . . . . . . . . . $403.95
**Price:** A-Bolt 22 WMR, no sights . . . . . . . . . . $454.95
**Price:** As above, with sights . . . . . . . . . . $464.95

**Browning A-Bolt Gold Medallion**
Similar to the standard A-Bolt except stock is of high-grade walnut with brass spacers between stock and rubber recoil pad and between the rosewood grip cap and forend. Medallion-style engraving covers the receiver flats, and the words "Gold Medallion" are engraved and gold filled on the right side of the barrel. High gloss stock finish. Introduced 1988.
**Price:** No sights . . . . . . . . . . $521.95

Cabanas Master

**CABANAS MASTER BOLT-ACTION RIFLE**
**Caliber:** 177, round ball or pellet; single shot.
**Barrel:** 19½".
**Weight:** 8 lbs. **Length:** 45½" overall.
**Stocks:** Walnut target-type with Monte Carlo.
**Sights:** Blade front, fully adjustable rear.
**Features:** Fires round ball or pellet with 22-cal. blank cartridge. Bolt action. Imported from Mexico by Mandall Shooting Supplies. Introduced 1984.
**Price:** . . . . . . . . . . $189.95
**Price:** Varmint model (has 21½" barrel, 4½ lbs., 41" o.a.l., varmint-type stock) . . . . . . . . . . $119.95

**Cabanas Leyre Bolt-Action Rifle**
Similar to Master model except 44" overall, has sport/target stock.
**Price:** . . . . . . . . . . $149.95
**Price:** Model R83 (17" barrel, hardwood stock, 40" o.a.l.) . . . . . . $79.95
**Price:** Mini 82 Youth (16½" barrel, 33" o.a.l., 3½ lbs.) . . . . . . $69.95
**Price:** Pony Youth (16" barrel, 34" o.a.l., 3.2 lbs.) . . . . . . $69.95

**Cabanas Espronceda IV Bolt-Action Rifle**
Similar to the Leyre model except has full sporter stock, 18¾" barrel, 40" overall length, weighs 5½ lbs.
**Price:** . . . . . . . . . . $134.95

**CABANAS TASER RIFLE**
**Caliber:** 177.
**Barrel:** 19".
**Weight:** 6 lbs., 12 oz. **Length:** 42" overall.
**Stock:** Target-type thumbhole.
**Sights:** Blade front, open fully adjustable rear.
**Features:** Fires round ball or pellets with 22 blank cartridge. Imported from Mexico by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . $159.95

CONSULT
SHOOTER'S MARKETPLACE
Page 225, This Issue

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# RIMFIRE RIFLES—BOLT ACTIONS & SINGLE SHOTS

Chipmunk Rifle

**CHIPMUNK SINGLE SHOT RIFLE**
**Caliber:** 22, S, L, LR, single shot.
**Barrel:** 16⅛".
**Weight:** About 2½ lbs. **Length:** 30" overall.
**Stocks:** American walnut, or camouflage.
**Sights:** Post on ramp front, peep rear adjustable for windage and elevation.
**Features:** Drilled and tapped for scope mounting using special Chipmunk base ($9.95). Made in U.S. Introduced 1982. From Oregon Arms.
**Price:** Standard . . . . . . . . . . . . . . . . . . . . . . . . . . . **$174.95**
**Price:** Deluxe (better wood, checkering) . . . . . . . . . . . . . . . **$225.00**

**COOPER ARMS MODEL 36RF SPORTER RIFLE**
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 23" Shilen match.
**Weight:** 7 lbs. **Length:** 42½" overall.
**Stock:** AA Claro walnut with 22 lpi checkering, oil finish; Custom has AAA Claro or AA French walnut.
**Sights:** None furnished.
**Features:** Action has three mid-bolt locking lugs, 45-degree bolt rotation; fully adjustable single stage match trigger; swivel studs. Pachmayr butt pad. Introduced 1991. Made in U.S. by Cooper Arms.
**Price:** Standard . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,125.00**
**Price:** Custom (AAA Claro walnut, Monte Carlo beaded cheekpiece, oil finish) . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,250.00**
**Price:** Custom Classic (as above with ebony forend tip, steel grip cap, Brownell No. 1 checkering pattern) . . . . . . . . . . . . . . . . **$1,350.00**
**Price:** Model 36RF Featherweight (custom stock shape, black textured finish) . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,195.00**

Dakota 22 Sporter

**DAKOTA 22 SPORTER BOLT-ACTION RIFLE**
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 22".
**Weight:** About 6.5 lbs. **Length:** NA.
**Stock:** Claro or English walnut in classic design; 13.6" length of pull. Choice of grade. Point panel hand checkering. Swivel studs. Black buttpad.
**Sights:** None furnished; comes with mount bases.
**Features:** Combines features of Winchester 52 and Dakota 76 rifles. Full-sized receiver; rear locking lug and bolt machined from bar stock. Trigger and striker-blocking safety; adjustable trigger. Introduced 1992. From Dakota Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,500.00**

Kimber Model 82C

**KIMBER MODEL 82C CLASSIC BOLT-ACTION RIFLE**
**Caliber:** 22 LR, 4-shot magazine (10-shot available).
**Barrel:** 21"; premium air-gauged.
**Weight:** 6.5 lbs. **Length:** 40.5" overall.
**Stock:** Classic style of Claro walnut; 13.5" length of pull; hand-checkered; red rubber buttpad; polished steel grip cap.
**Sights:** None furnished; drilled and tapped for Warne scope mounts (optionally available from factory).
**Features:** Action uses aluminum pillar bedding for consistent accuracy; single-set trigger with 2.5-lb. pull is fully adjustable. Reintroduced 1994. Made in U.S. by Kimber of America, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$696.00**

**Kimber Model 82C SuperAmerica Bolt-Action Rifle**
Similar to the Model 82C except has AAA fancy grade Claro walnut with beaded cheekpiece, ebony forend cap; hand-checkered 22 lpi patterns with wrap-around coverage; black rubber buttpad. Reintroduced 1994. Made in U.S. by Kimber of America, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,175.00**

**Kimber Model 82C Custom Shop SuperAmerica**
Similar to standard SuperAmerica except has Neidner-style buttplate. Available options include: steel skeleton grip cap and buttplate; quarter-rib and open express sights; jewelled bolt; checkered bolt knob; special length of pull; rust blue finish. Reintroduced 1994. Made in U.S. by Kimber of America, Inc.
**Price:** Basic Custom Shop SuperAmerica . . . . . . . . . . . . . **$1,250.00**

**KRICO MODEL 300 BOLT-ACTION RIFLES**
**Caliber:** 22 LR, 22 WMR, 22 Hornet.
**Barrel:** 19.6" (22 RF), 23.6" (Hornet).
**Weight:** 6.3 lbs. **Length:** 38.5" overall (22 RF).
**Stock:** Walnut-stained beech.
**Sights:** Blade on ramp front, open adjustable rear.
**Features:** Double triggers, sliding safety. Checkered grip and forend. Imported from Germany by Mandall Shooting Supplies.
**Price:** Model 300 Standard . . . . . . . . . . . . . . . . . . . . . . **$700.00**
**Price:** Model 300 Deluxe . . . . . . . . . . . . . . . . . . . . . . . **$795.00**
**Price:** Model 300 Stutzen (walnut full-length stock) . . . . . . . . . **$825.00**
**Price:** Model 300 SA (walnut Monte Carlo stock) . . . . . . . . . . **$750.00**

**LAKEFIELD ARMS MARK I BOLT-ACTION RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 20½".
**Weight:** 5½ lbs. **Length:** 39½" overall.
**Stock:** Walnut-finished hardwood with Monte Carlo-type comb, checkered grip and forend.
**Sights:** Bead front, open adjustable rear. Receiver grooved for scope mounting.
**Features:** Thumb-operated rotating safety. Blue finish. Rifled or smooth bore. Introduced 1990. Made in Canada by Lakefield Arms Ltd.
**Price:** Mark I, rifled or smooth bore . . . . . . . . . . . . . . . . . **$124.95**
**Price:** Mark I left-hand . . . . . . . . . . . . . . . . . . . . . . . **$137.95**
**Price:** Mark IY (Youth), 19" barrel, 37" overall, 5 lbs. . . . . . . . . . **$124.95**
**Price:** Mark IY left-hand . . . . . . . . . . . . . . . . . . . . . . **$137.95**
**Price:** Mark I left-hand, smooth bore . . . . . . . . . . . . . . . . **$137.95**
**Price:** Mark IY left-hand, smooth bore . . . . . . . . . . . . . . . . **$137.95**

**LAKEFIELD ARMS MARK II BOLT-ACTION RIFLE**
**Caliber:** 22 LR, 10-shot magazine.
**Barrel:** 20½".
**Weight:** 5½ lbs. **Length:** 39½" overall.
**Stock:** Walnut-finished hardwood with Monte Carlo-type comb, checkered grip and forend.
**Sights:** Bead front, open adjustable rear. Receiver grooved for scope mounting.
**Features:** Thumb-operated rotating safety. Blue finish. Introduced 1990. Made in Canada by Lakefield Arms Ltd.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$133.95**
**Price:** Mark II-Y (youth), 19" barrel, 37" overall, 5 lbs. . . . . . . . **$133.95**
**Price:** Mark II left-hand . . . . . . . . . . . . . . . . . . . . . . . **$146.95**
**Price:** Mark II-Y (youth) left-hand . . . . . . . . . . . . . . . . . . **$146.95**

Lakefield Model 93M

**LAKEFIELD ARMS MODEL 93M BOLT-ACTION RIFLE**
**Caliber:** 22 WMR, 5-shot magazine.
**Barrel:** 20.75".
**Weight:** 5.75 lbs. **Length:** 39.5" overall.
**Stock:** Walnut-finished hardwood with Monte Carlo-type comb, checkered grip and forend.
**Sights:** Bead front, adjustable open rear. Receiver grooved for scope mount.
**Features:** Thumb-operated rotary safety. Blue finish. Introduced 1994. Made in Canada by Lakefield Arms Ltd.
**Price:** About . . . . . . . . . . **$162.95**

Magtech Model 122.2R

**MAGTECH MODEL 122.2 BOLT-ACTION RIFLES**
**Caliber:** 22 S, L, LR, 6- and 10-shot magazines.
**Barrel:** 24" (six-groove).
**Weight:** 6.5 lbs. **Length:** 43" overall.
**Stock:** Brazilian hardwood.
**Sights:** Blade front, open rear adjustable for windage and elevation.
**Features:** Sliding safety; double extractors; receiver grooved for scope mount. Introduced 1994. Imported from Brazil by Magtech Recreational Products, Inc.
**Price:** Model 122.2S (no sights) . . . . . . . . . . **$139.95**
**Price:** Model 122.2R (open sights) . . . . . . . . . . **$149.95**
**Price:** Model 122.2T (ramp front, micro-type open rear) . . . . . . . **$169.95**

**MARLIN MODEL 15YN "LITTLE BUCKAROO"**
**Caliber:** 22 S, L, LR, single shot.
**Barrel:** 16¼" Micro-Groove;rm.
**Weight:** 4¼ lbs. **Length:** 33¼" overall.
**Stock:** One-piece walnut-finished hardwood with Monte Carlo; Mar-Shield® finish.
**Sights:** Ramp front, adjustable open rear.
**Features:** Beginner's rifle with thumb safety, easy-load feed throat, red cocking indicator. Receiver grooved for scope mounting. Introduced 1989.
**Price:** . . . . . . . . . . **$156.55**

Consult our Directory pages for the location of firms mentioned.

Marlin Model 880

**MARLIN MODEL 880 BOLT-ACTION RIFLE**
**Caliber:** 22 LR; 7-shot clip magazine.
**Barrel:** 22" Micro-Groove®.
**Weight:** 5½ lbs. **Length:** 41".
**Stock:** Checkered Monte Carlo American black walnut with checkered p.g. and forend. Rubber buttpad, swivel studs. Mar-Shield® finish.
**Sights:** Wide-Scan™ ramp front, folding semi-buckhorn rear adjustable for windage and elevation.
**Features:** Receiver grooved for scope mount. Introduced 1989.
**Price:** . . . . . . . . . . **$225.35**

**Marlin Model 881 Bolt-Action Rifle**
Same as the Marlin 880 except tubular magazine, holds 17 Long Rifle, 19 Long, 25 Short cartridges. Weighs 6 lbs.
**Price:** . . . . . . . . . . **$234.75**

Marlin Model 880SS

**Marlin Model 880SS Stainless Steel Bolt-Action Rifle**
Same as the Model 880 except barrel, receiver, front breech bolt, striker knob, trigger stud, cartridge lifter stud and outer magazine tube are made of stainless steel. Most other parts are nickel-plated to match the stainless finish. Has black fiberglass-filled AKZO synthetic stock with moulded-in checkering, stainless steel swivel studs. Introduced 1994. Made in U.S. by Marlin Firearms Co.
**Price:** . . . . . . . . . . **$240.80**

**Marlin Model 882 Bolt-Action Rifle**
Same as the Marlin 880 except 22 WMR cal. only with 7-shot clip magazine; weight about 6 lbs. Comes with swivel studs.
**Price:** . . . . . . . . . . **$248.50**
**Price:** Model 882L (laminated hardwood stock) . . . . . . . . . . **$263.45**

**Marlin Model 883 Bolt-Action Rifle**
Same as Marlin 882 except tubular magazine holds 12 rounds of 22 WMR ammunition.
**Price:** . . . . . . . . . . **$257.60**

**Marlin Model 25N Bolt-Action Repeater**
Similar to Marlin 880, except walnut-finished p.g. stock, adjustable open rear sight, ramp front.
**Price:** . . . . . . . . . . **$162.60**

**Marlin Model 883SS Bolt-Action Rifle**
Same as the Model 883 except front breech bolt, striker knob, trigger stud, cartridge lifter stud and outer magazine tube are of stainless steel; other parts are nickel-plated. Has two-tone brown laminated Monte Carlo stock with swivel studs, rubber butt pad. Introduced 1993.
**Price:** . . . . . . . . . . **$274.25**

**Marlin Model 25MN Bolt-Action Rifle**
Similar to the Model 25N except chambered for 22 WMR. Has 7-shot clip magazine, 22" Micro-Groove® barrel, checkered walnut-finished hardwood stock. Introduced 1989.
**Price:** . . . . . . . . . . **$185.90**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# RIMFIRE RIFLES—BOLT ACTIONS & SINGLE SHOTS

Mitchell High Standard 9302

## MITCHELL HIGH STANDARD BOLT-ACTION RIFLES

**Caliber:** 22 LR, 10-shot magazine; 22 WMR, 5-shot magazine.
**Barrel:** 22.5".
**Weight:** About 6.5 lbs. **Length:** 40.75" overall.
**Stock:** American walnut (Models 9301, 9302 have rosewood grip and forend caps, checkering).
**Sights:** Bead on ramp front, open adjustable rear.
**Features:** Polished blue finish. Introduced 1994. Imported from the Philippines by Mitchell Arms.
**Price:** Model 9301 (22 LR, checkering, rosewood caps) . . . . . . . . **$312.50**
**Price:** Model 9302 (as above, 22 WMR) . . . . . . . . . . . . . . . . **$317.50**
**Price:** Model 9303 (22 LR, no checkering or rosewood caps) . . . . **$275.00**
**Price:** Model 9304 (as above, 22 WMR) . . . . . . . . . . . . . . . . **$280.00**

Navy Arms Sniper Trainer

**Navy Arms TU-KKW Sniper Trainer**
Same as the TU-33/40 except comes with Type 89 2.75x scope with quick-detachable mount system. Weighs 7 lbs., 6 oz. with scope. Comes with bayonet lug, sling, cleaning rod. Introduced 1992. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$310.00**

**Navy Arms TU-33/40 Carbine**
Similar to the TU-KKW Training Rifle except has 20.75" barrel, weighs 6.5 lbs., 38" overall. Based on Mauser G.33/40 mountain carbine. Comes with bayonet lug, sling, cleaning rod. Introduced 1992. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$210.00**

## NAVY ARMS TU-KKW TRAINING RIFLE

**Caliber:** 22 LR, 5-shot detachable magazine.
**Barrel:** 26".
**Weight:** 8 lbs. **Length:** 44" overall.
**Stock:** 98k-style walnut-stained hardwood.
**Sights:** Blade front, open rear adjustable for elevation; military style.
**Features:** Replica of the German WWII training rifle. Polished blue metal. Bayonet lug, cleaning rod, takedown disk in butt. Introduced 1991. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$210.00**

## NORINCO JW-15 BOLT-ACTION RIFLE

**Caliber:** 22 LR, 5-shot detachable magazine.
**Barrel:** 24".
**Weight:** 5 lbs., 12 oz. **Length:** 41¾" overall.
**Stock:** Walnut-stained hardwood.
**Sights:** Hooded blade front, open rear drift adjustable for windage.
**Features:** Polished blue finish; sling swivels; wing-type safety. Introduced 1991. Imported by Interarms, Navy Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . **$110.00** to **$118.00**

Norinco JW-27

## NORINCO JW-27 BOLT-ACTION RIFLE

**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 22.75".
**Weight:** 5 lbs., 14 oz. **Length:** 41.75" overall.
**Stock:** Walnut-finished hardwood with checkered grip and forend.
**Sights:** Dovetailed bead on blade front, fully adjustable rear.
**Features:** Receiver grooved for scope mounting. Blued finish. Introduced 1992. Imported from China by Century International Arms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$106.95**

NS Model 522

## NS FIREARMS MODEL 522 RIFLE

**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 21".
**Weight:** 7.75 lbs. **Length:** 39.5" overall.
**Stock:** Walnut with cut-checkered grip and forend; satin finish.
**Sights:** None furnished. Receiver grooved for scope mount.
**Features:** Free-floated hammer-forged heavy barrel; forged receiver and bolt with two locking lugs, dual extractors. Safety locks bolt and trigger. Introduced 1993. Imported by Keng's Firearms Specialty.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.95**

Remington 541-T

## REMINGTON 541-T

**Caliber:** 22 S, L, LR, 5-shot clip.
**Barrel:** 24".
**Weight:** 5⅞ lbs. **Length:** 42½" overall.
**Stock:** Walnut, cut-checkered p.g. and forend. Satin finish.
**Sights:** None. Drilled and tapped for scope mounts.
**Features:** Clip repeater. Thumb safety. Reintroduced 1986.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.00**

# RIMFIRE RIFLES—BOLT ACTIONS & SINGLE SHOTS

**Remington 541-T HB Bolt-Action Rifle**

Similar to the 541-T except has a heavy target-type barrel without sights. Receiver is drilled and tapped for scope mounting. American walnut stock with straight comb, satin finish, cut checkering, black checkered buttplate, black grip cap and forend tip. Weight is about 6½ lbs. Introduced 1993.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$425.00**

**REMINGTON 40-XR RIMFIRE CUSTOM SPORTER**

**Caliber:** 22 LR.
**Barrel:** 24".
**Weight:** 10 lbs. **Length:** 42½" overall.
**Stock:** Full-sized walnut, checkered p.g. and forend.
**Sights:** None furnished; drilled and tapped for scope mounting.
**Features:** Custom Shop gun. Duplicates Model 700 centerfire rifle.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,341.00**

**REMINGTON 581-S SPORTSMAN RIFLE**

**Caliber:** 22 S, L or LR, 5-shot clip magazine.
**Barrel:** 24" round.
**Weight:** 4¾ lbs. **Length:** 42⅜" overall.
**Stock:** Walnut-finished hardwood, Monte Carlo with p.g.
**Sights:** Bead post front, screw adjustable open rear.
**Features:** Sliding side safety, wide trigger, receiver grooved for tip-off scope mounts. Comes with single shot adaptor. Reintroduced 1986.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$212.00**

Ruger K77/22 Varmint

**RUGER K77/22 VARMINT RIFLE**

**Caliber:** 22 WMR, 9-shot detachable rotary magazine.
**Barrel:** 24", heavy.
**Weight:** 7.25 lbs. **Length:** 43.25" overall.
**Stock:** Laminated hardwood with rubber butt pad, quick-detachable swivel studs. No checkering or grip cap.
**Sights:** None furnished. Comes with Ruger 1" scope rings.
**Features:** Made of stainless steel with matte finish. Three-position safety, dual extractors. Stock has wide, flat forend. Introduced 1993.
**Price:** K77/22VBZ . . . . . . . . . . . . . . . . . . . . . . . . **$485.00**

Ruger K77/22RSP

**RUGER 77/22 RIMFIRE BOLT-ACTION RIFLE**

**Caliber:** 22 LR, 10-shot rotary magazine; 22 WMR, 9-shot rotary magazine.
**Barrel:** 20".
**Weight:** About 5¾ lbs. **Length:** 39¾" overall.
**Stock:** Checkered American walnut or injection-moulded fiberglass-reinforced Du Pont Zytel with Xenoy inserts in forend and grip, stainless sling swivels.
**Sights:** Brass bead front, adjustable folding leaf rear or plain barrel with 1" Ruger rings.
**Features:** Mauser-type action uses Ruger's 10-shot rotary magazine. Three-position safety, simplified bolt stop, patented bolt locking system. Uses the dual-screw barrel attachment system of the 10/22 rifle. Integral scope mounting system with 1" Ruger rings. Blued model introduced in 1983. Stainless steel model and blued model with the synthetic stock introduced in 1989.
**Price:** 77/22R (no sights, rings, walnut stock) . . . . . . . . . . **$402.00**
**Price:** 77/22RS (open sights, rings, walnut stock) . . . . . . . . **$424.00**
**Price:** K77/22RP (stainless, no sights, rings, synthetic stock) . . . . **$419.00**
**Price:** K77/22RSP (stainless, open sights, rings, synthetic stock) . . **$445.00**
**Price:** 77/22RM (22 WMR, blue, walnut stock) . . . . . . . . . . **$402.00**
**Price:** K77/22RSMP (22 WMR, stainless, open sights, rings, synthetic stock) . . . . . . . . . . . . . . . . . . . . **$445.00**
**Price:** K77/22RMP (22 WMR, stainless, synthetic stock) . . . . . . . **$419.00**
**Price:** 77/22RSM (22 WMR, blue, open sights, rings, walnut stock) . **$424.00**

Sako Finnfire

**SAKO FINNFIRE BOLT-ACTION RIFLE**

**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 22".
**Weight:** 5.25 lbs. **Length:** 40" overall.
**Stock:** European walnut with checkered grip and forend.
**Sights:** Hooded blade front, open adjustable rear.
**Features:** Adjustable single-stage trigger; has 50-degree bolt lift. Introduced 1994. Imported from Finland by Stoeger Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$685.00**

Ultra Light Arms Model 20

**ULTRA LIGHT ARMS MODEL 20 RF BOLT-ACTION RIFLE**

**Caliber:** 22 LR, single shot or 5-shot repeater.
**Weight:** 5 lbs., 3 oz. **Length:** 41½" overall.
**Stock:** Composite Kevlar, graphite reinforced. Du Pont Imron paint; 13½" length of pull.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Available as either single shot or repeater with 5-shot removable magazine. Comes with scope mounts. Introduced 1993. Made in U.S. by Ultra Light Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$800.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Winchester Model 52B

**WINCHESTER MODEL 52B SPORTING RIFLE**
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 24".
**Weight:** 7 lbs. **Length:** 42⅛" overall.
**Stock:** Walnut, with sculpted cheekpiece.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Uses the Model 52C mechanism with stock configuration of the Model 52B. Has Micro-Motion trigger system of the original. Production limited to 6000 rifles. Reintroduced 1993. From U.S. Repeating Arms Co.
**Price:** . . . . . . . . . . $576.00

# COMPETITION RIFLES—CENTERFIRE & RIMFIRE

Includes models for classic American and ISU target competition and other sporting and competitive shooting.

Anschutz Achiever ST

**ANSCHUTZ ACHIEVER ST-SUPER TARGET RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 22", .75" diameter.
**Weight:** About 6.5 lbs. **Length:** 38.75" to 39.75" overall.
**Stock:** Walnut-finished European hardwood with hand-stippled panels on grip and forend; 13.5" accessory rail on forend.
**Sights:** Optional. Anschutz #1 or #2 Sight Set. Receiver grooved for scope mounting.
**Features:** Designed for the advanced junior shooter with adjustable length of pull from 13.25" to 14.25" via removable butt spacers. Two-stage #5066 adjustable trigger factory set at 2.6 lbs. Introduced 1994. Imported from Germany by Precision Sales International.
**Price:** . . . . . . . . . . $485.00

Anschutz BR-50

**ANSCHUTZ BR-50 BENCHREST RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 19.75" (without 11-oz. muzzle weight).
**Weight:** About 11 lbs. **Length:** 37.75" to 42.5" overall.
**Stock:** Benchrest style of European hardwood with stippled grip. Cheekpiece vertically adjustable to 1". Stock length adjustable via spacers and buttplate. Finished with glossy blue-black paint.
**Sights:** None furnished. Receiver grooved for mounts, barrel drilled and tapped for target mounts.
**Features:** Uses the Anschutz 2013 target action, #5015 two-stage adjustable target trigger factory set at 3.9 oz. Introduced 1994. Imported from Germany by Precision Sales International.
**Price:** . . . . . . . . . . $3,075.00

**ANSCHUTZ 1827B BIATHLON RIFLE**
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 21½".
**Weight:** 8½ lbs. with sights. **Length:** 42½" overall.
**Stock:** Walnut-finished hardwood; cheekpiece, stippled pistol grip and forend.
**Sights:** Globe front specially designed for Biathlon shooting, micrometer rear with hinged snow cap.
**Features:** Uses Match 54 action and nine-way adjustable trigger; adjustable wooden buttplate, Biathlon butthook, adjustable hand-stop rail. **Special Order Only.** Introduced 1982. Imported from Germany by Precision Sales International.
**Price:** Right-hand . . . . . . . . . . $2,233.00
**Price:** With Fortner straight-pull bolt . . . . . . . . . . $3,449.00
**Price:** As above, left-hand . . . . . . . . . . $3,794.00

**ANSCHUTZ 1808D RT SUPER MATCH 54 TARGET**
**Caliber:** 22 LR, single shot.
**Barrel:** 32½".
**Weight:** 9.4 lbs. **Length:** 50½" overall.
**Stock:** Walnut-finished European hardwood. Heavy beavertail forend; adjustable cheekpiece and buttplate. Stippled grip and forend.
**Sights:** None furnished. Grooved for scope mounting.
**Features:** Designed for Running Target competition. Nine-way adjustable single-stage trigger, slide safety. Introduced 1991. Imported from Germany by Precision Sales International.
**Price:** Right-hand . . . . . . . . . . $1,760.00

**ANSCHUTZ 1903D MATCH RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 25", ¾" diameter.
**Weight:** 8.6 lbs. **Length:** 43¾" overall.
**Stock:** Walnut-finished hardwood with adjustable cheekpiece; stippled grip and forend.
**Sights:** None furnished.
**Features:** Uses Anschutz Match 64 action and #5091 two-stage trigger. A medium weight rifle for intermediate and advanced Junior Match competition. Introduced 1987. Imported from Germany by Precision Sales International.
**Price:** Right-hand . . . . . . . . . . $1,039.00
**Price:** Left-hand . . . . . . . . . . $1,193.00
**Price:** #6823 sight set . . . . . . . . . . $300.53

**ANSCHUTZ 64-MS, 64-MS LEFT SILHOUETTE**
**Caliber:** 22 LR, single shot.
**Barrel:** 21½", medium heavy; ⅞" diameter.
**Weight:** 8 lbs. **Length:** 39½" overall.
**Stock:** Walnut-finished hardwood, silhouette-type.
**Sights:** None furnished. Receiver drilled and tapped for scope mounting.
**Features:** Uses Match 64 action. Designed for metallic silhouette competition. Stock has stippled checkering, contoured thumb groove with Wundhammer swell. Two-stage #5091 trigger. Slide safety locks sear and bolt. Introduced 1980. Imported from Germany by Precision Sales International.
**Price:** 64-MS . . . . . . . . . . $916.00
**Price:** 64-MS Left . . . . . . . . . . $960.00

# COMPETITION RIFLES—CENTERFIRE & RIMFIRE

**ANSCHUTZ 1911 PRONE MATCH RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 27¼" round (1" dia.).
**Weight:** 11 lbs. **Length:** 46" overall.
**Stock:** Walnut-finished European hardwood; American prone style with Monte Carlo, cast-off cheekpiece, checkered p.g., beavertail forend with swivel rail and adjustable swivel, adjustable rubber buttplate.
**Sights:** None. Receiver grooved for Anschutz sights (extra). Scope blocks.
**Features:** Two-stage #5018 trigger adjustable from 2.1 to 8.6 oz. Extremely fast lock time. Imported from Germany by Precision Sales International.
**Price:** Right-hand, no sights . . . . . $2,134.00

**Anschutz 1907 ISU Standard Match Rifle**
Same action as Model 1913 but with ⅞" diameter 26" barrel. Length is 44½" overall, weight 10 lbs. Blonde wood finish with vented forend. Designed for prone and position shooting ISU requirements; suitable for NRA matches.
**Price:** Right-hand, no sights . . . . . $1,827.00
**Price:** With walnut stock . . . . . $1,897.00
**Price:** M1907-L (true left-hand action and stock) . . . . . $1,916.00

**Anschutz 1913 Super Match Rifle**
Same as the Model 1911 except European walnut International-type stock with adjustable cheekpiece, adjustable aluminum hook buttplate, adjustable hand stop, weight 15½ lbs., 46" overall. Imported from Germany by Precision Sales International.
**Price:** Right-hand, no sights . . . . . $3,212.00
**Price:** M1913 left-hand . . . . . $3,182.00

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

Anschutz 54.18MS REP

**Anschutz 1910 Super Match II**
Similar to the Super Match 1913 rifle except has a stock of European hardwood with tapered forend and deep receiver area. Hand and palm rests not included. Uses Match 54 action. Adjustable hook buttplate and cheekpiece. Sights not included. Introduced 1982. Imported from Germany by Precision Sales International.
**Price:** Right-hand . . . . . $2,709.00
**Price:** Left-hand . . . . . $2,843.00

**Anschutz 54.18MS REP Deluxe Silhouette Rifle**
Same basic action and trigger specifications as the Anschutz 1913 Super Match but with removable 5-shot clip magazine, 22" barrel extendable to 30" using optional extension and weight set. Receiver drilled and tapped for scope mounting. Silhouette stock with thumbhole grip is of fiberglass with walnut wood Fibergrain finish. Introduced 1990. Imported from Germany by Precision Sales International.
**Price:** 54.18MS REP Deluxe . . . . . $2,280.00
**Price:** 54.18MS Standard with fiberglass stock . . . . . $1,896.00

**Anschutz 54.18MS Silhouette Rifle**
Same basic features as Anschutz 1913 Super Match but with special metallic silhouette European hardwood stock and two-stage trigger. Has 22" barrel; receiver drilled and tapped.
**Price:** . . . . . $1,488.00
**Price:** 54.18MSL (true left-hand version of above) . . . . . $1,670.00

Anschutz 2013

**Anschutz Super Match 54 Target Model 2007**
Similar to the Model 2013 except has ISU Standard design European walnut stock. Sights optional. Introduced 1992. Imported from Germany by Precision Sales International.
**Price:** . . . . . $2,675.00
**Price:** M2007 left-hand . . . . . $2,807.00

**ANSCHUTZ SUPER MATCH 54 TARGET MODEL 2013**
**Caliber:** 22 LR.
**Barrel:** 19.75" (26" with tube installed).
**Weight:** 15.5 lbs. **Length:** NA.
**Stock:** European walnut; target adjustable.
**Sights:** Optional. Uses #6820 sight set.
**Features:** Improved Super Match 54 action, #5018 trigger give fastest consistent lock time for a production target rifle. Barrel is micro-honed; trigger has nine points of adjustment, two stages. Slide safety. Comes with test target. Introduced 1992. Imported from Germany by Precision Sales International.
**Price:** . . . . . $3,812.00
**Price:** M2013 left-hand . . . . . $4,004.00

Colt Sporter Competition HBAR

**COLT SPORTER TARGET MODEL RIFLE**
**Caliber:** 223 Rem., 5-shot magazine.
**Barrel:** 20".
**Weight:** 7.5 lbs. **Length:** 39" overall.
**Stock:** Composition stock, grip, forend.
**Sights:** Post front, aperture rear adjustable for windage and elevation.
**Features:** Five-round detachable box magazine, standard-weight barrel, flash suppressor, sling swivels. Has forward bolt assist. Military matte black finish. Model introduced 1991.
**Price:** . . . . . $970.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# COMPETITION RIFLES—CENTERFIRE & RIMFIRE

**Colt Sporter Competition HBAR Rifle**
Similar to the Sporter Target except has flat-top receiver with integral Weaver-type base for scope mounting. Counter-bored muzzle, 1:9" rifling twist. Introduced 1991.
**Price:** Model R6700 . . . . . . . . . . . . . . . . . . . . . . . **$1,020.00**

**Colt Sporter Competition HBAR Range Selected Rifle**
Same as the Sporter Competition HBAR #R6700 except is range selected for accuracy, and comes with 3-9x rubber armored scope, scope mount, carrying handle with iron sights, Cordura nylon carrying case. Introduced 1992.
**Price:** Model R6700CH . . . . . . . . . . . . . . . . . . . . . **$1,527.00**

**Colt Sporter Match HBAR Rifle**
Similar to the Target Model except has heavy barrel, 800-meter rear sight adjustable for windage and elevation. Introduced 1991.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,014.00**

**COOPER ARMS MODEL BR-50**
**Caliber:** 22 LR, single shot.
**Barrel:** 22"; .860" straight.
**Weight:** 10 lbs. **Length:** 40.5" overall.
**Stock:** Benchrest style synthetic; smooth flat black finish.
**Sights:** None furnished.
**Features:** Action has three mid-bolt locking lugs; fully adjustable match grade trigger; stainless barrel. Introduced 1994. Made in U.S. by Cooper Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,295.00**


E.A.A./HW 60

**E.A.A./HW 660 MATCH RIFLE**
**Caliber:** 22 LR.
**Barrel:** 26".
**Weight:** 10.7 lbs. **Length:** 45.3" overall.
**Stock:** Match-type walnut with adjustable cheekpiece and buttplate.
**Sights:** Globe front, match aperture rear.
**Features:** Adjustable match trigger; stippled p.g. and forend; forend accessory rail. Introduced 1988. Imported from Germany by European American Armory.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . **$795.00**

**E.A.A./WEIHRAUCH HW 60 TARGET RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 26.8".
**Weight:** 10.8 lbs. **Length:** 45.7" overall.
**Stock:** Walnut with adjustable buttplate. Stippled p.g. and forend. Rail with adjustable swivel.
**Sights:** Hooded ramp front, match-type aperture rear.
**Features:** Adjustable match trigger with push-button safety. Left-hand version also available. Introduced 1981. Imported from Germany by European American Armory.
**Price:** Right-hand . . . . . . . . . . . . . . . . . . . . . . . . **$695.00**

**Eagle Arms EA-15E2 H-BAR Rifle**
Similar to the Golden Eagle except has 20" slightly lighter and smaller heavy match barrel with 1:9" twist; weighs about 9 lbs. Introduced 1989. Made in U.S. by Eagle Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$895.00**
**Price:** With NM sights . . . . . . . . . . . . . . . . . . . . . . **$945.00**

**Eagle Arms EA-15E2 Eagle Eye Match Rifle**
Has 24", 1" diameter, stainless, heavy match barrel that is air-gauged, free-floating. Weighted buttstock to counterbalance the barrel. Has match-type hand-stop on handguard. Match sights available on special order. Weighs about 14 lbs. Introduced 1994. Made in U.S. by Eagle Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,495.00**

**EAGLE ARMS EA-15E2 GOLDEN EAGLE MATCH RIFLE**
**Caliber:** 223 Rem.
**Barrel:** 20" extra-heavy NM; 1:8" twist.
**Weight:** About 12 lbs. **Length:** 39" overall.
**Stock:** Black composition; weighted.
**Sights:** Elevation-adjustable NM extra-fine front with set screw, E2-style NM rear with ½-min. adjustments for windage and elevation; NM aperture.
**Features:** Upper and lower receivers have push-type pivot pin for easy takedown. Receivers hard coat anodized. Fence-type magazine release. Introduced 1989. Made in U.S. by Eagle Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,075.00**


Finnish Lion

**FINNISH LION STANDARD TARGET RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 27⅝".
**Weight:** 10½ lbs. **Length:** 44⁹⁄₁₆" overall.
**Stock:** French walnut, target style.
**Sights:** Globe front, International micrometer rear.
**Features:** Optional accessories: palm rest, hook buttplate, forend stop and swivel assembly, buttplate extension, five front sight aperture inserts, three rear sight apertures, Allen wrench. Adjustable trigger. Imported from Finland by Mandall Shooting Supplies.
**Price:** Without sights . . . . . . . . . . . . . . . . . . . . . . . **$695.00**
**Price:** Sight set . . . . . . . . . . . . . . . . . . . . . . . . . . **$195.00**

**HECKLER & KOCH PSG-1 MARKSMAN RIFLE**
**Caliber:** 308, 5- and 20-shot magazines.
**Barrel:** 25.6", heavy.
**Weight:** 17.8 lbs. **Length:** 47.5" overall.
**Stock:** Matte black high impact plastic, adjustable for length, pivoting butt cap, vertically-adjustable cheekpiece; target-type pistol grip with adjustable palm shelf.
**Sights:** Hendsoldt 6x42 scope.
**Features:** Uses HK-91 action with low-noise bolt closing device, special Marksman trigger group; special forend with T-way rail for sling swivel or tripod. Gun comes in special foam-fitted metal transport case with tripod, two 20-shot and two 5-shot magazines, tripod. Imported from Germany by Heckler & Koch, Inc. Introduced 1986.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$9,750.00**

**KRICO MODEL 360 S2 BIATHLON RIFLE**
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 21.25".
**Weight:** 9 lbs., 15 oz. **Length:** 40.55" overall.
**Stock:** Biathlon design of black epoxy-finished walnut with pistol grip.
**Sights:** Globe front, fully adjustable Diana 82 match peep rear.
**Features:** Pistol-grip-activated action. Comes with five magazines (four stored in stock recess), muzzle/sight snow cap. Introduced 1991. Imported from Germany by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,595.00**

Krico Model 360S Biathlon

**KRICO MODEL 400 MATCH RIFLE**
**Caliber:** 22 LR, 22 Hornet, 5-shot magazine.
**Barrel:** 23.2" (22 LR), 23.6" (22 Hornet).
**Weight:** 8.8 lbs. **Length:** 42.1" overall (22 RF).
**Stock:** European walnut, match type.
**Sights:** None furnished; receiver grooved for scope mounting.
**Features:** Heavy match barrel. Double-set or match trigger. Imported from Germany by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . $950.00

**KRICO MODEL 600 SNIPER RIFLE**
**Caliber:** 222, 223, 22-250, 243, 308, 4-shot magazine.
**Barrel:** 23.6".
**Weight:** 9.2 lbs. **Length:** 45.2" overall.
**Stock:** European walnut with adjustable rubber buttplate.
**Sights:** None supplied; drilled and tapped for scope mounting.
**Features:** Match barrel with flash hider; large bolt knob; wide trigger shoe. Parkerized finish. Imported from Germany by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . $2,645.00

Lakefield Model 92S

**LAKEFIELD ARMS MODEL 91T TARGET RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 25".
**Weight:** 8 lbs. **Length:** 43⅝" overall.
**Stock:** Target-type, walnut-finished hardwood.
**Sights:** Target front with inserts, peep rear with ¼-minute click adjustments.
**Features:** Comes with shooting rail and hand stop. Also available as 5-shot repeater as Model 91-TR. Introduced 1991. Made in Canada by Lakefield Arms.
**Price:** Model 91T . . . . . . . . . . $445.95
**Price:** Model 91T left-hand . . . . . . . . . . $489.95
**Price:** Model 91-TR (repeater) . . . . . . . . . . $474.95
**Price:** Model 91-TR left-hand . . . . . . . . . . $521.95

**KRICO MODEL 360S BIATHLON RIFLE**
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 21.25".
**Weight:** 9.26 lbs. **Length:** 40.55" overall.
**Stock:** Walnut with high comb, adjustable buttplate.
**Sights:** Globe front, fully adjustable Diana 82 match peep rear.
**Features:** Straight-pull action with 17.6-oz. match trigger. Comes with five magazines (four stored in stock recess), muzzle/sight snow cap. Introduced 1991. Imported from Germany by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . $1,695.00

**KRICO MODEL 500 KRICOTRONIC MATCH RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 23.6".
**Weight:** 9.4 lbs. **Length:** 42.1" overall.
**Stock:** European walnut, match type with adjustable butt.
**Sights:** Globe front, match micrometer aperture rear.
**Features:** Electronic ignition system for fastest possible lock time. Completely adjustable trigger. Barrel has tapered bore. Imported from Germany by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . $3,950.00

**KRICO MODEL 600 MATCH RIFLE**
**Caliber:** 222, 223, 22-250, 243, 308, 5.6x50 Mag., 4-shot magazine.
**Barrel:** 23.6".
**Weight:** 8.8 lbs. **Length:** 43.3" overall.
**Stock:** Match stock of European walnut with cheekpiece.
**Sights:** None furnished; drilled and tapped for scope mounting.
**Features:** Match stock with vents in forend for cooling, rubber recoil pad, sling swivels. Imported from Germany by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . $1,250.00

**LAKEFIELD ARMS MODEL 90B TARGET RIFLE**
**Caliber:** 22 LR, 5-shot magazine.
**Barrel:** 21".
**Weight:** 8¼ lbs. **Length:** 39⅝" overall.
**Stock:** Natural finish hardwood with clip holder, carrying and shooting rails, butt hook, hand stop.
**Sights:** Target front with inserts, peep rear with ¼-minute click adjustments.
**Features:** Biathlon-style rifle with snow cap muzzle protector. Comes with five magazines. Introduced 1991. Made in Canada by Lakefield Arms.
**Price:** About . . . . . . . . . . $558.95
**Price:** left-hand, about . . . . . . . . . . $614.95

**Lakefield Arms Model 92S Silhouette Rifle**
Similar to the Model 90B except has high-comb target-type stock of walnut-finished hardwood, one 5-shot magazine. Comes without sights, but receiver is drilled and tapped for scope base. Weight about 8 lbs. Introduced 1992. Made in Canada by Lakefield Arms.
**Price:** . . . . . . . . . . $379.95
**Price:** left-hand . . . . . . . . . . $417.95

Marlin Model 2000A

**Marlin Model 2000A Target Rifle**
Same as the Model 2000 except has an adjustable comb, ambidextrous pistol grip and the Marlin logo moulded into the blue Carbelite stock. Weight is 8.5 lbs. Introduced 1994. Made in U.S. by Marlin Firearms Co.
**Price:** . . . . . . . . . . $625.00

**MARLIN MODEL 2000 TARGET RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 22" heavy, Micro-Groove® rifling, match chamber, recessed muzzle.
**Weight:** 8 lbs. **Length:** 41" overall.
**Stock:** High-comb fiberglass/Kevlar with stipple finish grip and forend.
**Sights:** Hooded front with seven aperture inserts, fully adjustable target rear peep.
**Features:** Stock finished with royal blue enamel. Buttplate adjustable for length of pull, height and angle. Aluminum forend rail with stop and quick-detachable swivel. Two-stage target trigger; red cocking indicator. Five-shot adaptor kit available. Introduced 1991. From Marlin.
**Price:** . . . . . . . . . . $581.90

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## COMPETITION RIFLES—CENTERFIRE & RIMFIRE

McMillan M-86

### McMILLAN COMBO M-87/M-88 50-CALIBER RIFLE

**Caliber:** 50 BMG, single shot.
**Barrel:** 29", with muzzlebrake.
**Weight:** About 21½ lbs. **Length:** 53" overall.
**Stock:** McMillan fiberglass.
**Sights:** None furnished.
**Features:** Right-handed McMillan stainless steel receiver, chromemoly barrel with 1:15 twist. Introduced 1987. From McMillan Gunworks, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,000.00**
**Price:** M-87R (5-shot repeater) "Combo" . . . . . . . . . . . . . . **$4,300.00**

### McMILLAN 300 PHOENIX LONG RANGE RIFLE

**Caliber:** 300 Phoenix.
**Barrel:** 28".
**Weight:** 12.5 lbs. **Length:** NA.
**Stock:** Fiberglass with adjustable cheekpiece, adjustable butt plate.
**Sights:** None furnished; comes with rings and bases.
**Features:** Matte black finish; textured stock. Introduced 1992. Made in U.S. by McMillan Gunworks, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,995.00**

### McMILLAN NATIONAL MATCH RIFLE

**Caliber:** 7mm-08, 308, 5-sho' magazine.
**Barrel:** 24", stainless stee'
**Weight:** About 11 lbs. (st . **Length:** 43" overall.
**Stock:** Modified ISU fiber, with adjustable buttplate.
**Sights:** Barrel band and To..pkins front; no rear sight furnished.
**Features:** McMillan repeating action with clip slot, Canjar trigger. Match-grade barrel. Available in right-hand only. Fibergrain stock, sight installation, special machining and triggers optional. Introduced 1989. From McMillan Gunworks, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,600.00**

### McMILLAN M-86 SNIPER RIFLE

**Caliber:** 308, 30-06, 4-shot magazine; 300 Win. Mag., 300 Phoenix, 3-shot magazine.
**Barrel:** 24", McMillan match-grade in heavy contour.
**Weight:** 11¼ lbs. (308), 11½ lbs. (30-06, 300). **Length:** 43½" overall.
**Stock:** Specially designed McHale fiberglass stock with textured grip and forend, recoil pad.
**Sights:** None furnished.
**Features:** Uses McMillan repeating action. Comes with bipod. Matte black finish. Sling swivels. Introduced 1989. From McMillan Gunworks, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,900.00**
**Price:** 300 Phoenix . . . . . . . . . . . . . . . . . . . . . . . . **$2,100.00**

### McMILLAN M-89 SNIPER RIFLE

**Caliber:** 308 Win., 5-shot magazine.
**Barrel:** 28" (with suppressor).
**Weight:** 15 lbs., 4 oz.
**Stock:** McMillan fiberglass; adjustable for length; recoil pad.
**Sights:** None furnished. Drilled and tapped for scope mounting.
**Features:** Uses McMillan repeating action. Comes with bipod. Introduced 1990. From McMillan Gunworks, Inc.
**Price:** Standard (non-suppressed) . . . . . . . . . . . . . . . . **$2,300.00**

Consult our Directory pages for the location of firms mentioned.

McMillan Long Range

### McMILLAN LONG RANGE RIFLE

**Caliber:** 300 Win. Mag., 7mm Rem. Mag., 300 Phoenix, 338 Lapua, single shot.
**Barrel:** 26", stainless steel, match-grade.
**Weight:** 14 lbs. **Length:** 46½" overall.
**Stock:** Fiberglass with adjustable buttplate and cheekpiece. Adjustable for length of pull, drop, cant and cast-off.
**Sights:** Barrel band and Tompkins front; no rear sight furnished.
**Features:** Uses McMillan solid bottom single shot action and Canjar trigger. Barrel twist 1:12". Introduced 1989. From McMillan Gunworks, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,600.00**

Olympic International

#### Olympic Arms Intercontinental Match Rifle

Similar to the Ultramatch/International Match except 20" barrel only, has woodgrain thumbhole buttstock, magazine well floorplate, 5-shot magazine. Introduced 1992. Made in U.S. by Olympic Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,330.00**

### OLYMPIC ARMS ULTRAMATCH/INTERNATIONAL MATCH RIFLES

**Caliber:** 223, 20- or 30-shot magazine.
**Barrel:** 20", 24", stainless steel.
**Weight:** 10 lbs., 3 oz. **Length:** 39½" overall (20" barrel).
**Stock:** A2 stowaway butt and grip.
**Sights:** Cut-off carrying handle with scope rail attached (Ultramatch); target peep on International Match.
**Features:** Based on the AR-15 rifle. Broach-cut, free-floating barrel with 1:10" or 1:8.5" twist; fluting optional. Introduced 1985. Made in U.S. by Olympic Arms, Inc.
**Price:** Ultramatch . . . . . . . . . . . . . . . . . . . . . . . . **$1,120.00**
**Price:** International Match . . . . . . . . . . . . . . . . . . . **$1,200.00**

## COMPETITION RIFLES—CENTERFIRE & RIMFIRE

Olympic Service Match

### OLYMPIC ARMS SERVICE MATCH RIFLE

**Caliber:** 223, 20- or 30-shot magazine.
**Barrel:** 20" stainless.
**Weight:** 8¾ lbs. **Length:** 39½" overall.
**Stock:** Black composition A2 standard stock.
**Sights:** Post front, fully adjustable aperture rear.
**Features:** Based on the AR-15 rifle. Conforms to all DCM standards. Barrel is broach-cut and free-floating with 1:10" or 1:8.5" twist; fluting optional. Introduced 1989. Made in U.S. by Olympic Arms, Inc.
**Price:** . . . . . . . . . . $875.00

### OLYMPIC ARMS MULTIMATCH RIFLES

**Caliber:** 223, 20- or 30-shot magazine.
**Barrel:** 16" stainless steel.
**Weight:** 8 lbs., 2 oz. **Length:** 36" overall.
**Stock:** Telescoping or A2 stowaway butt and grip.
**Sights:** Post front, E2 rear (ML1); cut front, cut-off carrying handle with scope rail attached (ML2).
**Features:** Based on the AR-15 rifle. Barrel is broach-cut and free-floating with 1:10" or 1:8.5" twist. Introduced 1991. Made in U.S. by Olympic Arms, Inc.
**Price:** . . . . . . . . . . $890.00

### Olympic Arms AR-15 Match Rifle

Similar to the Service Match except has cut-off carrying handle with scope rail attached, button-rifled 4140 ordnance steel or 416 stainless barrel with 1:9" twist standard, 1:7", 1:12", 1:14" twists optional. Weighs 8 lbs, 5 oz. Introduced 1993. Made in U.S. by Olympic Arms, Inc.
**Price:** . . . . . . . . . . $690.00

Parker-Hale M-85

### PARKER-HALE M-87 TARGET RIFLE

**Caliber:** 308 Win., 243, 6.5x55, 308, 30-06, 300 Win. Mag. (other calibers on request), 5-shot detachable box magazine.
**Barrel:** 26" heavy.
**Weight:** About 10 lbs. **Length:** 45" overall.
**Stock:** Walnut target-style, adjustable for length of pull; solid buttpad; accessory rail with hand-stop. Deeply stippled grip and forend.
**Sights:** None furnished. Receiver dovetailed for Parker-Hale "Roll-Off" scope mounts.
**Features:** Mauser-style action with large bolt knob. Parkerized finish. Introduced 1987. Made by Gibbs Rifle Co.
**Price:** . . . . . . . . . . $1,500.00

### PARKER-HALE M-85 SNIPER RIFLE

**Caliber:** 308 Win., 10-shot magazine.
**Barrel:** 24¼".
**Weight:** 12½ lbs (with scope). **Length:** 45" overall.
**Stock:** McMillan fiberglass (several color patterns available).
**Sights:** Post front adjustable for windage, fold-down rear adjustable for elevation.
**Features:** Comes with quick-detachable bipod, palm stop with rail; sling swivels; matte finish. Made by Gibbs Rifle Co.
**Price:** Less scope . . . . . . . . . . $1,950.00

### QUALITY PARTS XM-15-E2 TARGET MODEL RIFLE

**Caliber:** 223, 30-shot magazine.
**Barrel:** 20", 24", 26"; 1:7" or 1:9" twist; heavy.
**Weight:** NA. **Length:** NA.
**Stock:** Black composition.
**Sights:** Adjustable post front, adjustable aperture rear.
**Features:** Patterned after Colt M-16A2. Chrome-lined barrel with manganese phosphate exterior. Has E-2 lower receiver with push-pin. From Quality Parts Co.
**Price:** 20" match heavy barrel . . . . . . . . . . $895.00
**Price:** 24" match heavy barrel . . . . . . . . . . $905.00
**Price:** 26" match heavy barrel . . . . . . . . . . $915.00

### QUALITY PARTS V MATCH RIFLE

**Caliber:** 223, 30-shot magazine.
**Barrel:** 20", 24", 26"; 1:9" twist.
**Weight:** NA. **Length:** NA.
**Stock:** Composition.
**Sights:** None furnished; comes with scope mount base installed.
**Features:** Hand-built match gun. Barrel is .950" outside diameter with counter-bored crown: integral flash suppressor; upper receiver has brass deflector; free-floating steel handguard accepts laser sight, flashlight, bipod; 5-lb. trigger pull. From Quality Parts Co.
**Price:** From . . . . . . . . . . $1,200.00

Remington 40-XB

### REMINGTON 40-XB RANGEMASTER TARGET CENTERFIRE

**Caliber:** 222 Rem., 222 Rem. Mag., 223, 220 Swift, 22-250, 6mm Rem., 243, 25-06, 7mm BR Rem., 7mm Rem. Mag., 30-338 (30-7mm Rem. Mag.), 300 Win. Mag., 7.62 NATO (308 Win.), 30-06, single shot.
**Barrel:** 27¼".
**Weight:** 11¼ lbs. **Length:** 47" overall.
**Stock:** American walnut or Kevlar with high comb and beavertail forend stop. Rubber non-slip buttplate.
**Sights:** None. Scope blocks installed.
**Features:** Adjustable trigger. Stainless barrel and action. Receiver drilled and tapped for sights.
**Price:** Standard single shot, stainless steel barrel, about . . . . . . $1,232.00
**Price:** Repeater model . . . . . . . . . . $1,325.00
**Price:** Model 40-XB KS . . . . . . . . . . $1,390.00
**Price:** Repeater model (KS) . . . . . . . . . . $1,484.00
**Price:** Extra for 2-oz. trigger . . . . . . . . . . $155.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Remington 40-XR KS

**REMINGTON 40-XBBR KS**
**Caliber:** 22 BR Rem., 222 Rem., 222 Rem. Mag., 223, 6mmx47, 6mm BR Rem., 7.62 NATO (308 Win.).
**Barrel:** 20" (light varmint class), 24" (heavy varmint class).
**Weight:** 7¼ lbs. (light varmint class); 12 lbs. (heavy varmint class).
**Length:** 38" (20" bbl.), 42" (24" bbl.).
**Stock:** Kevlar.
**Sights:** None. Supplied with scope blocks.
**Features:** Unblued stainless steel barrel, trigger adjustable from 1½ lbs. to 3½ lbs. Special 2-oz. trigger at extra cost. Scope and mounts extra.
**Price:** With Kevlar stock . . . . . . . . . . . . . . . . . . . . . . **$1,345.00**
**Price:** Extra for 2-oz. trigger, about . . . . . . . . . . . . . . . . **$155.00**

**REMINGTON 40-XR KS RIMFIRE POSITION RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 24", heavy target.
**Weight:** 10 lbs. **Length:** 43" overall.
**Stock:** Kevlar. Position-style with front swivel block on forend guide rail.
**Sights:** Drilled and tapped. Furnished with scope blocks.
**Features:** Meets all ISU specifications. Deep forend, buttplate vertically adjustable, wide adjustable trigger.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,265.00**

**REMINGTON 40-XC KS NATIONAL MATCH COURSE RIFLE**
**Caliber:** 7.62 NATO, 5-shot.
**Barrel:** 24", stainless steel.
**Weight:** 11 lbs. without sights. **Length:** 43½" overall.
**Stock:** Kevlar, position-style, with palm swell, handstop.
**Sights:** None furnished.
**Features:** Designed to meet the needs of competitive shooters firing the national match courses. Position-style stock, top loading clip slot magazine, anti-bind bolt and receiver, stainless steel barrel and action. Meets all ISU Army Rifle specifications. Adjustable buttplate, adjustable trigger.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,480.00**

Sako TRG-21

**SAKO TRG-21 BOLT-ACTION RIFLE**
**Caliber:** 308 Win., 10-shot magazine.
**Barrel:** 25.75".
**Weight:** 10.5 lbs. **Length:** 46.5" overall.
**Stock:** Reinforced polyurethane with fully adjustable cheekpiece and buttplate.
**Sights:** None furnished. Optional quick-detachable, one-piece scope mount base, 1" or 30mm rings.
**Features:** Resistance-free bolt, free-floating heavy stainless barrel, 60-degree bolt lift. Two-stage trigger is adjustable for length, pull, horizontal or vertical pitch. Introduced 1993. Imported from Finland by Stoeger.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$4,000.00**

**SAUER 202 TR TARGET RIFLE**
**Caliber:** 6.5x55mm, 308 Win., 5-shot magazine.
**Barrel:** 26" or 28.5", heavy match target.
**Weight:** 12.1 lbs. **Length:** 44.5" overall.
**Stock:** One-piece true target type of laminated beechwood/epoxy; adjustable buttplate and cheekpiece.
**Sights:** Globe front, Sauer-Busk 200-600m diopter rear. Drilled and tapped for scope mounting.
**Features:** Interchangeable free-floating, hammer-forged barrel; two-stage adjustable trigger; vertical slide safety; 3 millisecond lock time; rail for swivel, bipod; right- or left-hand; Converts to 22 rimfire. Introduced 1994. Imported from Germany by Paul Co.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,900.00**
**Price:** Spare Match-Target barrel . . . . . . . . . . . . . . . . . **$425.00**

**SAVAGE MODEL 112BT COMPETITION GRADE RIFLE**
**Caliber:** 223, 308.
**Barrel:** 26", heavy contour stainless with black finish; 1:9" twist (223), 1:10" (308).
**Weight:** 10.8 lbs. **Length:** 47.5" overall.
**Stock:** Laminated wood with straight comb, adjustable cheek rest, Wundhammer palm swell, ventilated forend. Recoil pad is adjustable for length of pull.
**Sights:** None furnished; drilled and tapped for scope mounting and aperture target-style sights. Recessed target-style muzzle has .812" diameter section for universal target sight base.
**Features:** Matte black alloy receiver. Bolt has black titanium nitride coating, large handle ball. Has alloy accessory rail on forend. Comes with safety gun lock, target and ear puffs. Introduced 1994. Made in U.S. by Savage Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,000.00**

Springfield M-1A Match

**SPRINGFIELD INC. M-1A SUPER MATCH**
**Caliber:** 243, 7mm-08, 308 Win.
**Barrel:** 22", heavy Douglas Premium, or Hart stainless steel.
**Weight:** About 10 lbs. **Length:** 44.31" overall.
**Stock:** Heavy walnut competition stock with longer pistol grip, contoured area behind the rear sight, thicker butt and forend, glass bedded.
**Sights:** National Match front and rear.
**Features:** Has figure-eight-style operating rod guide. Introduced 1987. From Springfield, Inc.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,929.00**

**STEYR-MANNLICHER MATCH SPG-UIT RIFLE**
**Caliber:** 308 Win.
**Barrel:** 25.5".
**Weight:** 10 lbs. **Length:** 44" overall.
**Stock:** Laminated and ventilated. Special UIT Match design.
**Sights:** Steyr globe front, Steyr peep rear.
**Features:** Double-pull trigger adjustable for let-off point, slack, weight of first-stage pull, release force and length; buttplate adjustable for height and length. Meets UIT specifications. Introduced 1992. Imported from Austria by GSI, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,995.00**
**Price:** SPG-CISM . . . . . . . . . . . . . . . . . . . . . . . . . **$4,295.00**
**Price:** SPG-T . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,695.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## COMPETITION RIFLES—CENTERFIRE & RIMFIRE

Steyr-Mannlicher SSG P-IV

**STEYR-MANNLICHER SSG P-I RIFLE**
**Caliber:** 243, 308 Win.
**Barrel:** 25.6".
**Weight:** 8.6 lbs. **Length:** 44.5" overall.
**Stock:** ABS Cycolac synthetic half-stock. Removable spacers in butt adjusts length of pull from 12¾" to 14".
**Sights:** Hooded blade front, folding leaf rear.
**Features:** Parkerized finish. Choice of interchangeable single- or double-set triggers. Detachable 5-shot rotary magazine (10-shot optional). Receiver grooved for Steyr and Bock Quick Detach mounts. Imported from Austria by GSI, Inc.
**Price:** Synthetic half-stock . . . . . . . . . . **$1,995.00**
**Price:** SSG-PII (as above except has large bolt knob, heavy bbl., no sights, forend rail). . . . . . . . . . **$1,995.00**

**Steyr-Mannlicher SSG P-IV Rifle**
Similar to the SSG P-I except has 16.75" heavy barrel with flash hider. Available in 308 only. ABS Cycolac synthetic stock in green or black. Introduced 1992. Imported from Austria by GSI, Inc.
**Price:** . . . . . . . . . . **$2,660.00**

Stoner SR-25 Match

**STONER SR-25 MATCH RIFLE**
**Caliber:** 7.62 NATO, 20-shot steel magazine, 5- and 10-shot optional.
**Barrel:** 24" heavy match; 1:11.25" twist.
**Weight:** 10.75 lbs. **Length:** 44" overall.
**Stock:** Black synthetic AR-15A2 design. Full floating forend of Mil-spec synthetic attaches to upper receiver at a single point.
**Sights:** None furnished. Has integral Weaver-style rail.
**Features:** Modified AR-15 trigger; AR-15-style seven-lug rotating bolt. Gas block rail takes detachable front sight. Introduced 1993. Made in U.S. by Knight's Mfg. Co.
**Price:** . . . . . . . . . . **$2,495.00**

Tanner 300 Meter

**TANNER 300 METER FREE RIFLE**
**Caliber:** 308 Win., 7.5 Swiss, single shot.
**Barrel:** 27.58".
**Weight:** 15 lbs. **Length:** 45.3" overall.
**Stock:** Seasoned walnut, thumbhole style, with accessory rail, palm rest, adjustable hook butt.
**Sights:** Globe front with interchangeable inserts, Tanner-design micrometer-diopter rear with adjustable aperture.
**Features:** Three-lug revolving-lock bolt design; adjustable set trigger; short firing pin travel; supplied with 300-meter test target. Imported from Switzerland by Mandall Shooting Supplies. Introduced 1984.
**Price:** About . . . . . . . . . . **$4,900.00**

**TANNER 50 METER FREE RIFLE**
**Caliber:** 22 LR, single shot.
**Barrel:** 27.7".
**Weight:** 13.9 lbs. **Length:** 44.4" overall.
**Stock:** Seasoned walnut with palm rest, accessory rail, adjustable hook buttplate.
**Sights:** Globe front with interchangeable inserts, Tanner micrometer-diopter rear with adjustable aperture.
**Features:** Bolt action with externally adjustable set trigger. Supplied with 50-meter test target. Imported from Switzerland by Mandall Shooting Supplies. Introduced 1984.
**Price:** About . . . . . . . . . . **$3,900.00**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**WICHITA SILHOUETTE RIFLE**
**Caliber:** All standard calibers with maximum overall cartridge length of 2.800".
**Barrel:** 24" free-floated Matchgrade.
**Weight:** About 9 lbs.
**Stock:** Metallic gray fiberthane with ventilated rubber recoil pad.
**Sights:** None furnished. Drilled and tapped for scope mounts.
**Features:** Legal for all NRA competitions. Single shot action. Fluted bolt, 2-oz. Canjar trigger; glass-bedded stock. Introduced 1983. From Wichita Arms.
**Price:** . . . . . . . . . . **$2,275.00**
**Price:** Left-hand . . . . . . . . . . **$2,400.00**

**TANNER STANDARD UIT RIFLE**
**Caliber:** 308, 7.5mm Swiss, 10-shot.
**Barrel:** 25.9".
**Weight:** 10.5 lbs. **Length:** 40.6" overall.
**Stock:** Match style of seasoned nutwood with accessory rail; coarsely stippled pistol grip; high cheekpiece; vented forend.
**Sights:** Globe front with interchangeable inserts, Tanner micrometer-diopter rear with adjustable aperture.
**Features:** Two locking lug revolving bolt encloses case head. Trigger adjustable from ½ to 6½ lbs.; match trigger optional. Comes with 300-meter test target. Imported from Switzerland by Mandall Shooting Supplies. Introduced 1984.
**Price:** About . . . . . . . . . . **$4,700.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# SHOTGUNS—AUTOLOADERS

Includes a wide variety of sporting guns and guns suitable for various competitions.

American Arms/Franchi 48/AL

**AMERICAN ARMS/FRANCHI BLACK MAGIC 48/AL**
**Gauge:** 12 or 20, 2¾" chamber.
**Barrel:** 24" rifled, 24", 26", 28" (Franchoke Imp. Cyl., Mod., Full choke tubes). Vent. rib.
**Weight:** 5.2 lbs. (20-gauge). **Length:** NA
**Stock:** 14¼"x1⅝"x2½". Walnut with checkered grip and forend.
**Features:** Recoil-operated action. Chrome-lined bore; cross-bolt safety. Imported from Italy by American Arms, Inc.
**Price:** . . . . . . . . . . **$609.00**
**Price:** 12-ga., 24" rifled slug, open sights . . . . . . **$640.00**

Benelli Super Black Eagle

**BENELLI SUPER BLACK EAGLE SHOTGUN**
**Gauge:** 12, 3½" chamber.
**Barrel:** 24", 26", 28" (Imp. Cyl., Mod., Imp. Mod., Full choke tubes).
**Weight:** 7 lbs., 5 oz. **Length:** 49⅝" overall (28" barrel).
**Stock:** European walnut with satin finish, or polymer. Adjustable for drop.
**Sights:** Bead front.
**Features:** Uses Montfeltro inertia recoil bolt system. Fires all 12-gauge shells from 2¾" to 3½" magnums. Introduced 1991. Imported from Italy by Heckler & Koch, Inc.
**Price:** . . . . . . . . . . **$1,115.00**

**Benelli Super Black Eagle Slug Gun**
Similar to the Benelli Super Black Eagle except has 24" E.R. Shaw Custom rifled barrel with 3" chamber, and comes with scope mount base. Uses the Montefeltro inertia recoil bolt system. Matte-finish receiver. Weight is 7.5 lbs., overall length 45.5". Wood or polymer stocks available. Introduced 1992. Imported from Italy by Heckler & Koch, Inc.
**Price:** . . . . . . . . . . **$1,140.00**
**Price:** With polymer stock . . . . . . **$1,125.00**

Benelli M1 Super 90 Field

**BENELLI M1 SUPER 90 FIELD AUTO SHOTGUN**
**Gauge:** 12, 3" chamber.
**Barrel:** 21", 24", 26", 28" (choke tubes).
**Weight:** 7 lbs., 4 oz.
**Stock:** High impact polymer; wood on 26", 28".
**Sights:** Metal bead front.
**Features:** Sporting version of the military & police gun. Uses the rotating Montefeltro bolt system. Ventilated rib; blue finish. Comes with set of five choke tubes. Imported from Italy by Heckler & Koch, Inc.
**Price:** . . . . . . . . . . **$825.00**
**Price:** Wood stock version . . . . . . **$840.00**

**Benelli Montefeltro Super 90 Shotgun**
Similar to the M1 Super 90 except has checkered walnut stock with high-gloss finish. Uses the Montefeltro rotating bolt system with a simple inertia recoil design. Full, Imp. Mod, Mod., Imp. Cyl. choke tubes. Weight is 7-7½ lbs. Finish is matte black. Introduced 1987.
**Price:** 21", 24", 26", 28" . . . . . . **$840.00**
**Price:** Left-hand, 26", 28" . . . . . . **$860.00**
**Price:** 20-ga., Montefeltro Super 90, 26", 5¾ lbs. . . . . **$840.00**

**Benelli Montefeltro Super 90 20-Gauge Shotgun**
Similar to the 12-gauge Montefeltro Super 90 except chambered for 3" 20-gauge, 26" barrel (choke tubes), weighs 5 lbs., 12 oz. Has drop-adjustable walnut stock with gloss finish, blued receiver. Overall length 47.5". Introduced 1993. Imported from Italy by Heckler & Koch, Inc.
**Price:** . . . . . . . . . . **$840.00**

**BENELLI M1 SPORTING SPECIAL AUTO SHOTGUN**
**Gauge:** 12, 3" chamber.
**Barrel:** 18.5" (Imp. Cyl. Mod., Full choke tubes).
**Weight:** 6 lbs., 8 oz. **Length:** 39.75" overall.
**Stock:** Sporting-style polymer with drop adjustment.
**Sights:** Ghost ring.
**Features:** Uses Montefeltro inertia recoil bolt system. Matte-finish receiver. Introduced 1993. Imported from Italy by Heckler & Koch, Inc.
**Price:** . . . . . . . . . . **$845.00**

Benelli Black Eagle Competition

**BENELLI BLACK EAGLE COMPETITION AUTO SHOTGUN**
**Gauge:** 12, 3" chamber.
***Barrel:** 26", 28" (Full, Mod., Imp. Cyl., Imp. Mod., Skeet choke tubes). Mid-bead sight.*
**Weight:** 7.1 to 7.6 lbs. **Length:** 49⅝" overall (26" barrel).
**Stock:** European walnut with high-gloss finish. Special competition stock comes with drop adjustment kit.
***Features:** Uses the Montefeltro rotating bolt inertia recoil operating system with* a two-piece steel/aluminum etched receiver (bright on lower, blue upper). Drop adjustment kit allows the stock to be custom fitted without modifying the stock. Black lower receiver finish, blued upper. Introduced 1989. Imported from Italy by Heckler & Koch, Inc.
**Price:** . . . . . . . . . . **$1,125.00**
**Price:** Limited Edition model (gold inlays, high grade wood, special serial numbers) . . . . . . **$2,000.00**

# SHOTGUNS—AUTOLOADERS

Beretta 390 Super Trap

**Beretta 390 Super Trap, Super Skeet Shotguns**

Similar to the 390 Field except have adjustable-comb stocks that allow height adjustments via interchangeable comb inserts. Rounded recoil pad system allows adjustments for length of pull. Wide ventilated rib with orange front sight. Factory ported barrels in 28" (fixed Skeet), 30", 32" Trap (Mobilchoke tubes). Weight 7 lbs., 10 oz. In 12-gauge only, with 3" chamber. Introduced 1993. Imported from Italy by Beretta U.S.A.

**Price:** 390 Super Trap . . . . . . . . . . . . . . . . . . . . . . . . **$1,210.00**
**Price:** 390 Super Skeet . . . . . . . . . . . . . . . . . . . . . . . . **$1,160.00**

**BERETTA 390 SILVER MALLARD AUTO SHOTGUN**

**Gauge:** 12, 3" chamber.
**Barrel:** 24", 26", 28", 30", Mobilchoke choke tubes.
**Weight:** About 7 lbs.
**Stock:** Select walnut. Adjustable drop and cast.
**Features:** Gas-operated action with self-compensating valve allows shooting all loads without adjustment. Alloy receiver, reversible safety; chrome-plated bore; floating vent. rib. Matte-finish models for turkey/waterfowl and Deluxe with gold, engraving also available. Introduced 1992. Imported from Italy by Beretta U.S.A.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$775.00**
**Price:** Waterfowl/Turkey (matte finish) . . . . . . . . . . . . . . . . **$775.00**
**Price:** Gold Mallard . . . . . . . . . . . . . . . . . . . . . . . . . **$935.00**

Beretta Pintail

**BERETTA A-303 AUTO SHOTGUN**

**Gauge:** 12, 20, 2¾" or 3" chamber.
**Barrel:** 24", 26", 28", 30", Mobilchoke choke tubes.
**Weight:** About 6½ lbs., 20-gauge; about 7½ lbs., 12-gauge.
**Stock:** American walnut; hand-checkered grip and forend.
**Features:** Gas-operated action, alloy receiver, magazine cut-off, push-button safety. Mobilchoke models come with three interchangeable flush-mounted screw-in choke tubes. Imported from Italy by Beretta U.S.A. Introduced 1983.

**Price:** Mobilchoke, 20-ga. . . . . . . . . . . . . . . . . . . . . . . . **$755.00**
**Price:** 12-ga. trap with standard trap stock . . . . . . . . . . . . . . **$735.00**
**Price:** 12- or 20-ga., Skeet . . . . . . . . . . . . . . . . . . . . . . **$735.00**
**Price:** A-303 Youth Gun, 20-ga., 3" chamber, 24" barrel . . . . . . . **$735.00**
**Price:** A-303 Sporting Clays with Mobilchoke, 12 or 20 . . . . . . . **$835.00**

**BERETTA PINTAIL AUTO SHOTGUN**

**Gauge:** 12, 3" chamber.
**Barrel:** 24" (Slug), 24", 26" (choke tubes).
**Weight:** 7 lbs.
**Stock:** Checkered walnut.
**Features:** Montefeltro-type short recoil action. Matte finish on wood and metal. Slug version has rifle sights and rifled choke tube. Comes with sling swivels. Introduced 1993. Imported from Italy by Beretta U.S.A.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$700.00**

**Beretta A-303 Upland Model**

Similar to the field A-303 except has straight English-style stock, 26" vent. rib barrel with Mobilchoke choke tubes, 3" chamber. Introduced 1989.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$735.00**

Browning Gold Auto

Consult our Directory pages for the location of firms mentioned.

**BROWNING GOLD AUTO SHOTGUN**

**Gauge:** 12, 20, 3" chamber.
**Barrel:** 12-ga.—26", 28", 30", Invector Plus choke tubes; 20-ga.—26", 30", Invector choke tubes.
**Weight:** 7 lbs., 9 oz. (12-ga.), 6 lbs., 12 oz. (20-ga.) **Length:** 46¼" overall (20-ga., 26" barrel).
**Stock:** 14"x1½"x2⅓"; select walnut with gloss finish; palm swell grip.
**Features:** Self-regulating, self-cleaning gas system shoots all loads; lightweight receiver with special non-glare deep black finish; large reversible safety button; large rounded trigger guard, gold trigger. The 20-gauge has slightly smaller dimensions; 12-gauge have back-bored barrels, Invector Plus tube system. Introduced 1994. Imported by Browning.

**Price:** 12- or 20-gauge . . . . . . . . . . . . . . . . . . . . . . . . **$687.95**
**Price:** Extra barrels . . . . . . . . . . . . . . . . . . . . . . . . . **$254.95**

Browning Gold 10 Auto

**Browning Gold 10 Stalker Auto Shotgun**

Same as the standard BSA 10 except has non-glare metal finish and black graphite-fiberglass composite stock with dull finish and checkering. Introduced 1993. Imported by Browning.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$934.95**
**Price:** Extra barrel . . . . . . . . . . . . . . . . . . . . . . . . . **$239.95**

**BROWNING GOLD 10 AUTO SHOTGUN**

**Gauge:** 10, 3½" chamber, 5-shot magazine.
**Barrel:** 26", 28", 30" (Imp. Cyl., Mod., Full standard Invector).
**Weight:** 10 lbs, 7 oz. (28" barrel).
**Stock:** 14⅜"x1½"x2⅜". Select walnut with gloss finish, cut checkering, recoil pad.
**Features:** Short-stroke , gas-operated action, cross-bolt safety. Forged steel receiver with polished blue finish. Introduced 1993. Imported by Browning.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$934.95**
**Price:** Extra barrel . . . . . . . . . . . . . . . . . . . . . . . . . **$239.95**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

SHOTGUNS—AUTOLOADERS

Browning Auto-5

**Browning Auto-5 Stalker**

Similar to the Auto-5 Light and Magnum models except has matte blue metal finish and black graphite-fiberglass stock and forend. Stock is scratch and impact resistant and has checkered panels. Light Stalker has 2¾" chamber, 26" or 28" vent. rib barrel with Invector choke tubes, weighs 8 lbs., 1 oz. (26"). Magnum Stalker has 3" chamber, 28" or 30" back-bored vent. rib barrel with Invector choke tubes, weighs 8 lbs., 11 oz. (28"). Introduced 1992.

**Price:** Light Stalker . . . . . . . . . . . . . . . . . . . . . . . . **$772.95**
**Price:** Magnum Stalker . . . . . . . . . . . . . . . . . . . . . . . **$795.95**

**Browning Auto-5 Magnum 12**

Same as standard Auto-5 except chambered for 3" magnum shells (also handles 2¾" magnum and 2¾" HV loads). 28" Mod., Full; 30" and 32" (Full) bbls. Back-bored barrel comes with Invector choke tubes. 14"x1⅝"x2½" stock. Recoil pad. Wgt. 8¾ lbs.

**Price:** With back-bored barrel, Invector Plus . . . . . . . . . . . . . **$795.95**
**Price:** Extra standard Invector barrel . . . . . . . . . . . . . . . . . **$282.95**
**Price:** Extra Invector Plus barrel . . . . . . . . . . . . . . . . . . . **$282.95**

**COSMI AUTOMATIC SHOTGUN**

**Gauge:** 12 or 20, 2¾" or 3" chamber.
**Barrel:** 22" to 34". Choke (including choke tubes) and length to customer specs. Boehler steel.
**Weight:** About 6¼ lbs. (20-ga.).
**Stock:** Length and style to customer specs. Hand-checkered exhibition grade circassian walnut standard.
**Features:** Hand-made, essentially a custom gun. Recoil-operated auto with tip-up barrel. Made completely of stainless steel (lower receiver polished); magazine tube in buttstock holds 7 rounds. Double ejectors, double safety system. Comes with fitted leather case. Imported from Italy by Incor, Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . **$7,400.00**

**BROWNING AUTO-5 LIGHT 12 AND 20**

**Gauge:** 12, 20, 5-shot; 3-shot plug furnished; 2¾" or 3" chamber.
**Action:** Recoil operated autoloader; takedown.
**Barrel:** 26", 28", 30" Invector (choke tube) barrel; also available with Light 20-ga. 28" (Mod.) or 26" (Imp. Cyl.) barrel.
**Weight:** 12-, 16-ga. 7¼ lbs.; 20-ga. 6⅜ lbs.
**Stock:** French walnut, hand checkered half-p.g. and forend. 14¼"x1⅝"x2½".
**Features:** Receiver hand engraved with scroll designs and border. Double extractors, extra bbls. Interchangeable without factory fitting; mag. cut-off; cross-bolt safety. All models except Buck Special and game guns have back-bored barrels with Invector Plus choke tubes. Imported from Japan by Browning.

**Price:** Light 12, 20, vent. rib., Invector Plus . . . . . . . . . . . . . **$772.95**
**Price:** Extra Invector barrel . . . . . . . . . . . . . . . . . . . . . **$282.95**
**Price:** Light 12 Buck Special . . . . . . . . . . . . . . . . . . . . **$762.95**
**Price:** Extra fixed-choke barrel (Light 20 only) . . . . . . . . . . . **$194.95**
**Price:** 12, 12 magnum, 20 Buck Special barrel . . . . . . . . . . . **$272.95**
**Price:** Light 12, Hunting, Invector Plus . . . . . . . . . . . . . . . **$772.95**

**Browning Auto-5 Magnum 20**

Same as Magnum 12 except 20-gauge, 26" or 28" barrel with Invector Plus choke tubes with back-bored barrels. With ventilated rib, 7½ lbs.

**Price:** Invector Plus . . . . . . . . . . . . . . . . . . . . . . . . . **$795.95**
**Price:** Standard Invector . . . . . . . . . . . . . . . . . . . . . . . **$704.05**
**Price:** Extra Invector barrel . . . . . . . . . . . . . . . . . . . . . **$282.95**

**CHURCHILL TURKEY AUTOMATIC SHOTGUN**

**Gauge:** 12, 3" chamber, 5-shot magazine.
**Barrel:** 25" (Mod., Full, Extra Full choke tubes).
**Weight:** 7 lbs.. **Length:** NA.
**Stock:** Walnut with satin finish, hand checkering.
**Features:** Gas-operated action, magazine cut-off, non-glare metal finish. Gold-colored trigger. Introduced 1990. Imported by Ellett Bros.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$569.95**

Mossberg Model 9200

**Mossberg Model 9200 USST Autoloading Shotgun**

Same as the Model 9200 Crown Grade except has "United States Shooting Team" custom engraved receiver. Comes with 26" vent rib barrel with Accu-Choke tubes (including Skeet), cut-checkered walnut-finish stock and forend. Introduced 1993.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$457.00**

**MOSSBERG MODEL 9200 CROWN GRADE AUTO SHOTGUN**

**Gauge:** 12, 3" chamber.
**Barrel:** 24" (rifled bore), 24", 28" (Accu-Choke tubes); vent. rib.
**Weight:** About 7.5 lbs. **Length:** 48" overall (28" bbl.).
**Stock:** Walnut with high-gloss finish, cut checkering.
**Features:** Shoots all 2¾" or 3" loads without adjustment. Alloy receiver, ambidextrous top safety. Introduced 1992.

**Price:** 28", vent rib . . . . . . . . . . . . . . . . . . . . . . . . **$457.00**
**Price:** Turkey, 24" vent rib . . . . . . . . . . . . . . . . . . . . . **$457.00**
**Price:** Trophy, 24" with scope base, rifled bore, Dual-Comb stock . . **$478.00**
**Price:** 24", rifle sights, rifled bore . . . . . . . . . . . . . . . . . . **$457.00**

Mossberg Model 9200 Camo

**Mossberg Model 9200 NWTF Edition**

Same as the Model 9200 Crown Grade except has black matte receiver etched on both sides with turkey scenes; rest of gun has Realtree camo finish. Introduced 1994. From Mossberg.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$538.00**

**Remington SP-10 Magnum Turkey Combo**

Combines the SP 10 with 26" or 30" vent. rib barrel, plus extra 22" rifle-sighted barrel with Mod., Full, Extra-Full Turkey Rem Choke tubes. Comes with camo sling, swivels. Introduced 1991.

**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,132.00**

**Mossberg Model 9200 Camo Shotgun**

Same as the Model 9200 Crown Grade except completely covered with Mossy Oak Tree Stand or OFM camouflage finish. Available with 24" barrel with Accu-Choke tubes. Has synthetic stock and forend. Introduced 1993.

**Price:** Turkey, 24" vent rib, Mossy Oak finish . . . . . . . . . . . . **$538.00**
**Price:** 28" vent rib, Accu-Chokes, OFM camo finish . . . . . . . . . **$443.00**

**REMINGTON SP-10 MAGNUM AUTO SHOTGUN**

**Gauge:** 10, 3½" chamber, 3-shot magazine.
**Barrel:** 26", 30" (Full and Mod. Rem Chokes).
**Weight:** 11 to 11¼ lbs. **Length:** 47½" overall (26" barrel).
**Stock:** Walnut with satin finish. Checkered grip and forend.
**Sights:** Metal bead front.
**Features:** Stainless steel gas system with moving cylinder; ⅜" ventilated rib. Receiver and barrel have matte finish. Brown recoil pad. Comes with padded Cordura nylon sling. Introduced 1989.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$993.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP. 49th EDITION, 1995 383

Compendium_Klarevas
Page 548

# SHOTGUNS—AUTOLOADERS

Remington SP-10 Magnum-Camo

**Remington SP-10 Magnum-Camo Auto Shotgun**

Similar to the SP-10 Magnum except buttstock, forend, receiver, barrel and magazine cap are covered with Mossy Oak Bottomland camo finish; bolt body and trigger guard have matte black finish. Comes with Extra-Full Turkey Rem Choke tube, 23" vent rib barrel with mid-rib bead and Bradley-style front sight, swivel studs and quick-detachable swivels, and a non-slip Cordura carrying sling in the same camo pattern. Introduced 1993.

**Price:** . . . . . . . . . . **$1,078.00**

Remington 11-87 Sporting Clays

**REMINGTON 11-87 SPORTING CLAYS**

**Gauge:** 12, 2¾" chamber

**Barrel:** 26", 28", vent. rib, Rem Choke (Skeet, Imp. Cyl., Mod., Full); Light Contour barrel. Medium height rib.

**Weight:** 7.5 lbs. **Length:** 46.5" overall (26" barrel).

**Stock:** 14³⁄₁₆"x1½"x2¼". Walnut, with cut checkering; sporting clays butt pad.

**Features:** Top of receiver, barrel and rib have matte finish; shortened magazine tube and forend; lengthened forcing cone; ivory bead front sight; competition trigger. Special no-wrench choke tubes marked on the outside. Comes in two-barrel fitted hard case. Introduced 1992.

**Price:** . . . . . . . . . . **$725.00**

**Remington 11-87 Premier Trap**

Similar to 11-87 Premier except trap dimension stock with straight or Monte Carlo combs; select walnut with satin finish and Tournament-grade cut checkering; 30" barrel with Rem Chokes (Trap Full, Trap Extra Full, Trap Super Full). Gas system set for 2¾" shells only. Introduced 1987.

**Price:** With straight stock, Rem Choke . . . . . . . . . . **$708.00**
**Price:** With Monte Carlo stock . . . . . . . . . . **$725.00**
**Price:** Left-hand, straight stock . . . . . . . . . . **$745.00**
**Price:** Left-hand, Monte Carlo stock . . . . . . . . . . **$761.00**

**Remington 11-87 Special Purpose Synthetic Camo**

Similar to the 11-87 Special Purpose Magnum except has synthetic stock and all metal (except bolt and trigger guard) and stock covered with Mossy Oak Bottomland camo finish. In 12-gauge only, 26", 28" vent. rib, Rem Choke. Comes with camo sling, swivels. Introduced 1992.

**Price:** . . . . . . . . . . **$693.00**

**REMINGTON 11-87 PREMIER SHOTGUN**

**Gauge:** 12, 3" chamber.

**Barrel:** 26", 28", 30" Rem Choke tubes. Light Contour barrel.

**Weight:** About 8¼ lbs. **Length:** 46" overall (26" bbl.).

**Stock:** Walnut with satin or high-gloss finish; cut checkering; solid brown buttpad; no white spacers.

**Sights:** Bradley-type white-faced front, metal bead middle.

**Features:** Pressure compensating gas system allows shooting 2¾" or 3" loads interchangeably with no adjustments. Stainless magazine tube; redesigned feed latch, barrel support ring on operating bars; pinned forend. Introduced 1987.

**Price:** . . . . . . . . . . **$644.00**
**Price:** Left-hand . . . . . . . . . . **$692.00**
**Price:** Premier Cantilever Deer Barrel, scope rings, sling, swivels, Monte Carlo stock . . . . . . . . . . **$699.00**

**Remington 11-87 Premier Skeet**

Similar to 11-87 Premier except Skeet dimension stock with cut checkering, satin finish, two-piece buttplate; 26" barrel with Skeet or Rem Chokes (Skeet, Imp. Skeet). Gas system set for 2¾" shells only. Introduced 1987.

**Price:** . . . . . . . . . . **$700.00**
**Price:** Left-hand . . . . . . . . . . **$735.00**

**Remington 11-87 Special Purpose Magnum**

Similar to the 11-87 Premier except has dull stock finish, Parkerized exposed metal surfaces. Bolt and carrier have dull blackened coloring. Comes with 26" or 28" barrel with Rem Chokes, padded Cordura nylon sling and q.d. swivels. Introduced 1987.

**Price:** . . . . . . . . . . **$625.00**
**Price:** With synthetic stock and forend (SPS) . . . . . . . . . . **$625.00**
**Price:** Magnum-Turkey with synthetic stock (SPS-T) . . . . . . . . . . **$639.00**

Remington 11-87 SPS-T Camo

**Remington 11-87 SPS-Deer Shotgun**

Similar to the 11-87 Special Purpose Deer except has fully-rifled 21" barrel with rifle sights, black non-reflective, synthetic stock and forend, black carrying sling. Introduced 1993.

**Price:** . . . . . . . . . . **$633.00**

**Remington 11-87 SPS-T Camo Auto Shotgun**

Similar to the 11-87 Special Purpose Magnum except with synthetic stock, 21" vent rib barrel with Super-Full Turkey (.665" diameter with knurled extension) and Imp. Cyl. Rem Choke tubes. Completely covered with Mossy Oak Green Leaf camouflage. Bolt body, trigger guard and recoil pad are non-reflective black. Introduced 1993.

**Price:** . . . . . . . . . . **$707.00**

Remington 11-87 SPS Cantilever

**Remington 11-87 SPS Cantilever Shotgun**

Similar to the 11-87 SPS except has smoothbore barrel with Imp. Cyl. and 3½" Rifled Rem Choke tubes; synthetic stock with Monte Carlo comb; cantilever scope mount deer barrel. Comes with sling and swivels. Introduced 1994.

**Price:** . . . . . . . . . . **$665.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## SHOTGUNS—AUTOLOADERS

**Remington 11-87 Special Purpose Deer Gun**

Similar to the 11-87 Special Purpose Magnum except has 21" barrel with rifle sights, rifled and Imp. Cyl. choke tubes. Gas system set to handle all 2¾" and 3" slug, buckshot, high velocity field and magnum loads. Not designed to function with light 2¾" field loads. Introduced 1987.

**Price:** . . . . . . . . . . **$605.00**
**Price:** With cantilever scope mount, rings . . . . . . . . . . **$699.00**

**Remington 11-87 SPS-BG-Camo Deer/Turkey Shotgun**

Similar to the 11-87 Special Purpose Deer Gun except completely covered with Mossy Oak Bottomland camouflage, comes with Super-Full Turkey Rem Choke tube of .665" diameter with knurled end-ring, Rifled choke tube insert, and an Imp. Cyl. tube. Synthetic stock and forend, quick-detachable swivels, camo Cordura carrying sling. Barrel is 21" with rifle sights, 3" chamber. Introduced 1993.

**Price:** . . . . . . . . . . **$692.00**

**REMINGTON 1100 LT-20 AUTO**

**Gauge:** 20, 28, 410.
**Barrel:** 25" (Full, Mod.), 26", 28" with Rem Chokes.
**Weight:** 7½ lbs.
**Stock:** 14"x1½"x2½". American walnut, checkered p.g. and forend.
**Features:** Quickly interchangeable barrels. Matted receiver top with scroll work on both sides of receiver. Cross-bolt safety.

**Price:** With Rem Chokes, 20-ga. about . . . . . . . . . . **$605.00**
**Price:** 28 and 410 . . . . . . . . . . **$647.00**
**Price:** Youth Gun LT-20 (21" Rem Choke) . . . . . . . . . . **$605.00**
**Price:** 20-ga., 3" magnum . . . . . . . . . . **$605.00**

**Remington 1100 Special Field**

Similar to Standard Model 1100 except 12- and 20-ga. only, comes with 23" Rem Choke barrel. LT-20 version 61/2 lbs.; has straight-grip stock, shorter forend, both with cut checkering. Comes with vent. rib only; matte finish receiver without engraving. Introduced 1983.

**Price:** 12- and 20-ga., 21" Rem Choke, about . . . . . . . . . . $605.00

Remington 1100 Cantilever

**Remington 1100 Cantilever 20-Gauge Deer**

Similar to the 1100 LT-20 except comes with cantilever scope mount, fully rifled 21" slug barrel. Walnut stock and forend. Comes with sling and swivels. Introduced 1994.

**Price:** . . . . . . . . . . **$652.00**

**Remington 1100 20-Gauge Deer Gun**

Same as 1100 except 20-ga. only, 21" barrel (Imp. Cyl.), rifle sights adjustable for windage and elevation; recoil pad with white spacer. Weight 7¼ lbs.

**Price:** About . . . . . . . . . . **$545.00**

**Remington 1100 LT-20 Tournament Skeet**

Same as the 1100 except 26" barrel, special Skeet boring, vent. rib, ivory bead front and metal bead middle sights. 14"x1½"x2½" stock. 20-, 28-gauge, 410-bore. Weight 7½ lbs., cut checkering, walnut, new receiver scroll.

**Price:** Tournament Skeet (28, 410), about . . . . . . . . . . **$692.00**
**Price:** Tournament Skeet (20), about . . . . . . . . . . **$692.00**

Winchester Model 1400

**WINCHESTER MODEL 1400 SEMI-AUTO SHOTGUN**

**Gauge:** 12 and 20, 2¾" chamber.
**Barrel:** 22", 26", 28" vent. rib with Winchoke tubes (Imp. Cyl., Mod., Full).
**Weight:** 7¾ lbs. **Length:** 48⅝" overall.
**Stock:** Walnut-finished hardwood, finger-grooved forend with deep cut checkering. Also available with walnut stock.
**Sights:** Metal bead front.
**Features:** Cross-bolt safety, front-locking rotary bolt, black serrated buttplate, gas-operated action. From U.S. Repeating Arms Co., Inc.

**Price:** Ranger, vent. rib with Winchoke . . . . . . . . . . **$377.00**
**Price:** As above with walnut stock (1400 Walnut) . . . . . . . . . . **$419.00**
**Price:** Ranger Deer barrel combo . . . . . . . . . . **$430.00**

## SHOTGUNS—SLIDE ACTIONS

Includes a wide variety of sporting guns and guns suitable for competitive shooting.

Browning BPS 10-Ga.

**BROWNING BPS PUMP SHOTGUN**

**Gauge:** 10, 12, 3½" chamber; 12 or 20, 3" chamber (2¾" in target guns), 28, 2¾" chamber, 5-shot magazine.
**Barrel:** 10-ga.—24" Buck Special, 28", 30", 32" Invector; 12-, 20- ga.—22", 24", 26", 28", 30", 32" (Imp. Cyl., Mod. or Full). Also available with Invector choke tubes, 12- or 20-ga.; Upland Special has 22" barrel with Invector tubes. BPS 3" and 3½" have back-bored barrel.
**Weight:** 7 lbs., 8 oz. (28" barrel). **Length:** 48¾" overall (28" barrel).
**Features:** All 12-gauge 3" guns except Buck Special and game guns have back-bored barrels with Invector Plus choke tubes. Bottom feeding and ejection, receiver top safety, high post vent. rib. Double action bars eliminate binding. Vent. rib barrels only. All 12- and 20-gauge guns with 3" chamber available with fully engraved receiver flats at no extra cost. Each gsuge has its own unique game scene. Introduced 1977. Imported from Japan by Browning.

**Price:** 10-ga., Hunting, Invector . . . . . . . . . . **$615.95**
**Price:** 12-ga., 3½" Mag., Hunting, Invector Plus . . . . . . . . . . **$615.95**
**Price:** 12-, 20-ga., Hunting, Invector Plus . . . . . . . . . . **$489.95**
**Price:** 12-, 20-ga., Upland Special, Invector Plus . . . . . . . . . . **$489.95**
**Price:** 10-ga. Buck Special . . . . . . . . . . **$620.95**
**Price:** 12-ga. Buck Special . . . . . . . . . . **$474.95**
**Price:** 28-ga., Hunting, Invector . . . . . . . . . . **$489.95**

# SHOTGUNS—SLIDE ACTIONS

Browning BPS Game Deer

**Browning BPS Game Gun Turkey Special**
Similar to the standard BPS except has satin-finished walnut stock and dull-finished barrel and receiver. Receiver is drilled and tapped for scope mounting. Rifle-style stock dimensions and swivel studs. Has Extra-Full Turkey choke tube. Introduced 1992.
**Price:** . . . . . $524.95

**Browning BPS Pigeon Grade Pump Shotgun**
Same as the standard BPS except has select high grade walnut stock and forend, and gold-trimmed receiver. Available in 12-gauge only with 26" or 28" vent. rib barrels. Introduced 1992.
**Price:** . . . . . $651.95
**Price:** 10-gauge Waterfowl Model . . . . . $787.95

**Browning BPS Game Gun Deer Special**
Similar to the standard BPS except has newly designed receiver/magazine tube/barrel mounting system to eliminate play, heavy 20.5" barrel with rifle-type sights with adjustable rear, solid receiver scope mount, "rifle" stock dimensions for scope or open sights, sling swivel studs. Gloss-finish wood with checkering, polished blue metal. Introduced 1992.
**Price:** . . . . . $554.95

**Browning BPS Stalker Pump Shotgun**
Same gun as the standard BPS except all exposed metal parts have a matte blued finish and the stock has a durable black finish with a black recoil pad. Available in 10-ga. (3½") and 12-ga. with 3" or 3½" chamber, 22", 28", 30" barrel with Invector choke system. Introduced 1987.
**Price:** 12-ga., 3" chamber, Invector Plus . . . . . $489.95
**Price:** 10-, 12-ga., 3½" chamber . . . . . $615.95

**Browning BPS Pump Shotgun Ladies and Youth Model**
Same as BPS Upland Special except 20-ga. only, 22" Invector barrel, stock has pistol grip with recoil pad. Length of pull is 13¼". Introduced 1986.
**Price:** . . . . . $489.95

Ithaca Model 87 Supreme

**Ithaca Model 87 Turkey Gun**
Similar to the Model 87 Supreme except comes with 22" or 24" (fixed Full or Full choke tube) barrel, either Camoseal camouflage or matte blue finish, oiled wood, blued trigger.
**Price:** With fixed choke, blue . . . . . $465.75
**Price:** With choke tube, blue . . . . . $508.25
**Price:** With fixed choke, green camo . . . . . $508.25
**Price:** With choke tube, green camo . . . . . $550.75

**Ithaca Model 87 Deluxe Pump Shotgun**
Similar to the Model 87 Supreme Vent. Rib except comes with three choke tubes in 26", 28", 30". Standard-grade walnut.
**Price:** . . . . . $533.25

**Ithaca Deerslayer II Rifled Shotgun**
Similar to the Deerslayer except has rifled 25" barrel and checkered American walnut stock and forend with high-gloss finish and Monte Carlo comb. Solid frame construction. Introduced 1988.
**Price:** 12 or 20 . . . . . $566.50

**ITHACA MODEL 87 SUPREME PUMP SHOTGUN**
**Gauge:** 12, 20, 3" chamber, 5-shot magazine.
**Barrel:** 26", 28", 30" (Imp. Cyl., Mod., Full tubes); vent. rib.
**Weight:** 6¾ to 7 lbs.
**Stock:** 14"x1½"x2¼". Full fancy-grade walnut, checkered p.g. and slide handle.
**Sights:** Raybar front.
**Features:** Bottom ejection, cross-bolt safety. Polished and blued engraved receiver. Reintroduced 1988. From Ithaca Acquisition Corp.
**Price:** . . . . . $808.50
**Price:** M87 green or brown Camo Vent. (28", Mod. choke tube, camouflage finish) . . . . . $542.00
**Price:** M87 English (20-ga., 24", 26", choke tubes) . . . . . $545.50

**ITHACA MODEL 87 DEERSLAYER SHOTGUN**
**Gauge:** 12, 20, 3" chamber.
**Barrel:** 20", 25" (Special Bore), or rifled bore.
**Weight:** 6 to 6¾ lbs.
**Stock:** 14"x1½"x2¼". American walnut. Checkered p.g. and slide handle.
**Sights:** Raybar blade front on ramp, rear adjustable for windage and elevation, and grooved for scope mounting.
**Features:** Bored for slug shooting. Bottom ejection, cross-bolt safety. Reintroduced 1988. From Ithaca Acquisition Corp.
**Price:** . . . . . $464.75
**Price:** Deluxe . . . . . $498.25
**Price:** Field Deerslayer, Basic . . . . . $424.50
**Price:** Smooth Bore Basic . . . . . $424.50
**Price:** Smooth Bore Deluxe . . . . . $464.75

Magtech Model 586-VR

**MAVERICK MODEL 91 ULTI-MAG PUMP SHOTGUN**
**Gauge:** 12, 3½" chamber.
**Barrel:** 28" (ACCU-MAG Mod. tube); vent. rib.
**Weight:** 7¾ lbs. **Length:** 48½" overall.
**Stock:** Black synthetic.
**Sights:** Brass bead front.
**Features:** Dual slide bars; cross-bolt safety; rubber recoil pad. Accessories interchangeable with Mossberg Model 835. Cablelock included. Introduced 1993. From Mossberg.
**Price:** . . . . . $259.00

**MAGTECH MODEL 586-VR PUMP SHOTGUN**
**Gauge:** 12, 3" chamber.
**Barrel:** 26", 28", choke tubes.
**Weight:** 8.5 lbs. **Length:** 46.5" overall (26" barrel).
**Stock:** Brazilian hardwood.
**Features:** Double action slide bars. Ventilated rib with bead front sight. Polished blue finish. Introduced 1993. Imported from Brazil by Magtech Recreational Products.
**Price:** Model 586-VR, about . . . . . $255.00
**Price:** Model 586 (as above, plain barrel), about . . . . . $225.00
**Price:** Model 586-S (24" barrel, rifle sights), about . . . . . $235.00

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# SHOTGUNS—SLIDE ACTIONS

Maverick Model 88

### MAVERICK MODEL 88 PUMP SHOTGUN

**Gauge:** 12, 3" chamber.
**Barrel:** 18½" (Cyl.), 28" (Mod.), plain or vent. rib; 30" (Full), plain or vent. rib.
**Weight:** 7¼ lbs. **Length:** 48" overall with 28" bbl.
**Stock:** Black synthetic with ribbed synthetic forend.
**Sights:** Bead front.
**Features:** Alloy receiver with blue finish; dual slide bars; cross-bolt safety in trigger guard; interchangeable barrels. Rubber recoil pad. Mossberg Cablelock included. Introduced 1989. From Maverick Arms, Inc.
**Price:** Model 88, synthetic stock, 28", 30" plain bbl. . . . . . . . . . . $219.00
**Price:** Model 88, synthetic stock, 28", 30" vent. rib . . . . . . . . . . $229.00
**Price:** Model 88, synthetic stock, 24" with rifle sights . . . . . . . . . $236.00
**Price:** Model 88, synthetic stock, Combo 18½", 28" plain bbl. . . . . $254.00
**Price:** Model 88, synthetic stock, Combo 18½" (plain), 28" (vent. rib) $265.00
**Price:** Model 88, synthetic stock, 28" vent. rib, ACCU-TUBE set . . . $249.00

### MITCHELL HIGH STANDARD PUMP SHOTGUNS

**Gauge:** 12, 2¾" chamber.
**Barrel:** 18½", 20" (Imp. Cyl., Mod., Full choke tubes).
**Weight:** 7½ lbs.
**Stock:** Walnut.
**Features:** Polished blue finish. Introduced 1994. Imported from the Philippines by Mitchell Arms.
**Price:** 20", 5- or 7-shot, walnut . . . . . . . . . . . . . . . . . . . . . $269.00
**Price:** 20", 5- or 7-shot, rifle sights, walnut . . . . . . . . . . . . . . . $289.00
**Price:** 18½", 6-shot, bead sight, walnut . . . . . . . . . . . . . . . $269.00
**Price:** 18½", 6-shot, rifle sights, walnut . . . . . . . . . . . . . . . $289.00
**Price:** 18½", 6-shot, fiberglass stock . . . . . . . . . . . . . . . . . $335.00

Mossberg Model 500

### MOSSBERG MODEL 500 SPORTING PUMP

**Gauge:** 12, 20, 410, 3" chamber.
**Barrel:** 18½" to 28" with fixed or Accu-Choke, with Accu-II tubes or Accu-Steel tubes for steel shot, plain or vent. rib.
**Weight:** 6¼ lbs. (410), 7¼ lbs. (12). **Length:** 48" overall (28" barrel).
**Stock:** 14"x1½"x2½". Walnut-stained hardwood. Cut-checkered grip and forend.
**Sights:** White bead front, brass mid-bead.
**Features:** Ambidextrous thumb safety, twin extractors, disconnecting safety, dual action bars. Quiet Carry forend. Mossberg Cablelock included. From Mossberg.
**Price:** From about . . . . . . . . . . . . . . . . . . . . . . . . . . $269.00
**Price:** Sporting Combos (field barrel and Slugster barrel), from . . . $318.00

### Mossberg Model 500 Camo Pump

Same as the Model 500 Sporting Pump except 12-gauge only and entire gun is covered with special camouflage finish. Receiver drilled and tapped for scope mounting. Comes with q.d. swivel studs, swivels, camouflage sling, Mossberg Cablelock.
**Price:** From about . . . . . . . . . . . . . . . . . . . . . . . . . . $282.00
**Price:** Camo Combo (as above with extra Slugster barrel), from about . . . . . . . . . . . . . . . . . . . . . . . . . . $385.00

### Mossberg Model 500 Muzzleloader Combo

Same as the Model 500 Sporting Pump except comes with 24" rifled bore, rifle-sighted Slugster barrel and 24" fully rifled 50-caliber muzzle-loading barrel and ramrod. Uses #209 standard primer. Introduced 1992.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $418.00

### Mossberg Model 500 Bantam Pump

Same as the Model 500 Sporting Pump except 20-gauge only, 22" vent. rib Accu-Choke barrel with Mod. choke tube; has 1" shorter stock, reduced length from pistol grip to trigger, reduced forend reach. Introduced 1992.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $269.00

### MOSSBERG MODEL 500 TROPHY SLUGSTER

**Gauge:** 12, 3" chamber.
**Barrel:** 24", rifled bore. Plain (no rib).
**Weight:** 7¼ lbs. **Length:** 44" overall.
**Stock:** 14" pull, 1⅜" drop at heel. Walnut; Dual Comb design for proper eye positioning with or without scoped barrels. Recoil pad and swivel studs.
**Features:** Ambidextrous thumb safety, twin extractors, dual slide bars. Comes with scope mount. Mossberg Cablelock included. Introduced 1988.
**Price:** Rifled bore, with scope mount . . . . . . . . . . . . . . . . . $340.00
**Price:** Rifled bore, rifle sights . . . . . . . . . . . . . . . . . . . . . $312.00
**Price:** Cyl. bore. rifle sights . . . . . . . . . . . . . . . . . . . . . $276.00

### Mossberg Turkey Model 500 Pump

Same as the Model 500 Sporting Pump except has overall OFM camo finish, Ghost-Ring sights, Accu-Choke barrel with Imp. Cyl., Mod., Full, Extra-Full lead shot choke tubes, 24" barrel, swivel studs, camo sling. Introduced 1992.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $368.00

### Mossberg Field Grade Model 835 Pump Shotgun

Same as the Model 835 Crown Grade except has walnut-stained hardwood stock and comes only with Modified choke tube, 28" barrel. Introduced 1992.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $294.00

Mossberg Model 835 Crown Grade

### MOSSBERG MODEL 835 CROWN GRADE ULTI-MAG PUMP

**Gauge:** 12, 3½" chamber.
**Barrel:** 24" rifled bore, 24", 28", Accu-Mag with four choke tubes for steel or lead shot.
**Weight:** 7¾ lbs. **Length:** 48½" overall.
**Stock:** 14"x1½"x2½". Dual Comb. Cut-checkered walnut or camo synthetic; both have recoil pad.
**Sights:** White bead front, brass mid-bead.
**Features:** Shoots 2¾", 3" or 3½" shells. Backbored barrel to reduce recoil, improve patterns. Ambidextrous thumb safety, twin extractors, dual slide bars. Mossberg Cablelock included. Introduced 1988.
**Price:** 28" vent rib, Dual-Comb stock . . . . . . . . . . . . . . . . . $400.00
**Price:** As above, standard stock . . . . . . . . . . . . . . . . . . . $393.00
**Price:** 24" Trophy Slugster, rifled bore, scope base, Dual-Comb stock $421.00
**Price:** Combo, 24" rifled bore, rifle sights, 28" vent rib, Accu-Mag choke tubes, Dual-Comb stock . . . . . . . . . . . . . . . . . . . . . $463.00
**Price:** Combo, 24" Trophy Slugster rifled bore, 28" vent rib, Accu-Mag choke tubes, Dual-Comb stock . . . . . . . . . . . . . . . . . . . . . $472.00
**Price:** Realtree or Mossy Oak Camo Turkey, 24" vent rib, Accu-Mag Extra-Full tube, synthetic stock . . . . . . . . . . . . . . . . . . . . . $468.00
**Price:** Realtree Camo, 28" vent rib, Accu-Mag tubes, synthetic stock $468.00
**Price:** Realtree Camo Combo, 24" rifled bore, rifle sights, 24" vent rib, Accu-Mag choke tubes, synthetic stock, hard case . . . . . . . . . . . $571.00
**Price:** OFM Camo, 28" vent rib, Accu-Mag tubes, wood stock . . . . $428.00
**Price:** OFM Camo Combo, 24" rifled bore, rifle sights, 28" vent rib, Accu-Mag tubes, wood stock . . . . . . . . . . . . . . . . . . . . . . . $490.00

# SHOTGUNS—SLIDE ACTIONS

Remington 870 Wingmaster

**REMINGTON 870 WINGMASTER**

**Gauge:** 12, 3" chamber.
**Barrel:** 26", 28", 30" (Rem Chokes). Light Contour barrel.
**Weight:** $7\frac{1}{4}$ lbs. **Length:** $46\frac{1}{2}$" overall (26" bbl.).
**Stock:** 14"x$2\frac{1}{2}$"x1". American walnut with satin or high-gloss finish, cut-checkered p.g. and forend. Rubber buttpad.
**Sights:** Ivory bead front, metal mid-bead.
**Features:** Double action bars; cross-bolt safety; blue finish. Available in right- or left-hand style. Introduced 1986.

**Price:** . . . . . . . . . . **$479.00**
**Price:** Left-hand (28" only) . . . . . . . . **$527.00**
**Price:** Deer Gun (rifle sights, 20" bbl.) . . . . . . **$452.00**
**Price:** Deer Gun, left-hand, Monte Carlo stock . . . . **$495.00**
**Price:** LW-20 20-ga., vent. rib, 26", 28" (Rem Choke) . . . **$467.00**
**Price:** Fully rifled Cantilever, 20" . . . . . . **$532.00**

**Remington 870 TC Trap**

Same as the Model 870 except 12-ga. only, 30" Rem Choke, vent. rib barrel, Ivory front and white metal middle beads. Special sear, hammer and trigger assembly. $14\frac{3}{8}$"x$1\frac{1}{2}$"x$1\frac{7}{8}$" stock with recoil pad. Hand fitted action and parts. Weight 8 lbs.

**Price:** Model 870TC Trap, Rem Choke, about . . . . . **$613.00**
**Price:** TC Trap with Monte Carlo stock, about . . . . . **$628.00**

Remington 870 Special Field

**Remington 870 Special Field**

Similar to the standard Model 870 except comes with 23" barrel only, 3" chamber, choked Imp. Cyl., Mod., Full and Rem Choke; 12-ga. weighs $6\frac{3}{4}$ lbs., LW-20 weighs 6 lbs.; has straight-grip stock, shorter forend, both with cut checkering. Vent. rib barrel only. Introduced 1984.

**Price:** 12- or 20-ga., Rem Choke, about . . . . . . **$473.00**

**Remington 870 Marine Magnum**

Similar to the 870 Wingmaster except all metal is plated with electroless nickel and has black synthetic stock and forend. Has 18" plain barrel (Cyl.), bead front sight, 7-shot magazine. Introduced 1992.

**Price:** . . . . . . . . . . **$465.00**

**Remington 870 Wingmaster Small Gauges**

Same as the standard Model 870 Wingmaster except chambered for 20-ga. ($2\frac{3}{4}$" and 3"), 28-ga., and 410-bore. The 20-ga. available with 26", 28" vent. rib barrel with Rem Choke tubes, high-gloss or satin wood finish; 28 and 410 available with 25" Full or Mod. fixed choke, satin finish only.

**Price:** 20-ga. . . . . . . . . . **$467.00**
**Price:** 20-ga. Deer Gun, rifle sights . . . . . . **$432.00**
**Price:** 28 and 410 . . . . . . . . **$504.00**

**Remington 870 Special Purpose Deer Gun**

Similar to the 870 Wingmaster except available with 20" barrel with rifled and Imp. Cyl. choke tubes; rifle sights or cantilever scope mount with rings. Metal has black, non-glare finish, satin finish on wood. Recoil pad, detachable sling of camo Cordura nylon. Introduced 1989.

**Price:** With rifle sights, Monte Carlo stock . . . . . **$432.00**
**Price:** With scope mount and rings, Monte Carlo stock . . . **$532.00**

Remington 870 SPS-BG-Camo

**Remington 870 SPS-BG-Camo Deer/Turkey Shotgun**

Similar to the 870 Special Purpose Deer Gun except completely covered with Mossy Oak Bottomland camouflage, comes with Super-Full Turkey Rem Choke tube of .665" diameter with knurled end-ring, Rifled choke tube insert, and an Imp. Cyl. tube. Synthetic stock and forend, quick-detachable swivels, camo Cordura carrying sling. Barrel is 20" with rifle sights, 3" chamber. Introduced 1993.

**Price:** . . . . . . . . . . **$452.00**

**Remington 870 SPS Cantilever Shotgun**

Similar to the 870 SPS-Deer except has smoothbore barrel with Imp. Cyl. and $3\frac{1}{2}$" Rifled Rem Choke tubes; synthetic stock with Monte Carlo comb; cantilever scope mount deer barrel. Comes with sling and swivels. Introduced 1994.

**Price:** . . . . . . . . . . **$419.00**

**Remington 870 SPS-Deer Shotgun**

Similar to the 870 Special Purpose Deer excet has fully-rifled 20" barrel with rifle sights, black non-reflective, synthetic stock and forend, black carrying sling. Introduced 1993.

**Price:** . . . . . . . . . . **$395.00**

**Remington 870 Express**

Similar to the 870 Wingmaster except has a walnut-toned hardwood stock with solid, black recoil pad and pressed checkering on grip and forend. Outside metal surfaces have a black oxide finish. Comes with 26" or 28" vent. rib barrel with a Mod. Rem Choke tube. Introduced 1987.

**Price:** 12 or 20 . . . . . . . . . **$292.00**
**Price:** Express Combo (with extra 20" Deer barrel), 12 or 20 . . . . **$395.00**
**Price:** Express 20-ga., 28" with Mod. Rem Choke tubes . . . . **$292.00**
**Price:** 410-bore . . . . . . . . . **$307.00**
**Price:** 28-gauge . . . . . . . . . **$307.00**

**Remington 870 Express Rifle-Sighted Deer Gun**

Same as the Model 870 Express except comes with 20" barrel with fixed Imp. Cyl. choke, open iron sights, Monte Carlo stock. Introduced 1991.

**Price:** . . . . . . . . . . **$287.00**
**Price:** With fully rifled barrel . . . . . . . **$320.00**

**Remington Model 870 Express Youth Gun**

Same as the Model 870 Express except comes with $12\frac{1}{2}$" length of pull, 21" barrel with Mod. Rem Choke tube. Hardwood stock with low-luster finish. Introduced 1991.

**Price:** . . . . . . . . . . **$292.00**
**Price:** 20-ga. Express Youth (1" shorter stock) . . . . . **$307.00**
**Price:** 20-ga. Express Youth Deer (rifle sights, fully rifled barrel) . . **$320.00**

**Remington 870 Express Turkey**

Same as the Model 870 Express except comes with 3" chamber, 21" vent. rib turkey barrel and Extra-Full Rem Choke Turkey tube; 12-ga. only. Introduced 1991.

**Price:** . . . . . . . . . . **$305.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# SHOTGUNS—SLIDE ACTIONS

**Remington 870 Express Synthetic**
Similar to the 870 Express with 26", 28" barrel except has synthetic stock and forend. Introduced 1994.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$299.00**

**Remington 870 SPS-T Special Purpose Magnum**
Similar to the Model 870 except chambered only for 12-ga., 3" shells, 26" or 28" Rem Choke barrel. All exposed metal surfaces are finished in dull, non-reflective black. Black synthetic stock and forend. Comes with padded Cordura 2" wide sling, quick-detachable swivels. Chrome-lined bores. Dark recoil pad. Introduced 1985.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.00**

Remington 870 SPS Camo

**Remington 870 Special Purpose Synthetic Camo**
Similar to the 870 Special Purpose Magnum except has synthetic stock and all metal (except bolt and trigger guard) and stock covered with Mossy Oak Bottomland camo finish, In 12-gauge only, 26", 28" vent. rib, Rem Choke. Comes with camo sling, swivels. Introduced 1992.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$440.00**

**Remington 870 SPS-T Camo Pump Shotgun**
Similar to the 870 Special Purpose Magnum except with synthetic stock, 21" vent rib barrel with Super-Full Turkey (.665" diameter with knurled extension) and Imp. Cyl. Rem Choke tubes. Completely covered with Mossy Oak Green Leaf camouflage. Bolt body, trigger guard and recoil pad are non-reflective black. Introduced 1993.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$453.00**

**Remington 870 High Grades**
Same as 870 except better walnut, hand checkering. Engraved receiver and barrel. Vent. rib. Stock dimensions to order.
**Price:** 870D, about . . . . . . . . . . . . . . . . . . . . . . **$2,509.00**
**Price:** 870F, about . . . . . . . . . . . . . . . . . . . . . . **$5,169.00**
**Price:** 870F with gold inlay, about . . . . . . . . . . . . . . . . **$7,752.00**

Winchester Model 12

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**WINCHESTER MODEL 12 PUMP SHOTGUN**
**Gauge:** 20, 2¾" chamber, 5-shot magazine.
**Barrel:** 26" (Imp. Cyl.). Vent rib.
**Weight:** 7 lbs. **Length:** 45" overall.
**Stock:** 14"x2½"x1½". Select walnut with satin finish. Checkered grip and forend.
**Features:** Grade I has plain blued receiver; production limited to 4000 guns. Grade IV receiver has engraved game scenes and gold highlights identical to traditional Grade IV, and is limited to 1000 guns. Introduced 1993. From U.S. Repeating Arms Co.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . **$879.00**
**Price:** Grade IV . . . . . . . . . . . . . . . . . . . . . . . . . **$1,431.00**

Winchester 1300 Turkey

**Winchester Model 1300 Realtree® Turkey Gun**
Similar to the standard Model 1300 except has synthetic Realtree® camo stock and forend, matte finished barrel and receiver, 22" barrel with Extra Full, Full and Mod. WinChoke tubes. Drilled and tapped for scope mounting. Comes with padded, adjustable sling. In 12-gauge only, 3" chamber; weight about 7 lbs. Introduced 1994. From U.S. Repeating Arms Co., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$359.00**

**WINCHESTER MODEL 1300 WALNUT PUMP**
**Gauge:** 12 and 20, 3" chamber, 5-shot capacity.
**Barrel:** 22", 26", 28", vent. rib, with Full, Mod., Imp. Cyl. Winchoke tubes.
**Weight:** 6⅜ lbs. **Length:** 42⅝" overall.
**Stock:** American walnut, with deep cut checkering on pistol grip, traditional ribbed forend; high luster finish.
**Sights:** Metal bead front.
**Features:** Twin action slide bars; front-locking rotary bolt; roll-engraved receiver; blued, highly polished metal; cross-bolt safety with red indicator. Introduced 1984. From U.S. Repeating Arms Co., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$331.00**
**Price:** Model 1300 Ladies/Youth, 20-ga., 22" vent. rib . . . . . . . . **$300.00**

Winchester 1300 Black Shadow Turkey

**Winchester Model 1300 Black Shadow Deer Gun**
Similar to the Model 1300 Black Shadow Turkey Gun except has ramp-type front sight, fully adjustable rear, drilled and tapped for scope mounting. Black composite stock and forend, matte black metal. Smoothbore 22" barrel with one Imp. Cyl. WinChoke tube; 12-gauge only, 3" chamber. Weighs 7¼ lbs. Introduced 1994. From U.S. Repeating Arms Co., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$287.00**

**Winchester Model 1300 Black Shadow Turkey Gun**
Similar to the Model 1300 Realtree® Turkey except synthetic stock and forend are matte black, and all metal surfaces finished matte black. Drilled and tapped for scope mounting. In 12-gauge only, 3" chamber, 22" vent. rib barrel; comes with one Full WinChoke tube. Introduced 1994. From U.S. Repeating Arms Co., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$287.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Winchester 1300 Slug Hunter Deer

Winchester 1300 Ranger

**WINCHESTER MODEL 1300 RANGER PUMP GUN**
**Gauge:** 12 or 20, 3" chamber, 5-shot magazine.
**Barrel:** 26", 28" vent. rib with Full, Mod., Imp. Cyl. Winchoke tubes.
**Weight:** 7 to 7¼ lbs.
**Length:** 48⅝" to 50⅝" overall.
**Stock:** Walnut-finished hardwood with ribbed forend.
**Sights:** Metal bead front.
**Features:** Cross-bolt safety, black rubber recoil pad, twin action slide bars, front-locking rotating bolt. From U.S. Repeating Arms Co., Inc.
**Price:** Vent. rib barrel, Winchoke . . . . . . . . . . . . . . . . . . . **$300.00**

**Winchester Model 1300 Slug Hunter Deer Gun**
Same as the Model 1300 except has rifled 22" barrel, walnut stock, rifle-type sights. Introduced 1990.
**Price:** Walnut stock . . . . . . . . . . . . . . . . . . . . . . . . **$445.00**

**Winchester Model 1300 Ranger Pump Gun Combo & Deer Gun**
Similar to the standard Ranger except comes with two barrels: 22" (Cyl.) deer barrel with rifle-type sights and an interchangeable 28" vent. rib Winchoke barrel with Full, Mod. and Imp. Cyl. choke tubes. Drilled and tapped; comes with rings and bases. Available in 12- and 20-gauge 3" only, with recoil pad. Introduced 1983.
**Price:** Deer Combo with two barrels . . . . . . . . . . . . . . . . **$368.00**
**Price:** 12-ga., 22" rifled barrel . . . . . . . . . . . . . . . . . . . . **$333.00**
**Price:** 12-ga., 22" (Imp. Cyl., rifled sabot tubes) . . . . . . . . . . . **$345.00**
**Price:** Combo 12-ga. with 18" (Cyl.) and 28" (Mod. tube) . . . . . . **$368.00**
**Price:** Rifled Deer Combo (22" rifled and 28" vent. rib barrels, 12 or 20-ga.) . . . . . . . . . . . . . . . . . . . . . . . . . . **$390.00**

## SHOTGUNS—OVER/UNDERS

Includes a variety of game guns and guns for competitive shooting.

American Arms Silver I

**AMERICAN ARMS SILVER I O/U**
**Gauge:** 12, 20, 28, 410, 3" chamber (28 has 2¾").
**Barrel:** 26" (Imp. Cyl. & Mod., all gauges), 28" (Mod. & Full, 12, 20).
**Weight:** About 6¾ lbs.
**Stock:** 14⅛"x1⅜"x2⅜". Checkered walnut.
**Sights:** Metal bead front.
**Features:** Boxlock action with scroll engraving, silver finish. Single selective trigger, extractors. Chrome-lined barrels. Manual safety. Rubber recoil pad. Introduced 1987. Imported from Italy and Spain by American Arms, Inc.
**Price:** 12- or 20-gauge . . . . . . . . . . . . . . . . . . . . . . . **$569.00**
**Price:** 28 or 410 . . . . . . . . . . . . . . . . . . . . . . . . . . **$629.00**

**American Arms Silver II Shotgun**
Similar to the Silver I except 26" barrel (Imp. Cyl., Mod., Full choke tubes, 12- and 20-ga.), 28" (Imp. Cyl., Mod., Full choke tubes, 12-ga. only), 26" (Imp. Cyl. & Mod. fixed chokes, 28 and 410), 26" two-barrel set (Imp. Cyl. & Mod., fixed, 28 and 410); automatic selective ejectors. Weight is about 6 lbs., 15 oz. (12-ga., 26").
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$719.00**
**Price:** 28, 410 . . . . . . . . . . . . . . . . . . . . . . . . . . . **$739.00**

**American Arms Silver II Lite**
Similar to the Silver II except weighs 6 lbs., 4 oz. (12-gauge), 5 lbs., 12 oz. (20-gauge), 6 lbs. (28-gauge). Single selective trigger, automatic selective ejectors. Franchoke tubes on 12- and 20-gauge, fixed chokes on 28. Vent. rib, engraved frame with antique silver finish. Introduced 1994. Imported by American Arms, Inc.
**Price:** 12- , 20-ga., 3" chambers, 26" . . . . . . . . . . . . . . . . . **$959.00**
**Price:** 28-gauge, 2¾", 26" (Imp. Cyl. & Mod.) . . . . . . . . . . . . **$959.00**

**AMERICAN ARMS SILVER SPORTING O/U**
**Gauge:** 12, 2¾" chambers.
**Barrel:** 28", 30" (Skeet, Imp. Cyl., Mod., Full choke tubes).
**Weight:** 7⅜ lbs. **Length:** 45½" overall.
**Stock:** 14⅜"x1½"x2⅜". Figured walnut, cut checkering; Sporting Clays quick-mount buttpad.
**Sights:** Target bead front.
**Features:** Boxlock action with single selective mechanical trigger, automatic selective ejectors; special broadway channeled rib; vented barrel rib; chrome bores. Chrome-nickel finish on frame, with engraving. Introduced 1990. Imported from Italy by American Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$899.00**

American Arms WS/OU 12

**American Arms WT/OU 10 Shotgun**
Similar to the WS/OU 12 except chambered for 10-gauge 3½" shell, 26" (Full & Full, choke tubes) barrel. Single selective trigger, extractors. Non-reflective finish on wood and metal. Imported by American Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$989.00**

**AMERICAN ARMS WS/OU 12, TS/OU 12 SHOTGUNS**
**Gauge:** 12, 3½" chambers.
**Barrel:** WS/OU—28" (Imp. Cyl., Mod., Full choke tubes); TS/OU—24" (Imp. Cyl., Mod., Full choke tubes).
**Weight:** 6 lbs., 15 oz. **Length:** 46" overall.
**Stock:** 14⅛"x1⅛"x2⅜". European walnut with cut checkering, black vented recoil pad, matte finish.
**Features:** Boxlock action with single selective trigger, automatic selective ejectors; chrome bores. Matte metal finish. Imported by American Arms, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$739.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

**ARMSPORT 2700 SERIES O/U**
**Gauge:** 10, 12, 20, 28, 410.
**Barrel:** 26" (Imp. Cyl. & Mod.); 28" (Mod. & Full); vent. rib.
**Weight:** 8 lbs.
**Stock:** European walnut, hand-checkered p.g. and forend.
**Features:** Single selective trigger, automatic ejectors, engraved receiver. Imported by Armsport. Contact Armsport for complete list of models.
**Price:** M2733/2735 (Boss-type action, 12, 20, extractors) . . . . . . **$790.00**
**Price:** M2741 (as above with ejectors) . . . . . . . . . . . . . . . . **$825.00**
**Price:** M2730/2731 (as above with single trigger, screw-in chokes) . **$975.00**
**Price:** M2705 (410 bore, 26" Imp. & Mod., double triggers) . . . . . **$785.00**
**Price:** M2742 Sporting Clays (12-ga., 28", choke tubes) . . . . . . **$930.00**
**Price:** M2744 Sporting Clays (20-ga., 26", choke tubes) . . . . . . **$930.00**
**Price:** M2750 Sporting Clays (12-ga., 28", choke tubes, sideplates) **$1,050.00**
**Price:** M2751 Sporting Clays (20-ga., 26", choke tubes, sideplates) **$1,050.00**

**ARMSPORT 2700 O/U GOOSE GUN**
**Gauge:** 10, 3½" chambers.
**Barrel:** 28" (Full & Imp. Mod.), 32" (Full & Full).
**Weight:** About 9.8 lbs.
**Stock:** European walnut.
**Features:** Boss-type action; double triggers; extractors. Introduced 1986. Imported from Italy by Armsport.
**Price:** Fixed chokes . . . . . . . . . . . . . . . . . . . . . . . . **$1,190.00**
**Price:** With choke tubes . . . . . . . . . . . . . . . . . . . . . . **$1,299.00**

**ARMSPORT 2900 TRI-BARREL SHOTGUN**
**Gauge:** 12, 3" chambers.
**Barrel:** 28" (Imp., Mod., Full).
**Weight:** 7¾ lbs.
**Stock:** European walnut.
**Features:** Has three barrels. Top-tang barrel selector; double triggers; silvered, engraved frame. Introduced 1986. Imported from Italy by Armsport.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$3,400.00**

Consult our Directory pages for the location of firms mentioned.

Baby Bretton

**BABY BRETTON OVER/UNDER SHOTGUN**
**Gauge:** 12 or 20, 2¾" chambers.
**Barrel:** 27½" (Cyl., Imp. Cyl., Mod., Full choke tubes).
**Weight:** About 5 lbs.
**Stock:** Walnut, checkered pistol grip and forend, oil finish.
**Features:** Receiver slides open on two guide rods, is locked by a large thumb lever on the right side. Extractors only. Light alloy barrels. Imported from France by Mandall Shooting Supplies.
**Price:** Sprint Standard . . . . . . . . . . . . . . . . . . . . . . **$895.00**
**Price:** Sprint Deluxe . . . . . . . . . . . . . . . . . . . . . . . **$975.00**
**Price:** Model Fairplay . . . . . . . . . . . . . . . . . . . . . . **$1,025.00**

**BAIKAL IJ-27 OVER/UNDER SHOTGUN**
**Gauge:** 12, 2¾" chambers.
**Barrel:** 28" (Mod. & Full).
**Weight:** 7 lbs.
**Stock:** Checkered walnut.
**Features:** Double triggers; extractors; blued receiver with engraving. Reintroduced 1994. Imported from Russia by K.B.I., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$429.00**
**Price:** IJ-27 EIC (single trigger, automatic ejectors) . . . . . . . . . **$469.00**

Bernardelli Model 220

**Bernardelli Model 115 Over/Under Shotgun**
Similar to the Model 192 except designed for competition shooting with thicker barrel walls, specially designed stock with anatomical grip. Leather-faced recoil pad and schnabel forend on Sporting Clays and Skeet guns. Concave top rib, ventilated middle rib. Imported from Italy by Armsport.
**Price:** Model 115 S (inclined-plane locking, ejectors, selective or non-selective trigger, Multichoke standard on Sporting Clays) . . . . . . . **$2,895.00**
**Price:** Model 115 S Trap/Skeet . . . . . . . . . . . . . . . . . . **$2,799.00**

**BERNARDELLI MODEL 192 MS-MC O/U SHOTGUN**
**Gauge:** 12, 2¾" chambers.
**Barrel:** 25½" (Imp. Cyl. & Imp. Mod., Cyl. & Mod.), 26¾" (Imp. Cyl. & Imp. Mod., Mod. & Full), 28" (Mod. & Full), 29½" (Imp. Mod. & Full); or with Multichoke tubes.
**Weight:** About 7 lbs.
**Stock:** 14"x1⅜"x2⅜". Hand-checkered European walnut. English or pistol grip style.
**Features:** Boxlock action; single selective trigger. Silvered, engraved action. Imported from Italy by Armsport.
**Price:** With Multichokes . . . . . . . . . . . . . . . . . . . . . . **$1,340.00**
**Price:** Model 192 Waterfowler (3½" chambers, three Multichoke tubes) . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,460.00**
**Price:** Model 192 MS (Sporting Clays, non-selective or selective trigger) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,140.00**
**Price:** Model 220 MS (similar to M192 except 20-ga., different frame) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,490.00**
**Price:** Model 220 (20-ga., 3" chambers) . . . . . . . . . . . . . . **$1,420.00**

Beretta Model 686 Essential

**BERETTA MODEL 686 ESSENTIAL O/U**
**Gauge:** 12, 3" chambers.
**Barrel:** 26", 28", Mobilchoke tubes (Imp. Cyl., Mod., Full).
**Weight:** 6.7 lbs. **Length:** 45.7" overall (28" barrels).
**Stock:** 14.5"x2.2"x1.4". American walnut; radiused black buttplate.
**Features:** Matte finish on receiver and barrels; hard-chrome bores; low-profile receiver with dual conical locking lugs; single selective trigger, ejectors. Introduced 1994. Imported from Italy by Beretta U.S.A.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,215.00**

**BERETTA ASE 90 COMPETITION O/U SHOTGUN**
**Gauge:** 12, 2¾" chambers.
**Barrel:** 28" (Pigeon, Sporting Clays, Skeet), 30" (Sporting Clays, Trap), Mobilchoke choke tubes on Sporting Clays, Trap; fixed chokes on Trap, Skeet, Pigeon. Trap model also available as Top Combo (30", 32" barrels or 30", 34").
**Weight:** About 8 lbs., 6 oz.
**Stock:** High grade walnut.
**Features:** Has drop-out trigger assembly, wide ventilated top and side ribs, hard-chrome bores. Comes with hard case. Introduced 1992. Imported from Italy by Beretta U.S.A.
**Price:** Pigeon, Trap, Skeet . . . . . . . . . . . . . . . . . . . . . **$8,070.00**
**Price:** Sporting Clays . . . . . . . . . . . . . . . . . . . . . . . **$8,140.00**

Beretta Onyx Sporting

**BERETTA MODEL 686 ULTRALIGHT ONYX O/U**

**Gauge:** 12, 2¾" chambers.
**Barrel:** 26", 28", Mobilchoke choke tubes.
**Weight:** About 5 lbs., 13 oz.
**Stock:** Select American walnut with checkered grip and forend.
**Features:** Low-profile aluminum alloy receiver with titanium breech face insert. Matte black receiver finish with gold P. Beretta signature inlay. Single selective trigger; automatic safety. Introduced 1992. Imported from Italy by Beretta U.S.A.
**Price:** . . . . . . . . **$1,525.00**

**BERETTA ONYX SPORTING O/U SHOTGUN**

**Gauge:** 12, 3" chambers.
**Barrel:** 28", 30" (Mobilchoke tubes).
**Weight:** 6 lbs., 13 oz.
**Stock:** Checkered American walnut.
**Features:** Intended for the beginning sporting clays shooter. Has wide, vented 12.5mm target rib, radiused recoil pad. Matte black finish on receiver and barrels. Introduced 1993. Imported from Italy by Beretta U.S.A.
**Price:** . . . . . . . . **$1,385.00**
**Price:** 686 Silver Perdiz Sporting (as above except coin silver receiver with scroll engraving; 12- or 20-ga.) . . . . . . . . **$1,425.00**

Beretta 686EL

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**BERETTA OVER/UNDER FIELD SHOTGUNS**

**Gauge:** 12, 20, 28, and 410 bore, 2¾", 3" and 3½" chambers.
**Barrel:** 26" and 28" (Mobilchoke tubes).
**Stock:** Close-grained walnut.
**Features:** Highly-figured, American walnut stocks and forends, and a unique, weather-resistant finish on barrels. The 686 Onyx bears a gold P. Beretta signature on each side of the receiver. Silver designates standard 686, 687 models with silver receivers; Gold indicates higher grade 686EL, 687EL models with full sideplates; Diamond is for 687EELL models with highest grade wood, engraving. Case provided with Gold and Diamond grades. Silver Gold, Diamond grades introduced 1994. Imported from Italy by Beretta U.S.A.
**Price:** 686 Onyx . . . . . . . . **$1,355.00**
**Price:** 686 two bbl. set . . . . . . . . **$2,085.00**
**Price:** 686 Silver Perdiz . . . . . . . . **$1,385.00**
**Price:** 686L Silver Perdiz (12-ga., polished silver receiver) . . . . . **$1,355.00**
**Price:** 686EL Gold Perdiz (engraved sideplates, hard case) . . . . **$2,200.00**
**Price:** 687L Silver Perdiz . . . . . . . . **$1,870.00**
**Price:** 687L Silver Pigeon . . . . . . . . **$1,870.00**
**Price:** 687EL Gold Pigeon (gold inlays, sideplates) . **$3,180.00** to **$3,320.00**
**Price:** 687EL Gold Pigeon, 410, 26", 28-ga., 28" . . . . . . . . **$3,320.00**
**Price:** 687EELL Diamond Pigeon (engraved sideplates) . **$4,625.00** to **$5,130.00**
**Price:** 687EELL Diamond Pigeon, 28-ga., 28" . . . . . . . . **$4,625.00**
**Price:** 687EELL Diamond Pigeon Combo, 20- and 28-ga., 26" . . **$5,130.00**

Beretta 686 Silver Perdiz Sporting

**Beretta 687EL Gold Pigeon Sporting O/U**

Similar to the 687 Silver Pigeon Sporting except has sideplates with gold inlay game scene, vent side and top ribs, bright orange front sight. Stock and forend are of high grade walnut with fine-line checkering. Available in 12-gauge only with 28" or 30" barrels and Mobilchoke tubes. Weight is 6 lbs., 13 oz. Introduced 1993. Imported from Italy by Beretta U.A.S.
**Price:** . . . . . . . . **$3,225.00**

**Beretta 682 Super Sporting O/U**

Similar to the 682 Sporting except has stock with adjustable comb that allows height adjustments via interchangeable inserts. Accessory recoil pad system and adjustable trigger allow length of pull changes. Factory ported barrels, raised tapered top rib with mid-rib bead, bright orange front sight. Available in 12-gauge only, 2¾" chambers, 28" 30", Mobilchoke tubes. Introduced 1993. Imported from Italy by Beretta U.S.A.
**Price:** . . . . . . . . **$2,925.00**

**BERETTA SPORTING CLAYS SHOTGUNS**

**Gauge:** 12 and 20, 2¾" chambers.
**Barrel:** 28", 30", Mobilchoke.
**Stock:** Close-grained walnut.
**Features:** Equipped with Beretta Mobilchoke flush-mounted screw-in choke tube system. Dual-purpose O/U for hunting and Sporting Clays.12- or 20-gauge, 28", 30" Mobilchoke tubes (four, Skeet, Imp. Cyl., Mod., Full). Wide 12.5mm top rib with 2.5mm center groove; 686 Onyx models have matte black receiver, 686 Silver Perdiz has silver receiver with scroll engraving; 687 Silver Pigeon Sporting has silver receiver, highly figured walnut; 687 EL Pigeon Sporting has game scene engraving with gold inlaid animals on full sideplate. Introduced 1994. Imported from Italy by Beretta U.S.A.
**Price:** 682 Sporting, 30" (with case) . . . . . . . . **$2,605.00**
**Price:** 682 Super Sporting, 28", 30", ported, adj. l.o.p. . . . . . . . **$2,925.00**
**Price:** 682 Sporting 20-gauge . . . . . . . . **$2,605.00**
**Price:** 682 Sporting Combo, 28" and 30" . . . . . . . . **$3,470.00**
**Price:** 686 Onyx Sporting . . . . . . . . **$1,385.00**
**Price:** 686 Continental Course Sporting, 2¾" chambers, 28", 30" . **$2,715.00**
**Price:** 686 Silver Perdiz Sporting . . . . . . . . **$1,425.00**
**Price:** 686 Silver Perdiz Sporting Combo, 28" and 30" . . . . . . . **$2,600.00**
**Price:** 687 Silver Perdiz Sporting . . . . . . . . **$2,285.00**
**Price:** 687 Silver Pigeon Sporting . . . . . . . . **$2,285.00**
**Price:** 687 Silver Pigeon Sporting (20 gauge) . . . . . . . . **$2,285.00**
**Price:** 687 Diamond Pigeon EELL Sporter (hand engraved sideplates, deluxe wood) . . . . . . . . **$4,700.00**
**Price:** 687 Silver Pigeon Sporting Combo, 28" and 30" . . . . . . **$3,405.00**
**Price:** 687EL Pigeon Sporting . . . . . . . . **$3,225.00**
**Price:** ASE 90 Gold Sporting Clay . . . . . . . . **$8,140.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# SHOTGUNS—OVER/UNDERS

Beretta 682 Competition

**BERETTA SERIES 682 COMPETITION OVER/UNDERS**

**Gauge:** 12, 2¾" chambers.

**Barrel:** Skeet—26" and 28"; trap—30" and 32", Imp. Mod. & Full and Mobilchoke; trap mono shotguns—32" and 34" Mobilchoke; trap top single guns—32" and 34" Full and Mobilchoke; trap combo sets—from 30" O/U, to 32" O/U, 34" top single.

**Stock:** Close-grained walnut, hand checkered.

**Sights:** White Bradley bead front sight and center bead.

**Features:** Trap Monte Carlo stock has deluxe trap recoil pad. Various grades available; contact Beretta U.S.A. for details. Imported from Italy by Beretta U.S.A.

**Price:** 682 Skeet . . . . . **$2,520.00**
**Price:** 682 Trap . . . . . **$2,495.00**
**Price:** 682 Trap Mono shotguns . . . . . **$3,400.00**
**Price:** 682 Trap Top Single shotguns . . . . . **$2,650.00**
**Price:** 682 Trap Combo sets . . . . . **$3,340.00** to **$3,400.00**
**Price:** 686 Silver Perdiz Skeet (28") . . . . . **$1,390.00**
**Price:** 686 Silver Perdiz Trap (30") . . . . . **$1,300.00**
**Price:** 682 Pigeon Silver . . . . . **$2,760.00**
**Price:** 687 EELL Diamond Pigeon Trap . . . . . **$4,610.00** to **$5,815.00**
**Price:** 687 EELL Diamond Pigeon Skeet (4-bbl. set) . . . . . **$8,040.00**
**Price:** 682 Super Diamond Pigeon Skeet (adjustable comb and butt pads, bbl. porting) . . . . . **$2,915.00**
**Price:** 682 Super Trap (adjustable comb and butt pad, barrel porting) . . . . . **$2,885.00** to **$3,865.00**

**BERETTA MODEL SO5, SO6, SO9 SHOTGUNS**

**Gauge:** 12, 2¾" chambers.

**Barrel:** *To customer specs.*

**Stock:** To customer specs.

**Features:** SO5—Trap, Skeet and Sporting Clays models SO5; SO6—SO6 and SO6 EELL are field models. SO6 has a case-hardened or silver receiver with contour hand engraving. SO6 EELL has hand-engraved receiver in a fine floral or "fine English" pattern or game scene, with bas-relief chisel work and gold inlays. SO6 and SO6 EELL are available with sidelocks removable by hand. Imported from Italy by Beretta U.S.A.

**Price:** SO5 Trap, Skeet, Sporting . . . . . **$12,900.00**
**Price:** SO5 Combo, two-bbl. set . . . . . **$16,600.00**
**Price:** SO6 Trap, Skeet, Sporting . . . . . **$17,400.00**
**Price:** SO6 EELL Field, custom specs . . . . . **$26,000.00**
**Price:** SO9 (12, 20, 28, 410, 26", 28", 30", any choke) . . . . . **$30,500.00**

Browning Citori Gran Lightning

**Browning Superlight Citori Over/Under**

Similar to the standard Citori except available in 12, 20 with 24", 26" or 28" Invector barrels, 28 or 410 with 26" barrels choked Imp. Cyl. & Mod. or 28" choked Mod. & Full. Has straight grip stock, schnabel forend tip. Superlight 12 weighs 6 lbs., 9 oz. (26" barrels); Superlight 20, 5 lbs., 12 oz. (26" barrels). Introduced 1982.

**Price:** Grade I only, 28 or 410, Invector . . . . . **$1,325.00**
**Price:** Grade III, Invector, 12 or 20 . . . . . **$1,835.00**
**Price:** Grade III, 28 or 410, Invector . . . . . **$2,050.00**
**Price:** Grade VI, Invector, 12 or 20 . . . . . **$2,672.00**
**Price:** Grade VI, 28 or 410, Invector . . . . . **$2,880.00**
**Price:** *Grade I Invector, 12 or 20* . . . . . **$1,278.00**
**Price:** Grade I Invector, Upland Special (24" bbls.), 12 or 20 . . . **$1,278.00**

**Browning Lightning Sporting Clays**

Similar to the Citori Lightning with rounded pistol grip and classic forend. Has high post tapered rib or lower hunting-style rib with 30" back-bored Invector Plus barrels, ported or non-ported, 3" chambers. Gloss stock finish, radiused recoil pad. Has "Lightning Sporting Clays Edition" engraved and gold filled on receiver. Introduced 1989.

**Price:** Low-rib, ported . . . . . **$1,370.00**
**Price:** High-rib, ported . . . . . **$1,430.00**
**Price:** Pigeon Grade, low rib, ported . . . . . **$1,566.00**
**Price:** Pigeon Grade, high rib, ported . . . . . **$1,630.00**
**Price:** Golden Clays, low rib, ported . . . . . **$2,830.00**
**Price:** Golden Clays, high rib, ported . . . . . **$2,930.00**

**BROWNING CITORI O/U SHOTGUN**

**Gauge:** *12, 20, 28 and 410.*

**Barrel:** 26", 28" in 28 and 410. Offered with Invector choke tubes. All 12- and 20-gauge models have back-bored barrels and Invector Plus choke system.

**Weight:** 6 lbs., 8 oz. (26" 410) to 7 lbs., 13 oz. (30" 12-ga.).

**Length:** 43" overall (26" bbl.).

**Stock:** Dense walnut, hand checkered, full p.g., beavertail forend. Field-type recoil pad on 12-ga. field guns and trap and Skeet models.

**Sights:** Medium raised beads, German nickel silver.

**Features:** Barrel selector integral with safety, automatic ejectors, three-piece takedown. Imported from Japan by Browning. Contact Browning for complete list of models and prices.

**Price:** *Grade I, Hunting, Invector, 12 and 20* . . . . . **$1,228.00**
**Price:** Grade III, Hunting, Invector, 12 and 20 . . . . . **$1,802.00**
**Price:** Grade VI, Hunting, Invector, 12 and 20 . . . . . **$2,610.00**
**Price:** Grade I, Lightning, 28 and 410, Invector . . . . . **$1,305.00**
**Price:** Grade III, Lightning, 28 and 410, Invector . . . . . **$2,050.00**
**Price:** Grade VI, 28 and 410 Lightning, Invector . . . . . **$2,880.00**
**Price:** Grade I, Lightning, Invector Plus, 12, 20 . . . . . **$1,263.00**
**Price:** Grade I, Hunting, 28", 30" only, 3½", Invector Plus . . . . . **$1,303.00**
**Price:** Grade III, Lightning, Invector, 12, 20 . . . . . **$1,838.00**
**Price:** Grade VI, Lightning, Invector, 12, 20 . . . . . **$2,672.00**
**Price:** Gran Lightning, 26", 28", Invector, 12 ,20 . . . . . **$1,712.00**
**Price:** *Gran Lightning, 28, 410* . . . . . **$1,800.00**

**Browning Micro Citori Lightning**

Similar to the standard Citori 20-ga. Lightning except scaled down for smaller shooter. Comes with 24" Invector Plus back-bored barrels, 13¾" length of pull. Weighs about 6 lbs., 3 oz. Introduced 1991.

**Price:** Grade I . . . . . **$1,315.00**
**Price:** Grade III . . . . . **$1,850.00**
**Price:** Grade VI . . . . . **$2,680.00**

Browning Citori GTI

**Browning Citori GTI Sporting Clays**

Similar to the Citori Hunting except has semi-pistol grip with slightly grooved, semi-beavertail forend, satin-finish stock, radiused rubber buttpad. Has three interchangeable trigger shoes, trigger has three length of pull adjustments. Wide 13mm vent. rib, 28" or 30" barrels (ported or non-ported) with Invector Plus choke tubes. Ventilated side ribs. Introduced 1989.

**Price:** With ported barrels . . . . . **$1,450.00**
**Price:** Golden Clays . . . . . **$2,930.00**

**Browning Special Sporting Clays**

Similar to the GTI except has full pistol grip stock with palm swell, gloss finish, 28", 30" or 32" barrels with back-bored Invector Plus chokes (ported or non-ported); high post tapered rib. Also available as 28" and 30" two-barrel set. Introduced 1989.

**Price:** With ported barrels . . . . . **$1,430.00**
**Price:** As above, adjustable comb . . . . . **$1,550.00**
**Price:** Golden Clays . . . . . **$2,930.00**

**Browning Citori O/U Skeet Models**

Similar to standard Citori except 26", 28", 12-gauge, Invector choke tubes; stock dimensions of 14⅜"x1½"x2", fitted with Skeet-style recoil pad; conventional target rib and high post target rib.

**Price:** Grade I Invector, 12-ga., Invector Plus (high post rib) . . . . $1,450.00
**Price:** Grade I, 20, 28 and 410 (high post rib) . . . . . . . . . . . $1,450.00
**Price:** Grade III, 20, 28, 410 (high post rib) . . . . . . . . . . . $1,995.00
**Price:** Grade VI, 20, 28, 410 (high post rib) . . . . . . . . . . . $2,518.00
**Price:** Four barrel Skeet set—12, 20, 28, 410 barrels, with case, Grade I only . . . . . . . . . . $4,275.00
**Price:** Grade III, four-barrel set (high post rib) . . . . . . . . . . $4,617.00
**Price:** Grade VI, four-barrel set (high post rib) . . . . . . . . . . $5,225.00
**Price:** Grade I, three-barrel set . . . . . . . . . . $2,975.00
**Price:** Grade III, three-barrel set . . . . . . . . . . $3,750.00
**Price:** Golden Clays, three-barrel set . . . . . . . . . . $4,875.00
**Price:** Golden Clays . . . . . . . . . . $2,969.00
**Price:** Golden Clays, four-barrel set . . . . . . . . . . $6,480.00
**Price:** Grade III, 12-ga. Invector Plus . . . . . . . . . . $1,995.00
**Price:** Grade VI, 12-ga., Invector Plus . . . . . . . . . . $2,555.00

**Browning Citori O/U Trap Models**

Similar to standard Citori except 12 gauge only; 30", 32" ported or non-ported (Full & Full, Imp. Mod. & Full, Mod. & Full) or Invector Plus, 34" single barrel in Combo Set (Full, Imp. Mod., Mod.), or Invector model; Monte Carlo cheek piece (14⅜"x1⅜"x1⅜"x2"); fitted with trap-style recoil pad; conventional target rib and high post target rib.

**Price:** Grade I, Invector Plus, ported bbls. . . . . . . . . . . $1,450.00
**Price:** Grade III, Invector Plus Ported . . . . . . . . . . $1,995.00
**Price:** Grade IV, Invector Plus Ported . . . . . . . . . . $2,555.00
**Price:** Golden Clays . . . . . . . . . . $2,965.00

**Browning Citori Plus Trap Gun**

Similar to the Grade I Citori Trap except comes only with 30" barrels with .745" over-bore, Invector Plus choke system with Full, Imp. Mod. and Mod. choke tubes; high post, ventilated, tapered, target rib for adjustable impact from 3" to 12" above point of aim. Available with or without ported barrels. Select walnut stock has high-gloss finish, Monte Carlo comb, modified beavertail forend and is fully adjustable for length of pull, drop at comb and drop at Monte Carlo. Has Browning Recoil Reduction System. Introduced 1989.

**Price:** Grade I, with ported barrel . . . . . . . . . . $2,030.00
**Price:** Grade I, non-ported barrel . . . . . . . . . . $2,005.00
**Price:** Pigeon Grade, ported barrel . . . . . . . . . . $2,225.00
**Price:** Golden Clays, Invector Plus, ported . . . . . . . . . . $3,435.00

**Browning Citori Plus Trap Combo**

Same as the Citori Plus Trap except comes with 34" single barrel with the 32" O/U model, or 32" or 34" single with the 30" O/U model. Introduced 1992.

**Price:** With fitted luggage case . . . . . . . . . . $3,435.00
**Price:** Golden Clays . . . . . . . . . . $5,200.00

Browning 325 Sporting Clays

**BROWNING 325 SPORTING CLAYS**

**Gauge:** 12, 20, 2¾" chambers.
**Barrel:** 12-ga.—28", 30", 32" (Invector Plus tubes), back-bored; 20-ga.—28", 30" (Imp. Mod. & Imp. Cyl.).
**Weight:** 7 lbs., 13 oz. (12-ga., 28").
**Stock:** 14$^{13}/_{16}$" (+/-⅛")x1$^{7}/_{16}$"x2$^{3}/_{16}$" (12-ga.). Select walnut with gloss finish, cut checkering, schnabel forend.
**Features:** Grayed receiver with engraving, blued barrels. Barrels are ported on 12-gauge guns. Has 10mm wide vent rib. Comes with three interchangeable trigger shoes to adjust length of pull. Introduced in U.S. 1993. Imported by Browning.
**Price:** 12-, 20-ga., Invector Plus . . . . . . . . . . $1,625.00
**Price:** Golden Clays, 12-, 20-ga., Invector Plus . . . . . . . . . . $3,030.00

Century Centurion

**CENTURY CENTURION OVER/UNDER SHOTGUN**

**Gauge:** 12, 2¾" chambers.
**Barrel:** 28" (Mod. & Full).
**Weight:** 7.3 lbs. **Length:** 44.5" overall (26" barrels).
**Stock:** European walnut.
**Features:** Double triggers; extractors. Polished blue finish. Introduced 1993. Imported by Century International Arms.
**Price:** About . . . . . . . . . . $250.00

**CHAPUIS OVER/UNDER SHOTGUN**

**Gauge:** 12, 16, 20.
**Barrel:** 22", 23.6", 26.8", 27.6", 31.5", chokes to customer specs.
**Weight:** 5 to 8 lbs. **Length:** NA.
**Stock:** French walnut, straight English or pistol grip.
**Features:** Double hook blitz system boxlock action with automatic ejectors or extractors. Long trigger guard (most models), choice of raised solid rib, vent. rib or ultra light rib. Imported from France by Armes de Chasse.
**Price:** About . . . . . . . . . . $4,000.00 to $5,000.00

Consult our Directory pages for the location of firms mentioned.

Connecticut Valley Classics Sporter

**CONNECTICUT VALLEY CLASSICS CLASSIC SPORTER O/U**

**Gauge:** 12, 3" chambers.
**Barrel:** 28", 30", 32" (Skeet, Imp. Cyl. Mod., Full CV choke tubes); elongated forcing cones.
**Weight:** 7¾ lbs. **Length:** 44⅞" overall (28" barrels).
**Stock:** 14½"x1½"x2⅛". American black walnut with hand-checkered grip and forend.
**Features:** Receiver duplicates Classic Doubles M101 specifications. Nitrided grayed or stainless receiver with fine engraving. Chrome-lined bores and chambers suitable for steel shot. Optionally available are CV Plus (2⅜" tubes) or Competition (2¾" Briley) choke tubes. Introduced 1993. Made in U.S. by Connecticut Valley Classics.
**Price:** Classic Sporter . . . . . . . . . . $2,750.00
**Price:** Classic Sporter Stainless . . . . . . . . . . $2,750.00

**Connecticut Valley Classics Classic Field Waterfowler**

Similar to the Classic Sporter except with 30" barrel only, blued, non-reflective overall finish. Interchangeable CV choke tube system includes Skeet, Imp. Cyl., Mod. Full tubes. Introduced 1993. Made in U.S. by Connecticut Valley Classics.

**Price:** . . . . . . . . . . $2,195.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

### CHARLES DALY FIELD GRADE O/U

**Gauge:** 12 or 20, 3" chambers.
**Barrel:** 12- and 20- ga.—26" (Imp. Cyl. & Mod.), 12-ga.—28" (Mod. & Full).
**Weight:** 6 lbs., 15 oz. (12-ga.); 6 lbs., 10 oz. (20-ga.). **Length:** 43½" overall (26" bbl.).
**Stock:** 14⅛"x1⅜"x2⅜". Walnut with cut-checkered grip and forend. Black, vent. rubber recoil pad. Semi-gloss finish.
**Features:** Boxlock action with manual safety; extractors; single selective trigger. Color case-hardened receiver with engraving. Introduced 1989. Imported from Europe by Outdoor Sports Headquarters.
**Price:** . . . . . . . . . . $545.00
**Price:** Sporting Clays model (12-ga., 30", choke tubes) . . . . . $895.00

### Charles Daly Deluxe Over/Under

Similar to the Field Grade except available in 12 and 20 gauge, has automatic selective ejectors, antique silver finish on frame, and has choke tubes for Imp. Cyl., Mod. and Full. Introduced 1989.
**Price:** . . . . . . . . . . $770.00

E.A.A./Sabatti Sporting Clays

### E.A.A./SABATTI SPORTING CLAYS PRO-GOLD O/U

**Gauge:** 12, 3" chambers.
**Barrel:** 28" or 30" with six choke tubes.
**Weight:** 7¼ lbs.
**Stock:** European walnut with gloss finish, checkered grip and forend. Special sporting clays recoil pad.
**Features:** Boxlock action with gold-plated single selective trigger, automatic ejectors. Engraved, blued receiver with gold inlays. Target-style flourescent bar front sight. Comes with lockable hard shell plastic case. Introduced 1993. Imported from Italy by European American Armory.
**Price:** . . . . . . . . . . $999.00

### HATFIELD UPLANDER OVER/UNDER SHOTGUN

**Gauge:** 20, 28, 3" chambers.
**Barrel:** 26" (Imp. Cyl. & Mod.).
**Weight:** 5 lbs., 4 oz.
**Stock:** Straight English grip of special select XXX fancy walnut; hand-checkered grip and forend; hand-rubbed oil finish.
**Features:** Boxlock action with single selective trigger; half-coverage hand engraving; French gray finish. Comes with English-style oxblood leather luggage case with billiard felt interior. Special engraving, stock dimensions, metal finish available. Introduced 1994. From Hatfield Gun Co.
**Price:** Grade I . . . . . . . . . . $3,749.00

Kemen KM-4

### KEMEN OVER/UNDER SHOTGUNS

**Gauge:** 12, 2¾" or 3" chambers.
**Barrel:** 27⅝" (Hunting, Pigeon, Sporting Clays, Skeet), 30", 32" (Sporting Clays, Trap).
**Weight:** 7.25 to 8.5 lbs.
**Stock:** Dimensions to customer specs. High grade walnut.
**Features:** Drop-out trigger assembly; ventilated flat or step top rib, ventilated, solid or no side ribs. Low-profile receiver with black finish on Standard model, antique silver on sideplate models and all engraved, gold inlaid models. Barrels, forend, trigger parts interchangeable with Perazzi. Comes with hard case, accessory tools, spares. Introduced 1989. Imported from Spain by USA Sporting, Inc.
**Price:** KM-4 Standard . . . . . . . . . . $4,388.00
**Price:** KM-4 Luxe-A (engraved scroll), Luxe-B (game scenes) . . . $6,879.00
**Price:** KM-4 Super Luxe (engraved game scene) . . . . . $7,819.00
**Price:** KM-4 Extra Luxe-A (scroll engraved sideplates) . . . . . $8,792.00
**Price:** KM-4 Extra Luxe-B (game scene sideplates) . . . . . $10,026.00
**Price:** KM-4 Extra Gold (inlays, game scene) . . . . . $11,771.00

Krieghoff K-80 Trap

### KRIEGHOFF K-80 SKEET SHOTGUN

**Gauge:** 12, 2¾" chambers.
**Barrel:** 28" (Skeet & Skeet, optional Tula or choke tubes).
**Weight:** About 7¾ lbs.
**Stock:** American Skeet or straight Skeet stocks, with palm-swell grips. Walnut.
**Features:** Satin gray receiver finish. Selective mechanical trigger adjustable for position. Choice of ventilated 8mm parallel flat rib or ventilated 8-12mm tapered flat rib. Introduced 1980. Imported from Germany by Krieghoff International, Inc.
**Price:** Standard, Skeet chokes . . . . . . . . . . $6,450.00
**Price:** As above, Tula chokes . . . . . . . . . . $6,750.00
**Price:** Lightweight model (weighs 7 lbs.), Standard . . . . . $6,450.00
**Price:** Two-Barrel Set (tube concept), 12-ga., Standard . . . . . $11,135.00
**Price:** Skeet Special (28", tapered flat rib, Skeet & Skeet choke tubes) . . . . . . . . . . $7,110.00

### Krieghoff K-80 Four-Barrel Skeet Set

Similar to the Standard Skeet except comes with barrels for 12, 20, 28, 410. Comes with fitted aluminum case.
**Price:** Standard grade . . . . . . . . . . $14,625.00

### KRIEGHOFF K-80 O/U TRAP SHOTGUN

**Gauge:** 12, 2¾" chambers.
**Barrel:** 30", 32" (Imp. Mod. & Full or choke tubes).
**Weight:** About 8½ lbs.
**Stock:** Four stock dimensions or adjustable stock available; all have palm- swell grips. Checkered European walnut.
**Features:** Satin nickel receiver. Selective mechanical trigger, adjustable for position. Ventilated step rib. Introduced 1980. Imported from Germany by Krieghoff International, Inc.
**Price:** K-80 O/U (30", 32", Imp. Mod. & Full), from . . . . . $6,895.00
**Price:** K-80 Unsingle (32", 34", Full), Standard, from . . . . . $7,595.00
**Price:** K-80 Combo (two-barrel set), Standard, from . . . . . $9,595.00

### Krieghoff K-80 International Skeet

Similar to the Standard Skeet except has ½" ventilated Broadway-style rib, special Tula chokes with gas release holes at muzzle. International Skeet stock. Comes in fitted aluminum case.
**Price:** Standard grade . . . . . . . . . . $7,200.00

### Krieghoff K-80/RT Shotguns

Same as the standard K-80 shotguns except has a removable internally selective trigger mechanism. Can be considered an option on all K-80 guns of any configuration. Introduced 1990.
**Price:** RT (removable trigger) option on K-80 guns, add . . . . . $1,000.00
**Price:** Extra pull trigger mechanisms . . . . . . . . . . $1,275.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# SHOTGUNS—OVER/UNDERS

Krieghoff K-80 Sporting Clays

**KRIEGHOFF K-80 SPORTING CLAYS O/U**
**Gauge:** 12.
**Barrel:** 28" or 30" with choke tubes.
**Weight:** About 8 lbs.
**Stock:** #3 Sporting stock designed for gun-down shooting.
**Features:** Choice of standard or lightweight receiver with satin nickel finish and classic scroll engraving. Selective mechanical trigger adjustable for position. Choice of tapered flat or 8mm parallel flat barrel rib. Free-floating barrels. Aluminum case. Imported from Germany by Krieghoff International, Inc.
**Price:** Standard grade with five choke tubes . . . . . . . . . . . . **$7,550.00**

**LANBER 82 OVER/UNDER SHOTGUN**
**Gauge:** 12, 20, 3" chamber.
**Barrel:** 26" (Imp. Cyl. & Mod.), 28" (Mod. & Full).
**Weight:** About 7 lbs., 2 oz.
**Stock:** 14⅜"x1½"x2½". European walnut.
**Features:** Double triggers; silvered, engraved receiver. Introduced 1994. Imported from Spain by Eagle Imports, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$584.95**

**Lanber 87 Deluxe Over/Under Shotgun**
Similar to the Lanber 82 except comes with Lanberchoke choke tubes, single selective trigger, better wood. Introduced 1994. Imported from Spain by Eagle Imports, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$914.95**
**Price:** Sporting Clays (12-ga., 28", 2¾" chambers) . . . . . . . . . **$964.95**

Laurona Super 85 MS Pigeon

**LAURONA SUPER MODEL OVER/UNDERS**
**Gauge:** 12, 20, 2¾" or 3" chambers.
**Barrel:** 26", 28" (Multichoke), 29" (Multichokes and Full).
**Weight:** About 7 lbs.
**Stock:** European walnut. Dimensions may vary according to model. Full pistol grip.
**Features:** Boxlock action, silvered with engraving. Automatic selective ejectors; choke tubes available on most models; single selective or twin single triggers; clack chrome barrels. Has 5-year warranty, including metal finish. Imported from Spain by Galaxy Imports.
**Price:** Model 83 MG, 12- or 20-ga. . . . . . . . . . . . . . . . . **$1,215.00**
**Price:** Model 84S Super Trap (fixed chokes) . . . . . . . . . . . . **$1,340.00**
**Price:** Model 85 Super Game, 12- or 20-ga. . . . . . . . . . . . . **$1,215.00**
**Price:** Model 85 MS Super Trap (Full/Multichoke) . . . . . . . . . **$1,390.00**
**Price:** Model 85 MS Super Pigeon . . . . . . . . . . . . . . . . **$1,370.00**
**Price:** Model 85 S Super Skeet, 12-ga. . . . . . . . . . . . . . . **$1,300.00**

**Laurona Silhouette 300 Trap**
Same gun as the Silhouette 300 Sporting Clays except has 29" barrels, trap stock dimensions of 14⅜"x1⁷⁄₁₆"x1⅝", weighs 7 lbs., 15 oz. Available with flush or knurled Multichokes.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,310.00**

**LAURONA SILHOUETTE 300 SPORTING CLAYS**
**Gauge:** 12, 2¾" or 3" chambers.
**Barrel:** 28", 29" (Multichoke tubes, flush-type or knurled).
**Weight:** 7 lbs., 12 oz.
**Stock:** 14⅜"x1⅜"x2½". European walnut with full pistol grip, beavertail forend. Rubber buttpad.
***Features:*** *Selective single trigger, automatic selective ejectors. Introduced 1988. Imported from Spain by Galaxy Imports.*
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,250.00**
**Price:** Silhouette Ultra-Magnum, 3½" chambers . . . . . . . . . . **$1,265.00**

Ljutic LM-6

**LJUTIC LM-6 DELUXE O/U SHOTGUN**
**Gauge:** 12.
**Barrel:** 28" to 34", choked to customer specs for live birds, trap, International Trap.
**Weight:** To customer specs.
**Stock:** To customer specs. Oil finish, hand checkered.
**Features:** Custom-made gun. Hollow-milled rib, pull or release trigger, pushbutton opener in front of trigger guard. From Ljutic Industries.
**Price:** Super Deluxe LM-6 O/U . . . . . . . . . . . . . . . . . . **$19,995.00**
**Price:** Over/under Combo (interchangeable single barrel, two trigger guards, one for single trigger, one for doubles) . . . . . . . . . . . . . **$21,995.00**
**Price:** Extra over/under barrel sets, 29"-32" . . . . . . . . . . . . **$5,995.00**

Marocchi Conquista

**MAROCCHI CONQUISTA SPORTING CLAYS O/U SHOTGUNS**
**Gauge:** 12, 2¾" chambers.
**Barrel:** 28", 30", 32" (Contrechoke tubes).
**Weight:** About 8 lbs.
**Stock:** 14½"-14⅞"x2³⁄₁₆"x1⁷⁄₁₆"; American walnut with checkered grip and forend; sporting clays butt pad.
**Sights:** 16mm luminescent front.
**Features:** Has lower monoblock and frame profile. Fast lock time. Ergonomically-shaped trigger is adjustable for pull length and weight. Automatic selective ejectors. Coin-finished receiver, blued barrels. Comes with five choke tubes, hard case, stock wrench. Also available as left-hand model—opening lever operates from left to right; stock has left-hand cast. Introduced 1994. Imported from Italy by Precision Sales International.
**Price:** Grade I, right- or left-hand . . . . . . . . . . . . . . . . . . **$1,885.00**
**Price:** Grade II . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,250.00**
**Price:** Grade III, from . . . . . . . . . . . . . . . . . . . . . . . **$3,550.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

**Marocchi Conquista Trap Over/Under Shotgun**
Similar to the Conquista Sporting Clays model except has 30" or 32" barrels choked Imp. Cyl. & Full, stock dimensions of 14½"-14⅞"x1¹¹⁄₁₆"x1⁹⁄₃₂"; weighs about 8¼ lbs. Introduced 1994. Imported from Italy by Precision Sales International.
**Price:** Grade I . . . . . $1,885.00
**Price:** Grade II . . . . . $2,250.00
**Price:** Grade III, from . . . . . $3,550.00

**Marocchi Conquista Skeet Over/Under Shotgun**
Similar to the Conquista Sporting Clays except has 28" (Skeet & Skeet) barrels, stock dimensions of 14⅜"-14¾"x2³⁄₁₆"x1½". Weighs about 7¾ lbs. Introduced 1994. Imported from Italy by Precision Sales International.
**Price:** Grade I . . . . . $1,885.00
**Price:** Grade II . . . . . $2,250.00
**Price:** Grade III, from . . . . . $3,550.00

**MAROCCHI AVANZA O/U SHOTGUN**
**Gauge:** 12 and 20, 3" chambers.
**Barrel:** 26" (Imp. Cyl. & Mod. or Imp. Cyl., Mod., Full Interchokes); 28" (Mod. & Full or Imp. Cyl. Mod., Full Interchokes).
**Weight:** 6 lbs., 6 oz. to 6 lbs., 13 oz.
**Stock:** 14"x2¼"x1½". Select walnut with cut checkering. Recoil pad.
**Features:** Single selective trigger, auto-mechanical barrel cycling, automatic selective ejectors, unbreakable firing pins. Ventilated top and middle ribs. Automatic safety. Introduced 1990. Imported from Italy by Precision Sales International.
**Price:** 12-ga., 26" or 28", fixed chokes . . . . . $769.00
**Price:** As above, with Interchokes . . . . . $829.00

Merkel Model 201E

**MERKEL MODEL 200E O/U SHOTGUN**
**Gauge:** 12, 3" chambers, 16, 2¾" chambers, 20, 3" chambers.
**Barrel:** 12- , 16-ga.—28"; 20-ga.—26¾" (Imp. Cyl. & Mod., Mod. & Full). Solid rib.
**Weight:** About 7 lbs. (12-ga.).
**Stock:** Oil-finished walnut; straight English or pistol grip.
**Features:** Scroll engraved, color case-hardened receiver. Single selective or double triggers; ejectors. Imported from Germany by GSI.
**Price:** Model 200E . . . . . $3,395.00
**Price:** Model 201E (as above except silver-grayed receiver with engraved hunting scenes) . . . . . $4,195.00
**Price:** Model 202E (as above except has false sideplates, fine hunting scenes with Arabesque engraving) . . . . . $7,995.00

**Merkel Model 200E Skeet, Trap Over/Unders**
Similar to the Model 200E except in 12-gauge only with 2¾" chambers, tapered ventilated rib, competition stock with full pistol grip, half-coverage Arabesque engraving on silver-grayed receiver. Single selective trigger only. Model 200ES has 26¾" (Skeet & Skeet) barrels; Model 200ET has 30" (Full & Full) barrles. Imported from Germany by GSI.
**Price:** Model 200ES . . . . . $4,995.00
**Price:** Model 200ET . . . . . $4,795.00
**Price:** Model 201ES (full-coverage engraving) . . . . . $5,595.00
**Price:** Model 201ET (full-coverage engraving) . . . . . $5,395.00
**Price:** Model 203ES (sidelock action, Skeet) . . . . . $9,795.00
**Price:** Model 203ET (sidelock action, Trap) . . . . . $9,795.00

**Merkel Model 203E, 303E Over/Under Shotguns**
Similar to the Model 200E except with Holland & Holland-style sidelocks, both quick-detachable: Model 203E with cranked screw, 303E with integral retracting hook. Model 203E has coil spring ejectors; 303E H&H ejectors. Both have silver-grayed receiver with English-style Arabesque engraving—large scrolls on 203E, medium on 303E. Imported from Germany by GSI.
**Price:** Model 203E . . . . . $9,695.00
**Price:** Model 303E . . . . . $21,295.00

Perazzi Mirage Sporting

**PERAZZI MIRAGE SPECIAL SPORTING O/U**
**Gauge:** 12, 2¾" chambers.
**Barrel:** 28⅜" (Imp. Mod. & Extra Full), 29½" (choke tubes).
**Weight:** 7 lbs., 12 oz.
**Stock:** Special specifications.
**Features:** Has single selective trigger; flat ⁷⁄₁₆"x⁵⁄₁₆" vent. rib. Many options available. Imported from Italy by Perazzi U.S.A., Inc.
**Price:** . . . . . $8,500.00

Perazzi Sporting Classic

**Perazzi Sporting Classic O/U**
Same as the Mirage Special Sporting except is deluxe version with select wood and engraving, Available with flush mount choke tubes, 29.5" barrels. Introduced 1993.
**Price:** From . . . . . $9,500.00

**Perazzi Mirage Special Four-Gauge Skeet**
Similar to the Mirage Sporting model except has Skeet dimensions, interchangeable, adjustable four-position trigger assembly. Comes with four barrel sets in 12, 20, 28, 410, flat ⁵⁄₁₆"x⁵⁄₁₆" rib.
**Price:** From . . . . . $18,200.00

**Perazzi MX8/20 Over/Under Shotgun**
Similar to the MX8 except has smaller frame and has a removable trigger mechanism. Available in trap, Skeet, sporting or game models with fixed chokes or choke tubes. Stock is made to customer specifications. Introduced 1993.
**Price:** From . . . . . $7,550.00

**Perazzi Mirage Special Skeet Over/Under**
Similar to the MX8 Skeet except has adjustable four-position trigger, Skeet stock dimensions.
**Price:** From . . . . . $8,000.00

**PERAZZI MX8/MX8 SPECIAL TRAP, SKEET**
**Gauge:** 12, 2¾" chambers.
**Barrel:** Trap—29½" (Imp. Mod. & Extra Full), 31½" (Full & Extra Full). Choke tubes optional. Skeet—27⅝" (Skeet & Skeet).
**Weight:** About 8½ lbs. (Trap); 7 lbs., 15 oz. (Skeet).
**Stock:** Interchangeable and custom made to customer specs.
**Features:** Has detachable and interchangeable trigger group with flat V springs. Flat ⁷⁄₁₆" ventilated rib. Many options available. Imported from Italy by Perazzi U.S.A., Inc.
**Price:** From . . . . . $7,550.00
**Price:** MX8 Special (adj. four-position trigger), from . . . . . $8,000.00
**Price:** MX8 Special Single (32" or 34" single barrel, step rib), from $7,600.00
**Price:** MX8 Special Combo (o/u and single barrel sets), from . . $10,550.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Perazzi MX7

**PERAZZI MX9 OVER/UNDER SHOTGUNS**

**Gauge:** 12, 2¾" chambers.
**Barrel:** 29.5", 31.5" (choke tubes).
**Weight:** NA.
**Stock:** Walnut; cheekpiece adjustable for elevation and cast.
**Features:** Comes with six pattern adjustment rib inserts. Vent side rib. Externally selective trigger. Available in single barrel, combo, over/under trap, Skeet, pigeon and sporting models. Introduced 1993. Imported from Italy by Perazzi U.S.A.
**Price:** From . . . . . . . . . . $9,900.00
**Price:** MX10 (fixed chokes, different rib), from . . . . . $10,300.00

**PERAZZI MX12 HUNTING OVER/UNDER**

**Gauge:** 12, 2¾" chambers.
**Barrel:** 26", 27⅝", 28⅜", 29½" (Mod. & Full); choke tubes available in 27⅝", 29½" only (MX12C).
**Weight:** 7 lbs., 4 oz.
**Stock:** To customer specs; Interchangeable.
**Features:** Single selective trigger; coil springs used in action; schnabel forend tip. Imported from Italy by Perazzi U.S.A., Inc.
**Price:** From . . . . . . . . . . $7,550.00
**Price:** MX12C (with choke tubes), from . . . . . $8,050.00

**PERAZZI MX28, MX410 GAME O/U SHOTGUNS**

**Gauge:** 28, 2¾" chambers, 410, 3" chambers.
**Barrel:** 26" (Imp. Cyl. & Full).
**Weight:** NA.
**Stock:** To customer specifications.
**Features:** Made on scaled-down frames proportioned to the gauge. Introduced 1993. Imported from Italy by Perazzi U.S.A.
**Price:** From . . . . . . . . . . $15,100.00

**PERAZZI MX7 OVER/UNDER SHOTGUNS**

**Gauge:** 12, 2¾" chambers.
**Barrel:** 29.5", 31.5", fixed or choke tubes.
**Weight:** NA.
**Stock:** To customer specifications.
**Features:** Has fixed coil spring trigger mechanism; selective firing order. Available in combo or over/under configurations. Introduced 1992. Imported from Italy by Perazzi U.S.A.
**Price:** From . . . . . . . . . . $7,450.00

**Perazzi MX20 Hunting Over/Under**

Similar to the MX12 except 20-ga. frame size. Available in 20, 28, 410 with 2¾" or 3" chambers. 26" standard, and choked Mod. & Full. Weight is 6 lbs., 6 oz.
**Price:** From . . . . . . . . . . $7,550.00
**Price:** MX20C (as above, 20-ga. only, choke tubes), from . . . . . $8,050.00

**PIOTTI BOSS OVER/UNDER SHOTGUN**

**Gauge:** 12, 20.
**Barrel:** 25" to 32", chokes as specified.
**Weight:** 6.5 to 8 lbs.
**Stock:** Dimensions to customer specs. Best quality figured walnut.
**Features:** Essentially a custom-made gun with many options. Introduced 1993. Imported from Italy by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . $31,200.00

Remington Peerless

**REMINGTON PEERLESS OVER/UNDER SHOTGUN**

**Gauge:** 12, 3" chambers.
**Barrel:** 26", 28", 30" (Imp. Cyl., Mod., Full Rem Chokes).
**Weight:** 7¼ lbs. (26" barrels). **Length:** 43" overall (26" barrels).
**Stock:** 14$\frac{3}{16}$"x1½"x2¼". American walnut with Imron gloss finish, cut-checkered grip and forend. Black, ventilated recoil pad.
**Features:** Boxlock action with removable sideplates. Gold-plated, single selective trigger, automatic safety, automatic ejectors. Fast lock time. Mid-rib bead, Bradley-type front. Polished blue finish with light scrollwork on sideplates, Remington logo on bottom of receiver. Introduced 1993.
**Price:** . . . . . . . . . . $1,172.00

Ruger English Field

**RUGER RED LABEL O/U SHOTGUN**

**Gauge:** 12 and 20, 3" chambers.
**Barrel:** 26", 28" (Skeet, Imp. Cyl., Full, Extra-Full, Mod. screw-in choke tubes). Proved for steel shot.
**Weight:** About 7 lbs. (20-ga.); 7½ lbs. (12-ga.). **Length:** 43" overall (26" barrels).
**Stock:** 14"x1½"x2½". Straight grain American walnut. Checkered pistol grip and forend, rubber butt pad.
**Features:** Choice of blue or stainless receiver. Single selective mechanical trigger, selective automatic ejectors; serrated free-floating vent. rib. Comes with two Skeet, one Imp. Cyl., one Mod., one Full choke tube and wrench; Extra-Full tube available at extra cost. Made in U.S. by Sturm, Ruger & Co.
**Price:** Red Label with pistol grip stock . . . . . $1,157.50
**Price:** English Field with straight-grip stock . . . . . $1,157.50

**Ruger 20-Gauge Sporting Clays O/U Shotgun**

Similar to the 12-gauge Sporting Clays except chambered for 3" 20-gauge shells; 30" barrels back-bored to .631"-.635". No barrel side spacers. Comes with four special longer, 2", interchangeable, screw-in choke tubes: two Skeet, one Mod., one Imp. Cyl.; Full and Extra-Full tubes available. Introduced 1994.
**Price:** . . . . . . . . . . $1,285.00

Ruger Sporting Clays

**Ruger Sporting Clays O/U Shotgun**

Similar to the Red Label except 12-gauge only, 30" barrels back-bored to .744" diameter with stainless steel choke tubes. Weight is 7.75 lbs., overall length 47". Stock dimensions of 14⅛"x1½"x2½". Free-floating serrated vent. rib with brass front and mid-rib beads. No barrel side spacers. Comes with two Skeet, one Imp. Cyl., one Mod. choke tubes. Full and Extra-Full available at extra cost. Introduced 1992.
**Price:** . . . . . . . . . . $1,285.00

San Marco 12-Gauge

**SAN MARCO 10-GAUGE O/U SHOTGUN**
**Gauge:** 10, 3½" chambers.
**Barrel:** 28" (Mod. & Mod.), 32" (Mod. & Full). Chrome lined.
**Weight:** 9 to 9½ lbs.
**Stock:** 15"x1⅜"x2⅛". Walnut.
**Features:** Solid ⅜" barrel rib. Long forcing cones. Double triggers, extractors; Deluxe grade has automatic ejectors. Engraved receiver with game scenes, matte finish. Waterproof finish on wood. Introduced 1990. Imported from Italy by Cape Outfitters.
**Price:** Standard grade . . . . . . . . **$795.00**
**Price:** Deluxe grade . . . . . . . . **$895.00**

**SKB Model 685 Over/Under Shotgun**
Similar to the Model 585 Deluxe except has gold-plated trigger, semi-fancy American walnut stock, jeweled barrel block and fine engraving in silvered receiver, top lever, and trigger guard. Gold inlay on receiver, better walnut, ventilated side ribs. All 12-gauge barrels are back-bored, have lengthened forcing cones and longer choke tube system. Sporting Clays models in 12-gauge with 28" or 30" barrels available with optional ⅜" step-up target-style rib, with matte finish, nickel center bead, white front bead.
**Price:** Field . . . . . . . . **$1,649.00**
**Price:** Two-barrel Field Set (12 & 20, 20 & 28 or 28 & 410) . . . . **$2,395.00**
**Price:** Trap, Skeet . . . . . . . . **$1,695.00**
**Price:** Two-barrel trap combo . . . . . . . . **$2,349.00**
**Price:** Sporting Clays . . . . . . . . **$2,495.00**
**Price:** Sporting Clays two-barrel set . . . . . . . . **$2,495.00**
**Price:** Skeet Set (20, 28, 410) . . . . . . . . **$3,449.00**

**SKB Model 885 Over/Under Field, Trap, Skeet, Sporting Clays**
Similar to the Model 685 except has engraved sideplates, top lever and trigger guard, select American walnut stock. All 12-gauge barrels are back-bored, have lengthened forcing cones and longer choke tube system. Sporting Clays models in 12-gauge with 28", 30" barrels available with optional ⅜" step-up target-style rib, matte finish, nickel center bead, white front bead.
**Price:** Field, 12, 20 . . . . . . . . **$2,049.00**
**Price:** Field, 28, 410 . . . . . . . . **$2,095.00**
**Price:** Skeet Set (20, 28, 410) . . . . . . . . **$3,895.00**
**Price:** Trap . . . . . . . . **$2,095.00**
**Price:** Trap Combo . . . . . . . . **$2,995.00**
**Price:** Field Set, 12, 20 . . . . . . . . **$3,049.00**
**Price:** Field Set, 20 & 28, 28 & 410 . . . . . . . . **$3,095.00**
**Price:** Sporting Clays . . . . . . . . **$2,149.00**

**SAN MARCO 12-GA. WILDFOWLER SHOTGUN**
**Gauge:** 12, 3½" chambers.
**Barrel:** 28" (Mod. & Mod., Full & Mod.), vented top and middle ribs.
**Weight:** 7 lbs., 12 oz.
**Stock:** 15"x1½"x2¼". Walnut, with checkered grip and forend.
**Features:** Chrome-lined bores with long forcing cones; single non-selective trigger; extractors on Standard, automatic ejectors on Deluxe; silvered, engraved action. Waterproof wood finish. Introduced 1990. Imported from Italy by Cape Outfitters.
**Price:** Standard . . . . . . . . **$595.00**
**Price:** Deluxe . . . . . . . . **$695.00**

**San Marco Field Special O/U Shotgun**
Similar to the 12-ga. Wildfowler except in 12-, 20- and 28-gauge with 3" chambers, 26" (Imp. Cyl. & Mod.) or 28" (Full & Mod.) barrels. Stock dimensions of 14¼"x1½"x1½". Weight of 5½ to 6 lbs. Engraved, silvered receiver, vented top and middle ribs, single trigger. Introduced 1990. Imported from Italy by Cape Outfitters.
**Price:** . . . . . . . . **$695.00**

**SKB MODEL 585 OVER/UNDER SHOTGUN**
**Gauge:** 12, or 3"; 20, 3"; 28, 2¾"; 410, 3".
**Barrel:** 12-ga.—26", 28", 30", 32", 34" (Inter-Choke tube); 20-ga.—26", 28" (Inter-Choke tube); 28—26", 28" (Inter-Choke tube); 410—26", 28" (Imp. Cyl. & Mod., Mod. & Full). Ventilated side ribs.
**Weight:** 6.6 to 8.5 lbs. **Length:** 43" to 51⅜" overall.
**Stock:** 14⅛"x1½"x2$\frac{3}{16}$". Hand checkered walnut with high-gloss finish. Target stocks available in standard and Monte Carlo.
**Sights:** Metal bead front (field), target style on Skeet, trap, Sporting Clays.
**Features:** Boxlock action; silver nitride finish with Field or Target pattern engraving; manual safety, automatic ejectors, single selective trigger. All 12-gauge barrels are back-bored, have lengthened forcing cones and longer choke tube system. Sporting Clays models in 12-gauge with 28" or 30" barrels available with optional ⅜" step-up target-style rib, matte finish, nickel center bead, white front bead. Introduced 1992. Imported from Japan by G.U., Inc.
**Price:** Field . . . . . . . . **$1,149.00**
**Price:** Two-barrel Field Set, 12 & 20 . . . . . . . . **$1,849.00**
**Price:** Two-barrel Field Set, 20 & 28 or 28 & 410) . . . . . . . . **$1,895.00**
**Price:** Trap, Skeet . . . . . . . . **$1,195.00**
**Price:** Two-barrel trap combo . . . . . . . . **$1,849.00**
**Price:** Sporting Clays model . . . . . . . . **$1,249.00-$1,295.00**
**Price:** Skeet Set (20, 28, 410) . . . . . . . . **$2,849.00**

**SKB Model 585 Youth Model Shotgun**
Similar to the Field Model 585 except has 13½" length of pull. Available in 12-gauge with 26" or 28", or 20-gauge with 26" barrels. The 12-gauge has .755" bores, lengthened forcing cones and competition series choke tubes. Introduced 1994. Imported from Japan by G.U., Inc.
**Price:** . . . . . . . . **$1,149.00**

Tikka 512S Sporting Clays

Consult our Directory pages for the location of firms mentioned.

**STOEGER/IGA CONDOR I OVER/UNDER SHOTGUN**
**Gauge:** 12, 20, 3" chambers.
**Barrel:** 26" (Full & Full, Imp. Cyl. & Mod.), 28" (Mod. & Full), or with choke tubes.
**Weight:** 6¾ to 7 lbs.
**Stock:** 14½"x1½"x2½". Oil-finished hardwood with checkered pistol grip and forend.
**Features:** Manual safety, single trigger, extractors only, ventilated top rib. Introduced 1983. Imported from Brazil by Stoeger Industries.
**Price:** . . . . . . . . **$558.00**
**Price:** With choke tubes . . . . . . . . **$600.00**
**Price:** Condor II (sames as Condor I except has double triggers, moulded buttplate) . . . . . . . . **$458.00**
**Price:** Condor Supreme (same as Condor I with single trigger, choke tubes, but with auto. ejectors), 12- or 20-ga., 26", 28" . . . . . . . . **$689.00**

**TIKKA MODEL 512S FIELD GRADE OVER/UNDER**
**Gauge:** 12, 20, 3" chambers.
**Barrel:** 26", 28", with stainless steel screw-in chokes (Imp. Cyl, Mod., Imp. Mod., Full); 20-ga., 28" only.
**Weight:** About 7¼ lbs.
**Stock:** American walnut. Standard dimensions—13$\frac{9}{10}$"x1½"x2⅖". Checkered p.g. and forend.
**Features:** Free interchangeability of barrels, stocks and forends into double rifle model, combination gun, etc. Barrel selector in trigger; auto. top tang safety; barrel cocking indicators. Introduced 1980. Imported from Italy by Stoeger.
**Price:** Model 512S (ejectors), Standard Grade . . . . . . . . **$1,225.00**
**Price:** Model 512S Premier Grade . . . . . . . . **$1,275.00**
**Price:** Model 512S Sporting Clays, 12-ga., 28", choke tubes . . . **$1,315.00**

## SHOTGUNS—OVER/UNDERS

Weatherby Athena Grade V

**Weatherby Athena Grade V Classic Field O/U**

Similar to the Athena Grade IV except has rounded pistol grip, slender forend, oil-finished Claro walnut stock with fine-line checkering, Old English recoil pad. Sideplate receiver has rose and scroll engraving. Available in 12-gauge, 26", 28", 30", 20-gauge, 26", 28", all with 3" chambers. Introduced 1993.

**Price:** . . . . . $2,575.00

**WEATHERBY ORION O/U SHOTGUNS**

**Gauge:** 12, 20, 3" chambers.

**Barrel:** 12-gauge—26", 28", 30"; 20-gauge— 26", 30"; IMC Multi-Choke tubes.

**Weight:** 6½ to 9 lbs.

**Stock:** American walnut, checkered grip and forend. Rubber recoil pad. Dimensions for Field and Skeet models, 14¼"x1½"x2½".

**Features:** Selective automatic ejectors, single selective mechanical trigger. Top tang safety, Greener cross bolt. Orion I has plain blued receiver, no engraving; Orion III has silver-gray receiver with engraving. Imported from Japan by Weatherby.

**Price:** Orion I, Field, 12, IMC, 26", 28", 30" . . . . . $1,165.00
**Price:** Orion I, Field, 20, IMC, 26", 28" . . . . . $1,165.00
**Price:** Orion III, Field, 12, IMC, 26", 28", 30" . . . . . $1,470.00
**Price:** Orion III, Field, 20, IMC, 26", 28" . . . . . $1,470.00

**WEATHERBY ATHENA GRADE IV O/U SHOTGUNS**

**Gauge:** 12, 20, 3" chambers.

**Action:** Boxlock (simulated sidelock) top lever break-open. Selective auto ejectors, single selective trigger (selector inside trigger guard).

**Barrel:** 26", 28", IMC Multi-Choke tubes.

**Weight:** 12-ga., 7⅜ lbs.; 20-ga. 6⅞ lbs.

**Stock:** American walnut, checkered p.g. and forend (14¼"x1½"x2½").

**Features:** Mechanically operated trigger. Top tang safety, Greener cross bolt, fully engraved receiver, recoil pad installed. IMC models furnished with three interchangeable flush-fitting choke tubes. Imported from Japan by Weatherby. Introduced 1982.

**Price:** 12-ga., IMC, 26", 28" . . . . . $2,200.00
**Price:** 20-ga., IMC, 26", 28" . . . . . $2,200.00

**Weatherby Orion II, III Classic Field O/Us**

Similar to the Orion II, Orion III except with rounded pistol grip, slender forend, oil-finished Claro walnut stock with fine-line checkering, Old English recoil pad. Sideplate receiver has rose and scroll engraving. Available in 12-gauge, 26", 28", 30" (IMC tubes), 20-gauge, 26", 28" (IMC tubes), 28-gauge, 26" (IMC tubes), 3" chambers. Introduced 1993.

**Price:** Orion II Classic Field . . . . . $1,235.00
**Price:** Orion III Classic Field (12 and 20 only) . . . . . $1,470.00

**Weatherby Orion II Sporting Clays O/U**

Similar to the Orion II Field except in 12-gauge only with 2¾" chambers, 28", 30" barrels with Imp. Cyl., Mod., Full chokes. Stock dimensions are 14¼"x1½"x2¼"; weight 7.5 to 8 lbs. Matte finish, competition center vent. rib, mid-barrel and enlarged front beads. Rounded recoil pad. Receiver finished in silver nitride with acid-etched, gold-plate clay pigeon monogram. Barrels have lengthened forcing cones. Introduced 1992.

**Price:** . . . . . $1,335.00

Weatherby Orion II Classic Sporting

**Weatherby Orion II Classic Sporting Clays O/U**

Similar to the Orion II Sporting Clays except has rounded pistol grip, slender forend, oil-finished wood. Silver-gray nitride receiver has scroll engraving with clay pigeon monogram in gold-plate overlay. Stepped Broadway-style competition vent rib, vent side rib. Available in 12-gauge, 28", 30" with choke tubes. Introduced 1993.

**Price:** . . . . . $1,335.00

Winchester Model 1001 Field

**WINCHESTER MODEL 1001 O/U SHOTGUN**

**Gauge:** 12, 3" chambers.

**Barrel:** 28" (Imp. Cyl., Mod., Imp. Mod., Skeet WinPlus choke tubes).

**Weight:** 7 lbs. **Length:** 45" overall.

**Stock:** 14¼"x1½"x2". Select walnut with checkered grip and forend.

**Features:** Single selective inertia trigger, automatic ejectors; wide vent rib; back-bored barrels; matte-finished receiver top; receiver is blued and has scroll engraving. Introduced 1993. From U.S. Repeating Arms Co.

**Price:** . . . . . $1,099.00

Winchester Model 1001 Sporting Clays

**Winchester Model 1001 Sporting Clays O/U**

Similar to the Field 1001 except has silver nitrate-finished receiver with special engraving incorporating a flying target, fuller pistol grip and radiused recoil pad. Ventilated rib is 10mm wide with mid-rib bead, white front bead. Available with 28" or 30" barrels with four WinPlus choke tubes. Stock dimensions are 14⅜"x1⅜"x2⅛"; weight 7¾ lbs. Introduced 1993.

**Price:** . . . . . $1,253.00

**PIETRO ZANOLETTI MODEL 2000 FIELD O/U**

**Gauge:** 12 only.

**Barrel:** 28" (Mod. & Full).

**Weight:** 7 lbs.

**Stock:** European walnut, checkered grip and forend.

**Sights:** Gold bead front.

**Features:** Boxlock action with auto ejectors, double triggers; engraved receiver. Introduced 1984. Imported from Italy by Mandall Shooting Supplies.

**Price:** . . . . . $895.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# SHOTGUNS—SIDE BY SIDES

Variety of models for utility and sporting use, including some competitive shooting.

American Arms Brittany

**AMERICAN ARMS BRITTANY SHOTGUN**
**Gauge:** 12, 20, 3" chambers.
**Barrel:** 12-ga.—27"; 20-ga.—25" (Imp. Cyl., Mod., Full choke tubes).
**Weight:** 6 lbs., 7 oz. (20-ga.).
**Stock:** $14\frac{1}{8}$"x$1\frac{3}{8}$"x$2\frac{3}{8}$". Hand-checkered walnut with oil finish, straight English-style with semi-beavertail forend.
**Features:** Boxlock action with case-color finish, engraving; single selective trigger, automatic selective ejectors; rubber recoil pad. Introduced 1989. Imported from Spain by American Arms, Inc.
**Price:** . . . . . . . . . . $809.00

American Arms Gentry

**American Arms Derby Side-by-Side**
Has sidelock action with English-style engraving on the sideplates. Straight-grip, hand-checkered walnut stock with splinter forend, hand-rubbed oil finish. Single non-selective trigger, automatic selective ejectors. Same chokes, rib, barrel lengths as the Gentry. Has 5-year warranty. From American Arms, Inc.
**Price:** 12- or 20-ga. . . . . . . . . . . $1,039.00

**American Arms TS/SS 12 Side-by-Side**
Similar to the WS/SS 10 except in 12-ga. with $3\frac{1}{2}$" chambers, 26" barrels with Imp. Cyl., Mod., Full choke tubes, single selective trigger, extractors. Comes with camouflage sling, swivels, 5-year warranty. From American Arms, Inc.
**Price:** . . . . . . . . . . $669.00

Consult our Directory pages for the location of firms mentioned.

**AMERICAN ARMS GENTRY DOUBLE SHOTGUN**
**Gauge:** 12, 20, 28, 410, 3" chambers except 16, 28, $2\frac{3}{4}$".
**Barrel:** 26" (Imp. Cyl. & Mod., all gauges), 28" (Mod., & Full, 12 and 20 gauges).
**Weight:** $6\frac{1}{4}$ to $6\frac{3}{4}$ lbs.
**Stock:** $14\frac{1}{8}$"x$1\frac{3}{8}$"x$2\frac{3}{8}$". Hand-checkered walnut with semi-gloss finish.
**Sights:** Metal bead front.
**Features:** Boxlock action with English-style scroll engraving, color case-hardened finish. Double triggers, extractors. Independent floating firing pins. Manual safety. Five-year warranty. Introduced 1987. Imported from Spain by American Arms, Inc.
**Price:** 12 or 20 . . . . . . . . . . $659.00
**Price:** 28 or 410 . . . . . . . . . . $689.00

**AMERICAN ARMS TS/SS 10**
**Gauge:** 10, $3\frac{1}{2}$" chambers.
**Barrel:** 26", choke tubes.
**Weight:** 10 lbs., 13 oz.
**Stock:** $14\frac{5}{16}$"x$1\frac{3}{8}$"x$2\frac{3}{8}$". Hand-checkered walnut with beavertail forend, full pistol grip, dull finish, rubber recoil pad.
**Features:** Boxlock action with double triggers and extractors. All metal has Parkerized finish. Comes with camouflaged sling, sling swivels, 5-year warranty. Introduced 1987. Imported from Spain by American Arms, Inc.
**Price:** . . . . . . . . . . $669.00

American Arms Grulla

**ARMSPORT 1050 SERIES DOUBLE SHOTGUNS**
**Gauge:** 12, 20, 410, 28, 3" chambers.
**Barrel:** 12-ga.—28" (Mod. & Full); 20-ga.—26" (Imp. & Mod.); 410—26" (Full & Full); 28-ga.—26" (Mod. & Full).
**Weight:** About $6\frac{3}{4}$ lbs.
**Stock:** European walnut.
**Features:** Chrome-lined barrels. Boxlock action with engraving. Imported from Italy by Armsport.
**Price:** 12, 20 . . . . . . . . . . $785.00
**Price:** 28, 410 . . . . . . . . . . $860.00

**AMERICAN ARMS GRULLA #2 DOUBLE SHOTGUN**
**Gauge:** 12, 20, 28, 410.
**Barrel:** 12-ga.—28" (Mod. & Full); 26" (Imp. Cyl. & Mod.), all gauges.
**Weight:** 5 lbs., 13 oz. to 6 lbs., 4 oz.
**Stock:** Select walnut with straight English grip, splinter forend; hand-rubbed oil finish; checkered grip, forend, butt.
**Features:** True sidelock action with double triggers, detachable locks, automatic selective ejectors, cocking indicators, gas escape valves. Color case-hardened receiver with scroll engraving. English-style concave rib. Introduced 1989. Imported from Spain by American Arms, Inc.
**Price:** 12, 20, 28, 410 . . . . . . . . . . $3,099.00
**Price:** Two-barrel sets . . . . . . . . . . $4,219.00

Arizaga Model 31

**ARIZAGA MODEL 31 DOUBLE SHOTGUN**
**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** 26", 28" (standard chokes).
**Weight:** 6 lbs., 9 oz. **Length:** 45" overall.
**Stock:** Straight English style or pistol grip.
**Features:** Boxlock action with double triggers; blued, engraved receiver. Imported by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . $550.00

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# SHOTGUNS—SIDE BY SIDES

**ARRIETA SIDELOCK DOUBLE SHOTGUNS**

**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** Length and chokes to customer specs.
**Weight:** To customer specs.
**Stock:** $14\frac{1}{2}$"x$1\frac{1}{2}$"x$2\frac{1}{2}$ (standard dimensions), or to customer specs. Straight English with checkered butt (standard), or pistol grip. Select European walnut with oil finish.
**Features:** Essentially a custom gun with myriad options. Holland & Holland-pattern hand-detachable sidelocks, selective automatic ejectors, double triggers (hinged front) standard. Some have self-opening action. Finish and engraving to customer specs. Imported from Spain by Wingshooting Adventures.
**Price:** Model 557, auto ejectors, from . . . . . . . . $2,750.00
**Price:** Model 570, auto ejectors, from . . . . . . . . $3,380.00
**Price:** Model 578, auto ejectors, from . . . . . . . . $3,740.00
**Price:** Model 600 Imperial, self-opening, from . . . . . . $4,990.00
**Price:** Model 601 Imperial Tiro, self-opening, from . . . . $5,750.00
**Price:** Model 801, from . . . . . . . . $7,950.00
**Price:** Model 802, from . . . . . . . . $7,950.00
**Price:** Model 803, from . . . . . . . . $5,850.00
**Price:** Model 871, auto ejectors, from . . . . . . . . $4,290.00
**Price:** Model 872, self-opening, from . . . . . . . . $9,790.00
**Price:** Model 873, self-opening, from . . . . . . . . $6,850.00
**Price:** Model 874, self-opening, from . . . . . . . . $7,950.00
**Price:** Model 875, self-opening, from . . . . . . . . $12,950.00

AYA XXV

**AYA BOXLOCK SHOTGUNS**

**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** 26", 27", 28", depending upon gauge.
**Weight:** 5 to 7 lbs.
**Stock:** European walnut.
**Features:** Anson & Deeley system with double locking lugs; chopper lump barrels; bushed firing pins; automatic safety and ejectors; articulated front trigger. Imported by Armes de Chasse.
**Price:** Model 931, self-opening, from . . . . . . . . $14,500.00
**Price:** Model XXV, 12 or 20 . . . . . . . . $3,000.00
**Price:** Model 4 Deluxe, 12, 16, 20, 28, 410 . . . . . . $3,000.00
**Price:** Model 4, 12, 16, 20, 28, 410 . . . . . . . . $1,700.00

AYA Model 2

**AYA SIDELOCK DOUBLE SHOTGUNS**

**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** 26", 27", 28", 29", depending upon gauge.
**Weight:** NA.
**Stock:** Figured European walnut; cut checkering; oil finish.
**Features:** Sidelock actions with double triggers (articulated front), automatic safety, automatic ejectors, cocking indicators, bushed firing pins, replaceable hinge pins, chopper lump barrels. Many options available. Imported by Armes de Chasse.
**Price:** Model 1, 12 or 20, exhibition-quality wood . . . . . $6,000.00
**Price:** Model 2, 12, 16, 20, 28, 410 . . . . . . . . $3,500.00
**Price:** Model 53, 12, 16, 20 . . . . . . . . $5,000.00
**Price:** Model 56, 12 only . . . . . . . . $8,000.00
**Price:** Model XXV, 12 or 20, Churchill-type rib . . . . . . $4,000.00

**BAIKAL IJ-43 DOUBLE SHOTGUN**

**Gauge:** 12, $2\frac{3}{4}$" chambers.
**Barrel:** 20" (Cyl. & Cyl.), 28" (Mod. & Full).
**Weight:** About 6.75 lbs.
**Stock:** Checkered walnut.
**Features:** Double triggers; extractors; blued, engraved receiver. Introduced 1994. Imported from Russia by K.B.I., Inc.
**Price:** 28" . . . . . . . . $349.00
**Price:** 20" . . . . . . . . $369.00

Beretta 627 EL

**BERETTA SIDE-BY-SIDE FIELD SHOTGUNS**

**Gauge:** 12, 3" chambers.
**Barrel:** 26" and 28" (Mobilchoke tubes).
**Stock:** Close-grained American walnut.
**Features:** Front and center beads on a raised ventilated rib. Comes with case. Imported from Italy by Beretta U.S.A.
**Price:** 627 EL (gold inlays, sideplates) . . . . . . . . $3,270.00
**Price:** 627 EELL (engraved sideplates, pistol grip or straight English stock) . . . . . . . . $5,405.00

**BERETTA MODEL 452 SIDELOCK SHOTGUN**

**Gauge:** 12, $2\frac{3}{4}$" or 3" chambers.
**Barrel:** 26", 28", 30", choked to customer specs.
**Weight:** 6 lbs., 13 oz.
**Stock:** Dimensions to customer specs. Highly figured walnut; Model 452 EELL has walnut briar.
**Features:** Full sidelock action with English-type double bolting; automatic selective ejectors, manual safety; double triggers, single or single non-selective trigger on request. Essentially custom made to specifications. Model 452 is coin finished without engraving; 452 EELL is fully engraved. Imported from Italy by Beretta U.S.A.
**Price:** 452 . . . . . . . . $23,500.00
**Price:** 452 EELL . . . . . . . . $33,600.00

Bernardelli Hemingway

**BERNARDELLI HEMINGWAY LIGHTWEIGHT DOUBLES**

**Gauge:** 12, 20, $2\frac{3}{4}$" or 3", 16, $2\frac{3}{4}$" chambers.
**Barrel:** $23\frac{1}{2}$" to 28" (Cyl. & Imp. Cyl. to Mod. & Full).
**Weight:** $6\frac{1}{4}$ lbs.
**Stock:** Straight English grip of checkered European walnut.
**Features:** Silvered and engraved boxlock action. Folding front trigger on double-trigger models. Ejectors. Imported from Italy by Armsport.
**Price:** 12 or 20 . . . . . . . . $1,750.00
**Price:** With single trigger . . . . . . . . $1,800.00
**Price:** Deluxe, double trigger . . . . . . . . $1,900.00
**Price:** As above, single trigger . . . . . . . . $2,000.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## SHOTGUNS—SIDE BY SIDES

Bernardelli S. Uberto

**Bernardelli Series Roma Shotguns**

Similar to the Series S. Uberto models except with dummy sideplates to simulate sidelock action. In 12-, 16-, 20-, 28-gauge, 25½", 26¾", 28", 29" barrels. Straight English or pistol grip stock. Chrome-lined barrels, boxlock action, double triggers, ejectors, automatic safety. Checkered butt. Special choke combinations, barrel lengths available. Imported from Italy by Armsport.

**Price:** Roma 3, extractors, about . . . . . **$1,470.00**
**Price:** Roma 4, about . . . . . **$1,800.00**
**Price:** Roma 6, about . . . . . **$1,970.00**
**Price:** Roma 7M, ejectors, about . . . . . **$2,750.00**
**Price:** Roma 8M, ejectors, about . . . . . **$3,250.00**
**Price:** Roma 9M, ejectors, about . . . . . **$3,850.00**
**Price:** Las Palomas, 12, 20, about . . . . . **$3,350.00**

**BERNARDELLI SERIES S. UBERTO DOUBLES**

**Gauge:** 12, 20, 28, 2¾" or 3" chambers.
**Barrel:** 25⅝", 26¾", 28", 29½" (Mod. & Full).
**Weight:** 6 to 6½ lbs.
**Stock:** 14³⁄₁₆"x2⅜"x1⁹⁄₁₆" standard dimensions. Select walnut with hand checkering.
**Features:** Anson & Deeley boxlock action with Purdey locks, choice of extractors or ejectors. Custom options available. Imported from Italy by Armsport.
**Price:** With ejectors . . . . . **$1,555.00**
**Price:** With extractors . . . . . **$1,435.00**
**Price:** F.S. model, ejectors . . . . . **$1,750.00**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

**AUGUSTE FRANCOTTE BOXLOCK SHOTGUN**

**Gauge:** 12, 16, 20, 28 and 410-bore, 2¾" or 3" chambers.
**Barrel:** 26" to 29", chokes to customer specs.
**Weight:** NA. **Length:** NA.
**Stock:** Deluxe European walnut to customer specs. Straight or pistol grip; checkered butt; oil finish; splinter or beavertail forend.
**Sights:** Bead front.
**Features:** Anson & Deeley boxlock action with double locks, double triggers (front hinged), manual or automatic safety, Holland & Holland ejectors. English scroll engraving, coin finish or color case-hardening. Custom made to customer's specs. Many options available. Imported from Belgium by Armes de Chasse.
**Price:** From about . . . . . **$10,000.00** to **$20,000.00**

**AUGUSTE FRANCOTTE SIDELOCK SHOTGUN**

**Gauge:** 12, 16, 20, 28 and 410-bore, 2¾" or 3" chambers.
**Barrel:** 26" to 29", chokes to customer specs.
**Weight:** NA. **Length:** NA.
**Stock:** Deluxe European walnut to customer specs. Straight or pistol grip; checkered butt; oil finish; splinter or beavertail forend.
**Sights:** Bead front.
**Features:** True Holland & Holland sidelock action with double locks, double triggers (front hinged), manual or automatic safety, Holland & Holland ejectors. English scroll engraving, coin finish or color case-hardening. Many options available. Imported from Belgium by Armes de Chasse.
**Price:** From about . . . . . **$20,000.00** to **$25,000.00**

A.H. Fox DE Grade

**A.H. FOX SIDE-BY-SIDE SHOTGUNS**

**Gauge:** 20, 2¾" chambers.
**Barrel:** Length and chokes to customer specifications. Rust-blued Chromox or Krupp steel.
**Weight:** 5½ to 7 lbs.
**Stock:** Dimensions to customer specifications. Hand-checkered Turkish Circassian walnut with hand-rubbed oil finish. Straight semi- or full pistol grip; splinter, schnabel or beavertail forend; traditional pad, hard rubber buttplate or skeleton butt.
**Features:** Boxlock action with automatic ejectors; double or Fox single selective trigger. Scalloped, rebated and color case-hardened receiver; hand finished and hand-engraved. Grades differ in engraving, inlays, grade of wood, amount of hand finishing. Introduced 1993. Made in U.S. by Connecticut Shotgun Mfg.
**Price:** CE Grade . . . . . **$5,650.00**
**Price:** XE Grade . . . . . **$8,500.00**
**Price:** DE Grade . . . . . **$12,500.00**
**Price:** FE Grade . . . . . **$17,500.00**
**Price:** Exhibition Grade . . . . . **$25,000.000**

Garbi Model 100

**Garbi Model 101 Side-by-Side**

Similar to the Garbi Model 100 except is hand engraved with scroll engraving, select walnut stock. Better overall quality than the Model 100. Imported from Spain by Wm. Larkin Moore.

**Price:** From . . . . . **$5,750.00**

**Garbi Model 103A, B Side-by-Side**

Similar to the Garbi Model 100 except has Purdey-type fine scroll and rosette engraving. Better overall quality than the Model 101. Model 103B has nickel-chrome steel barrels, H&H-type easy opening mechanism; other mechanical details remain the same. Imported from Spain by Wm. Larkin Moore.

**Price:** Model 103A, from . . . . . **$7,100.00**
**Price:** Model 103B, from . . . . . **$9,900.00**

**GARBI MODEL 100 DOUBLE**

**Gauge:** 12, 16, 20, 28.
**Barrel:** 26", 28", choked to customer specs.
**Weight:** 5½ to 7½ lbs.
**Stock:** 14½"x2¼"x1½". European walnut. Straight grip, checkered butt, classic forend.
**Features:** Sidelock action, automatic ejectors, double triggers standard. Color case-hardened action, coin finish optional. Single trigger; beavertail forend, etc. optional. Five other models are available. Imported from Spain by Wm. Larkin Moore.
**Price:** From . . . . . **$4,500.00**

**Garbi Model 200 Side-by-Side**

Similar to the Garbi Model 100 except has heavy-duty locks, magnum proofed. Very fine Continental-style floral and scroll engraving, well figured walnut stock. Other mechanical features remain the same. Imported from Spain by Wm. Larkin Moore.

**Price:** . . . . . **$9,400.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# SHOTGUNS—SIDE BY SIDES

Hatfield Uplander

### HATFIELD UPLANDER SHOTGUN

**Gauge:** 20, 3" chambers.
**Barrel:** 26" (Imp. Cyl. & Mod.).
**Weight:** 5¾ lbs.
**Stock:** Straight English style, special select XXX fancy maple. Hand-rubbed oil finish. Splinter forend.
**Features:** Double locking under-lug boxlock action; color case-hardened frame; single non-selective trigger. Grades differ in engraving, finish, gold work. Introduced 1988. From Hatfield.
**Price:** Grade I . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,249.00**
**Price:** Grade II . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,995.00**

### CRUCELEGUI HERMANOS MODEL 150 DOUBLE

**Gauge:** 12, 16 or 20, 2¾" chambers.
**Action:** Greener triple cross bolt.
**Barrel:** 20", 26", 28", 30", 32" (Cyl. & Cyl., Full & Full, Mod. & Full, Mod. & Imp. Cyl., Imp. Cyl. & Full, Mod. & Mod.).
**Weight:** 5 to 7¼ lbs.
**Stock:** Hand-checkered walnut, beavertail forend.
**Features:** Double triggers; color case-hardened receiver; sling swivels; chrome-lined bores. Imported from Spain by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$450.00**

Merkel Model 147E

### Merkel Model 47S, 147S Side-by-Sides

Similar to the Model 122 except with Holland & Holland-style sidelock action with cocking indicators, ejectors. Silver-grayed receiver and sideplates have Arabesque engraving, engraved border and screws (Model 47S), or fine hunting scene engraving (Model 147S). Imported from Germany by GSI.
**Price:** Model 47S . . . . . . . . . . . . . . . . . . . . . . . . **$4,195.00**
**Price:** Model 147S . . . . . . . . . . . . . . . . . . . . . . . . **$5,195.00**
**Price:** Model 247S (English-style engraving, large scrolls) . . . . **$6,895.00**
**Price:** Model 347S (English-style engraving, medium scrolls) . . . **$7,895.00**
**Price:** Model 447S (English-style engraving, small scrolls) . . . . **$8,995.00**

### MERKEL MODEL 47LSC SPORTING CLAYS DOUBLE

**Gauge:** 12, 3" chambers.
**Barrel:** 28" with Briley choke tubes.
**Weight:** 7.2 lbs.
**Stock:** Fancy figured walnut with pistol grip, recoil pad. Beavertail forend.
**Features:** Anson & Deeley boxlock action with single selective trigger adjsutable for length of pull; H&H-type ejectors; white front sight with mid-rib bead; manual safety; cocking indicators; lengthened forcing cones; color case-hardened receiver with Arabesque engraving. Comes with fitted leather luggage case. Introduced 1993. Imported from Germany by GSI.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$2,995.00**

### MERKEL MODEL 8, 47E SIDE-BY-SIDE SHOTGUNS

**Gauge:** 12, 3" chambers, 16, 2¾" chambers, 20, 3" chambers.
**Barrel:** 12- , 16-ga.—28"; 20-ga.—26¾" (Imp. Cyl. & Mod., Mod. & Full).
**Weight:** About 6¾ lbs. (12-ga.).
**Stock:** Oil-finished walnut; straight English or pistol grip.
**Features:** Anson & Deeley-type boxlock action with single selective or double triggers, automatic safety, cocking indicators. Color case-hardened receiver with standard Arabesque engraving. Imported from Germany by GSI.
**Price:** Model 8 (extractors only) . . . . . . . . . . . . . . . . . . **$1,295.00**
**Price:** Model 47E (H&H ejectors) . . . . . . . . . . . . . . . . . . **$1,595.00**
**Price:** Model 147 (extractors, silver-grayed receiver with hunting scenes) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,795.00**
**Price:** Model 147E (as above with ejectors) . . . . . . . . . . . **$1,995.00**
**Price:** Model 122 (as above with false sideplates, fine engraving) . **$3,195.00**

### PARKER REPRODUCTIONS SIDE-BY-SIDE SHOTGUN

**Gauge:** 12, 16/20 combo, 20, 28, 2¾" and 3" chambers.
**Barrel:** 26" (Skeet 1 & 2, Imp. Cyl. & Mod.), 28" (Mod. & Full, 2¾" and 3", 12, 20, 28; Skeet 1 & 2, Imp. Cyl. & Mod., Mod. & Full 16-ga. only).
**Weight:** 6¾ lbs. (12-ga.)
**Stock:** Checkered (26 lpi) AAA fancy California English or Claro walnut, skeleton steel and checkered butt. Straight or pistol grip, splinter or beavertail forend.
**Features:** Exact reproduction of the original Parker—parts interchange. Double or single selective trigger, selective ejectors, hard-chromed bores, designed for steel shot. One, two or three (16-20, 20) barrel sets available. Hand-engraved snap caps included. Introduced 1984. Made by Winchester. Imported from Japan by Parker Division, Reagent Chemical.
**Price:** D Grade, one-barrel set . . . . . . . . . . . . . . . . . . **$3,370.00**
**Price:** Two-barrel set, same gauge . . . . . . . . . . . . . . . . . **$4,200.00**
**Price:** Two-barrel set, 16/20 . . . . . . . . . . . . . . . . . . . **$4,870.00**
**Price:** Three-barrel set, 16/20/20 . . . . . . . . . . . . . . . . . **$5,630.00**
**Price:** A-1 Special two-barrel set . . . . . . . . . . . . . . . . . **$11,200.00**
**Price:** A-1 Special three-barrel set . . . . . . . . . . . . . . . . **$13,200.00**

Piotti King No.1

### Piotti Lunik Side-by-Side

Similar to the Piotti King No. 1 except better overall quality. Has Renaissance-style large scroll engraving in relief, gold crown in top lever, gold name and gold crest in forend. Best quality Holland & Holland-pattern sidelock ejector double with chopper lump (demi-bloc) barrels. Other mechanical specifications remain the same. Imported from Italy by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . **$18,800.00**

### Piotti King Extra Side-by-Side

Similar to the Piotti King No. 1 except highest quality wood and metal work. Choice of either bulino game scene engraving or game scene engraving with gold inlays. Engraved and signed by a master engraver. Exhibition grade wood. Other mechanical specifications remain the same. Imported from Italy by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . **$21,200.00**

### PIOTTI KING NO. 1 SIDE-BY-SIDE

**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** 25" to 30" (12-ga.), 25" to 28" (16, 20, 28, 410). To customer specs. Chokes as specified.
**Weight:** 6½ lbs. to 8 lbs. (12-ga. to customer specs.).
**Stock:** Dimensions to customer specs. Finely figured walnut; straight grip with checkered butt with classic splinter forend and hand-rubbed oil finish standard. Pistol grip, beavertail forend, satin luster finish optional.
**Features:** Holland & Holland pattern sidelock action, automatic ejectors. Double trigger with front trigger hinged standard; non-selective single trigger optional. Coin finish standard; color case-hardened optional. Top rib; level, file-cut standard; concave, ventilated optional. Very fine, full coverage scroll engraving with small floral bouquets, gold crown in top lever, name in gold, and gold crest in forend. Imported from Italy by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . **$17,400.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Piotti Piuma

**PIOTTI PIUMA SIDE-BY-SIDE**
**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** 25" to 30" (12-ga.), 25" to 28" (16, 20, 28, 410).
**Weight:** 5½ to 6¼ lbs. (20-ga.).
**Stock:** Dimensions to customer specs. Straight grip stock with walnut checkered butt, classic splinter forend, hand-rubbed oil finish are standard; pistol grip, beavertail forend, satin luster finish optional.
**Features:** Anson & Deeley boxlock ejector double with chopper lump barrels. Level, file-cut rib, light scroll and rosette engraving, scalloped frame. Double triggers with hinged front standard, single non-selective optional. Coin finish standard, color case-hardened optional. Imported from Italy by Wm. Larkin Moore.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . **$10,000.00**

**RIZZINI BOXLOCK SIDE-BY-SIDE**
**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** 25" to 30" (12-, 16-, 20-ga.), 25" to 28" (28, 410).
**Weight:** 5½ to 6¼ lbs. (20-ga.).
**Stock:** Dimensions to customer specs. Straight grip stock with checkered butt, classic splinter forend, hand-rubbed oil finish are standard; pistol grip, beavertail forend; satin luster finish optional.
**Features:** Anson & Deeley boxlock ejector double with chopper lump barrels. Level, file-cut rib, scalloped frame. Double triggers with hinged front optional, single non-selective standard. Coin finish standard. Imported from Italy by Wm. Larkin Moore.
**Price:** 12-, 20-ga., from . . . . . . . . . . . . . . . . . . . . . . **$23,000.00**
**Price:** 28, 410 bore, from . . . . . . . . . . . . . . . . . . . . . **$25,000.00**

**RIZZINI SIDELOCK SIDE-BY-SIDE**
**Gauge:** 12, 16, 20, 28, 410.
**Barrel:** 25" to 30" (12-, 16-, 20-ga.), 25" to 28" (28, 410). To customer specs. Chokes as specified.
**Weight:** 6½ lbs. to 8 lbs. (12-ga. to customer specs).
**Stock:** Dimensions to customer specs. Finely figured walnut; straight grip with checkered butt with classic splinter forend and hand-rubbed oil finish standard. Pistol grip, beavertail forend, satin luster finish optional.
**Features:** Holland & Holland pattern sidelock action, auto ejectors. Double triggers with front trigger hinged optional; non-selective single trigger standard. Coin finish standard. Top rib level, file cut standard; concave optional. Imported from Italy by Wm. Larkin Moore.
**Price:** 12-, 20-ga., from . . . . . . . . . . . . . . . . . . . . . **$38,500.00**
**Price:** 28, 410 bore, from . . . . . . . . . . . . . . . . . . . . **$43,500.00**

Stoeger/IGA Uplander

**STOEGER/IGA UPLANDER SIDE-BY-SIDE SHOTGUN**
**Gauge:** 12, 20, 28, 2¾" chambers; 410, 3" chambers.
**Barrel:** 26" (Full & Full, 410 only, Imp. Cyl. & Mod.), 28" (Mod. & Full).
**Weight:** 6¾ to 7 lbs.
**Stock:** 14½"x1½"x2½". Oil-finished hardwood. Checkered pistol grip and forend.
**Features:** Automatic safety, extractors only, solid matted barrel rib. Double triggers only. Introduced 1983. Imported from Brazil by Stoeger Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$398.00**
**Price:** With choke tubes . . . . . . . . . . . . . . . . . . . . . **$442.00**
**Price:** Coach Gun, 12, 20, 410, 20" bbls. . . . . . . . . . . . . . . **$382.00**

Ugartechea10-Gauge

Consult our Directory pages for the location of firms mentioned.

**UGARTECHEA 10-GAUGE MAGNUM SHOTGUN**
**Gauge:** 10, 3½" chambers.
**Action:** Boxlock.
**Barrel:** 32" (Full).
**Weight:** 11 lbs.
**Stock:** 14½"x1½"x2⅝". European walnut, checkered at pistol grip and forend.
**Features:** Double triggers; color case-hardened action, rest blued. Front and center metal beads on matted rib; ventilated rubber recoil pad. Forend release has positive Purdey-type mechanism. Imported from Spain by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$699.50**

## SHOTGUNS—BOLT ACTIONS & SINGLE SHOTS

Variety of designs for utility and sporting purposes, as well as for competitive shooting.

**ARMSPORT SINGLE BARREL SHOTGUN**
**Gauge:** 20, 3" chamber.
**Barrel:** 26" (Mod.).
**Weight:** About 6½ lbs.
**Stock:** Hardwood with oil finish.
**Features:** Chrome-lined barrel, manual safety, cocking indicator. Opening lever behind trigger guard. Imported by Armsport.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**

**BAIKAL IJ-18M SHOTGUN**
**Gauge:** 12, 16, 2¾", 20, 410, 3" chamber.
**Barrel:** 12, 20-ga.—26" (Imp. Cyl.), 410 (Full); 12, 20-ga.—28" (Full, Mod.).
**Weight:** 5.5 to 6 lbs.
**Stock:** Stained hardwood.
**Features:** Internal hammer with cocking indicator; trigger block safety; engraved, blued receiver. Re-introduced 1994. Imported from Russia by K.B.I., Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$79.00**

## SHOTGUNS—BOLT ACTIONS & SINGLE SHOTS

Browning BT-99 Plus

### Browning BT-99 Plus Trap Gun

Similar to the Grade I BT-99 except comes with 32" or 34" barrel with .745" over bore, Invector Plus choke system with Full, Imp. Mod. and Mod. choke tubes; high post, ventilated, tapered, target rib adjustable from 3" to 12" above point of aim. Available with or without ported barrel. Select walnut stock has high-gloss finish, Monte Carlo comb, modified beavertail forend and is fully adjustable for length of pull, drop at comb and drop at Monte Carlo. Has Browning Recoil Reduction System. Introduced 1989.

**Price:** Grade I, with ported barrel . . . . . . . . **$1,855.00**
**Price:** Grade I, non-ported barrel . . . . . . . . **$1,835.00**
**Price:** Stainless, ported . . . . . . . . **$2,240.00**
**Price:** Pigeon Grade, ported . . . . . . . . **$2,065.00**
**Price:** Signature Painted, ported . . . . . . . . **$1,890.00**
**Price:** Golden Clays . . . . . . . . **$3,205.00**

### Browning BT-99 Plus Micro

Similar to the standard BT-99 Plus except scaled down for smaller shooters. Comes with 28", 30", 32" or 34" barrel with adjustable rib system and buttstock with adjustable length of pull range of $13\frac{1}{2}$" to 14". Also has Browning's recoil reducer system, ported barrels, Invector Plus choke system and back-bored barrel. Weight is about 8 lbs., 6 oz. Introduced 1991.

**Price:** With ported barrel . . . . . . . . **$1,855.00**
**Price:** With non-ported barrel . . . . . . . . **$1,835.00**
**Price:** Stainless, ported . . . . . . . . **$2,240.00**
**Price:** Pigeon Grade, ported . . . . . . . . **$2,065.00**
**Price:** Signature Painted . . . . . . . . **$1,890.00**
**Price:** Golden Clays . . . . . . . . **$3,205.00**

### BROWNING BT-99 COMPETITION TRAP SPECIAL

**Gauge:** 12, $2\frac{3}{4}$" chamber.
**Action:** Top lever break-open, hammerless.
**Barrel:** 32" or 34" with $\frac{11}{32}$" wide high post floating vent. rib. Comes with Invector Plus choke tubes; .745" overbore.
**Weight:** 8 lbs. (32" bbl.).
**Stock:** French walnut; hand-checkered, full pistol grip, full beavertail forend; recoil pad. Trap dimensions with M.C. $14\frac{3}{8}$"x$1\frac{3}{8}$"x$1\frac{3}{8}$"x2".
**Sights:** Ivory front and middle beads.
**Features:** Gold-plated trigger with $3\frac{1}{2}$-lb. pull, deluxe trap-style recoil pad, automatic ejector, no safety. Available with either Monte Carlo or standard stock. Imported from Japan by Browning.

**Price:** Grade I Invector, Plus Ported barrels . . . . . . . . **$1,288.00**
**Price:** Stainless, ported . . . . . . . . **$1,738.00**
**Price:** Pigeon Grade, ported . . . . . . . . **$1,505.00**
**Price:** Signature Painted . . . . . . . . **$1,323.00**
**Price:** Golden Clays . . . . . . . . **$2,800.00**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

Browning Recoilless Trap

### Browning Micro Recoilless Trap Shotgun

Same as the standard Recoilless Trap except has 27" barrel, weighs 8 lbs., 10 oz., and stock length of pull adjustable from 13" to $13\frac{3}{4}$", Overall length $47\frac{5}{8}$". Introduced 1993. Imported by Browning.

**Price:** . . . . . . . . **$1,850.00**
**Price:** Signature Painted . . . . . . . . **$1,900.00**

### BROWNING RECOILLESS TRAP SHOTGUN

**Gauge:** 12, $2\frac{3}{4}$" chamber.
**Barrel:** Back-bored 30" (Invector Plus tubes).
**Weight:** 9 lbs., 1 oz. **Length:** $51\frac{5}{8}$" overall.
**Stock:** 14"-$14\frac{3}{4}$"x$1\frac{3}{8}$"-$1\frac{3}{4}$"x$1\frac{1}{8}$"-$1\frac{3}{4}$". Select walnut with high gloss finish, cut checkering.
**Features:** Eliminates up to 72 percent of recoil. Mass of the inner mechansim (barrel, receiver and inner bolt) is driven forward when trigger is pulled, cancelling most recoil. Forend is used to cock action when the action is forward. Ventilated rib adjusts to move point of impact; drop at comb and length of pull adjustable. Introduced 1993. Imported by Browning.

**Price:** . . . . . . . . **$1,850.00**
**Price:** Signature Painted . . . . . . . . **$1,900.00**

H&R Topper 098

### DESERT INDUSTRIES BIG TWENTY SHOTGUN

**Gauge:** 20, $2\frac{3}{4}$" chamber.
**Barrel:** 19" (Cyl.).
**Weight:** $4\frac{3}{4}$ lbs. **Length:** $31\frac{3}{4}$" overall.
**Stock:** Fixed wire, with buttplate. Walnut forend and grip.
**Sights:** Bead front.
**Features:** Single shot action of all steel construction. Blue finish. Announced 1990. From Desert Industries, Inc.

**Price:** . . . . . . . . **$189.95**

### Harrington & Richardson Topper Deluxe Model 098

Similar to the standard Topper 098 except 12-gauge only with $3\frac{1}{2}$" chamber, 28" barrel with choke tube (comes with Mod. tube, others optional). Satin nickel frame, blued barrel, black-finished wood. Introduced 1992. From H&R 1871, Inc.

**Price:** . . . . . . . . **$124.95**

### HARRINGTON & RICHARDSON TOPPER MODEL 098

**Gauge:** 12, 20, 410, 3" chamber.
**Barrel:** 12 ga.—28" (Mod.); 20 ga.—26" (Mod.); 410 bore—26" (Full).
**Weight:** 5-6 lbs.
**Stock:** Black-finish hardwood with full pistol grip; semi-beavertail forend.
**Sights:** Gold bead front.
**Features:** Break-open action with side-lever release, automatic ejector. Satin nickel frame, blued barrel. Reintroduced 1992. From H&R 1871, Inc.

**Price:** . . . . . . . . **$109.95**
**Price:** Topper Junior 098 (as above except 22" barrel, 20-ga. (Mod.), 410-bore (Full), $12\frac{1}{2}$" length of pull) . . . . . . . . **$114.95**

### Harrington & Richardson Topper Classic Youth Shotgun

Similar to the Topper Junior 098 except available in 20-gauge (3", Mod.), 410-bore (Full) with 3" chamber; 28-gauge, $2\frac{3}{4}$" chamber (Mod.); all have 22" barrel. Stock is American black walnut with cut-checkered pistol grip and forend. Ventilated rubber recoil pad with white line spacers. Blued barrel, blued frame. Introduced 1992. From H&R 1871, Inc.

**Price:** . . . . . . . . **$139.95**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# SHOTGUNS—BOLT ACTIONS & SINGLE SHOTS

**Harrington & Richardson N.W.T.F Turkey Mag**
Similar to the Topper 098 except covered with Mossy Oak camouflage. Chambered for 12-gauge 3½" chamber, 24" barrel (comes with Turkey Full choke tube, others available); weighs 6 lbs., overall length 40". Comes with Mossy Oak sling, swivels, studs. Introduced 1992. From H&R 1871, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . **$169.95**
**Price:** N.W.T.F. Youth Turkey (3" 20-ga., 22", Full choke, recoil pad) **$154.95**

**HARRINGTON & RICHARDSON TAMER SHOTGUN**
**Gauge:** 410, 3" chamber.
**Barrel:** 19½" (Full).
**Weight:** 5-6 lbs. **Length:** 33" overall.
**Stock:** Thumbhole grip of high density black polymer.
**Features:** Uses H&R Topper action with matte electroless nickel finish. Stock holds four spare shotshells. Introduced 1994. From H&R 1871, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . **$149.95**

Krieghoff KS-5 Trap

**Krieghoff KS-5 Special**
Same as the KS-5 except the barrel has a fully adjustable rib and adjustable stock. Rib allows shooter to adjust point of impact from 50%/50% to nearly 90%/10%. Introduced 1990.
**Price:** . . . . . . . . . . . . . . . . . . . . **$4,480.00**

**KRIEGHOFF KS-5 TRAP GUN**
**Gauge:** 12, 2¾" chamber.
**Barrel:** 32", 34"; Full choke or choke tubes.
**Weight:** About 8½ lbs.
**Stock:** Choice of high Monte Carlo (1½"), low Monte Carlo (1⅜") or factory adjustable stock. European walnut.
**Features:** Ventilated tapered step rib. Adjustable trigger or optional release trigger. Satin gray electroless nickel receiver. Comes with fitted aluminum case. Introduced 1988. Imported from Germany by Krieghoff International, Inc.
**Price:** Fixed choke, cased . . . . . . . . . . . . **$3,575.00**
**Price:** With choke tubes . . . . . . . . . . . . **$3,975.00**

**KRIEGHOFF K-80 SINGLE BARREL TRAP GUN**
**Gauge:** 12, 2¾" chamber.
**Barrel:** 32" or 34" Unsingle; 34" Top Single. Fixed Full or choke tubes.
**Weight:** About 8¾ lbs.
**Stock:** Four stock dimensions or adjustable stock available. All hand-checkered European walnut.
**Features:** Satin nickel finish with K-80 logo. Selective mechanical trigger adjustable for finger position. Tapered step vent. rib. Adjustable point of impact on Unsingle.
**Price:** Standard grade full Unsingle . . . . . . . . . . **$7,595.00**
**Price:** Standard grade full Top Single combo (special order), from **$9,595.00**
**Price:** RT (removable trigger) option, add . . . . . . . **$1,000.00**

Ljutic Mono Gun

**Ljutic LTX Super Deluxe Mono Gun**
Super Deluxe version of the standard Mono Gun with high quality wood, extra-fancy checkering pattern in 24 lpi, double recessed choking. Available in two weights: 8¼ lbs. or 8¾ lbs. Extra light 33" barrel; medium-height rib. Introduced 1984. From Ljutic Industries.
**Price:** . . . . . . . . . . . . . . . . . . . . **$5,595.00**
**Price:** With three screw-in choke tubes . . . . . . . . **$5,995.00**

**LJUTIC MONO GUN SINGLE BARREL**
**Gauge:** 12 only.
**Barrel:** 34", choked to customer specs; hollow-milled rib, 35½" sight plane.
**Weight:** Approx. 9 lbs.
**Stock:** To customer specs. Oil finish, hand checkered.
**Features:** Totally custom made. Pull or release trigger; removable trigger guard contains trigger and hammer mechanism; Ljutic pushbutton opener on front of trigger guard. From Ljutic Industries.
**Price:** With standard, medium or Olympic rib, custom 32"-34" bbls. **$4,495.00**
**Price:** As above with screw-in choke barrel . . . . . . . **$4,695.00**

**LJUTIC RECOILLESS SPACE GUN SHOTGUN**
**Gauge:** 12 only, 2¾" chamber.
**Barrel:** 30" (Full). Screw-in or fixed-choke barrel.
**Weight:** 8½ lbs.
**Stock:** 14½" to 15" pull length; universal comb; medium or large p.g.
**Sights:** Vent. rib.
**Features:** Pull trigger standard, release trigger available; anti-recoil mechanism. Revolutionary design. Introduced 1981. From Ljutic Industries.
**Price:** From . . . . . . . . . . . . . . . . . . **$5,995.00**

Marlin Model 55

**MARLIN MODEL 55 GOOSE GUN BOLT ACTION**
**Gauge:** 12 only, 2¾" or 3" chamber.
**Action:** Bolt action, thumb safety, detachable two-shot clip. Red cocking indicator.
**Barrel:** 36" (Full).
**Weight:** 8 lbs. Length: 56¾" overall.
**Stock:** Walnut-finished hardwood, p.g., ventilated recoil pad. Swivel studs, MarShield® finish.
**Features:** Brass bead front sight, U-groove rear sight.
**Price:** . . . . . . . . . . . . . . . . . . . . **$284.40**

Marlin Model 512

**MARLIN MODEL 512 SLUGMASTER SHOTGUN**
**Gauge:** 12, 3" chamber; 2-shot detachable box magazine.
**Barrel:** 21", rifled (1:28" twist).
**Weight:** 8 lbs. **Length:** 44¾" overall.
**Stock:** Walnut-finished, press-checkered Maine birch with Mar-Shield® finish, ventilated recoil pad.
**Sights:** Ramp front with brass bead and removable Wide-Scan™ hood, adjustable folding semi-buckhorn rear. Drilled and tapped for scope mounting.
**Features:** Uses Model 55 action with thumb safety. Designed for shooting saboted slugs. Comes with special Weaver scope mount. Introduced 1994. Made in U.S. by Marlin Firearms Co.
**Price:** . . . . . . . . . . . . . . . . . . . . **$343.05**

# SHOTGUNS—BOLT ACTIONS & SINGLE SHOTS

New England Turkey

**NEW ENGLAND FIREARMS TURKEY AND GOOSE GUN**
**Gauge:** 10, 3½" chamber.
**Barrel:** 28" (Full).
**Weight:** 9.5 lbs. **Length:** 44" overall.
**Stock:** American hardwood with walnut, or matte camo finish; ventilated rubber recoil pad.
**Sights:** Bead front.
**Features:** Break-open action with side-lever release; ejector. Matte finish on metal. Introduced 1992. From New England Firearms.
**Price:** Walnut-finish wood . . . . . . . . . . . . . . . . . . . . . . . . **$149.95**
**Price:** Camo finish, sling and swivels . . . . . . . . . . . . . . . . . **$159.95**

**New England Firearms Turkey Special**
Similar to the Turkey and Goose gun except 12-gauge, 3" chamber, 24" (fixed Full Turkey choke). Full coverage Realtree camouflage. Weighs 5-6 lbs, overall length 40". Stock has modified pistol grip, recoil pad, swivel studs. Introduced 1994. From New England Firearms.
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$115.00**

H&R N.W.T.F. Turkey

**New England Firearms N.W.T.F. Shotgun**
Similar to the Turkey/Goose Gun except completely covered with Mossy Oak camouflage finish; 24" barrel with interchangeable choke tubes (comes with Turkey Full, others optional); comes with Mossy Oak sling. Drilled and tapped for long eye relief scope mount. Introduced 1992. From New England Firearms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$199.95**
**Price:** 20-ga., 24" (Mod.), Mossy Oak camo . . . . . . . . . . . . . **$149.95**

New England Slug

**NEW ENGLAND FIREARMS STANDARD PARDNER**
**Gauge:** 12, 20, 410, 3" chamber; 16, 28, 2¾" chamber.
**Barrel:** 12-ga.—28" (Full, Mod.); 16-ga.—28" (Full); 20-ga.—26" (Full, Mod.); 28-ga.—26" (Mod.); 410-bore—26" (Full).
**Weight:** 5-6 lbs. **Length:** 43" overall (28" barrel).
**Stock:** Walnut-finished hardwood with full pistol grip.
**Sights:** Bead front.
**Features:** Transfer bar ignition; break-open action with side-lever release. Introduced 1987. From New England Firearms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$99.95**
**Price:** Youth model (20- , 28-ga., 410, 22" barrel, recoil pad) . . . . **$104.95**

**NEW ENGLAND FIREARMS TRACKER SLUG GUN**
**Gauge:** 12, 20, 3" chamber.
**Barrel:** 24" (Cyl.).
**Weight:** 6 lbs. Length: 40" overall.
**Stock:** Walnut-finished hardwood with full pistol grip, recoil pad.
**Sights:** Blade front, fully adjustable rifle-type rear.
**Features:** Break-open action with side-lever release; blued barrel, color case-hardened frame. Introduced 1992. From New England Firearms.
**Price:** Tracker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$124.95**
**Price:** Tracker II (as above except fully rifled bore) . . . . . . . . . . **$129.95**

New England Survivor

**NEW ENGLAND FIREARMS SURVIVOR**
**Gauge:** 12, 20, 3" chamber.
**Barrel:** 22" (Mod.).
**Weight:** 6 lbs. Length: 36" overall.
**Stock:** Black polymer with thumbhole/pistol grip, sling swivels.
**Sights:** Bead front.
**Features:** Buttplate swings open to expose storage for extra ammunition. Blue or nickel finish. Introduced 1993. From New England Firearms.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$129.95**
**Price:** Nickel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$149.95**

Perazzi TM1

**PERAZZI TM1 SPECIAL SINGLE TRAP**
**Gauge:** 12, 2¾" chambers.
**Barrel:** 32" or 34" (Extra Full).
**Weight:** 8 lbs., 6 oz.
**Stock:** To customer specs; interchangeable.
**Features:** Tapered and stepped high rib; adjustable four-position trigger. Also available with choke tubes. Imported from Italy by Perazzi U.S.A., Inc.
**Price:** From . . . . . . . . . . . . . . . . . . . . . . . . . . . **$5,950.00**
**Price:** TMX Special Single (as above except special high rib), from **$6,150.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## SHOTGUNS—BOLT ACTIONS & SINGLE SHOTS

Remington 90-T

### REMINGTON 90-T SUPER SINGLE SHOTGUN

**Gauge:** 12, 2¾" chamber.
**Barrel:** 30", 32", 34", fixed choke or Rem Choke tubes; ported or non-ported. Medium-high tapered, ventilated rib; white Bradley-type front bead, stainless center bead.
**Weight:** About 8¾ lbs.
**Stock:** 14⅜"x1⅜" (or 1½" or 1¼")x1½". Choice of drops at comb, pull length available plus or minus 1". Figured American walnut with low-luster finish, checkered 18 lpi; black vented rubber recoil pad. Cavity in forend and buttstock for added weight.
**Features:** Barrel is over-bored with elongated forcing cones. Removable sideplates can be ordered with engraving; drop-out trigger assembly. Metal has non-glare matte finish. Available with extra barrels in different lengths, chokes, extra trigger assemblies and sideplates, porting, stocks. Introduced 1990. From Remington.
**Price:** Depending on options . . . . . . . . . . **$2,995.00**
**Price:** With high post adjustable rib . . . . . . . . . . **$3,595.00**

Snake Charmer II

### SNAKE CHARMER II SHOTGUN

**Gauge:** 410, 3" chamber.
**Barrel:** 18¼".
**Weight:** About 3½ lbs. **Length:** 28⅝" overall.
**Stock:** ABS grade impact resistant plastic.
**Features:** Thumbhole-type stock holds four extra rounds. Stainless steel barrel and frame. Reintroduced 1989. From Sporting Arms Mfg., Inc.
**Price:** . . . . . . . . . . **$149.00**
**Price:** New Generation Snake Charmer (as above except with black carbon steel bbl.) . . . . . . . . . . **$139.00**

### STOEGER/IGA REUNA SINGLE BARREL SHOTGUN

**Gauge:** 12, 2¾" chamber; 20, 410, 3" chamber.
**Barrel:** 12-ga.—26" (Imp. Cyl.), 28" (Full); 20-ga.—26" (Full); 410 bore—26" (Full).
**Weight:** 5¼ lbs.
**Stock:** 14"x1½"x2½". Brazilian hardwood.
**Sights:** Metal bead front.
**Features:** Exposed hammer with half-cock safety; extractor; blue finish. Introduced 1987. Imported from Brazil by Stoeger Industries.
**Price:** . . . . . . . . . . **$120.00**
**Price:** 12- , 20-ga., Full choke tube . . . . . . . . . . **$142.00**
**Price:** Youth model (20-ga., 410, 22" Full) . . . . . . . . . . **$132.00**

Tar-Hunt RSG-12

### TAR-HUNT RSG-12 RIFLED SLUG GUN

**Gauge:** 12, 20, 2¾" chamber.
**Barrel:** 21½"; fully rifled, with muzzle brake.
**Weight:** 7¾ lbs. **Length:** 41½" overall.
**Stock:** Matte black McMillan fiberglass with Pachmayr Decelerator pad.
**Sights:** None furnished; drilled and tapped for scope mounting; comes with Weaver-style bases and rings.
**Features:** Uses Fritz/McMillan bolt action with two locking lugs; two-position safety; single-stage, adjustable rifle trigger; muzzle brake. Many options available. Introduced 1991. Made in U.S. by Tar-Hunt Custom Rifles, Inc.
**Price:** 12-gauge, right- or left-hand action . . . . . . . . . . **$1,395.00**
**Price:** 20-gauge, right-hand only . . . . . . . . . . **$1,395.00**

### THOMPSON/CENTER CUSTOM SHOP TCR '87 HUNTER SHOTGUN

**Gauge:** 10, 12, 3½".
**Barrel:** 25" (Full).
**Weight:** 8 lbs.
**Stock:** Uncheckered walnut.
**Sights:** Bead front.
**Features:** Uses same receiver as TCR '87 rifle models, and stock has extra 7/16" drop at heel. Choke designed for steel shot. Available only through the T/C custom shop. Introduced 1989. From Thompson/Center.
**Price:** About . . . . . . . . . . **$540.00**

## SHOTGUNS— MILITARY & POLICE

Designs for utility, suitable for and adaptable to competitions and other sporting purposes.

American Arms/Franchi SPAS-12

### AMERICAN ARMS/FRANCHI SPAS-12 SHOTGUN

**Gauge:** 12, 2¾" chamber.
**Barrel:** 21½" (Cyl.), with muzzle protector.
**Weight:** 8¾ lbs. **Length:** 41" overall.
**Stock:** Black nylon with full pistol grip.
**Sights:** Blade front, aperture rear.
**Features:** Gas-operated semi-auto converts instantly to pump action; cross-bolt safety and secondary tactical lever safety; 7-shot tubular magazine; matte phosphate finish. Choke tubes available as accessories. Imported from Italy by American Arms, Inc.
**Price:** . . . . . . . . . . **$769.00**
**Price:** LAW-12 (as above except gas-operated action only) . . . . . **$719.00**

# SHOTGUNS—MILITARY & POLICE

Benelli M1 Super 90 Tactical

**Benelli M1 Super 90 Tactical Shotgun**

Similar to the M1 Super 90 except has 18.5" barrel with Imp. Cyl., Mod., Full choke tubes, rifle sights of Ghost Ring system (tritium night sights optional), 7-shot magazine. In 12-gauge (3" chamber) only, matte-finish receiver. Overall length 39.75". Introduced 1993. Imported from Italy by Heckler & Koch, Inc.

**Price:** With rifle sights, standard stock . . . . . . . . **$800.00**
**Price:** As above, pistol grip stock . . . . . . . . **$835.00**
**Price:** With Ghost Rifle sights, standard stock . . . . . . . . **$840.00**
**Price:** As above, pistol grip stock . . . . . . . . **$875.00**

Consult our Directory pages for the location of firms mentioned.

**BENELLI M3 SUPER 90 PUMP/AUTO SHOTGUN**

**Gauge:** 12, 3" chamber, 7-shot magazine.
**Barrel:** 19¾" (Cyl.).
**Weight:** 7 lbs., 8 oz. **Length:** 41" overall.
**Stock:** High-impact polymer with sling loop in side of butt; rubberized pistol grip on stock.
**Sights:** Post front, buckhorn rear adjustable for windage. Ghost ring system available.
**Features:** Combination pump/auto action. Alloy receiver with inertia recoil rotating locking lug bolt; matte finish; automatic shell release lever. Introduced 1989. Imported by Heckler & Koch, Inc.
**Price:** . . . . . . . . **$972.00**
**Price:** With Ghost Ring sight system . . . . . . . . **$1,008.00**
**Price:** With standard stock . . . . . . . . **$936.00**

**Benelli M1 Super 90**

Similar to the M3 Super 90 except is semi-automatic only, has overall length of 41" and weighs 7 lbs. Introduced 1986.

**Price:** Slug Gun with standard stock . . . . . . . . **$745.00**
**Price:** With pistol grip stock (Defense) . . . . . . . . **$780.00**
**Price:** With ghost ring sight system (standard stock) . . . . . . . . **$785.00**
**Price:** With ghost ring sight system, pistol grip stock (Defense) . . . **$820.00**

Beretta Model 1201FP3

**BERETTA MODEL 1201FP3 AUTO SHOTGUN**

**Gauge:** 12, 3" chamber.
**Barrel:** 20" (Cyl.).
**Weight:** 7.3 lbs. **Length:** NA
**Stock:** Special strengthened technopolymer, matte black finish.
**Stock:** Fixed rifle type.
**Features:** Has 6-shot magazine. Introduced 1988. Imported from Italy by Beretta U.S.A.
**Price:** . . . . . . . . **$660.00**
**Price:** Pistol grip model . . . . . . . . **$705.00**

**ITHACA MODEL 87 M&P DSPS SHOTGUNS**

**Gauge:** 12, 3" chamber, 5- or 8-shot magazine.
**Barrel:** 18½", 20" (Cyl.).
**Weight:** 7 lbs.
**Stock:** Walnut.
**Sights:** Bead front on 5-shot, rifle sights on 8-shot.
**Features:** Parkerized finish; bottom ejection; cross-bolt safety. Reintroduced 1988. From Ithaca Acquisition Corp.
**Price:** M&P, 5-shot . . . . . . . . **$428.75**
**Price:** DSPS, 8-shot . . . . . . . . **$428.75**
**Price:** DSPS, 5-shot, rifled . . . . . . . . **$462.75**
**Price:** DSPS, rifled, 20", 25" . . . . . . . . **$583.25**

**Ithaca Model 87 Hand Grip Shotgun**

Similar to the Model 87 M&P except has black polymer pistol grip and slide handle. In 12- or 20-gauge, 18½" barrel (Cyl.), 5-shot magazine. Reintroduced 1988.

**Price:** . . . . . . . . **$430.50**

Magtech MT 586P

**MAGTECH MT 586P PUMP SHOTGUN**

**Gauge:** 12, 3" chamber, 7-shot magazine (8-shot with 2¾" shells).
**Barrel:** 19" (Cyl.).
**Weight:** 7.3 lbs. **Length:** 39.5" overall.
**Stock:** Brazilian hardwood.
**Sights:** Bead front.
**Features:** Dual action slide bars, cross-bolt safety. Blue finish. Introduced 1991. Imported from Brazil by Magtech Recreational Products.
**Price:** About . . . . . . . . **$219.00**

Maverick Model 88

**MAVERICK MODEL 88 PUMP SECURITY SHOTGUN**

**Gauge:** 12, 3" chamber.
**Barrel:** 18½", 20" (Cyl.).
**Weight:** 6.8 lbs. (full stock); 5.8 lbs. (pistol grip model). **Length:** 40" overall (full stock).
**Stock:** Synthetic full stock or pistol grip only.
**Sights:** Brass bead front.
**Features:** Dual action slide bars; cross-bolt safety; optional heat shield. Accessories interchangeable with Mossberg Model 500. Cablelock included. Introduced 1993. From Maverick Arms, Inc.
**Price:** 6-shot, full stock . . . . . . . . **$217.00**
**Price:** 8-shot, full stock . . . . . . . . **$234.00**
**Price:** 8-shot, full stock with pistol grip kit . . . . . . . . **$249.00**
**Price:** 8-shot pistol grip model . . . . . . . . **$234.00**
**Price:** 8-shot, pistol grip, heat shield . . . . . . . . **$249.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# SHOTGUNS—MILITARY & POLICE

Maverick Model 88 Bullpup

**MAVERICK MODEL 88 BULLPUP SHOTGUN**
**Gauge:** 12, 3" chamber; 6- or 9-shot magazine.
**Barrel:** 18½" (Cyl.), 6-shot; 20" (Cyl.), 9-shot.
**Weight:** 9½ lbs. **Length:** 26½" overall.
**Stock:** Bullpup design of high-impact plastics.
**Sights:** Fixed, mounted in carrying handle.
**Features:** Uses the Model 88 pump shotgun action. Cross-bolt and grip safeties. Mossberg Cablelock included. Introduced 1991. From Maverick Arms.
**Price:** 6- or 9-shot . . . . . . . . . . . . . . . . . . . . . . . . . . . **$317.00**

Mossberg Model 500

**Mossberg Model 500, 590 Ghost-Ring Shotguns**
Similar to the Model 500 Security except has adjustable blade front, adjustable Ghost-Ring rear sight with protective "ears." Model 500 has 18.5" (Cyl.) barrel, 6-shot capacity; Model 590 has 20" (Cyl.) barrel, 9-shot capacity. Both have synthetic field stock. Mossberg Cablelock included. Introduced 1990. From Mossberg.
**Price:** Model 500, blue . . . . . . . . . . . . . . . . . . . . . . . . **$321.00**
**Price:** As above, Parkerized . . . . . . . . . . . . . . . . . . . . . . **$374.00**
**Price:** Model 590, blue . . . . . . . . . . . . . . . . . . . . . . . . **$376.00**
**Price:** As above, Parkerized . . . . . . . . . . . . . . . . . . . . . . **$426.00**

**MOSSBERG MODEL 500 PERSUADER/CRUISER SECURITY SHOTGUNS**
**Gauge:** 12, 20, 410, 3" chamber.
**Barrel:** 18½", 20" (Cyl.).
**Weight:** 7 lbs.
**Stock:** Walnut-finished hardwood or synthetic field.
**Sights:** Metal bead front.
**Features:** Available in 6- or 8-shot models. Top-mounted safety, double action slide bars, swivel studs, rubber recoil pad. Blue, Parkerized, Marinecote finishes. Pistol grip kit and Mossberg Cablelock included. From Mossberg.
**Price:** *12- or 20-ga., 18½", blue, wood or synthetic stock, 6-shot* . . **$272.00**
**Price:** As above, Parkerized finish, synthetic stock, 6-shot . . . . . . **$304.00**
**Price:** Cruiser, 12- or 20-ga., 18½", blue, pistol grip, heat shield . . . **$265.00**
**Price:** As above, 410-bore . . . . . . . . . . . . . . . . . . . . . . **$271.00**
**Price:** 12-ga., 8-shot, blue, wood or synthetic stock . . . . . . . . . . **$272.00**
**Price:** As above with rifle sights . . . . . . . . . . . . . . . . . . . **$296.00**

Mossberg HS410

**Mossberg Model 500, 590 Mariner Pump**
Similar to the Model 500 or 590 Security except all metal parts finished with Marinecote metal finish to resist rust and corrosion. Synthetic field stock; pistol *grip kit included. Mossberg Cablelock included.*
**Price:** 6-shot, 18½" barrel . . . . . . . . . . . . . . . . . . . . . . **$396.00**
**Price:** 9-shot, 20" barrel . . . . . . . . . . . . . . . . . . . . . . . **$406.00**

**Mossberg Model HS410 Shotgun**
Similar to the Model 500 Security pump except chambered for 410 with 3" chamber; has pistol grip forend, thick recoil pad, muzzle brake and has special spreader choke on the 18.5" barrel. Overall length is 37.5", weight is 6.25 lbs. Blue finish; synthetic field stock. Mossberg Cablelock and video included. Introduced 1990.
**Price:** HS 410 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$284.00**

Mossberg Model 590

**MOSSBERG MODEL 590 SHOTGUN**
**Gauge:** 12, 3" chamber.
**Barrel:** 20" (Cyl.).
**Weight:** 7¼ lbs.
**Stock:** Synthetic field or Speedfeed.
**Sights:** Metal bead front.
**Features:** Top-mounted safety, double slide action bars. Comes with heat shield, bayonet lug, swivel studs, rubber recoil pad. Blue, Parkerized or Marinecote finish. Mossberg Cablelock included. From Mossberg.
**Price:** Blue, synthetic stock . . . . . . . . . . . . . . . . . . . . . . **$322.00**
**Price:** Parkerized, synthetic stock . . . . . . . . . . . . . . . . . . . **$371.00**
**Price:** Blue, Speedfeed stock . . . . . . . . . . . . . . . . . . . . . . **$351.00**
**Price:** Parkerized, Speedfeed stock . . . . . . . . . . . . . . . . . . . **$403.00**

Remington 870P

**REMINGTON 870P POLICE SHOTGUN**
**Gauge:** 12, 3" chamber.
**Barrel:** 18", 20" (Police Cyl.), 20" (Imp. Cyl.).
**Weight:** About 7 lbs.
**Stock:** Lacquer-finished hardwood.
**Sights:** Metal bead front or rifle sights.
**Features:** Solid steel receiver, double action slide bars. Blued or Parkerized finish.
**Price:** 18" or 20", bead sight, about . . . . . . . . . . . . . . . . . . **$372.00**
**Price:** As above, Parkerized . . . . . . . . . . . . . . . . . . . . . . **$385.00**
**Price:** 20", rifle sights, about . . . . . . . . . . . . . . . . . . . . **$399.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LCOAL GUNSHOP.

## SHOTGUNS—MILITARY & POLICE

Tactical Response TR-870

### TACTICAL RESPONSE TR-870 SHOTGUN

**Gauge:** 12, 3" chamber, 7-shot magazine.
**Barrel:** 18" (Cyl.).
**Weight:** 9 lbs. **Length:** 38" overall.
**Stock:** Fiberglass-filled polypropolene with non-snag recoil absorbing butt pad. Nylon tactical forend houses flashlight.
**Sights:** Trak-Lock ghost ring sight system. Front sight has tritium insert.
**Features:** Highly modified Remington 870P with Parkerized finish. Comes with nylon three-way adjustable sling, high visibility non-binding follower, high performance magazine spring, Jumbo Head safety, and Side Saddle extended 6-shot shell carrier on left side of receiver. Introduced 1991. From Scattergun Technologies, Inc.
**Price:** Standard model . . . . . . . . . . **$695.00**
**Price:** FBI model, 5-shot . . . . . . . . . . **$665.00**
**Price:** Patrol model, 5-shot, no Side Saddle . . . . . . **$525.00**
**Price:** Border Patrol model, 7-shot, standard forend . . . . **$555.00**
**Price:** Military model, 7-shot, bayonet lug . . . . . . **$655.00**
**Price:** K-9 model, 7-shot (Rem. 11-87 action) . . . . . **$755.00**
**Price:** Urban Sniper, 7-shot, rifled bbl., Burris Scout scope, Rem. 11-87 action . . . . . . . . . . **$1,095.00**

Winchester Model 1300 Defender

### Winchester Model 1300 Stainless Marine Pump Gun

Same as the Defender except has bright chrome finish, stainless steel barrel, rifle-type sights only. Phosphate coated receiver for corrosion resistance.
**Price:** . . . . . . . . . . **$440.00**

### Winchester 8-Shot Pistol Grip Pump Security Shotguns

Same as regular Defender Pump but with pistol grip and forend of high-impact resistant ABS plastic with non-glare black finish. Introduced 1984.
**Price:** Pistol Grip Defender . . . . . . . . . . **$277.00**

### WINCHESTER MODEL 1300 DEFENDER PUMP GUN

**Gauge:** 12, 20, 3" chamber, 5- or 8-shot capacity.
**Barrel:** 18" (Cyl.).
**Weight:** $6\frac{3}{4}$ lbs. **Length:** $38\frac{5}{8}$" overall.
**Stock:** Walnut-finished hardwood stock and ribbed forend, or synthetic; or pistol grip.
**Sights:** Metal bead front.
**Features:** Cross-bolt safety, front-locking rotary bolt, twin action slide bars. Black rubber buttpad. From U.S. Repeating Arms Co.
**Price:** 8-shot, wood or synthetic stock . . . . . . . . **$277.00**
**Price:** 5-shot, wood stock . . . . . . . . . . **$277.00**
**Price:** Defender Field Combo with pistol grip . . . . . . **$381.00**

## BLACKPOWDER SINGLE SHOT PISTOLS—FLINT & PERCUSSION

Dixie Charleville

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

CVA Hawken

### BLACK WATCH SCOTCH PISTOL

**Caliber:** 577 (.500" round ball).
**Barrel:** 7", smoothbore.
**Weight:** $1\frac{1}{2}$ lbs. **Length:** 12" overall.
**Stock:** Brass.
**Sights:** None.
**Features:** Faithful reproduction of this military flintlock. From Dixie Gun Works.
**Price:** . . . . . . . . . . **$175.00**

### CHARLEVILLE FLINTLOCK PISTOL

**Caliber:** 69 (.680" round ball).
**Barrel:** $7\frac{1}{2}$".
**Weight:** 48 oz. **Length:** $13\frac{1}{2}$" overall.
**Stock:** Walnut.
**Sights:** None.
**Features:** Brass frame, polished steel barrel, iron belt hook, brass buttcap and backstrap. Replica of original 1777 pistol. Imported by Dixie Gun Works.
**Price:** . . . . . . . . . . **$195.00**

### CVA HAWKEN PISTOL

**Caliber:** 50.
**Barrel:** $9\frac{3}{4}$"; $\frac{15}{16}$" flats.
**Weight:** 50 oz. **Length:** $16\frac{1}{2}$" overall.
**Stock:** Select hardwood.
**Sights:** Beaded blade front, fully adjustable open rear.
**Features:** Color case-hardened lock, polished brass wedge plate, nose cap, ramrod thimble, trigger guard, grip cap. Imported by CVA.
**Price:** . . . . . . . . . . **$149.95**
**Price:** Kit . . . . . . . . . . **$109.95**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# BLACKPOWDER PISTOLS—SINGLE SHOT, FLINT & PERCUSSION

CVA Vest Pocket

**CVA VEST POCKET DERRINGER**
**Caliber:** 31.
**Barrel:** 2½", brass.
**Weight:** 16 oz.
**Stock:** Two-piece walnut.
**Features:** All brass frame and barrel. A muzzle-loading version of the Colt No. 3 derringer. Imported by CVA.
**Price:** Finished . . . . . . . . . . **$69.95**

Dixie Lincoln Derringer

**DIXIE LINCOLN DERRINGER**
**Caliber:** 41.
**Barrel:** 2", 8 lands, 8 grooves.
**Weight:** 7 oz. **Length:** 5½" overall.
**Stock:** Walnut finish, checkered.
**Sights:** Fixed.
**Features:** Authentic copy of the "Lincoln Derringer." Shoots .400" patched ball. German silver furniture includes trigger guard with pineapple finial, wedge plates, nose, wrist, side and teardrop inlays. All furniture, lockplate, hammer, and breech plug engraved. Imported from Italy by Dixie Gun Works.
**Price:** With wooden case . . . . . . . . . . **$285.95**

Dixie Pennsylvania

**DIXIE PENNSYLVANIA PISTOL**
**Caliber:** 44 (.430" round ball).
**Barrel:** 10" (⅞" octagon).
**Weight:** 2½ lbs.
**Stock:** Walnut-stained hardwood.
**Sights:** Blade front, open rear drift-adjustable for windage; brass.
**Features:** Available in flint only. Brass trigger guard, thimbles, nosecap, wedgeplates; high-luster blue barrel. Imported from Italy by Dixie Gun Works.
**Price:** Finished . . . . . . . . . . **$149.95**
**Price:** Kit . . . . . . . . . . **$119.95**

Dixie Screw Barrel

**DIXIE SCREW BARREL PISTOL**
**Caliber:** .445".
**Barrel:** 2½".
**Weight:** 8 oz. **Length:** 6½" overall.
**Stock:** Walnut.
**Features:** Trigger folds down when hammer is cocked. Close copy of the originals once made in Belgium. Uses No. 11 percussion caps. From Dixie Gun Works.
**Price:** . . . . . . . . . . **$89.00**
**Price:** Kit . . . . . . . . . . **$74.95**

Dixie Tornado

**DIXIE TORNADO TARGET PISTOL**
**Caliber:** 44 (.430" round ball).
**Barrel:** 10", octagonal, 1:22 twist.
**Stocks:** Walnut, target-style. Left unfinished for custom fitting. Walnut forend.
**Sights:** Blade on ramp front, micro-type open rear adjustable for windage and elevation.
**Features:** Grip frame style of 1860 Colt revolver. Improved model of the Tingle and B.W. Southgate pistol. Trigger adjustable for pull. Frame, barrel, hammer and sights in the white, brass trigger guard. Comes with solid brass, walnut-handled cleaning rod with jag and nylon muzzle protector. Introduced 1983. From Dixie Gun Works.
**Price:** . . . . . . . . . . **$215.50**

**FRENCH-STYLE DUELING PISTOL**
**Caliber:** 44.
**Barrel:** 10".
**Weight:** 35 oz. **Length:** 15¾" overall.
**Stock:** Carved walnut.
**Sights:** Fixed.
**Features:** Comes with velvet-lined case and accessories. Imported by Mandall Shooting Supplies.
**Price:** . . . . . . . . . . **$295.00**

Dixie Harper's Ferry

**HARPER'S FERRY 1806 PISTOL**
**Caliber:** 58 (.570" round ball).
**Barrel:** 10".
**Weight:** 40 oz. **Length:** 16" overall.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Case-hardened lock, brass-mounted browned barrel. Replica of the first U.S. Gov't.-made flintlock pistol. Imported by Navy Arms, Dixie Gun Works.
**Price:** . . . . . . . . . . **$249.95 to $405.00**
**Price:** Kit (Dixie) . . . . . . . . . . **$199.95**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LCOAL GUNSHOP.

# BLACKPOWDER PISTOLS—SINGLE SHOT, FLINT & PERCUSSION

Navy Arms Kentucky

Knight Hawkeye

### LE PAGE PERCUSSION DUELING PISTOL

**Caliber:** 45.
**Barrel:** 10", rifled.
**Weight:** 40 oz. **Length:** 16" overall.
**Stock:** Walnut, fluted butt.
**Sights:** Blade front, notch rear.
**Features:** Double-set triggers. Blued barrel; trigger guard and buttcap are polished silver. Imported by Dixie Gun Works.
**Price:** . . . . . $259.95

Lyman Plains Pistol

Navy Arms Le Page

Consult our Directory pages for the location of firms mentioned.

### W. PARKER FLINTLOCK PISTOL

**Caliber:** 45.
**Barrel:** 11", rifled.
**Weight:** 40 oz. **Length:** 16½" overall.
**Stock:** Walnut.
**Sights:** Blade front, notch rear.
**Features:** Browned barrel, silver-plated trigger guard, finger rest, polished and engraved lock. Double-set triggers. Imported by Dixie Gun Works.
**Price:** . . . . . $310.00

### KENTUCKY FLINTLOCK PISTOL

**Caliber:** 44, 45.
**Barrel:** 10⅛".
**Weight:** 32 oz. **Length:** 15½" overall.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Specifications, including caliber, weight and length may vary with importer. Case-hardened lock, blued barrel; available also as brass barrel flint Model 1821. Imported by Cabela's, Navy Arms (44 only), The Armoury.
**Price:** . . . . . $145.00 to $207.00
**Price:** In kit form, from . . . . . $90.00 to $112.00
**Price:** Single cased set (Navy Arms) . . . . . $300.00
**Price:** Double cased set (Navy Arms) . . . . . $515.00

### Kentucky Percussion Pistol

Similar to flint version but percussion lock. Imported by The Armoury, Cabela's, Navy Arms, CVA (50-cal.).
**Price:** . . . . . $129.95 to $250.00
**Price:** Steel barrel (Armoury) . . . . . $179.00
**Price:** Single cased set (Navy Arms) . . . . . $290.00
**Price:** Double cased set (Navy Arms) . . . . . $495.00

### KNIGHT HAWKEYE PISTOL

**Caliber:** 50.
**Barrel:** 12", 1:20" twist.
**Weight:** 3¼ lbs. **Length:** 20" overall.
**Stock:** Black composite, autumn brown or shadow black laminate.
**Sights:** Bead front on ramp, open fully adjustable rear.
**Features:** In-line ignitiion design; patented double safety system; removeable breech plug; fully adjustable trigger; receiver drilled and tapped for scope mounting. Made in U.S. by Modern Muzzle Loading, Inc.
**Price:** Blued . . . . . $374.95
**Price:** Stainless . . . . . $424.50

### LYMAN PLAINS PISTOL

**Caliber:** 50 or 54.
**Barrel:** 8", 1:30 twist, both calibers.
**Weight:** 50 oz. **Length:** 15" overall.
**Stock:** Walnut half-stock.
**Sights:** Blade front, square notch rear adjustable for windage.
**Features:** Polished brass trigger guard and ramrod tip, color case-hardened coil spring lock, spring-loaded trigger, stainless steel nipple, blackened iron furniture. Hooked patent breech, detachable belt hook. Introduced 1981. From Lyman Products.
**Price:** Finished . . . . . $219.95
**Price:** Kit . . . . . $179.95

### MOORE & PATRICK FLINT DUELING PISTOL

**Caliber:** 45.
**Barrel:** 10", rifled.
**Weight:** 32 oz. **Length:** 14½" overall.
**Stock:** European walnut, checkered.
**Sights:** Fixed.
**Features:** Engraved, silvered lockplate, blue barrel. German silver furniture. Imported from Italy by Dixie Gun Works.
**Price:** . . . . . $335.00

### NAVY ARMS LE PAGE DUELING PISTOL

**Caliber:** 44.
**Barrel:** 9", octagon, rifled.
**Weight:** 34 oz. **Length:** 15" overall.
**Stock:** European walnut.
**Sights:** Adjustable rear.
**Features:** Single-set trigger. Polished metal finish. From Navy Arms.
**Price:** Percussion . . . . . $475.00
**Price:** Single cased set, percussion . . . . . $685.00
**Price:** Double cased set, percussion . . . . . $1,290.00
**Price:** Flintlock, rifled . . . . . $550.00
**Price:** Flintlock, smoothbore (45-cal.) . . . . . $550.00
**Price:** Flintlock, single cased set . . . . . $760.00
**Price:** Flintlock, double cased set . . . . . $1,430.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## BLACKPOWDER PISTOLS—SINGLE SHOT, FLINT & PERCUSSION

Pedersoli Mang

Dixie Queen Anne

### THOMPSON/CENTER SCOUT PISTOL

**Caliber:** 45, 50 and 54.
**Barrel:** 12", interchangeable.
**Weight:** 4 lbs., 6 oz. **Length:** NA.
**Stocks:** American black walnut stocks and forend.
**Sights:** Blade on ramp front, fully adjustable Patridge rear.
**Features:** Patented in-line ignition system with special vented breech plug. Patented trigger mechanism consists of only two moving parts. Interchangeable barrels. Wide grooved hammer. Brass trigger guard assembly. Introduced 1990. From Thompson/Center.
**Price:** 45-, 50- or 54-cal. . . . . . . . . . . . . . . . . . . . . . . . **$340.00**
**Price:** Extra barrel, 45-, 50- or 54-cal. . . . . . . . . . . . . . . . . **$145.00**

### TRADITIONS BUCKSKINNER PISTOL

**Caliber:** 50.
**Barrel:** 10" octagonal, 15/16" flats.
**Weight:** 40 oz. **Length:** 15" overall.
**Stocks:** Stained beech or laminated wood.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Percussion ignition. Blackened furniture. Imported by Traditions, Inc.
**Price:** Beech stocks . . . . . . . . . . . . . . . . . . . . . . . **$157.00**
**Price:** Laminated stocks . . . . . . . . . . . . . . . . . . . . . **$182.00**

Traditions Pioneer

### TRADITIONS WILLIAM PARKER PISTOL

**Caliber:** 45 and 50.
**Barrel:** 10⅜", 15/16" flats; polished steel.
**Weight:** 40 oz. **Length:** 17½" overall.
**Stock:** Walnut with checkered grip.
**Sights:** Brass blade front, fixed rear.
**Features:** Replica dueling pistol with 1:18" twist, hooked breech. Brass wedge plate, trigger guard, cap guard; separate ramrod. Double-set triggers. Polished steel barrel, lock. Imported by Traditions, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$265.00**

Traditions Trapper

### PEDERSOLI MANG TARGET PISTOL

**Caliber:** 38.
**Barrel:** 10.5", octagonal; 1:15" twist,
**Weight:** 2.5 lbs. **Length:** 17.25" overall.
**Stock:** Walnut with fluted grip.
**Sights:** Blade front, open rear adjustable for windage.
**Features:** Browned barrel, polished breech plug, rest color case-hardened. Imported from Italy by Dixie Gun Works.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$749.00**

### QUEEN ANNE FLINTLOCK PISTOL

**Caliber:** 50 (.490" round ball).
**Barrel:** 7½", smoothbore.
**Stock:** Walnut.
**Sights:** None.
**Features:** Browned steel barrel, fluted brass trigger guard, brass mask on butt. Lockplate left in the white. Made by Pedersoli in Italy. Introduced 1983. Imported by Dixie Gun Works.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$189.95**
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$138.50**

Thompson/Center Scout

### TRADITIONS PHILADELPHIA DERRINGER

**Caliber:** 45.
**Barrel:** 3¼" octagonal, ⅞" flats.
**Weight:** 16 oz. **Length:** 7⅛" overall.
**Stock:** Stained beech.
**Sights:** Blade front.
**Features:** Color case-hardened percussion lock has coil mainspring. Brass furniture, engraved wedge plate. Imported by Traditions, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$109.00**
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$82.00**

### TRADITIONS PIONEER PISTOL

**Caliber:** 45.
**Barrel:** 9⅝", 13/16" flats.
**Weight:** 36 oz. **Length:** 15" overall.
**Stock:** Beech.
**Sights:** Blade front, fixed rear.
**Features:** V-type mainspring; 1:18" twist. Single trigger. German silver furniture, blackened hardware. From Traditions, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$169.00**
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$119.00**

### TRADITIONS VEST POCKET DERRINGER

**Caliber:** 31.
**Barrel:** 2½", round.
**Weight:** 16 oz. **Length:** 5" overall.
**Stocks:** White composite.
**Sights:** Post front.
**Features:** Polished brass barrel and frame, blued trigger and screws. Imported by Traditions, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$75.00**

### TRADITIONS TRAPPER PISTOL

**Caliber:** 50.
**Barrel:** 9¾", ⅞" flats.
**Weight:** 2¾ lbs. **Length:** 16" overall.
**Stock:** Beech.
**Sights:** Blade front, adjustable rear.
**Features:** Double-set triggers; brass buttcap, trigger guard, wedge plate, forend tip, thimble. From Traditions, Inc.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$170.00**
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$130.00**

# BLACKPOWDER REVOLVERS



Army 1851

### ARMY 1860 PERCUSSION REVOLVER

**Caliber:** 44, 6-shot.
**Barrel:** 8".
**Weight:** 40 oz. **Length:** 13⅝" overall.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Engraved Navy scene on cylinder; brass trigger guard; case-hardened frame, loading lever and hammer. Some importers supply pistol cut for detachable shoulder stock, have accessory stock available. Imported by American Arms, Cabela's (1860 Lawman), E.M.F., Navy Arms, The Armoury, Cimarron, Dixie Gun Works (half-fluted cylinder, not roll engraved), Euroarms of America (brass or steel model), Armsport, Mitchell, Traditions, Inc. (brass or steel), Uberti USA.
**Price:** About . . . . . **$92.95** to **$300.00**
**Price:** Single cased set (Navy Arms) . . . . . **$265.00**
**Price:** Double cased set (Navy Arms) . . . . . **$430.00**
**Price: 1861 Navy:** Same as Army except 36-cal., 7½" bbl., wgt. 41 oz., cut for shoulder stock; round cylinder (fluted avail.), from CVA (brass frame, 44-cal.), Mitchell . . . . . **$99.95** to **$249.00**
**Price:** Steel frame kit (E.M.F., Mitchell, Navy, Euroarms) **$125.00 to $216.25**
**Price:** Colt Army Police, fluted cyl., 5½", 36-cal. (Cabela's) . . . . . **$124.95**



Colt 1847 Walker

### COLT 1849 POCKET DRAGOON REVOLVER

**Caliber:** 31.
**Barrel:** 4".
**Weight:** 24 oz. **Length:** 9½" overall.
**Stocks:** One-piece walnut.
**Sights:** Fixed. Brass pin front, hammer notch rear.
**Features:** Color case-hardened frame. No loading lever. Unfluted cylinder with engraved scene. Exact reproduction of original. From Colt Blackpowder Arms Co.
**Price:** . . . . . **$390.00**



Colt 1851 Navy

### CVA Colt Sheriff's Model

Similar to the Uberti 1861 Navy except has 5½" barrel, brass or steel frame, semi-fluted cylinder. In 36-caliber only.
**Price:** Brass frame, finished . . . . . **$149.95**
**Price:** Brass frame (Armsport) . . . . . **$155.00**
**Price:** Steel frame (Armsport) . . . . . **$193.00**

### ARMY 1851 PERCUSSION REVOLVER

**Caliber:** 44, 6-shot.
**Barrel:** 7½".
**Weight:** 45 oz. **Length:** 13" overall.
**Stocks:** Walnut finish.
**Sights:** Fixed.
**Features:** 44-caliber version of the 1851 Navy. Imported by The Armoury, Armsport.
**Price:** . . . . . **$129.00**



American Arms 1860 Army

### BABY DRAGOON 1848, 1849 POCKET, WELLS FARGO

**Caliber:** 31.
**Barrel:** 3", 4", 5", 6"; seven-groove, RH twist.
**Weight:** About 21 oz.
**Stock:** Varnished walnut.
**Sights:** Brass pin front, hammer notch rear.
**Features:** No loading lever on Baby Dragoon or Wells Fargo models. Unfluted cylinder with stagecoach holdup scene; cupped cylinder pin; no grease grooves; one safety pin on cylinder and slot in hammer face; straight (flat) mainspring. From Armsport, Dixie Gun Works, Uberti USA, Cabela's.
**Price:** 6" barrel, with loading lever (Dixie Gun Works) . . . . . **$254.00**
**Price:** 4" (Cabela's, Uberti USA) . . . . . **$179.95**

### COLT 1847 WALKER PERCUSSION REVOLVER

**Caliber:** 44.
**Barrel:** 9", 7 groove, right-hand twist.
**Weight:** 73 oz.
**Stocks:** One-piece walnut.
**Sights:** German silver front sight, hammer notch rear.
**Features:** Made in U.S. Faithful reproduction of the original gun, including markings. Color case-hardened frame, hammer, loading lever and plunger. Blue steel backstrap, brass square-back trigger guard. Blue barrel, cylinder, trigger and wedge. From Colt Blackpowder Arms Co.
**Price:** . . . . . **$442.50**

### CABELA'S PATERSON REVOLVER

**Caliber:** 36, 5-shot cylinder.
**Barrel:** 7½".
**Weight:** 24 oz. **Length:** 11½" overall.
**Stocks:** One-piece walnut.
**Sights:** Fixed.
**Features:** Recreation of the 1836 gun. Color case-hardened frame, steel backstrap; roll-engraved cylinder scene. Imported by Cabela's.
**Price:** . . . . . **$199.95**

### COLT 1851 NAVY PERCUSSION REVOLVER

**Caliber:** 36.
**Barrel:** 7½", octagonal, 7 groove left-hand twist.
**Weight:** 40½ oz.
**Stocks:** One-piece oiled American walnut.
**Sights:** Brass pin front, hammer notch rear.
**Features:** Faithful reproduction of the original gun. Color case-hardened frame, loading lever, plunger, hammer and latch. Blue cylinder, trigger, barrel, screws, wedge. Silver-plated brass backstrap and square-back trigger guard. From Colt Blackpowder Arms Co.
**Price:** . . . . . **$427.50**

### Uberti 1861 Navy Percussion Revolver

Similar to 1851 Navy except has round 7½" barrel, rounded trigger guard, German silver blade front sight, "creeping" loading lever. Available with fluted or round cylinder. Imported by Uberti USA.
**Price:** Steel backstrap, trigger guard, cut for stock . . . . . **$300.00**



**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## BLACKPOWDER REVOLVERS

Colt 1860 Army

### COLT 1860 ARMY PERCUSSION REVOLVER

**Caliber:** 44.
**Barrel:** 8", 7 groove, left-hand twist.
**Weight:** 42 oz.
**Stocks:** One-piece walnut.
**Sights:** German silver front sight, hammer notch rear.
**Features:** Steel backstrap cut for shoulder stock; brass trigger guard. Cylinder has Navy scene. Color case-hardened frame, hammer, loading lever. Reproduction of original gun with all original markings. From Colt Blackpowder Arms Co.
**Price:** . . . . . . . . . . $427.50

CVA Pocket Revolver

### CVA POCKET REVOLVER

**Caliber:** 31, 5-shot.
**Barrel:** 4", octagonal.
**Weight:** 15 oz. **Length:** 7½" overall.
**Stocks:** Two-piece walnut.
**Sights:** Post front, grooved topstrap rear.
**Features:** Spur trigger, brass frame with blued barrel and cylinder. Introduced 1984. Imported by CVA.
**Price:** Finished . . . . . . . . . . $129.95

CVA Wells Fargo

### CVA WELLS FARGO MODEL

**Caliber:** 31, 5-shot.
**Barrel:** 4", octagonal.
**Weight:** 28 oz. (with extra cylinder). **Length:** 9" overall.
**Stocks:** Walnut.
**Sights:** Post front, hammer notch rear.
**Features:** Brass frame and backstrap; blue finish. Comes with extra cylinder. Imported by CVA.
**Price:** Brass frame, finished . . . . . . . . . . $129.95

Dixie Third Model Dragoon

### DIXIE THIRD MODEL DRAGOON

**Caliber:** 44 (.454" round ball).
**Barrel:** 7⅜".
**Weight:** 4 lbs., 2½ oz.
**Stocks:** One-piece walnut.
**Sights:** Brass pin front, hammer notch rear, or adjustable folding leaf rear.
**Features:** Cylinder engraved with Indian fight scene. This is the only Dragoon replica with folding leaf sight. Brass backstrap and trigger guard; color case-hardened steel frame, blue-black barrel. Imported by Dixie Gun Works.
**Price:** . . . . . . . . . . $199.95

### DIXIE WYATT EARP REVOLVER

**Caliber:** 44.
**Barrel:** 12" octagon.
**Weight:** 46 oz. **Length:** 18" overall.
**Stocks:** Two-piece walnut.
**Sights:** Fixed.
**Features:** Highly polished brass frame, backstrap and trigger guard; blued barrel and cylinder; case-hardened hammer, trigger and loading lever. Navy-size shoulder stock ($45) will fit with minor fitting. From Dixie Gun Works.
**Price:** . . . . . . . . . . $130.00

Griswold & Gunnison

### GRISWOLD & GUNNISON PERCUSSION REVOLVER

**Caliber:** 36 or 44, 6-shot.
**Barrel:** 7½".
**Weight:** 44 oz. (36-cal.). **Length:** 13" overall.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Replica of famous Confederate pistol. Brass frame, backstrap and trigger guard; case-hardened loading lever; rebated cylinder (44-cal. only). Rounded Dragoon-type barrel. Imported by Navy Arms (as Reb Model 1860).
**Price:** About . . . . . . . . . . $229.00
**Price:** Single cased set (Navy Arms) . . . . . . . . . . $205.00
**Price:** Double cased set (Navy Arms) . . . . . . . . . . $335.00
**Price:** As above, kit . . . . . . . . . . $90.00

### LE MAT REVOLVER

**Caliber:** 44/65.
**Barrel:** 6¾" (revolver); 4⅞" (single shot).
**Weight:** 3 lbs., 7 oz.
**Stocks:** Hand-checkered walnut.
**Sights:** Post front, hammer notch rear.
**Features:** Exact reproduction with all-steel construction; 44-cal. 9-shot cylinder, 65-cal. single barrel; color case-hardened hammer with selector; spur trigger guard; ring at butt; lever-type barrel release. From Navy Arms.
**Price:** Cavalry model (lanyard ring, spur trigger guard) . . . . . . . $595.00
**Price:** Army model (round trigger guard, pin-type barrel release) . . $595.00
**Price:** Naval-style (thumb selector on hammer) . . . . . . . $595.00
**Price:** Engraved 18th Georgia cased set . . . . . . . $795.00
**Price:** Engraved Beauregard cased set . . . . . . . $1,000.00

Le Mat Revolver

# BLACKPOWDER REVOLVERS

Uberti 1851 Squareback

CONSULT
SHOOTER'S MARKETPLACE
Page 225, This Issue

Navy Arms 1858 Remington

**CVA 1858 Target Revolver**
Similar to the New Model 1858 Army revolver except has ramp-mounted blade front sight on 8" barrel, adjustable rear sight, overall blue finish. Imported by CVA.
**Price:** . . . . . $204.95

CVA Bison

### POCKET POLICE 1862 PERCUSSION REVOLVER

**Caliber:** 36, 5-shot.
**Barrel:** 4½", 5½", 6½", 7½".
**Weight:** 26 oz. **Length:** 12" overall (6½" bbl.).
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Round tapered barrel; half-fluted and rebated cylinder; case-hardened frame, loading lever and hammer; silver or brass trigger guard and backstrap. Imported by CVA (7½" only), Navy Arms (5½" only), Uberti USA (5½", 6½" only).
**Price:** About . . . . . $139.95 to $310.00
**Price:** Single cased set with accessories (Navy Arms) . . . . . $360.00

### ROGERS & SPENCER PERCUSSION REVOLVER

**Caliber:** 44.
**Barrel:** 7½".
**Weight:** 47 oz. **Length:** 13¾" overall.
**Stocks:** Walnut.
**Sights:** Cone front, integral groove in frame for rear.
**Features:** Accurate reproduction of a Civil War design. Solid frame; extra large nipple cut-out on rear of cylinder; loading lever and cylinder easily removed for cleaning. From Euroarms of America (standard blue, engraved, burnished, target models), Navy Arms.
**Price:** . . . . . $160.00 to $276.00
**Price:** Nickel-plated . . . . . $215.00
**Price:** Engraved (Euroarms) . . . . . $349.00
**Price:** Kit version . . . . . $245.00-$252.00
**Price:** Target version (Euroarms, Navy Arms) . . . . . $291.00
**Price:** Burnished London Gray (Euroarms, Navy Arms) . . . . . $299.00

### NAVY MODEL 1851 PERCUSSION REVOLVER

**Caliber:** 36, 44, 6-shot.
**Barrel:** 7½".
**Weight:** 44 oz. **Length:** 13" overall.
**Stocks:** Walnut finish.
**Sights:** Post front, hammer notch rear.
**Features:** Brass backstrap and trigger guard; some have 1st Model squareback trigger guard, engraved cylinder with navy battle scene; case-hardened frame, hammer, loading lever. Imported by American Arms, The Armoury, Cabela's, Mitchell, Navy Arms, E.M.F., Dixie Gun Works, Euroarms of America, Armsport, CVA (36-cal. only), Traditions, Inc., Uberti USA.
**Price:** Brass frame . . . . . $99.95 to $280.00
**Price:** Steel frame . . . . . $130.00 to $285.00
**Price:** Kit form . . . . . $110.00 to $123.95
**Price:** Engraved model (Dixie Gun Works) . . . . . $139.95
**Price:** Single cased set, steel frame (Navy Arms) . . . . . $245.00
**Price:** Double cased set, steel frame (Navy Arms) . . . . . $405.00
**Price:** Confederate Navy (Cabela's) . . . . . $69.95

### NAVY ARMS DELUXE 1858 REMINGTON-STYLE REVOLVER

**Caliber:** 44.
**Barrel:** 8".
**Weight:** 2 lbs., 13 oz.
**Stocks:** Smooth walnut.
**Sights:** Dovetailed blade front.
**Features:** First exact reproduction—correct in size and weight to the original, with progressive rifling; highly polished with blue finish, silver-plated trigger guard. From Navy Arms.
**Price:** Deluxe model . . . . . $365.00

### NEW MODEL 1858 ARMY PERCUSSION REVOLVER

**Caliber:** 36 or 44, 6-shot.
**Barrel:** 6½" or 8".
**Weight:** 38 oz. **Length:** 13½" overall.
**Stocks:** Walnut.
**Sights:** Blade front, groove-in-frame rear.
**Features:** Replica of Remington Model 1858. Also available from some importers as Army Model Belt Revolver in 36-cal., a shortened and lightened version of the 44. Target Model (Uberti USA, Navy Arms) has fully adjustable target rear sight, target front, 36 or 44. Imported by American Arms, Cabela's, Cimarron, CVA (as 1858 Army), Dixie Gun Works, Navy Arms, The Armoury, E.M.F., Euroarms of America (engraved, stainless and plain), Armsport, Mitchell, Traditions, Inc., Uberti USA.
**Price:** Steel frame, about . . . . . $99.95 to $280.00
**Price:** Steel frame kit (Euroarms, Navy Arms) . . . . . $115.95 to $242.00
**Price:** Single cased set (Navy Arms) . . . . . $255.00
**Price:** Double cased set (Navy Arms) . . . . . $420.00
**Price:** Stainless steel Model 1858 (American Arms, Euroarms, Uberti USA, Cabela's, Navy Arms, Armsport, Traditions) . . . . . $169.95 to $380.00
**Price:** Target Model, adjustable rear sight (Cabela's, Euroarms, Uberti USA, Navy Arms) . . . . . $95.95 to $399.00
**Price:** Brass frame (CVA, Cabela's, Traditions, Navy Arms) $79.95 to $212.95
**Price:** As above, kit (CVA, Dixie Gun Works, Navy Arms) $145.00 to $188.95
**Price:** Remington "Texas" (Mitchell) . . . . . $199.00
**Price:** Buffalo model, 44-cal. (Cabela's) . . . . . $129.95

**CVA Bison Revolver**
Similar to the CVA 1858 Target except has 10¼" octagonal barrel, 44-caliber, brass frame.
**Price:** Finished . . . . . $194.95
**Price:** From Armsport . . . . . $222.00

Euroarms Rogers & Spencer

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# BLACKPOWDER REVOLVERS

Ruger Old Army

Navy Arms Spiller & Burr

Texas Paterson

### TEXAS PATERSON 1836 REVOLVER

**Caliber:** 36 (.375" round ball).
**Barrel:** 7½".
**Weight:** 42 oz.
**Stocks:** One-piece walnut.
**Sights:** Fixed.
**Features:** Copy of Sam Colt's first commercially-made revolving pistol. Has no loading lever but comes with loading tool. From Dixie Gun Works, Navy Arms, Uberti USA.
**Price:** About . . . . . **$335.00** to **$395.00**
**Price:** With loading lever (Uberti USA) . . . . . **$450.00**
**Price:** Engraved (Navy Arms) . . . . . **$465.00**

### UBERTI 1862 POCKET NAVY PERCUSSION REVOLVER

**Caliber:** 36, 5-shot.
**Barrel:** 5½", 6½", octagonal, 7-groove, LH twist.
**Weight:** 27 oz. (5½" barrel). **Length:** 10½" overall (5½" bbl.).
**Stocks:** One-piece varnished walnut.
**Sights:** Brass pin front, hammer notch rear.
**Features:** Rebated cylinder, hinged loading lever, brass or silver-plated backstrap and trigger guard, color-cased frame, hammer, loading lever, plunger and latch, rest blued. Has original-type markings. From Uberti USA.
**Price:** With brass backstrap, trigger guard . . . . . **$310.00**

### UBERTI 1st MODEL DRAGOON

**Caliber:** 44.
**Barrel:** 7½", part round, part octagon.
**Weight:** 64 oz.
**Stocks:** One-piece walnut.
**Sights:** German silver blade front, hammer notch rear.
**Features:** First model has oval bolt cuts in cylinder, square-back flared trigger guard, V-type mainspring, short trigger. Ranger and Indian scene roll-engraved on cylinder. Color case-hardened frame, loading lever, plunger and hammer; blue barrel, cylinder, trigger and wedge. Available with old-time charcoal blue or standard blue-black finish. Polished brass backstrap and trigger guard. From Uberti USA.
**Price:** . . . . . **$325.00**

### Uberti 2nd Model Dragoon Revolver

Similar to the 1st Model except distinguished by rectangular bolt cuts in the cylinder.
**Price:** . . . . . **$325.00**

### RUGER OLD ARMY PERCUSSION REVOLVER

**Caliber:** 45, 6-shot. Uses .457" dia. lead bullets.
**Barrel:** 7½" (6-groove, 16" twist).
**Weight:** 46 oz. **Length:** 13¾" overall.
**Stocks:** Smooth walnut.
**Sights:** Ramp front, rear adjustable for windage and elevation; or fixed (groove).
**Features:** Stainless steel; standard size nipples, chrome-moly steel cylinder and frame, same lockwork as in original Super Blackhawk. Also available in stainless steel. Made in USA. From Sturm, Ruger & Co.
**Price:** Stainless steel (Model KBP-7) . . . . . **$428.00**
**Price:** Blued steel (Model BP-7) . . . . . **$378.50**
**Price:** Stainless steel, fixed sight (KBP-7F) . . . . . **$428.00**
**Price:** Blued steel, fixed sight (BP-7F) . . . . . **$378.50**

### SHERIFF MODEL 1851 PERCUSSION REVOLVER

**Caliber:** 36, 44, 6-shot.
**Barrel:** 5".
**Weight:** 40 oz. **Length:** 10½" overall.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Brass backstrap and trigger guard; engraved navy scene; case-hardened frame, hammer, loading lever. Imported by E.M.F.
**Price:** Steel frame . . . . . **$172.00**
**Price:** Brass frame . . . . . **$140.00**

### SPILLER & BURR REVOLVER

**Caliber:** 36 (.375" round ball).
**Barrel:** 7", octagon.
**Weight:** 2½ lbs. **Length:** 12½" overall.
**Stocks:** Two-piece walnut.
**Sights:** Fixed.
**Features:** Reproduction of the C.S.A. revolver. Brass frame and trigger guard. Also available as a kit. From Cabela's, Dixie Gun Works, Mitchell, Navy Arms.
**Price:** . . . . . **$89.95** to **$199.00**
**Price:** Kit form . . . . . **$95.00**
**Price:** Single cased set (Navy Arms) . . . . . **$230.00**
**Price:** Double cased set (Navy Arms) . . . . . **$370.00**

Uberti 1862 Pocket

Navy Arms Walker

### WALKER 1847 PERCUSSION REVOLVER

**Caliber:** 44, 6-shot.
**Barrel:** 9".
**Weight:** 84 oz. **Length:** 15½" overall.
**Stocks:** Walnut.
**Sights:** Fixed.
**Features:** Case-hardened frame, loading lever and hammer; iron backstrap; brass trigger guard; engraved cylinder. Imported by American Arms, Cabela's, CVA, Navy Arms, Dixie Gun Works, Uberti USA, E.M.F., Cimarron, Traditions, Inc.
**Price:** About . . . . . **$225.00** to **$360.00**
**Price:** Single cased set (Navy Arms) . . . . . **$385.00**
**Price:** Deluxe Walker with French fitted case (Navy Arms) . . . . . **$505.00**

### Uberti 3rd Model Dragoon Revolver

Similar to the 2nd Model except for oval trigger guard, long trigger, modifications to the loading lever and latch. Imported by Uberti USA.
**Price:** Military model (frame cut for shoulder stock, steel backstrap) . **$330.00**
**Price:** Civilian (brass backstrap, trigger guard) . . . . . **$325.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LCOAL GUNSHOP.

Armoury R140 Hawken

**ARMOURY R140 HAWKEN RIFLE**
**Caliber:** 45, 50 or 54.
**Barrel:** 29".
**Weight:** 8¾ to 9 lbs. **Length:** 45¾" overall.
**Stock:** Walnut, with cheekpiece.
**Sights:** Dovetail front, fully adjustable rear.
**Features:** Octagon barrel, removable breech plug; double set triggers; blued barrel, brass stock fittings, color case-hardened percussion lock. From Armsport, The Armoury.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . **$225.00 to $245.00**

**ARMSPORT 1863 SHARPS RIFLE, CARBINE**
**Caliber:** 45, 54.
**Barrel:** 28", round.
**Weight:** 8.4 lbs. **Length:** 46" overall.
**Stock:** Walnut.
**Sights:** Blade front, folding adjustable rear. Tang sight set optionally available.
**Features:** Replica of the 1863 Sharps. Color case-hardened frame, rest blued. Imported by Armsport.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . **$740.00**
**Price:** Carbine, 54 caliber, 22" barrel . . . . . . . . . . . **$640.00**

**BOSTONIAN PERCUSSION RIFLE**
**Caliber:** 45.
**Barrel:** 30", octagonal
**Weight:** 7¼ lbs. **Length:** 46" overall.
**Stock:** Walnut.
**Sights:** Blade front, fixed notch rear.
**Features:** Color case-hardened lock, brass trigger guard, buttplate, patchbox. Imported from Italy by E.M.F.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . **$285.00**

Cabela's Accura 9000

**CABELA'S ACCURA 9000 MUZZLELOADER**
**Caliber:** 50, 54.
**Barrel:** 27"; 1:54 twist.
**Weight:** About 7½ lbs. **Length:** 44" overall.
**Stock:** European walnut with Monte Carlo cheeckpiece, checkered grip and forend.
**Sights:** Hooded front with interchangeable blades, open rear adjustable for windage and elevation.
**Features:** In-line ignition system with removable breech plug. Automatic safety and half-cock. Quick detachable sling swivels, schnabel forend tip, recoil pad. From Cabela's.
**Price:** Right or left-hand . . . . . . . . . . . . . . . . . . **$359.95**

**CABELA'S BLUE RIDGE RIFLE**
**Caliber:** 32, 36, 45, 50, 54.
**Barrel:** 39", octagonal.
**Weight:** About 7¾ lbs. **Length:** 55" overall.
**Stock:** American black walnut.
**Sights:** Blade front, rear drift adjustable for windage.
**Features:** Color case-hardened lockplate and cock/hammer, brass trigger guard and buttplate, double set, double-phased triggers. From Cabela's.
**Price:** Percussion . . . . . . . . . . . . . . . . . . . . . **$299.95**
**Price:** Flintlock . . . . . . . . . . . . . . . . . . . . . **$329.95**

**CABELA'S ROLLING BLOCK MUZZLELOADER**
**Caliber:** 50, 54.
**Barrel:** 26½" octagonal; 1:32" (50), 1:48" (54) twist.
**Weight:** About 9¼ lbs. **Length:** 43½" overall.
**Stock:** American walnut, rubber butt pad.
**Sights:** Blade front, adjustable buckhorn rear.
**Features:** Uses in-line ignition system, Brass trigger guard, color case-hardened hammer, block and buttplate; black-finished, engraved receiver; easily removable screw-in breech plug; black ramrod and thimble. From Cabela's.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . **$269.95**

**Cabela's Rolling Block Muzzleloader Carbine**
Similar to the rifle version except has 22¼" barrel, weighs 8¼ lbs. Has bead on ramp front sight, modern fully adjustable rear. From Cabela's.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . **$249.95**

**CABELA'S SHARPS SPORTING RIFLE**
**Caliber:** 45, 54.
**Barrel:** 31", octagonal.
**Weight:** About 10 lbs. **Length:** 49" overall.
**Stock:** American walnut with checkered grip and forend.
**Sights:** Blade front, ladder-type adjustable rear.
**Features:** Color case-hardened lock and buttplate. Adjustable double set, double-phased triggers. From Cabela's.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . **$595.00**

**CABELA'S SWIVEL-BARREL RIFLE**

Cabela's Swivel Barrel

**Caliber:** 50, 54.
**Barrel:** 23.75".
**Weight:** 10 lbs. **Length:** 40" overall.
**Stock:** Checkered American walnut.
**Sights:** Blade front, open rear adjustable for windage and elevation; one set for each barrel.
**Features:** Barrel assembly rotates for second shot. Back action mechanism. Monte Carlo comb, rubber butt pad; checkered pistol grip and forend panels. Introduced 1992. From Cabela's.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . **$379.95**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# BLACKPOWDER MUSKETS & RIFLES

### CABELA'S TAOS RIFLE

**Caliber:** 45, 50.
**Barrel:** 28¼".
**Weight:** 6 lbs., 11 oz. **Length:** 43¼" overall.
**Stock:** Oil-finished walnut.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Carbine version of the Pennsylvania rifle. Adjustable double-set triggers. Imported by Cabela's.
**Price:** Percussion . . . . . . . . . . **$259.95**
**Price:** Flintlock . . . . . . . . . . **$244.95**

### Cabela's Sporterized Hawken Hunter Rifle

Similar to the Traditional Hawken's except has more modern stock style with rubber recoil pad, blued furniture, sling swivels. Percussion only, in 45-, 50-, 54- or 58-caliber.
**Price:** Carbine or rifle, right-hand . . . . . . . . . . **$189.95**
**Price:** Carbine or rifle, left-hand . . . . . . . . . . **$199.95**

### Cabela's Ranger Hawken

Similar to the Traditional Hawken except has hardwood stock with matte finish, rubber buttpad, 28" barrel with brass-plated front sight, adjustable buckhorn rear. Has single trigger with pioneer-style brass trigger guard, color case-hardened lockplate. From Cabela's.
**Price:** Right-hand only . . . . . . . . . . **$129.95**

### CABELA'S TRADITIONAL HAWKEN

**Caliber:** 45, 50, 54, 58.
**Barrel:** 29".
**Weight:** About 9 lbs.
**Stock:** Walnut.
**Sights:** Blade front, open adjustable rear.
**Features:** Flintlock or percussion. Adjustable double-set triggers. Polished brass furniture, color case-hardened lock. Imported by Cabela's.
**Price:** Percussion, right-hand . . . . . . . . . . **$174.95**
**Price:** Percussion, right-hand, kit . . . . . . . . . . **$144.95**
**Price:** Percussion, left-hand . . . . . . . . . . **$179.95**
**Price:** Flintlock, right-hand . . . . . . . . . . **$199.95**
**Price:** Flintlock kit . . . . . . . . . . **$159.95**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

Cook & Brother

### COOK & BROTHER CONFEDERATE CARBINE

**Caliber:** 58.
**Barrel:** 24".
**Weight:** 7½ lbs. **Length:** 40½" overall.
**Stock:** Select walnut.
**Features:** Recreation of the 1861 New Orleans-made artillery carbine. Color case-hardened lock, browned barrel. Buttplate, trigger guard, barrel bands, sling swivels and nose cap of polished brass. From Euroarms of America.
**Price:** . . . . . . . . . . **$504.00**
**Price:** Cook & Brother rifle (33" barrel) . . . . . . . . . . **$549.00**

*Cumberland Mountain*

### CUMBERLAND MOUNTAIN BLACKPOWDER RIFLE

**Caliber:** 50.
**Barrel:** 26", round.
**Weight:** 9½ lbs. **Length:** 43" overall.
**Stock:** American walnut.
**Sights:** Bead front, open rear adjustable for windage.
**Features:** Falling block action fires with shotshell primer. Blued receiver and barrel. Introduced 1993. Made in U.S. by Cumberland Mountain Arms, Inc.
**Price:** . . . . . . . . . . **$865.00**

CVA Apollo Classic

### CVA APOLLO CARBELITE RIFLE

**Caliber:** 50.
**Barrel:** 27", blued, round; 1:32" rifling.
**Weight:** 7½ lbs. **Length:** 43" overall.
**Stock:** Black Carbelite composite with fluted Monte Carlo comb, cheekpiece, full pistol grip. Sling swivel studs.
**Sights:** Bead on ramp front, fully adjustable click rear. Drilled and tapped for scope mounting or peep sight.
**Features:** In-line percussion system with push-pull bolt block safety system. One-piece blued barrel/receiver. Has loading window and foul weather cover. Vented for gas escape. From CVA.
**Price:** . . . . . . . . . . **$349.95**

### CVA APOLLO SHADOW SS, CLASSIC RIFLES

**Caliber:** 50, 54.
**Barrel:** 24"; round with octagon integral receiver; 1:32" twist.
**Weight:** 9 lbs. **Length:** 42" overall.
**Stock:** Hardwood with black textured DuraGrip finish (Shadow SS); brown laminate with swivel studs (Classic); pistol grip, solid rubber buttpad.
**Sights:** Blade on ramp front, fully adjustable rear; drilled and tapped for scope mounting.
**Features:** In-line ignition, modern-style trigger with automatic safety; oversize trigger guard; synthetic ramrod. From CVA.
**Price:** Shadow SS . . . . . . . . . . **$219.95**
**Price:** Classic . . . . . . . . . . **$266.95**

### CVA BUSHWACKER RIFLE

**Caliber:** 50.
**Barrel:** 26", octagonal; 15/16" flats; 1:48" twist.
**Weight:** 7.5 lbs. **Length:** 40" overall.
**Stock:** Walnut-stained hardwood.
**Sights:** Brass blade front, adjustable open rear.
**Features:** Color case-hardened lockplate; single trigger with oversize blackened trigger guard; blued barrel, wedge plates. From CVA.
**Price:** Percussion only . . . . . . . . . . **$159.95**

# BLACKPOWDER MUSKETS & RIFLES

CVA Express Rifle

**CVA EXPRESS RIFLE**
**Caliber:** 50.
**Barrel:** 28", round.
**Weight:** 10 lbs.
**Stock:** Select hardwood; ventilated rubber recoil pad.
**Sights:** Bead and blade front, adjustable rear.
**Features:** Double rifle with twin percussion locks and triggers, adjustable barrels. Button breech. Introduced 1989. From CVA.
**Price:** Finished . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $419.95

**CVA FRONTIER CARBINE**
**Caliber:** 50.
**Barrel:** 24" octagon; 15/16" flats.
**Weight:** 6¾ lbs. **Length:** 40" overall.
**Stock:** Selected hardwood.
**Sights:** Steel bead front, click adjustable rear.
**Features:** Color case-hardened lockplate, V-type mainspring. Early style brass trigger with tension spring. Brass buttplate, trigger guard, wedge plate, nose cap, thimble, synthetic ramrod. From CVA.
**Price:** Percussion . . . . . . . . . . . . . . . . . . . . . . . . . . . $189.95
**Price:** Flintlock rifle . . . . . . . . . . . . . . . . . . . . . . . . . . $199.95
**Price:** Percussion Carbine kit (fixed sight, wood ramrod) . . . . . . $129.95

**CVA Frontier Hunter Carbine LS**
Similar to the CVA Frontier Carbine except has conventional-style black rubber butt pad, black chrome furniture. Laminated stock. Offset hammer. Has 1:32" twist. Barrel is drilled and tapped for scope mounting. Fully adjustable rear sight. Overall length 40", weight 7.5 lbs. From CVA.
**Price:** 50- and 54-caliber . . . . . . . . . . . . . . . . . . . . . . $209.95

CVA St. Louis Hawken

**CVA HAWKEN RIFLE**
**Caliber:** 50, 54.
**Barrel:** 28", octagon; 15/16" across flats; 1:48" twist.
**Weight:** 8 lbs. **Length:** 44" overall.
**Stock:** Select hardwood.
**Sights:** Beaded blade front, fully adjustable open rear.
**Features:** Fully adjustable double-set triggers; synthetic ramrod (kits have wood); brass patch box, wedge plates, nosecap, thimbles, trigger guard and buttplate; blued barrel; color case-hardened, engraved lockplate. V-type mainspring. Button breech. Introduced 1981. From CVA.
**Price:** St. Louis Hawken, finished (50- , 54-cal.) . . . . . . . . . . . $209.95
**Price:** As above, combo kit (50-, 54-cal. bbls.) . . . . . . . . . . . $229.95
**Price:** Left-hand, percussion . . . . . . . . . . . . . . . . . . . . . $234.95
**Price:** Flintlock, 50-cal. only . . . . . . . . . . . . . . . . . . . . . $234.95
**Price:** Flintlock, left-hand . . . . . . . . . . . . . . . . . . . . . . $249.95
**Price:** Percussion kit (50-cal., blued, wood ramrod) . . . . . . . . . $169.95

**CVA KENTUCKY RIFLE**
**Caliber:** 50.
**Barrel:** 33½", rifled, octagon; ⅞" flats.
**Weight:** 7½ lbs. **Length:** 48" overall.
**Stock:** Select hardwood.
**Sights:** Brass Kentucky blade-type front, fixed open rear.
**Features:** Available in percussion only. Color case-hardened lockplate. Stainless steel nipple included. From CVA.
**Price:** Percussion . . . . . . . . . . . . . . . . . . . . . . . . . . . $279.95
**Price:** Percussion kit . . . . . . . . . . . . . . . . . . . . . . . . . $189.95

**CVA TRACKER CARBINE LS**
**Caliber:** 50.
**Barrel:** 21", half round, half octagon with 15/16" flats; 1:32" twist.
**Weight:** 6.5 lbs. **Length:** 37" overall.
**Stock:** Laminated hardwood.
**Sights:** Beaded blade front on ramp, fully adjustable click rear.
**Features:** Color case-hardened lockplate, synthetic ramrod, offset hammer, black-chromed furniture; drilled and tapped for scope mounting. From CVA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $229.95

**CVA TROPHY CARBINE**
**Caliber:** 50, 54.
**Barrel:** 24", half round, half octagon with 15/16" flats; 1:32" twist.
**Weight:** 6.75 lbs. **Length:** 40" overall.
**Stock:** Walnut with Monte Carlo comb, cheekpiece, pistol grip.
**Sights:** White bead on blade front, fully adjustable click rear. **Features:** Color case-hardened lockplate, blued barrel, thimble. Modern-style stock; modern rifle trigger with over-sized guard; synthetic ramrod; offset hammer; drilled and tapped for scope mounting. From CVA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $259.95

CVA Timber Wolf

**CVA WOLF SERIES RIFLES**
**Caliber:** 50, 54.
**Barrel:** 26" octagonal; 1:32: twist; 15/16" flats; blue finish.
**Weight:** 6½ lbs. **Length:** 40" overall.
**Stock:** Tuff-Lite polymer—gray finish, solid buttplate (Grey Wolf); black finish, ventilated recoil pad, swivel studs (Lone Wolf); Realtree All Purpose camo finish, solid buttplate (Timber Wolf); checkered grip.
**Sights:** Blade front on ramp, fully adjustable open rear; drilled and tapped for scope mounting.
**Features:** Oversize trigger guard; synthetic ramrod; offset hammer. From CVA.
**Price:** Grey Wolf . . . . . . . . . . . . . . . . . . . . . . . . . . . $199.95
**Price:** Lone Wolf (50-cal. only) . . . . . . . . . . . . . . . . . . . $219.95
**Price:** Timber Wolf (50-cal. only) . . . . . . . . . . . . . . . . . . $229.95

**CVA VARMINT RIFLE**
**Caliber:** 32.
**Barrel:** 24" octagonal; ⅞" flats; 1:48" rifling.
**Weight:** 6¾ lbs. **Length:** 40" overall.
**Stock:** Select hardwood.
**Sights:** Blade front, Patridge-style click adjustable rear.
**Features:** Brass trigger guard, nose cap, wedge plate, thimble and buttplate. Drilled and tapped for scope mounting. Color case-hardened lock. Single trigger. Aluminum ramrod. Imported by CVA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $219.95

**CVA Panther Carbine**
Similar to the CVA Wolf Series except has 24" barrel, textured black Dura Grip hardwood stock with Monte Carlo comb, formed cheekpiece; ventilated rubber recoil pad. Weighs 7½ lbs. Matte finish on barrel, color case-hardened lock. From CVA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $189.95
**Price:** Left-hand (50-cal. only) . . . . . . . . . . . . . . . . . . . . $204.95

**CVA Woodsman LS Rifle**
Similar to the Wolf Series except has straight-grip stock of stained, laminated hardwood, traditional blade front sight. Has 1:48" twist barrel. From CVA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $169.95

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Dixie English Matchlock

**DIXIE DELUX CUB RIFLE**
**Caliber:** 40.
**Barrel:** 28".
**Weight:** 6½ lbs.
**Stock:** Walnut.
**Sights:** Fixed.
**Features:** Short rifle for small game and beginning shooters. Brass patchbox and furniture. Flint or percussion. From Dixie Gun Works.
**Price:** Finished . . . . . . . . . . **$335.00**
**Price:** Kit . . . . . . . . . . **$205.00**

**DIXIE ENGLISH MATCHLOCK MUSKET**
**Caliber:** 72.
**Barrel:** 44".
**Weight:** 8 lbs. **Length:** 57.75" overall.
**Stock:** Walnut with satin oil finish.
**Sights:** Blade front, open rear adjustable for windage.
**Features:** Replica of circa 1600-1680 English matchlock. Getz barrel with 11" octagonal area at rear, rest is round with cannon-type muzzle. All steel finished in the white. Imported by Dixie Gun Works.
**Price:** . . . . . . . . . . **$895.00**

**DIXIE HAWKEN RIFLE**
**Caliber:** 45, 50, 54.
**Barrel:** 30".
**Weight:** 8 lbs. **Length:** 46½" overall.
**Stock:** Walnut.
**Sights:** Blade front, adjustable rear.
**Features:** Blued barrel, double-set triggers, steel crescent buttplate. Imported by Dixie Gun Works.
**Price:** Finished . . . . . . . . . . **$250.00**
**Price:** Kit . . . . . . . . . . **$220.00**

Dixie Inline Carbine

**DIXIE TENNESSEE MOUNTAIN RIFLE**
**Caliber:** 32 or 50.
**Barrel:** 41½", 6-groove rifling, brown finish. **Length:** 56" overall.
**Stock:** Walnut, oil finish; Kentucky-style.
**Sights:** Silver blade front, open buckhorn rear.
**Features:** Recreation of the original mountain rifles. Early Schultz lock, interchangeable flint or percussion with vent plug or drum and nipple. Tumbler has fly. Double-set triggers. All metal parts browned. From Dixie Gun Works.
**Price:** Flint or percussion, finished rifle, 50-cal. . . . . . . . . . . **$525.00**
**Price:** Kit, 50-cal. . . . . . . . . . . **$446.25**
**Price:** Left-hand model, flint or percussion . . . . . . . . . . **$525.00**
**Price:** Left-hand kit, flint or perc., 50-cal. . . . . . . . . . . **$525.00**
**Price:** Squirrel Rifle (as above except in 32-cal. with 13/16" barrel flats), flint or percussion . . . . . . . . . . **$525.00**
**Price:** Kit, 32-cal., flint or percussion . . . . . . . . . . **$525.00**

**DIXIE INLINE CARBINE**
**Caliber:** 50, 54.
**Barrel:** 24"; 1:32" twist.
**Weight:** 6.5 lbs. **Length:** 41" overall.
**Stock:** Walnut-finished hardwood with Monte Carlo comb.
**Sights:** Ramp front with red insert, open fully adjustable rear.
**Features:** Sliding "bolt" fully encloses cap and nipple. Fully adjustable trigger, automatic safety. Aluminum ramrod. Imported from Italy by Dixie Gun Works.
**Price:** . . . . . . . . . . **$349.95**

**DIXIE U.S. MODEL 1861 SPRINGFIELD**
**Caliber:** 58.
**Barrel:** 40".
**Weight:** About 8 lbs. **Length:** 55 13/16" overall.
**Stock:** Oil-finished walnut.
**Sights:** Blade front, step adjustable rear.
**Features:** Exact recreation of original rifle. Sling swivels attached to trigger guard bow and middle barrel band. Lockplate marked "1861" with eagle motif and "U.S. Springfield" in front of hammer; "U.S." stamped on top of buttplate. From Dixie Gun Works.
**Price:** . . . . . . . . . . **$525.00**
**Price:** Kit . . . . . . . . . . **$446.25**

Dixie Model 1816

Consult our Directory pages for the location of firms mentioned.

**DIXIE 1863 SPRINGFIELD MUSKET**
**Caliber:** 58 (.570" patched ball or .575" Minie).
**Barrel:** 50", rifled.
**Stocks:** Walnut stained.
**Sights:** Blade front, adjustable ladder-type rear.
**Features:** Bright-finish lock, barrel, furniture. Reproduction of the last of the regulation muzzleloaders. Imported from Japan by Dixie Gun Works.
**Price:** Finished . . . . . . . . . . **$525.00**
**Price:** Kit . . . . . . . . . . **$446.25**

**DIXIE U.S. MODEL 1816 FLINTLOCK MUSKET**
**Caliber:** 69.
**Barrel:** 42", smoothbore.
**Weight:** 9.75 lbs. **Length:** 56.5" overall.
**Stock:** Walnut with oil finish.
**Sights:** Blade front.
**Features:** All metal finished "National Armory Bright"; three barrel bands with springs; steel ramrod with buttom-shaped head. Imported by Dixie Gun Works.
**Price:** . . . . . . . . . . **$725.00**

**EUROARMS BUFFALO CARBINE**
**Caliber:** 58.
**Barrel:** 26", round.
**Weight:** 7¾ lbs. **Length:** 42" overall.
**Stock:** Walnut.
**Sights:** Blade front, open adjustable rear.
**Features:** Shoots .575" round ball. Color case-hardened lock, blue hammer, barrel, trigger; brass furniture. Brass patchbox. Imported by Euroarms of America.
**Price:** . . . . . . . . . . **$515.45**

Euroarms Volunteer

**EUROARMS 1861 SPRINGFIELD RIFLE**
**Caliber:** 58.
**Barrel:** 40".
**Weight:** About 10 lbs. **Length:** 55.5" overall.
**Stock:** European walnut.
**Sights:** Blade front, three-leaf military rear.
**Features:** Reproduction of the original three-band rifle. Lockplate marked "1861" with eagle and "U.S. Springfield." Metal left in the white. Imported by Euroarms of America.
**Price:** . . . . . . . . . . **$647.00**

**EUROARMS VOLUNTEER TARGET RIFLE**
**Caliber:** .451.
**Barrel:** 33" (two-band), 36" (three-band).
**Weight:** 11 lbs. (two-band). **Length:** 48.75" overall (two-band).
**Stock:** European walnut with checkered wrist and forend.
**Sights:** Hooded bead front, adjustable rear with interchangeable leaves.
**Features:** Alexander Henry-type rifling with 1:20" twist. Color case-hardened hammer and lockplate, brass trigger guard and nose cap, rest blued. Imported by Euroarms of America.
**Price:** Two-band . . . . . . . . . . **$870.00**
**Price:** Three-band . . . . . . . . . . **$935.00**

Gonic GA-87

**Gonic GA-93 Magnum M/L Rifle**
Similar to the GA-87 except has open bolt mechanism, single safety, 22" barrel and comes only in 50-caliber. Stock is black wrinkle-finish wood or gray or brown, standard or thumbhole laminate. Introduced 1993. From Gonic Arms, Inc.
**Price:** Black stock, blue, no sights . . . . . . . . . . **$442.00**
**Price:** As above, stainless . . . . . . . . . . **$521.00**
**Price:** Laminated stock, blue, no sights . . . . . . . . . . **$505.00**
**Price:** As above, stainless . . . . . . . . . . **$597.00**
**Price:** Thumbhole stock, blue, no sights . . . . . . . . . . **$754.00**
**Price:** As above, stainless . . . . . . . . . . **$833.00**
**Price:** Black stock, blue, no sights . . . . . . . . . . **$484.57**
**Price:** As above, stainless . . . . . . . . . . **$563.57**
**Price:** Laminated stock, blue, open sights . . . . . . . . . . **$547.57**
**Price:** As above, stainless . . . . . . . . . . **$642.03**
**Price:** Thumbhole stock, blue, open sights . . . . . . . . . . **$796.57**
**Price:** As above, stainless . . . . . . . . . . **$875.57**

**GONIC GA-87 M/L RIFLE**
**Caliber:** 30, 38, 44, 45, 50, 54, 20-ga.
**Barrel:** 26".
**Weight:** 6 to 6½ lbs. **Length:** 43" overall (Carbine).
**Stock:** American walnut with checkered grip and forend, or laminated stock.
**Sights:** Optional bead front, open or peep rear adjustable for windage and elevation; drilled and tapped for scope bases (included).
**Features:** Closed-breech action with straight-line ignition. Modern trigger mechanism with ambidextrous safety. Satin blue finish on metal, satin stock finish. Introduced 1989. From Gonic Arms, Inc.
**Price:** Standard rifle, no sights . . . . . . . . . . **$547.00**
**Price:** As above, with sights, from . . . . . . . . . . **$595.00**
**Price:** Walnut stock, no sights . . . . . . . . . . **$547.00**
**Price:** Laminated stock, no sights . . . . . . . . . . **$595.00**
**Price:** Walnut stock, open sights . . . . . . . . . . **$593.00**
**Price:** Laminated stock, open sights . . . . . . . . . . **$640.00**
**Price:** Walnut stock, peep sight . . . . . . . . . . **$597.00**
**Price:** Laminated stock, peep sight . . . . . . . . . . **$644.00**

**HATFIELD MOUNTAIN RIFLE**
**Caliber:** 50, 54.
**Barrel:** 32".
**Weight:** 8 lbs. **Length:** 49" overall.
**Stock:** Select American fancy maple. Half-stock with nose cap.
**Sights:** Silver blade front on brass base, fixed buckhorn rear.
**Features:** Traditional leaf spring and fly lock with extra-wide tumbler of 4140 steel. Slow rust brown metal finish. Double-set triggers. From Hatfield Gun Co.
**Price:** . . . . . . . . . . **$950.00**

**HARPER'S FERRY 1803 FLINTLOCK RIFLE**
**Caliber:** 54 or 58.
**Barrel:** 35".
**Weight:** 9 lbs. **Length:** 59½" overall.
**Stock:** Walnut with cheekpiece.
**Sights:** Brass blade front, fixed steel rear.
**Features:** Brass trigger guard, sideplate, buttplate; steel patch box. Imported by Euroarms of America, Navy Arms (54-cal. only).
**Price:** . . . . . . . . . . **$512.00**
**Price:** 54-cal. (Navy Arms) . . . . . . . . . . **$555.00**

Hatfield Squirrel Rifle

**HATFIELD SQUIRREL RIFLE**
**Caliber:** 36, 45, 50.
**Barrel:** 39½", octagon, 32" on half-stock.
**Weight:** 7½ lbs. (32-cal.).
**Stock:** American fancy maple.
**Sights:** Silver blade front, buckhorn rear.
**Features:** Recreation of the traditional squirrel rifle. Available in flint or percussion with brass trigger guard and buttplate. From Hatfield Rifle Works. Introduced 1983.
**Price:** Full stock, percussion, Grade II . . . . . . . . . . **$819.00**
**Price:** As above, flintlock . . . . . . . . . . **$819.00**
**Price:** As above, Grade III, flint or percussion . . . . . . . . . . **$969.00**

**HAWKEN RIFLE**
**Caliber:** 45, 50, 54 or 58.
**Barrel:** 28", blued, 6-groove rifling.
**Weight:** 8¾ lbs. **Length:** 44" overall.
**Stock:** Walnut with cheekpiece.
**Sights:** Blade front, fully adjustable rear.
**Features:** Coil mainspring, double-set triggers, polished brass furniture. From Armsport, Navy Arms, E.M.F.
**Price:** . . . . . . . . . . **$220.00** to **$345.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# BLACKPOWDER MUSKETS & RIFLES

Ithaca-Navy Hawken

**ITHACA-NAVY HAWKEN RIFLE**
**Caliber:** 50.
**Barrel:** 32" octagonal, 1" dia.
**Weight:** About 9 lbs.
**Stocks:** Walnut.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Hooked breech, 1⅞" throw percussion lock. Attached twin thimbles and under-rib. German silver barrel key inlays, Hawken-style toe and buttplates, lock bolt inlays, barrel wedges, entry thimble, trigger guard, ramrod and cleaning jag, nipple and nipple wrench. Introduced 1977. From Navy Arms.
**Price:** Complete, percussion . . . . . **$400.00**
**Price:** Kit, percussion . . . . . **$360.00**

Navy Arms Kentucky

**KENTUCKY FLINTLOCK RIFLE**
**Caliber:** 44, 45, or 50.
**Barrel:** 35".
**Weight:** 7 lbs. **Length:** 50" overall.
**Stock:** Walnut stained, brass fittings.
**Sights:** Fixed.
**Features:** Available in carbine model also, 28" bbl. Some variations in detail, finish. Kits also available from some importers. Imported by Navy Arms, The Armoury.
**Price:** About . . . . . **$217.95** to **$345.00**
**Price:** Flintlock, 45 or 50-cal. (Navy Arms) . . . . . **$345.00**

**Kentucky Percussion Rifle**
Similar to flintlock except percussion lock. Finish and features vary with importer. Imported by Navy Arms, The Armoury, CVA.
**Price:** About . . . . . **$259.95**
**Price:** 45- or 50-cal. (Navy Arms) . . . . . **$330.00**
**Price:** Kit, 50-cal. (CVA) . . . . . **$189.95**

**KENTUCKIAN RIFLE & CARBINE**
**Caliber:** 44.
**Barrel:** 35" (Rifle), 27½" (Carbine).
**Weight:** 7 lbs. (Rifle), 5½ lbs. (Carbine). **Length:** 51" overall (Rifle), 43" (Carbine).
**Stock:** Walnut stain.
**Sights:** Brass blade front, steel V-ramp rear.
**Features:** Octagon barrel, case-hardened and engraved lockplates. Brass furniture. Imported by Dixie Gun Works.
**Price:** Rifle or carbine, flint, about . . . . . **$269.95**
**Price:** As above, percussion, about . . . . . **$259.95**

Knight MK-85

**KNIGHT MK-85 RIFLE**
**Caliber:** 50, 54.
**Barrel:** 24".
**Weight:** 6¾ lbs.
**Stock:** Walnut, laminated or composition.
**Sights:** Hooded blade front on ramp, open adjustable rear.
**Features:** Patented double safety; Sure-Fire in-line percussion ignition; Timney Featherweight adjustable trigger; aluminum ramrod; receiver drilled and tapped for scope bases. Made in U.S. by Modern Muzzleloading, Inc.
**Price:** Hunter, walnut stock . . . . . **$529.95**
**Price:** Stalker, laminated or composition stock . . . . . **$579.95**
**Price:** Predator (stainless steel), laminated or composition stock . . **$649.95**
**Price:** Knight Hawk, blued, composition thumbhole stock . . . . . **$689.95**
**Price:** As above, stainless steel . . . . . **$759.95**

**Knight MK-85 Grand American Rifle**
Similar to the MK-85 Hunter except comes with Shadow Black or Shadow Brown thumbhole stock. Hand-selected barrel and components. Comes with test target, hard gun case. Blue finish.
**Price:** . . . . . **$995.00**
**Price:** As above except in stainless steel . . . . . **$1,095.00**

Knight MK-95 Magnum

**KNIGHT MK-95 MAGNUM ELITE RIFLE**
**Caliber:** 50, 54.
**Barrel:** 24", stainless.
**Weight:** 6¾ lbs.
**Stock:** Composition; black or Realtree All-Purpose camouflage.
**Sights:** Hooded blade front on ramp, open adjustable rear.
**Features:** Enclosed Posi-Fire ignition system uses large rifle primers; Timney Featherweight adjustable trigger; Green Mountain barrel; receiver drilled and tapped for scope bases. Made in U.S. by Modern Muzzleloading, Inc.
**Price:** Black composition stock . . . . . **$783.66**
**Price:** Realtree camouflage composition stock . . . . . **$849.95**

**KNIGHT BK-92 BLACK KNIGHT RIFLE**
**Caliber:** 50, 54.
**Barrel:** 24", blued.
**Weight:** 6½ lbs.
**Stock:** Prolight synthetic coated hardwood or composition.
**Sights:** Blade front on ramp, open adjustable rear.
**Features:** Patented double safety system; removeable breech plug for cleaning; adjustable Accu-Lite trigger; Green Mountain barrel; receiver drilled and tapped for scope bases. Made in U.S. by Modern Muzzleloading, Inc.
**Price:** With Prolight stock . . . . . **$379.95**
**Price:** With composition stock . . . . . **$429.95**

Knight LK-93 Wolverine

**KNIGHT LK-93 WOLVERINE RIFLE**
**Caliber:** 50.
**Barrel:** 22", blued.
**Weight:** 6 lbs.
**Stock:** Black Fiber-Lite synthetic.
**Sights:** Blade front on ramp, open adjustable rear.
**Features:** Patented double safety system; removeable breech plug; Sure-Fire in-line percussion ignition system. Made in U.S. by Modern Muzzleloading, Inc.
**Price:** . . . . . . . . . . **$249.95**
**Price:** LK-93 Legend (as above, hardwood stock) . . . . . **$349.95**

**KODIAK MK. III DOUBLE RIFLE**
**Caliber:** 54x54, 58x58, 50x50.
**Barrel:** 28", 5-groove, 1:48 twist.
**Weight:** 9½ lbs. **Length:** 43¼" overall.
**Stock:** Czechoslovakian walnut, hand-checkered.
**Sights:** Adjustable bead front, adjustable open rear.
**Features:** Hooked breech allows interchangeability of barrels. Comes with sling, swivels, bullet mould and bullet starter. Engraved lockplates, top tang and trigger guard. Locks and top tang polished, rest browned. Introduced 1976. Imported from Italy by Navy Arms.
**Price:** 50-, 54-, 58-cal. SxS . . . . . . . . . . **$650.00**
**Price:** Spare barrels, all calibers . . . . . . . . . . **$395.50**
**Price:** Spare barrels, 12-ga.x12-ga. . . . . . . . . . . **$295.50**

**LONDON ARMORY 2-BAND 1858 ENFIELD**
**Caliber:** .577" Minie, .575" round ball.
**Barrel:** 33".
**Weight:** 10 lbs. **Length:** 49" overall.
**Stock:** Walnut.
**Sights:** Folding leaf rear adjustable for elevation.
**Features:** Blued barrel, color case-hardened lock and hammer, polished brass buttplate, trigger guard, nosecap. From Navy Arms, Euroarms of America, Dixie Gun Works.
**Price:** . . . . . . . . . . **$385.00** to **$531.00**
**Price:** Assembled kit (Euroarms of America) . . . . . **$481.00**

London Armory 1861

**LONDON ARMORY 1861 ENFIELD MUSKETOON**
**Caliber:** 58, Minie ball.
**Barrel:** 24", round.
**Weight:** 7-7½ lbs. **Length:** 40½" overall.
**Stock:** Walnut, with sling swivels.
**Sights:** Blade front, graduated military-leaf rear.
**Features:** Brass trigger guard, nose cap, buttplate; blued barrel, bands, lockplate, swivels. Imported by Euroarms of America, Navy Arms.
**Price:** . . . . . . . . . . **$300.00** to **$496.00**
**Price:** Kit . . . . . . . . . . **$448.00**

**LONDON ARMORY 3-BAND 1853 ENFIELD**
**Caliber:** 58 (.577" Minie, .575" round ball, .580" maxi ball).
**Barrel:** 39".
**Weight:** 9½ lbs. **Length:** 54" overall.
**Stock:** European walnut.
**Sights:** Inverted "V" front, traditional Enfield folding ladder rear.
**Features:** Recreation of the famed London Armory Company Pattern 1853 Enfield Musket. One-piece walnut stock, brass buttplate, trigger guard and nose cap. Lockplate marked "London Armoury Co." and with a British crown. Blued Baddeley barrel bands. From Dixie Gun Works, Euroarms of America, Navy Arms.
**Price:** About . . . . . . . . . . **$350.00** to **$565.00**
**Price:** Assembled kit (Dixie, Euroarms of America) . . . **$425.00** to **$504.00**

Lyman Great Plains

**LYMAN GREAT PLAINS RIFLE**
**Caliber:** 50- or 54-cal.
**Barrel:** 32", 1:66 twist.
**Weight:** 9 lbs.
**Stock:** Walnut.
**Sights:** Steel blade front, buckhorn rear adjustable for windage and elevation and fixed notch primitive sight included.
**Features:** Blued steel furniture. Stainless steel nipple. Coil spring lock, Hawken-style trigger guard and double-set triggers. Round thimbles recessed and sweated into rib. Steel wedge plates and toe plate. Introduced 1979. From Lyman.
**Price:** Percussion . . . . . . . . . . **$409.95**
**Price:** Flintlock . . . . . . . . . . **$439.95**
**Price:** Percussion kit . . . . . . . . . . **$329.95**
**Price:** Flintlock kit . . . . . . . . . . **$359.95**
**Price:** Left-hand percussion . . . . . . . . . . **$409.95**
**Price:** Left-hand flintlock . . . . . . . . . . **$439.95**

Consult our Directory pages for the location of firms mentioned.

**LYMAN DEERSTALKER RIFLE**
**Caliber:** 50, 54.
**Barrel:** 24", octagonal; 1:48 rifling.
**Weight:** 7½ lbs.
**Stock:** Walnut with black rubber buttpad.
**Sights:** Lyman #37MA beaded front, fully adjustable fold-down Lyman #16A rear.
**Features:** Stock has less drop for quick sighting. All metal parts are blackened, with color case-hardened lock; single trigger. Comes with sling and swivels. Available in flint or percussion. Introduced 1990. From Lyman.
**Price:** 50- or 54-cal., percussion . . . . . . . . . . **$304.95**
**Price:** 50- or 54-cal., flintlock . . . . . . . . . . **$324.95**
**Price:** 50- or 54-cal., percussion, left-hand . . . . . . . . . . **$304.95**
**Price:** 50-cal., flintlock, left-hand . . . . . . . . . . **$324.95**

**Lyman Deerstalker Custom Carbine**
Similar to the Deerstalker rifle except in 50-caliber only with 21" stepped octagon barrel; 1:24 twist for optimum performance with conical projectiles. Comes with Lyman 37MA front sight, Lyman 16A folding rear. Weighs 6¾ lbs., measures 38½" overall. Percussion or flintlock. Comes with Delrin ramrod, modern sling and swivels. Introduced 1991.
**Price:** Percussion . . . . . . . . . . **$314.95**
**Price:** Flintlock . . . . . . . . . . **$339.95**
**Price:** Percussion, left-hand . . . . . . . . . . **$314.95**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

Lyman Trade Rifle

**LYMAN TRADE RIFLE**
**Caliber:** 50 or 54.
**Barrel:** 28" octagon, 1:48 twist.
**Weight:** 8¾ lbs. **Length:** 45" overall.
**Stock:** European walnut.
**Sights:** Blade front, open rear adjustable for windage or optional fixed sights.
**Features:** Fast twist rifling for conical bullets. Polished brass furniture with blue steel parts, stainless steel nipple. Hook breech, single trigger, coil spring percussion lock. Steel barrel rib and ramrod ferrules. Introduced 1980. From Lyman.
**Price:** Percussion . . . . . $289.95
**Price:** Kit, percussion . . . . . $249.95
**Price:** Flintlock . . . . . $319.95
**Price:** Kit, flintlock . . . . . $284.95

Mowrey Squirrel Rifle

**MOWREY SQUIRREL RIFLE**
**Caliber:** 32, 36 or 45.
**Barrel:** 28"; $^{13}/_{16}$" flats; 1:66" twist.
**Weight:** About 7.5 lbs. **Length:** 43" overall.
**Stock:** Curly maple; crescent buttplate.
**Sights:** German silver blade front, semi-buckhorn rear.
**Features:** Brass or steel boxlock action; cut-rifled barrel. Steel rifles have browned finish, brass have browned barrel. Adjustable sear and trigger pull. Made in U.S. by Mowrey Gun Works.
**Price:** Brass or steel . . . . . $350.00
**Price:** Kit . . . . . $300.00

**Mowrey 1 N 30 Conical Rifle**
Similar to the Squirrel Rifle except in steel frame only, 45-, 50- or 54-caliber. Has special 1:24" twist barrel for conical- and sabot-style bullets. The 50- and 54-caliber barrels have 1" flats.
**Price:** . . . . . $350.00
**Price:** Kit . . . . . $300.00

**Mowrey Silhouette Rifle**
Similar to the Squirrel Rifle except in 40-caliber with 32" barrel. Available in brass or steel frame.
**Price:** Brass frame . . . . . $350.00
**Price:** Steel frame . . . . . $350.00
**Price:** Kit, brass or steel . . . . . $300.00

**Mowrey Plains Rifle**
Similar to the Squirrel Rifle except in 50- or 54-caliber with 32" barrel. Available in brass or steel frame.
**Price:** Brass frame . . . . . $350.00
**Price:** Steel frame . . . . . $350.00
**Price:** Rocky Mountain Hunter (as above except 28" bbl.), brass . . $350.00
**Price:** As above, steel frame . . . . . $350.00
**Price:** All above in kit form . . . . . $300.00

Navy Arms J.P. Murray

**NAVY ARMS 1777 CHARLEVILLE MUSKET**
**Caliber:** 69.
**Barrel:** 44⅝".
**Weight:** 10 lbs., 4 oz. **Length:** 59¾" overall.
**Stock:** Walnut.
**Sights:** Brass blade front.
**Features:** Exact copy of the musket used in the French Revolution. All steel is polished, in the white. Brass flashpan. Introduced 1991. Imported by Navy Arms.
**Price:** . . . . . $690.00
**Price:** 1816 M.T. Wickham Musket . . . . . $690.00

**J.P. MURRAY 1862-1864 CAVALRY CARBINE**
**Caliber:** 58 (.577" Minie).
**Barrel:** 23".
**Weight:** 7 lbs., 9 oz. **Length:** 39" overall.
**Stock:** Walnut.
**Sights:** Blade front, rear drift adjustable for windage.
**Features:** Browned barrel, color case-hardened lock, blued swivel and band springs, polished brass buttplate, trigger guard, barrel bands. From Navy Arms, Euroarms of America.
**Price:** . . . . . $300.00 to $459.95

Navy Arms Berdan

**NAVY ARMS 1863 SHARPS CAVALRY CARBINE**
**Caliber:** 54.
**Barrel:** 22".
**Weight:** 7¾ lbs. **Length:** 39" overall.
**Stock:** Walnut.
**Sights:** Blade front, military ladder-type rear.
**Features:** Color case-hardened action, blued barrel. Has saddle ring. Introduced 1991. Imported from Navy Arms.
**Price:** . . . . . $750.00

**NAVY ARMS BERDAN 1859 SHARPS RIFLE**
**Caliber:** 54.
**Barrel:** 30".
**Weight:** 8 lbs., 8 oz. **Length:** 46¾" overall.
**Stock:** Walnut.
**Sights:** Blade front, folding military ladder-type rear.
**Features:** Replica of the Union sniper rifle used by Berdan's 1st and 2nd Sharpshooter regiments. Color case-hardened receiver, patch box, furniture. Double-set triggers. Imported by Navy Arms.
**Price:** . . . . . $895.00
**Price:** *1859 Sharps Infantry Rifle (three-band)* . . . . . $850.00

Navy Arms 1863

**NAVY ARMS 1862 C.S. RICHMOND RIFLE**
**Caliber:** 58.
**Barrel:** 40".
**Weight:** 10 lbs. **Length:** NA.
**Stock:** Walnut.
**Sights:** Blade front, adjustable rear.
**Features:** Copy of the three-band rifle musket made at Richmond Armory for the Confederacy. All steel polished bright. Imported by Navy Arms, Euroarms.
**Price:** . . . . . . . . $550.00
**Price:**From Euroarms . . . . . . . . $647.15

**NAVY ARMS 1863 SPRINGFIELD**
**Caliber:** 58, uses .575" Minie.
**Barrel:** 40", rifled.
**Weight:** 9½ lbs. **Length:** 56" overall.
**Stock:** Walnut.
**Sights:** Open rear adjustable for elevation.
**Features:** Full-size three-band musket. Polished bright metal, including lock. From Navy Arms.
**Price:** Finished rifle . . . . . . . . $550.00
**Price:** Kit . . . . . . . . $450.00

Navy Arms Mortimer Match

**NAVY ARMS MORTIMER FLINTLOCK RIFLE**
**Caliber:** 54.
**Barrel:** 36".
**Weight:** 9 lbs. **Length:** 52¼" overall.
**Stock:** Checkered walnut.
**Sights:** Bead front, rear adjustable for windage.
**Features:** Waterproof pan, roller frizzen; sling swivels; browned barrel; external safety. Introduced 1991. Imported by Navy Arms.
**Price:** . . . . . . . . $690.00
**Price:** Mortimer Match Rifle (hooded globe front sight, fully adjustable target aperture rear, color case-hardened lock) . . . . . . . . $850.00

Navy Arms Pennsylvania

**NAVY ARMS PENNSYLVANIA LONG RIFLE**
**Caliber:** 32, 45.
**Barrel:** 40½".
**Weight:** 7½ lbs. **Length:** 56½" overall.
**Stock:** Walnut.
**Sights:** Blade front, fully adjustable rear.
**Features:** Browned barrel, brass furniture, polished lock with double-set triggers. Introduced 1991. Imported by Navy Arms.
**Price:** Percussion . . . . . . . . $395.00
**Price:** Flintlock . . . . . . . . $410.00

Navy Arms Smith Carbine

**NAVY ARMS SMITH CARBINE**
**Caliber:** 50.
**Barrel:** 21½".
**Weight:** 7¾ lbs. **Length:** 39" overall.
**Stock:** American walnut.
**Sights:** Brass blade front, folding ladder-type rear.
**Features:** Replica of the breech-loading Civil War carbine. Color case-hardened receiver, rest blued. Cavalry model has saddle ring and bar, Artillery model has sling swivels. Introduced 1991. Imported by Navy Arms.
**Price:** Cavalry model . . . . . . . . $600.00
**Price:** Artillery model . . . . . . . . $600.00

Parker-Hale 1853

**PARKER-HALE ENFIELD PATTERN 1858 NAVAL RIFLE**
**Caliber:** .577".
**Barrel:** 33".
**Weight:** 8½ lbs. **Length:** 48½" overall.
**Stock:** European walnut.
**Sights:** Blade front, step adjustable rear.
**Features:** Two-band Enfield percussion rifle with heavy barrel. Five-groove progressive depth rifling, solid brass furniture. All parts made exactly to original patterns. Made by Gibbs Rifle Co., distributed by Navy Arms.
**Price:** . . . . . . . . $550.00

**PARKER-HALE ENFIELD 1853 MUSKET**
**Caliber:** .577".
**Barrel:** 39", 3-groove cold-forged rifling.
**Weight:** About 9 lbs. **Length:** 55" overall.
**Stock:** Seasoned walnut.
**Sights:** Fixed front, rear step adjustable for elevation.
**Features:** Three-band musket made to original specs from original gauges. Solid brass stock furniture, color hardened lockplate, hammer; blued barrel, trigger. Made by Gibbs Rifle Co., distributed by Navy Arms.
**Price:** . . . . . . . . $585.00

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

# BLACKPOWDER MUSKETS & RIFLES

Parker-Hale Whitworth

**Parker-Hale Limited Edition Whitworth Sniping Rifle**
Same as the Parker-Hale Whitworth Military Target Rifle except has replica of the Model 1860 brass telescope sight in fully adjustable mount. Made by Gibbs Rifle Co., distributed by Navy Arms.
**Price:** . . . . . . . . . . **$995.00**

**PARKER-HALE ENFIELD 1861 MUSKETOON**
**Caliber:** 58.
**Barrel:** 24".
**Weight:** 7 lbs. **Length:** 40½" overall.
**Stock:** Walnut.
**Sights:** Fixed front, adjustable rear.
**Features:** Percussion muzzleloader, made to original 1861 English patterns. Made by Gibbs Rifle Co., distributed by Navy Arms.
**Price:** . . . . . . . . . . **$450.00**

**PENNSYLVANIA FULL-STOCK RIFLE**
**Caliber:** 45 or 50.
**Barrel:** 32" rifled, 15/16" dia.
**Weight:** 8½ lbs.
**Stock:** Walnut.

**PARKER-HALE WHITWORTH MILITARY TARGET RIFLE**
**Caliber:** 45.
**Barrel:** 36".
**Weight:** 9¼ lbs. **Length:** 52½" overall.
**Stock:** Walnut. Checkered at wrist and forend.
**Sights:** Hooded post front, open step-adjustable rear.
**Features:** Faithful reproduction of the Whitworth rifle, only bored for 45-cal. Trigger has a detented lock, capable of being adjusted very finely without risk of the sear nose catching on the half-cock bent and damaging both parts. Introduced 1978. Made by Gibbs Rifle Co., distributed by Navy Arms.
**Price:** . . . . . . . . . . **$815.00**

**PARKER-HALE VOLUNTEER RIFLE**
**Caliber:** .451".
**Barrel:** 32".
**Weight:** 9½ lbs. **Length:** 49" overall.
**Stock:** Walnut, checkered wrist and forend.
**Sights:** Globe front, adjustable ladder-type rear.
**Features:** Recreation of the type of gun issued to volunteer regiments during the 1860s. Rigby-pattern rifling, patent breech, detented lock. Stock is glass bedded for accuracy. Made by Gibbs Rifle Co., distributed by Navy Arms.
**Price:** . . . . . . . . . . **$750.00**
**Price:** Three-band Volunteer . . . . . . . . . . **$815.00**

**Sights:** Fixed.
**Features:** Available in flint or percussion. Blued lock and barrel, brass furniture. Offered complete or in kit form. From The Armoury.
**Price:** Flint . . . . . . . . . . **$250.00**
**Price:** Percussion . . . . . . . . . . **$225.00**

C.S. Richmond

**ROBERTS 98 MAUSER MUZZLE LOADER**
**Caliber:** 45, 50, 54.
**Barrel:** 26".
**Weight:** 8 lbs. **Length:** 46" overall.
**Stock:** Walnut-finished hardwood.
**Sights:** *None furnished; comes with Weaver-style one-piece scope mount.*
**Features:** Uses 98 Mauser bolt action. Wilson #3 tapered barrel; Mark II low profile safety. Announced 1993. Made in U.S. Available from Sile Distributors.
**Price:** About . . . . . . . . . . **$336.00**

**C.S. RICHMOND 1863 MUSKET**
**Caliber:** 58.
**Barrel:** 40".
**Weight:** 11 lbs. **Length:** 56¼" overall.
**Stock:** European walnut with oil finish.
**Sights:** Blade front, adjustable folding leaf rear.
**Features:** *Reproduction of the three-band Civil War musket. Sling swivels* attached to trigger guard and middle barrel band. Lock plate marked "1863" and "C.S. Richmond." All metal left in the white. Brass buttplate and forend cap. Imported by Euroarms of America.
**Price:** . . . . . . . . . . **$647.00**

Navy Arms Brown Bess Carbine

**SECOND MODEL BROWN BESS MUSKET**
**Caliber:** 75, uses .735" round ball.
**Barrel:** 42", smoothbore.
**Weight:** 9½ lbs. **Length:** 59" overall.

**Stock:** Walnut (Navy); walnut-stained hardwood (Dixie).
**Sights:** Fixed.
**Features:** Polished barrel and lock with brass trigger guard and buttplate. *Bayonet and scabbard available. From Navy Arms, Dixie Gun Works.*
**Price:** Finished . . . . . . . . . . **$475.00** to **$850.00**
**Price:** Kit (Dixie Gun Works, Navy Arms) . . . . . . . . . . **$495.00** to **$510.00**
**Price:** Carbine (Navy Arms) . . . . . . . . . . **$675.00**

T/C Big Boar

**THOMPSON/CENTER BIG BOAR RIFLE**
**Caliber:** 58.

**Barrel:** 26" octagon; 1:48 twist.
**Weight:** 7¾ lbs. **Length:** 42½" overall.
**Stock:** American black walnut; rubber buttpad; swivels.
**Sights:** Bead front, fullt adjustable open rear.
**Features:** Percussion lock; single trigger with wide bow trigger guard. Comes with soft leather sling. Introduced 1991. From Thompson/Center.
**Price:** . . . . . . . . . . **$355.00**

T/C Hawken

**THOMPSON/CENTER HAWKEN RIFLE**
**Caliber:** 45, 50 or 54.
**Barrel:** 28" octagon, hooked breech.
**Stock:** American walnut.
**Sights:** Blade front, rear adjustable for windage and elevation.
**Features:** Solid brass furniture, double-set triggers, button rifled barrel, coil-type mainspring. From Thompson/Center.
**Price:** Percussion model (45-, 50- or 54-cal.) . . . . . . . . . . . . . **$395.00**
**Price:** Flintlock model (50-cal.) . . . . . . . . . . . . . . . . . . . . . **$405.00**
**Price:** Percussion kit . . . . . . . . . . . . . . . . . . . . . . . . . **$290.00**
**Price:** Flintlock kit . . . . . . . . . . . . . . . . . . . . . . . . . . **$310.00**

**Thompson/Center Hawken Custom Rifle**
Same as the standard Hawken except has select grade American walnut stock; barrel and all hardware polished to a high luster and deeply blued. Does not have patch box in stock. From Thompson/Center Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$475.00**

**THOMPSON/CENTER NEW ENGLANDER RIFLE**
**Caliber:** 50, 54.
**Barrel:** 28", round.
**Weight:** 7 lbs., 15 oz.
**Stock:** American walnut or Rynite.
**Sights:** Open, adjustable.
**Features:** Color case-hardened percussion lock with engraving, rest blued. Also accepts 12-ga. shotgun barrel. Introduced 1987. From Thompson/Center.
**Price:** Right-hand model . . . . . . . . . . . . . . . . . . . . . . **$285.00**
**Price:** As above, Rynite stock . . . . . . . . . . . . . . . . . . . **$270.00**
**Price:** Left-hand model . . . . . . . . . . . . . . . . . . . . . . . **$305.00**
**Price:** Accessory 12-ga. barrel, right-hand . . . . . . . . . . . . . **$160.00**

**THOMPSON/CENTER GREY HAWK PERCUSSION RIFLE**
**Caliber:** 50, 54.
**Barrel:** 24"; 1:48" twist.
**Weight:** 7 lbs. **Length:** 41" overall.
**Stock:** Black Rynite with rubber recoil pad.
**Sights:** Bead front, fully adjustable open hunting rear.
**Features:** Stainless steel barrel, lock, hammer, trigger guard, thimbles; blued sights. Percussion only. Introduced 1993. From Thompson/Center Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$310.00**

T/C Pennsylvania Hunter

**THOMPSON/CENTER PENNSYLVANIA HUNTER RIFLE**
**Caliber:** 50.
**Barrel:** 31", half-octagon, half-round.
**Weight:** About 7½ lbs. **Length:** 48" overall.
**Stock:** Black walnut.
**Sights:** Open, adjustable.
**Features:** Rifled 1:66 for round ball shooting. Available in flintlock or percussion. From Thompson/Center.
**Price:** Percussion . . . . . . . . . . . . . . . . . . . . . . . . . . **$340.00**
**Price:** Flintlock . . . . . . . . . . . . . . . . . . . . . . . . . . . **$355.00**

**Thompson/Center Pennsylvania Hunter Carbine**
Similar to the Pennsylvania Hunter except has 21" barrel, weighs 6.5 lbs., and has an overall length of 38". Designed for shooting patched round balls. Available in percussion or flintlock styles. Introduced 1992. From Thompson/Center.
**Price:** Percussion . . . . . . . . . . . . . . . . . . . . . . . . . . **$330.00**
**Price:** Flintlock . . . . . . . . . . . . . . . . . . . . . . . . . . . **$345.00**

**THOMPSON/CENTER RENEGADE RIFLE**
**Caliber:** 50 and 54.
**Barrel:** 26", 1" across the flats.
**Weight:** 8 lbs.
**Stock:** American walnut.
**Sights:** Open hunting (Patridge) style, fully adjustable for windage and elevation.
**Features:** Coil spring lock, double-set triggers, blued steel trim. From Thompson/Center.
**Price:** Percussion model . . . . . . . . . . . . . . . . . . . . . . . **$350.00**
**Price:** Flintlock model, 50-cal. only . . . . . . . . . . . . . . . . . **$360.00**
**Price:** Percussion kit . . . . . . . . . . . . . . . . . . . . . . . . . **$258.00**
**Price:** Flintlock kit . . . . . . . . . . . . . . . . . . . . . . . . . . **$258.00**
**Price:** Left-hand percussion, 50- or 54-cal. . . . . . . . . . . . . . . **$360.00**

**Thompson/Center Renegade Hunter**
Similar to standard Renegade except has single trigger in a large-bow shotgun-style trigger guard, no brass trim. Available in 50- or 54-caliber. Color case-hardened lock, rest blued. Introduced 1987. From Thompson/Center.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$325.00**

T/C Thunder Hawk

**THOMPSON/CENTER SCOUT RIFLE**
**Caliber:** 50 and 54.
**Barrel:** 21", interchangeable, 1:20 twist.
**Weight:** 7 lbs., 4 oz. **Length:** 38⅝" overall.
**Stocks:** American black walnut stock and forend.
**Sights:** Bead front, adjustable semi-buckhorn rear.
**Features:** Patented in-line ignition system with special vented breech plug. Patented trigger mechanism consists of only two moving parts. Interchangeable barrels. Wide grooved hammer. Brass trigger guard assembly, brass barrel band and buttplate. Ramrod has blued hardware. Comes with q.d. swivels and suede leather carrying sling. Drilled and tapped for standard scope mounts. Introduced 1990. From Thompson/Center.
**Price:** 50- or 54-cal. . . . . . . . . . . . . . . . . . . . . . . . . . **$415.00**
**Price:** With black Rynite stock . . . . . . . . . . . . . . . . . . . . **$325.00**
**Price:** Extra barrel, 50- or 54-cal. . . . . . . . . . . . . . . . . . . **$165.00**

**THOMPSON/CENTER THUNDER HAWK RIFLE**
**Caliber:** 50, 54.
**Barrel:** 21"; 1:38" twist.
**Weight:** 6.75 lbs. Length: 38.75" overall.
**Stock:** American walnut or black Rynite with rubber recoil pad.
**Sights:** Bead on ramp front, adjustable leaf rear.
**Features:** Uses modern in-line ignition system, adjustable trigger. Knurled striker handle indicators for Safe and Fire. Black wood ramrod, Drilled and tapped for T/C scope mounts. Introduced 1993. From Thompson/Center Arms.
**Price:** Blue, walnut stock . . . . . . . . . . . . . . . . . . . . . . **$290.00**
**Price:** SST, Rynite stock . . . . . . . . . . . . . . . . . . . . . . . **$290.00**

**CAUTION:** PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## BLACKPOWDER MUSKETS & RIFLES

T/C White Mountain

### THOMPSON/CENTER WHITE MOUNTAIN CARBINE

**Caliber:** 50, 54.
**Barrel:** 21", half-octagon, half-round.
**Weight:** 6½ lbs. **Length:** 38" overall.
**Stock:** American black walnut.
**Sights:** *Open hunting (Patridge) style, fully adjustable rear.*
**Features:** Percussion or flintlock. Single trigger, large trigger guard; rubber buttpad; rear q.d. swivel, front swivel mounted on thimble; comes with sling. Introduced 1989. From Thompson/Center.
**Price:** Percussion . . . . . . . . . . . . **$350.00**

Traditions Buckskinner

### TRADITIONS DEERHUNTER RIFLE

**Caliber:** 50.
**Barrel:** 26", octagonal, 15/16" flats; 1:48" or 1:66" twist.
**Weight:** 5 lbs., 14 oz. **Length:** 39¼" overall.
**Stock:** Stained beech with rubber buttpad, sling swivels.
**Sights:** Blade front, rear adjustable for windage.
**Features:** Flint or percussion with color case-hardened lock. Hooked breech, oversized trigger guard, blackened furniture, wood ramrod. Imported by Traditions, Inc.
**Price:** Percussion, 1:48" twist . . . . . . . . . . **$165.00**
**Price:** Flintlock, 1:66" twist . . . . . . . . . . **$182.00**
**Price:** Percussion kit . . . . . . . . . . **$149.00**

### TRADITIONS BUCKSKINNER CARBINE

**Caliber:** 50.
**Barrel:** 21", 15/16" flats, half octagon, half round.
**Weight:** 6 lbs. **Length:** 36¼" overall.
**Stock:** Beech or black laminated.
**Sights:** Beaded blade front, hunting-style open rear click adjustable for windage and elevation.
**Features:** Uses V-type mainspring, single trigger. Non-glare hardware. Comes with leather sling. From Traditions, Inc.
**Price:** Flintlock . . . . . . . . . . **$290.00**
**Price:** Flintlock, laminated stock . . . . . . . . . . **$337.00**
**Price:** Percussion . . . . . . . . . . **$274.00**
**Price:** Percussion, laminated stock . . . . . . . . . . **$320.00**
**Price:** Percussion, left-hand . . . . . . . . . . **$290.00**

Traditions Frontier

### Traditions Frontier Carbine

Similar to the Frontier Rifle except has 24" barrel, is 40½" overall, weighs 6½ lbs. Available in 50-caliber percussion only. From Traditions, Inc.
**Price:** . . . . . . . . . . **$254.00**

### TRADITIONS FRONTIER SCOUT RIFLE

**Caliber:** 36, 45, 50.
**Barrel:** 24" (36-cal.), 26" (45, 50); ⅞" flats.
**Weight:** 6 lbs. **Length:** 39⅛" overall (24" barrel).
**Stock:** Beech.
**Sights:** Blade Front, primitive-style adjustable rear.
**Features:** Scaled-down version of the Frontier rifle for smaller shooters. Percussion only. Color case-hardened lock plate. From Traditions, Inc.
**Price:** . . . . . . . . . . **$232.00**

### TRADITIONS FRONTIER RIFLE

**Caliber:** 45, 50.
**Barrel:** 28", 15/16" flats.
**Weight:** 8 lbs. **Length:** 44¾" overall.
**Stock:** Beech.
**Sights:** Beaded blade front, hunting-style rear click adjustable for windage and elevation.
**Features:** Adjustable sear engagement with fly and bridle, V-type mainspring; double-set triggers. Brass furniture. From Traditions, Inc.
**Price:** Percussion . . . . . . . . . . **$254.00**
**Price:** Flintlock . . . . . . . . . . **$274.00**
**Price:** Kit, 50-caliber percussion . . . . . . . . . . **$165.00**

### TRADITIONS HAWKEN RIFLE

**Caliber:** 50, 54.
**Barrel:** 32¼"; 1" flats.
**Weight:** 9 lbs. **Length:** 50" overall.
**Stock:** Walnut with cheekpiece.
**Sights:** Hunting style, click adjustable for windage and elevation.
**Features:** Fiberglass ramrod, double-set triggers, polished brass furniture. From Traditions, Inc.
**Price:** Percussion . . . . . . . . . . **$412.00**

Traditions Pennsylvania

### TRADITIONS PENNSYLVANIA RIFLE

**Caliber:** 45, 50.
**Barrel:** 40¼", ⅞" flats.
**Weight:** 9 lbs. **Length:** 57½" overall.
**Stock:** Walnut.
**Sights:** Blade front, adjustable rear.
**Features:** Brass patchbox and ornamentation. Double-set triggers. From Traditions, Inc.
**Price:** Flintlock . . . . . . . . . . **$495.00**
**Price:** Percussion . . . . . . . . . . **$467.00**

### TRADITIONS HAWKEN WOODSMAN RIFLE

**Caliber:** 50 and 54.
**Barrel:** 28"; 15/16" flats.
**Weight:** 7 lbs. **Length:** 45.75" overall.
**Stock:** Walnut-stained hardwood.
**Sights:** Beaded blade front, hunting-style open rear adjustable for windage and elevation.
**Features:** Percussion only. Brass patchbox and furniture. Double triggers. From Traditions, Inc.
**Price:** 50 or 54 . . . . . . . . . . **$292.00**
**Price:** 50-cal., left-hand . . . . . . . . . . **$309.00**
**Price:** Kit . . . . . . . . . . **$210.00**

# BLACKPOWDER MUSKETS & RIFLES

### TRADITIONS PIONEER RIFLE/CARBINE

**Caliber:** 50, 54.
**Barrel:** 27¼"; 15/16" flats.
**Weight:** 7 lbs. **Length:** 44" overall.
**Stock:** Beech with pistol grip, recoil pad.
**Sights:** German silver blade front, buckhorn rear with elevation ramp.
**Features:** V-type mainspring, adjustable single trigger; blackened furniture; color case-hardened lock; large trigger guard. From Traditions, Inc.
**Price:** Percussion only, rifle . . . . . . . . **$227.00**
**Price:** Carbine. 24" barrel, 50-cal. only . . . . . . . . **$227.00**

### TRADITIONS T93 CUSTOM IN-LINE RIFLE, CARBINE

**Caliber:** 50.
**Barrel:** 21", 28", round.
**Weight:** 7 lbs., 14 oz. (rifle). **Length:** 44¼" overall (rifle).
**Stock:** Stained beech.
**Sights:** Beaded blade front, click adjustable rear.
**Features:** Closed breech in-line percussion action, ambidextrous and half-cock safety. Comes with blackened furniture, swivel studs, unbreakable ramrod, oversized trigger guard. Polished blue finish. From Traditions, Inc.
**Price:** Rifle or carbine . . . . . . . . **$432.00**

### TRADITIONS WHITETAIL SERIES RIFLES

**Caliber:** 50, 54 (percussion only).
**Barrel:** 21", 26", 15/16" flats.
**Weight:** 5 lbs., 14 oz. (rifle). **Length:** 39¼" overall (rifle).
**Stock:** Walnut-stained hardwood, rubber recoil pad; or synthetic.
**Sights:** Beaded blade front with flourescent dot, fully adjustable hunting-style rear.
**Features:** Flint or percussion. Color case-hardened, engraved lock with V-type mainspring, offset hammer. Barrel drilled and tapped for scope mounting (percussion only). Oversized trigger guard, sling swivels, blackened furniture, inletted wedge plates. Imported by Traditions, Inc.
**Price:** Flintlock, wood stock, rifle or carbine . . . . . . . . **$274.00**
**Price:** Flintlock, synthetic stock, stainless barrel . . . . . . . . **$337.00**
**Price:** Percussion, wood stock, 50 or 54 . . . . . . . . **$257.00**
**Price:** As above, synthetic stock . . . . . . . . **$290.00**
**Price:** Carbine, percussion, wood stock . . . . . . . . **$257.00**
**Price:** As above, synthetic stock . . . . . . . . **$290.00**
**Price:** Carbine, percussion, synthetic stock, stainless barrel . . . . . **$320.00**

Navy Arms Tryon

### TRYON TRAILBLAZER RIFLE

**Caliber:** 50, 54.
**Barrel:** 28", 30".
**Weight:** 9 lbs. **Length:** 48" overall.
**Stock:** European walnut with cheekpiece.
**Sights:** Blade front, semi-buckhorn rear.
**Features:** Reproduction of a rifle made by George Tryon about 1820. Double-set triggers, back action lock, hooked breech with long tang. From Armsport.
**Price:** About . . . . . . . . **$825.00**

### Navy Arms Tryon Creedmoor Target Model

Similar to the standard Tryon rifle except 45-caliber only, 33" octagon barrel, globe front sight with inserts, fully adjustable match rear. Has double-set triggers, sling swivels. Imported by Navy Arms.
**Price:** . . . . . . . . **$680.00**

Ultra Light Model 90

### ULTRA LIGHT ARMS MODEL 90 MUZZLELOADER

**Caliber:** 45, 50.
**Barrel:** 28", button rifled; 1:48 twist.
**Weight:** 6 lbs.
**Stock:** Kevlar/graphite, colors optional.
**Sights:** Hooded blade front on ramp, Williams aperture rear adjustable for windage and elevation.
**Features:** In-line ignition system with top loading port. Timney trigger; integral side safety. Comes with recoil pad, sling swivels and hard case. Introduced 1990. Made in U.S. by Ultra Light Arms.
**Price:** . . . . . . . . **$950.00**

### UBERTI SANTA FE HAWKEN RIFLE

**Caliber:** 50 or 54.
**Barrel:** 32", octagonal.
**Weight:** 9.8 lbs. **Length:** 50" overall.
**Stock:** Walnut, with beavertail cheekpiece.
**Sights:** German silver blade front, buckhorn rear.
**Features:** Browned finish, color case-hardened lock, double triggers, German silver ferrule, wedge plates. Imported by Uberti USA.
**Price:** . . . . . . . . **$495.00**

White Systems Whitetail

### WHITE SYSTEMS WHITETAIL RIFLE

**Caliber:** 41, 45 or 50.
**Barrel:** 22".
**Weight:** 6.5 lbs. **Length:** 39.5" overall.
**Stock:** Black composite; classic style; recoil pad, swivel studs.
**Sights:** Bead front on ramp, fully adjustable open rear.
**Features:** Insta-Fire straight-line ignition; action and trigger safeties; adjustable trigger; stainless steel. Introduced 1992. Made in U.S. by White Systems, Inc.
**Price:** Blue, composite stock . . . . . . . . **$399.00**
**Price:** Stainless, composite stock . . . . . . . . **$499.00**

### White Systems Bison Blackpowder Rifle

Similar to the blued Whitetail model except in 50-caliber (1:24" twist) or 54-caliber (1:28" twist) with 22" ball barrel. Uses Insta-Fire in-line percussion system, double safety. Adjustable sight, black-finished hardwood stock, matte blue metal finish, Delron ramrod, swivel studs. Drilled and tapped for scope mounting. Weighs 7¼ lbs. Introduced 1993. From White Systems, Inc.
**Price:** . . . . . . . . **$299.00**

### WHITE SYSTEMS SPORTING RIFLE

**Caliber:** 41, 45, 50.
**Barrel:** 26".
**Weight:** 8¾ lbs. **Length:** NA.
**Stock:** Figured crotchwood fiber composite.
**Sights:** Bead front on ramp, fully adjustable open rear.
**Features:** Traditional sidelock action; Delron ramrod; swivel studs; matte blue finish. Introduced 1994. From White Systems, Inc.
**Price:** . . . . . . . . **$699.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.

## BLACKPOWDER MUSKETS & RIFLES

White Systems Super 91

**WHITE SYSTEMS SUPER 91 BLACKPOWDER RIFLE**
**Caliber:** 41, 45 or 50.
**Barrel:** 26".
**Weight:** 7½ lbs. **Length:** 43.5" overall.
**Stock:** *Black laminate or black composite; recoil pad, swivel studs.*
**Sights:** Bead front on ramp, fully adjustable open rear.
**Features:** Insta-Fire straight-line ignition system; all stainless steel construction; side-swing safety; fully adjustable trigger; full barrel under-rib with two ramrod thimbles. Introduced 1991. Made in U.S. by White Systems, Inc.
**Price:** Blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$599.00**
**Price:** Stainless . . . . . . . . . . . . . . . . . . . . . . . . . . . **$699.00**

**White Systems Super Safari Rifle**
Same as the stainless Super 91 except has Mannlicher-style stock of black composite. *Introduced 1993. From White Systems, Inc.*
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$799.00**

Navy Arms 1841 Mississippi

**ZOUAVE PERCUSSION RIFLE**
**Caliber:** 58, 59.
**Barrel:** 32½".
**Weight:** 9½ lbs. **Length:** 48½" overall.
**Stock:** Walnut finish, brass patchbox and buttplate.
**Sights:** Fixed front, rear adjustable for elevation.
**Features:** *Color case-hardened lockplate, blued barrel. From Navy Arms, Dixie Gun Works, Euroarms of America (M1863), E.M.F.*
**Price:** About . . . . . . . . . . . . . . . . . . . . . . . . **$325.00** to **$540.00**
**Price:** Kit (Euroarms 58-cal. only) . . . . . . . . . . . . . . . . . . **$388.00**

**Mississippi Model 1841 Percussion Rifle**
Similar to Zouave rifle but patterned after U.S. Model 1841. Imported by Dixie Gun Works, Euroarms of America, Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . **$430.00** to **$569.00**

## BLACKPOWDER SHOTGUNS

Cabela's 12-Gauge

**CABELA'S BLACKPOWDER SHOTGUNS**
**Gauge:** 10, 12, 20.
**Barrel:** 28½" (10- , 12-ga.), Imp. Cyl., Mod., Full choke tubes; 27½" (20-ga.), Imp. Cyl., Mod. choke tubes.
**Weight:** 6½ to 7 lbs. **Length:** 45" overall (28½" barrel).
**Stock:** American walnut with checkered grip; 12- and 20-gauge have straight stock, 10-gauge has pistol grip.
**Features:** Blued barrels, engraved, color case-hardened locks and hammers, brass ramrod tip. From Cabela's.
**Price:** 10-gauge . . . . . . . . . . . . . . . . . . . . . . . . . . . **$374.95**
**Price:** 12-gauge . . . . . . . . . . . . . . . . . . . . . . . . . . . **$369.95**

**CVA TRAPPER PERCUSSION**
**Gauge:** 12.
**Barrel:** 28". *Choke tubes (Imp. Cyl., Mod., Full).*
**Weight:** 6 lbs.
**Length:** 46" overall.
**Stock:** English-style checkered straight grip of walnut-finished hardwood.
**Sights:** Brass bead front.
**Features:** Single blued barrel; color case-hardened lockplate and hammer; screw adjustable sear engagements, V-type mainspring; brass wedge plates; color case-hardened and engraved trigger guard and tang. *From CVA.*
**Price:** Finished . . . . . . . . . . . . . . . . . . . . . . . . . . . **$229.95**

CONSULT
SHOOTER'S
MARKETPLACE
Page 225, This Issue

CVA Classic Turkey

**CVA CLASSIC TURKEY DOUBLE SHOTGUN**
**Gauge:** 12.
**Barrel:** 28" (Imp. & Imp.).
**Weight:** 9 lbs. **Length:** 45" overall.
**Stock:** European walnut; classic English style with checkered straight grip, wrap-around forend with bottom screw attachment.
**Sights:** Bead front.
**Features:** Hinged double triggers; color case-hardened and engraved lockplates, trigger guard and tang. Polymer-coated fiberglass ramrod. Rubber recoil pad. Not suitable for steel shot. Introduced 1990. Imported by CVA.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$409.95**

Dixie Magnum

### DIXIE MAGNUM PERCUSSION SHOTGUN

**Gauge:** 10, 12, 20.
**Barrel:** 30" (Imp. Cyl. & Mod.) in 10-gauge; 28" in 12-gauge.
**Weight:** 6¼ lbs. **Length:** 45" overall.
**Stock:** Hand-checkered walnut, 14" pull.
**Features:** Double triggers; light hand engraving; case-hardened locks in 12-gauge, polished steel in 10-gauge; sling swivels. From Dixie Gun Works.
**Price:** Upland . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$399.00**
**Price:** 12-ga. kit . . . . . . . . . . . . . . . . . . . . . . . . . . . **$350.00**
**Price:** 10-ga. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$495.00**
**Price:** 10-ga. kit . . . . . . . . . . . . . . . . . . . . . . . . . . **$375.00**

Mowrey Shotgun

### MOWREY SHOTGUN

**Gauge:** 12, 28.
**Barrel:** 28" (28-gauge, Cyl.); 32" (12-gauge, Cyl.); octagonal.
**Weight:** About 8 lbs. **Length:** 48" overall (32" barrel).
**Stock:** Curly maple.
**Sights:** Bead front.
**Features:** Brass or steel frame; shotgun butt. Made in U.S. by Mowrey Gun Works.
**Price:** Finished . . . . . . . . . . . . . . . . . . . . . . . . . . **$350.00**
**Price:** Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$300.00**

Navy Arms Fowler

### NAVY ARMS FOWLER SHOTGUN

**Gauge:** 12.
**Barrel:** 28".
**Weight:** 7 lbs., 12 oz. **Length:** 45" overall.
**Stock:** Walnut-stained hardwood.
**Features:** Color case-hardened lockplates and hammers; checkered stock. Imported by Navy Arms.
**Price:** Fowler model, 12-ga. only . . . . . . . . . . . . . . . . . . . **$325.00**

### NAVY ARMS MORTIMER FLINTLOCK SHOTGUN

**Gauge:** 12.
**Barrel:** 36".
**Weight:** 7 lbs. **Length:** 53" overall.
**Stock:** Walnut, with cheekpiece.
**Features:** Waterproof pan, roller frizzen, external safety. Color case-hardened lock, rest blued. Introduced 1991. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$670.00**

### NAVY ARMS STEEL SHOT MAGNUM SHOTGUN

**Gauge:** 10.
**Barrel:** 28" (Cyl. & Cyl.).
**Weight:** 7 lbs., 9 oz. **Length:** 45½" overall.
**Stock:** Walnut, with cheekpiece.
**Features:** Designed specifically for steel shot. Engraved, polished locks; sling swivels; blued barrels. Introduced 1991. Imported by Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$510.00**

Navy Arms T&T

### NAVY ARMS T&T SHOTGUN

**Gauge:** 12.
**Barrel:** 28" (Full & Full).
**Weight:** 7½ lbs.
**Stock:** Walnut.
**Sights:** Bead front.
**Features:** Color case-hardened locks, double triggers, blued steel furniture. From Navy Arms.
**Price:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$500.00**

T/C New Englander

### THOMPSON/CENTER NEW ENGLANDER SHOTGUN

**Gauge:** 12.
**Barrel:** 28" (Imp. Cyl.), round.
**Weight:** 5 lbs., 2 oz.
**Stock:** Select American black walnut with straight grip.
**Features:** Percussion lock is color case-hardened, rest blued. Also accepts 26" round 50- and 54-cal. rifle barrel. Introduced 1986. From Thompson/Center.
**Price:** Right-hand . . . . . . . . . . . . . . . . . . . . . . . . . . **$305.00**
**Price:** Accessory rifle barrel, right-hand, 50 or 54 . . . . . . . . . . . **$130.00**
**Price:** As above, left-hand . . . . . . . . . . . . . . . . . . . . . . **$140.00**

CAUTION: PRICES SHOWN ARE SUPPLIED BY THE MANUFACTURER OR IMPORTER. CHECK YOUR LOCAL GUNSHOP.