1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  KEVIN J. KELLY
   Deputy Attorney General
4  State Bar No. 337425
    300 South Spring Street, Suite 9012
5   Los Angeles, CA 90013
    Telephone: (213) 269-6615
6   E-mail: Kevin.Kelly@doj.ca.gov
   *Attorneys for Defendant Rob Bonta*
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11

12

| **VIRGINIA DUNCAN et al.,** | 3:17-cv-01017-BEN-JLB |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF KEVIN J. KELLY ON BEHALF OF DEFENDANT ROB BONTA** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California et al.,** | Judge:   Hon. Roger T. Benitez |
| Defendants. | Action Filed: May 17, 2017 |

1    PLEASE TAKE NOTICE that Deputy Attorney General Kevin J. Kelly
2 hereby enters his appearance in this matter as counsel for Defendant Rob Bonta, in
3 his official capacity as Attorney General of the State of California. Mr. Kelly is a
4 member of the State Bar of California and is admitted to practice in the United
5 States District Court for the Southern District of California. His contact information
6 is as follows:

    Kevin J. Kelly
    Deputy Attorney General
    State Bar No. 337425
    300 S. Spring St., Ste. 9012
    Los Angeles, CA 90013
    Telephone: (213) 269-6615
    Fax: (916) 731-2125
    E-mail: Kevin.Kelly@doj.ca.gov

Dated: November 30, 2022                    Respectfully Submitted,

                                              ROB BONTA
                                              Attorney General of California
                                              MARK R. BECKINGTON
                                              Supervising Deputy Attorney General


                                              */s/ Kevin J. Kelly*
                                              KEVIN J. KELLY
                                              Deputy Attorney General
                                              *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

Case 3:17-cv-01017-BEN-JLB   Document 129   Filed 11/30/22   PageID.16886   Page 3 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 30, 2022              */s/ Kevin J. Kelly*
                                      KEVIN J. KELLY