C.D. Michel – SBN 144258
Sean A. Brady – SBN 262007
Anna M. Barvir – SBN 268728
Matthew D. Cubeiro – SBN 291519
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: abarvir@michellawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>   Defendant. | Case No: 17-cv-1017-BEN-JLB<br><br>**DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER EXTENDING PAGE LIMITATION** |

# DECLARATION OF ANNA M. BARVIR

1. I am an attorney at the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action. I am licensed to practice law before the United States District Court for the Southern District of California. I am also admitted to practice before the Eastern, Central, and Northern Districts of California, the courts of the state of California, the Supreme Court of the United States, and the D.C., Fourth, Ninth, and Tenth Circuit Courts of Appeals. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. On November 30, 2022, at 10:20 a.m., I sent an email to Deputy Attorneys General Robert Meyerhoff (robert.meyerhoff@doj.ca.gov) and John Echeverria (john.echeverria@doj.ca.gov), counsel of record for Defendant Attorney General Rob Bonta, giving them notice of Plaintiffs' Ex Parte Application for an Order Extending the Page Limitation for their supplemental brief. I was directed to Deputy Attorney General Kevin Kelly (kevin.kelly@doj.ca.gov) because Mr. Meyerhoff is currently on leave.

3. Mr. Kelly responded via email and informed me that his client's position is that "Local Rule 7.1(h) does not apply to limit the length of the court-ordered briefing, since that rule pertains to briefs 'in support of or in opposition to motions' and there is no pertinent motion currently pending before the Court." That said, Mr. Kelly indicated that his client would not oppose Plaintiffs' request for an order extending the page limitation.

4. Plaintiffs' Ex Parte Application for Order Extending Page Limitation is made in good faith and for good cause because they require more than 25 pages to address the issues and evidence that the State raised in its 63-page supplemental brief, and there is not enough time to bring a properly noticed motion since the Court ordered Plaintiffs to file their supplemental brief just 21 days after the State filed its brief.

1     I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on December 1, 2022.

                                                  Anna M. Barvir
                                                  Declarant

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Duncan, et al. v. Becerra*
Case No.: 17-cv-1017-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER EXTENDING PAGE LIMITATION**

on the following parties by electronically filing the foregoing on December 1, 2022, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Rob Bonta
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General
Kevin J. Kelly
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
kevin.kelly@doj.ca.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2022, at Long Beach, CA.

Laura Palmerin