ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
KEVIN J. KELLY
Deputy Attorney General
State Bar No. 337425
  300 S. Spring St., Ste. 9012
  Los Angeles, CA 90013
  Telephone: (213) 266-6615
  Fax: (916) 731-2124
  E-mail: Kevin.Kelly@doj.ca.gov
*Attorneys for Defendant Rob Bonta,
In his official capacity as Attorney*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN ET AL.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>                      Defendant. | 3:17-cv-1017-BEN-JLB<br><br>**DECLARATION OF KEVIN J. KELLY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION FOR ORDER EXTENDING PAGE LIMITATION**<br><br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br>Action Filed: May 17, 2017 |

I, KEVIN J. KELLY, declare:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General, and an attorney for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("defendant") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice before the United States District Court for the Southern District of California. I have personal knowledge of the facts set forth below and if called as a witness, I could and would competently testify to them.

2. This declaration is made in support of Defendant's Response to Plaintiffs' Ex Parte Application for Order Extending Page Limitation.

3. On November 30, 2022, Plaintiffs' counsel contacted this office by e-mail and stated that it was Plaintiffs' position that the supplemental briefing ordered by the Court in this matter on September 26, 2022 was bound by the 25-page limitation set by Local Rule 7.1(h). *See* Exhibit A at 2. Plaintiffs' counsel further inquired as to whether Defendant would oppose Plaintiffs' contemplated ex parte application for leave to file a brief in excess of 25 pages. *See id.*

4. Later that day, the undersigned responded to counsel's e-mail and stated it was Defendant's position that Local Rule 7.1(h) did not apply to limit the length of that briefing, since that rule pertains to briefs "in support of or in opposition to motions," and there was no pertinent motion currently pending before the Court. *See id.* at 1-2. That said, the undersigned represented that Defendant would not oppose Plaintiffs' contemplated ex parte application. *See id.*

5. Plaintiffs' counsel asked whether Defendant preferred that she inform the Court of Defendant's position but that Defendant did not oppose the motion, and the undersigned responded in the affirmative. *See id.* at 1. There were no further communications between the parties regarding that matter.

6. The following day, on December 1, 2022, Plaintiffs filed an Ex Parte Application for Order Extending Page Limitation concurrently with a motion to strike Defendants' brief for being submitted in purported violation of Local Rule 7.1(h). *See* Dkts. 130 & 131. At no point prior to

-1-

Kelly Decl. in Supp. of Defs.' Opp'n to Pls.' Mot. for Prelim. Inj. (2:22-cv-04663-CAS (JCx))

the filing of these motions had Plaintiffs informed Defendant's counsel that a motion to strike would be filed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 2, 2022

/s/ Kevin J. Kelly
KEVIN J. KELLY
Deputy Attorney General

SA2017107272
65600508.doc

# EXHIBIT A

**From:** [Kevin Kelly](Kevin Kelly)
**To:** ["Anna M. Barvir"]("Anna M. Barvir")
**Cc:** [John D. Echeverria](John D. Echeverria)
**Subject:** RE: Duncan v. Bonta: Notice of Ex Parte Application
**Date:** Wednesday, November 30, 2022 2:09:00 PM
**Attachments:** image001.png

Anna,

Thank you for following up. We would prefer that the application include our position, but that we do not oppose the motion.

Best,
Kevin

**From:** Anna M. Barvir <ABarvir@michellawyers.com>
**Sent:** Wednesday, November 30, 2022 2:05 PM
**To:** Kevin Kelly <Kevin.Kelly@doj.ca.gov>
**Cc:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Subject:** RE: Duncan v. Bonta: Notice of Ex Parte Application

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thank you for your email, Kevin. I appreciate your prompt reply. One point of clarification. Do you prefer that I inform the court of your position that Rule 7.1(h) does not apply, but do not oppose the motion? Or simply indicate your non-opposition.

Regards,
Anna



**Anna M. Barvir**
Partner
MICHEL & ASSOCIATES, P.C.
Attorneys at Law
Environmental - Land Use - Firearms - Employment Law
Civil Litigation - Criminal Defense

Direct: (562) 216-4453
Main: (562) 216-4444
Fax: (562) 216-4445
Email: ABarvir@michellawyers.com
Web: www.michellawyers.com

180 E Ocean Blvd
Suite 200
Long Beach, CA 90802

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.

**From:** Kevin Kelly <Kevin.Kelly@doj.ca.gov>
**Sent:** Wednesday, November 30, 2022 1:47 PM
**To:** Anna M. Barvir <ABarvir@michellawyers.com>
**Cc:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Subject:** RE: Duncan v. Bonta: Notice of Ex Parte Application [MA-Interwoven.FID92062]

1

Anna,

Deputy AG Rob Meyerhoff is currently on parental leave and I will be filing a notice of appearance in this case shortly. Defendant's position is that Local Rule 7.1(h) does not apply to limit the length of the court-ordered briefing, since that rule pertains to briefs "in support of or in opposition to motions" and there is no pertinent motion currently pending before the Court. That said, Defendant would not oppose Plaintiffs' contemplated ex parte motion.

Best,
Kevin

---------------------------------
Kevin J. Kelly
Deputy Attorney General
California Department of Justice, Government Law Section
300 S. Spring St., Ste. 9012
Los Angeles, CA 90013
(213) 269-6615
kevin.kelly@doj.ca.gov

**From:** Anna M. Barvir <ABarvir@michellawyers.com>
**Sent:** Wednesday, November 30, 2022 10:21 AM
**To:** Robert Meyerhoff <Robert.Meyerhoff@doj.ca.gov>; John D. Echeverria <John.Echeverria@doj.ca.gov>
**Subject:** Duncan v. Bonta: Notice of Ex Parte Application [MA-Interwoven.FID92062]

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

Please take notice that Plaintiffs in *Duncan v. Bonta* will move the court on December 1, 2022, ex parte, for an order granting Plaintiffs leave to file an oversized supplemental brief. It is our position that that the briefs are bound by the 25-page limitation set by Local Rule 7.1(h). But Plaintiffs will require additional pages to respond the State's briefing and evidence. Plaintiffs will submit their ex parte motion simultaneously with their proposed supplemental brief.

Please let me know whether your client opposes this request and whether you intend to file any briefing in opposition.

Regards,
Anna

2



**Anna M. Barvir**
Partner

MICHEL & ASSOCIATES, P.C.
Attorneys at Law
Environmental - Land Use - Firearms - Employment Law
Civil Litigation - Criminal Defense

Direct: (562) 216-4453
Main: (562) 216-4444
Fax: (562) 216-4445
Email: ABarvir@michellawyers.com
Web: www.michellawyers.com

180 E. Ocean Blvd
Suite 200
Long Beach, CA 90802

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.