ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
KEVIN J. KELLY
Deputy Attorneys General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  Email:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Rob Bonta,
in his official capacity as Attorney General
of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA DUNCAN, et al.,** | Case No. 3:17-cv-1017-BEN-JLB |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Courtroom:   5A<br>Judge:   Hon. Roger T. Benitez<br>Action Filed:   May 17, 2017 |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | |
| Defendant. | |

1  **PLEASE TAKE NOTICE** that Defendant-Appellant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Decision and permanent injunction, entered on September 22, 2023 (Dkt. 149).[1]

Dated:  September 22, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
KEVIN J. KELLY
Deputy Attorneys General

*s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

---

[1] This is a new appeal taken following a remand from the United States Supreme Court and then the en banc court.  *See* Ninth Circuit General Order 3.6; *Duncan v. Bonta*, No. 21-1194 (June 30, 2022); *Duncan v. Bonta*, 49 F.4th 1228 (9th Cir. 2022) (en banc).

# CERTIFICATE OF SERVICE

Case Name: *Duncan, et al. v. Bonta*        Case No. **3:17-cv-01017-BEN-JLB**

I hereby certify that on September 22, 2023, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be electronically accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on September 22, 2023, at San Francisco, California.

*s/ John D. Echeverria*
JOHN D. ECHEVERRIA
Deputy Attorney General