C.D. Michel—SBN 144258
Sean A. Brady—SBN 262007
Anna M. Barvir—SBN 268728
Matthew D. Cubeiro—SBN 291519
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: abarvir@michellawyers.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | 17-cv-1017-BEN-JLB<br><br>**JOINT MOTION TO ENTER JUDGMENT AND STAY LITIGATION OF ATTORNEYS' FEES AND COSTS PENDING APPEAL**<br><br>Judge:          Hon. Roger T. Benitez<br>Courtroom:   5A<br>Action Filed:  May 17, 2017<br>Judgment:     September 22, 2023 |

COME NOW THE PARTIES, Plaintiffs Virginia Duncan, Richard Lewis, Patrick Lovette, David Marguglio, Christopher Waddell, and the California Rifle & Pistol Association, Incorporated (collectively, "Plaintiffs"), and Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel, in accordance with Rules 6(b), 7(b), and 58(d) of the Federal Rules of Civil Procedure, as well as Civil Local Rule 7.2, to jointly move for entry of final judgment and an order staying all proceedings regarding attorneys' fees and/or costs in this action until 30 days after the completion of all appellate proceedings. The Parties' joint request is based on the good cause shown below.

1  On September 22, 2023, this Court issued a final decision in Plaintiffs' favor, declaring section 32310 unconstitutional under the Second Amendment and issuing a permanent injunction against the enforcement of the law. (Dkt. 149). The Court's decision incorporated "[a]ll relevant findings of fact and conclusions of law set forth in the prior decision concluding § 32310 is unconstitutional." (*Id.* at 2). The Court granted Defendant's request for a stay of "any judgment in Plaintiffs' favor" and stayed enforcement of the permanent injunction for ten days, giving the State time to seek a longer stay from the Ninth Circuit. (*Id.* at 70-71). Later that day, Defendant appealed. (Dkt. 150). He also later filed in the Ninth Circuit an emergency motion for a stay pending appeal. Emergency Motion for a Stay Pending Appeal and for an Interim Administrative Stay, *Duncan v. Bonta*, No. 23-55805 (9th Cir. Sept. 22, 2023) (ECF No. 2). That motion is still pending, but the Ninth Circuit entered an administrative stay through October 10, 2023, and ordered briefing on the motion, which is now complete. Order, *Duncan v.* Bonta, No. 55805 (9th Cir. Sept. 28, 2023) (ECF No. 3).

Under Rule 54(d) of the Federal Rules of Civil Procedure, a claim for attorneys' fees and costs must be filed no later than 14 days after the entry of judgment, "[u]nless . . . a statute or a court order provides otherwise." A district court may, however, defer litigation of attorneys' fees and costs until a pending appeal has been decided. *See* Fed. R. Civ. P. 54 cmt. (1993 amend.) ("If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved."). As this language suggests, the decision to stay costs and fees litigation "is a matter within the court's discretion." *Lasic v. Moreno*, No. 05-0161, 2007 WL 4180655, at *1 (E.D. Cal. Nov. 21, 2007) (citing *Ass'n of Mex.-Am. Educs. v. California*, 231 F.3d 572, 591-92 (9th Cir. 2000)).

Here, pursuant to Federal Rule of Civil Procedure 58(d), the Parties request

that the Court enter a separate judgment, disposing of all claims asserted in this action. In addition, the Parties request that the Court enter an order staying proceedings in the district court relating to fees and costs of suit. Granting the requested stay would preserve judicial resources and the Parties' resources and allow the parties to focus on preparing the merits appeal for the Ninth Circuit. Litigating the issue of attorneys' fees and costs now would require the Court and the Parties to expend resources that may be wasted in the event Defendant succeeds on appeal. *See e.g.*, *Lasic* 2007 WL 4180655, at *2-3 (finding that it was in the interests of judicial economy, to defer ruling on attorneys' fees and costs until the pending appeal was disposed). Indeed, "[i]t would be an inefficient use of judicial resources to rule on [costs and fees] at this time, and then to later re-evaluate the issue after the appeal is completed." *Id.*

The Parties thus agree that judgment should be entered and that good cause exists for an order staying litigation of attorneys' fees and costs during the pendency of Defendant's appeal of this Court's decision. And, based on that good cause, the Parties request that the Court grant this joint motion for an order staying all proceedings regarding attorneys' fees or costs in this action until 30 days after the completion of all appellate proceedings.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| Dated: October 6, 2023 | MICHEL & ASSOCIATES, P.C.<br><br>*/s/ Anna M. Barvir*<br>ANNA M. BARVIR<br>*Attorneys for Plaintiffs* |
| Dated: October 6, 2023 | ROB BONTA<br>Attorney General of California<br>R. MATTHEW WISE<br>Supervising Deputy Attorney General<br>ROBERT L. MEYERHOFF<br>KEVIN J. KELLY<br>Deputy Attorneys General<br><br>*/s/ John D. Echeverria*<br>JOHN D. ECHEVERRIA<br>Deputy Attorney General<br>*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California* |

## ATTESTATION OF E-FILED SIGNATURES

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this JOINT MOTION TO ENTER JUDGMENT AND STAY LITIGATION OF ATTORNEYS' FEES AND COSTS PENDING APPEAL. In compliance with Southern District of California Electronic Case Filing Administrative Policies and Procedures Section 2(f)(4), I attest that all signatories have concurred in this filing.

Dated: October 6, 2023        */s/ Anna M. Barvir*
                              Anna M. Barvir

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Duncan, et al. v. Bonta*
Case No.: 17-cv-1017-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**JOINT MOTION TO ENTER JUDGMENT AND STAY LITIGATION OF ATTORNEYS' FEES AND COSTS PENDING APPEAL**

on the following parties by electronically filing the foregoing on October 6, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Rob Bonta
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
KEVIN J. KELLY
JOHN D. ECHEVERRIA
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
john.echeverria@doj.ca.gov
  *Attorneys for Defendant*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2023, at Long Beach, CA.

_____
Laura Palmerin