IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA DUNCAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>　　　　Defendants. | 17-cv-1017-BEN-JLB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO ENTER JUDGMENT AND STAY LITIGATION OF ATTORNEYS' FEES AND COSTS PENDING APPEAL** |

　　　The Court has before it the Parties' Joint Motion to Enter Judgment and Stay Litigation of Attorneys' Fees and Costs Pending Appeal. Having considered the Motion and good cause appearing, the Court is of the opinion that the Parties' joint motion should be GRANTED.

　　　Accordingly, it is hereby ORDERED that the Clerk of the Court shall enter final judgment in the Plaintiffs' favor on all claims in accordance with this Court's September 22, 2023, Decision (Dkt. No. 149 at 2, 70) (declaring California Penal Code section 32310 unconstitutional and incorporating all relevant findings of fact and conclusions of law set forth in Dkt. No. 87).

　　　It is FURTHER ORDERED that all proceedings regarding attorneys' fees or costs shall be stayed until 30 days after the completion of the appeal of this matter.

1 **IT IS SO ORDERED.**

2

3 Dated: _____      _____

4                                HONORABLE ROGER T. BENITEZ
                               United States District Judge
5