

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Duncan, et al<br><br>Plaintiff,<br>V.<br><br>Xavier Becerra in his official capacity as Attorney General of the State of California<br><br>Defendant. | Civil Action No.  17-cv-01017-BEN-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is in favor of Plaintiffs' on all claims in accordance with this Court's September 22, 2023, Decision, (Dkt.No.[149]). Case is closed.

Date:  10/12/2023

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  D.Frank
             D.Frank, Deputy