# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 19, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

>   Re:  Virginia Duncan, et al.
>            v. Rob Bonta, Attorney General of California
>        No. 25-198
>        (Your No. 23-55805)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 15, 2025 and placed on the docket August 19, 2025 as No. 25-198.

>   Sincerely,
>
>   **Scott S. Harris**, Clerk
>
>   by
>
>   Sara Simmons
>   Case Analyst